```
              IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE DISTRICT OF DELAWARE


IN RE:                        )    Case No. 08-13141-KJC
                              )
TRIBUNE COMPANY,              )
                              )    Chapter 11
                              )
                              )    Courtroom 5
                              )    824 Market Street
            Debtors.          )    Wilmington, Delaware
                              )
                              )    March 8, 2011
                              )    10:00 a.m.


                  TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE KEVIN J. CAREY
              UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For the Debtors:              Sidley Austin, LLP
                              BY: JAMES CONLAN, ESQ.
                              BY: JAMES BENDERNAGEL, ESQ.
                              BY: KEVIN LANTRY, ESQ.
                              One South Dearborn
                              Chicago, IL 60603
                              (312) 853-7000


ECRO:                         AL LUGANO

Transcription Service:        DIAZ DATA SERVICES
                              331 Schuylkill Street
                              Harrisburg, Pennsylvania 17110
                              (717) 233-6664
                              www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

For the Debtors:                    Cole, Schotz, Meisel, Forman
                                    & Leonard, P.A.
                                    BY: NORMAN PERNICK, ESQ.
                                    500 Delaware Ave., Ste. 1410
                                    Wilmington, DE 19801
                                    (302) 652-3131

For JP Morgan:                      Davis Polk & Wardwell
                                    BY: ELLIOT MOSKOWITZ, ESQ.
                                    BY: BENJAMIN KAMINETZKY, ESQ.
                                    BY: DONALD S. BERNSTEIN, ESQ.
                                    BY: DAMIAN S. SCHAIBLE, ESQ.
                                    BY: MICHAEL RUSSANO, ESQ.
                                    450 Lexington Avenue
                                    New York, NY 10017
                                    (212) 450-4000

                                    Richards Layton & Finger
                                    BY: BOB STEARN, ESQ.
                                    BY: MARK COLLINS, ESQ.
                                    One Rodney Square
                                    920 North King Street
                                    Wilmington, DE  19801
                                    (302) 651-7700

For Wilmington Trust Co.:           Brown Rudnick
                                    BY: MARTIN SIEGEL, ESQ.
                                    BY: ROBERT STARK, ESQ.
                                    Seven Times Square
                                    New York, NY 10036
                                    (212) 209-4800

                                    Sullivan Hazeltine Allinson,
                                    LLC
                                    BY:  WILLIAM SULLIVAN, ESQ.
                                    4 East 8th Street, Suite 400
                                    Wilmington, DE  199801
                                    (302)250-4375

For Aurelius Capital:               Akin Gump Strauss Hauer & Feld
                                    BY: DAVID ZENSKY, ESQ.
                                    BY: DANIEL GOLDEN, ESQ.
                                    BY: NICK ADAMS, ESQ.
                                    BY: PHIL DUBLIN, ESQ.
                                    BY: NANCY CHUNG, ESQ.
                                    BY: DAWN HAROP, ESQ.
                                    BY: MITCH HURLEY, ESQ.
                                    One Bryant Park
                                    New York, NY 10036
                                    (212) 872-1000

APPEARANCES:
(Continued)

For Aurelius Capital:                Ashby & Geddes
                                      BY: BILL BOWDEN, ESQ.
                                        BY: AMANDA WINFREE, ESQ.
                                        500 Delaware Ave.
                                        P.O. Box 1150
                                        Wilmington, DE 19899
                                        (302) 654-1888

                                        Friedman Kaplan Seiler &
                                        Adelman, LLP
                                        BY: ED FRIEDMAN, ESQ.
                                        BY: GREGORY FOX, ESQ.
                                        1633 Broadway
                                        New York, NY  10019-6708

For Law Debenture:                Bifferato Gentilotti
                                        BY: GARVAN MCDANIEL, ESQ.
                                        800 North King Street
                                        Plaza Level
                                        Wilmington, DE 19801
                                        (302) 429-1900

                                        Kasowitz, Benson, Torres &
                                        Friedman
                                        BY: CHRISTINE MONTENEGRO, ESQ.
                                        BY: DAVID ROSNER, ESQ.
                                        1633 Broadway
                                        New York, NY 10019
                                        (212) 506-1726

For Official Committee
of Unsecured Creditors:           Chadbourne & Parke, LLP
                                        BY: DAVID LEMAY, ESQ.
                                        BY: THOMAS MCCORMACK, ESQ.
                                        BY: HOWARD SEIFE, ESQ.
                                        BY: ANDREW ROSENBLUM, ESQ.
                                        BY: ROBERT SCHWINGER, ESQ.
                                      BY: MARC ASHLEY, ESQ.
                                        BY: BOB KIRBY, ESQ.
                                        BY: DOUGLAS DEUTSCH. ESQ.
                                        30 Rockefeller Plaza
                                        New York, NY 10112
                                        (212) 408-5100

                                        Landis, Rath & Cobb
                                        BY: ADAM G. LANDIS, ESQ.
                                        BY: DANIEl B. RATH, ESQ.
                                        919 Market Street, Suite 1800
                                        Wilmington, DE 19801
                                        (302) 467-4400

APPEARANCES:
(Continued)

For Official Committee
of Unsecured Creditors:          Zuckerman Spaeder
                                 BY: GRAEM BUSH, ESQ.
                                 BY: ANDREW GOLDFARB, ESQ.
                                 BY: JAMES SOTTILE, ESQ.
                                 1800 M Street, NW
                                 Suite 1000
                                 Washington, DC 20036
                                 (202) 778-1800

For Merrill Lynch:               Potter, Anderson & Corroon
                                 BY: LAURIE S. SILVERSTEIN, ESQ
                                 BY: R. STEPHEN MCNEILL, ESQ.
                                 Hercules Plaza
                                 1313 North Market Street
                                 6th Floor
                                 Wilmington, DE 19801
                                 (302) 984-6000

For Oaktree/Angelo Gordon:       Young, Conaway, Stargatt &
                                 Taylor
                                 BY: ROBERT BRADY, ESQ.
                                 BY: BLAKE N. CLEARY, ESQ.
                                 The Brandywine Building
                                 1000 West Street, 17th Floor
                                 Wilmington, DE 19801
                                 (302) 571-6600

                                 Dewey LeBouef
                                 BY: BRUCE BENNETT, ESQ.
                                 BY: JAMES JOHNSTON, ESQ.
                                 BY: JOSHUA MESTER, ESQ.
                                 333 South Grand Avenue
                                 Suite 2600
                                 Los Angeles, CA 90071
                                 (213) 621-6000

For Special Committee of the
Board of Directors:              Jones Day
                                 BY: LYNN MARVIN, ESQ.
                                 77 West Wacker
                                 Chicago, Illinois 60601
                                 (312) 782-3939

For DBTCA:                       McCarter & English
                                 BY: KATHARINE MAYER, ESQ.
                                 BY: DAVID ADLER, ESQ.
                                 405 N. King Street, 8th Fl.
                                 Wilmington, DE  19801
                                 (302) 984-6312

APPEARANCES:
(Continued)

For Citigroup:                    Paul Weiss Rifkind Warton &
                                  Garrison, LLP
                                  BY:  ANDREW GORDON, ESQ.
                                  1285 Avenue of the Americas
                                  New York, NY 10019-6064
                                  (212) 373-3000

For U. S. Trustee:                Office of the U. S. Trustee
            `                     BY:  DAVID KLAUDER, ESQ.
                                  844 King Street, Ste. 2207
                                  Wilmington, DE  19801
                                  (302) 573-6491

For Barclays:                     Edwards Angell Palmer & Dodge
                                  BY: ALEINE PORTERFIELD, ESQ.
                                  919 N. Market St., 15th Floor
                                  Wilmington, DE  19801
                                  (302) 777-7770

For Morgan Stanley:               Barnes & Thornburg
                                  BY: DAVID POWLEN, ESQ.
                                  1000 North West St., Ste. 1200
                                  Wilmington, DE  19801-1058
                                  (302)868-4536

For Merrill Lynch Capital:        Kay Scholer
                                  BY: MADLYN GLEICH PRIMOFF, ESQ
                                  BY: JANE PARVER, ESQ.
                                  425 Park Avenue
                                  New York, NY  10022-3598
                                  (212) 836-7042

For Wells Fargo / Bridge
Lender:                           Fox Rothschild, LLP
                                  BY: JEFFREY SCHLERF, ESQ.
                                  919 N. Market St., Ste. 1300
                                  Wilmington, DE  19899-2323
                                  (302) 622-4212

                                  White & Case
                                  BY:  SCOTT GREISSMAN, ESQ.
                                  1155 Avenue of the Americas
                                  New York, NY  10036-2787
                                  (212) 819-8567

TELEPHONIC APPEARANCES:

For Jason D Abbruzzese:          Realm Partners
                                 BY: JASON D. ABBRUZZESE
                                 (212) 612-1441

For Official Committee of
Unsecured Creditors:             Chadbourne & Park, LLP
                                 BY:  MARC D. ASHLEY, ESQ.
                                 (212) 408-5194
                                 BY: DOUGLAS DEUTSCH, ESQ.
                                 (212) 408-5169
                                 BY: JESSICA MARRERO, ESQ.
                                 (212)408-5100
                                 BY: MARC ROITMAN, ESQ.
                                 (212)408-5271
                                 BY: FRANK VASQUEZ, ESQ.
                                 (212)408-5111

                                 Zuckerman & Spaeder, LLP
                                 BY: GRAEM BUSH, ESQ.
                                 BY: JAMES SOTTILE, ESQ.
                                 BY: ANDREW GOLDFARB, ESQ.
                                 BY: ANDREW CARIDAS, ESQ.
                                 (202) 778-1800

                                 Landis Rath & Cobb, LLP
                                 BY: MATTHEW B. MCGUIRE, ESQ.
                                 (302)467-4431

For Barclays:                    Mayer Brown, LLP
                                 BY: JEAN-MARIE ATAMIAN, ESQ.
                                 (212)506-2678
                                 BY: MICHAEL L. SIMES, ESQ.
                                 (212) 506-2607
                                 BY: AMIT TREHAN, ESQ.
                                 (212) 506-2198

                                 Barclays Capital, Inc.
                                 BY: EITAN MELAMED
                                 (310)907-0455
                                 BY: BEN WILSON
                                 (212)412-7642

For Credit Agreement
Lenders:                         Angelo Gordon & Co., LP
                                 BY: GAVIN BAIERA, ESQ.
                                 (212)692-0217

                                 Wilmer Cutler Pickering Hale &
                                 Dorr
                                 BY: MICHELLE GOLDIS, ESQ.
                                 (212) 295-6329
                                 ANDREW N. GOLDMAN, ESQ.
                                 (212)230-8836

TELEPHONIC APPEARANCES:
(Continued)

For SuttonBrook Capital:            SuttonBrook Capital
                                    Management, LP
                                    BY: CAROL L. BALE, ESQ.
                                    (212) 588-6640

For Monarch Alternative
Capital, LP:                        Monarch Alternative Capital LP
                                    BY: ROBERT G. BURNS, ESQ.
                                    (212) 554-1768

For Bank of America:                O'Melveny & Myers
                                    BY: DANIEL CANTOR, ESQ.
                                    (212) 326-2000
                                    BY: DANIEL S. SHAMAH, ESQ.
                                    (212)326-2138

                                    Bank of America
                                    BY: ESTHER CHUNG, ESQ.
                                    (646) 855-6705

For Tribune:                        DK Partners
                                    BY: EPHRAIM DIAMOND, ESQ.
                                    (646) 282-5841
                                    BY: DAVE ELDERSVELD, ESQ.
                                    (312)222-4707

                                    Sidley Austin
                                    BY: GREG DEMO, ESQ.
                                    (312) 853-7758
                                    BY: KEN KANSA, ESQ.
                                    (312) 853-7163
                                    BY: SOPHIA MULLEN, ESQ.
                                    (212) 839-5884
                                    BY: ALLISON STROMBERG,ESQ.
                                    (312) 853-0497
                                    BY: CANDICE KLINE, ESQ.
                                    (312) 853-7778
                                    BY: JILLIAN LIDWIG, ESQ.
                                    (312) 853-7523
                                    BY: BRETT MYRICK, ESQ.
                                    (312) 853-1049

                                    Tribune Company
                                    BY: GARY WEITMAN, ESQ.
                                    (312) 222-3394
                                    BY: DON LIEBENTRITT, ESQ.
                                    (312) 222-3651

For Jefferies & Company:            Jefferies & Company
                                    BY: JUSTIN BRASS, ESQ.
                                    (203) 708-5847

TELEPHONIC APPEARANCES:
(Continued)

For Wilmington Trust:           Brown Rudnick, LLP
                                BY:  KATHERINE BROMBERG, ESQ.
                                (212) 209-4929

For Goldman Sachs & Co.:        Goldman Sachs & Company
                                BY: SCOTT BYNUM, ESQ.
                                (212) 902-8060

For Citibank:                   Paul Weiss Rifkind Wharton
                                BY: KIRA DAVIS, ESQ.
                                (212) 373-3000
                                BY: ANDREW GORDON, ESQ.
                                (212)373-3543
                                BY: ANDREW LEVY, ESQ.
                                (202)223-7328
                                BY: SHANNON PENNOCK, ESQ.
                                (212) 373-3000

For Arrowgrass Management:      Arrowgrass Capital Partners,
                                U.S., LP
                                BY: ARIF GANGAT, ESQ.
                                (212) 584-1160

                                Aurelius Capital Management LP
                                BY: MATTHEW A. ZLOTO, ESQ.
                                (646) 445-6518
For Aurelius Capital
Management:                     Akin Gump Strauss Hauer & Feld
                                BY: SHAYA ROCHESTER, ESQ.
                                (212) 872-1076
                                BY: JOHN BERRY, ESQ.
                                (212) 872-8075

                                Friedman Kaplan Seiler &
                                Adelman
                                BY: KIZZY JARASHOW, ESQ.
                                (212) 833-1115

For George Dougherty:           Grippo & Elden, LLC
                                BY: GEORGE DOUGHERTY, ESQ.
                                (312) 704-7700

For Silver Point Capital:       Silver Point Capital
                                BY: MATTHEW EHMER, ESQ.
                                (203) 542-4219

For Mina Faltas:                Viking Global Investors
                                BY: MINA FALTAS
                                (212) 672-7011

TELEPHONIC APPEARANCES:
(Continued)

For Bennett Management:          Lucy Galbraith
                                 BY: LUCY GALBRAITH, ESQ.
                                 (203) 353-3101

For Morgan  Stanley:             Weil Gotshal & Manges, LLP
                                 BY: ASHISH D. GANDHI, ESQ.
                                 (212) 310-8024
                                 BY: DAVID LITVACK, ESQ.
                                 (212)310-8361
                                 BY: ANDREA SAAVEDRA, ESQ.
                                 (212) 310-8544

                                 Morgan Stanley
                                 BY: BRIAN MCGOWAN, ESQ.
                                 (212) 761-1596

For Serengeti Asset
Management:                      Serengeti Asset Management
                                 BY: NICHOLAS HEILBUT, ESQ.
                                 (212) 466-2167

For Anna Kalenchits:             Anna Kalenchits
                                 (212)723-1808

For Nomura Securities:           Nomura Securities
                                 BY: ARTHUR KAVALIS, ESQ.
                                 (212)667-2370

For JPMorgan Chase Bank:         Davis Polk & Wardwell, LLP
                                 BY: PETER KIM, ESQ.
                                 (212) 450-3028

For Partner Fund Management:     Vinson & Elkins, LLP
                                 BY: LANCE A. MULHERN, ESQ.
                                 (212) 237-0184

For Oaktree Capital
Management:                      Oaktree Capital Management
                                 BY: KENNETH C. LIANG, ESQ.
                                 (213) 830-6422

For Brigade Capital
Management:                      Brigade Capital Management
                                 BY: NEIL LOSQUADRO
                                 (212) 745- 9758

For Great Banc Trust Co.:        Morgan Lewis & Bockius, LLP
                                 BY: RACHEL MAUCERI, ESQ.
                                 (215) 963-5000

For Pryor Cashman, LLP:          Pryor Cashman, LLP
                                 BY: TINA MOSS, ESQ.
                                 (212) 326-0421

TELEPHONIC APPEARANCES:
(Continued)

For Royal Bank of Scotland:      Royal Bank of Scotland
                                 BY: COURTNEY ROGERS, ESQ.
                                 (203) 897-4815

For Eos Partners:                Eos Partners
                                 BY: MIKE J. SCHOTT, ESQ.
                                 (212) 593-4046

For Prof. Expert:                Raymond James
                                 BY: ROBERT SCHWARTZ, ESQ.
                                 (212) 872-7441

For Non-Party:                   The Seaport Group
                                 BY: KENNETH SMALLEY, ESQ.
                                 (212) 616-7763

For Contrarian Capital
Management:                      Contrarian Capital Management
                                 BY: JOSHUA TRUMP, ESQ.
                                 (203) 862-8299

For Alvarez & Marsal, Inc.:      Alvarez & Marsal, Inc.
                                 BY: BRIAN WHITTMAN, ESQ.
                                 (312) 601-4227

For Insured:                     Smith Management
                                 BY: JENNIFER WILD, ESQ.
                                 (212) 418-6877

For Macquarie Capital:           Macquarie Capital (USA)
                                 BY: RUSHABH VORA, ESQ.
                                 (212) 231-6311

For Chicago Fundamental
Investment Partners:             Chicago Fundamental Investment
                                 BY: PETER GRUSZKA, ESQ.
                                 (312) 416-4215

For Kramer Levin:                Kramer Levin Neftalis &
                                 Frankel, LLP
                                 BY: JORDAN KAYE, ESQ.
                                 (212) 715-9489

For Silver Point Capital:        Silver Point Capital
                                 BY: MATTHEW EHMER, ESQ.
                                 (203)542-4219

TELEPHONIC APPEARANCES:
(Continued)

For Deutsche Bank AG:          Bingham McCutchen, LLP
                               BY: JEFFREY OLINSKY
                               BY: CHAD VALERIO
                               (212) 705-7857

For Law Debenture Trust:       Kasowitz Benson Torres & Park
                               BY: SHERON KORPUS, ESQ.
                               (212) 506-1700
                               BY: DAVID ROSNER, ESQ.
                               (212) 506-1726

1  <u>WILMINGTON, DELAWARE, TUESDAY, MARCH 8, 2011, 10:04 A.M.</u>

2             THE CLERK:  Be seated, please.

3             THE COURT:  Good morning, everyone.

4             ALL:  Good morning, Your Honor.

5             THE COURT:  I'd like first to address the two

6  discovery issues that -- well, two of the discovery issues

7  we talked about yesterday.  Bear with me for a second.  But

8  first I'd like to make sure I have all the papers that I

9  thought I had.

10             Well, let's talk about the dispute between

11  Aurelius and Citigroup Global.  There is a request to depose

12  Timothy Dilworth and a request for additional document

13  production.  They are denied.

14             Next, there was a request by Aurelius and Law

15  Debenture directed at Angelo Gordon to produce all schedules

16  concerning the Freedom Communication shareholder agreement.

17  That request is denied.

18             Ladies and gentlemen, we have had enough

19  discovery in this case.  And except for that which has

20  already been allowed and is scheduled as a result of that

21  has -- that which has been allowed or agreed, I intend to

22  allow nothing additional.  And my mailbox for these requests

23  is now closed.  We are going to proceed with getting to the

24  evidence in this case.  Is there anything preliminary or are

25  the DCL plan proponents prepared to put on their first

1  witness?

2          MR. BENDERNAGEL:  We're prepared to put on our

3  first witness, but there is something preliminary, Your

4  Honor.

5          THE COURT:  All right.

6          MR. BENDERNAGEL:  I just want to report on where

7  we are on the confidentiality issue that we addressed

8  yesterday afternoon.

9          THE COURT:  All right.

10         MR. BENDERNAGEL:  You had asked to give an update

11 as to where we would be with respect to essentially filing

12 the two briefs, the noteholder brief and a DCL brief in a

13 fashion that was not as heavily redacted as what has already

14 occurred.  And I have good news to report.  I believe at the

15 end of today, both the noteholders and the DCL plan

16 proponents will be in a position where they'll be able to

17 file those two briefs with minor redactions.  And the

18 redactions relate solely to the question of the material

19 relating to the FCC question.  I don't believe that there's

20 any controversy that that material is proprietary.  You

21 heard Mr. Johnson yesterday talking about the sensitivity of

22 the material that's being sought by Aurelius in the motion

23 you just denied.  It's of that ilk that the material is

24 being redacted.  Other than that, I don't believe anything

25 else in either brief is going to be redacted and the like.

1          So that's the status report on where we stand

2    with respect to that.  Hopefully, the Chicago Tribune is

3    satisfied with that.  If they don't, I'm quite sure that

4    they'll make their views known on that issue.

5          With respect to today, our first witness, nothing

6    we're going to utilize at least on a direct examination is

7    confidential so that's where we are.

8          THE COURT:  All right.  Let me ask if anyone

9    wishes to be heard in connection with the confidentiality

10   issue.

11   (No audible response heard.)

12          THE COURT:  Okay.  Let's proceed.

13          MR. BENDERNAGEL:  Your Honor, at this time, the

14   DCL plan proponents would call as their first witness, David

15   Kurtz.  And I'd ask that he come up and be sworn in.

16          THE CLERK:  Please raise your right hand.

17   DAVID STEVEN KURTZ, DCL PLAN PROPONENTS WITNESS, SWORN

18          MR. BENDERNAGEL:  May I proceed, Your Honor?

19          THE COURT:  Mr. Bendernagel, I have one question.

20   There was some discussion earlier in a pre-trial statement

21   reflects it that this witness might involve some expert

22   testimony.  So my question is are we on the hour and a half

23   limit with this witness on direct or not?

24          MR. BENDERNAGEL:  I don't -- I believe he's

25   almost strictly a fact witness.  We are not going to have

1  him address the valuation study by Lazard other than at the

2  very end to respond to certain comments that Mr. Zensky made

3  yesterday in his opening statement that I don't believe -- I

4  think are more factual than, you know, expert testimony.

5  We're not asking him to testify on that basis.  He's being

6  tendered as a fact witness, Your Honor.

7           THE COURT:  All right.  And while I think of it,

8  we'll go till about 12:15.  We'll take a lunch break.  I

9  have a hearing, telephonic hearing in the interim at 12:30.

10  I'll just ask that if the parties are moving in and out of

11  the courtroom, they do so quietly during that hearing which

12  I don't expect to be very extensive and we'll probably

13  reconvene around 1:30.

14           MR. BENDERNAGEL:  Okay, Your Honor.

15           THE COURT:  All right.

16           MR. BENDERNAGEL:  Thank you.  May I approach the

17  bench?  I have a binder that I'd like to hand out that has

18  both certain demonstratives, as well as, the exhibits that

19  he's going to use in his direct examination.

20           THE COURT:  Yeah, certainly.  Thank you.

21           MR. BENDERNAGEL:  We've shared that binder with

22  the noteholders, Your Honor, and we've just distributed a

23  few more copies to other parties in the case so everybody

24  has those documents.  The documents will also be available

25  on the screens as they come up.  And as I indicated, there's

1  no confidentiality issues --

2            THE COURT:  All right.

3            MR. BENDERNAGEL:  -- in connection with this

4  material.  May I begin?

5            THE COURT:  You may.

6            DIRECT EXAMINATION, DAVID STEVEN KURTZ

7  BY MR. BENDERNAGEL:

8  Q     Good morning, Mr. Kurtz.

9  A     Good morning.

10 Q     Could you -- I know you've stated your name for the

11 record so we can move on.  By whom are you currently

12 employed?

13 A     Lazard.

14 Q     And what is your current position at Lazard?

15 A     I am Managing Director and Global Co-Head of

16 Restructuring at Lazard.

17 Q     And what are your responsibilities in that position?

18 A     To participate in the management of our restructuring

19 group.

20 Q     And could you give us a little background as to who

21 Lazard is, what type of firm it is, and how big it is?

22 A     Lazard is an investment bank.  We're a public company

23 of approximately 2,000 plus professionals with offices

24 throughout the world.

25 Q     And you indicated you were in the restructuring group

1  or practice.  Is that correct?

2  A      Yes.

3  Q      Could you describe what -- how big that is and what it

4  does?

5  A      Lazard's global restructuring practice includes

6  approximately 100, 100 plus professionals throughout the

7  world.

8  Q      And how long have you been with Lazard?

9  A      Since 2002.

10  Q      And prior to 2002, what was the nature of your

11  employment?

12  A      I was a practicing lawyer.

13  Q      And how long had you been a practicing lawyer?

14  A      Twenty-three years.

15  Q      And did you have an area specialty?

16  A      Bankruptcy and restructuring.

17  Q      And was that true for all 23 years or some portion of

18  the 23 years?

19  A      All 23 years.

20  Q      And could you just briefly describe your educational

21  background?

22  A      I have a BA and JD degree all from Case Western

23  Reserve University.

24  Q      And when was Lazard retained to work on this matter?

25  A      That would be November of 2008.

1    Q      And what specifically was Lazard asked to do in

2    connection with this matter?

3    A      To provide the full range of restructuring services to

4    Tribune Corporation and its subsidiaries.

5    Q      Now who are the primary members at the present time of

6    the Lazard team working on this engagement?

7    A      At the present time, myself and Suneel Mandava.

8    Q      And what are your responsibilities on the engagement?

9    A      Well, I'm the leader of the engagement.  I have spent

10   most if not close to all of my time working with the company

11   in connection with the potential litigation issues arising

12   out of the LBO transaction that preceded Tribune's entry

13   into Chapter 11.

14   Q    Okay.  And who is the other individual that's working

15   on it is Mr. Mandava is that correct?

16   A      Correct.

17   Q      What are his responsibilities as compared to yours?

18   A      Mr. Mandava leads a team of junior Lazard personnel

19   who work for and report directly to him in connection with

20   this engagement.  Mr. Mandava has worked on a coordinated

21   basis with me in connection with the activities I just

22   described relating to the LBO.  In addition, Mr. Mandava led

23   the valuation effort for Lazard.  Mr. Mandava has also

24   worked with and advised Tribune Company in connection with

25   unrelated business matters, unrelated to the LBO.

1  Q      And you're familiar with an individual named John

2  Chachas?

3  A      Yes.

4  Q      Who is Mr. Chachas?

5  A      Mr. Chachas was a Managing Director and Co-Head of the

6  media group at Lazard until he left the firm in

7  approximately March of 2010.

8  Q      And what was his role in this engagement?

9  A      Mr. Chachas was a senior member of the Lazard team

10  working for Tribune Corporation until his departure from

11  Lazard.

12  Q      And what expertise did he bring to the team as

13  compared to you and Mr. Mandava?

14  A      Mr. Chachas was our industry expert.

15  Q      Okay.  Now at the time Lazard was retained, what were

16  the major challenges facing Tribune in the fall of 2008

17  after it filed for bankruptcy?

18  A      Right.  The actual filing was in December of 2008.

19  And, you know, always the first challenge when we undertake

20  these engagements immediately prior to a company's entry

21  into Chapter 11 is to ensure that we have properly

22  stabilized the business.  That the company makes a smooth

23  entry into Chapter 11.  That the company has sufficient

24  funding available to it with which to manage its business.

25  that management has a clear understanding as to the rules,

1  regulations, and protocols associated with operating a

2  Chapter 11.  We work with a management team to hopefully

3  develop a level of comfort on their part that, you know,

4  their jobs are secure, their paychecks will be forthcoming,

5  and that the noise associated with the bankruptcy should not

6  interfere with their day to day activities which need to be

7  focused on running the business for maximum value.

8  Q    Now were you successful in stabilizing the business?

9  A    Yes.

10 Q    One you had stabilized the business, what was the next

11 challenge?

12 A    The next challenge was to begin the process of

13 thinking about formulating a plan of reorganization for

14 Tribune Corporation.

15 Q    Now have you prepared a chart relating to this issue?

16 A    Yes.

17      MR. BENDERNAGEL:  Your Honor, at this time, I'd

18 like you to take a look at if we could have up on the screen

19 the first slide entitled Key Factors in Developing a Plan of

20 Reorganization to Exit Bankruptcy.

21 BY MR. BENDERNAGEL:

22 Q    Do you have that document in front of you, Mr. Kurtz?

23 A    I do.

24 Q    Did you prepare -- was this prepared at your

25 direction?

1    A      Yes.

2    Q      And what does this document show?

3    A      This document shows as we describe in the heading, the

4    key factors in developing a plan of reorganization to exit

5    bankruptcy.

6    Q      And could you walk the Court through each of the

7    factors that are listed on this page and the like?

8    A      Certainly.  What I'm trying to capture in the first

9    bullet point is activity that is designed to ensure that the

10   company takes maximum advantage out of its being in Chapter

11   11.  And so, you know, as we all know, Chapter 11 presents

12   opportunities to reject executory contracts which can be

13   utilized both to relieve the company of a burdensome

14   contract, but also as a lever to obtain better terms on a

15   negotiated basis.  And so there was a sort of a work stream

16   associated with that effort to make sure that we were doing

17   everything possible to create value, you know, utilizing

18   bankruptcy tools.

19   Q      In your view has that been accomplished?

20   A      Yes, that work is done.  I take the next two bullet

21   points together, internally rationalize business operations

22   and evaluate potential strategic asset sales.  One of the

23   undertakings that we participated in on the part of Tribune

24   Corporation was to review its portfolio of businesses to

25   determine whether there were opportunities to convert

1  certain of those business into cash and terms that would

2  provide greater value than Tribune continuing to operate

3  those business.  And the best example of this is the Chicago

4  Cubs Baseball Team.  I think as most people know, that asset

5  had been identified for sale prior to Tribune commencing

6  Chapter 11.  Subsequent to Chapter 11, you know, now that

7  the company no longer needed to sell the Cubs in order to

8  generate liquidity to, you know, deal with its business

9  operations and capital structure, we took another look at

10  the Cubs to make sure that we were all comfortable that

11  selling the cubs was the right answer.  And as people know,

12  we concluded that it was and subsequently, the Cubs were

13  sold.  On the flip side, there were other potential asset

14  sales that we thought about and concluded not to pursue.

15  Q     And is that work that you just described with respect

16  to Bullets 2 and 3 pretty much done at this juncture?

17  A     Yes.

18  Q     Now what's the fourth bullet relate to?

19  A     The fourth bullet point relates to work stream

20  involving an effort to determine the correct amount of

21  liabilities that Tribune Company would need to deal with in

22  connection with this Chapter 11 case.  And so as many of us

23  who practice in this area well know, it is not unusual for,

24  you know, all kinds of claims to come out of the woodwork

25  when a company files Chapter 11 and a bar date is

1  established.  And so there was a work stream involved in

2  analyzing those claims so that we could properly determine,

3  you know which claims are legitimate against Tribune

4  Corporation and in so doing, we were able to determine that

5  the correct amount of debt that we would be dealing with in

6  our Chapter 11 plan.

7  Q    Now the -- and what is the status of that work at this

8  juncture?

9  A    Finished.

10  Q    And now what's the last point about?

11  A    The last point is -- was to investigate and seek to

12  resolve potential LBO related causes of action.  And these

13  were causes of action that potentially emanated from the

14  events that related to the acquisition of the company by the

15  ESOP as the Zell entities, you know, participated.

16  Q    Now had Lazar been involved prior to the petition date

17  in connection with that LBO or in connection with the

18  assessment of strategic alternatives that took place leading

19  up to the LBO?

20  A    No.

21  Q    What steps did you take to familiarize yourself with

22  the LBO and the circumstances leading up to the LBO?

23         MR. ZENSKY:  Your Honor, could I just ask Mr.

24  Bendernagel for clarification to make sure that this is

25  directed to the witness individually as opposed to Lazard as

1  a whole?  Or at least make sure the record is clear as to

2  the nature of the question?

3         MR. BENDERNAGEL:  I'd be glad to clarify, Your

4  Honor.

5         MR. ZENSKY:  Thank you.

6  BY MR. BENDERNAGEL:

7  Q    What steps -- let's start with Lazard.  What steps did

8  Lazard take to familiarize itself?  And then if you could

9  identify what you did in that regard that would be helpful.

10 A    Sure.  We began an effort working in conjunction with

11 lawyers from Sidley Austin to first develop an understanding

12 of what transpired in connection with the LBO.  And then to

13 evaluate certain facts and circumstances, certain specific

14 facts and circumstances that would be most important to the

15 existence or non-existence of the LBO related causes of

16 action.

17 Q    Now did you participate in that work?

18 A    I did.

19 Q    And at this juncture, do you have an understanding of

20 the LBO and the circumstances that led to that LBO?

21 A    Yes.

22 Q    If you'd take a look at the second slide that is now

23 up on the screen that's entitled Significant Events Leading

24 to the Leveraged ESOP transaction.  Do you see that?

25 A    Yes.

1  Q     First of all, was this document prepared at your

2  direction?

3  A     Yes.

4  Q     And what does this document purport to show?

5          MR. ZENSKY:  Your Honor, I have an objection to

6  this line of questions.  May I be heard for a moment?

7          THE COURT:  Yes.

8          MR. ZENSKY:  As Mr. Bendernagel just brought out,

9  this -- Lazard had no involvement in the transaction so

10 anything on this chart would be -- I think this witness

11 would lack a foundation except through his investigation.

12 He has no firsthand knowledge of any of these events.  I

13 suppose if the Court thinks that's useful as a summary, I

14 don't have an objection to that, but it should be clear that

15 he is not competent to testify as to the truth of any of

16 this and all of it would be based on an after the fact

17 investigation.  It would also suffer from hearsay

18 infirmities as well.

19         THE COURT:  Well, all of that may be true, but

20 let me ask this.  Is there anything in this demonstrative

21 for example which varies from that to which the parties have

22 agreed should be admitted in the examiner's report?  It

23 looks to me to, you know, parallel that.

24         MR. ZENSKY:  Your Honor, the objection is not to

25 the demonstrative.  The dates are not controversial.  I

1    don't know what type of testimony Mr. Bendernagel intends to

2    elicit with regard to this witness's after the fact

3    conclusions about these events.  And that's the nature of

4    the objection.

5            THE COURT:  That's when you should stand up.

6    (Laughter)

7            THE COURT:  Thank you.

8            MR. BENDERNAGEL:  May I proceed, Your Honor?

9            THE COURT:  You may.

10   BY MR. BENDERNAGEL:

11   Q    I think I was asking you about this timeline that is

12   in this demonstrative.  And I think I had asked you had this

13   been prepared at your direction and you indicated yes.

14   A    Yes.

15   Q    And what does this purport to show?

16   A    This is -- this purports to layout a timeline of

17   events from, you know, essentially the beginning of the

18   process that ultimately culminated in the LBO transaction to

19   the last step which is Tribune electing to become an S

20   Corporation in March of 2008.

21   Q    And I take it in preparing yourself to get involved in

22   the case, it was important that you have some understanding

23   of what happened in the LBO.  Is that correct?

24   A    Yes.

25   Q    And could you start to walk us through what's on the

1  chart just as a summary for the Court in terms of the events

2  leading up to the LBO in April of 2001?

3  A    Sure.  Well, I think it's fair to say that all of this

4  begin in February of 2005 when Tribune Corporation began to

5  consider strategic alternatives in order to maximize the

6  value of its assets and engage both Merrill Lynch and

7  Citicorp as financial advisors and Wachtell Lipton as legal

8  counsel to assist them in that effort.  In September of

9  2006, the board formed a special committee to in effect

10 continue the analysis that had been in process since

11 February of 2005 and that committee engaged its own set of

12 advisors, Morgan Stanley on the financial side and Skadden

13 Arps as legal counsel.  In the fall of 2006, a formal data

14 room was established.  Thirty-one potential bidders signed

15 confidentiality letters, 15 bidders actually entered the

16 data room, 6 expression of -- excuse me, expressions of

17 interest were received.

18 Q    Now were bids actually submitted at some point in

19 time?

20 A    Yes.

21 Q    And when did that occur?

22 A    That occurred in approximately January of 2007.

23 Q    And what happened with those bids?  Were they acted

24 upon?  How did the company deal with that?

25 A    The special committee was leading the effort at this

1  point.  The bids were analyzed by a combination of the three

2  financial advisory firms who were involved, Merrill, Citi,

3  as well as, Morgan Stanley.  And the special committee began

4  the process of making decisions with respect to those bids.

5  Q    Now in February, did they make some decisions in that

6  regard?

7  A    They did.  In addition to the third party bids, the

8  company was also considering what I'll describe as a self-

9  help transaction whereby they would borrow a significant

10  amount of money, utilize those proceeds to effectuate a

11  tender offer pursuant to which -- excuse me, to utilize that

12  -- those funds to either make a tender offer or special

13  dividend to shareholders to get a major slug of cash in the

14  hands of shareholders.  And then that would either shortly

15  thereafter or on a coterminous basis, involve the spinoff of

16  the broadcasting and entertainment business.

17  Q    And that's what's referred to as the self help plan?

18  A    That's right because it didn't involve or require the

19  participation of a third party.

20  Q    Now in February, did they make any decisions regarding

21  the self help plan and these three bids?

22  A    As the chart indicates in February of 2007, the

23  special committee decided to move forward with the self help

24  plan.  However, they were also interesting -- interested in

25  continuing to pursue an expression of interest to a proposal

1   they had received from what we're calling EGI Zell here,

2   whereby the company would be acquired by an ESOP pursuant to

3   a leveraged acquisition where the ESOP would end up owning

4   the company.

5   Q     So following this decision in February, what happened?

6   A     Following this decision in February, the advisors for

7   the special committee and the company continued to do their

8   work and analysis on both the stand alone plan, as well as,

9   the Zell transaction with the view toward determining which

10  of the two options presented greater value to the company,

11  the more attractive option.

12  Q     And what was ultimately determined?

13  A     It was ultimately determined to proceed with the Zell

14  transaction.

15  Q     Now it indicates here, the Zell transaction was going

16  to be in two steps.  Do you see that?

17  A     Yes.

18  Q     And what were the two steps?

19  A     Step No. 1 was the a tender offer for a fixed number

20  of shares of Tribune stock which worked out to be slightly

21  north of 50 percent.

22  Q     How did that tender offer compare to the

23  recapitalization proposal that was part of the self help

24  plan?

25  A     It was intended to replicate the -- that part of the

1    self help, excuse me, the self help transaction.

2    Q     And what was the second step?

3    A     The second step was the formal merger of Tribune

4    Corporation into the ESOP whereby the ESOP would become the

5    100 percent owner of the company.  In connection with that

6    transaction, Tribune acquired the remaining equity interests

7    that were outstanding subsequent to step one.

8    Q     Now why is -- what's your understanding as to why this

9    deal was structured in two steps as opposed to one?

10              MR. ZENSKY:  I think it's time to stand up, Your

11   Honor.  As you know, that's a hotly contested issue.  Again,

12   the witness has no foundation to give an opinion and issued

13   no expert report giving views in advance as to why the

14   transaction was structured the way it was.

15              THE COURT:  Any response?

16              MR. BENDERNAGEL:  Yes, Your Honor.  I'm not

17   asking for his opinion.  I'm asking as a person working on

18   this deal what his understanding was in that regard.  You're

19   free to dispute what his understanding is.  I'm not asking

20   it for the truth of the matter, but basically layout what

21   his understanding was in that part of the transaction.

22              MR. ZENSKY:  Again, Your Honor, without a

23   foundation, I don't know what the --

24              THE COURT:  Sustained.

25              MR. ZENSKY:  Thank you.

1  BY MR. BENDERNAGEL:

2  Q     Now going back to the table that's set up here, the

3  significant events relating to the leveraged ESOP

4  transaction, do you see that?  We're looking at the

5  timeline.

6  A     Yes.

7  Q     The timeline indicates that on April 1, the board

8  approves the EGI Zell proposal.  Do you see that?

9  A     Yes.

10  Q     And then there are a bunch of events that occur

11  between then and the step one closing.  Could you just

12  summarize what happened during that time period?

13  A     Sure.  On April 5, bank loan commitment letters were

14  signed to ensure that the funding to facilitate the

15  transaction was available.  The tender offer that I referred

16  to a moment ago was launched on April 26.  On May 9, VRC

17  issues a solvency opinion relating to Step 1.  That was then

18  brought dated or brought down, if you will, on May 24, 2007.

19  On May 17, the senior credit agreement was executed and step

20  one closed on June 4.

21  Q     Now if you take a look at the next slide that's in the

22  deck that we've provided to you, it's entitled Step 1

23  Transaction.  Do you see that?

24  A     Yes.

25  Q     Did you prepare this slide or was it prepared at your

1  direction?

2  A     Yes.

3  Q     And what does this slide purport to show?

4  A     This slide purports to show in schematic form the

5  events that I just described concerning Step 1.

6  Q     Could you just walk the Court through what the

7  schematic shows?

8  A     Yes.  The schematic shows a series of interrelated

9  transactions.  The -- let's start at the top.  New lenders,

10 the new lenders lent to the company in the form of new debt

11 approximately -- I'm going to look at the actual -- it's

12 just easier for me to see it this way.  The new lenders lent

13 $7 billion to the Tribune Company at that point in time.  At

14 the same time, EGI invested $250 million cash into Tribune.

15 That $250 million took the form of a $200 million note and a

16 $50 million equity purchase at $34 per share.  Those funds

17 were utilized to purchase as I indicated, I think the exact

18 number is 52 percent of the existing Tribune equity, 126

19 million shares, and the remaining proceeds were utilized for

20 ordinary operating liquidity and to retire $2.8 billion,

21 approximately $2.8 billion of debt that the Tribune had

22 outstanding prior to Step 1.

23 Q     And what is the chart entitled Step 1 Sources and Uses

24 show?

25 A     It's just a typical sources and uses chart that breaks

1   down what I just described.

2   Q      Okay.  Now after Step 1 closed, what events occur

3   after that leading up to the Step 2 transaction?

4            MR. ZENSKY:  Your Honor, I have an objection to

5   the form of the question.

6            MR. BENDERNAGEL:  I'll rephrase, Your Honor.

7   BY MR. BENDERNAGEL:

8   Q      I'll go back to the timeline.  The timeline indicates

9   that on June 4, the Step 1 deal closes.  Do you see that?

10  A      Yeah.

11  Q      What's the next entry on the page?

12  A      August 21 which was the date on which the shareholders

13  approved the ESOP merger.

14  Q      And what happens on November 30, 2007?

15  A      FCC approval which was a requirement in order for the

16  transaction to occur was obtained.

17  Q      And what happens on December 20 --

18  A      VRC issues it's Step 2 solvency opinion, the bridge

19  credit agreement is executed and Step 2 closes.

20  Q      Now have you prepared a chart that depicts the Step 2

21  transactions in a manner similar to what we were just

22  talking about with respect to Step 1?

23  A      Yes.

24  Q      And is that the next chart in the deck?

25  A      It is.

1   Q     Could you walk the Court through this chart?

2   A     Yes.  They're similar to what I just took the Court

3   through in connection with Step 1.  This is a schematic that

4   lays out the interrelated transactions that occurred in

5   connection with Step 2.  In Step 2, there was an incremental

6   loan in the amount of $3.7 billion made to Tribune

7   Corporation.  At the same time, there was a net incremental

8   infusion by the Zell entity in the amount of $56.1 million.

9   The proceeds of those loans in addition to cash on hand was

10  utilized to purchase the remaining 117.1 million shares of

11  Tribune equity outstanding at $34 per share and to retire

12  vested options that automatically -- well, unvested options

13  that vested in connection with the change of control

14  associated with the closing of Step 2.

15  Q     Okay.  Now if you go back to the first slide, the one

16  Key Factors in Developing a Plan of Organization.  Do you

17  see that?

18  A     Not yet.  I can do it.  Yes.

19  Q     That last bullet point uses the phrase LBO Related

20  Causes of Action.  Do you see that?

21  A     Yes.

22  Q     What's your understanding of what that phrase is

23  referencing?

24  A     That phrase is intended to be catch all for the

25  various potential claims and causes of action that are

1    alleged to have arisen in connection with the events that I

2    just described pertaining to the LBO.

3    Q    Now in connection with your work on this matter, did

4    you become familiar with what those potential claims might

5    be?

6    A    Yes.

7    Q    If you could turn to the fifth slide in the deck

8    entitled Principal LBO related causes of action.

9    A    I see it.

10    Q    Is this a slide that was prepared under your

11    direction?

12    A    Yes.

13    Q    What does this purport to show?

14    A    This purports to show a summary of, you know, what

15    I'll describe as the key causes of action that have been

16    alleged by various parties throughout the process pertaining

17    to or arising from the LBO.

18    Q    Now I think you testified here about a year ago

19    regarding in an exclusivity hearing.  Do you recall that?

20    A    Yes.

21    Q    And as part of your testimony at that time, you talked

22    about the negotiating process that the company had

23    undertaken to try and resolve these LBO related causes of

24    action.  Do you recall that?

25    A    Yes.

1    Q     In connection with those discussions, were these the

2    types of claims that are set forth in this slide that were

3    being discussed among the parties?

4    A     Yes.

5    Q     Could you basically summarize for the Court what those

6    major causes of action were?

7    A     Okay.  Starting at the top, we have the fraudulent

8    conveyance claims that we've all spent so much time talking

9    and thinking about.  These are claims under the bankruptcy

10   statutes and potentially state law statutes to avoid the

11   obligations and guarantees of senior lenders and bridge

12   lenders by Tribune Company.  Also, under the umbrella of

13   fraudulent conveyance claims, are claims that would be

14   available to recover amounts paid to shareholders, senior

15   lenders, bridge lenders, arrangers and advisors in

16   connection with the LBO, as well as, payments that were made

17   on account of the debt incurred in connection with the LBO

18   subsequent to the closing of the transaction, but prior to

19   the commencement by Tribune of Chapter 11 cases.

20   Q     Okay.  What's the third bullet relate to, the major

21   bullet for --

22   A     Well, the second --

23   Q     Oh, I'm sorry, what does the second major bullet

24   relate to?

25   A     Yeah.  The second or equitable subordination claims.

1   These are claims that exist under bankruptcy laws pursuant

2   to which allegations have been made that the company --

3   well, that the claims of senior lenders, bridge -- and

4   bridge debt lenders should be subordinated in right of

5   payment to the claims of pre LBO creditors.

6   Q    And the bullet relating to breach of fiduciary duty

7   and illegal dividend claims, what does that relate to?

8   A    Yes.  That relates to potential damage claims that

9   might exist against director's officers and principal

10  shareholders of the company for breaching fiduciary duties

11  or being the recipient of illegal dividends --

12  Q    And what does the final category relate to?

13  A    Yeah.  And there were -- and there are also

14  allegations that claims exist under these remedies against

15  the senior lenders, principal shareholders Zell and the

16  advisors for aiding and abetting the company's alleged

17  breach of fiduciary duty.  The last is preference claims.

18  And these are claims that might exist under the bankruptcy

19  preference statute to recover amounts paid to insiders EGI

20  Zell and others during the one year prior to the bankruptcy

21  filing.

22  Q    Now in your work, trying to negotiate a resolution of

23  these various causes of action, did you develop an

24  understanding of what the key issues underlying these

25  questions were?

1    A      I and the Lazar team did that.

2    Q      And if you could take a look at the next slide which

3    is entitled key issues related to the LBO related causes of

4    action, do you recognize this document?

5    A      Yes.

6    Q      And what does this document purport to show?

7    A      What this document purports to show is the key issues

8    that would determine the validity or lack thereof of the

9    claims that I just laid out for you in the prior slide.

10   Q      Now the first three points on the page relate to the

11   so called Step 1 transactions.  Is that correct?

12   A      Yes.

13   Q      And could you just walk the Court through these three

14   specific issues and explain why in your view they're

15   important?

16   A      Right.  So starting with --

17              MR. ZENSKY:  I have an objection, Your Honor.

18              THE COURT:  Basis?

19              MR. ZENSKY:  At Mr. Kurtz's deposition, Mr.

20   Bendernagel instructed the witness not to answer anything

21   regarding the conclusions that Lazard may have reached.  And

22   the question as posed seems to be asking for the thought

23   process of Lazard about each of these issues which I would

24   agree are some of the important issues.

25              MR. BENDERNAGEL:  May I respond, Your Honor?

1        THE COURT:  Yes, in fact, you're opening

2   paralleled many of them yesterday.

3        MR. BENDERNAGEL:  I'm sorry?

4        THE COURT:  Mr. -- I was talking to Mr. Zensky.

5   I said his opening paralleled many of these issues on this

6   page yesterday.  Mr. Bendernagel, any response?

7        MR. BENDERNAGEL:  The response -- let me rephrase

8   the question, if that's helpful.

9   (Laughter)

10       THE COURT:  Mr. Zensky will let you know.

11  (Laughter)

12       MR. BENDERNAGEL:  We had indicated before I was

13  interrupted --

14  (Laughter)

15   BY MR. BENDERNAGEL:

16  Q    -- that the first three issues related to Step 1 and

17  why don't you just describe what your understanding of those

18  issues are.

19  A    Okay.  Starting from the top with Step 1 an intention

20  or constructive fraudulent conveyance, either at the parent

21  or the subsidiaries or both.  Number two is should Step 2

22  debt be included when assessing whether Step 1 was solvent

23  or not and if so, does it make a difference?  Number 3 is if

24  the parent was insolvent in Step 1, were the subsidiaries

25  also insolvent at Step 1.

1    Q    Okay.  And what does the fourth issue relate to?

2    A    The fourth issue relates to Step 2.  Really runs in

3    parallel to what I just described.  With Step 2, an

4    intentional or constructive fraudulent conveyance at the

5    parent and/or the subs.

6    Q    And the firth issue states what weight should be

7    accorded senior lender statutory defenses.  What is that a

8    reference to?

9    A    Yes.  Over the course of our interactions with the

10    various parties, arguments were made by the senior lenders

11    that there are statutory defenses, defenses available under

12    the bankruptcy statute that would insulate them from any

13    liability or exposure with respect to the claims that I just

14    described.  And so one of the things we looked at in

15    conjunction with the lawyers from Sidley Austin was the

16    weight to be accorded their argument that these statutory

17    defenses can be properly involved by them.

18    Q    Now the last item reads are there equitable remedies

19    that could be invoked against the senior lenders and what

20    are you trying to get across with that point?

21    A    Equitable subordination.

22    Q    Anything else?

23    A    Also remedies that might be available to limit the

24    ability of Step 1 lenders to participate in recoveries that

25    would -- might be available in the event that Step 2 was

1  invalidated.

2  Q    Okay.  It's my understanding that as part of your

3  analysis, your work on the [indiscernible] connection with

4  these LBO related claims, you develop a recovery model.  Is

5  that correct?

6  A    Yes.

7  Q    And what is a recovery model, first of all?

8  A    A recovery model is designed to illustrate the

9  recoveries that would be available to the various parties

10 assuming different outcomes with respect to these claims.

11 Q    And so if, in fact, you assume that for instance the

12 Step 2 debt was to be included, you could essentially assess

13 what the outcome would be.  Is that correct?

14 A    Correct.

15 Q    Okay.  Now how did that recovery analysis help you in

16 connection with the negotiations that you were embarking on?

17 A    Right.

18       MR. ZENSKY:  Your Honor, Mr. Bendernagel, I

19 assume you're not asking him for the conclusions on the

20 recovery model because that was not produced.

21       MR. BENDERNAGEL:  Well, the recovery model has

22 been given to everybody including the examiner.  That's what

23 the examiner used in his analysis, but he's correct, that my

24 question is more designed as not for the conclusions, but

25 what the impact of having the recovery model was.

1        THE COURT:  You may proceed.  Do you remember the

2   question?

3        MR. KURTZ:  Yeah, the impact of the recovery

4   model enabled us to engage in discussions with third parties

5   and to utilize different hypothetical outcomes to calculate

6   a potential dollar recovery.

7   BY MR. BENDERNAGEL:

8   Q     Now at some point, you began to negotiate with parties

9   in connection with the LBO related claims.  Is that correct?

10  A     Yes.

11  Q     And when -- can you just trace when that occurred and

12  who you were talking with?

13  A     I'd say it began in earnest.  Well, we began talking

14  about talking in the fall of 2009.  At that point, I reached

15  out to what I would describe as the players who are active

16  in the process both with respect to institution holding the

17  largest amount of noteholder debt, Centerbridge.  I was

18  involved in discussions with the three institutions who were

19  sort of driving the process for the senior lenders.  Those

20  three institutions are JP Morgan, Angelo Gordon, and

21  Oaktree.  We were also of course talking to the creditors'

22  committee.  We did have discussions with the indenture

23  trustee for the noteholders sort of on a coordinated basis

24  with the conversations that we were having with Centerbridge

25  because the indenture trustee was the indenture trustee for

1  the debt that Centerbridge owned and so there was a

2  commonality of interest there.  We also had conversations,

3  but less intensively with the lawyer for the PHONES or I

4  guess I should say the indenture trustee for the PHONES.

5  Q    Okay.  Now if you could take a look at the next slide,

6  I think it's Slide 7 in the deck, it's entitled Efforts to

7  Resolve the LBO Related Causes of Action.  Do you have that

8  slide in front of you?

9  A    Yes.

10  Q    And first of all was this prepared at your direction?

11  A    Yes.

12  Q    And what does this slide purport to show?

13  A    This is designed to reflect the salient events

14  starting from the December 8, 2008 bankruptcy petition until

15  the filing by the mediator of the third mediator report

16  which reflected the settlement with the bridge lenders which

17  is the final settlement that we reached along the path to

18  getting to where we are today.

19  Q    Okay.  Now starting with the spring of 2009 and

20  carrying through to the December 15, 2009 time period, I

21  take it that's the period where you were talking about

22  talking.  Is that correct?

23  A    Right.  We talked about talking rather than talking.

24  Here's the reason why I draw that distinction because there

25  was a recognition among the parties that we couldn't really

1    engage in meaningful settlement discussions until all of the

2    parties had the relevant data available to them.  And so,

3    the first step was to ensure the parties that I just

4    enumerated that, you know, conditioned upon the execution of

5    satisfactory confidentiality agreements, the Tribune

6    Corporation was prepared to make a lot of information

7    available to all of the parties such that everyone would

8    have the same information in front of them and we'd all be

9    starting from the same place.

10   Q    And --

11   A    And then we made it clear to -- I did, to these

12   various parties that I referred to, the principal

13   negotiators, that we intended this to be a prelude to the

14   actual process of undertaking if not a formal, at least a

15   semi-formal effort to try to orchestrate a settlement of

16   these claims.

17   Q    Now during this time period in the fall of 2009, were

18   you making efforts through these conversations to sort of

19   understand where the various parties positions were?

20   A    Yes.  I felt that it was important that if or we, I

21   should say, were going to play the role as intermediary or

22   honest broker, if you will, I needed to be as objective and

23   non-partisan as possible.  And so in order to that, I needed

24   to understand, you know, not just what we were thinking when

25   we talked to ourselves, I mean, we the team that was working

1  on this for the Tribune Corporation, but I needed to go out

2  and listen to, you know, the bank's side of the story and

3  then I needed to hear the noteholders' side of the story,

4  and then I needed to hear the committee's side of the story.

5  And I was very pleased that, you know, everyone was prepared

6  to deal with me on that basis.

7  Q    Okay.  Now going to the slide that has the timeline on

8  it, you see this date January 5, 2010.  Do you see that?

9  A    I do.

10  Q    It says committee convened settlement meeting with

11  principal creditor constituents.  Do you see that?

12  A    Yes.

13  Q    Did you attend that meeting?

14  A    Yes.

15  Q    What was the purpose of that meeting?  What was your

16  understanding of the purpose of that meeting?

17  A    Right.  That conclave was orchestrated by the

18  creditors' committee.  The creditors' committee also

19  interested in trying to promote a settlement, felt that it

20  would be helpful to the process if, you know, all of the

21  major players were brought together in one room at one time

22  and that the process of exchanging settlement offers were to

23  begin.  And that was the purpose of the meeting on the 5th

24  of January 2010.

25  Q    Did Lazard make a presentation at that meeting?

1    A    We did.  And so we at the invitation of the creditors'

2    committee and with the understanding of all the parties that

3    we would be doing so, you know, we laid out facts,

4    circumstances as, you know, we understood them based upon

5    the work that we had done.

6    Q    The facts and circumstances about what?

7    A    The LBO.

8    Q    Okay.  Were other presentations made at that meeting?

9    A    Yes.

10   Q    And what were the nature of those presentations?

11   A    Similar presentations by other parties reflecting the

12   point of view of the lenders, the noteholders, and the like.

13   Q    Now, you know, you indicated that one of the purposes

14   of this meeting was to try to move forward and get bids

15   exchanged.

16   A    Right.

17   Q    Was the meeting successful in that regard?

18   A    No.

19   Q    What was your -- what happened?  What did you learn

20   from the meeting?

21   A    What I learned was what I expected to learn which was

22   the parties were very far apart at least in terms of what

23   they were willing to commit to in the form of settlement

24   offers as of that point in time.

25   Q    And to go back to this chart, it says -- the next item

1  says January to March 2010, the debtors engage in extensive

2  settlement discussions.  Do you see that?

3  A    I do.

4  Q    Were you involved in this discussions?

5  A    Yes.

6  Q    What was your role in those discussions?

7  A    I decided that the best maybe only way to try to make

8  this happen was not to bring everyone together in one room

9  and ask for formal settlement offers that were on the record

10  and binding upon parties.  But as I indicated, to try to

11  play the role of the intermediary, the honest broker to coax

12  the parties together, if you will, and that's the role I

13  played.

14  Q    And who were you meeting with in this connection?

15  A    I was in constant discussion with all of the parties

16  that I enumerated with the exception of counsel for

17  Wilmington Trust who I spent very little time with during

18  this time, this period.

19  Q    Now how would you characterize the nature of these

20  discussions that you just described?

21  A    Well, we had our good days and we had our bad days.

22  The good days were, you know, cordial and constructive, but

23  there were many days that, you know, parties were very

24  emotional, the discussions were contentious, the accusations

25  were flowing in both directions and I was right in the

1  middle of it.

2  Q    And what did you attribute that acrimony to?

3  A    Well, I think we have people who, you know, believed

4  in their respective positions for one thing.  And, you know,

5  we're sort of two minds in terms of thinking about what I

6  was doing.  I mean, on the one hand, I was trying to, you

7  know, break through people's pre-conceived notions regarding

8  what they would be prepared to settle at and get them to a

9  level beyond what they thought they would be willing to pay

10 and, you know, that was hard and there were some hard

11 conversations associated with that.

12 Q    Well, did anybody drop out of the negotiations?

13 A    And I should say in that regard, I assumed the role of

14 sort of, you know, when I'm talking to the banks I was

15 making the noteholder arguments and when I was talking to

16 the noteholders, I was making the bank arguments.

17 Q    Now as the negotiations progressed, did anybody drop

18 out of the negotiations?

19 A    Well, I don't know whether it's fair to say that

20 Oaktree dropped out or we dropped Oaktree, but at some point

21 along the way, we stopped talking to Oaktree.

22 Q    And why was that?

23 A    Oaktree was just not willing to pay anywhere near what

24 I thought it would take to get a deal done and so we just

25 stopped talking to them.

1  Q     Now did you eventually get a deal done?

2  A     We did.

3  Q     And how did that come about, if you recall?

4  A     Through continued efforts to bring the parties

5  together, you know, back channel, off the record

6  conversations.  You know, people whispering in my ear that

7  if you can get them to this, I'll do that and letting the

8  other side, but all being done in a non-binding basis so

9  that people still had deniability of they wanted

10 deniability.  You know, I was trying to make it work through

11 the back channel.  And, you know, fortunately people,

12 although we had our moments of lack of trust, for the most

13 part, people trusted me enough to work with me on that basis

14 and we succeeded.  Not with Oaktree, but with the other

15 parties and not with Wilmington Trust obviously.

16 Q     And who were the other parties just to the record is

17 clear?

18 A     So we were able to strike a deal that included JP

19 Morgan and Angelo Gordon on the lender's side.  The

20 creditors' committee, Centerbridge, the largest holder of

21 pre-petition notes, excuse me, pre-LBO notes, as well as,

22 the indenture trustee for those notes.

23 Q     If you'll take a look at -- in your binder Exhibit 396

24 for a moment.  In your binder.

25 A     Right.

1    Q    There's Exhibit 396.  It's under a tab that says --

2    A    I have it.

3    Q    -- Exhibit 396.

4    A    I have it.

5    Q    Do you recognize this document?

6    A    Yes.

7    Q    And what is this document?

8    A    It's a settlement support agreement.

9    Q    And if you'd look at Page 18 of the settlement support

10   agreement, there is an Exhibit A.  Do you see that?

11   A    Page 18?

12   Q    Yes.  It says Exhibit A, Select Terms of the

13   Settlement Agreement.

14   A    Right.

15   Q    Is it fair to characterize this exhibit as the term

16   sheet?

17   A    Yes.

18   Q    And I take it you're familiar with the provisions of

19   this term sheet.  Is that correct?

20   A    Yes.

21   Q    And this became the settlement that was part of the

22   debtors' filing in April of 2010?  Is that correct?

23            MR. ZENSKY:  Your Honor, I haven't objected to

24   any leading questions, but I would to pose an objection at

25   this point.

1          THE COURT:  Sustained.

2    BY MR. BENDERNAGEL:

3    Q    Okay.  If you could take a look at the next slide.

4    And if we could, it's entitled April Settlement.

5    A    Right.

6    Q    Do you recognize this document?

7    A    Yes.

8    Q    What is this document?

9    A    This is a document that describes the principal terms

10   of deal that was reached among the parties that I just

11   enumerated.

12   Q    Okay.  Now could you walk the Court through what the

13   principal terms of this deal was as reflected on this chart?

14   A    Right.  It was a global settlement of all claims

15   against all parties related to the LBO, the acquisition by

16   Zell.  The noteholders were to receive a strip of

17   distributable value representing 7.4 percent of the pot

18   which assuming enterprise value of $6.1 billion which was

19   the enterprise value, that we -- that Lazard had established

20   for that pot as of that point in time, the 7.4 percent

21   equated to approximately $450 million resulting in

22   approximately a 35 percent recovery by senior -- by

23   noteholders on account of their claims.  Other parent GUC's,

24   GUC's are general unsecured creditors were also to receive a

25   35 percent recovery on their claims.  Subsidiary general

1  unsecured creditors were to receive a 100 percent recovery

2  on their claims.  Senior lenders would recovery 63 percent

3  of their claims.  And as I indicated, the settlement enjoyed

4  the support of the debtors and, as well as, the creditors'

5  committee, JP Morgan, Angelo Gordon, Centerbridge, the

6  largest noteholder as we indicated here holding

7  approximately 37 percent of the notes, and Law Debenture as

8  indenture trustee for some of those notes.

9  Q    Now the last item on the page states and I'm quoting

10 "Aurelius, owner of approximately 100 million notes informs

11 debtor that it will not be objecting to the settlement."  Do

12 you see that?

13 A    I do.

14 Q    What's that note based on?

15 A    That note is based on a conversation that I had with

16 Dan Gropper shortly after the settlement was announced.

17 Q    And what specifically did Mr. Gropper say?

18 A    That Aurelius would not be objecting to the

19 settlement.

20 Q    Okay.  Now I take it from your statement earlier that

21 Oaktree was not -- that Oaktree did object to the

22 settlement.  Is that correct?

23 A    Vigorously.

24 Q    And what was your understanding of what Oaktree's

25 principal objection was?

1   A      They thought that $450 million was way too much for

2   the senior lenders to be paying in settlement of these

3   claims.

4   Q      Now the PHONES also objected to the deal.  Is that

5   correct?

6   A      Yes.

7   Q      And what was your understanding as to what their

8   objection was?

9   A      Well, they weren't getting anything, at least as of

10  this point and so they had no recourse other than to object.

11  Q      Now following the execution of the settlement support

12  agreement and the filing of a plan in the April timeframe,

13  did the debtors continue to try to expand the settlement?

14  A      We did.

15  Q      What did you do in that regard?

16  A      We spent the next several months working very hard to

17  try to find a way to bring Oaktree into the fold on terms

18  that would be acceptable to the creditors' committee and

19  Centerbridge.

20  Q      And why were you undertaking that effort?

21  A      It unfortunately became clear to us that, you know,

22  Oak Tree was, you know, not going to, you know, just go away

23  on this point.  And, in fact, they were working hard to try

24  to undermine the settlement both with respect to launching a

25  litigation strategy, but perhaps of greater concern to us,

1   they were working hard to create a blocking position in the

2   senior debt so that we would not be able to obtain the

3   affirmative vote of that class.

4   Q      Now in working with Oaktree, in reaching out to

5   Oaktree, were you successful in brokering a settlement that

6   was satisfactory to Oaktree, Centerbridge, and the

7   committee?

8   A      Unfortunately, no.

9   Q      Now if you go back to the chart, it's the timeline, I

10  think it's Slide 7, the efforts to resolve the LBO related

11  claims, the next item is May 10, 2010, examiner is

12  appointed.  Do you see that?

13  A      Yes.

14  Q      And what was your understanding of the job that the

15  examiner was given as it related to the LBO related claims?

16  A      The examiner was to investigate the facts and to

17  evaluate potential claims arising there from.

18  Q      And he did that in and eventually he issues a report

19  on July 26.  Correct?

20  A      Yes.

21  Q      What was the impact of the July 26 report on the April

22  settlement in your view?

23  A      In my view, it made the April settlement impossible to

24  proceed with as structured.

25  Q      And why was that?

1   A     The examiner's conclusions with respect to the

2   potential for intentional fraud in connection with Step 2,

3   made it in my view, unrealistic to believe that the releases

4   that were to be delivered under the global plan would ever

5   be approved by the Court.

6   Q     Were there any other factors?  Did the examiner report

7   have any other impact on the negotiations?

8   A     The examiner report was viewed by the lender community

9   as a vindication of Oak Tree's position.  That at least with

10  respect to the claims that had the largest dollar recovery

11  associated with them, that being the Step 1 claims, you

12  know, they were right and that the $450 million settlement

13  was too high.  I should also mention that even before the

14  examiner issued its report, you know, it was no clear

15  whether we had a -- we were -- we would be successful in

16  obtaining the affirmative vote of the class given Oaktree's

17  effort to try to, you know, create a blocking position in

18  the senior debt.  So I think it was, you know, I don't know,

19  I guess if you're dead once, it doesn't matter if you're

20  dead twice, but the combination of the two made it

21  impossible, in my view, to proceed with the plan, the global

22  plan, the $450 million plan as we had structured it in

23  April.

24  Q     And what -- at that juncture, what did the debtor do

25  given the fact that this plan seemed to have problems?

1   A      Well, we tried to regroup.  So the first thing we

2   needed to do and everybody was doing it in their own offices

3   was to try to figure out what did this examiner report

4   really say?  What did it mean?  And, you know, as all of you

5   know who have seen the examiner report, it's not something

6   that you can, you know, sit down with in one evening and

7   digest.  And so it's a very large report, a very large

8   document, very dense.  A lot of very thorough work.  And so

9   I'd say that that first week, you know, everybody was sort

10  of trying to feel their way around, you know, what did this

11  mean?  I think for us it meant that any new plan that was to

12  be formulated by Tribune Corporation would have to preserve

13  claims that were released under the plan, our plan, the

14  April plan, if you will.  And that necessitated the creation

15  of a litigation trust, if you will, whereby those claims

16  would be placed into the trust and pursued by a litigation

17  trustee subsequent to the emergence by Tribune from Chapter

18  11.

19  Q      And were there discussions with the other parties

20  about trying to restructure the deal?

21  A      Yes.

22  Q      And could you describe who you were talking to during

23  that July, early August timeframe about potentially

24  restructuring the deal?

25  A      It was the same cast of characters now including

1  Oaktree.  And so what we're trying to do is to, you know,

2  sort of create a new settlement, if you will, that would

3  hopefully enjoy the support of the three key institutions

4  and the senior lender debt, senior bank debt, as well as,

5  Centerbridge who was still the largest bondholder by a, you

6  know, significant margin.  They hadn't sold any of their

7  debt as of this point in time in the creditors' committee.

8  Q     And how would you characterize the discussions during

9  this July/August timeframe with regard to potentially

10 restructuring the earlier settlement?

11 A     Difficult, contentious.

12 Q     Were the banks willing to pay the $450 million that

13 was in the original deal?

14 A     No.

15        MR. ZENSKY:  Your Honor, can I ask that that be

16 rephrased?  I assume he's asking --

17        MR. BENDERNAGEL:  I'll rephrase the question.  In

18 connection --

19        THE COURT:  Well, Mr. Bendernagel, would you like

20 to make a motion, Mr. Zensky to strike the answer?

21        MR. ZENSKY:  I'm sorry, I didn't hear --

22        THE COURT:  Would you like to make a motion to

23 strike the answer?

24        MR. ZENSKY:  I would, Your Honor, thank you.

25        THE COURT:  Granted.

1    MR. ZENSKY:  I didn't hear the witness had

2    answered.

3    THE COURT:  Okay.

4    BY MR. BENDERNAGEL:

5    Q    Let me rephrase the question.  In connection with the

6    negotiations, did you develop an understanding as to what

7    the bank's position was with respect to paying $450 million

8    in connection with a settlement that would have a litigation

9    trust?

10    A    They weren't prepared to do it.

11    Q    And were any of the other parties to the settlement

12    prepared to do that?

13    A    To pay $450 --

14    Q    No, were they willing to accept $450 million in the

15    litigation trust?

16    A    Yes.

17    Q    And which parties was it your understanding were

18    willing to proceed in that fashion?

19    A    The Centerbridge post examiner report was prepared to

20    proceed with the original deal at the original price which

21    for them was a 7.4 percent strip.

22    Q    Okay.  Now you indicated that 7.4 percent strip

23    earlier.  Can you explain what 7 --

24    MR. ZENSKY:  I'm sorry, but I have to interrupt.

25    I believe that Mr. Bendernagel just elicited testimony that

1   was blocked in discovery on the basis of common interest.

2   There was a claim that the debtor, JP Morgan, and

3   Centerbridge had a common interest up until August 9 and Mr.

4   Bendernagel just elicited testimony about what

5   Centerbridge's position was I believe in that very timeframe

6   that he's focusing on.

7   BY MR. BENDERNAGEL:

8   Q     Your Honor, excuse me, but I take it these

9   negotiations continued after August 9, did they not?

10  A     Yes.

11  Q     And did you have discussions with Centerbridge

12  regarding the subject matter we are talking about after that

13  December 9 -- August 9 timeframe?

14  A     Yes.

15  Q     If I can go back to where I was before the objection,

16  you had mentioned a 7.4 percent strip.

17  A     Right.

18  Q     Can you explain what a strip is first of all?

19  A     Sure.  The plan consideration as we had contemplated

20  it and this was -- there was no controversy around this that

21  I was aware of was to, you know, deliver plan consideration

22  in two forms.  There would be a cash component.  There would

23  be an amount of new debt that would be issued by the Tribune

24  Corporation that would be distributed to creditors on a

25  prorated basis.  And then, of course, there would be the

1  equity of the reorganized company.  And so when I refer to a

2  strip and a 7.4 percent strip, what that meant was that

3  Centerbridge would receive 7.4 percent of the cash, 7.4

4  percent of the notes, and 7.4 percent of the equity.

5  Q    Now how did the strip come about?  Why was it used for

6  the April settlement?

7  A    Right.  It was as you would expect, a specifically

8  negotiated point in connection with the April deal.  The

9  banks made it very clear that they were not prepared to pay

10  Centerbridge in the form of cash and Centerbridge quickly

11  agreed that they would take their recovery in the form of a

12  strip.

13  Q    Now in this August timeframe, you indicated there were

14  negotiations going back and forth as to what to do with

15  respect, if anything, at the April settlement.  Do you

16  recall that?

17  A    Right.  During which period, Mr. Bendernagel?

18  Q    The August timeframe.

19  A    Right.

20  Q    Did these discussions ever lead to a new settlement?

21  A    No.  We came very close, but we were not successful.

22  Q    At that juncture in time, what did the debtors -- what

23  were the debtors' options?

24  A    Well, the last -- my last realistic hope of forging a

25  new deal that I was able to orchestrate that involved the

1   parties that I've just described, Centerbridge on the one

2   hand, the three significant institutions and the bank

3   lending group on the other, the creditors' committee

4   terminated on August 19 during a face to face meeting that I

5   participated in at Centerbridge.  Where I thought we were

6   really close to getting something done and if we could just

7   have one more move, we could make it happen and that failed.

8   And I reached the conclusion that I had exhausted all of my

9   tools and all of my abilities to try to make this happen on

10  my own, our own.  I certainly wasn't the only person engaged

11  in settlement discussions, lawyers were involved and, you

12  know, people are talking to themselves.  So I don't mean to

13  imply that all of this was running through me, but I think I

14  was the one again, trying to pull everybody together and I

15  concluded that we just weren't going to be successful in

16  making that happen on the 19th.  And so it was incumbent

17  upon us to determine where do we go from here.  And what we

18  decided was that we needed some help.  And what we needed

19  was the assistance of a mediator who would have a

20  significant or sufficient amount of statute to try to, you

21  know, corral this very difficult, very strong minded group

22  of creditors and hopefully through a mediation process that

23  was led by that mediator, accomplish what, you know, we were

24  not able to accomplish after the examiner report came out

25  and bring the parties together.

1    Q      And at this point in time, did the committee -- the

2    special committee was established at Tribune.    Correct?

3    A      Yes.

4    Q      And what was your understanding of the purpose of the

5    special committee?

6    A      The purpose of the special committee was to control

7    the reorganization process from that point forward and to be

8    the ultimate decision maker with regard to determinations

9    that had to be made by the company.

10   Q      And who was on the special committee?

11   A      There were four directors of Tribune Corporation who

12   were appointed to the special committee; Mark Shapiro who

13   became chairman of the creditors' committee, Maggie

14   Wilderotter, Frank Wood, and Jeffrey Berg.

15   Q      Now did you think the establishment of the special

16   committee was a good idea at that juncture?

17   A      Yes.

18   Q      And why did you think that?

19   A      I thought it was very important given the fact that

20   the global plan had collapsed, our plan effort had failed.

21   You know, there was an increasing likelihood, if not

22   probability that we were headed into some pretty heavy

23   litigation and I felt it was important to have the

24   independence of the special committee available to make

25   decisions that the company would need to make in that

1  regard.

2  Q      Who's idea was the special committee?

3  A      Mr. Liebentritt.

4            MR. BENDERNAGEL:  Okay.  Now, Your Honor, this

5  would be a good time to take the morning break if --

6            THE COURT:  Well --

7            MR. BENDERNAGEL:  Or do you want me to keep

8  going?

9            THE COURT:  I was thinking since we've got less

10 than an hour we'd keep going, but if you need a break or if

11 Mr. Kurtz needs a break, we'll take five minutes.

12           MR. KURTZ:  I'm good.  Whatever --

13 (Laughter)

14           MR. BENDERNAGEL:  Cooperative witness, Your

15 Honor.

16 (Laughter)

17           THE COURT:  Well, it's early yet, you know.

18           MR. BENDERNAGEL:  Yeah.

19           MR. KURTZ:  Yeah, no promises for this afternoon.

20           MR. BENDERNAGEL:  All right, let's keep going.

21           MR. KURTZ:  Okay.

22 BY MR. BENDERNAGEL:

23 Q    You've now got a situation where you've -- we're at

24 the end of August or late August.

25 A      Right.

1  Q     The special committee has been appointed.

2  A     Right.

3  Q     The -- there's been a request for a mediator and a

4  mediator has been appointed.

5  A     Yes.

6  Q     What happens next?

7  A     Well, a couple of things happen.  First, we begin

8  preparing for the mediation.  And the mediation gets

9  scheduled for the 26th and 27th of September, a Sunday and a

10  Monday in Wilmington.  The mediator requested from all of

11  the parties participant statements of their position, if you

12  will, prior to the mediation.  And so there was a

13  significant amount of activity involved in preparing those

14  statements.  Number two, we also had a new participant at

15  the Tribune Corporation who we began to work with and that

16  was the Jones Day law firm.  Because upon the establishment

17  of the special committee, the special committee hired Jones

18  Day as its counsel to advise them.  And the Jones Day firm

19  became a very active participant in the events that

20  transpired during the months of September and October.  And

21  so as whereas before, it was kind of company, Lazard,

22  Sidley, sort of day to day on the ground, now it's company,

23  Lazard, Sidley, Jones Day.  On a separate path, we continued

24  to try to, you know, rekindle the settlement negotiations

25  and so, you know, now we had the backdrop of the mediation

1    about to begin at the end of September and we reached out to

2    all of the same people, you know, Centerbridge, the three

3    senior lenders, the creditors' committee, to determine

4    whether there was any opportunity to strike a deal before

5    the mediation actually began.

6    Q    And what kind of reception did you get from the

7    various parties?

8    A    Centerbridge's position as I understood it was that

9    they were going to wait for the mediation and, you know,

10   deal with these issues in connection with the mediation.

11   And so, you know, while we always, I always had a cordial

12   relationship with Centerbridge and, you know, I probably had

13   over a hundred conversations with them over, you know, the

14   period of months, I don't -- I can't say.  There didn't seem

15   to be a willingness on their part to further engage at that

16   point with the mediation about to begin.  We did have

17   conversations with the lenders with regard to the

18   possibility of some form of plan of reorganization that we

19   might be prepared to move forward with and those discussions

20   also failed.

21   Q    Did you have discussions with Aurelius during this

22   time period?

23   A    No.

24   Q    And why not?

25   A    Well, there were a couple reasons.  First, I had had a

1   conversation with Mr. Gropper from Aurelius.  It was

2   sometime in early August.  I was away on vacation.  He sent

3   an email that he wanted to talk.  He wanted to talk quickly

4   and so I called him from vacation, but -- I was listening to

5   Mr. Zensky yesterday and that's true, it was not a good

6   connection.  I was in Russia and so we did discuss enough in

7   that conversation to led me to conclude that at least as of

8   that point in time, you know, settlement with Aurelius was

9   not something that was possible.  And I based that on, well,

10  Mr. Gropper told me two things during that conversation.

11  Number one, that Aurelius had increased its debt position in

12  the notes.  And so I think at this point, now they were up

13  to around $250 million.  And he told me that he expected to

14  be paid in full from the banks.  And I didn't believe that

15  paid in full, especially in light of the fact that we had

16  been at $450 million only shortly before, I didn't think

17  that that was terribly conducive to obtaining a settlement.

18  In the meantime, during the month of August as I have just

19  testified, we were in very active conversations with

20  Centerbridge.  And so I was certainly talking to the largest

21  noteholder by a factor of, you know, let's call it

22  Centerbridge owns $400 plus million, Aurelius is at $250 at

23  that point in time.  So I continued to speak to

24  Centerbridge, met with Centerbridge.  I believed that we had

25  the noteholder position at the table through those

1   discussions with Centerbridge.  And then Centerbridge also

2   indicated to me that they were in turn speaking to Aurelius.

3   And, you know, that's why I neither reached out further to

4   Aurelius and, you know, I think it's fair to say I never

5   heard from them again either, at least until the mediation.

6   Q    Well, let's -- I'd like you to take a look at a

7   document that Mr. Zensky used yesterday at -- in his

8   opening.  It's Exhibit DCL-999.  That's a September 23 email

9   from Mr. Liebentritt to various people including, I believe

10  yourself.

11  A    Yes.

12  Q    Do you have that document in front of you?

13  A    Yes.

14  Q    I take it you've seen this document before?

15  A    Yes.

16  Q    And could you describe for the Court what essentially

17  this series of emails relates to?

18           MR. ZENSKY:  Excuse me, Your Honor, I have an

19  objection to form.  I'd just that it be broken down a bit

20  rather than asking for a narrative on the entire document.

21           MR. BENDERNAGEL:  All right.  Well, let me ask

22  generally, focusing on the email from Mr. Liebentritt of

23  September 23.  It starts on the bottom of Page 1, goes over

24  to Page 3 and then it has an attachment from Mr. Whittman.

25  Do you see that document?

1        MR. KURTZ:  Yes.

2              MR. BENDERNAGEL:  I take it you reviewed this

3    document.  Is that correct?

4              MR. KURTZ:  I have reviewed the document.

5              MR. BENDERNAGEL:  And just summarizing generally,

6    what's your understanding of what Mr. Liebentritt's doing in

7    this document.

8              MR. ZENSKY:  Your Honor, the same objection,

9    sorry.

10             THE COURT:  Sustained as to form.

11   BY MR. BENDERNAGEL:

12   Q    Okay.  If you take a look at the Liebentritt email, he

13   talks on Page 2 abut a Plan A, a Plan B, and something

14   called a pure purity plan.  Do you see that?

15   A    Yes.

16   Q    And what were those different plans?  At least what

17   was your understanding as to what those different plans

18   were?

19   A    The difference between Plan A, Plan B, and pure purity

20   is that your question?

21   Q    Yeah, as a general matter, what was your

22   understanding?

23   A    Okay.  Plan A was a settlement plan.  And as outlined

24   in Mr. Liebentritt's email, it would involve a payment by

25   the senior lenders in the amount of $220 million which taken

1  together with their what we call the natural recovery, the

2  recovery that the senior lenders would realize from the

3  company pursuant to the waterfall without any augmentation

4  for litigation claims would deliver $300 million to total

5  value.  So that was part number one.  Then there would be an

6  additional payment made in the amount of $150 million.  That

7  would be in settlement of the disgorgement claims against

8  the four major Step 2 lenders, JP Morgan, Citi, Merrill and

9  B of A, the total liability being -- their total liability

10  being $220 million, but it would settle all of those

11  disgorgement claims for $150 million.  And so if this

12  happened the way Mr. Liebentritt had outlined it, the

13  noteholders would have recovered $450 million which was the

14  same number that we had back in April.

15  Q     And what was Plan B?

16  A     Well as Mr. Liebentritt indicates down on the bottom,

17  Plan B is what we call the modified purity plan.  The

18  modified purity plan contemplated that there would be a

19  Court determination with respect to claims arising out of

20  Step 1 prior to emergence from Chapter 11.  Now why focus on

21  Step 1 alone?  The focus on Step 1 was based upon the

22  realization and I don't think this is in dispute by, you

23  know, many of the parties that in the event that at least

24  based upon how the waterfall flows, in the event that Step 1

25  is determined not to be a fraudulent conveyance and assuming

1   that the Step 1 lenders can participate to the full extent

2   of their entitled recovery based upon a finding that that

3   debt is valid, then, you know, they would be entitled to the

4   vast majority of the value of the company just given the

5   size of their claims.  And also having our company claims

6   flow.  And so if we could obtain a determination as to

7   whether Step 1 on a standalone basis was a fraudulent

8   conveyance, it would allow us to distribute most of the plan

9   value upon our emergence and have a much smaller holdback to

10  deal with the potential implications of a determination that

11  Step 2 was a fraudulent conveyance.  And, of course, we

12  would also have the litigation trust to pursue the claims

13  that were to go into the litigation trust.

14  Q     And what was the purer purity plan?

15  A     The pure purity plan was just a pure holdback plan

16  where nothing is resolved prior to confirmation.  A

17  sufficient amount of value was placed in a litigation trust

18  or some form of trust to satisfy the obligations of the pre-

19  LBO creditors and the company would emerge from bankruptcy

20  with that value in that litigation trust.

21  Q     Now the pure purity plan is described in greater

22  detail in the Whittman attachment to the Liebentritt

23  analysis.  Is that correct?

24  A     Well, this was Whittman's rendition of the pure purity

25  plan.  I'm not sure that it was more than that.

1    Q     And I take it you're familiar with Mr. Whittman's

2    rendition of this plan.  Is that correct?

3    A     Yes.

4    Q     Would this plan have worked?

5    A     This plan would not have worked --

6              MR. ZENSKY:  Objection, Your Honor.  We were

7    foreclosed from asking this question at the deposition based

8    on an alleged attorney/client communication and I can cite

9    the deposition transcript if need be.

10             MR. BENDERNAGEL:  I don't remember, that, Your

11   Honor.  Maybe he ought to cite the deposition transcript.

12             THE COURT:  All right, one moment.  Go ahead, Mr.

13   Zensky.

14             MR. ZENSKY:  Your Honor, at Page 412, Mr. Hurley

15   asked the witness at deposition, to your knowledge, did the

16   debtors ever reach a conclusion that a plan with that type

17   of structure, in other words, putting all of the claims in

18   the litigation trust with the company -- that the company

19   would not be able to get out of bankruptcy with such a plan.

20   And Mr. Bendernagel objected and instructed him not to

21   answer to the extent it calls for information that might

22   impinge on attorney/client privilege or work product.  And

23   continued, I don't want you, meaning Mr. Kurtz, if your

24   opinion in that regard is based on what the lawyers told you

25   about whether the plan would work, that's problematic.  And

1  then if you answer outside of that, I'll let the witness

2  answer.

3              THE COURT:  And then what happened?

4              MR. ZENSKY:  Okay.  It continues, did the debtors

5  ever reach a conclusion that the plan with the type of

6  structure, the pure purity type of structure would that --

7  would the company would not be able to get out of

8  bankruptcy, would that kind of construct?  Same instruction.

9  And then the witness answered consistent with the

10 instruction, we did not, to my knowledge, reach a conclusion

11 as to whether it was feasible or not feasible.  So either's

12 been blocked by attorney/client privilege or the witness has

13 said the never reached a conclusion.

14             MR. BENDERNAGEL:  Well, it's not blocked by

15 attorney/client privilege, he answered the question.

16             MR. ZENSKY:  Well --

17             THE COURT:  Well so --

18             MR. ZENSKY:  Consistent with the instruction you

19 gave him.

20             THE COURT:  -- let me ask you this.  In light of

21 that, do you still press your objection to the question?

22             MR. ZENSKY:  Either on the attorney/client or on

23 foundation, he said they never reached a conclusion four

24 days ago.

25             THE COURT:  Any response?

1          MR. BENDERNAGEL:  Your Honor, I think that the

2   answer that he gave in that context if I could have the

3   transcript back was I think I know how to answer.  We did

4   not, to my knowledge, reach a conclusion as to whether it

5   was feasible or not feasible.

6          THE COURT:  Overruled.  You may answer the

7   question.  Do you remember it?

8          MR. KURTZ:  The question was -- I'm sorry, please

9   -- I'd like you to ask the question.

10  BY MR. BENDERNAGEL:

11  Q    I think the question was did you come to a conclusion

12  as to whether Mr. Whittman's plan would work and, you know,

13  you've heard what you testified to at your deposition.  Is

14  that still your position?

15  A    Well, the Whittman plan could work if the lenders

16  accepted it.

17  Q    Okay.  If the -- okay.  I'll move on, Your Honor.  One

18  last question about this document that's been marked as

19  Exhibit 999.  If you'll look at the top of Page 3 of the

20  Liebentritt email, he states, you may know that as of last

21  Friday, Centerbridge sold out its position in the bonds, the

22  word being to Aurelius [indiscernible] terrorists, and/or

23  its friends.  Do you see that statement?

24  A    Yes.

25  Q    Now you -- is it your view that Aurelius is a

1  terrorist?

2  A      No.

3  Q      How would you characterize Aurelius, you know, in

4  terms of its positioning in these types of proceedings?

5  A      Tough and hardnosed.

6  Q      Now have you had dealings with Aurelius in the past?

7  A      Many.

8  Q      How would you characterize your dealings with

9  Aurelius?

10  A      Completely cordial.

11  Q      Now in connection after Centerbridge --

12  A      Although we frequently -- we don't always agree, but

13  even when we disagree, the discussions are cordial.

14  Q      Now after Centerbridge bought out Aurelius, did you

15  approach Aurelius?

16            MR. ZENSKY:  I think you mean the reverse.

17            MR. BENDERNAGEL:  Yeah, well, we could only hope.

18  (Laughter)

19  BY MR. BENDERNAGEL:

20  Q      Let me rephrase, Your Honor.  After Aurelius bought

21  out Centerbridge --

22  A      Yes.

23  Q      -- did you approach Aurelius regarding potential

24  settlement structures?

25  A      Yes.

1    Q    And what was the response?

2    A    Mr. Gropper told me that Aurelius had no interest in

3    engaging in discussions with the company.

4    Q    Now if you go back to the timeline which is page --

5    Slide 7, we're now to the point in late September and it

6    indicates that the mediation statements were due on

7    September 20.  Is that consistent with your recollection?

8    A    Yes.

9    Q    And the first mediation session takes place on

10   September 26 and 27.  Do you see that?

11   A    Yes.

12   Q    Did you attend that session?

13   A    Yes.

14   Q    Now was any type of settlement reached at that

15   mediation?

16   A    Yes.

17        MR. BENDERNAGEL:  Your Honor, at this juncture,

18   I'd ask the witness to look at Exhibit 383.  It's in the

19   binder.  It's the mediator's report dated September 28,

20   2010.

21        MR. KURTZ:  I have it.

22   BY MR. BENDERNAGEL:

23   Q    Are you familiar with this document?

24   A    I am.

25   Q    What is this document?

1  A     This is a term sheet that reflects the settlement that

2  was reached at the first mediation session.

3  Q     And who were the parties to this settlement?

4  A     The company, Angelo Gordon, and Oaktree.

5  Q     And have you prepared a term -- a slide summarizing

6  the major points with respect to this settlement?

7  A     Yes.

8  Q     And if you would take a look at what I believe is

9  Slide #8, I mean, 9, entitled September Settlement $328

10  million.  Do you see that?

11  A     Yes.

12  Q     Was this prepared at your direction?

13  A     Yes.

14  Q     Could you summarize what this purports to show?

15  A     Right.  This purports to show a settlement where by

16  Step 1 avoidance claims against the senior lenders, the

17  senior loan agent, the senior loan arrangers, and Step 1

18  selling stockholders would be resolved in exchange for the

19  senior lenders forgoing $328 million of cash recoveries that

20  they would otherwise be entitled to.

21  Q     And --

22  A     Assuming Step 1 was valid.

23  Q     And how much would the noteholders receive in

24  connection with this settlement?

25  A     They would receive a total of $300 million, $238

1  million coming from the senior lenders, the remainder

2  through their natural recovery, producing a percentage

3  recovery of approximately 23 percent.

4  Q    And how would the other parent general unsecured

5  creditors be treated?

6  A    The parent general unsecured creditors would receive

7  the same 23 percent, subsidiary general unsecured creditors

8  would receive 50 percent recovery on their claims.

9  Q    And what was going to happen to the causes of action

10 that weren't being settled by this deal?

11 A    As I indicated on the chart in the second to last

12 bullet point, other LBO related causes of action would be

13 assigned to a litigation trust for prosecution.

14 Q    And just going back to the second bullet point, it

15 says noteholders receive $300 million in cash.  Do you see

16 that?

17 A    I do.

18 Q    Now that's different than the strip approach that was

19 used in the April settlement.  Correct?

20 A    Right.

21 Q    Why was cash used in connection with this settlement?

22        MR. ZENSKY:  Objection, Your Honor.  May I be

23 heard for a moment?

24        THE COURT:  Yes.

25        MR. ZENSKY:  This was an issue that was explored

1   during deposition and it got into the intersection of what

2   happened at the mediation and what didn't.  And I think we

3   were frustrated in attempting to find this out.  So I think

4   that the testimony at a minimum has to be clear that we're

5   not going to now allow people to talk about the mediation

6   when we were not allowed to explore it in discovery.

7            MR. BENDERNAGEL:  Let me rephrase the question.

8   I can take care of this.

9            THE COURT:  All right.

10           MR. BENDERNAGEL:  I'm not asking you, Mr. Kurtz,

11  to talk about the back and forth.  I just want you to

12  explain what was your understanding as you exited the

13  mediation as to what the benefits -- what the benefits or

14  detriments of using cash as opposed to strip were.

15           MR. KURTZ:  My understanding was that the $300

16  million would be paid in cash and it was right to do it that

17  way at that point in time.

18           MR. BENDERNAGEL:  Why do you say that?

19           MR. KURTZ:  Because what we were solving for was

20  a $300 million payment to the lenders.  The only way to

21  ensure, excuse me, the noteholders.  The only way to ensure

22  that the noteholders would actually receive $300 million was

23  to pay it in cash.  And so we were concerned about

24  introducing valuation issues into the mix in this regard for

25  a couple of different reasons.  Number one, we were

1   concerned that if we utilized the valuation that we were

2   working with at that point in time which actually was a

3   larger number than the 6.1 that we were utilizing back in

4   April, it opened the door to a potential argument by someone

5   that well, wait a minute, we're not really getting $300

6   million because your valuation is too high.  And so we could

7   have had litigation over the valuation.  The other risk that

8   we wanted to eliminate was what if everybody agreed that the

9   valuation, the Lazard valuation whatever it would have been

10  at that moment, as of that point in time was completely

11  correct, but, you know, sometimes values go up and sometimes

12  values go down.  And so what if the value went down?

13  Turbulence in the financial markets, problems --

14             THE COURT:  Someone has enacted PDA on this side

15  of the bar.  Let me ask you to turn it off.  See if that

16  solves the problem.

17             MR. KURTZ:  If the value went down, let's say by

18  10 percent, this $300 million settlement just became a $270

19  million settlement.  And so we felt under these

20  circumstances that the right way to structure a $300 million

21  payment to the noteholders in a world where unfortunately,

22  we didn't have the noteholders in agreement with us at that

23  point in time was to pay it in cash.

24  BY MR. BENDERNAGEL:

25  Q     Now you indicated that the value could go up, could go

1  down.  At that point in time, what was the value that Lazard

2  was working with in late September?

3  A    Well, we had not reached a conclusion on value but, it

4  was somewhere in the I want to say $6.7 to $6.8 billion

5  range.

6  Q    And were the other parties to the negotiations aware

7  of that during that time period?

8  A    Yes.

9  Q    Now the original valuation back in the March or back

10  in the April settlement was pinned to $6.1 billion.  Is that

11  correct?

12  A    Well, it really wasn't pinned to anything.  The

13  settlement was structured as a 7.4 percent strip of value.

14  And so it was completely indifferent to the valuation.  We

15  talk about it as a $450 million deal because 7.4 percent at

16  a $6.1 billion enterprise value yields a $450 million

17  payment.  But it wasn't in any way contingent upon a value

18  or dependent upon a value or driven by a value.

19  Q    But at that juncture, the value that you were talking

20  about was $6.1 billion back in the April timeframe?

21  A    Yes.

22  Q    When did you first start to believe that that number

23  might get to be higher at some point?

24  A    Well, as we watched the Tribune operating performance

25  improve through the 2010 calendar year and run ahead against

1   the forecasts, we were watching that valuation and I would

2   say that by the summer of 2010, we were thinking that if we

3   did the valuation over at that point in time, it would be

4   higher number.  And the number we were working with at that

5   stage was $6.5 billion.

6   Q     Now did you make that known to the other creditor

7   constituents?

8   A     I believe we made it known to everyone who had signed

9   a confidentiality agreement.

10  Q     I see.  Now was the September settlement presented to

11  the special committee?

12  A     Yes.

13  Q     And did you participate in that presentation?

14  A     Yes.

15  Q     And what did the special committee decide?

16  A     They decided to approve the settlement.

17  Q     Now following September 28, what happened?  What does

18  the debtor do with respect to moving forward with the

19  process?

20  A     We immediately go to work on expanding the parties

21  participating in the settlement with the view toward

22  increasing the consideration that would be available there

23  under.

24  Q     And why did you do that?

25  A     Well, it -- if you -- well, if you take a look at DCL

1  Exhibit 383 which I believe you showed me earlier, the

2  mediator makes clear what was absolutely consistent with our

3  intention which is that the mediator is confident that the

4  proposed plan will lead to additional constructive

5  discussions between and among the debtors and other parties.

6  Accordingly, the mediator does not consider the mediation to

7  be closed.  And so we immediately begin the work of trying

8  to promote additional constructive discussions among other

9  parties that had not participated in the settlement that I

10  just describe a few moments ago.

11  Q    Were those efforts eventually successful?

12  A    Yes, after two more mediation sessions they were

13  successful.

14  Q    And if you could take a look at Exhibit 384, do you

15  recognize Exhibit 384?

16  A    Yes, I do.

17  Q    And what is Exhibit 384?

18  A    This is the mediator's second report which attaches as

19  an exhibit.  The second settlement that was arrived at as a

20  result of the second and third mediation sessions.

21  Q    And who was a party to this particular agreement?

22  A    Well, in addition to the three parties to the first

23  settlement, Tribune, Angelo Gordon, and Oaktree, this

24  settlement enjoyed the support of the creditors' committee,

25  as well as, JP Morgan.

1   Q      If you'd take a look at the I think 9th and 10th, the

2   10th and 11th slides in the deck, they're entitled October

3   Settlement $521 million, plus significant LT concessions.

4   Do you see that?

5   A      Yes.

6   Q      And was this document prepared under your direction?

7   A      Yes.

8   Q      And what is this document?

9   A      This document describes the salient terms of the

10  second settlement.

11  Q      Could you walk the Court through those terms, please?

12  A      Excuse me, yes, I will.  Under this settlement, Step 1

13  and Step 2 avoidance claims would be resolved as they exist

14  against or reportedly exist against senior lenders, senior

15  loan arrangers, and Step 1 selling shareholders in exchange

16  for the senior lenders forgoing $401 million of cash

17  recoveries.  The -- in addition, the Step 2 disgorgement

18  claims, so now what I'm talking about are disgorgement

19  claims that arose or would arise in the event that Step 2

20  were determined to be a fraudulent conveyance.  This is to

21  claw back payments that were made in account of Step 2 debt

22  were settled for $120 million.  And that settlement was

23  backstopped by JP Morgan, Merrill Lynch, Bank of America,

24  and Citicorp.  And so while they weren't the only parties

25  exposed on those -- on that -- those disgorgement claims,

1  they agreed to underwrite the settlement for the entire

2  group in the amount of $120 million.  Based upon this, the

3  noteholders cash recovery increase from $300 million to $420

4  million in cash amounting to a percentage recovery of 32.73

5  percent plus litigation trust recoveries, and later, we

6  describe the litigation trust recoveries.  Another important

7  component part of the second settlement, if you will, were

8  concessions by the senior lenders with regard to their

9  participation in the litigation trust.  And so rather than

10  the senior lenders participating to the extent of their pro-

11  rata share in the litigation trust and the next page of this

12  chart illustrates this point, you know, they agreed in

13  connection with this deal that the first $90 million of

14  those recoveries would go to non-LBO creditors.  And so

15  there would be no sharing by the senior lenders.  And then

16  the next $20 million of recoveries would go to repay a $20

17  million loan that the company would make to offset costs of

18  the litigation trusts.  The litigation trust and thereafter

19  the non-LBO creditors would recover 65 percent of litigation

20  trust recoveries until they were paid in full with the LBO

21  lenders receiving 35 percent of their recoveries until they

22  were paid in full which was a substantial improvement over

23  what the pro-rata recoveries would have been.  Which as I

24  recall, would -- if you did it on a pure pro-rata basis, it

25  would be approximately 81 percent in favor of the lenders

1    and 19 percent in favor of the pre-LBO debt holders.

2    Q    And I take it under the September settlement, pro-rata

3    sharing was how the litigation trust was going to be

4    handled.  Is that correct?

5                MR. ZENSKY:  Objection, leading, Your Honor.

6                THE COURT:  Sustained.

7    BY MR. BENDERNAGEL:

8    Q    Let me rephrase the question.  Under the September

9    settlement, there was going to be a litigation trust.

10   Correct?

11   A    Yes.

12   Q    And how was the sharing going to be handled under that

13   litigation trust?

14   A    Pro-rata straight down the line.

15   Q    And under a pro-rata sharing, who would get what?

16   A    Well, as I indicated, that's where the senior lenders

17   would get 80 -- slightly over 80 percent and everybody else

18   would get the remainder.

19   Q    Now was this -- now if you take a look at the first

20   page of the slide, the slide that's marked 10, it identifies

21   preserved causes of action.  Do you see that?

22   A    Yes.

23   Q    What were the preserved causes of action and where

24   were they going to go?

25   A    These were claims that were preserved for assignment

1  to the litigation trust that was to be established under

2  this plan.  And they break down as follows.  Avoidance

3  claims against Step 2 shareholders.  As I indicated when I

4  walked through the schematic with respect to Step 2, there

5  was $4 billion of payments made to Step 2 shareholders in

6  connection with Step 2.  In the event that a Court were to

7  conclude that intentional fraud existed in Step 2, there

8  would be an action available to recover those payments from

9  Step 2 selling shareholders because they, you know, 548 good

10  faith defense would not be available.  So that was number

11  one.  Number two were claims against directors and officers

12  including $200 million in potentially applicable directors

13  and officers liability insurance and so there were no

14  releases to be granted under this plan to directors or

15  officers whatsoever.  Claims against EGI and Sam Zell,

16  claims against the advisors to recover fees and/or damages,

17  and claims against Morgan Stanley.

18  Q     Now you indicated --

19  A     Who was the special committee advisor.

20  Q     -- there were no releases to be granted under this

21  plan and I take it you're talking about with respect to the

22  LBO claims.  Is that correct?  Unless you were a settling

23  party.

24  A     Yes.  There was a -- you know, obviously, the settling

25  parties would obtain releases in exchange for the

1   consideration that they were paying.  And there was also to

2   be a release for Step 1 selling shareholders.

3   Q    And what was your understanding as to the basis for

4   the Step 1 selling shareholder release?

5   A    The senior lenders insisted that in consideration of

6   the payments that they were making to facilitate these

7   settlements, that Step 1 selling shareholders needed to be

8   released.

9   Q    Now was the October settlement presented to the

10  special committee?

11  A    Yes.

12  Q    And did you participate in that presentation?

13  A    Yes.

14  Q    If you could turn to the exhibit that's been marked

15  1020, the very last exhibit in the binder.  Do you see this

16  document?

17  A    Yes.

18  Q    Do you recognize this document?

19  A    Yes.

20  Q    And what is this document?

21  A    This is the presentation that was made, a copy of the

22  written presentation that was made to the special committee

23  on, I believe it was October 11.  I think this book is dated

24  October 10, but the meeting itself occurred on October 11

25  that lays out the second settlement as I've just described

1    it.

2    Q      Did you participate in that presentation?

3    A      Yes.

4    Q      What was your role?

5    A      It was my role to present the first several pages of

6    these materials.

7    Q      And the first several pages are background and

8    summary.  Do you see that?

9    A      I'm sorry?

10   Q      The first two pages, what do they reflect?

11   A      The terms of the first settlement.

12   Q      And turning to Page 3, what's set forth here?

13   A      The terms of the second settlement.

14   Q      And that goes over to Page 4?  Is that correct?

15   A      Yes.

16   Q      And what's on Page 5?

17   A      Confirmation considerations.  And so what we wanted to

18   make sure of was that we, you know, established the

19   appropriate context for the settlement.  And so, you know,

20   on the good news side, you know, we believed that now with

21   JP Morgan, Angelo Gordon, Oaktree, and the creditors'

22   committee onboard, it was highly likely that the senior

23   lender class would approve this settlement which, you know,

24   as you know, based upon my prior testimony was a big issue

25   for us the first time around.  Now we were fairly certain we

1   had that vote.  This provides for the distribution of all of

2   Tribune's new common stock at emergence.  And so, you know,

3   avoids potential complications associated with the

4   establishment of a litigation trust and having to place a

5   meaningful amount, a fairly significant percentage of

6   Tribune equity in that litigation trust.  In fairness, we

7   wanted to make sure the Board understood that there would be

8   opposition to this plan.  The -- we did not unfortunately

9   enjoy the support at this point in time of any of the senior

10   noteholders who are participating in the process, nor the

11   bridge holder, the bridge debt holders, nor for that matter,

12   the PHONES.  And we advised the board that it was very

13   likely that these parties would, you know, do everything

14   they could to try to oppose this settlement and block it

15   from being approved by the Court.

16   Q     Now what is reflected on Page 6?

17   A     This is intended to layout in numerical form, the

18   recoveries available to creditors both under what we call

19   the Step 1 settlement, as well as, the Step 2 settlement.

20   Q     Now I take it the Step 1 settlement is what we've been

21   calling the September settlement. Is that correct?

22   A     Yes.  Or the first settlement.

23   Q     And the comment Step 2 settlement shows the

24   incremental difference between the October settlement and

25   the September settlement.  Is that correct?

1    A    Yes.

2    Q    And what is the increased consideration that is shown

3    as being associated with the difference between the

4    September settlement and the October settlement?

5    A    Okay.  Well we can take it one by one.  With respect

6    to the bridge, we were -- sorry, let me start with the

7    bonds.  So under the Step 1 settlement, the bonds would have

8    recovered $300 million in total.  Under the second

9    settlement, that number goes up to $420 million.  Parent

10   trade and retirees would recover 35.2 percent, subsidiary

11   trade 35.2 percent, I'm sorry, swap claim 35.2 percent.  The

12   subsidiary trade would be paid in full 100 cents.  And when

13   you look at the settlement consideration that was -- hold

14   on, let me -- so the total consideration as we indicate up

15   in the top together with Step 1 settlement, the aggregate

16   settlement amount is being paid a total of approximately

17   $521 million.  And so we went from $328 million under the

18   first settlement to $521 million under this settlement.

19   Q    So it's improvement of about $193 million?

20   A    Right.

21   Q    And what does the chart on Page 7 show?

22   A    This first shows the natural splits under the

23   litigation trust on a pro-rata basis as I indicated earlier,

24   just based upon face amount owed.  The Step 1 senior parent

25   loan claims would recover 80.7 percent of disgorgement

1  recoveries, 19.3 percent would be shared by, you know, the

2  non-Step 1 bank debt holders.  And so that let's call it 81

3  and 19 percent natural split would be reversed and now the

4  non-LBO creditors would recover 65 percent from the

5  litigation trust and the senior lenders would recover 35

6  percent.  This, of course, is in addition to the 90 percent

7  priority recovery that only goes to the non -- the pre-LBO

8  creditors.

9  Q    You mean $90 million or 90 percent?

10 A    $90 million.

11 Q    Now I take it the litigation trust information or

12 value that's being discussed on Page 7 is addition, in

13 addition to the $521 million identified on Page 6.  Is that

14 correct?

15 A    Yes.

16 Q    And this litigation value, litigation trust value was

17 not available, I take it in the September settlement.

18 Correct?

19 A    The -- I'm sorry the 90 -- can you re-ask the

20 question?

21 Q    The litigation split --

22 A    The favorable split --

23 Q    That's correct.

24 A    -- incorporated in the Step 2 settlement?

25 Q    Yeah, was that --

1  A    Was not available in Step 1 in the first settlement.

2  Q    If you take a look at the last three pages of this

3  Exhibit 8, 9, and 10.  Well, 8 and 9, what's going on on

4  this page, these two pages?

5  A    Right.  These are the pages presented by you as I

6  recall, Mr. Bendernagel and --

7  (Laughter)

8         MR. KURTZ: -- what we -- so I left the room to go

9  to the bathroom.

10  (Laughter)

11        MR. KURTZ:  What happened -- this -- well, first

12  with regard to the examiner's report, what we were trying to

13  do was -- well, first we note up on top that this settlement

14  enjoys the support of the UCC which was important to us.

15  Number two, we attempted to match this settlement up against

16  the conclusions reached by the examiner report.  Then we

17  explained why we believed that $120 million was fair

18  consideration to be paid in exchange for the settlement of

19  the disgorgement claims.

20  BY MR. BENDERNAGEL:

21  Q    And what's happening on Page 9?

22  A    We described the releases.  We indicate to the Board

23  that the company has retained an expert and the conclusions

24  of that expert as they existed as of that point in time or

25  that the settlement fell squarely within the range of

1  reasonableness.

2  Q    If you take a look at the last page of the document,

3  there's something called examiner recovery range.  Do you

4  see that?

5  A    Yes.

6  Q    What's depicted on this page?

7  A    This is intended to be a slightly revised version of

8  six scenarios that are contained in the examiner report.

9  And when I say slightly revised, I mean that they -- the way

10 the examiner ran these scenarios, he did it on the basis of,

11 you know, what we call high intercompany claims and low

12 intercompany claims.  And so there's a significant

13 intercompany claims that exist between Tribune parent and

14 Tribune subsidiaries, the vast majority of which flow in the

15 direction of Tribune parent to the subsidiaries.  He ran it

16 two different ways.  What we did here for simplicity

17 purposes was just take the midpoint of those two different

18 intercompany claim amounts and, you know, rerun the

19 examiner's scenarios and his conclusions based upon that.

20 Q    And what was the purpose of showing this to the

21 committee?

22 A    The purpose of showing that in five of the six

23 scenarios laid out in the examiner's report, this settlement

24 produced a greater recovery for the noteholders than what

25 the noteholders would have been entitled to based upon those

1  five scenarios.

2  Q     And what happens in the sixth scenario?

3  A     The six scenario is where all of the LBO debt is

4  avoided, the Step 1 debt is avoided and under those

5  circumstances, the noteholders would be paid in full and

6  that's what's reflected here.

7  Q     Now did you recommend this settlement to the board?

8  A     Yes.

9  Q     I mean, this special committee?

10 A     I thought it fell within the range of reasonableness.

11 Q     Why did you believe that?

12 A     It was really two things.

13              MR. ZENSKY:  Your Honor, I have an objection.

14 It's been established that Mr. Kurtz and his team did some

15 investigation into the background of the leveraged buyout.

16 When he was asked what conclusions Lazard reached as a

17 result of that investigation, he was directed not to answer

18 at his deposition.  And in order to now testify whether the

19 settlement is fair or not in his in opinion, it implicates

20 the conclusions and findings that Lazard reached to the

21 extent they did an investigation into the underlying facts.

22 And I think it would be -- we're prejudiced in our ability

23 to cross examine him on this issue if we weren't allowed to

24 delve into what conclusions Lazard reached in connection

25 with its investigation.

1    THE COURT:  Mr. Bendernagel?

2    MR. BENDERNAGEL:  I'll rephrase the question,

3  Your Honor.

4  BY MR. BENDERNAGEL:

5  Q    Let me ask it a different way.  Was this settlement

6  based on your work as, you know, in connection with these

7  negotiations, talking to the various parties and the like,

8  did you develop in those discussions based a sense of what a

9  reasonable range of results would be?

10  A    Mr. Bendernagel, by this point in time, I had been at

11  this for about a year.  I probably had a thousand plus

12  conversations with various parties regarding these claims

13  and the strengths and weaknesses and people's settlement

14  positions.  And in that connection, I did form a view as to

15  what a reasonable range of settlement would be.

16  Q    And based on that view, did you have a conclusion as

17  to where this deal fell within that range?

18  A    Based upon that view, this deal fell squarely within

19  that range.

20  Q    Now you were -- you indicated yesterday, you listened

21  to Mr. Zensky's opening statement. Is that correct?

22  A    Parts of it.

23  Q    And in part of it, towards the end of his opening

24  statement, he was talking about the $450 million settlement

25  back in April and the fact that both Centerbridge and

1  Aurelius supported that settlement.  Do you recall that?

2  A     I think technically what we say is that Centerbridge

3  supported it and Aurelius did not object, but yes.

4  Q     And he also indicated that that was the product of

5  good faith negotiation.  Do you recall that?

6  A     Yes.

7  Q     I take it you agree with that characterization.  Is

8  that correct?

9  A     Absolutely.

10  Q     Do you believe that the negotiations that took place

11  leading to the settlement that was presented to the special

12  committee on October 11 were somehow qualitatively different

13  than the negotiations back in the April timeframe?

14  A     No.

15  Q     Mr. Zensky also seemed to suggest that the April

16  settlement was a reasonable settlement.  Do you recall that?

17  A     Yes.

18  Q     Do you believe the April settlement was a reasonable

19  settlement?

20  A     Yes.

21  Q     Now Mr. Zensky then went on to explain that Aurelius'

22  current position is that a reasonable settlement would be

23  five times higher -- three times higher than the April

24  settlement.  Are you aware of that?

25  A     Yes.

1  Q    Can you explain in your mind what happened between

2  April and now that would suggest that that was an

3  appropriate outcome?

4  A    There's nothing that I could think of that could

5  possibly explain a change in position of that order of

6  magnitude.

7           MR. BENDERNAGEL:  We don't have anything further,

8  Your Honor.

9           THE COURT:  All right.  Well, we might as well

10 break here and commence cross when we resume this afternoon.

11          MR. ZENSKY:  Your Honor, can I make a suggestion?

12          THE COURT:  Certainly.

13          MR. ZENSKY:  I had about five minutes of

14 questions on the slides that Mr. Bendernagel presented so if

15 we could take care of that now, then we won't be interrupted

16 in switching the multimedia presentations.

17          THE COURT:  All right.  Well, I have a hard stop

18 at 12:15, so if you can do it within that timeframe, you're

19 welcome to.

20          MR. ZENSKY:  Okay, thank you.

21          MR. BENDERNAGEL:  Are there any penalties if he

22 doesn't do it within that timeframe, Your Honor?

23          MR. ZENSKY:  Thank you, Your Honor.

24          THE COURT:  I'll reserve answering that question.

25 (Laughter)

1                            CROSS EXAMINATION

2    BY MR. ZENSKY:

3    Q     Good afternoon, Mr. Kurtz.  Nice to see you again.

4    A     Good afternoon.

5    Q     Hope you're doing well.  I just did want to ask you a

6    few questions on the slides before we break.

7    A     Sure.

8    Q     If I could ask the operator to pull up the Slide 2 of

9    the PowerPoint.  Okay.  Mr. Kurtz, on Slide 2, May 17, 2007,

10   there's a reference to senior credit agreement executed?

11   A     Right.

12   Q     Okay.  There is no other reference after that in

13   connection with the Step 2 to another senior credit

14   agreement being executed is there?

15   A     There is no reference here.

16   Q     And that's because the original senior credit

17   agreement provided for the incremental debt that would be

18   necessary to close Step 2?

19   A     That's my understanding.

20   Q     Okay.  Now if we look at Slide 3 and Slide 4 which you

21   testified about on direct?

22   A     Right.

23   Q     Slide 3 references Zell equity investment and the Zell

24   exchangeable note in the amounts of $50 million and $200

25   million?

1    A     Yes.

2    Q     And the next slide references another Zell net cash

3    payment of $56 million?

4    A     Right.

5    Q     Okay.  That's the aggregate amount of money that Mr.

6    Zell invested in connection with this transaction.  Correct?

7    A     Yes.

8    Q     As against $12 billion of debt?

9    A     Right.

10   Q     And the company ended up in bankruptcy within a year,

11   did it not?

12   A     Correct.

13   Q     If you could look at Slide 7 for a moment.

14   A     Sure.

15   Q     You testified on direct about a conclave, I think as

16   you described it that was held on January 5 with the

17   creditors' committee?

18   A     Yes.

19   Q     Okay.  Would I be correct in stating that no

20   representative of the PHONES debt was invited that meeting?

21   A     I think we did this a year ago.  I -- my recollection

22   is that Mr. Stark was there.  I defer to him as to whether

23   he was or not.  There were -- I mean, it was a huge room

24   and, you know, there probably 70 people there and so it may

25   be possible that someone was there that I don't remember and

1   it's possible, especially the older that I get, that I

2   remember things that never happened.

3   (Laughter)

4            MR. ZENSKY:  You may not be the only one.

5   (Laughter)

6   BY MR. ZENSKY:

7   Q    Okay.  Then turning to Slide 10 and 11 which you

8   testified about just a few moments ago.

9   A    Yes.

10  Q    Okay.  Number one, I take it you agree that the

11  consideration described as being paid to the noteholders on

12  Slide 10 includes their natural waterfall recovery?

13  A    Which number are we talking about?

14  Q    The $420 million.

15  A    It does include their natural recovery.

16  Q    Right.  So the settlement for the releases is

17  something less than that?

18  A    That's right.

19  Q    Okay.

20           THE COURT:  So the record's clear, that's the

21  page titled October settlement.

22           MR. ZENSKY:  October settlement, yes, Your Honor,

23  thank you.

24  BY MR. ZENSKY:

25  Q    Now if we kind of toggle back and forth between the

1  April settlement and the October settlement, Mr. Kurtz, I

2  take it you would agree that at least as an initial payment,

3  the percentage recover of the noteholders went down from

4  approximately 35 percent to 32, almost 33 percent?

5  A    Yeah, in terms of card value coming out of the plan at

6  closing, you are correct.

7  Q    Okay.  And in that same timeframe, the enterprise

8  value under Lazard's view went up by a magnitude of $700

9  million, did it not?

10  A    It did.

11  Q    Okay.  And all of that value, that increase in

12  enterprise value is being allocated to the senior lenders

13  under the October plan.  Correct?

14  A    Well, under the October plan, the noteholders get $420

15  million.

16  Q    Okay.

17  A    And then there are other creditors who also recover.

18  And everything that isn't paid to the non-senior lender

19  class goes to the non-senior -- everything that isn't paid

20  to the pre-LBO creditors, goes to the senior lenders.

21  Q    And that's the equity of the company?

22  A    Well, not just the equity, the cash, I mean, it's the

23  full strip.

24  Q    Okay.  So going back to my question, am I correct that

25  all or virtually all of that increased value of the $700

1   million is now redounding to the benefit of the senior

2   lenders?

3   A      That's true.

4   Q      Okay.  And their percentage recovery has increased

5   from the time of the April plan to the October plan as

6   against their allowed claim?

7   A      Correct.

8               MR. ZENSKY:  That's all I had, Your Honor, and

9   I've been true to my word and we'll pick up after lunch.

10              THE COURT:  Thank you very much.  We will stand

11  in recess until 1:30.

12              MR. ZENSKY:  Your Honor, will we be operating

13  once cross is done that there is no consultation regarding

14  the testimony?

15              THE COURT:  Mr. Kurtz, I instruct you not to

16  discuss your testimony during the break with anyone.  Do you

17  understand, sir?

18              MR. KURTZ:  I do.

19              THE COURT:  Thank you.  We stand in recess.

20  (Recess from 12:11 p.m. to 1:33 p.m.)

21              THE COURT:  Good afternoon.  Mr. Zensky?

22              MR. ZENSKY:  Your Honor, may I hand up the

23  witness binder?

24              THE COURT:  You certainly may.

25              MR. ZENSKY:  Thank you.

1              THE COURT:  Thank you.

2              MR. ZENSKY:  Good afternoon, Mr. Kurtz.

3              MR. KURTZ:  Good afternoon.

4          DAVID STEVEN KURTZ, CROSS-EXAMINATION (Resumed)

5   BY MR. ZENSKY:

6   Q    I actually did have one more question on the

7   PowerPoint we looked at, but we don't need to call it up on

8   the slide.  Slide 10, that described the October settlement,

9   there were bullets that described the preserved causes of

10  action to the litigation trust.

11  A    Slide 10?

12  Q    Yes.

13  A    Okay.  I'm with you.

14  Q    Do you have that?

15  A    I do.

16  Q    Do you see the first bullet under that point:

17  avoidance claims against step two selling shareholders?

18  A    Yes.

19  Q    Okay.  Now, isn't it true that --

20  A    I'm sorry, the second bullet point?

21  Q    Under preserved causes of action.

22  A    Oh, I'm sorry.  The -- at which bullet point.

23  Q    I'm sorry.  Let's try again.

24  A    No, I'm down at --

25  Q    Yeah, the first bullet point under preserved --

1    A       Under the last --

2    Q       Yeah.

3    A       Okay.

4    Q       Okay.  It refers to avoidance claims against step two

5    selling shareholders?

6    A       Yes.

7    Q       Okay.  Isn't it true that the plan actually releases

8    those claims for the first $100,000 of proceeds?

9    A       Oh, that's true.

10   Q       Okay.  So, it would be --

11   A       But --

12   Q       -- something less than $4 billion then?

13   A       Right.  Now, I understand there are conditions around

14   that $100,000 regarding your employment with Tribune.  I'm

15   just not clear on the details, but there is a $100,000

16   carve-out that I believe is subject to certain

17   conditionality.

18   Q       Okay.  Okay.  You discussed, on your direct,

19   principally the conduct of the negotiations that occurred

20   from late 2009, early 2010, up until almost the present,

21   correct?

22   A       Yes.

23   Q       Okay.  And in those talks, Lazard does not act as a

24   principal.  Lazard is the agent for the company, correct?

25   A       Yes.

1  Q    So decisions are made by the company, not by Lazard?

2  A    True.

3  Q    All right.  And you reported to Mr. Liebentritt in

4  connection with your investigation into the leveraged

5  buyout?

6  A    Yes.

7  Q    Okay.  And you reported to him in connection with the

8  conduct of the negotiations, correct?

9  A    Yes.

10  Q    Okay.  He was the principle negotiator for the debtors

11  in all of the talks that you described on direct?

12  A    Yes.

13  Q    Okay.  Now, you were asked -- or Lazard was asked to

14  do an investigation into the circumstances surrounding the

15  leveraged buyout?

16  A    Yes.

17  Q    And what you tried to do, as I understand it, was

18  place the circumstances as they existed at the time of the

19  closing of step one and step two?

20  A    To place them within the context of the marketplaces

21  of that point in time.

22  Q    Sure.  And that was the assignment that was given to

23  you by the company and by Sidley?

24  A    That's part of what we did.

25  Q    Okay.  You didn't do a solvency analysis at either

1  step one or step two, did you?

2  A     Correct.

3  Q     Okay.  And as far as you know, no one did a solvency

4  analysis for the debtors in connection with the closing of

5  step one or step two?

6  A     Well, VRC.

7  Q     I'm sorry.  Let me rephrase.  Post-petition, okay,

8  Lazard never did a solvency analysis for step one or step

9  two.

10  A     Correct.

11  Q     Okay.  And as far as you know, no one else did post-

12  petition.

13  A     Also correct.

14  Q     Okay.  That's what I was getting at.  Now, in the

15  investigation that Lazard did do, as I understand it, you

16  didn't independently, meaning you and your team didn't go

17  into the document depository and search around for relevant

18  documents.

19  A     Correct.

20  Q     You relied on Sidley to select the documents that they

21  thought were meaningful for you to look at?

22  A     Yeah, that is my general understanding.

23  Q     Well, that's exactly what you testified to at your

24  deposition, isn't it?

25  A     Sounds familiar.

1    Q     Okay.  And there came a time where the committee began

2    to take 2004 discovery in connection with the leveraged

3    buyout?

4    A     Right.

5    Q     Okay.  And Lazard didn't undertake to review those

6    transcripts, line by line.  Rather, Sidley referred you to

7    the pages they thought were important?

8    A     You know, I can't tell you whether Mr. Mandava may

9    have read them himself or not.  I don't know.

10   Q     Okay.  You remember your deposition was taken last

11   Tuesday --

12   A     Last Tuesday.

13   Q     -- I believe.

14   A     Right.

15   Q     Okay.  Do you remember being asked this question?

16            MR. ZENSKY:  Your Honor, may I approach the

17   witness?

18            THE COURT:  You may.

19            MR. KURTZ:  Thank you.

20   BY MR. ZENSKY:

21   Q     Okay.  Can I refer you to page 125 of your deposition

22   transcript, Mr. Kurtz?

23   A     125.  Okay.

24   Q     Let's see.  Excuse me one second.

25   A     Okay.  I'm at page 125.

1  Q    Okay.  If you look at the question that began at line

2  19, and you were discussing these depositions with Mr.

3  Hurley.

4  A    Right.

5  Q    And your answer, at line 20, was:

6  "A    Yes, and I don't know if Lazard personnel actually

7  attended depositions.  Maybe they did; maybe not; maybe one

8  or more.  I just don't remember, but I know that we --

9  again, we didn't review the transcript of every deposition,

10  but you know, there were probably excerpts where, you know,

11  someone from Sidley may have said, 'Hey, this is something

12  you guy should take a look at.  So-and-so said this.'"

13  A    Right.  I think I can clarify.

14  Q    Okay.

15  A    I am quite certain that we did not review the

16  transcript of every deposition.  We may -- I didn't, but Mr.

17  Mandava may have read a complete transcript of one or two of

18  the depositions.

19  Q    Okay.  Fair --

20  A    That's what I --

21  Q    -- enough.

22  A    -- meant.

23  Q    And apart from that, you relied on Sidley to tell you

24  which pages might be important?

25  A    Fair enough.

1  Q     Okay.  Now, you used the phrase, on your direct,

2  "honest broker".

3  A     Right.

4  Q     Okay.  And that's a phrase you used when you testified

5  here last February as well --

6  A     Yes.

7  Q     -- right?  Now, in the debtors' role as an honest

8  broker, as I understand it, the debtors formed a view as to

9  what they thought would be a fair outcome for all the

10 stakeholders in this case?  Let me rephrase that.  Okay.

11 Lazard did an investigation and discussed that with the

12 company, correct?

13 A     Correct.

14 Q     Okay.  And by January/February timeframe 2010, the

15 debtors began to form review about the strength of the LBO

16 claims?

17 A     True.

18 Q     Okay.  And in that timeframe, the debtors also formed

19 a view as to what would be a fair outcome for all the

20 stakeholders, in their opinion?

21 A     Well, we began to form a view.  I don't think we ever

22 reached a final conclusion as to what a fair settlement

23 would be, in the event that we had to make that decision, as

24 a company.

25 Q     Okay.  Fair enough.  But you -- the company began to

1   get a sense of what it thought would be a fair outcome for

2   all its stakeholders.

3   A    That's true.

4   Q    Okay.  And part of that was assessing, again within a

5   range, what you thought would be a fair payment from the

6   senior lenders to the pre-LBO creditors.

7   A    We certainly thought about that.

8   Q    Okay.  Now, during the timeframe of the April plan

9   negotiations, the debtor always strove to maintain the role

10  of an honest broker, right?

11  A    Yes.

12  Q    And it did so through to the October settlement as

13  well.

14  A    Yes.

15  Q    Okay.  And that includes -- or strike that.  Being an

16  honest broker, in your view, means striving to remain

17  neutral, as between the stakeholders?

18  A    Yes.

19  Q    Not take a side, one side or the other?

20  A    When playing that role, it's best not to be a

21  partisan.

22  Q    Okay.  So the proposals that the debtor would've

23  developed in its mind, or the range that it thought was

24  appropriate, was something that would be fair, not just to

25  the senior notes and the PHONES, but would also be fair, in

1    the debtors' view, to the senior lenders?

2    A    Well, I think it's fair to say that we tried to

3    analyze what was fair, from all perspectives.

4    Q    Fair to all the stakeholders?

5    A    Yes.

6    Q    Now, you testified a moment ago that Mr. Liebentritt

7    was the key negotiator for -- the lead negotiator for the

8    debtors, correct?

9    A    I did.

10    Q    And you reported to him, in connection with your work?

11    A    Yes.

12    Q    Okay.  Now, you understand that he has longstanding

13    ties to Mr. Zell, do you not?

14    A    I do.

15    Q    Okay.  Close to 30 years' worth of close ties.

16    A    That doesn't surprise me.

17    Q    Okay.  Why don't you look, if you can, Mr. Kurtz,

18    please, at the first exhibit in your binder: 810.

19    A    Okay.

20    Q    And if we could pull that up.

21    A    Yes.

22    Q    Now, if I could ask you first to focus on the e-mail

23    at the bottom of page one, which is from Mr. Liebentritt,

24    dated August 21.

25    A    I see it.

1    Q     Do you see that?

2    A     Yes.

3    Q     And he's talking to the directors that ultimately

4    became the members of the debtors' special committee in

5    2010.

6    A     Right, he's writing to them, yes.

7    Q     Okay.  And at the bottom, he says at the bottom of

8    that page:

9    "David, Jim, and I have been the face of the company in its

10   dealings with all constituencies."

11         Right?

12   A     Yes.

13   Q     So that David would be you.

14   A     Correct.

15   Q     Jim would be Jim Conlan.

16   A     Yes.

17   Q     And I, Mr. Liebentritt.

18   A     Exactly.

19   Q     All right.  We've agreed on something.

20   A     Yes.

21   Q     Okay.  Now --

22         THE COURT:  Oh, let's build on that, shall we?

23   (Laughter)

24         MR. ZENSKY:  I'll do my best, Your Honor.

25   BY MR. ZENSKY:

1  Q      Now, if you look up to the next e-mail, which is from

2  Mr. Shapiro back to Mr. Liebentritt, do you --

3  A      Yes --

4  Q      -- see that?

5  A      -- I do.

6  Q      Okay.  Mr. Shapiro ultimately became the chairman of

7  the special committee.

8  A      Correct.

9  Q      Okay.  And there's discussion in that e-mail about Mr.

10  Liebentritt stepping down as general counsel, but staying on

11  as the chief restructuring officer, correct?

12  A      I need to read it.

13  Q      Okay.  Please do.

14  A      Is this the e-mail that begins "Just spoke with Don

15  for an hour"?

16  Q      Indeed, it is.

17  A      Okay.  Give me a moment to read it.  I've read it.

18  Q      Okay.  Do you see the sentence that says, from Mr.

19  Shapiro:

20  "He's too much of a central figure, and all the players have

21  a certain comfort level with him."

22  A      Right.

23  Q      Okay.  Would you agree with that statement from your

24  participation in all the negotiations?

25  A      That all of the players had a certain comfort level

1    with --

2    Q      Yes.

3    A      -- Mr. Liebentritt?

4    Q      Yes.

5    A      I think there were moments when that was true, and I

6    think that there were moments when that was less true.

7    Q      Okay.  Do you agree with the portion that he's "too

8    much of a central figure"?

9    A      I don't understand what he's --

10   Q      In the sense, too much of a central figure to not

11   continue to participate in the talk?

12   A      Well, I think what Mr. Shapiro was -- I've never read

13   this e-mail before, so I'm trying to piece it together with

14   you.  I think what he's saying is he's been too involved to

15   -- for us to pull him out of the process entirely.

16   Q      Okay.

17   A      That's how I would interpret it.

18   Q      Okay.  Now, if you turn the page, which is the end of

19   the first e-mail in the chain.

20   A      So now we're back to the --

21   Q      Yeah.

22   A      -- 21st e-mail?

23   Q      Exactly, the second page.

24   A      Okay.

25   Q      And the bottom paragraph from Mr. Liebentritt is

1  "Things you should recall or know about me".  Do you see

2  that?

3  A    Oh, down here.  Right.

4  Q    Okay.  So can you read the first two sentences into

5  the record for us?

6  A    Sure.

7         MR. BENDERNAGEL:  Your Honor, you're going to

8  read private information about Mr. Liebentritt's

9  compensation or his holdings.  I think that ought to be --

10 you could point to it.  We're not trying to object to that,

11 but that shouldn't be part of the public record.

12        THE COURT:  Okay.  That's not in the first two

13 sentences, and if we need to take it off the screens, we can

14 do that.

15        MR. ZENSKY:  Okay.  It was certainly my -- not my

16 intent to accomplish -- I think the nature of the objection,

17 so I'll try to work around it, Your Honor.

18        THE COURT:  All right.  Thank you.

19        MR. KURTZ:  So just so I don't make a mistake,

20 the first two sentences end after the parenthetical, which

21 follows the word "company".  Is that where you want me to

22 end?

23 BY MR. ZENSKY:

24 Q    Just go up to the parenthetical for now, Mr. Kurtz.

25 A    Just stop at the parenthetical?

1  Q     Okay.

2  A     Okay.

3          "Things you should recall/know about me.

4  "I have worked for Sam since 1982.  As I indicated in my bio

5  on the company's website, I am a member of the board of

6  managers and the president of the trust company that is the

7  trustee for all significant Zell family trusts."

8  Q     Okay.  Now, why don't you skip over the next sentence,

9  and you see there's a sentence:  "The other half is for

10 various duties."

11 A     Right.

12 "The other half is for various duties carried out from time

13 to time, all unrelated to Tribune."

14 Q     Okay.  If you could continue.

15 A     "I also receive fees for being on the trust company

16 board and board committees."

17          MR. ZENSKY:  Okay.  Jim, do you have an objection

18 to the next sentence?

19          MR. BENDERNAGEL:  No.

20 BY MR. ZENSKY:

21 Q     Okay.  If you could continue with the next sentence

22 for us.

23 A     "I invested 500" -- is that it?

24 Q     Yes.

25 A     "I invested $500,000 alongside EGI-TRB in the Tribune

1  deal and thus hold a note and warrant, just like EGI-TRB

2  (but a lot smaller)."

3  Q    Okay.  And then, without referring to any of the

4  specific numbers, do you see that he also states, further

5  down, that he has made many investments in EGI vehicles over

6  the years?

7  A    Where would that be, Mr. Zensky?  I'm sorry.  What --

8  do you have a sentence you want to refer me to?

9  Q    Yeah, "I have made many investments in EGI vehicles."

10 A    For some reason, I'm not seeing it.

11 Q    Okay.  We can move on.  I -- the Court has the letter

12 and can refer to that.  Now, do you know all this

13 information that's set forth on noteholder exhibit 810,

14 during the time you were negotiating the settlements that

15 you've discussed today?

16 A    No.

17 Q    Okay.  Did you know that Mr. Liebentritt was actually

18 a step two selling shareholder or through a vehicle that he

19 wholly owned?

20 A    I don't recall knowing that.

21 Q    Okay.  So if that, in fact, is true, you understand

22 that he may be eligible for a partial release, under the

23 debtor committee lender plan?

24 A    I don't remember ever consciously thinking about Don

25 as a beneficiary of any release.

1  Q    Okay.  Well, putting that aside, and putting at least

2  what you did know about his ties to Sam Zell, did it ever

3  occur to you that he may not be capable of fulfilling the

4  role as an honest broker in these negotiations?

5  A    It occurred to me that there was an issue that we

6  needed to be sensitive to.

7  Q    Okay.  And do you think that given Mr. Liebentritt's

8  ties to Mr. Zell and everything we just looked at, that he

9  would be more likely to come to the table in these

10  discussions about what a fair settlement would be, thinking

11  that this was a terrible transaction and a fraud on the

12  company's creditors or that it was a wonderful transaction

13  that just went unforeseeably awry?

14            MR. BENDERNAGEL:  Objection, Your Honor.

15            THE COURT:  Sustained.

16  BY MR. ZENSKY:

17  Q    Okay.  Given what you knew about Mr. Liebentritt at

18  the time, and assuming that his description of his

19  connections to Mr. Zell here are true, do you believe that

20  he'd be likely to come to the table thinking that the

21  transaction that is being discussed was a fraudulent

22  transfer?

23            MR. BENDERNAGEL:  Objection.

24            THE COURT:  Sustained.

25            MR. ZENSKY:  I'll move on, Your Honor.

1  BY MR. ZENSKY:

2  Q    During the course of your investigation, you reported

3  also to Sidley Austin?

4  A    I'd say I worked together with Sidley & --

5  Q    Okay.

6  A    -- Austin.

7  Q    Fair enough.  And that was the only law firm you

8  worked with in conducting your investigation, meaning

9  Lazard's investigation into the transaction.

10  A    The only law firm I work with, until Jones Day arrived

11  in late August of 2010, was Sidley Austin.

12  Q    Right.  But by that time, the Lazard investigation

13  into the transaction was pretty much complete.

14  A    I agree.

15  Q    Now, you understand that Sidley Austin was the firm

16  that handled the financing for Tribune in connection with

17  the leveraged buyout.

18  A    Yes.

19  Q    Okay.  So they handled the financing that is -- or

20  would be under attack in the litigation.

21  A    Well, let's define "handled financing".  What I

22  understand is that Sidley did some bank work for Tribune

23  Company in connection with the LBO.  That's what I

24  understood.

25  Q    Okay.  And did you understand that on the SEC filings

1  that were made in connection with the transaction, that

2  Sidley lawyers were listed?

3  A    I'm not sure I knew that.

4  Q    Now, did you ever hear it discussed that Sidley might

5  be a potential defendant in litigation arising out of

6  [indiscernible]?

7  A    You know, I just don't recall.  I mean, it wouldn't

8  surprise me if they were on some list, but I don't have a

9  clear recollection --

10  Q    No.

11  A    -- of that.

12  Q    Did you ever discuss with Mr. Shapiro or Mr.

13  Liebentritt, for example, the possibility that that could

14  happen: that Sidley would be named as a defendant?

15  A    I don't remember doing that.

16  Q    Now, you also understand that Sidley could never bring

17  litigation against the senior lenders in this case, correct?

18  A    I don't believe they could.

19  Q    Okay.  That's because they represent JPMorgan and

20  Merrill Lynch in other matters, right?

21  A    That sounds correct to me.

22  Q    Okay.  Let's turn to the negotiations of the April

23  plan, which --

24  A    Right.

25  Q    -- you discussed, at length, on direct.

1   A       Can I close the -- are we done with --

2   Q       Yes, with that exhibit, sure.

3   A       Okay.  Thank you.

4   Q       When the information-gathering period, information-

5   sharing period ended and you moved into the bid-ask phase of

6   this, so to speak, you testified that the parties were "very

7   far apart" at the outset.

8   A       Yeah, based upon what I witnessed at the January 4 or

9   5 conclave, as I called it, they were very far apart.

10  Q       Okay.  And let's see if we can put some specifics

11  around that.  The opening offer from the senior lender and

12  bank side of the case was under $100 million, correct?

13  A       That sounds right to me.

14  Q       Does $75 million ring a bell with you that that was

15  the opening offer?

16  A       Yes.

17  Q       Okay.  Now, that was $75 million offered against the

18  potential exposure, if you will, of up to $3 billion, if

19  there was full avoidance, is that right?

20  A       Well, that -- I always view their potential exposure

21  as the amount of pre-LBO debt, which --

22  Q       Exactly.  Okay.  So let's say --

23  A       Three billion doesn't sound like the right number to

24  me.

25  Q       Okay.  Well, if we have $1.3 billion, give or take, in

1  senior notes --

2  A    Give or take.

3  Q    Okay.  And then there's a question about the amount of

4  the PHONES, whether it's in 7's or 1.1 billion.

5  A    I think of it as 7, but okay.

6  Q    Okay.  So --

7  A    So that takes me to 2 billion.

8  Q    Okay.  And then, if we include other unsecured

9  creditors and pre-petition interest.

10  A    I don't think you get up to 3 billion, but I think

11  we're talking about the same thing.

12  Q    Okay.  Two-and-a-half --

13  A    The numbers are the numbers.

14  Q    Two-and-a-half, give or take.

15  A    Better.

16  Q    Okay.  So the opening offer from the banks was an

17  incredibly small fraction of the potential exposure.

18  A    I viewed it as a very small offer.

19  Q    Now, the ask on the noteholder side was something on

20  the order of about 900 million, 950 million.  Does that ring

21  a bell with you?

22  A    Actually, it doesn't.  I thought -- no, my

23  recollection isn't clear on that.  I thought it was a

24  somewhat lower number, but I can't tell you that I'm certain

25  about that.

1  Q     Okay.  Whatever number it was, it came from

2  Centerbridge, right, at that point in time?

3  A     Yes, it was Centerbridge's number.

4  Q     Okay.  And the most anyone ever asked for in these

5  talks was Centerbridge, right?

6  A     True.

7  Q     All right.  Now --

8  A     Well, until -- in those talks, yes.

9  Q     Yes.

10 A     Right.

11 Q     Now, when you saw how far apart the bid-ask spread

12 was, you didn't give up and go home, right?

13 A     To the contrary.

14 Q     Okay.  And you didn't take the opening offer from the

15 bank side, which was a very, very small percentage of the

16 potential claim, as indicating that there could never be a

17 deal --

18 A     Right.

19 Q     -- right?  In fact, I think you said you had a

20 thousand conversations between then and today, in connection

21 with the various settlement plans.

22 A     Yeah, more than a thousand.

23 Q     Sorry.  I stand corrected.

24 A     (Laughter)

25 Q     Now, by the time of the exclusivity hearing, which was

1   February 2010 --

2   A      Right.

3   Q      -- I think you testified that you had already had 23

4   face-to-face meetings with various parties.

5   A      Sounds right.

6   Q      Sounds right?  Okay.  And those meetings were

7   augmented by, literally, daily phone calls back and forth

8   with the parties?

9   A      Correct.

10  Q      Okay.  And Centerbridge was a big part of those early

11  discussions.

12  A      Absolutely.

13  Q      And the involvement of Centerbridge in those talks and

14  its support for the settlement that came out of it was

15  incredibly important to the debtors' view.

16  A      Yes.

17  Q      And it was important, because the support of the

18  largest bondholder gave you comfort in the outcome.

19  A      Yes.

20  Q      Now, the deal that was reached was a strip, I think

21  you testified -- or strike that.  The structure of the deal

22  involved the strip of consideration.

23  A      Yes.

24  Q      And with the strip of consideration, all parties can

25  share pro rata in the upside, if you will, of any

1  appreciation in the company's value?

2  A     The upside and the downside

3  Q     Okay.  Now, it was Centerbridge that demanded a strip

4  as the structure for the negotiations, right?

5  A     I don't remember it that way.

6  Q     Okay.

7  A     I remember Centerbridge -- Centerbridge's willingness

8  to accept a strip quickly.  I don't recall Centerbridge

9  demanding a strip.

10 Q     Okay.  So you don't recall a point in time where

11 Centerbridge said, "It has to be a strip or we can't

12 proceed"?

13 A     No, my thought was always that Centerbridge would've

14 been happy to take cash, but that wasn't available.

15 Q     All right.  Now, when the April plan later came apart,

16 initially at least, the discussions involved a similar

17 structure: a strip of consideration to the senior notes?

18 A     Which point in time are --

19 Q     After the --

20 A     Where are you in the --

21 Q     Sure.

22 A     -- calendar, at this point?

23 Q     The second half of August.  We're still talking about

24 a strip of consideration.

25 A     Correct.

1  Q    Okay.  Now, you testified, on direct, that Oaktree was

2  not a supporter of the April plan.

3  A    Right.

4  Q    Okay.  They were part of the negotiations that led to

5  it but dropped out at some point along the way?

6  A    Well, they either dropped out or we dropped them, but

7  --

8  Q    Okay.

9  A    -- they were not there at the end.

10  Q    Right.  They thought the numbers being discussed were

11  too high?

12  A    Too high.

13  Q    And in fact, Oaktree hated the April settlement, did

14  they not?

15  A    I think that's a fair characterization.

16  Q    Okay.  That's -- and you described it that way.

17  A    That was my choice of words.

18  Q    Now, didn't Oaktree tell you in this case that they

19  didn't want to set a precedent for recoveries of junior debt

20  in a chapter 11 case that involved fraudulent transfer

21  claims?

22  A    Yes.

23  Q    Okay.  Now, who at Oaktree told you that?

24  A    I heard Mr. Lange [ph] say that.

25  Q    Okay.  And do you know Mr. Karsh [ph]?

1    A      I've met Mr. Karsh.

2    Q      Okay.  And what's the working connection between Mr.

3    Lange and Mr. Karsh?

4    A      Mr. Lange works for Mr. Karsh.

5    Q      Okay.  And do you know Howard Marx [ph]?

6    A      No.

7    Q      All right.  Did you ever see any e-mails in this case

8    where Mr. Karsh and Mr. Marx makes that same statement: that

9    we need to have the settlement set an example for future

10   cases?

11   A      I'm not clear on that.

12   Q      Okay.  Can you look at the next binder -- the next

13   exhibit in your binder?

14   A      Sure.  That would be NPP-870?

15   Q      Yes.

16   A      Which e-mail are you referring me to?

17   Q      Somewhere in the middle.  You're not on it, and I'd

18   just like you to tell us whether you've seen this e-mail,

19   sir.  It's --

20   A      Which -- this is from Marx to Karsh?

21   Q      Yes.

22   A      Dated October 13?

23   Q      Yes, if you could read that for us.

24   A      (No audible response)

25   Q      If you could read it into the record.

1    A    Sure.

2        "Thanks.  Stuff will soon" --

3    Q    You're on the wrong one, sir.  The middle e-mail.

4    A    Oh, I'm sorry.

5    Q    11:45 p.m., October 12.

6    A    This is the one that "glad to hear"?

7    Q    Yes.

8    A    "Glad to hear 'the newcomers' may be proved wrong.  We

9    need to show others that they can't come in buy juniors

10   where we're senior and get rich.  I hope this sets an

11   example.  H.M."

12   Q    Okay.  So have you ever seen this e-mail before?

13   A    No.

14   Q    Okay.  Does it surprise you, in light of the

15   conversation you had previously had with Mr. Lange?

16   A    Now, I need to read it, after having read it to you.

17        MR. BENDERNAGEL:  Objection to the form of the

18   question.  I'm not sure whether he's --

19        MR. ZENSKY:  I'll withdraw the question.

20        THE COURT:  Very well.

21   BY MR. ZENSKY:

22   Q    Okay.  Now, Oaktree did everything in its -- we're

23   done with e-mail, Mr. Kurtz.

24   A    Okay.

25   Q    But if you'd like to read it, we can --

1    A      (Laughter)

2    Q      We can wait a moment.

3    A      Okay.  Sorry.

4    Q      Now, Oaktree did everything in its power to blow up

5    the April plan, did it not?

6    A      Correct.

7    Q      And the consequence of blowing up the April plan, if

8    all things being equal it would've proceeded, would mean to

9    extend the company's stay in bankruptcy.

10   A      That would've been the consequence.

11   Q      Okay.  And one of the things they did, or told people

12   they were doing, was buy up debt to obtain a blocking

13   position.

14   A      Right.

15   Q      And they lobbied third parties to vote against the

16   April plan.

17   A      Yes.

18   Q      Okay.  They filed objections to the April plan.

19   A      They did.

20   Q      They moved to terminate exclusivity.

21   A      I think that's correct.

22   Q      Okay.  They objected to the disclosure statement in

23   connection with the April plan.

24   A      You know, I'm not sure I knew that, but it certainly

25   doesn't surprise me.

1  Q      And do you remember they objected to the plan

2  solicitation procedures?

3  A      No, I don't remember that.

4  Q      And ultimately, they told you they did have the vote

5  to block the April plan from being confirmed.

6  A      They told me that.

7  Q      Okay.  And that was one of the major reasons that the

8  April plan ended up being terminated.

9  A      It was one of the factors.

10 Q      Okay.  Excuse me one second.  Now, at the time the

11 April plan was being negotiated, so we're back in the --

12 A      Back --

13 Q      -- February/March/early-April timeframe, Aurelius

14 owned about $100/$125 million worth of notes, as you

15 understood it?

16 A      The number 113 sticks in my mind.

17 Q      Okay.  And they had not yet become party to the

18 depository agreement and were not privy to non-public

19 information.  Do you recall that?

20 A      As of when?

21 Q      As of February/March 2010.

22 A      Well, they did become party to the --

23 Q      The depository agreement.

24 A      Thank you.  Depository agreement, I think it was the

25 end of -- maybe -- it was either the end of March or early

1  April when that happened.

2  Q    Okay.  And you suggested that they should be brought

3  into the talks at that point in time, did you not?

4  A    I did.

5  Q    Okay.  Now, Aurelius accepted the April plan all the

6  way up until the examiner report was released, did it not?

7  A    Yes, to my knowledge.  Yes.

8  Q    Right.  They were not the reason the April plan came

9  apart.

10  A    They had nothing to do with that.

11  Q    Okay.  Now, you said on direct that you had a

12  conversation with Mr. Gropper about the April plan.

13  A    Which conversation?

14  Q    Okay.  A conversation where he told you that Aurelius

15  would not be objecting to the April plan.

16  A    Right.

17  Q    Okay.  He did also say, in that conversation, that

18  they thought the settlement was low, but nonetheless, would

19  not be objected.

20  A    Yeah, I think he said, "I think it's a little light,

21  but I'm not going to object."

22  Q    Okay.  And he told you they weren't going to be

23  objecting, because they respected the process, because

24  Centerbridge had been at the table, or words to that effect?

25  A    Possibly.

1  Q     Okay.  Now, you testified on direct that you know my

2  client from several other matters, right?

3  A     I do.

4  Q     Okay.  You've dealt with them on other cases beside

5  this?

6  A     Yes.

7  Q     You've never had an experience with Aurelius or its

8  representatives where they acted in bad faith in a chapter

9  11, have you?

10  A     No.

11  Q     Okay.  I think we have a double-negative in there.

12  No, you haven't had such an experience, correct?

13  A     I have not had an experience where they acted in bad

14  faith.

15  Q     Okay.  And while my client can be an aggressive

16  advocate for its rights in a chapter 11, so can Oaktree.

17  A     Aurelius isn't the only aggressive hedge fund that

18  I've dealt with.

19  Q     Right.

20          THE COURT:  Not by any means.

21  (Laughter)

22  BY MR. ZENSKY:

23  Q     In fact, Mr. Kurtz, in your opinion, Oaktree is

24  equally aggressive in asserting its rights in chapter 11.

25  A     I would put Oaktree in an aggressive category as well.

1   Q    Okay.  And when we asked, at your deposition, which

2   one was more aggressive, I think you said it would be an

3   insult to one to say that the other was more aggressive.

4   (Laughter)

5   A    I did say that.

6   Q    Okay.  And that was truthful testimony?

7   A    Yes.

8   Q    Okay.

9   (Laughter)

10  Q    All right.  Now, after the April plan was terminated,

11  there were lots of negotiations, yet again --

12  A    Yes.

13  Q    -- right?  And you spoke to everyone who would speak

14  to you.

15  A    Right.

16  Q    Okay.  In fact, I think you've told us -- or in your

17  deposition, there were so many talks, that you couldn't

18  recall who proposed what at any particular time.

19  A    I can't tell you that I have a clear recollection of

20  every proposal and who made it.  In fact, I'm sure I don't.

21  Q    Okay.  So it was not unlike the period that preceded

22  the April plan: a lot going on?

23  A    Well, I mean, just to be clear, which period are we

24  talking about now?

25  Q    The August/September 2010.

1    A       I'm sorry.  Your question was --

2    Q       I'll withdraw the question.

3    A       Okay.  Thank you.

4    Q       Now, during this period, like the other period, there

5    were many starts and stops in the talks, where you might

6    appear to have a disagreement on one point, but you wouldn't

7    give up, right?

8    A       Right.

9    Q       All right.  Now, if you could look just at one example

10   of that, at the next exhibit in your binder.

11   A       That would be --

12   Q       1251, I'm sorry, Noteholder -- oh, 2151.

13   A       2151, right?

14   Q       Yes.

15   A       I have it.

16   Q       Okay.  In the middle, there's an e-mail from you to

17   Mr. Shapiro and Mr. Liebentritt.

18   A       Right.

19   Q       Okay.  You see that?

20   A       I do.

21   Q       And if you could just read the first sentence into the

22   record for us, sir.

23   A       This is Friday, October 1 e-mail?

24   Q       Yes.

25   A       All right.

1   "We should formalize OT's rejection of the JP committee

2   construct.  They've already told us it's a non-starter, but

3   let's confirm.  I'm also fine with a three-way" --

4   Q     I'm just asking you for the --

5   A     Oh, just that?

6   Q     Yes.

7   A     I'm sorry.

8   Q     Okay.  So at that point in time, there was some aspect

9   of this on the table that Oaktree told you was a non-

10  starter?

11  A     They told us that they wouldn't agree.

12  Q     You didn't give up on the negotiations?

13  A     No.

14  Q     And you came to a settlement 10/12 days after this?

15  A     Yeah, through the help of the mediator, we did.

16  Q     Now, in this timeframe -- so the timeframe is after

17  the examiner report and before Centerbridge sold out its

18  position --

19  A     Okay.

20  Q     -- and you were still talking to Centerbridge as well?

21  A     Absolutely.

22  Q     Do you recall a meeting --

23             MR. BENDERNAGEL:  Objection, Your Honor.  Can we

24  clarify what time period we're talking?

25  BY MR. ZENSKY:

1  Q      Sure.   I'll -- after the April plan was terminated, so

2  --

3  A      So August?

4  Q      Yeah, after August 9.  Do you recall that as the date

5  that the plan support agreement was terminated?

6  A      Yes.

7  Q      Okay.  So after April 9 and before --

8  A      August 9.

9  Q      I'm sorry.  Let's try again.  After August 9, 2010 and

10 before Centerbridge sold out its position, you had talked to

11 them in the ongoing effort to make a settlement?

12 A      Yes.

13 Q      Okay.  And do you remember a meeting that you attended

14 with representatives of Centerbridge, with its then-counsel

15 Mr. Golden, sitting up here, and Mr. Conlan and Mr.

16 Liebentritt?

17 A      Which -- do you have a date for me?

18 Q      Yeah, in the second and third week of August, that

19 timeframe.

20 A      August 19?

21 Q      Yes.

22 A      I remember that meeting.

23 Q      Okay.  And do you remember at that meeting that either

24 you or Mr. Liebentritt told Centerbridge that the senior

25 lenders had threatened the jobs of the executives of the

1   company?

2   A      I don't have a clear recollection of that.

3   Q      Okay.  So it may have happened; it may not have

4   happened; you're just not sure?

5   A      Right.

6   Q      Before the April plan terminated, so now I'm before --

7   A      Pre-August 9.

8   Q      Exactly.  Before August 9, do you recall actually

9   reaching an agreement that would bring Oaktree into the mix

10  for 375 million, rather than the 450 that was in the April

11  plan?

12  A      I was -- I believe there was an agreement reached that

13  fell apart shortly thereafter, so maybe that implies there

14  was no agreement reached.  This happened, if I think I know

15  what you're referring to, while I was out of the country for

16  a couple of weeks, and so I was not firsthand involved.  But

17  what I was -- my understanding is that there was a call.

18  There was an agreement reached, and then, lo and behold,

19  after a week or so, there's no agreement at all --

20  Q      Okay.

21  A      Which was not unusual for --

22  Q      Sure, understood.

23  A      -- some of this process.

24  Q      And you know who Mr. Baiera is, right?

25  A      Yes.

1    Q     And who is that?

2    A     Angelo Gordon.

3    Q     Okay.  If he testified that an agreement was reached

4    with the debtors for a new settlement before the April plan

5    was actually terminated, you wouldn't have any reason to

6    doubt that, would you?

7    A     No.

8    Q     Now, you discussed, on direct, the appointment of the

9    examiner.  Do you recall that?

10   A     Yes.

11   Q     Okay.  And you would agree that the examiner was

12   certainly competent to undertake the assignment he was

13   given?

14   A     Yes.

15   Q     All right.  And in your view, he's viewed as a

16   formidable academic in the bankruptcy arena, is he not?

17   A     Correct.

18   Q     All right.  And you certainly have no reason to

19   believe that the examiner had any bias in connection with

20   his engagement?

21   A     No.

22   Q     And you would describe his examination as exhaustive,

23   would you not?

24   A     Yes.

25   Q     Now, when he issued his report, it was an important

1  document in trying to pave the way for a consensual plan,

2  was it not?

3  A     Well, there -- it was an important document, right.

4  Q     Okay.  Well, that's one of the purposes that an

5  examiner is appointed, right: to release a report that the

6  parties can rely on in trying to negotiate a consensual

7  plan?

8  A     I have no quarrel with that.

9  Q     Okay.  Now, unfortunately, the examiner's report did

10  not lead to a wholly consensual plan, did it?

11  A     No, this is proof of that.

12  Q     Yes.  And each of the stakeholders in the case read

13  the report and took the interpretation that was most

14  favorable to its side.

15  A     Exactly.

16  Q     Okay.  And one of those parties was Aurelius, right?

17  A     Yes.

18  Q     Okay.  And they've, in good faith, tried to explain

19  their interpretation to you and the debtors, have they not?

20          MR. BENDERNAGEL:  Objection to the form of the

21  question.

22          THE COURT:  Sustained.

23  BY MR. ZENSKY:

24  Q     Okay.  They have explained their interpretation to you

25  and to the debtors, have they not?

1    A      They have.

2    Q      Okay.  And you've testified in your deposition that

3    they did so in good faith, as far as you could tell.

4    A      As far as I could tell.

5    Q      Okay.  And there's nothing wrong with a stakeholder

6    making the best case for its position, is there?

7    A      No.

8    Q      Okay.  Now, to -- and to the extent they've argued

9    that the examiner report supports a higher level of recovery

10   than the proposed settlement, you don't have any doubt that

11   that's their sincere belief?

12              MR. BENDERNAGEL:  I object to the form of the

13   question.

14              MR. ZENSKY:  Well --

15              THE COURT:  Sustained.

16              MR. ZENSKY:  -- Your Honor, with all due respect,

17   the witness was asked to draw inferences about everyone's

18   motivation and good faith in the talks for three hours on

19   direct.

20              THE COURT:  Was there an objection?

21              MR. ZENSKY:  Well -- okay.

22   BY MR. ZENSKY:

23   Q      Shortly after the examiner report was issued, you got

24   an e-mail from Mr. Gropper while you were on vacation in

25   Russia?

1   A     Yes.

2   Q     And he asked to talk to you?

3   A     Yes.

4   Q     And that's the conversation that you referred to on

5   direct, where the -- you lost your connection two or three

6   times?

7   A     Right.

8   Q     Okay.  And that was the first time you spoke to him

9   about the case, after the April plan had terminated -- or

10  excuse me, after the examiner report had come out.

11  A     That's not the way I remember it.

12  Q     Okay.  You think you had a --

13  A     I'm sorry.  Finish.  I've got to get my time periods

14  right.  Could you ask it again?

15  Q     Of course.  You did speak to him after he sent you the

16  e-mail.

17  A     Right.

18  Q     And that was the first time you spoke to him about the

19  case, after the examiner report was released.

20  A     Oh, yes, after the examiner's report was released.

21  Q     Okay.

22  A     That's true.

23  Q     And you testified, on direct, that what you think he

24  told you was, "I expect to be paid in full."

25  A     Paid in full from the banks.

1  Q    Okay.  Now, isn't what he actually said that he

2  thought that under the examiner report, the senior notes

3  would be entitled to be paid in full, in other words, under

4  the examiner's conclusions about the strength of the claims?

5  A    I think he based his view on his reading of the

6  examiner report.

7  Q    Sure.  And he told you that.

8  A    He did.

9  Q    Now, do you think that that was overly aggressive --

10 or strike that.  Now, you concluded, from that call, I think

11 you said, that there was no interest in negotiating a

12 resolution that would be consistent with what you thought

13 might be doable?

14 A    Right.

15 Q    Okay.  Now, he never said he was unwilling to talk to

16 the banks in that conversation, did he?

17 A    I don't recall him saying that.

18 Q    Okay.  Now, at some point after that conversation,

19 Aurelius purchased Centerbridge position --

20 A    Right.

21 Q    -- right, or a portion of it, and became the largest

22 holder of the senior notes?

23 A    Yes.

24 Q    Okay.  Now, you testified, on direct, that after that

25 point, you approached my client regarding potential

1  settlement structure and that you were told by Mr. Gropper

2  that Aurelius had no interest engaging in discussions with

3  the company.

4  A    Right.

5  Q    Do you recall that?

6  A    I do.

7  Q    All right.  Now, do you remember, at your deposition

8  last week, you said that there was only one communication

9  between you and my client between the time of the examiner

10  report and the mediation?

11  A    Well, I didn't say that this was before the mediation

12  --

13  Q    Okay.

14  A    -- when he said that.

15  Q    So was it after the mediation?

16  A    During the mediation.

17         MR. ZENSKY:  Okay.  Well, Your Honor, now we --

18  Mr. Bendernagel elicited testimony about a statement made

19  during mediation in direct violation of the Court's order

20  and in direct violation of the motion practice that we had,

21  where they insisted there be no discovery into the

22  mediation.  It should be stricken from the record, at a

23  minimum.  I don't know what other appropriate remedy would

24  be, Your Honor.

25         MR. BENDERNAGEL:  Your Honor, let me respond to

1    that.  Yesterday, Mr. Zensky made the statement in the --

2    his opening statement that there was never a conversation

3    between Mr. Kurtz and Mr. Gropper at any point in time, up

4    until October 12, which he knows is a falsehood.  And he's

5    using the example of the mediation to prevent inquiry, to

6    create that illusion.  We wouldn't have to bring this out,

7    but for the fact that he's trying to utilize the mediation

8    order to create a false premise.  The false premise being

9    that there were no such conversations during this time

10   period.  Now, there clearly were conversations and the like.

11   I don't mind withdrawing the testimony, but he shouldn't be

12   able to say there were no conversations between these people

13   when they were both at the mediation and the like.  I just

14   don't think that's appropriate that you can do that in this

15   context.  That's the reason we took the -- you know, I mean,

16   he opened the door by making the statement that there were

17   no conversations before October 12, which is a falsehood.

18   He knew that.

19            MR. ZENSKY:  Your Honor, I said other than in

20   mediation.

21            MR. BENDERNAGEL:  He said no other conversation.

22            MR. ZENSKY:  And now -- and Mr. Bendernagel has

23   admitted that, without discussing it, he intentionally

24   elicited evidence from a witness, in violation of this

25   Court's order.

1           THE COURT:  We're going to stand in recess.

2    (Recess at 2:16 p.m. to 2:22 p.m.)

3           THE COURT:  All right.  Let me preface what I'm

4    about to say with something I normally say at the outset of

5    hearings and trials in which the parties bring their own,

6    real, live, in-person court reporter, and that is, whatever

7    is generated is -- not unless memorialized in a future Court

8    order, is an official transcript.  But the court reporter

9    was good enough to send me the transcript from -- the

10   unofficial transcript from yesterday's opening.  And as I

11   review it, I'm looking at page 85, and here's what Mr.

12   Zensky said:

13   "Mr. Kurtz, the lead financial advisor to the debtors,

14   testified that between the day the examiner report came out

15   and the day the settlement was announced, the second term

16   sheet was announced, he recalls a single phone call with the

17   representative, my client, Your Honor, when he was on

18   vacation in Russia, and they kept getting disconnected,

19   because of a bad connection.  That was the extent of the

20   discussions between the debtors and the senior noteholders

21   before announcing their settlement."

22       Now, I don't -- if there's another place where Mr.

23   Zensky said something, someone else can point that out to

24   me, but I think that's what he said.  So if that's the case,

25   where does that leave us, then?

1          MR. ZENSKY:  Well, Your Honor, at -- in the -- it

2     was based on the deposition, and at the deposition, any

3     question about the mediation was carved out, so if I omitted

4     that in my description yesterday, it would be completely

5     inadvertent, but more important, if Mr. Bendernagel wanted

6     to make a record, all he should've asked was "Did you

7     discuss the case at mediation?" rather than eliciting an

8     alleged specific offer or demand made at the mediation.  I

9     didn't make any representation about what was or was not

10    said at a mediation.

11         THE COURT:  Well, let's just chalk this up to an

12    honest error and misunderstanding, and the first instance in

13    which the issues come up.  But Mr. Bendernagel, I will say

14    this.  If you wish to open that door, for whatever reason,

15    you need to wave a flag and tell me that's what you're

16    doing.

17         MR. BENDERNAGEL:  I'll try to keep that in mind,

18    Your Honor.  And look, this may come up, because, you know,

19    the difficulty is that -- you know, especially if people are

20    saying they were excluded from things.  That's different

21    than getting into the question of what was actually talked

22    about.  I had understood the mediation order, and I argued

23    the mediation order, was protecting --

24         THE COURT:  I remember.

25         MR. BENDERNAGEL:  -- the substance of the

1  material, but the idea that you can say, "I was excluded; no

2  one was talking to me," that puts us in sort of a quandary,

3  and that's the problem.  You know, in retrospect, I reacted

4  to what I read as an unqualified statement.  I'm not

5  accusing Mr. Zensky of ever being -- everybody's tired, and

6  they're working hard.  And maybe I should've read it -- I

7  should've raised it with him ahead of time, and I'll do that

8  in the future.  But we have a little bit of a problem here

9  if people are going to say they were categorically excluded

10  from something when they were there.  And I don't know how

11  you deal with that, given the order, because the order

12  wasn't anticipated that that's what it was going to be used

13  for: that you'd be able to hide behind it and say, "I wasn't

14  there," when you were.

15          THE COURT:  Well, let's do this.  If that

16  situation arises again, if you want a brief moment to

17  discuss it with inquiring counsel, I'll give you that time.

18  And if the parties can't resolve it, I will.

19          MR. BENDERNAGEL:  Okay.  Thank you, Your Honor.

20          MR. ZENSKY:  It's -- Your Honor, I have no

21  problem with the process question of -- or -- on direct or

22  cross of eliciting whether there was a session where my

23  client met with the debtors at any one or more mediation,

24  but not what was said to anyone.  I did not open the door to

25  that, and I believe that that testimony should be stricken.

1   It was inappropriate, and it was not necessary to rebut what

2   Mr. Bendernagel believed I said on my opening.

3           MR. BENDERNAGEL:  What Mr. Bendernagel believed

4   he said on the opening is what he said on the opening.  Now,

5   you just read it.  Your Honor, I think we just should move

6   on.

7           THE COURT:  We're going to move on.  The request

8   is denied.

9           MR. ZENSKY:  Does that mean that now we have

10  liberty to explore the entirety of these issues, Your Honor,

11  because now we have opened the door in a way that was not

12  contemplated --

13          THE COURT:  No, no.

14          MR. ZENSKY:  -- by your order.

15          THE COURT:  I knew you were standing there when I

16  said what I just said, Mr. Zensky.  The answer is no.

17  BY MR. ZENSKY:

18  Q    So your testimony is that between the call when you

19  were in Russia and the mediation, that you had no further

20  contact with my client about the settlement?

21  A    Right.

22  Q    Now -- and your explanation is that Mr. Gropper didn't

23  pick up the phone?  He should've been calling you if he was

24  interested in settling?

25  A    That was part of it.

1    Q      Okay.  In fact, he did pick up the phone.  He actually

2    came to see you in mid-August, did he not?

3    A      I don't remember that, but maybe you can refresh my

4    recollection.

5    Q      August 17, 2010.  Do you remember that he came with

6    his colleague, Mr. Prieto, to meet with you and Mr.

7    Liebentritt and Mr. Conlan?

8    A      (No audible response)

9    Q      He was accompanied by lawyers from Friedman Kaplan.

10   A      What date was that?

11   Q      August 17, 2010.

12   A      Where did we meet?

13   Q      I believe it was at Sidley's office.

14   A      (No audible response)

15   Q      Let me see if I can refresh your recollection --

16   A      Thank you.

17   Q      -- this way.  Do you remember that -- by mid-August,

18   that my client now owned about $250 million worth of bonds?

19   A      Right.

20   Q      And do you remember a meeting where Mr. Gropper told

21   you that, under the examiner report, there were essentially

22   three paths to the senior noteholders receiving full

23   recovery?

24   A      Is this something that happened at that meeting, the

25   meeting that you're referring to?

1    Q    You're the one testifying, sir.  Do you remember that

2    meeting?

3    A    I'm trying to remember.  First, I'm trying to remember

4    the meeting.  Then, we can talk about what happened at the

5    meeting.  You know, I do have a recollection, now that you

6    mention it, of a meeting where Mr. Gropper brought the

7    Friedman Kaplan lawyers.

8    Q    Okay.

9    A    I do remember that happening, now that you mention it.

10   Q    So this is -- if this is August 17, this is now a

11   month or so before the mediation actually started, right,

12   before the --

13   A    I don't think we --

14   Q    -- first mediation session?

15    A    We hadn't even asked for the mediator at that --

16   Q    Okay.

17   A    -- point.

18   Q    Fair enough.  And he never said at that meeting,

19   absent full payment, Aurelius would object to any plan the

20   debtors put forward?

21   A    I don't -- I mean, I'm obviously pretty vague about

22   the meeting.  I just -- I had completely lost sight of it,

23   until you reminded me, but I don't remember him saying that

24   at that meeting.

25   Q    Do you remember him asking you to arrange a meeting

1 with the banks, in which the debtors would participate?

2 A    Vaguely.

3 Q    And do you remember you telling him that it would be a

4 waste of time, because the banks think that the examiner

5 report supports them?

6 A    You know, it -- I can't tell you that didn't happen.

7 I just don't remember enough about that meeting to be able

8 to tell you that it did.

9 Q    Okay.  And do you remember telling him that there was

10 a zero chance of a negotiated deal with the banks in the

11 near term, as a result of their interpretation of the

12 examiner report?

13 A    Well, given where I believed Aurelius was, based at

14 least on the conversation I had when I was on vacation,

15 compared to what I believed the banks were prepared to pay,

16 there was, I felt, an unbridgeable gulf.

17 Q    Okay.  And you didn't --

18 A    That's true.

19 Q    And you did not thereafter arrange a meeting between

20 the -- between my client and any of the senior lenders.

21 A    Well, here -- what I don't remember is whether I went

22 to the lenders and said, "Would you like to meet with

23 Aurelius?" and they said no, or whether I never followed up.

24 I just don't remember.

25 Q    Okay.  All right.  Let me ask you to turn to the next

1   exhibit in the binder, and it's the document that Mr. -- one

2   of the documents Mr. Bendernagel went through with you on

3   direct.

4   A     Which?

5   Q     It's 836.

6   A     Okay.

7   Q     Okay.  And it's the --

8            MR. BENDERNAGEL:  For the record, Your Honor,

9   that was the DCL-999, so it is connected.

10           THE COURT:  I have it.

11  BY MR. ZENSKY:

12  Q     Now, the e-mail that Mr. Liebentritt sent on September

13  23, you were one of the recipients of that, at the time it

14  was sent, right?

15  A     Right.

16  Q     Okay.  And if you look at page three, Mr. Bendernagel

17  directed your attention to the state -- the paragraph

18  begins: "You may know that, as of last Friday."

19  A     Yes, I see that paragraph.

20  Q     And that's where he said that Centerbridge sold out of

21  its position in the bonds, the word being to Aurelius re:

22  terrorist and/or its friends.  Do you see that?

23  A     Yes.

24  Q     And you've testified already that that's an untrue --

25  or an unfair characterization --

1  A      I believe so.

2  Q      -- of my client, right?

3  A      Right.

4  Q      Now, this was sent to, among others, the four

5  directors who ultimately became -- or were already, in fact,

6  the members of the debtors' special committee, am I right?

7  A      Yes.

8  Q      Okay.  And wouldn't you think that that statement

9  would poison the possibility of a consensual deal, calling

10  the then-senior largest noteholder a terrorist?

11  A      No.

12  Q      Okay.  Well, let's --

13  A      Can I --

14  Q      You answered --

15  A      -- explain why?

16  Q      -- my question.

17  A      Well, the --

18  Q      Well, Mr. Bendernagel can redirect you.

19          THE COURT:  You may explain, Mr. Kurtz.

20  BY MR. ZENSKY:

21  Q      Please explain.

22  A      Okay.

23  (Laughter)

24          MR. KURTZ:  Thank you.

25          THE COURT:  I do enjoy having you here, Mr.

1   Zensky.

2              MR. ZENSKY:  Yes.

3   (Laughter)

4              THE COURT:  I really do.

5              MR. ZENSKY:  I'm not as slow as I look.

6   (Laughter)

7              MR. KURTZ:  Mr. Liebentritt wasn't the only

8   source of information and evaluation about the parties that

9   were participating in the process.  The special committee

10  was working very closely with Jones Day and, in particular

11  David Heiman [ph], who most of us in this courtroom know.

12  He's a senior bankruptcy partner at Jones Day.  He's been

13  doing this for a long time.  He knows Aurelius.  And so,

14  truly, what I would expect, if there were any doubt in

15  people's mind as to the integrity of Aurelius, is that

16  they'd ask Mr. Heiman.  And I'm sure Mr. Heiman would not

17  characterize Aurelius as terrorists.

18  BY MR. ZENSKY:

19  Q    Okay.  So your view is it did not poison the

20  atmosphere for a consensual talk?

21  A    I do not have any reason to believe that it did.

22  Q    Okay.  Now, in the second part of that paragraph, Mr.

23  Liebentritt makes a statement about what he believes to be

24  my client's cost basis in the notes.

25  A    Right.

1    Q      Do you see that?  And --

2    A      Yes.

3    Q      -- that that, in his view, could be an impediment to

4    settlement discussions as well, am I right?  Am I reading it

5    right?

6    A      I'm trying to read it, to make sure that you are

7    right.  I've read it.  What's your question?

8    Q      You don't agree that a distressed investor's basis is

9    necessarily what will or will not drive a settlement, do

10   you?

11   A      No.

12   Q      Let's make sure we don't have a double-negative.

13   (Laughter)

14   Q      You -- you'll -- let me try to --

15   A      I'm agreeing with you.

16   Q      Okay.  That's what I thought.  Okay.  Let me move onto

17   the topic of the claims that are in the trust -- or the

18   preserved claims going into the litigation trust, Mr. Kurtz.

19   A      Yes.

20   Q      All right.  Mr. Sottile said yesterday, in his

21   opening, that the -- quote:

22   "The senior notes, in general unsecured creditors of the

23   parent, are paid 34 cents on the dollar up front.  Your

24   Honor, in addition, they get the lion's share of recoveries

25   from litigation against third parties, and we submit the

1  evidence is going to show that litigation -- that that

2  litigation has very substantial potential value."

3  A     Right.

4  Q     Okay.  Were you here for that part of the opening?

5  A     I'm not sure I was.  I wasn't here yesterday.  I was

6  listening in the speaker for part of it --

7  Q     Okay.

8  A     -- back in the office.

9  Q     Understood.  Now, to your knowledge, the debtor has

10 never attempted to value the claims being preserved for the

11 trust, have they?

12 A     The debtor has never done a valuation, that I am aware

13 of, of the claims that are going into the trust.  That's

14 true.

15 Q     Okay.  And to your knowledge, no one else has

16 attempted to value those claims, have they?

17 A     Done a valuation on the claims?

18 Q     Yes.

19 A     Not that I'm aware of.

20 Q     Okay.  And those same claims are preserved under the

21 noteholder plan, are they not?

22 A     I believe so.

23 Q     Now, in the same way that the debtors, to your

24 knowledge, have never attempted to value those claims, I

25 take it no one has attempted to value what the impact would

1   be of the bar order in the proposed plan of reorganization

2   on the preserved claims?

3   A     The lawyers may have done that.

4   Q     Okay.  No one's attempted to quantify what the impact

5   may be.

6   A     I don't know if the lawyers have done that or not.

7   Q     Okay.  All right.  Let me ask you a few questions

8   about the creditors' committee, Mr. Kurtz.

9   A     Sure.

10  Q     You would agree that their job, in a chapter 11, and

11  in this case as well, is to obtain the highest possible

12  recovery for the unsecured creditors?

13  A     Right.

14  Q     Okay.  Or in --

15  A     For their constituency.

16  Q     Yeah, the pre-LBO creditors or non-LBO creditors.

17  A     Yeah, it was pretty clear that the creditors'

18  committee did not view their mandate as enhancing the

19  recovery for the banks.

20  Q     Okay.  Now, after the examiner report came out, am I

21  correct that you never heard the representative of the

22  creditors' committee, not once, make the pitch that the

23  examiner report strengthened the LBO causes of action, in

24  any way?

25  A     I don't remember a conversation in which -- I don't

1   recall that being said to me.

2   Q     Okay.  And --

3   A     That's true.

4   Q     -- you don't recall ever hearing the committee demand

5   more than $420 million to settle the case, do you, after the

6   examiner report came out?

7   A     In a discussion with me?

8   Q     Yeah, or that you were present at.

9   A     Well, I think that's probably not true, but I don't

10  recall participating in a discussion where the committee

11  said to me -- said a number to me that was in excess of that

12  number.

13  Q     So you're speculating that they may have asked for

14  more; you just never witnessed it?

15  A     That's right.

16  Q     Okay.  So the record's clear.

17  A     Exactly.

18  Q     Let me ask you to turn back to Noteholder Exhibit 836

19  for a moment --

20  A     Sure.

21  Q     -- Mr. Kurtz.

22  A     836.  I have it.

23  Q     Okay.  You talked a little bit about this on direct.

24  I'm on page three of the exhibit.

25  A     Right.

1  Q      The second paragraph, the one that discusses -- I'm

2  sorry.  I'm sorry.  Flip back a page.  My mistake, sir.

3  A      Okay.

4  Q      The middle paragraph, about defaulting to plan B.

5  A      This is the one -- the paragraph that begins "If we

6  were unable"?

7  Q      Yes, you've got it.

8  A      Okay.  I see that paragraph.

9  Q      Now, approximately a week before the date of this e-

10  mail, this e-mail of September 23 --

11  A      Right.

12  Q      -- approximately a week before, Oaktree filed its own

13  proposed plan of reorganization, correct?

14  A      I think it was Oaktree and Angelo Gordon.

15  Q      Okay.  Thank you.  And that plan proposed that the

16  Court determine that step one was not a fraudulent transfer,

17  and therefore, the step one -- the holders of step-one debt

18  could be paid in full?

19  A      Right.

20  Q      And in this e-mail, plan B is essentially saying that

21  if the debtors can't get plan A accomplished, they would

22  support plan B, am I --

23  A      Let me just --

24  Q      -- right?

25  A      -- read it, to be sure.  Okay.  I've read it.  What's

1   the question?

2   Q      So, in the e-mail, Mr. Liebentritt's just saying the

3   debtors' position is if they can't get plan A accomplished,

4   then they would default to plan B and approve of that sort

5   of structure?

6   A      That's what this says.

7   Q      Okay.  And under the plan B, if that had been the plan

8   that came out of these discussions, there would be no

9   settlement payment, of any kind, to the pre-LBO creditors,

10  correct?

11  A      Came out of which discussions?

12  Q      If plan B is what ultimately was presented to the

13  Court, there would be no settlement payment, of any kind.

14  A      Assuming the Court concluded that step one was not a

15  fraudulent conveyance.

16  Q      Understood.  But the proposal was not to have the

17  step-one holders make a payment; it was to litigate that

18  there was no cause of action in --

19  A      It was to ask the Court to decide the issue.

20  Q      And prior to the first mediation, the debtors told

21  Oaktree that they would support that structure, did they

22  not?

23  A      I don't remember it exactly that way.  I think it --

24  what the -- and you probably have the document.  There was a

25  statement issued.  It wasn't really a statement.  It was a

1   distribution from Randy Michaels to the employees.  And I

2   think what it said is that -- something like the

3   Oaktree/Angelo Gordon plan might provide a basis on which

4   the company could proceed, should settlement efforts fail.

5   Q    Okay.  I -- so you're not aware that Mr. Shapiro told

6   Oaktree and Angelo Gordon he would support that structure?

7   A    I have come to believe that he said that.

8   Q    And in fact, he reprimanded Mr. Liebentritt for not

9   issuing a public statement in support of what is plan B --

10  referred to as plan B?

11  A    That's not my understanding.  My understanding is that

12  he was upset with -- he, Mr. Shapiro, was upset with Mr.

13  Liebentritt, because the statement that was issued

14  internally was not also issued publicly.  My understanding

15  was not what the verbiage contained in the internal

16  communication.  My understanding of Mr. Shapiro's

17  unhappiness was that the manner in which it was distributed,

18  not the content of the statement.

19  Q    Okay.  But the debtors were, as you now understand it,

20  prepared to support that proposal, if need be?

21  A    I don't -- I see what Mr. Liebentritt says in his e-

22  mail.  I don't remember it exactly that way.  I don't recall

23  the company ever having made a determination to support this

24  construct.  It was certainly something that was under

25  consideration.  I don't recall that any definitive decision

1  had been made to go down this path.

2  Q      Mr. Shapiro would be in a position to know that, would

3  he not?

4  A      Well, Mr. Shapiro would be in a position to know what

5  his position was.  There had been no special committee

6  meeting, that I was aware of, at which this was decided.

7  Q      All right.  Have you reviewed the minutes of the

8  special committee meetings?

9  A      Which meeting?

10 Q      Any of the special committee meetings?

11 A      I have.

12 Q      Okay.  And do you recall reading the minutes of

13 September 17, 2010?

14 A      I do.  I don't think I was at that meeting, but I did

15 read it once.

16 Q      You do recall reading them.  All right.

17 A      I read it once.

18 Q      All right.  And do you recall that, in that -- in

19 those --

20 A      Maybe I'm wrong.

21 Q      -- minutes, the special committee, I believe,

22 expresses its approval for that structure?

23 A      Do you have the minutes?  Can I read them?

24 Q      I'll find them on a break.

25 A      Okay.  I mean, I have no doubt that you're

1  mischaracterizing [*sic*], because I wasn't there, obviously I

2  didn't know what happened.  So I was maybe not completely in

3  step with what was going on at this point, with respect to

4  this issue.

5  Q    Okay.  All right.  This is not a proposal you'd want

6  to be associated with, is it?

7  A    Well, look, I don't think that there's anything, you

8  know, per se, wrong with asking the Court to decide whether

9  step one is a fraudulent conveyance or not.  My preference

10  would've been to continue the settlement effort and try to

11  produce a pot of money that we could use to settle with.  So

12  I guess I'll leave it at that.

13  Q    Okay.  And this proposal would not produce a pot of

14  money, at least in its --

15  A    Well, it only wouldn't produce a pot of money if the

16  Judge concluded that step one wasn't a fraudulent

17  conveyance.  If the Judge found that step one was a

18  fraudulent conveyance, it would've produced a huge pot of

19  money.

20  Q    Okay.  You say this has been a painful and difficult

21  restructuring.

22  A    Yes.

23  Q    And would you say the debtor is anxious to get it over

24  with, at virtually any cost?

25  A    Well, I don't know what the "at virtually any cost"

1  means.  I think it's fair to say that the company believes

2  that it is in the best interest of maximizing value to exit

3  bankruptcy.

4  Q    Okay.  And do you think it's acceptable to propose a

5  deficient litigation settlement, simply in order to expedite

6  their exit from chapter 11?

7  A    I'm sorry.  Can I have that one again?

8  Q    Yeah.  Do you think it's acceptable to propose a

9  deficient litigation settlement, simply in order to --

10  A    Oh, are you saying deficient?

11  Q    Deficient, yes.

12  A    Okay.  Do it one more time.  I thought you were saying

13  efficient, which is why I didn't understand your question.

14  Go ahead.

15  Q    Do you think it's acceptable for the debtors to

16  propose a deficient litigation settlement, in order to

17  expedite their exit from chapter 11?

18  A    No.

19         MR. ZENSKY:  All right.  Can I have a minute,

20  Your Honor?

21         THE COURT:  Yes.

22         MR. ZENSKY:  I may be done.  Your Honor, just to

23  close out the loose end, I'd like to hand up to the witness

24  the minutes of the special committee meeting I referred to.

25         THE COURT:  Okay.  Shall we mark them?

1      MR. ZENSKY:  Yeah, they're on the exhibit list.

2  I don't think there's any objection to it.  I just don't

3  know the number of the exhibit, off hand.  Can we leave a

4  blank in the --

5      MR. BENDERNAGEL:  We'll come back and rather than

6  mark a seventh copy of these minutes --

7      THE COURT:  All right.

8      MR. BENDERNAGEL:  -- be better off --

9      THE COURT:  That's fine.  Thank you.

10     MR. ZENSKY:  Okay.  May I approach the witness?

11     THE COURT:  You may.

12  BY MR. ZENSKY:

13  Q    Mr. Kurtz, I've handed you the minutes from the

14  September 17 special committee meeting.  I'd just ask if you

15  read the second page for a moment, or any part of it that

16  you like.

17  A    Starting with the bullet point, barring settlement?

18  Q    Yeah, the second -- you don't need to read it into the

19  record.  Just read it for yourself.

20  A    I stand corrected.

21  Q    Okay.  So the special committee did vote, as an

22  alternative to approve the Angelo and Oaktree structure?

23  A    I apologize.  I wasn't at that meeting, but --

24  Q    Okay.

25  A    -- it appears to be that way.

1        MR. ZENSKY:  That's all I have now, Your Honor.

2  Thank you.

3        THE COURT:  All right.  Is there any other cross-

4  examination?

5        MS. STEEGE:  Good afternoon, Your Honor.

6  Katherine Steege on behalf of Samuel Zell and EGI-TRB.

7  BY MS. STEEGE:

8  Q     Good afternoon, Mr. Kurtz.

9  A     Good afternoon.

10 Q     Just a couple of brief questions.  Do you recall

11 before the lunch break, you were talking about the

12 descriptions that you had put together in your charts about

13 the step-one and step-two transactions?

14 A     Yes.

15 Q     Okay.  And I don't know if we can pull up our slides

16 on page three and four.  Okay.  And Mr. Zensky asked you

17 some questions about what Zell did in connection with these

18 transactions.  Do you recall that?

19 A     Yes.

20 Q     Okay.  And in fact, the entity that made the

21 investments and received the exchangeable notes in step one

22 and then in step two was actually EGI-TRB LLC, correct?

23 A     Yes.

24 Q     Okay.  And so, in your charts here, on slides on page

25 three and page four, where they talk, under sources and

1  uses, and you talk about Zell Equity Investment and Zell

2  Exchangeable Note.  The party that's involved there is

3  really EGI-TRB LLC, correct?

4  A      Right.

5  Q      Okay.  Now, you also testified, prior to the break, in

6  response to some questions about the September and October

7  settlements, that you were seeking to match up those

8  settlements to what was in the examiner's report, correct?

9  A      Yes.

10  Q      And you also spent some time studying the examiner's

11  report to understand what his conclusions were, correct?

12  A      Right.

13  Q      And you're aware that the examiner concluded that he

14  could  not find any credible evidence to support conclusions

15  that the Zell Group aided and abetted any breach of

16  fiduciary duty in connection with the leveraged ESOP

17  transaction.  You understand that, correct?

18  A      You know, I -- you're probably right.  The report

19  speaks for itself.  I just don't remember.  I mean, I can't

20  tell you I know you're right.

21  Q      Okay.  And you're aware that -- and you're -- but

22  you're not offering any opinion that the examiner's

23  conclusions were incorrect, are you?

24  A      No.

25  Q      And in fact, you tried to match your settlement and

1  the plan that's before the Court to what the examiner's

2  conclusions were, correct?

3  A    Well, as it relates to the senior lenders, yes.  As it

4  relates to Mr. Zell, you know, he wasn't getting any -- he

5  was not going to be released, and claims, as they may exist

6  against him, will be placed in the litigation trust.  So,

7  there was no study of the examiner's report, as it related

8  to Mr. Zell, that was relevant to me, because the one thing

9  I was sure of, at least as of this point in time, was that

10 any claims that may exist against him are going into the

11 litigation trust.

12 Q    So you're not offering any opinion that those claims

13 have any validity, correct?

14 A    I'm not saying either that they do or they don't have

15 validity.

16 Q    Okay.  And similarly, you're aware that the -- are you

17 aware that the examiner concluded that with regard to

18 preference claims against EGI-TRB, that it was reasonably

19 likely that the Court would find that the transfers that

20 occurred in connection with step two were within the

21 ordinary course of business?  Are you aware of that?

22 A    I'll give you the same answer.  I mean, it sounds

23 familiar, but I really wasn't carefully studying what the

24 examiner said about Mr. Zell, because I knew that it really

25 didn't matter as to him, because he wasn't getting a

1  release.

2  Q    Okay.  So you aren't offering an opinion that there

3  are any valid claims against EGI-TRB?

4  A    I have no opinion on that.

5  Q    Okay.  And despite your efforts to match the

6  settlement to the examiner's report, your view is whatever

7  the examiner's report said about the claims against either

8  Mr. Zell or EGI-TRB, those were just going to go into the

9  litigation trust.

10        MR. BENDERNAGEL:  I object, Your Honor.  It

11  mischaracterizes his testimony.  He just said he didn't try

12  to match the examiner report against all of the findings of

13  the --

14        THE COURT:  Well, I'll sustain the objection, but

15  Counsel, I had first thought this line of questioning was

16  going to lead to elicitation of facts that aren't already on

17  the record or aren't already discussed in great length in

18  this and other related proceedings, but I'm not getting that

19  feeling now.

20        MS. STEEGE:  Okay.  Well, I apologize for that.

21  Okay.

22  BY MS. STEEGE:

23  Q    And you indicated, sir, that you were attempting to be

24  fair to all stakeholders in connection with the plan that is

25  being proposed to the Court, correct?

1    A    I did.

2    Q    Okay.  And yet that plan takes claims that you haven't

3    studied and transfers them over to a litigation trust.

4    A    I never felt any duty or obligation, in connection

5    with this process, to look out for the interests of Mr.

6    Zell.

7         MS. STEEGE:  Your Honor, we have no further

8    questions.

9         THE COURT:  Thank you.  Any other cross-

10   examination?

11   (No audible response)

12        THE COURT:  Redirect?

13        MR. BENDERNAGEL:  Thank you, Your Honor.  I'll be

14   brief.

15                     REDIRECT EXAMINATION

16   BY MR. BENDERNAGEL:

17   Q    Mr. Gropper, this afternoon -- Mr. Gropper.

18   (Laughter)

19   Q    Okay.

20   A    I don't know how to respond to that.

21   (Laughter)

22   Q    No further questions.

23        THE COURT:  You need a good night's sleep

24   tonight, Mr. Bendernagel, I think.

25   BY MR. BENDERNAGEL:

1   Q      Mr. Kurtz --

2   A      Yeah.

3   Q      -- there is a lot of discussion of your conversations

4   with Mr. Gropper, and in connection with those

5   conversations, you used the phrase "unbridgeable gap".  Do

6   you recall that?

7   A      It sounds familiar.

8   Q      What do you mean when you used the term "unbridgeable

9   gap"?

10  A      That the gulf was just too wide.

11  Q      Would you have characterized the gulf between you or

12  the debtors and Oaktree in the spring as unbridgeable?

13  A      The -- oh, no.  I felt that the -- well, the order of

14  magnitude was a small fraction of what we're talking about

15  when we speaking about the differential between where the

16  lenders are and where Mr. Gropper told me he was.

17  Q      Now, has Mr. Gropper, outside the context of a

18  mediation, ever called you and indicated that he thought the

19  gap was breachable?

20  A      No.

21  Q      Now, there was a lot of discussion about the e-mail

22  that's been marked as 836.  It was marked earlier in the day

23  as 999, but we'll use Mr. Zensky's copy.  This is the

24  September 23 letter.

25  A      Right, 836.

1  Q    That's correct.  This is the September 23 e-mail from

2  Mr. Liebentritt to a whole host of people --

3  A    Right.

4  Q    -- regarding the three separate proposals and the

5  like.

6  A    I have it.

7  Q    If you could turn to the top of page three, Mr. Zensky

8  asked you to focus on the sentence after the sentence where

9  Mr. Liebentritt refers to Aurelius in the -- with the words

10  "terrorist".  The next sentence, the beginning reads:

11  "No one holds out any hope of achieving a settlement with

12  Aurelius, so the mediation may be a formality, and plan B

13  may be our only option."

14      Do you see that?  And I've left out the parenthetical

15  that Mr. Zensky --

16  A    Right.

17  Q    -- focused on.

18  A    Yeah.

19  Q    Was there a sentiment in this timeframe, before the

20  mediation, that it would be hard to do a deal with Aurelius?

21  A    There was.

22  Q    And I take it that one of the alternatives was this

23  plan B issue, correct?

24  A    Right.

25  Q    Now, Mr. Zensky asked you a lot of questions about

1  what you testified to at your deposition.  Did Mr. Hurley

2  ask you about plan B at your deposition?

3  A    I think it came up.

4  Q    Do you recall -- well, let me ask it more directly.

5  What was your view as to the likelihood that plan B was

6  going to go anywhere?

7  A    Slim.

8  Q    And why was that?

9  A    I never thought the Judge would agree to litigate plan

10  B separate from all of the other litigation claims prior to

11  confirmation.  That was my view.

12  Q    And if you turn to page two of this e-mail from Mr.

13  Zensky, could you just read into the record the paragraph

14  that begins "The biggest problem with plan B"?

15         MR. ZENSKY:  Actually, I -- Your Honor, I don't

16  think the e-mail was from me.

17         MR. BENDERNAGEL:  Oh, the e-mail from Mr.

18  Liebentritt that Mr. Zensky is so fond of.

19  (Laughter)

20         MR. KURTZ:  All right.  What paragraph was it in,

21  Mr. Bendernagel?

22  BY MR. BENDERNAGEL:

23  Q    The paragraph --

24  A    Oh, I --

25  Q    It's the third -- fourth paragraph on the page.

1  A     Yes, I'm with you.

2  "The biggest problem with plan B is whether the Court will

3  make the required step-one-only finding, which would require

4  a trial as to just those facts, or whether the Court would

5  be persuaded to look at the LBO as a whole, as it would be

6  vigorously argued by the bonds and other junior creditors.

7  Without the step-one-only finding, plan B fails."

8  Q     And I take it you agreed with that position?

9  A     That was the statement of my view.

10  Q     Now, if you take a look at Exhibit 810, it's the first

11  one in Mr. Zensky's binder.   This is --

12  A     Okay.

13  Q     -- the e-mail from Mr. Liebentritt to the special

14  committee members on Saturday, August 21.   It appears at the

15  bottom of page one and goes over to page two.   Do you see

16  that?

17  A     Saturday, August 21 e-mail?

18  Q     Yes.

19  A     Yes, I have it.

20  Q     And you've looked at this e-mail before, is that

21  correct?

22  A     Right.

23  Q     Is it fair to say that the e-mail is addressing

24  formation issues regarding the special committee?

25  A     That's my understanding.

1  Q     If you look at the very top, page two, it talks about

2  separate counsel.  Do you see that?

3  A     "Separate counsel, you must have it."  Yes.

4  Q     And who is the one that's saying "you must have it" in

5  this e-mail?

6  A     Mr. Liebentritt.

7  Q     Okay.  Now, Mr. Liebentritt, further down on the page,

8  talks -- lays out information, regarding his situation, is

9  that correct?

10 A     Yes.

11 Q     And then, on the first page, there's commentary by Mr.

12 Shapiro regarding Mr. Liebentritt's position on the case.

13 Do you see that?  It's in the --

14 A     Are you referring to Mr. Shapiro's e-mail?

15 Q     That's correct.  Later in the day, on the 21st.

16 A     Yes.

17 Q     And Mr. Zensky read the sentence:

18             "He's too much of a central figure."

19         Do you see that?

20 A     Yes.

21 Q     Could you read the sentence right before that?

22 A     "We'd be crazy to take him off the restructuring at

23 this point."

24 Q     And do you agree that that would've been a crazy thing

25 to do at that juncture?

1   A      Yes.

2   Q      And why is that?

3   A      Well, Don had lived this process, you know, with me,

4   with Mr. Conlan, from the very beginning.  He was steeped in

5   all of the history regarding the discussions, the

6   negotiations, the positions taken by various people, and to

7   forego all of that, I think, very important knowledge and

8   history would've been crazy.

9   Q      Now, they asked you a question as to whether you had -

10  - you're aware that Mr. Liebentritt had this long

11  relationship with Mr. Zell.  Do you recall that?

12  A      Yes.

13  Q      And they also asked you the question of whether you

14  were concerned about that at all.  Do you remember that?

15  A      Right.

16  Q      Did you ever discuss, with Mr. Liebentritt, this issue

17  and satisfy yourself, one way or another, regarding whether

18  Mr. Liebentritt was playing it straight or trying to favor

19  somebody?

20  A      Yes.

21  Q      And could you recount what that conversation -- when

22  that conversation was and what you concluded?

23  A      It was early in the process, and we hit the subject

24  head on.  Don told me that, you know, notwithstanding his

25  long relationship with Mr. Zell, now he was the general

1   counsel of Tribune Corporation, and all of his effort and

2   activities would be focused on maximizing the value of the

3   Tribune Corporation, even if it were to conflict with the

4   interests of Mr. Zell.

5   Q    And at any point in the work that you did in

6   connection with these negotiations around this matter, did

7   Mr. Liebentritt try to influence you in the direction of any

8   particular creditor or Mr. Zell or directors, officers, and

9   the like?

10          MR. ZENSKY:  Objection, Your Honor.

11          THE COURT:  Sustained.

12  BY MR. BENDERNAGEL:

13  Q    One last question.  I think you testified back the

14  first time you were here, in terms of whether Mr.

15  Liebentritt had done anything to interfere with your work.

16  Do you --

17  A    Right.

18  Q    -- recall that?

19  A    Yes.

20  Q    What was your testimony at that time?

21  A    He had not.

22  Q    Is that still your testimony?

23  A    It is.

24          MR. BENDERNAGEL:  I have nothing further, Your

25  Honor.

1        THE COURT:  Recross?

2        MR. ZENSKY:  I think I just have one or two

3   questions, Mr. Kurtz.

4                    RECROSS EXAMINATION

5   BY MR. ZENSKY:

6   Q     At the beginning of redirect, you were asked whether

7   you believed, as of September 23, the gulf between my client

8   and the banks was unbridgeable.

9   A     Right.

10  Q     Do you recall that?  Now, September 23 was before the

11  mediation actually got underway, right?

12  A     Right.

13  Q     The first session was September 26 or thereabout.

14  A     September 26.

15  Q     You reached the conclusion that it was unbridgeable

16  based on the phone call in Russia, which was aborted or

17  curtailed by a bad connection, and the meeting, which I

18  refreshed your recollection about, at which my client said,

19  "Put him in a room with the banks."  Right?  That's the

20  basis for your unbridgeable view?

21  A     No, that's not the only basis.

22  Q     Okay.  Well, those are the only communications you had

23  with my client in that timeframe.

24  A     That's true, but that was not the only basis.

25  Q     Okay.  But those were the only communications you had

1 with them about the case, correct?

2          MR. BENDERNAGEL:  Object to the form of the

3 question.

4          MR. KURTZ:  I testified to that.  That's right.

5          THE COURT:  Overruled.

6          MR. ZENSKY:  That's all I had, Your Honor.

7          THE COURT:  Any more recross?

8 (No audible response)

9          THE COURT:  Thank you, sir.  You may step down.

10 Run fast, Mr. Kurtz.

11 (Laughter)

12          THE COURT:  Mr. Bendernagel, the pre-trial

13 statement says that next is either Mr. Smith or Mr.

14 Salganik.

15          MR. BENDERNAGEL:  It's Mr. Selganik.  Can we

16 offer the exhibits before we get to Mr. Selganik?  And then

17 can we take an afternoon break or is that --

18          THE COURT:  Well, the answer to your second

19 question is yes.  With respect to the first, have counsel at

20 all conferred about what can come in by agreement and what

21 is disputed?  I -- the reason I ask the question is, to the

22 extent the exhibits will come in by agreement, I -- let's do

23 it at the end.  To the extent that what you'd like to get in

24 now is going to be the subject of dispute, then I guess we

25 should talk about it.

1          MR. BENDERNAGEL:  Why don't we consult over the

2     break, and if -- I don't think we're going to have a fight

3     about the exhibits that we're talking about today, and we

4     can work out a protocol so that we avoid bothering you with

5     the exhibits unless we really have to.

6          THE COURT:  Okay.  Ten-minute recess.

7     (Recess at 3:03 p.m. to 3:16 p.m.)

8          MR. MCCORMACK:  Good afternoon, Your Honor.  Tom

9     McCormack on behalf of the committee and DCL plan

10    proponents.  Call Mr. Bill Salganik to the stand.

11         Your Honor, as a matter of logistics, may I

12    approach with the binders that we will use with this

13    witness?

14         THE COURT:  You may.

15        MARC WILLIAM SALGANIK, COMMITTEE'S WITNESS, SWORN

16         THE CLERK:  Please state your full name for the

17    record and spell it, and please adjust the microphone

18    towards you.

19         MR. SALGANIK:  My name is Marc William Salganik.

20         THE CLERK:  Spell it.

21         MR. SALGANIK:  S -- Marc with a C, by the way,

22    and S-A-L-G-A-N-I-K.

23         MR. FRIEDMAN:  Your Honor, may we briefly address

24    a few of the procedural and evidentiary matters briefly so

25    that we do not interrupt the flow of the witness

1    examination?

2           THE COURT:  All right.

3           MR. FRIEDMAN:  So two things.  First, I

4    understand from Mr. McCormack that his intention is to

5    introduce into evidence a whole bunch of Committee minutes,

6    and the question with respect to all of those minutes will

7    be the purpose for which they are being offered, and there's

8    a lot of back-and-forth on objections, not objections to a

9    whole bunch of exhibits.  So all I want to say for now is

10   that we're not going to interrupt the flow of the

11   examination.  There are many, many, many of the minutes I

12   know that Mr. McCormack is putting in that this witness is

13   not going to testify about, so the simple point I want to

14   make is that the admission of the minutes into evidence may

15   be appropriate for certain limited purposes.  For example,

16   if there is -- there may be some relevance at some point to

17   the fact that something was written in the minutes, but we

18   are not conceding that a statement written in the minutes is

19   evidence that, in fact, such a statement was made, and

20   that's just a general concern or objection that we're

21   expressing.  It's not going to arise with this witness in

22   any way, as I understand it, because this witness is going

23   to testify about what happened, what he heard, the minutes

24   of meetings he attended.  There won't be any problem.  So I

25   just wanted to make the record clear that when we're not

1  objecting to Mr. McCormack's offer of this evidence, it's

2  because there may be some limited purpose for which all of

3  the minutes are admissible along the lines of what I just

4  said.

5          THE COURT:  Okay.  Well, all right we -- when are

6  we going to have that discussion?

7          MR. MCCORMACK:  Well --

8          MR. FRIEDMAN:  Well --

9          MR. MCCORMACK:  Let me say this, if I may, Your

10 Honor.  I have bench briefs on this.  I have tried with Mr.

11 Friedman the last day or so to try to eliminate some of

12 this, but the question of whether meeting minutes are

13 admissible as business records has long been settled in the

14 Third Circuit, and I've got cases on that.  I've got a bench

15 memo if you'd like to see it.  So I don't see that there's a

16 real issue there, and I -- so I'm not a hundred-percent sure

17 of what Mr. Friedman's -- what he's retaining for purposes

18 of his objections to the minutes, but if you'd like that

19 bench memo, I'd be happy to give it to you, but the Third

20 Circuit has long since decided that minutes of committee

21 meetings are business records and should be introduced as

22 such.

23          THE COURT:  Well, let me ask the question this

24 way.  You intend to use them, but do you intend to offer

25 them presently?

1           MR. MCCORMACK:  I intend to offer them, Your

2    Honor, as a unit to demonstrate that the minute were taken,

3    were reflected.  They support the demonstrative that we have

4    in front of Your Honor, and also -- but the truth is that Ed

5    and I have already talked -- I'm not going to use very many

6    of them.  I'm going to use three or four of them, and two of

7    them involve Aurelius presentations to the committee, so I

8    don't think he has any problem with those.

9           MR. FRIEDMAN:  That is correct, Your Honor.

10          MR. MCCORMACK:  And maybe all this comes down to

11   is we should just go ahead and maybe fight -- well, unless

12   you want us to fight now.  I think they're business records.

13   I don't think there's any question about that under third-

14   circuit law, and I'm not sure if we need to --

15          THE COURT:  Let me ask the question this way.  Is

16   the presence of the witness necessary for me to hear and

17   resolve objections whenever we argue them?

18          MR. FRIEDMAN:  I don't believe so.

19          MR. MCCORMACK:  Well, I want them introduced for

20   all the purposes that I can use them, but they're --

21          THE COURT:  Well, you'll examine the witness.

22          MR. MCCORMACK:  Yes.

23          THE COURT:  But can we argue about it later?

24          MR. FRIEDMAN:  Yes, let's argue about it later.

25          THE COURT:  Okay.

1              MR. MCCORMACK:  And he's going to introduce them

2    in the since that he's going to hit all the items you're

3    supposed to hit to make a business record to be introduced,

4    but --

5              THE COURT:  I understand.

6              MR. MCCORMACK:  -- he's going to do that for all

7    of them.  Okay.

8              MR. FRIEDMAN:  And, Your Honor, subject to what

9    is ultimately determined with respect to the minutes, we

10   also have an objection to the demonstrative, but I

11   understand that's not being offered into evidence.  So to

12   the extent the witness actually testifies about these

13   matters, there may be no issue.

14             THE COURT:  All right.  Thank you.  You may

15   proceed.

16             MR. MCCORMACK:  Thank you, Mr. Friedman.

17                       DIRECT EXAMINATION

18   BY MR. MCCORMACK:

19   Q    Good afternoon, Mr. Salganik.

20   A    Good afternoon, Mr. McCormack.

21   Q    Are you currently employed?

22   A    I'm retired.

23   Q    And when did you retire?

24   A    I retired in March 2008.

25   Q    Where were you last employed before you retired?

1   A      At the Baltimore Sun.

2   Q      How long had you worked at the Baltimore Sun, Mr.

3   Salganik?

4   A      Thirty years.

5   Q      Can you tell the Court briefly what your job title was

6   while you worked at the Baltimore Sun?

7   A      I was a reporter and editor, and I edited the Sunday

8   News Analysis section.  I was weekend Metro editor.  I was

9   Education editor on the desk.  As a reporter, I covered a

10  variety of beats, including Education, City Hall, and for

11  the last 12 years I worked there, I worked for the Business

12  section covering health.

13  Q      And what is your educational background, sir?

14  A      I have a bachelor's degree from Brown University in

15  1968 and a master's degree in journalism from Columbia

16  University in 1969.

17  Q      Now, Mr. Salganik, did there come a time when you came

18  to serve on the Official Committee of Unsecured Creditors in

19  the Tribune bankruptcy?

20  A      Yes.

21  Q      And whom do you represent on the committee?

22  A      The Washington-Baltimore Newspaper Guild.

23  Q      What is the guild?

24  A      The guild is a union local.  We have about 1,500

25  members.  We represent workers at the Baltimore Sun, at the

1  Washington Post, and about two dozen other workplaces in the

2  Baltimore-Washington area.

3  Q    Are any employees of Tribune members of the guild?

4  A    Yes.  We represent I -- about 210 employees at the

5  Baltimore Sun, which makes us the largest or one of the

6  largest bargaining units within Tribune.  There are other

7  guild members at WPIX, a television station in New York, but

8  they're members of the Newspaper Guild of New York.

9  Q    And what was your position with the guild when you

10 were appointed to serve as its representative on the

11 committee?

12 A    I was president of the local.

13 Q    And is that position elected by the vote of the

14 membership of the guild?

15 A    Yes.

16 Q    During what period of time were you president of the

17 guild?

18 A    From early 2003 to early 2009.

19 Q    And did your term end in 2009?

20 A    Yes.

21 Q    Now, you continued to serve on the committee after

22 your tenure as president of the guild ended, correct?

23 A    Yes.  When my term as president ended, the local

24 executive council appointed me to continue to serve on this

25 committee.

1  Q    What were your responsibilities as president of the

2  guild?

3  A    We have a professional staff, which takes the lead on

4  bargaining grievances and arbitrations, organizing and so

5  on.  As president, it was our job -- or as officers, it was

6  our job to set policy for the local and to oversee the

7  staff.

8  Q    Is there a body called the executive council that

9  works with the guild?

10  A    Yes, there is.

11  Q    And what is the president's role with regard to the

12  executive council?

13  A    The council is sort of like a board of directors for

14  the local, and the president is -- serves as chairman.

15  Q    Now, as president, were you the officer in charge of

16  oversight with respect to all of the responsibilities of the

17  guild?

18  A    Yes.

19  Q    Did you have any experience in negotiations on

20  collective-bargaining agreements or other agreements while

21  you served as president of the guild?

22  A    Yes.  I served on five or six bargaining committees at

23  the Baltimore Sun, some of those as president, some before I

24  became president, and as a union officer, I was also

25  involved in negotiating settlements to grievances.

1  Q     Now, how did you come to be appointed to represent the

2  guild on the committee?

3  A     Our -- the attorney for the local, Mr. Paul, attended

4  the formation meeting, and when we were given a seat, he

5  called and said, "I need to give them a name, and I want to

6  give them your name."

7  Q     And what did you believe were your qualifications to

8  represent the guild on the committee?

9  A     Well, I think among the people who might have served

10  from the local, I was familiar with Tribune as a longtime

11  employee at the Sun.  Having been a business reporter, I was

12  more familiar than some others with reading balance sheets

13  and things like that.  And I think as a reporter and as a

14  union officer, I'm used to being thrown into a new situation

15  and trying to figure things out and locate the landmarks,

16  get advice and proceed.

17  Q     Did you think your experience with the guild in its

18  management was useful to you in terms of your service on the

19  UCC?

20  A     Yes.

21  Q     When did you join the committee, Mr. Salganik?

22  A     I was not at the formation meeting.  I was at what I

23  believe was the second meeting, which would have been in

24  January 2009.

25  Q     Now, how was it, from your understanding, that the

1  guild became a member of the committee?

2  A    We submitted an application to the U.S. Trustee's

3  Office.

4  Q    And was it your understanding that the U.S. Trustee

5  selected the guild for --

6  A    Yes.

7  Q    -- service on the committee?

8  A    Yes.  It's my understanding that the U.S. Trustee

9  selected all the members of the committee.

10  Q    What unsecured claims does the guild have vis-à-vis

11  the debtors?

12  A    Well, we were concerned with having our collective-

13  bargaining agreement assumed.  We also, in our application

14  to the U.S. Trustee, submitted a lot of data on potential

15  claims if the company were to shut down so that our members

16  would be due back pay and severance and notice pay and so

17  on.

18  Q    Has your primary concern been the collective-

19  bargaining contracts in recent time, certainly?

20  A    Yes.

21  Q    Are you receiving compensation for serving on the

22  committee?

23  A    No.

24  Q    Let me turn to a slightly different subject matter for

25  a moment.  Who are the other members of the committee in

1    this case?

2    A    Warner Brothers, Buena Vista, Deutsche Bank,

3    Wilmington Trust, JP Morgan, Pension Benefit Guaranty

4    Corporation and William Nease.

5    Q    And was it your understanding that all of them were

6    appointed by the Trustee, as well?

7    A    Yes.

8    Q    What do you believe to be the purpose of a creditors'

9    committee?

10    A    The purpose of the creditors' committee is to work

11    through the reorganization process to try to obtain the best

12    result for unsecured creditors.

13    Q    Now, with regard to the committee's activities, does

14    the committee hold regular meetings?

15    A    Yes.

16    Q    And generally speaking, how often has the committee

17    held meetings since the committee was formed?

18    A    Generally, once a week.  There might have been times

19    when we went two or three weeks without a meeting, and then

20    there were busy times where we might have met two or three

21    or four times in a week.

22    Q    And are those meetings conducted in person or over the

23    phone?

24    A    I'd say we averaged once a month in person.  The

25    others, by phone.

1  Q    Now, who has participated in these meetings, from your

2  observation, Mr. Salganik?

3  A    All of the members of the committee, and it was rare

4  for even a single member to miss a meeting.  Almost all the

5  members were also accompanied by their own legal counsel at

6  the committee meetings.  And then, the committee's

7  professionals participated.

8  Q    And tell the hor -- tell the Court who the committee's

9  professionals are.

10  A    Chadbourne is legal counsel.  Zuckerman Spaeder is

11  special counsel.  Landis, Rath and Cobb is the local counsel

12  in Delaware, and Moelis and AlixPartners are financial

13  advisors.

14  Q    Now, was there ever a time when any committee members

15  were excluded from committee meetings?

16  A    Yes.  Committee members were excluded if they had an

17  interest that might be different from or conflicting with

18  the committee.  For example, we took a position opposing the

19  management bonus plan in this court.

20  Q    When you say we --

21  A    We, the guild, while the committee was supporting it,

22  so when the committee was discussing its legal strategy

23  around the bonuses, we were excluded.

24  Q    How about other members of the committee?  Were they

25  ever excluded from the activities of the committee?

1    A    Yes.  JP Morgan was excluded many times when we were

2    considering legal strategy that might include suing JP

3    Morgan.  Deutsche Bank and Wilmington Trust were excluded

4    when sometimes they had introduced motions or taken

5    positions, you know, as -- in their own capacity that were

6    different from the committee.  And I believe PBGC was

7    excluded once or twice when we discussed pension issues.

8    Q    And at meetings in which you were present --

9    withdrawn.  And I may have asked you this indirectly before,

10    but let me ask it directly.  Did a representative of the

11    guild participate in all of the committee meetings?

12    A    Usually, both Mr. Paul and I attended.  Occasionally,

13    it was just one of us, and I think there were a couple of

14    meetings where neither of us was there.

15    Q    Is what takes place at committee meetings recorded or

16    memorialized in any way?

17    A    Yes.

18    Q    Are there minutes prepared for the committee meetings?

19    A    There are.

20    Q    And who prepares those minutes?

21    A    Legal counsel that's present at the meeting.

22    Q    And does committee counsel have the responsibility to

23    make sure that the minutes accurately reflect the meetings

24    that they describe?

25    A    Yes, they do, and the committee members also review

1  the minutes.

2  Q    Well, how long after each meeting are the minutes

3  distributed to the members of the committee on a general,

4  notional sense?

5  A    We get draft minutes usually a week or two after the

6  meeting, and then we have a week to respond if we believe

7  there are any errors.

8  Q    And do the members of the committee have a

9  responsibility to review those draft minutes?

10  A    Yes.

11  Q    And is it your regular practice to review those draft

12  minutes?

13  A    Yes.

14  Q    And have you ever commented on or corrected any of the

15  draft minutes that were circulated?

16  A    Once or twice.

17  Q    And are the comments that you may have given reflected

18  in the final minutes?

19  A    They were.

20  Q    Are the final minutes kept in the ordinary course of

21  the company's -- excuse me, of the committee's business?

22  A    Yes.

23  Q    Did you have any reason to believe that any of these

24  minutes do not accurately reflect the substance of the

25  committee's meetings?

1  A      No.

2            MR. MCCORMACK:  Your Honor, I have a binder,

3  painfully large though it may be, but the binder, the first

4  one, volume one, is essentially minutes from meetings of the

5  committee that took place between December 17th, 2009 and

6  October 22nd, 2010, and the minute meetings [sic] are listed

7  as Exhibits 3 to 95 in that binder, and it was my intention

8  to introduce those meeting minutes now.

9            THE COURT:  Well, Mr. Friedman.

10            MR. FRIEDMAN:  Subject to the statement earlier,

11  Your Honor, and the review of the redactions and omissions

12  and as has been said on the record before, we've got no

13  objection to these coming in for purposes that may be shown

14  to be appropriate.

15            MR. MCCORMACK:  Well, can I do it the other way,

16  which is if he's got a purpose that he thinks is

17  inappropriate, he would tell me which minutes he doesn't

18  want in because I think I've met all the requirements, and I

19  think I've met third-circuit law for getting them in as

20  business records.

21            THE COURT:  Well, he agreed, first of all, to

22  argue about this later.

23            MR. MCCORMACK:  Yes, I apologize.

24            THE COURT:  And it was on the assumption that we

25  don't need the presence of the witness for me to resolve the

1   objection.

2           MR. MCCORMACK:  You're right.

3           THE COURT:  Okay.

4           MR. MCCORMACK:  You reminded me properly, and I

5   will move according to that protocol.

6           THE COURT:  Thank.

7   BY MR. MCCORMACK:

8   Q     Well, let me ask you quickly, though, just for the

9   purposes of establishing that.  Would you look at your

10  binder and page through, if you will, the minutes that

11  appear there.  And you can -- I guess for purposes of moving

12  this along, you don't have to look at all of them, but look

13  through some of them, Mr. Salganik, and I'll ask you have

14  you seen those documents before.

15  A     Yes.  These are the committee minutes from the period

16  you men -- you described.

17  Q     All right.  Did you know in advance of committee

18  meetings that topics for discussion might be taken up at the

19  committee minutes -- meetings?

20  A     Yes.  We received an agenda from counsel.

21  Q     And how did -- you got counsel -- counsel sent agendas

22  in advance for many of the minute -- meetings?

23  A     Yes.  Counsel posted them to IntraLinks.

24  Q     All right.  We'll cover IntraLinks in a second.

25  A     Okay.

1   Q      But let me direct you to look at the witness book that

2   I've given you for Exhibits 96 through 131, which I will

3   represent to the Court are agendas for meetings of the

4   committee.  With regard to Exhibits 96 through 131, have you

5   seen these documents before?

6   A      I have.

7   Q      And what are they?

8   A      Those are the agendas that I spoke about a minute ago.

9   Q      And they cover the period December 17th through

10  October 21, 2000 and -- December 17th, 2009 through October

11  21, 2010?

12  A      Yes.

13          MR. MCCORMACK:  Now, Your Honor, I don't think

14  they've objected to these, so I'm going to move those in.

15          MR. FRIEDMAN:  No objection.

16          THE COURT:  DCL 96 through 131 are admitted

17  without objection.

18      (DCL Exhibits 96 through 131 are received in evidence)

19  BY MR. MCCORMACK:

20  Q      Now, you mentioned that -- the term "IntraLinks" a

21  moment ago.  How did the committee's advisors distribute

22  written materials to members of the committee?

23  A      Okay.  IntraLinks was a system that had electronic

24  mailboxes, password-protected, so that committee members had

25  access to the materials, and since not all the materials

1  went to all the members because we were excluded from

2  certain discussions, our password allowed us access only to

3  the materials we were supposed to get.  Whenever anything

4  was posted on IntraLinks, we would receive an email

5  notifying us that there was a new posting.

6  Q     This was a distribution method for materials coming

7  from the committee and its counsel and its advisors?

8  A     Yes.

9  Q     What kinds of documents have been sent to the

10  committee by the committee lawyers and advisors on

11  IntraLinks?

12  A     Legal memoranda, draft legal filings, the final legal

13  filings, both by the committee and by other parties, reports

14  from our financial advisors, news articles, press releases.

15  Q     Do you know the total quantity of memoranda or other

16  written reports or analyses that the committee received from

17  its counsel and financial advisors in this way?

18  A     Well, we received several a week, so over the course

19  of two-plus years, several hundred.

20  Q     Now, are you familiar with the leveraged buyout

21  transaction that Tribune entered into in 2007?

22  A     Yes.

23  Q     And how did you first become aware of it?

24  A     I became aware as a Tribune employee at the time and

25  also as a union officer.

1   Q    And what was your understanding of the basic structure

2   of that 2007 LBO transaction?

3   A    Tribune, which had been a publicly-traded company,

4   went private under the control of Sam Zell, who became an

5   investor.  And the first step of the transaction in June

6   2007, I believe, bought back about half the shares and also

7   refinanced or paid off some existing debt.  The second step

8   of the transaction in December 2007 bought back the

9   remaining shares and made Tribune a private company, and it

10   also set up an employee stock-ownership plan that was the

11   stockholder.

12   Q   Did there come a time when the committee decided to

13   assemble -- withdrawn.  Did there come a time when the

14   committee decided to evaluate possible legal claims that

15   might arise from the Tribune LBO transaction?

16   A    Yes

17   Q   And when did that effort begin?

18   A    Quite early in the committee's functioning, we

19   instructed our attorneys to do legal research on potential

20   claims.

21   Q   And does the committee have -- when you said you

22   instructed your attorneys, who are the attorneys that you

23   were talking about at that time?

24   A    Chadbourne.

25   Q   And does the committee have any other outside

1  advisors?

2  A    Yes.  We have Zuckerman and Landis as additional legal

3  counsel and Alix and Moelis as financial advisors.

4  Q    And with regard to Moelis, can you tell me who was the

5  representative of Moelis who was primarily involved in

6  advising the committee on financial matters?

7  A    Primarily, Zul Jamal.

8  Q    And do you know what his position is at Moelis?

9  A    I don't know what his title is.

10  Q    When were Chadbourne and Landis retained by the

11  committee?

12  A    At the formation meeting or immediately after.

13  Q    And when was -- I apologize if I didn't mention

14  Landis.  Did I say Chadbourne and Landis?

15  A    You did.

16  Q    All right.  What were the roles of Chadbourne and

17  Landis when they were retained?

18  A    Chadbourne was our lead bankruptcy counsel, and Landis

19  was the local counsel in Delaware.

20  Q    And when were Moelis and AlixPartners retained by the

21  committee?

22  A    I believe Alix was also retained at that same meeting,

23  immediately after formation, and Moelis was selected at the

24  next meeting, the first meeting that I attended.

25  Q    Let's take them one at a time.  Can you give the Court

1  a little bit more direction as to what the role of Moelis

2  was as the committee's advisor?

3  A    Moelis, as investment banks, advised us on the value

4  of the company.  They advised us on trends in the newspaper

5  and broadcast industry, and when there were particular

6  transactions that Tribune was considering, such as the sale

7  of the Chicago Cubs, they would analyze those transactions

8  for the committee.

9  Q    Did Moelis provide the committee with written

10  presentations or reports concerning the financial conditions

11  in the industry?

12  A    Yes.  We received weekly reports about financial

13  conditions in the industry.

14  Q    And is that in the TV broadcasting and newspaper

15  industries?

16  A    Yes.

17  Q    Let me have you look at the documents in the folder

18  that have been marked as Exhibits for Identification 185

19  through 209, Mr. Salganik.  And I ask you to look at those

20  for a moment.  Have you seen those documents before?

21  A    I have.

22  Q    And are they the Moelis weekly TV broadcasting and

23  newspaper industry updates in the period December 2009

24  through October 2010?

25  A    Yes.

1          MR. MCCORMACK:  Your Honor, we would move for

2    Exhibits 185 to 209 to be admitted into evidence.

3          THE COURT:  Any objection?

4          MR. FRIEDMAN:  No objection, Your Honor.

5          THE COURT:  DCL 185 through 209 are admitted

6    without objection.

7      (DCL Exhibits 185 through 209 received in evidence)

8    BY MR. MCCORMACK:

9    Q    What was the role of AlixPartners at the committee's -

10   - as the committee's advisor?

11   A    Alix reported to us weekly on the financial

12   performance of the company.  They also gave us quarterly and

13   annual summaries of the financial performance, and they

14   analyzed the company's business plans.

15   Q    And similarly to Moelis, did AlixPartners ever provide

16   the committee with written presentations or reports

17   concerning Tribune's financial performance?

18   A    Yes.  We received a weekly report and then, you know,

19   special reports, as I mentioned.

20   Q    Let me ask you to look at the documents which have

21   been marked for identification Exhibits 210 through 223 and

22   Exhibits 225 through 255.  Essentially, 210 through 255, but

23   not 224.

24   A    Okay.

25   Q    Have you seen those documents before?

1  A    Yes.  These are the Alix weekly financial reports to

2  the committee from the same period, December of 2009 through

3  October 2010.

4          MR. MCCORMACK:  Your Honor, we would also move

5  now for the introduction of Exhibits 210 through 255 minus

6  224.

7          THE COURT:  Is there any objection?

8          MR. FRIEDMAN:  No, Your Honor.

9          THE COURT:  All right.  DCL 210 through 223 and

10  225 through 255 are admitted without objection.

11      (DCL Exhibits 210 through 223 and 225 through 255 are

12  received in evidence)

13  BY MR. MCCORMACK:

14  Q    Also now, if you would be kind enough to do so, Mr.

15  Salganik, would you look at Number 224 so we can get that

16  one out of the way, too.  And perhaps you can tell the Court

17  what that is.

18  A    This is the AlixPartners report to us covering the

19  fourth quarter and full year 2009 operating reports, and it

20  is dated March 18th, 2010.

21          MR. MCCORMACK:  Your Honor, I'll move 224 into

22  evidence, as well.

23          THE COURT:  Any objection?

24          MR. FRIEDMAN:  No objection.

25          THE COURT:  Admitted without objection.

1          (DCL Exhibit 224 is received in evidence)

2    BY MR. MCCORMACK:

3    Q    Now, looking briefly at the timeline -- and I don't

4    know, Mr. Salganik, did I give you one of these smaller

5    versions of our timeline?

6    A    Yeah.

7    Q    No.

8              MR. MCCORMACK:  May I approach the witness, Your

9    Honor?

10             THE COURT:  You may.

11   BY MR. MCCORMACK:

12   Q    You see that this timeline of key events begins in

13   December of 2009, correct?

14   A    Yes.

15   Q    Now, can you tell me, sir, when was Zuckerman Spaeder

16   retained by the committee?

17   A    In the summer of 2009, I believe August.

18   Q    And why did the committee consider retaining an

19   additional counsel at that time?

20   A    Because we saw that it might be necessary for us to

21   take legal action against the banks, and Chadbourne had

22   represented the banks in unrelated matters.

23   Q    And is that the reason why the committee didn't ask

24   Chadbourne to pursue those legal claims?

25   A    Yes.

1  Q     Do you know which banks were Chadbourne clients?

2  A     I believe JP Morgan, Citibank and Merrill Lynch.

3  Q     How did the committee learn that those banks were

4  Chadbourne clients?

5  A     Chadbourne disclosed that at the time they were hired.

6  Q     And at the time they were hired, meaning right after

7  the bankruptcy was filed in December --

8  A     Yes.  Yeah.

9  Q     -- 2008?

10  A     Yeah.

11  Q     Were you involved in the committee's decision to

12  retain Zuckerman Spaeder as additional counsel?

13  A     Yes.  I was involved both in deciding to hire

14  additional counsel and in selecting the counsel.

15  Q     And did you have an opinion as to whether the

16  committee should retain additional counsel?

17  A     Yes.  I thought we should.

18  Q     Now, did the committee interview law firms in the

19  summer of 2009 for purposes of deciding which special

20  counsel to hire?

21  A     Yes.  Four firms made presentations to the committee

22  Q     And presumably, Zuckerman was one of them.

23  A     Yes.

24  Q     And Mr. Friedman's firm, Friedman Kaplan, was one of

25  them too, correct?

1    A      Yes.

2    Q      Do you remember any other firms?

3    A      I don't.

4    Q      Did you favor the hiring of Zuckerman Spaeder?

5    A      Yes.

6    Q      Once Zuckerman was retained, what was its role?

7    A      Its role was to take the lead in investigating the

8    potential causes of action against the banks and in

9    negotiating with the banks.

10   Q      And after Zuckerman was hired, what was Chadbourne's

11   role, from your observations?

12   A      Chadbourne coordinated with Zuckerman and continued to

13   investigate causes of action against non-bank defendants.

14   Q      And who served as the primary bankruptcy counsel?

15   A      Chadbourne.

16   Q      Before or after Zuckerman was hired, did you have any

17   cause to question Chadbourne's role in advising the

18   committee?

19   A      No, never.

20   Q      And through the course of this process, did you also

21   consult with your own lawyer, Mr. Robert Paul?

22   A      Yes.  Mr. Paul attended almost every meeting with me,

23   and the local also retained a Delaware bankruptcy attorney

24   to advise us.

25   Q      Now, you referred earlier in your testimony to duties

1  that the members of the committee had to all of the

2  unsecured creditors.  Do you remember that?

3  A    Yes.

4  Q    Did you ever observe anything that led you to believe

5  that Chadbourne's relationship with JP Morgan, Citibank,

6  Merrill Lynch or any other bank was interfering with the

7  committee's members' fulfillment of those duties in any way?

8         MR. FRIEDMAN:  Objection, Your Honor.

9  Foundation.

10        THE COURT:  Any response?

11        MR. MCCORMACK:  Foundation?  I think the question

12  was appropriate based upon the fact that he was sitting in

13  all these meetings for all that period of time, and he's now

14  being asked a question whether he saw anything

15  inappropriate.  So I think the foundation's been laid.

16        THE COURT:  Sustained as to form.

17        MR. MCCORMACK:  All right.

18 BY MR. MCCORMACK:

19  Q    Did you ever observe anything that led you to believe

20  that Chadbourne was favoring JP Morgan, Citibank or Merrill

21  Lynch in any way, from your observations?

22  A    No, I never saw anything like that.

23  Q    Now, going back to the committee's decision in 2009 to

24  conduct an investigation into possible claims arising from

25  the Tribune LBO transaction, what was done to investigate

1  those claims?

2  A    The attorneys requested and reviewed many documents

3  and interviewed some of the people involved.

4  Q    Can you describe generally the parties from whom the

5  committee sought documents or information?

6  A    From Tribune, from the directors and officers at the

7  time of the LBO transaction, from Mr. Zell and his

8  companies, from the senior lenders, and I -- from advisors

9  of various types to the transaction.

10 Q    Do you know if the committee also sought documents

11 from some of the larger shareholders at Tribune?

12 A    Yes.  I'm sorry, yes, also shareholders.

13 Q    Do you have, Mr. Salganik, the sense of the volume of

14 documents collected by the committee's counsel during its

15 investigation?

16 A    Yeah, I --

17         MR. FRIEDMAN:  Objection, Your Honor.

18         THE COURT:  Basis?

19         MR. FRIEDMAN:  Foundation.

20         THE COURT:  Overruled.  You may answer, sir.

21 BY MR. MCCORMACK:

22 A    I believe it was about four-million document -- pages

23 of documents.

24 Q    Now, over what period of time was the committee's

25 investigation into possible LBO-related legal claims

1  conducted?

2  A    From 2009 and into 2010.  Were the members of the

3  committee involved in the investigation?

4  A    We received frequent reports from counsel as to what

5  they were doing and what they were discovering.

6  Q    What was your purpose as a member of the committee in

7  undertaking this investigation?

8  A    To see if there were causes of action against people

9  involved in the LBO and to pursue those as needed to

10  maximize the recovery for the unsecured creditors.

11  Q    Was the committee's investigation sufficient to

12  accomplish your objective?

13  A    I believe it was.

14  Q    And did the committee ever take any steps to pursue

15  legal claims based on its investigation?

16  A    Yes.  It filed two motions for standing in this court

17  and subsequently filed two complaints, as well.

18  Q    Well, let me refer you to the timeline, and you'll see

19  the identification on the key events line is February 1,

20  2010, first standing motion filed by UCC.  Do you see that?

21  A    I do.

22  Q    And does that refresh your recoll -- I forgot to ask

23  you, but does that refresh your recollection as to when that

24  first filing was made?

25  A    Yes, it does.

1  Q     And do you remember, sir, what claim that was and what

2  complaint it was, if you will, that was the basis of that

3  standing motion?

4  A     I believe the first motion was against the banks, the

5  senior lenders, and the second was against the non-bank

6  participants.

7  Q     And looking across the top of our key events and

8  moving your eyes over to the date September 13, 2010, is

9  that your understanding as the date when the second standing

10  motion was filed by the UCC?

11  A     Yes, it is.

12  Q     And what was your understanding as to the claims that

13  were the subject of that standing motion?

14  A     That was the claims against all potential defendants

15  other than the banks.

16  Q     And what is your understanding as to the outcome of

17  those motions seeking standing from this Court for purposes

18  of proceeding with those claims?

19  A     The Court granted us standing.

20  Q     Did the committee take any further steps to pursue

21  those claims?

22  A     (No audible response)

23  Q     Withdrawn.

24  A     Okay.

25  Q     Was the committee prepared to litigate the claims

1  asserted in those complaints if appropriate under the

2  circumstances?

3  A     Yes, absolutely.

4  Q     You know there was an April settlement in this case,

5  right?

6  A     I do.

7  Q     All right.  Did there come a time when the committee

8  began to negotiate a settlement of possible legal claims

9  arising the Tribune LBO transaction that ultimately led to

10  the April settlement?

11  A     Yes, beginning early in 2010.

12  Q     And let me ask you to look at the timeline again, and

13  perhaps this will be the first time that I'll use one of the

14  minutes.  Well, let's try it a little bit differently.  Who

15  were the parties to those negotiations in the early part of

16  2010, from your recollections?

17  A     On the senior lender side, there was JP Morgan,

18  Oaktree and Angelo Gordon.  Centerbridge participated as the

19  largest bondholder at that time.  The committee participated

20  and Tribune.

21  Q     And these were discussions that took place in the

22  first quarter, if you will, of -- and perhaps a little later

23  in 2010?

24  A     Yes.

25  Q     How were those negotiations conducted?

1  A      Various meetings, sometimes all the parties together,

2  sometimes different combinations of parties, sometimes in

3  person, sometimes by phone.  The committee was represented

4  by its professionals at these -- that is, the committee

5  itself did not do the negotiating.

6  Q      Well, let me turn now to Exhibit 5, which is minutes

7  from the January 7, 2010 creditors' committee meeting.  And

8  perhaps -- okay.  You can put it up on the screen, but you

9  can have it there in your book.  Are you there?

10 A      Yes.

11 Q      Thank you.  If you turn to the second page -- well,

12 first of all, let's look at the first page.  Under members,

13 it lists Washington-Baltimore Newspaper Guild Local 32035

14 present.  Do you see that?

15 A      Yes.

16 Q      And this was the meeting, from looking at these

17 documents, that you believe took place on January 7th, 2010?

18 A      Yes.

19 Q      Look at the next page, which is Roman Numeral IV.  Do

20 you see that?

21 A      Yes.

22 Q      And it says -- the heading of it is Report on Tuesday,

23 January 5, 2010 LBO Meeting.

24 A      Yes.

25 Q      And did you understand that there had been a meeting

1  on January 5th?

2  A    Yes.  It was essentially the kickoff for negotiations

3  and involved all the parties that I named a little while

4  ago.

5  Q    And let me look -- have you look at Roman Numeral V,

6  which is entitled LBO Presentations.  Do you see that?

7  A    Yes.

8  Q    And the statement there says, "The committee's

9  discussion on this matter is reported in a separate

10 supplement," and then it has a parenthetical.  Do you see

11 that?

12 A    Yes.

13 Q    Do you remember that there were LBO presentations made

14 at this January 7th meeting?

15 A    Yes, I do remember.

16 Q    Well, let me turn your attention to Exhibit Number 6,

17 which is January 7 Creditors' Committee In-Person Meeting

18 minutes Supplement.  Do you have that in front of you?

19 A    Yes.

20 Q    And look at Roman Numeral VIII.  It says LBO

21 Presentations.

22 A    Yes, I see that.

23 Q    And did you understand at that time -- withdrawn.

24 Were presentations made to the committee by the debtors, the

25 senior lenders, and Centerbridge on this January 7th date?

1   A     Yes, they were.

2   Q     And how long did those presentations take?

3   A     The meeting took all day.  I'd say the presentations

4   were about an hour each.

5   Q     So maybe three hours of presentations from the

6   debtors, senior lenders, and Centerbridge?

7   A     Yes, on that order.

8   Q     Do you know how it was that these presentations came

9   to be given to the committee?

10  A     I'm not sure who initiated the idea, but throughout

11  the course of the bankruptcy, when parties requested to

12  speak to the committee, we scheduled a meeting with them.

13  Q     Now, did any of those parties use written materials

14  during their presentations?

15  A     Yes.  All three of these presentations included

16  written materials.

17  Q     And were the committee members provided with copies of

18  those written presentations?

19  A     Yes.

20  Q     Let me have you look at what is in -- listed as

21  Exhibit 181 for identification, which for purposes of the

22  record, I will indicate is -- appears to be the January 2010

23  presentation by Lazard.  Can you look at that, Mr. Salganik?

24  A     Yes.

25  Q     And have you seen this document before?

1  A      Yes.  We were given copies at the meeting.  Yes.

2  Q      Okay.  And just for the record, what is it?

3  A      This is Lazard's presentation to us on January 7th.

4  Q      And I'm going to -- I know we know it, but I'll just

5  cover the -- who's Lazard, from your understanding?

6  A      Lazard is the investment banker who's advising

7  Tribune.

8  Q      And this was a presentation from Lazard that was given

9  to you on January 7th, 2010.

10 A      Yes.

11         MR. MCCORMACK:  Your Honor, I would move into

12 evidence Exhibit 181.

13         THE COURT:  Is there any objection?

14         MR. FRIEDMAN:  For admissibility for the purpose

15 that this presentation was made, no objection, Your Honor.

16         MR. MCCORMACK:  That's --

17         MR. FRIEDMAN:  Same comment --

18         MR. MCCORMACK:  That's fine with me.

19         MR. FRIEDMAN:  -- for the other presentations.

20         MR. MCCORMACK:  That's fine with me for this

21 particular document.

22         THE COURT:  Admitted without objection under

23 those conditions.

24      (Exhibit 181 is received in evidence)

25 BY MR. MCCORMACK:

1    Q     Now, let me have you look at Exhibit 182, which, on

2    its face, appears to be a January 7th presentation by the

3    senior lenders, and ask you if you recognize that.

4    A     Yes.  This is another document that we received at

5    that meeting, and this is the presentation on behalf of the

6    senior lenders.

7              MR. MCCORMACK:  I would move that document into

8    evidence, Your Honor.

9              MR. FRIEDMAN:  Same limitation, but otherwise

10   accepted.

11             THE COURT:  Admitted likewise.

12        (Exhibit 182 is received in evidence)

13   BY MR. MCCORMACK:

14   Q     And you said on that meeting.  You mean this was a

15   presentation made on January 7th, 2010 by the senior

16   lenders.

17   A     Yes.

18   Q     Okay.  Now, let me finish the trifecta.  Look at

19   Number 183, and -- which appears on its face to be the

20   Centerbridge preseduction -- presentation, and I ask you,

21   sir, if that looks familiar to you.

22   A     Yes.  This is another document that we received at the

23   January 7th meeting to go along with the presentation.

24   Q     And I presume that each of these parties presented to

25   the committee separately.

1   A     Yes.

2          MR. MCCORMACK:  I would also move Exhibit 183

3   into evidence, Your Honor.

4          MR. FRIEDMAN:  With the same comment, no

5   objection, Your Honor.

6          THE COURT:  Admitted likewise.

7       (DCL Exhibit 183 received in evidence)

8   BY MR. MCCORMACK:

9   Q     Did you have any initial reaction to these

10  presentations that were made to the committee on January

11  7th, 2010?

12  A     Yes.  I could see that the parties were very far apart

13  and taking very different views.  The senior lenders were

14  saying that the LBO claims were nearly worthless, and

15  Centerbridge, in particular, was saying that the claims were

16  very strong and should be pursued and were likely to be

17  successful, and the debtors were somewhere in the middle.

18  Q     Did the committee take any action after these

19  presentations?

20  A     Yes.  We asked our counsel to analyze them and report

21  back to us.

22  Q     And did they do so?

23  A     Yes.

24  Q     Now, did the settlement negotiations that had begun in

25  January continue after the January 7th presentations by

1  these various parties to the committee?

2  A      Yes.

3  Q      And who primarily represented the committee in the

4  direct negotiations with the other parties?

5  A      Counsel, both Zuckerman and Chadbourne.

6  Q      And did the financial advisors participate at all?

7  A      I believe they did, at least to provide input when

8  they needed to analyze the financial implications of

9  proposals or potential proposals.

10  Q      And having Zuckerman and Chadbourne and Moelis

11  involved in these negotiations, did that strike you as

12  unusual in any way from your experiences?

13  A      No.

14  Q      What was your involvement with the negotiations as a

15  member of the committee?

16  A      As a member of the committee, we gave direction to

17  counsel on proposals and on tactics.  And this was quite

18  consistent with my experience in collective bargaining,

19  where you have a diverse bargaining committee.  The

20  professionals or leaders are representing the bargaining

21  committee in smaller talks.  The larger committee gives

22  instructions to the designated negotiators, and the

23  negotiators report back.

24  Q      Did the committee always have the final authority with

25  regard to any settlement positions taken by the committee?

1  A    Yes.  And from -- again, from my collective-bargaining

2  experience, that's something I was very sensitive to.

3  Q    Did the committee give their attorneys directions on

4  negotiating positions to take?

5  A    Yes.

6  Q    Did Centerbridge join any other committee meetings

7  after the January 7th presentation?

8  A    Yes.  They made another presentation on March 17th.

9  Q    And how did it come that Centerbridge addressed the

10  committee on March 17th?

11  A    I believe they asked to come, and so we scheduled it.

12  Q    And do you recall any of the general topics that

13  Centerbridge discussed at the March 17th meeting?

14  A    Generally, their view of the bargaining and what would

15  be a fair settlement.

16  Q    Now, did there come a time when certain of the

17  negotiating parties agreed to a proposed settlement?

18  A    Yes.

19  Q    And when was that?

20  A    That was in April, early April.

21  Q    And can you just describe generally the process that

22  led to that settlement?

23  A    Again, there were negotiations back and forth,

24  proposals exchanged over, you know, basically going back to

25  January, and eventually, the parties came to an agreement or

1    most of the parties came to an agreement.

2    Q     And who were the parties to the April settlement?

3    A     The committee, Tribune, Angelo Gordon, JP Morgan and

4    Centerbridge.

5    Q     Did any of the parties involved in the negotiations

6    decline to support the April settlement?

7    A     Yes, Oaktree.

8    Q     And who is Oaktree, to your understanding?

9    A     Oaktree is a fund owning a large amount of senior

10   debt.

11   Q     Did you understand -- did you have an understanding as

12   to why Oaktree was not supportive of the April settlement?

13            MR. FRIEDMAN:  Objection, Your Honor.  No

14   foundation.  I've been sitting here pretty quietly, but

15   there've been a lot of questions asked about the

16   negotiations without any basis for -- without any evidence

17   that this witness has knowledge about what transpired in the

18   negotiations.

19            THE COURT:  Well, the question was does he have

20   an understanding, and if the answer is yes, then I think Mr.

21   McCormack needs to lay a foundation for the questions he

22   wants to ask after that.

23   BY MR. MCCORMACK:

24   Q     Do you have an understanding of what Oaktree's

25   position was relative to the April settlement?

1    A    Yes.

2    Q    And from where did the derive that information?

3    A    From reports to us from counsel.

4    Q    All right.  Are you familiar with the terms of the

5    April settlement?

6    A    Yes.

7    Q    In general, can you tell me what they are?

8            MR. FRIEDMAN:  Objection, Your Honor.  Same

9    objection.

10           THE COURT:  Overruled.  You may answer.

11    BY MR. MCCORMACK:

12    Q    Go ahead.

13    A    Okay.  The -- under the settlement, the noteholders

14    were to receive $450 million in initial consideration.  This

15    was to be in the form of a so-called strip divided among

16    cash, stock in the reorganized company and loans from the

17    reorganized company -- loans to the reorganized company.

18    All LBO claims were to be released.  The unsecured creditors

19    at the subsidiary level, the trade creditors, were to

20    receive full recovery.  The unsecured creditors at the

21    parent level, mostly executive retirees, were to receive

22    treatment equivalent to the bonds, but in cash, not as a

23    strip.

24    Q    And were you -- was the committee regularly advised on

25    the process of the negotiations through that -- the course

1    of the period before the settlement?

2    A      Yes.

3    Q      And did the committee hold a meeting to discuss the

4    April settlement?

5    A      Yes.

6    Q      And do you know when that occurred?

7    A      That was April 8th.

8    Q      And did the committee reach a decision as to whether

9    to support the settlement during the April 8th meeting?

10   A      Yes.  We voted to support the settlement.

11   Q      And why did you vote to support the settlement?

12   A      Based on what we knew at that time and on the

13   negotiating position of the parties and on advice we had

14   received from our counsel, it seemed like a fair settlement,

15   and what provided sort of confirmation or validation to me

16   was the fact that sophisticated parties on the senior-lender

17   and noteholder side had done their own evaluations of the

18   claims and negotiated hard over a period of months and

19   arrived at that figure.

20   Q      Now, I mentioned it briefly a moment ago, but just

21   relative to the April settlement, did the committee's

22   counsel have the authority to approve or reject the April

23   settlement on the committee's behalf?

24   A      No.  The committee had the final say on whether to

25   approve with any settlement or to take any position in

1    bargaining.

2    Q    Now, let's talk briefly about events that occurred

3    after the April plan, and let's turn specifically to the

4    examiner's report.  You're familiar with that, yes?

5    A    Yes.

6    Q    And did there come a time when the bankruptcy Court

7    issued an order appointing an examiner in this case?

8    A    Yes.  That was on April 20th, 2010.

9    Q    Well, actually, let me go back to one question and

10   with -- by reference to the timeline of key events.  Do you

11   see -- in the period of March 2010, do you recall that there

12   was -- let's just use the term "lots of activity" by the

13   committee in the March period?

14   A    Yes.

15   Q    And was there a great deal of communications between

16   the committee's counsel and its members with regard to the

17   status of events in that timeframe?

18   A    Yes.  The green dots below the line show committee

19   meetings, and we had, it looks like, nine or ten of them in

20   the month of March.

21   Q    And all of them leading up to what we just spoke about

22   a moment ago, which was the committee's approval of the

23   April plan.

24   A    Yes.

25   Q    I apologize.  Now, let me go back to the examiner's

1  report.  You knew that that the examiner was appointed on or

2  about April 20th, 2010?

3  A    Yes.

4  Q    And did you see a copy of the --

5  A    The Court ordered the appointment of the examiner.

6  The examiner was selected at some later date.

7  Q    All right.  Fair enough.  Did you see a copy of the

8  court order approving the appointment of the examiner?

9  A    Yes, I did.

10  Q    And briefly, to your understanding, what was the

11  examiner appointed to do?

12  A    The examiner was appointed to examine potential LBO

13  claims, and also, there was a motion at that time by

14  Wilmington Trust seeking to pursue some of the claims

15  itself, and the examiner was asked to review whether that

16  motion was appropriate.

17  Q    And did the examiner issue a report?

18  A    Yes.

19  Q    And when was that?

20  A    That was in late July, July 26th.

21  Q    Of 2010?

22  A    Of 2010.

23  Q    Did you review the examiner's report after it was

24  issued?

25  A    Yes.  I read the summary, I read the recovery

1    scenarios, and I glanced at the other parts of the report.

2    Q    Now, was the examiner's report discussed at any

3    committee meetings?

4    A    Oh, yes.  Many meetings.

5    Q    And did the committee's advisors, their legal and

6    financial advisors, provide presentations to the committee

7    on the examiner's report?

8    A    Yes.  At the -- I believe the next two meetings after

9    the examiner's report was issued, we received detailed

10   reports from Zuckerman, from Chadbourne and from Moelis, and

11   it was frequently mentioned at meetings after that.

12   Q    And the written reports would have been provided to

13   you on IntraLinks in advance of the meetings for review

14   before the meetings?

15   A    Yes.  Some reports were distributed at the meeting,

16   but examiner's report was posted as soon as it was issued,

17   and so that was on IntraLinks for us.

18   Q    And the written reports from your advisors, legal and

19   financial, were provided to the committee through IntraLinks

20   and then also at the meetings, as well?

21   A    I don't recall whether they were provided in advance

22   or just at the meeting.

23   Q    All right.  After the examiner's report was issued in

24   July of 2010, did anything change with respect to the April

25   settlement?

1  A    The -- soon after the examiner's report was issued,

2  the April settlement fell apart.  Some of the parties

3  supporting it withdrew their support, and Tribune withdrew

4  it in the -- from the Court.

5  Q    Well, after the April settlement collapsed, were there

6  any other further efforts to reach a negotiated settlement

7  in or around August of 2010?

8           MR. FRIEDMAN:  Objection.  Foundation.

9           THE COURT:  Overruled.

10 BY MR. MCCORMACK:

11 A    Yes.  There were continuing discussions among the

12 parties throughout August.

13 Q    And what parties were involved in those August

14 negotiations, to your understanding?

15 A    To my understanding, the same ones that I had listed

16 earlier, the three major senior lenders, the debtor, the

17 committee and Centerbridge.

18 Q    Were the members of the -- were members of the

19 committee involved in the August negotiations, if you will?

20 A    Yes.  We were involved as we had been in the earlier

21 negotiations in giving direction to counsel.

22 Q    Did the committee consider any specific settlement

23 proposals in the August timeframe?

24 A    Yes.  There were a lot of proposals made during the

25 August timeframe.

1  Q     Do you recall -- did those proposals differ from the

2  April settlement?

3  A     Yes, they did.

4  Q     And do you recall any of those differences?

5  A     This was the first time we'd begun to see proposals

6  that included a litigation trust to pursue some of the

7  claims, and in most of the proposals we saw, though not the

8  ones from Centerbridge, there was a lower upfront

9  consideration.

10 Q     What amount of upfront consideration was discussed in

11 this August timeframe?

12 A     There were a number of different proposals, but

13 several of them around the number 375 million.

14 Q     And did the members of the committee stay informed

15 about those negotiations?

16 A     Yes.  Just like in March, we met many times in August,

17 10 or 12 times, and received reports on the progress of the

18 negotiations.

19 Q     Well, thank you for reminding me.  If you look at the

20 August timeframe on the timeline of key events, can you see

21 how many meetings took place of this committee in August of

22 2010?

23 A     I see ten.

24 Q     Ten.  Is that consistent with your recollection?

25 A     Yes.

1  Q      Now, if I just asked you this, I apologize.  Did the

2  negotiations in August result in a settlement and a proposed

3  plan of reorganization?

4  A      No.

5  Q      Did anyone besides the committee's advisors ever

6  communicate directly to the committee members in August 2010

7  in connection with these negotiations?

8  A      Yes, Aurelius.

9  Q      How did that meeting come about?

10  A      I believe they requested it, and we scheduled it.

11  Q      And do you remember the date of your meeting with

12  Aurelius?

13  A      August 19th.

14  Q      Well, let's turn to Exhibit 68, which is August 19,

15  2010 Creditors' Committee Telephonic Meeting Minutes, and

16  ask you, sir, if you recognize that document.

17  A      Yes.  These are the minutes of the August 19th

18  meeting.

19  Q      And you were present at this meeting, you personally.

20  A      Yes.  Yeah, the minutes show that I was present.

21  Q      All right.  And now, let's turn to Exhibit 69, which

22  I'll do it by a leading question because hopefully I won't

23  draw anything, but -- the committee's practice was to have

24  supplemental minutes for events that occurred, so there's

25  actually a separate supplemental set of minutes for the

1    August 19th meeting; is that right?

2    A    Yes.

3    Q    That's Exhibit 69.

4    A    Yes.  I believe the supplemental minutes were prepared

5    whenever one member or one of more members were excluded

6    because they didn't -- those members didn't have access to

7    the minutes for the same reason they didn't have access to

8    the meeting.

9    Q    But was anyone excluded from the meeting for

10    Aurelius's presentation?

11    A    I believe JP Morgan was excluded.

12    Q    Oh, right.  Okay.  Now, let me ask you to please look

13    at paragraph eight on Exhibit 69, which is entitled Aurelius

14    Presentation.

15    A    Yes.

16    Q    What do you remember about what Aurelius told the

17    committee on August 19th?

18    A    They told us that the examiner's report was good for

19    the bondholder's and should lead to a recovery which

20    included a larger upfront component than the earlier

21    settlement and plan, and they also talked about several what

22    they called paths to full recovery for the bondholder -- for

23    the bondholders, and in those cases, they said that they

24    believed each of those was more probable than the examiner

25    had indicated.

1  Q    Well, let's turn specifically to the next page of

2  Exhibit 69, which is the page carrying Bates identifier

3  0864.  And go to the second full bullet point, and I think

4  this reflects what you just told me.  I want to be sure.

5  Starting "Aurelius argued that the examiner's report

6  demonstrates that there is a significant value available to

7  unsecured creditors in these bankruptcy cases," do you see

8  that?

9  A    Yes.

10  Q    Is that consistent with your recollections --

11  A    Yes.

12  Q    -- of what they said?

13  A    Yes.

14  Q    And then the next sentence is, "Aurelius stated that

15  the examiner's report supports three different means by

16  which bondholders would receive par value."  Do you see

17  that?

18  A    Yes.  I believe these are the same three means that

19  were described in the opening statement yesterday.

20  Q    Well, and I don't want to belabor these notes, but

21  perhaps you've said it, which is they took those positions

22  based upon the notion that the examiner was wrong on those

23  points, right?

24          MR. FRIEDMAN:  I object to the question, Your

25  Honor.

1          MR. MCCORMACK:  All right.  Then let me go

2  through the document.  Well, I won't -- I'll wait for a

3  ruling, actually.

4          THE COURT:  Would you like to re --

5          MR. MCCORMACK:  So I just --

6          THE COURT:  Would you like to respond to the

7  objection?

8          MR. MCCORMACK:  Yes.  I'll try another question.

9          MR. FRIEDMAN:  He would not like to respond to

10  the objection.

11          MR. MCCORMACK:  I would not like to respond to

12  the question.  Thank you, Your Honor.

13          THE COURT:  I gathered that.

14          MR. MCCORMACK:  Yes.  Nicely done, Ed.

15  BY MR. MCCORMACK:

16  Q    Okay.  Look at step one, fraudulent conveyance.  Do

17  you see that?  And --

18  A    Yes.

19  Q    -- it says, quote, "Aurelius believes that step one,

20  fraudulent conveyance claims against the senior lenders

21  would be found to be valid whereas the examiner concluded

22  that the transactions should not be collapsed in that the

23  debtors were not rendered insolvent in step one."  Do you

24  see that?

25  A    Yes.

1  Q    So that's point one that you remember them saying?

2  A    Yes.

3  Q    All right.  And let's look at point two, equitable

4  estoppel.  "Aurelius stated that pre-LBO creditors should

5  receive all benefit from avoidance of step-two debt and

6  step-one creditors should not participate in that recovery

7  whereas the examiner found the answer to be in equipoise,"

8  end quote.  Do you see that?

9  A    I do.

10  Q    That was another point you remember them making.

11  A    Yes.

12  Q    And number three, equitable subordination and/or

13  disallowance.  "Aurelius believes that further investigation

14  is warranted and would prove valuable for general unsecured

15  creditors whereas the examiner found such remedies to be

16  'somewhat unlikely'."  Do you see that?

17  A    I do.

18  Q    All right.  And these are -- these minutes are

19  consistent with what you recollect Aurelius saying at this

20  meeting?

21  A    Yes, they are.

22  Q    All right.  How long was the presentation by Aurelius

23  at this August 19 meeting?

24  A    Half an hour, 45 minutes.

25  Q    And did you give any consideration to what Aurelius

1    had said during the presentation?

2    A     Yes.

3    Q     What kind of consideration did you give it?

4    A     We considered their point of view when we evaluated

5    future settlements and bargaining positions.

6    Q     Do you believe the committee gave due consideration to

7    Aurelius's views as the settlement process continued?

8              MR. FRIEDMAN:  Objection.

9              THE COURT:  Basis.

10             MR. FRIEDMAN:  He's asking for an opinion without

11   foundation.

12             THE COURT:  Overruled.  You may answer.

13   BY MR. MCCORMACK:

14   A     I do believe we gave consideration to Aurelius's

15   position.

16   Q     Now, did Aurelius become more involved in settlement

17   negotiations in this period, August, and then into

18   September?

19   A     Yes.

20   Q     And do you have a theory as to why?

21             MR. FRIEDMAN:  Objection, Your Honor.

22             THE COURT:  Sustained.

23   BY MR. MCCORMACK:

24   Q     Let me ask you this way.  Did you learn, at some point

25   in time, that Aurelius had purchased Centerbridge's

1  position?

2  A    We did.

3  Q    All right.  And did that play a role in your

4  understanding as to why Aurelius was playing a larger role

5  in the settlement process?

6              MR. FRIEDMAN:  Objection.

7              THE COURT:  Sustained.

8              MR. MCCORMACK:  All right.

9  BY MR. MCCORMACK:

10 Q    Let me ask you this.  Did there come a time when the

11 committee participated in a court-ordered mediation process

12 with the other parties?

13 A    Yes.

14 Q    And do you remember when the court appointed the

15 mediator?

16 A    September 1st.

17 Q    And when was the first mediation session held?

18 A    It was late September, and I see on the timeline

19 September 28th is when the mediator issued his report, so --

20 and I don't remember whether the report came out on the last

21 day of the mediation or the day after the mediation.  So it

22 was a two-day mediation session in Wilmington that ended in

23 this report on the 28th.

24 Q    And this was at the end of September.

25 A    Yes.

1  Q     All right.  Did anyone represent the committee at that

2  first session of the mediation?

3  A     Yes.  All three of our law firms were represented, as

4  was Moelis, and at the suggestion of the mediator or Judge

5  Carrey, several of the committee members attended, as well.

6  Q     And you were there?

7  A     I was.

8  Q     And was someone from PBGC there?

9  A     Yes.

10 Q     And was someone for -- present for Bill Nease, who

11 represents the retirees?

12 A     Yes.  His counsel, Jay Teitelbaum attended.

13 Q     And what about someone from Warner Brothers?

14 A     I think Warner's attorney, Ed Sassower, participated

15 by phone.

16 Q     And did the mediator issue a report at the end of

17 their first mediation session?

18 A     Yes.

19 Q     And do you recall what the report said?

20 A     The report said that a settlement had been reached by

21 the debtors, Angelo Gordon and Oaktree and that the mediator

22 was keeping the process open to try to bring other parties

23 in.

24 Q     And do you recall the terms of the proposed settlement

25 announced at the end of the first mediation session?

1  A     In general.

2  Q     And what are they?

3  A     The initial consideration to the bondholders was to be

4  $300 million.  The -- there was also a litigation trust, but

5  the lion's share was to go to the senior lenders.  The trade

6  creditors were to receive 50 cents on the dollar if they, as

7  a class, approved the plan incorporating that settlement and

8  10 cents on the dollar if they did not approve it, and the

9  unsecured creditors at the parent level were to receive, I

10 believe it was, 24 cents on the dollar.

11 Q     And what was your reaction to this proposal?

12 A     I thought it was not a fair settlement.

13 Q     And why not?

14 A     It was worse for the unsecured creditors at the parent

15 and subsidiary level than the April plan, and it was worse

16 for the bondholders.

17 Q     Did the committee come to a decision about what to do

18 in response to this proposal?

19 A     Yes.

20 Q     And what was that decision?

21 A     We issued a press release saying we didn't believe

22 that it was a fair settlement and that if it was -- were not

23 changed, we would oppose it.

24 Q     And that press release -- I'll just have you look at

25 it.  It's Exhibit 273 in the binder.

1   A      I don't believe I have 273.

2   Q      I think it's actually --

3   A      Oh, I'm sorry.

4   Q      It's --

5   A      Yeah, it's after 252.

6   Q      Yeah, the little at the end there.

7   A      Yes, I see it.

8   Q      You see it?

9   A      I do.

10  Q      And did you participate in the drafting of this press

11  release?

12  A      Yes, I did.

13  Q      And can you read from the press release any statements

14  consistent with what you just said.

15  A      "The committee is disappointed that Tribune and some

16  senior lenders have reached an agreement that does not

17  provide fair value to all creditors.  The committee will

18  continue its efforts to reach a fair and equitable

19  resolution of potential claims against the senior lenders

20  and others.  If the plan is not modified to reflect a fair

21  settlement, the committee intends to oppose the plan and the

22  settlements it embodies."

23  Q      And that was the view of the committee at that time.

24  A      Yes.

25  Q      Did the committee ever agree to accept this particular

1  settlement proposal?

2  A     No.

3  Q     Now, after the September 27th, 2010 mediation session,

4  did the members of the committee meet with any other parties

5  concerning any potential settlement?

6  A     Yes.  The mediation effort continued, and there was

7  another mediation session in early October.  Also, Aurelius

8  made a presentation to the committee in early October.

9  Q     So Aurelius had an in-person meeting with the

10  committee in early October?

11  A     Yes, October 7th.

12  Q     Let me show you what has been previously identified as

13  Exhibit 87, which is Supplemental B Committee Meeting

14  Minutes for October 7, 2010.  Are you there?

15  A     Yes.

16  Q     All right.  And so I presume then that JP Morgan was

17  also precluded from the meeting with Aurelius.

18  A     Yes.  They -- the minutes show that.

19  Q     All right.  Now, what do you remember about Aurelius's

20  presentation to the committee, which is described in Exhibit

21  87?

22  A     They said they would like to see a settlement, but

23  that the settlement that was on the table was not

24  acceptable, and they outlined or proposed alternative --

25  what I guess you would call an all-litigation plan that

1  would reserve all LBO-related causes of action to -- for a

2  litigation trust.

3  Q    Did they al -- I'm sorry, go ahead.

4  A    I'm sorry.  The same concept is the plan they

5  ultimately filed, the noteholder plan.

6  Q    I forgot to ask you this.  Do you know how it came to

7  be that Aurelius was meeting with the committee on October

8  7?

9  A    I believe they requested it.

10  Q    Did Aurelius also provide information about its

11  modeling of the litigation claims relative to the LBO

12  transaction?

13  A    Yes.

14  Q    And what did they say on that subject matter?

15  A    They said that they had worked out a model to evaluate

16  the claims and that they did this by using the sort of

17  seven-point probability scale that the examiner had assigned

18  to each claim, giving a numerical value to each of those

19  findings by the examiner and essentially multiplying the

20  probability times the value of the claim.

21  Q    And I should have done this a moment ago, but who was

22  there at this meeting on the 7th from Aurelius?

23  A    There were several people.  I think Mr. Brodsky led

24  the presentation.

25  Q    Okay.  And do you remember I talked about the August

1   19th meeting with Aurelius.

2   A      Yes.

3   Q      Who was the representative of Aurelius at that

4   meeting?

5   A      I believe Mr. Gropper.

6   Q      Now, let me turn you to the second page of Exhibit 87,

7   and you'll see the Roman Numeral 14 that is labeled Aurelius

8   Exposure Model.  Do you see that?

9   A      Yes.

10  Q      And the first sentence there says, quote, "Special

11  counsel described the Aurelius model," and then it goes on

12  to say, "See summary of Aurelius Exposure model dated

13  October 7, 2010, which has been posted to IntraLinks," end

14  quote.  Do you see that?

15  A      Yes.

16  Q      Is that an accurate statement of what happened after

17  Aurelius left?

18  A      Yes.  Zuckerman and Moelis told us that they had --

19  Q      Careful.  I'm sorry.  Go ahead.  I'm just worried

20  about privilege.  I didn't mean to step on you.  Go ahead.

21  A      Okay.  They told us that they had met with Aurelius --

22  Q      Oh, sorry.

23  A      -- to gain an understanding of the model and that they

24  were beginning to analyze it.

25  Q      And I apologize for stepping on your answer.  Did

1   Moelis and Zuckerman explain to the committee that they had

2   met, previous to this meeting, with Aurelius?

3   A     Yes.

4   Q     And do you know how many times they met or the tenor

5   of those meetings?

6   A     As of this meeting, I think they had met just the

7   once, the day before, but there were a number of other

8   meetings in this period.

9   Q     All right.  And when you say special counsel, who is

10  special counsel?

11  A     Zuckerman.

12  Q     And which was the counsel that was special on that

13  day?

14  A     Mr. Sottile.

15  Q     Now, look at the next -- look at the next paragraph,

16  if you will.  It says, quote, "The committee discussed the

17  Aurelius Exposure model and the appropriate settlement value

18  of the issues underlying the 2007 leveraged ESOP transaction

19  complaints," end quote.  Do you see that?

20  A     Yes.

21  Q     Is that accurate?

22  A     Yes.

23  Q     Now, let me ask you, did a subsequent mediation

24  session after the first session on September 27 result in a

25  proposed settlement that the committee did agree to support?

1  A     Yes.

2  Q     And when was the subsequent mediation session?

3  A     I believe it was the day after this meeting.

4  Q     October 8th, 2010?

5  A     Yes.

6  Q     And let me show you what has been marked as Exhibit

7  88, which is minutes from a meeting of October 9, 2010 of

8  the creditors' committee meeting.  And again, I'll kind of

9  move this along.  You were present at this meeting, right?

10  A     Yes.  The minutes confirm that I was present.

11  Q     All right.  And then let's turn to the second page of

12  this exhibit, Exhibit 88, and Roman Numeral III, Report on

13  Mediation.

14  A     Yes.

15  Q     And your counsel reported to you and advisors reported

16  to you on the mediation session that occurred on October

17  8th?

18  A     Yes.

19  Q     All right.  And, in fact, if you look at the next

20  page, in the middle of the sentence, it says, quote,

21  "Counsel provided a detailed review of the negotiation

22  process that unfolded at the mediation session on October

23  8th, 2010."  That's accurate, correct?

24  A     Yes.

25  Q     Now, let's go to the next page under Roman Numeral IV,

1 and you'll see it's called Aurelius Exposure Model.  Do you

2 see that?

3 A    Yes.

4 Q    And let me quote from it.  It says, quote, "The

5 committee continued its discussion from the October 7

6 committee meeting regarding the Aurelius Exposure model and

7 the appropriate settlement value of the issues underlying

8 the 2007 leveraged ESOP transaction complaints."  Did I read

9 that right?

10 A    Yes.

11 Q    Is that an accurate statement?

12 A    Yes.

13 Q    Now, who from the professionals spoke on the subject

14 matter of the Aurelius exposure model?

15 A    Mr. Sottile was still special, and I believe also Zul

16 Jamal.

17 Q    And again, remind everybody who Zul Jamal is.

18 A    He's from Moelis.

19 Q    All right.  And so Mr. Sottile and Mr. Jamal gave

20 presentations or continued the discussion of the Aurelius

21 model?

22 A    Yes.

23 Q    And it then lists on Page -- the next page, Committee

24 Vote on Proposed Settlement.  Do you see that?

25 A    Yes.

1  Q      Did the committee vote that day?

2  A      We did not.

3  Q      Why not?

4  A      I found Mr. Sottile's presentation quite complicated

5  and hard to absorb since it covered many causes of action

6  and had a lot of numbers, and I requested a written version

7  of his presentation so that I could be sure I understood it

8  before we voted.

9  A      And did you get such a written presentation from Mr.

10  Sottile?

11  A      We did later that night or earlier the next morning.

12  Q      And did you read it?

13  A      I did.

14  Q      Now, on October 10, 2010, let's look at Exhibit 89,

15  which is meeting minutes from October 10, 2010 and ask you,

16  sir, if you were present for this meeting on October 10,

17  2010 of the creditors' committee.

18  A      Yes, I was.

19  Q      And let me turn to the next page under Roman Numeral

20  II, Proposed Settlement.  The second bullet point there

21  says, "The committee discussed special counsel's

22  memorandum."  You see that?

23  A      Yes

24  Q      Is that an accurate statement?

25  A      Yes.

1    Q      And I think you said it, but special counsel's

2    memorandum was Mr. Sottile's memorandum.

3    A      Correct.

4    Q      And that was discussed at this meeting?

5    A      Yes.

6    Q      And after the considerations on October 10th, did the

7    committee reach a decision on the October settlement and

8    plan?

9    A      Yes, it did.

10   Q      And what was that decision?

11   A      We voted to support the plan.

12   Q      All right.  And by the way, on October 10th, did you

13   ask questions of Mr. Sottile?

14   A      I did.

15   Q      Did you personally vote in favor of approving the

16   settlement?

17   A      Yes, I did.

18   Q      Why?

19   A      I thought this was a fair settlement for -- in general

20   for the unsecured creditors.

21   Q      Did you have an understanding of the terms of the

22   October settlement?

23   A      Yes.

24   Q      And what's your knowledge of the terms of the October

25   settlement?

1  A    There was an initial consideration of $420 million for

2  the noteholders.  This was to be cash, not a strip.  The

3  unsecured creditors at the subsidiary level were restored to

4  full recovery.  The unsecured creditors at the parent level,

5  again, received treatment equivalent to the bonds, and the -

6  - it settled the claims against the banks and against the

7  arrangers for the step-two financing and preserved other

8  claims for the litigation trust.

9  Q    What specific legal claims will be held by the

10 litigation trust?

11 A    Claims against directors and officers, against Mr.

12 Zell and his companies, against advisors, against the

13 providers of the solvency opinion and against selling

14 shareholders at step two.

15 Q    And how will any recoveries from that trust be

16 distributed, to your understanding?

17 A    The terms of the agreement were that the first $90

18 million of recovery would go to the noteholders.  The next

19 20 million would repay the company for advancing the money

20 to conduct the litigation, and after that, it would be split

21 65 percent to the noteholders and 35 percent to the senior

22 lenders.

23 Q    Did the committee's counsel or advisors advise the

24 committee concerning the claims that were to be held by the

25 litigation trust?

1    A      Yes.

2    Q      And did they -- did the committee's counsel and its

3    advisors provide their views on the merits and general value

4    of those claims?

5    A      Yes.

6    Q      Did you have a view on the feature of the settlement

7    whereby the noteholders would receive their upfront

8    consideration in the form of cash rather than as a strip?

9    A      Yes, I did.

10    Q      And what was that view?

11    A      My view was that it was less desirable than a strip

12    because we believed the value of the company was increasing

13    at that time, so the strip would increase in value as the

14    value of the company increased.  Cash would not, although

15    the strip also could decrease in value if the company's

16    value decreased.

17    Q      And was the committee successful in trying to get a

18    strip for the settlement?

19              MR. FRIEDMAN:  Objection, Your Honor.

20              THE COURT:  Basis?

21              MR. FRIEDMAN:  Foundation as to what was said in

22    negotiations.

23              THE COURT:  Overruled.  You may answer if you're

24    able.

25    BY MR. MCCORMACK:

1  A    Yes.  We instructed our counsel to seek a strip until

2  the very last day, and they reported back and said we were

3  not successful in achieving that.

4  Q    And why did you vote for the settlement if it didn't

5  have a strip in it?

6  A    Because I thought it was fair overall.  I thought

7  compared to the April settlement, it would very likely

8  result in a better recovery for the noteholders because I

9  thought there was substantial value in the litigation trust

10  and because the noteholders got the lion's share of that

11  value.  And relative to the earlier October settlement, it

12  improved the position of the unsecured creditors at the

13  parent and subsidiary levels.

14  Q    After the committee voted to approve the October

15  settlement, did any additional parties join that settlement?

16  A    Yes, the bridge lenders.

17  Q    And do you know when they joined the October

18  settlement?

19  A    I don't recall the date, a few weeks later.

20  Q    Are you familiar with the terms under which the bridge

21  lenders agreed to join the settlement?

22  A    In general, yes.

23  Q    And what is your understanding of that?

24  A    That another $13 million would be provided to the

25  noteholders.

1    Q      Is it your understanding that the October settlement

2    has been incorporated into the so-called DCL plan of

3    reorganization that is the subject of this hearing?

4    A      Yes.

5    Q      And do you know when the DCL plan was filed with the

6    Court?

7    A      It was filed October 22nd.

8    Q      Did Aurelius agree to support the DCL plan?

9    A      No.  Aurelius filed its own plan.

10    Q      Are you familiar generally with the terms of the

11    noteholder plan?

12    A      Generally.

13    Q      And what is your general understanding?

14    A      Similar to the presentation Aurelius had given to the

15    committee.  This was a plan that reserved all of the

16    potential LBO claims for the litigation trust, and the

17    initial recovery for various categories was what I would

18    call a worst-case recovery, what they would get if their

19    category of creditor lost at every step of the litigation.

20    Q      Do you have an understanding as to how the guild would

21    be treated under the noteholder plan?

22    A      Yes.

23    Q      And what is that?

24    A      Our collective-bargaining agreement would be assumed.

25    Q      And can you compare that treatment to how the guild

1  will be treated under the DCL plan?

2  A    The DCL plan would also assume the collective-

3  bargaining agreement.

4  Q    Well, given that, did you favor the noteholder and DCL

5  plans equally?

6  A    No.

7  Q    Why not?

8  A    I thought the DCL plan was better for creditors for

9  the reason I described, that it was likely to lead to a

10  better recovery.  The pure litigation plan had -- could lead

11  to a much larger recovery, but it could also lead to a much

12  smaller one.

13  Q    Do you believe that the settlement incorporated in the

14  DCL plan is more or less favorable to the unsecured

15  creditors than the April plan would have been?

16  A    Yes.

17            THE COURT:  Which?

18  BY MR. MCCORMACK:

19  A    Which?

20  Q    Okay.  Do you --

21  A    I'm sorry.  It's the same for the --

22  Q    No.  Do you believe the settlement incorporated in the

23  DCL plan is more or less favorable to the unsecured

24  creditors than the April plan would have been?

25  A    For the parent and subsidiary unsecured creditors,

1    it's the same.

2    Q    What does the addition of the litigation trust mean

3    for recovery potentially for noteholders or others?

4    A    That the probability is that the recovery will be

5    larger than under the April plan.

6            MR. HURLEY:  Your Honor, may I interpose an

7    objection and a motion to strike?

8            THE COURT:  State the basis for your objection.

9            MR. HURLEY:  Your Honor, I took the deposition of

10   Moelis, who's the financial advisor for the committee.  We

11   tried to get information about work that they had done to

12   evaluate the litigation trust.  We were not allowed that

13   information based on instruction of work product and

14   attorney-client privilege.  This witness is not a lawyer.

15   This witness apparently wasn't even present for much of

16   these meetings, so I think the witness does not have the

17   foundation, and we were not allowed to explore in discovery

18   the topic that they're asking him to testify about.

19           THE COURT:  Mr. McCormack, any response?

20           MR. MCCORMACK:  I don't know what he's talking

21   about.  He's saying that the noteholder plan -- or rather

22   the noteholders, because of the litigation trust, are likely

23   to receive recoveries that they wouldn't have received under

24   the April plan that would have settled all those claims.

25           THE COURT:  And how would he know this?

1    MR. MCCORMACK:  He would know this from --

2  BY MR. MCCORMACK:

3  Q    Well, how would you know that?

4  A    The -- we received copies of the plans, and they were

5  described to us by counsel.

6  Q    And did you look in -- and did you look at the plans

7  themselves?

8  A    I did not look at the plan itself.

9    THE COURT:  I'm sorry.  Let me ask you to pause.

10    MR. MCCORMACK:  Yeah.

11    THE COURT:  The motion to strike is granted.

12    MR. MCCORMACK:  Okay.

13  BY MR. MCCORMACK:

14  Q    Well, compared to the April settlement, is the DCL

15  plan less favorable to anyone that you are aware of?

16  A    It's less favorable to the step-two arrangers who

17  provided $120 million to the settlement, and it's less

18  favorable to the potential detender [sic] -- defendants who

19  would have been released under the April plan.

20  Q    Now, let me turn your attention just briefly back over

21  to the chart that we've put in here today, and you'll see

22  that the top half of the chart shows some of the key events

23  that I described earlier and the dates on which they

24  occurred.  Each of the green dots on the bottom half of the

25  chart represents a committee meeting as reflected in the

1  minutes.  What, if anything, do you believe that this chart

2  shows?

3  A    I think it shows that the committee was quite

4  attentive to what was going on.  We met frequently, although

5  the chart doesn't show it.  We had lively discussions at the

6  meetings, and we pursued the claims and did our best to work

7  in the interests of unsecured creditors.

8  Q    You explained earlier that the committee had

9  obligations to all unsecured creditors.  In your view, have

10  the members of the committee fulfilled their obligations?

11            MR. FRIEDMAN:  Objection, Your Honor.

12            THE COURT:  I'll allow it.  You may answer, sir.

13  BY MR. MCCORMACK:

14  A    In my view, yes.

15  Q    And have you?

16  A    I believe I have.

17  Q    Why?

18  A    We met frequently.  We listened to discussion.  We

19  engaged expert advisors.  I tried to learn not only from our

20  advisors, but from the various constituents who came in and

21  spoke to us, and I learned a lot from the other committee

22  members who had substantial bankruptcy and legal experience,

23  and I -- so I think we gave consideration to all the

24  important information.  We weighed things carefully.  We

25  debated fully, and we did the best job we could.

1    Q      Now, you mentioned a moment ago that you had

2    conversations within the committee.  Wilmington Trust and

3    Deutsche Bank were on the committee, right?

4    A      Yes.

5    Q      And were they frequently participants in discussions

6    on all of these issues?

7    A      Oh, yes.  They were very vigorous advocates for their

8    point of view.

9    Q      And did you ask questions during the committee

10   process?

11   A      I did.

12   Q      Okay.  Does the committee support the DCL plan?

13   A      Yes.

14              MR. MCCORMACK:  No further questions, Your Honor.

15              THE COURT:  All right.  Who's going to cross

16   here?  Mr. Friedman?

17              MR. FRIEDMAN:  I am, Your Honor.

18              THE COURT:  How much time do you estimate you

19   will need on cross?

20              MR. FRIEDMAN:  I believe I can be done in an

21   hour.

22              THE COURT:  Okay.  Let's take a ten-minute break,

23   and we'll begin with cross.  We'll stand in recess.

24         (Recess from 4:47 to 5:03)

25              THE COURT:  Cross-examination.

CROSS-EXAMINATION

BY MR. FRIEDMAN:

Q    Good morning, Mr. Salganik.

A    Good afternoon, Mr. Friedman.

Q    I would like to make sure we're oriented in time
before I start asking you questions.  So we're going to
focus on the period after the April 2010 settlement and
plan.  You recall you gave testimony --

A    Yes.

Q    -- about the committee --

A    Yes.

Q    -- activity and the negotiations that occurred in that
time frame?

A    Yes.

Q    There was a settlement reached by certain parties in
the mediation initially in September that is sometimes
referred to as the first mediation settlement, correct?

A    Yes.

Q    And then there was a subsequent settlement in the
mediation in October that is sometimes referred to as the
second mediation settlement --

A    Yes.

Q    -- correct?

A    Yes.

Q    And you testified on direct examination with respect

1    to the terms of both those settlements, correct?

2    A    Yes.

3    Q    The second mediation settlement became embodied in

4    what is now referred to as the debtor creditor lender or DCL

5    plan, correct?

6    A    Yes.

7    Q    The committee of which you are a representative is a

8    proponent of that plan --

9    A    Yes.  We --

10    Q    -- correct?

11    A    Yes.  We're the C in the DCL.

12    Q    Okay.  And it is the committee position that the

13    settlement embodied in that plan is fair and equitable and

14    the product of arms length negotiation, correct?

15    A    Yes.

16    Q    You personally did not participate in the negotiations

17    leading to that settlement, correct?

18    A    I -- I attended the first mediation session, but other

19    than that I did not.

20    Q    Okay.  And other than your attendance at the first

21    mediation session, am I correct that counsel for the

22    committee engaged in the negotiations of the settlement on

23    behalf of the committee?

24    A    Yes.

25    Q    The negotiations were with the parties that are

1   sometimes referred to as the bank lenders or the LBO

2   lenders, correct?

3   A    Yes.  And -- and at various times with Centerbridge

4   and later Aurelius.

5   Q    Okay.  The bank lenders, as we refer to them in this

6   case, include Oaktree, Angelo Gordon and JP Morgan, correct?

7   A    Yes.

8   Q    You became aware in the course of your service as a

9   committee member that the negotiations were quite

10  contentious?

11  A    Yes.

12  Q    And did you become aware that Oaktree and the other

13  bank lenders were taking very aggressive positions in the

14  negotiations?

15  A    Yes.

16  Q    And am -- am I correct that the focal point of the

17  negotiations related to the claims and contentions of the

18  bank lenders on the one hand and the noteholders on the

19  other hand?

20  A    Yes.

21  Q    In other words the great contention and controversy

22  with the bank lenders was not what will be the resolution

23  for the union, for example.  Is that correct?

24  A    I'm sorry.

25  Q    Yes.  I'll --

1   A      I --

2   Q      -- back up and try to make that question more clear.

3          With respect to which the guild of which you are a

4   representative, there were collective bargaining agreements

5   that have been -- that will be assumed under the DCL plan,

6   correct?

7   A      Yes, and under the noteholder plan.

8   Q      And am I correct that in the committee's negotiations

9   with the bank lenders there was no great controversy over

10  whether the collective bargaining agreements would be

11  assumed?

12  A      Yes, you are correct.

13  Q      Was there great controversy in the negotiation with

14  the banks concerning the treatment for the retirees?

15  A      No.

16  Q      Okay.  And what about with respect to the treatment of

17  the general unsecured creditors at the subsidiaries?  Was

18  that a very contentious negotiation to your knowledge?

19  A      It was not.

20  Q      Okay.  And under the DCL plan the subsidiaries at the

21  -- I'm sorry -- the -- I'll -- I'll start the question

22  again.  I'm sorry.  Under the DCL plan the general unsecured

23  creditors at the subsidiaries will be paid in full, correct?

24  A      That's correct.

25  Q      And was there controversy in the committee's

1   negotiations with the bank concerning the treatment of

2   general unsecured creditors at the parent?

3   A    There was some discussion of the -- of the details,

4   but --

5   Q    But the real controversy and the heated negotiations

6   related to the banks on the one hand and the noteholders on

7   the other, correct?

8   A    Yes.  And to some extent the PHONES.

9   Q    Okay.  Do you know which counsel was the committee's

10  primary negotiator in the negotiations of the settlement

11  with the banks?

12  A    I believe Zuckerman and Chadbourne did that together.

13  Q    Okay.  And do you know who Ken Liang is?

14  A    I don't know his title, but he's an official with

15  Oaktree.

16  Q    Are you aware that committee counsel had extensive

17  negotiations with Oaktree as well as with the other bank

18  lenders?

19  A    Yes.

20  Q    Are you aware that Mr. Liang testified that the

21  committee's primary negotiator was Howard Seife?

22            MR. MCCORMACK:  Objection.  Foundation.

23            THE COURT:  Sustained as to form.

24            MR. FRIEDMAN:  Well, here.  Okay.

25  BY MR. FRIEDMAN:

1  Q    Mr. -- Mr. Liang testified -- was asked at his

2  deposition in connection with the settlement negotiations at

3  Page 83 of his deposition who spoke for the creditors'

4  committee and his answer was, "You know, primarily, Howard

5  Seife."

6       My question for you is whether you have any

7  information based on your service as a member of the

8  committee as to which of the committee lawyers was the

9  primary spokesperson for the committee in negotiations with

10 the banks?

11              MR. MCCORMACK:  Objection, Your Honor.  I -- I

12 stand only because there was a long spectrum of time and a

13 long series of negotiations that dealt with separate plans,

14 et cetera.  This seems to be an inchoate inquiry about an

15 uncertain period of time and -- and either everybody

16 understands that or it needs to be refined so that it's not

17 misleading.

18              THE COURT:  Condemn the time, Mr. Friedman.

19              MR. FRIEDMAN:  Okay.

20 BY MR. FRIEDMAN:

21 Q    Well, there were negotiations over an extensive period

22 of time, correct?

23 A    Correct.

24 Q    At any point along the spectrum of time when

25 negotiations were occurring do you understand that Mr. Seife

1  was the primary spokesperson for the committee in

2  negotiations with the banks?

3  A    It's not clear to me who was the primary spokesperson

4  at any given session, although there was a time, I believe

5  in September, where we approved a statement clarifying the

6  roles of the counsel -- or codifying, I should say.

7  Q    Am I correct that as you sit here you do not have any

8  knowledge as to which of the committee lawyers served as the

9  primary spokesperson for the committee in the negotiations

10  with the banks at any point in time?

11  A    Our instructions to the -- to our counsel as embodied

12  in the September statement were that Zuckerman was to take

13  the lead in negotiating with the banks.

14  Q    Based on your instructions to -- well, withdrawn.  And

15  prior to the September statement had the committee given any

16  instruction as to which of the law firms, Chadbourne,

17  Zuckerman should be the primary spokesperson in

18  negotiations?

19  A    I -- I understood the September statement to be not a

20  change in policy, but a codification of policy, writing down

21  what had been the practice.

22  Q    Was the Chadbourne firm authorized by the committee to

23  engage in negotiations itself with any of the bank lenders

24  not in the presence of the Zuckerman firm?

25  A    Zuckerman was to take the lead.  I don't -- I don't

1  know whether Chadbourne may have had conversations when

2  Zuckerman wasn't there.

3  Q    Would that have been consistent with the committee

4  authorization to its counsel for Chadbourne to have meetings

5  with, for example, JP Morgan's counsel or communications

6  with JP Morgan's counsel without the presence of Zuckerman?

7  A    As I recall the policy statement, it said Zuckerman

8  was to take the lead.  I don't think there was a specific

9  instruction saying Mr. Seife cannot speak unless someone

10 from Zuckerman was present.

11 Q    Okay.  Now am I correct that in the settlement that

12 was ultimately arrived at, the second mediation settlement,

13 that the committee achieved the objectives of certain of its

14 constituents?

15 A    Yes.

16 Q    And the objectives were achieved for the general

17 unsecured creditors at the subsidiaries, correct?

18 A    Yes.

19 Q    Because the objective there was to obtain one-hundred

20 cents on the dollar, correct?

21 A    Yes.

22 Q    And the committee achieved the objectives that were

23 established for the guild, of course, which was the

24 assumption of the collective bargaining agreement, correct?

25 A    Yes.

1    Q      And --

2    A      I mean, I think to -- to have overturned the contracts

3    would have required substantial legal hurdles.  So it was

4    never an issue and we did achieve it.  But I don't -- I

5    think it would have been difficult for them to do otherwise.

6    Q      Okay.  And am I correct that in terms of the back and

7    forth in the negotiations after the -- after the examiner

8    report came out, you do not have a recollection of what the

9    committee proposed to the bank lenders and what the bank

10   lenders proposed to the committee?

11   A      I'm sorry.  In what time period?

12   Q      I'm now focusing on the period of time after the

13   examiner report came out and the parties were engaged in

14   negotiations?

15   A      Right.  I -- there were a lot of proposals.  They

16   didn't lead to a settlement.  I don't' recall the proposals

17   in detail.

18   Q      Okay.  And this was a period of time, again, after the

19   examiner report came out when the committee was making

20   proposals to the bank lenders, correct?

21   A      Yes.

22   Q      And am I correct that you do not have a recollection

23   of any of the specific proposals that the committee made to

24   the bank lenders?

25   A      As a -- as an entire proposal I do not.

1   Q     Okay.  Am I also correct that you do not remember the

2   specific direction or guidance that the committee gave to

3   counsel as it proceeded into negotiations with the bank

4   lenders?

5   A     We gave guidance on a number of points.  We -- we did

6   seek to get full recovery for the unsecured creditors at the

7   subsidiary level.  We sought treatment for the unsecured

8   creditors at the parent level roughly equivalent to the

9   bonds, and we sought a higher recovery for the bonds and a

10  robust litigation trust.

11  Q     Okay.  Beyond what you have just testified, did you --

12  do you recall any direction or instruction that the

13  committee provided to counsel as to what it should demand

14  and propose in the negotiations with the bank lenders?

15  A     Yes.  We instructed the counsel to demand or propose a

16  strip for the -- for the bondholders.

17  Q     Okay.  You recall, as you testified earlier, that in

18  the April settlement the consideration for the bondholders

19  consisted of a strip that had a value of approximately 450

20  million?

21  A     Yes.

22  Q     $450 million, obviously.  Am I -- am I correct that in

23  the negotiations that occurred after the examiner report was

24  issued, you do not remember whether committee counsel was

25  instructed to seek more or less than 450 million as an

1  initial payment?

2  A    No.  I -- I think our focus on that at that time was

3  on the litigation trust and establishing that in a way that

4  would preserve as many claims as possible not grant releases

5  to parties not contributing to the settlement, and -- and to

6  distribute that in a way that would give more benefit to the

7  bondholders.

8  Q    Okay.  Let's just for the moment focus on the $450

9  million in consideration initial value that was provided

10 under the April plan.  You recall that number?

11 A    Yes.

12 Q    And my question to you is as you directed and guided

13 counsel after the examiner report was issued, did the

14 committee ever direct or guide counsel to seek a cash or

15 strip with value in excess of $450 million?

16 A    In excess of 450, not that I recall.

17 Q    Okay.  You testified earlier about your experience in

18 negotiations and collective bargaining, correct?

19 A    Yes.

20 Q    Would you agree with me that in any negotiation the

21 initial proposal by a party is of critical importance in

22 terms of where those negotiations end up?

23 A    Yes.

24 Q    Would you agree with me that it's very rare for a

25 party to achieve a result in negotiations that is better for

1  the party than its initial proposal?

2  A     Yes.

3  Q     Am I also correct that you do not remember what the

4  terms of the initial proposal after the examiner's report

5  that committee counsel was directed to make to the bank

6  group?

7  A     I -- I don't recall the detail.

8  Q     Okay.  Now you -- you testified with reference to the

9  April settlement and plan that Centerbridge was a party to

10  those negotiations, correct?

11  A     Yes.

12  Q     You testified that the validation or confirmation to

13  you concerning the fairness of the April settlement was the

14  involvement of Centerbridge and the fact that Centerbridge

15  as one sophisticated party was on the other side of the

16  bargaining table from the banks that were also sophisticated

17  parties, correct?

18  A     Yes.  I think I said it was confirmation.  I don't

19  know that I said it was the confirmation.

20  Q     I believe you said confirmation and validation.  Is

21  that correct?

22  A     Yes.

23  Q     Okay.  And I am correct that in connection with the

24  settlement ultimately supported by the committee in this

25  case there is no such confirmation or validation in the form

1  of a noteholder that played the role that Centerbridge

2  played in the April settlement.  Is that correct?

3  A    Yes.  A majority of the noteholders by number voted in

4  favor of the plan, but that -- that could not have been a

5  consideration in us supporting it because the voting

6  occurred after we supported it.

7  Q    Now when you say a majority of the noteholders in

8  numbers supported the plan, are you aware of the voting

9  results in terms of dollar amounts of the noteholders and

10 their support for the noteholder plan and the DCL plan?

11 A    Yes.  And I -- I don't know that I recall it exactly,

12 but in dollar amount it was overwhelmingly against,

13 something on the order of eighty or eighty-five percent.

14 Q    Maybe even ninety percent overwhelmingly in opposition

15 to the DCL plan?

16 A    Yes.

17 Q    That's in very sharp contrast to the noteholder

18 position with respect to the April settlement, correct?

19 A    Yes.

20 Q    Does that give you pause --

21 A    I don't know -- I don't know that I knew the voting

22 results of the April settlement.

23 Q    But you knew at the time of the April settlement that

24 the largest noteholder in dollar terms was a supporter of

25 the settlement and had participated in the negotiations and

1    had agreed to the settlement?

2    A     Yes.

3    Q     Whereas with respect to the ultimate October

4    settlement, you knew that the largest noteholder at the time

5    was vigorously opposed to the settlement?

6    A     Yes.

7    Q     And you now know that ninety percent of the

8    noteholders in dollar terms are opposed to the settlement

9    endorsed by the committee?

10   A     Yes, and roughly two-thirds in number terms were in

11   favor.

12   Q     Okay.  Now you testified on direct examination when

13   Mr. McCormack was questioning you about the terms of the

14   October settlement.  Do you recall that?

15   A     I do.

16   Q     And those terms involved a -- a payment by the bank

17   lenders of $420 million.  Is that correct?

18   A     Yes.

19   Q     Am I correct that when you compare the October

20   settlement to the April settlement from the perspective of

21   the bank lenders, the October settlement is more favorable

22   to them than the April settlement?

23   A     Yes.  And I believe it's more favorable to the

24   noteholders as well.

25   Q     And in simple terms, the reason why the October

1  settlement is more favorable to the bank lenders than the

2  April settlement is that under the October settlement the

3  bank lenders are paying 420 million, which is obviously less

4  than 450 million --

5  A    Yes, it is.

6  Q    -- and the bank lenders are receiving an interest in

7  the litigation trust which they did not have under the April

8  settlement, correct?

9  A    Yes.

10 Q    Okay.  The October settlement, obviously, was agreed

11 to after the examiner report was issued, correct?

12 A    Yes.

13 Q    You testified when Mr. McCormack was questioning you

14 that you read the summary and other parts of the examiner

15 report, correct?

16 A    Yes.  I read the -- the summary and the recovery

17 scenarios.

18 Q    Okay.  And you -- you recall that when you looked at

19 the examiner report, you saw that one of the findings by the

20 examiner was that a court is somewhat likely to find that

21 the Tribune entities incurred obligations and made transfers

22 in step two with actual intent to hinder delay and defraud

23 creditors?

24 A    Yes.  I remember that.

25 Q    Do you remember seeing that when you looked at the

1  report, correct?

2  A     Yes.

3  Q     And you recall you testified about this at your

4  deposition, you have an understanding as to what is meant by

5  "somewhat likely" when the examiner uses that term?

6  A     It means better than fifty-fifty.

7  Q     Okay.  So at the time of the October settlement, your

8  understanding was that the examiner had made a finding that

9  it was better than fifty-fifty; that the step two financing

10 would be found to be an actual fraudulent conveyance,

11 correct?

12 A     Yes.

13 Q     Okay.  And are you familiar with the terms of the

14 settlement that are embodied in that second mediation term

15 sheet for the bank lenders?

16 A     In general, yes.

17 Q     Okay.  And -- and what's your understanding of the

18 second -- second mediation term sheet, the October

19 settlement, as to what the bank lenders are paying or giving

20 up in settlement of the claims against them?

21 A     They're essentially giving up the $420 million as you

22 mentioned.  They're receiving releases for claims against

23 them, and they receive thirty-five percent of the litigation

24 trust after the initial 90 million is paid to the

25 noteholders and after the next 20 million is repaid to the

1  company for the expenses of the litigation.

2  Q     Now let -- let me ask you about the second mediation

3  settlement for a moment compared to the first mediation

4  settlement.  The first mediation settlement was one in which

5  the committee did not join, correct?

6  A     Yes.

7  Q     In the first mediation settlement there was an

8  agreement on the part of the bank lenders to pay $300

9  million in settlement of claims relating to step one.  Is

10  that correct?

11  A     It was in settlement of claims against the banks.  I'm

12  not sure whether it was all step one or included any step

13  two claims.

14  Q     Okay.  Well, let me ask -- let me ask you to take a

15  look at an exhibit.  This is Noteholder Exhibit 847, which

16  is also DCL Exhibit, I believe, 383 and 1005.  This is the

17  mediator's report in connection with the first mediation.

18  A     Yes.  This is the mediator's report.

19  Q     Okay.  Do you have that on the screen in front of you?

20  A     I have it on the screen, but I --

21  Q     Yeah.

22  A     -- can't see the type very well.

23         MR. FRIEDMAN:  May -- may we approach the

24  witness, Your Honor?

25         THE COURT:  You may.

1          THE WITNESS:  Thank you.

2   BY MR. FRIEDMAN:

3   Q     Okay.  So if -- if you look at Exhibit 847, you see

4   it's the one-page mediator report and then there's an

5   attached term sheet.

6   A     Yes.

7   Q     Do you see that?

8   A     I do see that.

9   Q     And you -- you read this mediator's report and term

10  sheet at the time that it was issued, September --

11  A     Yes, I did.

12  Q     -- September 28th, 2010?

13  A     I'm sorry.  Yes, I did.

14  Q     Okay.  And can -- can you look at this document and

15  tell me if I am correct that the settlement provided here is

16  a $300 million in cash for the senior noteholder claims from

17  the bank lenders and that it is not a settlement of the

18  claims against the step two lenders?

19  A     I see the 300 million and let me see about the

20  settlement.

21  Q     If you look up on the first page of the term sheet,

22  the box that refers to senior loan guarantee claims, you see

23  the second bullet point that says, "Step two senior loan

24  claims will not be allowed under the plan and shall be

25  subject to objection by the litigation trust."  Does that --

1  A      It says -- that's the third bullet point, but, yes.

2  Q      Oh, I see.  It's the -- sorry.  It's the third bullet

3  point in the first box --

4  A      Yes.

5  Q      -- and the second bullet point in the third box --

6  sorry -- and the second bullet point in the second box.  It

7  appears twice on the page.

8  A      Ah.

9  Q      You see that?

10 A      Yes.

11 Q      And does that refresh your recollection that the first

12 mediation settlement was a settlement for the step one

13 lenders, but not for the step two lenders?

14 A      Yes.

15 Q      And when we move to the second mediation settlement,

16 do you -- am I correct that the step two lenders are making

17 a payment of $120 million in settlement of the disgorgement

18 claims against those lenders?

19 A      I'm sorry.  Where -- where are you?

20 Q      Okay.  Sorry.  I see you're still looking at the

21 exhibit.

22 A      No.  This is --

23 Q      I'm now asking you a question about --

24 A      Yes.

25 Q      -- the second mediation term sheet --

1   A      Yes.

2   Q      -- which is the settlement that ultimately becomes

3   embodied in the DCL plan.

4   A      Yes.

5   Q      In -- in that settlement you recall that the amount of

6   the consideration for the noteholders from the banks goes

7   from the 300 million in the first mediation settlement to

8   420 million --

9   A      Yes.

10  Q      -- in the second mediation?

11  A      Yes.  And that the additional amount comes from the

12  arrangers.

13  Q      And the additional amount comes from the arrangers on

14  step two --

15  A      Yes.

16  Q      -- correct?

17  A      Yes.

18  Q      And that additional amount is in settlement of the

19  step two disgorgement claims.  Is that correct?

20  A      Yes.

21  Q      Okay.  And do you have an understanding as to what is

22  meant by the step two disgorgement claims?

23  A      I have a general or a lay understanding.

24  Q      Okay.  And -- and what's your understanding?

25  A      My understanding is that disgorgement means that they

1  have to return fees or payments that they received.

2  Q      And are you aware of the magnitude of the step two

3  fees and payments that were claimed to be subject to

4  disgorgement?

5  A      I -- I did not recall the number until your colleague

6  refreshed my recollection at my deposition and it was 300,

7  350 million.

8  Q      Yes.

9  A      Yeah.

10  Q     That -- that is the -- that's the correct number.  And

11  did you make a determination that the one-hundred-and-

12  twenty-million-dollar payment was a reasonable settlement of

13  the step two disgorgement claims?

14              MR. MCCORMACK:  Objection, Your Honor.  I -- this

15  -- this witness is being asked to break down pieces of a

16  settlement.  He's testified to it as a -- as a settlement

17  that was reached on mass and if he did reach that decision

18  he did it with privilege.  I would also argue on the grounds

19  that he shouldn't be disclosing privileged information.

20              THE COURT:  Overruled.  You may answer, sir, if

21  you are able.

22              MR. MCCORMACK:  Thank you, Your Honor.

23              THE WITNESS:  Yeah.  When each proposal or

24  settlement came to us, I evaluated it as a package.  To me

25  it's similar to a collective bargaining agreement.  Our

1  field members at *The Sun* will vote tomorrow night on a -- a

2  collective bargaining agreement extension that contains some

3  things the members will like and some things they won't

4  like, and they can't -- they can't modify one piece of it

5  and they can't necessarily say we got this part for that

6  part.

7  Q    At the time you decided to support the settlement

8  that's embodied in the second mediation term sheet, did you

9  actually compare the terms of the first mediation settlement

10 to the second mediation settlement?

11 A    Yes.

12 Q    And at the time you decided to support the second

13 mediation settlement, were you aware of the magnitude of the

14 step two disallowance claims?

15 A    We had advice as to the value of the settlement as a

16 package.  So I -- I don't know that I could have assessed

17 each piece and given you the value of each piece.

18 Q    All right.  Let me -- let me back up and ask a couple

19 of questions.

20      First, in connection with your evaluation of the

21 settlement embodied in the second mediator report, did you

22 give consideration to what would be the natural recovery for

23 the noteholders in the absence of any settlement?

24 A    Yes.  We were certainly informed about that.

25 Q    Okay.  Are you -- do you have an understanding of what

1    is meant by "natural recovery" when I use that term?

2    A    Yes.  Apart from the settlement what -- if -- if there

3    were no LBO claims, no -- no accusation of fraudulent

4    conveyance, what would they receive.

5    Q    Yes.  And do you have an understanding as to the

6    amount or magnitude of the noteholders' natural recovery at

7    the time of the second mediation term sheet?

8    A    I did and I'm not sure I recall the precise number,

9    but I remember it was somewhere on the order of sixty-five,

10   75 million.

11   Q    Okay.  And just to make sure we're all talking the

12   same language, when you looked at the amounts provided in

13   the first term sheet and the second term sheet -- we

14   referred to 300 million in the first term sheet, 420 million

15   in the second term sheet -- were you aware that those

16   numbers included the natural recovery for the noteholders as

17   well as additional amounts offered to be paid in settlement?

18   A    Yes.  We were aware of that.

19   Q    Okay.  So just to check the arithmetic, going back to

20   the first term sheet for the moment, would you agree that if

21   the natural recovery for the noteholders at that time was

22   $60 million, then the three-hundred-million-dollar figure in

23   that first term sheet would represent a settlement payment

24   of $240 million?

25   A    Yes.

1  Q    Okay.  Now were you aware at the time you were

2  considering the October settlement that there were both

3  disallowance and disgorgement claims against the step one

4  and the step two lenders?

5  A    Yes.

6  Q    And were you aware that the first mediation settlement

7  did not settle either the disgorgement claim or the

8  disallowance claim with respect to the step two lenders?

9  A    Yes.

10  Q    Did you give consider -- well, withdrawn.  And I

11  believe you testified that you understood the 120 million

12  additional consideration in the second term sheet to be in

13  respect of the step two disgorgement claim.  Is that

14  correct?

15  A    Yes.  And I'm -- I'm aware that it settled additional

16  step two claims as well.

17  Q    Okay.  Well, let me understand what you're saying.  At

18  the time that you decided to support the second mediation

19  term sheet, was it your understanding that the one-hundred-

20  and-twenty-million-dollar payment was in settlement of step

21  two disgorgement and disallowance claims?

22  A    I believe we did understand that.

23  Q    You knew at the time, as you testified a moment ago,

24  that the disgorgement claim against the step two lenders was

25  a three -- in the range of 315, $318 million?

1  A     I don't know that I had that number in October.  I --

2  I learned it or re-learned it at my deposition.

3  Q     Okay.  Were you aware in October of the magnitude of

4  the disallowance claims against the step two lenders?

5  A     Yeah.  I'm not -- I'm not sure that we -- we knew each

6  piece and the potential claim, but we had advice about the

7  overall fairness and value of the package being settled.

8  Q     You understood that your fiduciary duty at the time of

9  these settlement negotiations was to try to obtain the best

10 result possible for all of the constituents of the UCC,

11 correct?

12 A     Yes.

13 Q     And in the course of your efforts to fulfill your

14 fiduciary duty, did you make an effort to evaluate the value

15 of the claims against the step two lenders?

16 A     I made an effort to understand the value of the

17 settlement.

18 Q     Can you answer my question?

19 A     Did I ask about it piece by piece?  I didn't.  I

20 assume that if we're given advice, that the whole package is

21 fair.  I don't need to ask about each piece.

22 Q     You were aware at the time of the October settlement

23 that the examiner had expressed the opinion that it was

24 somewhat likely that the step two financing would be found

25 to be an intentional fraudulent conveyance, correct?

1          MR. MCCORMACK:  Objection, Your Honor.  Asked and

2     answered.

3          THE COURT:  Sustained.  And --

4          MR. FRIEDMAN:  Okay.

5          THE COURT:  -- let me ask you to pause there for

6     one moment.  Let's go off the record.  Nancy, will you push

7     some buttons?  Janet did hers.

8          (Off the record discussion)

9          MR. FRIEDMAN:  Okay.

10          THE COURT:  All right.  Sorry for the

11     interruption, Mr. Friedman.

12          MR. FRIEDMAN:  Okay.

13          THE COURT:  I wanted you to be as comfortable as

14     possible during your cross-examination.

15          (Laughter)

16          THE COURT:  I -- I appreciate that.

17     BY MR. FRIEDMAN:

18     Q     Okay.  I think the question I was about to ask you,

19     Mr. Salganik, was whether in light of the examiner's finding

20     -- withdrawn.  Sorry.  My question is whether you gave

21     consideration to whether the step two settlement embodied in

22     the October term sheet was reasonable in light of the

23     examiner's finding concerning the prospects for the

24     intentional fraudulent conveyance claim?

25     A     I gave consideration to whether the settlement as a

1   package was adequate for what it settled.

2   Q    At the time of the settlement that's embodied in the

3   second mediator report, you understood that the noteholders

4   wanted a strip rather than cash.  Is that correct?

5   A    Yes.

6   Q    At the time you decided to support that October

7   settlement, were you aware of the impact of Tribune's

8   enterprise value of the fairness of a settlement?

9   A    Yes.

10  Q    Okay.  And what was your understanding of the impact

11  of the enterprise value on the fairness of a settlement?

12  A    The enterprise value had increased, so if the

13  settlement had been in a strip, which included a percentage

14  of enterprise value in stock, that stock would be worth

15  more.

16  Q    Okay.  Stated in other terms, that as the enterprise

17  value increases, the value of the consideration for the

18  constituent receiving a strip is greater, correct?

19  A    Yes.  And as it decreases the value is less.

20  Q    And at the time of the October settlement your

21  understanding was that the enterprise value of Tribune was

22  increasing, correct?

23  A    That's correct.

24  Q    And am I correct that approximately ten days after the

25  October settlement the first version of the DCL plan was

1  filed and it reflected an increase in enterprise value from

2  a midpoint of 6.1 billion to a midpoint of 6.75 billion.  Is

3  that correct?

4  A    Yes.  I'm sorry.  You're asking me did I know that?

5  Q    My question is did you know that ten days after the

6  October settlement the first version of the DCL plan was

7  filed and it reflected that increase in enterprise value?

8  A    Yes, I did.

9  Q    Am I also correct that at the time you agree -- at the

10  time the committee agreed to the October settlement, the

11  committee was aware of the increase in enterprise value that

12  was reflected in the plan ten days later?

13  A    We had information from time to time about the

14  enterprise value from Moelis.  I'm not sure exactly what

15  number we had on what date, but we were aware that it had

16  increased since April.

17  Q    Did -- in connection with your decision to support the

18  October settlement, did you calculate what the value of a

19  strip would have been for the noteholders based on the then

20  enterprise value of Tribune?

21  A    I did not.

22  Q    Okay.  Did you give consideration to the percentage --

23  well, withdrawn.

24       Going back to the April plan, were you here during the

25  examination of Mr. Kurtz this morning?

1  A      I was not.

2  Q      Okay.  With respect to the April plan, were you aware

3  of what percentage of the banks' claim they were recovering

4  after the settlement?

5  A      I -- I was aware in April because we looked at term

6  sheets or summary sheets.  I don't recall the number.

7  Q      Okay.  And is it clear in your mind what I'm referring

8  to when I talk about a party's percentage recovery on its

9  claim?

10  A      Yes.

11  Q      Okay.  Did you consider at the time of the October

12  settlement whether the banks' percentage recovery on its

13  claim was greater or lesser compared to what its recovery

14  would have been under the April plan?

15  A      I -- I don't believe I did because what we were trying

16  to decide in voting on the October plan was whether that

17  plan was fair or, if not, whether we should proceed with a

18  litigation plan.

19  Q      Were you also trying to decide in the days and weeks

20  leading up to the October settlement what would be the best

21  possible strategy for obtaining the best possible

22  settlement?

23  A      Yes.

24  Q      Did you give consideration to the banks' percentage

25  recovery under the April plan or under subsequent proposals

1  as part of trying to formulate the best possible strategy?

2  A     Yes.  We gave some consideration to the -- to the

3  April plan.

4  Q     My -- my question was as a matter of negotiating

5  strategy did the committee look at how much greater the

6  banks' percentage recovery would be under the October

7  settlement compared to the April settlement?

8  A     Not that I recall.

9  Q     Okay.  You testified, when Mr. McCormack was

10  questioning you, about Aurelius's presence at committee

11  meetings, one in August, one in October.  Do you recall

12  that?

13  A     Yes.

14  Q     Okay.  Now, in fact, let me turn to the exhibit that

15  Mr. McCormack was asking you about.  Just bear with me half

16  a second.  First we have -- it's Noteholder Exhibit 806,

17  which is the same as DCL Exhibit 69.  Bear with me.  I may

18  have -- that's the right number.  Yes.

19           MR. FRIEDMAN:  Do we have a copy of it that we

20  can give him?

21           THE WITNESS:  That one I have a copy of.

22  BY MR. FRIEDMAN:

23  Q     Oh, you have that one right in front of you?

24  A     I have -- I have a notebook.  So --

25  Q     Okay.

1   A      -- 69?

2   Q      69.  It's the August 19, 2010 creditors' committee

3   telephonic meeting.

4   A      Yes.  I have it.

5   Q      And if you look at the -- it's the second bullet point

6   up from the bottom --

7   A      On the second page.

8   Q      -- on the second page.  It says that the:

9              "Aurelius stated that in light of the examiner's

10             report, the committee should not agree to a

11             settlement that decreases the initial

12             consideration to the unsubordinated bondholders

13             of Tribune to an amount that is less than that

14             provided in the debtors' original plan."

15             Do you see that?

16  A      I do.

17  Q      And am I correct that, in fact, Aurelius made that

18  statement at the meeting?

19  A      Yes.

20  Q      Okay.  All right.  Now I would like to shift to the

21  October meeting and I'll call your attention to what is

22  Noteholder Exhibit 860 and DCL Exhibit 87.

23  A      Okay.  I have it.

24  Q      Okay.  And if you look at the first page of that

25  exhibit and you look at the second bullet point under the

1  Aurelius presentation, you see that bullet point begins with

2  the words, "Aurelius stated."  Do you see that?

3  A      I do.

4  Q      And is that an accurate statement of what Aurelius

5  stated at the October 7, 2010 meeting?

6  A      Yes.  This is consistent with my memory of that

7  meeting.

8  Q      So it is accurate that Aurelius stated that they would

9  like to see a settlement of the LBO-related causes of

10 auction.  Is that correct?

11 A      Yes.

12 Q      And Aurelius also stated that, "Any settlement must be

13 grounded in a fair reading of the legal risks and a proper

14 analysis of the expected outcomes," correct?

15 A      Yes.

16 Q      And that's what Aurelius said?

17 A      Yes.  And I agree with that statement.

18 Q      Okay.  Aurelius, if you look at the sub-bullet point

19 under that, you see the statement, "Aurelius claimed that

20 the examiner's report was fundamentally good for all non-LBO

21 lenders and a fair settlement has to reflect the risks and

22 benefits for all parties."  Do you see that?

23 A      Yes.

24 Q      And did you agree with that statement by Aurelius?

25 A      Yes.

1   Q    Now at this meeting Aurelius explained the decision

2   tree or the model that it had developed, correct?

3   A    Yes.

4   Q    And the model -- and you -- you listened to the

5   presentation and you received additional information after

6   the presentation.  Is that correct?

7   A    Yes.

8   Q    Would you agree with me that the model represented a

9   thoughtful and thorough analysis and effort to value the

10  claims?

11  A    Yes.

12  Q    Do you recall that the model reflected an expected

13  value for the claims of $1.8 billion?

14  A    Yes.

15  Q    When Aurelius was at the meeting, was there any

16  discussion by committee members or committee representatives

17  concerning assumptions or procedures built into the model?

18  A    I -- I don't believe we asked any questions at that

19  meeting.

20  Q    Okay.  Are you aware that the committee's financial

21  advisor spent time discussing the model with Aurelius

22  representatives both before and after the meeting?

23  A    Yes.  Financial advisor and special counsel.

24  Q    Okay.  And are -- are you aware that the financial

25  advisor said to the -- withdrawn.  Are you aware that the

1    committee's financial advisor said to Aurelius that, in

2    substance, the model was good or a good way to look at the

3    claims?

4              MR. MCCORMACK:  Objection, Your Honor.

5    Foundation.

6              MR. FRIEDMAN:  I'll break it down.

7              THE COURT:  Okay.

8    BY MR. FRIEDMAN:

9    Q    Are -- are you aware of communications from the

10   committee's financial advisor to Aurelius concerning the

11   model?

12   A    No.  I mean, I know there were communications.  I

13   don't -- I don't know the substance.

14   Q    Did -- did the committee ever advise Aurelius of flaws

15   or infirmities in the model?

16             MR. MCCORMACK:  Objection, Your Honor.  What does

17   he mean by committee?

18             MR. FRIEDMAN:  I'll -- I'll break it down.

19   BY MR. FRIEDMAN:

20   Q    To your knowledge, Mr. Salganik, did any

21   representative of the committee ever communicate to Aurelius

22   flaws or criticisms with respect to the model?

23   A    As I said, I don't know what special counsel or the

24   financial advisors communicated to Aurelius.

25   Q    Now you testified a moment ago that you recalled that

1  the model resulted in a valuation of the claims at $1.8

2  billion, correct?

3  A     Yes.

4  Q     Did Aurelius ever say that they would refuse to settle

5  for less than $1.8 billion?

6  A     Not that -- not to my knowledge.

7  Q     To -- to your knowledge what Aurelius said is that

8  they were interested in settlement, correct?

9  A     Yes.  That's reflected in the minutes.

10  Q     And Aurelius said that the settlement should be

11  grounded "in a fair reading of the legal risks and a proper

12  analysis of the expected outcomes," correct?

13  A     Yes.

14  Q     Now when you decided that a settlement for the

15  noteholders of $420 million in cash plus a litigation trust

16  was a fair and reasonable settlement, were you taking into

17  account the $1.8 billion value reflected in the Aurelius

18  model?

19  A     I -- I was taking into the account the -- what we had

20  heard from Aurelius and other constituents and, also, what

21  we heard from our own professionals.

22  Q     In light of the Aurelius model and the inputs in that

23  model, can you explain to me how a settlement of $420

24  million is a fair and reasonable settlement of a claim that

25  has a value of $1.8 billion?

1      MR. MCCORMACK:  Objection, Your Honor.

2  Argumentative.

3      THE COURT:  Overruled.  You may answer, sir, if

4  you're able.

5      THE WITNESS:  I'm sorry.  What was the question?

6  BY MR. FRIEDMAN:

7  Q    The question was how did you reach the determination

8  that a four-hundred-and-twenty-million-dollar settlement

9  plus the litigation trust is a fair and reasonable

10  settlement with respect to claims that have a value, per the

11  Aurelius model, of $1.8 billion?

12  A    I determined that based on advice from counsel and the

13  financial advisors and discussion within the committee.

14  Q    Did there come a point prior to the October settlement

15  when the committee made the determination that it should

16  take the best settlement it could obtain for the noteholders

17  rather than litigating?

18  A    Prior to the October settlement?  No.  We were

19  prepared to litigate if we didn't consider that we had a

20  fair settlement.

21  Q    Okay.  At the time that you determined the October

22  settlement was fair, did you give consideration to how that

23  settlement would be evaluated if the enterprise value turned

24  out to be greater than the debtors were representing it to

25  be?

1    A    As I think I said, we -- we were aware that the value

2    was going up and we were aware that a strip would increase

3    in value if the enterprise value increased.

4    Q    Are -- are you aware that at the present time the DCL

5    plan proponents are saying that the value of the Tribune

6    enterprise is 6.75 billion?

7    A    I believe that's the number that was in the plan as

8    filed.

9    Q    Okay.  And are you aware whether or not the enterprise

10   value today is greater than 6.75 billion?

11   A    I'm not.

12   Q    Okay.  Are you aware of the enterprise value that has

13   been determined by Aurelius's expert in this case?

14   A    I am not.

15   Q    Okay.  Have you given consideration in connection with

16   your support of the DCL plan to what the natural recoveries

17   would be for Aurelius and other noteholders if the

18   enterprise value is greater than 6.75 billion?

19   A    What the natural recoveries would be if --

20   Q    If the --

21   A    -- if the enterprise --

22   Q    -- enterprise value is greater than 6.75 billion?

23   A    Not that I recall.

24   Q    Okay.  You would agree that as the enterprise value

25   goes up, the natural recovery for all constituents of the

1  UCC also goes up, correct?

2  A    Yes.

3  Q    Now I just want to go back once more briefly to the

4  examiner finding that you've testified about a little bit,

5  which is the finding concerning somewhat likely intentional

6  fraud at --

7  A    Yes.

8  Q    -- step two.  You recall that.  Did -- did you give

9  consideration to what the natural recovery would be for the

10 noteholders if that claim and that claim alone were

11 successful in litigation?

12 A    As I said, we evaluated the package and not individual

13 components.

14 Q    Am I correct, then, that you did not give

15 consideration to what the natural recovery would be for the

16 noteholders if that claim and that claim alone were

17 successful?

18 A    I -- I -- we had a lot of advice about claims, about

19 the value of claims and about the probability.  I don't

20 recall what -- what value was assigned to that claim in

21 particular.  But when we had a package before us, we asked

22 our professionals to evaluate the package.

23 Q    Okay.

24        MR. FRIEDMAN:  Your Honor, could I have sixty

25 seconds and then I may be done?

1              THE COURT:  You may.

2              MR. FRIEDMAN:  Thanks.

3              (Pause)

4              MR. FRIEDMAN:  Thank you, Your Honor.  No further

5    questions.

6              THE COURT:  Is there any other cross-examination?

7              (No audible response)

8              THE COURT:  Redirect.

9              MR. MCCORMACK:  Your Honor, I will be brief.

10                      REDIRECT EXAMINATION

11   BY MR. MCCORMACK:

12   Q    Mr. Salganik, do you recall Mr. Friedman asking you

13   several questions about the examiner's determination that --

14   that it was somewhat likely that there might be an

15   intentional fraudulent conveyance at step two of the

16   transaction?

17   A    Yes.

18   Q    And is it that finding that led, certainly in part, to

19   the creation of the litigation trust?

20   A    That was certainly a -- salient factor.

21   Q    And do you understand what claims will go into the

22   litigation trust?  I know he asked them earlier, but claims

23   against D&Os, correct?

24   A    Correct.

25   Q    Do you know whether or not there's a D&O policy in

1  place that covers the officers and directors during the

2  period of time that they served at Tribune, these officers

3  and directors who could conceivably be defendants in this

4  litigation trust --

5  A     Yes, I --

6  Q     -- claims?

7  A     -- do.

8  Q     And do you know how much that D&O policy is -- is

9  worth?

10 A     I -- I believe it's 200 million.

11 Q     And do you know what the value of payments made to

12 shareholders were at step two of the transaction?

13 A     I -- two, three, four million, somewhere in that

14 range.

15 Q     You mean billion?

16 A     Billion.  Yes.

17 Q     Two, three, or $4 billion.  And do you understand that

18 if there was an intentional fraudulent conveyance at step

19 two the trust will be able to pursue claims against those

20 shareholders?

21           MR. FRIEDMAN:  Objection, Your Honor.

22           THE COURT:  Response.

23           MR. MCCORMACK:  I don't think it's a good

24 objection.

25           THE COURT:  Sustained.

1        MR. MCCORMACK:  Oh, all right.

2        (Laughter)

3   BY MR. MCCORMACK:

4   Q    Are -- are you aware of the potential claims that

5   might be brought against shareholders in step -- that arise

6   out of the litigation trust from the step two determinations

7   by the examiner?

8   A    Yes.  We've had extensive reports and discussions on

9   potential claims against shareholders.

10  Q    All right.  And -- and just so I know, the face value

11  of those from your understanding is how much?

12  A    Well, I -- it's in the billions, but I -- two, three,

13  four billion, somewhere in that range.

14  Q    And do you know if -- if VRC is a potential defendant

15  that would be covered by the litigation trust?

16  A    Yes.

17  Q    Do you have any idea how much the claims against them

18  are worth?

19  A    I'm not sure whether the claim would only be for the

20  fee or whether there's some other claim against them.  And -

21  - and their fee, I remember, is one or two million.

22  Q    And what about the financial advisors, do you have a

23  sense of the payments that were made to the financial

24  advisors during the course of this transaction?

25  A    I know that payments were made to financial advisors.

1   I don't recall the number.

2   Q    All right.  And so is it the case, Mr. Salganik, that

3   if these step two claims are as strong as Aurelius believes

4   they are, they will have the chance to benefit from the

5   pursuit of those claims in this litigation trust?

6              MR. FRIEDMAN:  Objection.

7              THE COURT:  Well, I'll allow it.  You may answer

8   if you can, sir.

9              THE WITNESS:  Yes.  That's my understanding.

10              MR. MCCORMACK:  I have no further questions, Your

11   Honor.

12              THE COURT:  Recross?

13                    RECROSS-EXAMINATION

14   BY MR. FRIEDMAN:

15   Q    Just so we're clear, Mr. Salganik, the litigation

16   trusts that you are referring to does not include any of the

17   claims against the step one or step two lenders, correct?

18   A    That's correct.

19   Q    Am I also correct that to the extent the claims on

20   behalf of the litigation trust are successful, the step one

21   and step two lenders will be beneficiaries of those claims?

22   A    I'm sorry.  Could you ask that again?

23   Q    Yes.  In the event and to the extent that the

24   litigation trust claims are successful, the beneficiaries of

25   those claims include the step one and step two lenders?

1  A      Yes.

2  Q      Okay.

3          MR. FRIEDMAN:  Your Honor, I have no further

4  questions.  I do have one further thing for the Court.

5          THE COURT:  All right.  Are we finished with the

6  witness?

7          MR. FRIEDMAN:  Nothing from me.

8          THE COURT:  Thank you, sir.  You may step down.

9          Yes, Mr. Friedman.

10          MR. FRIEDMAN:  Based on the witness's testimony

11  concerning what he was advised by counsel and others, we

12  would move to strike the testimony he gave on direct

13  examination as to his statements concerning the fairness and

14  reasonableness of the settlement since his testimony as a

15  whole makes clear that he's been hearing advice and that his

16  testimony and opinion is simply based on what he has heard

17  from others, and the specifics of that have not been

18  provided to us.

19          THE COURT:  Any response?

20          MR. MCCORMACK:  Your Honor, I think that this

21  witness testified as to several subject matters and as to

22  several sources of information that he used to reach his

23  opinion, including information given to him by other

24  parties, including given -- information given to him by

25  Centerbridge, by Aurelius, by the lenders, by the debtors.

1   He testified to communications he had with other committee

2   members.  He testified to communications that he received

3   from counsel that were not privileged, included

4   communications regarding the status of the negotiations, the

5   positions that people were taking, et cetera.

6            And so for him to conclude that, taking all of

7   this information, including his advice from counsel, to

8   reach a conclusion that it was a reasonable and fair

9   settlement I don't see why that would be the subject of

10  being precluded.

11           THE COURT:  Well, it was a component, but plenty

12  of other testimony concerning other inputs, the motion is

13  denied.

14           MR. FRIEDMAN:  Thank you, Your Honor.

15           THE COURT:  Okay.  Now in terms of timing, will

16  someone give me a preview for tomorrow?

17           Mr. BENDERNAGEL:  Your Honor, Jim Bendernagel for

18  the debtors.

19           My sense is that we'll start out with the witness

20  from JP Morgan, Ms. Kulnis, and that she'll be followed by

21  Professor Black, and my guess is that that will take most of

22  the day and it's not inconceivable it could go into

23  Thursday.  The person that follows that is Professor

24  Fischel, after that is Mr. Mandava, which is a switch, which

25  we had told the noteholders about last week.  We've just

1  flopped or flipped the order of Mr. Mandava and Mr. Chachas.

2         THE COURT:  Okay.

3         MR. BENDERNAGEL:  And then Mr. Whittman.  My

4  understanding is that they're going to ask for Mr. -- Mr.

5  Whittman to testify about two, but not three of his expert

6  reports.  The other will be proffered, and then Mr. Dempsey

7  and I expect that Mr. Dempsey will be a proffer, and then

8  Mr. Hartenstein and at this juncture I think that would

9  complete the DCL proponents presentation.  Just in doing our

10  math, we sort of estimate that that will probably take us

11  into Monday, maybe into Tuesday, but we made good progress

12  today in the sense that we got through two witnesses, which

13  is better than getting through one witness.

14         But --

15         THE COURT:  Okay.  Thank you, Mr. Bendernagel.

16         We will resume at ten o'clock tomorrow and,

17  again, go to six or a little later depending on where a

18  break may fall.

19         I'll point out to the participants and attendees

20  that until -- until you leave, court staff and security must

21  hang around.  I'm free to go.  So I ask that you not linger

22  here, but find meeting rooms, hotel rooms or watering holes

23  elsewhere.  And I ask one further thing and that is with

24  respect to empty bottles and trash and other containers,

25  please leave no trace.

1          That concludes today's session.  Court will stand

2     adjourned.

3          MR. MCCORMACK:  Thank you, Your Honor.

4          MR. FRIEDMAN:  Thank you, Your Honor.

5        (Whereupon at 6:14 p.m., the hearing was adjourned)

6                      CERTIFICATION

7          I certify that the foregoing is a correct

8     transcript from the electronic sound recording of the

9     proceedings in the above-entitled matter.

10

11

12

13    Sherri Breach                    March 9, 2011

14    AAERT Cert. No. 397

15    Certified Court Transcriptionist

16

```
 1                              INDEX
 2                                                  Further
 3                  Direct   Cross   Redirect   Recross   Redirect
 4
 5  WITNESSES:
 6
 7  David Steven Kurtz    17      99       171       179
 8
 9  Marc Salganik        185     254       293       296
10
11
12
13
14
15
16  DCL EXHIBITS:                          Marked      Received
17
18   96-131  Meeting Agendas                197         197
19
20      181  Lazard Presentation 1/7/10     215         215
21      182  Senior Lenders Presentation 1/7/10 216     216
22      183  Centerbridge Presentation 1/7/10
23
24  185-209  Moelis Updates (12/2009-10/2010)  201      202
25
26  210-223 &
27  225-255  Alix Financial Reports
28           (12/2009-10/2010)                202         203
29
30      224  AlixPartners 4th quarter & 2009
31           Operating Reports                203         203
32
33
```

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **08-13141-kjc**(1) 1:5 | | **action**(28) 23:12 23:13 24:16 34:20 34:25 35:8 35:15 35:24 36:6 37:23 38:4 43:7 77:9 77:12 85:21 85:23 86:8 103:10 103:21 157:23 160:18 203:21 205:8 205:11 208:8 216:18 238:1 243:5 | | **after**(84) 19:17 25:16 26:2 33:2 33:3 52:16 59:9 61:2 62:14 74:11 74:14 74:20 82:12 98:12 102:9 115:20 125:19 128:16 133:10 135:14 135:16 136:1 136:4 136:7 136:9 137:19 140:23 141:9 141:10 141:15 141:19 141:20 142:18 142:24 143:15 157:20 158:5 172:8 186:21 193:2 193:5 199:12 199:23 204:6 205:10 205:16 216:1 216:25 218:7 219:22 222:3 223:23 224:8 224:11 224:23 225:1 225:5 233:21 236:5 237:3 239:16 240:24 241:3 244:6 245:20 247:14 254:7 262:7 262:7 262:12 262:18 263:23 264:13 265:4 266:6 268:11 269:24 269:25 280:24 281:5 282:4 286:5 286:22 297:24 | | **all**(188) 12:4 12:8 12:15 13:5 13:9 14:8 15:7 15:15 16:2 17:17 17:19 17:22 18:10 21:11 22:10 22:24 25:1 25:16 25:19 27:3 34:24 36:8 41:7 43:10 44:1 44:7 44:8 59:18 61:8 61:9 61:13 63:20 64:10 65:2 67:21 69:10 71:12 71:17 78:9 89:1 94:3 97:9 97:17 101:11 101:25 101:25 102:8 105:3 105:11 109:9 109:19 110:2 111:3 111:4 112:10 112:19 113:20 113:24 113:25 115:18 116:7 116:13 117:12 123:7 124:24 125:15 127:7 129:8 131:5 133:10 134:9 134:25 137:19 138:15 138:18 140:16 143:7 145:3 146:6 151:25 155:20 157:7 162:7 162:16 162:18 163:5 164:19 165:7 166:1 166:3 169:12 169:24 173:10 173:20 176:5 176:7 176:14 177:1 179:6 179:20 181:2 181:6 181:9 182:2 182:5 183:10 183:20 184:2 184:6 184:14 187:16 189:9 190:5 195:17 195:24 196:25 197:1 199:16 202:9 206:1 206:13 206:13 206:17 209:14 210:7 211:1 211:12 212:3 213:3 213:15 217:6 220:4 220:18 222:21 223:7 224:23 227:21 230:1 231:3 231:5 231:18 231:22 233:3 233:8 234:1 234:3 236:17 237:16 237:19 238:1 240:9 241:11 241:19 242:19 244:12 248:15 250:24 252:9 252:23 253:6 253:15 270:12 275:18 276:11 278:10 279:10 284:20 285:20 285:22 290:25 294:1 294:10 295:2 296:5 297:6 |
| **a.m**(2) 1:15 12:1 | | | | | | | |
| **abbruzzese**(2) 6:3 6:4 | | **active**(3) 42:15 64:19 66:19 | | **afternoon**(17) 13:8 63:19 97:10 98:3 98:4 102:21 103:2 103:3 166:5 166:8 166:9 170:17 179:17 180:8 184:19 184:20 254:4 | | | |
| **abetted**(1) 37:15 | | **activities**(5) 18:21 20:6 177:2 190:13 | | | | | |
| **abetting**(1) 37:16 | | **activity**(4) 21:9 64:13 222:12 254:12 | | **again**(23) 30:11 30:22 61:14 67:5 98:3 103:23 108:9 110:4 133:11 136:9 141:14 147:16 164:7 210:12 218:1 218:23 241:8 242:17 245:5 257:22 262:19 295:22 298:1 | | **all-litigation**(1) 237:25 |
| **abilities**(1) 61:9 | | | | | | **allegations**(3) 37:2 37:14 |
| **ability**(2) 40:24 94:22 | | **actual**(5) 18:21 20:6 177:2 190:13 216:25 218:7 219:22 222:3 223:23 224:8 | | | | **alleged**(5) 35:1 35:16 37:16 71:8 146:8 |
| **able**(15) 13:16 23:4 49:18 54:2 60:25 61:24 71:19 72:7 144:12 147:13 151:7 246:24 274:25 289:4 293:19 | | **actually**(25) 27:15 27:18 65:5 78:22 79:2 103:6 104:7 108:6 117:17 122:22 137:8 138:5 142:1 146:21 149:1 150:11 166:22 173:15 178:11 184:12 222:9 227:25 230:3 236:2 275:9 | | | | **allinson**(1) 2:36 |
| | | | | | | **allison**(1) 7:36 |
| **aborted**(1) 178:16 | | | | **against**(63) 23:3 37:9 37:14 40:19 51:15 69:7 76:16 80:25 83:14 83:14 86:3 86:11 86:15 86:16 86:17 92:15 99:8 102:6 103:17 104:4 120:17 121:17 129:15 155:2 168:6 168:10 168:18 169:3 169:7 192:12 203:21 205:8 205:13 208:8 209:4 209:5 209:14 230:20 236:19 245:6 245:6 245:11 245:11 245:12 245:12 245:13 266:12 269:20 269:22 270:11 271:18 272:18 277:24 278:4 278:15 292:23 293:19 294:9 294:17 294:20 295:17 | | **allocated**(1) 101:12 |
| **about**(162) 12:7 12:10 13:21 15:8 20:13 22:14 23:10 26:3 26:11 33:22 35:18 35:22 36:9 38:23 42:14 43:23 43:23 46:6 48:5 49:3 56:20 56:23 59:4 59:12 60:5 65:1 65:16 71:25 73:18 78:5 78:11 78:23 80:15 80:20 83:18 86:21 90:19 95:11 95:24 97:13 98:21 99:15 100:8 100:13 109:15 110:7 113:9 115:1 115:8 116:3 117:24 118:2 118:10 118:17 122:3 122:11 122:20 122:25 125:23 130:14 131:12 133:24 140:17 141:14 141:18 142:4 143:18 145:4 146:3 146:9 146:22 148:20 149:18 150:4 150:21 151:7 154:8 154:23 157:8 158:23 159:4 166:11 166:12 166:17 167:1 167:6 168:24 169:7 171:14 171:15 171:21 172:2 173:2 175:1 176:14 178:18 179:1 179:20 179:25 180:3 180:3 181:13 181:23 183:13 183:24 184:12 185:24 186:1 186:4 191:24 194:22 196:8 198:6 198:23 200:12 207:22 213:4 219:15 219:17 222:2 222:21 223:2 226:15 227:9 228:16 228:21 234:13 235:17 237:19 238:10 238:25 239:20 250:11 250:18 250:21 254:10 257:16 259:14 264:17 267:13 269:3 270:2 271:19 272:23 275:24 278:6 278:19 278:21 281:13 282:8 283:10 283:15 291:4 291:18 291:18 291:19 292:13 294:22 297:25 298: | | **adam**(1) 3:48 | | | | **allow**(5) 12:22 70:8 78:5 252:12 295:7 |
| | | **adams**(1) 2:46 | | | | **allowed**(9) 12:20 12:21 78:6 94:23 102:6 197:2 250:12 250:17 271:24 |
| | | **addition**(10) 18:22 28:7 34:9 82:22 83:17 91:6 91:12 91:13 155:24 250:2 | | | | |
| | | | | | | **almost**(5) 14:25 101:4 104:20 191:4 205:22 |
| | | **additional**(18) 12:12 12:22 69:6 82:4 82:8 199:2 203:19 204:12 204:14 204:16 247:11 273:11 273:13 273:18 276:17 277:12 277:15 286:5 | | | | **alone**(4) 29:8 69:21 291:10 291:16 |
| | | | | **agenda**(1) 195:20 | | **along**(8) 43:17 48:21 126:5 182:3 195:12 215:23 241:9 259:24 |
| **above-entitled**(1) 299:9 | | | | **agendas**(4) 195:21 196:3 196:8 300:18 | | |
| **absence**(1) 275:23 | | **address**(2) 12:5 15:1 180:23 | | **agent**(2) 76:17 104:24 | | **alongside**(1) 116:25 |
| **absent**(1) 150:19 | | **addressed**(2) 13:7 218:9 | | **aggregate**(2) 90:15 99:5 | | |
| **absolutely**(5) 82:2 96:9 124:12 135:21 | | **addressing**(1) 174:23 | | **aggressive**(8) 132:15 132:17 132:24 132:25 133:2 133:3 142:9 256:13 | | **already**(12) 12:20 13:13 124:3 135:2 152:24 153:5 169:16 169:17 183:5 |
| **absorb**(1) 243:5 | | **adelman**(2) 3:13 8:39 | | | | |
| **abut**(1) 68:13 | | **adequate**(1) 280:1 | | **ago**(16) 31:16 35:18 72:24 82:10 99:21 100:8 111:6 196:8 196:21 212:4 221:20 222:22 238:21 253:1 257:23 262:17 | | |
| **academic**(1) 138:16 | | **adjourn**(2) 299:2 299:5 | | | | **also**(78) 15:24 18:23 21:14 25:17 28:8 28:24 36:12 37:13 39:25 40:23 42:21 43:2 45:18 51:24 53:4 55:13 64:14 65:20 67:1 70:5 70:12 87:1 96:4 96:15 101:17 106:13 109:18 110:25 116:15 117:4 119:3 120:16 131:17 135:3 161:14 167:5 167:10 176:13 183:4 184:10 187:24 189:13 191:5 192:25 197:25 198:6 198:10 199:22 201:12 202:4 202:14 205:20 205:23 207:10 207:12 216:2 223:13 224:20 228:21 235:4 237:7 237:17 238:10 242:15 246:15 249:2 249:11 263:1 265:3 265:16 270:16 274:18 281:9 282:20 285:12 288:20 291:1 295:19 |
| **accept**(3) 58:14 125:8 236:25 | | **adjust**(1) 180:17 | | | | |
| **acceptable**(5) 53:18 164:4 164:8 164:15 237:24 | | **adler**(1) 4:50 | | **agree**(26) 38:24 74:12 96:7 100:10 101:2 113:23 114:7 119:14 135:11 138:11 155:8 157:10 173:9 175:24 236:25 240:25 248:8 264:20 264:24 276:20 281:9 284:10 285:1 285:24 286:8 290:24 | | |
| | | **admissibility**(1) 214:14 | | | | |
| **accepted**(3) 73:16 131:5 215:10 | | **admissible**(2) 182:3 182:13 | | | | |
| **access**(4) 196:25 197:2 228:6 228:7 | | **admission**(1) 181:14 | | **agreed**(14) 12:21 25:22 60:11 79:8 84:1 84:12 112:19 174:8 194:21 218:17 247:21 267:1 268:10 281:10 | | **alternative**(4) 7:8 7:9 165:22 237:24 |
| **accompanied**(2) 149:9 191:5 | | **admitted**(10) 25:22 144:23 196:16 201:2 201:5 202:10 202:25 214:22 215:11 216: | | | | **alternatives**(3) 23:18 27:5 172:22 |
| **accomplish**(4) 61:23 61:24 115:16 208:12 | | | | | | **although**(5) 49:12 74:12 246:14 252:4 |
| **accomplished**(5) 21:19 159:21 160:3 | | | | **agreeing**(1) 155:15 | | **alvarez**(1) 7:36 |
| **accorded**(2) 40:7 40:16 | | **advance**(5) 30:13 195:17 195:22 224:13 224:21 | | **agreement**(37) 6:43 12:16 31:19 33:19 50:8 50:10 51:13 53:12 79:22 81:9 82:21 98:10 98:14 98:17 130:18 130:23 130:24 136:5 137:9 137:12 137:14 137:18 139:17 138:3 179:20 179:22 189:13 218:25 219:1 236:16 245:17 248:24 249:3 261:24 270:8 274:25 275:2 | | **always**(8) 19:19 65:11 65:11 74:12 110:9 121:20 125:13 217:24 |
| **according**(1) 195:5 | | | | | | |
| **accordingly**(1) 82:6 | | **advancing**(1) 245:19 | | | | |
| **account**(5) 36:17 51:23 83:21 288:17 | | **advantage**(1) 21:10 | | | | **amanda**(1) 3:6 |
| **accurate**(7) 239:16 240:21 241:23 242:11 243:24 285:4 285:8 | | **advice**(9) 188:16 221:13 275:15 278:6 278:20 289:12 291:18 296:15 297:7 | | | | **america**(3) 7:13 7:19 83:23 |
| | | | | | | **americas**(2) 5:8 5:46 |
| **accurately**(2) 192:23 193:24 | | **advise**(4) 61:18 205:24 245:23 287:14 | | **agreements**(5) 44:5 187:20 187:20 257:4 257:10 | | **amit**(1) 6:35 |
| **accusation**(1) 276:3 | | **advised**(6) 18:24 89:12 200:3 200:4 220:24 296:11 | | | | **among**(4) 36:3 43:25 51:10 82:5 82:8 153:4 188:9 220:15 225:11 |
| **accusations**(1) 47:24 | | | | **ahead**(9) 71:12 80:25 147:7 164:14 183:11 220:12 238:3 239:19 239:20 | | |
| **accusing**(1) 147:5 | | **advising**(3) 199:6 205:17 214:6 | | | | |
| **achieve**(2) 262:4 264:25 | | **advisor**(10) 86:19 145:13 200:2 201:10 250:10 286:21 286:23 286:25 287:1 287: | | | | |
| **achieved**(3) 261:13 261:16 261:22 | | | | **aided**(1) 167:15 | | |
| **achieving**(2) 172:11 247:3 | | **advisors**(13) 27:7 27:12 29:6 36:15 37:16 86:16 191:13 196:21 197:7 197:10 197:14 197:17 199:1 199:3 207:8 217:6 224:5 224:18 227:5 241:15 245:12 245:23 246:3 252:19 252:20 287:24 289:13 294:2 294:24 294:25 | | **aiding**(1) 37:16 | | |
| **acquired**(2) 29:2 30:6 | | | | **akin**(2) 2:43 8:32 | | |
| **acquisition**(3) 23:14 29:3 51:15 | | | | **aleine**(1) 5:19 | | |
| **acrimony**(1) 48:2 | | | | **alix**(5) 199:3 199:22 201:11 202:1 300:27 | | |
| **across**(2) 40:20 209:7 | | **advisory**(1) 28:2 | | **alixpartners**(6) 191:12 199:20 201:9 201:15 202:18 300:30 | | |
| **act**(1) 104:23 | | **advocate**(1) 132:16 | | | | |
| **acted**(3) 27:23 132:8 132:13 | | **advocates**(1) 253:7 | | | | |
| | | **aert**(1) 299:14 | | | | |
| | | **affirmative**(2) 54:3 55:16 | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **amount**(28) 22:20  23:5  28:10  34:6  34:8 42:17  59:23  61:20  64:13  68:25  69:6  70:1 84:2  89:5  90:16  90:24  99:5  121:21  122:3 219:9  226:10  266:12  273:5  273:11  273:13 273:18  276:6  284:13 | | **and**(301) 67:24  68:5  68:13  68:16  68:19 68:23  69:8  69:11  69:15  69:22  69:25  70:5 70:6  70:9  70:11  70:14  70:19  71:1  71:8 71:20  71:20  71:22  71:25  72:3  72:9  73:12 74:5  75:1  75:5  75:9  75:10  76:3  76:4  76:5 76:8  76:17  76:21  76:23  77:4  77:9  77:14 78:1  78:2  78:2  78:11  78:16  78:23  79:6 79:11  79:12  79:19  80:6  80:14  80:25  81:1 81:4  81:13  81:15  81:24  82:5  82:5  82:7 82:14  82:17  82:20  82:21  82:23  83:1  83:3 83:6  83:8  83:13  83:15  83:22  83:24  83:24 84:5  84:9  84:11  84:14  84:15  84:18  85:1 85:2  85:12  85:15  85:17  85:23  86:2  86:11 86:13  86:13  86:15  86:17  86:21  87:1  87:3 87:12  87:20  88:7  88:7  88:12  88:14  88:16 88:17  88:19  88:21  89:2  89:4  89:12  89:14 89:23  89:24  90:2  90:4  90:10  90:12  90:17 90:21  91:2  91:3  91:3  91:5  91:16  92:3 92:3  92:6  92:21  92:23  93:9  93:11  93:12 93:13  93:18  93:19  93:20  94:2  94:4  94:5 94:14  94:18  94:20  94:22  95:7  95:13  95:1 95:13  95:14  95:16  95:23  95:25  95:25  96:3 96:4  97:2  97:10  98:16  98:20  98:23  98:24 99:2  99:10  99:24  99:24  99:25  100:7 100:25  101:1  101:7  101:11  101:17  101:18 102:11  102:4  102:8  102:9  104:23  105:3 105:7  105:17  105:19  105:22  105:23  106:3 106:11  106:16  106:17  107:1  107:5  108:2 108:5  108:6  108:23  109:4  109:11  109:14 109:18  110:4  110:12  110:15  110:25  111:5 111:20  112:3  112:7  112:9  112:17  113:9 113:20  114:5  114:25  115:13  116:6  116:9 116:16  117:1  117:1  117:3  117:12  118:1 118:7  118:8  118:11  118:18  119:7  119:25 120:19  121:5  121:10  121:11  122:3  122:8 122:9  123:4  123:12  123:14  123:20  124:6 124:7  124:10  124:13  124:13  124:17  124:2 125:2  126:13  126:16  126:25  127:2  127:3 127:5  127:8  127:17  128:10  129:7  129:11 129:15  130:1  130:4  130:7  130:17  130:18 131:2  131:22  132:15  133:1  133:6  133:13 133:20  134:5  134:17  134:21  135:14  135:1 135:20  136:7  136:9  136:13  136:15  136:1 136:18  136:23  137:16  137:18  137:18 137:24  138:1  138:11  138:15  138:18  138:2 139:12  139:13  139:16  139:18  139:19 139:25  140:2  140:5  140:8  140:18 | | **and**(301) 141:2  141:4  141:8  141:18  141:23 142:7  142:21  143:1  143:9  143:10  143:20 144:3  144:4  144:10  144:13  144:22  144:22 145:5  145:6  145:10  145:11  145:15  145:18 145:20  146:2  146:12  146:12  146:15  146:1 146:22  147:3  147:5  147:6  147:7  147:10 147:13  147:18  147:25  148:1  148:19  148:2 149:6  149:7  149:20  150:18  151:3  151:9 151:17  151:19  151:20  151:22  151:23  152:5 152:7  152:16  152:20  152:24  153:8  154:8 154:10  154:13  154:16  155:1  155:25  156:1 156:20  157:10  158:12  159:14  159:15 159:17  159:20  160:4  160:7  160:20  160:24 161:1  161:6  161:8  162:12  162:18  163:10 163:13  163:20  163:23  164:4  165:5  165:22 166:6  166:13  166:15  166:16  166:16  166:20 166:21  166:22  166:24  166:25  166:25 167:1  167:1  167:6  167:10  167:13  167:15 169:5  169:18  169:23  170:2  170:3  171:4 171:12  171:16  171:18  172:4  172:12  172:1 172:22  173:8  173:12  174:6  174:8  174:15 174:20  175:4  175:11  175:17  175:24  176:2 176:6  176:7  176:13  176:17  176:21  176:22 176:23  177:1  177:1  177:5  177:8  178:8 178:17  179:16  179:20  180:2  180:3  180:9 180:17  180:17  180:22  180:24  181:6  181:7 181:19  182:14  182:16  182:21  183:4  183:1 183:6  183:10  183:11  183:14  183:16  184:1 184:8  184:23  185:7  185:7  185:10  185:13 185:15  185:21  186:1  186:9  186:13  186:19 187:4  187:4  187:6  187:17  187:14  187:24 188:4  188:5  188:5  188:7  188:13  188:13 188:13  188:15  188:16  188:16  189:4  189:1 189:16  189:16  190:4  190:5  190:16  190:19 190:22  191:3  191:16  191:18  191:11  191:12 191:12  192:20  192:22  192:25  193:6  193:8 193:11  193:14  193:17  194:5  194:6  194:7 194:11  194:11  194:12  194:18  194:24  195:2 195:10  195:11  195:13  195:21  196:7  196:9 196:16  196:25  197:7  197:7  197:10  197:13 197:17  197:23  197:24  198:1  198:5  198:6 198:9  198:9  198:17  198:21  198:25  199:2 199:3  199:3  199:4  199:8  199:10  199:13 199:14  199:16  199:18  199:20  199:20 199:23  200:5  200:5  200:14  200:14  200:19 200:22  200:22  201:12  201:13  201:15 201:18  201:21  202:9  202:11  202:16  202:1 202:19  203:3  203:18  203:21  203:23  204:2 204:6  204:14  204:15  204:22  204:24  205:8 | | **and**(301) 205:10  205:12  205:14  205:20 205:23  206:13  207:2  207:3  207:6  207:7 207:8  208:2  208:5  208:9  208:14  208:17 208:18  208:22  209:1  209:1  209:5  209:7 209:7  209:12  209:16  210:12  210:12  210:18 210:20  210:21  210:22  211:7  211:16 211:22  211:25  212:3  212:5  212:8  212:10 212:20  212:23  212:25  213:2  213:6  213:17 213:25  214:2  214:4  214:8  215:3  215:5 215:14  215:19  215:20  215:24  216:13 216:14  216:16  216:16  216:17  216:20 216:22  217:3  217:5  217:6  217:10  217:10 217:10  217:17  217:17  217:22  218:1  218:9 218:11  218:12  218:14  218:19  218:21 218:23  218:25  219:2  219:3  219:8  219:20 220:2  220:16  220:24  221:3  221:6  221:8 221:11  221:12  221:13  221:15  221:17 221:18  221:18  222:3  222:6  222:9  222:15 222:16  222:19  222:21  223:4  223:10  223:13 223:15  223:17  223:19  224:1  224:5  224:5 224:10  224:10  224:12  224:17  224:18 224:18  224:20  225:3  225:13  225:17  226:4 226:7  226:14  226:17  227:2  227:10  227:11 227:15  227:19  227:21  228:19  228:21 228:21  228:23  229:3  229:3  229:14  229:20 230:17  231:3  231:5  231:12  231:14  231:18 231:25  232:5  232:17  232:20  233:3  233:14 233:17  233:18  233:20  233:24  234:4  234:6 234:8  234:10  234:13  234:16  234:19  234:21 234:21  234:24  235:2  235:7  235:8  235:11 235:13  235:15  235:15  235:20  235:22 235:24  236:10  236:13  236:15  236:18 236:20  236:21  236:23  237:6  237:16  237:24 238:14  238:16  238:19  238:21  238:25 239:7  239:10  239:11  239:18  239:23  239:25 240:1  240:4  240:9  240:12  240:17  241:2 241:6  241:8  241:11  241:12  241:15  241:15 241:19  242:1  242:4  242:6  242:15  242:17 242:19  242:19  242:23  243:5  243:6  243:6 244:6  244:7  244:10  244:12  244:24  245:5 245:6  245:7  245:11  245:12  245:13  245:15 245:20  245:21  246:2  246:2  246:3  246:10 246:17  247:2  247:2  247:4  247:10  247:11 247:13  247:17  247:23  248:5  248:13  248:16 248:23  248:25  249:4  249:25  250:7  250:13 250:17  250:25  251:4  251:6  251:6  251:17 251:21  251:23  252:6  252:6  252:15  252:20 252:21  252:22  252:23  252:25  253:2  253:5 253:9  253:23  254:7  254:12  254:19  254:25 255:12  255:13  255:13  255:20  256:3  256:3 256:4  256:6  256:12  256:12  256:16  256:17 256:18 |
| **amounting**(1) 84:4 | | | | | | | |
| **amounts**(7) 36:14  37:19  93:18  98:24  266:9 276:12  276:17 | | | | | | | |
| **analyses**(1) 197:16 | | | | | | | |
| **analysis**(13) 27:10  29:8  41:3  41:15  41:23 70:23  105:25  106:4  106:8  185:8  285:14 286:9  288:12 | | | | | | | |
| **analyze**(5) 111:3  200:7  216:20  217:8 | | | | | | | |
| **analyzed**(2) 28:1  201:14 | | | | | | | |
| **analyzing**(1) 23:2 | | | | | | | |
| **and**(301) 12:11  12:12  12:14  12:18  12:19 12:20  12:22  13:12  13:14  13:15  13:17 13:25  14:15  14:15  14:22  15:7  15:10  15:12 15:22  15:25  16:14  16:15  16:17  16:20 16:21  16:25  17:3  17:8  17:10  17:13  17:15 17:16  17:17  17:20  17:22  17:24  18:1  18:4 18:7  18:8  18:14  18:19  18:24  19:1  19:5 19:8  19:12  19:13  19:19  20:1  20:5  21:2 21:6  21:7  21:11  21:15  21:22  22:1  22:3 22:9  22:11  22:12  22:14  22:15  22:16  22:22 22:25  23:1  23:4  23:7  23:10  23:11  23:12 23:22  24:8  24:12  24:13  24:14  24:19  24:20 25:4  25:16  26:3  26:12  26:13  26:15  26:21 26:25  27:6  27:6  27:7  27:11  27:12  27:21 27:23  28:3  28:14  28:16  28:17  28:21  29:7 29:8  29:12  29:18  30:2  30:12  31:10  31:11 31:19  32:3  32:15  32:19  32:20  32:23  32:2 32:25  33:14  33:17  33:19  33:24  34:11 34:25  35:21  35:23  36:9  36:10  36:11  36:1 36:15  37:3  37:6  37:7  37:9  37:12  37:13 37:13  37:15  37:16  37:18  37:20  38:1  38:2 38:6  38:13  38:14  38:21  39:16  39:23  40:1 40:6  40:14  40:19  41:7  41:11  42:5  42:11 42:11  42:20  43:1  43:10  43:12  43:19  44:2 44:8  44:10  44:11  44:22  44:23  45:2  45:2 45:4  45:5  45:22  45:23  46:1  46:2  46:6 46:10  46:12  46:14  46:25  47:9  47:10  47:1 47:14  47:21  47:22  47:25  48:2  48:4  48:8 48:10  48:10  48:13  48:15  48:22  48:24  49:3 49:7  49:11  49:15  49:16  49:19  50:7 50:9  50:18  50:21  51:4  52:3  52:4  52:7 52:9  52:17  52:24  53:7  53:10  53:12  53:18 53:20  53:23  54:6  54:14  54:16  54:18  54:18 54:25  55:12  56:2  56:2  56:4  56:6  56:7 56:8  56:14  56:16  56:19  56:22  57:1  57:4 57:8  58:11  58:17  59:2  59:3  59:11  59:20 59:25  60:1  60:2  60:4  60:10  60:14  61:2 61:6  61:7  61:8  61:9  61:11  61:14  61:16 61:17  61:18  61:22  61:25  62:1  62:4  62:7 62:10  62:14  62:18  62:23  64:3  64:8  64:9 64:9  64:12  64:15  64:18  64:20  64:20  64:25 65:1  65:6  65:9  65:11  65:12  65:19  65:24 66:4  66:5  66:6  66:9  66:12  66:13  66:14 66:20  67:1  67:3  67:4  67:16 | | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **and**(197) 256:21 257:2 257:7 257:8 257:16 257:20 257:25 258:5 258:6 258:8 258:12 258:13 259:4 259:12 259:15 259:15 260:1 261:16 261:22 262:1 262:4 262:6 262:6 262:9 262:13 262:18 262:22 262:9 263:9 263:9 263:14 264:3 264:5 264:5 264:12 264:12 264:18 265:9 265:14 265:20 265:23 266:9 266:10 266:11 266:25 266:25 267:7 267:16 267:16 267:23 267:25 268:6 268:14 268:16 268:18 268:21 268:22 269:3 269:1 269:17 269:17 269:23 269:25 270:16 271:4 271:9 271:9 271:14 271:14 271:17 271:19 271:24 272:5 272:6 272:11 272:15 273:11 273:13 273:18 273:21 273:24 273:24 274:2 274:3 274:6 274:10 274:17 275:3 275:4 275:5 275:12 275:17 275:18 276:5 276:8 276:11 276:13 277:3 277:4 277:6 277:10 277:15 277:21 277:6 278:7 278:13 279:1 279:3 280:10 280:19 280:20 280:24 281:1 281:7 282:7 282:19 284:5 284:17 284:21 284:22 284:24 284:25 285:12 285:13 285:16 285:17 285:21 285:21 285:24 286:4 286:4 286:5 286:9 286:9 286:22 286:23 286:24 288:10 288:11 288:16 288:20 288:20 288:22 288:24 289:9 289:12 289:13 290:2 290:9 290:17 291:10 291:12 291:16 291:19 291:25 292:18 292:21 293:1 293:3 293:8 293:11 293:17 294:8 294:10 294:10 294:14 294:2 294:21 294:22 295:2 295:21 295:23 295:25 296:11 296:13 296:15 296:16 296:17 296:21 297:6 297:8 297:20 297:21 297:22 298:1 298:3 298:6 298:7 298:7 298:8 298:16 298:19 298:20 298:23 298:2 298:24 | | **and-twenty-million-dolla**(1) 277:20 **and/or**(5) 40:5 73:22 86:16 152:22 231:12 **anderson**(1) 4:14 **andrea**(1) 9:13 **andrew**(8) 3:38 4:7 5:7 6:22 6:23 6:52 8:16 8:18 **angelees**(1) 4:38 **angell**(1) 5:18 **angelo**(16) 6:44 12:15 42:20 49:19 52:5 76:4 82:23 88:21 138:2 159:14 161:6 165:22 210:18 219:3 234:21 256:6 **anna**(2) 9:24 9:24 **announced**(4) 52:16 145:15 145:16 234:25 **announcing**(1) 145:21 **annual**(1) 201:13 **another**(13) 22:9 84:6 98:13 99:2 145:22 176:17 215:4 215:22 218:8 230:8 231:10 237:7 247:24 **answer**(28) 22:11 38:20 57:20 57:23 71:21 72:1 72:2 73:2 73:3 73:6 94:17 108:5 148:16 168:22 179:18 207:20 219:20 220:10 231:7 232:12 239:25 246:23 252:1 259:4 274:20 278:18 289:3 295:7 **answered**(5) 58:2 72:9 72:15 153:14 279:2 **answering**(1) 97:24 **anticipated**(1) 147:12 **anxious**(1) 163:23 | **any**(129) 13:20 25:12 25:15 28:20 30:15 39:6 40:12 50:24 55:6 55:7 56:11 57:6 58:11 65:4 69:3 72:25 75:14 80:17 89:9 97:21 117:3 117:25 124:25 127:7 132:20 133:18 138:5 138:19 140:10 144:3 146:2 146:9 147:23 150:19 151:20 154:14 154:21 157:24 160:9 160:13 161:25 162:10 163:24 163:25 165:2 165:15 166:3 167:14 167:15 167:22 168:4 168:10 168:12 168:12 169:3 170:4 170:9 172:11 177:5 177:7 179:7 181:22 181:24 183:8 183:13 186:3 187:19 191:14 192:16 193:7 193:14 193:14 193:23 198:25 201:3 202:7 202:23 205:2 205:16 206:6 206:7 206:10 206:21 208:14 209:20 213:13 214:13 216:9 216:18 217:1 217:25 218:6 218:12 219:16 219:16 219:22 221:25 221:25 224:2 225:6 225:22 226:4 225:21 236:13 237:4 237:5 245:15 247:15 250:19 259:6 259:24 260:4 260:7 260:10 260:15 260:23 262:23 263:12 264:20 270:12 275:23 285:12 286:15 286:18 287:20 292:6 294:17 295:16 296:19 **anybody**(2) 48:12 48:17 **anyone**(8) 14:8 102:16 123:4 147:24 227:5 228:9 234:1 251:15 **anything**(20) 12:24 13:24 25:10 25:20 38:20 40:22 53:9 60:15 80:12 97:7 163:7 177:15 197:3 206:4 206:14 206:19 206:22 224:24 227:23 252:1 **anywhere**(2) 48:23 173:6 **apart**(10) 46:22 108:23 121:9 123:11 125:15 131:9 137:13 216:12 225:2 276:2 **apart''**(1) 121:7 **apologize**(7) 165:23 169:20 194:23 199:13 222:25 227:1 239:25 **apparently**(1) 250:15 **appear**(2) 134:6 195:11 **appearances**(6) 6:1 7:1 8:2 9:1 10:1 11:1 **appears**(6) 165:25 174:14 213:22 215:2 215:19 272:7 **applicable**(1) 86:12 **application**(2) 189:2 189:13 **appointed**(13) 54:12 62:12 64:1 64:4 139:5 186:10 186:24 188:1 190:6 223:1 223:11 223:12 233:14 **appointing**(1) 222:7 **appointment**(3) 138:8 223:5 223:8 **appreciate**(1) 279:16 **appreciation**(1) 125:1 **approach**(9) 15:16 74:15 74:23 77:18 107:16 165:10 180:12 203:8 270:23 **approached**(1) 142:25 **appropriate**(12) 88:19 97:3 110:24 143:23 144:14 181:15 194:14 206:12 210:1 223:1 240:17 242:7 **approval**(3) 33:15 162:22 222:22 **approve**(8) 81:16 88:23 160:4 165:22 221:22 221:25 235:8 247:14 **approved**(5) 33:13 55:5 89:15 235:7 260:5 **approves**(1) 31:8 **approving**(2) 223:8 244:15 **approximately**(18) 16:23 17:6 19:7 27:22 32:11 32:21 51:21 51:22 52:7 52:10 77:3 84:25 90:16 101:4 159:9 159:12 263:19 280:24 | **april**(104) 27:2 31:7 31:13 31:16 50:22 51:4 53:12 54:21 54:23 55:23 56:14 60:6 60:8 60:15 69:14 77:19 79:4 80:10 80:20 95:25 96:13 96:15 96:18 96:23 97:2 101:1 102:5 110:8 120:22 125:15 126:2 126:13 129:5 129:7 129:16 129:18 129:23 130:5 130:8 130:11 131:1 131:5 131:8 131:12 131:15 133:10 133:22 136:1 136:7 137:6 137:10 138:4 141:9 210:4 210:10 218:20 218:20 219:2 219:6 219:12 219:25 220:5 221:4 221:7 221:9 221:21 221:22 222:3 222:8 222:23 223:2 224:24 225:2 225:5 250:24 251:14 251:19 254:7 263:18 264:1 265:9 265:13 266:2 266:18 266:22 266:23 267:20 267:22 268:2 268:7 281:16 281:24 282:2 282:5 282:14 282:25 283:3 283:7 **arbitrations**(1) 187:4 **are**(163) 12:13 12:23 12:24 13:7 14:7 14:22 14:25 15:4 15:10 16:11 16:17 18:5 18:8 18:17 20:4 21:7 23:3 25:25 31:10 34:25 36:2 36:9 36:13 37:1 37:13 37:18 38:24 39:18 40:11 40:18 40:20 42:15 42:20 43:18 51:24 59:12 61:12 74:13 75:23 83:18 88:7 89:10 92:5 93:8 96:24 97:21 100:13 101:6 101:17 104:13 105:1 118:19 121:1 122:13 125:18 125:20 127:1 133:23 146:19 147:9 155:6 155:17 155:23 156:13 156:20 156:21 164:10 167:23 168:10 168:16 168:21 169:3 171:16 175:1 178:22 181:7 181:11 181:18 182:3 182:5 182:12 182:21 184:21 186:3 186:6 189:21 189:25 190:22 191:9 191:12 192:18 192:1 193:2 193:7 193:17 193:20 194:6 195:15 196:3 196:7 196:8 196:16 196:18 197:20 211:9 217:20 220:4 220:7 227:17 229:18 231:18 231:18 231:21 235:2 237:14 247:2 248:10 250:22 251:15 255:7 255:25 257:7 257:12 258:16 258:20 266:8 267:8 268:3 268:6 269:13 269:14 269:19 272:16 272:17 274:2 274:21 275:25 286:20 286:24 286:24 286:25 287:9 287:9 290:4 290:4 290:5 290:9 290:12 294:4 294:4 294:18 295:3 295:4 295:16 295:20 295:24 296:5 **area**(3) 17:15 22:23 186:2 **arena**(1) 138:16 **aren't**(3) 169:2 169:16 169:17 **argue**(5) 183:17 183:23 183:24 194:22 274:18 **argued**(4) 140:8 146:22 174:6 229:5 **argument**(2) 40:16 79:4 **argumentativ**(1) 289:2 **arguments**(3) 40:10 48:15 48:16 **arif**(1) 8:25 **arise**(4) 83:19 181:21 198:15 294:5 **arisen**(1) 35:1 **arises**(1) 147:16 **arising**(7) 18:11 35:17 54:17 69:19 120:5 206:24 210:9 **arithmetic**(1) 276:19 **arms**(1) 255:14 **arose**(1) 83:19 **around**(14) 15:13 56:10 59:20 66:13 88:25 104:13 106:17 115:17 121:11 177:6 191:23 225:7 226:13 298:21 **arps**(1) 27:13 **arrange**(2) 150:25 151:19 **arrangers**(7) 26:15 76:17 83:15 245:7 251:16 273:12 273:13 **arrived**(4) 82:19 119:10 221:19 261:12 **arrowgrass**(2) 8:23 8:23 **arthur**(1) 9:28 | **articles**(1) 197:14 **ashby**(1) 3:4 **ashish**(1) 9:9 **ashley**(2) 3:40 6:8 **aside**(1) 118:1 **ask**(62) 14:8 14:15 15:10 23:23 25:20 47:9 57:15 67:21 72:20 73:9 75:18 79:15 95:5 98:5 98:8 111:22 122:19 141:14 151:25 154:16 157:7 158:18 160:19 165:14 173:2 173:4 179:21 182:23 183:15 192:10 195:8 195:13 200:10 201:20 203:23 208:22 210:12 215:3 215:20 219:22 227:16 228:12 232:24 233:10 238:6 240:23 243:15 244:13 251:9 253:9 270:2 270:14 270:14 275:18 278:19 278:21 279:5 279:18 295:22 **asked**(34) 13:10 18:1 26:12 71:15 94:16 105:13 105:13 107:15 123:4 133:1 140:17 141:2 146:6 150:15 158:13 166:16 172:8 172:25 176:9 176:13 178:6 192:9 206:14 216:20 218:11 219:15 223:15 227:1 259:1 274:15 279:1 286:18 291:21 292:22 **asking**(21) 15:5 26:11 30:17 30:17 30:19 38:22 41:19 57:16 67:20 71:7 78:10 135:4 150:25 163:8 232:10 250:18 254:6 272:23 281:4 283:15 292:12 **aspect**(1) 135:8 **assemble**(1) 198:13 **asserted**(1) 210:1 **asserting**(1) 132:24 **assess**(1) 41:12 **assessed**(1) 275:16 **assessing**(2) 39:22 110:4 **assessment**(1) 23:18 **asset**(5) 9:19 9:20 21:22 22:4 22:13 **assets**(1) 27:6 **assigned**(3) 77:13 238:17 291:20 **assignment**(3) 85:25 105:22 138:12 **assist**(1) 27:8 **assistance**(1) 61:19 **associated**(9) 20:1 20:5 21:16 34:14 48:11 55:11 89:3 90:3 163:6 **assume**(5) 41:11 41:19 57:16 249:2 278:20 **assumed**(5) 48:13 189:13 248:24 257:5 257:11 **assuming**(6) 41:10 51:18 69:25 76:22 118:18 160:14 **assumption**(2) 194:24 261:24 **assumptions**(1) 286:17 **atamian**(1) 6:31 **atmosphere**(1) 154:20 **attached**(1) 271:5 **attaches**(1) 82:18 **attachment**(2) 67:24 70:22 **attack**(1) 119:20 **attempted**(6) 92:15 156:10 156:16 156:24 156:25 157:4 **attempting**(2) 78:3 169:23 **attend**(2) 45:13 75:12 **attendance**(1) 255:20 **attended**(10) 108:7 136:13 181:24 188:3 192:12 199:24 205:22 234:5 234:12 255:18 **attendees**(1) 298:19 **attention**(4) 152:17 212:16 251:20 284:21 **attentive**(1) 252:4 **attorney**(3) 188:3 205:23 234:14 **attorney-client**(1) 250:14 **attorney/client**(5) 71:8 71:22 72:12 72:15 72:22 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| attorneys(5) 198:19 198:22 198:22 207:2 218:3 | | back(51) 31:2 33:8 34:15 46:25 49:5 49:11 54:9 59:15 60:14 69:14 73:3 75:4 77:14 78:11 79:3 80:9 80:9 80:20 83:21 95:25 96:13 100:25 101:24 113:2 114:20 124:7 130:11 130:12 156:8 158:18 159:2 165:5 177:13 189:16 198:6 198:8 206:23 216:21 217:23 218:23 218:24 222:9 222:21 247:2 251:20 257:2 262:6 275:18 276:19 281:24 291:3 | | became(15) 50:21 53:21 62:13 64:19 79:18 112:4 113:6 122:21 153:5 187:24 189:1 197:24 198:4 255:3 256:8 | | believe(80) 13:14 13:19 13:24 14:24 15:3 55:3 58:25 59:6 66:14 67:9 76:8 80:22 81:8 82:1 87:23 94:11 96:10 96:18 104:16 107:13 118:19 120:18 137:12 138:19 147:25 149:13 153:1 154:21 156:22 161:7 162:21 183:18 188:7 188:23 190:8 192:6 193:6 193:23 198:6 199:22 203:17 204:2 206:4 206:19 207:22 208:13 209:4 211:17 217:7 218:11 224:8 227:10 228:4 228:11 229:18 232:6 232:14 235:10 235:21 236:1 238:9 239:5 241:3 242:15 249:13 249:22 252:1 252:16 253:20 258:12 260:4 265:20 267:23 270:16 277:11 277:22 282:15 286:18 290:7 293:10 |
| attractive(1) 29:11 | | | | because(41) 28:18 41:20 42:25 43:24 64:16 78:19 79:6 80:15 86:9 98:16 120:19 124:17 131:23 131:23 145:19 146:18 147:11 148:11 151:4 161:13 163:1 168:8 168:24 168:25 181:22 182:2 194:18 197:1 203:20 227:22 228:6 246:12 247:6 247:8 247:10 250:22 259:12 261:19 266:5 282:5 282:15 | | | |
| attribute(1) 48:2 | | back-and-forth(1) 181:8 | | | | believed(11) 48:3 66:24 88:20 92:17 148:2 148:3 151:13 151:15 178:7 228:24 246:12 | |
| auction(1) 285:10 | | backdrop(1) 64:25 | | | | | |
| audible(8) 14:11 127:24 149:8 149:14 170:11 179:8 209:22 292:7 | | background(5) 16:20 17:21 88:7 94:15 185:13 | | become(8) 26:19 30:4 35:4 130:17 130:22 197:23 232:16 256:12 | | believes(5) 154:23 164:1 230:19 231:13 295:3 | |
| augmentation(1) 69:3 | | backstopped(1) 83:23 | | becomes(1) 273:2 | | bell(2) 121:14 122:21 | |
| augmented(1) 124:7 | | bad(5) 47:21 132:8 132:13 145:19 178:17 | | been(76) 12:20 12:21 17:8 17:13 21:19 22:5 23:16 26:13 27:10 35:15 37:2 41:22 64:1 64:3 64:4 66:16 72:12 73:18 79:9 84:23 87:14 89:20 93:25 94:14 95:10 102:9 112:9 114:14 125:14 129:10 131:24 148:23 154:12 160:7 162:1 162:5 163:10 163:20 171:22 175:24 176:8 182:13 188:1 188:23 189:18 190:18 194:12 197:9 198:5 200:18 201:21 206:15 211:25 219:14 219:15 224:12 225:20 234:20 237:12 239:13 241:6 248:2 249:15 249:24 251:19 257:5 260:21 261:3 262:5 266:4 280:13 281:19 282:14 290:13 296:15 296:17 | | below(1) 222:18 | |
| august(50) 33:12 56:23 59:3 59:9 59:13 60:13 60:18 61:4 63:24 63:24 66:2 66:18 111:24 119:11 125:23 136:3 136:4 136:8 136:9 136:18 136:20 137:8 149:5 149:11 150:10 174:14 174:17 203:17 225:7 225:1 225:13 225:19 225:23 225:25 226:11 226:16 226:20 226:21 227:2 227:6 227:13 227:14 227:17 228:1 228:17 231:23 232:1 238:25 283:11 284:2 | | baiera(2) 6:45 137:24 | | | | ben(1) 6:41 |
| | | balance(1) 188:12 | | | | bench(4) 15:17 182:10 182:14 182:19 |
| | | bale(1) 7:6 | | | | bendernagel(121) 1:25 13:2 13:6 13:10 14:13 14:18 14:19 14:24 15:14 15:16 15:21 16:3 16:7 20:17 20:21 23:24 24:3 24:6 25:8 26:1 26:8 26:10 30:16 31:1 33:6 33:7 38:20 38:25 39:3 39:6 39:7 39:12 39:15 41:18 41:21 42:7 51:2 57:17 57:19 58:4 58:25 59:4 59:7 60:17 63:4 63:7 63:14 63:18 63:20 63:22 67:21 68:2 68:5 68:11 71:10 71:20 72:14 73:1 73:10 74:17 74:19 75:17 75:22 78:7 78:10 78:18 79:24 85:7 92:6 92:20 95:1 95:2 95:4 95:10 97:7 97:14 97:21 115:7 116:19 118:14 118:23 128:17 135:23 139:20 140:12 143:18 143:25 144:21 144:22 146:5 146:13 146:17 146:25 147:19 148:2 148:3 148:3 152:2 152:8 152:16 153:18 165:5 165:8 169:10 170:13 170:16 170:24 170:25 173:17 173:21 173:22 177:12 177:24 179:2 179:12 179:15 180:1 297:17 297:17 298:3 298:15 |
| august/september(1) 133:25 | | baltimore(6) 185:1 185:2 185:6 185:25 186:5 187:23 | | before(49) 11:18 39:12 55:13 59:15 64:21 65:4 66:16 67:14 98:6 114:13 128:12 135:17 136:7 136:10 137:6 137:6 137:8 138:4 143:11 144:17 145:21 150:11 150:12 159:9 159:12 166:11 168:1 172:19 174:22 175:21 178:10 179:16 184:25 187:23 192:19 194:12 195:14 196:5 200:20 201:25 205:16 213:25 221:1 224:14 240:7 243:8 254:6 286:22 291:21 | | | |
| aurelius(114) 2:43 3:4 8:28 8:31 12:11 12:14 13:22 52:10 52:18 65:21 66:1 66:8 66:11 66:22 67:2 67:4 73:22 73:25 74:3 74:6 74:9 74:14 74:15 74:20 74:23 75:2 96:1 96:3 96:21 130:13 131:5 131:14 132:7 132:17 139:16 142:19 143:2 150:19 151:13 152:21 154:13 154:15 154:17 172:12 172:20 183:7 227:8 227:12 228:13 228:16 229:5 229:14 230:19 231:4 231:13 231:19 231:22 231:25 232:16 232:25 233:2 237:7 237:9 237:17 238:7 238:10 238:22 239:1 239:3 239:7 239:11 239:12 239:17 239:21 240:2 240:17 242:1 242:6 242:14 242:20 248:8 248:9 248:14 256:4 284:9 284:17 285:1 285:2 285:8 285:12 285:16 285:18 285:19 285:24 286:1 286:1 286:21 287:1 287:10 287:14 287:21 287:24 288:4 288:7 288:10 288:17 288:20 288:22 289:11 290:17 295:3 296:25 | | banc(1) 9:47 | | | | benefit(5) 102:1 190:3 231:5 264:6 295:4 |
| | | bank(45) 7:13 7:19 9:31 10:4 10:4 11:4 16:22 31:13 48:16 57:4 61:2 83:23 91:2 91:22 121:12 123:15 190:2 192:3 206:6 253:3 256:1 256:5 256:13 256:18 256:22 257:9 258:1 258:17 260:23 262:9 262:9 262:20 262:24 263:3 263:14 265:5 267:16 267:21 268:1 268:3 268:6 269:15 269:19 270:8 271:17 | | began(14) 24:10 27:4 28:3 42:8 42:13 42:13 64:15 65:5 107:1 108:1 109:15 109:21 109:25 210:8 | | beneficiaries(2) 295:21 295:24 |
| | | | | | | beneficiary(1) 117:25 |
| | | | | | | benefits(3) 78:13 78:13 285:22 |
| | | | | begin(10) 16:4 20:12 27:4 45:23 64:7 65:16 82:7 198:17 253:23 | | benjamin(1) 2:13 |
| | | | | beginning(6) 26:17 172:10 176:4 178:6 210:11 239:24 | | bennett(4) 4:33 9:4 |
| | | | | | | benson(2) 3:26 11:9 |
| | | bank's(2) 45:2 58:7 | | begins(6) 113:14 152:18 159:5 173:14 203:12 285:1 | | berg(1) 62:14 |
| | | banker(1) 214:6 | | | | bernstein(1) 2:14 |
| aurelius's(6) 228:10 232:7 232:14 237:19 283:10 290:13 | | bankruptcy(31) 1:1 1:19 17:16 19:17 20:5 20:20 21:5 21:18 36:9 37:1 37:18 37:20 40:12 43:14 70:19 71:19 72:8 99:10 129:5 138:18 154:12 164:3 185:19 199:18 204:7 205:14 205:23 213:11 222:6 229:7 252:22 | | begun(2) 216:24 226:5 | | berry(1) 8:35 |
| | | | | behalf(6) 166:6 180:9 215:5 221:23 255:23 295:20 | | beside(1) 132:4 |
| aurelius?"(1) 151:23 | | | | | | besides(1) 227:5 |
| austin(8) 1:23 7:29 24:11 40:15 119:3 119:6 119:11 119:15 | | banks(37) 48:14 57:12 60:9 66:14 122:16 142:25 142:16 151:1 151:14 151:10 151:15 157:19 178:8 200:3 203:21 203:22 204:1 204:3 205:8 205:9 209:4 209:15 245:6 257:14 258:6 258:11 259:10 260:22 260:10 260:13 265:16 270:11 273:6 282:12 282:24 283:6 | | behind(1) 147:13 | | best(14) 22:3 47:17 100:20 112:24 140:6 164:2 190:11 252:6 252:25 278:9 282:20 282:21 283:1 289:16 |
| | | | | behold(1) 137:18 | | |
| authority(2) 217:24 221:22 | | | | being(41) 13:22 13:24 15:5 21:10 36:3 37:11 49:8 55:11 69:9 69:10 73:22 77:10 89:15 90:3 90:16 91:12 98:14 100:11 101:12 107:15 110:15 116:15 118:21 126:10 129:18 130:5 130:8 130:11 144:8 147:5 152:21 156:10 158:1 169:25 181:7 184:11 188:14 206:14 274:15 274:7 297:1 | | better(10) 21:14 122:15 165:8 247:8 249:8 249:10 264:25 269:6 269:9 298:13 |
| authorization(1) 261:4 | | | | | | |
| authorized(1) 260:22 | | banks."(1) 178:19 | | | | |
| automatically(1) 34:12 | | bar(3) 22:25 79:15 157:1 | | | | |
| available(19) 15:24 19:24 31:15 36:14 40:11 40:23 40:25 41:9 44:2 44:7 62:2 81:22 86:8 86:10 89:18 91:17 92:1 125:14 229:6 | | barclays(5) 5:18 6:30 6:38 | | | | between(26) 12:10 31:11 68:19 82:5 89:24 90:3 93:17 101:5 100:25 110:17 123:20 127:2 143:9 143:9 144:3 144:12 145:14 145:20 148:18 151:19 151:20 171:11 171:15 178:17 194:5 222:15 |
| | | bargaining(19) 186:6 187:4 187:22 189:13 189:19 217:18 217:19 217:20 218:14 222:2 232:5 249:3 257:4 257:10 261:24 264:18 265:16 274:25 275:2 | | | | |
| | | | | belabor(1) 229:20 | | |
| ave(2) 2:7 3:7 | | barnes(1) 5:24 | | belief(1) 140:11 | | |
| avenue(5) 2:17 4:36 5:8 5:33 5:46 | | barring(1) 165:17 | | | | beyond(2) 48:9 263:11 |
| averaged(1) 190:24 | | baseball(1) 22:4 | | | | bias(1) 138:19 |
| avoid(2) 36:10 180:4 | | based(35) 25:16 46:4 52:14 52:15 66:9 69:21 69:24 70:2 71:7 71:24 84:2 88:24 90:24 93:19 93:25 95:6 95:8 95:16 95:18 121:8 142:5 146:2 151:13 178:16 206:12 208:15 221:12 229:22 250:13 259:7 260:1 281:19 289:12 296:10 296:16 | | | | bid-ask(2) 121:5 123:11 |
| avoidance(7) 76:16 83:13 86:2 103:17 104:4 121:19 231:5 | | | | | | bidders(2) 27:14 27:15 |
| | | | | | | bids(7) 27:18 27:23 28:1 28:4 28:7 28:21 46:14 |
| avoided(2) 94:4 94:4 | | basic(1) 198:1 | | | | |
| avoids(1) 89:3 | | basically(3) 30:20 36:5 218:24 | | | | bifferato(1) 3:19 |
| aware(45) 59:21 80:6 96:24 156:12 156:19 161:5 162:6 167:13 167:21 168:16 168:17 168:21 170:10 197:23 197:24 251:15 256:2 256:12 258:16 258:20 266:8 274:2 275:13 276:15 276:18 277:1 277:6 277:15 278:3 278:22 280:7 281:11 281:15 282:2 282:5 286:20 286:24 286:25 287:9 290:1 290:2 290:4 290:9 290:12 294:4 | | basis(28) 15:5 18:21 21:15 28:15 38:18 84:24 87:3 90:23 93:10 154:24 155:8 161:3 178:20 178:21 178:24 207:18 209:2 219:16 232:9 246:20 250:8 | | | | big(4) 16:21 17:3 88:24 124:10 |
| | | bates(1) 229:2 | | | | |
| | | bathroom(1) 92:9 | | | | |
| away(2) 53:22 66:2 | | bear(3) 12:7 283:15 283:17 | | | | |
| awry(1) 118:13 | | beats(1) 185:10 | | | | |
| bachelor's(1) 185:14 | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| biggest(2) 173:14 174:2 | | briefly(10) 17:20 180:23 180:24 185:5 203:3 221:20 222:2 223:10 251:20 291:3 | | calendar(2) 80:25 125:22 | | causes(25) 23:12 23:13 24:15 34:20 34:25 35:8 35:15 35:23 36:6 37:23 38:3 43:7 77:9 77:12 85:21 85:23 103:9 103:21 157:23 205:8 205:13 208:8 238:1 243:5 285:9 | |
| bill(3) 3:5 180:10 234:10 | | | | call(17) 14:14 66:21 69:1 69:17 89:18 91:2 93:11 103:7 137:17 142:10 145:16 148:18 178:16 180:10 237:25 248:18 284:21 | | | |
| billion(35) 32:13 32:20 32:21 34:6 51:18 80:4 80:10 80:16 80:20 81:5 86:5 99:8 104:12 121:18 121:23 121:25 122:4 122:7 122:10 281:2 281:2 286:13 288:2 288:5 288:17 288:25 289:11 290:6 290:10 290:22 293:15 293:16 293:17 294:13 | | briefs(3) 13:12 13:17 182:10 | | | | centerbridg(45) 42:17 42:24 43:1 49:20 52:5 53:19 54:6 57:5 58:19 59:3 59:11 60:3 60:10 60:10 61:1 61:5 65:2 65:12 66:20 66:22 66:24 66:24 67:1 73:21 74:11 74:14 74:21 95:25 96:2 123:2 123:5 124:10 124:13 125:3 125:7 125:8 125:11 125:13 131:24 135:17 135:20 136:10 136:14 136:24 142:19 152:20 210:18 212:25 213:6 215:20 216:15 218:6 218:9 218:13 219:4 225:17 226:8 256:3 265:9 265:14 265:14 266:1 296:25 300:22 | |
| | | brigade(2) 9:42 9:43 | | | | | |
| | | bring(10) 19:12 47:8 49:4 53:17 61:25 120:16 137:9 144:6 145:5 234:22 | | called(10) 38:11 66:4 68:14 93:3 121:9 171:18 187:8 188:5 228:22 242:1 | | | |
| billions(1) 180:12 | | | | | | | |
| binder(18) 15:17 15:21 49:23 49:24 75:19 87:15 102:23 111:18 127:12 127:13 134:1 152:1 174:11 194:2 194:3 194:7 195:10 235:25 | | broadcast(1) 200:5 | | calling(4) 29:1 89:21 148:23 153:9 | | | |
| | | broadcasting(3) 28:16 200:14 200:22 | | calls(2) 71:21 124:7 | | | |
| | | broadway(3) 3:16 3:30 | | came(27) 60:21 61:24 107:1 123:1 124:14 125:15 131:8 135:14 145:14 149:2 149:5 157:20 158:6 160:8 160:11 173:3 185:17 213:8 218:25 219:1 233:20 238:6 252:20 262:8 262:13 262:19 274:24 | | centerbridge's(3) 59:5 65:8 232:25 | |
| | | brodsky(1) 238:23 | | | | centerbridge's(2) 123:3 125:7 | |
| | | broker(6) 44:22 47:11 109:8 110:10 110:16 118:4 | | | | central(4) 113:20 114:8 114:10 175:18 | |
| binders(1) 180:12 | | | | | | cents(6) 90:12 155:23 235:6 235:8 235:10 261:20 | |
| binding(1) 47:10 | | brokering(1) 54:5 | | | | | |
| bingham(1) 11:4 | | broker"(1) 109:2 | | can(79) 16:11 21:12 34:18 40:17 42:11 49:7 56:6 57:15 58:23 59:15 59:18 70:1 71:8 78:8 90:5 91:19 97:1 97:11 97:18 107:21 108:13 111:17 115:4 115:13 117:1 117:12 121:1 121:10 124:24 127:12 128:25 129:2 132:5 132:16 135:23 139:6 144:14 145:23 147:1 149:3 149:15 150:4 153:13 153:18 162:23 164:7 164:19 165:3 166:15 179:15 179:17 179:20 180:4 183:22 183:23 185:5 194:15 195:11 199:4 199:25 202:15 202:16 203:15 207:4 211:8 211:9 213:23 218:21 220:7 226:20 236:13 248:25 253:20 271:14 271:14 278:18 283:20 288:23 295:8 | | cert(1) 299:14 | |
| bio(1) 116:4 | | bromberg(1) 8:6 | | | | certain(16) 15:2 15:18 22:1 24:13 24:13 88:25 100:14 108:15 113:21 113:25 122:24 181:15 197:2 218:16 254:15 261:13 | |
| bit(6) 67:19 147:8 158:23 200:1 210:14 291:4 | | brothers(2) 190:2 234:13 | | | | | |
| | | brought(7) 25:8 31:18 31:18 45:21 131:2 150:6 294:5 | | | | | |
| black(1) 297:21 | | | | | | certainly(16) 15:20 21:8 61:10 66:20 97:12 102:24 110:7 115:15 129:24 138:12 138:18 161:24 189:19 275:24 292:18 292:20 | |
| blake(1) 4:26 | | brown(4) 2:29 6:30 8:5 185:14 | | | | | |
| blank(1) 165:4 | | bruce(1) 4:33 | | | | | |
| block(2) 89:14 130:5 | | bryant(1) 2:51 | | | | certification(1) 299:6 | |
| blocked(3) 59:1 72:12 72:14 | | buena(1) 190:2 | | | | certified(1) 299:15 | |
| blocking(3) 54:1 55:17 129:12 | | build(1) 112:22 | | | | certify(1) 299:7 | |
| blow(1) 129:4 | | building(1) 4:27 | | can't(5) 65:14 270:22 275:4 275:4 275:5 | | cetera(2) 259:14 297:5 | |
| blowing(1) 129:7 | | built(1) 286:17 | | candice(1) 7:38 | | chachas(6) 19:2 19:4 19:15 19:9 19:14 | |
| board(11) 4:42 27:9 31:7 89:7 89:12 92:22 94:7 116:5 116:16 116:16 187:13 | | bullet(26) 21:9 21:20 22:18 22:19 34:19 36:20 36:21 36:23 37:6 77:12 77:14 103:16 103:20 103:22 103:25 165:17 229:7 243:20 271:23 272:1 272:2 272:5 272:6 284:5 284:25 285:1 | | cannot(1) 261:9 | | chad(1) 11:6 | |
| | | | | cantor(1) 7:14 | | chadbourn(24) 3:34 6:7 191:10 198:24 199:10 199:14 199:16 199:18 203:21 203:24 204:1 204:4 204:5 205:12 205:15 206:20 217:5 217:10 224:10 258:12 260:15 260:22 261:1 261:14 | |
| | | | | can't(10) 107:8 122:24 125:11 128:9 133:19 147:18 151:16 159:21 160:3 167:19 | | | |
| | | | | | | | |
| bob(2) 2:22 3:41 | | bullets(2) 22:16 103:9 | | capable(1) 118:3 | | | |
| bockius(1) 9:47 | | bunch(3) 31:10 181:5 181:9 | | capacity(1) 192:5 | | chadbourne's(3) 205:10 205:17 206:5 | |
| body(1) 187:8 | | burdensome(1) 21:13 | | capital(24) 2:43 4:5 4:30 4:36 6:38 7:4 7:7 7:9 8:23 8:28 8:31 8:47 8:47 9:38 9:39 9:42 9:43 10:20 10:21 10:33 10:33 10:47 10:47 22:9 | | chain(1) 114:19 | |
| bondholder(4) 57:5 124:18 210:19 228:22 | | burns(1) 7:10 | | | | chairman(3) 62:13 113:6 187:14 | |
| bondholder's(1) 228:19 | | bush(2) 4:6 6:20 | | | | chalk(1) 146:11 | |
| bondholders(8) 228:23 229:16 235:3 235:16 263:16 263:18 264:7 284:12 | | business(21) 18:25 19:22 19:24 20:7 20:8 20:10 21:21 22:1 22:3 22:8 28:16 168:21 182:13 182:14 183:12 183:14 183:25 188:11 193:21 194:20 201:14 | | capture(1) 21:8 | | challenge(3) 19:19 20:11 20:12 | |
| | | | | card(1) 101:5 | | challenges(1) 19:16 | |
| | | | | care(2) 78:8 97:15 | | chance(2) 151:10 295:4 | |
| | | | | careful(1) 239:19 | | change(4) 34:13 97:5 224:24 260:20 | |
| bonds(10) 73:21 90:7 90:7 149:18 152:21 174:6 220:22 245:5 263:9 263:9 | | businesses(1) 21:24 | | carefully(2) 168:23 252:24 | | changed(1) 235:23 | |
| | | busy(1) 190:20 | | carey(1) 1:18 | | channel(2) 49:5 49:11 | |
| bonus(1) 191:19 | | but(141) 12:7 13:3 21:14 25:14 25:19 30:20 36:14 41:23 41:24 43:3 45:1 47:10 50:23 50:24 53:1 53:8 58:14 59:4 59:16 59:25 60:21 61:13 63:10 66:4 69:10 74:12 79:11 80:3 80:17 80:19 87:24 96:3 103:7 104:11 104:15 108:8 108:10 108:16 109:25 110:25 113:10 115:11 117:2 119:17 120:8 122:5 122:10 122:14 122:25 124:6 126:5 126:6 128:25 129:24 131:8 131:21 134:5 135:2 137:16 144:7 144:11 145:8 145:24 146:5 146:13 147:1 147:18 147:24 149:3 150:23 158:9 160:16 161:19 162:14 165:2 167:21 168:23 169:14 169:18 171:23 178:24 178:25 181:17 182:12 182:18 182:19 182:24 183:4 183:23 184:4 184:10 186:7 192:10 194:3 195:12 196:1 201:22 208:23 211:8 213:10 214:4 215:9 219:14 220:22 221:20 224:16 226:12 227:23 228:9 229:20 235:4 237:22 238:21 240:7 244:1 249:11 252:20 255:18 258:4 258:5 258:14 260:20 262:4 264:4 266:12 266:23 270:20 272:1 272:13 276:9 278:6 281:15 291:21 292:22 294:12 297:11 298:1 298:14 298:22 | | carey(1) 1:18 | | chapter(22) 1:8 18:13 19:21 19:23 20:2 21:10 21:11 22:6 22:6 22:22 22:25 23:6 36:19 56:17 69:20 126:20 132:8 132:16 132:24 157:10 164:6 164:17 | |
| bonuses(1) 191:23 | | | | caridas(1) 6:23 | | | |
| book(3) 87:23 196:1 211:9 | | | | carol(1) 7:6 | | | |
| borrow(1) 28:9 | | | | carrey(1) 234:5 | | | |
| both(19) 13:15 15:18 21:13 21:13 27:6 29:8 39:21 42:16 47:25 53:24 89:18 95:25 144:13 192:12 197:13 204:13 217:5 255:1 277:2 286:22 | | | | carried(1) 116:12 | | characterization(3) 96:7 126:15 152:25 | |
| | | | | carrying(2) 43:20 229:2 | | characterize(6) 47:19 50:15 57:8 74:3 74:8 154:17 | |
| | | | | carve-out(1) 104:16 | | | |
| | | | | carved(1) 146:3 | | | |
| bothering(1) 180:4 | | | | case(31) 1:5 5:44 12:19 12:24 15:23 17:22 126:20 127:3 139:12 140:6 141:9 141:19 145:24 146:7 157:11 158:5 175:12 179:1 190:1 210:4 222:7 256:6 265:25 290:13 295:2 | | characterized(1) 171:11 | |
| bottles(1) 298:24 | | | | | | characters(1) 56:25 | |
| bottom(9) 67:23 69:16 111:23 112:7 112:7 114:25 174:15 251:24 284:6 | | | | | | charge(1) 187:15 | |
| | | | | | | chart(20) 20:15 25:10 27:1 28:22 32:23 | |
| bought(4) 74:14 74:20 198:6 198:8 | | | | cases(6) 36:19 127:10 132:4 182:14 228:23 229:7 | | 32:25 33:20 33:24 34:1 46:25 51:13 54:9 77:11 84:12 90:21 251:21 251:22 251:25 252:1 252:5 | |
| bowden(1) 3:5 | | | | | | | |
| box(5) 3:8 271:22 272:3 272:5 272:6 | | | | cash(29) 22:1 28:13 32:14 34:9 59:22 60:3 60:10 76:19 77:15 77:21 78:14 78:16 78:23 79:23 83:16 84:3 84:4 99:2 101:22 125:14 220:16 220:22 245:2 246:8 246:14 264:14 271:16 280:4 288:15 | | | |
| brady(1) 4:25 | | | | | | | |
| brandywine(1) 4:27 | | | | | | charts(2) 166:12 166:24 | |
| brass(1) 7:52 | | | | | | chase(1) 9:31 | |
| breach(4) 37:6 37:17 167:15 299:13 | | buttons(1) 279:7 | | | | check(1) 276:19 | |
| breachable(1) 171:19 | | buy(2) 128:9 129:12 | | cashman(2) 9:51 9:51 | | chicago(7) 1:28 4:45 10:37 10:38 14:2 22:3 200:7 | |
| breaching(1) 37:10 | | buyout(6) 94:15 105:5 105:15 107:3 119:17 197:20 | | cast(1) 56:25 | | | |
| break(19) 15:8 48:7 63:5 63:10 63:11 86:2 97:10 98:6 102:16 162:24 166:11 167:5 179:17 180:2 253:22 274:15 287:6 287:18 298:18 | | | | catch(1) 34:24 | | | |
| | | | | categorically(1) 147:9 | | chief(1) 113:11 | |
| | | | | categories(1) 24:8 | | choice(1) 126:17 | |
| breaks(1) 32:25 | | bynum(1) 8:10 | | category(3) 37:12 132:25 248:19 | | christine(1) 3:28 | |
| brett(1) 7:42 | | calculate(2) 42:5 281:18 | | cause(2) 160:18 205:17 | | | |
| brian(2) 9:17 10:26 | | | | | | | |
| bridge(12) 5:37 33:18 36:11 36:15 37:3 37:4 43:16 89:11 89:11 90:6 247:16 247:20 | | | | | | | |
| brief(7) 13:12 13:12 13:25 147:16 166:10 170:14 292:9 | | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **chung**(2) 2:48 7:20 | | **codification**(1) 260:20 | | **committee**(275) 3:33 4:4 4:41 6:6 27:9 | | **company's**(5) 19:20 37:16 193:21 201:14 | |
| **circuit**(3) 182:14 182:20 183:14 | | **codifying**(1) 260:6 | | 27:11 27:25 28:3 28:23 29:7 42:22 45:10 | | 246:15 | |
| **circulated**(1) 193:15 | | **cole**(1) 2:4 | | 45:18 45:18 46:2 49:20 52:5 53:18 54:7 | | | |
| **circumstances**(11) 23:22 24:13 24:14 | | **collapsed**(3) 62:20 225:5 230:22 | | 57:7 61:3 62:1 62:2 62:5 62:6 62:10 | | **company's**(4) 116:5 118:12 125:1 129:9 | |
| 24:20 46:4 46:6 79:20 94:5 105:14 105:18 | | **colleague**(2) 149:6 274:5 | | 62:12 62:13 62:16 62:24 63:2 64:1 64:17 | | **compare**(4) 29:22 248:25 267:19 275:9 | |
| 210:2 | | **collected**(1) 207:14 | | 64:17 65:3 81:11 81:15 82:24 86:19 87:10 | | **compared**(8) 18:17 19:13 151:15 247:7 | |
| **cite**(2) 71:8 71:11 | | **collective**(10) 189:12 189:18 217:18 249:2 | | 87:22 88:22 93:21 94:9 96:12 99:17 107:15 | | 251:14 270:3 282:13 283:7 | |
| **citi**(2) 28:2 69:8 | | 257:4 257:10 261:24 264:18 274:25 275:2 | | 112:4 113:7 117:23 135:1 153:6 154:9 | | | |
| **citibank**(4) 8:13 204:2 206:5 206:20 | | | | 157:8 157:18 157:22 158:4 158:10 162:5 | | **compensation**(2) 115:9 189:21 | |
| **citicorp**(2) 27:7 83:24 | | **collective-bargaining**(3) 187:20 218:1 | | 162:8 162:10 162:21 164:24 165:14 165:2 | | **competent**(2) 25:15 138:12 | |
| **citigroup**(2) 5:5 12:11 | | 248:24 | | 174:14 174:24 180:9 181:5 182:20 183:7 | | **complaint**(1) 209:2 | |
| **city**(1) 185:10 | | | | 185:18 185:21 186:11 186:21 186:25 188: | | **complaints**(4) 208:17 210:1 240:19 242:8 | |
| **claim**(25) 59:2 90:11 93:18 102:6 123:16 | | **collins**(1) 2:23 | | 188:8 188:21 189:1 189:7 189:9 189:22 | | **complete**(3) 108:17 119:13 298:9 | |
| 209:1 238:18 238:20 277:7 277:8 277:13 | | **columbia**(1) 185:15 | | 189:25 190:9 190:10 190:14 190:16 190:2 | | **completely**(6) 74:10 79:10 80:14 146:4 | |
| 277:24 278:6 279:24 282:3 282:9 282:13 | | **combination**(2) 28:1 55:20 | | 191:3 191:6 191:14 191:15 191:16 191:18 | | 150:22 163:2 | |
| 288:24 291:10 291:10 291:16 291:16 | | **combinations**(1) 211:2 | | 191:21 191:22 191:24 191:25 192:6 192:1 | | | |
| 291:20 294:19 294:20 | | **come**(29) 14:15 15:25 22:24 49:3 60:5 | | 192:15 192:18 192:22 192:25 193:3 193:8 | | **complicated**(1) 243:4 | |
| | | 73:11 118:9 118:20 128:9 141:10 146:13 | | 194:5 195:15 195:17 195:19 196:4 196:22 | | **complications**(1) 89:3 | |
| **claimed**(2) 274:3 285:19 | | 146:18 161:7 165:5 179:20 179:22 185:17 | | 196:24 197:7 197:10 197:10 197:13 197:1 | | **component**(4) 59:22 84:7 228:20 297:11 | |
| **claims**(166) 22:24 23:2 23:3 34:25 35:4 | | 188:1 198:12 198:13 210:7 218:9 218:11 | | 198:12 198:14 198:21 198:25 199:6 | | **components**(1) 291:13 | |
| 36:2 36:8 36:9 36:13 36:13 36:25 37:1 | | 218:16 222:6 227:9 233:10 235:17 289:14 | | 199:11 199:21 200:8 200:9 201:16 202:2 | | **conaway**(1) 4:23 | |
| 37:3 37:5 37:7 37:8 37:14 37:17 37:18 | | | | 204:10 204:21 206:1 207:5 207:10 208:3 | | **conceding**(1) 181:18 | |
| 38:9 40:13 41:4 41:10 42:9 44:16 51:14 | | **comes**(3) 183:10 273:11 273:13 | | 208:6 208:14 209:20 209:25 210:7 210:19 | | **conceivably**(1) 293:3 | |
| 51:23 51:25 52:2 52:3 53:3 54:11 54:15 | | **comfort**(4) 20:3 113:21 113:25 124:18 | | 211:3 211:4 211:7 212:17 212:24 213:9 | | **concept**(1) 238:4 | |
| 54:17 55:10 55:11 56:13 56:15 69:4 69:7 | | **comfortable**(2) 22:10 279:13 | | 213:12 213:17 215:25 216:10 216:18 217: | | **concern**(3) 53:25 181:20 189:18 | |
| 69:11 69:19 70:5 70:5 70:12 71:17 76:16 | | **coming**(4) 77:1 101:5 194:13 197:6 | | 217:3 217:15 217:16 217:19 217:21 | | **concerned**(4) 78:23 79:1 176:14 189:12 | |
| 77:8 83:13 83:18 83:19 83:25 85:25 86:3 | | **commence**(1) 97:10 | | 217:21 217:24 217:25 218:3 218:6 218:10 | | **concerning**(16) 12:16 32:5 200:10 201:17 | |
| 86:11 86:15 86:16 86:17 86:22 90:25 | | **commencement**(1) 36:19 | | 219:3 220:24 221:3 221:8 221:24 222:13 | | 237:5 245:24 257:14 258:1 265:13 279:23 | |
| 92:19 93:11 93:12 93:13 95:12 103:17 | | **commencing**(1) 22:5 | | 222:18 224:3 224:6 224:19 225:17 225:19 | | 286:17 287:10 291:5 296:11 296:13 297:12 | |
| 104:4 104:8 109:16 126:21 142:4 155:17 | | **comment**(3) 89:23 214:17 216:4 | | 225:22 226:14 226:21 227:6 227:15 228:17 | | | |
| 155:18 156:10 156:13 156:16 156:17 | | **commentary**(1) 175:11 | | 232:6 233:11 234:1 234:5 235:17 236:15 | | **concessions**(2) 83:3 84:8 | |
| 156:20 156:24 157:2 168:5 168:10 168:12 | | **commented**(1) 193:14 | | 236:17 236:21 236:23 236:25 237:4 237:8 | | **conclave**(3) 45:17 99:15 121:9 | |
| 168:18 169:3 169:7 170:2 173:10 189:10 | | **comments**(2) 15:2 193:17 | | 237:10 237:13 237:20 238:7 240:1 240:16 | | **conclude**(3) 66:7 86:7 297:6 | |
| 189:15 198:14 198:20 203:24 206:24 207: | | **commit**(1) 46:23 | | 240:25 241:8 242:5 242:6 242:23 243:1 | | **concluded**(10) 22:12 22:14 61:15 142:10 | |
| 207:25 208:15 209:12 209:14 209:18 | | **commitment**(1) 31:13 | | 243:17 243:21 244:7 245:24 246:17 247:1 | | 160:14 163:16 167:13 168:17 176:22 | |
| 209:21 209:25 210:8 216:14 216:15 220:15 | | | | 248:15 250:10 251:25 252:3 252:8 252:10 | | 230:21 | |
| 221:18 223:13 223:14 226:7 230:20 | | | | 252:21 253:2 253:3 253:9 253:12 254:10 | | **concludes**(1) 299:1 | |
| 236:19 238:11 238:16 245:6 245:8 245:9 | | | | 255:7 255:12 255:22 255:23 256:9 258:16 | | **conclusion**(13) 61:8 71:16 72:5 72:10 | |
| 245:11 245:24 246:4 248:16 250:24 252:6 | | | | 259:4 259:8 259:8 259:9 260:1 260:8 | | 72:13 72:23 73:4 73:11 80:3 95:16 109:22 | |
| 256:17 264:4 269:20 269:22 270:9 270:11 | | | | 260:9 260:15 260:22 261:3 261:13 261:22 | | 178:15 297:8 | |
| 270:13 271:16 271:18 271:22 271:24 | | | | 262:9 262:10 262:19 262:23 263:2 263:13 | | | |
| 272:18 273:19 273:22 274:13 275:14 276: | | | | 263:24 264:14 265:5 265:24 267:9 270:5 | | **conclusions**(16) 26:3 38:21 41:19 41:24 | |
| 277:3 277:16 277:21 278:4 278:15 286:10 | | | | 281:10 281:11 283:5 283:10 284:2 284:10 | | 55:1 92:16 92:23 93:19 94:16 94:20 94:24 | |
| 286:13 287:3 288:1 289:10 291:18 291:19 | | | | 286:16 286:16 287:14 287:17 287:21 | | 142:4 167:11 167:14 167:23 168:2 | |
| 292:21 292:22 293:6 293:19 294:4 294:9 | | | | 289:13 289:15 297:1 | | | |
| 294:17 295:3 295:5 295:17 295:19 295:21 | | | | | | **condemn**(1) 259:18 | |
| 295:24 295:25 | | | | | | **conditionality**(1) 104:17 | |
| | | | | **committee's**(45) 45:4 180:15 190:13 191:6 | | **conditioned**(1) 44:4 | |
| **clarification**(1) 23:24 | | | | 191:8 193:21 193:25 196:21 198:18 200:2 | | **conditions**(4) 104:13 200:10 200:13 214:23 | |
| **clarify**(3) 24:3 108:13 135:24 | | | | 201:9 201:10 204:11 206:7 206:23 207:14 | | **conducive**(1) 66:17 | |
| **clarifying**(1) 260:5 | | | | 207:24 208:11 212:8 221:21 221:23 222:1 | | **conduct**(4) 104:19 105:8 206:24 245:20 | |
| **class**(5) 54:3 55:16 88:23 101:19 235:7 | | | | 222:22 224:5 227:5 227:23 245:23 246:2 | | **conducted**(3) 190:22 208:1 210:25 | |
| **claw**(1) 83:21 | | | | 257:25 257:25 258:9 258:21 286:20 287:1 | | **conducting**(1) 119:8 | |
| **clear**(26) 19:25 24:1 25:14 44:11 49:17 | | | | 287:10 | | **conferred**(1) 179:20 | |
| 53:21 55:14 60:9 78:4 82:2 100:20 104:15 | | | | | | **confident**(1) 82:3 | |
| 120:9 122:23 127:11 133:19 133:23 137:2 | | | | **committees**(1) 187:22 | | **confidential**(1) 14:7 | |
| 157:17 158:16 181:25 257:2 260:3 282:7 | | | | **committees."**(1) 116:16 | | **confidentiality**(6) 13:7 14:9 16:1 27:15 | |
| 295:15 296:15 | | | | **common**(3) 59:1 59:3 89:2 | | 44:5 81:9 | |
| | | | | **commonality**(1) 43:2 | | | |
| **clearly**(1) 144:10 | | | | **communicate**(2) 227:6 287:21 | | **confirm**(2) 135:3 241:10 | |
| **cleary**(1) 4:26 | | | | **communicated**(1) 287:24 | | **confirmation**(9) 70:16 88:17 173:11 | |
| **clerk**(4) 12:12 14:16 180:16 180:20 | | | | **communication**(4) 12:16 71:8 143:8 161:16 | | 221:15 265:12 265:18 265:19 265:20 | |
| **client**(13) 132:2 132:15 142:25 143:9 | | | | **communications**(9) 178:22 178:25 222:15 | | 265:25 | |
| 145:17 147:23 148:20 149:18 151:20 153: | | | | 261:5 287:9 287:12 297:1 297:2 297:4 | | **confirmed**(1) 130:5 | |
| 178:7 178:18 178:23 | | | | | | **conflict**(1) 177:3 | |
| | | | | **community**(1) 55:8 | | **conflicting**(5) 191:17 | |
| **clients**(2) 204:1 204:4 | | | | **companies**(2) 207:8 245:12 | | **conjunction**(2) 24:10 40:15 | |
| **client's**(1) 154:24 | | | | **company**(74) 1:7 7:45 7:51 7:51 8:9 16:22 | | **conlan**(5) 1:24 112:15 136:15 149:7 176:4 | |
| **close**(8) 18:10 60:21 61:6 98:18 111:15 | | | | 18:10 18:24 19:22 19:23 21:10 21:13 22: | | **connected**(1) 152:9 | |
| 111:15 121:1 164:23 | | | | 22:21 22:25 23:14 27:24 28:8 29:2 29:4 | | | |
| | | | | 29:7 29:10 30:5 32:10 32:13 35:22 36:12 | | | |
| **closed**(4) 12:23 31:20 33:2 82:7 | | | | 37:2 37:10 60:1 62:9 62:25 64:21 64:22 | | | |
| **closely**(1) 154:10 | | | | 69:3 70:4 70:5 70:19 71:18 71:18 72:7 | | | |
| **closes**(2) 33:9 33:19 | | | | 75:3 76:4 84:17 92:23 99:10 101:21 | | | |
| **closing**(6) 31:11 34:14 36:18 101:6 105:19 | | | | 104:24 105:1 105:23 109:12 109:24 109:25 | | | |
| 106:4 | | | | 112:9 116:6 116:15 119:23 137:1 143:3 | | | |
| | | | | 161:4 161:23 164:1 189:15 198:3 198:9 | | | |
| **co-head**(2) 16:15 19:5 | | | | 200:4 201:12 220:16 220:17 220:17 245:19 | | | |
| **coax**(1) 47:11 | | | | 246:12 246:14 270:1 | | | |
| **cobb**(3) 3:47 6:26 191:11 | | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **connection**(70) 14:9 16:3 18:2 18:11 18:19 18:21 18:24 22:22 23:17 23:17 24:12 30: 34:3 34:5 34:13 35:1 35:3 36:1 36:16 36:17 41:3 41:16 42:9 47:14 55:2 57:18 58:5 58:8 60:8 65:10 66:6 74:11 76:24 77:21 84:13 86:6 94:24 95:6 95:14 98:13 99:6 105:4 105:7 106:4 107:2 111:10 119:16 119:23 120:1 123:20 127:2 129:23 138:19 141:5 145:19 166:17 167:16 168:20 169:24 170:4 171:4 177:6 178:17 227:7 259:2 265:23 270:17 275:20 281:17 290:1 | | **controversy**(7) 13:20 59:20 256:21 257:9 257:13 257:25 258:5 | | **could**(82) 16:10 16:20 17:3 17:20 20:18 21:6 23:2 23:23 24:8 26:25 31:11 32:6 34:1 35:7 36:5 38:2 38:13 40:19 41:12 43:5 51:3 51:4 51:12 56:22 61:6 61:7 67:16 70:6 73:2 73:15 74:17 76:14 79:6 79:25 79:25 82:14 83:11 87:14 89:14 97: 97:4 97:15 98:8 99:13 111:20 111:22 115:10 116:14 116:21 120:13 120:16 120:18 123:16 127:23 127:25 134:9 134:2 140:3 140:14 145:13 155:3 159:18 161:4 163:11 167:14 172:7 173:13 175:21 176:2 216:12 243:7 246:15 249:10 249:11 252:25 266:4 275:16 289:16 291:24 293:3 295:22 297:22 | | **court**(225) 1:1 12:3 12:5 13:5 13:9 14:8 14:12 14:19 15:7 15:15 15:20 16:2 16:5 21:6 25:7 25:19 25:19 26:5 26:7 26:9 27:1 30:15 30:24 32:6 34:1 34:2 36:5 38:13 38:18 39:1 39:4 39:10 42:1 51:1 51:12 55:5 57:19 57:22 57:25 58:3 63:6 63:9 63:17 67:16 68:10 69:19 71:12 72:3 72:17 72:20 72:25 73:6 77:24 78:9 79:14 83:11 85:6 86:6 89:15 95:1 97:9 97:12 97:17 97:24 100:20 102:10 102:15 102:19 102:21 102:24 103:1 107:18 112:22 115:12 115:18 117:11 118:15 118:24 128:20 132:20 139:22 140:15 140:20 145:1 145:3 145:5 145:7 145:8 146:11 146:24 147:15 148:7 148:13 148:15 152:10 153:19 153:25 154:4 159:16 160:13 160:14 160:19 163:8 164:21 164:25 165:7 165:9 165:11 166:3 168:1 168:19 169:14 169:25 170:9 170:12 170:23 174:2 174:4 177:11 178:1 179:5 179:7 179:9 179:12 179:18 180:6 180:14 181:2 182:5 182:23 183:15 183:21 183:23 183:25 184:5 184:14 185:5 191:8 191:19 194:9 194:21 194:24 195:3 195:6 196:3 196:16 199:25 201:3 201:5 202:7 202:9 202:16 202:23 202:25 203:10 206:10 206:16 207:18 207:20 208:16 209:17 209:19 214:13 214:22 215:11 216:6 219:19 220:10 222:6 223:5 223:8 225:4 225:9 230:4 230:6 230:13 232:9 232:12 232:22 233:7 233:14 246:20 246:23 248:6 249:17 250:8 250:19 250:25 251:9 251:11 252:12 253:15 253:18 253:22 253:25 258:23 259:18 268:20 270:25 274:20 279:3 279:5 279:10 279:13 279:16 287:7 289:3 292:1 292:6 292:8 293:22 293:25 295:7 295:12 296:4 296:5 296:8 296:19 297:11 297:15 298:2 298:15 298:20 299:1 299:15 | |
| **connections**(1) 118:19 **consciously**(1) 117:24 **consensual**(5) 139:1 139:6 139:10 153:9 154:20 | | **convened**(1) 45:10 **conversation**(18) 52:15 66:1 66:7 66:10 128:15 131:12 131:13 131:14 131:17 141: 142:16 142:18 144:2 144:21 151:14 157:25 176:21 176:22 | | | | | |
| **consequence**(2) 129:7 129:10 **consider**(7) 27:5 82:6 203:18 225:22 277:10 282:11 289:19 | | **conversations**(18) 42:24 43:2 44:18 48:11 49:6 65:13 65:17 66:19 95:12 123:20 144:9 144:10 144:12 144:17 171:3 171:5 253:2 261:1 | | **couldn't**(1) 43:25 **couldn't**(1) 133:17 **council**(4) 186:24 187:8 187:12 187:13 **counsel**(75) 27:8 27:13 47:16 64:18 113:10 147:17 169:15 175:2 175:3 177:1 179:19 191:5 191:10 191:11 191:11 192:21 192:2 195:20 195:21 195:21 195:23 197:7 197:17 199:3 199:18 199:19 203:19 204:1 204:14 204:14 204:16 204:20 205:14 207:14 208:4 216:20 217:5 217:17 220:3 221:14 221:22 222:12 225:21 234:12 239:11 240:9 240:10 240:12 241:15 241:2 245:23 246:2 247:1 251:5 255:21 258:9 258:16 260:6 260:11 261:4 261:5 261:6 263:3 263:13 263:15 263:24 264:13 264:1 265:5 286:23 287:23 289:12 296:11 297: 297:7 | | | |
| **consideration**(43) 59:19 59:21 81:22 87:1 87:5 90:2 90:13 90:14 92:18 100:11 124:22 124:24 125:17 125:24 161:25 220:14 226:9 226:10 231:25 232:3 232:6 232:14 235:3 245:1 246:8 252:23 263:18 264:9 266:5 273:6 275:22 277:12 279:21 279:25 280:17 281:22 282:24 283:2 284:1 289:22 290:15 291:9 291:15 | | | | | | | |
| **considerations**(2) 88:17 244:6 **considered**(1) 232:4 **considering**(4) 28:8 192:2 200:6 277:2 **consisted**(1) 263:19 **consistent**(12) 72:9 72:18 75:7 82:2 142:12 217:18 226:24 229:10 231:19 236:14 261:3 285:6 | | **cooperative**(1) 63:14 **coordinated**(3) 18:20 42:23 205:12 **copies**(4) 15:23 213:17 214:1 251:4 **copy**(7) 87:21 165:6 171:23 223:4 223:7 283:19 283:21 | | | | | |
| **constant**(1) 47:15 **constituencies.'**(1) 112:10 **constituency**(1) 157:15 **constituent**(1) 280:18 **constituents**(7) 45:11 81:7 252:20 261:14 278:10 288:20 290:25 | | **cordial**(4) 47:22 65:11 74:10 74:13 **corporation**(18) 18:4 19:10 20:14 21:24 23:4 26:20 27:4 30:4 34:7 44:6 45:1 56:12 59:24 62:11 64:15 177:1 177:3 190:4 **corral**(1) 61:21 | | **counsel's**(2) 243:21 244:1 **country**(1) 137:15 **couple**(7) 64:7 65:25 78:25 137:16 166:10 192:13 275:18 | | **court-ordered**(1) 233:11 **courtney**(1) 10:5 **courtroom**(3) 1:10 15:11 154:11 **court's**(2) 143:19 144:25 **cover**(3) 195:24 196:9 214:5 **covered**(3) 185:9 243:5 294:15 **covering**(2) 112:12 202:18 **covers**(1) 293:1 **crazy**(3) 175:22 175:24 176:8 **create**(6) 21:17 54:1 55:17 57:2 144:6 144:8 | |
| **construct**(3) 72:8 135:2 161:24 **constructive**(5) 39:20 40:4 47:22 82:4 82:8 **consult**(2) 180:1 205:21 **consultation**(1) 102:13 **contact**(1) 148:20 **contained**(2) 93:8 161:15 **containers**(1) 298:24 **contains**(1) 275:2 **contemplated**(3) 59:19 69:18 148:12 **content**(1) 161:18 **contention**(1) 256:21 **contentions**(1) 256:17 **contentious**(4) 47:24 57:11 256:10 257:18 **contested**(1) 30:11 **context**(5) 73:2 88:19 105:20 144:15 **contingent**(1) 80:17 **continue**(9) 27:10 53:13 114:11 116:14 116:21 163:10 186:24 216:25 236:18 | | **correct**(166) 17:1 18:15 18:16 22:20 23:5 26:23 38:11 41:5 41:13 41:14 41:23 42:9 43:22 50:19 50:22 52:22 53:5 54:19 62:2 68:3 70:23 71:2 77:19 79:11 80:11 85:4 85:10 86:22 88:14 89:21 89:25 91:14 91:18 91:23 95:21 96:8 99:6 99:12 99:19 101:6 101:13 101:24 102:7 104:21 104:24 105:8 106:2 106:10 106:13 106:19 109:12 109:13 111:8 112:14 113:8 113:11 120:17 120:21 121:12 124:9 125:25 129:6 129:21 132:12 138:17 157:21 159:13 160:10 166:22 167:3 167:8 167:11 167:17 168:2 168:13 169:25 172:1 172:23 174:21 175:9 175:15 179:1 183:9 186:22 203:13 204:25 241:23 244:3 254:17 254:23 255:1 255:5 255:10 255:14 255:17 255:21 256:2 256:6 256:16 256:23 257:6 257:8 257:12 257:23 257:24 258:7 259:22 259:23 260:7 261:11 261:17 261:20 261:24 262:6 262:20 262:22 263:1 263:22 264:18 265:3 265:10 265:17 265:21 265:23 266:2 266:18 267:17 267:19 268:8 268:11 268:15 269:1 269:11 270:5 270:10 271:15 272:16 273:16 273:19 274:10 277:14 278:11 278:25 280:4 280:18 280:22 280:23 280:24 281:3 281:9 284:17 285:10 285:14 286:2 286:6 288:2 288:8 288:12 291:1 291:14 292:24 295:17 295:18 295:19 299:7 | | **course**(17) 40:9 42:21 59:25 70:11 91:6 119:2 141:15 168:21 193:20 197:18 205:2 213:11 220:25 256:8 261:23 278:13 294:24 | | | |
| **continued**(21) 2:2 3:2 4:2 5:3 7:2 8:3 9:2 10:2 11:2 29:7 49:4 59:9 64:23 66:23 71:23 186:21 205:12 232:7 237:6 242:5 242:20 **continues**(1) 72:4 **continuing**(3) 22:8 28:25 225:11 **contract**(1) 21:14 **contracts**(3) 21:12 189:19 262:2 **contrarian**(2) 10:20 10:21 **contrary**(1) 123:13 **contrast**(1) 266:17 **contributing**(1) 264:5 **control**(3) 34:13 62:6 198:4 **controversial**(1) 25:25 | | **corrected**(3) 123:23 165:20 193:14 **corroon**(1) 4:14 **cost**(2) 154:24 163:24 **costs**(1) 84:17 **cost''**(1) 163:25 **coterminous**(1) 28:15 | | | | **creation**(2) 56:14 292:19 **credible**(1) 167:14 **credit**(6) 6:43 31:19 33:19 98:10 98:13 98:16 **creditor**(5) 45:11 81:6 177:8 248:19 255:4 **creditors**(83) 3:34 4:5 6:7 37:5 42:21 45:18 45:18 46:1 49:20 51:24 52:1 52:4 53:18 57:7 59:24 61:3 61:22 62:13 65:3 70:19 77:5 77:6 77:7 82:24 84:14 84:19 88:21 89:18 91:4 91:8 99:17 101:17 101:20 110:6 118:12 122:9 155:22 157:12 157:16 157:16 160:9 174:6 185:18 190:8 190:10 190:12 206:2 208:10 211:7 212:17 220:18 220:19 220:20 227:15 229:7 231:4 231:6 231:15 235:6 235:9 235:14 236:17 241:8 243:17 244:20 245:3 245:4 247:12 249:8 249:15 249:24 249:25 252:7 252:9 257:17 257:23 258:2 259:3 261:17 263:6 263:8 268:23 284:2 | |
| | | | | | | **creditors'**(3) 157:8 157:17 157:22 **critical**(1) 264:21 **criticisms**(1) 287:22 **cross**(11) 94:23 97:10 98:1 102:13 147:22 166:3 170:9 253:15 253:19 253:23 300:3 **cross-examination**(5) 103:4 253:25 254:1 279:14 292:6 | |

| Word | Page:Line |
|---|---|
| cubs(6) | 22:4 22:7 22:10 22:11 22:12 200:... |
| culminated(1) | 26:18 |
| current(2) | 16:14 96:22 |
| currently(2) | 16:11 184:21 |
| curtailed(1) | 178:17 |
| cutler(1) | 6:48 |
| do (2) | 292:25 293:8 |
| dos (1) | 292:23 |
| daily(1) | 124:7 |
| damage(1) | 37:8 |
| damages(1) | 86:16 |
| damian(1) | 2:15 |
| dan(1) | 52:16 |
| daniel(4) | 2:45 3:49 7:14 7:16 |
| data(5) | 1:33 27:13 27:16 44:2 189:14 |
| date(15) | 22:25 23:16 33:12 45:8 136:4 136:17 149:10 159:9 209:8 209:9 212:25 223:6 227:11 247:19 281:15 |
| dated(7) | 31:18 75:19 87:23 111:24 127:22 202:20 239:12 |
| dates(2) | 25:25 251:23 |
| dave(1) | 7:26 |
| david(15) | 2:44 3:29 3:35 4:50 5:13 5:25 9:11 11:12 14:14 14:17 16:6 103:4 112:13 154:11 300:7 |
| davis(3) | 2:11 8:14 9:31 |
| dawn(1) | 2:49 |
| day(26) | 42:24 20:6 20:6 64:16 64:18 64:18 64:22 64:22 64:23 119:10 145:14 145:15 154:10 154:12 171:22 175:15 182:11 213: 233:21 233:21 240:7 240:13 241:3 243:1 247:2 297:22 |
| days(10) | 47:21 47:21 47:22 47:23 72:24 135:14 280:24 281:5 281:12 282:19 |
| dbtca(1) | 4:48 |
| dcl(43) | 12:25 13:12 13:15 14:14 14:17 81:25 180:9 196:16 196:18 201:5 201:7 202:9 202:11 203:1 216:7 248:2 248:5 248:8 249:1 249:2 249:4 249:8 249:14 249:23 251:14 253:12 255:4 255:11 257:5 257:20 257:22 266:10 266:15 270:16 273: 280:25 281:6 283:17 284:22 290:4 290:16 298:9 300:16 |
| dcl-999(2) | 67:8 152:9 |
| dead(2) | 55:19 55:20 |
| deal(36) | 22:8 22:21 27:24 30:9 30:18 33:... 45:6 48:24 49:1 49:18 51:10 51:13 53:4 56:20 56:24 57:13 58:20 60:8 60:25 65:4 65:10 70:10 77:10 80:15 84:13 95:17 95:18 117:1 123:17 124:20 124:21 147:11 151:10 153:9 172:20 222:15 |
| dealing(1) | 23:5 |
| dealings(3) | 74:6 74:8 112:10 |
| dealt(3) | 132:4 132:18 259:13 |
| dearborn(1) | 1:27 |
| debated(1) | 252:25 |
| debenture(4) | 3:19 11:9 12:15 52:7 |
| debt(35) | 23:5 32:10 32:21 36:17 37:4 39:22 41:12 42:17 43:1 54:2 55:18 57:4 57:4 57:7 59:23 66:11 70:3 83:21 85:1 89:11 91:12 94:3 94:4 98:9 99:20 121:21 126:19 129:12 159:17 198:7 219:1 231:5 |
| debtor(12) | 52:11 55:24 59:2 81:18 110:9 110:22 117:23 156:9 156:12 163:23 225:1 255:4 |
| debtors(42) | 1:12 1:23 2:4 47:1 50:22 52:4 53:13 60:22 60:23 71:16 72:4 82:5 105:1 106:4 109:8 109:15 109:18 111:8 138:4 139:19 139:25 145:13 145:20 147:23 150:20 151:1 156:23 159:21 160:20 161:1 164:15 171:12 189:11 212:24 213:6 216:17 230:23 234:21 284:14 289:24 296:25 297:18 |
| debtors'(6) | 109:7 111:1 112:4 124:15 153:6 160:3 |
| december(13) | 19:18 33:17 43:14 43:20 59:13 194:5 196:9 196:10 198:8 200:23 202:2 203:13 204:7 |
| decide(5) | 81:15 160:19 163:8 282:16 |
| decided(13) | 28:23 47:7 61:1 81:16 162:6 182:20 198:12 198:14 275:7 275:12 277:1... 280:6 288:14 |
| deciding(2) | 204:13 204:19 |
| decision(15) | 29:5 29:6 62:8 109:23 161:25 204:11 206:23 221:8 235:17 235:20 244:... 244:10 274:17 281:17 286:1 |
| decisions(5) | 28:4 28:5 28:20 62:25 105:1 |
| deck(5) | 31:22 33:24 35:7 43:6 83:2 |
| decline(1) | 219:6 |
| decrease(1) | 246:15 |
| decreased(1) | 246:16 |
| decreases(2) | 280:19 284:11 |
| default(1) | 160:4 |
| defaulting(1) | 159:4 |
| defendant(3) | 120:5 120:14 294:14 |
| defendants(4) | 205:13 209:14 251:18 293:3 |
| defense(1) | 86:10 |
| defenses(4) | 40:7 40:11 40:11 40:17 |
| defer(1) | 99:22 |
| deficient(5) | 164:5 164:9 164:10 164:11 164:16 |
| define(1) | 119:21 |
| definitive(1) | 161:25 |
| defraud(1) | 268:22 |
| degree(3) | 17:22 185:14 185:15 |
| delaware(6) | 1:2 1:12 2:7 3:7 12:1 191:12 199:19 205:23 |
| delay(1) | 268:22 |
| deliver(2) | 59:21 69:4 |
| delivered(1) | 55:4 |
| delve(1) | 94:24 |
| demand(4) | 146:8 158:4 263:13 263:15 |
| demanded(1) | 125:3 |
| demanding(1) | 125:9 |
| demo(1) | 7:30 |
| demonstrate(1) | 183:2 |
| demonstrates(1) | 229:6 |
| demonstrativ(5) | 25:20 25:25 26:12 183:3 184:10 |
| demonstrative(1) | 15:18 |
| dempsey(2) | 298:6 298:7 |
| deniability(2) | 49:9 49:10 |
| denied(5) | 12:13 12:17 13:23 148:8 297:13 |
| dense(1) | 56:8 |
| departure(1) | 19:10 |
| dependent(1) | 80:18 |
| depending(1) | 298:17 |
| depicted(1) | 93:6 |
| depicts(1) | 33:20 |
| depose(1) | 12:11 |
| deposition(27) | 38:19 71:7 71:9 71:11 71:15 73:13 78:1 94:18 106:24 107:10 107:21 108:9 108:16 133:1 133:17 140:2 143:7 146:2 146:2 173:1 173:2 250:9 259:2 259:3 269:4 274:6 278:2 |
| depositions(3) | 108:2 108:7 108:18 |
| depository(4) | 106:17 130:18 130:23 130:2... |
| derive(1) | 220:2 |
| describe(15) | 17:3 17:20 21:3 28:8 35:15 39:17 42:15 56:22 67:16 82:10 84:6 138:22 192:24 207:4 218:21 |
| described(25) | 18:22 22:15 32:5 32:5 33:1 40:3 40:14 47:20 61:1 70:21 87:25 92:22 99:16 100:11 103:8 103:9 105:11 126:16 195:16 229:19 237:20 239:11 249:9 251:5 251:23 |
| describes(2) | 51:9 83:9 |
| description(2) | 118:18 146:4 |
| descriptions(1) | 166:12 |
| designated(1) | 217:22 |
| designed(4) | 21:9 41:8 41:24 43:13 |
| desirable(1) | 246:11 |
| desk(1) | 185:9 |
| despite(1) | 169:5 |
| detail(3) | 70:22 262:17 265:7 |
| detailed(2) | 224:9 241:21 |
| details(2) | 104:15 258:3 |
| detender(1) | 251:18 |
| determination(8) | 69:19 70:6 70:10 161:23 274:11 289:7 289:15 292:13 |
| determinations(2) | 62:8 294:6 |
| determine(8) | 21:25 22:20 23:2 23:4 38:8 61:17 65:3 159:16 |
| determined(8) | 29:12 29:13 69:25 83:20 184:9 289:12 289:21 290:13 |
| determining(1) | 29:9 |
| detriments(1) | 78:14 |
| deutsch(2) | 3:42 6:10 |
| deutsche(4) | 11:4 190:2 192:3 253:3 |
| develop(6) | 20:3 24:11 37:23 41:4 58:6 |
| developed(2) | 110:23 286:2 |
| developing(3) | 20:19 21:4 34:16 |
| dewey(1) | 4:32 |
| diamond(7) | 7:24 |
| diaz(1) | 1:33 |
| did(301) | 17:15 19:12 20:24 23:21 24:7 24:9 24:17 24:18 27:21 27:24 28:5 28:7 28:20 29:21 31:25 35:3 37:23 38:1 41:15 42:22 44:11 45:13 45:25 46:1 46:19 48:2 48:12 48:17 49:1 49:2 49:3 52:17 52:21 53:13 53:14 53:15 54:18 55:6 55:24 56:3 56:4 56:10 58:6 59:9 59:11 60:5 60:20 60:22 62:1 62:15 62:18 65:6 65:21 66:6 71:15 72:4 72:10 73:3 73:11 74:14 74:23 75:12 80:22 81:3 81:6 81:13 81:15 81:24 84:24 87:12 88:2 89:8 93:10 93:16 94:7 94:11 94:14 94:21 95:9 95:14 95:16 96:3 98:5 99:11 99:21 101:9 101:10 103:6 105:24 106:1 106:3 106:8 106:11 106:15 108:7 108:15 109:11 110:12 111:9 117:17 118:2 118:2 119:22 119:25 120:4 120:12 126:13 127:7 128:22 129:4 129:5 129:11 129:19 130:4 130:22 131:3 131:4 131:6 131:17 133:5 135:15 139:9 139:10 140:3 141:15 142:8 142:16 147:24 149:1 149:2 149:12 151:8 151:19 154:19 154:21 157:18 160:21 162:14 165:21 166:17 170:1 173:1 176:16 177:5 177:6 184:23 185:17 186:19 187:19 188:1 188:7 188:17 188:21 192:10 193:23 195:17 195:21 196:21 197:23 198:12 198:13 198:17 199:14 199:15 200:9 201:15 203:4 203:18 204:3 204:15 204:18 205:4 205:16 205:20 206:9 206:19 208:14 209:20 210:7 211:5 211:25 212:23 213:2 213:13 216:9 216:18 216:22 216:24 217:6 217:7 217:11 217:24 218:3 218:6 218:9 218:16 219:5 219:11 219:11 220:2 221:3 221:8 221:11 221:21 222:6 223:4 223:7 223:9 223:17 223:23 224:5 224:24 225:22 226:1 226:3 226:14 227:1 227:5 227:9 231:25 232:3 232:16 232:24 233:2 233:3 233:10 234:1 234:16 235:8 235:17 236:10 236:12 236:25 237:4 238:3 238:10 238:14 238:16 239:25 240:23 240:25 242:8 243:1 243:2 243:9 243:11 243:12 243:13 244:6 244:9 244:12 244:14 244:15 244:17 244:21 245:23 246:2 246:2 246:6 246:9 247:4 247:15 248:8 249:4 251:6 251:6 251:8 252:6 252:25 253:9 253:11 255:16 255:19 256:12 258:12 262:4 263:5 263:11 264:13 268:7 270:5 271:11 271:13 274:5 274:11 274:17 274:18 275:8 275:21 276:8 277:7 277:10 277:22 278:14 278:19 279:7 281:4 281:5 281:8 281:17 |
| did(18) | 281:18 281:21 281:22 282:11 282:15 282:24 283:5 285:24 287:14 287:14 287:20 288:4 289:7 289:14 289:22 291:8 291:8 291:14 |
| didn't(19) | 28:18 57:21 58:1 65:14 66:14 66:16 78:2 79:22 199:13 203:23 228:6 228:6 228:7 235:21 239:20 247:4 262:16 278:19 289:19 |
| didn't(20) | 105:25 106:16 106:16 107:5 108:9 108:16 123:12 123:14 126:18 126:19 135:12 143:11 146:9 148:22 151:6 151:17 163:2 164:13 168:25 169:11 |
| differ(1) | 226:1 |
| difference(4) | 39:23 68:19 89:24 90:3 |
| differences(1) | 226:4 |
| different(18) | 41:10 42:5 68:16 68:17 77:18 78:25 93:16 93:17 95:5 96:12 146:20 189:24 191:17 192:6 211:2 216:13 226:12 229:15 |
| differential(1) | 171:15 |
| differently(1) | 210:14 |
| difficult(4) | 57:11 61:21 163:20 262:5 |
| difficulty(1) | 146:19 |
| digest(1) | 56:7 |
| dilworth(1) | 12:12 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **direct**(31) 14:6 14:23 15:19 16:6 98:21 99:15 104:18 105:11 109:1 120:25 126:1 131:11 132:1 138:8 140:19 141:5 141:23 142:24 143:19 143:20 147:21 152:3 158:22 184:17 196:1 217:4 254:25 264:14 267:12 296:12 300:3 | | **document**(47) 12:12 20:22 21:2 21:3 25:1 25:4 38:4 38:6 38:7 50:5 50:7 51:6 51:8 51:9 56:8 67:7 67:12 67:14 67:20 67:25 68:3 68:4 68:7 73:18 75:23 75:25 83:8 83:9 87:16 87:18 87:20 93:2 106:17 139:1 139:3 152:1 160:24 207:22 213:25 214:21 215:4 215:7 215:22 227:16 230:2 271:14 | | **driven**(1) 80:18 **driving**(1) 42:19 **drop**(2) 48:12 48:17 **dropped**(5) 48:20 48:20 126:5 126:6 126:6 **dublin**(1) 2:47 **due**(4) 75:6 140:16 189:16 232:6 **during**(34) 15:11 31:12 37:20 44:17 47:17 56:22 57:8 60:17 61:4 64:20 65:21 66:10 66:18 78:1 80:7 102:16 110:8 117:14 119:2 134:4 143:16 143:19 144:9 186:16 207:14 213:14 221:9 225:24 232:1 253:9 279:14 281:24 293:1 294:24 | | **elicit**(1) 26:2 **elicitation**(1) 169:16 **elicited**(4) 58:25 59:4 143:18 144:24 **eliciting**(2) 146:7 147:22 **eligible**(1) 117:22 **eliminate**(2) 79:8 182:11 **elkins**(1) 9:35 **elliot**(1) 2:12 **else**(6) 13:25 40:22 85:17 106:11 145:23 156:15 |
| **directed**(6) 12:15 23:25 94:17 152:17 264:12 265:5 | | **documents**(18) 15:24 15:24 106:18 106:20 152:2 195:14 196:5 197:9 200:17 200:20 201:20 201:25 207:7 207:10 207:14 207:23 211:17 | | **duties**(4) 37:10 116:12 205:25 206:7 **duties.''**(1) 116:10 **duty**(6) 37:6 37:17 167:16 170:4 278:8 278:14 | | **elsewhere**(1) 298:23 **email**(7) 66:3 67:8 67:22 68:12 68:24 73:20 197:4 |
| **direction**(15) 20:25 25:2 26:13 32:1 35:11 43:10 76:12 83:6 93:15 177:7 200:1 217:16 225:21 263:2 263:12 | | **dodge**(1) 5:18 **does**(41) 17:4 21:2 25:4 26:15 32:3 35:13 36:23 37:7 37:12 38:6 39:23 40:1 43:12 81:17 82:6 90:21 100:15 104:23 121:14 122:20 128:14 145:25 148:9 189:10 190:13 192:22 198:21 198:25 208:22 208:23 208:25 219:19 236:16 250:2 250:16 253:1 266:20 271:25 272:11 287:16 295:16 | | **e-mail**(31) 111:22 113:1 113:9 113:14 114:13 114:19 114:22 127:16 127:18 128:12 128:23 134:16 134:23 140:24 141:16 152:12 159:10 159:20 160:2 171:2 172:1 173:12 173:16 173:17 174:13 174:17 174:20 174:23 175:5 175:14 | | **emails**(1) 67:17 **emanated**(1) 23:13 **embarking**(1) 41:16 **embodied**(9) 255:3 255:13 260:11 269:14 273:3 275:8 275:21 279:21 280:2 |
| **directions**(2) 47:25 218:3 **directly**(4) 18:19 173:4 192:10 227:6 **director**(2) 16:15 19:5 **director's**(1) 37:9 **directors**(13) 4:42 62:11 86:11 86:12 86:14 112:3 153:5 177:8 187:13 207:6 245:11 293:1 293:3 | | | | | | **embodies**(1) 236:22 **emerge**(1) 70:19 **emergence**(4) 56:17 69:20 70:9 89:2 **emotional**(1) 47:24 **employed**(3) 16:12 184:21 184:25 **employee**(3) 188:11 197:24 198:10 **employees**(3) 161:1 186:3 186:4 **employment**(2) 17:11 104:14 **empty**(1) 298:24 |
| **disagree**(1) 74:13 **disagreement**(1) 134:6 **disallowance**(6) 231:13 275:14 277:3 277:8 277:21 278:4 | | **doesn't**(4) 55:19 97:22 194:17 252:5 **doesn't**(4) 111:16 121:23 122:22 129:25 **doing**(13) 21:16 23:4 46:3 48:6 56:2 68:6 98:5 120:15 129:12 146:16 154:13 208:5 298:9 **dollar**(11) 42:6 55:10 155:23 235:6 235:8 235:10 261:20 266:9 266:12 266:24 267:8 | | **each**(15) 21:16 38:23 139:12 193:2 213:4 215:24 228:24 238:18 238:18 251:24 274:23 275:17 275:17 278:5 278:21 **ear**(1) 49:6 **earlier**(19) 14:20 52:20 57:10 58:23 82:1 90:23 171:22 194:10 205:25 225:16 225:2 228:20 243:11 247:11 251:23 252:8 263:17 264:17 292:22 | | **enabled**(1) 42:4 **enacted**(1) 79:14 **end**(23) 13:15 15:22 29:3 63:24 65:1 95:23 114:18 115:20 115:22 126:9 130:25 130:25 164:23 179:23 186:19 231:8 233:24 234:16 234:25 236:6 239:13 240:19 264:22 |
| **disappointed**(1) 236:15 **disclosed**(1) 204:5 **disclosing**(1) 274:19 **disclosure**(1) 129:22 **disconnected**(1) 145:18 **discovering**(1) 208:5 **discovery**(8) 12:6 12:6 12:19 59:1 78:6 107:2 143:21 250:17 | | **don**(5) 7:48 113:14 117:24 176:3 176:24 **don't**(58) 13:19 13:24 14:3 14:24 15:3 15:12 25:14 26:1 30:23 39:17 48:19 55:18 61:12 65:14 69:22 71:10 71:23 74:12 97:25 99:25 182:15 183:8 183:13 183:18 194:25 195:12 196:13 199:9 203:3 205:3 224:23 229:20 233:20 236:1 247:19 250:20 258:1 260:25 260:25 261:8 262:4 265:7 265:18 266:11 266:11 266:21 275:16 278:1 278:21 282:6 282:15 286:18 287:13 287:13 287:23 291:19 293:23 297:9 | | **early**(16) 56:23 63:17 66:2 104:20 124:10 130:25 176:23 186:16 186:18 198:18 210:11 210:15 218:20 237:7 237:8 237:10 **earnest**(1) 42:13 **easier**(1) 32:12 **east**(1) 2:39 **ecro**(1) 1:31 **edited**(1) 185:7 **editor**(3) 185:7 185:8 185:9 **education**(2) 185:9 185:10 **educational**(2) 17:20 185:13 **edwards**(1) 5:18 **effect**(2) 27:9 131:24 **effectuate**(1) 28:10 **efficient**(1) 164:13 **effort**(18) 18:23 21:16 22:20 24:10 27:8 27:25 44:15 53:20 55:17 62:20 136:11 163:10 177:1 198:17 237:6 278:14 278:16 286:9 **efforts**(10) 43:6 44:18 49:4 54:10 82:11 161:4 169:5 225:6 236:18 278:13 | | **ended**(6) 99:10 121:5 130:8 186:22 186:23 233:22 **endorsed**(1) 267:9 **engage**(6) 27:6 42:4 44:1 47:1 65:15 65:16 **engaged**(5) 27:11 61:10 252:19 255:22 262:13 **engagement**(6) 18:6 18:8 18:9 18:20 19:8 138:20 **engagements**(1) 19:20 **engaging**(2) 75:3 143:2 **english**(1) 4:48 **enhancing**(1) 157:18 **enjoy**(3) 57:3 89:9 153:25 **enjoyed**(2) 52:3 82:24 **enjoys**(1) 92:14 **enough**(12) 12:18 49:13 66:6 108:21 108:25 109:25 119:7 145:9 150:18 151:7 202:14 223:7 **ensure**(6) 19:21 21:9 31:14 44:3 78:21 78:21 |
| **discuss**(7) 66:6 102:16 120:12 146:7 147:17 176:16 221:3 | | | | **egi**(7) 29:1 31:8 32:14 37:19 86:15 117:5 117:9 | | **entered**(2) 27:15 197:21 **enterprise**(25) 51:18 51:19 80:16 101:7 101:12 280:8 280:11 280:12 280:14 280:16 280:21 281:1 281:7 281:11 281:24 281:20 289:23 290:3 290:6 290:9 290:12 290:18 290:21 290:22 290:24 |
| **discusses**(1) 159:1 **discussing**(4) 108:2 144:23 191:22 286:21 **discussion**(17) 14:20 47:15 113:9 158:7 158:10 171:3 171:21 182:6 195:18 212:9 242:5 242:20 252:18 258:3 279:8 286:16 289:13 | | **donald**(1) 2:14 **done**(23) 21:20 22:16 46:5 48:24 49:1 49:8 61:6 102:13 121:1 128:23 156:12 156:17 157:3 157:6 164:22 177:15 206:25 221:17 230:14 238:21 250:11 253:20 291:25 | | **egi-trb**(8) 116:25 117:1 166:6 166:22 167:3 168:18 169:3 169:8 **ehmer**(2) 8:48 10:48 **eight**(1) 228:13 **eighty**(1) 266:13 **eighty-five**(1) 266:13 **eitan**(1) 6:39 | | **entertainment**(1) 28:16 **entire**(3) 67:20 84:1 262:25 **entirely**(1) 114:15 **entirety**(1) 148:10 **entities**(2) 23:15 268:21 |
| **discussions**(38) 36:1 42:4 42:18 42:22 44:1 47:2 47:4 47:6 47:20 47:24 56:19 57:8 59:11 60:20 61:11 65:19 65:21 67:1 74:13 75:3 82:5 82:8 95:8 118:10 124:11 125:16 143:2 145:20 155:4 160:8 160:11 176:5 197:2 210:21 225:11 252:5 253:5 294:8 | | **don't**(63) 103:7 107:9 108:6 108:8 109:21 111:17 114:9 115:19 116:8 117:20 117:24 120:7 120:8 120:15 120:18 122:10 122:5 125:8 125:10 130:3 133:20 137:2 140:10 142:17 143:23 144:11 144:14 145:22 147:10 149:3 150:13 150:21 150:23 157:21 157:21 151:24 155:18 155:12 157:6 157:25 157:25 158:4 158:9 160:23 161:21 161:22 161:22 161:25 162:14 163:7 163:25 165:2 165:12 165:18 165:19 167:16 168:14 170:2 173:15 180:1 180:2 262:16 295:1 | | **either**(15) 13:25 28:12 28:14 39:20 67:5 72:22 105:25 126:6 130:25 136:23 168:14 169:7 179:13 259:15 277:7 **either's**(1) 72:11 **elden**(1) 8:43 **eldersveld**(1) 7:26 **elected**(1) 186:13 **electing**(1) 26:19 **electronic**(3) 1:39 196:23 299:8 | | **entitled**(17) 20:19 24:23 31:22 32:23 35:8 38:3 43:6 51:4 70:2 70:3 76:9 76:20 83:2 93:25 142:3 212:6 228:13 **entity**(2) 34:8 166:20 |
| **disgorgement**(18) 69:7 69:11 83:17 83:18 83:25 90:25 92:19 272:17 273:19 273:22 273:25 274:4 274:13 277:3 277:7 277:13 277:21 277:24 | | **door**(5) 79:4 144:16 146:14 147:24 148:11 **dorr**(1) 6:49 **dots**(2) 222:18 251:24 **double-negative**(2) 132:11 155:12 **doubt**(4) 138:6 140:10 154:14 162:25 **dougherty**(2) 8:43 8:44 **douglas**(2) 3:42 6:10 **down**(26) 31:18 33:1 56:6 67:19 69:16 79:12 79:12 79:17 80:1 85:14 86:2 101:3 103:24 113:10 115:3 117:5 162:1 175:7 179:9 183:10 189:15 260:20 274:15 287:6 287:18 296:8 | | | | |
| **dispute**(4) 12:10 30:19 69:22 179:24 **disputed**(1) 179:21 **distinction**(1) 43:24 **distressed**(1) 155:8 **distributable**(1) 51:17 **distribute**(3) 70:8 196:21 264:6 **distributed**(6) 15:22 59:24 161:17 193:3 224:15 245:16 | | | | **egg**(1) 125:2 **downside**(1) 125:2 **dozen**(1) 186:1 **draft**(5) 193:5 193:9 193:11 193:15 197:14 **drafting**(1) 236:10 **draw**(3) 43:24 140:17 227:23 **drive**(1) 155:9 | | |
| **distribution**(3) 89:1 161:1 197:6 **district**(1) 1:2 **diverse**(1) 217:19 **divided**(1) 220:15 **dividend**(2) 28:13 37:7 **dividends**(1) 37:11 **doable**(1) 142:13 | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**entry**(4) 18:12 19:20 19:23 33:11
**enumerated**(3) 44:4 47:16 51:11
**eos**(2) 10:8 10:8
**ephraim**(1) 7:24
**equal**(1) 129:8
**equally**(2) 132:24 249:5
**equated**(1) 51:21
**equipoise**(1) 231:7
**equitable**(7) 36:25 40:18 40:21 231:3 231:12 236:18 255:13
**equity**(11) 30:6 32:16 32:18 34:11 60:1 60:4 89:6 98:23 101:21 101:22 167:1
**equivalent**(3) 220:22 245:5 263:8
**error**(1) 146:12
**errors**(1) 193:7
**esop**(11) 23:15 24:24 29:2 29:3 30:4 30:4 31:3 33:13 167:16 240:18 242:8
**especially**(3) 66:15 100:1 146:19
**esq**(129) 1:24 1:25 1:26 2:6 2:12 2:13 2:14 2:15 2:16 2:22 2:23 2:30 2:31 2:38 2:44 2:45 2:46 2:47 2:48 2:49 2:50 3:5 3:6 3:14 3:15 3:20 3:28 3:29 3:35 3:36 3:37 3:38 3:39 3:40 3:41 3:42 3:48 3:49 4:6 4:7 4:8 4:15 4:16 4:25 4:26 4:33 4:34 4:35 4:43 4:49 4:50 5:7 5:13 5:19 5:25 5:31 5:32 5:39 5:45 6:8 6:10 6:12 6:14 6:16 6:20 6:21 6:22 6:23 6:27 6:31 6:33 6:35 6:45 6:50 6:52 7:6 7:10 7:14 7:16 7:20 7:24 7:26 7:30 7:32 7:34 7:38 7:40 7:42 7:46 7:48 7:52 8:6 8:10 8:14 8:16 8:18 8:20 8:25 8:29 8:33 8:35 8:40 8:44 8:48 9:5 9:9 9:11 9:13 9:17 9:21 9:28 9:32 9:36 9:40 9:48 9:52 10:5 10:9 10:13 10:17 10:22 10:26 10:30 10:34 10:39 10:44 10:48 11:10 11:12
**essentially**(11) 13:11 26:17 41:12 67:16 149:21 159:20 194:4 201:22 212:2 238:19 269:21
**established**(8) 23:1 27:14 51:19 62:2 86:1 88:18 94:14 261:23
**establishing**(2) 195:9 264:3
**establishment**(3) 62:15 64:16 89:4
**esther**(1) 7:20
**estimate**(2) 253:18 290:20
**estoppel**(1) 231:4
**evaluate**(8) 21:22 24:13 54:17 198:14 238:15 250:12 278:14 291:22
**evaluated**(4) 232:4 274:24 289:23 291:12
**evaluation**(2) 154:8 275:20
**evaluations**(1) 221:17
**even**(7) 55:13 74:13 150:15 177:3 191:4 250:15 266:14
**evening**(1) 56:6
**event**(7) 40:25 69:23 69:24 83:19 86:6 109:23 295:23
**events**(22) 23:14 24:23 25:12 26:3 26:17 27:1 31:3 31:10 32:5 33:3 35:1 43:13 64:19 203:12 208:19 209:7 222:2 222:10 222:17 226:20 227:24 251:22
**eventually**(4) 49:1 54:18 82:11 218:25
**ever**(30) 55:4 60:20 71:16 72:5 109:21 117:24 118:2 120:14 120:12 123:4 127:7 128:12 147:5 158:4 161:23 171:18 176:16 191:14 191:25 193:14 201:15 206:4 206:19 208:14 227:5 236:25 264:14 287:14 287:21 288:4
**every**(5) 108:9 108:16 130:20 205:22
**everybody**(9) 15:23 41:22 56:2 56:9 61:14 79:8 85:17 242:17 259:15

**everybody's**(1) 147:5
**everyone**(6) 12:3 44:7 45:5 47:8 81:8 133:13
**everyone's**(1) 140:17
**everything**(7) 21:17 89:13 101:18 101:19 118:8 128:22 129:4
**evidence**(22) 12:24 144:24 156:1 167:14 181:5 181:14 181:19 182:1 184:11 196:18 201:2 201:7 202:12 202:22 203:1 214:12 214:24 215:8 215:12 216:3 216:7 219:16
**evidentiary**(1) 180:24
**exact**(1) 32:17
**exactly**(11) 106:23 112:18 114:23 121:22 137:8 139:15 158:17 160:23 161:22 266:11 281:14
**examination**(17) 14:6 15:19 16:6 98:1 138:22 166:4 170:10 170:15 178:4 181:1 181:11 184:17 254:25 267:12 281:25 292:10 296:13
**examine**(3) 94:23 183:21 223:12
**examiner**(70) 41:22 41:23 54:11 54:15 54:16 55:6 55:8 55:14 56:3 56:5 58:19 61:24 92:16 93:3 93:8 93:10 131:6 135:1 138:9 138:11 138:19 139:5 140:9 140:23 141:10 141:19 142:2 142:6 143:9 145:14 149:21 151:4 151:21 157:20 157:23 158:6 167:13 168:17 168:24 169:12 222:7 223:1 223:5 223:6 223:8 223:11 223:12 223:15 223:17 228:24 229:22 230:21 231:7 231:1 238:17 238:19 262:7 262:13 262:19 263:23 264:13 268:11 268:14 268:19 268:20 269:5 269:8 278:23 291:4 294:7
**examiner's**(23) 25:22 55:1 92:12 93:19 93:23 222:4 222:25 223:23 224:2 224:7 224:9 224:16 224:23 225:1 228:18 229:5 229:15 265:4 279:19 279:23 284:9 285:20 292:13
**examiner's**(10) 139:9 141:20 142:4 167:8 167:10 167:22 168:1 168:7 169:6 169:7
**example**(11) 22:3 25:21 120:13 127:9 128:11 134:9 144:5 181:15 191:18 256:23 261:5
**except**(2) 12:19 25:11
**exception**(1) 47:16
**excerpts**(1) 108:10
**excess**(3) 158:11 264:15 264:16
**exchange**(6) 76:18 83:15 86:25 92:18
**exchangeable**(3) 98:24 166:21 167:2
**exchanged**(2) 46:15 218:24
**exchanging**(1) 45:22
**excluded**(14) 146:20 147:1 147:9 191:15 191:16 191:23 191:25 192:1 192:3 192:7 197:1 228:5 228:9 228:11
**exclusivity**(3) 35:19 123:25 129:20
**excuse**(12) 27:16 28:11 30:1 49:21 59:8 67:18 78:21 83:12 107:24 130:10 141:10 193:21
**executed**(4) 31:19 33:19 98:10 98:14
**execution**(2) 44:4 53:11
**executive**(4) 186:24 187:8 187:12 220:21
**executives**(1) 136:25
**executory**(1) 21:12
**exhausted**(1) 61:8
**exhaustive**(1) 138:22

**exhibit**(62) 49:23 50:1 50:3 50:10 50:12 50:15 67:8 73:19 75:8 82:1 82:14 82:15 82:17 82:19 87:14 87:15 92:3 111:18 117:13 121:12 127:13 134:10 152:1 158:18 158:24 165:1 165:3 174:10 203:1 211:6 212:16 213:21 214:12 214:24 215:1 215:1 216:2 216:7 227:14 227:21 228:3 228:13 229:2 235:25 237:13 237:20 239:6 241:6 241:12 241:12 243:14 270:15 270:15 270:16 271:3 272:21 283:14 283:16 283:1 284:22 284:22 284:25
**exhibits**(18) 15:18 179:16 179:22 180:3 180:5 181:9 194:7 196:2 196:4 196:18 200:18 201:2 201:7 201:21 201:22 202:5 202:11 300:16
**exist**(9) 37:1 37:9 37:14 37:18 83:13 83:14 93:13 168:5 168:10
**existed**(3) 86:7 92:24 105:18
**existence**(1) 24:15
**existing**(2) 32:18 198:7
**exit**(5) 20:20 21:4 164:2 164:6 164:17
**exited**(1) 78:12
**expand**(1) 53:13
**expanding**(1) 81:20
**expect**(5) 15:12 60:7 141:24 154:14 298:7
**expected**(5) 46:21 66:13 285:14 286:12 288:12
**expedite**(2) 164:5 164:17
**expenses**(1) 270:1
**experience**(9) 132:7 132:12 132:13 187:19 188:17 217:18 218:2 252:22 264:17
**experiences**(1) 217:12
**expert**(10) 10:12 14:21 15:4 19:14 30:13 92:23 92:24 252:19 290:13 298:5
**expertise**(1) 19:12
**explain**(13) 38:14 58:23 59:18 78:12 96:21 97:1 97:5 139:18 153:15 153:19 153:21 240:1 288:23
**explained**(4) 92:17 139:24 252:8 286:1
**explanation**(1) 148:22
**explore**(3) 78:6 148:10 250:17
**explored**(1) 77:25
**exposed**(1) 83:25
**exposure**(10) 40:13 121:18 121:20 122:17 239:8 239:12 240:17 242:1 242:6 242:14
**expressed**(1) 278:23
**expresses**(1) 162:22
**expressing**(1) 181:21
**expression**(2) 27:16 28:25
**expressions**(1) 27:16
**extend**(1) 129:9
**extension**(1) 275:2
**extensive**(5) 15:12 47:1 258:16 259:21 294:8
**extent**(12) 70:1 71:21 84:10 94:21 140:8 145:19 179:22 179:23 184:12 258:8 295:11 295:23
**eyes**(1) 209:8
**face**(7) 61:4 61:4 90:24 112:9 215:2 215:19 294:10
**face-to-face**(1) 124:4
**facilitate**(2) 31:14 87:6
**facing**(1) 19:16

**fact**(31) 14:25 15:6 25:16 26:2 39:1 41:11 53:23 55:25 62:19 66:15 95:25 117:21 123:19 126:13 132:23 133:16 133:20 144:7 149:1 153:5 161:8 166:20 167:25 181:17 181:19 206:12 221:16 241:19 265:14 283:14 284:17
**factor**(2) 66:21 292:20
**factors**(6) 20:19 21:4 21:7 34:16 55:6 56:8
**facts**(8) 24:13 24:14 46:3 46:6 54:16 94:21 169:16 174:4
**factual**(1) 15:4
**fail**(1) 161:4
**failed**(3) 61:7 62:20 65:20
**fails.**"(1) 174:7
**fair**(48) 23:3 48:19 50:15 67:4 92:17 94:19 108:19 108:25 109:9 109:19 109:22 109:25 110:1 110:5 110:24 110:25 111:2 111:3 111:4 118:10 119:7 126:15 150:18 164:1 169:24 174:23 218:15 221:14 223:7 235:12 235:22 236:17 236:18 236:20 244:19 247:6 255:13 278:21 282:17 285:13 285:21 288:11 288:16 288:24 288:9 289:20 289:22 297:8
**fairly**(2) 88:25 89:5
**fairness**(6) 89:6 265:13 278:7 280:8 280:11 296:13
**faith**(7) 86:10 96:5 132:8 132:14 139:18 140:3 140:18
**fall**(5) 19:16 27:13 42:14 44:17 298:16
**false**(2) 144:8 144:8
**falsehood**(2) 144:4 144:17
**faltas**(2) 8:51 8:52
**familiar**(17) 19:1 35:4 50:18 71:1 75:23 106:25 168:23 171:7 188:10 188:12 197:20 215:21 220:4 222:4 247:20 248:10 269:13
**familiarize**(2) 23:21 24:8
**familiarly**(1) 116:7
**family**(1) 116:7
**far**(9) 46:22 106:3 106:11 121:7 121:9 123:11 140:3 140:4 216:12
**fargo**(1) 5:37
**fashion**(2) 13:13 58:18
**fast**(1) 179:10
**favor**(8) 84:25 85:1 176:18 205:4 244:15 249:4 266:4 267:11
**favorable**(10) 91:22 139:14 249:14 249:23 251:15 251:16 251:18 267:21 267:23 268:1
**favoring**(1) 206:20
**fcc**(2) 13:19 13:21
**feasible**(4) 72:11 72:11 73:5 73:5
**feature**(1) 246:6
**february**(10) 27:4 27:11 28:5 28:20 28:22 29:5 29:6 109:5 124:1 208:19
**february/march**(1) 130:21
**february/march/early-apri**(1) 130:13
**fee**(2) 294:20 294:21
**feel**(1) 56:10
**feeling**(1) 169:19
**fees**(4) 86:16 116:15 274:1 274:3
**feld**(2) 2:43 8:32
**fell**(6) 92:25 94:10 95:17 95:18 137:13 225:2
**felt**(7) 44:20 45:19 62:2 79:19 151:16 170:4 171:13
**few**(7) 15:23 82:10 98:6 100:8 157:7 180:24 247:19

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| fiduciary(6) 37:6 37:10 37:17 167:16 278:8 278:14 | | flipped(1) 298:1 | | for(73) 248:16 248:17 249:8 249:8 249:21 249:25 250:3 250:3 250:8 250:10 250:15 253:7 255:21 256:23 256:23 257:14 259:3 259:6 259:9 260:1 260:9 261:4 261:5 261:16 261:23 262:5 263:6 263:7 263:9 263:16 263:16 263:18 264:8 264:24 264:24 266:10 269:15 269:22 270:1 270:3 271:16 272:12 272:13 273:6 275:5 275:22 276:16 276:20 276:21 278:10 279:5 279:10 279:22 280:1 280:17 281:19 282:21 285:20 285:22 286:13 288:5 288:14 289:16 290:1 290:25 291:9 291:15 294:19 296:4 297:6 297:16 297:17 298:4 | | frequently(5) 74:12 224:11 252:4 252:18 253:5 |
| field(1) 275:1 | | floor(3) 4:19 4:28 5:20 | | | | friday(2) 73:21 134:23 |
| fifth(1) 35:7 | | flopped(1) 298:1 | | | | friday."(1) 152:18 |
| fifty-fifty(2) 269:6 269:9 | | flow(4) 70:6 93:14 180:25 181:10 | | | | friedman(79) 3:12 3:14 3:17 8:38 149:9 150:7 180:23 181:3 181:3 182:8 182:11 183:9 183:18 183:24 184:8 184:16 194:9 194:10 196:15 201:4 202:8 202:24 204:24 206:8 207:17 207:19 214:14 214:17 214:19 215:9 216:4 219:13 220:8 225:8 229:24 230:9 232:8 232:10 232:21 233:6 246:19 246:21 252:11 253:16 253:17 253:20 254:2 254:4 258:24 258:25 259:18 259:19 259:20 270:23 271:2 279:4 279:9 279:11 279:12 279:17 283:19 283:22 287:6 287:18 287:19 289:6 291:24 292:2 292:4 292:12 293:21 295:6 295:14 296:3 296:7 296:9 296:10 297:14 299:4 |
| fight(3) 180:2 183:11 183:12 | | flowing(1) 47:25 | | | | |
| figure(6) 56:3 113:20 114:10 188:15 221:19 276:22 | | flows(1) 69:24 | | | | |
| figure."(1) 175:18 | | focal(1) 256:16 | | forecasts(1) 81:1 | | |
| figure"(1) 114:8 | | focus(7) 69:20 69:21 111:22 172:8 254:7 264:2 264:8 | | foreclosed(1) 71:7 | | |
| file(1) 13:17 | | | | forego(1) 176:7 | | |
| filed(15) 19:17 129:18 159:12 204:7 208:16 208:17 208:20 209:10 238:5 248:5 248:7 248:9 281:1 281:7 290:8 | | focused(3) 20:7 172:17 177:2 | | foregoing(1) 299:7 | | |
| | | focusing(3) 59:6 67:22 262:12 | | forging(1) 60:24 | | friedman's(2) 182:17 204:24 |
| | | fold(1) 53:17 | | forgoing(2) 76:19 83:16 | | friends(2) 73:23 152:22 |
| | | folder(1) 200:17 | | forgot(2) 208:22 238:6 | | from(183) 17:22 19:10 23:13 24:11 25:17 25:21 26:1 27:3 34:17 39:17 40:12 40:15 43:14 44:9 46:20 52:20 54:17 56:17 61:17 62:7 64:10 65:6 66:1 66:4 66:14 67:5 67:9 67:22 67:24 69:2 69:20 70:19 71:7 77:1 84:3 86:8 89:15 90:17 91:4 101:3 102:5 102:20 104:20 108:11 108:23 110:5 111:3 111:23 113:1 113:18 113:23 114:25 116:12 121:11 122:16 123:1 123:14 127:20 130:5 132:2 134:16 140:24 141:25 142:10 143:22 144:24 145:9 145:10 146:20 147:1 149:9 155:25 161:1 164:6 164:17 165:13 172:1 173:10 173:12 173:16 173:17 174:13 176:4 181:4 185:14 185:15 186:18 188:10 188:25 191:1 191:15 191:17 191:25 192:6 194:4 195:15 195:20 197:1 197:17 197:14 197:16 198:15 202:2 205:11 206:21 206:24 207:4 207:6 207:6 207:7 207:8 207:8 207:11 208:2 208:4 209:17 210:16 211:7 211:16 213:5 214:5 214:8 217:12 218:1 218:1 220:2 220:3 220:3 220:16 221:14 224:10 224:10 224:10 224:18 225:4 226:1 226:8 228:9 231:5 234:8 234:13 236:13 237:17 238:22 241:7 242:4 242:13 242:18 243:9 243:15 245:15 251:1 252:19 252:20 252:21 253:24 261:10 265:16 267:20 271:16 273:6 273:7 273:11 273:13 276:2 281:1 281:13 281:14 284:6 287:9 288:20 288:21 289:12 294:6 294:11 294:5 296:7 296:17 297:3 297:7 297:20 298:8 |
| files(1) 22:25 | | followed(2) 151:23 297:20 | | | | |
| filing(7) 13:11 19:18 37:21 43:15 50:22 53:12 208:24 | | following(4) 29:5 29:6 53:11 81:17 | | | | |
| | | follows(3) 86:2 115:21 297:23 | | form(24) 32:4 32:10 32:15 33:5 46:23 60:10 60:11 65:18 67:19 68:10 70:18 89:17 95:14 109:15 109:21 128:17 139:20 140:12 179:2 206:16 220:15 246:8 258:23 265:25 | | |
| filings(3) 119:25 197:12 197:13 | | fond(1) 173:18 | | | | |
| final(8) 37:12 43:17 109:22 193:18 193:20 197:12 217:24 221:24 | | for(301) 1:2 1:23 2:4 2:11 2:29 2:43 3:4 3:19 3:33 4:4 4:14 4:23 4:41 4:48 5:5 5:12 5:18 5:24 5:30 5:37 6:3 6:6 6:30 6:43 7:4 7:8 7:13 7:23 7:51 8:5 8:9 8:13 8:23 8:31 8:43 8:47 8:51 9:4 9:8 9:19 9:24 9:27 9:31 9:35 9:38 9:42 9:47 9:51 10:4 10:8 10:12 10:16 10:20 10:25 10:29 10:33 10:37 10:42 10:47 11:4 11:9 12:7 12:12 12:19 12:22 16:10 17:17 18:19 18:23 19:10 19:17 20:7 20:13 22:5 22:23 23:24 25:6 25:21 27:1 29:4 29:9 30:16 30:22 30:12 32:19 33:15 34:24 36:5 36:2 37:10 37:16 38:9 38:22 41:11 41:19 41:25 42:19 42:23 42:25 43:3 43:45 45:1 47:9 47:16 48:4 49:12 49:22 49:24 51:14 52:20 53:1 55:2 56:11 58:21 60:5 63:19 64:3 64:8 64:9 65:9 67:16 67:20 69:4 69:11 71:21 76:18 77:13 77:23 78:19 78:24 83:16 83:22 84:1 85:25 86:25 87:2 87:3 88:19 88:25 89:1 89:11 92:18 93:16 93:24 95:11 98:17 99:13 100:16 104:8 104:24 105:10 106:4 106:8 106:17 106:21 109:9 109:19 110:1 111:7 111:7 113:15 114:15 115:5 115:24 116:4 116:7 116:9 116:12 116:15 116:22 117:10 117:22 119:16 119:22 120:13 123:4 124:14 125:4 126:19 127:4 127:9 127:23 132:16 134:22 135:4 136:17 137:10 137:15 137:21 138:4 139:1 140:6 140:18 144:7 146:14 147:13 150:15 152:8 154:13 154:20 156:4 156:6 156:10 157:12 157:15 157:19 158:13 158:19 161:2 162:22 164:15 165:15 165:19 167:19 169:20 170:5 178:20 180:16 181:7 181:9 181:15 181:15 182:2 182:17 183:16 183:2 184:6 185:10 185:11 187:12 187:13 188:3 189:5 189:21 189:24 190:12 191:4 191:18 192:18 194:13 194:19 194:25 195:8 195:1 195:18 195:22 196:2 196:3 197:6 200:8 200:20 201:1 201:21 202:5 203:20 204:19 206:13 208:10 208:16 209:17 212:14 212:21 213:21 214:2 214:14 214:14 214:19 214:20 219:16 219:21 224:13 224:17 226:19 227:24 227:24 228:5 228:19 228:22 228:22 230:2 231:14 232:1 234:10 234:10 235:14 235:16 237:14 238:1 239:25 243:16 244:19 244:20 245:1 245:7 245:8 245:19 246:18 247:4 247:8 | | formal(4) 27:13 30:3 44:14 47:9 | | |
| | | | | formality(1) 172:12 | | |
| | | | | formalize(1) 135:1 | | |
| | | | | forman(1) 2:4 | | |
| | | | | formation(5) 174:24 188:4 188:22 199:12 199:23 | | |
| | | | | | | |
| financial(32) 27:7 27:12 28:2 79:13 145:13 191:12 197:14 197:17 199:3 199:6 200:10 200:12 201:11 201:13 201:17 202:1 217:6 217:8 224:6 224:19 250:10 286:20 286:23 286:24 287:1 287:10 287:24 289:1 294:22 294:23 294:25 300:27 | | | | formed(4) 27:9 109:8 109:18 190:17 | | |
| | | | | formidable(1) 138:16 | | |
| | | | | forms(1) 59:22 | | |
| | | | | formulate(1) 283:1 | | |
| | | | | formulated(1) 56:12 | | |
| financing(5) 119:16 119:19 245:7 269:9 278:24 | | | | formulating(1) 20:13 | | |
| | | | | forth(9) 36:2 60:14 78:11 88:12 100:25 117:13 124:7 218:23 262:7 | | |
| financing"(1) 119:21 | | | | | | |
| find(7) 53:17 78:3 162:24 167:14 168:19 268:20 298:22 | | | | forthcoming(1) 20:4 | | |
| | | | | fortunately(1) 49:11 | | |
| finding(9) 70:2 174:3 174:7 269:8 279:19 279:23 291:4 291:5 292:18 | | | | forward(6) 28:23 46:14 62:7 65:19 81:18 150:20 | | |
| | | | | | | front(9) 20:22 43:8 44:8 67:12 155:23 183:4 212:18 270:19 283:23 |
| findings(4) 94:20 169:12 238:19 268:19 | | | | found(7) 163:17 230:21 231:7 231:15 243:4 269:10 278:24 | | |
| fine(4) 135:5 165:9 214:18 214:20 | | | | | | frustrated(1) 78:3 |
| finger(1) 2:21 | | | | | | fulfill(1) 278:13 |
| finish(2) 141:13 215:18 | | | | foundation(15) 25:11 30:12 30:23 72:23 206:9 206:11 207:19 219:14 219:21 225:8 232:11 246:21 250:17 258:22 287:5 | | fulfilled(1) 252:10 |
| finished(2) 23:9 296:5 | | | | | | fulfilling(1) 118:3 |
| firm(10) 16:21 19:6 64:16 64:18 119:7 119:10 119:15 204:24 260:22 260:24 | | | | | | fulfillment(1) 206:7 |
| | | | | foundation's(1) 206:15 | | full(23) 18:3 66:14 66:15 70:1 84:20 84:22 90:12 94:5 101:23 121:19 141:25 142:3 149:22 150:19 159:18 160:16 202:19 220:20 228:22 229:3 245:4 257:23 263:6 |
| firms(8) 28:2 204:18 204:21 205:2 234:3 260:16 | | | | four(11) 62:11 69:8 72:23 153:4 166:16 166:25 183:6 190:21 204:21 293:13 294:1 | | |
| | | | | | | |
| first(104) 12:5 12:8 12:25 13:3 14:5 14:14 19:19 20:19 21:8 24:11 25:1 34:15 38:10 39:16 41:7 43:10 44:3 56:1 56:9 59:18 64:7 65:25 75:9 76:2 80:22 82:22 84:13 85:19 88:5 88:7 88:10 88:11 88:25 89:22 90:18 90:22 92:1 92:11 92:13 103:16 103:25 104:8 111:18 111:22 114:19 115:4 115:12 115:20 134:21 141:8 141:18 146:1 150:3 150:14 160:20 169:15 174:10 175:11 177:14 178:13 179:19 181:3 194:3 194:21 197:23 198:5 199:24 208:20 208:2 209:4 210:13 210:22 211:12 211:12 226:7 233:17 234:2 234:17 234:25 239:10 240:24 245:17 254:17 255:18 255:20 270:3 270:4 270:7 270:17 271:21 272:3 272:11 273:7 275:9 275:20 276:11 276:14 276:20 276:23 277:6 280:25 281:6 283:16 284:24 | | four-hundred-and-twenty-m 289:8 | | fully(1) 252:25 |
| | | | | | | functioning(1) 198:18 |
| | | four-million(1) 207:22 | | fund(3) 9:35 132:17 219:9 |
| | | fourth(6) 22:18 22:19 40:1 40:2 173:25 202:19 | | fundamenta(1) 10:37 10:38 |
| | | | | fundamentally(1) 285:20 |
| | | fox(2) 3:15 5:38 | | funding(2) 19:24 31:14 |
| | | fraction(2) 122:17 171:14 | | funds(2) 28:12 32:16 |
| firsthand(2) 25:12 137:16 | | frame(1) 254:13 | | further(19) 65:15 67:3 97:7 117:4 148:19 170:7 170:22 175:7 177:24 209:20 225:6 231:13 253:14 292:4 295:10 296:3 296:4 298:23 300:2 |
| firth(1) 40:6 | | frank(2) 6:16 62:14 | | |
| fischel(1) 297:24 | | frankel(1) 10:43 | | |
| five(6) 63:11 93:22 94:1 96:23 97:13 | | fraud(4) 55:2 86:7 118:11 291:6 | | |
| fixed(1) 179:7 | | fraudulent(23) 36:7 36:13 39:20 40:4 69:25 70:7 70:11 83:20 118:21 126:20 159:16 160:15 163:9 163:16 163:18 230:1 230:20 269:10 276:3 278:25 279:24 292:15 293:18 | | |
| flag(1) 146:15 | | | | |
| flaws(2) 287:14 287:22 | | free(2) 30:19 298:21 | | |
| flip(2) 22:13 159:2 | | freedom(1) 12:16 | | |
| | | frequent(1) 208:4 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **future**(4) 127:9 145:7 147:8 232:5 | | **going**(66) 12:23 13:25 14:6 14:25 15:19 29:15 31:2 32:11 44:21 45:7 53:22 60:14 61:15 63:8 63:10 63:20 65:9 77:9 77:14 78:5 85:3 85:9 85:12 85:24 92:3 101:24 115:7 131:21 131:22 133:22 145:1 147:9 147:12 148:7 155:18 156:1 156:13 163:3 168:5 168:10 169:8 169:16 173:6 179:24 180:2 181:10 181:13 181:21 181:22 182:6 183:5 183:6 184:1 184:2 184:6 196:14 206:23 214:4 218:24 252:4 253:15 254:6 276:19 281:24 290:2 298:4 | | **had**(157) 12:9 22:18 13:10 17:13 20:10 22:5 23:16 25:9 26:12 26:12 27:10 29:1 32:21 35:22 39:12 43:2 44:2 46:5 47:21 47:21 49:9 49:12 51:19 52:15 53:10 55:10 55:15 55:22 58:1 59:3 59:16 59:19 61:8 62:9 62:20 62:20 64:14 64:25 65:11 65:15 65:25 65:25 66:11 66:15 66:24 69:12 69:14 74:6 75:2 79:7 80:3 81:8 82:9 89:11 95:10 95:11 97:13 102:8 109:23 113:25 123:19 124:3 124:3 128:15 128:15 130:17 131:10 131:11 131:24 132:7 132:12 132:17 136:10 136:25 138:19 141:9 141:10 141:12 143:2 143:20 146:22 148:19 150:2 151:14 160:7 162:1 162:5 166:12 169:15 176:3 176:9 176:10 177:15 177:21 178:22 178:25 179:6 185:2 191:16 192:4 196:23 196:24 198:3 203:21 206:1 211:25 216:24 221:13 221:17 221:24 222:19 225:15 225:20 228:25 232:1 232:25 234:20 237:9 238:15 238:17 239:18 239:21 240:1 240:6 243:6 248:14 249:10 250:11 252:5 252:8 252:22 253:1 258:16 260:15 260:21 261:1 263:19 266:25 267:1 269:8 275:15 278:1 278:6 278:23 280:12 280:13 281:13 281:1 281:15 286:2 288:19 289:19 291:18 291:21 294:8 297:1 297:25 | | **have**(262) 12:8 12:18 13:14 14:19 14:25 15:9 15:17 17:8 17:15 17:22 18:9 19:21 20:15 20:18 20:22 24:19 25:5 25:14 25:21 26:22 33:4 33:20 35:1 35:15 36:7 37:2 38:17 38:21 42:22 43:7 44:8 48:3 50:2 50:4 55:7 55:25 56:5 56:12 58:8 58:24 59:11 61:7 61:9 62:23 65:16 65:21 66:18 67:12 67:18 68:4 69:13 70:9 70:12 71:4 71:5 73:2 74:6 75:21 76:5 79:7 79:9 79:22 84:23 90:7 93:25 94:13 95:17 97:17 100:3 103:14 107:9 108:11 108:17 112:9 113:20 116:4 116:17 117:8 117:9 120:8 121:25 127:9 128:12 130:4 132:9 132:11 132:13 133:19 134:6 134:15 136:17 137:2 137:3 137:3 138:5 138:18 139:8 139:19 139:24 139:25 140:1 140:6 144:6 147:8 147:20 148:9 148:11 150:5 152:10 154:21 155:12 156:11 156:16 156:24 157:3 157:6 158:13 158:22 160:16 160:24 161:7 162:7 162:11 162:23 162:25 164:7 164:19 166:1 168:13 168:14 169:4 170:7 171:11 172:6 174:9 175:3 175:4 177:24 178:2 179:19 180:2 180:5 182:6 182:10 182:10 183:3 183:5 184:10 185:14 185:24 187:3 187:19 188:9 188:23 189:10 190:18 190:2 192:9 192:22 193:6 193:8 193:14 193:17 193:23 194:2 195:12 195:13 196:4 196:6 197:9 198:21 198:25 199:2 200:17 200:18 200:20 200:21 201:20 201:25 204:15 205:16 207:13 211:9 212:5 212:18 213:20 213:25 215:1 216:9 217:19 217:24 219:11 219:19 219:24 221:22 224:12 227:23 228:5 228:7 232:20 235:24 236:1 236:16 238:21 244:21 246:6 247:5 248:20 249:15 249:24 250:16 250:23 250:24 251:19 252:9 252:15 252:16 257:5 259:6 260:7 261:1 261:3 261:4 262:2 262:3 262:5 262:8 262:22 263:11 266:4 268:7 269:4 270:19 270:20 273:21 273:23 274:1 275:16 275:25 276:5 281:19 282:14 283:16 283:18 283:19 283:21 283:23 283:24 283:24 284:4 284:23 289:10 290:15 291:24 294:17 294:22 295:4 295:16 296:3 296:4 296:17 |
| **gain**(1) 239:23 | | | | | | | |
| **galbraith**(2) 9:4 9:5 | | | | | | | |
| **gandhi**(1) 9:9 | | | | | | | |
| **gangat**(1) 8:25 | | | | | | | |
| **gap**(1) 171:19 | | | | | | | |
| **gap"**(2) 171:5 171:9 | | | | | | | |
| **garrison**(1) 5:21 | | | | | | | |
| **garvan**(1) 3:20 | | | | | | | |
| **gary**(1) 7:46 | | | | | | | |
| **gathered**(1) 230:13 | | | | | | | |
| **gave**(16) 72:19 73:2 124:18 201:12 217:16 232:6 232:14 242:19 252:23 254:8 263:2 263:5 279:20 279:25 283:2 296:12 | | **golden**(2) 2:45 136:15 | | | | **haven't**(1) 50:23 | |
| | | **goldfarb**(2) 4:7 6:22 | | | | **haven't**(2) 132:12 170:2 | |
| | | **goldis**(1) 6:50 | | | | | |
| **gavin**(1) 6:45 | | **goldman**(3) 6:52 8:9 8:9 | | **hadn't**(1) 57:6 | | **having**(4) 41:25 42:24 70:5 89:4 128:16 153:25 161:23 188:11 189:12 217:10 | |
| **geddes**(1) 3:4 | | **good**(38) 12:3 12:4 13:14 16:8 16:9 47:21 47:22 62:16 63:5 63:12 66:5 86:9 88:20 96:5 98:3 98:4 102:21 103:2 103:3 139:18 140:3 140:18 145:9 166:5 166:8 166:9 170:23 180:8 184:19 184:20 228:18 254:3 254:4 285:20 287:2 287:2 293:23 298:11 | | **hadn't**(1) 150:15 | | | |
| **general**(26) 51:24 51:25 68:21 77:4 77:6 77:7 106:22 113:10 155:22 176:25 181:20 193:3 218:12 220:7 231:14 235:1 244:19 246:3 247:22 248:13 257:17 257:22 258:2 261:16 269:16 273:23 | | | | **hale**(1) 6:48 | | **hazeltine**(1) 2:36 | |
| | | | | **half**(9) 14:22 116:9 116:12 125:23 198:6 231:24 251:22 251:24 283:15 | | **he's**(19) 14:24 15:5 15:19 41:23 57:16 59:6 182:17 184:1 184:2 184:6 194:16 206:13 232:10 242:18 250:20 250:21 258:14 274:16 296:15 | |
| | | **gordon**(19) 4:23 5:7 6:44 8:16 12:15 42:20 49:19 52:5 76:4 82:23 88:21 138:2 159:14 161:3 161:6 210:18 219:3 234:21 256:6 | | **hall**(1) 185:10 | | | |
| **generally**(9) 67:22 68:5 190:16 190:18 207:4 218:14 218:21 248:10 248:12 | | | | **hand**(11) 14:16 15:17 34:9 48:6 61:2 102:22 164:23 165:3 256:18 256:19 258:6 | | **head**(1) 176:24 | |
| | | | | | | **headed**(1) 62:22 | |
| **generate**(1) 22:8 | | | | **handed**(1) 165:13 | | **heading**(2) 21:3 211:22 | |
| **generated**(1) 145:7 | | **got**(15) 63:9 63:23 78:1 140:23 141:13 159:7 178:11 182:14 182:14 194:12 194:1 195:21 247:10 275:5 298:12 | | **handled**(4) 85:4 85:12 119:16 119:19 | | **health**(1) 185:12 | |
| **gentilotti**(1) 3:19 | | | | **hands**(1) 28:14 | | **hear**(7) 45:3 45:4 57:21 58:1 120:4 128:8 183:16 | |
| **gentlemen**(1) 12:18 | | | | **hang**(1) 298:21 | | | |
| **george**(2) 8:43 8:44 | | **gotshal**(1) 9:8 | | | | | |
| **get**(36) 26:21 28:13 40:20 46:14 48:8 48:24 49:1 49:7 65:6 71:19 72:17 80:5 85:15 85:17 85:18 100:1 101:14 110:1 122:10 128:10 141:13 155:24 159:21 160:3 163:23 179:16 179:23 188:16 193:5 197:2 202:15 243:9 246:17 248:18 250:11 263:6 | | **graem**(2) 4:6 6:20 | | **happen**(8) 47:8 61:7 61:9 61:16 64:7 77:9 120:14 151:6 | | **heard**(13) 13:21 14:9 14:11 25:6 67:5 73:13 77:23 126:24 157:21 181:23 288:20 288:21 296:16 | |
| | | **grand**(1) 4:36 | | | | | |
| | | **grant**(1) 264:4 | | | | | |
| | | **granted**(5) 57:25 86:14 86:20 209:19 257:13 | | | | | |
| | | **great**(6) 9:47 169:17 222:15 256:21 257:9 | | **happened**(21) 26:23 27:23 29:5 31:12 46:19 69:12 72:3 78:2 81:17 92:11 97:1 100:2 131:1 137:3 137:4 137:14 149:24 150:4 162:3 181:23 239:16 | | **hearing**(9) 15:9 15:9 15:11 35:19 123:25 158:4 248:3 256:15 299:5 | |
| **gets**(1) 64:8 | | | | | | | |
| **getting**(13) 12:23 43:18 53:9 61:6 79:5 106:14 145:18 146:21 168:4 168:25 169:2 194:19 298:13 | | **greater**(12) 22:2 29:10 53:25 70:21 93:24 280:18 282:13 283:5 289:24 290:10 290:1 290:22 | | | | | |
| | | | | **happening**(2) 92:21 150:9 | | **hearings**(1) 145:5 | |
| | | **green**(2) 222:18 251:24 | | **happens**(4) 33:14 33:17 64:6 94:2 | | **hearsay**(1) 25:17 | |
| **give**(31) 13:10 16:20 30:12 113:17 121:25 122:2 122:14 123:12 134:7 135:12 147:17 168:22 182:19 188:5 188:6 199:25 203:4 218:3 231:25 232:3 246:6 266:20 275:22 277:10 281:22 282:24 283:20 289:22 291:1 291:14 297:16 | | **greg**(1) 7:30 | | **happy**(2) 125:14 182:19 | | **hear"**(1) 128:6 | |
| | | **gregory**(1) 3:15 | | | | **heated**(1) 258:5 | |
| | | **greissman**(1) 5:45 | | **hard**(10) 48:10 48:10 53:16 53:23 54:1 97:17 147:6 172:20 221:18 243:5 | | **heavily**(1) 13:13 | |
| | | **grievances**(2) 187:4 187:25 | | | | **heavy**(1) 62:22 | |
| | | **grippo**(1) 8:43 | | | | **hedge**(1) 132:17 | |
| **given**(28) 41:22 54:15 54:16 55:16 55:25 62:19 70:4 105:22 118:7 118:17 118:13 147:11 151:13 188:4 193:17 196:2 213:9 214:1 214:8 248:14 249:4 260:4 260:15 275:17 278:20 290:15 296:23 296:24 296:24 | | **gropper**(18) 52:16 52:17 66:1 66:10 75:2 131:12 140:24 143:1 144:3 148:22 149:20 150:6 170:17 170:17 171:4 171:16 171:17 239:5 | | **hardnosed**(1) 74:5 | | **heilbut**(1) 9:21 | |
| | | | | **harop**(1) 2:49 | | **heiman**(3) 154:11 154:16 154:16 | |
| | | | | **harrisburg**(1) 1:35 | | **held**(5) 99:16 190:17 233:17 245:9 245:24 | |
| **gives**(1) 217:21 | | **ground**(1) 64:22 | | **hartenstein**(1) 298:8 | | | |
| **giving**(5) 30:13 225:21 238:18 269:19 269:21 | | **grounded**(2) 285:13 288:11 | | **has**(52) 12:19 12:21 12:21 13:13 15:17 15:24 18:20 18:23 19:23 19:25 21:19 25:12 30:12 41:21 45:7 64:1 64:4 67:24 72:12 78:4 79:14 92:23 102:4 111:12 117:15 117:11 125:11 144:22 156:2 156:9 156:12 156:15 156:25 163:20 171:17 182:13 182:20 183:8 189:18 190:16 191:1 194:12 212:10 219:17 237:12 239:13 241:2 248:2 285:21 288:25 290:12 296:16 | | | |
| | | **grounds**(1) 274:18 | | | | | |
| **glad**(1) 24:3 | | **group**(9) 10:16 16:19 16:25 19:6 61:3 61:21 84:2 167:15 265:6 | | | | | |
| **glanced**(1) 224:1 | | | | | | | |
| **gleich**(1) 5:31 | | | | | | | |
| **global**(8) 8:51 12:11 16:15 17:5 51:14 55:4 55:21 62:20 | | **gruszka**(1) 10:39 | | | | | |
| | | **guarantee**(1) 271:22 | | **hated**(1) 126:13 | | | |
| | | **guarantees**(1) 36:11 | | **hauer**(2) 2:43 8:32 | | | |
| **goes**(11) 67:23 88:14 90:9 91:7 101:19 101:20 174:15 239:11 273:6 290:25 291:1 | | **guaranty**(1) 190:3 | | | | | |
| | | **guc's**(2) 51:23 51:24 | | | | | |
| | | **guess**(7) 43:4 55:19 163:12 179:24 195:11 237:25 297:21 | | | | | |
| | | **guidance**(2) 263:2 263:5 | | | | | |
| | | **guide**(1) 264:14 | | | | | |
| | | **guided**(1) 254:17 | | | | | |
| | | **guild**(27) 185:22 185:23 185:24 186:3 186:7 186:8 186:9 186:14 186:17 186:20 187:2 187:9 187:17 187:21 188:2 188:8 188:17 189:1 189:5 189:10 191:21 192:11 211:13 248:20 248:25 257:3 261:23 | | | | | |
| | | **gulf**(4) 151:16 171:10 171:11 178:7 | | | | | |
| | | **gump**(2) 2:43 8:32 | | | | | |
| | | **guy**(1) 108:12 | | | | | |
| | | **h.m."**(1) 128:11 | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**help**(10) 28:9 28:17 28:21 28:23 29:23 30:1 30:1 41:15 61:18 135:15

**helpful**(3) 24:9 39:8 45:20

**hercules**(1) 4:17

**here**(30) 29:1 29:15 31:2 35:18 52:6 61:15 88:12 93:16 94:6 97:10 98:15 109:5 115:7 118:19 136:15 147:8 151:21 153:25 156:4 156:5 166:24 177:14 219:14 251:21 253:1 258:24 260:7 271:15 281:24 298:22

**here's**(1) 43:24

**here's**(1) 145:11

**hers**(1) 279:7

**he'd**(1) 118:20

**he's**(12) 112:3 112:2 112:6 114:7 114:9 114:14 114:14 128:18 138:15 144:4 144:7 154:12 154:12

**hide**(1) 147:13

**high**(5) 55:13 79:6 93:11 126:11 126:12

**higher**(6) 80:23 81:4 96:23 96:23 140:9 263:9

**highest**(1) 157:11

**highly**(1) 88:22

**him**(31) 15:1 15:5 18:19 41:19 66:4 71:20 72:19 94:23 99:22 105:7 111:10 114:15 141:8 141:15 141:18 142:17 147:7 150:23 150:25 151:3 151:9 168:6 168:10 168:25 175:22 178:19 250:18 283:20 296:23 296:24 297:6

**him."**(1) 113:21

**himself**(1) 107:9

**hinder**(1) 268:22

**hire**(2) 204:13 204:20

**hired**(5) 64:17 204:5 204:6 205:10 205:16

**hiring**(1) 205:4

**his**(57) 15:3 15:19 18:17 19:8 19:10 25:11 30:17 30:18 30:19 30:21 39:5 41:23 67:7 93:19 94:14 94:18 94:19 95:23 115:9 118:2 118:18 118:18 138:20 138:22 138:22 142:5 142:5 144:2 144:9 155:3 155:20 161:21 162:5 167:11 169:11 175:8 176:24 177:1 181:4 182:18 199:8 199:9 207:7 233:19 234:12 243:7 245:12 258:14 259:1 259:3 259:4 296:13 296:14 296:15 296:22 297:7 298:5

**history**(2) 176:5 176:8

**hit**(3) 176:23 184:2 184:3

**hold**(4) 90:13 117:1 190:14 221:3

**holdback**(2) 70:9 70:15

**holder**(3) 49:20 89:11 142:22

**holders**(5) 85:1 89:11 91:2 159:17 160:17

**holding**(2) 42:16 52:6

**holdings**(1) 115:9

**holds**(1) 172:11

**holes**(1) 298:22

**home**(1) 123:12

**honest**(7) 44:22 47:11 109:7 110:10 110:16 118:4 146:12

**honor**(134) 12:4 13:4 14:13 14:18 15:6 15:14 15:22 20:17 23:23 24:4 25:5 25:24 26:8 30:11 30:16 30:22 33:4 33:6 38:17 38:25 41:18 50:23 57:15 57:24 59:8 63:4 63:15 67:18 68:8 71:6 71:11 71:14 73:1 73:17 74:20 75:17 77:22 85:5 94:13 95:3 102:12 102:22 107:16 112:24 115:7 115:11 118:14 118:25 135:23 140:16 143:17 143:24 143:25 144:19 145:17 146:11 146:11 147:19 147:20 148:5 148:10 152:8 155:24 164:20 164:22 166:1 166:5 169:10 170:7 170:13 173:15 177:10 177:25 179:6 180:8 180:11 180:23 182:10 183:2 183:4 183:9 184:8 194:2 194:11 196:13 201:1 201:4 202:4 202:8 202:21 203:9 206:8 207:17 214:11 214:15 215:8 216:3 216:5 219:13 220:8 229:25 230:12 232:21 246:19 250:6 250:9 252:11 253:14 253:17 259:11 270:2 274:14 274:22 279:1 287:4 287:16 289:1 291:24 292:4 292:9 293:21 295:11 296:3 296:20 297:14 297:17 299:3 299:4

**honorable**(1) 1:18

**hope**(5) 60:24 74:17 98:5 128:10 172:11

**hopefully**(5) 14:2 20:2 57:3 61:22 227:22

**hor**(1) 191:8

**host**(1) 172:2

**hotel**(1) 298:22

**hotly**(1) 30:11

**hour**(5) 14:22 63:10 213:4 231:24 253:21

**hours**(2) 140:18 213:5

**hour"**(1) 113:15

**how**(55) 16:21 17:3 17:8 17:13 27:24 29:22 41:15 47:19 49:3 57:8 60:5 69:24 73:3 74:3 74:8 76:23 77:4 85:3 85:12 114:17 123:11 147:10 170:20 185:2 188:1 188:25 190:16 191:24 193:2 195:21 196:2 197:23 204:3 210:25 213:2 213:8 218:9 224:20 248:25 250:25 251:3 253:18 283:5 288:23 289:7 289:22 293:8 294:11 294:17

**howard**(4) 3:37 127:5 258:21 259:4

**however**(1) 28:24

**huge**(2) 99:23 163:18

**hundred**(2) 65:13 197:19

**hundred-percent**(1) 182:16

**hurdles**(1) 262:3

**hurley**(6) 2:50 71:14 108:3 173:1 250:6 250:9

**hypothetical**(1) 42:5

**i'd**(15) 12:5 12:8 14:15 15:17 20:17 24:3 42:13 56:9 67:6 67:19 73:9 75:18 182:19 190:24 213:3

**i'll**(30) 15:10 28:8 33:6 33:8 35:15 49:7 57:17 72:1 73:17 95:2 97:24 195:13 202:21 210:13 214:4 227:22 230:2 230:8 235:24 241:8 252:12 256:25 257:21 257:2 284:21 287:6 287:18 287:18 295:7 298:19

**i'm**(59) 14:3 18:9 21:8 30:16 30:17 30:19 32:11 36:23 39:3 48:14 52:9 57:21 58:23 63:12 70:25 73:8 78:10 83:18 88:9 90:11 91:19 182:16 183:5 183:6 183:14 184:22 188:14 196:14 207:12 213:10 214:4 236:3 238:3 238:4 239:19 239:19 249:21 251:9 256:24 257:21 257:22 262:11 262:12 270:11 271:13 272:19 272:23 276:8 277:11 277:15 278:5 278:5 281:4 281:14 282:7 289:5 290:11 294:19 295:22

**i've**(9) 61:1 87:25 102:9 182:14 182:14 194:18 194:19 196:2 219:14

**idea**(5) 62:16 63:2 147:1 213:10 294:17

**identification**(4) 200:18 201:21 208:19 213:21

**identified**(3) 22:5 91:13 237:12

**identifier**(1) 229:2

**identifies**(1) 85:20

**identify**(1) 24:9

**iii**(1) 241:12

**ilk**(1) 13:23

**illegal**(2) 37:7 37:11

**illinois**(1) 4:45

**illusion**(1) 144:6

**illustrate**(1) 41:8

**illustrates**(1) 84:12

**immediately**(5) 19:20 81:20 82:7 199:12 199:23

**impact**(8) 41:25 42:3 54:21 55:7 156:25 157:4 280:7 280:10

**impediment**(1) 155:3

**imping**(1) 71:22

**implicates**(1) 94:19

**implications**(2) 70:10 217:8

**implies**(1) 137:13

**imply**(1) 61:13

**importance**(1) 264:21

**important**(18) 24:14 26:22 38:15 38:24 44:20 62:19 62:23 84:6 92:14 107:7 108:24 124:15 124:17 138:25 139:3 146:5 176:7 252:24

**impossible**(2) 54:23 55:21

**improve**(1) 80:25

**improved**(1) 247:12

**improvement**(2) 84:22 90:19

**in-person**(3) 145:6 212:17 237:9

**inadvertent**(1) 146:5

**inappropriate**(3) 148:1 194:17 206:15

**inc**(3) 6:38 10:25 10:25

**inchoate**(1) 259:14

**include**(6) 100:15 122:8 192:2 256:6 295:16 295:25

**included**(10) 39:22 41:12 49:18 213:15 226:6 228:20 270:12 276:16 280:13 297:3

**includes**(3) 17:5 100:12 110:15

**including**(8) 41:22 56:25 67:9 86:12 185:10 296:23 296:24 297:7

**inconceivable**(1) 297:22

**incorporated**(4) 91:24 248:2 249:13 249:21

**incorporating**(1) 235:7

**incorrect**(1) 167:23

**increase**(7) 84:3 101:11 246:13 281:1 281:7 281:11 290:2

**increased**(8) 66:11 90:2 101:25 102:4 246:14 280:12 281:16 290:3

**increases**(1) 280:17

**increasing**(4) 62:21 81:22 246:12 280:22

**incredibly**(2) 122:17 124:15

**incremental**(4) 34:5 34:7 89:24 98:17

**incumbent**(1) 61:16

**incurred**(2) 36:17 268:21

**indeed**(1) 113:16

**indenture**(6) 42:22 42:25 42:25 43:4 49:22 52:8

**independence**(1) 62:24

**independently**(1) 106:16

**index**(1) 300:1

**indicate**(3) 90:14 92:22 213:22

**indicated**(24) 15:25 16:25 26:13 32:17 39:12 46:13 47:10 52:3 52:6 58:22 60:13 67:2 77:11 79:25 85:16 86:3 86:18 90:23 95:20 96:4 116:4 169:23 171:18 228:25

**indicates**(6) 28:22 29:15 31:7 33:8 69:16 75:6

**indicating**(1) 123:16

**indifferent**(1) 80:14

**indirectly**(1) 192:9

**indiscernible**(3) 41:3 73:22 120:6

**individual**(3) 18:14 19:1 291:12

**individually**(1) 23:25

**industries**(1) 200:15

**industry**(5) 19:14 200:5 200:11 200:13 200:23

**inferences**(1) 140:17

**infirmities**(2) 25:18 287:15

**influence**(1) 177:7

**information**(24) 44:6 44:8 71:21 91:11 115:8 117:13 121:4 130:19 154:8 175:8 207:5 220:2 238:10 250:11 250:13 252:24 259:7 274:19 281:13 286:5 296:22 296:23 296:24 297:7

**information-gathering**(1) 121:4

**informed**(2) 226:14 275:24

**informs**(1) 52:10

**infusion**(1) 34:8

**initial**(13) 101:2 216:9 220:14 235:3 245:1 248:17 264:1 264:9 264:21 265:1 265:4 269:24 284:11

**initially**(2) 125:16 254:16

**initiated**(1) 213:10

**input**(1) 217:7

**inputs**(2) 288:22 297:12

**inquiring**(1) 147:17

**inquiry**(2) 144:5 259:14

**insiders**(1) 37:19

**insisted**(2) 87:5 143:21

**insolvent**(3) 39:24 39:25 230:23

**instance**(2) 41:11 146:12

**institution**(1) 42:16

**institutions**(4) 42:18 42:20 57:3 61:2

**instruct**(1) 102:15

**instructed**(7) 38:20 71:20 198:19 198:22 247:1 263:15 263:25

**instruction**(7) 72:8 72:10 72:18 250:13 260:16 261:9 263:12

**instructions**(3) 217:22 260:11 260:14

**insulate**(1) 40:12

**insult**(1) 133:3

**insurance**(1) 86:13

**insured**(1) 10:29

**integrity**(1) 154:15

**intend**(4) 12:21 182:24 182:24 183:1

**intended**(5) 29:25 34:24 44:13 89:17 93:7

**intends**(2) 26:1 236:21

**intensively**(1) 43:3

**intent**(2) 115:16 268:22

**intention**(4) 39:19 82:3 181:4 194:7

**intentional**(8) 40:4 55:2 86:7 278:25 279:24 291:5 292:15 293:18

**intentionally**(1) 144:23

**interactions**(1) 40:9

**intercompany**(4) 93:11 93:12 93:13 93:13

**interest**(12) 27:17 28:25 43:2 59:1 59:3 75:2 122:9 142:11 143:2 164:2 191:17 268:6

**interested**(4) 28:24 45:19 148:24 288:8

**interesting**(1) 28:24

**interests**(4) 30:6 150:5 177:4 252:7

**interfere**(2) 20:6 177:15

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| interfering(1) 206:6 | | issues(25) 12:6 12:6 16:1 18:11 31:17 | | john(2) 8:35 19:1 | | kline(1) 7:38 | |
| interim(1) 15:9 | | 33:18 37:24 38:3 38:7 38:14 38:23 38:24 | | johnson(1) 13:21 | | knew(13) 118:17 120:3 129:24 144:18 | |
| intermediary(2) 44:21 47:11 | | 39:5 39:16 39:18 54:18 65:10 78:24 | | johnston(1) 4:34 | | 148:15 168:24 221:12 223:1 266:21 266:23 | |
| internal(1) 161:15 | | 146:13 148:10 174:24 192:7 240:18 242:7 | | join(5) 188:21 218:6 247:15 247:21 270:5 | | 267:4 277:23 278:5 | |
| internally(2) 21:21 161:14 | | 253:6 | | joined(1) 247:17 | | | |
| interpose(1) 250:6 | | issuing(1) 161:9 | | jones(8) 4:42 64:16 64:17 64:18 64:23 | | know(187) 15:4 16:10 19:19 20:3 21:11 | |
| interpret(1) 114:17 | | it's(56) 13:23 27:3 30:10 31:22 32:11 | | 119:10 154:10 154:12 | | 21:11 21:17 22:2 22:6 22:8 22:11 22:23 | |
| interpretation(4) 139:13 139:19 139:24 | | 32:25 33:18 41:2 43:6 43:6 48:9 50:1 | | | | 22:24 23:3 23:15 25:23 26:1 26:17 30:11 | |
| 151:11 | | 50:8 51:4 54:9 54:10 56:5 56:7 63:17 | | jordan(1) 10:44 | | 30:23 35:14 39:10 44:4 44:24 45:2 45:5 | |
| | | 64:22 67:4 67:8 72:14 75:18 75:19 90:19 | | joshua(2) 4:35 10:22 | | 45:20 46:3 46:4 46:13 47:22 47:23 48:3 | |
| interrelated(2) 32:8 34:4 | | 94:14 100:1 101:22 181:21 182:1 189:8 | | journalism(1) 185:15 | | 48:4 48:7 48:10 48:14 48:19 49:5 49:6 | |
| interrupt(3) 58:24 180:25 181:10 | | 235:25 236:2 236:4 236:5 242:1 249:21 | | jpmorgan(2) 9:31 120:19 | | 49:10 49:11 53:21 53:22 53:22 55:12 | |
| interrupted(2) 39:13 97:15 | | 250:1 251:16 251:17 259:16 260:3 264:24 | | judge(5) 1:19 163:16 163:17 173:9 234:4 | | 55:14 55:17 55:18 55:18 56:4 56:5 56:6 | |
| interruption(1) 279:11 | | 267:23 271:4 272:2 272:2 274:25 283:16 | | july(6) 54:19 54:21 56:23 223:20 223:20 | | 56:9 56:10 57:1 57:6 59:21 61:12 61:21 | |
| intersection(1) 78:1 | | 284:2 284:5 293:10 293:23 294:12 297:22 | | 224:24 | | 61:23 62:21 63:17 64:24 64:25 65:2 65:9 | |
| interview(1) 204:18 | | | | | | 65:11 65:12 65:13 66:8 66:21 67:3 67:4 | |
| interviewed(1) 207:3 | | it."(1) 175:3 | | july/august(1) 57:9 | | 69:23 70:3 73:3 73:12 73:20 74:3 79:11 | |
| into(57) 18:13 19:21 19:23 22:1 30:4 | | item(4) 40:18 46:25 52:9 54:11 | | juncture(10) 22:16 23:8 24:19 55:24 60:22 | | 84:12 86:9 86:24 88:18 88:19 88:20 88:23 | |
| 32:14 53:17 56:16 62:22 70:13 78:1 82:4 | | items(1) 184:2 | | 62:16 75:17 80:19 175:25 298:8 | | 88:24 89:2 89:13 91:1 93:11 93:18 95:6 | |
| 94:15 94:21 94:24 105:4 105:14 106:17 | | its(58) 18:4 19:24 21:10 21:24 22:8 27:6 | | | | 99:24 106:3 106:11 107:8 107:9 108:6 | |
| 115:4 119:9 119:13 121:5 127:25 131:3 | | 27:11 55:14 64:18 66:11 73:21 73:23 74:4 | | june(3) 31:20 33:9 198:5 | | 108:8 108:10 108:10 115:1 117:12 117:17 | |
| 134:21 137:9 143:21 146:21 155:18 156:1 | | 94:25 110:2 110:23 112:9 124:14 128:22 | | junior(3) 18:18 126:19 174:6 | | 118:2 120:7 126:25 127:5 129:24 132:1 | |
| 165:18 168:10 169:8 173:13 181:5 181:14 | | 129:4 132:7 132:16 132:24 135:17 136:10 | | juniors(1) 128:9 | | 137:14 137:24 143:23 144:15 146:18 | |
| 184:11 188:14 197:21 201:2 202:21 206:2 | | 136:14 139:14 140:6 152:21 152:22 159:1 | | just(125) 13:6 13:23 15:10 15:22 17:20 | | 146:19 147:3 147:10 150:5 151:6 152:18 | |
| 207:25 208:2 214:11 215:7 216:3 232:17 | | 162:22 163:14 186:10 188:17 191:22 | | 32:8 32:12 32:25 33:1 33:21 34:2 35:2 | | 154:11 157:6 162:2 162:4 163:2 163:8 | |
| 248:2 263:3 286:17 288:16 288:19 292:21 | | 197:7 197:7 197:17 205:6 205:7 207:14 | | 38:9 38:13 39:17 40:3 40:13 42:11 44:3 | | 163:25 165:3 166:15 167:18 167:20 168:4 | |
| 297:22 298:11 298:11 | | 208:15 211:4 215:2 215:19 222:16 236:18 | | 44:24 47:20 48:23 48:24 49:16 51:10 | | 170:20 176:3 176:24 181:12 192:5 195:17 | |
| | | 238:10 242:5 246:2 248:9 261:4 261:13 | | 53:22 58:25 59:4 61:1 61:6 61:16 61:18 | | 197:15 199:8 199:9 201:18 203:4 204:1 | |
| intralinks(10) 195:23 195:24 196:20 | | 265:1 282:8 282:12 282:13 | | 67:19 68:5 70:4 70:15 77:14 78:11 79:18 | | 207:10 210:4 213:8 214:4 214:4 218:24 | |
| 196:23 197:14 197:11 224:13 224:17 224:19 | | | | 82:10 87:25 90:24 93:17 98:5 100:8 | | 221:6 238:6 240:4 247:17 248:5 250:20 | |
| 239:13 | | itself(7) 24:8 87:24 167:19 211:5 223:15 | | 101:22 104:15 108:8 110:24 115:19 115:2 | | 250:25 251:1 251:3 258:9 258:13 258:14 | |
| introduce(3) 181:5 184:1 194:8 | | 251:8 260:23 | | 115:25 117:1 118:8 118:13 120:7 127:18 | | 259:4 261:1 265:19 266:11 266:21 266:21 | |
| introduced(4) 182:21 183:19 184:3 192:4 | | | | 133:23 134:9 134:21 135:4 135:5 137:4 | | 267:7 275:16 278:1 281:4 281:5 287:12 | |
| introducing(1) 78:24 | | it's(18) 110:20 111:2 122:4 127:19 131:20 | | 144:13 146:11 148:5 148:5 148:16 150:22 | | 287:13 287:23 292:22 292:25 293:8 293:11 | |
| introduction(1) 202:5 | | 135:2 147:20 152:1 152:5 152:7 164:1 | | 151:7 151:24 158:14 159:23 160:2 164:22 | | 294:10 294:14 294:25 | |
| invalidated(1) 41:1 | | 164:4 164:8 164:15 173:25 174:10 175:13 | | 165:2 165:14 165:19 166:10 167:19 169:8 | | | |
| invested(4) 32:14 99:6 116:23 116:25 | | 179:15 | | 169:11 171:10 173:13 174:4 178:2 181:20 | | knowing(1) 117:20 | |
| investigate(4) 23:11 54:16 205:13 206:25 | | it"(1) 175:4 | | 181:25 182:3 183:11 192:13 195:8 214:2 | | knowledge(16) 25:12 71:15 72:10 73:4 | |
| investigating(1) 205:7 | | i'd(4) 119:4 127:17 164:23 165:14 | | 214:4 218:21 221:20 222:12 222:21 224:2 | | 131:7 156:9 156:15 156:24 176:7 219:17 | |
| investigation(22) 25:11 25:17 94:15 94:17 | | i'll(14) 11:24 115:17 118:25 128:19 134:2 | | 226:16 227:1 229:4 230:5 235:24 236:14 | | 244:24 257:18 260:8 287:20 288:6 288:7 | |
| 94:21 94:25 105:4 105:14 106:15 109:11 | | 136:1 146:17 147:17 147:17 162:24 163:12 | | 239:19 240:6 251:20 263:11 264:8 276:11 | | | |
| 119:2 119:8 119:9 119:12 206:24 207:15 | | 168:22 169:14 170:13 | | 279:19 283:15 291:3 294:10 295:15 297:2 | | known(3) 14:4 81:6 81:8 | |
| 207:25 208:3 208:7 208:11 208:15 231:13 | | | | 298:9 | | knows(2) 144:4 154:13 | |
| | | i'm(48) 103:13 103:20 103:22 103:23 | | | | korpus(1) 11:10 | |
| investment(7) 10:38 10:38 16:22 98:23 | | 103:24 104:14 106:7 107:25 114:13 117:7 | | justin(1) 7:52 | | kramer(2) 10:42 10:42 | |
| 167:1 200:3 214:6 | | 117:10 120:3 122:24 127:11 128:4 128:18 | | kalenchits(2) 9:24 9:24 | | kulnis(1) 297:20 | |
| | | 129:24 131:21 133:20 134:1 134:12 135:3 | | kaminetzky(1) 2:13 | | kurtz(54) 14:15 14:17 16:6 16:8 20:22 | |
| investments(3) 117:5 117:9 166:21 | | 135:4 135:7 136:9 137:6 141:13 145:3 | | kansa(1) 7:32 | | 42:3 63:11 63:12 63:19 63:21 68:1 68:4 | |
| investor(1) 198:5 | | 145:11 147:4 150:3 150:2 150:21 154:5 | | kaplan(5) 3:12 8:38 149:9 150:7 204:24 | | 71:23 73:8 75:21 78:10 78:15 78:19 79:17 | |
| investors(1) 8:51 | | 154:16 155:6 155:15 156:5 156:19 158:24 | | karsh(6) 126:25 127:1 127:3 127:4 127:8 | | 92:8 92:11 94:18 98:3 98:9 101:1 102:15 | |
| investor's(1) 155:8 | | 159:1 159:22 162:20 164:7 168:14 169:18 | | 127:20 | | 102:18 103:2 103:3 103:4 107:19 107:22 | |
| invitation(1) 46:1 | | 174:1 298:21 | | | | 111:17 115:19 115:24 128:23 132:23 144:3 | |
| invited(1) 99:20 | | i've(9) 113:17 114:12 127:21 132:18 141:13 | | kasowitz(2) 3:26 11:9 | | 145:13 153:19 153:24 154:7 155:18 157:8 | |
| invoked(1) 40:19 | | 155:7 159:25 165:13 172:14 | | katharine(1) 4:49 | | 158:21 165:13 166:8 171:1 173:20 178:3 | |
| involve(5) 14:21 28:15 28:18 68:24 183:7 | | | | katherine(2) 8:6 166:6 | | 179:4 179:10 281:20 281:25 300:7 | |
| involved(31) 23:1 23:16 26:21 28:2 40:17 | | jamal(4) 199:7 242:16 242:17 242:19 | | kavalis(1) 9:28 | | | |
| 42:18 47:4 60:25 61:11 64:13 114:14 | | james(6) 1:24 1:25 4:8 4:34 6:21 10:12 | | kay(1) 5:30 | | kurtz's(1) 38:19 | |
| 124:22 125:16 126:20 137:16 167:2 187:2 | | jane(1) 5:32 | | kaye(1) 10:44 | | labeled(1) 239:7 | |
| 199:5 204:11 204:13 207:3 208:3 208:9 | | janet(1) 279:7 | | keep(4) 63:7 63:10 63:20 146:17 | | lack(3) 25:11 38:8 49:12 | |
| 212:3 217:11 219:5 225:13 225:19 225:20 | | january(25) 27:22 45:8 45:24 47:1 99:16 | | keeping(1) 234:22 | | ladies(1) 12:18 | |
| 232:16 267:16 | | 121:8 188:24 211:7 211:17 211:23 212:1 | | ken(2) 7:32 258:13 | | laid(4) 38:9 46:3 93:23 206:15 | |
| | | 212:14 212:17 212:25 213:22 214:3 214:9 | | kenneth(2) 9:40 10:17 | | lance(1) 9:36 | |
| involvement(4) 25:9 124:13 217:14 265:14 | | 215:2 215:15 215:23 216:10 216:25 216:2 | | kept(2) 145:18 193:20 | | landis(10) 3:47 3:48 6:26 191:11 199:2 | |
| involving(1) 22:20 | | 218:7 218:25 | | kevin(2) 1:18 1:26 | | 199:10 199:14 199:14 199:17 199:18 | |
| isn't(2) 101:18 101:19 | | | | key(15) 20:19 21:4 34:16 35:15 37:24 | | | |
| isn't(6) 103:19 104:7 106:24 122:23 | | january/february(1) 109:14 | | 38:3 38:7 57:3 111:7 203:12 208:19 209:1 | | landmarks(1) 188:15 | |
| 132:17 142:1 | | jarashow(1) 8:40 | | 222:10 226:20 251:22 | | lange(4) 126:24 127:3 127:4 128:15 | |
| | | jason(2) 6:3 6:4 | | | | language(1) 276:12 | |
| issue(21) 13:7 14:4 14:10 20:15 30:11 | | jay(1) 234:12 | | kickoft(1) 212:2 | | lantry(1) 1:26 | |
| 40:1 40:2 40:6 77:25 88:24 94:23 118:5 | | jean-marie(1) 6:31 | | kim(1) 9:32 | | large(4) 56:7 56:7 194:3 219:9 | |
| 160:19 163:4 172:23 176:16 182:16 184:1 | | jefferies(2) 7:51 7:51 | | kind(9) 64:21 65:6 72:8 100:25 160:9 | | larger(7) 79:3 207:11 217:21 228:20 233:4 | |
| 223:17 234:16 262:4 | | jeffrey(3) 5:39 11:5 62:14 | | 160:13 202:14 232:3 241:8 | | 249:11 250:5 | |
| | | jennifer(1) 10:30 | | | | | |
| issued(20) 30:12 55:14 59:23 138:25 | | jessica(1) 6:12 | | kinds(2) 22:24 197:9 | | largest(14) 42:17 49:20 52:6 55:10 57:5 | |
| 140:23 160:25 161:13 161:14 222:7 223:2 | | jillian(1) 7:40 | | king(4) 2:25 3:21 4:51 5:14 | | 66:20 124:18 142:21 153:10 186:5 186:6 | |
| 224:9 224:16 224:23 225:1 233:19 235:2 | | jim(5) 112:9 112:15 112:15 116:17 297:17 | | kira(1) 8:14 | | 210:19 266:24 267:4 | |
| 263:24 264:13 268:11 271:10 | | job(6) 54:14 157:10 185:5 187:5 187:6 | | kirby(1) 3:41 | | | |
| | | 252:25 | | kizzy(1) 8:40 | | | |
| | | jobs(2) 20:4 136:25 | | klauder(1) 5:13 | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**last**(28) 23:10 23:11 26:19 34:19 37:17 40:18 52:9 60:24 60:24 73:18 73:20 77:11 87:15 92:2 93:2 104:1 107:10 107:12 109:5 143:8 152:18 177:13 182:11 184:25 185:11 233:20 247:2 297:25

**late**(7) 63:24 75:5 80:2 104:20 119:11 223:20 233:18

**later**(13) 84:5 125:15 175:15 183:23 183:24 194:22 210:22 223:6 243:11 247:19 256:4 281:12 298:17

**laughter**(28) 26:6 39:9 39:11 39:14 63:13 63:16 74:18 92:7 92:10 97:25 100:3 100:15 112:23 123:24 129:11 132:24 133:4 133:9 153:23 154:3 154:6 155:13 170:18 170:21 173:19 179:11 279:15 294:2

**launched**(1) 31:16

**launching**(1) 53:24

**laurie**(1) 4:15

**law**(13) 3:19 11:9 12:14 36:10 52:7 64:16 119:7 119:10 183:14 194:19 204:18 234:3 260:16

**laws**(1) 37:1

**lawyer**(5) 17:12 17:13 43:3 205:21 250:14

**lawyers**(12) 24:11 40:15 61:11 71:24 120:2 149:9 150:7 157:3 157:6 197:10 259:8 260:8

**lay**(2) 219:21 273:23

**layout**(3) 26:16 30:20 89:17

**lays**(3) 34:4 87:25 175:8

**layton**(1) 2:21

**lazar**(2) 23:16 38:1

**lazard**(46) 15:1 16:13 16:14 16:16 16:21 16:22 17:8 17:24 18:1 18:6 18:18 18:23 19:6 19:9 19:11 19:15 23:25 24:7 24:8 25:9 38:21 38:23 45:5 51:19 64:21 64:23 79:9 80:1 94:16 94:20 94:24 104:23 104:24 105:1 105:13 106:8 106:15 107:5 108:6 109:11 119:12 213:23 214:5 214:6 214:8 300:20

**lazard's**(3) 17:5 101:8 214:3

**lazard's**(1) 119:9

**lbo**(57) 18:12 18:22 18:25 23:12 23:17 23:19 23:22 23:22 24:12 24:15 24:20 24:20 26:18 26:23 27:2 34:19 35:5 35:17 35:23 36:16 36:17 37:5 38:3 41:4 42:9 43:7 46:7 51:15 54:10 54:15 70:19 77:12 84:20 86:22 94:3 109:15 119:23 157:23 174:5 198:2 198:15 206:25 207:7 208:9 210:9 211:23 212:6 212:13 212:20 216:14 220:18 223:12 238:11 248:16 256:276:3

**lbo-related**(3) 207:25 238:1 289:15

**lead**(17) 60:20 82:4 111:7 139:10 145:13 169:16 187:3 199:18 205:7 228:19 249:9 249:10 249:11 260:13 260:25 261:8 262:1

**leader**(1) 18:9

**leaders**(1) 217:20

**leading**(13) 23:18 23:22 24:23 27:2 27:25 33:3 50:24 85:5 96:11 222:21 227:22 255:17 282:20

**leads**(1) 18:18

**learn**(5) 46:19 46:21 204:3 232:24 252:19

**learned**(3) 46:21 252:21 278:2

**least**(17) 14:6 24:1 44:14 46:22 53:9 55:9 66:7 67:5 68:16 69:23 101:2 118:1 125:5 151:14 163:14 168:9 217:7

**leave**(5) 145:25 163:12 165:3 298:20

**lebouef**(1) 4:32

**led**(11) 18:22 24:20 61:23 66:7 126:4 206:4 206:19 210:9 218:22 238:23 292:18

**left**(4) 19:6 92:8 172:14 239:17

**legal**(25) 27:7 27:13 191:5 191:10 191:22 192:2 192:21 197:12 197:12 197:12 198:1 198:19 199:2 203:21 203:24 207:25 208:18 210:8 224:5 224:18 245:9 252:22 262:3 285:13 288:11

**legitimate**(1) 233:3

**lemay**(1) 3:35

**lender**(10) 5:38 40:7 55:8 57:4 88:23 101:18 117:23 121:11 210:17 255:4

**lender's**(1) 49:19

**lenders**(107) 6:44 32:9 32:10 32:12 36:11 40:19 40:24 42:19 43:16 46:12 52:2 53:2 65:3 65:17 68:25 69:2 69:8 70:1 73:15 76:16 76:19 77:1 78:20 83:14 83:16 84:8 84:10 84:15 84:21 84:25 85:16 87:5 91:5 101:12 101:20 102:2 110:11 120:17 136:25 151:20 151:22 168:3 171:16 207:8 209:5 212:25 213:6 215:3 215:6 215:16 216:13 225:16 230:20 235:5 236:16 236:23 245:22 247:16 247:21 256:1 256:2 256:5 256:13 256:18 256:22 257:9 258:18 260:2 262:9 262:10 262:20 262:24 263:4 263:14 267:17 267:21 268:1 268:3 268:6 269:15 269:19 270:8 271:17 271:18 272:13 272:16 272:18 277:4 277:8 277:24 278:4 278:15 285:21 295:17 295:21 295:25 296:25 300:21

**lending**(1) 61:3

**length**(3) 120:25 169:17 255:14

**lent**(2) 32:10 32:12

**leonard**(1) 2:5

**less**(16) 43:3 63:9 100:17 104:12 114:6 246:11 249:14 249:23 251:15 251:16 251:17 263:25 268:3 280:19 284:13 288:5

**lesser**(1) 282:13

**let**(68) 14:8 25:20 39:7 39:10 58:5 67:21 72:1 72:20 74:20 78:7 79:15 85:8 90:6 90:14 95:5 106:7 109:10 143:25 145:3 149:15 155:21 155:14 155:16 157:7 158:1 159:23 173:4 182:9 182:23 183:15 189:24 192:10 195:8 196:1 200:17 201:20 208:18 210:12 211:6 212:5 212:16 213:20 215:1 215:18 222:9 222:25 228:12 230:1 232:24 230:10 237:12 239:6 240:23 241:6 242:4 243:19 251:9 251:20 270:2 270:22 270:14 270:14 271:19 275:18 275:18 277:17 279:283:14

**let's**(26) 12:10 14:12 24:7 32:9 63:20 66:21 67:6 79:17 91:2 183:24 199:25 210:14 211:12 222:2 222:3 222:12 227:14 227:21 229:1 231:3 241:11 241:25 243:14 253:22 264:8 279:6

**letter**(2) 117:11 171:24

**letters**(2) 27:15 31:13

**letting**(1) 49:7

**let's**(14) 103:23 107:24 112:22 119:21 120:22 121:10 121:22 135:3 136:9 146:11 147:15 153:12 155:12 179:22

**level**(14) 3:22 20:3 48:9 113:21 113:25 140:9 220:19 220:21 235:9 235:15 245:3 245:4 263:7 263:8

**levels**(1) 247:13

**lever**(1) 21:14

**leveraged**(12) 24:24 29:3 31:3 94:15 105:4 105:15 107:2 119:17 167:16 197:20 240:18 242:8

**levin**(2) 10:42 10:42

**levy**(1) 8:18

**lewis**(1) 9:47

**lexington**(1) 2:17

**liabilities**(1) 22:21

**liability**(4) 40:13 69:9 69:9 86:13

**liang**(4) 9:40 258:13 258:20 259:1

**liberty**(1) 148:10

**lidwig**(1) 7:40

**liebentritt**(41) 7:48 63:3 67:9 67:22 68:12 69:12 69:16 70:22 73:20 105:3 111:6 111:23 112:17 113:2 113:10 114:3 114:25 117:17 118:17 120:13 134:17 136:16 136:24 149:17 152:12 154:7 154:23 161:8 161:13 161:21 172:2 172:9 173:18 174:13 175:6 175:7 176:10 176:16 176:18 177:7 177:15

**liebentritt's**(2) 68:6 68:24

**liebentritt's**(4) 115:8 118:7 160:2 175:12

**light**(8) 66:15 72:20 128:14 131:20 279:19 279:22 284:9 288:22

**like**(44) 12:5 12:8 13:25 15:17 20:18 21:7 46:12 57:19 57:22 67:6 73:9 95:7 117:1 121:23 127:18 128:25 134:4 144:10 144:1 151:22 161:2 164:23 165:16 172:5 177:9 179:23 182:15 182:18 187:13 188:13 206:22 221:14 222:19 226:16 230:4 230:6 230:9 230:11 237:22 254:5 275:3 275:4 284:20 285:9

**likelihood**(2) 62:21 173:5

**likely**(14) 88:22 89:13 118:9 118:20 168:19 216:16 247:7 249:9 250:22 268:20 269:5 278:24 291:5 292:14

**likewise**(2) 215:11 216:6

**limit**(2) 14:23 40:23

**limitation**(1) 215:9

**limited**(2) 181:15 182:2

**line**(9) 25:6 85:14 107:6 107:6 108:1 108:5 169:15 208:19 222:18

**lines**(1) 182:3

**linger**(1) 298:21

**lion's**(2) 235:5 247:10

**lion's**(1) 155:24

**lipton**(1) 2:7

**liquidity**(2) 32:8 32:20

**list**(2) 120:8 165:1

**listed**(5) 21:7 120:2 194:6 213:20 225:15

**listen**(1) 45:2

**listened**(3) 95:20 252:18 286:4

**listening**(2) 66:4 156:6

**lists**(2) 211:13 242:23

**literally**(1) 124:7

**litigate**(4) 160:17 173:9 209:25 289:19

**litigating**(1) 289:17

**litigation**(84) 18:11 53:25 56:15 56:16 58:8 58:15 62:23 69:4 70:12 70:13 70:17 70:20 71:18 77:13 79:7 84:5 84:6 84:9 84:11 84:18 84:18 84:19 85:3 85:9 85:13 86:1 89:4 89:6 90:23 91:5 91:11 91:16 91:16 91:21 103:10 119:20 120:5 120:17 155:18 155:25 156:1 156:2 164:5 164:6 164:18 168:6 168:11 169:9 170:3 173:10 245:20 245:25 247:9 248:16 248:19 249:16 250:2 250:12 250:22 263:10 264:3 268:7 269:23 270:1 271:25 282:18 288:15 289:9 291:11 292:19 292:22 293:4 294:6 294:15 295:5 295:15 295:20 295:24

**little**(12) 16:20 47:17 131:20 147:8 158:23 200:1 210:14 210:22 212:3 236:6 291:4 298:17

**litvack**(1) 9:11

**live**(1) 145:6

**lived**(1) 176:3

**lively**(1) 252:5

**llc**(4) 2:37 8:43 166:22 167:3

**llp**(18) 1:23 3:13 3:34 5:6 5:38 6:7 6:19 6:26 6:30 8:5 9:8 9:31 9:35 9:47 9:51 9:51 10:43 11:4

**loan**(9) 31:13 34:6 76:17 76:17 83:15 84:17 90:25 271:22 271:23

**loans**(3) 34:9 220:16 220:17

**lobbied**(1) 129:15

**local**(11) 185:24 186:12 186:23 187:6 187:14 188:3 188:10 191:11 199:19 205:23 211:13

**locate**(1) 188:15

**logistics**(1) 180:11

**long**(13) 17:8 17:13 154:13 176:10 176:25 182:13 182:20 185:2 193:2 213:2 231:22 259:12 259:13

**longer**(1) 22:7

**longstanding**(1) 111:12

**longtime**(1) 188:10

**look**(79) 20:18 22:9 24:22 31:21 32:11 38:2 43:5 49:23 50:9 51:3 67:6 68:12 73:19 75:18 76:8 81:25 82:14 83:1 85:19 90:13 92:2 93:2 98:20 99:13 106:21 108:1 108:12 111:17 113:1 127:12 134:9 146:18 152:16 154:5 163:7 170:5 174:5 174:10 175:1 195:9 195:12 195:12 196:1 200:17 200:19 201:20 202:15 210:12 211:12 211:19 212:5 212:5 212:20 213:20 213:23 215:1 215:18 226:19 228:12 230:16 231:3 235:24 240:15 240:15 241:19 243:14 251:6 251:6 251:8 270:15 271:11 271:21 271:21 283:5 284:5 284:24 284:25 285:18 287:2

**looked**(8) 40:14 103:7 118:8 174:20 268:18 268:25 276:12 282:5

**looking**(6) 31:4 145:11 203:3 209:7 211:16 272:20

**looks**(3) 25:23 215:21 222:19

**loose**(1) 164:23

**los**(1) 4:38

**losquadro**(1) 9:44

**lost**(3) 141:5 150:22 248:19

**lot**(15) 44:6 56:8 117:2 133:22 171:3 171:21 172:25 181:8 189:14 219:15 225:24 243:6 252:21 262:15 291:18

**lots**(2) 133:11 222:12

**low**(2) 93:11 131:18

**lower**(2) 122:24 226:8

**lucy**(2) 9:4 9:5

**lugano**(1) 1:31

**lunch**(3) 15:8 102:9 166:11

**lynch**(8) 4:14 5:30 27:6 83:23 120:20 204:2 206:6 206:21

**lynn**(1) 4:43

**macquarie**(2) 10:33 10:33

**made**(51) 15:2 34:6 36:16 37:2 40:10 44:11 46:8 54:23 55:3 55:20 60:9 62:9 69:6 81:8 83:21 86:5 87:21 87:22 105:1 117:5 117:9 120:1 133:20 143:18 144:1 146:8 161:23 162:1 166:20 181:19 198:9 204:21 208:24 212:13 212:24 214:15 215:15 216:10 218:8 225:24 237:8 262:23 268:21 269:8 278:16 284:17 289:15 293:11 294:23 294:25 298:11

**madlyn**(1) 5:31

**maggie**(1) 62:13

**magnitude**(7) 97:6 101:8 171:14 274:2 275:13 276:6 278:3

**mail**(2) 159:10 161:22

**mailbox**(1) 12:22

**mailboxes**(1) 196:24

**maintain**(1) 110:9

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**major**(10) 19:16 28:13 36:6 36:20 36:23 45:21 69:8 76:6 130:7 225:16

**majority**(4) 70:4 93:14 266:3 266:7

**make**(45) 12:8 14:4 21:16 22:10 23:24 24:1 28:5 28:12 28:20 39:23 44:6 45:25 47:7 49:10 57:20 57:22 61:7 61:9 62:24 62:25 81:6 84:17 88:18 89:7 97:11 109:23 115:19 136:11 146:6 146:9 155:6 155:12 157:22 160:17 174:3 181:14 181:25 184:3 192:23 254:5 257:2 265:5 274:11 276:11 278:14

**maker**(1) 62:8

**makes**(6) 19:22 82:2 127:8 154:23 186:5 296:15

**making**(11) 28:4 44:18 48:15 48:16 61:16 87:6 140:6 144:16 231:10 262:19 272:16

**manage**(1) 19:24
**managemen**(20) 7:5 8:23 8:28 8:32 9:4 9:20 9:20 9:35 9:39 9:39 9:43 9:43 10:21 10:21 10:29 16:18 19:25 20:2 188:18 191:19

**managers**(1) 116:6
**managing**(2) 16:15 19:5
**mandate**(1) 157:18
**mandava**(18) 18:7 18:15 18:18 18:20 18:22 18:23 19:13 107:8 108:17 297:24 298:1

**manges**(1) 9:8
**manner**(2) 33:21 161:17
**many**(23) 22:22 39:2 39:5 47:23 69:23 74:7 117:5 117:9 133:17 134:5 181:11 181:11 181:11 183:5 192:1 195:22 207:2 224:4 226:16 226:21 240:4 243:5 264:4

**marc**(7) 3:40 6:8 6:14 180:15 180:19 180:21 300:9

**march**(17) 1:14 12:1 19:7 26:20 47:1 80:9 130:25 184:24 202:20 218:8 218:10 218:13 222:11 222:13 222:20 226:16 299:13

**margin**(1) 57:6

**mark**(4) 2:23 62:12 164:25 165:6
**marked**(9) 73:18 85:20 87:14 171:22 171:22 200:18 201:21 241:6 300:16

**market**(5) 1:11 3:50 4:18 5:20 5:40
**marketplaces**(1) 105:20
**markets**(1) 79:13
**marrero**(1) 6:12
**marsal**(2) 10:25 10:25
**martin**(1) 2:30
**marvin**(1) 4:43
**marx**(3) 127:5 127:8 127:20
**mass**(1) 274:17
**master's**(1) 185:15
**match**(5) 92:15 167:7 167:25 169:5 169:12
**material**(6) 13:18 13:20 13:22 13:23 16:4 147:1

**materials**(8) 88:6 196:22 196:25 196:25 197:3 197:6 213:13 213:16

**math**(1) 298:10
**matter**(17) 17:24 18:2 30:20 35:3 55:19 59:12 68:21 89:11 168:25 177:6 180:11 189:24 212:9 238:14 242:14 283:4 299:9

**matters**(8) 18:25 120:20 132:2 180:24 184:13 199:6 203:22 296:21

**matthew**(4) 6:27 8:29 8:48 10:48
**mauceri**(1) 9:7
**maximize**(2) 27:5 208:10
**maximizing**(2) 164:2 177:2
**maximum**(2) 20:7 21:10

**may**(81) 14:18 15:16 16:4 16:5 25:6 25:19 26:8 26:9 31:16 31:18 31:19 38:21 38:25 42:1 54:11 73:6 73:20 77:22 98:9 99:24 100:4 102:22 102:24 107:8 107:16 107:18 108:11 108:16 108:17 117:22 118:3 128:8 137:3 137:3 146:18 152:18 153:19 157:3 157:5 158:13 164:22 165:10 165:11 168:5 168:10 172:12 172:13 179:9 180:11 180:14 180:23 181:14 181:16 182:2 182:9 184:1 184:14 192:9 193:17 194:3 194:13 203:18 203:10 207:20 220:10 232:12 246:23 250:2 252:12 261:1 270:23 270:23 270:25 274:20 283:17 289:3 291:25 292:1 295:7 296:8 298:18

**maybe**(16) 47:7 71:11 108:7 108:7 108:7 130:25 137:13 147:6 149:3 162:20 163:2 183:10 183:11 213:5 266:14 298:11

**mayer**(2) 4:49 6:30
**mccarter**(1) 4:48
**mccormack**(90) 33:16 80:8 180:9 181:4 181:12 182:7 182:9 183:1 183:10 183:19 183:22 184:1 184:6 184:16 184:18 184:20 194:2 194:15 194:23 195:2 195:4 195:7 196:13 196:19 201:1 201:8 202:4 202:13 202:21 203:2 203:8 203:11 206:11 206:17 206:18 207:21 214:11 214:16 214:18 214:20 214:25 215:7 215:13 216:2 216:8 219:21 219:23 220:11 225:10 230:1 230:8 230:11 230:14 230:15 232:13 232:3 233:8 233:9 246:25 249:18 250:19 250:20 251:1 251:2 251:10 251:12 251:13 252:13 253:14 258:22 259:11 267:13 268:13 274:14 274:22 279:1 283:9 283:15 287:4 287:16 289:1 292:9 292:11 293:23 294:1 294:3 295:10 296:20 299:3

**mccormack's**(1) 182:1
**mccutchen**(1) 11:4
**mcdaniel**(1) 3:20
**mcgowan**(1) 9:17
**mcguire**(1) 6:27
**mcneill**(1) 4:16
**me,"**(1) 147:2
**mean**(29) 44:25 48:6 56:4 56:11 61:12 74:16 76:9 91:9 93:9 94:9 99:23 101:22 120:7 129:8 133:23 144:15 148:9 150:21 162:25 167:19 168:22 171:8 215:14 239:2 250:2 262:2 287:12 287:17 293:15

**meaning**(4) 71:23 106:16 119:8 204:6
**meaningful**(3) 44:1 89:5 106:21
**means**(7) 110:16 132:20 164:1 229:15 229:18 269:6 273:25

**meant**(6) 56:11 60:2 108:22 269:4 273:22 276:1

**meantime**(1) 66:18
**media**(1) 19:6
**mediation**(87) 61:22 64:8 64:8 64:12 64:25 65:5 65:9 65:10 65:16 67:5 75:6 75:9 75:15 76:2 78:2 78:5 78:13 82:6 82:12 82:20 143:10 143:11 143:15 143:16 143:19 143:22 144:5 144:7 144:13 144:20 146:3 146:8 146:10 146:22 146:23 147:23 148:19 150:11 150:14 160:20 171:18 172:12 172:20 178:11 233:11 233:17 233:21 233:22 234:4 234:17 234:22 237:3 237:6 237:7 240:23 241:2 241:13 241:16 241:22 254:16 254:17 254:20 254:21 255:3 255:18 255:21 261:12 269:19 269:18 270:2 270:3 270:4 270:7 270:17 272:12 272:15 272:21 273:7 273:10 275:8 275:9 275:10 275:13 276:7 276:10 276:21

**mediation?"**(1) 146:7

**mediator**(20) 43:15 43:15 61:19 61:23 64:3 64:4 64:10 82:2 82:3 82:6 135:15 233:15 233:19 233:19 234:4 234:16 234:2 271:4 275:21 280:3

**mediator's**(5) 75:19 82:18 270:17 270:18 271:9

**meet**(4) 149:6 149:12 151:22 237:4
**meeting**(109) 45:10 45:13 45:15 45:16 45:23 45:25 46:8 46:14 46:17 46:20 47:14 61:4 87:24 99:20 135:22 136:13 136:22 136:23 149:20 149:24 149:25 150:2 150:4 150:5 150:6 150:18 150:22 150:24 150:25 151:7 151:19 162:6 162:9 162:14 164:24 165:14 165:23 178:17 182:12 188:4 188:18 188:23 190:19 191:14 192:1 193:2 193:6 194:8 199:12 199:22 199:24 199:24 205:21 211:7 211:16 211:23 211:25 212:14 212:17 213:3 213:12 214:1 215:5 215:14 224:15 224:22 227:9 227:11 227:15 227:18 227:19 228:18 228:9 231:20 231:23 237:9 237:13 237:17 238:22 239:4 240:2 240:3 241:8 241:9 241:17 241:21 241:25 242:6 242:8 243:15 243:16 243:17 251:11 284:21 285:5 285:7 286:1 286:15 286:19 286:22 298:22 300:18

**meetings**(42) 124:4 124:6 162:8 162:10 181:24 182:21 190:14 190:17 190:22 191:16 191:6 191:15 192:16 196:13 211:1 211:6 192:18 192:23 193:25 194:4 194:6 195:18 195:19 195:22 196:3 206:13 211:1 218:6 222:19 224:3 224:4 224:8 224:11 224:13 224:14 224:20 226:21 240:5 240:8 250:16 252:6 261:4 283:11

**meisel**(1) 2:4
**melamed**(1) 6:39
**member**(10) 19:9 116:5 189:1 191:4 208:6 217:15 217:16 228:5 256:9 259:7

**members**(42) 18:5 112:4 153:6 174:14 185:25 186:3 186:7 186:8 189:9 189:15 189:25 191:3 191:15 191:14 191:16 191:24 192:25 193:3 193:8 196:22 196:24 197:1 206:1 206:7 208:2 211:12 213:17 222:16 225:18 225:18 226:14 227:6 228:5 228:6 234:5 237:4 252:10 252:22 275:1 275:3 286:16 297:2

**membership**(1) 186:14
**memo**(2) 182:15 182:19
**memoranda**(2) 197:12 197:15
**memorandum**(3) 243:22 244:2 244:2
**memorialized**(2) 145:7 192:16
**memory**(1) 285:6
**men**(1) 195:16
**mention**(4) 55:13 150:6 150:9 199:13
**mentioned**(7) 59:16 196:20 201:19 221:20 224:11 253:1 269:22

**merger**(2) 30:3 33:13
**merits**(1) 246:3
**merrill**(10) 4:14 5:30 27:6 28:2 69:8 83:23 120:20 204:2 206:6 206:20

**mester**(1) 4:35
**met**(13) 66:24 127:1 147:23 190:20 194:18 194:19 226:16 239:21 240:2 240:4 240:6 252:4 252:18

**method**(1) 197:6
**metro**(1) 185:8
**me"**(1) 115:1
**michael**(2) 2:16 6:33
**michaels**(1) 161:1
**michelle**(1) 6:50
**microphon**(1) 180:17

**mid-august**(2) 149:2 149:17
**middle**(7) 48:1 127:17 128:3 134:16 159:4 216:17 241:20

**midpoint**(3) 93:17 281:2 281:2
**might**(25) 14:21 35:4 37:9 37:18 40:23 40:25 65:19 71:21 80:23 97:9 108:24 120:4 134:5 142:13 161:3 188:9 190:18 190:20 191:17 192:2 195:18 198:15 203:20 292:14 294:5

**mike**(1) 10:9
**million**(113) 32:14 32:15 32:15 32:16 32:19 34:8 34:10 51:21 52:10 53:1 55:12 55:22 57:12 58:7 58:14 66:13 66:16 66:22 68:25 69:4 69:6 69:10 69:11 69:13 76:10 76:19 76:25 77:1 77:15 78:16 78:20 78:22 79:6 79:18 79:19 79:20 80:15 80:16 83:3 83:16 83:22 84:2 84:3 84:4 84:13 84:16 84:17 86:12 90:8 90:9 90:17 90:17 90:18 90:19 91:9 91:10 91:13 92:17 95:24 98:24 98:25 99:3 100:14 101:9 101:15 102:1 121:12 121:14 121:17 122:20 122:20 130:14 137:10 149:18 158:5 220:14 226:13 235:4 245:1 245:18 245:19 247:24 251:17 263:20 263:22 263:25 264:9 264:15 267:17 268:3 268:4 269:21 269:24 269:25 270:9 271:16 271:19 272:17 273:7 273:8 274:7 276:10 276:14 276:14 276:22 276:24 277:11 277:25 288:15 288:24 293:13 294:21

**mina**(2) 8:51 8:52
**mind**(7) 97:1 110:23 130:16 144:11 146:17 154:15 282:7

**minded**(1) 61:21
**minds**(1) 48:5
**minimum**(2) 78:4 143:23
**minor**(1) 13:17
**minus**(1) 202:5
**minute**(6) 79:5 164:19 183:2 194:6 195:22 196:8

**minutes**(58) 63:11 97:13 162:7 162:12 162:21 162:23 164:24 165:6 165:13 181:5 181:6 181:11 181:14 181:17 181:18 181:23 182:3 182:12 182:18 182:20 184:9 192:18 192:20 192:23 193:1 193:2 193:5 193:9 193:12 193:15 193:18 193:20 193:24 194:4 194:8 194:17 195:10 195:15 195:19 210:14 211:6 212:18 227:15 227:17 227:20 227:24 227:25 228:4 228:7 231:18 231:24 237:14 237:18 241:7 241:10 243:15 252:1 288:9

**mischaracterizes**(1) 169:11
**mischaracterizing**(1) 163:1
**misleading**(1) 259:17
**miss**(1) 191:4
**mistake**(2) 115:19 159:2
**misunderstanding**(1) 146:12
**mitch**(1) 2:50
**mix**(2) 78:24 137:9
**model**(32) 41:4 41:7 41:8 41:20 41:21 41:25 42:4 238:15 239:8 239:11 239:12 239:23 240:17 242:1 242:6 242:14 242:21 286:2 286:4 286:8 286:12 286:17 286:21 287:2 287:11 287:15 287:22 288:1 288:18 288:22 288:23 289:11

**modeling**(1) 238:11
**modified**(3) 69:17 69:18 236:20
**modify**(1) 275:4
**moelis**(21) 191:12 199:3 199:4 199:5 199:8 199:20 199:23 200:1 200:3 200:9 200:22 201:15 217:10 224:10 234:4 239:18 240:1 242:18 250:10 281:14 300:21

| Word | Page:Line |
|------|-----------|

**moment**(26) 25:6 31:16 49:24 71:12 77:23 79:10 99:13 111:6 113:17 129:2 147:16 158:19 165:15 189:25 196:21 200:20 221:20 222:22 238:21 253:1 264:8 270:3 276:20 277:23 279:6 287:25

**moments**(5) 49:12 82:10 100:8 114:5 114:

**monarch**(2) 7:8 7:9
**monday**(2) 64:10 298:11
**money**(7) 28:10 99:5 163:11 163:14 163:15 163:19 245:19

**montenegro**(1) 3:28
**month**(4) 66:18 150:11 190:24 222:20
**months**(4) 53:16 64:20 65:14 221:18
**more**(35) 15:4 15:23 29:11 41:24 61:7 70:25 82:12 103:6 108:8 118:9 123:22 133:2 133:3 146:5 147:23 158:5 158:14 164:12 173:4 179:7 188:12 200:1 228:5 228:24 232:16 249:14 249:23 257:2 263:2 264:6 267:21 267:23 268:1 280:15 291:3

**morgan**(28) 2:11 5:24 9:8 9:16 9:47 27:12 28:3 42:20 49:19 52:5 59:2 69:8 82:25 83:23 86:17 88:21 190:3 192:1 192:3 204:2 206:5 206:20 210:17 219:3 228:11 237:16 256:6 297:20

**morgan's**(2) 261:5 261:6
**morning**(8) 12:3 12:4 16:8 16:9 63:5 243:11 254:3 281:25

**moskowitz**(1) 2:12
**moss**(1) 9:52
**most**(11) 18:10 22:4 24:14 49:12 70:8 123:4 139:13 154:11 219:1 226:7 297:21

**mostly**(1) 220:21
**motion**(14) 13:22 57:20 57:22 143:20 208:20 209:3 209:4 209:10 209:13 223:13 223:16 250:7 251:11 297:12

**motions**(3) 192:4 208:16 209:17
**motivation**(1) 140:18
**move**(22) 16:11 28:23 46:14 61:7 65:19 73:17 117:11 118:25 148:5 148:7 155:16 195:5 196:14 201:1 202:4 202:21 214:11 215:7 216:2 241:9 272:15 296:12

**moved**(2) 121:5 129:20
**moving**(4) 15:10 81:18 195:11 209:8
**much**(19) 12:16 36:8 53:1 70:9 76:23 102:10 113:20 114:8 114:10 119:13 175:1 249:11 249:11 250:15 253:18 283:5 293:8 294:11 294:17

**mulhern**(1) 9:36
**mullen**(1) 7:34
**multimedia**(1) 97:16
**multiplying**(1) 238:19
**must**(4) 175:3 175:4 285:12 298:20
**myers**(1) 7:13
**myrick**(1) 7:42
**myself**(1) 18:7
**name**(5) 16:10 180:16 180:19 188:5 188:6
**named**(3) 19:1 120:14 212:3
**nancy**(2) 2:48 279:6
**narrative**(1) 67:20
**natural**(16) 69:1 77:2 90:22 91:3 100:12 100:15 275:22 276:1 276:6 276:16 276:21 290:16 290:19 290:25 291:9 291:15

**nature**(6) 17:10 24:2 26:3 46:10 47:19 115:16

**near**(2) 48:23 151:11
**nearly**(1) 216:14
**nease**(2) 190:4 234:10
**necessarily**(2) 155:9 275:5
**necessary**(4) 98:18 148:1 183:16 203:20

**necessitated**(1) 56:14
**need**(20) 20:6 22:21 62:25 63:10 71:9 103:7 113:12 115:13 127:9 128:9 128:16 145:16 161:20 165:18 170:23 183:14 188: 194:25 253:19 278:21

**needed**(13) 22:7 44:22 44:23 45:1 45:3 45:4 56:2 61:18 61:18 88:7 118:6 208:9 217:8
**needs**(3) 63:11 219:21 259:16
**neftalis**(1) 10:42
**negotiate**(4) 37:22 42:8 139:6 210:8
**negotiated**(6) 21:15 60:8 130:11 151:10 221:18 225:6

**negotiating**(11) 35:22 117:14 142:11 187:25 205:9 211:5 218:4 218:17 221:13 260:13 283:4
**negotiation**(6) 96:5 241:21 255:14 257:13 257:18 264:20
**negotiations**(80) 41:16 48:12 48:17 48:18 55:7 58:6 59:9 60:14 64:24 80:6 95:7 96:10 96:13 104:19 105:8 110:9 113:24 118:4 120:22 125:4 126:4 133:11 135:12 176:6 177:6 187:19 210:15 210:25 212:2 216:24 217:4 217:11 217:14 218:23 219:15 219:16 219:18 220:25 225:14 225:19 225:21 226:15 226:18 227:2 227:7 232:17 246:22 254:12 255:16 255:25 256:1 256:14 256:17 257:8 258:1 258:5 258:10 258:17 259:2 259:9 259:13 259:21 259:25 260:2 260:9 260:18 260:23 262:7 262:14 263:3 263:14 263:23 264:18 264:22 264: 265:10 266:25 278:9 297:4

**negotiator**(5) 105:10 111:7 111:7 258:10 258:21
**negotiators**(3) 44:13 217:22 217:23
**neil**(1) 9:44
**neither**(2) 67:3 192:14
**net**(2) 34:7 99:2
**neutral**(1) 110:17
**never**(23) 67:4 72:13 72:23 100:2 106:8 114:12 120:16 123:16 132:7 142:15 144:2 150:18 151:23 156:10 156:12 156:24 157:21 158:14 170:4 173:9 205:19 206:22 262:4

**new**(25) 2:18 2:33 2:52 3:17 3:31 3:44 5:9 5:34 5:47 32:9 32:10 32:10 32:12 56:11 57:2 59:23 60:20 60:25 64:14 89:2 138:4 186:7 186:8 188:14 197:5

**newcomers'**(1) 128:8
**news**(4) 13:14 88:20 185:8 197:14
**newspaper**(6) 185:22 186:8 200:4 200:14 200:23 211:13

**next**(41) 12:14 20:10 20:12 21:20 31:21 33:11 33:24 38:2 43:5 46:25 51:3 53:10 54:11 64:6 84:11 84:16 99:2 113:1 116:8 116:18 116:21 127:12 127:12 134:10 151:25 172:10 179:13 199:24 211:19 224: 229:1 229:14 240:15 240:15 241:19 241:25 242:23 243:11 243:19 245:18 269:25

**nice**(1) 98:3
**nicely**(1) 230:14
**nicholas**(1) 9:21
**nick**(1) 2:46
**night**(2) 243:11 275:1
**night's**(1) 170:23
**nine**(1) 222:19
**ninety**(2) 266:14 267:7
**noise**(1) 20:5
**nomura**(2) 9:27 9:27
**non**(2) 91:7 135:9
**non-bank**(2) 205:13 209:5
**non-binding**(1) 49:8

**non-existence**(1) 24:15
**non-lbo**(5) 84:14 84:19 91:4 157:16 285:2
**non-partisan**(1) 44:23
**non-party**(1) 10:16
**non-public**(1) 130:18
**non-senior**(2) 101:18 101:19
**non-starter**(1) 135:2
**non-step**(1) 91:2
**nonetheless**(1) 131:18
**nor**(2) 89:10 89:11
**normally**(1) 145:4
**norman**(1) 2:6
**north**(5) 2:5 3:21 4:18 5:26 29:21
**not**(258) 13:13 14:23 14:25 15:5 18:10 20:5 22:14 22:23 25:9 25:24 25:25 30:10 30:19 34:18 38:20 39:23 41:19 41:20 41:24 44:14 44:24 47:8 48:23 49:14 49:12 52:11 52:18 52:21 53:22 54:2 56:5 59:9 60:9 60:21 61:24 62:21 65:24 66:5 66:9 69:25 70:25 71:5 71:19 71:20 72:7 72:10 72:11 72:14 73:4 73:5 78:5 78:6 78:10 79:5 80:3 82:6 82:9 86:10 89:8 91:17 92:1 94:17 94:19 96:3 99:11 99:23 100:4 101:9 101:22 102:15 104:15 104:23 105:1 107:9 108:7 108:15 110:19 110:20 110:24 111:13 114:10 115:10 115:12 115:15 117:10 118:3 120:3 126:2 126:9 126:14 127:11 127:17 128:18 129:5 129:24 130:1 130:18 131:3 131:6 131:8 131:15 131:19 131:21 132:13 132:20 133:21 137:3 137:4 137:16 137:21 138:16 138:23 139:2 139:3 139:19 139:25 141:11 145:7 146:9 147:4 147:24 147:24 148:1 148:11 149:2 151:19 154:5 154:16 154:19 154:21 155:9 156:5 156:19 156:21 157:6 157:18 157:22 158:9 159:16 160:14 160:16 160:22 161:5 161:8 161:11 161:14 161:15 161:18 162:3 163:3 163:5 163:9 163:13 167:14 167:22 168:5 168:12 168:14 169:18 177:21 178:21 178:24 180:25 181:18 181:10 181:13 181:1 181:21 181:23 182:16 183:5 183:14 184:11 188:22 193:24 196:25 201:23 211: 213:10 219:12 220:22 226:7 230:9 230:5 230:22 230:23 231:6 235:8 235:12 235:13 235:22 236:16 236:20 237:23 243:2 243:3 245:2 246:14 247:3 249:7 250:12 250:14 250:16 250:17 251:8 252:19 255:16 255:1 256:22 257:19 259:16 260:3 260:7 260:19 260:24 262:8 262:22 262:25 263:1 263:24 264:4 264:5 264:16 265:3 266:4 268:7 270:5 270:12 271:17 271:24 272:13 274:5 276:8 277:7 278:5 278:5 281:14 281: 282:1 282:17 283:8 284:10 288:6 288:6 290:9 290:11 290:14 290:23 291:12 291:14 292:25 294:19 295:16 296:17 297:3 297:22 298:5 298:21

**note**(7) 32:15 52:14 52:15 92:13 98:24 117:1 167:2

**notebook**(1) 283:24
**noteholder**(28) 13:22 42:17 48:15 52:6 66:21 66:25 117:13 122:19 134:12 153:10 156:21 158:18 221:17 238:5 248:11 248: 249:4 250:21 257:7 266:1 266:10 266:17 266:24 267:4 270:15 271:16 283:16 284:22

**noteholders**(55) 13:15 15:22 42:23 46:12 48:16 51:16 51:23 69:13 76:23 77:15 78:21 78:22 79:21 79:22 84:3 89:10 93:24 93:25 94:5 100:11 101:3 101:14 149:22 220:13 245:2 245:18 245:21 246:7 247:8 247:10 247:25 250:2 250:22 256:18 258:6 266:3 266:7 266:9 267:8 267: 269:25 273:6 275:23 276:6 276:16 276:21 280:3 281:19 288:15 289:16 290:17 291:10 291:16 297:25

**noteholders'**(1) 45:3

**notes**(18) 49:21 49:21 49:22 52:7 52:8 52:10 60:14 66:12 110:25 122:1 125:17 130:14 142:2 142:22 154:24 155:22 166:21 229:20

**nothing**(8) 12:22 14:5 70:16 97:4 131:10 140:5 177:24 296:7

**notice**(1) 189:16
**notifying**(1) 197:5
**notion**(1) 229:22
**notional**(1) 193:4
**notions**(1) 48:7
**notwithstanding**(1) 176:24
**november**(2) 17:25 33:14
**now**(241) 12:23 18:5 19:15 20:8 20:15 22:6 22:18 23:7 23:10 23:16 24:17 24:22 27:18 28:5 28:20 29:15 30:8 31:2 31:21 33:2 33:20 34:15 35:3 35:18 37:22 38:10 40:18 41:15 42:8 43:5 43:19 44:17 45:7 46:13 47:19 48:17 49:1 51:12 52:9 52:20 53:4 53:11 54:4 54:9 56:25 58:22 60:5 60:13 62:15 63:4 63:23 64:22 64:25 66:12 69:20 70:21 73:25 74:6 74:11 74:14 75:4 75:5 75:14 77:18 78:5 79:25 80:9 81:6 81:10 81:17 83:18 85:19 85:19 86:18 87:9 88:20 88:25 89:16 89:20 91:3 91:11 94:7 94:18 95:20 96:21 97:2 97:15 98:20 100:25 102:1 103:19 104:13 105:13 106:14 109:1 109:7 110:8 111:6 111:2 111:22 112:21 113:1 114:18 114:20 115:24 116:8 117:12 119:15 120:4 120:16 121:17 122:19 123:7 123:11 123:25 124:20 125:3 125:15 126:1 126:18 126:23 128:16 128:22 129:4 130:10 131:5 131:11 132:1 133:10 133:24 134:4 134:9 135:16 137:6 138:8 138:25 139:9 140:8 142:1 142:9 142:10 142:15 142:18 144:24 143:7 143:17 144:10 144:22 145:22 148:4 148:9 148:11 148:22 149:18 150:5 150:9 150:10 152:12 153:4 154:22 156:9 156:23 157:20 159:9 161:19 166:1 167:5 169:19 171:17 171:21 172:25 174:10 175:7 176:9 176:25 178:10 179:24 181:9 183:12 185:17 186:21 187:15 188:1 188:25 190:13 191:1 191:14 194:8 196:13 196:20 197:20 202:5 202:14 203:3 203:15 204:18 205:25 206:13 206:23 207:24 211:6 213:13 215:1 215:18 216:24 218:16 221:20 222:2 222:25 224:2 227:1 227:21 228:12 232:16 237:3 237:19 239:6 240:15 240:23 242:13 242:13 243:14 251:20 253:1 255:4 261:11 262:12 265:8 266:7 267:7 267:12 270:2 272:23 277:1 283:14 284:20 286:1 287:25 288:14 291:3 297:15

**npp-870**(1) 127:14
**number**(47) 29:19 32:18 39:21 39:23 64:14 66:11 69:5 69:14 78:25 79:3 80:22 81:4 81:4 86:10 86:11 90:9 92:15 100:10 100:13 121:23 122:24 123:1 123:3 130:16 158:11 158:12 165:3 202:15 212:16 215:19 226:12 226:13 231:12 240:7 263:5 264:10 266:3 267:10 274:5 274:10 276:8 278:1 281:15 282:6 283:18 290:7 295:1

**numbers**(7) 117:4 122:13 122:13 126:10 243:6 266:8 276:16

**numeral**(7) 211:19 212:5 212:20 239:7 241:12 241:25 243:19

**numerical**(2) 89:17 238:18
**o'clock**(1) 298:16
**oak**(2) 53:22 55:9

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**oaktree**(45) 9:38 9:39 42:21 48:20 48:20 48:21 48:23 49:14 52:21 52:21 53:17 54:54:5 54:6 57:1 76:4 82:23 88:21 126:1 126:13 126:18 126:23 128:22 129:4 132:1 132:23 132:25 135:9 137:9 159:12 159:14 160:21 161:6 165:22 171:12 210:18 219:7 219:8 219:9 219:12 234:21 256:6 256:12 258:15 258:17

**oaktree's**(3) 52:24 55:16 219:24

**oaktree/angelo**(4) 4:23 161:3

**object**(9) 52:21 53:10 96:3 115:10 140:12 150:19 169:10 179:2 229:24

**object."**(1) 131:21

**objected**(7) 50:23 53:4 71:20 129:22 130:1 131:19 196:14

**objecting**(5) 52:11 52:18 131:15 131:23 182:1

**objection**(72) 25:5 25:14 25:24 26:4 33:4 38:17 50:24 52:25 53:8 59:15 67:19 68:8 71:6 72:21 77:22 85:5 94:13 115:16 116:17 118:14 118:23 128:17 135:23 139:20 140:20 165:2 169:14 177:10 181:2 184:10 194:13 195:1 196:15 196:17 201:3 201:4 201:6 202:7 202:10 202:23 202:24 202:25 206:8 207:17 214:13 214:15 214:2 216:5 219:13 220:8 220:9 225:8 230:7 230:10 232:8 232:21 233:6 246:19 250:7 250:8 252:11 258:22 259:11 271:25 274:1 279:1 287:4 287:16 289:1 293:21 293:24 295:6

**objections**(5) 129:18 181:8 181:8 182:18 183:17

**objective**(3) 44:22 208:12 261:19
**objectives**(3) 261:13 261:16 261:22
**obligation**(1) 170:4
**obligations**(5) 36:11 70:18 252:9 252:10 268:21

**observation**(1) 191:2
**observations**(2) 205:11 206:21
**observe**(2) 206:4 206:19
**obtain**(10) 21:14 54:2 70:6 86:25 129:12 157:11 190:11 261:19 278:9 289:16

**obtained**(1) 33:16
**obtaining**(3) 55:16 66:17 282:21
**obviously**(7) 49:15 86:24 150:21 163:1 263:22 268:3 268:10

**occasionally**(1) 192:12
**occur**(5) 27:21 31:10 33:2 33:16 118:3
**occurred**(6) 13:14 27:22 34:4 42:11 87:24 104:19 118:5 168:20 221:6 222:2 227:24 241:16 251:24 254:12 263:25

**occurring**(1) 259:25

**october**(84) 64:20 83:2 87:9 87:23 87:24 87:24 89:24 90:4 96:12 100:21 100:22 101:1 101:13 101:14 102:5 103:8 110:12 127:22 128:5 134:23 144:4 144:17 167:6 194:6 196:10 196:10 200:24 202:3 237:7 237:8 237:10 237:11 237:14 238:7 239:13 241:4 241:7 241:16 241:22 242:5 243:14 243:15 243:16 244:6 244:7 244:12 244:22 244:24 247:11 247:14 247:17 248:1 248:7 254:20 267:3 267:14 267:19 267:21 267:2 268:2 268:10 269:7 269:18 277:2 278:1 278:3 278:22 279:22 280:6 280:20 280:25 281:6 281:10 281:18 282:11 282:16 282:20 283:6 283:11 284:21 285:5 289:14 289:18 289:21

**off**(9) 49:5 79:15 115:13 165:3 165:8 175:22 198:7 279:6 279:8

**offer**(15) 28:11 28:12 29:19 29:22 31:15 121:11 121:15 122:16 122:18 123:14 146:179:16 182:1 182:24 183:1

**offered**(4) 121:17 181:7 184:11 276:17
**offering**(3) 167:22 168:12 169:2
**offers**(3) 45:22 46:24 47:9
**office**(4) 5:12 149:13 156:8 189:3
**officer**(5) 113:11 187:15 187:24 188:14 197:25

**officers**(10) 37:9 86:11 86:13 86:15 177:8 187:5 207:6 245:11 293:1 293:2

**offices**(2) 16:23 56:2
**official**(6) 3:33 4:4 4:6 145:8 185:18
**offset**(1) 84:17
**often**(1) 190:16
**okay**(301) 14:12 15:14 18:14 19:15 33:2 34:15 36:7 36:20 39:19 40:1 41:2 41:15 43:5 43:19 45:7 46:8 51:3 51:12 52:20 58:3 58:22 63:4 63:21 68:12 68:23 72:4 73:17 73:17 90:5 97:20 98:9 98:12 98:20 99:5 99:19 100:7 100:10 100:19 101:7 101:11 101:16 101:24 102:4 103:13 103:103:1 104:4 104:7 104:10 104:18 104:18 104:23 105:7 105:10 105:13 105:25 106:3 106:7 106:11 106:14 107:1 107:5 107:10 107:15 107:21 107:23 107:25 108:1 108:1 108:19 109:1 109:4 109:10 109:14 109:18 109:25 110:4 110:8 110:15 110:22 111:12 111:15 111:17 111:19 112:7 112:21 113:6 113:9 113:13 113:17 113:18 113:23 114:7 114:16 114:18 114:24 115:4 115:12 115:12 116:1 116:2 116:8 116:14 116:17 116:21 117:3 117:11 117:17 117:21 118:1 118:7 118:17 119:5 119:19 119:25 120:19 120:22 121:3 121:10 121:17 121:22 121:25 122:3 122:5 122:6 122:8 122:12 122:16 123:1 123:4 123:14 124:6 124:10 125:3 125:6 125:10 126:1 126:4 126:8 126:16 126:23 126:25 127:2 127:5 127:12 128:12 128:14 128:22 128:24 129:3 129:11 129:18 129:2 130:7 130:10 130:17 131:2 131:5 131:11 131:14 131:17 131:22 132:1 132:4 132:11 132:15 133:1 133:8 133:13 133:16 133:21 134:3 134:16 134:19 135:8 135:19 136:7 136:13 136:23 137:3 137:20 138:8 138:11 139:4 139:9 139:16 139:18 139:24 140:2 140:5 140:8 140:21 141:8 141:12 141:21 142:1 142:15 142:18 142:24 143:13 143:147:19 149:1 150:8 150:16 151:9 151:17 151:25 152:6 152:7 152:16 153:8 153:12 153:22 154:19 154:22 155:16 155:16 156:156:7 156:15 156:20 157:4 157:7 157:14 157:20 158:2 158:16 158:23 159:3 159:8 159:15 159:25 160:7 161:5 161:19 162:12 162:25 163:5 163:13 163:20 164:4 164:12 165:16 166:10 165:24 166:15 166:16 166:20 166:24 167:5 167:21 168:1 169:2 169:5 169:20 169:21 170:2 170:19 174:12 175:7 178:22 178:25 180:6 182:5 183:25 184:7 195:3 195:25 196:23 201:24 209:24 211:8 214:2 215:18 220:13 228:12 230:16 238:25 239:21 249:20 251:12 253:22 255:12 255:20 256:5 257:1 257:20 258:9 258:13 258:24 259:19 261:11 262:6 262:18 263:1 263:11 263:17 264:8

| | |
|---|---|

**okay**(52) 264:17 265:8 265:23 267:12 268:10 268:18 269:7 269:13 269:17 270:1 270:19 271:3 271:14 272:20 273:21 273:24 275:25 276:11 276:19 277:1 277:1 278:3 279:4 279:9 279:12 279:18 280:10 280:16 281:22 282:2 282:7 282:11 283:9 283:14 283:25 284:20 284:23 284:24 285:18 286:20 286:24 287:7 289:21 290:9 290:12 290:15 290:24 291:23 296:2 297:1 298:2 298:15

**older**(1) 100:1
**olinsky**(1) 11:5
**omissions**(1) 194:11
**omitted**(1) 146:3
**onboard**(1) 88:22
**once**(12) 55:19 102:13 157:22 162:15 162:17 190:18 190:24 192:7 193:16 205:6 240:7 291:3
**one**(125) 1:27 2:24 2:51 14:19 20:10 21:22 30:7 30:9 31:11 31:20 34:15 37:20 40:14 45:21 45:21 46:13 47:8 48:4 48:6 56:6 61:1 61:7 61:14 66:11 69:5 71:12 73:17 78:25 86:11 90:5 90:5 100:4 100:12 103:6 105:19 106:1 106:3 106:5 106:8 106:11 107:24 108:7 108:17 110:19 111:2 128:3 128:6 129:11 130:7 130:9 132:13 133:13 134:13 134:9 139:4 139:16 143:8 147:2 147:23 150:1 152:1 152:13 156:15 156:25 159:1 159:5 159:16 159:17 160:14 163:9 163:16 163:17 164:7 164:12 166:21 168:8 172:1 172:22 174:11 174:1 175:4 176:17 177:13 178:2 186:5 192:13 194:4 194:4 194:19 202:16 203:4 204:22 204:24 210:13 222:9 228:5 228:5 230:16 230:19 230:23 231:1 249:12 256:18 258:6 265:15 268:19 270:4 270:9 270:12 272:12 275:4 277:3 279:6 283:11 283:21 283:23 294:21 295:17 295:20 295:25 296:298:13 298:23

**one-hundred**(2) 261:19 277:19
**one-hundred-and**(1) 274:11
**one-page**(1) 271:4
**ones**(2) 221:5 226:8
**one's**(1) 157:4
**ongoing**(1) 191:1
**only**(24) 47:7 61:10 66:16 74:17 78:20 78:21 83:24 91:7 100:4 119:7 119:10 132:17 143:8 154:7 163:15 172:13 178:21 178:22 178:24 178:25 197:2 252:19 259:1 294:19

**onto**(1) 155:16
**open**(3) 146:14 147:24 234:22
**opened**(3) 79:4 144:16 148:11
**opening**(18) 15:3 39:1 39:5 67:8 95:21 95:23 121:11 121:15 122:16 123:14 144:2 145:10 148:2 148:4 148:4 155:21 156:4 229:19
**operate**(1) 22:2
**operating**(6) 20:1 32:20 80:24 102:12 202:19 300:31

**operations**(2) 21:21 22:9
**operator**(1) 98:8
**opinion**(18) 30:12 30:17 31:17 33:18 71:24 94:19 109:20 133:23 167:22 168:12 169:2 169:4 204:15 232:10 245:13 278:23 296:16 296:23

**opportunities**(2) 21:12 21:25
**opportunity**(1) 65:4
**oppose**(3) 89:14 235:23 236:21
**opposed**(5) 23:25 30:9 78:14 267:5 267:8
**opposing**(1) 191:18
**opposition**(2) 89:8 266:14
**option**(1) 29:11
**option."**(1) 172:13
**options**(4) 29:10 34:12 34:12 60:23

| | |
|---|---|

**orchestrate**(2) 44:15 60:25
**orchestrated**(1) 45:17
**order**(27) 2:7 27:5 33:15 44:23 94:18 97:5 122:20 143:19 144:8 144:25 145:8 146:22 146:23 147:11 147:11 148:14 157:164:5 164:9 164:16 171:13 213:7 222:7 223:8 266:13 276:9 298:1

**ordered**(1) 223:5
**ordinary**(3) 32:20 168:21 193:20
**organization**(1) 34:16
**organizing**(1) 187:4
**oriented**(1) 254:5
**original**(6) 57:13 58:20 58:20 80:9 98:16 284:14

**ot's**(1) 135:1
**other**(88) 13:24 15:1 15:23 18:14 22:13 46:8 46:11 49:8 49:14 49:16 51:23 53:10 55:6 55:7 56:19 58:11 61:3 71:17 77:4 77:12 79:7 80:6 81:6 82:5 82:8 98:12 101:17 110:19 116:9 116:12 120:20 122:8 132:2 132:4 133:3 134:4 142:3 143:23 144:19 144:21 166:3 169:18 170:9 173:10 174:6 186:1 186:6 187:20 189:25 191:24 194:15 197:13 197:15 198:25 205:2 206:6 209:15 214:19 217:4 218:6 224:1 225:6 233:12 234:22 237:4 240:7 245:7 252:21 255:18 255:20 256:12 256:19 256:21 258:7 258:17 265:15 268:14 280:16 280:20 290:17 292:6 294:20 296:23 297:12 297:12 298:6 298:24

**others**(9) 37:20 128:9 153:4 188:12 190:25 236:20 250:3 296:11 296:17

**otherwise**(3) 76:20 215:9 262:5
**ought**(2) 71:11 115:9
**our**(43) 13:2 14:5 16:18 19:14 23:6 40:9 47:21 47:21 49:12 56:13 61:10 62:20 70:5 70:9 82:2 94:22 166:15 172:13 187:5 187:6 188:3 189:12 189:13 189:15 197:2 197:14 198:19 199:18 203:5 209:7 216:20 221:14 234:3 247:1 248:24 252:6 252:19 260:11 260:11 264:2 274:25 288:21 291:22 298:9

**ourselves**(1) 44:25
**out**(66) 15:10 15:17 18:12 21:10 22:24 25:8 29:20 34:4 38:9 42:15 45:1 46:3 48:12 48:18 48:20 54:4 56:3 61:24 65:11 67:3 69:19 71:19 72:7 73:21 74:14 74:21 78:3 87:25 93:23 101:5 114:15 116:12 137:15 141:10 144:6 145:14 145:23 146:3 152:20 157:20 158:6 160:8 160:11 164:23 170:5 172:11 172:14 175:8 180:4 188:15 202:16 233:20 238:15 262:8 262:13 262:19 289:24 294:6 297:19 298:19

**outcome**(7) 41:13 97:3 109:9 109:19 110:1 124:18 209:16

**outcomes**(4) 41:10 42:5 285:14 288:12
**outlined**(3) 68:23 69:12 237:24
**outset**(2) 121:7 145:4
**outside**(3) 72:1 171:17 198:25
**outstanding**(3) 30:7 32:22 34:11
**over**(24) 40:9 65:13 65:13 67:23 79:7 81:3 84:22 85:17 88:14 116:8 117:5 163:23 170:3 174:15 180:1 190:22 197:18 207:24 209:8 218:24 221:18 251:20 257:9 259:21

**overall**(2) 247:6 278:7
**overly**(1) 142:9
**overruled**(9) 73:6 179:5 207:20 220:10 225:9 232:12 246:23 274:20 289:3

**oversee**(1) 187:6
**oversight**(1) 187:16

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **overturned**(1) 262:2 | | **particular**(9) 82:21 133:18 154:10 177:8 | | **perhaps**(6) 53:25 202:16 210:13 210:22 | | **plan**(193) 12:25 13:15 14:14 14:17 20:13 |
| **overwhelmingly**(2) 266:12 266:14 | | 200:5 214:21 216:15 236:25 291:21 | | 211:8 229:21 | | 20:19 21:4 23:6 28:17 28:21 28:24 29:8 |
| **owed**(1) 90:24 | | | | | | 29:24 34:16 53:12 55:4 55:21 55:22 55:22 |
| **own**(12) 27:11 56:2 61:10 61:10 145:5 | | **parties**(90) 15:10 15:23 25:21 35:16 36:3 | | **period**(37) 31:12 43:20 43:21 44:17 47:18 | | 55:25 56:11 56:13 56:13 56:14 59:19 |
| 159:12 191:5 192:5 205:21 221:17 248:9 | | 40:10 41:9 42:4 42:8 43:25 44:2 44:3 | | 60:17 65:14 65:22 80:7 121:4 121:5 | | 59:21 62:20 62:20 65:18 68:13 68:13 |
| 288:21 | | 44:7 44:12 44:19 46:2 46:11 46:22 47:10 | | 133:21 133:23 134:4 134:4 135:24 144:10 | | 68:14 68:19 68:19 68:23 68:23 69:15 |
| **owned**(4) 43:1 117:19 130:14 149:18 | | 47:12 47:15 47:23 49:4 49:15 49:16 51:10 | | 186:16 195:15 196:9 200:23 202:2 206:13 | | 69:17 69:17 69:18 70:8 70:14 70:15 70:15 |
| **owner**(2) 30:5 52:10 | | 51:15 56:19 58:11 58:17 61:1 61:25 64:1 | | 207:24 221:1 221:18 222:11 222:13 232:1 | | 70:21 70:25 71:2 71:4 71:5 71:16 71:19 |
| **owning**(2) 29:3 219:9 | | 65:7 69:23 76:3 80:6 81:20 82:5 82:9 | | 240:8 254:7 259:15 259:21 262:11 262:17 | | 71:25 72:5 73:12 73:15 82:4 86:2 86:14 |
| **owns**(1) 66:22 | | 82:22 83:24 86:25 89:13 95:7 95:12 121:2 | | 262:18 293:2 | | 86:21 89:8 101:5 101:13 101:14 102:5 |
| **o'melveny**(1) 7:13 | | 124:4 124:8 124:24 129:15 139:6 139:16 | | | | 102:5 104:7 110:8 117:23 120:23 125:15 |
| **p.a**(1) 2:5 | | 145:5 147:18 154:8 155:25 197:13 207:4 | | **periods**(1) 141:13 | | 126:2 129:5 129:7 129:16 129:18 129:23 |
| **p.m**(6) 102:20 102:20 128:5 145:2 145:2 | | 210:15 211:1 211:2 212:3 213:11 213:13 | | **pernick**(1) 2:6 | | 130:1 130:5 130:8 130:11 131:5 131:8 |
| 180:7 180:7 299:5 | | 215:24 216:12 217:1 217:4 218:17 218:25 | | **person**(6) 30:17 61:10 190:22 190:24 | | 131:12 131:15 133:10 133:22 136:1 136:5 |
| | | 219:1 219:2 219:5 221:13 221:16 225:2 | | 211:3 297:23 | | 137:6 137:11 138:4 139:1 139:7 139:10 |
| **p.o**(1) 3:8 | | 225:12 225:13 233:12 234:22 237:4 247:15 | | | | 141:9 150:19 156:21 157:1 159:4 159:13 |
| | | 254:15 255:25 262:13 264:5 265:17 | | **personally**(3) 227:19 244:15 255:16 | | 159:15 159:20 159:21 159:22 160:3 160:4 |
| **package**(8) 274:24 275:16 278:7 278:20 | | 285:22 296:24 | | **personnel**(2) 18:18 108:6 | | 160:7 160:7 160:12 161:3 161:9 161:10 |
| 280:1 291:12 291:21 291:22 | | | | **perspective**(1) 267:20 | | 168:1 169:24 170:2 172:12 172:23 173:2 |
| | | **partisan**(1) 110:21 | | **perspectives**(1) 111:3 | | 173:5 173:9 173:14 174:2 174:7 180:9 |
| **page**(68) 21:7 33:11 38:10 39:6 50:9 | | **partner**(2) 9:35 154:12 | | **persuaded**(1) 174:5 | | 191:19 198:10 222:3 222:23 227:3 228:21 |
| 50:11 52:9 67:23 67:24 68:13 71:14 73:19 | | **partners**(6) 6:3 7:23 8:23 10:8 10:8 10:38 | | **pertaining**(2) 35:2 35:16 | | 235:7 235:15 236:20 236:21 237:3 238:4 |
| 75:4 84:11 85:20 88:12 88:14 88:16 89:10 | | **parts**(5) 95:22 224:1 268:14 | | **peter**(2) 9:32 10:39 | | 238:5 244:8 244:11 248:2 248:5 248:8 |
| 90:21 91:12 91:13 92:4 92:21 93:2 93:6 | | **party**(12) 28:7 28:19 82:21 86:23 130:17 | | **petition**(3) 23:16 43:14 106:12 | | 248:9 248:11 248:15 248:21 249:1 249:2 |
| 100:21 107:21 107:25 111:23 112:8 114:1 | | 130:22 167:2 264:21 264:25 265:1 265:9 | | **phase**(1) 121:5 | | 249:8 249:10 249:14 249:15 249:23 249:24 |
| 114:23 145:11 152:16 158:24 159:2 | | 265:15 | | **phil**(1) 2:47 | | 250:5 250:21 250:24 251:8 251:15 251:19 |
| 165:15 166:16 166:24 166:25 172:7 173:1 | | **party's**(1) 282:8 | | **phone**(9) 124:7 145:16 148:23 149:1 | | 253:12 254:8 255:5 255:8 255:13 257:5 |
| 173:25 174:15 174:15 175:1 175:7 175:17 | | **parver**(1) 5:32 | | 178:16 190:23 190:25 211:3 234:15 | | 257:7 257:20 257:22 264:10 265:9 266:4 |
| 195:10 211:11 211:12 211:19 229:1 229:2 | | **password**(1) 197:2 | | | | 266:8 266:10 266:10 266:15 271:24 273:3 |
| 239:6 241:11 241:20 241:25 242:23 242:2 | | **password-protected**(1) 196:24 | | **phones**(8) 43:3 43:4 53:4 89:12 89:20 | | 280:25 281:6 281:12 281:24 282:2 282:14 |
| 243:19 259:3 271:21 272:7 284:7 284:8 | | **past**(1) 74:9 | | 110:25 122:4 258:8 | | 282:16 282:17 282:18 282:25 283:3 284:14 |
| 284:24 | | **path**(3) 43:17 64:23 162:1 | | | | 290:5 290:7 290:16 |
| | | **paths**(2) 149:22 228:22 | | **phrase**(6) 34:19 34:22 34:24 109:1 109:4 | | |
| **pages**(9) 88:5 88:7 88:10 92:2 92:4 92:5 | | **paul**(6) 5:5 8:13 188:3 192:12 205:21 | | 171:5 | | **plans**(8) 68:16 68:17 123:21 201:14 249:5 |
| 107:7 108:24 207:22 | | 205:22 | | | | 251:4 251:6 259:13 |
| | | **pause**(4) 251:9 266:20 279:5 292:3 | | **pick**(3) 102:9 148:23 149:1 | | |
| **paid**(23) 36:14 37:19 66:14 66:15 78:16 | | **pave**(1) 139:1 | | **pickering**(1) 6:48 | | **play**(3) 44:21 47:11 233:3 |
| 84:20 84:22 90:12 90:16 92:18 94:5 | | **pay**(11) 48:9 48:23 57:12 58:13 60:9 | | **piece**(8) 114:13 275:4 275:17 275:17 278:6 | | **played**(3) 47:13 266:1 266:2 |
| 100:11 101:18 101:19 141:24 141:25 142:2 | | 78:23 79:23 151:15 189:16 189:16 270:8 | | 278:19 278:19 278:21 | | **players**(4) 42:15 45:21 113:20 113:25 |
| 155:23 159:18 198:7 257:23 269:24 | | | | | | **playing**(3) 110:20 176:18 233:4 |
| 276:17 | | **paychecks**(1) 20:4 | | **pieces**(1) 274:15 | | **plaza**(3) 3:22 3:43 4:17 |
| | | **paying**(5) 53:2 58:7 87:1 268:3 269:19 | | **pinned**(2) 80:10 80:12 | | **please**(11) 12:2 14:16 73:8 83:11 111:18 |
| **painful**(1) 163:20 | | 80:17 99:3 101:2 110:5 150:19 160:9 | | **pitch**(1) 157:22 | | 113:13 153:21 180:16 180:17 228:12 |
| **painfully**(1) 194:3 | | 160:13 160:17 264:1 267:16 272:17 274:1 | | **place**(14) 23:18 44:9 75:9 89:4 96:10 | | 298:25 |
| **palmer**(1) 5:18 | | 276:23 277:20 | | 105:18 105:20 145:22 192:15 194:5 210:2 | | **pleased**(1) 45:5 |
| **papers**(1) 12:8 | | | | 211:17 226:21 293:1 | | **plenty**(1) 297:11 |
| **par**(1) 229:16 | | **payments**(10) 36:16 83:21 86:5 86:8 87:6 | | | | **plus**(8) 16:23 17:6 66:22 83:3 84:5 95:11 |
| **paragraph**(14) 114:25 152:17 152:19 | | 274:1 274:3 293:11 294:23 294:25 | | **placed**(3) 56:16 70:17 168:6 | | 288:15 289:9 |
| 154:22 159:1 159:4 159:5 159:8 159:8 173:13 | | | | | | |
| 173:20 173:23 173:25 228:13 240:15 | | **pbgc**(2) 192:6 234:8 | | | | **point**(91) 8:47 8:47 10:47 10:47 21:9 |
| | | **pda**(1) 79:14 | | | | 22:19 23:10 23:11 27:18 28:1 32:13 34:19 |
| **parallel**(2) 25:23 40:3 | | **penalties**(1) 97:21 | | | | 40:20 42:8 42:14 46:12 46:24 48:20 50:25 |
| **paralleled**(2) 39:2 39:5 | | **pennock**(1) 8:20 | | | | 51:20 53:10 53:23 57:7 60:8 62:1 62:7 |
| **parent**(19) 39:20 39:24 40:5 51:23 77:4 | | **pennsylvania**(1) 1:35 | | | | 65:16 66:8 66:12 66:23 75:5 77:12 77:14 |
| 77:6 90:9 90:24 93:13 93:15 155:23 | | **pension**(2) 190:3 192:7 | | | | 78:17 79:2 79:10 79:23 80:1 80:23 81:3 |
| 220:21 235:9 235:14 245:4 247:13 249:25 | | **people**(23) 22:4 22:11 48:3 49:6 49:9 | | | | 84:12 89:9 92:24 95:10 103:16 103:20 |
| 258:2 263:8 | | 49:11 49:13 61:12 65:2 67:9 78:5 99:24 | | | | 103:22 103:25 105:21 115:10 122:3 125:10 |
| **parenthetical**(5) 115:20 115:24 115:25 | | 129:11 144:12 146:19 147:9 172:2 176:6 | | | | 125:18 125:22 126:5 131:3 134:6 135:8 |
| 172:14 212:10 | | 188:9 207:3 208:8 238:23 297:5 | | | | 142:18 142:25 144:3 145:23 150:17 163:3 |
| | | | | | | 165:17 168:9 177:5 181:13 181:16 229:3 |
| **park**(4) 2:51 5:33 6:7 11:9 | | **people's**(2) 48:7 95:13 | | | | 231:1 231:3 231:10 232:4 232:24 243:20 |
| **parke**(1) 3:34 | | **people's**(1) 154:15 | | | | 253:8 256:16 259:24 260:10 271:23 272:1 |
| **part**(29) 20:3 21:23 29:23 29:25 30:21 | | **per**(4) 32:16 34:11 163:8 289:10 | | | | 272:3 272:5 272:6 284:5 284:25 285:1 |
| 35:21 41:2 49:13 50:21 65:15 69:5 84:7 | | **percent**(47) 29:21 30:5 32:18 51:17 51:20 | | | | 285:18 289:14 298:19 |
| 95:23 105:24 110:4 115:11 124:10 126:4 | | 51:22 51:25 52:1 52:2 52:7 58:21 58:22 | | | | |
| 148:25 154:22 156:4 156:6 165:15 210:15 | | 59:16 60:2 60:3 60:4 60:4 77:3 77:7 77:8 | | | | **point."**(1) 175:23 |
| 270:8 275:5 275:6 283:1 292:18 | | 79:18 80:13 80:15 84:5 84:19 84:21 84:25 | | | | **points**(5) 21:21 38:10 76:6 229:23 263:5 |
| | | 85:1 85:17 90:10 90:11 90:11 90:25 91:1 | | | | **poison**(2) 153:9 154:19 |
| **partial**(1) 117:22 | | 91:3 91:4 91:6 91:6 91:9 101:4 101:4 | | | | **policy**(6) 187:6 260:20 260:20 261:7 |
| **participant**(3) 64:11 64:14 64:19 | | 245:21 245:21 266:13 266:14 267:7 269:23 | | | | 292:25 293:8 |
| **participants**(3) 209:6 253:5 298:19 | | | | | | |
| **participate**(14) 16:18 24:17 40:24 70:1 | | **percentage**(13) 77:2 84:4 89:5 101:3 102:4 | | | | **polk**(2) 2:11 9:31 |
| 81:13 87:12 88:2 114:11 151:1 192:11 | | 123:15 280:13 281:22 282:3 282:8 282:12 | | | | **porterfield**(1) 5:19 |
| 217:6 231:6 236:10 255:16 | | 282:24 283:6 | | | | **portfolio**(1) 21:24 |
| | | | | | | **portion**(3) 17:17 114:7 142:21 |
| **participated**(11) 21:23 23:15 61:5 82:9 | | **performance**(4) 80:24 201:12 201:13 | | | | **pose**(1) 50:24 |
| 191:1 191:7 210:18 210:19 233:11 234:14 | | | | | | **posed**(1) 38:22 |
| 266:25 | | | | | | |
| **participating**(5) 81:21 84:10 89:10 154:9 | | | | | | |
| 158:10 | | | | | | |
| | | | | | | |
| **participation**(3) 28:19 84:9 113:24 | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **position**(40) 13:16 16:14 16:17 54:1 55:9 55:17 58:7 59:5 64:11 65:8 66:11 66:25 73:14 73:21 96:22 97:5 129:13 135:18 136:10 140:6 142:19 152:21 160:3 162:2 162:4 162:5 174:8 175:12 186:9 186:13 191:18 199:8 219:25 221:13 221:25 232:1 233:1 247:12 255:12 266:18 | | **presentation**(35) 45:25 81:13 87:12 87:21 87:22 88:2 213:23 214:3 214:8 214:15 215:2 215:5 215:15 215:20 215:23 218:7 218:8 228:10 228:14 232:12 232:1 237:8 237:20 238:24 243:4 243:7 243:9 248:14 285:1 286:5 286:6 298:9 300:20 300:21 300:22 | | **procedures**(2) 130:2 286:17 | | **public**(3) 16:22 115:11 161:9 | |
| | | | | **proceed**(14) 12:23 14:12 14:18 26:8 29:13 42:1 54:24 55:21 58:18 58:20 161:4 184:15 188:16 282:17 | | **publicly**(1) 161:14 | |
| | | | | | | **publicly-traded**(1) 198:3 | |
| | | | | | | **pull**(5) 61:14 98:8 111:20 114:15 166:15 | |
| | | | | **proceeded**(2) 129:8 263:3 | | **purchase**(2) 32:16 32:17 34:10 | |
| | | **presentations**(25) 46:8 46:10 46:11 97:16 183:7 200:10 201:16 204:21 212:6 212:13 212:21 212:24 213:2 213:3 213:5 213:8 213:14 213:15 213:18 214:19 216:10 216:19 216:25 224:6 242:20 | | **proceeding**(1) 209:18 | | **purchased**(2) 142:19 232:25 | |
| | | | | **proceedings**(5) 1:17 1:39 74:4 169:18 | | **pure**(9) 68:14 68:19 70:15 70:15 70:21 70:24 72:6 84:24 249:10 | |
| **positioning**(1) 74:4 | | | | **proceeds**(4) 28:10 32:19 34:9 104:8 | | | |
| **positions**(11) 44:19 48:4 95:14 176:6 192:5 217:25 218:4 229:21 232:5 256:13 297:5 | | | | **proceed**''(1) 125:12 | | **purer**(1) 70:14 | |
| | | | | **process**(34) 20:12 26:14 27:10 28:4 35:16 35:22 38:23 42:16 42:19 44:14 45:20 45:22 61:22 62:7 81:19 89:10 114:15 131:23 137:23 147:21 154:9 170:5 176:3 176:23 233:11 234:22 241:22 253:10 | | **purity**(9) 68:14 68:19 69:17 69:18 70:14 70:15 70:21 70:24 72:6 | |
| **possibility**(3) 65:18 120:13 153:9 | | | | | | | |
| **possible**(16) 21:17 44:23 66:9 99:25 100:1 157:11 198:14 206:24 207:25 210:8 264:17 278:10 279:14 282:21 282:21 283:1 | | **presented**(8) 29:10 81:10 87:9 92:5 96:11 97:14 160:12 215:24 | | | | **purport**(6) 25:4 26:15 32:3 35:13 38:6 43:12 | |
| | | | | **produce**(4) 12:15 163:11 163:13 163:15 | | | |
| | | **presently**(1) 182:25 | | **produced**(4) 1:40 41:20 93:24 163:18 | | **purports**(6) 26:16 32:4 35:14 38:7 76:14 76:15 | |
| | | **presents**(1) 21:11 | | **producing**(1) 77:2 | | | |
| **possibly**(2) 97:5 131:25 | | **preserve**(2) 56:12 264:4 | | **product**(4) 71:22 96:4 250:13 255:14 | | **purpose**(14) 45:15 45:16 45:23 62:4 62:6 93:20 93:22 181:7 182:2 190:8 190:10 194:16 206:8 214:14 | |
| **post**(3) 58:19 106:11 186:1 | | **preserved**(11) 85:21 85:23 85:25 103:9 103:21 103:25 156:10 156:20 157:1 245:7 | | **prof**(1) 10:12 | | | |
| **post-petition**(1) 106:7 | | | | **professional**(1) 187:3 | | | |
| **posted**(4) 195:23 197:4 224:16 239:13 | | | | **professionals**(9) 16:23 17:6 191:7 191:9 211:4 217:20 242:13 288:21 291:22 | | **purposes**(12) 46:13 93:17 139:4 181:15 182:17 183:20 194:13 195:9 195:11 204:19 209:17 213:21 | |
| **posting**(1) 197:5 | | | | | | | |
| **pot**(5) 51:17 51:20 163:11 163:13 163:15 163:18 | | **president**(12) 116:6 186:12 186:16 186:22 186:23 187:1 187:5 187:14 187:15 187:21 187:23 187:24 | | **professor**(2) 297:21 297:23 | | **pursuant**(4) 28:11 29:2 37:1 69:3 | |
| | | | | **proffer**(1) 298:7 | | **pursue**(10) 22:14 28:25 70:12 203:24 208:9 208:14 209:20 223:14 226:6 293:19 | |
| | | **president's**(1) 187:11 | | **proffered**(1) 298:6 | | | |
| **potential**(36) 18:11 21:22 22:13 23:12 27:14 34:25 35:4 37:8 42:6 54:17 55:2 70:10 74:23 79:4 89:3 102:5 121:18 121:20 122:17 123:16 142:25 156:2 189:1 198:19 205:8 209:14 217:9 222:13 236:19 237:5 248:16 251:18 278:6 294:4 294:9 294:14 | | **press**(6) 72:21 197:14 235:21 235:24 236:10 236:13 | | **progress**(2) 226:17 298:11 | | **pursued**(3) 56:16 216:16 252:6 | |
| | | | | **progressed**(1) 48:17 | | **pursuit**(1) 295:5 | |
| | | | | **promises**(1) 63:19 | | **push**(1) 279:6 | |
| | | **presumably**(1) 204:22 | | **promote**(2) 45:19 82:8 | | **put**(8) 12:25 13:2 121:10 132:25 150:20 166:12 211:8 251:21 | |
| | | **presume**(2) 215:24 237:16 | | **proof**(1) 139:11 | | | |
| **potter**(1) 4:14 | | **pretty**(6) 22:16 62:22 119:13 150:21 157:17 219:14 | | **proper**(2) 285:13 288:11 | | **puts**(1) 147:2 | |
| **power**(1) 129:4 | | | | **properly**(4) 19:21 23:2 40:17 195:4 | | **putting**(4) 71:17 118:1 118:1 181:12 | |
| **powerpoint**(2) 98:9 103:7 | | | | **proponent**(1) 255:8 | | **qualifications**(1) 188:7 | |
| **powlen**(1) 5:25 | | **prevent**(1) 144:5 | | **proponents**(7) 12:25 13:16 14:14 14:17 180:10 290:5 290:9 298:9 | | **qualitatively**(1) 96:12 | |
| **ppearances**(5) 1:21 2:1 3:1 4:1 5:2 | | **preview**(1) 297:16 | | | | **quandary**(1) 147:2 | |
| **practice**(7) 17:1 17:5 22:23 143:20 193:11 227:23 260:21 | | **previous**(1) 240:2 | | **proposal**(16) 28:25 29:23 31:8 133:20 160:16 161:20 163:5 163:13 235:11 235:15 237:1 262:25 264:21 265:1 265:4 274:23 | | **quantify**(1) 157:4 | |
| | | **previously**(2) 128:15 237:12 | | | | **quantity**(1) 197:15 | |
| | | **price**(1) 58:20 | | | | **quarrel**(1) 139:8 | |
| **practicing**(2) 17:12 17:13 | | **prieto**(1) 149:6 | | | | **quarter**(3) 202:19 210:22 300:30 | |
| **pre**(2) 37:5 70:18 | | **primarily**(4) 199:5 199:7 217:3 259:4 | | **proposals**(17) 110:22 172:4 217:9 217:9 217:17 218:24 225:23 225:24 226:1 226:5 226:7 226:12 261:15 262:16 262:20 262:2 282:25 | | **quarterly**(1) 201:12 | |
| **pre-august**(1) 137:7 | | **primary**(10) 18:5 189:18 205:14 258:10 258:21 259:9 260:1 260:3 260:9 260:17 | | | | **question**(76) 13:18 13:19 14:19 14:22 24:2 33:5 38:22 39:8 41:24 42:2 57:17 58:5 68:20 71:7 72:15 72:21 73:7 73:8 73:9 73:11 73:18 78:7 85:8 91:20 95:2 97:24 101:24 103:6 107:15 108:1 122:3 128:18 128:19 134:1 134:2 139:21 146:13 146:21 147:21 153:16 155:7 160:1 164:13 176:9 176:13 177:13 179:3 179:19 179:21 181:6 182:12 182:23 183:13 183:15 205:17 206:11 206:14 219:19 222:9 227:22 229:24 230:8 230:12 257:2 257:21 259:6 264:12 272:23 278:18 279:18 279:20 281:5 283:4 289:5 289:7 | |
| **pre-conceived**(1) 44:8 | | | | | | | |
| **pre-lbo**(4) 49:21 85:1 91:7 101:20 110:6 121:21 157:16 160:9 231:4 | | **primof**f(1) 5:31 | | | | | |
| | | **principal**(9) 35:8 37:9 37:15 44:12 45:11 51:9 51:13 52:25 104:24 | | **propose**(5) 164:4 164:8 164:16 263:14 263:15 | | | |
| **pre-petition**(2) 49:21 122:9 | | | | | | | |
| **pre-trial**(2) 14:20 179:12 | | **principally**(1) 104:19 | | **proposed**(16) 82:4 133:18 140:10 157:1 159:13 159:15 169:25 218:17 227:2 234:2 237:24 240:25 242:24 243:20 262:9 262:10 | | | |
| **preceded**(2) 18:12 133:21 | | **principle**(1) 105:10 | | | | | |
| **precedent**(1) 126:19 | | **prior**(18) 17:10 19:20 22:5 23:16 32:22 36:18 37:20 38:9 64:12 69:20 70:16 88:2 160:20 167:5 173:10 260:15 289:14 289:1 | | | | **questioning**(4) 169:15 267:13 268:13 | |
| **precise**(1) 276:8 | | | | | | **questions**(25) 25:6 37:25 50:24 97:14 98:6 157:7 166:10 166:17 167:6 170:8 170:22 172:25 178:3 219:15 219:21 244:13 253:9 253:14 254:6 275:19 286:18 292:5 292:13 295:10 296:4 | |
| **precluded**(2) 237:17 297:10 | | | | | | | |
| **preface**(1) 145:3 | | **priority**(1) 91:7 | | **proprietary**(1) 13:20 | | | |
| **preference**(4) 37:17 37:19 163:9 168:18 | | **private**(3) 115:8 198:4 198:9 | | **prorated**(1) 59:25 | | | |
| **prejudiced**(1) 94:22 | | **privilege**(6) 71:22 72:12 72:15 239:20 250:14 274:18 | | **prosecution**(1) 77:13 | | **quickly**(4) 60:10 66:3 125:8 195:8 | |
| **preliminary**(2) 12:24 13:3 | | | | **prospects**(1) 279:23 | | **quietly**(2) 15:11 219:14 | |
| **prelude**(1) 44:13 | | **privileged**(2) 274:19 297:3 | | **protecting**(1) 146:23 | | **quite**(7) 14:3 108:15 198:18 217:17 243:4 252:3 256:9 | |
| **premise**(2) 144:8 144:8 | | **privy**(1) 130:18 | | **protocol**(2) 180:4 195:5 | | | |
| **prepare**(2) 20:24 31:25 | | **pro**(2) 84:10 124:25 | | **protocols**(1) 20:1 | | | |
| **prepared**(17) 12:25 13:22 20:15 20:24 25:1 26:13 31:25 33:20 35:10 43:10 44:6 45:5 48:8 58:10 58:12 58:19 60:9 69:16 75:7 76:12 83:6 151:15 161:20 192:18 209:25 228:4 289:14 | | **pro-rata**(6) 84:23 84:24 85:2 85:14 85:15 90:23 | | **prove**(1) 231:14 | | **quote**(10) 155:21 230:19 231:8 239:10 239:14 240:16 240:19 241:20 242:4 242:4 | |
| | | | | **proved**(1) 128:8 | | | |
| | | | | **provide**(10) 18:3 22:2 161:3 200:9 201:15 217:7 224:6 236:17 238:10 246:3 | | **quoting**(1) 52:9 | |
| | | **probability**(5) 62:22 238:17 238:20 250:4 291:19 | | | | **rachel**(1) 9:48 | |
| **prepares**(1) 192:20 | | | | | | **raise**(1) 14:16 | |
| **preparing**(3) 26:1 64:8 64:13 | | **probable**(1) 228:24 | | **provided**(16) 31:22 98:17 213:17 221:15 224:12 224:19 224:21 241:21 247:24 251:17 263:13 264:9 271:15 276:12 284:11 296:18 | | **raised**(1) 147:7 | |
| **presedction**(1) 215:20 | | **probably**(9) 15:12 65:12 95:11 99:24 108:10 158:9 160:24 167:18 298:10 | | | | | |
| **presence**(5) 183:16 194:25 260:24 261:6 283:10 | | | | | | | |
| | | **problem**(8) 79:16 147:3 147:8 147:21 173:14 174:2 181:24 183:8 | | **providers**(1) 245:13 | | | |
| | | | | **provides**(1) 89:1 | | | |
| **present**(17) 18:5 18:7 88:5 104:20 158:8 192:8 192:21 211:14 227:19 227:20 234:10 241:9 241:10 243:16 250:15 261:10 290: | | **problematic**(1) 71:25 | | **provisions**(1) 50:18 | | | |
| | | **problems**(2) 55:25 79:13 | | **pryor**(2) 9:51 9:51 | | | |
| | | **procedural**(1) 180:24 | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| ran(2) 93:10  93:15 | | receive(23) 51:16  51:24  52:1  60:3  76:23  76:25  77:6  77:8  77:15  78:22  116:15  197:220:14  220:20  220:21  229:16  231:5  235:6  235:9  246:7  250:23  269:23  276:4 | | reference(6) 40:8  98:10  98:12  98:15  222:10  265:8 | | remember(60) 42:1  71:10  73:7  99:25  100:2  107:10  107:15  108:8  117:24  120:15  125:5  125:7  130:1  130:3  136:13  136:22  136:23  141:11  143:7  146:24  149:3  149:5  149:17  149:20  150:1  150:3  150:9  150:23  150:25  151:3  151:7  151:9  151:21  151:24  157:25  160:23  161:22  167:19  176:14  205:2  206:2  209:1  212:13  212:15  227:11  228:16  231:1  231:10  233:14  233:20  237:19  238:25  263:1  263:24  265:3  268:24  268:25  276:9  294:21 |
| randy(1) 161:1 | | | | references(2) 98:23  99:2 | | | |
| range(14) 18:3  80:5  92:25  93:3  94:10  95:9  95:15  95:17  95:19  110:5  110:23  277:25  293:14  294:13 | | referencing(1) 34:23 | | | |
| | | received(28) 27:17  29:1  166:21  195:20  196:18  197:16  197:18  200:12  201:7  201:1  202:12  203:1  208:4  214:24  215:4  215:12  215:22  216:7  221:14  224:9  226:17  245:5  250:23  251:24  274:1  286:5  297:2  300:16 | | referred(13) 281:17  31:15  44:12  107:6  141:4  161:10  164:24  205:25  254:17  254:2  255:4  256:1  276:14 | | |
| rare(2) 191:3  264:24 | | | | | | |
| rata(2) 84:11  124:25 | | | | | | |
| rath(3) 3:47  3:49  6:26  191:11 | | | | | | |
| rather(11) 43:23  67:20  84:9  107:6  137:10  146:7  165:5  246:8  250:21  280:4  289:17 | | | | referring(7) 117:3  127:16  137:15  149:25  175:14  282:7  295:16 | | remind(1) 242:17 |
| | | | | | | reminded(2) 150:23  195:4 |
| rationalize(1) 21:21 | | receiving(6) 84:21  149:22  189:21  268:6  269:22  280:18 | | refers(3) 104:4  172:9  271:22 | | reminding(1) 226:19 |
| raymond(1) 10:12 | | | | refinanced(1) 198:7 | | rendered(1) 230:23 |
| re-ask(1) 91:19 | | recent(1) 189:19 | | refined(1) 259:16 | | rendition(2) 70:24  71:2 |
| re-learned(1) 278:2 | | reception(1) 65:6 | | reflect(6) 43:13  88:10  192:23  193:24  236:20  285:21 | | reorganization(10) 20:13  20:20  21:4  62:7  65:18  157:1  159:13  190:11  227:3  248:3 |
| reach(12) 71:16  72:5  72:10  73:4  221:8  225:6  236:18  244:7  274:17  289:7  296:22  297:8 | | recess(9) 102:11  102:19  102:20  145:1  145:2  180:6  180:7  253:23  253:24 | | | | |
| | | | | reflected(13) 43:16  51:13  89:16  94:6  183:3  193:17  251:25  281:1  281:7  281:12  286:12  288:9  288:17 | | reorganized(4) 60:1  220:16  220:17  220:17 |
| reached(27) 38:21  42:14  43:17  51:10  61:8  65:1  67:3  72:13  72:23  75:14  76:2  80:3  92:16  94:16  94:20  94:24  109:22  124:20  137:12  137:14  137:18  138:3  178:15  234:2  236:16  254:15  274:17 | | recipient(1) 37:11 | | | | |
| | | recipients(1) 152:13 | | | | repaid(1) 269:25 |
| | | recognition(1) 43:25 | | reflecting(1) 46:11 | | repay(2) 84:16  245:19 |
| | | recognize(7) 38:4  50:5  51:6  82:15  87:18  215:3  227:16 | | reflects(3) 14:21  76:1  229:4 | | rephrase(10) 33:6  39:7  57:17  58:5  74:20  78:7  85:9  95:2  106:7  109:10 |
| reaching(2) 54:4  137:9 | | | | refresh(5) 149:3  149:15  208:22  208:23  272:11 | | |
| reacted(1) 147:3 | | | | | | |
| reaction(2) 216:9  235:11 | | recoil(1) 208:22 | | | | rephrased(1) 57:16 |
| read(39) 107:9  108:17  113:12  113:17  113:17  114:12  115:4  115:8  127:23  127:25  128:16  128:16  128:25  134:21  139:12  147:147:6  148:5  155:6  157:7  159:25  159:25  162:15  162:17  162:23  165:15  165:18  165:19  173:13  175:17  175:21  223:25  223:25  236:13  242:8  243:12  268:14  268:1  271:9 | | recollect(1) 231:19 | | refreshed(2) 178:18  274:6 | | replicate(1) 29:25 |
| | | recollection(16) 75:7  99:21  120:9  122:23  133:19  137:2  149:4  149:15  150:5  178:18  208:23  226:24  262:8  262:22  272:11  274:6 | | refuse(1) 288:4 | | report(95) 13:6  13:14  14:1  18:19  25:22  30:13  43:15  54:18  54:21  55:6  55:8  55:14  56:3  56:5  56:7  58:19  61:24  75:19  82:18  92:12  92:16  93:8  93:23  131:6  135:17  138:25  139:5  139:9  139:13  140:9  140:23  141:10  141:19  141:20  142:2  142:6  143:10  145:14  149:21  151:5  151:12  157:20  157:23  158:6  167:8  167:11  167:18  168:7  169:6  169:7  169:12  201:18  202:18  211:22  216:20  217:23  222:4  223:1  223:17  223:23  224:1  224:2  224:7  224:9  224:16  224:23  225:1  228:18  229:5  229:15  233:19  233:20  233:23  234:16  234:19  234:20  241:12  262:8  262:13  262:19  263:23  264:13  265:4  268:11  268:15  268:19  269:1  270:17  270:18  271:4  271:9  275:21  280:3  284:10  285:20 |
| | | | | regard(22) 24:9  26:2  28:6  30:18  46:17  48:13  53:15  57:9  62:8  63:1  65:17  71:24  78:24  84:8  92:12  168:17  187:11  190:13  196:4  199:4  217:25  222:16 | | |
| reading(7) 142:5  155:4  162:12  162:16  188:12  285:13  288:11 | | | | | | |
| | | recollections(2) 210:16  229:10 | | | | |
| | | recommend(1) 94:7 | | | | |
| | | reconvene(1) 15:13 | | regarding(18) 28:20  35:19  38:21  48:7  59:12  74:23  95:12  102:13  104:14  142:25  172:4  174:24  175:8  175:12  176:5  176:17  242:6  297:4 | | |
| reads(2) 40:18  172:10 | | record(23) 16:11  24:1  47:9  49:5  49:16  115:5  115:11  127:25  134:22  143:22  146:6  152:8  165:19  169:17  173:13  180:17  181:2  184:3  194:12  213:22  214:2  279:6  279:8 | | | | |
| real(3) 145:6  182:16  258:5 | | | | | | |
| realistic(1) 60:24 | | | | | | |
| realization(1) 69:22 | | record's(1) 100:20 | | regroup(1) 56:1 | | |
| realize(1) 69:2 | | recorded(2) 1:39  192:15 | | regular(2) 190:14  193:11 | | reported(9) 105:3  105:7  111:10  119:2  201:11  212:9  241:15  241:15  247:2 |
| really(13) 40:2  43:25  56:4  61:6  79:5  80:12  94:12  154:4  160:25  167:3  168:23  168:24  180:5 | | recording(1) 1:39  299:8 | | regularly(1) 220:24 | | |
| | | records(41) 182:13  182:21  183:12  194:20  194:23 | | regulations(1) 20:1 | | |
| | | | | reject(2) 21:12  221:22 | | reportedly(1) 83:14 |
| | | record's(1) 158:16 | | rejection(1) 135:1 | | reporter(4) 145:6  145:8  185:7  185:9  188:11  188:13 |
| realm(1) 6:3 | | recount(1) 176:21 | | rekindle(1) 64:24 | | |
| reason(14) 43:24  117:10  131:8  138:5  138:18  144:15  146:14  154:21  179:21  193:23  203:23  228:7  249:9  267:25 | | recourse(1) 53:10 | | | | |
| | | recover(11) 36:14  37:19  84:19  86:8  86:16  90:10  90:25  91:4  91:5  101:3  101:17 | | relate(3) 13:18  22:18  36:20  36:24  37:7  37:12  38:10  40:1 | | reports(19) 197:13  197:16  200:10  200:12  201:16  201:19  202:1  202:19  208:4  220:3  224:10  224:12  224:15  224:18  226:17  294:8  298:6  300:27  300:31 |
| | | | | | | |
| reasonabl(11) 95:9  95:15  96:16  96:18  96:22  274:12  279:22  288:16  288:29  297:8 | | recovered(2) 69:13  90:8 | | related(21) 23:12  23:14  24:15  34:19  35:8  35:23  38:3  38:3  39:16  41:4  42:9  43:7  51:15  54:10  54:15  54:15  77:12  168:7  169:18  256:17  258:6 | | |
| | | recoveries(19) 40:24  41:9  76:19  83:17  84:5  84:6  84:14  84:16  84:20  84:21  84:23  89:18  91:1  126:19  155:24  245:15  250:23  290:16  290:19 | | | | |
| reasonableness(3) 93:1  94:10  296:14 | | | | relates(6) 22:19  37:8  40:2  67:17  168:3  168:4 | | represent(9) 120:19  185:21  185:25  186:4  188:1  188:8  196:3  234:1  276:23 |
| reasonably(1) 168:18 | | | | | | |
| reasons(3) 65:25  78:25  130:7 | | recovering(1) 282:3 | | relating(7) 13:19  18:22  20:15  31:3  31:17  37:6  270:9 | | representation(1) 146:9 |
| rebut(1) 148:1 | | recovery(64) 41:41  41:7  41:8  41:15  41:20  41:21  41:25  42:3  42:6  51:22  51:25  52:1  52:2  55:10  60:11  69:1  69:2  70:2  77:2  77:3  77:8  84:3  84:4  91:7  93:3  93:24  102:10  100:15  102:4  140:9  149:23  157:12  157:19  208:10  220:20  223:25  228:19  228:22  231:6  245:4  245:18  247:8  248:17  248:18  249:10  249:11  250:3  250:4  263:6  269:8  268:16  275:22  276:1  276:6  276:16  276:21  282:8  282:12  282:13  282:25  283:6  290:25  291:9  291:15 | | | | representative(10) 99:20  145:17  157:21  186:10  192:10  199:5  239:3  255:7  257:4  287:21 |
| recall(69) 35:19  35:24  49:3  60:16  84:24  92:6  96:1  96:5  96:16  115:1  117:20  120:7  125:8  125:10  130:19  133:18  135:22  136:4  137:8  138:9  142:17  143:5  158:1  158:4  158:10  161:22  161:25  162:12  162:16  162:18  166:10  166:18  171:6  173:4  176:11  177:18  178:10  218:12  222:11  224:21  226:226:4  234:19  234:24  247:19  254:8  261:7  262:16  263:12  263:17  264:10  264:16  265:7  266:11  267:14  268:18  269:3  273:5  274:5  276:8  282:6  283:8  283:11  286:12  290:23  291:8  291:20  292:12  295:1 | | | | relationship(4) 65:12  76:11  176:25  206:5 | | |
| | | | | | | representatives(4) 132:8  136:14  286:16  286:22 |
| | | | | relative(4) 219:25  221:21  238:11  247:11 | | |
| | | | | release(10) 87:2  87:4  117:22  117:25  139:5  169:1  235:21  235:24  236:11  236:13 | | represented(5) 203:22  211:3  217:3  234:3  286:8 |
| | | | | released(8) 56:13  87:8  131:6  141:19  141:20  168:5  220:18  251:19 | | representing(3) 51:17  217:20  289:24 |
| | | | | releases(10) 55:3  86:14  86:20  86:25  92:22  100:16  104:7  197:14  264:4  269:22 | | represents(2) 234:11  251:25 |
| | | | | | | reprimanded(1) 161:8 |
| | | recross(5) 178:1  178:4  179:7  295:12  300:3 | | relevance(1) 181:16 | | request(6) 12:11  12:12  12:14  12:17  64:3  148:7 |
| recall/know(1) 116:3 | | recross-examination(1) 295:13 | | relevant(3) 44:2  106:17  168:8 | | |
| recalled(1) 287:25 | | redacted(3) 13:13  13:24  13:25 | | relied(2) 106:20  108:23 | | |
| recalls(1) 145:16 | | redactions(3) 13:17  13:18  194:11 | | relieve(1) 21:13 | | requested(6) 64:10  207:2  213:11  227:10  238:9  243:6 |
| recapitalization(1) 29:23 | | redirect(8) 153:18  170:12  170:15  178:6  292:8  292:10  300:3  300:3 | | rely(1) 139:6 | | |
| | | | | remain(1) 110:16 | | |
| | | redounding(1) 102:1 | | remainder(2) 77:1  85:18 | | requests(1) 12:22 |
| | | refer(6) 60:1  107:21  117:8  117:12  208:18  256:5 | | remaining(4) 30:6  32:19  34:10  198:9 | | |
| | | | | remedies(3) 37:14  40:18  40:23  231:15 | | |
| | | | | remedy(1) 143:23 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

**require**(2) 28:18 174:3
**required**(2) 174:3 262:3
**requirement**(1) 33:15
**requirements**(1) 194:18
**rerun**(1) 93:18
**research**(1) 198:19
**reserve**(3) 17:23 97:24 238:1
**reserved**(1) 248:15
**resolution**(4) 37:22 142:12 236:19 256:22
**resolve**(7) 23:12 35:23 43:7 54:10 147:18 183:17 194:25
**resolved**(3) 70:16 76:18 83:13
**respect**(38) 13:11 14:2 14:5 22:15 28:4 33:22 40:13 41:10 42:16 53:24 55:1 55:10 58:7 60:15 69:19 76:6 81:18 86:4 84:9 90:5 140:16 163:3 179:19 181:6 184:9 187:16 224:24 254:25 257:3 257:16 266:1 267:3 277:8 277:13 282:7 287:22 289:10 298:24
**respected**(1) 131:23
**respective**(1) 48:4
**respond**(8) 15:2 38:25 143:25 170:20 193:6 230:6 230:9 230:11
**response**(19) 14:11 30:15 39:6 39:7 72:25 75:1 127:24 149:8 149:14 167:6 170:11 179:8 206:10 209:22 235:18 250:19 292:7 293:22 296:19
**responsibilities**(5) 16:17 18:8 18:17 187:1 187:16
**responsibility**(2) 192:22 193:9
**restored**(1) 245:3
**restructure**(1) 56:20
**restructuring**(11) 16:16 16:18 16:25 17:5 17:16 18:3 56:24 57:10 113:11 163:21 175:22
**result**(10) 12:20 82:20 94:17 151:11 190:12 227:2 240:24 247:8 264:25 278:10
**resulted**(1) 288:1
**resulting**(1) 51:21
**results**(3) 95:9 266:9 266:22
**resume**(2) 97:10 298:16
**resumed**(1) 103:4
**retain**(2) 204:12 204:16
**retained**(9) 17:24 19:15 92:23 199:10 199:17 199:20 199:22 203:16 205:6 205:25
**retaining**(2) 182:17 203:18
**retire**(3) 32:10 34:11 184:23
**retired**(3) 184:22 184:24 184:25
**retirees**(4) 90:10 220:21 234:11 257:14
**retrospect**(1) 147:3
**return**(1) 274:1
**reverse**(1) 74:16
**reversed**(1) 91:3
**review**(14) 21:24 107:5 108:9 108:15 109:15 145:11 192:25 193:9 193:11 194:1 223:15 223:23 224:13 241:21
**reviewed**(4) 68:2 68:4 162:7 207:2
**revised**(2) 93:7 93:9
**rich**(1) 128:10
**richards**(1) 2:21
**rifkind**(2) 5:5 8:13

**right**(207) 13:5 13:9 14:8 14:16 15:7 15:15 16:2 19:18 22:11 28:18 37:4 38:16 41:17 43:23 45:17 46:16 47:25 49:25 50:14 51:5 51:14 55:12 59:17 60:7 60:17 60:19 63:20 63:25 64:2 67:21 71:12 76:1 77:20 78:9 78:16 79:20 90:20 92:5 97:9 97:17 98:11 98:22 99:4 99:9 100:16 100:18 104:13 105:3 107:4 107:14 108:4 108:13 109:3 109:7 110:10 112:6 112:11 112:20 120:24 121:13 121:19 121:23 123:2 123:5 123:7 123:10 123:12 123:18 123:19 124:2 124:5 124:6 125:4 125:15 126:3 126:10 127:7 129:14 131:8 131:16 132:2 132:19 133:10 133:13 133:15 134:7 134:8 134:9 134:13 134:18 134:25 137:5 137:24 138:15 138:18 139:3 139:5 139:16 141:11 141:14 141:17 142:14 142:20 150:11 151:25 152:14 152:15 153:2 153:3 153:6 154:25 155:4 155:15 155:7 155:20 156:3 157:7 157:13 158:15 158:25 159:11 159:24 162:7 162:16 162:18 163:5 164:15 165:7 166:3 167:4 167:12 167:18 167:20 171:25 172:3 172:16 172:24 173:20 174:2 175:21 176:15 177:17 178:9 178:11 178:12 178:19 179:4 181:2 182:5 184:14 195:2 195:17 195:24 199:16 202:9 204:6 206:17 210:5 210:7 220:4 223:7 224:23 227:21 228:1 228:12 229:23 230:13 231:3 231:18 231:22 233:3 233:8 234:1 237:16 237:19 240:9 241:9 241:11 241:19 242:9 242:19 244:12 253:3 253:15 262:15 275:1 279:10 283:18 283:23 284:20 294:1 294:10 295:2 296:5
**rights**(2) 132:16 132:24
**ring**(2) 121:14 122:20
**risk**(1) 79:7
**risks**(3) 285:13 285:21 288:11
**robert**(6) 2:31 3:39 4:25 7:10 10:13
**robust**(1) 263:10
**rochester**(1) 8:33
**rockefeller**(1) 3:43
**rodney**(1) 2:24
**rogers**(1) 10:5
**roitman**(1) 6:14
**role**(22) 19:8 44:21 47:6 47:11 47:12 48:13 88:4 88:5 109:7 110:9 110:20 118:7 187:11 200:1 201:9 205:6 205:7 205:11 205:17 233:3 233:4 266:1
**roles**(2) 199:16 260:6
**roman**(7) 211:19 212:5 212:20 239:7 241:12 241:25 243:19
**room**(7) 27:14 27:16 45:21 47:8 92:8 99:23 178:19
**rooms**(2) 298:22 298:22
**rosenblum**(1) 3:38
**rosner**(2) 3:29 11:12
**rothschild**(1) 5:38
**roughly**(2) 263:8 267:10
**royal**(2) 10:4 10:4
**rudnick**(2) 2:29 8:5
**rules**(1) 19:25
**ruling**(1) 230:3
**run**(2) 80:25 179:10
**running**(2) 20:7 61:13
**runs**(1) 40:2
**rushabh**(1) 10:34
**russano**(1) 2:16
**russia**(5) 66:6 140:25 145:18 148:19
**s-a-l-g-a-n-i-k**(1) 180:22
**saavedra**(1) 9:13
**sachs**(2) 8:9 8:9

**said**(70) 39:5 72:13 72:23 108:11 108:12 123:19 125:11 131:11 131:20 133:2 142:1 142:11 142:15 143:8 143:14 144:19 144:2 145:12 145:23 145:24 146:10 147:24 148:2 148:4 148:4 148:16 148:16 150:18 151:22 151:23 152:20 155:20 158:1 158:11 161:2 161:7 168:24 169:7 169:11 178:18 182:4 188:5 194:12 198:21 224:10 228:23 229:12 229:21 232:1 234:19 234:2 236:14 237:22 238:15 244:1 246:21 247:3 261:7 265:18 265:19 265:20 285:16 286:2 287:1 287:23 288:7 288:10 290:1 291:12
**sale**(2) 22:5 200:6
**sam**(4) 86:15 116:4 118:2 198:4
**salganik**(24) 179:14 180:10 180:15 180:19 180:19 180:21 184:19 185:3 185:17 188:21 191:2 195:13 200:19 202:15 203:4 207:15 213:23 254:3 279:19 287:20 292:12 295:2 295:15 300:9
**salient**(3) 43:13 83:9 292:20
**same**(30) 32:14 34:7 44:8 44:9 56:25 65:2 68:8 69:14 72:8 77:7 101:7 122:11 127:8 126:10 156:23 168:22 199:22 202:2 214:1 215:9 216:4 220:8 225:15 228:7 229:18 238:4 249:21 250:1 276:12 283:17
**samuel**(1) 166:6
**sassower**(1) 234:14
**satisfactory**(2) 44:5 54:6
**satisfied**(1) 14:3
**satisfy**(2) 70:18 176:17
**saturday**(2) 174:14 174:17
**saw**(6) 123:11 203:20 206:14 206:22 226:7 268:19
**say**(50) 27:3 42:13 43:4 44:21 48:13 48:17 52:17 56:4 56:9 65:14 67:4 78:18 79:17 80:4 81:2 93:9 96:2 111:2 119:4 121:22 126:24 131:17 133:3 133:5 143:11 144:12 145:4 145:4 146:13 147:1 147:13 163:20 163:23 164:1 174:23 181:9 182:9 190:24 191:20 199:14 213:3 221:24 238:1 239:12 240:9 260:6 266:7 275:5 288:4
**saying**(19) 114:14 142:17 146:20 150:23 159:20 160:2 164:10 164:12 168:14 175:24 216:14 216:15 231:1 231:19 235:21 250:2 261:9 277:17 290:5
**says**(23) 45:10 46:25 47:1 50:1 50:12 77:15 112:7 113:18 160:6 161:21 179:13 211:22 212:8 212:20 230:19 239:10 240:1 241:20 242:4 243:21 271:23 272:1 284:8
**scale**(1) 238:17
**scenario**(2) 94:2 94:3
**scenarios**(7) 93:8 93:10 93:19 93:23 94:1 224:1 268:17
**schaible**(1) 2:15
**scheduled**(5) 12:20 64:9 213:12 218:11 227:10
**schedules**(1) 12:15
**schematic**(5) 32:4 32:7 32:8 34:3 86:4
**schlerf**(1) 5:39
**scholer**(1) 5:30
**schott**(1) 10:9
**schotz**(1) 2:4
**schuylkill**(1) 1:34
**schwartz**(1) 10:13
**schwinger**(1) 3:39
**scotland**(2) 10:4 10:4
**scott**(2) 5:45 8:10
**screen**(5) 20:18 24:23 211:8 270:19 270:20
**screens**(2) 15:25 115:13

**seaport**(1) 10:16
**search**(1) 106:17
**seat**(1) 188:4
**seated**(1) 12:2
**sec**(1) 119:25
**second**(68) 12:7 24:22 30:2 30:3 36:22 36:23 36:25 77:11 77:14 82:18 82:19 82:20 83:10 84:7 87:25 88:13 90:8 103:20 107:24 114:23 125:23 130:10 136:18 145:15 152:24 159:1 165:15 165:18 179:18 188:23 195:24 198:7 209:5 209:9 211:11 229:3 239:6 241:11 243:20 254:21 255:3 261:12 269:14 269:18 269:18 270:2 271:23 272:5 272:6 272:6 272:15 272:25 273:10 275:8 275:10 275:12 275:21 276:7 276:13 276:15 277:12 277:18 280:3 283:16 284:5 284:7 284:8 284:25
**seconds**(1) 291:25
**section**(2) 185:8 185:12
**secure**(1) 20:4
**securities**(2) 9:27 9:27
**security**(1) 298:20
**see**(110) 24:24 29:16 31:4 31:8 31:23 32:12 33:9 34:17 34:20 35:9 45:8 45:8 45:11 47:2 50:10 52:12 54:12 67:25 68:14 73:23 75:10 76:10 77:15 79:15 81:10 83:4 85:21 87:15 88:8 93:4 98:3 103:16 107:24 111:25 112:1 113:4 113:18 115:1 116:9 117:4 121:10 127:7 134:19 149:2 149:15 152:19 152:22 155:1 159:8 161:2 172:14 174:15 175:2 175:13 175:19 182:15 182:15 203:12 208:8 208:18 208:20 211:14 211:20 212:6 212:10 212:22 216:12 222:11 223:4 223:7 226:5 226:20 226:23 229:7 229:16 230:17 230:24 231:8 231:16 233:18 236:7 236:8 237:22 239:7 239:8 239:12 239:14 240:19 242:1 242:2 242:24 243:22 251:21 270:22 271:3 271:7 271:8 271:19 271:19 271:22 272:2 272:9 272:20 284:15 285:1 285:2 285:9 285:19 285:22 297:19
**seeing**(2) 117:10 268:25
**seek**(5) 23:11 247:1 263:6 263:25 264:14
**seeking**(3) 167:7 209:17 223:14
**seem**(1) 65:14
**seemed**(3) 55:25 96:15 221:14
**seems**(2) 38:22 259:14
**seen**(9) 56:5 67:14 127:18 128:12 195:14 196:5 200:20 201:25 213:25
**seife**(5) 3:37 258:21 259:5 259:25 261:9
**seiler**(2) 3:12 8:38
**select**(2) 50:12 106:20
**selected**(4) 189:5 189:9 199:23 223:6
**selecting**(1) 204:14
**self**(7) 28:8 28:17 28:21 28:23 29:23 30:1 30:1
**selganik**(2) 179:15 179:16
**sell**(1) 22:7
**selling**(11) 22:11 79:18 83:15 86:9 87:2 87:4 87:7 103:17 104:5 117:18 245:13
**semi-formal**(1) 44:15
**send**(1) 145:9

| Word | Page:Line |
|---|---|
| **senior**(80) | 19:9 31:19 36:11 36:14 37:3 37:15 40:7 40:10 40:19 42:19 51:22 52:2 53:2 54:2 55:18 57:4 57:4 65:3 68:25 69:2 76:16 76:17 76:17 76:19 77:1 83:14 83:16 84:8 84:10 84:15 85:16 87:5 88:22 89:9 90:24 91:5 98:10 98:13 98:16 101:12 101:20 102:1 110:6 110:25 111:1 120:17 121:11 122:1 125:17 128:10 136:2 142:2 142:22 145:20 149:22 151:20 154:12 155:22 168:3 207:8 209:5 210:17 212:25 213:6 215:3 215:6 215:15 216:13 219:9 225:16 230:20 235:5 236:16 236:19 245:21 271:16 271:22 271:23 300:21 |
| **senior-lender**(1) | 221:16 |
| **sense**(8) | 95:8 110:1 114:10 193:4 207:13 294:23 297:19 298:12 |
| **sensitive**(2) | 118:6 218:2 |
| **sensitivity**(1) | 13:21 |
| **sent**(7) | 66:2 141:15 152:12 152:14 153:4 195:21 197:9 |
| **sentence**(15) | 113:18 116:8 116:9 116:18 116:21 117:8 134:21 172:8 172:8 172:10 175:17 175:21 229:14 239:10 241:20 |
| **sentences**(3) | 115:4 115:13 115:20 |
| **sentiment**(1) | 172:19 |
| **separate**(7) | 64:23 172:4 173:10 175:2 212:9 227:25 259:13 |
| **separately**(1) | 215:25 |
| **september**(46) | 27:8 64:9 64:20 65:1 67:8 67:23 75:5 75:7 75:10 75:19 76:9 80:2 81:10 81:17 85:2 85:8 89:21 89:25 90:4 91:17 152:12 159:10 162:13 165:14 167:6 171:24 172:1 178:7 178:10 178:13 178:14 209:8 232:18 233:16 233:18 233:19 233:22 237:3 240:24 254:16 260:5 260:12 260:15 260:19 271:10 271:12 |
| **serengeti**(2) | 9:19 9:20 |
| **series**(3) | 32:8 67:17 259:13 |
| **serve**(4) | 185:18 186:10 186:21 186:24 |
| **served**(6) | 187:21 187:22 188:9 205:14 260:8 293:2 |
| **serves**(1) | 187:14 |
| **service**(6) | 1:33 1:40 188:18 189:7 256:8 259:7 |
| **services**(2) | 1:33 18:3 |
| **serving**(1) | 189:21 |
| **session**(22) | 75:9 75:12 76:2 147:22 150:14 178:13 233:17 233:22 234:2 234:17 234:25 237:3 237:7 240:24 240:24 241:2 241:16 241:22 255:18 255:21 260:4 299:1 |
| **sessions**(2) | 82:12 82:20 |
| **set**(10) | 27:11 31:2 36:2 88:12 117:13 126:19 127:9 187:6 198:10 227:25 |
| **sets**(1) | 128:10 |
| **settle**(6) | 48:3 69:10 158:5 163:11 277:7 288:4 |
| **settled**(8) | 77:10 83:22 182:13 245:6 250:24 277:15 278:7 280:1 |
| **settlement**(301) | 43:16 43:17 44:1 44:15 45:10 45:19 45:22 46:23 47:2 47:9 50:8 50:9 50:13 50:21 51:4 51:14 52:3 52:11 52:19 52:19 52:22 53:2 53:11 53:13 53:22 54:5 54:22 54:23 55:12 57:2 57:10 58:8 64:5 60:6 60:15 60:20 61:11 64:24 66:8 66:17 68:23 69:7 74:24 75:14 76:1 76:3 76:6 76:9 76:15 76:24 77:19 77:21 79:18 79:19 80:10 80:13 81:10 81:16 81:21 82:19 82:23 82:24 83:3 83:10 83:12 83:22 84:1 84:7 85:2 85:9 87:9 87:25 88:11 83:18 88:19 88:23 89:14 89:19 89:19 89:20 89:21 89:22 89:23 89:24 89:25 90: 90:4 90:7 90:9 90:13 90:15 90:16 90:18 90:18 91:17 91:24 92:1 92:13 92:15 92:18 92:25 93:23 94:7 94:19 95:5 95:13 95:15 95:24 96:1 96:11 96:16 96:16 96:18 96:19 96:22 96:24 100:16 100:21 100:22 101:1 101:1 103:8 109:22 110:12 118:10 123:21 124:14 126:13 127:9 131:18 135:14 136:1 138:4 140:10 143:1 145:15 148:20 155:4 155:9 160:9 160:13 161:4 163:10 164:5 164:9 164:16 165:17 167:25 169:6 172:11 210:4 210:8 210:10 216:24 217:25 218:15 218:17 218:22 219:2 219:6 219:12 219:25 220:5 220:13 221:1 221:4 221:9 221:10 221:11 221:14 221:21 221:23 221:25 224:25 225:2 225:5 225:6 225:22 226:2 227:2 228:21 232:7 232:16 233:5 234:20 234:24 235:12 235:22 236:21 237:1 237:5 237:22 237:23 240:17 240:25 242:7 242:24 243:20 244:7 244:16 244:19 244:22 244:25 246:6 246:18 247:4 247:7 247:11 247:15 247:18 247:24 248:21 248:1 249:22 251:14 251:17 254:7 254:15 254:17 254:19 254:21 255:3 255:13 255:1 255:22 258:10 259:2 261:11 261:12 262:16 263:18 264:5 265:9 265:13 265:22 266:4 266:18 266:22 266:23 266:25 267:1 267:4 267:5 267:8 267:14 267:20 267:20 267:21 267:22 268:1 268:2 268:2 268:8 268:10 269:7 269:14 269:19 269:20 270:3 270:4 270:4 270:7 270:9 270:11 271:15 271:17 271:20 272:12 272:12 272:15 272:17 273:2 273:3 273:7 273:18 274:12 274:16 274:16 274:24 275:7 275:9 275:10 275:13 275:15 275:21 275:23 276:2 276:1 276:23 277:2 277:6 277:20 278:9 278:17 278:22 279:21 279:25 280:2 |
| **settlement."**(1) | 145:21 |
| **settlements**(8) | 87:7 117:14 167:7 167:8 187:25 232:5 236:22 255:1 |
| **settling**(3) | 86:22 86:24 148:24 |
| **seven**(1) | 2:32 |
| **seven-point**(1) | 238:17 |
| **seventh**(1) | 165:6 |
| **several**(13) | 53:16 88:5 88:5 88:7 132:2 197:18 197:19 226:13 228:21 234:5 238:23 292:1 296:1 296:22 |
| **severance**(1) | 189:16 |
| **shall**(3) | 112:22 164:25 271:24 |
| **shamah**(1) | 7:16 |
| **shannon**(1) | 8:20 |
| **shapiro**(12) | 62:12 113:2 113:6 113:19 114:12 120:12 134:17 161:5 161:12 162:2 162:4 175:12 |
| **shapiro's**(2) | 161:16 175:14 |
| **share**(7) | 32:16 34:11 84:11 124:25 155:24 235:5 247:10 |
| **shared**(2) | 15:21 91:1 |
| **shareholder**(3) | 12:16 87:4 117:18 |
| **shareholders**(21) | 28:13 28:14 33:12 36:14 37:10 37:15 83:15 86:3 86:5 86:9 87:2 87:7 103:17 104:5 207:11 207:12 245:14 293:12 293:20 294:5 294:9 |
| **shares**(5) | 29:20 32:19 34:10 198:6 198:9 |
| **sharing**(5) | 84:15 85:3 85:12 85:15 121:5 |
| **sharp**(1) | 266:17 |
| **shaya**(1) | 8:33 |
| **she'll**(1) | 297:20 |
| **sheet**(21) | 50:16 50:19 76:1 145:16 269:15 269:18 271:5 271:10 271:21 272:25 275:8 276:7 276:13 276:13 276:14 276:15 276:22 276:23 277:12 277:19 279:22 |
| **sheets**(3) | 188:12 282:6 282:6 |
| **sheron**(1) | 11:10 |
| **sherri**(1) | 299:13 |
| **shift**(1) | 284:20 |
| **shortly**(5) | 28:14 52:16 66:16 137:13 |
| **should**(38) | 20:5 25:14 25:22 26:5 37:4 39:21 40:6 43:4 44:21 48:13 55:13 108:15 115:1 116:3 131:2 135:1 143:22 147:25 148:5 161:4 179:25 182:21 183:11 204:16 204:17 216:16 228:19 230:22 231:4 231:6 238:21 260:6 260:17 263:13 282:17 284:1 288:10 289:15 |
| **shouldn't**(1) | 274:19 |
| **shouldn't**(2) | 115:11 144:11 |
| **should've**(4) | 146:6 147:6 147:7 148:23 |
| **show**(22) | 21:2 25:4 26:15 32:3 32:4 32:24 35:13 35:14 38:6 38:7 43:12 76:14 76:15 90:21 128:9 156:1 222:18 227:20 237:12 237:18 241:6 252:5 |
| **showed**(1) | 82:1 |
| **showing**(3) | 93:20 93:22 |
| **shown**(2) | 90:2 194:13 |
| **shows**(8) | 31:3 32:7 32:8 89:23 90:2 251:22 252:2 252:3 |
| **shut**(1) | 189:15 |
| **sic**(3) | 163:1 194:6 251:18 |
| **side**(18) | 22:13 27:12 45:2 45:3 45:4 49:8 49:19 79:14 88:20 110:19 110:19 121:12 122:19 123:15 139:14 210:17 221:17 265:15 |
| **sidley**(2) | 1:23 7:29 24:11 40:15 64:22 64:23 105:23 106:20 107:6 108:11 108:23 119:3 119:14 119:11 119:15 119:22 120:2 120:4 120:14 120:16 |
| **sidley's**(1) | 149:13 |
| **siegel**(1) | 2:30 |
| **sight**(1) | 150:22 |
| **signed**(3) | 27:14 31:14 81:8 |
| **significant**(12) | 24:23 28:9 31:3 57:6 61:2 61:20 64:13 83:3 89:5 93:12 116:7 229:6 |
| **silver**(4) | 8:47 8:47 10:47 10:47 |
| **silverstein**(1) | 4:15 |
| **simes**(1) | 6:33 |
| **similar**(6) | 33:21 34:2 46:11 125:16 248:14 274:25 |
| **similarly**(2) | 168:16 201:15 |
| **simple**(2) | 181:13 267:25 |
| **simplicity**(1) | 93:16 |
| **simply**(3) | 164:5 164:9 296:16 |
| **since**(11) | 17:9 27:10 63:9 116:4 182:20 184:2 190:17 196:25 243:5 281:16 296:14 |
| **sincere**(1) | 140:11 |
| **single**(2) | 145:16 191:4 |
| **sir**(20) | 102:17 127:19 128:3 134:22 150:1 159:2 169:23 179:9 185:13 203:15 207:20 209:1 215:21 227:16 243:16 252:12 274:20 289:3 295:8 296:8 |
| **sit**(2) | 56:6 260:7 |
| **sitting**(3) | 136:15 206:12 219:14 |
| **situation**(4) | 63:23 147:16 175:8 188:14 |
| **six**(5) | 93:8 93:22 94:3 187:22 298:17 |
| **sixth**(1) | 94:2 |
| **sixty**(1) | 291:24 |
| **sixty-five**(1) | 276:9 |
| **size**(1) | 70:5 |
| **skadden**(1) | 27:12 |
| **skip**(1) | 116:8 |
| **sleep**(1) | 170:23 |
| **slide**(36) | 20:19 24:22 31:21 31:25 32:3 32:4 34:15 35:7 35:10 36:2 38:2 38:9 43:5 43:6 43:8 43:12 45:7 51:3 54:10 75:5 76:5 76:9 85:20 85:20 98:8 98:9 98:20 98:20 98:23 99:2 99:13 100:7 100:12 103:8 103:8 103:11 |
| **slides**(5) | 83:2 97:14 98:6 166:15 166:24 |
| **slightly**(5) | 29:20 85:17 93:7 93:9 189:24 |
| **slim**(1) | 173:7 |
| **slow**(1) | 154:5 |
| **slug**(1) | 28:13 |
| **small**(12) | 42:17 122:18 123:15 171:14 |
| **smaller**(4) | 70:9 203:4 217:21 249:12 |
| **smaller)."**(1) | 117:2 |
| **smalley**(1) | 10:17 |
| **smith**(2) | 10:29 179:13 |
| **smooth**(1) | 19:22 |
| **so-and-so**(1) | 108:12 |
| **so-called**(5) | 220:15 248:2 |
| **sold**(5) | 22:13 57:6 73:21 135:17 136:10 152:20 |
| **solely**(1) | 13:18 |
| **solicitation**(1) | 130:2 |
| **solvency**(6) | 31:17 33:18 105:25 106:3 106:8 245:13 |
| **solvent**(1) | 39:22 |
| **solves**(1) | 79:16 |
| **solving**(1) | 78:19 |
| **some**(54) | 14:20 14:21 17:17 26:22 27:18 28:5 38:24 42:8 44:10 48:20 52:6 61:18 62:22 65:18 70:18 80:23 94:14 117:10 119:22 120:8 121:10 126:5 135:8 137:23 142:18 166:17 167:6 167:10 181:16 181:15 182:1 182:11 187:23 187:23 188:2 195:13 198:7 207:3 207:11 223:6 223:14 224:15 225:2 226:6 232:24 236:15 251:22 258:3 258:8 275:2 275:3 279:7 283:2 294:20 |
| **somebody**(1) | 176:19 |
| **somehow**(1) | 96:12 |
| **someone**(10) | 79:4 79:14 99:25 108:11 145:23 234:8 234:10 234:13 261:9 297:16 |
| **something**(21) | 13:3 56:5 61:6 66:9 68:13 93:3 100:17 104:12 108:11 110:24 122:19 122:19 145:4 145:23 147:10 149:24 161:2 161:24 181:17 218:2 266:13 |
| **sometime**(1) | 66:2 |
| **sometimes**(10) | 79:11 79:11 192:4 211:1 211:2 211:2 211:3 254:16 254:20 256:1 |
| **somewhat**(7) | 122:24 231:16 268:20 269:5 278:24 291:5 292:14 |
| **somewhere**(6) | 80:4 127:17 216:17 276:9 293:13 294:13 |
| **soon**(2) | 224:16 225:1 |
| **soon"**(1) | 128:2 |

| Word | Page:Line |
|---|---|
| **sophia**(1) 7:34 | |
| **sophisticated**(3) 221:16 265:15 265:15 | |
| **sorry**(48) 36:23 39:3 57:21 58:24 68:9 73:8 88:9 90:6 90:11 91:19 103:20 103:22 103:23 106:7 117:7 123:23 128:4 129:3 134:1 134:12 135:7 136:9 141:13 159:2 159:2 164:7 207:12 236:3 238:3 238:4 239:19 239:22 249:21 251:9 256:24 257:22 257:22 262:11 271:13 272:2 272:6 272:11 272:20 279:10 279:20 281:4 289:5 295:22 | |
| **sort**(15) 21:15 42:19 42:23 44:18 48:5 48:14 56:9 57:2 64:22 147:2 160:4 187:13 221:15 238:16 298:10 | |
| **sottile**(8) 4:8 6:21 155:20 240:14 242:15 242:19 243:10 244:13 | |
| **sottile's**(1) 243:4 | |
| **sottile's**(1) 244:2 | |
| **sought**(5) 13:22 207:5 207:10 263:7 263:9 | |
| **sound**(3) 1:39 121:23 299:8 | |
| **sounds**(7) 106:25 120:21 121:13 124:5 124:6 168:22 171:7 | |
| **source**(1) 154:8 | |
| **sources**(3) 32:23 32:25 166:25 296:22 | |
| **south**(1) 1:27 4:36 | |
| **spaeder**(6) 4:5 6:19 191:10 203:15 204:12 205:4 | |
| **speak**(6) 66:23 121:6 133:13 141:15 213:12 261:9 | |
| **speaker**(1) 156:6 | |
| **speaking**(3) 67:2 171:15 190:16 | |
| **speaks**(1) 167:19 | |
| **special**(50) 4:41 27:9 27:25 28:3 28:12 28:23 29:7 62:2 62:5 62:6 62:10 62:12 62:15 62:24 63:2 64:1 64:17 64:17 81:11 81:15 86:19 87:10 87:22 94:9 94:11 112:4 113:7 153:6 154:9 162:5 162:8 162:10 162:21 164:24 165:14 165:21 174:13 174:24 191:11 201:19 204:19 239:10 240:10 240:12 242:15 243:21 244:1 286:23 287:23 | |
| **specialty**(1) 17:15 | |
| **specific**(9) 24:13 38:14 117:4 146:8 225:22 245:9 261:8 262:23 263:2 | |
| **specifically**(5) 18:1 52:17 60:7 223:3 229:1 | |
| **specifics**(2) 121:10 296:17 | |
| **spectrum**(2) 259:12 259:24 | |
| **speculating**(1) 158:13 | |
| **spell**(2) 180:17 180:20 | |
| **spent**(6) 18:9 36:8 47:17 53:16 167:10 286:21 | |
| **spinoff**(1) 28:15 | |
| **split**(4) 91:3 91:21 91:22 285:20 | |
| **splits**(1) 90:22 | |
| **spoke**(5) 113:14 133:13 141:8 141:18 196:8 222:21 242:13 252:21 259:3 | |
| **spokesperson**(5) 259:9 260:1 260:3 260:9 260:17 | |
| **spread**(1) 123:11 | |
| **spring**(2) 43:19 171:12 | |
| **square**(2) 2:24 2:32 | |
| **squarely**(2) 92:25 95:18 | |
| **stabilized**(2) 19:22 20:10 | |
| **stabilizing**(1) 20:8 | |
| **staff**(3) 187:3 187:7 298:20 | |
| **stage**(1) 81:5 | |
| **stakeholder**(1) 140:5 | |
| **stakeholders**(7) 109:10 109:20 110:2 110:17 111:4 139:12 169:24 | |
| **stand**(13) 14:1 26:5 29:8 30:10 102:10 102:19 123:23 145:1 165:20 180:10 253:2 259:12 299:1 | |
| **standalone**(1) 70:7 | |
| **standing**(8) 148:15 208:16 208:20 209:3 209:9 209:13 209:17 209:19 | |
| **stanley**(6) 5:24 9:8 9:16 27:12 28:3 86:17 | |
| **stargatt**(1) 4:23 | |
| **stark**(2) 2:31 99:22 | |
| **start**(8) 24:7 26:25 32:9 80:22 90:6 254:6 257:21 297:19 | |
| **started**(1) 150:11 | |
| **starter**(1) 135:10 | |
| **starting**(8) 36:7 38:16 39:19 43:14 43:19 44:9 165:17 229:5 | |
| **starts**(2) 67:23 134:5 | |
| **state**(4) 36:10 137:12 180:16 250:8 | |
| **stated**(9) 16:10 229:14 231:4 280:16 284:9 285:2 285:5 285:8 285:12 | |
| **statement**(41) 14:20 15:3 52:20 73:23 95:21 95:24 113:23 127:8 129:22 143:18 144:1 144:2 144:16 147:4 153:8 154:23 160:25 160:25 161:9 161:13 161:18 174:9 179:13 181:18 181:19 194:10 212:8 229:1 239:16 242:11 243:24 260:5 260:12 260:15 260:19 261:7 284:18 285:4 285:17 285:19 285:24 | |
| **statements**(5) 64:11 64:14 75:6 236:13 296:13 | |
| **states**(6) 1:1 1:19 40:6 52:9 73:20 117:4 | |
| **stating**(1) 99:19 | |
| **station**(1) 186:7 | |
| **status**(4) 14:1 23:7 222:17 297:4 | |
| **statute**(3) 37:19 40:12 61:20 | |
| **statutes**(2) 36:10 36:10 | |
| **statutory**(3) 40:7 40:11 40:16 | |
| **stay**(5) 129:9 226:14 | |
| **staying**(1) 113:10 | |
| **ste**(4) 2:7 5:14 5:26 5:40 | |
| **stearn**(1) 2:22 | |
| **steege**(6) 166:5 166:6 166:7 169:20 169:22 170:7 | |
| **steeped**(1) 176:4 | |
| **step**(147) 26:19 29:19 30:2 30:3 30:7 31:11 31:17 31:19 31:22 32:5 32:22 32:25 33:2 33:3 33:9 33:18 33:20 33:22 34:3 34:5 34:5 34:14 34:18 39:16 39:19 39:21 39:22 39:24 39:25 40:2 40:3 40:24 40:25 41:12 44:3 55:2 55:11 69:8 69:20 69:21 69:21 69:24 70:1 70:7 70:15 76:16 76:17 76:22 82:12 83:13 83:15 83:17 83:19 83:21 86:3 86:4 86:5 86:6 86:7 86:9 87:2 87:4 87:7 89:19 89:19 89:20 89:23 90:7 90:15 90:24 91:24 92:1 94:4 98:13 98:18 103:17 104:4 105:19 105:19 106:1 106:1 106:5 106:5 106:8 106:8 117:18 159:16 159:17 160:14 163:3 163:9 163:16 163:17 166:21 166:22 168:20 179:1 198:5 198:7 230:16 230:19 230:23 239:20 245:14 248:19 268:22 269:9 270:9 270:12 270:12 271:18 271:23 272:13 272:16 273:4 273:19 273:22 274:2 274:1 275:14 277:3 277:4 277:8 277:17 277:20 277:24 278:4 278:15 278:24 279:2 291:8 292:15 293:12 293:18 294:5 294:6 295:3 295:17 295:17 295:20 295:21 295:2 295:25 296:8 | |
| **step-one**(4) 159:17 160:17 166:13 231:6 | |
| **step-one-only**(2) 174:3 174:7 | |
| **step-two**(4) 166:13 231:5 245:7 251:16 | |
| **stephen**(1) 4:16 | |
| **stepping**(2) 113:10 239:25 | |
| **steps**(8) 23:21 24:7 24:7 29:16 29:18 30:9 208:14 209:20 | |
| **steven**(4) 14:17 16:6 103:4 300:7 | |
| **sticks**(1) 130:16 | |
| **still**(9) 49:9 57:5 72:21 73:14 125:23 135:20 177:22 242:15 272:20 | |
| **stock**(5) 29:20 89:2 220:16 280:14 280:14 | |
| **stock-ownership**(1) 198:10 | |
| **stockholder**(1) 198:11 | |
| **stockholders**(1) 76:18 | |
| **stop**(2) 97:17 115:25 | |
| **stopped**(2) 48:21 48:25 | |
| **stops**(1) 134:5 | |
| **story**(3) 45:2 45:3 45:4 | |
| **straight**(2) 85:14 176:18 | |
| **strategic**(3) 21:22 23:18 27:5 | |
| **strategy**(6) 53:25 191:22 192:2 282:21 283:1 283:5 | |
| **strauss**(2) 2:43 8:32 | |
| **stream**(3) 21:15 22:19 23:1 | |
| **street**(11) 1:11 1:34 2:25 2:39 3:21 3:50 4:9 4:18 4:28 4:51 5:14 | |
| **strength**(2) 109:15 142:4 | |
| **strengthened**(1) 157:23 | |
| **strengths**(1) 95:13 | |
| **stricken**(2) 143:22 147:25 | |
| **strictly**(1) 14:25 | |
| **strike**(11) 49:18 57:20 57:23 65:4 110:15 124:21 142:10 217:11 250:7 251:11 296:17 | |
| **strip**(40) 51:16 58:21 58:22 59:16 59:18 60:2 60:2 60:5 60:12 77:18 78:14 80:13 101:23 124:20 124:22 124:24 125:3 125:8 125:9 125:11 125:17 125:24 220:15 220:22 245:2 246:8 246:11 246:13 246:15 246:18 247:1 247:5 263:16 263:19 264:15 280:4 280:13 280:18 281:19 290:2 | |
| **striving**(1) 110:16 | |
| **stromberg,esq**(1) 7:36 | |
| **strong**(3) 61:21 216:16 295:3 | |
| **strove**(1) 110:9 | |
| **structure**(15) 22:9 71:17 72:6 72:6 79:20 124:21 125:4 125:13 143:1 160:5 160:21 161:6 162:22 165:22 198:1 | |
| **structured**(5) 30:9 30:14 54:24 55:22 178:12 | |
| **structures**(1) 74:24 | |
| **studied**(1) 170:3 | |
| **study**(2) 15:1 168:7 | |
| **studying**(2) 167:10 168:23 | |
| **stuff**(1) 128:2 | |
| **sub-bullet**(1) 285:18 | |
| **subject**(15) 59:12 104:16 176:23 179:24 184:8 189:24 194:10 209:13 238:14 242:1 248:3 271:25 274:3 296:21 297:9 | |
| **submit**(1) 155:25 | |
| **submitted**(3) 27:18 189:2 189:14 | |
| **subordinate**(1) 37:4 | |
| **subordination**(2) 36:25 40:21 231:12 | |
| **subs**(1) 40:5 | |
| **subsequent**(8) 22:6 30:7 36:18 56:17 240:23 241:2 254:19 282:25 | |
| **subsequently**(2) 22:12 208:17 | |
| **subsidiaries**(9) 18:4 39:21 39:24 93:14 93:15 257:17 257:20 257:23 261:17 | |
| **subsidiary**(10) 51:25 77:7 90:10 90:12 220:19 235:15 245:3 247:13 249:25 263:7 | |
| **substance**(4) 146:25 193:24 287:2 287:13 | |
| **substantial**(5) 84:22 156:2 247:9 252:22 262:3 | |
| **succeeded**(1) 49:14 | |
| **successful**(15) 20:8 46:17 54:5 55:15 60:21 61:15 82:11 82:13 216:17 246:17 247:3 291:11 291:17 295:20 295:24 | |
| **such**(10) 44:7 71:19 132:12 144:9 181:19 182:22 200:6 231:15 243:9 265:25 | |
| **suffer**(1) 25:17 | |
| **sufficient**(4) 19:23 61:20 70:17 208:11 | |
| **suggest**(2) 96:15 97:2 | |
| **suggested**(1) 131:2 | |
| **suggestion**(2) 97:11 234:4 | |
| **suing**(1) 192:2 | |
| **suite**(4) 2:39 3:50 4:10 4:37 | |
| **sullivan**(2) 2:36 2:38 | |
| **summaries**(1) 201:13 | |
| **summarize**(3) 31:12 36:5 76:14 | |
| **summarizing**(2) 68:5 76:5 | |
| **summary**(9) 25:13 27:1 35:14 88:8 223:25 239:12 268:14 268:16 282:6 | |
| **summer**(3) 81:2 203:17 204:19 | |
| **sun**(8) 185:1 185:2 185:6 185:25 186:5 187:23 188:11 275:1 | |
| **sunday**(2) 64:9 185:7 | |
| **suneel**(1) 18:7 | |
| **supplement**(2) 212:10 212:18 | |
| **supplemental**(4) 227:24 227:25 228:4 237:13 | |
| **support**(35) 50:8 50:9 50:9 52:4 53:11 57:3 82:24 89:9 92:14 124:14 124:17 136:5 159:22 160:21 161:6 161:9 161:20 161:23 167:14 183:3 219:6 221:9 221:12 221:11 225:3 240:25 244:11 248:8 253:12 266:10 275:7 275:12 277:18 280:6 281:17 290:16 | |
| **supported**(5) 96:1 96:3 265:24 266:6 266:8 | |
| **supporter**(1) 126:2 266:24 | |
| **supporting**(3) 191:21 225:3 266:5 | |
| **supportive**(1) 219:12 | |
| **supports**(3) 140:9 151:5 229:15 | |
| **suppose**(1) 25:13 | |
| **supposed**(2) 184:3 197:3 | |
| **sure**(50) 12:8 14:3 21:16 22:10 23:24 24:1 24:10 27:3 31:13 59:19 70:25 88:18 89:7 98:7 99:14 105:22 115:6 120:3 121:2 125:21 127:14 128:1 128:18 129:24 133:20 136:1 137:4 137:22 142:7 154:16 155:6 155:12 156:5 157:9 158:20 159:25 168:9 182:16 183:14 192:23 213:10 229:4 243:7 254:5 270:12 276:8 276:11 278:5 281:14 294:19 | |
| **surprise**(4) 111:16 120:8 128:14 129:25 | |
| **surrounding**(1) 105:14 | |
| **sustain**(1) 169:14 | |
| **sustained**(15) 30:24 51:1 68:10 85:6 118:15 118:24 139:22 140:15 177:11 206:16 232:22 233:7 258:23 279:3 293:25 | |
| **suttonbrook**(2) 7:4 7:4 | |
| **swap**(1) 90:11 | |
| **switch**(1) 297:24 | |
| **switching**(1) 97:16 | |
| **sworn**(3) 14:15 14:17 180:15 | |
| **system**(1) 196:23 | |
| **tab**(1) 50:1 | |
| **table**(3) 1:32 66:25 118:9 118:20 131:24 135:9 237:23 265:16 | |
| **tactics**(1) 217:17 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **take**(76) 15:8  20:18  21:20  23:21  24:8  24:22  26:21  31:21  38:2  43:5  43:21  48:24  49:23  50:18  51:3  52:20  59:8  60:11  63:5  63:11  67:6  67:14  68:2  68:12  71:1  76:8  78:8  81:25  82:14  83:1  85:2  85:19  86:21  89:20  90:5  91:11  91:17  92:2  93:2  93:17  96:7  97:15  100:10  101:2  107:2  108:12  110:19  115:13  121:25  122:2  122:14  125:14  156:25  172:22  174:8  174:10  175:22  179:17  199:25  203:21  205:7  208:1  209:20  213:2  216:18  218:4  221:25  253:22  260:12  260:25  261:8  270:14  289:16  297:2  298:10 | | **terms**(39) 21:14  22:1  27:1  46:22  48:5  50:12  51:9  51:13  53:17  74:4  83:9  83:11  88:11  88:13  101:5  177:14  188:18  220:4  224:24  244:21  244:24  245:17  247:20  248:10  255:1  262:6  264:22  265:4  266:9  266:14  267:8  267:10  267:13  267:16  267:21  269:13  275:9  280:16  297:15 | | **that**(301) 12:6  12:8  12:17  12:19  12:20  12:21  13:7  13:13  13:19  13:20  13:20  13:23  13:23  13:24  14:2  14:3  14:3  14:4  14:15  14:21  15:2  15:3  15:5  15:10  15:11  15:17  15:17  15:18  15:21  16:17  17:1  17:3  17:17  17:25  18:12  18:15  19:21  19:22  19:23  19:25  20:3  20:5  20:22  21:7  21:9  21:9  21:16  21:16  21:19  21:20  21:23  22:1  22:4  22:6  22:10  22:10  22:12  22:14  22:15  22:15  22:21  23:2  23:4  23:5  23:7  23:13  23:14  23:17  23:18  23:24  24:9  24:9  24:14  24:17  24:20  24:20  24:22  24:24  25:14  25:14  25:19  25:21  25:23  26:11  26:18  26:22  26:23  27:3  27:8  27:10  27:11  27:21  27:22  29:25  30:5  30:7  30:18  30:24  31:3  31:7  31:23  32:5  32:13  32:15  32:21  32:25  33:3  33:9  33:9  33:20  33:24  34:3  34:4  34:12  34:13  34:17  34:19  34:20  34:22  34:24  34:25  35:1  35:10  35:15  35:19  35:21  35:23  35:24  36:2  36:2  36:8  36:13  36:16  37:1  37:2  37:3  37:7  37:8  37:8  37:14  37:18  38:1  38:8  38:9  38:11  38:21  39:16  40:7  40:11  40:12  40:13  40:16  40:19  40:20  40:23  40:24  40:25  41:2  41:5  41:9  41:11  41:13  41:15  41:16  41:20  41:23  42:9  42:11  42:14  42:24  43:1  43:7  43:17  43:22  43:24  43:25  44:3  44:4  44:7  44:12  44:13  44:20  44:20  44:23  44:25  45:6  45:7  45:8  45:11  45:13  45:15  45:16  45:17  45:19  45:22  45:23  45:25  46:2  46:5  46:8  46:13  46:17  46:24  47:2  47:7  47:9  47:16  47:20  47:23  48:2  48:10  48:11  48:13  48:19  48:22  49:3  49:6  49:7  49:9  49:13  49:18  50:1  50:10  50:19  50:21  50:22  51:9  51:10  51:10  51:19  51:19  51:20  51:20  52:11  52:12  52:14  52:15  52:15  52:18  52:20  52:21  52:22  53:1  53:4  53:15  53:18  53:20  53:21  54:2  54:3  54:5  54:12  54:14  54:18  54:25  55:3  55:4  55:9  55:10  55:11  55:12  55:13  55:24  55:25  56:6  56:9  56:9  56:11  56:11  56:13  56:14  56:23  57:2  57:12  57:15  57:17  58:8  58:12  58:18  58:22  58:25  58:25  59:2  59:5  59:6  59:12 | | **that**(301) 59:20  59:23  59:24  60:2  60:2  60:9  60:11  60:16  60:22  60:25  60:25  61:11  61:4  61:7  61:8  61:13  61:15  61:16  61:18  61:22  61:23  62:7  62:9  62:16  62:18  62:19  62:22  62:25  62:25  64:15  64:19  65:8  65:15  65:18  66:3  66:7  66:7  66:8  66:9  66:9  66:10  66:11  66:13  66:14  66:15  66:17  66:17  66:23  66:24  67:2  67:7  67:12  67:19  67:25  68:3  68:14  68:20  69:2  69:5  69:6  69:14  69:18  69:23  69:23  69:24  70:1  70:2  70:2  70:10  70:13  70:20  70:20  70:23  70:25  70:25  71:2  71:10  71:16  71:16  71:18  71:21  71:24  72:1  72:5  72:6  72:8  72:21  73:1  73:2  73:3  73:14  73:20  73:23  73:25  75:2  75:6  75:7  75:10  75:12  75:14  76:1  76:1  76:10  76:19  77:10  77:16  77:18  77:25  78:4  78:8  78:15  78:16  78:17  78:18  78:22  79:1  79:1  79:2  79:3  79:5  79:7  79:8  79:10  79:10  79:15  79:20  79:22  79:25  80:1  80:1  80:7  80:7  80:10  80:19  80:19  80:22  80:22  81:1  81:2  81:2  81:3  81:4  81:6  81:13  81:22  81:24  82:3  82:3  82:9  82:9  82:19  83:4  83:19  83:19  83:21  83:22  83:25  84:13  84:17  85:4  85:12  85:21  85:25  86:1  86:6  86:7  86:10  86:22  87:1  87:5  87:6  87:7  87:12  87:21  87:22  87:25  88:2  88:8  88:14  88:14  88:18  88:20  88:22  89:1  89:6  89:7  89:11  89:12  89:13  89:21  89:25  90:2  90:9  90:13  91:2  91:7  91:13  91:25  92:12  92:17  92:23  92:24  92:24  92:25  93:4  93:8  93:3  93:13  93:19  93:22  94:11  94:14  94:17  94:20  95:14  95:16  95:17  95:18  95:19  95:21  95:25  96:1  96:1  96:2  96:4  96:4  96:5  96:7  96:8  96:10  96:10  96:11  96:15  96:16  96:21  96:22  96:24  97:2  97:2  97:2  97:4  97:4  97:5  97:14  97:15  97:18  97:22  97:24  98:12  98:17  99:5  99:16  99:19  99:20  99:22  99:25  99:25  100:1  100:2  100:10  100:17  101:2  101:7  101:11  101:11  101:18  101:19  101:24  101:25  102:13  103:8  103:9  103:14  103:16  103:19  104:7  104:14  104:16  104:19  105:11  105:21  105:22  105:22  106:15  106:20  106:22  108:1  108:8  108:15  108:23  109:10  109:11  109:18  109:23  109:23  110:4  110:7  110:15  110:15  110:20 |
| **taken**(7) 68:25  107:10  176:6  183:2  192:4  195:18  217:25 | | **terrible**(1) 118:11  **terribly**(1) 66:17  **terrorist**(3) 74:1  152:22  153:10  **terrorists**(2) 73:22  154:17 | | | | | |
| **takes**(6) 21:10  75:9  122:7  170:2  187:3  192:15 | | **testified**(44) 35:18  66:19  73:13  98:21  99:15  100:8  106:23  109:4  111:6  121:6  124:3  124:21  126:1  132:1  138:3  140:2  141:23  142:24  145:14  152:24  167:5  173:1  177:13  179:4  254:25  258:20  259:1  263:11  263:17  264:17  265:8  265:12  267:12  268:1  269:3  274:16  277:11  277:23  283:9  287:25  291:4  296:21  297:1  297:2 | | | | | |
| **taking**(6) 216:13  256:13  288:16  288:19  297:5  297:6 | | **testifies**(1) 184:12  **testify**(7) 15:5  25:15  94:18  181:13  181:23  250:18  298:5 | | | | | |
| **talk**(16) 12:10  66:3  66:3  78:5  78:11  101:15  114:11  141:2  142:15  150:4  154:20  166:25  167:1  179:25  222:2  282:8 | | **testifying**(1) 150:1  **testimony**(25) 14:22  15:4  26:1  35:21  58:25  59:4  78:4  88:24  102:14  102:16  133:6  143:18  144:11  147:25  148:18  169:11  177:20  177:22  205:25  254:8  296:10  296:1  296:14  296:16  297:12 | | | | | |
| **talked**(10) 12:7  35:21  43:23  44:25  136:10  146:21  158:23  183:5  228:21  238:25 | | | | | | | |
| **talking**(39) 13:21  33:22  36:8  39:4  42:12  42:13  42:14  42:21  43:21  43:22  43:23  43:23  48:14  48:15  48:21  48:25  56:22  59:12  61:12  66:20  80:19  83:18  86:21  95:24  100:13  112:3  122:11  125:23  133:24  135:20  135:24  147:2  166:11  171:14  180:3  198:23  250:20  276:11 | | **than**(53) 13:24  15:1  15:4  22:2  43:23  53:10  63:10  67:20  70:25  77:18  79:3  84:9  93:24  96:13  96:23  100:17  104:12  123:22  137:10  140:10  144:19  146:7  146:21  158:5  165:5  188:12  209:15  228:20  228:24  235:1  246:8  246:11  249:15  249:24  250:5  255:15  255:20  263:25  265:1  267:22  268:1  268:4  269:6  269:9  280:4  284:13  288:5  289:17  289:24  290:10  290:18  290:22  298:13 | | | | | |
| **talks**(13) 68:13  104:23  105:11  123:5  123:8  124:13  131:3  133:17  134:5  140:18  175:1  175:8  217:21 | | **thank**(41) 15:16  15:20  24:5  26:7  30:25  57:24  97:20  97:23  100:23  102:10  102:19  102:25  103:1  107:19  115:18  121:3  130:24  134:3  147:19  149:16  153:24  159:15  165:9  166:2  170:9  170:13  179:9  184:14  184:16  195:6  211:11  226:19  230:12  271:1  274:22  292:4  296:8  297:14  298:15  299:3  299:4 | | | | | |
| **taylor**(1) 4:24  **team**(10) 18:6  18:18  19:9  19:12  20:2  22:4  38:1  44:25  94:14  106:16 | | **thanks**(1) 292:2 | | | | | |
| **technically**(1) 96:2  **teitelbaum**(1) 234:12  **telephonic**(9) 6:1  7:1  8:2  9:1  10:1  11:1  15:9  227:15  284:3 | | | | | | | |
| **television**(1) 186:7  **tell**(21) 107:8  108:23  122:24  126:18  127:18  133:19  140:3  140:4  146:15  151:6  151:8  167:20  185:5  191:8  191:8  194:17  199:4  202:16  203:15  220:7  271:15 | | | | | | | |
| **telling**(2) 151:3  151:9  **ten**(7) 222:19  226:23  226:24  280:24  281:5  281:12  298:16 | | | | | | | |
| **ten-minute**(2) 180:6  253:22  **tender**(5) 28:11  28:12  29:19  29:22  31:15  **tendered**(1) 15:6  **tenor**(1) 240:4  **tenure**(1) 186:22  **term**(31) 50:15  50:19  76:1  76:5  145:15  151:11  171:8  186:19  186:23  196:20  222:12  269:5  269:14  269:18  271:5  271:9  271:21  272:25  275:8  276:1  276:7  276:13  276:13  276:14  276:15  276:20  276:23  277:12  277:19  279:22  282:5 | | | | | | | |
| **terminate**(1) 129:20  **terminated**(8) 61:4  130:8  133:10  136:1  136:5  137:6  138:5  141:9 | | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**that(301)** 110:22 110:23 110:24 111:2 111:6 111:12 111:16 111:20 112:1 112:3 112:8 112:13 112:22 113:4 113:9 113:14 113:18 113:23 113:25 114:5 114:6 114:6 114:7 115:2 115:9 115:10 115:11 115:14 115:21 116:6 116:23 117:4 117:5 117:7 117:12 117:14 117:17 117:18 117:20 117:21 117:22 118:1 118:3 118:5 118:5 118:7 118:8 118:11 118:12 118:13 118:18 118:19 118:20 118:21 119:7 119:12 119:1 119:16 119:19 119:22 119:25 120:1 120: 120:3 120:4 120:11 120:13 120:13 120:14 120:15 120:16 120:21 121:2 121:6 121:11 121:13 121:14 121:14 121:17 121:19 121:20 122:7 122:20 122:23 122:24 122:2 123:2 123:16 124:3 124:14 124:20 124:2 125:3 125:5 125:13 125:14 126:1 126:4 126:16 126:17 126:18 126:20 126:23 126:24 127:8 127:8 127:11 127:14 127:23 128:6 128:9 129:10 129:24 130:3 130:6 130:7 130:7 130:19 131:1 131:2 131:3 131:10 131:11 131:14 131:17 131:17 131:24 132:1 132:17 133:3 133:5 133:6 133:17 133:19 133:21 134:10 134:11 134:19 135:5 135:8 135:9 135:11 136:4 136:5 136:13 136:18 136:22 136:23 136:2 136:24 137:2 137:9 137:10 137:12 137:1 137:17 138:1 138:3 138:6 138:9 138:11 138:19 139:4 139:5 139:8 139:11 139:13 140:2 140:9 140:10 141:4 141:8 141:18 141:23 142:1 142:2 142:7 142:9 142:9 142:10 142:10 142:11 142:12 142:16 142:17 142:18 142:24 142:24 143:1 143:2 143:5 143:8 143:11 143:14 143:20 144:1 144:2 144:6 144:7 144:9 144:14 144:14 144:16 144:18 144:23 145:6 145:14 145:1 145:23 145:25 146:4 146:14 146:17 146:19 147:1 147:2 147:7 147:11 147:12 147:13 147:17 147:17 147:25 147:25 147:25 148:9 148:9 148:11 148:18 148:19 148:22 148:25 149:3 149:5 149:10 149:17 149:18 149:21 149:24 149:24 149:25 150: 150:5 150:9 150:9 150:15 150:18 150:23 150:24 151:3 151:4 151:6 151:7 151:8 151:9 152:1 152:9 152:12 152:13 152:18 152:19 152:20 152:22 152:24 153:8 153:8 154:8 154:15 154:21 154:22 155:1 155:3 155:3 155:6 155:8 155:17 155:21 156:1 156:1 156:1 156:4 156:12 156:13 156:19 156:23 157:3 157:6 157:10 157:17 157:21 157:22 158:1 158:1 158:8 158:11 158:11 158:13 159:1 159:5 159:8 159:15 159:15

**that(301)** 159:16 159:20 160:4 160:7 160:8 160:14 160:17 160:21 160:21 160:2 161:2 161:5 161:6 161:7 161:7 161:11 161:13 161:17 161:20 161:22 161:24 161:25 162:2 162:6 162:14 162:18 162:18 162:22 162:25 163:7 163:11 163:12 163: 163:17 164:1 164:2 164:7 165:15 165:23 165:25 166:12 166:18 166:20 167:7 167:1 167:13 167:15 167:17 167:21 167:22 168:8 168:9 168:10 168:12 168:14 168:16 168:17 168:18 168:19 168:19 169:18 169:21 169:20 169:23 169:24 170:2 170:2 170:20 171:6 171:10 171:13 171:18 171:22 172:15 172:20 172:22 173:5 173:8 173:11 173:14 173:18 174:8 174:9 174:16 174:20 174:23 175:2 175:9 175:13 175:19 175:21 176:10 175:24 175:25 175:25 176:2 176:7 176:10 176:11 176:14 176:14 176:21 176:22 178:15 178:23 178:24 179:4 179:13 179:17 179:23 180:3 180:4 180:12 180:25 181:4 181:10 181:12 181:12 181:14 181:1 181:18 181:19 181:20 181:25 182:6 182:14 182:15 182:18 182:20 183:2 183:3 183:4 183:9 183:13 183:20 184:2 184:6 186:13 187:8 188:13 188:25 189:4 189:8 189:15 190:5 191:17 192:2 192:5 192:9 192:24 193:15 193:17 193:23 194:5 194:7 194:13 194:16 194:24 195:5 195:9 195:10 195:18 196:1 196:8 196:20 196:23 196:24 197:5 197:16 197:21 198:2 198:10 198:14 198:17 198:22 198:23 199:22 199:24 200: 200:14 200:18 202:15 202:17 203:12 203:19 203:20 203:23 204:3 204:5 206:1 206:2 206:4 206:5 206:12 206:13 206:19 206:20 206:22 208:20 208:22 208:23 208:23 209:1 209:2 209:2 209:9 209:12 209:13 209:14 210:9 210:13 210:19 210:22 212:6 212:11 212:13 212:18 212:22 212:2 213:7 213:8 213:23 214:8 214:15 215:3 215:4 215:5 215:7 215:14 215:21 215:22 215:24 216:10 216:12 216:14 216:15 216:24 217:11 218:9 218:12 218:19 218:25 218:21 218:22 219:17 219:22 220:2 220:25 221:6 221:7 221:12 221:16 221:19 222:2 222:4 222:8 222:11 222:17 223:1 223:1 223:13 223:19 223:20 224:1 224:17 225:15 226:6 226:24 227:9 227:1 227:20 227:24 228:1 228:18 228:23 229:5 229:6 229:8 229:10 229:14 229:17 229:18 229:22

**that(301)** 230:13 230:17 230:19 230:22 230:22 230:24 231:1 231:4 231:6 231:8 231:10 231:13 231:16 232:25 233:3 233:2 234:1 234:20 234:21 235:7 235:20 235:2 235:22 235:24 236:15 236:16 236:23 236:23 237:16 237:18 237:23 237:23 237:25 238:7 238:14 238:15 238:16 238:1 239:3 239:7 239:9 239:14 239:16 239:18 239:21 239:23 240:1 240:12 240:12 240:1 240:21 240:25 241:10 241:16 241:22 242:2 242:9 242:11 242:24 243:1 243:7 243:11 243:22 243:24 244:4 244:10 245:1 245:17 245:20 245:24 246:10 246:11 246:13 247:3 247:10 247:15 247:23 247:2 248:1 248:3 248:15 248:23 248:25 249:4 249:9 249:13 250:4 250:4 250:11 250:12 249:9 249:18 250:21 250:23 250:24 251:3 251:1 251:21 251:22 251:23 251:22 252:3 252:8 253:1 254:12 254:12 254:16 254:20 255:8 255:12 255:13 255:17 255:19 255:21 255:25 256:9 256:12 256:16 256:23 257:2 257:5 257:5 257:8 257:18 258:12 258:16 258:20 258:20 259:13 259:16 259:16 259:20 260:7 260:12 261:3 261:11 261:11 261:13 261:22 262:6 262:22 262:23 263:1 263:2 263:2 263:19 263:19 263:22 263:2 264:2 264:2 264:3 264:3 264:6 264:6 264:9 264:10 264:16 264:20 264:24 264:2 265:3 265:5 265:9 265:12 265:16 265:16 265:19 265:23 266:1 266:1 266:2 266:4 266:4 266:11 266:20 266:21 266:23 267:4 267:7 267:14 267:17 267:19 268:2 268:14 268:18 268:19 268:20 268:20 268:24 268:25 269:5 269:8 269:8 269:9 269:14 270:10 270:19 271:7 271:8 271:10 271:15 271:17 271:22 271:23 271:25 272:9 272:11 272:11 272:16 273:2 273:5 273:5 273:11 273:18 273:19 273:20 273:25 274:1 274:3 274:10 274:10 274:11 274:17 274:4 275:2 275:5 275:16 275:24 276:1 276:15 276:18 276:20 276:2 276:23 277:2 277:6 277:11 277:13 277:15 277:18 277:19 277:22 277:24 278:1 278:1 278:5 278:8 278:20 278:20 278:23 278:2 278:24 279:16 280:3 280:4 280:6 280:14 280:16 280:21 280:24 281:3 281:4 281:5 281:7 281:9 281:11 281:15 282:16 283:8 283:12 283:14 283:19 283:21 283:23 284:2 284:9 284:11 284:13 284:15 284:17 284:24 285:1 285:2 285:4 285:6 285:8 285:10 285:12 285:17 285:19 285:19 285:22 285:24 286:2 286:6

**that(90)** 286:8 286:12 286:18 286:20 286:24 286:25 287:1 287:25 287:25 288:4 288:6 288:7 288:10 288:14 288:22 288:24 289:8 289:10 289:12 289:15 289:19 289:2 289:22 290:1 290:2 290:4 290:5 290:7 290:12 290:23 290:24 291:4 291:8 291:10 291:10 291:14 291:16 291:16 291:18 291:20 292:13 292:14 292:14 292:18 292:18 292:20 293:1 293:2 293:8 293:13 293:17 294:4 294:5 294:13 294:15 294:23 294:25 295:2 295:16 295:19 295:22 295:23 296:1 296:15 296:17 296:20 296:22 297:2 297:3 297:5 297:6 297:8 297:9 297:19 297:20 297:21 297:21 297:23 297:24 298:4 298:7 298:8 298:10 298:10 298:12 298:20 298:21 298:23 299:1 299:7

**that's(60)** 13:22 14:1 14:7 18:14 24:23 25:13 26:3 26:5 28:17 28:18 30:11 31:2 31:21 39:8 41:22 43:21 47:12 66:5 67:3 67:8 71:25 73:18 77:18 85:16 85:20 87:14 91:12 91:23 94:6 98:16 98:19 99:5 100:18 100:20 101:21 102:3 102:8 181:20 184:11 192:21 214:16 214:18 214:20 218:2 228:3 231:1 241:23 257:24 266:17 272:17 275:8 280:2 280:23 283:18 285:16 288:9 290:7 295:9 295:18

**that's(52)** 104:9 105:24 106:14 106:23 108:20 109:4 110:3 114:17 115:12 117:13 119:23 120:19 126:15 126:16 129:21 139:4 140:11 141:4 141:11 141:22 144:14 144:15 145:24 145:24 146:15 146:20 147:3 147:12 151:18 152:20 152:24 155:16 156:13 158:3 158:9 158:15 160:6 161:11 165:9 166:1 167:2 168:1 171:22 172:1 174:25 175:15 178:19 178:21 178:24 179:4 179:6

**the(301)** 1:1 1:2 1:18 1:23 2:4 4:27 4:41 5:8 5:12 5:46 10:16 12:2 12:3 12:5 12:5 12:6 12:8 12:10 12:16 12:23 12:25 13:5 13:7 13:9 13:12 13:12 13:14 13:15 13:5 13:17 13:18 13:18 13:19 13:21 13:22 13:22 13:23 13:25 14:1 14:2 14:8 14:9 14:12 14:13 14:16 14:19 14:22 15:1 15:1 15:7 15:9 15:10 15:11 15:15 15:16 15:18 15:20 15:22 15:23 15:24 15:25 16:2 16:5 16:10 16:18 16:24 16:25 17:6 17:10 17:18 18:3 18:5 18:5 18:6 18:7 18:8 18:9 18:9 18:10 18:11 18:12 18:14 18:21 18:22 18:23 18:25 19:5 19:6 19:9 19:12 19:15 19:16 19:16 19:18 19:19 19:22 19:22 19:23 19:25 20:5 20:5 20:7 20:8 20:10 20:10 20:12 20:12 20:18 20:19 21:3 21:3 21:6 21:6 21:7 21:8 21:9 21:13 21:20 21:22 21:23 22:3 22:3 22:7 22:7 22:10 22:11 22:11 22:12 22:13 22:18 22:19 22:20 22:24 23:5 23:7 23:7 23:10 23:11 23:13 23:14 23:14 23:14 23:15 23:16 23:17 23:19 23:22 23:22 23:22 23:25 24:1 24:2 24:2 24:12 24:14 24:15 24:20 24:22 24:23 24:24 24:25 25:9 25:13 25:15 25:16 25:19 25:21 25:22 25:24 25:25 25:25 26:2 26:3 26:4 26:5 26:7 26:9 26:17 26:17 26:18 26:19 26:22 26:23 26:25 27:1 27:1 27:2 27:5 27:9 27:10 27:12 27:13 27:15 27:24 27:25 27:25 28:1 28:1 28:3 28:4 28:7 28:7 28:13 28:15 28:16 28:17 28:18 28:21 28:22 28:22 28:23 29:2 29:3 29:4 29:6 29:7 29:7 29:8 29:9 29:9 29:10 29:10 29:11 29:13 29:15 29:18 29:19 29:22 29:23 29:25 29:25 30:1 30:2 30:3 30:4 30:4 30:5 30:6 30:12 30:13 30:14 30:15 30:20 30:20 30:21 30:23 30:24 31:2 31:2 31:3 31:4 31:7 31:7 31:8 31:11 31:14 31:14 31:15 31:19 31:21 31:21 32:4 32:6 32:6 32:8 32:9 32:9 32:10 32:10 32:10 32:11 32:12 32:13 32:14 32:15 32:17 32:18 32:19 32:21 32:23 33:3 33:5 33:5 33:8 33:8 33:9 33:11 33:11 33:12 33:12 33:13 33:15 33:18 33:20 33:24 33:24 34:1 34:2

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **the**(301) | 34:4 34:6 34:7 34:8 34:8 34:9 34:10 34:13 34:14 34:15 34:15 34:19 34:24 35:1 35:2 35:7 35:7 35:15 35:16 35:17 35:22 35:22 36:1 36:3 36:5 36:7 36:7 36:9 36:10 36:12 36:16 36:17 36:17 36:18 36:18 36:19 36:20 36:20 36:22 36:23 36:25 37:2 37:3 37:5 37:6 37:10 37:11 37:12 37:15 37:15 37:16 37:17 37:18 37:20 37:20 37:24 38:1 38:2 38:3 38:7 38:8 38:8 38:9 38:10 38:10 38:10 38:13 38:18 38:20 38:21 38:22 38:22 38:24 39:1 39:4 39:7 39:8 39:10 39:16 39:19 39:20 39:21 39:24 39:24 40:1 40:2 40:4 40:5 40:6 40:9 40:9 40:10 40:12 40:13 40:14 40:15 40:15 40:18 40:19 40:23 40:25 41:3 41:8 41:9 41:11 41:13 41:16 41:19 41:19 41:21 41:22 41:23 41:24 41:25 41:25 42:1 42:1 42:3 42:3 42:9 42:14 42:15 42:16 42:16 42:18 42:19 42:19 42:21 42:22 42:23 42:24 42:25 42:25 43:1 43:3 43:3 43:4 43:4 43:5 43:6 43:7 43:13 43:14 43:15 43:15 43:15 43:16 43:16 43:17 43:17 43:19 43:20 43:21 43:24 43:25 44:1 44:2 44:3 44:3 44:4 44:5 44:7 44:8 44:9 44:12 44:13 44:17 44:19 44:21 44:25 45:1 45:2 45:2 45:3 45:3 45:4 45:4 45:7 45:7 45:15 45:16 45:17 45:18 45:20 45:20 45:22 45:23 45:23 45:23 46:1 46:1 46:2 46:2 46:5 46:6 46:7 46:10 46:11 46:12 46:12 46:13 46:17 46:20 46:22 46:23 46:25 47:7 47:9 47:11 47:11 47:11 47:12 47:12 47:15 47:16 47:19 47:22 47:24 47:24 47:25 48:6 48:12 48:13 48:14 48:15 48:16 48:17 48:18 48:21 49:4 49:5 49:7 49:11 49:12 49:14 49:16 49:16 49:18 49:19 49:20 49:22 50:9 50:12 50:15 50:18 50:21 50:21 51:1 51:3 51:9 51:10 51:12 51:12 51:15 51:15 51:16 51:17 51:19 51:20 52:3 52:4 52:4 52:4 52:5 52:7 52:9 52:11 52:16 52:18 52:21 53:2 53:4 53:4 53:11 53:12 53:12 53:13 53:13 53:16 53:17 53:18 53:24 54:1 54:2 54:6 54:9 54:9 54:10 54:10 54:11 54:14 54:14 54:15 54:16 54:16 54:21 | **the**(301) | 54:21 54:21 54:23 55:1 55:1 55:3 55:4 55:5 55:6 55:7 55:8 55:8 55:10 55:10 55:11 55:12 55:13 55:16 55:16 55:18 55:20 55:20 55:21 55:21 55:22 55:24 55:25 56:1 56:5 56:13 56:13 56:14 56:16 56:17 56:19 56:20 56:24 56:25 57:3 57:3 57:4 57:5 57:7 57:7 57:8 57:10 57:12 57:12 57:13 57:17 57:19 57:20 57:22 57:23 57:25 58:1 58:3 58:5 58:5 58:7 58:11 58:11 58:14 58:19 58:20 58:20 59:2 59:2 59:12 59:15 59:19 59:23 59:25 60:1 60:3 60:4 60:4 60:5 60:6 60:8 60:8 60:10 60:11 60:15 60:18 60:22 60:23 60:24 60:25 61:1 61:2 61:2 61:3 61:3 61:8 61:10 61:14 61:16 61:19 61:24 61:25 62:1 62:2 62:4 62:6 62:6 62:7 62:8 62:9 62:10 62:12 62:13 62:15 62:15 62:19 62:20 62:22 62:24 62:25 63:2 63:5 63:6 63:9 63:17 63:24 64:1 64:3 64:8 64:8 64:9 64:10 64:11 64:12 64:16 64:11 64:17 64:17 64:18 64:19 64:20 64:22 64:24 64:25 64:25 65:1 65:2 65:3 65:5 65:6 65:9 65:10 65:13 65:16 65:17 65:17 66:12 66:14 66:15 66:18 66:18 66:20 66:25 66:25 67:5 67:16 67:20 67:22 67:23 68:4 68:8 68:10 68:12 68:19 68:25 68:25 69:1 69:1 69:2 69:3 69:6 69:7 69:8 69:9 69:12 69:12 69:13 69:16 69:17 69:17 69:21 69:21 69:23 69:23 69:24 69:24 70:1 70:1 70:3 70:4 70:4 70:4 70:8 70:10 70:12 70:12 70:13 70:14 70:15 70:16 70:19 70:21 70:22 70:22 70:24 71:7 71:9 71:11 71:12 71:15 71:15 71:17 71:18 71:18 71:18 71:21 71:24 72:9 72:12 72:13 72:4 72:5 72:6 72:7 72:9 72:12 72:13 72:17 72:22 72:26 72:22 72:21 72:22 72:25 73:1 73:2 73:6 73:6 73:8 73:9 73:11 73:15 73:17 73:19 73:19 73:21 73:21 74:6 74:13 74:1 75:1 75:3 75:4 75:5 75:6 75:9 75:18 76:16 76:16 76:17 76:18 76:23 77:1 77:1 77:4 77:6 77:7 77:9 77:11 77:11 77:14 77:18 77:19 77:24 78:1 78:2 78:4 78:5 | **the**(301) | 78:7 78:9 78:11 78:12 78:13 78:13 78:15 78:20 78:20 78:21 78:21 78:22 78:24 79:1 79:3 79:4 79:7 79:7 79:8 79:9 79:12 79:13 79:14 79:15 79:16 79:17 79:20 79:21 79:22 79:25 80:1 80:4 80:6 80:6 80:9 80:9 80:10 80:12 80:14 80:19 80:20 80:24 80:25 81:1 81:2 81:3 81:4 81:6 81:10 81:11 81:15 81:16 81:18 81:18 81:20 81:21 81:21 81:22 82:1 82:3 82:3 82:5 82:6 82:6 82:7 82:9 82:18 82:19 82:20 82:22 82:22 82:24 82:24 83:1 83:2 83:9 83:9 83:11 83:16 83:17 83:17 83:19 83:24 84:1 84:1 84:2 84:2 84:6 84:7 84:8 84:9 84:10 84:10 84:11 84:11 84:13 84:15 84:16 84:17 84:18 84:18 84:19 84:20 84:23 84:25 85:1 85:2 85:3 85:6 85:8 85:8 85:12 85:14 85:16 85:18 85:19 85:20 85:20 85:23 86:1 86:4 86:6 86:16 86:19 86:21 86:24 86:25 87:3 87:4 87:5 87:6 87:9 87:9 87:14 87:15 87:15 87:21 87:21 87:22 87:24 87:25 88:7 88:10 88:11 88:11 88:13 88:13 88:18 88:19 88:20 88:21 88:22 88:25 89:1 89:3 89:7 89:9 89:9 89:9 89:10 89:11 89:12 89:12 89:15 89:17 89:19 89:19 89:25 90:2 90:3 90:3 90:4 90:6 90:6 90:7 90:7 90:8 90:11 90:13 90:14 90:15 90:15 90:17 90:21 90:22 90:22 90:24 91:1 91:3 91:4 91:5 91:6 91:7 91:7 91:11 91:13 91:17 91:19 91:19 91:19 91:21 91:22 91:24 92:1 92:2 92:5 92:8 92:9 92:12 92:14 92:14 92:16 92:16 92:18 92:19 92:22 92:22 92:23 92:23 92:25 92:25 93:2 93:8 93:9 93:10 93:10 93:14 93:14 93:15 93:17 93:18 93:20 93:22 93:22 93:23 93:24 93:25 94:2 94:3 94:3 94:4 94:5 94:7 94:10 94:15 94:15 94:18 94:20 94:21 95:1 95:2 95:7 95:7 95:13 95:23 95:24 95:25 96:4 96:10 96:11 96:11 96:13 96:13 96:15 96:18 96:23 97:5 97:12 97:14 97:16 97:17 97:24 98:6 98:8 98:9 98:13 98:16 98:17 98:23 98:24 99:2 99:5 99:10 99:16 99:20 100:1 100:4 100:10 | **the**(301) | 100:11 100:14 100:16 100:16 100:20 100:20 100:20 100:25 101:1 101:3 101:3 101:5 101:7 101:12 101:13 101:14 101:14 101:18 101:19 101:20 101:20 101:21 101:21 101:22 101:22 101:25 102:1 102:1 102:5 102:5 102:5 102:10 102:14 102:15 102:16 102:19 102:21 102:22 102:24 103:1 103:6 103:8 103:8 103:9 103:10 103:16 103:20 103:22 103:25 104:1 104:7 104:8 104:15 104:19 104:19 104:20 104:24 104:24 105:1 105:4 105:7 105:8 105:10 105:10 105:11 105:14 105:14 105:18 105:18 105:18 105:20 105:20 105:22 105:23 106:4 106:4 106:14 106:17 106:20 107:1 107:2 107:7 107:16 107:18 108:1 108:9 108:15 108:18 109:1 109:7 109:8 109:9 109:11 109:14 109:15 109:15 109:18 109:19 109:23 109:25 110:5 110:6 110:8 110:8 110:9 110:9 110:12 110:17 110:19 110:22 110:22 110:23 110:25 110:25 111:1 111:1 111:4 111:7 111:7 111:7 111:18 111:22 111:23 112:3 112:4 112:4 112:7 112:7 112:9 112:9 112:22 113:1 113:6 113:7 113:11 113:14 113:18 113:20 113:24 113:25 114:7 114:10 114:11 114:15 114:18 114:18 114:19 114:19 114:20 114:23 114:25 115:4 115:5 115:11 115:12 115:12 115:13 115:16 115:16 115:18 115:20 115:20 115:21 115:24 115:25 116:5 116:5 116:6 116:6 116:6 116:8 116:15 116:18 116:21 116:25 117:3 117:6 117:11 117:11 117:14 117:14 117:22 118:3 118:9 118:11 118:15 118:18 118:20 118:20 118:24 119:2 119:7 119:9 119:10 119:10 119:12 119:13 119:15 119:16 119:17 119:19 119:23 119:25 120:1 120:13 120:17 120:22 120:22 121:1 121:4 121:5 121:6 121:7 121:8 121:11 121:11 121:12 121:15 121:17 121:21 121:23 122:3 122:4 122:11 122:13 122:13 122:16 122:16 122:17 122:19 122:19 122:20 123:4 123:11 123:13 123:14 123:14 123:15 123:21 123:25 123:25 124:8 124:13 124:14 124:15 124:17 124:17 124:18 124:20 124:21 124:21 124:22 124:24 124:25 125:1 125:2 125:2 125:4 125:15 125:16 125:17 125:19 125:20 125:23 126:2 126:4 126:5 126:9 126:10 126:13 127:2 127:9 127:12 127:12 127:17 127:25 128:3 128:3 128:6 128:14 128:17 128:17 128:19 128:20 129:5 129:7 129:7 129:9 129:10 129:11 129:15 129:18 129:22 129:23 130:1 130:4 130:5 130:7 130:7 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| the(301) 130:9 130:10 130:10 130:11 | | the(301) 158:24 159:1 159:1 159:4 159:5 | | the(301) 185:2 185:5 185:6 185:7 185:9 | | the(301) 207:13 207:14 207:18 207:20 | |

130:16 130:17 130:22 130:23 130:24
130:25 131:3 131:5 131:5 131:6 131:8
131:8 131:12 131:15 131:18 131:23 131:2
132:17 132:20 133:3 133:10 133:21
133:22 133:25 134:2 134:4 134:5 134:10
134:16 134:21 134:21 135:1 135:4 135:9
135:12 135:15 135:15 135:16 135:17 136:
136:4 136:5 136:11 136:18 136:24 136:25
136:25 136:25 137:6 137:9 137:10 137:10
137:15 138:4 138:4 138:8 138:8 138:11
138:12 138:16 138:19 139:1 139:4 139:5
139:9 139:12 139:12 139:13 139:13 139:1
139:20 139:20 139:22 139:25 140:6 140:8
140:9 140:10 140:12 140:12 140:15 140:1
140:18 140:20 140:23 141:4 141:5 141:8
141:9 141:9 141:10 141:11 141:15 141:18
141:18 141:19 141:20 141:25 142:2 142:2
142:4 142:4 142:4 142:5 142:16 142:21
142:22 143:3 143:9 143:9 143:10 143:11
143:15 143:16 143:19 143:20 143:21
143:22 144:1 144:1 144:5 144:5 144:7
144:7 144:8 144:10 144:11 144:13 144:13
144:15 144:15 144:16 144:16 145:1 145:3
145:4 145:5 145:8 145:9 145:9 145:13
145:13 145:14 145:14 145:15 145:15
145:15 145:15 145:19 145:19 145:20
145:20 145:24 146:1 146:2 146:2 146:3
146:7 146:8 146:11 146:12 146:13 146:19
146:21 146:22 146:23 146:24 146:25
146:25 147:1 147:3 147:8 147:11 147:11
147:15 147:18 147:21 147:23 147:24 148:
148:4 148:7 148:7 148:10 148:11 148:13
148:15 148:16 148:18 148:19 148:20
148:23 149:1 149:21 149:22 149:24 150:1
150:4 150:4 150:6 150:11 150:12 150:15
150:19 150:22 151:1 151:1 151:4 151:4
151:10 151:10 151:11 151:14 151:15
151:20 151:20 151:22 151:25 152:1 152:1
152:2 152:7 152:8 152:9 152:10 152:12
152:13 152:17 152:17 152:17 152:21
152:21 153:4 153:6 153:6 153:9 153:10
153:17 153:19 153:25 154:4 154:7 154:8
154:9 154:9 154:15 154:19 154:22 154:24
155:17 155:17 155:17 155:17 155:18
155:21 155:22 155:23 155:24 155:25 156:
156:6 156:8 156:9 156:10 156:10 156:12
156:13 156:13 156:17 156:20 156:23
156:23 156:25 157:1 157:1 157:2 157:3
157:4 157:6 157:8 157:11 157:12 157:16
157:17 157:17 157:19 157:20 157:21
157:21 157:22 157:22 157:23 158:4 158:5
158:5 158:10 158:16

159:5 159:9 159:15 159:17 159:17 159:21
160:1 160:2 160:2 160:7 160:7 160:9
160:12 160:14 160:16 160:16 160:19
160:19 160:20 160:20 160:24 160:24 161:
161:2 161:4 161:13 161:15 161:15 161:17
161:18 161:18 161:19 161:23 162:7 162:7
162:10 162:12 162:21 162:23 163:8 163:1
163:15 163:17 163:23 163:25 164:1 164:2
164:15 164:21 164:23 164:23 164:24
164:24 164:25 165:1 165:3 165:3 165:4
165:7 165:9 165:10 165:11 165:13 165:13
165:15 165:17 165:18 165:18 165:21
165:22 166:3 166:11 166:11 166:13 166:14
167:10 167:13 167:15 167:16 167:18
167:22 168:1 168:1 168:1 168:3 168:6
168:7 168:8 168:10 168:16 168:17 168:19
168:19 168:20 168:22 168:23 169:5 169:6
169:7 169:7 169:8 169:12 169:12 169:13
169:14 169:14 169:17 169:24 169:25 170:
170:9 170:12 170:23 171:5 171:8 171:10
171:11 171:12 171:12 171:13 171:13
171:13 171:15 171:17 171:17 171:18
171:21 171:22 171:23 172:1 172:4 172:4
172:7 172:8 172:8 172:9 172:9 172:10
172:10 172:12 172:14 172:19 172:22 173:
173:9 173:10 173:13 173:13 173:16
173:17 173:23 173:25 174:2 174:3 174:3
174:4 174:5 174:6 174:7 174:9 174:10
174:13 174:13 174:14 174:23 174:24 175:
175:4 175:7 175:11 175:12 175:13 175:15
175:15 175:17 175:21 175:22 176:4 176:5
176:5 176:5 176:6 176:13 176:23 176:23
176:25 177:2 177:2 177:3 177:5 177:7
177:8 178:10 178:13 178:15 178:16 178:1
178:19 178:19 178:21 178:22 178:24
178:25 179:1 179:2 179:2 179:5 179:7
179:9 179:12 179:12 179:16 179:18 179:1
179:19 179:21 179:21 179:22 179:22
179:23 179:23 179:24 180:1 180:3 180:5
180:6 180:9 180:10 180:12 180:14 180:16
180:16 180:17 180:20 180:21 180:24
180:25 180:25 181:2 181:6 181:7 181:10
181:10 181:11 181:13 181:14 181:14
181:17 181:17 181:18 181:23 181:25 182:
182:3 182:5 182:11 182:12 182:13 182:18
182:19 182:23 182:23 183:2 183:3 183:4
183:7 183:15 183:15 183:16 183:16 183:2
183:21 183:21 183:23 183:25 184:2 184:2
184:5 184:9 184:10 184:12 184:14 184:14
185:1

185:11 185:11 185:18 185:19 185:21
185:22 185:23 185:24 185:25 185:25 186:
186:3 186:4 186:5 186:5 186:8 186:9
186:10 186:12 186:13 186:13 186:14
186:16 186:21 186:22 186:23 187:1 187:3
187:6 187:6 187:8 187:9 187:11 187:11
187:13 187:14 187:14 187:15 187:16
187:16 187:21 187:23 188:1 188:2 188:3
188:3 188:4 188:8 188:8 188:9 188:10
188:11 188:15 188:17 188:18 188:21
188:22 188:23 188:25 189:1 189:2 189:4
189:5 189:7 189:8 189:9 189:9 189:10
189:11 189:14 189:15 189:18 189:21
189:25 189:25 190:6 190:8 190:10 190:10
190:11 190:11 190:13 190:14 190:16
190:17 190:22 190:24 191:3 191:3 191:4
191:6 191:6 191:8 191:8 191:8 191:11
191:18 191:18 191:21 191:21 191:22
191:23 191:24 191:25 191:25 192:6 192:1
192:11 192:18 192:21 192:22 192:23
192:23 192:25 193:1 193:2 193:3 193:4
193:5 193:8 193:8 193:14 193:17 193:18
193:20 193:20 193:21 193:21 193:24
193:24 194:3 194:3 194:4 194:6 194:9
194:10 194:11 194:11 194:12 194:15
194:18 194:21 194:24 194:24 194:25
194:25 194:25 195:3 195:6 195:8 195:10
195:15 195:15 195:18 195:22 196:1 196:3
196:3 196:8 196:9 196:16 196:20 196:21
196:22 196:25 196:25 197:1 197:3 197:7
197:9 197:10 197:12 197:13 197:15 197:1
197:18 197:20 197:24 198:1 198:4 198:5
198:5 198:6 198:7 198:8 198:8 198:10
198:12 198:13 198:15 198:18 198:21
198:22 198:25 199:4 199:6 199:10 199:12
199:16 199:19 199:20 199:23 199:24
199:25 200:1 200:2 200:3 200:4 200:4
200:6 200:7 200:8 200:9 200:10 200:11
200:13 200:14 200:17 200:20 200:22
200:23 201:3 201:5 201:9 201:9 201:10
201:11 201:12 201:13 201:14 201:16
201:20 202:1 202:2 202:2 202:5 202:7
202:9 202:16 202:18 202:18 202:18 202:2
202:25 203:3 203:8 203:10 203:16 203:17
203:18 203:21 203:22 203:23 203:23 204:
204:5 204:6 204:7 204:11 204:14 204:15
204:18 204:20 204:21 204:5 204:25 205:7
205:8 205:9 205:14 205:17 205:20 205:23
206:1 206:1 206:1 206:6 206:10 206:11
206:12 206:15 206:16 206:23 206:25 207:
207:3 207:4 207:4 207:6 207:6 207:7
207:8 207:9 207:10 207:11 207:13

207:24 208:2 208:2 208:3 208:6 208:9
208:10 208:10 208:11 208:14 208:18
208:19 208:19 209:2 209:4 209:4 209:4
209:5 209:5 209:7 209:8 209:9 209:9
209:10 209:12 209:13 209:14 209:15
209:16 209:19 209:20 209:25 209:25 210:
210:7 210:9 210:10 210:12 210:13 210:13
210:15 210:15 210:17 210:18 210:19
210:21 211:1 211:3 211:4 211:5 211:7
211:8 211:11 211:12 211:16 211:19 211:22
212:2 212:3 212:8 212:8 212:24 212:24
212:24 213:3 213:3 213:5 213:9 213:10
213:11 213:11 213:12 213:17 213:21
213:22 214:1 214:2 214:5 214:6 214:13
214:14 214:19 214:22 215:2 215:5 215:5
215:11 215:15 215:18 215:19 215:22
215:23 215:25 216:4 216:6 216:10 216:12
216:13 216:14 216:15 216:17 216:17
216:18 216:24 216:25 217:1 217:3 217:3
217:4 217:6 217:8 217:14 217:15 217:16
217:19 217:20 217:21 217:22 217:22
217:24 217:24 217:25 218:3 218:7 218:9
218:12 218:13 218:14 218:16 218:21
218:25 219:1 219:2 219:2 219:3 219:5
219:5 219:6 219:12 219:15 219:17 219:19
219:19 219:20 219:21 219:25 220:2 220:4
220:4 220:10 220:13 220:13 220:15 220:15
220:16 220:16 220:17 220:18 220:19
220:19 220:20 220:20 220:22 220:24
220:25 220:25 220:25 221:1 221:1 221:3
221:3 221:8 221:9 221:9 221:10 221:11
221:12 221:13 221:16 221:16 221:17
221:21 221:21 221:22 221:22 221:24
221:24 221:24 222:3 222:3 222:6 222:10
222:11 222:12 222:12 222:13 222:16
222:16 222:18 222:18 222:20 222:22
222:22 222:25 223:1 223:4 223:5 223:5
223:5 223:6 223:7 223:8 223:8 223:10
223:12 223:14 223:15 223:17 223:23
223:25 223:25 224:1 224:1 224:2 224:5
224:6 224:7 224:8 224:8 224:9 224:12
224:13 224:14 224:15 224:18 224:19
224:20 224:22 224:23 224:24 225:1 225:1
225:2 225:2 225:4 225:4 225:5 225:9
225:11 225:15 225:16 225:16 225:16
225:18 225:18 225:18 225:19 225:20
225:22 225:23 225:24 226:1 226:3 226:6
226:7 226:7 226:13 226:14 226:14 226:17
226:17 226:19 226:20 227:1 227:5 227:6
227:11 227:17 227:17 227:20 227:23
227:25 228:4 228:7 228:7 228:8 228:9
228:16 228:18 228:19 228:20 228:22
228:23 228:24 229:1 229:2 229:3

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|
| **the**(301) 229:5 229:14 229:15 229:18 | | **the**(301) 250:22 250:22 250:24 250:25 | | **the**(301) 268:6 268:7 268:7 268:10 268:11 | | **the**(171) 286:4 286:4 286:6 286:8 286:9 | |

**the**(301) 229:5 229:14 229:15 229:18
229:19 229:22 229:22 229:24 230:2 230:4
230:6 230:6 230:10 230:12 230:13 230:20
230:21 230:22 230:22 231:7 231:7 231:15
231:22 232:1 232:6 232:7 232:9 232:12
232:22 233:5 233:7 233:10 233:12 233:14
233:14 233:17 233:18 233:19 233:20
233:20 233:21 233:21 233:21 233:23
233:24 234:1 234:2 234:4 234:4 234:5
234:11 234:16 234:16 234:19 234:20
234:21 234:21 234:22 234:24 234:24
234:25 234:25 235:3 235:3 235:4 235:5
235:5 235:5 235:6 235:7 235:8 235:8
235:9 235:10 235:14 235:14 235:15 235:17
235:17 235:25 236:6 236:6 236:10 236:13
236:15 236:17 236:19 236:20 236:21
236:21 236:21 236:23 236:23 236:25 237:3
237:4 237:4 237:6 237:8 237:9 237:17
237:18 237:20 237:23 237:23 238:4 238:4
238:5 238:7 238:11 238:11 238:16 238:16
238:17 238:19 238:19 238:20 238:20
238:22 238:24 238:25 239:3 239:6 239:7
239:10 239:11 239:23 240:1 240:4 240:6
240:7 240:12 240:15 240:15 240:16 240:17
240:17 240:18 240:18 240:24 240:25
241:2 241:3 241:8 241:10 241:11 241:16
241:19 241:20 241:20 241:21 241:22
241:25 242:4 242:5 242:6 242:7 242:7
242:8 242:13 242:13 242:14 242:20 242:22
242:23 243:1 243:11 243:17 243:19
243:20 243:21 244:6 244:6 244:7 244:11
244:12 244:15 244:20 244:21 244:21
244:24 244:24 245:2 245:2 245:3 245:4
245:4 245:5 245:5 245:6 245:6 245:6
245:7 245:8 245:9 245:12 245:13 245:17
245:17 245:17 245:18 245:18 245:19
245:19 245:20 245:21 245:21 245:23
245:23 245:24 245:24 246:2 246:3 246:6
246:6 246:7 246:8 246:12 246:12 246:13
246:13 246:14 246:15 246:15 246:17
246:18 246:20 246:23 247:2 247:4 247:7
247:8 247:9 247:10 247:10 247:11 247:12
247:12 247:14 247:14 247:14 247:16
247:17 247:19 247:20 247:20 247:21
247:24 248:1 248:2 248:3 248:5 248:5
248:8 248:10 248:10 248:14 248:14 248:14
248:16 248:16 248:19 248:20 248:21
248:25 249:1 249:2 249:2 249:4 249:8
249:9 249:10 249:13 249:13 249:14 249:16
249:17 249:21 249:21 249:22 249:22
249:23 249:24 249:25 250:1 250:2 250:2
250:4 250:4 250:5 250:8 250:8 250:9
250:10 250:10 250:12 250:16 250:16
250:18 250:19 250:21

**the**(301) 250:22 250:22 250:24 250:25
251:4 251:4 251:6 251:8 251:9 251:11
251:11 251:14 251:14 251:16 251:17
251:18 251:19 251:21 251:22 251:22
251:22 251:23 251:24 251:24 251:24
251:25 252:3 252:5 252:5 252:6 252:7
252:8 252:10 252:10 252:12 252:20 252:22
252:23 252:25 253:2 253:3 253:9 253:12
253:12 253:15 253:18 253:22 253:25 254:4
254:7 254:10 254:12 254:16 254:17
254:19 254:20 255:1 255:3 255:4 255:7
255:11 255:11 255:12 255:12 255:14
255:16 255:18 255:20 255:21 255:22
255:25 255:25 255:25 255:25 256:1 256:1
256:5 256:8 256:9 256:12 256:13 256:16
256:16 256:17 256:17 256:18 256:18
256:18 256:21 256:22 256:22 256:23 257:2
257:5 257:7 257:8 257:9 257:10 257:13
257:14 257:14 257:14 257:16 257:17
257:17 257:20 257:22 257:23 257:25 258:1
258:1 258:2 258:3 258:3 258:5 258:5
258:6 258:6 258:6 258:7 258:8 258:9
258:10 258:10 258:11 258:17 258:20
258:23 259:2 259:3 259:7 259:8 259:8
259:9 259:10 259:18 259:18 259:24 260:1
260:1 260:2 260:3 260:5 260:6 260:8
260:8 260:9 260:9 260:10 260:11 260:12
260:13 260:13 260:15 260:15 260:16
260:17 260:19 260:21 260:22 260:22
260:23 260:24 260:24 260:25 261:3 261:6
261:7 261:8 261:11 261:12 261:13 261:13
261:16 261:16 261:17 261:19 261:20
261:22 261:22 261:23 261:24 261:24 262:2
262:6 262:7 262:7 262:7 262:8 262:9
262:9 262:10 262:12 262:12 262:13 262:13
262:18 262:19 262:20 262:23 262:23
262:24 263:1 263:2 263:3 263:6 263:6
263:7 263:8 263:8 263:9 263:12 263:14
263:14 263:15 263:16 263:16 263:18
263:18 263:18 263:23 263:23 264:3 264:5
264:6 264:8 264:8 264:10 264:13 264:13
264:20 265:1 265:3 265:4 265:4 265:5
265:7 265:8 265:12 265:13 265:13 265:13
265:14 265:15 265:15 265:16 265:19
265:23 265:24 265:25 266:1 266:2 266:3
266:4 266:5 266:7 266:8 266:8 266:9
266:16 266:16 266:13 266:15 266:17
266:18 266:21 266:22 266:23 266:23
267:4 267:5 267:7 267:7 267:9 267:13
267:13 267:16 267:19 267:20 267:20
267:21 267:21 267:22 267:23 267:25
267:25 268:1 268:1 268:2 268:2

**the**(301) 268:6 268:7 268:7 268:10 268:11
268:14 268:14 268:16 268:16 268:16
268:19 268:19 268:19 268:21 268:25 269:7
269:7 269:7 269:8 269:9 269:13 269:13
269:15 269:17 269:18 269:19 269:20
269:21 269:23 269:24 269:24 269:25
269:25 270:1 270:1 270:2 270:3 270:4
270:5 270:7 270:8 270:8 270:11 270:16
270:17 270:18 270:19 270:20 270:22
270:23 270:25 271:1 271:4 271:10 271:15
271:16 271:17 271:17 271:18 271:19
271:19 271:21 271:21 271:22 271:23
271:24 271:25 272:1 272:2 272:2 272:3
272:5 272:5 272:6 272:6 272:7 272:11
272:12 272:13 272:15 272:16 272:17
272:20 272:25 273:2 273:3 273:5 273:6
273:6 273:6 273:7 273:7 273:10 273:11
273:11 273:13 273:13 273:18 273:22 274:1
274:2 274:5 274:10 274:10 274:11 274:12
274:18 274:20 274:23 275:1 275:3 275:7
275:7 275:8 275:9 275:9 275:10 275:12
275:12 275:13 275:13 275:15 275:15
275:17 275:20 275:21 275:22 275:23
276:8 276:9 276:11 276:12 276:13 276:13
276:14 276:15 276:16 276:16 276:19
276:20 276:20 276:21 276:21 276:22 277:7
277:7 277:3 277:4 277:6 277:7 277:7
277:8 277:11 277:12 277:13 277:18 277:19
277:19 277:23 277:24 277:24 277:25
278:3 278:4 278:4 278:6 278:6 278:7
278:8 278:9 278:10 278:10 278:13 278:14
278:15 278:15 278:16 278:16 278:20
278:22 278:22 278:23 278:23 278:24 279:2
279:5 279:6 279:8 279:10 279:10 279:13
279:16 279:18 279:19 279:21 279:22
279:22 279:23 279:23 279:25 280:2 280:2
280:2 280:3 280:6 280:7 280:8 280:10
280:11 280:11 280:12 280:12 280:16
280:17 280:17 280:17 280:19 280:20
280:20 280:21 280:24 280:25 280:25 281:1
281:6 281:6 281:9 281:9 281:10 281:10
281:10 281:11 281:12 281:13 281:17
281:18 281:19 281:19 281:22 281:24
281:24 282:2 282:3 282:4 282:6 282:11
282:11 282:12 282:14 282:16 282:19
282:20 282:20 282:21 282:24 282:25 283:3
283:2 283:3 283:5 283:5 283:6 283:7
283:14 283:17 283:18 283:21 284:2 284:5
284:5 284:6 284:7 284:8 284:8 284:9
284:10 284:11 284:12 284:14 284:18
284:20 284:24 284:25 284:25 285:2 285:5
285:9 285:13 285:14 285:18 285:19 285:2
285:21 286:1 286:2

**the**(171) 286:4 286:4 286:6 286:8 286:9
286:12 286:13 286:15 286:17 286:20
286:21 286:22 286:24 286:25 286:25 287:2
287:2 287:7 287:9 287:10 287:10 287:14
287:15 287:21 287:22 287:23 288:1 288:1
288:9 288:10 288:11 288:12 288:14 288:17
288:17 288:19 288:19 288:22 288:22
289:3 289:5 289:5 289:7 289:7 289:9
289:10 289:12 289:13 289:14 289:15
289:15 289:16 289:16 289:18 289:21
289:21 289:23 289:24 290:1 290:3 290:4
290:4 290:5 290:5 290:7 290:7 290:9
290:12 290:16 290:16 290:17 290:19
290:20 290:21 290:24 290:25 290:25 291:3
291:5 291:9 291:9 291:12 291:15 291:15
291:19 291:19 291:22 292:1 292:6 292:8
292:13 292:15 292:19 292:19 292:21 293:1
293:1 293:11 293:12 293:19 293:22
293:25 294:4 294:6 294:6 294:7 294:10
294:12 294:15 294:17 294:19 294:19
294:22 294:23 294:23 294:24 295:1 295:2
295:4 295:4 295:7 295:9 295:12 295:15
295:16 295:17 295:19 295:19 295:20
295:20 295:23 295:23 295:23 295:24
295:25 296:4 296:5 296:5 296:8 296:10
296:12 296:13 296:14 296:17 296:19
296:25 296:25 297:4 297:4 297:4 297:9
297:11 297:12 297:15 297:18 297:19
297:22 297:23 297:25 298:1 298:2 298:6
298:9 298:12 298:15 298:19 299:5 299:7
299:8 299:8 299:9

**their**(64) 12:25 14:4 14:14 20:3 20:4 20:4
20:6 29:7 40:16 48:4 51:23 51:25 52:2
52:3 53:7 56:2 56:10 57:6 60:11 64:11
65:15 69:1 69:9 70:2 70:5 77:2 77:8 84:8
84:10 84:21 100:12 100:15 102:4 102:6
109:20 121:20 139:19 139:24 140:11 145:5
145:21 151:11 157:10 157:15 157:18
164:6 164:17 191:5 192:5 213:14 218:3
218:14 221:17 224:5 225:3 232:4 234:17
246:3 246:7 248:18 252:10 253:7 266:10
294:21

**them**(64) 27:8 39:2 40:12 40:17 44:2 44:8
46:4 48:8 48:25 49:7 55:11 58:21 64:18
65:13 67:5 105:20 107:9 112:6 126:6
132:4 136:11 151:5 162:16 162:23 162:24
164:25 170:3 179:1 182:24 182:25 183:1
183:6 183:6 183:7 183:17 183:19 183:20
184:1 184:7 188:5 188:6 190:5 194:19
195:12 195:13 195:23 199:25 204:22
204:25 213:12 216:20 222:19 222:21
226:13 231:1 231:10 256:5 262:5 267:22
269:20 269:23 292:22 294:17 294:20

**themselves**(2) 61:12 251:7

**then**(59) 24:8 24:12 28:14 31:10 31:11
31:17 44:11 45:3 45:4 59:25 67:1 67:24
69:5 70:3 72:1 72:3 72:9 84:15 92:16
96:21 97:15 100:7 101:17 104:12 117:3
122:3 122:8 123:20 137:18 145:25 150:4
160:4 166:22 175:11 179:16 179:24 190:19
191:6 193:6 201:18 212:10 219:20 224:20
229:14 230:1 232:17 237:16 239:11 241:11
242:23 254:19 271:4 276:22 281:19
291:14 291:25 298:3 298:6 298:7

**then-counsel**(1) 136:14
**then-senior**(1) 153:10
**theory**(1) 232:20

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **there**(200) | 12:11 12:14 12:24 13:3 14:20 21:15 21:25 22:13 23:1 25:20 31:10 34:5 34:7 37:13 37:13 40:11 40:18 43:1 43:2 43:24 47:23 48:10 50:10 54:17 55:6 56:19 59:2 59:20 59:22 59:22 59:25 60:13 62:1 62:21 64:12 65:4 65:14 65:25 69:5 69:18 81:22 84:15 85:9 86:4 86:7 86:13 86:20 86:24 87:1 89:7 97:21 98:12 98:14 98:15 99:22 99:23 99:24 99:24 99:25 101:17 102:13 103:9 104:13 104:15 107:1 108:10 114:5 114:6 118:5 121:19 123:16 126:9 132:11 133:11 133:17 134:4 135:8 137:12 137:13 137:17 137:18 139:3 140:6 140:20 142:11 143:8 143:21 144:2 144:9 144:10 144:12 144:16 147:10 147:22 148:15 149:21 151:9 151:16 154:14 160:8 160:13 160:18 160:24 162:5 163:1 166:3 167:2 168:7 169:2 171:3 171:21 172:19 172:21 181:11 181:16 181:16 181:24 182:2 182:1 184:13 185:11 185:17 186:6 187:8 187:10 190:18 190:20 191:14 192:13 192:14 192:18 192:19 193:7 195:11 197:5 198:12 198:13 200:5 202:7 208:8 210:4 210:7 210:17 211:9 211:9 211:25 212:8 212:13 214:13 218:16 218:23 222:6 222:11 222:15 223:13 225:5 225:11 225:24 226:8 226:12 229:6 233:10 234:6 234:8 235:4 236:6 237:6 237:14 238:22 238:23 239:10 240:7 243:20 245:1 247:9 254:15 254:19 257:4 257:9 257:13 257:25 258:3 259:12 259:21 260:4 261:2 261:8 261:19 262:15 265:25 270:7 276:2 277:2 279:5 286:15 287:12 289:14 292:6 292:14 293:18 | **they**(209) | 12:13 14:3 15:11 15:25 27:23 28:5 28:7 28:9 28:20 28:24 29:1 46:23 48:8 48:9 48:9 49:9 53:1 53:9 53:10 53:23 54:1 55:12 57:6 58:10 58:14 59:9 60:9 60:11 65:9 66:12 67:2 70:3 72:23 76:20 76:25 81:16 82:12 83:13 83:24 84:16 84:12 84:20 84:21 85:24 86:2 86:9 87:1 87:6 88:10 89:14 92:24 93:9 94:21 105:18 106:20 107:7 108:7 109:9 119:19 120:8 120:18 120:19 121:9 126:4 126:6 126:9 126:10 126:14 126:18 128:9 129:11 129:1 129:15 129:18 129:19 129:20 129:22 130:1 130:4 130:4 130:6 130:17 130:22 132:1 131:8 131:10 131:18 131:22 131:23 132:8 132:13 135:11 135:11 135:19 139:24 139:25 140:1 140:3 143:21 144:13 145:18 146:20 147:9 147:10 151:23 155:24 156:1 156:16 156:21 158:13 159:21 160:3 160:21 160:21 166:25 168:5 168:14 168:18 192:4 192:24 192:25 193:19 196:7 196:9 199:17 200:4 200:7 200:22 201:12 201:13 204:5 204:6 208:5 208:5 213:1 216:22 217:8 217:18 218:8 218:11 220:7 224:21 226:3 227:10 228:6 228:7 228:18 228:21 228:22 228:23 228:23 229:12 229:21 231:21 235:2 235:6 235:8 237:18 237:22 237:22 237:24 238:4 238:9 238:14 238:15 238:15 238:16 239:18 239:21 239:23 240:1 240:4 240:6 246:2 247:2 247:17 248:18 250:11 250:23 251:4 251:23 253:5 253:7 262:15 268:7 269:23 273:25 274:1 275:3 275:4 275:4 275:5 276:4 282:3 285:8 288:4 288:8 293:2 295:4 295:4 | **third-circuit**(1) 194:19 **thirty**(1) 185:4 **thirty-five**(1) 269:23 **thirty-one**(1) 27:14 **this**(301) 12:19 12:24 14:13 14:21 14:23 16:3 17:24 18:2 18:6 18:20 19:8 20:15 20:17 20:24 21:2 21:3 21:7 22:3 22:16 22:22 22:23 23:7 23:24 24:19 25:1 25:4 25:6 25:9 25:10 25:16 25:20 25:20 26:2 26:11 26:12 26:12 26:15 26:16 26:16 27:3 27:25 29:5 29:6 30:8 30:18 31:25 32:3 32:4 32:12 34:1 34:3 35:3 35:10 35:13 35:14 36:2 38:4 38:6 38:7 39:5 43:10 43:12 43:13 44:13 44:17 45:1 45:8 46:14 46:25 47:4 47:8 47:14 47:18 47:18 49:7 50:5 50:7 50:15 50:19 50:21 50:25 51:6 51:8 51:9 51:13 51:13 53:10 53:23 55:25 56:3 56:10 57:7 57:9 59:20 59:20 60:13 61:9 61:13 61:21 62:1 63:4 63:19 65:21 66:12 67:4 67:17 68:2 68:7 69:11 69:22 70:24 71:2 71:4 71:5 71:7 72:20 73:18 75:17 75:23 75:25 76:1 76:3 76:6 76:12 76:14 76:15 76:24 77:10 77:21 77:25 78:3 78:8 78:24 79:14 79:18 82:18 82:21 82:23 83:6 83:8 83:9 83:12 83:20 84:2 84:11 84:12 84:13 85:19 86:2 86:14 86:20 87:15 87:18 87:20 87:21 87:23 88:23 89:1 89:8 89:9 89:14 89:17 90:18 90:22 91:6 91:16 92:2 92:4 92:11 92:13 92:15 93:6 93:17 94:5 94:7 94:9 94:23 95:5 95:10 95:11 95:17 95:18 97:15 99:6 99:21 107:15 108:11 109:10 113:14 126:18 127:7 127:18 127:20 128:6 128:08 128:12 132:5 134:4 134:23 135:9 135:14 135:16 137:14 137:23 139:11 143:11 144:9 144:14 144:24 146:11 146:14 146:18 147:15 149:17 149:24 150:10 150:10 150:10 153:4 154:11 154:13 157:1 158:23 159:5 159:9 159:10 159:20 160:6 161:23 162:1 162:6 163:3 163:4 163:5 163:13 163:20 168:9 169:15 169:18 170:5 170:17 171:23 172:1 172:19 172:22 173:1 174:11 174:20 175:5 175:23 176:3 176:10 176:16 177:6 180:12 181:12 181:21 181:25 182:1 182:9 182:10 182:12 182:23 183:10 183:15 186:24 190:1 191:19 192:9 194:22 195:12 197:6 197:22 202:18 203:12 205:2 208:7 208:16 209:17 210:4 210:13 211:16 212:9 212:14 212:25 213:25 214:3 214:8 214:15 214:20 215:4 215:5 | **those**(110) 13:17 15:24 22:1 22:3 23:2 27:23 28:4 28:10 28:12 32:16 34:9 35:4 36:1 36:5 39:17 42:19 46:10 47:6 49:22 52:8 56:15 64:13 65:19 66:25 68:16 68:17 69:10 82:11 83:11 83:25 83:25 84:14 86:8 93:17 93:25 94:4 95:8 104:8 104:23 107:5 123:8 124:6 124:10 124:13 139:16 156:16 156:20 156:24 162:19 167:7 168:12 169:8 171:4 174:4 178:22 178:25 181:6 183:8 187:23 190:22 192:20 193:9 193:11 194:8 195:14 196:8 196:14 200:7 200:19 200:20 201:25 203:24 204:3 206:7 207:1 208:9 209:17 209:18 209:21 210:1 210:15 210:25 213:2 213:13 213:18 214:23 225:13 226:1 226:4 226:15 228:6 228:22 228:24 229:21 229:22 238:18 240:5 246:4 250:24 255:1 264:22 265:10 267:16 272:18 276:15 293:19 294:11 295:5 295:21 295:25 **though**(3) 194:3 195:8 226:7 **thought**(35) 12:9 22:14 38:22 48:9 48:24 53:1 61:5 62:19 94:10 106:21 107:7 109:9 110:1 110:5 110:7 110:23 122:22 122:23 125:13 126:10 131:18 142:2 142:12 155:15 164:12 169:15 171:18 173:9 204:17 235:12 244:19 247:6 247:6 247:9 249:8 **thoughtful**(1) 286:9 **thousand**(3) 95:11 123:20 123:22 **threatened**(1) 136:25 **three**(38) 28:1 28:21 38:10 38:13 39:16 42:18 42:20 57:3 61:2 65:2 82:22 92:2 96:23 121:23 140:18 141:5 149:22 152:16 158:24 166:16 166:25 172:4 172:7 183:6 190:19 190:20 213:5 213:15 225:16 229:15 229:18 231:12 234:3 277:25 293:13 293:17 294:12 298:5 **three-hundred-million-dollar** 276:22 **three-way"**(1) 135:3 **through**(52) 21:6 25:11 26:25 32:6 34:1 34:3 38:13 43:20 44:18 48:7 49:4 49:10 51:12 61:13 61:22 66:25 77:2 80:25 83:11 86:4 110:12 117:18 135:15 152:2 190:11 195:10 195:13 196:4 196:9 196:10 196:16 196:18 200:19 200:24 201:5 201:7 201:21 201:22 201:22 202:2 202:5 202:9 202:10 202:11 202:15 220:20 220:25 224:19 230:2 298:12 298:13 **throughout**(5) 16:24 17:6 35:16 213:10 225:12 **thrown**(1) 188:14 **thursday**(1) 297:23 **thus**(1) 117:1 **ties**(4) 111:13 111:15 118:2 118:8 **till**(1) 15:8 |
| **there's**(15) 13:19 15:25 50:1 64:3 93:3 93:12 97:4 98:10 181:7 182:15 183:13 227:24 271:4 292:25 294:20 | | | | |
| **there've**(1) 219:15 **there,"**(1) 147:14 **thereabout**(1) 178:13 **thereafter**(4) 28:15 84:18 137:13 151:19 **therefore**(1) 159:17 **thereof**(1) 38:8 **there's**(10) 113:9 116:9 122:3 134:16 137:19 140:5 145:22 163:7 165:2 175:11 | **they'll**(2) 13:16 14:4 **they're**(10) 34:2 38:14 83:2 183:12 183:20 186:8 250:18 269:21 269:22 298:4 **they've**(1) 196:14 **they'd**(1) 154:16 **they're**(2) 147:6 165:1 **they've**(3) 135:2 139:18 140:8 **thing**(7) 48:4 56:1 122:11 168:8 175:24 296:4 298:23 | | |
| **these**(81) 12:22 19:20 23:12 25:12 26:3 28:21 35:23 36:1 36:9 37:1 37:14 37:18 37:23 37:24 38:13 38:23 39:5 40:16 41:4 41:10 44:16 44:18 47:19 53:2 59:8 60:20 65:10 74:4 79:19 85:25 87:6 88:6 89:13 92:4 92:5 93:10 95:6 95:12 108:2 118:4 118:9 123:4 144:12 148:10 160:8 165:6 166:17 177:6 184:12 191:1 193:23 194:13 195:15 196:5 196:14 202:1 203:4 206:13 210:21 211:4 211:16 213:8 213:15 215:24 216:9 216:18 217:1 217:11 227:7 227:17 229:7 229:18 229:20 231:18 231:11 250:16 253:6 278:9 293:2 295:3 | **things**(14) 40:14 64:7 66:10 94:12 100:2 129:8 129:11 146:20 181:3 188:13 188:15 252:24 275:3 275:3 **think**(121) 15:4 15:7 22:4 25:10 26:11 26:12 27:3 30:10 32:17 35:18 43:6 48:3 54:10 55:18 56:11 61:13 62:15 62:18 66:12 66:16 67:4 69:22 73:1 73:3 73:11 74:16 78:2 78:3 83:1 87:23 94:22 96:2 97:4 99:15 99:21 108:13 109:21 111:2 114:5 114:12 114:12 114:14 115:9 115:16 124:20 126:15 129:21 130:24 131:20 131:20 132:11 133:2 133:16 137:14 141:3 141:23 142:5 142:9 142:10 144:14 145:24 148:5 150:13 151:4 153:8 158:9 159:14 160:23 161:2 162:14 163:7 164:1 164:4 164:8 164:15 165:2 170:24 173:3 173:16 176:7 177:13 178:2 180:2 183:8 183:12 183:13 188:9 188:17 192:13 194:18 194:19 196:13 206:11 206:15 219:20 229:3 234:14 236:2 238:23 240:6 244:1 250:16 252:3 252:23 261:8 262:2 262:5 264:2 265:18 279:18 290:1 293:23 296:20 298:8 | | |
| | | **thinking**(9) 20:13 36:9 44:24 48:5 63:9 81:2 117:24 118:10 118:20 | | |
| | | **thinks**(2) 25:13 194:16 **third**(16) 28:7 28:19 36:20 42:4 43:15 82:20 129:15 136:18 155:25 173:25 182:14 182:19 183:13 272:1 272:2 272:5 **this.""**(1) 108:12 **thomas**(1) 3:36 **thornburg**(1) 5:24 **thorough**(2) 56:8 286:9 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **time**(140) | 14:13  18:5  18:7  18:10  19:15 20:17  27:19  30:10  31:12  32:13  32:14 35:21  36:8  43:20  44:17  45:21  46:24  47:17 47:18  51:20  57:7  60:22  62:1  63:5  65:22 66:8  66:23  78:17  79:2  79:10  79:23  80:1 80:7  81:3  88:25  89:9  92:24  95:10  102:5 105:18  105:21  107:1  116:12  116:13  117:1 118:18  119:12  123:25  125:10 125:18  130:10  131:3  133:18  135:8  135:24 141:8  141:13  141:18  143:9  144:3  144:9 147:7  147:17  151:4  152:13  154:13  161:22 167:10  168:9  177:14  177:20  185:17  186:1 189:19  191:14  197:24  198:12  198:13 198:23  199:25  203:19  204:6  206:3  206:13 207:7  207:24  210:7  210:13  210:19  212:23 218:16  221:12  222:6  223:13  226:5  232:25 233:10  236:23  246:13  253:18  254:5  254:1 259:12  259:15  259:18  259:22  259:24 260:4  260:10  262:11  262:12  262:18  264:2 266:23  267:4  269:7  271:10  275:7  275:12 276:7  276:21  277:1  277:18  277:23  278:8 278:22  280:2  280:6  280:20  281:9  281:10 281:13  281:13  282:11  286:21  289:21  290:1 293:2 | **total**(8) | 69:4  69:9  69:9  76:25  90:8  90:14 90:16  197:15 | **trusted**(1) | 49:13 | **under**(73) | 35:10  36:9  36:12  37:1  37:14 37:18  40:11  50:1  55:4  56:13  79:19  81:23 83:6  83:12  85:2  85:8  85:12  85:15  86:1 86:14  86:20  89:18  90:7  90:8  90:17  90:18 90:22  94:4  101:8  101:13  101:14  103:16 103:21  103:25  104:1  117:22  119:20  121:12 142:2  142:3  149:21  156:20  160:7  161:24 166:25  183:13  198:4  210:1  211:12  214:22 220:13  241:25  243:19  247:20  248:21  249:1 250:5  250:23  251:19  257:5  257:7  257:20 257:22  264:10  268:2  268:7  271:24  282:14 282:25  282:25  283:6  284:25  285:19 |
| | | **tough**(1) | 74:5 | **trustee**(14) | 5:12  5:12  42:23  42:25  42:25 43:4  49:22  52:8  56:17  116:7  189:4  189:8 189:14  190:6 | | |
| | | **toward**(2) | 29:9  81:21 | | | | |
| | | **towards**(2) | 95:23  180:18 | **trustee's**(1) | 189:2 | **underlying**(4) | 37:24  94:21  240:18  242:7 |
| | | **trace**(2) | 42:11  298:25 | **trusts**(2) | 84:18  295:16 | **undermine**(1) | 53:24 |
| | | **trade**(5) | 90:10  90:11  90:12  220:19  235:5 | **trusts."**(1) | 116:7 | **understand**(31) | 44:19  44:24  102:17  104:13 105:17  106:15  109:8  112:12  114:9  117:21 119:15  119:22  119:25  120:16  161:19 164:13  167:11  167:17  181:4  181:22  184:5 184:11  211:25  212:23  219:11  259:25 277:17  277:22  278:16  292:21  293:17 |
| | | **transaction**(41) | 18:12  24:24  25:9  26:18 28:9  29:9  29:14  29:15  30:1  30:6  30:14 30:21  31:4  31:15  31:23  33:3  33:16  36:18 36:18  116:11  118:12  118:21  119:9  119:13 120:1  167:17  197:21  198:2  198:5  198:8 198:15  206:25  207:7  207:9  210:9  238:12 240:18  242:8  292:16  293:12  294:24 | **truth**(3) | 25:15  30:20  183:4 | | |
| | | | | **truthful**(1) | 133:6 | | |
| **timeframe**(26) | 53:12  56:23  57:9  59:5 59:13  60:13  60:18  80:20  96:13  97:18 97:22  101:7  109:14  109:18  110:8  130:13 135:16  135:16  136:19  172:19  178:23 222:17  225:23  225:25  226:11  226:20 | | | **try**(29) | 35:23  44:15  46:14  47:7  47:10 53:13  53:17  53:23  55:17  56:3  61:9  61:20 64:24  89:14  103:23  115:17  136:9  146:17 155:14  163:10  169:11  177:7  182:11  190:11 210:14  230:8  234:22  257:2  278:9 | **understanding**(73) | 19:25  24:11  24:19 26:22  30:8  30:18  30:19  30:21  34:22  37:24 39:17  41:2  45:16  46:2  52:24  53:7  54:14 58:6  58:17  62:4  64:8  68:17  68:22  78:12 78:15  87:3  98:19  106:22  137:17  161:11 161:11  161:14  161:16  174:25  188:25  189:4 189:8  190:5  198:1  209:9  209:12  209:16 214:5  219:8  219:11  219:20  219:24  223:10 225:14  225:15  233:4  239:23  244:21  245:15 247:23  248:1  248:13  248:20  269:4  269:8 269:17  273:21  273:23  273:24  273:25 275:25  276:5  277:19  280:10  280:21  294:11 295:9  298:4 |
| | | **transactions**(9) | 32:9  33:21  34:4  38:11 166:13  166:18  200:6  200:7  230:22 | **trying**(26) | 21:8  37:22  40:20  45:19  48:6 49:10  56:10  56:20  57:1  61:14  82:7  92:12 114:13  115:10  139:1  139:6  144:7  150:3 150:3  155:6  176:18  188:15  246:17  282:15 282:19  283:1 | | |
| | | **transcript**(13) | 1:17  1:40  71:9  71:11  73:3 107:22  108:9  108:16  108:17  145:8  145:9 145:10  299:8 | | | | |
| | | | | **tuesday**(5) | 12:1  107:11  107:12  211:22 298:11 | | |
| | | **transcription**(2) | 1:33  1:40 | | | **understands**(1) | 259:16 |
| | | **transcriptionist**(1) | 299:15 | | | **understood**(14) | 46:4  65:8  89:7  119:24 130:15  137:22  146:22  156:9  160:16  243:7 260:19  277:11  278:8  280:3 |
| **timeline**(17) | 26:11  26:16  31:5  31:7  33:8 33:8  45:7  54:9  75:4  203:3  203:5  203:12 208:18  210:12  222:10  226:20  233:18 | **transcripts**(1) | 107:6 | **turbulence**(1) | 79:13 | | |
| | | **transfer**(3) | 118:22  126:20  159:16 | **turn**(23) | 35:7  67:2  79:15  87:14  114:18 120:22  151:25  158:18  172:7  173:12  189:2 211:6  211:11  212:16  222:3  227:14  227:21 229:1  239:6  241:11  243:19  251:20  283:14 | | |
| | | **transfers**(3) | 168:19  170:3  268:21 | | | | |
| | | **transpired**(3) | 24:12  64:20  219:17 | | | **undertake**(3) | 19:19  107:5  138:12 |
| | | **trash**(1) | 298:24 | **turned**(1) | 289:23 | **undertaken**(1) | 35:23 |
| | | **treated**(3) | 77:5  248:21  249:1 | **turning**(2) | 88:12  100:7 | **undertaking**(3) | 44:14  53:20  208:7 |
| **times**(13) | 2:32  96:23  96:23  141:6  190:18 190:20  190:21  192:1  226:16  226:17  238:2 240:4  256:3 | **treatment**(7) | 220:22  245:5  248:25  257:14 257:16  258:1  263:7 | **twenty-million-dolla**(1) | 274:12 | **undertakings**(1) | 21:23 |
| | | | | **twenty-three**(1) | 17:14 | **underway**(1) | 178:11 |
| | | **tree**(2) | 53:22  286:2 | **twice**(4) | 55:20  192:7  193:16  272:7 | **underwrite**(1) | 84:1 |
| | | **tree's**(1) | 55:9 | **two**(90) | 12:5  12:6  13:12  13:17  21:20 29:10  29:16  29:18  30:9  39:21  48:5  55:20 59:22  64:14  66:10  82:12  86:11  88:10  92:4 92:15  93:16  93:17  94:12  103:17  104:4 105:19  106:1  106:5  106:9  108:17  115:4 115:12  115:20  117:18  141:5  166:22  168:20 173:12  174:15  175:1  178:2  181:3  183:6 186:1  190:19  190:20  193:5  208:16  208:17 224:8  231:3  245:14  268:22  269:9  270:13 271:18  271:23  272:13  272:16  273:14 273:19  273:22  274:2  274:13  275:14  277:4 277:8  277:13  277:16  277:21  277:24  278:4 278:15  278:24  279:21  291:8  292:15  293:1 293:13  293:17  293:19  294:6  294:12 294:21  295:3  295:17  295:21  295:25  298:5 298:12 | **unfair**(1) | 152:25 |
| | | **trehan**(1) | 6:35 | | | **unfolded**(1) | 241:22 |
| **timing**(1) | 297:15 | **trends**(1) | 200:4 | | | **unforeseeably**(1) | 118:13 |
| **timothy**(1) | 12:12 | **trial**(1) | 174:4 | | | **unfortunately**(5) | 53:21  54:8  79:21  89:8 139:9 |
| **tina**(1) | 9:52 | **trials**(1) | 145:5 | | | | |
| **tired**(1) | 147:5 | **tribune**(72) | 1:7  7:23  7:45  14:2  18:4  18:24 19:10  19:16  20:14  21:23  22:2  22:5  22:21 23:3  26:19  27:4  29:20  30:3  30:6  32:13 32:14  32:18  32:21  34:6  34:11  36:12  36:18 44:5  45:1  56:12  56:17  59:23  62:2  62:11 64:15  80:24  82:23  89:6  93:13  93:14  93:15 104:14  116:25  119:16  119:22  177:1  177:3 185:19  186:3  186:6  188:10  197:21  197:24 198:3  198:9  198:15  200:6  206:25  207:6 207:11  210:9  210:20  214:7  219:3  225:3 236:15  268:21  280:21  281:20  284:13  290:7 293:2 | | | **unhappiness**(1) | 161:17 |
| **title**(3) | 185:5  199:9  258:14 | | | **union**(5) | 185:24  187:24  188:14  197:25 256:23 |
| **titled**(1) | 100:21 | | | **two-and-a-half**(2) | 122:12  122:14 | | |
| **today**(9) | 13:15  14:5  43:18  117:15  123:20 180:3  251:21  290:10  298:12 | | | **two-day**(1) | 233:22 | | |
| | | | | **two-plus**(1) | 197:19 | **unit**(1) | 183:2 |
| | | | | **two-thirds**(1) | 267:10 | **united**(2) | 1:1  1:19 |
| **today's**(1) | 299:1 | | | **type**(7) | 16:21  26:1  71:16  72:5  72:6  75:14 270:22 | **units**(1) | 186:6 |
| **together**(14) | 21:21  45:21  47:8  47:12  49:5 61:14  61:25  69:1  90:15  114:13  119:4 166:12  211:1  258:12 | **tribune's**(4) | 18:12  89:2  201:17  280:7 | | | **university**(3) | 17:23  185:14  185:16 |
| | | **tribune."**(1) | 116:13 | | | **unless**(5) | 86:22  145:7  180:5  183:11  261:9 |
| | | **tried**(8) | 56:1  105:17  111:2  139:18  167:25 182:10  250:11  252:19 | **types**(3) | 36:2  74:4  207:9 | **unlike**(1) | 133:21 |
| **toggle**(1) | 100:25 | | | **typical**(1) | 32:25 | **unlikely'**(1) | 231:16 |
| **told**(29) | 66:10  66:13  71:24  75:2  126:23 129:11  130:4  130:6  131:14  132:12  133:16 135:2  135:9  135:11  136:24  141:24  142:7 143:1  149:20  160:20  161:5  171:16  176:24 228:16  228:18  229:4  239:18  239:21  297:2 | | | **u.s**(5) | 8:24  189:2  189:4  189:8  189:14 | **unofficial**(1) | 145:10 |
| | | **trifecta**(1) | 215:18 | **ucc**(6) | 92:14  188:19  208:20  209:10  278:10 291:1 | **unqualified**(1) | 147:4 |
| | | **true**(22) | 17:17  25:19  66:5  102:3  102:9 103:19  104:7  104:9  105:2  109:17  110:3 114:5  114:6  117:21  118:19  123:6  141:22 151:18  156:14  158:3  158:9  178:24 | | | **unrealistic**(1) | 55:3 |
| | | | | | | **unrelated**(4) | 18:25  18:25  116:13  203:22 |
| **tom**(1) | 180:8 | | | | | **unsecured**(37) | 3:34  4:5  6:7  51:24  52:1 77:4  77:6  77:7  122:8  155:22  157:12 185:18  189:10  190:12  206:2  208:10  220:18 220:20  229:7  231:14  235:9  235:14  244:20 245:3  245:4  247:12  249:14  249:23  249:25 252:7  252:9  257:17  257:22  258:2  261:17 263:6  263:7 |
| **tomorrow**(3) | 275:1  297:16  298:16 | **truly**(1) | 154:14 | | | | |
| **tonight**(1) | 170:24 | **trump**(1) | 10:22 | **ultimate**(2) | 62:8  267:3 | | |
| **too**(12) | 53:1  55:13  79:6  113:20  114:10 114:14  126:11  126:12  171:10  175:18 202:16  204:25 | **trust**(77) | 2:29  8:5  9:47  11:9  47:17  49:12 49:15  56:15  56:16  58:9  58:15  70:12  70:15 70:17  70:18  70:20  71:18  77:13  84:5  84:6 84:9  84:11  84:18  84:20  85:3  85:9  85:13 86:1  89:4  89:6  90:23  91:5  91:11  91:16 103:10  116:6  116:15  155:17  155:18  156:1 156:13  168:6  168:11  169:9  170:3  190:3 192:3  223:14  226:6  235:4  238:2  245:8 245:10  245:15  245:25  247:9  248:16  250:22 250:12  250:22  253:2  263:10  264:3  268:7 269:24  271:25  288:15  289:9  292:19  292:2 293:4  293:19  294:6  294:15  295:5  295:20 295:24 | | | | |
| **took**(15) | 22:9  23:18  32:15  34:2  96:10 139:13  144:15  191:18  194:5  210:21  211:1 213:3  226:21  229:21  250:9 | | | **ultimately**(14) | 26:18  29:12  29:13  112:3 113:6  130:4  153:5  160:12  184:9  210:9 238:5  261:12  265:24  273:2 | | |
| | | | | **umbrella**(1) | 36:12 | | |
| | | | | **unable"**(1) | 159:6 | | |
| **tools**(2) | 21:18  61:9 | | | **unbridgeable**(5) | 151:16  171:12  178:8 178:15  178:20 | | |
| **top**(10) | 32:9  36:7  39:19  73:19  90:15  92:1 172:7  175:1  209:7  251:22 | | | | | | |
| **topic**(2) | 155:17  250:18 | | | **uncertain**(1) | 259:15 | | |
| **topics**(2) | 195:18  218:12 | | | | | | |
| **torres**(3) | 3:26  11:9 | | | | | **unsubordinated**(1) | 284:12 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

until(19) 19:6 19:10 43:14 44:1 59:3 67:5 84:20 84:21 102:11 104:20 119:10 123:8 131:6 144:4 150:23 247:1 274:5 298:20 298:20

untrue(1) 152:24

unusual(3) 22:23 137:21 217:12

unvested(1) 34:12

unwilling(1) 142:15

update(1) 13:10

updates(2) 200:23 300:24

upfront(4) 226:8 226:10 228:20 246:7

upon(21) 27:24 44:4 46:4 47:10 61:17 64:16 69:21 69:24 70:2 70:9 80:17 80:18 84:2 88:24 90:24 93:19 93:25 95:18 121:8 206:12 229:22

upset(2) 161:12 161:12

upside(2) 124:25 125:2

usa(1) 10:33

use(12) 15:19 163:11 171:23 180:12 182:24 183:5 183:6 183:20 210:13 213:13 222:12 276:1

used(12) 41:23 60:5 67:7 77:19 77:21 109:1 109:4 147:12 171:5 171:8 188:14 296:22

useful(2) 25:13 188:18

uses(5) 32:23 32:25 34:19 167:1 269:5

using(3) 78:14 144:5 238:16

usually(2) 192:12 193:5

utilize(5) 14:6 28:10 28:11 42:5 144:7

utilized(5) 21:13 32:17 32:19 34:10 79:1

utilizing(2) 21:17 79:3

vacation(5) 66:2 66:4 140:24 145:18

vague(1) 150:21

vaguely(1) 151:2

valerio(1) 11:6

valid(4) 70:3 76:22 169:3 230:21

validation(4) 221:15 265:12 265:20 265:25

validity(3) 38:8 168:13 168:15

valuable(1) 231:14

valuation(15) 15:1 18:23 78:24 79:1 79:6 79:7 79:9 79:9 80:9 80:14 81:1 81:3 156:12 156:17 288:1

value(96) 20:7 21:17 22:2 27:6 29:10 51:17 51:18 51:19 69:5 70:4 70:9 70:17 70:20 79:12 79:17 79:25 80:1 80:3 80:13 80:16 80:17 80:18 80:18 80:19 91:12 91:16 91:16 101:5 101:8 101:11 101:12 101:25 125:1 156:10 156:16 156:24 156:2 164:2 177:2 200:3 229:6 229:16 236:17 238:18 238:20 240:17 242:7 246:3 246:12 246:13 246:14 246:15 246:16 246:16 247:9 247:17 263:19 264:9 264:15 275:15 275:17 278:7 278:14 278:16 280:8 280:11 280:12 280:1 280:17 280:17 280:19 280:21 281:1 281:7 281:11 281:14 281:18 281:20 286:9 286:1 288:17 288:25 289:10 289:23 290:1 290:3 290:5 290:10 290:12 290:18 290:22 290:24 291:19 291:20 293:11 294:10

value."(1) 156:2

values(2) 79:11 79:12

varies(1) 25:21

variety(1) 185:10

various(22) 34:25 35:16 37:23 40:10 41:9 44:12 44:19 65:7 67:9 95:7 95:12 116:10 116:12 123:21 124:4 176:6 207:9 211:1 217:1 248:17 252:20 256:3

vasquez(1) 6:16

vast(2) 70:4 93:14

vehicle(1) 117:18

vehicles(1) 117:5

vehicles."(1) 117:9

verbiage(1) 161:15

version(4) 93:7 243:6 280:25 281:6

versions(1) 203:5

very(45) 15:2 15:12 45:5 46:22 47:17 47:23 53:16 56:7 56:7 56:8 56:8 59:5 60:9 60:21 61:21 61:21 62:19 64:19 66:1 87:15 89:12 102:10 121:9 122:18 123:15 123:15 128:20 154:10 156:7 175:1 176:4 176:7 183:5 216:12 216:11 216:16 218:2 247:2 247:7 253:7 256:13 257:18 264:24 266:17 270:22

vested(2) 34:12 34:13

view(40) 21:19 29:9 38:14 46:12 54:22 54:23 55:3 55:21 73:25 81:21 95:14 95:1 95:18 101:8 109:8 109:19 109:21 110:16 111:1 121:20 124:15 138:15 142:5 154:19 155:3 157:18 169:6 173:5 173:11 174:9 178:20 218:14 232:4 236:23 246:6 246:10 246:1 252:9 252:14 253:8

viewed(3) 55:8 122:18 138:15

views(5) 14:4 30:13 216:13 232:7 246:3

vigorous(1) 253:7

vigorously(5) 52:23 174:6 267:5

viii(1) 212:20

viking(1) 8:51

vindication(1) 55:9

vinson(1) 9:35

violation(3) 143:19 143:20 144:24

virtually(3) 101:25 163:24 163:25

vis-à-vis(1) 189:10

vista(1) 190:2

volume(2) 194:4 207:13

vora(1) 10:34

vote(13) 54:3 55:16 89:1 129:15 130:4 165:21 186:13 221:11 242:24 243:1 244:1 247:4 275:1

voted(5) 221:10 243:8 244:11 247:14 266:

voting(4) 266:5 266:8 266:21 282:16

vrc(4) 31:16 33:18 106:6 294:14

wachtell(1) 27:7

wacker(1) 4:44

wait(4) 65:9 79:5 129:2 230:2

walk(7) 21:6 26:25 32:6 34:1 38:13 51:12 83:11

walked(1) 86:4

want(20) 13:6 63:7 71:23 78:11 80:4 98:5 115:21 117:8 126:19 147:16 163:5 181:9 181:13 183:12 183:19 188:5 194:18 229:4 229:20 291:3

wanted(10) 49:9 66:3 66:3 79:8 88:17 89:7 146:5 181:25 279:13 280:4

wants(1) 219:22

wardwell(2) 2:11 9:31

warner(2) 190:2 234:13

warner's(1) 234:14

warrant(1) 117:1

warranted(1) 231:14

warton(1) 5:5

was(301) 12:14 13:13 14:20 17:10 17:12 17:17 17:24 18:1 19:5 19:8 19:9 19:14 19:15 19:18 20:10 20:12 20:24 21:15 21:24 22:11 22:12 23:1 23:11 25:1 26:11 26:22 27:14 27:25 28:8 29:12 29:13 29:15 29:19 29:23 29:25 30:2 30:3 30:9 30:14 30:14 30:18 30:21 31:15 31:16 31:17 31:19 31:25 33:12 33:15 33:16 34:5 34:7 34:9 35:10 39:4 39:12 39:22 39:24 40:15 40:25 41:12 41:20 41:25 42:17 42:25 43:13 43:10 43:25 44:3 44:6 44:20 44:25 45:5 45:5 45:15 45:15 45:17 45:23 46:14 46:17 46:19 46:21 46:21 47:6 47:8 47:15 47:25 48:6 48:6 48:10 50:21 51:10 51:13 51:14 51:18 52:16 52:21 52:24 52:25 53:1 53:7 53:8 53:22 54:6 54:14 54:15 54:16 54:21 54:25 55:8 55:13 55:14 55:18 56:2 56:3 56:9 56:11 56:25 57:5 57:13 58:7 58:17 58:19 58:21 59:1 59:2 59:5 59:15 59:20 59:20 59:21 59:21 60:2 60:5 60:7 60:25 61:13 61:14 61:16 61:18 61:19 61:23 62:4 62:6 62:10 62:16 62:19 62:21 62:23 63:2 63:9 64:12 64:16 64:21 65:4 65:8 66:1 66:2 66:4 66:5 66:6 66:8 66:9 66:17 66:20 68:17 68:21 68:23 69:5 69:13 69:1 69:21 70:7 70:11 70:14 70:15 70:17 70:24 70:25 72:11 73:3 73:5 73:10 73:11 75:1 75:14 76:2 76:12 76:22 77:9 77:18 77:21 77:25 77:25 78:12 78:15 78:16 78:19 78:22 79:2 79:8 79:10 79:23 80:1 80:2 80:4 80:10 80:13 80:14 80:20 81:5 81:10 82:2 82:19 82:21 83:6 83:22 84:22 85:3 85:3 85:9 85:12 85:19 86:1 86:5 86:10 86:19 86:24 87:1 87:3 87:9 87:21 87:22 87:23 88:4 88:5 88:18 88:22 88:24 89:12 90:13 91:16 91:25 92:1 92:13 92:14 92:1 93:17 93:20 94:12 94:16 94:17 95:5 96:4 96:11 96:16 96:18 97:9 99:16 99:20 99:22 99:23 99:23 99:25 105:10 105:13 105:17 105:22 105:22 106:14 107:10 108: 110:4 110:23 110:24 111:3 111:7 114:5 114:6 114:12 115:15 117:17 118:5 118:11 118:12 118:21 119:7 119:11 119:13 119:1 121:12 121:14 121:17

was(301) 121:19 122:16 122:19 122:23 123:1 123:3 123:3 123:5 123:12 123:15 123:25 124:10 124:14 124:17 124:20 124:20 125:3 125:13 126:1 126:17 129:12 130:7 130:9 130:11 130:24 130:25 131:6 131:18 132:2 133:3 133:6 133:10 133:21 134:1 135:8 135:9 136:1 136:5 137:10 137:12 137:12 137:14 137:15 137:16 137:17 137:17 137:18 137:21 138:3 138:5 138:11 138:12 138:25 139:2 139:3 139:13 139:16 140:17 140:20 140:23 141:8 141:18 141:19 141:20 141:24 142:9 142:11 142:15 143:8 143:11 143:15 144:2 145:9 145:15 145:16 145:17 145:19 146:2 146:3 146:6 146:9 146:9 146:21 146:23 147:1 147:2 147:12 147:22 147:24 148:1 148:1 148:23 148:25 149:9 149:10 149:13 151:9 151:13 151:14 151:16 152:9 152:12 154:3 154:10 156:5 156:5 157:17 158:11 159:14 159:16 160:12 160:14 160:16 160:17 160:18 160:19 160:24 160:25 161:12 161:12 161:13 161:14 162:5 162:6 162:6 162:14 162:3 163:3 163:17 166:22 167:8 168:5 168:7 168:8 168:9 168:9 168:18 169:15 171:10 171:9 172:19 172:21 172:22 173:5 173:5 173:8 173:11 173:16 173:20 174:9 176:4 176:18 176:22 176:23 176:25 177:20 177:8 178:10 178:13 178:15 178:16 178:24 181:17 181:19 185:5 185:7 185:8 186:9 186:12 187:5 187:5 187:24 188:10 188:11 188:18 188:22 188:22 188:23 188:25 189:4 190:5 190:17 191:3 191:14 191:21 191:22 192:1 192:6 192:13 192:14 194:7 194:24 199:23 200:2 200:6 201:9 203:15 204:7 204:13 204:22 204:24 205:6 205:6 205:7 205:10 205:10 205:16 206:6 206:12 206:12 206:20 206:25 207:22 207:24 208:6 208:11 208:13 208:20 208:24 209:1 209:2 209:4 209:5 209:10 209:12 209:14 209:25 210:4 210:17 211:3 211:16 212:2 213:8 214:8 214:8 214:15 215:14 216:15 217:14 217:17 218:2 218:19 218:20 219:12 219:19 219:25 220:15 220:24 221:7 221:16 222:8 222:12 222:15 222:22 223:1 223:6 223:10 223:12 223:13 223:15 223:16 223:19 223:20 223:23 224:2 224:9 224:11 224:16 224:16 224:17 224:23 225:1 226:5 226:8 226:10 227:20 227:23 228:9 228:11

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

**was**(168) 228:18 228:24 229:22 231:10 231:22 233:4 233:17 233:18 233:22 233:2 234:4 234:7 234:8 234:10 234:22 235:3 235:4 235:5 235:10 235:11 235:12 235:14 235:15 235:20 235:22 235:22 236:23 237: 237:16 237:23 237:23 238:7 238:21 239: 240:12 240:12 241:2 241:3 241:10 242:15 243:18 244:2 244:4 244:10 244:19 245:1 245:2 246:10 246:11 246:11 246:12 246: 246:21 247:6 247:9 248:5 248:7 248:15 248:17 249:8 249:9 252:3 252:4 254:15 254:19 256:22 257:9 257:13 257:17 257: 257:25 258:3 258:9 258:21 259:1 259:4 259:8 259:12 260:1 260:3 260:4 260:12 260:22 260:25 261:8 261:8 261:10 261:12 261:19 261:23 262:3 262:18 262:19 263:2 263:24 264:2 264:9 264:13 265:5 265:9 265:13 265:15 265:18 265:19 266:12 266:24 267:5 267:13 268:10 268:11 268: 268:20 269:8 269:9 270:4 270:7 270:11 270:12 271:10 272:12 274:6 274:12 274:1 276:9 276:21 277:19 277:20 277:24 278:9 278:23 279:18 279:19 279:22 280:1 280:1 280:21 280:25 281:6 281:11 281:12 282:1 282:5 282:13 282:16 282:17 283:4 283:9 283:15 285:20 286:15 286:15 287:2 288:16 288:19 289:5 289:7 289:22 290:2 290:7 291:20 292:14 292:20 293:18 296:11 297:8 297:11 299:5

**washington**(2) 4:11 186:1
**washington-baltimor**(2) 185:22 211:13
**wasn't**(5) 61:10 80:12 80:17 250:15 261:2
**wasn't**(12) 125:14 142:12 147:13 154:7 156:5 160:25 163:1 163:16 165:23 168:4 168:23 168:25

**waste**(1) 151:4
**watched**(1) 80:24
**watching**(1) 81:1
**waterfall**(3) 69:3 69:24 100:12
**watering**(1) 298:22
**wave**(1) 146:15
**way**(45) 30:14 32:12 47:7 48:21 53:1 53:17 56:10 69:12 78:17 78:20 78:21 79:20 80:17 93:9 95:5 125:5 126:5 126:16 131:6 139:1 141:11 148:11 149:17 156:23 157:24 160:23 161:22 165:25 176:17 180:21 181:22 182:24 183:15 192:16 194:15 197:17 202:16 206:7 206:21 217:12 232:24 244:12 264:3 264:6 287:2

**ways**(1) 93:16
**we'd**(3) 44:8 63:10 226:5
**we'll**(9) 15:8 15:8 15:12 63:11 102:9 195:24 253:23 253:23 297:19

**we're**(22) 13:2 14:6 15:5 16:22 29:1 31:4 48:5 57:1 63:23 75:5 78:4 79:5 94:22 181:10 181:20 181:25 254:5 254:6 255:11 276:11 278:20 295:15

**we've**(10) 15:21 15:22 31:22 36:8 63:9 89:20 194:12 251:21 294:8 297:25

**weaknesses**(1) 95:13
**website**(1) 116:5
**week**(12) 56:9 136:18 137:19 143:8 159:9 159:12 190:18 190:21 193:5 193:6 197:18 297:25
**weekend**(1) 185:8
**weekly**(5) 200:12 200:22 201:11 201:18 202:1

**weeks**(4) 137:16 190:19 247:19 282:19
**weighed**(1) 252:24
**weight**(2) 40:6 40:16
**weil**(1) 9:8
**weiss**(2) 5:5 8:13

**weitman**(1) 7:46
**welcome**(1) 97:19
**well**(159) 12:6 12:10 15:18 18:9 22:23 25:18 25:19 27:3 28:3 29:8 34:12 36:16 36:22 37:3 41:21 42:13 47:21 48:3 48:12 48:19 49:21 52:4 53:9 56:1 57:4 57:19 60:24 63:6 63:17 64:7 65:25 66:9 67:6 67:21 69:16 70:24 72:14 72:16 72:17 73:15 74:17 79:5 80:3 80:12 80:24 81:25 81:25 82:22 82:25 85:16 89:19 90:5 92:3 92:11 92:13 97:9 97:9 97:17 98:5 101:14 101:22 106:6 106:23 109:5 109:21 110:13 111:2 114:12 118:1 119:21 121:20 121:25 123:8 126:6 128:20 130:22 132:25 133:23 135:20 139:3 139:4 140:14 140:21 143:11 143:17 146:11 146:11 147:15 151:13 152:1 153:12 153:17 153:18 155:4 157:11 158: 162:4 163:7 163:15 163:25 168:3 169:14 169:20 171:13 173:4 176:3 178:22 179:18 182:5 182:7 182:8 182:23 183:11 183:19 183:17 188:9 189:12 190:6 193:2 194:9 194:16 194:21 195:8 197:18 202:22 208:1 208:10 210:14 211:6 211:11 212:16 219:19 222:9 224:20 225:5 226:19 227:14 229:1 229:20 230:2 234:5 249:4 251:3 251:14 258:17 258:24 259:21 260:14 267:24 270:14 270:22 276:17 277:10 277:16 277:17 281:23 294:12 295:7 297:1

**wells**(1) 5:37
**went**(12) 79:12 79:17 90:17 96:21 101:3 101:8 118:13 151:21 152:2 190:19 197:1 198:4

**were**(301) 16:25 19:15 20:8 21:16 21:25 22:10 22:12 22:13 23:4 23:13 27:17 27:17 27:23 28:1 28:2 28:24 29:18 30:7 31:13 32:17 32:19 33:21 36:1 36:2 36:6 36:16 37:13 37:25 39:24 40:10 41:16 42:12 42:18 42:21 42:24 43:21 44:17 44:19 44:21 44:24 45:21 45:22 46:8 46:10 46:22 46:23 47:4 47:9 47:14 47:22 47:23 47:23 47:24 47:25 48:10 49:16 49:18 51:16 51:24 52:1 53:20 53:23 54:1 54:5 54:4 55:6 55:12 55:15 56:13 56:19 56:22 57:11 58:11 58:14 58:17 60:9 60:13 60:21 60:24 65:1 61:11 61:23 62:11 62:12 62:22 65:9 65:25 66:12 66:19 67:2 68:16 68:18 70:1 71:6 75:6 76:3 78:3 78:6 78:14 78:19 78:23 78:25 79:1 79:3 80:6 80:19 81:1 81:2 81:4 82:11 82:12 83:20 83:21 83:22 84:7 84:20 84:22 85:23 85:24 85:25 85:25 86:6 86:11 86:13 86:20 86:22 87:1 87:6 88:25 90:6 92:12 95:20 96:12 99:23 103:5 105:13 106:21 107:7 108:2 108:10 114:5 114:6 117:14 120:1 120:2 120:8 121:6 121:9 124:6 126:4 126:9 126:10 129:12 130:18 131:8 133:11 133:17 134:5 135:20 140:24 143:1 144:9 144:10 144:12 144:13 144:16 146:20 147:9 147:10 147:14 148:19 148:19 149:21 151:15 152:13 153:5 154:9 154:14 156:4 158:8 159:6 161:19 164:12 166:11 167:7 167:11 167:23 168:2 168:20 169:8 169:23 176:14 177:3 177:14 178:6 187:1 187:15 188:4 188:7 189:12 189:15 190:5 190:20 191:5 191:15 191:16 191:23 191:24 192:1 192:3 192:5 192:8 192:13 193:15 193:19 197:1 197:3 198:23 199:10 199:16 199:17 199:20 200:5 204:1 204:3 204:5 204:6 204:11 208:2 208:5 208:5 208:8 209:13 210:15 210:21 210:25 212:11 212:24 213:1 213:4 213:17 214:1 216:10 216:12 216:13 216:14 216:15 216:16 216:17 218:23 219:2 220:14 220:18 220:1 220:21 220:24 224:15 224:19 224:21 225:5 225:11 225:13 225:18 225:18 225:2 225:24 226:12 227:19 228:4 228:5 229:19 230:23 234:3 234:6 235:6 235:9 235:22 238:23 239:24 240:7 241:9 243:16 245:3 245:17 245:24 247:2 250:12 250:17 251:4 253:3 253:5 253:7 255:25 256:9 256:13

**were**(43) 257:4 259:21 259:25 260:12 261:16 261:22 262:13 262:15 265:16 267:10 274:3 275:13 275:24 276:3 276:15 276:18 277:1 277:1 277:2 277:6 278:3 278:22 280:7 281:15 281:24 282:2 282:3 282:15 282:19 287:12 288:8 288:16 289:1 289:24 290:1 290:2 291:16 293:12 294:23 294:25 297:3 297:5

**weren't**(6) 53:9 58:10 61:15 77:10 83:24 94:23

**weren't**(1) 131:22

**west**(3) 4:28 4:44 5:26
**western**(1) 17:22
**we'll**(2) 165:5 171:23
**we're**(13) 114:20 115:10 122:11 125:23 128:10 128:22 130:11 135:24 145:1 148:7 171:14 180:2 180:3

**we've**(1) 112:19
**wharton**(1) 8:13

**what**(301) 13:13 16:14 16:17 16:21 17:3 17:3 17:10 18:1 18:8 18:17 19:8 19:12 19:15 20:10 21:2 21:8 23:7 23:21 24:7 24:7 24:9 24:12 25:4 26:15 26:23 27:23 28:8 29:1 29:5 29:12 29:18 30:2 30:18 30:19 30:20 30:23 31:12 32:3 32:6 32:23 33:1 33:2 33:14 33:17 33:21 34:2 34:22 35:4 35:13 35:14 36:5 36:23 37:7 37:12 37:24 38:6 38:7 39:17 40:1 40:3 40:6 40:7 40:19 41:7 41:13 41:22 41:25 42:15 43:12 44:24 45:15 46:6 46:10 46:19 46:19 46:19 46:21 46:21 46:22 47:6 48:2 48:5 48:8 48:9 48:23 50:7 51:8 51:12 52:17 52:24 52:24 53:7 53:7 53:15 54:14 54:21 55:24 55:24 56:3 56:4 56:10 57:1 58:6 58:23 59:4 59:18 60:2 60:14 60:22 60:22 61:17 61:18 61:23 62:4 64:6 65:6 67:16 68:6 68:16 68:16 68:17 68:21 69:1 69:15 69:17 70:14 71:24 72:3 73:13 75:1 75:25 76:8 76:14 77:9 78:1 78:2 78:12 78:13 78:13 78:19 79:8 79:12 80:1 81:15 81:17 81:17 82:2 82:17 83:8 83:18 84:23 85:15 85:23 87:3 87:20 88:4 88:10 88:17 89:16 89:18 89:20 90:2 90:21 92:11 92:12 93:11 93:16 93:20 93:24 94:2 94:24 95:8 95:15 96:2 97:1 105:17 105:24 106:14 106:23 108:20 109:19 109:1 109:22 110:1 110:5 111:3 114:9 114:12 114:14 117:7 118:2 118:10 118:17 137:17 119:23 121:8 133:18 135:24 137:17 141:23 142:1 142:12 143:23 145:3 145:1 145:24 146:9 146:15 146:21 147:2 147:12 147:24 148:1 148:3 148:4 148:16 149:10 150:4 151:15 151:21 154:14 154:23 155:9 155:16 156:25 157:4 160:6 160:12 160:24 161:2 161:9 161:15 161:21 162:4 163:2 163:3 163:25 166:17 167:8 167:11 168:1 168:23 171:8 171:14 173:1 173:5 173:20 176:21 176:22 177:20 179:20 179:20 179:23 181:21 181:23 182:3 182:17 182:17 184:8 185:5 185:13 185:23 186:9 186:16 187:1 187:11 188:7 188:22 189:10 190:8 192:15 196:7 197:9 198:1 199:8 199:9 199:16 200:1 201:9 202:17 205:6 205:10 206:25 207:24 208:4 208:5 208:6 209:1 209:1 209:12 209:16 213:20 214:2 217:14 218:14 219:17

**what**(90) 219:24 220:7 221:12 221:15 222:21 223:10 225:13 226:10 228:16 228:16 228:21 229:4 229:12 231:19 231:25 232:3 234:13 234:19 235:2 235:11 235:17 235:20 236:14 237:12 237:19 237:25 238:14 239:16 241:6 244:10 245:9 246:10 246:21 247:23 248:13 248:17 248:18 248:23 250:2 250:20 252:1 252:4 255:4 256:22 257:16 260:21 262:8 262:9 262:11 263:11 263:13 265:3 269:4 269:19 273:21 275:22 275:25 276:2 276:4 277:17 280:1 280:10 281:14 281:15 281:18 282:3 282:7 282:13 282:15 282:20 284:21 285:4 285:16 287:16 287:23 288:7 288:19 288:20 289:25 290:16 290:19 291:9 291:15 291:20 291:20 292:21 293:11 294:22 296:11 296:16

**what's**(19) 22:18 23:10 26:25 28:17 30:8 33:11 34:2 36:2 36:20 52:14 68:6 88:12 88:16 92:3 92:21 93:6 94:6 244:24 269:17 273:24
**whatever**(6) 63:12 79:9 123:1 145:6 146:14 169:6

**whatsoever**(1) 86:15
**what's**(3) 127:2 155:7 159:25

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

**when**(107) 17:24 19:19 22:25 26:5 27:4 27:21 39:22 42:11 42:11 44:24 48:14 48:15 60:1 74:13 78:6 80:22 86:3 90:12 93:9 94:16 97:10 109:4 110:20 114:5 114:6 121:4 123:11 125:15 130:20 131:1 133:1 138:25 143:14 144:13 145:17 147:1 147:14 148:15 148:18 151:14 171:8 171:15 176:21 181:25 182:5 184:23 186:9 186:23 188:4 188:21 190:19 191:14 191:20 191:22 192:1 192:4 192:7 198:12 198:13 198:17 198:21 199:10 199:13 199:17 199:20 200:5 203:15 208:23 209:9 210:7 213:11 217:7 218:16 218:19 221:6 222:6 223:19 232:4 233:10 233:14 233:17 233:19 240:9 241:2 247:17 248:5 259:24 261:1 262:19 266:7 267:12 267:19 268:13 268:18 268:25 269:5 272:15 274:23 276:1 276:12 282:8 283:9 286:15 288:14 289:15 291:21

**whenever**(3) 183:17 197:3 228:5
**where**(57) 13:6 13:11 13:16 14:1 14:7 29:3 43:18 43:21 44:19 59:15 61:5 61:17 63:23 70:16 76:15 79:21 85:16 85:23 94:3 95:17 107:1 108:10 115:21 117:7 125:10 125:20 127:8 128:10 131:14 132:8 132:13 134:5 141:5 143:21 145:22 145:25 147:22 149:12 149:20 150:6 151:13 152:20 158:1 166:25 171:15 171:16 172:8 184:25 190:20 192:14 217:19 220:2 260:5 264:22 272:19 272:19 298:17

**whereas**(5) 64:21 230:21 231:7 231:15 267:3

**whereby**(5) 28:9 29:2 30:4 56:15 246:7
**whereupon**(1) 299:5
**whether**(51) 21:25 39:22 48:19 55:15 65:4 70:7 71:25 72:11 73:4 73:12 94:18 99:22 107:8 122:4 127:18 128:18 147:22 151:21 151:23 163:8 174:2 174:4 176:9 176:13 176:17 177:14 178:6 182:12 204:15 206:1 221:8 221:24 223:15 224:21 233:20 257:10 259:6 261:1 263:24 270:12 279:19 279:20 279:21 279:25 282:12 282:16 282:17 290:9 292:25 294:19 294:20

**which**(134) 12:19 12:21 15:11 19:24 20:6 21:12 23:5 25:21 25:21 26:19 28:11 29:9 29:20 33:12 33:12 33:15 37:2 38:2 38:23 43:16 43:16 46:21 51:18 51:18 58:17 58:20 60:17 68:25 69:13 75:4 79:2 82:1 82:3 82:18 84:22 84:23 88:23 92:14 93:14 98:20 100:7 100:13 103:22 108:24 111:23 113:1 114:18 115:20 120:23 121:21 123:1 123:25 125:18 127:16 127:20 131:13 133:1 133:23 136:17 137:21 144:4 144:17 145:5 146:13 151:1 152:4 157:25 160:11 161:3 161:17 162:6 162:9 164:13 174:3 178:16 178:17 178:18 181:7 182:2 186:5 187:3 188:23 192:8 194:16 194:17 196:2 198:3 201:20 204:1 204:19 211:6 211:19 212:6 212:17 213:21 215:1 215:19 222:22 227:14 227:21 228:13 228:19 229:12 229:16 229:21 237:13 237:20 239:13 240:12 241:7 243:15 247:20 249:17 249:19 251:23 255:7 257:3 257:3 258:9 259:8 260:8 260:16 261:23 268:3 268:7 270:4 270:15 273:2 280:13 283:17 291:5 297:24 297:24 298:12

**while**(10) 15:7 65:11 83:24 132:15 137:15 140:24 185:6 187:20 191:21 212:3

**whispering**(1) 49:6
**white**(1) 5:44
**whittman**(6) 10:26 67:24 70:22 73:15 298:3 298:5

**whittman's**(3) 70:24 71:1 73:12

**who**(67) 16:20 18:5 18:14 18:19 19:4 22:23 28:2 42:12 42:15 42:18 47:14 47:17 48:3 49:16 56:5 56:22 57:5 61:19 62:10 62:11 62:12 64:15 76:3 81:8 82:21 85:15 86:19 89:10 101:17 126:23 133:13 133:18 133:20 137:24 138:1 153:5 154:11 175:4 188:9 189:25 191:1 191:8 192:20 198:4 192:22 199:4 199:5 205:14 210:14 213:10 217:3 219:2 219:8 234:10 238:21 239:3 240:9 242:13 242:17 251:16 251:18 252:24 252:22 258:13 259:3 260:3 293:3

**who's**(5) 63:2 214:5 214:6 250:10 253:15
**whole**(7) 24:1 172:2 174:5 181:5 181:9 278:20 296:15

**wholly**(2) 117:19 139:10
**whom**(3) 16:11 185:21 207:4
**why**(40) 30:8 30:8 30:13 38:14 39:17 43:24 48:22 53:20 54:25 60:5 62:18 65:22 67:3 69:20 77:21 78:18 81:24 92:17 94:1 111:17 116:8 153:15 164:13 173:8 176:2 180:1 203:18 203:23 219:12 221:11 232:25 233:4 235:13 243:3 244:18 247:4 249:7 252:17 267:25 297:9

**wide**(1) 171:10
**wild**(1) 10:30
**wilderotter**(1) 62:14
**will**(63) 13:16 15:24 20:4 31:18 39:10 44:22 47:12 52:11 56:14 56:15 57:2 64:17 124:25 128:2 146:13 147:18 155:9 155:9 168:6 174:2 179:22 180:12 181:16 195:5 195:10 196:2 209:2 210:13 210:22 213:22 225:19 236:17 240:16 245:9 245:15 249:1 250:4 253:19 256:22 257:5 257:23 271:24 295:4 295:21 297:15 297:21 298:6 298:7 298:10 298:16 299:1

**william**(4) 2:38 180:15 180:19 190:4
**willing**(6) 46:23 48:9 48:23 57:12 58:14 58:18

**willingness**(2) 65:15 125:7
**wilmer**(1) 6:48
**wilmington**(25) 1:12 2:8 2:26 2:29 2:40 3:9 3:23 3:51 4:20 4:29 4:52 5:15 5:21 5:27 5:41 8:5 12:1 47:17 49:15 64:10 114:2 119:2 223:14 233:22 253:2

**wilson**(1) 6:41
**winfree**(1) 3:6
**wish**(1) 146:14
**wishes**(1) 14:9

**with**(301) 12:7 12:23 13:11 13:17 14:2 14:3 14:5 14:9 14:23 15:21 16:3 16:23 17:8 18:2 18:10 18:11 18:19 18:21 18:21 18:24 18:24 19:1 19:24 20:1 20:2 20:5 20:6 21:16 22:8 22:15 22:21 22:22 23:5 23:17 23:17 23:21 24:7 24:10 24:12 26:2 27:23 27:24 28:4 28:23 29:9 29:13 30:5 33:22 34:3 34:5 34:13 34:14 35:1 35:3 35:4 36:1 36:16 36:17 38:16 39:19 40:3 40:13 40:15 40:20 41:3 41:10 41:16 42:4 42:8 42:9 42:12 42:16 42:18 42:22 46:2 47:14 47:15 47:16 47:17 48:11 49:14 49:14 49:15 50:18 52:15 53:24 54:24 55:1 55:2 55:9 55:11 55:21 56:6 56:19 57:9 58:5 58:7 58:8 58:20 59:11 60:8 60:14 62:8 64:15 65:10 65:12 65:13 65:16 65:17 65:17 65:19 65:21 66:8 66:19 66:24 67:1 69:1 69:19 70:10 70:20 71:1 71:16 71:18 71:19 72:5 72:9 72:18 74:6 74:8 75:3 75:7 75:23 76:6 76:24 77:21 79:2 79:22 80:2 81:4 81:18 81:18 81:21 82:2 84:8 84:13 84:20 86:4 86:6 86:21 88:20 89:3 90:3 90:5 90:6 90:15 92:12 94:25 95:6 95:12 96:7 98:13 99:6 99:16 102:16 103:13 104:14 105:4 105:7 106:4 107:2 108:2 109:11 111:10 112:10 113:14 113:21 113:23 114:7 114:17 114:13 116:21 119:4 119:8 119:10 119:16 119:23 120:1 120:12 121:1 121:2 121:14 122:21 123:21 124:4 124:8 124:24 128:15 128:23 129:23 131:10 131:12 132:4 132:7 132:18 135:3 136:14 136:14 138:4 138:19 139:8 140:5 140:16 142:12 143:2 145:4 145:16 147:7 147:11 147:17 147:21 147:22 148:20 149:5 149:6 151:1 151:10 151:22 152:2 154:10 155:15 158:8 159:7 161:12 161:12 163:3 163:3 163:6 163:8 163:11 163:24 165:17 166:17 167:16 168:17 168:20 169:24 170:5 171:4 171:4 172:9 172:11 172:20 173:14 174:1 174:2 174:8 176:3 176:4 176:11 176:16 176:25 177:3 177:6 177:15 178:19 178:23 179:1 179:19 180:4 180:12 180:12 180:21 181:6 181:21 182:1 183:8 184:9 186:9 187:9 187:11 187:16 188:10 188:12 188:17 189:12 190:13 191:17 196:4 197:20 199:4

**with**(99) 200:9 201:16 205:9 205:12 205:21 205:22 206:5 206:6 209:18 213:12 213:17 214:18 214:20 215:23 216:4 217:4 217:14 217:18 217:24 220:4 221:25 222:4 222:10 222:16 224:24 226:24 227:7 227:11 229:10 231:19 233:12 236:14 237:4 237:9 237:17 238:7 239:1 239:21 240:2 247:20 248:5 248:10 253:23 254:25 255:25 256:3 256:22 257:3 257:9 257:13 257:16 258:1 258:11 258:14 258:17 258:17 259:2 259:9 259:13 260:2 260:10 260:13 260:21 261:3 261:5 261:6 263:3 263:14 264:15 264:20 264:24 265:8 265:23 266:18 267:3 268:22 269:13 270:17 274:18 275:20 277:8 281:17 282:2 282:17 283:15 283:17 285:1 285:6 285:17 285:24 286:21 287:22 289:10 290:15 296:5 297:1 297:19 298:23

**withdraw**(2) 128:19 134:2
**withdrawing**(1) 144:11
**withdrawn**(9) 192:9 198:13 209:23 212:23 260:14 277:10 279:20 281:23 286:25

**withdrew**(2) 225:3 225:5
**within**(13) 92:25 94:10 95:17 95:18 97:18 97:22 99:10 105:20 110:4 168:20 186:6 253:2 289:13

**without**(15) 30:22 69:3 117:3 144:23 174:7 190:19 196:17 201:6 202:10 202:25 214:22 219:16 219:16 232:10 261:6

**witness**(53) 13:1 13:3 14:5 14:14 14:17 14:21 14:23 14:25 15:6 23:25 25:10 30:12 38:20 58:1 63:14 71:15 72:1 72:9 72:12 75:18 102:23 107:17 140:17 144:24 164:23 165:10 180:13 180:15 180:25 181:12 181:21 181:22 183:16 183:21 184:12 194:25 196:1 203:8 219:17 250:14 250:15 250:16 270:24 271:1 274:15 274:23 283:21 289:5 295:9 296:6 296:21 297:19 298:13

**witness's**(2) 26:2 296:10
**witnessed**(2) 121:8 158:14
**witnesses**(2) 298:12 300:5
**won't**(5) 97:15 181:24 227:22 230:2 275:3
**wonderful**(1) 118:12
**wood**(1) 62:14
**woodwork**(1) 22:24
**word**(4) 73:22 102:9 115:21 152:21
**words**(7) 71:17 126:17 131:24 142:3 172:9 256:21 285:2

**work**(37) 17:24 18:19 20:2 21:15 21:20 22:15 22:19 23:1 23:7 24:17 29:8 35:3 37:22 41:3 46:5 49:10 49:13 56:8 64:15 71:22 71:25 73:12 73:15 81:20 82:7 95:6 111:10 115:17 119:10 119:22 177:5 177:15 180:4 190:10 250:11 250:13 252:6

**worked**(13) 18:20 18:24 29:20 71:4 71:5 116:4 119:4 119:8 185:2 185:6 185:11 185:11 238:15

**workers**(1) 185:25
**working**(17) 16:18 18:10 18:14 19:10 24:10 30:17 44:25 53:16 53:23 54:1 54:4 79:2 80:2 81:4 127:2 147:6 154:10

**workplaces**(1) 186:1
**works**(2) 127:4 187:9
**world**(3) 16:24 17:7 79:21
**worried**(1) 239:19
**worse**(2) 235:14 235:15
**worst-case**(1) 248:18
**worth**(6) 111:15 130:14 149:18 280:14 289:3 294:18

**worthless**(1) 216:14

| Word | Page:Line |
|---|---|
| **would**(277) | 13:11 14:14 17:25 22:1 22:21 23:5 24:9 24:14 25:10 25:11 25:16 25:17 28:9 28:14 29:2 29:3 30:4 36:13 38:8 38:23 40:12 40:25 41:9 41:13 42:15 44:7 45:20 46:3 47:19 48:8 48:9 48:24 50:24 52:2 52:18 53:18 54:2 55:4 55:15 56:12 56:16 57:2 57:8 57:19 57:22 57:24 58:8 59:22 59:22 59:23 59:24 59:25 60:3 60:7 60:11 61:19 62:25 63:5 68:24 69:2 69:4 69:5 69:7 69:10 69:13 69:18 70:3 70:8 70:12 70:19 71:4 71:5 71:19 71:25 72:6 72:7 72:7 72:8 73:12 74:3 74:8 76:8 76:18 76:20 76:23 76:25 77:4 77:6 77:8 77:12 78:16 78:22 79:9 81:1 81:3 81:22 83:13 83:19 84:14 84:15 84:16 84:17 84:19 84:23 84:24 84:25 85:15 85:17 85:18 86:8 86:10 86:25 88:23 89:7 89:13 90:7 90:10 90:12 90:19 91:1 91:3 91:4 91:5 93:25 94:5 94:22 95:9 95:15 96:22 97:2 98:17 99:19 101:2 104:10 109:9 109:19 109:23 110:1 110:5 110:24 110:25 112:13 112:15 113:23 114:17 117:7 118:9 118:10 119:20 120:14 127:14 129:8 131:1 131:18 132:25 133:2 133:13 134:11 137:9 138:6 138:11 138:22 138:23 142:3 142:12 143:23 146:4 150:19 151:1 151:3 153:9 154:14 154:16 156:25 157:10 159:21 160: 160:8 160:13 160:21 161:6 162:2 162:2 162:4 163:13 163:23 168:19 171:11 172: 173:9 174:3 174:4 174:5 177:2 188:23 189:16 194:17 195:9 197:4 200:7 201:1 202:4 202:14 202:15 214:11 215:7 216:2 218:14 224:12 229:16 230:4 230:6 230:9 230:11 230:21 231:14 235:23 237:22 237:25 238:1 245:18 245:19 245:20 246:7 246:13 246:14 247:7 247:24 248:17 248:1 248:20 248:24 249:2 249:15 249:24 250:24 250:25 251:1 251:3 251:19 254:5 257:10 261:3 262:3 262:5 264:4 264:6 264:20 264:24 269:10 274:18 275:22 276: 276:20 276:23 278:24 280:14 281:19 282:14 282:20 283:6 284:20 285:8 286:8 288:4 289:23 290:2 290:17 290:19 290:24 291:9 291:15 294:15 294:19 296:12 297:9 298:8 |
| **wouldn't**(1) | 250:23 |
| **wouldn't**(7) | 120:7 134:6 135:11 138:5 144:6 153:8 163:15 |
| **would've**(8) | 110:22 125:13 129:8 129:10 163:10 163:18 175:24 176:8 |
| **wpix**(1) | 186:7 |
| **writing**(2) | 112:6 260:20 |
| **written**(14) | 87:22 181:17 181:18 196:22 197:16 200:9 201:16 213:13 213:16 213:18 224:12 224:18 243:6 243:9 |
| **wrong**(6) | 128:3 128:8 140:5 162:20 163:8 229:22 |
| **www.diazdata.com**(1) | 1:37 |
| **yeah**(42) | 15:20 33:10 36:25 37:13 42:3 63:18 63:19 68:21 74:17 91:25 101:5 103:25 104:2 106:22 114:21 117:9 121:8 123:22 131:20 135:15 136:4 136:18 157:16 157:17 158:8 164:8 165:1 165:18 171:2 172:18 203:6 204:8 204:10 207:16 227:20 236:5 236:6 251:10 270:21 274:9 274:23 278:5 |
| **year**(7) | 35:18 37:20 80:25 95:11 99:10 99:21 202:19 |
| **years**(8) | 17:14 17:17 17:18 17:19 117:6 185:4 185:11 197:19 |
| **years'**(1) | 111:15 |
| **yes**(301) | 17:2 19:3 20:9 20:16 21:1 21:20 22:17 24:21 24:25 25:3 25:7 26:13 26:14 26:24 27:20 29:17 30:16 31:6 31:9 31:24 32:2 32:8 33:23 34:2 34:18 34:21 35:6 35:12 35:20 35:25 36:4 37:8 38:5 38:12 39:1 40:9 41:6 42:10 43:9 43:11 44:20 45:12 45:14 46:9 47:5 50:6 50:12 50:17 50:20 51:7 53:6 54:13 54:20 56:21 58:16 59:10 59:14 62:3 62:17 64:5 67:11 67:13 67:15 68:1 68:15 71:3 73:24 74:22 74:25 75:8 75:11 75:13 75:16 76:7 76:11 76:13 77:24 80:8 80:21 81:12 81:14 82:12 82:16 83:5 83:7 83:12 85:11 85:22 86:24 87:11 87:13 87:17 87:19 88:3 88:15 89:22 90:1 91:15 93:5 94:8 96:3 96:6 96:17 96:20 96:25 99:1 99:7 99:18 100:9 100:22 103:12 103:18 104:6 104:22 104:25 105:6 105:9 105:12 105:16 108:6 109:6 110:11 110:14 110:18 111:5 111:11 111:21 112:2 112:6 112:10 112:12 112:16 113:3 114:2 114:4 116:24 119:18 121:2 121:16 123:3 123:8 123:9 124:16 124:19 124:23 126:22 127:15 127:21 127:23 128:7 129:17 131:7 131:7 132:6 133:7 133:12 134:14 134:24 135:6 136:6 136:12 136:21 137:25 138:10 138:14 138:24 139:12 139:17 141:1 141:3 141:20 142:23 152:19 152:23 153:7 154:2 155:2 155:19 156:18 159:7 163:22 164:11 164:21 166:14 166:19 166:23 167:9 168:3 174:1 174:18 174:19 175:3 175:10 175:16 175:20 176:1 176:12 176:20 177:19 179:1 183:22 183:24 185:20 186:4 186:15 186:20 189:6 189:8 189:20 190:7 190:15 191:16 192:1 192:17 192:25 193:10 193:1 193:22 194:23 195:15 195:20 195:23 196:10 200:25 201:18 202:1 203:14 203:2 204:8 204:13 204:17 204:21 204:23 205:5 205:20 205:22 206:3 207:12 207:12 208:16 208:25 209:11 210:3 210:11 210:24 211:10 211:15 211:18 211:21 211:24 212:2 212:7 212:12 212:15 212:19 212:22 213:1 213:7 213:15 213:19 213:24 214:1 214:1 214:10 215:4 215:17 215:22 216:1 216:12 216:20 216:23 217:2 218:1 218:5 218:8 218:18 219:7 219:20 220:1 220:6 221:2 221:5 221:10 222:4 222:5 222:8 222:14 222:18 222:24 223:3 |
| **yes**(202) | 223:9 223:18 223:25 224:4 224:8 224:15 225:11 225:20 225:24 226:3 226:11 226:25 227:8 227:17 227:20 228:2 228:4 228:15 229:9 229:11 229:13 229:18 230:8 230:14 230:18 230:25 231:2 231:11 231:22 232:2 232:19 233:13 233:25 234:3 234:9 234:12 234:18 235:19 236:7 236:12 236:22 237:6 237:11 237:15 237:18 238:13 239:7 239:9 239:15 239:18 240:3 240:20 240:22 241:1 241:5 241:10 241:14 241:18 241:24 242:3 242:10 242:12 242:22 242:25 243:13 243:23 243:25 244:5 244:9 244:17 244:23 246:1 246:5 246:9 247:1 247:16 247:22 248:4 248:22 249:16 252:14 253:4 253:7 253:13 254:9 254:11 254:18 254:22 254:24 255:2 256:3 256:7 256:11 256:15 256:20 256:25 257:7 257:12 258:8 258:19 261:15 261:18 261:21 261:25 262:21 263:15 263:21 264:11 264:14 264:23 265:2 265:1 265:18 265:22 266:3 266:11 266:16 266:19 267:2 267:6 267:10 267:18 267:23 268:5 268:9 268:12 268:16 268:24 269:2 269:12 269:16 270:6 270:18 271:6 271:11 271:13 272:1 272:4 272:10 272:14 272:24 273:1 273:4 273:9 273:11 273:15 273:17 276:18 276:25 277:5 277:9 277:15 278:12 280:5 280:9 280:19 281:4 281:8 282:10 282:23 283:2 283:13 283:18 284:4 284:19 285:1 285:11 285:15 285:17 285:23 285:27 286:3 286:7 286:11 286:14 286:23 288:3 288:9 288:13 291:2 291:7 292:17 293:5 293:16 294:8 294:16 295:9 295:23 296:1 296:9 |
| **yesterday**(14) | 12:7 13:8 13:21 15:3 39:2 39:6 66:5 67:7 95:20 144:1 146:4 155:20 156:5 229:19 |
| **yesterday's**(1) | 145:10 |
| **yet**(5) | 34:18 63:17 130:17 133:11 170:2 |
| **yields**(1) | 80:16 |
| **york**(11) | 2:18 2:33 2:52 3:17 3:31 3:44 5:9 5:34 5:47 186:7 186:8 |
| **you**(301) | 13:10 13:20 13:23 15:4 15:16 15:20 16:5 16:10 16:11 16:20 16:25 16:25 17:3 17:8 17:13 17:15 17:20 19:13 19:19 20:3 20:8 20:10 20:18 20:18 20:22 20:22 20:24 21:6 21:11 21:17 22:6 22:8 22:15 22:24 23:3 23:15 23:21 24:5 24:8 24:9 24:17 24:19 24:24 25:23 26:5 26:7 26:9 26:11 26:12 26:13 26:17 26:22 26:25 29:16 30:11 30:25 31:4 31:8 31:11 31:18 31:21 31:22 31:23 31:25 32:6 33:9 33:20 34:1 34:15 34:16 34:20 35:4 35:7 35:14 35:18 35:19 35:21 35:24 36:5 37:23 38:2 38:4 38:9 38:13 39:10 39:17 40:20 41:4 41:11 41:12 41:15 41:16 42:1 42:1 42:8 42:11 42:12 43:5 43:7 43:8 43:21 44:4 44:18 44:22 44:24 45:2 45:5 45:8 45:8 45:11 45:13 45:20 46:3 46:4 46:13 46:19 47:2 47:4 47:12 47:14 47:19 47:20 47:22 47:23 48:2 48:3 48:4 48:6 48:10 48:14 49:1 49:5 49:6 49:7 49:10 49:11 50:5 50:10 51:3 51:6 51:12 52:12 53:15 53:20 53:21 53:22 53:22 54:5 54:9 54:12 55:11 55:14 55:17 55:18 56:4 56:4 56:6 56:6 56:9 56:10 56:14 56:15 56:22 56:22 57:1 57:2 57:5 57:8 57:19 57:22 57:24 58:6 58:22 58:23 59:11 59:16 59:18 59:21 60:7 60:13 60:15 61:11 61:20 61:23 62:15 62:18 62:21 63:7 63:10 63:17 64:11 64:24 64:25 65:2 65:6 65:9 65:11 65:12 65:13 65:21 66:6 66:21 67:3 67:4 67:6 67:12 67:12 67:16 67:25 68:2 68:12 68:14 69:22 70:3 71:23 71:24 72:1 72:18 72:20 72:21 73:6 73:7 73:9 73:11 73:12 73:13 73:20 73:23 73:25 74:3 74:3 74:6 74:8 74:14 74:16 74:23 75:4 75:10 75:12 75:23 76:5 76:8 76:10 76:14 77:15 78:10 78:11 78:12 78:18 79:11 79:15 79:25 80:19 80:22 81:6 81:13 81:24 81:25 82:1 82:14 82:14 83:4 83:11 84:7 84:12 84:24 85:19 85:21 86:9 86:18 86:22 86:24 87:12 87:14 87:15 87:18 88:2 88:8 88:18 88:19 88:20 88:23 88:24 89:2 89:13 90:13 91:1 91:9 91:19 92:2 92:5 93:2 93:3 93:11 93:18 94:7 94:11 95:6 |

| Word | Page:Line |
| --- | --- |

**you**(301) 95:8 95:16 95:20 95:20 95:20 96:1 96:5 96:7 96:10 96:16 96:18 96:24 97:1 97:18 97:20 97:23 98:3 98:5 98:20 99:13 99:15 99:16 99:24 100:4 100:7 100:10 100:23 101:2 101:6 102:10 102:15 102:16 102:19 102:24 102:25 103:1 103:1 103:14 103:16 104:18 105:3 105:7 105:11 105:13 105:17 105:23 105:25 106:1 106:3 106:11 106:15 106:16 106:20 106:21 106:23 107:6 107:8 107:8 107:10 107:15 107:18 107:19 107:21 108:1 108:2 108:10 108:10 108:12 108:23 108:23 109:1 109:4 109:4 109:25 110:5 111:6 111:10 111:12 111:13 111:17 111:17 111:22 112:1 112:15 113:1 113:2 113:18 113:23 114:7 114:14 114:18 115:1 115:1 115:4 115:10 115:18 115:21 116:3 116:8 116:9 116:14 116:17 116:21 117:4 117:8 117:8 117:12 117:14 117:17 117:21 118:2 118:3 118:7 118:17 118:19 119:2 119:7 119:15 119:25 120:4 120:7 120:12 120:16 120:25 121:3 121:5 121:6 121:14 121:18 122:10 122:21 122:23 123:11 123:12 123:14 123:19 123:19 124:3 124:3 124:18 124:21 124:25 125:10 125:20 126:1 126:16 126:18 126:23 126:24 127:5 127:7 127:12 127:16 127:18 127:23 127:25 128:12 128:14 128:15 128:16 129:24 130:1 130:4 130:14 130:19 130:24 131:2 131:3 131:11 131:11 131:14 131:22 132:1 132:1 132:9 132:12 132:13 132:13 133:14 133:17 133:19 134:3 134:5 134:6 134:9 134:16 134:19 134:21 135:4 135:9 135:12 135:14 135:20 135:22 136:4 136:10 136:13 136:13 136:17 136:23 136:24 137:8 137:24 138:5 138:6 138:8 138:9 138:11 138:18 138:22 138:23 139:19 139:24 140:3 140:10 140:23 140:24 141:2 141:4 141:5 141:8 141:12 141:12 141:14 141:15 141:15 141:18 141:23 141:23 141:24 142:7 142:9 142:10 142:11 142:12 142:24 142:25 143:1 143:5 143:7 143:8 143:9 144:14 144:15 144:6 144:6 144:16 146:15 146:18 146:19 147:1 147:3 147:11 147:14 147:16 147:17 147:19 148:5 148:15 148:15 148:19 148:23 149:2 149:3 149:5 149:6 149:16 149:17 149:20 149:21 150:1 150:5 150:5 150:9 150:10 150:25 150:25 151:3 151:3 151:6 151:6 151:8 151:9 151:17 151:19 151:22 151:25 152:2 152:13 152:13 152:22 153:8 153:14 153:18 153:19 153:24 153:25 155:1 155:6 155:8 155:10 155:14

**you**(301) 155:15 156:4 157:7 157:10 157:21 158:4 158:5 158:8 158:18 158:18 158:23 159:15 160:24 161:19 162:7 162:1 162:16 162:18 162:23 163:7 163:20 163:23 164:4 164:8 164:10 164:12 164:15 165:9 165:11 165:13 165:14 165:16 165:21 166:2 166:10 166:11 166:12 166:16 166:18 167:1 167:5 167:7 167:10 167:17 167:18 167:20 167:23 167:25 168:4 168:17 168:21 168:22 169:2 169:23 170:2 170:9 170:13 170:23 171:5 171:6 171:8 171:8 171:11 171:11 171:18 172:7 172:8 172:14 172:25 173:1 173:2 173:4 173:12 173:13 173:14 174:8 174:10 174:15 175:1 175:2 175:3 175:13 175:14 175:19 175:21 175:24 176:3 176:9 176:9 176:11 176:13 176:14 176:16 176:21 176:22 177:5 177:7 177:13 177:14 177:16 177:16 178:6 178:7 178:10 178:15 178:22 178:25 179:9 179:14 180:14 180:18 182:19 182:24 183:12 184:14 184:14 184:21 184:21 184:25 184:25 185:5 185:5 185:6 185:17 185:21 186:9 186:16 186:21 187:15 187:19 187:21 188:1 188:7 188:17 188:18 188:21 189:21 190:8 191:2 191:10 192:5 192:8 192:9 193:14 193:17 193:23 194:5 195:8 195:9 195:10 195:11 195:12 195:14 195:16 195:16 195:17 196:1 196:2 196:4 196:20 197:15 197:20 197:23 198:21 198:21 199:22 199:8 199:15 199:25 200:17 200:19 200:20 201:18 201:20 201:25 202:14 202:15 202:16 203:4 203:10 203:12 203:21 204:1 204:11 204:15 205:2 205:4 205:6 205:20 205:25 206:2 206:4 206:19 206:19 207:4 207:10 207:13 207:20 208:20 208:20 208:23 209:1 209:2 210:4 210:12 210:22 211:8 211:17 211:21 211:9 211:11 211:11 211:14 211:17 211:20 211:25 212:5 212:6 212:10 212:12 212:13 212:18 212:18 212:23 213:0 213:20 213:23 213:25 214:9 215:1 215:3 214:9 215:14 215:16 215:20 215:21 216:9 217:11 217:19 218:12 218:21 218:24 219:11 219:11 219:24 220:4 220:7 220:10 220:24 221:6 221:11 222:10 222:11 223:1 223:4 223:7 223:23 224:13 225:19 226:1 226:4 226:19 226:19 226:20 227:1 227:11 228:16 229:4 229:7 229:16 230:4 230:6 230:12 230:17 230:23 231:1 231:8 231:10 231:16 231:19 231:25 232:3 232:6 232:12 232:20 232:24 232:24 233:10 233:14 234:6

**you**(267) 234:19 234:24 235:24 236:8 236:10 236:13 236:14 237:12 237:14 237:19 237:25 238:6 238:6 238:25 239:6 239:8 239:14 239:20 240:4 240:9 240:16 240:19 240:23 241:6 241:9 241:15 241:16 241:19 242:1 242:24 243:9 243:12 243:15 243:16 243:22 244:1 244:12 244:15 244:2 246:6 246:23 247:4 247:17 247:20 248:5 248:10 248:20 248:25 249:4 249:13 249:25 249:22 251:3 251:6 251:9 251:21 252:1 252:8 252:12 252:15 253:1 253:1 253:9 253:18 253:18 254:6 254:8 254:8 254:25 255:7 255:16 256:8 256:12 257:3 257:12 258:9 258:13 258:16 258:20 259:4 259:6 259:6 259:25 260:7 260:7 262:8 262:22 263:1 263:11 263:13 263:12 263:17 263:24 264:10 264:12 264:12 264:17 264:20 264:24 265:3 265:8 265:8 265:12 265:13 265:20 266:7 266:8 266:20 266:23 267:4 267:7 267:12 267:13 267:14 267:19 268:13 268:14 268:18 268:18 268:18 268:19 268:25 269:25 269:3 269:4 269:13 269:21 270:2 270:14 270:19 270:19 270:25 271:1 271:3 271:3 271:7 271:9 271:9 271:21 271:22 272:9 272:16 272:23 273:5 273:21 274:2 274:11 274:20 274:21 274:22 275:7 275:8 275:12 275:13 275:17 275:21 275:22 275:25 276:5 276:12 276:15 276:20 277:1 277:1 277:10 277:11 277:11 277:18 277:23 277:23 278:3 278:8 278:14 278:18 278:22 279:5 279:6 279:13 279:18 279:20 280:3 280:6 280:7 281:5 281:9 281:18 281:22 281:24 282:2 282:11 282:12 282:19 282:22 283:9 283:10 283:11 283:15 283:23 283:23 284:5 284:15 284:24 284:25 285:8 285:18 285:19 285:22 285:24 286:4 286:6 286:8 286:12 286:20 286:24 286:25 287:9 287:25 288:14 288:1 288:23 289:3 289:17 289:21 289:22 290:4 290:9 290:12 290:15 290:24 291:8 291:8 291:14 292:1 292:4 292:12 292:12 292:21 292:25 293:8 293:11 293:15 293:17 294:4 294:14 294:17 294:22 295:7 295:8 295:16 295:22 296:8 296:8 297:14 298:15 298:20 298:21 299:3 299:4

**you'd**(5) 24:22 50:9 83:1 182:15 182:18
**you'll**(7) 49:23 73:19 183:21 208:18 239:7 242:1 251:21

**you're**(19) 19:1 30:18 39:1 41:19 50:18 55:19 55:19 71:1 86:21 97:18 98:5 184:2 195:2 222:4 246:23 272:20 277:17 281:4 289:4

**you've**(7) 16:10 63:23 63:23 67:14 73:13 229:21 291:4

**young**(1) 4:23

**your**(301) 12:4 13:3 14:13 14:16 14:18 15:6 15:14 15:22 16:10 16:14 16:17 17:10 17:20 18:8 20:17 20:24 21:19 23:23 24:3 25:1 25:5 25:24 26:8 26:13 30:8 30:10 30:16 30:22 31:25 33:4 33:6 34:22 35:3 35:10 35:21 37:22 38:14 38:17 38:25 39:17 41:2 41:3 41:8 43:10 45:15 46:19 47:6 49:23 49:24 50:23 52:20 52:24 53:7 54:14 54:22 57:15 57:24 58:17 59:8 62:4 63:4 63:14 67:18 68:6 68:8 68:17 68:20 68:21 71:6 71:10 71:14 71:15 71:23 72:21 73:1 73:13 73:14 73:17 73:25 74:8 74:20 75:7 75:17 76:12 77:22 78:12 79:6 83:6 85:5 87:3 88:4 94:13 95:3 95:6 97:1 97:8 97:11 97:22 97:23 100:22 102:8 102:12 102:16 102:22 104:14 104:18 105:4 106:16 106:23 107:10 107:16 107:21 108:5 109:1 110:16 111:10 111:18 112:24 113:23 115:7 115:17 118:14 118:25 119:2 119:8 127:13 132:23 133:1 133:16 134:1 134:10 135:23 138:15 140:2 140:16 141:5 143:7 143:17 143:24 143:25 144:19 145:17 146:1 146:18 147:19 147:20 148:5 148:10 148:14 148:18 148:22 149:15 152:8 152:17 154:19 155:7 155:23 156:9 156:15 156:23 164:13 164:20 164:22 166:1 166:5 166:12 167:25 169:5 169:6 169:10 170:7 170:13 171:3 173:1 173:2 173:5 173:15 177:10 177:15 177:20 177:22 177:24 178:18 178:20 179:6 179:18 180:8 180:11 180:16 180:23 182:9 183:1 183:4 183:9 184:8 185:5 185:13 186:9 186:19 186:22 187:1 188:6 188:7 188:17 188:18 188:25 189:4 189:18 190:5 191:1 193:11 194:2 194:11 195:9 196:13 198:1 198:22 201:1 201:4 202:4 202:8 202:21 203:8 205:11 205:21 205:25 206:8 206:21 207:17 208:6 208:12 208:22 208:23 209:8 209:9 209:9 209:16 210:16 211:9 212:16 214:5 214:11 214:15 215:8 216:3 216:5 217:12 217:14 219:8 219:13 220:8 223:10 224:18 225:14 226:24 227:11 229:10 229:24 230:12 232:21 233:3 235:11 239:25 241:15 244:24 245:16 246:19 247:23 248:1 248:13 250:6 250:8 250:9 251:20 252:9 252:11 253:14 253:17 255:20 256:8 257:18 259:7 259:11 260:14 264:17 269:3 269:7 269:17 270:24 272:11 273:24 274:5 274:14 274:22 275:20 277:19 278:8 278:13 278:13 279:1

**your**(24) 279:14 280:10 280:20 281:17 282:7 284:21 287:4 287:16 287:20 288:7 289:1 290:16 291:24 292:4 292:9 293:21 294:11 295:10 296:3 296:20 297:14 297:17 299:3 299:4

**yours**(1) 18:17
**yourself**(5) 23:21 26:21 67:10 165:19 176:17

**you'd**(4) 128:25 147:13 163:5 179:23
**you'll**(1) 155:14
**you're**(20) 115:7 127:17 128:3 137:4 137:15 146:15 149:25 150:1 158:13 161:5 162:25 167:13 167:18 167:20 167:21 167:21 167:22 168:12 168:16 176:10

**you've**(9) 117:15 127:18 132:4 132:7 133:16 140:2 152:24 159:7 174:20

**zell**(37) 23:15 29:1 29:9 29:13 29:15 31:8 34:8 37:15 37:20 51:16 86:15 98:23 98:23 99:2 99:6 111:13 116:7 118:2 118:8 118:19 166:6 166:17 167:8 167:1 167:15 168:4 168:8 168:24 169:8 170:6 176:11 176:25 177:4 177:8 198:4 207:7 245:12

| Word | Page:Line |
|---|---|

**zensky**(115) 2:44  15:2  23:23  24:5  25:5
25:8  25:24  30:10  30:22  30:25  33:4  38:17
38:19  39:4  39:10  41:18  50:23  57:15  57:20
57:21  57:24  58:1  58:24  66:5  67:7  67:18
68:8  71:6  71:13  71:14  72:4  72:16  72:18
72:22  74:16  77:22  77:25  85:5  94:13  96:15
96:21  97:11  97:13  97:20  97:23  98:2  100:4
100:6  100:22  100:24  102:8  102:12  102:21
102:22  102:25  103:2  103:5  107:16  107:20
112:24  112:25  115:15  115:23  116:17
116:20  117:7  118:16  118:25  119:1  128:19
128:21  132:22  135:25  139:23  140:14
140:16  140:21  140:22  143:17  144:1  144:19
144:22  145:12  145:23  146:1  147:5  147:20
148:9  148:14  148:16  148:17  152:11  153:20
154:1  154:2  154:5  154:18  164:19  164:22
165:1  165:10  165:12  166:1  166:16  172:7
172:15  172:25  173:13  173:15  173:18
175:17  177:10  178:2  178:5  179:6

**zensky's**(1) 95:21
**zensky's**(2) 171:23  174:11
**zero**(1) 151:10
**zloto**(1) 8:29
**zuckerman**(27) 4:5  6:19  191:10  199:2
203:15  204:12  204:22  205:4  205:6  205:10
205:12  205:16  217:5  217:10  224:10  239:18
240:1  240:11  258:12  260:12  260:17
260:24  260:25  261:2  261:6  261:7  261:10

**zul**(3) 199:7  242:15  242:17
**'hey**(1) 108:11
**'the**(1) 128:8
**"company"**(1) 115:21
**"david**(1) 112:9
**"did**(1) 146:6
**"glad**(2) 128:6  128:8
**"handled**(1) 119:21
**"he's**(2) 113:20  175:18
**"honest**(1) 109:2
**"just**(1) 113:14
**"put**(1) 178:19
**"separate**(1) 175:3
**"terrorist"**(1) 172:10
**"thanks**(1) 128:2
**"the**(5) 116:9  116:12  155:22  173:14  174:2
**"things**(2) 115:1  116:3
**"too**(1) 114:7
**"unbridgeable**(2) 171:5  171:8
**"very**(1) 121:6
**"we'd**(1) 175:22
**"would**(1) 151:22
**"you**(2) 152:18  175:4