```
                IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF DELAWARE


IN RE:                          )   Case No. 08-13141-KJC
                                )
                                )
TRIBUNE COMPANY,                )   Chapter 11
                                )
                                )   Courtroom 5
                                )   824 Market Street
             Debtors.           )   Wilmington, Delaware
                                )
                                )   March 11, 2011
                                )   9:30 a.m.



                     TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
                 UNITED STATES BANKRUPTCY JUDGE



APPEARANCES:

For Debtors:                    Sidley Austin, LLP
                                BY: JAMES CONLAN, ESQ.
                                BY: JAMES BENDERNAGEL, ESQ.
                                BY: COLLEEN KENNEY, ESQ.
                                BY: ANGELA EAVY, ESQ.
                                BY: JONATHAN LOTSOFF, ESQ.
                                One South Dearborn
                                Chicago, IL 60603
                                (312) 853-7000


                                Cole, Schotz, Meisel, Forman
                                & Leonard, P.A.
                                BY: NORMAN PERNICK, ESQ.
                                BY: KATE STICKLES, ESQ.
                                500 Delaware Ave., Ste. 1410
                                Wilmington, DE 19801
                                (302) 652-3131


ECRO:                           BRANDON McCARTHY

Transcription Service:          DIAZ DATA SERVICES
                                331 Schuylkill Street
                                Harrisburg, Pennsylvania 17110
                                (717) 233-6664
                                www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

For JP Morgan:                          Davis Polk & Wardwell
                                        BY: ELLIOT MOSKOWITZ, ESQ.
                                        BY: BENJAMIN KAMINETZKY, ESQ.
                                        BY: DONALD S. BERNSTEIN, ESQ.
                                        BY: MICHAEL RUSSANO, ESQ.
                                        450 Lexington Avenue
                                        New York, NY 10017
                                        (212) 450-4000

                                        Richards Layton & Finger
                                        BY: MARK COLLINS, ESQ.
                                        One Rodney Square
                                        920 North King Street
                                        Wilmington, DE  19801
                                        (302) 651-7700

For EGI-TRB & Sam Zell:                 Jenner & Block
                                        BY:  CATHERINE STEEGE, ESQ.
                                        BY: ANDREW VAIL, ESQ.
                                        353 North Clark Street
                                        Chicago, IL  60654-3456
                                        (312) 923-2952

For DBTCA:                              McCarter & English
                                        BY: KATHARINE MAYER, ESQ.
                                        BY: DAVID ADLER, ESQ.
                                        405 N. King Street, 8th Fl.
                                        Wilmington, DE  19801
                                        (302) 984-6312

For Official Committee
of Unsecured Creditors:                 Chadbourne & Parke, LLP
                                        BY: DAVID LEMAY, ESQ.
                                        BY: THOMAS MCCORMACK, ESQ.
                                        BY: HOWARD SEIFE, ESQ.
                                        BY: ANDREW ROSENBLATT, ESQ.
                                        BY: ROBERT SCHWINGER, ESQ.
                                        BY: MARC ASHLEY, ESQ.
                                        BY: DOUGLAS DEUTSCH. ESQ.
                                        30 Rockefeller Plaza
                                        New York, NY 10112
                                        (212) 408-5100

APPEARANCES:
(Continued)

```
For Official Committee
of Unsecured Creditors:          Landis, Rath & Cobb
(continued)                      BY: ADAM G. LANDIS, ESQ.
                                 BY: DANIEL B. RATH, ESQ.
                                 919 Market Street, Suite 1800
                                 Wilmington, DE 19801
                                 (302) 467-4400

                                 Zuckerman Spaeder
                                 BY: GRAEM BUSH, ESQ.
                                 BY: ANDREW GOLDFARB, ESQ.
                                 BY: JAMES SOTTILE, ESQ.
                                 1800 M Street, NW
                                 Suite 1000
                                 Washington, DC 20036
                                 (202) 778-1800

For U. S. Trustee:               Office of the U. S. Trustee
          `                      BY:  DAVID KLAUDER, ESQ.
                                 844 King Street, Ste. 2207
                                 Wilmington, DE  19801
                                 (302) 573-6491

For Special Committee of the
Board of Directors:              Jones Day
                                 BY: LYNN MARVIN, ESQ.
                                 77 West Wacker
                                 Chicago, Illinois 60601
                                 (312) 782-3939

For Credit Agreement Lenders: Young, Conaway, Stargatt &
                                 Taylor
                                 BY: BLAKE N. CLEARY, ESQ.
                                 The Brandywine Building
                                 1000 West Street, 17th Floor
                                 Wilmington, DE 19801
                                 (302) 571-6600
```

APPEARANCES:
(Continued)

For Credit Agreement Lenders:
(continued)                      Dewey LeBouef
                                 BY: BRUCE BENNETT, ESQ.
                                 BY: JAMES JOHNSTON, ESQ.
                                 BY: JOSHUA MESTER, ESQ.
                                 333 South Grand Avenue
                                 Suite 2600
                                 Los Angeles, CA 90071
                                 (213) 621-6000

                                 Akin Gump Strauss Hauer & Feld
                                 BY: DAVID ZENSKY, ESQ.
                                 BY: DANIEL GOLDEN, ESQ.
                                 BY: PHILIP C. DUBLIN, ESQ.
                                 BY: ABID QURESHI, ESQ.
                                 BY: SUNNY GULATI, ESQ.
                                 BY: NANCY CHUNG, ESQ.
                                 BY: CHRISTINE DONIAK, ESQ.
                                 One Bryant Park
                                 New York, NY 10036
                                 (212) 872-1000

For Merrill Lynch:               Potter, Anderson & Corroon
                                 BY: LAURIE S. SILVERSTEIN ESQ.
                                 BY: R. STEPHEN MCNEILL, ESQ.
                                 Hercules Plaza
                                 1313 North Market Street
                                 6th Floor
                                 Wilmington, DE 19801
                                 (302) 984-6000

                                 Kay Scholer
                                 BY: MADLYN GLEICH PRIMOFF, ESQ
                                 BY: JANE PARVER, ESQ.
                                 BY: MADLYN PRIMOFF, ESQ.
                                 425 Park Avenue
                                 New York, NY  10022-3598
                                 (212) 836-7042

```
APPEARANCES:
(Continued)

For Law Debenture:              Bifferato Gentilotti
                                BY: GARVAN MCDANIEL, ESQ.
                                800 North King Street
                                Plaza Level
                                Wilmington, DE 19801
                                (302) 429-1900

                                Kasowitz Benson Torres &
                                Friedman, LLP
                                BY: MATT STEIN, ESQ.
                                1633 Broadway
                                New York, NY  10019
                                (212) 506-1717

For Morgan Stanley:             Barnes & Thornburg
                                BY: DAVID POWLEN, ESQ.
                                1000 North West St., Ste. 1200
                                Wilmington, DE  19801-1058
                                (302)868-4536

For Aurelius:                   Ashby & Geddes
                                BY: WILLIAM P. BOWDEN, ESQ.
                                500 Delaware Avenue
                                Wilmington, DE  19899
                                (302) 654-1888

For Great Banc:                 Womble Carlyle Sandridge &
                                Rice, PLLC
                                BY: THOMAS M. HORAN, ESQ.
                                222 Delaware Ave., Ste. 1501
                                Wilmington, DE  19801
                                (302) 252-4339

For Morgan Stanley:             Barnes & Thornburg
                                BY: DAVID POWLEN, ESQ.
                                1000 North West St., Ste. 1200
                                Wilmington, DE  19801-1058
                                (302)868-4536
```

APPEARANCES:
(Continued)

For Wilmington Trust:          Brown Rudnick
                               BY: HOWARD SIEGEL, ESQ.
                               BY: ANDREW DASH, ESQ,
                               185 Asylum Street
                               Hartford, CT  06103
                               (860)509-6519

TELEPHONIC APPEARANCES:

For Jason D Abbruzzese:        Realm Partners
                               BY: JASON D. ABBRUZZESE
                               (212) 612-1441

For Official Committee of
Unsecured Creditors:           Chadbourne & Park, LLP
                               BY:  MARC D. ASHLEY, ESQ.
                               (212) 408-5194
                               BY: DOUGLAS DEUTSCH, ESQ.
                               (212) 408-5169
                               BY: JESSICA MARRERO, ESQ.
                               (212)408-5100
                               BY: MARC ROITMAN, ESQ.
                               (212)408-5271
                               BY: FRANK VAZQUEZ, ESQ.
                               (212)408-5111

                               Zuckerman & Spaeder, LLP
                               BY: GRAEM BUSH, ESQ.
                               BY: JAMES SOTTILE, ESQ.
                               BY: ANDREW GOLDFARB, ESQ.
                               BY: ANDREW CARIDAS, ESQ.
                               (202) 778-1800

                               Landis Rath & Cobb, LLP
                               BY: MATTHEW B. MCGUIRE, ESQ.
                               (302)467-4431

For SuttonBrook Capital:       SuttonBrook Capital
                               Management, LP
                               BY: CAROL L. BALE, ESQ.
                               (212) 588-6640

```
TELEPHONIC APPEARANCES:
(Continued)

For Barclays:                    Mayer Brown, LLP
                                 BY: JEAN-MARIE ATAMIAN, ESQ.
                                 (212)506-2678
                                 BY: MICHAEL L. SIMES, ESQ.
                                 (212) 506-2607
                                 BY: AMIT TREHAN, ESQ.
                                 (212) 506-2198

                                 Barclays Capital, Inc.
                                 BY: BEN WILSON
                                 (212)412-7642
                                 BY: EITAN MELAMED, ESQ.
                                 (310) 907-0455

For Credit Agreement
Lenders:                         Angelo Gordon & Co., LP
                                 BY: GAVIN BAIERA, ESQ.
                                 (212)692-0217

                                 Wilmer Cutler Pickering Hale &
                                 Dorr
                                 BY: MICHELLE GOLDIS, ESQ.
                                 (212) 295-6329
                                 ANDREW N. GOLDMAN, ESQ.
                                 (212)230-8836

For Monarch Alternative
Capital, LP:                     Monarch Alternative Capital LP
                                 BY: ROBERT G. BURNS, ESQ.
                                 (212) 554-1768

For Bank of America:             O'Melveny & Myers
                                 BY: DANIEL CANTOR, ESQ.
                                 (212) 326-2000
                                 BY: DANIEL SHAMAH, ESQ.
                                 (212) 326-2138

                                 Bank of America
                                 BY: ESTHER CHUNG, ESQ.
                                 (646) 855-6705

For Jefferies & Company:         Jefferies & Company
                                 BY: JUSTIN BRASS, ESQ.
                                 (203) 708-5847
```

TELEPHONIC APPEARANCES:
(Continued)

For Wilmington Trust:            Brown Rudnick, LLP
                                 BY:  KATHERINE BROMBERG, ESQ.
                                 (212) 209-4929
                                 BY: ROBERT STARK, ESQ.
                                 (212)209-4862


For Goldman Sachs & Co.:         Goldman Sachs & Company
                                 BY: SCOTT BYNUM, ESQ.
                                 (212) 902-8060


For Tribune:                     DK Partners
                                 BY: EPHRAIM DIAMOND, ESQ.
                                 (646) 282-5841

                                 Sidley Austin
                                 BY: GREG DEMO, ESQ.
                                 (312) 853-7758
                                 BY: KEN KANSA, ESQ.
                                 (312) 853-7163
                                 BY: SOPHIA MULLEN, ESQ.
                                 (212)839-5884
                                 BY: JILLIAN LUDWIG, ESQ.
                                 (312) 853-7523
                                 BY: BRETT MYRICK, ESQ.
                                 (312) 853-1049
                                 BY: ALLISON STROMBERG, ESQ.
                                 (312)853-0497
                                 BY: JANET HENDERSON
                                 (312)853-2931

                                 Tribune Company
                                 BY: GARY WEITMAN, ESQ.
                                 (312) 222-3394
                                 BY: JANET HENDERSON, ESQ.
                                 (312) 853-2931
                                 BY: DAVID ELDERSVELD, ESQ.
                                 (312) 222-4707
                                 BY: DON LIEBENTRITT, ESQ.
                                 (312)222-3651


For Arrowgrass Management:        Arrowgrass Capital Partners,
                                 U.S., LP
                                 BY: ARIF GANGAT, ESQ.
                                 (212) 584-1160

TELEPHONIC APPEARANCES:
(Continued)

For Citibank:                          Paul Weiss Rifkind Wharton
                                       BY: KIRA DAVIS, ESQ.
                                       (212) 373-3000
                                       BY: ANDREW GORDON, ESQ.
                                       (212)373-3543
                                       BY: ANDREW LEVY, ESQ.
                                       (202)223-7328
                                       BY: SHANNON PENNOCK, ESQ.
                                       (212) 373-3000
                                       BY: ELIZABETH MCCOLM, ESQ.
                                       (212) 373-3000

For George Dougherty:                  Grippo & Elden, LLC
                                       BY: GEORGE DOUGHERTY, ESQ.
                                       (312) 704-7700

For Mina Faltas:                       Viking Global Investors
                                       BY: MINA FALTAS
                                       (212) 672-7011

For Aurelius Capital
Management:                            Aurelius Capital Management LP
                                       BY: MATTHEW A. ZLOTO, ESQ.
                                       (646) 445-6518

                                       Akin Gump Strauss Hauer & Feld
                                       BY: SHAYA ROCHESTER, ESQ.
                                       (212) 872-1076
                                       BY: JOHN BERRY, ESQ.
                                       (212) 872-8075

                                       Friedman Kaplan Seiler &
                                       Adelman
                                       BY: KIZZY JARASHOW, ESQ.
                                       (212) 833-1115

For Morgan Stanley:                    Weil Gotshal & Manges, LLP
                                       BY: ASHISH D. GANDHI, ESQ.
                                       (212) 310-8024
                                       BY: DAVID LITVACK, ESQ.
                                       (212)310-8361
                                       BY: ANDREA SAAVEDRA, ESQ.
                                       (212) 310-8544
                                       BY: BRIAN MCGOWAN, ESQ.
                                       (212) 761-1596

TELEPHONIC APEARANCES:
(Continued)

For Serengeti Asset
Management:                      Serengeti Asset Management
                                BY: NICHOLAS HEILBUT, ESQ.
                                (212) 466-2167


For Anna Kalenchits:            Anna Kalenchits
                                (212)723-1808


For JPMorgan Chase Bank:        Davis Polk & Wardwell, LLP
                                BY: PETER KIM, ESQ.
                                (212) 450-3028


For Partner Fund Management:    Vinson & Elkins, LLP
                                BY: LANCE A. MULHERN, ESQ.
                                (212) 237-0184

For Oaktree Capital
Management:                      Oaktree Capital Management
                                BY: KENNETH C. LIANG, ESQ.
                                (213) 830-6422

For Brigade Capital
Management:                      Brigade Capital Management
                                BY: NEIL LOSQUADRO
                                (212) 745- 9758


For Royal Bank of Scotland:     Royal Bank of Scotland
                                BY: COURTNEY ROGERS, ESQ.
                                (203) 897-4815


For Eos Partners:               Eos Partners
                                BY: MIKE J. SCHOTT, ESQ.
                                (212) 593-4046


For Prof. Expert:               Raymond James
                                BY: ROBERT SCHWARTZ, ESQ.
                                (212) 872-7441


For Contrarian Capital
Management:                      Contrarian Capital Management
                                BY: JOSHUA TRUMP, ESQ.
                                (203) 862-8299


For Alvarez & Marsal, Inc.:     Alvarez & Marsal, Inc.
                                BY: BRIAN WHITTMAN, ESQ.
                                (312) 601-4227

TELEPHONIC APEARANCES:
(Continued)

For Insured Party:              Smith Management
                                BY: JENNIFER WILD, ESQ.
                                (212) 418-6877

For Macquarie Capital:          Macquarie Capital (USA)
                                BY: RUSHABH VORA, ESQ.
                                (212) 231-6311

For Kramer Levin:               Kramer Levin Neftalis &
                                Frankel, LLP
                                BY: JORDAN KAYE, ESQ.
                                (212) 715-9489

For Deutsche Bank AG:           Bingham McCutchen, LLP
                                BY: JEFFREY OLINSKY
                                BY: CHAD VALERIO
                                (212) 705-7857

For Deutsche Bank National:     McCarter & English
                                BY: DAVID J. ADLER, ESQ.
                                (212) 609-6847

For Law Debenture Trust:        Kasowitz Benson Torres & Park
                                BY: SHERON KORPUS, ESQ.
                                (212) 506-1700
                                BY: DAVID ROSNER, ESQ.
                                (212) 506-1726
                                BY: CHRISTINE MONTENEGRO, ESQ.
                                (212) 506-1715

For Merrill Lynch:              Kay Scholer, LLP
                                BY: JONATHAN AGUDELO, ESQ.
                                (212) 836-8369

For Cooperstown Capital
Management:                     Cooperstown Capital Management
                                BY: PETER COURI, ESQ.
                                (203) 552-6900

For Wells Fargo:                White & Case
                                BY: SCOTT GREISSMAN, ESQ.
                                (212) 819-8567

TELEPHONIC APEARANCES:
(Continued)

For Robert R. McCormick
Foundation:                     Katten Muchin Rosenman, LLP
                                BY: JOHN SIEGER, ESQ.
                                (312) 902-5294
                                BY: DAVID C. BOHAN, ESQ.
                                (312) 902-5566


For Interested Party:           Canyon Partners
                                BY: CHANEY M. SHEFFIELD, ESQ.
                                (310) 272-1062

                                One East Partners
                                BY: SINA TOUSSI, ESQ.
                                (212) 230-4510


For Non-Party:                  Duff & Phelps
                                BY: JOE LIEWANT
                                (973) 775-8336


For Tricadia Capital:           Tricadia Capital
                                BY: IMRAD AHMED, ESQ.
                                (212) 891-5013


For Bennett Management:         Lucy Galbraith
                                BY: LUCY GALBRAITH, ESQ.
                                (203) 353-3101


For Silver Point Capital:       Silver Point Capital
                                BY: MARK EHMER, ESQ.
                                (203) 542-4219


For Chicago Fundamental
Investment Partners:            Chicago Fundamental Investment
                                BY: PETER GRUSZKA, ESQ.
                                (312) 416-4215


For Board of Committee:         Jones Day
                                BY: XOCHITL STROHBEHN, ESQ.
                                (212) 326-3691


For Dow Jones News Wires:       Dow Jones & Company
                                BY: PEG BRICKLEY, ESQ.
                                (215) 462-0953

```
TELEPHONIC APPEARANCES:
(Continued)

For Goldman Sacks & Co.:      Goldman Sacks & Company
                             BY: LEXI FALLON, ESQ.
                             (212) 902-0791

For Matthew Frank:            Alvarez & Marsal, Inc.
                             BY: MATTHEW FRANK, ESQ.
                             (312) 371-9955

For Rodney Gaughan:           Deutsche Bank
                             BY: RODNEY GAUGHAN
                             (212) 250-2935

For Chandler Bigelow:         Sperling & Slater
                             BY: CLAIRE P. MURPHY, ESQ.
                             (312) 641-3200
                             BY: DANIEL A. SHMIKLER, ESQ.
                             (312) 641-3200

For Carval Investors:         Carval Investors
                             BY:  TECK WONG, ESQ.
                             (952)984-3292
```

1  WILMINGTON, DELAWARE, FRIDAY, MARCH 11, 2011, 9:34 A.M.

2          THE CLERK:  Be seated, please.

3          THE COURT:  Good morning, everyone.

4          ALL:  Good morning, Your Honor.

5          THE COURT:  Ready with your first witness?

6          MR. BENDERNAGEL:  Yes, we are, Your Honor.  And

7  my partner, Colleen Kenney will be presenting Mr. Mandava.

8  I'll ask Mr. Mandava to come up and take the witness stand

9  and Ms. Kenney can take over the podium if that's okay.

10          THE COURT:  Very well.

11          MS. KENNEY:  Colleen Kenney for the debtors.

12  Good morning.

13          THE COURT:  Good morning.

14          MS. KENNEY:  Good morning, Mr. Mandava.

15          MR. MANDAVA:  Good morning.

16          THE COURT:  Please stand and be sworn.

17  SUNEEL MANDAVA, DEBTORS' WITNESS, SWORN

18          MS. KENNEY:  Your Honor, may approach to hand out

19  witness binders?

20          THE COURT:  You may.

21          MS. KENNEY:  Thank you.

22          THE COURT:  Thank you.

23                    DIRECT EXAMINATION

24  BY MS. KENNEY:

25  Q    Mr. Mandava, where are you currently employed?

1    A      Lazard Freres.

2    Q      How long have you worked at Lazard?

3    A      I've been there since 2003, so about eight years now.

4    Q      And what is your current position at Lazard?

5    A      I'm a director in the financial restructuring group.

6    Q      And generally, what type of work does Lazard do?

7    A      Lazard is a global investment bank that provides

8    investment banking and asset management services.

9    Q      What industries does Lazard serve?

10   A      Lazard covers a broad range of industries in the

11   investment banking side.  Of course we have a media and

12   telecom practice.  We also have all the other major

13   industries you'd expect, financial services, power and

14   energy, et cetera.

15   Q      Where did you work before you began at Lazard?

16   A      I spent my time at a portfolio company of Capital Z

17   Partners called USI Holdings.  And prior to that, at Capital

18   Z Partners, a private equity fund.

19   Q      And were you anywhere prior to that?

20   A      Prior to that, I spent three years in investment

21   banking doing mergers and acquisitions work at two other

22   investments banks.

23   Q      And how long have you been working in this field?

24   A      I've been spending -- I've had fifteen years

25   cumulatively working in a corporate finance capacity.

1  Q      And where did you go to school for college?

2  A      I went to the University of Pennsylvania, the Wharton

3  School.

4  Q      What are your degree -- what is your degree?

5  A      I have a bachelors of science in economics with

6  concentrations in finance, accounting, and statistics.

7             MS. KENNEY:  Your Honor, I'm just going to mark

8  so that we -- for ease as we go through this and for

9  everyone else, the demonstratives that are in your binder as

10  a group exhibit, DCL Exhibit 1485.  So we know what we're

11  referring to.

12             THE COURT:  All right.

13  BY MS. KENNEY:

14  Q      Mr. Mandava have -- is the first slide, the first page

15  on your demonstrative exhibits is that your CV?

16  A      Yes, it is.

17  Q      And have you worked on restructurings in the last

18  fifteen years?

19  A      Yes, I've been in the financial restructuring group I

20  guess since 2003 and I've worked on a variety of

21  restructuring matters since then.

22  Q      Could you give us just a brief description of the type

23  of restructuring work that you've done over the last eight

24  years?

25  A      Yeah, the second page of my CV, I believe actually

1    summarizes the range of clients that I've advised most

2    recently before Tribune, the Telephone Company of Hawaii for

3    instance.   There was Movie Gallery is another company people

4    may have heard of.   I was before this Court in the matter of

5    New Century Financial.

6    Q    Could you give just a brief description of the type of

7    restructuring work you've done over the last eight years?

8    A    Yeah.   As is the case in most of the companies we

9    advise, we cover a broad range of topics, all the ones that

10   you'd expect in restructuring advisory.   Everything from

11   plan development negotiation to valuation, of course, and

12   debt capacity.

13   Q    Have you done valuation in your work?

14   A    Absolutely.

15   Q    And could you give us some, excuse me, could you

16   provide us a description of the type of valuation work

17   you've performed?

18   A    Yes.   In most of the cases on the restructuring side,

19   we are engaged to value or assess the distributable value of

20   the debtors.

21   Q    Have you done valuation work outside of the

22   restructuring context?

23   A    Yes.   At Lazard, I was involved in Lazard's IPO which

24   involved the assessment of Lazard's value.   And prior to

25   that at USI Holdings I was the lead in that IPO.   Prior to

1  that in Capital Z Partners, I was involved in seven

2  completed investments where we had to value those

3  businesses.  And then prior to that as an M&A banker, I was

4  involved in a number of completed M&A transactions where a

5  critical aspect of those transactions was valuing the target

6  business.

7  Q    And does Page 2 of your CV, does that list the

8  valuation work you did while you were at Lazard with the

9  checkmarks under the valuation column?

10  A    Yes.  These would be all the debtors for which I've

11  been involved in doing some valuation work.

12  Q    Have you ever submitted an expert report to a Court

13  before?

14  A    Yes, I have.

15  Q    And was that the Hawaiian Telecoms you mentioned

16  earlier?

17  A    Yes, it was.

18  Q    What was the topic of that expert report?

19  A    In that matter, I was an expert testifying to the

20  valuation of warrants that were provided as part of the

21  consideration in the plan.

22  Q    Did you -- I'm sorry.  Did you testify in that matter?

23  A    I did.

24  Q    Were you qualified as a valuation expert in that

25  matter?

1  A      I was.  Valuation, clearly, has been a component part

2  of the experience I've had over the last fifteen years.

3          MS. KENNEY:  I'd like to proffer the witness as

4  an expert in valuation and reorganization.

5          THE COURT:  Is there any objection?

6          MR. QURESHI:  No objection, Your Honor.

7          THE COURT:  You may proceed accordingly.

8  BY MS. KENNEY:

9  Q      Mr. Mandava, when did you first become involved with

10  the work that Lazard did for Tribune?

11  A      Lazard was engaged in approximately November 2008 and

12  I was part of the team from that day forward.

13  Q      Could you give us just a brief overview of the type of

14  work you've done for Tribune since November of 2008?

15  A      Yeah.  Since I would say the summer of 2010, I've been

16  the lead investment banker in much of the valuation work

17  that's been performed here.  I've done some additional work

18  in preliminary assessments of debt capacity and then other

19  strategic considerations and opportunities the company has

20  been evaluating.

21  Q      Let's take a look at Slide 3, please.  You said that

22  part of the work that you did was valuation related for

23  Tribune, right?

24  A      That's correct.

25  Q      Okay.  And could you just discuss briefly the type of

1   valuation specific or some of the work you've done for

2   Tribune.

3   A     Well, what I like about Slide 3 here is it sets up

4   some of the key milestones of the valuation work we've been

5   doing since the 2010 timeframe.  And it really puts in

6   context the discussion we're about to have today.

7   Q     So the first thing we see here is the March valuation

8   report.  What was the March valuation report?

9   A     Well, the March valuation report was prepared in

10  connection with the June 2010 disclosure statement.  And at

11  that point in time, we had arrived at a valuation estimate

12  of $6.1 billion.

13  Q     And then there's an October valuation report listed

14  here.  What was your involvement in the October valuation

15  done by Lazard?

16  A     As I had mentioned before towards the summer of 2010,

17  I became the lead investment banker in preparing the

18  valuation work.  And in the October -- for purposes of the

19  December 2010 joint disclosure statement, we arrived at our

20  conclusion of valuation and that's the $6.75 billion that

21  people have been discussing.

22  Q     And then you also have a January valuation supplement

23  listed on Slide 3.  What was your involvement in the January

24  valuation supplement work?

25  A     Again, I was the lead person from the Lazard side

1   conducting that work.  And as you'd expect, as we were

2   approaching the confirmation hearing, we took -- we

3   undertook an effort to validate the reasonableness of our

4   October valuation report and so we took another look at the

5   valuation for the debtors.

6   Q    Did you reach a conclusion about the reasonableness of

7   your October valuation report?

8   A    Yes.  The January work that we conducted which took

9   into consideration all the current market information and

10  current company financial information available to us at

11  that time confirmed the reasonableness of the valuation we

12  arrived at in our October report.

13  Q    Can you provide the Court with a brief overview of the

14  valuation methodology that you used to value the debtors and

15  your work that you've performed?

16  A    Well, if we turn to Page 4 in the slides, I think this

17  actually frames it quite nicely.  And I really like going

18  through this slide because it really simplifies exactly what

19  we've done here and breaks down our valuation into its three

20  component parts.  There really is a valuation of the core

21  business, the operations that this company owns, operates,

22  controls.  As we all know, that's a publishing business and

23  broadcasting business.  We add to that the column entitled

24  non-controlled investments.  And that would the value of the

25  company's minority investments.  And finally, we add to that

1  the cash that exists in this company.  And those three

2  components comprise the distributable value of this debtor.

3          MS. KENNEY:  Your Honor, we're going to come back

4  to this page and we have a demonstrative blowup that I'd

5  like to have put up on the easel if that's -- and Joe, would

6  you mind?  Thank you.

7  BY MS. KENNEY:

8  Q    Is this methodology a sum of the parts methodology?

9  A    It is.  With respect to valuing the core business, we

10 used the sum of the parts methodology.

11 Q    And why did you use the sum of the parts methodology?

12 A    Well, the sum of the parts methodology allows us to

13 have the benefit of looking at the component parts or

14 distinguishable parts of the business when the marketplace

15 arrives valuation of them differently.  And in this case,

16 the market assesses value for the publishing industry

17 distinctly from the way it arrives at valuation for the

18 broadcasting industry.  And so we believe we are able to

19 arrive at a more informed or more accurate assessment of

20 value by looking at the component parts.

21 Q    And let's take a look at Slide 4.  What was in your

22 opinion is the value of the Tribune's publishing business?

23 A    Well, that would be the bar all the way towards the

24 left.  And we arrived at point estimate of $960 million

25 approximately in a range of $900 to $1 billion

1  approximately.

2  Q    And what about the broadcasting business?

3  A    The broadcasting business, the bar next over is a $2.6

4  billion valuation roughly with a range of approximately $2.4

5  to $2.8.

6  Q    And what are -- the next bar it says other wholly

7  owned -- it says other wholly owned, but other wholly owned

8  assets.  What are the Tribune's other wholly owned assets?

9  A    The primary asset there is Tribune Media Services, but

10  we also include a smaller asset called ForSaleByOwner.

11  Q    And in your opinion, what is the value of the

12  Tribune's other wholly owned assets?

13  A    Approximately $200 million.

14  Q    Okay.  The next line are corporate level adjustments.

15  In your opinion, what was the value of the corporate level

16  adjustments?

17  A    It's a reduction in value of approximately $600

18  million.

19  Q    And we'll come back and talk about that in a little

20  more detail.  The next line says non-controlled investments,

21  the next bar.  What are Tribune's non-controlled

22  investments?

23  A    These would principally be related to minority

24  investments in the TV Food Network, CareerBuilder, and

25  Classified Ventures.

1  Q      And, in your opinion, what is the value of Tribune's

2  interest in the non-controlled investments?

3  A      In aggregate a little less than $1.9 billion.

4  Q      And then the next bar says distributable cash.  What's

5  that?

6  A      This would be all the cash at the company at the

7  assumed effective date, less emergence related

8  distributions.

9  Q      And the total for the company?  The -- your estimate

10  of value for the total of the company?

11  A      Just under $1.7 billion.

12  Q      Can you briefly describe the steps that you took to

13  inform yourself about Tribune and its operation so that you

14  could prepare your expert valuation report?

15  A      Yes.  So in a -- as we did here and would do in the

16  assignments that we work on, in connection with arriving at

17  our conclusions on distributable value, we, of course,

18  receive the financial projections as prepared by the

19  management.  We review them.  We diligence them through

20  discussions with the management team.  We do generally

21  benchmarking work to evaluate the projections as compared to

22  other indicators of growth and margins that might exist by

23  Wall Street analysts or other forecasting services that

24  exist out there.  And we look at market data and together we

25  arrive at our assessment of value.

1   Q      And I know you had been working with the company for

2   nearly two years, but did you also meet with company

3   representatives specifically related to this valuation work?

4   A      Yes.  When we do our due diligence, a component part

5   of that is meeting with management, asking questions about

6   the projections and making sure we walk away with the key

7   underpinnings or key assumptions that form the basis of the

8   projections.

9   Q      And what methodologies or valuation approaches did you

10  use to value Tribune's parts?

11  A      We used the standard valuation methodologies that I'm

12  sure the Court's familiar with, the comparable companies

13  approach, the precedent transactions approach, and the

14  discounted cash flows approach.

15  Q      What's a comparable company approach?

16  A      That just in summary fashion it means looking at

17  Tribune's comparables or peer companies in the publishing

18  and broadcasting industry assessing how the market values

19  those companies and using that as a basis for valuing

20  Tribune based on EBITDA in this case primarily.

21  Q      And what about discounted cash flow?  What is the

22  discounted cash flow?

23  A      Discounted cash flow is the assessment of the present

24  value of the companies unlevered cash flows over the

25  projection period and the present value of the terminal

1  value of the company which reflects the value of the

2  business beyond the projection period.

3  Q    And I think you also said precedent transaction.

4  What's the precedent transaction approach?

5  A    The precedent transactions approach looks to

6  valuations paid in similar businesses and the premiums that

7  are paid as a basis to assess what might be the value of the

8  debtors in a change of control transaction.

9  Q    In doing your valuation report, did you use the most

10 currently available financial information from the company?

11 A    Each time that we assessed value, we used the then

12 most currently available market data and the then most

13 currently available financial data.

14 Q    And did you do a report that reflects the work that

15 you performed and which contained your opinions as to the

16 distributable value of Tribune?

17 A    We did.

18 Q    And would you take a look at your binder at the tab

19 that says DCL Exhibit 1135.

20 A    Yes.

21 Q    Is this that report?

22 A    It is.

23       MS. KENNEY:  I'd like to submit that into

24 evidence.

25       (DCL Exhibit 1135 was received in evidence.)

1              THE COURT:  Is there any objection?

2              MR. QURESHI:  No objection, Your Honor.

3              THE COURT:  Admitted without objection.

4  BY MS. KENNEY:

5  Q    And let's go back to the blowup we have there with

6  Slide 4 and we -- the first thing that's on the very far

7  left is publishing.  Do you see where I am?

8  A    Yes.

9  Q    And could we turn to Slide 5, please and come back to

10 that number?  Is -- what is Slide 5?

11 A    Slide 5 summarizes the valuation work that we did with

12 respect to the publishing segment.

13 Q    And do the numbers on Slide 5 are those the numbers

14 that work back to the large blowup we have there which is

15 Slide 4?

16 A    Yes, it is.

17 Q    Okay.  Could you describe to the Court, the valuation

18 methodologies you used to value the Tribune's publishing

19 business?

20 A    Yes.  As shown on Page 5, we relied principally here

21 on the comparable company approach and the discounted cash

22 flow approach.

23 Q    And, in your opinion, what is the range of value for

24 the Tribune's publishing business?

25 A    The reference range indicated in the blue box shows

1  $895 to $1 billion, roughly and a point estimate of $962.

2  Q    Well, why don't we start with the comparable company

3  approach?  Would you look at Slide 6, please?

4  A    Okay.

5  Q    What is Slide 6?

6  A    Slide 6 summarizes the methodology we used to arrive

7  at the comparable company valuation for the publishing

8  segment.

9  Q    And there's information on the right side of the slide

10  and then there's another chart on the left side of the

11  slide.  Could you explain what those two parts of Slide 6

12  are?

13  A    Yes.  On slide -- on the left hand side of the page,

14  we used the company's 2010 estimated EBITDA for the

15  publishing segment which we show here to be $273 million.

16  And we apply our assumed multiple range of 4.25 to 4.75 to

17  arrive at our assessment of the comparable company

18  valuation.  On the right side of the page, we highlight the

19  peer comparables that we relied upon to come up with that

20  multiple range of 4.25 to 4.75.

21  Q    And the numbers on the right, the comparables, the

22  multiples.  There's something called pure play and

23  diversified.  What is pure play?

24  A    Yes.  Remember, we're using sum of the parts

25  methodology here as we described before.  And what one

1  should be doing is when you're going through the effort of

2  valuing the component parts of the business, you should be

3  looking to comparables that are most similar to the

4  component part of the business you're valuing.  So in this

5  instance, since we're valuing a newspaper business, we want

6  to look at comparables that are principally newspaper

7  businesses.  Hence, we relied principally upon the pure

8  plays here.

9  Q    There's also diversified.  What are diversified in

10 this chart?

11 A    As it would imply by the title, diversified companies

12 have not only newspaper revenue, but also a mix of other

13 revenue.  In most cases here, it's broadcasting revenue, but

14 there are also other unrelated revenues as well.

15 Q    And looking at Slide 6, I see that three of the

16 companies that are listed on the right side, they have red

17 boxes around them.  Could you explain why there's red boxes

18 around those?

19 A    Well, these would be the three primary companies we

20 looked to in arriving at our range.

21 Q    And why did you look primarily to these three

22 companies in arriving at your multiple range?

23 A    So first, the backdrop is that as always, this is

24 usually the case in comparable companies analysis.  You

25 rarely have perfect comparables.  So you need to look at

1  companies which are the most similar.  And that's the case

2  here.  In New York Times, we have a newspaper that obviously

3  you have the large metro of New York Times and you have the

4  Boston Globe.  And that -- those papers bear some

5  resemblance and similarities to the large papers that

6  Chicago Tribune has, namely the Chicago Tribune, LA Times.

7  So we viewed New York Times as a good proxy or indicator of

8  how the market may look at large metro paper valuations.

9  And, of course, the New York Times on a relative basis has

10  the closest EBITDA margin to Tribune's publishing segment.

11  Q    And then McClatchy is another one that's circled or

12  boxed in red?

13  A    McClatchy directly underneath.  McClatchy has a number

14  of papers that are more akin to the size of Tribune's papers

15  outside of the LA and Chicago markets.  The sort of the

16  second tier or mid-tier cities.  And in that respect,

17  McClatchy was useful as an indicator of how the market would

18  look at a company with mid-size papers.  However, it does

19  have some differences.  Its margins are higher and we take

20  that into consideration as well when coming up with our

21  range.

22  Q    And finally, the last one that has the red box around

23  is in diversified and it's Gannett.

24  A    Yes.  We looked at Gannett to inform ourselves of the

25  reasonableness of our range.  Gannett has some similarities

1   and with USA Today, big national paper, that give us some

2   indication of how again the large papers and Tribune may be

3   assessed.  But Gannett has a number of differences and many

4   of its papers are much, much smaller papers.  And then, of

5   course, the Gannett multiple is influenced by the

6   broadcasting business it has, as well as, other investments.

7   Q    And based on the companies that you said that you

8   relied on, how did you use those companies to derive your

9   multiple range of 4.25 to 4.75 that's on the chart on the

10  left?

11  A    Well, looking at New York Times and McClatchy, we used

12  those two multiples to inform us of the high end of our

13  range and they're out in the 4.75 that we used in the high

14  end of our range.  But again, we took into consideration the

15  differences I talked about before.  In particular, the

16  margin as well.  And we took a half turn discount to come up

17  with the low end of our range at 4.25.  We then looked at

18  the Gannett multiple to confirm the reasonableness of our

19  range and we see that Gannett at 4.50 fell squarely within

20  our range and that gave us additional comfort.

21  Q    And I think you said you used 2010 estimated EBITDA as

22  the financial metric applied against those multiples.  Is

23  that right?

24  A    We did.

25  Q    And why did you use 2010 estimated EBITDA as your

1  financial metric?

2  A    Well, in our assessment, we believe that markets are

3  generally forward looking in arriving at their assessment of

4  value.  And we gave this careful consideration at the time

5  that we did this being October.  You have two choices, do

6  you look at 2010 as your forward estimate or 2011?  And we

7  erred on the side of using 2010 because at that point, that

8  was six months of forward information with only June results

9  being available.  As compared to 2011, which would have been

10 18 months forward.  And our assessment at that time was that

11 the marketplace on a comparable companies approach

12 methodology would look to 2010 as the basis for valuing this

13 segment.

14 Q    You also said you did a DCF analysis of the publishing

15 business?

16 A    We did.

17 Q    Is that summarized on Page 7 or Slide 7?

18 A    It is.

19 Q    And very generally, how did you do the DCF for the

20 publishing business?

21 A    Yeah.  The DCF analysis, the standard methodology of

22 arriving at unlevered free cash flows, calculating their

23 present value using an assumed discount rate, calculating a

24 terminal value as well and discounting that as well.

25 Q    How did you calculate the terminal value?

1  A     Well, the terminal value here we did using -- we

2  arrived at using the Gordon Growth Model or discount

3  approach.

4  Q     What is a Gordon Growth Model?

5  A     It capitalizes or assesses the value of the outer year

6  or terminal year cash flow based on a discount rate and

7  growth assumption.

8  Q     Why did you use a Gordon -- is there another

9  methodology you could use?

10 A     Yeah.  Another approach that's often used and we, in

11 fact, used it elsewhere in our report is applying a terminal

12 value, EBITDA multiple or some other sort of trading

13 multiple.

14 Q     So why did you use the Gordon Growth Model for the

15 publishing business instead of a terminal?

16 A     It's -- that's a great question.  And we spent a fair

17 amount time discussing and thinking about this as well.  And

18 it really boils down to one or two considerations.  In my

19 judgment, it's appropriate to use a terminal value multiple

20 approach which is based on current trading multiples that

21 are observed in the marketplace when the terminal value cash

22 flow or EBITDA bears similarity to the current financial

23 profile of the business.  But here, if one looks at the 2015

24 EBITDA of $100 million and the cash flow of $16.8 and

25 compares that to the EBITDA in 2011 of $223 of EBITDA and

1   $142 of unlevered cash flow, it's pretty obvious that the

2   financial profile of this business in 2015 is markedly

3   different than it is in 2011.  And, therefore, applying a

4   multiple in the current marketplace against a set of

5   projections in outer years which are markedly different,

6   wouldn't be appropriate.

7   Q    And what range did you use in the Gordon Growth

8   methodology?

9   A    So the Gordon Growth, what that allowed us to do is

10  take into consideration that there is an expected decline in

11  the cash flows of this business which we didn't believe the

12  terminal -- the multiples approach would allow us to do.

13  And so we used a Gordon Growth methodology which

14  incorporated an assumed growth rate -- brought us a growth

15  rate of -3 percent to positive 3 percent.

16  Q    Would you please turn back to Slide 5, please?  What

17  was the -- or in your opinion, what was the estimated range

18  of value of the publishing business under the discounted

19  cash flow approach?

20  A    So on Page 5, we indicate using the DCF approach that

21  we arrived at a range of $330 million to $456 million.

22  Q    How did you weight the various methodologies in coming

23  up with your final estimate of the value of the Tribune's

24  publishing business?

25  A    Well, clearly, we gave greater consideration to the

1  comparable company approach.  And we used 70 percent

2  weighting for the comparable company approach and a 30

3  percent weighting for the DCF.

4  Q     And why did you use a 30 percent weighting for DCF?

5  A     Well, what you're confronted here with are two

6  distinct outlooks for this segment or this industry, if you

7  will.  The comparable company approach essentially is saying

8  that the industry outlook here is going to be a very akin or

9  similar to the near term outlook of this business which is a

10 business with, you know, the current margins it's

11 experiencing, the current cash flow it's experiencing, and

12 that, in fact, it will -- the market is saying that this

13 industry will somehow revitalize itself, attenuate the

14 secular trends that it's facing, crack the internet

15 challenge with an opportunity.  And the DCF analysis is

16 assuming the opposite.  It's assuming that this industry

17 will continue to face and struggle with the secular

18 challenges that it's currently experiencing and it won't be

19 able to turn those around.  So we had two different

20 outlooks.  And we had to make a judgment as to which one do

21 we think, the marketplace or how do we think investors would

22 assess value for this business at emergence.  And we erred

23 on the side using our professional judgment, the marketplace

24 would take a point of view more similar or more akin to the

25 way that the capital markets are currently valuing

1  publishing companies.

2  Q     Would it have been appropriate to give only a 10

3  percent weight to the DCF methodology?

4  A     In my judgment, it would not.  Using 10 percent is

5  akin to just saying I'm not giving any consideration or any

6  weight to it.  And in our view, you cannot completely ignore

7  the discounted cash flow implied valuation here for a couple

8  of reasons.

9  Q     And what are those reasons?

10 A     The first being is that we all know that capital

11 markets aren't always correct.  We just have to go back to

12 2007 and see that.  The other is that the projections that

13 are prepared by management here are those of a management

14 team that is in the trenches involved day to day with each

15 of the specific papers, each of the individual markets that

16 this company is operating in, and they have a front row seat

17 to exactly what's happened.  Thirdly, the potential that

18 this industry may remain in a state of secular decline is

19 not a wild and crazy assumption.  We have to keep in mind

20 that this paper, the Tribune itself has lost $1 billion of

21 publishing ad revenue in the space of three to four years.

22 That's an enormous number and it continues to decline.  So

23 it's not -- so while every paper out there including the

24 Tribune has strategies of how it will address this secular

25 challenge, it's not a foregone conclusion that they will all

1  prevail and they will be successful.

2  Q     Are the projections that are used in the DCF that you

3  prepared are those management's projections?

4  A     They are.

5  Q     Okay.  Do you have a view as to whether both of those

6  views of the market or of this business, one that will

7  recover and one that is in decline, whether both of those

8  are reasonable?

9  A     I think they're both legitimate perspectives on which

10  way this industry may go.

11  Q     In your opinion, what is the value of the Tribune's

12  publishing business?

13  A     We arrived at a range of approximately $900 million to

14  $1 billion.

15  Q     Let's go back to the blowup that's next to you.  And

16  the next bar is the publish -- or I'm sorry, is the

17  broadcasting business.  Could you turn to Slide 8, please?

18  What does Slide 8 show?

19  A     Slide 8 summarizes the approach we use to arrive at

20  our estimate of the broadcasting valuation.

21  Q     And which -- what methodologies did you use to value

22  the broadcasting business?

23  A     We relied on the comparable company approach and the

24  discounted cash flow approach.

25  Q     I see there's a line here for precedent transactions.

1   Did you rely on the precedent transaction approach?

2   A     No, we considered it, but we did not rely upon it.

3   Q     And why didn't you rely upon it?

4   A     Pretty simply, there really were no precedent

5   transactions that we could actually look to.

6   Q     Would you look to Slide 9, please?  What is Slide 9?

7   A     Slide 9 highlights the work that we did to arrive at

8   the comparable company valuation.

9   Q     And would you briefly describe how you arrived at a

10  comparable company valuation?

11  A     Very similar to the way we discussed in the

12  publishing.  You arrive at a multiple range in this case

13  based again on EBITDA and apply it to Tribune's estimated

14  EBITDA for the broadcasting segment.

15  Q     And again, there's two sides on this page and on the

16  right side are a list of multiples and on the left side are

17  -- is another chart.  What are those two sides showing?

18  A     Sure.  So the left hand side of the page we show the

19  EBITDA estimates that we use for each of the component parts

20  of the broadcasting segment, as well as, the EBITDA multiple

21  range.  Taken together, they are used to arrive at the

22  estimate for enterprise value.

23  Q     When I look at the left hand side under business

24  segment, there's television station and cable operations.

25  Could you explain why those are broken into two pieces?

1  A    Yes.  So within the broadcasting segment, there is a

2  business called WGN America which has some characteristics

3  that distinguish it from the other TV stations and, in our

4  judgment, warranted being valued distinctly.

5  Q    And then under televisions station there's two -- a

6  breakout there between profitable stations and developing

7  stations.  Can you explain that breakout, please?

8  A    Yes.  So within the TV stations, there were a handful

9  of stations that had margins that were below those of the

10 profitable stations, were recovering, if you will, as the

11 economy was recovering.  And we had to value those in a

12 manner distinct from the way we valued the profitable

13 stations.

14 Q    And I look to the right under the multiples for TV

15 broadcasting and there's pure play and diversified.  And

16 could you explain the difference in broadcasting between

17 pure play and diversified?

18 A    Yeah.  Once again, since we're using sum of the parts

19 approach, we want to rely upon those companies that are most

20 similar to the broadcasting stations and we look to the pure

21 plays here which are businesses who derive the majority of

22 their revenue from the broadcasting business.  Whereas, the

23 diversified would as it would suggest, be companies that

24 derived their revenue from broadcasting and publishing or

25 other businesses.

1    Q      And, in your opinion, which are more comparable to

2    Tribune's broadcasting, the pure play or the diversified?

3    A      We would use the pure play.

4    Q      And why is that?

5    A      Again, for the reasons I just described.  If we're

6    valuing a broadcasting business, we would like to look at

7    broadcasting businesses.

8    Q      And I see that the multiple you used for the

9    profitable stations for the television stations is 6.5 to

10   7.5.  I'm on the chart on the left.

11   A      That's right.

12   Q      Okay.  And how did you derive the multiple of 6.5 to

13   7.5?

14   A      So using the pure plays, we ultimately took the mean

15   multiple implied by the pure plays of 7.4 to come up with

16   the high end of our range of 7.5.  And then we took a one

17   turn discount to that to come up with the low end of our

18   range of 6.5.

19   Q      And why did you use the mean effectively as the high

20   end of your range?

21   A      Well, that again, involves assessing the comparable

22   companies, how comparable they are, what are the

23   differences, what are the similarities?  And in this case,

24   there are a number of differences that I can describe in

25   greater detail, but ultimately, what we looked to was the --

1    that we felt that the Tribune's broadcasting businesses

2    principally because of their affiliate relationships which

3    are those -- which are associated with the CW network as

4    compared to NBC, FOX, CBS, ABC, the big four, if you will,

5    that it warranted taking a valuation multiple that would be

6    informed by the mean on the high end and a discount to the

7    mean on the low end.

8    Q    Are you saying that the companies in the comparables

9    have different relationships with affiliates than Tribune

10   does?

11   A    Yes.  And it's a good question, thank you for asking

12   that.  The TV stations at Tribune have affiliate

13   relationships more heavily skewed towards the CW network.

14   Whereas, in the pure play, those these companies have

15   stations which may be in smaller markets than the Tribune,

16   they are much more heavily weighted towards the ABC, CBS,

17   FOX, NBC's of the world.

18   Q    And why does it matter that they're more -- that the

19   comparable companies are more heavily weighted to FOX and

20   CBS, and NBC?

21   A    I think we all just need to ask ourselves which

22   stations do we watch when we watch TV and it makes it sort

23   of obvious.

24   Q    If you turn now to the cable stations, how did -- I

25   see that on the left again under cable operations, what is

1  Tribune's cable operations?

2  A    So the cable operations is that the title we use to

3  refer to WGN America, a large business within Tribune's

4  broadcasting segment.

5  Q    And what type of programming does WGN America show?

6  A    So WGN America is -- principally has syndicated shows

7  or reruns.

8  Q    And I look at the left hand chart here and I see that

9  the multiple that was used for cable operations is eight to

10 nine times EBITDA.

11 A    That's right.

12 Q    And how did you derive the eight to nine times EBITDA

13 for the cable operations?

14 A    So we had to -- in arriving at the multiple range that

15 we selected -- just as a matter of background here, WGN

16 America is a hybrid, if you will, between a regular TV

17 station and a cable network.  It's what people refer to as a

18 superstation.  And what that means is that it bears

19 characteristics of both.  And WGN America has the national

20 reach of a cable network in the sense that it touches over

21 70 million homes, but it doesn't have the original content

22 of some of the cable networks that we show here like TV Food

23 Network or others.  In fact, it shows, you know, Andy

24 Griffith show or Cheers and other reruns. So the content is

25 just different.

1          THE COURT:  Or Two and a Half Men.

2          MR. MANDAVA:  There you go.

3  (Laughter)

4          MR. MANDAVA:  Exactly, thank you.  And then --

5  and so by virtue of not having original content, it bears

6  the more similarities to TV stations.  And so again, it's

7  sort of hybrid, in between.  And that give us, that informs

8  us of how we would come up with a valuation multiple range.

9  And in this case, what we tried to do was come up with a

10  range that was somewhere in between the TV stations and

11  somewhere in between the cable.  One more factor that I

12  failed to point out was that WGN America revenue mix bears

13  some similarities to a cable network in the sense that its

14  revenue mix comes from both ad revenue and subscriber fees,

15  whereas, the TV stations derived their revenues principally

16  from ad revenue.

17  BY MS. KENNEY:

18  Q     And based on what you've just told us, how did you

19  come to -- I'm sorry 8 to 9 as your multiple range?

20  A     Again, just you can see the multiple range that we

21  used for the TV stations of 6.5 to 7.5.  We wanted to take a

22  premium to that and so we have 8 to 9.  And then we looked

23  at the Scripps Networks multiple and concluded that it

24  needed to be a discount, the Scripps multiple and the use of

25  8 to 9 confirmed that reasonableness.

1  Q      Why did you focus on Scripps Network?

2  A      Well, Scripps we looked at primarily because of the

3  mix of revenue at Scripps as between subscriber fees and ad

4  revenues was most close to the mix at WGN America.

5  Q    I want to ask a little bit about the financial metric

6  that you used against your multiples.  So let's turn back to

7  the television stations and what financial metric did you

8  use to apply against the multiples that you selected on the

9  left hand side of the chart under 2010 estimated EBITDA?

10  A      For the TV stations?

11  Q      Correct.

12  A      We used as shows on the table, 6.5 to 7.5 times.

13  Q      I'm sorry, what financial metric did you use?

14  A      Oh, I apologize.  We used EBITDA and this is a

15  distinction as well that's worth making.  In the case of the

16  TV stations, we took a blend of 2010 EBITDA and 2011 EBITDA.

17  Q      And why did you take a blend of 2010 EBITDA and 2011

18  EBITDA for the TV stations?

19  A      Well, when doing the comparable company approach,

20  remember, we're using our best estimate of what is sort of

21  the recurring EBITDA of a business.  And in the case of TV

22  stations which have big fluctuations between even years and

23  odd years, political years and off political years, we take

24  an average of the two to take into consideration that

25  fluctuation in political ad revenue.

1    Q       Did you do the same for cable?

2    A       Well, the WGN America has very little political ad

3    revenue, so in that instance, we just look at the forward

4    estimate of EBITDA and we used 2010 EBITDA in this case.

5    Q       And based on a comparable company methodology, what is

6    your opinion as to the range of value for the Tribune's

7    broadcasting business?

8    A       Yeah.   In taking in consideration the segment level

9    corporate overhead which is identified in group allocations,

10   we arrived at a range of approximately $2.6 billion to $2.95

11   billion.

12   Q       You said you also did a DCF for the broadcasting

13   business?

14   A       We did.

15   Q       Is that what's shown on Page 10?

16   A       Yes.

17   Q       And if you'd just briefly describe how you performed

18   the DCF valuation.

19   A       Again, the same general approach, arriving at

20   unlevered cash flows over the projection period and

21   discounting them and then arriving at an estimate of the

22   terminal value and discounting that.

23   Q       And how did you arrive at an estimate of the terminal

24   value?

25   A       Well as I said before, in other parts of the valuation

1  we use a multiple and that's exactly what we did here.  We

2  applied an estimate of the current trading multiple, blended

3  trading multiple to come up with the terminal value here.

4  Q     Could you explain why you used a terminal multiple

5  value here instead of Gordon Growth?

6  A     Absolutely.  As distinct from the publishing forecasts

7  and I think I'm probably reminding myself I'm not supposed

8  to say these numbers aloud, Your Honor, you can see that in

9  2015 here at the EBITDA numbers, that the EBITDA numbers

10 bear much more similarity to the 2011 EBITDA numbers much --

11 they -- and so as a result, given that the financial profile

12 of the business in the outer years is going to much more

13 similar to it is in the near term, the use of current

14 trading multiples is appropriate.

15 Q     Are you looking at the line on Slide 10 where it says

16 revenue and then growth and then the next line is EBITDA?

17 A     That's right.

18 Q     And then across you're looking at the columns?

19 A     Yes, that's correct.

20 Q     Okay, thank you.  Let's turn back to Slide 8 just for

21 a minute.  What is your estimate of the value of the

22 broadcasting business based on a discounted flow

23 methodology?

24 A     We arrived at a $2.2 billion to $2.6 billion range.

25 Q     How did you weight the methodologies that you used for

1  the broadcasting business?

2  A    We gave a slight preference toward the DCF here and

3  gave it a 60 percent weighting and gave a 40 percent

4  weighting to the comparable companies approach.

5  Q    Why did you give that weighting to the various

6  approaches?

7  A    Well the comparable companies as I began discussing

8  earlier, are somewhat different.  The -- and that at a high

9  level is the answer.  And specifically, when you look at a

10  number of the stations here that we relied upon for the

11  comparables, they're in smaller markets than the Tribune.

12  Tribune's in Chicago, LA, New York Times, the largest

13  markets, whereas the peers tend to be in smaller markets.

14  But then the flip side is that within the large markets,

15  Tribune is in by virtue of the CW network, it's not a top

16  rated station within those markets.  So there are important

17  differences.  As well when you look at the comparables, two

18  of them approximate the size of Tribune and even then are

19  smaller.  And the others are significantly smaller.  And

20  then similarly, you can see that the multiple range that we

21  had in the pure plays if you go to Page 9, you can also see

22  that it's influenced also by the Gray multiple of 8.9 which

23  is an outlier.  So that's a long way of saying when you go

24  through all of these comparables, in many respects, they are

25  different, but given that they're only ones that we have, we

1  had to use them.  But the differences in the comparables and

2  Tribune factored into our thinking on the reliance we

3  ascribed to the comparable company approach.

4  Q     And in total, what is your -- based on all the

5  approaches that you've used and I think you said you gave no

6  weighting to the precedent transaction?

7  A     That's right.

8  Q     Okay.  And based on the methodologies you used, what's

9  your valuation of the Tribune's broadcasting business?

10  A     We arrived at a range of approximately $2.4 billion to

11  $2.8 billion with a point estimate of $2.6.

12  Q     Turning back to the blowup which is really large, but

13  I still can't read the number there, what -- I'm turning

14  next to wholly owned assets.

15  A     Correct.

16  Q     Do you see where I am?

17  A     Yes.

18  Q     Okay.  Did you perform a valuation of Tribune's other

19  wholly owned assets?

20  A     We did.

21  Q     And is that shown on page or Slide 10?

22  A     It's my Slide 11.

23  Q     It is my Slide 11 as well, thank you.

24  A     Okay.

25  (Laughter)

1  BY MS. KENNEY:

2  Q     Slide 11.

3  A     Yes.

4  Q     What are Tribune's other wholly owned assets?  I think

5  I asked but --

6  A     Yeah, the principal asset here is Tribune Media

7  Services which is a data provider for TV listing so, you

8  know, when you hit the guide button on your cable remote and

9  the shows pop up and their timing, this is the company that

10  provides that data.

11  Q     Okay.  And what valuation methodologies did you use to

12  value Tribune's other wholly owned assets?

13  A     The three approaches comparable companies, precedent

14  transaction, and DCF.

15  Q     Could you briefly describe to the Court the comparable

16  company analysis that you used?

17  A     Yeah.  We came up with a peer set of comparables.  In

18  this instance, they weren't that comparable and used the

19  same approach of a multiple, applied it against the TMS

20  EBITDA.

21  Q     And was that again, 2010 estimated EBITDA?

22  A     Yes, it is.

23  Q     And what about the precedent transaction analysis?

24  How did you perform a precedent transaction analysis?

25  A     Yeah.  Here we call it precedent transaction analysis,

1 but put in an important footnote down below which is to say

2 that we relied upon an actual process that Tribune undertook

3 in the 2008 timeframe to sell this very asset.  The company

4 received actual bid letters, signed term sheets, if you

5 will, and reached out to over 30 market participants.  And

6 so while it wasn't a completed transaction, obviously, the

7 Tribune still owns it, we thought it was very useful just to

8 give us a sense of what the marketplace would assess value

9 to this particular asset in the context of other

10 methodologies which are, you know, provide us some

11 indication of value, but ultimately are difficult as well to

12 use in arriving at an assessment of value here.

13 Q     You also did a discounted cash flow?

14 A     We did.

15 Q     And how did you create a discounted cash flow or

16 perform a discounted cash flow for the Tribune Media

17 Services?

18 A     We used the company's five year projections and used

19 the standard discounted cash flow methodology.

20 Q     Could you explain the various weightings you gave to

21 the methodologies on Slide 11 to value TMS?

22 A     Yes.  Given the what I described before was the

23 challenges of the comparable set.  We gave a 40 percent

24 weighting to the comparables approach, 10 percent weighting

25 to the precedent's approach, and a 50 percent weighting to

1  the DCF.

2  Q    Let's start with the precedents.  Why did you give

3  that a 10 percent weighting?

4  A    Well, the -- in the precedent transactions analysis,

5  you would like to rely upon announced or completed precedent

6  transactions.  In this instance, we didn't have that.  The

7  best that we had was the process I have described to you

8  before that the company actually undertook.  And in our

9  judgment, though it wasn't obviously a completed

10  transaction, we wouldn't be talking about this today had it

11  been, but in the absence of other reliable data points, we

12  felt that we couldn't ignore, we had to, in fact, take

13  serious consideration to the market discovery process that

14  the company undertook to inform us of what might be a

15  reasonable valuation range here.

16  Q    And how did that lead to a weighting of 10 percent?

17  A    Again, taking into consideration the factors we just

18  discussed which is it wasn't announced, it wasn't a

19  completed precedent transaction, but it was a market

20  discovery process.  We apply 10 percent weighting which

21  means it informed us of our judgment, but ultimately we

22  didn't give a great deal of reliance upon it.

23  Q    And why did you give 50 percent to DCF and 40 percent

24  to comparables?

25  A    Well, in general, I think that many people would

1   agree, when you have an assessment of company's cash flows

2   over time, that that would -- that's the approach that is

3   generally favored in arriving at valuation conclusions.

4   Here we had that and the tradeoff was a comparable company

5   approach with comparable companies that were somewhat

6   dissimilar to this business.

7   Q    In your opinion, what is the value of Tribune's other

8   wholly owned assets?

9   A    Taken together with the small asset ForSaleByOwner, we

10  arrived at approximately $200 to $222 million.

11  Q    And if we go back to the blowup, the corporate

12  allocation amount of $602 million --

13          THE COURT:  Excuse me, Ms. Kenney.  I'm going to

14  ask you to pause here.  We're going to take a five minute

15  recess.

16          MS. KENNEY:  Certainly.

17          THE COURT:  Just five minutes and then we'll

18  resume.

19          MS. KENNEY:  Thank you.

20  (Recess from 10:23 a.m. to 10:30 a.m.)

21          MS. KENNEY:  Your Honor, fairly shortly after the

22  very next piece of testimony, we're going to be getting into

23  some very highly confidential information and I know Mr.

24  Bendernagel mentioned this to you yesterday in Court.  We've

25  turned off the two side television monitors and we've also

1  turned off the monitors in the back row because of the

2  highly confidential nature of the upcoming testimony.

3        THE COURT:  Thank you.

4        MS. KENNEY:  Mr. Mandava, several people have

5  asked me if you could please move the microphone closer to

6  you.

7        MR. MANDAVA:  Is that better?

8        MS. KENNEY:  Yes.

9        MR. MANDAVA:  Okay, great.

10 BY MS. KENNEY:

11 Q    I think we left off on corporate allocations.  Would

12 you please turn to Page 12 or Slide 12?  What does this

13 slide show?

14 A     Right.  So this summarizes the cost, the true economic

15 cost that are borne by Tribune at the corporate level.  Or

16 said differently, true economic costs that aren't borne at

17 the publishing or broadcasting segments that we just valued.

18 So they need to be taken into consideration when arriving at

19 our conclusions on the value of the core operations.

20 Q     So these numbers are not included in the EBITDA or the

21 discounted cash flows for the publishing or broadcasting

22 business?

23 A     Exactly.

24 Q     And very generally, how did you value the items that

25 are listed on Slide 12?

1  A      We had estimates for these costs and we calculated

2  their present value.

3  Q      What are corporate expenses, the first line there that

4  says corporate expenses, what are those?

5  A      This is the overhead at Tribune Corp.

6  Q      The next line says pension cash contribution in excess

7  of expense.  What's that?

8  A      This would be the -- this would actually reflect the

9  cash funding requirements of Tribune in excess of the

10  expense that's borne in the corporate expense slide.

11  Q      So this doesn't include the pension expense at the

12  publishing or broadcasting segment?

13  A      No.  This relates solely to that at the corporate

14  level.

15  Q      And does the company have an unfunded pension?

16  A      Yes, it does.

17  Q      What -- do you know what the amount of the unfunded

18  pension is?

19  A      It's in excess of $200 million.

20  Q      The next line says tax settlement payments.  What is

21  that?

22  A      These are estimates as prepared by management as to

23  settlement payments they may make with respect to ongoing

24  disputes the company has with the IRS and other state level

25  taxing authorities.

1   Q    So these are payments the company's going to have to

2   make for those per month?

3   A    Expects or anticipates making.

4   Q    And remedial income allocation, what is that?

5   A    This is again the present value of the tax liability

6   associated with the Cubs and Newsday transactions.

7   Q    Looking back to the page, Slide 4 of the blowup that

8   we have there, the next line we have, the next bar we have

9   is non-controlled investments.  And I think you said what

10  those were, but if -- since we're talking about them now,

11  could you just describe briefly what the company's non-

12  controlled investments are?

13  A    Yeah.  The three principal components are the minority

14  investments in TV Food Network, CareerBuilder, and

15  Classified Ventures.

16  Q    Would you look at Slide 13, please?  What is Slide 13?

17  A    Slide 13 summarizes the component parts of the

18  minority interest valuation.

19  Q    Okay.  And I can see the largest one on here under --

20  is under broadcasting and it's TV Food Network and so let's

21  talk about that first.  What is TV Food Network?

22  A    Yeah.  The TV Food Network is a partnership which is

23  controlled and majority owned by Scripps Network and Tribune

24  has a 31 percent minority interest in that partnership.

25  Q    What type of programming does the TV Food Network

1  show?

2  A     Yeah.  The TV Food Network is a premier destination

3  for food related content on TV.

4  Q     And so what type of shows?

5  A     Some of the shows would be Emeril Lagasse's cooking

6  show or Rachel Ray.  I think there's an Iron Chef show on

7  there.  There's a show people have started watching diet

8  related, Diners and Drive-throughs and Dives and so a bunch

9  of shows that -- for people who like watching TV --

10  (Laughter)

11            MR. MANDAVA:  -- cooking shows and food related

12  shows.  It's a popular destination.

13  BY MS. KENNEY:

14  Q     And I think you said Tribune's ownership interest was

15  31.3, 31 percent?

16  A     Yes.  Tribune has a non-controlling minority interest

17  in this partnership.

18  Q     Okay.  What valuation methodologies did you use to

19  value TV Food Network.  And perhaps I should take you to

20  Slide 14, take everyone to Slide 14.

21  A     Okay.  The methodologies that we used in our expert

22  report or that are reflected on our expert report are the

23  comparable companies and precedent transactions approaches.

24  Q     And could you explain how you used the comparable

25  company approach to value Tribune's minority interest in

1  this partnership?

2  A     Yeah.  Much the same as we did before.  We arrived at

3  a multiple range and applied it to some measure of earnings.

4  In this case, we looked at both EBITDA and net income and we

5  looked at it on a 2010 and 2011 basis.

6  Q     Okay.  And why did you do that?  Why did you look at

7  both EBITDA and net income?

8  A     Well, in -- we tried to take a broader look at the way

9  that the investment community may evaluate valuation --

10  value of this entity here and the -- we do realize that some

11  analysts are giving consideration to net income so we looked

12  at net income multiples.

13  Q     And why did you look at 2010 and 2011?

14  A     Well, in our judgment that give the outlook for this

15  particular segment, we felt that the marketplace was looking

16  to both 10 and 11 as indications of the outlook for this

17  segment or this business, whereas in others, we felt maybe

18  they were looking towards more the immediate year's results.

19  Q     And what company or companies did you look at as the

20  comparable companies in valuing this partnership?

21  A     Well in this instance, we looked at a number of cable

22  network companies that we showed on the earlier broadcasting

23  page.  But we principally relied upon the Scripps Network

24  multiple.

25  Q     Could you explain to the Court why you principally

1  relied on the Scripps Network multiple?

2  A     Well, remember, that the Food Network is a subsidiary

3  or majority owned by the Scripps Network and is one of its

4  two principal assets.  So in our judgment, the best

5  indicator of how the marketplace is going to assess the

6  value of TV Food is simply by looking at the Scripps

7  multiple.

8  Q     And did you take the Scripps multiple or what did --

9  how did you use the Scripps multiple to derive the operating

10 -- I'm sorry, the multiples that we see on Chart 10 under

11 multiple?

12 A     Well, we in the October timeframe here, we used the

13 Scripps multiple, but we took a discount to the Scripps

14 multiple at the high end to arrive at the high end of our

15 range, our multiple range here and we took a greater

16 discount to arrive at the low end.  You can see on the page,

17 a one turn discount to arrive at the low end vis-à-vis the

18 high with respect to EBITDA.

19 Q     And why did you take a discount off the high end?  Why

20 didn't you just take the Scripps multiple in deriving your

21 multiple?

22 A     Well, in my judgment, I did -- the Food Network is a

23 subsidiary of Scripps, a much larger company, a business

24 that has other attractive assets as well, and I didn't feel

25 that the marketplace would ascribe the same multiple to a

1   much bigger company which has the benefit of other assets

2   that it can turn to to negotiate rates, subscriber fees, and

3   so forth with cable operators.  It didn't seem appropriate

4   to me that you would -- that TV Food, a component part of

5   Scripps would enjoy the same multiple.

6   Q    Okay.  And then how did you determine Tribune's 31.3

7   percent of the partner -- TV Food partnership?

8   A    I'm sorry, could you repeat the question?

9   Q    I'm sorry.  How did you determine from the value you

10  created -- you determined for the entire TV Food

11  partnership, how did you determine Tribune's minority

12  interest in the Tribune -- I'm sorry, in the TV Food

13  partnership?

14  A    Well, again, Tribune has a 31.3 percent interest in

15  this partnership.  And so when we arrived at our assessment

16  of the value of the TV Food partnership using the comparable

17  companies approach, we then took 31.3 percent of that to

18  arrive at the estimate of the minority interest.

19  Q    You said that you also used a precedent transaction

20  methodology.  Is that right?

21  A    Yes, I did.

22  Q    Could you describe how you used a precedent

23  transaction methodology to determine Tribune -- the value of

24  Tribune's interest, minority interest in the partnership?

25  A    Yeah.  So we looked to the relevant precedent

1   transactions in this industry.  And the one that we felt was

2   most comparable or most relevant was the Scripps acquisition

3   of the Travel Channel which happened in the 2009 timeframe

4   and we used that as the basis of arriving at the multiple

5   range.  And we applied that against the trailing twelve

6   months EBITDA of the TV Food partnership.

7   Q    And did you look at any other transactions in the

8   cable business?

9   A    We did.  We looked at other ones that are more

10  historic, but ultimately concluded that they were less

11  relevant and useful vis-à-vis the Travel Channel.

12  Q    Was the sale of the Weather Channel one of the

13  precedent transactions you looked at?

14  A    Indeed, that was one that we did review.

15  Q    And why didn't you include the sale of the Weather

16  Channel in your analysis on valuing TV Food?

17  A    Well, the judgment that was applied at the time was

18  that the Weather Channel as we all know, has a very popular

19  website, weatherchannel.com that I'm sure many of us

20  frequent.  And in our assessment, the valuation was probably

21  heavily driven by the value of that asset.  And that's

22  distinct from the TV Food Network where viewers are

23  principally going to the -- to watch it on TV, not

24  necessarily go onto the internet to go the TV Food Network

25  site.

1    Q    And how did you use the multiple for the Travel

2    Channel in determining the range you have here of 12 to 14

3    for the precedent transaction methodology?

4    A    Yeah, well I believe the Travel Channel acquisition

5    multiple was in the high 13's, if I remember correctly.  And

6    so that informed us of the high end of our range here which

7    we used fourteen times.  And then we took a two turn

8    discount to come up with the low end.

9    Q    Why did you use a two turn discount?

10   A    Well, when you're using one transaction, you would

11   have obviously only one number.  So -- but we think it's

12   appropriate to come up with a range.  Otherwise, what you're

13   saying is that the TV Food Network is exactly like the

14   Travel Channel and obviously, they're not.  So it's

15   important to come up with a range to reflect the

16   similarities and differences between the asset that's being

17   valued and the precedent transaction.  And in the absence of

18   multiple transactions, we used our judgment to apply a two

19   turn discount and ultimately in looking at twelve times at

20   the low end of the range, it was still a premium to the

21   trading multiple that we applied on the high end of the

22   range which is what you would expect a precedent transaction

23   multiple higher than the trading multiple.  And that gave us

24   comfort that we came up with a reasonable range.

25   Q    Was EBITDA the operating metric that you used in the

1  precedent transaction you said?

2  A     It was.

3  Q     So we would compare the multiple in the precedent

4  transaction line to the EBITDA multiples above?

5  A     That's right 12 compared to 10 for instance.

6  Q     Did you in any of the work that you've done for

7  Tribune, have you ever performed a discounted cash flow of

8  the TV Food Network?

9  A     Yes.  We did some unrelated work in the

10  August/September timeframe where we arrived at a valuation

11  of the TV Food Network.  In doing so, we used a discounted

12  cash flow analysis.

13  Q     Is the summary of the discounted cash flow analysis

14  you performed is that Slide 13?  I'm sorry, Slide 15?

15  A     It is.

16  Q     Okay.  And why was the discounted cash flow

17  methodology performed, I think you said in the summer?

18  A     We were doing some work on behalf of Tribune which

19  this Court's familiar with in connection with the Cooking

20  Channel contribution to the TV Food partnership and

21  Tribune's investment of $53 million in connection with that.

22  And in the course of doing that work, we were able -- we

23  performed a valuation of the TV Food partnership and the DCF

24  was one component of that work.

25  Q     What was the range of value under the DCF methodology

1  from last summer?

2  A     The blue text at the top of the page indicates using

3  the DCF methodology, that we arrived a range of $3.6 to $4.1

4  billion.

5  Q     Why didn't you include the discounted cash flow

6  methodology in your approach in your expert report?

7  A     Well, my understanding was that these projections were

8  subject to confidentiality restrictions and as such, we

9  weren't able to incorporate this work specifically into our

10 expert report.

11 Q     Now you said specifically, did you incorporate it in

12 another way?

13 A     Well, having done the work, of course, it informed our

14 judgment and ultimately, we considered it when selecting our

15 range of value for the TV Food partnership.

16 Q     And how does the value under the discounted cash flow

17 analysis, how does that compare to the valuation under the

18 other methodologies that you've used?

19 A     The DCF value here bears very close similarity to the

20 comparable company valuation we arrived at on the previous

21 page.

22 Q     And how does that impact your analysis of the value of

23 the TV Food Network?

24 A     It suggests that had we used the DCF approach, we

25 would have arrived at very similar, if not the same

1  conclusions.

2  Q    Would you turn back to Slide 14, please?  What

3  weighting did you give to the various -- to the comparable

4  company and precedent transaction approaches on valuing the

5  partnership?

6  A    We gave a 70 percent weighting to the comparable

7  company approach and 30 percent weighting to the precedent

8  transaction.

9  Q    Why did you give that weighting to those approaches?

10  A    Yeah, that's a good question and one that we spent

11  time as well thinking about.  So what's important to

12  remember in all of this valuation work is that with respect

13  to the minority investments, these are minority investments.

14  These are not wholly owned assets, wholly owned businesses

15  that Tribune controls.  When applying a precedent

16  transactions valuation methodology to value a minority

17  investment, what in essence you're saying is that a buyer of

18  a minority interest would, in fact, pay a control premium.

19  And remember, control premiums are paid to control an asset

20  in its entirety.  So when providing -- when apply a

21  precedent transactions approach without adjustment, in

22  essence, you're saying that let me value a minority stake in

23  a business in the same manner I would value a controlling

24  stake.  And there's a lot of challenges in doing that.  So

25  there are multiple ways to address that.  People can apply

1    their judgment.  People can apply discounts.  People can

2    apply weightings.  We wanted to offset the impact of that

3    premium, if you will, of a control premium in our analysis

4    by giving less weighting to the precedent transactions.

5    Q     Did you apply a discount -- let me first ask, what was

6    the range of value for the TV Food -- Tribune's minority

7    interest in the TV Food Network partnership?

8    A     We arrived at a range of 1.2 to 1.4.

9    Q     In arriving at that range, did you apply a discount

10   for lack of marketability or minority discount?

11   A     No, we did not.  Just one observation on the precedent

12   transaction approach.  The precedent transaction multiple

13   range of 12 to 14 is a premium to the trading multiple that

14   I described before of ten times on the high end.  And so

15   what we would in essence be saying by giving equal weighting

16   to the precedent transaction approach is that a buyer would

17   be willing to pay a price, if you will, a premium for a

18   minority interest in a subsidiary of Scripps, a multiple

19   greater than what Scripps is actually trading at.  And

20   that's kind of like the common sense check here.  Would you

21   pay a premium to have the right to own a minority interest

22   in a subsidiary of a publicly traded company greater than

23   the multiple of that publicly traded company?  Maybe you

24   would if it were some internet company or something with

25   entirely different growth prospects, but if it is similar or

1   in this case maybe even less than the remaining assets in

2   the publicly traded company, why would a buyer come in and

3   pay a premium to the publicly traded valuation of Scripps as

4   a whole to enjoy the right to be a minority investor in one

5   of its subs.   That just doesn't hold up.   And that's

6   important to consider in arriving at the weighting that we

7   applied here.

8   Q     Did you apply a minority discount or a discount for

9   lack of marketability to the value you derived on the chart?

10  A      No.   So that's the, you know, in the academic books

11  and the other valuation research that's out there for sure,

12  an approach that people take which is to say after I do

13  arrive at my valuation assessment and this is distinct from

14  what I just described which is I just wanted to eliminate

15  the control premium in the value, that there's a further

16  discount that one should take to your valuation assessment

17  to take into consideration that you don't have control or

18  that you would be unable to liquidate your interest in this

19  minority interest and those two discounts would be either

20  minority interest discount or a lack of marketability

21  discount.   And we did not apply either of those two in the

22  valuation of Tribune's TV Food minority interest.

23  Q     Why didn't you apply a minority discount or a discount

24  for lack of marketability?

25  A      Well, every time you do apply that discount, it's a

1    facts and circumstances decision.  And you have to take into

2    consideration a whole range of topics, what board rights do

3    you have?  What rights do you have in the operating

4    partnership, the size of this asset, the ability to extract

5    cash.  It's a heavily facts and circumstances decision.  We

6    -- and because it would be without -- because there are

7    multiple points of view that exist on this matter, we erred

8    on the side of giving a very full valuation to this asset

9    and did not apply those discounts here.

10   Q    If you would take a look at Slide 16, could you give a

11   brief description of what Slide 16 shows?

12   A    This page summarizes the valuation that we arrived at

13   for CareerBuilder.

14   Q    What methodologies did you use to derive a value for

15   Tribune's minority interest in CareerBuilder?

16   A    We utilized the comparable companies approach.

17   Q    What is CareerBuilder?

18   A    CareerBuilder is an online job site, job posting site.

19   Q    And why did you use only a comparable companies

20   approach?

21   A    In this instance, we did not have reliable precedent

22   transactions.  There was one transaction Hot Jobs where we

23   could not confirm the multiple.  It was sort of more of a

24   rumored multiple.  And we did not have long range

25   projections to utilize the DCF methodology.

1  Q      And in your opinion, what is the Tribune -- the value

2  of Tribune's minority interest in CareerBuilder?

3  A      Here we have $240 million to $300, and again, we did

4  not apply any minority discounts.  We did not apply any lack

5  of marketability discounts.

6  Q      Would you turn to Slide 17, please?  What does Slide

7  17 show?

8  A      Slide 17 shows the valuation of Tribune's minority

9  interest in Classified Ventures.

10  Q      And what is Classified Ventures?

11  A      Classified Ventures owns two websites where they're

12  online car listing and apartment rentals.

13  Q      What methodologies did you use to value Tribune's

14  minority interest in Classified Ventures?

15  A      This approach admittedly is more of a hybrid.  We used

16  a multiple of EBITDA as indicated on the page, but in

17  reality, the high end of this range was informed by a

18  precedent transaction, the Internet Brands transaction which

19  was done at about a 12.5 times forward 2010 multiple just

20  before it was closed.  And so what you have here on the high

21  end, in fact, is a valuation of a controlled transaction or

22  a precedent transaction and then we have a two turn discount

23  to come up at the low end.  So this valuation is a very full

24  valuation for this asset.

25  Q      And were there any discounts applied to this

1    valuation?

2    A     There was not.  There was no adjustment made.

3    Q     And what would -- and what is your opinion as to the

4    value of Tribune's minority interest?  I think it's 27.8

5    percent as it says on the -- in the blue bar of Tribune's

6    minority interest in Classified Ventures.

7    A     We arrived at a -- excuse me.  We arrived at a range

8    of $195 to $230 million here.

9    Q     Now I think you said that you did some valuation work

10   in January.  Is that right?

11   A     Yes, we did.

12   Q     Okay.  And why did you do valuation work in January?

13   A     Well, as we approached the confirmation hearing, as

14   you would expect, we would want to go back and revisit the

15   October valuation -- sorry, the valuation that we did that

16   underlies the disclosure statement to confirm for ourselves

17   the reasonableness of it.

18   Q     And if we look at the chart there, this was the blowup

19   we have.  That's the value -- your valuation of the company.

20   Correct?

21   A     Right.  Three component parts as I described before,

22   $3.2 billion for the core business, $1.9 for minority

23   investments, $1.7 for the cash together gets you $6.75

24   billion.

25   Q     Did you look at all three of those component parts in

1  January?

2  A     Yes, we did.

3  Q     Okay.  And what was generally the conclusion of your

4  work in January?

5  A     The work we did in January confirmed the

6  reasonableness of the valuation of $6.75 billion.

7  Q     Would you look at Slide 18, please?

8  A     Yes.

9  Q     What does Slide 18 show?

10 A     Slide 18 summarizes the work that we did in the

11 January timeframe and reflects that we used the current

12 market and company financial information available to us at

13 that time.

14 Q     Okay.  Let's start with updated market data, the first

15 line on the slide under the January valuation supplement.

16 Could you explain how you -- what update you did to the

17 market data in your January work?

18 A     As we talked about before, we relied upon the

19 comparable companies in arriving at our valuation.  And so

20 we were able to update the trading multiples to January 19.

21 We then did another search for precedent transactions and

22 did not find any.  And then we updated our discount rates to

23 the market data as of January 19 as well.

24 Q     Now the next line says that you updated company

25 financial data.  Could you explain what work you did

1  updating company financial data?

2  A      Right.  So when we were doing this work in January, it

3  was very much real time.  The company was in the midst of

4  preparing its budget.  The majority owners of the minority

5  investments that we have are -- were also preparing their

6  budget so we were getting information real time.  What we

7  incorporated in our work was a preliminary version of the

8  2011 budget as prepared by Tribune for its two main

9  operating segments.  We did have preliminary actuals for

10 2010 that we were able to incorporate.  And then we received

11 budgets for the principal minority investments.

12 Q      Did you have meetings with management in January?

13 A      Yes, we did towards -- we were speaking with

14 management and had a meeting with them in the early February

15 timeframe.

16 Q      Okay.  Did you prepare work papers that reflected the

17 work that you did in January?

18 A      Yes, we did.

19 Q      If you would look in your binder at exhibit DCL

20 Exhibit 1092.  Is that a copy of the work papers that

21 reflect your work and opinions in January?

22 A      Yes.

23         (DCL Exhibit 1092 identified.)

24             MS. KENNEY:  I'd like to move that into evidence.

25             THE COURT:  Is there any objection?

1        MR. QURESHI:  No objection, Your Honor.

2        THE COURT:  It's admitted without objection.

3        (DCL Exhibit 1092 received in evidence.)

4   BY MS. KENNEY:

5   Q    Can you turn to Slide 19, please?  Can you explain to

6   the Court what this page shows?

7   A    This page reflects the updated market data we relied

8   upon in doing our January work.  And so on the one hand, on

9   the columns which fall underneath January 19, that would

10  have reflected the multiples as calculated on that date and

11  it compares it to multiples that were calculated in our

12  evaluation report.

13  Q    So I'm looking at Chart 19.  I'm going to the far left

14  side under the word publishing.  Do you see where I am?

15  A    Yes.

16  Q    Okay.  And I see that on 10/4 it says 2010 estimated

17  EBITDA and on 1/19 it says 2011 estimated EBITDA.  Do you

18  see where I am?

19  A    Yes.

20  Q    Could you explain why you used 2011 estimated EBITDA

21  in your January work?

22  A    Well, by the time we get to the January timeframe,

23  2010 has passed, even though maybe the financial results

24  haven't been reported.  Our assessment at that time was that

25  investors were beginning to look at estimates for 2011

1  principally, instead of where 2010 might come in at as the

2  basis for valuing these businesses.  And so we shifted our

3  focus to looking at 2011 as our forward estimate of earnings

4  instead of looking at 2010, with respect to the publishing

5  segment.

6  Q     Did you switch to 2011 for any of the other segments

7  or parts of Tribune that you valued?

8  A     Well, when we valued WGN America which we called the

9  cable operations, we did that on the same basis.

10 Q     And what about the minority investments?

11 A     And we did so as well on the minority investments.

12 Q     And how did the market update on Page 19, how does

13 that play into your analysis that you did in January?

14 A     Again, the multiples that we used here informed us of

15 the valuations we were able to arrive at using the

16 comparable companies approach.

17 Q     Okay.  And some of the numbers on here are in boxes.

18 What does -- what are the boxes for?  Are these the

19 companies you relied on?

20 A     Yes.  The boxes if we remember from the earlier

21 schedules, represent the key comparables that we looked at

22 in arriving at our multiple range.

23 Q     Would you take a look at Slide 20, please?

24 A     Yes.

25 Q     What does Slide 20 show?

1  A      Slide 20 shows a comparison of the earnings metrics

2  that we use in the comparable companies approach to value

3  each of these component pieces of Tribune.

4  Q      And what does Slide 20 tell you about what the core

5  business operations of Tribune?

6  A      Well, the important take away here is when looking at

7  publishing, that the EBITDA metric that we're looking at

8  goes down.  In 2010, we have an estimate of EBITDA of 273,

9  but by 2011, we're expecting diminished performance.  It's

10  an important consideration.  On the broadcasting side, even

11  though we continued to use a blend of 2010 and 11 to reflect

12  the political on and off cycle that I discussed earlier,

13  that there was a diminished outlook for the broadcasting

14  segment as well.  As you can see, it goes down.

15  Q      And what does Slide 20 -- what happened with the

16  minority investments?

17  A      Well, the one that's of key interest here, of course,

18  is Food Network and you can see that the expectation is for

19  2011.  The blue and the gray here both reflect 2011.  The

20  outlook for 2011 had improved.

21          MS. KENNEY:  Could you please turn to slide 21,

22  and Your Honor, we have another gigantic demonstrative I'd

23  like to put up on the -- Angela, do you mind?

24      (No audible response)

25          MS. KENNEY:  Thank you.

1    BY MS. KENNEY:

2    Q     What is slide 21?  Thank you, Angela.

3          (No audible response)

4    A     Slide 21 here shows a comparison of the valuation work

5    that was done in January in the supplement, as compared to

6    our valuation on the left-hand side.

7    Q     Well, in light of the differences -- slide 21, in the

8    variance column that I see here, in light of those

9    differences, what did you conclude about your valuation

10   report?

11   A     Well, this work highlighted to us the reasonableness

12   of our valuation in the plan and disclosure statement.

13   Q     And how does it highlight the reasonableness of your

14   valuation to you?

15   A     Well, good question.  And this is another area that we

16   spent time thinking carefully about.  There are three main

17   reasons that we concluded that our valuation was reasonable

18   in the plan and disclosure statement, or the 6.75 billion.

19   The first, if you look at, on this page, is that where did

20   the composition of this change in value occur.  And if you

21   look at the variance column, you can see that the total

22   change in distributable value is 269.  And it comes, really,

23   in two pieces.  One is that the core business valuation went

24   down.  So let me just pause there.  The business that this

25   company actually controls/operates is actually going down.

1  The second is where did the increase in valuation come from.

2  It came from the non-controlled investments.  These, again,

3  are the assets that this company does not control, may face

4  challenges and limitations in its ability to ever realize

5  their value, liquidate these interests.  And so, taken

6  together, we're being asked, do we think that we have a

7  fundamentally different view or assessment of valuation for

8  Tribune when the change in value is being principally driven

9  by changes in minority investments.  And our professional

10  judgment is that wasn't a basis to -- particularly when, as

11  I described in our October work, we felt we had given very

12  full valuation to the minority investments by not applying

13  any of the minority discounts, lack-of-marketability

14  discounts, which I know other experts have done so.

15  Q     You said there were three points.  What's the second

16  point?

17  A     Well, the second point would be, you -- sometimes, I

18  think you just need to take a step back from it all and take

19  a big-picture look at it.  And $270 million, against the

20  context -- well, we all agree it's a big number.  I probably

21  wouldn't be sitting here today if I had that in my bank.

22  But against the $6.75 billion valuation, we just have to

23  keep in perspective the magnitude of it and the significance

24  of it.  And if I did a work in January and the number didn't

25  change, you'd probably all look at me kind of funny, too.

1  So we just have to keep in perspective here that it's not

2  surprising that there is some change, but we have to think

3  about the magnitude of it, relative to the 6.75.  I believe

4  it's less than five percent.

5  Q    And you said there were three reasons.  What's the

6  third?

7  A    Well, the third would be that when you look at this

8  number of $7 billion, and we discussed earlier the range

9  that we arrived at in our October valuation of 7.1 billion

10  on the high end.  Well, this point estimate still falls

11  within that range.  And that was another consideration that

12  gave us comfort that the range that we had come up with in

13  our valuation was reasonable.

14  Q    Do you believe that 6.75 billion is still a reasonable

15  point estimate as of the date of emergence?

16  A    Yeah, and you make an important distinction there.

17  What we were being asked to do here is not value this

18  company on January 19 of 2011.  We're being asked to come up

19  with our estimate of the value of this business at

20  emergence: 6/30.  And given that, I think the range we

21  arrived at was reasonable, the then-question is, well what

22  is the best point estimate within that range.  And in our

23  judgment, the midpoint still best represents the most

24  reasonable estimate of this company's valuation at

25  emergence, because the midpoint best takes into

1    consideration the chance or risk or opportunity of the

2    valuation either improving between now and then or going

3    down between now and then.  One only has to look at the

4    stock market every day for the last two weeks to realize

5    markets are highly volatile, and they change.  They

6    will change -- changed since January 19.  It will continue

7    to change every day between now and June 30.  So 6.75 as the

8    approximate midpoint best reflects that risk.

9    Q    Now, you said you did your January work based on

10   preliminary 2011 financial information, correct?

11   A    That's correct.

12   Q    And are you aware that the company finalized its 2011

13   numbers?

14   A    Yes, there was a board budget dated February 2, which

15   was ultimately approved.

16   Q    Okay.  And have you done any analysis to determine

17   whether there was any changes from the numbers that you used

18   in January and the final board-approved numbers in February?

19   A    Yes, so again, we were preparing this January

20   supplement in real time, as numbers were coming in, and the

21   numbers we had were provided to us towards the end of

22   January and didn't fully reflect the numbers that were

23   finally approved by the board.  Those numbers were approved

24   very shortly in the same time that this expert report was

25   due.  And so, having the benefit of that budget, we wanted

1    to make sure that we went back and confirmed that there

2    wasn't anything materially different between those numbers

3    and the preliminary numbers.  And in fact, in our diligence

4    sessions with management, they indicated to us that there

5    would be immaterial differences.  We confirmed that, and

6    that's shown on page 22, by comparing the what we call total

7    OCF here between the final board-approved budget and the

8    preliminary numbers we used, and the difference is, we noted

9    here, $12 million.

10   Q    And you have broken out a line for non-cash-pension

11   expense here, which is 47 million.  Why do you have that

12   broken out, Mr. Mandava?

13   A    Well, the reported OCF number, if you will, the total

14   operating cash-flow, would be 532, as compared to 497, a

15   $35-million difference.  But the big component of that

16   change was this new actuarial assumption of pension expense.

17   The core operations of the business, or the cash-flow of the

18   business, were not impacted materially.

19   Q    And the information on page 22, does that lead you to

20   any conclusion as to whether your January supplemental work

21   is valid?

22   A    No, in fact, it confirms the reasonableness.

23   Q    I'm sorry?

24   A    In fact, it confirms the reasonableness.

25   Q    Thank you.  Would you turn to slide 23, please?  Did

1    you perform any analysis as to the feasibility of the plan?

2    A     We did.

3    Q     In your opinion, will the reorganized debtors likely

4    have sufficient liquidity to operate their business and meet

5    their financial obligations after the effective date under

6    the DCL lender plan?

7    A     We do think that they will.

8    Q     And why is that?

9    A     Looking at the implied credit statistics here, as

10   provided in the projections and the disclosure statement, it

11   shows the company with very healthy credit statistics.

12   Q     In your opinion, if the DCL plan is confirmed, is it

13   likely that confirmation will be followed by the liquidation

14   or the need to -- for further reorganization of the debtors?

15   A     I do not.

16   Q     Mr. Mandava, would you be available to come back, if

17   needed, to provide rebuttal testimony?

18   A     Yes.

19              MS. KENNEY:  Thank you.

20              THE COURT:  Okay.  Cross examination?

21              MR. QURESHI:  Your Honor, may I approach with the

22   binder?

23              THE COURT:  Yes.  Thank you.

24              MR. QURESHI:  May I proceed, Your Honor?

25              THE COURT:  You may.

1      MR. QURESHI:  Thank you.

2                    CROSS EXAMINATION

3  BY MR. QURESHI:

4  Q    Good morning.  For the record, Mr. Mandava, Abid

5  Qureshi of Akin Gump, on behalf of Aurelius Capital

6  Management.  Sir, I want to start with talking a little bit

7  about the evolution of Lazard's valuation.  So I think you

8  testified that the first, at least formal, report that

9  Lazard did on valuation was in March, and there, your

10 conclusion was 6.1 billion, correct?

11 A    That is correct.

12 Q    Okay.  And then, you took another look at valuation

13 informally in around the July timeframe, and in July, you

14 found the value had gone up to about $6.5 billion.  Is that

15 right?

16 A    That was our assessment at that time.

17 Q    And then, we get to October, and of course, we've seen

18 the October report, and that is where you get to the

19 conclusion of $6.75 billion, right?

20 A    That's correct.

21 Q    And am I correct that the best way to think about the

22 October valuation report is that it really is an update to

23 your March report, in that you rely upon the same approach,

24 the same methodologies and, in most instances, the same

25 comparable companies and transactions?

1    A      I think that's a fair description.

2    Q      Okay.  And you were the lead banker at Lazard with

3    respect to the October valuation report, right?

4    A      Yes, I was.

5    Q      Okay.  And in the March report, the media bankers at

6    Lazard took the lead, and you worked alongside them, right?

7    A      I worked closely with them, yes.

8    Q      And then, we get to the January update, and in

9    January, what you wanted to do is you wanted to validate the

10   reasonableness of your October conclusion of 6.75, right?

11   A      That's correct.

12   Q      Okay.  And you were the lead banker at Lazard on the

13   January update?

14   A      Yes, I was.

15   Q      Okay.  And you agreed with the methodologies, the

16   calculations, and the results of the January update?

17   A      I agreed with the results that we provided, yes.

18   Q      Okay.  And as you can see from the big chart right

19   beside you, the midpoint that you concluded in January was

20   7.019, correct?

21   A      That's correct.

22   Q      Okay.  And then you submitted an expert report, and

23   the report is dated February the 8th, and I've handed you a

24   copy of it.  And you were the lead banker responsible for

25   the preparation of the report, right?

1    A       I was, indeed.

2    Q       Okay.  And turn to page 14, please, of the report.

3    And that's your signature on that page, along with Mr.

4    Kurtz, right?

5    A       This thing's kind of all upside-down.  Can I take

6    another copy of it?

7    Q       Yeah, of course.

8    A       Yes, that's my signature.

9    Q       And that's also the signature of Mr. Kurtz?

10   A       It is.

11   Q       And is Mr. Kurtz the lead restructuring banker at

12   Lazard with respect to this engagement?

13   A       He is.

14   Q       Okay.  And your February report, you can see the

15   signature; it's dated February 8.  But your conclusion on

16   February 8 is that the midpoint distributable-enterprise

17   value is 6.75 billion, is that right?

18   A       I'm sorry.  Ask that question one more time.

19   Q       Sure.  The signature page on your report is dated

20   February 8 --

21   A       Yes.

22   Q       -- but your conclusion, as of February 8, is that the

23   midpoint distributable-enterprise value for Tribune is 6.75

24   billion.  Is that right?

25   A       That's right.

1  Q    Okay.  And although Mr. Kurtz signed the report,

2  you're aware that he has no opinion as to what the

3  distributable-enterprise value is of Tribune?

4  A    I'm not sure how -- is that a technical matter?  Do

5  you need an expert opinion or a judgment?  Or what do you

6  mean by that statement?

7  Q    I mean I asked Mr. Kurtz, at his deposition, if he had

8  an opinion as to the -- an expert opinion as to the

9  enterprise value of Tribune, and he said no.  Were you aware

10 of that?

11 A    I did not have the benefit of Mr. Kurtz's testimony.

12 No.

13 Q    Okay.  And did you know that Mr. Kurtz, although he

14 signed the report, does not have an opinion that the DCF

15 analyses that are contained in your February report were

16 done correctly?  Were you aware of that?

17 A    I'm aware that he relied upon my expert judgment in

18 this analysis and that his involvement was with respect to

19 some high-level conclusions and important judgments.  That's

20 what I'm aware of.

21 Q    Okay.  So you were not aware, then, that he did not

22 have an opinion as to whether the DCF analyses in your

23 report were done correctly?

24 A    I have no basis to yes or no if that was what --

25 Q    Okay.

1  A      -- he said.

2  Q      And were you aware that Mr. Kurtz, who signed your

3  expert report, did not have an expert opinion as to the --

4  whether the comparable company analysis contained in your

5  expert report were correct?

6  A      Again, I think I just explained to you my

7  understanding of his involvement and what he is an expert

8  on.

9  Q      Okay.  So you didn't know that, that he was not

10 prepared to testify that you did it correctly?

11 A      I know that he wasn't going to testify to that.  I do

12 know that.  I -- what I'm distinguishing is I don't know

13 what he said that day, because I was preparing myself.

14 Q      Okay.  So then likewise, with respect to the precedent

15 transactions, you did not know that Mr. Kurtz, though he

16 signed the report, was not prepared to come in here and give

17 an expert opinion that you applied the precedent transaction

18 analysis correctly?

19 A      Again, I knew he was not going to provide expert

20 testimony on that, if that's --

21 Q      Okay.

22 A      -- what you're asking me, but I don't know what he

23 said during his testimony.

24 Q      And some of the important conclusions that you reached

25 in your expert report you, in fact, reached in consultation

1  with Mr. Kurtz, isn't that right?

2  A    There were a handful of important determinations that

3  I consulted with him on.

4  Q    And in one of those important determinations, wasn't

5  it also the conclusion that your October valuation of 6.75

6  billion is still reasonable today?

7  A    I did ask him on -- consult with him on that matter.

8  Q    Okay.  Now, let's talk about the decision to stick

9  with 6.75 billion as the value.  Am I correct that Lazard's

10  practice, as a firm, is that if a valuation that underlies a

11  filed plan and disclosure statement is still materially

12  accurate, Lazard's practice is that it will not update its

13  valuation and provide a new, formal report?

14  A    That's my understanding of our practice, as confirmed

15  by my discussions with one of the most senior members of our

16  group.

17  Q    Right.  And that would be Mr. Ridings, correct?

18  A    That's right.

19  Q    Okay.  But you agree, sir, do you not, that in

20  conducting an analysis of the total enterprise value of

21  Tribune, any valuation expert should rely upon the most up-

22  to-date information available?

23  A    I believe, in my deposition, I said that valuation

24  experts should certainly consider and take -- and review all

25  the currently available information.

1  Q     Indeed, you did.  And your January update, in fact,

2  does that, right?  So you -- if you look at that document

3  and you have it in the binder I handed up, it is the second

4  document in the binder.  And our version is marked as NPP-

5  2284.  And in fact, that's what you do in the January

6  update, right?  So you look at, for example, stock prices

7  for your comparable companies as of --

8  A     Hold on, let me --

9  Q     -- January the 19th.

10 A     Let me just get to this --

11 Q     Sure.

12 A     -- if I can.

13 Q     Take your time.

14 A     Yes, that is the January supplement work that we did.

15 Q     Okay.  And it relies upon the most up-to-date stock

16 information, right?  So you take stock prices for your comps

17 as of January the 19th?

18 A     Yes, that's correct.

19 Q     Okay.  And the weighted-average cost of capital that

20 you calculate in your DCF also is calculated as of January

21 the 19th, right?

22 A     That's correct.

23 Q     Okay.  And you would agree with me that those are,

24 therefore, better indicators of at least those two metrics

25 than October?

1   A    They are the current indicators, that's for sure.

2   Q    And so I gather you also agree that the overall

3   conclusion in your January update, it's more recent; it's

4   more up to date than what you did in October?

5   A    I would say it's the assessment on that date.

6   Q    Okay.  And your work was accurate in January, wasn't

7   it?

8   A    I believe it was.

9   Q    Okay.

10  A    But remember what I just said: it's the assessment as

11  of that date.

12  Q    Understood.  So as of January the 19th, you concluded,

13  according to the big board right beside you, midpoint

14  distributable-enterprise value of 7.019 billion, right?

15  A    The midpoint would be 7.019, that's correct.

16  Q    And yet, you're sticking with your conclusion in your

17  testimony before this Court, that the Court should find that

18  the distributable-enterprise value is $6.75 billion,

19  correct?

20  A    That's what I'm saying.

21  Q    Okay.  And sir, are you asking the Court to accept

22  that because it's Lazard's policy that you don't formally

23  update?

24  A    No, I think I actually spent a fair amount of time up

25  here, explaining the judgment that was applied and why we

1  felt 6.75 was the reasonable and best estimate.

2  Q     Okay.  And is there an agreement, among the DCL plan

3  proponents, that the distributable-enterprise value has to

4  be 6.75?

5  A     Nothing that I'm aware of.

6  Q     Or are you aware of any consequences that there might

7  be to the DCL plan if the Judge finds distributable-

8  enterprise value to be higher than 6.75?

9  A     There's certainly nothing taken into consideration in

10  arriving at our valuation estimate.

11  Q     Okay.  And as distributable-enterprise value

12  increases, do you know if that has any effect on the natural

13  recoveries of the senior notes?

14  A     I'm -- I am -- I understand how the recovery model

15  works.  I'm not an expert in that area, but I do have an

16  understanding.

17  Q     Okay.  And so what happens if value goes up?

18  A     Well, it depends where it goes up and at what level

19  and the magnitude.  And if it goes up at the operations of

20  this business, then it really doesn't matter.

21  Q     Well, if natural waterfall recoveries go up, doesn't

22  it follow that settlement consideration to the senior notes

23  goes down?

24             MS. KENNEY:  I object.

25             THE WITNESS:  Well, you just asked me a

1  question --

2           THE COURT:  Please --

3           THE WITNESS:  -- that --

4           THE COURT:  I'm sorry, sir.  When there's an

5  objection, you must hold your answer until I've resolved it.

6           MS. KENNEY:  Misrepresents Mr. Mandava's

7  testimony.

8           MR. QURESHI:  I didn't represent it at all.  I

9  asked a question.

10          THE COURT:  Overruled.  You may answer, sir, if

11  you're able.

12          THE WITNESS:  Could you repeat that again,

13  please?

14 BY MR. QURESHI:

15 Q    Sure.  The question was, sir, if natural waterfall

16 recoveries go up, doesn't it follow that settlement

17 consideration to the senior notes goes down?

18 A    So, if I assume something different, then what I just

19 said would be a consequence of valuation going up.  If I

20 make that assumption, then would the settlement -- implied

21 settlement be lower?  Of course.

22 Q    Okay.  Now, let's go, for a moment, in your report,

23 please, to page 47.  And on page 47, you set forth summary

24 financial projections for the publishing segment of Tribune,

25 is that correct?

1  A      I'm sorry, which page?

2  Q      47.

3  A      Right.  We do have segment level projections on this

4  page.

5  Q      And this is as of March, right, so this section of

6  your February expert report, if you flip back to -- in front

7  of page 43, there's a title page.  This is your March

8  valuation materials, right?

9  A      That appears to be correct.

10 Q      Okay.  And the 2011 to 2014 long-term projections for

11 publishing, you don't recall personally meeting with

12 management to discuss the reasonableness of those numbers,

13 do you?

14 A      I think, in my deposition, I said I don't recall

15 whether I did or not, but I do know that members of the

16 Lazard team diligenced these, and what I do remember is

17 being part of -- and this is subsequent to our deposition.

18 I do remember attending meetings that the company held with

19 the creditors broadly to discuss the business plan.

20 Q      Right.  But at your deposition, you told me that you

21 don't recall personally sitting down with management to

22 discuss the reasonableness of this set of projections,

23 right?

24 A      Yeah, I said I was -- I think I said I wasn't sure,

25 but you may be right.

1  Q    Okay.  Now, let's just talk generally for a second

2  about a couple of your methodologies, comparable companies

3  and transactions.  First of all, I gather, from your direct

4  testimony, sir, that you agree that it is important, when

5  selecting comparable companies, to analyze the specific

6  characteristics of each company that you're considering,

7  right?

8  A    Yeah, it's important to take the consideration of each

9  of the comparables, yes.

10  Q    And likewise, when you're selecting precedent

11  transactions, it's important to consider the specific

12  characteristics of each transaction before you include it in

13  your analysis, right?

14  A    They should be reviewed.

15  Q    Okay.  And indeed, it requires the exercise of your

16  professional judgment to come up with what you believe to be

17  a good set of comparable companies and precedent

18  transactions, doesn't it?

19  A    Well, in general, it's better to be informed by your

20  assessment of what is comparable versus just wildly

21  assuming, you know, averages and means, if you can.

22  Q    Right.  So ultimately, it's a subjective exercise, but

23  you have to rely upon your professional judgment and

24  analysis of the facts to get to the right outcome, isn't

25  that so?

1   A     When it's informed judgment, yes.

2   Q     Okay.  Now, let's flip, sir, to page 3 of your report,

3   and talk for a minute again about the long-term projections.

4   So you told me that you don't recall discussing in March --

5   or in connection with the March report, the 2011 to 2014

6   numbers.  In your October valuation, the projections go out

7   one more year, to 2015, correct?

8   A     They do.

9   Q     Okay.

10  A     But in -- one thing I just want to point out is, I

11  don't disagree with you that I may have said I might not

12  have been at those direct diligence meetings, but remember,

13  at Lazard, we operate as a team, and we have a group of

14  bankers, and we all get the benefit of the knowledge that is

15  imparted upon us by the various work streams that we're

16  involved in.  So whether I was or wasn't in diligence

17  session doesn't mean that, at the end of the day, I don't

18  get the benefit of the knowledge of the broader team on

19  assessments of the business.

20  Q     Now, sir, on page 3 of your report, you describe, in

21  the first bullet point, what you call a top-down process

22  that management engaged in to add 2015 to the projections

23  period, correct?

24  A     That's right.

25  Q     And you recall attending at least one meeting with

1  management to discuss the projections in -- that are used in

2  your October report?

3  A    Yes, I believe I discussed that in my deposition.

4  Q    Right.  And that was a meeting with Chandler

5  Bigelow and at least one of his finance staff, right?

6  A    That's right.

7  Q    Okay.  And your understanding of how management went

8  through this top-down process to come up with the 2015

9  number is that it represents an extrapolation based upon

10  growth and margin and other assumptions that the company

11  used to come up with the 2011 to 2014 projections, right?

12  A    Right, in the October timeframe, what I was

13  distinguishing was that, at that point in time, there wasn't

14  a set of projections that were developed on a paper-by-paper

15  or station-by-station basis, but instead, the outer-year

16  projections were developed at the segment level, and as

17  such, in extending the projections one more year, they

18  relied upon assumed growth rates and margins at the segment

19  level to forecast out one more year.

20          MR. QURESHI:  Okay.  Your Honor, what I'd like to

21  do, because I'm now going to get into some numbers all in

22  the expert report but that I believe the company considers

23  to be confidential.  So I have created a couple of

24  demonstrative exhibits, given those exhibit numbers.  And if

25  I may, Your Honor, what I'd like to do is hand up a set and

1    just read the exhibit numbers into the record.

2              THE COURT:  All right.

3              MR. QURESHI:  Thank you.

4              THE COURT:  Thank you.

5              MR. QURESHI:  And Your Honor, for the record, the

6    two charts that I've handed up, one of them has been marked

7    as NPP-2467, and that one, the title page is publishing

8    comparison of October and March projections.  I'm sorry.

9         (NPP Exhibits 2467 and 2468 identified.)

10             MR. BENDERNAGEL:  Your Honor, just so it's

11   absolutely clear, these documents are highly confidential,

12   and they should be so designated.  The charts that were

13   handed out don't have any designation on them in that regard

14   at all, and we just don't want to be sort of wandering with

15   them back and forth without that classification.  We can fix

16   it later, but I just wanted to make sure that people are

17   aware of that instruction.

18             THE COURT:  All right.

19             MR. BENDERNAGEL:  I'm sorry.

20             MR. QURESHI:  No, no, that's fine.  And indeed, I

21   was going to suggest that the record reflect that these two

22   exhibits be submitted under seal, so that they are not part

23   of the public record.

24             THE COURT:  Is there any objection?

25   (No audible response)

1          THE COURT:  So ordered.

2   (NPP Exhibits 2467 and 2468 received in evidence, under

3   seal.)

4          MR. QURESHI:  And to complete the record, Your

5   Honor, the second of the two charts that I handed up contain

6   some financial information from the Food Network, and it is

7   marked NPP-2468.

8   BY MR. QURESHI:

9   Q    Now, Mr. Mandava, what I want to point you to first is

10  the publishing comparison chart.  Do you have that in front

11  of you?

12  A    Yes, I do.

13  Q    Actually, before we get to the chart, you're aware

14  that in 2010, for publishing, the company substantially

15  outperformed against the projection that it had at the

16  beginning of the year, right?

17  A    Yes, and revenues did decline that year.

18  Q    And if you look at the chart that I handed up, and

19  again, unless Mr. Bendernagel tells me otherwise, you

20  shouldn't read these numbers into the record, but I want you

21  to compare the EBITDA number for 2010 taken from the March

22  projections and that taken from the October projections.  Do

23  you see that?

24  A    Yes, I do.

25  Q    And that increase in EBITDA reflects the

1  outperformance of the company in publishing through the

2  first three quarters of 2010, correct?

3  A    Yes, it does and takes into consideration the outlook

4  for the balance of the year.

5  Q    Right.  And indeed, if we looked at numbers for year

6  end for -- in the fourth quarter, the company continued to

7  outperform, even against its revised projections for

8  publishing for the rest of the year, right?

9  A    I believe so.

10  Q    Okay.  And if we look at the percentage EBITDA growth

11  lines, and what I'd like you to do is just compare, in the

12  out-years -- so from 2011 through 2014 -- the percentage

13  EBITDA growth that Tribune is projecting in March, and

14  you'll see they're all negative numbers, and then the

15  percentage EBITDA growth that it is projecting in October.

16  And I gather, sir, from the chart here, you would agree with

17  me that -- well, we've established that 2010 -- the EBITDA

18  numbers went up.  And you would agree with me that, in each

19  of the years that follow, despite EBITDA for 2010 having

20  been ahead of plan, the percentage decline in growth

21  increases each and every year, through 2014, correct?

22  A    It does continue to decline.

23          MS. KENNEY:  I'm sorry.  I object to the

24  question.  It -- I don't actually understand it, but I don't

25  know what he's comparing.

1          THE COURT:  I'll allow him to answer, if he's

2    able.

3          THE WITNESS:  The only thing I understand on this

4    page is that there is an expectation of annual decline each

5    year --

6          MR. QURESHI:  Okay.

7          THE WITNESS:  -- whether you look at it in the

8    March timeframe or the October timeframe.

9    BY MR. QURESHI:

10   Q    Right.  And just so we're clear, Mr. Mandava, the two

11   numbers that I was asking you to prepare -- to compare, you

12   see the line labeled "percentage growth"?

13   A    Yes, I do.

14   Q    Right.  And there's a "percentage growth" line for the

15   March 2010 projections, and there's a "percentage growth"

16   line for the October 2010 projections, correct?

17   A    I do see that.

18   Q    And they're all negative, right?

19   A    That's what I just indicated, yes.

20   Q    Okay.  And if you compare, in any one year, between

21   '11 and '14, the numbers, you would agree with me that the

22   October numbers are more negative in each and every year

23   than the March numbers, correct?

24   A    Yes, but I mean, they're on different starting points.

25   I'm not -- I -- yes, there's an observation.

1    Q      Right.

2    A      Yes, okay.

3    Q      Okay.  And despite that, your valuation went up from

4    March to October, correct?

5    A      Well, remember, the EBITDA is higher.

6    Q      Right.

7    A      So I mean, that's --

8    Q      So the answer is yes?

9    A      Yes, the EBITDA of the company is higher, so if the

10   EBITDA of the company is higher and multiples are the same

11   or higher, you would get a higher valuation.

12   Q      Okay.  Now, the March projections, they included

13   certain assumptions from management concerning what you

14   describe in your deposition as digital initiatives, right?

15   A      That's right.

16   Q      So the projections included projected capital

17   expenditures as well as projected revenues and EBITDA

18   associated with those initiatives, I think you told me

19   particularly in the outer years of the forecast, right?

20   A      That's correct.

21   Q      Okay.  And then, in October, management removed both

22   the CAPEX and the EBITDA associated with those initiatives,

23   right?

24   A      With respect to the digital initiatives, yes.

25   Q      In your understanding is that management decided to

1  eliminate the strategy of expanding and growing the digital

2  initiative revenue in an effort to present a set of

3  projections that reflect the base operations of the

4  business, right?

5  A    I may have used words to that effect, and I also

6  believe what I was trying to communicate also at that time

7  was that the strategies to improve revenues through, you

8  know, the internet channel were still strategies, and they

9  did not have a detailed business plan behind them.  And in

10  an effort to try to present a set of projections, which were

11  as supportable, as defensible as possible, there was a

12  decision to eliminate that revenue and income stream

13  associated with initiatives for which there wasn't a

14  detailed business plan behind it.

15  Q    Right.  And I asked you, at your deposition, if you

16  concluded that it was reasonable for the company to take the

17  digital initiatives entirely out of the forecast in October.

18  And what you told me is that the conclusion that you reached

19  is that by taking out these initiatives, the publishing

20  projections reflected, I think your phrase was, the status-

21  quo outlook for the business, right?

22  A    I may have used those words.

23  Q    Okay.  And what you mean by status-quo outlook is that

24  these publishing projections reflect a scenario where the

25  secular decline that's facing the publishing industry cannot

1   be turned around, right?

2   A      That's right.

3   Q      Okay.

4   A      Notwithstanding all the efforts, that's right.

5   Q      All right.  And 2010 publishing outperformed plan at

6   the beginning of the year by around $100 million, right?

7   A      Ultimately it did, yes.

8   Q      Right.  And despite that outperformance against the

9   plan in 2010, I take it that you still don't question the

10  reasonableness of the company's assumption reflected in the

11  projections that the secular decline in the industry will

12  continue?

13  A      Well, I think I made a comment earlier that

14  notwithstanding that, the company's revenue has continued to

15  decline, so I understand that you're commenting that actuals

16  came in better than budget, but the revenues continue to

17  decline.

18  Q      Okay.  Sir, if you could, turn in your binder, please,

19  to the -- I believe it's the third tab in the document -- in

20  the binder, rather.  It's called "peer and market data,

21  Tribune", and it's a Lazard document.  Do you see that?

22             THE COURT:  Is that NPP-2305?

23             MR. QURESHI:  I was about to say that.  Yes, Your

24  Honor.

25             THE COURT:  Okay.

1    THE WITNESS:  That's right.

2  BY MR. QURESHI:

3  Q    Okay.  And you were involved in the preparation of

4  this document, right?

5  A    That's right.

6  Q    And turn, please, sir, to page 2 of the document.  And

7  am I correct that what you are doing on this page is you are

8  comparing.  At the bottom of the page, you've got a line

9  showing Tribune publishing total advertising and its

10  projections through 2015, and then below that, you show

11  annual growth, correct?

12  A    That's right.

13  Q    And what you're doing is you're comparing those

14  numbers to some other indices.  Can you please explain to

15  the Court what it is that you're comparing it to?

16  A    I'm highlighting the annual growth assumptions

17  embedded in Tribune's print advertising revenue stream, as

18  compared to broader industry forecasts, again, for the

19  industry as a whole, what their expectation is, with respect

20  to the annual growth or decline of advertising print

21  revenue.

22  Q    Okay.  And the conclusion that you draw from this

23  page, sir, is that Tribune's projections for the publishing

24  sector are more conservative than, at least, this set that

25  you're comparing it to, right?

1    A      Well, if you look at 2011, the number for Tribune is

2    not more conservative than what's provided by the peers.  If

3    you look at 2012, it's consistent with one of them.  And

4    then, if you look at 2013 and beyond, well, now you have

5    less data.  And when you look at the forecasting services

6    that are providing data at that point in time, it's all over

7    the place.  One is showing negative 3.5, and the other is

8    showing positive.  So all that shows me is that the long-

9    range forecasting services have disparate views as well.

10   And the Tribune numbers in the outer years are lower than

11   the one data point that we have, which shows declining

12   revenues.

13   Q      Well, in 2012, Tribune is more negative than two of

14   the three --

15   A      Okay.

16   Q      -- services, and the same as the third, right?

17   A      Well, you said more conservative then, and I -- my

18   point was, well, there's actually one that it's lined up

19   with.

20   Q      Right.  So 2012, one service reports the same

21   decline --

22   A      Right.

23   Q      -- as Tribune, and the other two are less negative

24   than Tribune.

25   A      Okay.  But again, it's not a blanket statement they're

1  more conservative.

2  Q     Understood.  And 2013, Tribune is more negative than

3  both of these services that report for 2013, correct?

4  A     That's right.

5  Q     And same for '14.

6  A     That's correct.

7  Q     Okay.  But you also told me, at your deposition, sir,

8  didn't you, that Tribune's projections for publishing are

9  more conservative than the companies that you have

10 identified as being the most relevant or the most comparable

11 to Tribune?

12 A     They are somewhat more conservative, that's right.

13 Q     Now, turn to page 4, please, of this document.  And

14 can you please explain to the Court what it is that you're

15 comparing on this page?

16 A     Well, we wanted to have a perspective on how Tribune's

17 projections would compare to the sets of projections that

18 have been put out by other newspapers that have emerged from

19 bankruptcy, just as a point of reference.

20 Q     And what did you conclude from the comparison?

21 A     Well, it shows, on this page, that Tribune's

22 publishing revenue outlook reflects that again of an

23 industry that is in secular decline, whereas the assumptions

24 for these individual papers that are coming out of

25 bankruptcy are assuming growth.

1  Q    Okay.  Sir, you can put that document aside, and now

2  I'd like you to go back to your expert report and look at

3  page 21, which is your DCF analysis for publishing.  And in

4  particular, the two lines I'd like to draw your attention to

5  are the EBITDA projections for publishing from 2011 through

6  2015.  If we can bring this up on the monitor, please, and

7  highlight that line.  And I want you to compare it to the

8  capital expenditure line for the same years: for '11 through

9  '15.  Do you have those two lines in front of you?  We'll --

10 A    Yes.

11 Q    We're just getting them highlighted on the screen for

12 you, to make it a little easier.

13 A    Okay.

14 Q    And again, I think Mr. Bendernagel is going to yell at

15 me if we mention the numbers, so let's try not to do that.

16 But you'll see that the CAPEX line through the entire

17 period, '11 to '15, remains flat, does it not?

18 A    It does.

19 Q    Okay.  And over that same period, the EBITDA

20 projections, they fall substantially, correct?

21 A    That's correct.

22 Q    Okay.  And you concluded, sir, that it was reasonable

23 that the company would have a set of projections showing

24 that the EBITDA would fall by the very significant margin

25 that it does, while during that same period, the company

1  expends exactly the same in CAPEX each and every year,

2  right?

3  A    I think I explain the thesis behind why CAPEX remains

4  flat, which is that you've now gotten to a level of

5  maintenance CAPEX that's necessary to support the operations

6  of the business, as they've been downsized dramatically in

7  the last several years, and that at some point, it becomes

8  difficult to continue to cut away at both expenses and

9  capital expenditures and maintain the existing footprint

10  that you have.

11  Q    So you concluded that management was reasonable in

12  concluding that while EBITDA falls by more than half, they

13  can't take a dollar of expense out of the business?

14        MS. KENNEY:  Objection to the form of the

15  question.  It's mischaracterized.

16        THE COURT:  Overruled.  You may answer, sir.

17        THE WITNESS:  I believe it's -- I believe that it

18  was a reliable set of projections that management felt that

19  it had gotten the business downsized to a point now where it

20  would have a minimum maintenance capital expenditure

21  requirement going forward.

22  BY MR. QURESHI:

23  Q    Okay.  And did you ever ask management the specific

24  question of if EBITDA is dropping by more than half, isn't

25  it possible to cut some of these expenses along the way?

1    A       Well, it would -- the discussion was it would require

2    transformation of the footprint, and that, again, costs --

3    requires capital as well.   So whether it becomes maintenance

4    or CAPEX to transform the footprint, it's going to be spent.

5    Q       Okay.   Now, in your DCF, you talked a little bit on

6    direct about how you elected to use, for publishing the

7    Gordon growth method, rather than using a terminal multiple,

8    correct?

9    A       That's right.

10   Q       And one of the reasons that you did that is that the

11   trading multiples -- your comparable companies, they show

12   that the market believes that the publishing industry is

13   going to turn around, whereas Tribune continues to project

14   secular decline for publishing, right?

15   A       Either turnaround or the rate of decline will not be

16   to the same degree that's implied in the projection, because

17   in fact, if you look at analyst  estimates for the peers,

18   they, in fact, are assuming continued revenue decline for

19   the most part --

20   Q       Right.

21   A       -- in the near-term.

22   Q       Right.   So lesser decline by the market than what

23   Tribune is forecasting?

24   A       That's right.

25   Q       And because of that disconnect, you decided that it

1  would lead to an unreliable outcome in your DCF if you used

2  an exit multiple, that the better approach was to assume a

3  long-term growth rate, correct?

4  A    I thought the premise of using the comparable

5  companies was such that it made it inapplicable to the

6  terminal year projections.

7  Q    Okay.  Now, I want to pull back up page 21, please, of

8  your report.

9  A    Okay.

10  Q    And this time, I'd like you to focus on the unlevered

11  free cash-flow line for publishing.  And it is shaded in

12  blue at the bottom of the box, and we'll get it highlighted

13  for you here in a moment.  Page 21 of the report.  And what

14  I'd like you to focus on, Mr. Mandava, is again, the period

15  going from 2011 through to 2015.  And again, without

16  revealing numbers, I think you would agree with me that it

17  shows a fairly dramatic decline in unlevered free cash-flow,

18  right?

19  A    Yes, it does.

20  Q    Okay.  And in fact, if you were to extrapolate out a

21  few more years, you'd get to zero pretty quickly, wouldn't

22  you?

23  A    Unless you had a change in the assumed growth.

24  Q    Right.  So you wouldn't have a going concern if you

25  continued on this rate.

1   A      At the rate that's shown in the outer years here, yes.

2   Q      Okay.  And by the way, have you looked at the

3   liquidation analysis prepared by Alvarez & Marsal in this

4   case?

5   A      I've reviewed it, but I have not looked at it

6   recently.

7   Q      So do you know whether your DCF conclusion for

8   publishing, that's contained in your expert report, is in

9   fact less than the liquidation value that A&M projects?

10  A      I don't recall off the top of my head.

11  Q      Okay.  And despite the unlevered free cash-flow line

12  falling as dramatically as it does, you nonetheless

13  concluded that you should still give the DCF analysis a 30-

14  percent weighting in your overall valuation for publishing,

15  correct?

16  A      Well, we concluded it was appropriate to give a 30-

17  percent weighting.

18  Q      Okay.  Now, let's go to your January update, please.

19  Do you have that one in front of you?  It is in the binder

20  at tab -- it's the second tab.  And again, for the record,

21  it's Exhibit NPP-2284.

22  A      Okay.

23  Q      Turn, please, sir, to page 6.

24  A      I'm there.

25  Q      Okay.  And in -- this is your January update, right?

1  A      That's right.

2  Q      And so in your January update, you actually ran a

3  version of your publishing valuation analysis, where you

4  gave a zero-percent weighting to the discounted cash-flow

5  analysis, right?

6  A      That's right.

7  Q      And the conclusion that that yielded was a midpoint

8  distributable value of $7.258 billion, correct?

9  A      That's right.

10 Q      And when running it in this scenario, the variance to

11 your $6.75 billion conclusion is a little over half-a-

12 billion dollars, right?

13 A      That's right.

14 Q      Okay.  All right.  Now, let's switch gears and go to

15 your broadcasting analysis.  Please turn, sir, to page 24 of

16 your report.

17 A      But you know, it's probably helpful if I just spend a

18 minute to inform the Court of why we did that analysis.

19 Q      No, I think you can do that in response to --

20 A      Okay.

21 Q      -- your counsel's questions.  I'm sure she will ask

22 you that.

23 A      Fair enough.  I'm sorry.  Which page would you like me

24 to go to?

25 Q      I'd like you to go to page 24.  And page 24 should be

1  your comparable company analysis for the television

2  industry.

3  A     Oh, I'm sorry.  You're in the October.

4  Q     Yes, I'm -- I apologize.  We're in your -- back in

5  your expert report.

6  A     Okay.  I'm there.

7  Q     Okay.  And you discussed, on direct, why you chose

8  pure play comps as well as diversified comps, right?

9  A     Yeah.

10  Q     Okay.

11  A     You could be more specific.  Yeah.

12  Q     And you've got a box around -- under the EBITDA

13  columns, you've got a blocks around -- a box around blended

14  10/11 EBITDA, right?

15  A     That's right.

16  Q     Okay.  And you use, in your comparable company

17  analysis, the 10/11 blend to even out for the cyclicality of

18  advertising spending between election and non-election

19  years, right?

20  A     That's right.

21  Q     Okay.  And from this comp set, if you'd turn to page

22  26, I think you told us on direct that you arrived at your

23  selected multiple range of 6.5 to 7.5 times for the

24  profitable stations, right?

25  A     That's right.

1    Q      Okay.  Now, what I want you to do is just leave page

2    24 open, and if you can, flip to your January update.  And

3    I'd like you to compare page 12 of the January update,

4    please.

5    A      Okay.

6    Q      And in particular, look at your blended 10/11

7    multiples, and you'll see that the mean in January goes up

8    from 7.4 to 7.6 times, is that right?

9    A      That's right.

10   Q      And the median goes up from 6.9 to 7.2 times, correct?

11   A      That's right.

12   Q      Okay.  And if you look at your diversifieds, the mean

13   goes from 6.6 times up to 7.4, and the median goes from 7.5

14   to 8.0, correct?

15   A      That's right.  And remember, we relied upon the pure

16   play principally.

17   Q      Understood.  And turn, then, to page 14 of the January

18   update.

19   A      Okay.

20   Q      And you still, in January, used the same concluded

21   multiple range of 6.5 times to 7.5 times to value your

22   profitable TV stations, correct?

23   A      Yeah, remember the mean went from 7.4 to 7.6.

24   Q      Right.  The question was, you still used the same

25   reference range, right: 6.5 to 7.5 times?

1  A    Yes, that's right.

2  Q    Okay.  And you concluded that the changes that we just

3  reviewed, when you updated the comps for January, weren't

4  material, on your -- in your view didn't warrant changing

5  the reference multiple range that you relied upon, correct?

6  A    Yeah, I didn't use the word material.  I said the --

7  it went from 7.4 to 7.6, and remember the Gray multiple,

8  which is the outlier, at 9 times, pulls that average up, so

9  we felt 7.5 actually was a reasonable multiple to use.

10 Q    Okay.  Let's go to page 30 of your report, please, and

11 here, we're going to look at your valuation of Tribune Media

12 Services.  And I want to talk specifically about footnote

13 one on this page.  You testified on direct, sir, that you

14 did a precedent transaction analysis, and you show the

15 range, relying upon a sell-side process that occurred in

16 2008, correct?

17 A    That's right.

18 Q    Okay.  And you were not involved in the sell-side

19 process, right?

20 A    I was not.

21 Q    Okay.  And you told me at your deposition that you

22 didn't know how many bids were received, right?

23 A    I did not.  What I did was, subsequent to that

24 deposition -- I thought, you know, it was a good question

25 you asked.  I should probably go back and make sure I

1  understood what actually happened and inform myself of that.

2  Q    And at your deposition, you also told me that you

3  didn't have an understanding of how contingent the bids that

4  were received back in 2008 might have been, correct?

5  A    Again, you asked me some good questions, and I wanted

6  to go and have a better understanding, so I went back and

7  studied it further.

8  Q    All right.  But obviously, you didn't know those

9  answers at your deposition, safe to assume you didn't know

10  those answers when you prepared your February expert report?

11  A    Well, no, I did not, but remember I have a team

12  involved here, and I rely upon my team as well, and

13  different parts of my team have the opportunity to --

14  whether they be the current team members or the team that

15  existed in March, were available to assess this.

16  Q    And the precedent transaction analysis that you

17  concluded here, it's the lowest of the three metrics that

18  you looked at, right?

19  A    That's right.

20  Q    Okay.  And you've never, in a formal valuation

21  analysis, relied upon precedent transactions based solely

22  upon an indication of interest, have you?

23  A    Not that I recall.

24  Q    And indeed, in your entire career at Lazard, you told

25  me at your deposition that you don't recall ever having seen

1  any formal valuation that relies upon a precedent

2  transaction analysis that is based solely upon an indication

3  of interest, right?

4  A    That's -- I probably said something similar to that

5  effect.

6  Q    Okay.  Now, let's talk about TV Food Network for a

7  moment, and turn to page 36 of your report, please.

8  A    I'm sorry.  Which page?

9  Q    Your February expert report, page --

10  A    Right.

11  Q    -- page 36.

12  A    Okay.

13  Q    And this is the summary page, showing your conclusions

14  for this valuation, correct?

15  A    That's right.

16  Q    Okay.  And the weighting -- well, you applied two

17  methodologies, first of all, right: comparable companies and

18  precedent transactions?

19  A    That's right.

20  Q    And the weighting that you arrived at as between the

21  two were 70 percent to your comps and 30 percent to your

22  transactions.

23  A    That's right.

24  Q    All right.  And you didn't, anywhere in your expert

25  report, do a DCF for TV Foods, correct?

1  A     I testified earlier that I had done a DCF, but it's

2  not reflected -- it's not incorporated into this --

3  Q     Right.

4  A     -- expert report.

5  Q     And now, I want to take a quick look at the DCF that

6  you did do in September, so if you turn to your binder, and

7  go to -- I think it is the fourth tab in.  It's a Lazard

8  document, called the Cooking Channel discussion materials,

9  and for the record, it is Exhibit NPP-2306.  And it is

10  marked highly confidential.

11         MS. KENNEY:  I'd just like to emphasize that this

12  is TV Food Network.  It's highly confidential information of

13  how the partnership -- that the company has minority

14  interest in, and it's extremely confidential.

15         THE COURT:  Very well.

16  BY MR. QURESHI:

17  Q     And Mr. Mandava, this is the document that you were

18  referring to, where you did a DCF back in this timeframe?

19  A     That is correct.

20  Q     And I'd like you to turn, please, to page 30 of the

21  document.  And actually, you know what?  It's going to be

22  easier if you turn to the second of the two demonstratives

23  that I've handed up.  And what I've done on this page is

24  I've just summarized a couple of numbers that are contained

25  in this report.  And you'll see I've -- there's a footnote

1    to the page number, if you'd like to check it, but again,

2    without revealing the numbers, you can see that I've set

3    forth your 2010 estimated EBITDA number and the 2011

4    estimated EBITDA number that are reflected in this document.

5    Do you see those numbers?

6    A    Yes, I do.

7    Q    Okay.  And those are the numbers that you used in the

8    DCF that you've conducted in September of 2010, correct?

9    A    I'd have to review.

10    Q    So --

11    A    Let me go to the DCF page.  Oh, the row -- the numbers

12    on the top appear to be the numbers that we relied upon --

13    Q    Right.

14    A    -- for purposes our DCF.

15    Q    Okay.  Now, I want you to -- if you flip in your

16    binder to the next document, again, it's a TV Food Network

17    highly confidential document.  The exhibit number is NPP-

18    2309.  And on --

19    A    I'm sorry.  Which page?

20    Q    It's Exhibit 2309, and in that document, if you go to

21    page 16, you'll see a couple of numbers there that I've also

22    summarized on the demonstrative exhibit.  And this is an

23    updated projection for the TV Food Network for both -- for

24    2011, and it also reflects 2010 actual numbers, correct?

25    A    That's correct.

1  Q      Okay.  And again, just draw your attention, without

2  referencing the numbers, to the demonstrative that I handed

3  you, and you'll see the comparison of 2010 estimated EBITDA

4  that you used in the September DCF and 2010 actual, and

5  you'll agree with me that it went up.

6  A      It did.

7  Q      Okay.  And then, look at the estimate for 2011 that

8  you used in your September valuation, and compare that to

9  what was in the TFN document that's dated January the 27th,

10  and again, you'll agree with me that the number went up.

11  A      Yes, it did.

12  Q      Okay.  And in your January update, you didn't do a DCF

13  for TV Foods, did you?

14  A      Well, we didn't have current long-range projections.

15  Q      Well, you had September long-range projections, right?

16  A      I'm sorry?

17  Q      You had long-range projections that were from

18  September.

19  A      Yeah, as --

20  Q      Okay.

21  A      -- you pointed out, those were actually prepared

22  earlier in 2010.

23  Q      Right, so you --

24  A      So they were, at that point, a year stale.

25  Q      Right.  And you'll agree with me that, had you run a

1  DCF using the new 2011 numbers, the value would've gone up

2  from what you did in September of 2010?

3  A    It would have gone up.  If I had just replaced the

4  2011 number in the DCF, I would have to do the math, but it

5  would go up marginally, and in fact, the valuations that we

6  did in October took into consideration the outperformance

7  that TV Food Network was experiencing in 2010, in fact.

8  Q    Do -- sir, do you think it's reasonable, when valuing

9  a company worth several billion dollars, to conclude a

10  valuation range where you give zero-percent weight to the

11  DCF?

12  A    I'm sorry?

13  Q    Well, go back to page 36.

14  A    Right.

15  Q    It's your summary -- I'm sorry, page 36 of your expert

16  report --

17  A    Right.

18  Q    -- to be clear.  That's your summary page, and you've

19  told me there that you arrived at your conclusion, based

20  upon a 70/30 weighting of comps to the transactions, right?

21  A    Right.  Remember the comps, at this point, do reflect

22  the current estimates for EBITDA and all this outperformance

23  you just described.

24  Q    Right.

25  A    Right.  So we do take into consideration, in that

1  approach, the most current estimates.

2  Q     Right.  But you don't give any weight at all to a DCF

3  analysis in this valuation --

4  A     And I --

5  Q     -- right?

6  A     -- would have relied upon staled data, right?

7  Q     Now, in your precedent transaction analysis for the TV

8  Food Network, on footnote four on this same page, you show

9  one transaction that you relied upon, correct?

10 A     I'm sorry.  Which page, again, are we on?

11 Q     Page 36.  It's the valuation summary page for TV Food

12 Network in your expert report.

13 A     Okay.  I'm there.

14 Q     And you show one transaction, and that's in footnote

15 four, correct?

16 A     That's right.

17 Q     And that's the multiple that you used to inform the

18 high end of your range, and then I think you described how

19 you take a discount off of that to get to the low end of the

20 range, correct?

21 A     That's right.

22 Q     Go back one more time, please, to page 33 of the

23 Cooking Channel document.  And again, for the record, that

24 is Exhibit 2306.

25 A     Which page in our --

1   Q      Page 33.

2   A      33.

3   Q      And this is in your September valuation.

4   A      Okay.  I'm with you now.

5   Q      Okay.  And you'll see there, that's your precedent

6   transaction page, correct?

7   A      That's correct.

8   Q      And you list a bunch of transactions on that page,

9   correct?

10  A      That's right.

11  Q      And those transactions, you don't list in your expert

12  report, I think we just established.

13  A      Yeah, we footnoted the one that we relied upon, and

14  that's provided, as you correctly pointed out.

15  Q      Would you agree with me that your September valuation

16  document of the Food Channel, which includes a DCF, which

17  shows an analysis of multiple precedent transactions as a

18  more comprehensive valuation of the Food Channel than what

19  you did in your October report?

20  A      I would say it's informed by more information that was

21  available at the time.

22  Q      Let's go back to your expert report, please.

23  A      And if I'm not mistaken, in our October valuation, we

24  arrived at a valuation higher than what's in this report.

25  Q      Sir, turn to page 39, please, of your expert report,

1  and this is your valuation summary for Classified Ventures.

2  Do you have that page in front of you?  Oh, I'm sorry.  I'm

3  -- I did misspeak.  Page 38.  I apologize.

4  A     Okay.  I'm with you now.

5  Q     And I believe you explained on direct that your

6  multiple range of 10-and-a-half to 12-and-a-half times is

7  derived principally from Internet Brands, is that right?

8  A     The high end, yes, that's right.  And I -- as I

9  described before, this really reflects a control premium

10 transaction on the high end.

11 Q     Okay.  And Internet Brands was subsequently acquired,

12 correct?  Are you aware of that?

13 A     Right, that's what I just said.  The high end of the

14 range --

15 Q     Right.

16 A     -- at 12.5 reflects a change-of-control transaction.

17 Q     Okay.  And why did you choose 12.5 for the high end?

18 A     Well, this asset is just a difficult value -- asset to

19 value.  There aren't a lot of comparables out there.  The

20 principle operating asset within Classified Ventures is

21 Cars.com.  That's where you derive the majority of its

22 revenue from.  And there just aren't a lot of good

23 comparables out there, frankly, and the best comparable at

24 the time was Internet Brands.  So the best data we had out

25 there to value this business was, unfortunately, a company

1  that had announced that it was going to be sold.  So with

2  the limitations of the data we had, we used that to come up

3  with the high end of the range, recognizing again that that

4  was a control-premium-transaction multiple.  We took a

5  discount to it, and those formed the bookends of a valuation

6  range.  And we did look at the other real estate listing

7  companies as well to come up with our assessment, too, but

8  given that the majority of revenue at Classified Ventures,

9  is related to the cars business, this was the best data that

10  we had available at the time, and it results in, frankly, a

11  full valuation for this asset.

12  Q    And by the time you did your January valuation, that

13  Internet Brands transaction had closed, right?

14  A    I believe it closed at the end of 2010.

15  Q    Okay.  And did you reflect that transaction multiple

16  in your January update?

17  A    I have to look back at what we have there.

18  Q    Well, if you go to your January update, it's page 26.

19  A    I believe, in the January timeframe, we were able to

20  use that multiple and Move.com as well, if I'm not mistaken.

21  Right, so we have 12-and-a-half on the high end, a two-turn

22  discount on the low end, and if you look at, on page 25 of

23  that report, amongst the real estate listing companies, that

24  the Move.com multiple against 2011 EBITDA was 11.6.

25  Q    And sir, in your January update, you don't show the

1  Internet Brands acquisition as a precedent transaction, do

2  you?

3  A    Admittedly, the presentation here of the valuation is

4  a bit shorthand, if that's what you're getting at, in that

5  we collapsed everything into one row, and it may be less

6  clear, if that's what you're asking me.

7  Q    Well, do you know what the multiple of enterprise

8  value to LTM EBITDA was for the Internet Brands transaction?

9  A    Well, we're valuing here on forward EBITDA.  We're not

10 valuating against LTM EBITDA, right?

11 Q    I -- the question is whether you looked at the

12 multiple of the Internet Brands transaction when it closed,

13 because you don't reflect it in your report, do you?

14 A    No, because we're valuing it on a forward basis, so we

15 looked at the forward multiple, and I'm sure, given that

16 it's a growth business, the LTM multiple was somewhat

17 higher.

18 Q    Okay.  And you didn't reflect the multiple of a

19 relevant precedent transaction in your January update,

20 because you didn't have time?  I mean, why is --

21 A    I'm sorry?

22 Q    Why didn't you reflect the multiple of an admittedly

23 relevant transaction in your January update?  Is it because

24 this is not a formal valuation report?

25 A    No, because we talked about earlier how valuing a

1  company is based on forward earnings, and the outlook of how

2  the business will do is generally a preferable approach, and

3  so since we did have an estimate of what the Internet Brands

4  transaction was on a forward basis, we continued to rely

5  upon that against an improved EBITDA estimate for Classified

6  Ventures of '11, which is now a forward estimated EBITDA.

7  Q    Mr. Mandava, let's talk for a minute about a meeting

8  that you mentioned that you had with management in February.

9  Now, in early February, I think you told me that you had a

10  meeting to diligence the 2011 budget and to discuss the

11  reasonableness of the projections for 2012 to 2015, right?

12  A    We discussed the numbers so that we could get

13  comfortable with that, yes.

14  Q    And the two management representatives that you recall

15  being present at this meeting were Nils Larsen and Chandler

16  Bigelow, correct?

17  A    That's right.

18  Q    And from Lazard, you were there, along with Mr.

19  Chachas.

20  A    Yeah, I believe there was another colleague of mine as

21  well there.  Yes.

22  Q    And among the topics of discussion at that meeting

23  were the 2012 to 2015 projections, correct?

24  A    Yes.

25  Q    And specifically, what you wanted to discuss was the

1  reasonableness of Lazard relying upon those projections for

2  the January updated valuation that you were performing,

3  correct?

4  A    That's right.

5  Q    And the principle speaker at this meeting for the

6  company was Mr. Larsen, correct?

7  A    I think he was.  I may have said that.  I don't

8  recall.

9  Q    Okay.  And at your deposition, you told me that at

10  this meeting, Mr. Larsen said that if he was asked to

11  reforecast 2012 to 2015 projections that were originally

12  prepared in October, he acknowledged that there would be a

13  slight improvement in the numbers, correct?

14  A    That was my recollection of the conversation.  That's

15  right.  And I -- you know, and you raised some good

16  questions in that deposition, and again, all -- made me want

17  to go back and revisit that and make sure I fully understood

18  exactly what I was saying, and I did have an opportunity to

19  go back and talk with management.

20  Q    Okay.  Well, before you tell me about the

21  conversations after your deposition, let's talk about what

22  you told me there.

23  A    Sure.

24  Q    And what you told me there was that Mr. Larsen also

25  said that if he were to reforecast the long-term numbers to

1    reflect the improvement that he thought there might be, that

2    that improvement in the publishing projections would not be

3    material, correct?

4    A    Yeah, I don't --

5    Q    That's what he told you?

6    A    -- think that's the entirety of what I said, but

7    that's probably a right sound bite of something that I said.

8    That's right.

9    Q    And you also told me that you never asked Mr. Larsen

10   what it was that he meant when he said material, correct?

11   A    I think that's probably right.

12   Q    Okay.  And you didn't ask -- you also didn't ask Mr.

13   Larsen if the increase in revenues that might result if he

14   were to reforecast the long-term plan would have an impact

15   on EBITDA, correct?

16   A    I think what I said was -- the statement was that,

17   taken in its entirety, the numbers were reliable and that he

18   wouldn't change them: that you can't just look at revenue;

19   you have to look at expenses and CAPEX.  Everything has to

20   be taken into consideration.  I believe those -- that was

21   the fuller conversation we had, but you probably have it

22   down on paper and can remind me.

23   Q    Indeed I do.  Why don't we play clip 32, please?

24   (The previous record was played back:)

25        "Q    And did you ask Mr. Larsen, at this meeting,

1        whether the increase in revenues that might result if

2        he were to have reforecast the 2012 to 2015 years would

3        have an impact on EBITDA?

4        "A    We asked the question on -- in totality, would

5        the numbers change materially, and the answer was no."

6   Q    And again, Mr. Mandava, you never asked --

7   A    Isn't that what I just said?

8   Q    It is, and you never asked Mr. Larsen what he meant by

9   material, right?

10  A    It means that he wouldn't change them.  Right.

11  Q    Okay.  During the meeting, when Mr. Larsen said that

12  the numbers were not material -- would not be materially

13  different, you never formed an understanding of what he

14  meant by material, because you never asked him.  Isn't that

15  the case?

16  A    I agree, and that's why I say you asked some good

17  questions, and I went back, and I had that conversation.

18            MR. QURESHI:  Okay.  Your Honor, can I ask for a

19  short break, please?

20            THE COURT:  Well, I'm thinking we'll take a

21  longer break, at this point, unless you tell me you're a

22  minute from concluding.

23            MR. QURESHI:  I may be, but I don't mind taking a

24  break now, and we can come back after lunch and do redirect

25  or whatever remaining cross there --

1          THE COURT:  Well --

2          MR. QURESHI:  -- may be.

3          THE COURT:  -- if you need a minute to -- before

4    you conclude, I'll give it to you now --

5          MR. QURESHI:  Okay.  Thank you.

6          THE COURT:  -- so we can be done with this phase.

7          MR. QURESHI:  I have nothing further, Your Honor.

8          MS. KENNEY:  And very short, Your Honor.

9          THE COURT:  Then, go right ahead.  Well, first

10   let me ask, is there any other cross examination?

11       (No audible response)

12         THE COURT:  Okay.  Redirect.

13                    REDIRECT EXAMINATION

14   BY MS. KENNEY:

15   Q    Colleen Kenney for the debtors.  Mr. Mandava, you said

16   you had talked with Mr. Larsen since the time of your

17   deposition, and Mr. Qureshi didn't want to hear about that

18   conversation.  Could you tell us what occurred in that

19   conversation?

20   A    All right.  We -- I wanted to recollect the

21   conversation that I had with Mr. Larsen, given the

22   importance Mr. Qureshi had given it.  And Mr. Larsen

23   confirmed that you can't just look at the revenue line item.

24   You have to look at the achievability of the cost savings

25   that are embedded in the plan and realizing those, and that,

1  taken together, that there's nothing that he sees today that

2  would cause him to fundamentally -- have a fundamentally

3  different view of the business that would warrant changing

4  these numbers.

5  Q    And when did you have that conversation?

6  A    I believe a couple days ago.

7  Q    Okay.  Would you take a look at the binder Mr. Qureshi

8  gave you?  It's tab four, please.  It's the Cooking Channel.

9  Would you take -- turn to page 33, please?

10  A    I'm sorry.  Which document again?  Tab four?

11  Q    I think -- yeah, it's in tab -- it's in my tab four.

12  A    Yes, that's right.  Okay.

13  Q    And turn to page 33.

14  A    That's right.

15  Q    In the September valuation for TV Food, what was the

16  rate -- range, the multiple range that you used for the

17  precedent transaction analysis?

18  A    We used 12 to 14 times EBITDA against LTM EBITDA.

19  Q    And what would -- how did you select that multiple?

20  A    Again, the principal transaction we relied upon was

21  the Scripps Network, Travel Channel acquisition.

22  Q    And is the 12 to 14 the same range you used in your

23  October valuation?

24  A    It is.

25  Q    And is it the same range you used in your January

1   supplemental work?

2   A     It is.

3   Q     Okay.  You were asked some questions about the DCF

4   that was performed in September for TV Foods.  It's in the

5   same exhibit.  Do you recall those questions?

6   A     That's right.

7   Q     Okay.  And you said that the DCF, the out-year

8   forecast for the DCF were dated for earlier than September.

9   Do you recall that?

10  A     Yes, I believe these are the same projections that we

11  had earlier in the year, when we were -- this work had been

12  ongoing since early in the year.

13  Q     Were those from the spring time period?

14  A     Yes, I believe so.

15  Q     Okay.  And you were asked some questions about

16  replacing some numbers in the DCF.  In your opinion, is it

17  appropriate to replace just two years of numbers in a DCF if

18  you don't have new forecasts for the out-years?

19  A     I would prefer not doing that methodology of

20  selectively changing numbers and not looking at the numbers

21  in totality.

22  Q     Okay.  I'd like you to look at the January

23  supplemental work.  And if you could turn to the binder we

24  had, it's the DCL Exhibit 1092.  And I believe it's page 6.

25  You offered to explain why you had run a comparison

1  valuation with a zero-percent DCF, and Mr. Qureshi didn't

2  want to hear your answer.  Could you explain to the Court

3  why you did that?

4  A    Right.  We understood that that may be a point of view

5  taken by people with different perspectives on what

6  trajectory this industry might ultimately be upon, whether

7  it would attenuate the rate of decline or stay in secular

8  decline, and we wanted to inform ourselves of what the

9  magnitude of that impact might be, and ultimately, we

10  concluded that even if we had it completely wrong, the

11  impact was of the magnitude described on that page.  So it

12  was really just, again, to have a point of view of fuller

13  understanding and perspective, but it didn't -- it wasn't

14  the basis upon which we were ultimately going to draw our

15  conclusions.

16  Q    And you were asked some questions about how the

17  company compared its projections compared to industry

18  forecasts and whether they were conservative, and do you

19  recall that series of questions?

20  A    Yes, I do.

21  Q    Did you take all that into consideration in your

22  weighting of the DCF when you valued the publishing

23  business?

24  A    Yes, we did.  And in fact, we looked at the estimates

25  in the near-term for the peer comparables as well, and as I

1  indicated, it was somewhat more conservative, but it was not

2  terribly more conservative.

3  Q    Would you take the exhibit that's NPP-2467, the

4  demonstrative that you were shown?  It has blue and yellow

5  and says "publishing comparison of October and March" across

6  the top.

7  A    Yes.

8  Q    Okay.  Did you -- do you recall you were asked a

9  series of questions about the percent growth rates?

10  A    I was.

11  Q    Okay.  And is it a valid comparison of the growth

12  rates between the March 2010 and the October 2010?  Is that

13  a valid comparison, just looking at those numbers?

14  A    I'm not sure what the relevance of that is.  I had

15  acknowledged that those are numbers on a page, but I don't

16  understand what the relevance of it is to my valuation.

17  Q    Is the growth rates on each of those lines, is that

18  based on the number right before it?

19  A    Yes.

20  Q    So if the number right before it changes, those

21  numbers are changing?

22  A    That's right.

23  Q    You were asked some questions about comparing

24  multiples for the broadcasting.  Do you recall those

25  questions?

1    A     Yes, I do.

2    Q     Okay.  I'd like you to turn to -- in your set of

3    demonstrative slides that we used this morning, would you

4    turn to page 19?  And I'm focusing on -- oh, I'm sorry.

5    I'll let you get there.

6    A     Okay.

7    Q     You were -- I'm focusing on the center piece of this,

8    the one that says "TV broadcasting" on the top.  Do you see

9    where I am?

10   A     I am.

11   Q     Okay.  And you were asked about increases in the

12   diversified multiples.  Why were the -- if there were

13   increases in the diversified multiples, how would that

14   impact your selection of a multiple range for Tribune's TV

15   business?

16   A     It wouldn't have an impact, because remember, we're

17   doing a sum-of-the-parts analysis, where we're trying to use

18   broadcasting companies to evaluate the broadcasting segment;

19   publishing companies to evaluate the value of the publishing

20   segment.  We have diversified companies here to give us a

21   broader -- a fuller picture of the companies in the

22   industry, but the premise of sum of the parts is to take the

23   most relevant, most comparable peers and use them as the

24   basis of valuing, whether it be the publishing segment or

25   the broadcasting segment.

1  Q     And do you also recall that you were asked some

2  questions about the slight increase in the mean and median

3  and the mean from 7.4 to 7.6 and 6.9 to 7.2 in the median?

4  Do you recall those questions?

5  A     Yes, I do.

6  Q     And you made a comment about Gray being an outlier.

7  A     Right.

8  Q     Okay.  What is Gray?

9  A     Gray is a very heavily levered broadcaster, and its

10 multiple is -- principally reflects its leverage.  The

11 equity value is very de minimis there.

12 Q     And how did that impact your view as to whether Gray

13 should be included as an -- the increase in Gray or the

14 weighting of Gray should be included in your analysis of --

15 selection of a multiple?

16 A     You can see, clearly, it's an outlier, and if you

17 exclude it, then you're left with a range of 7.8 to 6.9, and

18 Nexstar, if I remember correctly, is a very small company,

19 so it just confirms the reasonableness of the range we used

20 at -- when it was 7.4, we rounded up to 7.5.  When it was

21 7.6, we rounded down to 7.5.  Entirely reasonable

22 conclusion.

23              MS. KENNEY:  Thank you.

24              THE COURT:  Recross?

25              MR. QURESHI:  Thank you, Your Honor.

1                    RECROSS EXAMINATION

2   BY MR. QURESHI:

3   Q    Very briefly, Mr. Mandava, if you can pull out the

4   chart NPP-2467.

5   A    Okay.  Hold on one second.  Okay.  I'm with you.

6   Q    Okay.  So sir, you're not suggesting, are you, that

7   you don't understand the relevance to valuation of comparing

8   one set of projections that, in the out-year, shows a

9   percentage decline of 7.9 percent versus the previous year,

10  and another set of projections that, in the out-year, shows

11  a percentage decline of 19.5 percent to the previous year?

12            MS. KENNEY:  Objection to -- that isn't what this

13  says.  Objection to the form of the question.

14            THE COURT:  Well, actually, I thought that

15  exactly is what you elicited that it says.  Overruled.

16            THE WITNESS:  What I didn't understand what you

17  were asking me in the context of my valuation what did this

18  relate to, and I said that the EBITDA went up, so my

19  valuation went up.  And you related that to worsening rates

20  of decline in the outward EBITDA, and that's why I didn't

21  understand where you're going.

22  BY MR. QURESHI:

23  Q    Okay.  But you understand that a worsening rate of

24  decline of EBITDA in the set of projections is going to lead

25  you to a lower valuation.

1  A      It would affect the terminal value, if that's what

2  you're --

3  Q      Right.

4  A      -- asking me.

5  Q      And it would cause the terminal value to go down,

6  wouldn't it?

7  A      Sure.  And --

8               MR. QURESHI:  Okay.  Thank you.

9               THE COURT:  Thank you, sir.  You may step down.

10              THE WITNESS:  Thank you.

11              THE COURT:  Okay.  We'll recess and reconvene at

12  1:30.  When we reconvene, we'll do whatever administrative

13  business we need to do, so we don't get crunched at the end

14  of the day because of my hard-stop at 3:30.

15              MR. BENDERNAGEL:  We got you, Your Honor.

16              THE COURT:  Stand in recess.

17              MR. BENDERNAGEL:  Thank you.

18              MR. QURESHI:  Thank you.

19  (Recess at 12:28 p.m. to 1:33 p.m.)

20              THE CLERK:  Be seated, please.

21              THE COURT:  Good afternoon.

22              ALL PARTIES:  Good afternoon, Your Honor.

23              THE COURT:  All right.  A couple of minutes on

24  administrative things.

25              I am inclined to discontinue use of the overflow

1  room.  We just have a -- literally, just a couple of people

2  in there today and there's never been -- never been a day

3  when there have been a lot of people there.  Does that cause

4  anybody any heartburn?

5          MR. BENDERNAGEL:  No.  That would be fine with

6  us, Your Honor.

7          THE COURT:  Okay.

8          Secondly, we set aside the week of April 12th for

9  our next session, assuming we don't get finished next week

10  or the parties don't otherwise settle.  And I think that's -

11  - oh, I was going to ask about next Tuesday's omnibus --

12          MR. BENDERNAGEL:  A week from Tuesday.

13          THE COURT:  A week from Tuesday.  Anyone drilling

14  down on that a little bit or -- I was just curious as I

15  looked ahead to the schedule.

16          MR. LANTRY:  Good afternoon, Your Honor.  Kevin

17  Lantry on behalf of the debtors.  There are a number of

18  claims objections, a few motions, but if I'm sensing what

19  you're asking, the debtors would be fine if that were to be

20  continued, if you need to have that open space.

21          THE COURT:  I wasn't asking that.

22          MR. LANTRY:  Okay.  If -- if what you are asking

23  for is the duration, I think two hours.

24          THE COURT:  Okay.

25          MR. GOLDEN:  Your Honor, Daniel Golden, Akin,

1    Gump, Strauss, Hauer and Feld.

2              One of the motions on for the 22nd is the motion

3    filed by Aurelius and certain other plan proponents

4    regarding state law constructive fraudulent conveyance

5    claims.  I would agree with Mr. Lantry's estimate of time,

6    other than we don't know as we sit here right now whether

7    any objections are going to be filed to that motion.  I

8    don't think the debtors are filing an objection, but I don't

9    know whether any other parties are filing an objection.

10             And so depending upon the level of the

11   objections, the two hours may be slightly longer.

12             THE COURT:  Well, it's scheduled to start at ten.

13   I have another hearing at 11:30.  I don't anticipate that's

14   going to be an involved matter.  But I do have hearings in

15   the afternoon, so.

16             MR. GOLDEN:  Okay.  Thank you, Your Honor.

17             MR. SEIFE:  Just for your information, Judge --

18   Howard Seife, Chadbourne.  It's not our current intention to

19   object to that motion either.

20             THE COURT:  Okay.

21             MR. SEIFE:  But while I'm at the podium, Your

22   Honor, my calendar has April 12th as a Tuesday.  Are we

23   starting on the Tuesday or the --

24             THE COURT:  11th.  I'm sorry.

25             MR. SEIFE:  11th.  Okay.  Thank you.

1          THE COURT:  April 11th.  All five glorious days

2    have been set aside --

3          (Laughter)

4          THE COURT:  -- just for you.  And I think --

5          MR. BENDERNAGEL:  We're ready to continue.

6          THE COURT:  I think that's all I had.  I think

7    that's all I had on my list.  I would like to remind you to

8    -- I would like a report on Monday morning about time

9    allocations so far.

10         MR. BENDERNAGEL:  Okay.

11         THE COURT:  And to the extent parties can look

12   ahead to give me what they think is going to happen.

13         MR. BENDERNAGEL:  That would be great.

14         THE COURT:  All right.  Thank you.  Let's

15   proceed.

16         MR. BENDERNAGEL:  Your Honor, Ms. Kenney will put

17   on our next witness, Mr. Chachas.  And, again, we're going

18   to be using sensitive data so we would ask that the TV

19   screens at the front of the courtroom be turned off and

20   people be careful what they say about the highly

21   confidential material.

22         Thank you.

23         THE COURT:  All right.

24         THE CLERK:  Please remain standing.  Raise your

25   right hand and place your left hand on the Bible.

1        JOHN J. CHACHAS SWORN

2              THE CLERK:  Please be seated and adjust the

3    microphone closer.

4              Please state your full name for the record and

5    spell it.

6              THE WITNESS:  My name is John J. Chachas,

7    C-H-A-C-H-A-S.

8              THE CLERK:  Thank you.

9              MS. KENNEY:  Good afternoon.  Good afternoon,

10   Your Honor.

11             May I approach with witness binders?

12             THE COURT:  You may.

13             Thank you.

14                        DIRECT EXAMINATION

15   BY MS. KENNEY:

16   Q    Mr. Chachas, where are you currently employed?

17   A    I'm the managing partner of a firm called Methuselah

18   Advisors.

19   Q    What does your firm do?

20   A    My firm gives financial advice, investment banking

21   services, transition services for generations to media and

22   digital companies.

23   Q    Okay.  Did you find -- are you the founder of that

24   firm?

25   A    Yes.  It's my firm.

1    Q    And how long have you worked there?

2    A    I began working there in -- on July 1st of 2010.

3    Q    And your current position?

4    A    I'm the managing partner.

5    Q    Okay.  Where did you work before founding Methuselah

6    Advisors?

7    A    There was a brief period when I was a candidate for

8    the United States Senate, and prior to that I was a managing

9    director of Lazard.

10   Q    And before Lazard -- I'm sorry.  What type of work did

11   you do at Lazard?

12   A    I was involved in -- a managing director and co-head

13   of the firm's media practice in the Americas.  I gave

14   financial advice to media and digital companies.

15   Q    Were you the senior calling officer at Lazard?

16   A    I was one of three managing directors in the group,

17   and, yes.  I was a senior calling officer in managing

18   relationships in the media space.

19   Q    What does it mean to be the senior calling officer?

20   A    It means you provide all of the services that the firm

21   can offer you or the client interface, the senior person

22   responsible ultimately for the -- for the work product that

23   we provide to the client.

24   Q    How long were you at Lazard?

25   A    I was at Lazard from November 2002 until my departure

1   in the beginning of 2010.

2   Q     And which -- what -- can you just give us some

3   examples of some of the companies that you worked with while

4   you were at Lazard?

5   A     Yes.  I worked across the media space active in

6   newspapers, magazines, television and radio with companies

7   such as the Walt Disney Company, the Hurst Corporation, the

8   E.W. Scripps Company, Cox Enterprises, Hubbard Broadcasting,

9   Ovation Networks, Time Warner from time -- a long list of

10  large companies and many smaller ones across all of the

11  sectors:  Clear Channel, Clear Channel Outdoor, Pulitzer,

12  Lee Enterprises, quite a long list.

13  Q     And where were you at before you were at Lazard?

14  A     I spent two years as a managing director in the media

15  practice at Merrill Lynch, and prior to that I spent

16  fourteen years, all of it in the media practice at First

17  Boston, which then became known as Credit Suisse First

18  Boston and today is known as Credit Suisse.

19  Q     And in this entire twenty-some-odd years were you

20  working with media and publishing companies?

21  A     Yes.  My entire career I've worked with media,

22  broadcasting and publishing companies.

23  Q     Have you worked on restructurings during these twenty-

24  four years?

25  A     Yes, I have.

1  Q     What type of work have you done on restructurings?

2  A     I have been involved a variety of restructurings in

3  the different subsectors valuing the enterprise, giving

4  advice to the board of companies as they either are in

5  restructuring, in a court restructuring, out of court

6  restructurings, helping to basically do all the things

7  required to -- to fix the balance sheet of these companies.

8  Q     Can you -- can you give us an example of some of the

9  clients that you've worked with in restructuring?

10 A     In -- in restructuring kinds of assignments in the

11 last three years when I was at Lazard I worked at five in

12 the -- in the publishing space specifically.  In addition to

13 the Tribune Company, I did work with respect to the

14 Minneapolis Star Tribune's bankruptcy with respect to the

15 reorganization of the Journal Register Company.  I worked

16 with the McClatchy Company on capital finance alternatives

17 for its balance sheet issues.  I worked with Lee

18 Enterprises.  Those are a few.

19         In the broadcast arena, names like Citadel, I was

20 involved with prior to my departure.  Clear Channel Outdoor,

21 Clear Channel Communications, all of those are things that I

22 did that either involved highly leveraged companies or

23 companies that were in financial distress.

24 Q     Have you also performed valuations of media and

25 broadcasting companies in your twenty-four years?

1  A      Just a few, many.

2  Q      And how many?

3  A      I couldn't tell you.  Many.  Each year almost on every

4  project in some way or another I've been responsible for

5  working with a team of people to come up with a point of

6  view about value of those businesses, whether we were

7  raising capital, financing a company, financing a

8  transaction or helping a company that was in distress.  So

9  I've done many, many valuations.

10  Q      Can you give the Court some examples of the companies

11  for which you've done valuations?

12  A      I've done valuations for Clear Channel, for the Walt

13  Disney ABC Company, for the Hurst Corporation, Lee

14  Enterprises, Pulitzer -- no, excuse me, not Pulitzer, the

15  other side of Pulitzer, Freedom Communications, among

16  others.

17  Q      And where did you go to -- to college?

18  A      I went to college at Columbia University.

19  Q      And your degree is in what?

20  A      History.

21  Q      Did you get a master's degree?

22  A      I did.  I went to Harvard Business School.

23  Q      And you have an MBA?

24  A      I have an MBA from Harvard.

25  Q      Would you look at Page 1 of your slides, please?

1    They're in your binder.  Is this an accurate copy of your

2    CV?

3    A     Yes, it is.

4    Q     Okay.

5              MS. KENNEY:  We would like to proffer the witness

6    as an expert in valuing, publishing, and broadcasting

7    companies?

8              THE COURT:  Is there any objection?

9              MR. QURESHI:  No objection, Your Honor.

10             THE COURT:  You can proceed accordingly.

11   BY MS. KENNEY:

12   Q     Mr. Chachas, when did you first become involved in

13   working with Tribune?

14   A     In this most recent iteration in early January of 2011

15   I was contacted by the company to do some work for it.  But

16   I had also done some work in an earlier time frame.

17   Q     And just very briefly what work did you do in the

18   earlier time frame?

19   A     I was the Lazard officer in the relationship

20   management role at the time that we were contacted in late

21   2008 when Tribune was seeking financial advice and help, and

22   I worked with the team in soliciting that business.  And

23   when we were hired I was very much involved throughout 2009

24   and into 2010 in -- in all of the analysis that was done at

25   that time.

1  Q     Did that include valuation work?

2  A     Very much so.

3  Q     And then you left and ran for Senate and then you -- I

4  think you said and --

5  A     Yes, I did.

6  Q     And --

7  A     I left in late November of 2009 -- 2009 I informed the

8  firm that I was going to become a candidate back in my home

9  State of Nevada, and I left and spent most of the first part

10 of the year traveling back and forth in a transition

11 capacity, and finally left the firm in the -- in the early

12 part of 2010.

13 Q     And then I said -- I think you said that you got back

14 involved in January of this year?

15 A     That's right.

16 Q     Okay.  And what work were you engaged to perform when

17 you got back involved in January?

18 A     I was asked to provide another point of view of value,

19 if you will, and -- and do analysis to come to a conclusion

20 as to whether the October valuation offered by Lazard in the

21 plan had merit and still had merit and have a point of view

22 -- a second valuation point of view.

23 Q     Okay.  And what was your conclusion?

24 A     My conclusion was that the value as proposed is an

25 appropriate value.

1  Q     What steps did you take to reacquaint yourself with

2  Tribune's operations?  You had been there for a little over

3  a year or so and left and then what did you do to get

4  reacquainted?

5  A     I unpacked a bunch of boxes that had a lot -- an awful

6  lot of old information -- that was the first place -- and

7  reviewed a tremendous number of documents about the peer

8  companies, looked at the analysis that was presented in the

9  October plan, built for myself my own set of comparable

10  companies so that I could test some things that were done in

11  those analyses and read a good many documents.  We

12  eventually received a new set of forecast for the company in

13  the first part of my work in January.  We had due diligence

14  with corporate management in Chicago.  I had diligence with

15  operating management in Los Angeles.  I spoke at length with

16  a variety of people in the publishing and broadcasting

17  industry.  So I talked to actively to gain my own personal

18  assessment of what's happening in the industries.  That's

19  the bulk of what the -- that was getting reacquainted.

20  Q     And then once you got reacquainted, what happened

21  next?

22  A     We -- we commenced a bunch of analysis designed to

23  test the valuation framework in the January time frame which

24  is so well laid out in the October analysis which has been

25  talked about here much of the morning.  And I would say we

1    retested and redid a fair bit of those analyses as of that

2    date and time to conclude a point of view about value in

3    January as opposed to the value that was offered as of the

4    October presentation.

5    Q    Did you prepare a report that contained your opinions

6    as to the validity of the October valuation?

7    A    Yes, I did.

8    Q    And would you take a look in your binder at the

9    document that's behind DCL Exhibit 1104?  Just let me know

10   when you're there.

11   A    Yes.  I'm here.

12   Q    Is that a copy of that report?

13   A    Yes, it is.

14           MS. KENNEY:   I would like to submit Mr.

15   Chachas's report into evidence.

16           THE COURT:  Is there any objection?

17           MR. QURESHI:  No objection, Your Honor.

18           THE COURT:  DCL 1104 is admitted without

19   objection.

20       (DCL Exhibit 1104 received in evidence.)

21   BY MS. KENNEY:

22   Q    If you go back to your slides, Mr. Chachas, I'm going

23   to ask you to take a look at Slide 2.  It's also the

24   enormous exhibit that's just to the left of you.  Could you

25   tell the Court what this is?

1    A    Yes.    This is a summary of the January supplemental

2    work that was done where the January valuation midpoint is

3    juxtaposed in the center column next to the valuation from

4    the October -- from the October analysis to the left of

5    that.

6    Q    And then there's a column that has the variance,

7    correct?

8    A    That's right.    There's a variance column to the right.

9    Q    Okay.    So I would like to stop at the top and I would

10    like to start with publishing business, and looking at this

11    I can see that from October to January the publishing

12    business goes down 42 million, the value.    Do you see that?

13    A    Yes.    It declined.

14    Q    Okay.    Can you explain to the Court briefly -- when

15    we'll talk about it in more detail, but could you explain

16    briefly what caused that decline?

17    A    We did the same analysis in each -- in each time

18    period.    We looked at comparable company analysis and DCF

19    analysis and redoing those arriving at a reference range.

20    The midpoint of that reference range was lower in two -- in

21    the January time frame than it was in the October time

22    frame.

23    Q    And what caused it to be lower?

24    A    A decline in -- a decline in cash flow, modest

25    increase in multiples.

1  Q     Would you explain to the Court the methodologies you

2  used in your January work that you did to value the

3  Tribune's publishing business?

4  A     Sure.  We used the same standard methodologies.  We

5  tried to employee them in the best way that we can in each

6  of the businesses when you have the information -- fresh and

7  good information to do so, which are DCF analysis,

8  comparable company analysis, comparable acquisition or

9  precedent in transaction analysis, and in each instance we

10  apply those as we can.

11  Q     Okay.  And for the publishing business did you use all

12  three methodologies?

13  A     No.  We used two.

14  Q     And why was that?

15  A     Because there really are no recent relevant precedents

16  to gage -- to gage a sale of a newspaper company of this

17  kind or publishing asset of this kind at this time.

18  Q     Would you turn the page to Slide 3?  And --

19  A     Yes.  I'm there.

20  Q     Would you briefly explain to the Court what Slide 3

21  shows?

22  A     Slide 3 is a summary of the valuation of the

23  publishing business.  It contains a summary reference range

24  for the comparable company analysis as well as a reference

25  range for the discounted cash flow analysis and a derived

1  reference range of 865 million to 975 million, and point

2  range of -- the point estimate of 920.

3  Q    And let's start with the comparable company

4  methodology.  That's the first one on the line, correct?

5  A    Yes.

6  Q    And would you turn to Slide 4, please, the next slide?

7  A    I'm there.

8  Q    Okay.  And is Slide 4 the summary of the comparable

9  company analysis?

10  A    Yes.

11  Q    Okay

12  A    Slide 4 is a description of the output of the

13  comparable company analysis in the upper left quadrant of

14  the page revealing the value of a billion-ninety-nine to a

15  billion-two-eleven.  And on the right-hand side of the page

16  are the peer companies from which we derived multiples by

17  which to do the analysis.

18  Q    Okay.  And let's start on the right-hand side of the

19  page.  Were you involved in selecting the companies that are

20  contained on the right-hand side of the page as the -- with

21  the multiples?

22  A    Yes, I was.

23  Q    And when were you originally involved in selecting

24  those companies?

25  A    In January of 2009, at the beginning of my work for

1  the company back when we were first engaged I was very much

2  a part of the design of the framework of the valuation.

3  Q    Were you also part of the determination to value this

4  company on a sum of the parts methodology?

5  A    Yes.

6  Q    Okay.  And why did -- why a sum of the parts

7  methodology?

8  A    There are really too many pieces of companies like

9  this to look at one monolithic multiple or one -- one

10  discount rate or -- or to try to synthesize it down to a

11  single -- to a single whole.  And so the best way to do this

12  is to look at the values of each of the respected businesses

13  to capture the attributes of each of those businesses, the

14  growth characteristics of those businesses, how the

15  marketplace is valuing them, what the cost of capital is for

16  each of those businesses and, therefore, we designed this

17  approach to -- to capture that -- those nuances between the

18  businesses.

19  Q    Okay.  Now turning back to Slide 4 and to the right-

20  hand side and the comparable companies that are listed here,

21  how did you select the comparable companies that are listed

22  here?

23  A    I looked at the entire universe of companies involved

24  in the newspaper publishing industry in -- in the Americas,

25  in Europe, in South America and in focusing in on the ones

1  in America this is the right collection of a larger peer

2  group.

3  Q    Okay.  And let's focus specifically on the pure play

4  companies.

5  A    Yes.

6  Q    Why did you pick these pure play companies?

7  A    Again, we're trying to place a value on the discreet

8  publishing assets of the Tribune Company, not the Tribune

9  Company in its totality.  And these businesses are in large

10  measure pure newspaper publishing enterprises and,

11  therefore, are the right -- best -- not right, the best you

12  have of a peer group.  None are perfect.  But the best you

13  have.

14  Q    And why do you have diversified companies on here?

15  A    Well, there are companies in that group who are also

16  thought of as newspaper publishing companies.  Over their

17  lives they have been written on by analysts who were

18  categorized as newspaper companies.  Gannett is a good

19  example where a large proportion of its revenues and cash

20  flow come from a huge newspaper group and yet it is impacted

21  by other businesses.  So we treat the diversified numbers as

22  a -- as a place to go look, but not as our principal

23  guidepost.

24  Q    I see on this page that there's -- three of these

25  companies have red boxes around their numbers.

1   A    Yes.

2   Q    Could you explain to the Court what the red boxes are

3   there for?

4   A    Well, in trying to derive a multiple in this kind of

5   analysis, in my judgment and experience to simply go to, you

6   know, a mean and median sometimes loses a degree of -- of

7   precision in the process that you can apply.  And in my

8   experience knowing the attributes of the Tribune's newspaper

9   business and looking of these other businesses, it was -- it

10  was concluded that we could learn something by looking more

11  closely at these three and not merely at the means and

12  medians.

13  Q    Well, let's start with *New York Times*.  What do we

14  learn by looking at *New York Times*?

15  A    *New York Times* is today one of the few really national

16  papers and in that regard has characteristics which are

17  uniquely attractive to it compared to local papers who are

18  purely publishing really in their local geographies.  It has

19  two large markets and in that regard is useful and -- and

20  helpful in valuing *Tribune*, which also has Los Angeles and

21  Chicago.  It also has a group of smaller papers in more

22  midsize markets.  It has -- as I said, it has a national

23  brand and a national traffic going through its website

24  that's different and that I believe gives it some

25  characteristics that are -- that are -- that are better than

1    *Tribune*, if you will, from a public perception.

2    Q    Okay.  And then you -- McClatchy is also in red.  Why

3    is McClatchy one of the company's that you looked at?  What

4    are the characteristics?

5    A    Well, McClatchy's papers in Fort Worth, in Kansas

6    City, Charlotte, Sacramento -- I could go on -- are similar

7    in nature to those that *Tribune* operates in places like

8    Baltimore, Florida, Allentown.  So there are -- there are

9    other characteristics there.  McClatchy runs at slightly

10   higher margins so it's not exactly perfect either, but as a

11   useful benchmark.

12   Q    And, finally, Dinette.  What are the characteristics

13   about Gannett that you look at?

14   A    Well, Gannett has, for many years, been viewed as sort

15   of the bellwether of public company values in the newspaper

16   arena.  And it's a little difficult to value a newspaper

17   company and not look at Gannett given how many papers it

18   owns across the country.  It also owns *U.S.A. Today*, but

19   moreover, it's for many, many years in -- in analysts'

20   reports, if you go back the fifteen years I've done this,

21   *Tribune* and *Gannett* are frequently mentioned in the same

22   sentence.  And so it was -- it seemed to me appropriate to -

23   - to pay attention to that multiple.

24   Q    And based on what you just told us about the companies

25   that are highlighted in red, boxed in red here, how did you

1  use the information from that company to derive the multiple

2  range that I find on the left-hand side of the page, the

3  five to five-and-a-half on the left-hand side of the page?

4  How do you use that information?

5  A    You use good judgment and you look at the mean number

6  and the median number and the three that are the most

7  comparable for you.  We banded the upper end at a number

8  below the *New York Times* and believe that a half a turn

9  multiple to arrive at five to the low end was an appropriate

10  breadth of a range.  You'll see that the midpoint there

11  between these three happens to be McClatchy, which is

12  essentially on top of the 5.25 in the center of our range.

13  That's what we did.

14  Q    Okay.  And I see that you used, if I'm reading this

15  right, on the left-hand side 2011 estimated EBITDA.  Is that

16  right?

17  A    Yes.  I mean, one of the essential pieces of why I

18  wanted to do this analysis -- Lazard was already doing it,

19  but I wanted to do it myself -- is valuations are dynamic.

20  They change day to day.  Today after the activities in the

21  marketplace I can assure you all these multiples will look

22  very different today.  And it was important.

23      The question put to me was, is the number presented in

24  the October plan a -- an appropriate number, is it -- is it

25  still accurate, and in January when 2010's in the rearview

1    mirror, you really need to focus on the value of these

2    businesses and equity -- and equity investors are focusing

3    on a forward-looking 2010 valuation -- 2011 valuation basis,

4    not a 2010 basis.  So at that juncture we focused very much

5    on the 2011 figures.

6    Q      And in your experience valuing companies in this

7    business, is that what people do, they use a forward-looking

8    --

9    A      Particularly in businesses that are going through, you

10   know, substantial, substantial change.  It's very difficult

11   to gain a lot of knowledge and guidance by looking at

12   multiples that have already occurred on historic

13   information.  They are frequently quoted.  They are in lots

14   of analyst reports.  They are there because there's an

15   actual number and someone can tabulate it.  But in terms of

16   what equity investors are doing or what companies do when

17   they buy -- they buy other companies, they're very much

18   focused on future performance much more than they are on

19   historic performance.

20   Q      Did you also perform a discounted cash flow for

21   Tribune's publishing business?

22   A      Yes, we did.

23   Q      And would you turn to Slide 5, please?

24   A      I'm there.

25   Q      And what is Slide 5?

1  A     Slide 5 is a summary of the output of the discounted

2  cash flow analysis of the publishing business.

3  Q     And you don't need to go into great detail here, but

4  could you provide the Court with a brief explanation of how

5  you performed the DCF in January?

6  A      This analysis excludes the cash flows for the TNS

7  [sic] business and the ForSaleByOwner business.  So we tried

8  to isolate it down to the core -- what we call the Core 8

9  publishing assets.  There are forecasts provided for a

10 forecast period.  Those forecasts are discounted back to

11 January 1 of 2011 at a weighted average cost of capital

12 which is tabulated elsewhere, not on this page, but it's in

13 the analysis elsewhere.  And in -- in doing this we have to

14 determine a reasonable approach to valuing the futures

15 beyond the forecast period of 2015, and that's done here in

16 the box called the terminal value to arrive at a value range

17 which I believe is in the box down below.

18 Q     And did you use Gordon growth to compute the terminal

19 value?

20 A     Yes.  We had a very substantial debate about this at

21 Lazard and concluded that that was the right methodology

22 given the characteristics of this particular industry, not

23 business, industry at this time.

24 Q     And what do you mean by that?

25 A     Well, it's very difficult to look at five years ahead,

1  sixty months of forecasts in a business that's under --

2  undergoing wrenching change in its revenue line, in its

3  capital spending and its -- and its headcount and

4  profitability and believe that multiples today that we can

5  divine from the public market are a good proxy to use to

6  apply to a 2015 EBITDA number to come up with value beyond

7  2015.

8        And so it's -- it's a well discussed academic question

9  about the use of effectively growth rates that go off into

10  perpetuity to come up with an approach for the terminal, and

11  we believe that that was a better approach in this instance

12  than to apply 2011 multiples that far out.

13  Q    And could I ask you to turn back to Slide 3, please?

14  A    Yes.

15  Q    Could you let -- tell the Court how you weighted the

16  comparable company approach and how you weighted the

17  discounted cash flow approach in developing your reference

18  range?

19  A    We gave a lot of consideration to both of these

20  methodologies.  It's important to say when you're valuing

21  companies each of these different typical methodologies have

22  different benefits and different constraints.  Precedent

23  transactions is an example that focuses on -- on the sales

24  of control in companies and the absence of those led us to

25  not use that here.

1          In the weighting of the two that we did use, we

2   applied a seventy percent weighting to the comparable

3   company analysis and a thirty percent weighting to the

4   discounted cash flow analysis.

5   Q    And why did you apply the seventy percent to

6   comparable and thirty percent to discounted cash flow?

7   A    In my judgment based on the characteristics of the

8   business and the industry and the difficulties of the

9   industry, these each presented two quite different views of

10  the world.  But in the end, the one which is informed by

11  today's prices, today's share prices and nearer term

12  operating performance versus longer range forecasts, it was

13  my judgment that it was appropriate to err on the side of

14  the higher value, the discounted cash -- I'm sorry -- the

15  comparable company value and to place greater weight on that

16  given that is really underpinned by nearer term information

17  than longer range forecasts.

18  Q    And you can tell by looking at this that the

19  discounted cash flow value is quite a bit lower than that

20  that is derived from the comparable company approach, right?

21  A    Yes, it is.

22  Q    And the discounted cash flow, that was based on

23  management's projections, right?

24  A    Yes.  All of this analysis is based on Tribune's

25  forecasts that are provided to us.

1    Q      And, in fact, the comparable company analysis is also

2    based on management's projections?

3                  MR. QURESHI:  Your Honor, objection.  Leading.

4                  MS. KENNEY:  What is -- I'll rephrase.

5    BY MS. KENNEY:

6    Q      What is the comparable company analysis based on?

7    A      The comparable company analysis is based on a 2011

8    estimate of EBITDA for the company that -- which we received

9    from the company and the peer group which we discussed

10   earlier.

11   Q      Now you heard some suggestion this morning that

12   perhaps you shouldn't be relying on management's

13   projections.  Do you recall that?

14   A      I'm sorry.

15   Q      During Mr. Mandava's testimony that perhaps you

16   shouldn't be relying on management's projections.  Do you

17   recall that testimony?

18   A      I recall hearing that.  Yes.

19   Q      Okay.  And do you believe that that would be a

20   reasonable thing to do, not rely on management's

21   projections?

22   A      In my twenty-five years of doing valuations of

23   businesses when I'm presented with financial information

24   that's credibly created by the team that runs these

25   businesses, I find it very difficult to entirely discard it.

1    So, no.  I don't think it's an appropriate thing to discount

2    -- to discard a discounted cash flow analysis based on

3    management's projections.

4    Q    Well, management's projections are -- are -- the DCF

5    is much lower.  What accounts for that?

6    A    The discounted cash flow analysis is built on five

7    years' worth of forecasts which look to continued erosion in

8    a business and continued erosion in cash flow.  Cash flows

9    decline.  We calculate a terminal value out in 2015 for the

10   years beyond and it results in a different -- a different

11   value range than looking at one-year forward 2011 estimates

12   multiplied by today's group or peer group of company

13   multiples.

14       So it is fair to say that the viewpoint of continued

15   erosion in their publishing business very much underpins the

16   discounted cash flow value range, which I took into great

17   consideration.

18   Q    In your opinion is the continued erosion a reasonable

19   perspective?

20   A    I'm sorry to say, but in the work that I do in the --

21   in the newspaper industry my sentiment is it's a completely

22   reasonable position that this industry could continue to

23   undergo substantial difficulty and decline.  It is not

24   uniform across the industry about what that point of view

25   is, but it is a reasonable outcome and I would say that

1  based on, unfortunately, the first month of this year it

2  looks as though that -- that trend line continues.

3       In 2010, there's been a lot of talk about the increase

4  in profitability in this business, which was entirely to do

5  with firing a lot of people and, actually, improving your

6  contribution margins.  There was no revenue increase in this

7  business in 2010 and in the first month of 2011.  My own

8  collection of information about the industry is it's down

9  about ten percent in the first month of the year.

10 Q     And are there public looking guidance that we can look

11 to for the publishing companies?

12 A     It's become a real challenge because in the old --

13 that's not a nice thing to say.  In the old days when I was

14 a young banker, the industry had many companies which

15 reported very actively and had a great many research events

16 during the year.  Therefore -- and it was well covered.

17 There was a large universe of industry analysts that covered

18 them and the companies covered them.  Today, there are very

19 few companies giving public guidance.  Those that do

20 generally give it a year forward, if that, and -- and so,

21 no.  There's very little information that's now available by

22 the public -- by the public registrants in the newspaper

23 fields.

24 Q     And in your opinion why is that?

25 A     They have had a very difficult time estimating their

1  business and, in fact, they finally got better in 2010 after

2  being terribly bad in 2009, 2008, 2007 of understanding the

3  depth of this fall off, and I think that managements have

4  become very guarded about putting too much out there about

5  what they think is going to happen in an industry when

6  they're having difficulty -- difficulty forecasting it.

7  Q    I want to turn back to the blow-up.  I think it's

8  Slide 2.  On the next line down is broadcasting.  Are you --

9  do you see where I am, Mr. Chachas?

10 A    Yes.

11 Q    Okay.  And if you look across it's a -- very -- it's

12 gone down 128 million since October --

13 A    Yes.

14 Q    -- from October to January?

15 A    Yes.

16 Q    And could you briefly explain why it went down 128

17 million?

18 A    As I recall, the numbers moved a little bit down.

19 There was also some group allocation and other costs

20 associated with the -- with the broadcast group, and when

21 you -- I don't think we had meaningful multiple change in

22 the January time frame.  I would have to go back and look.

23 But, essentially, a decline in performance again.

24 Q    What meth -- and maybe -- perhaps you can turn to

25 Slide 6?  And I can -- in the --

1    A      I'm here.

2    Q      Is the information contained on Slide 6, is that what

3    carried forward to Slide 2?

4    A      Yes.  That's correct.

5    Q      Okay.  And what methodologies did you use to value

6    broadcasting business in your January work?

7    A      The two that I used are the comparable company

8    analysis and the -- and the discounted cash flow analysis

9    again.

10   Q      And the January presentation includes a line for

11   precedent transactions.  Do you see that?

12   A      Yes, I do.

13   Q      And why didn't you place any reliance or place any

14   weight on the precedent transactions?

15   A      Again, there have been very few sales of broadcast

16   station groups in the time frame that's reasonable.  If you

17   go back three years there may have been two station groups

18   four years ago and it just wasn't reliable.  I don't -- I

19   don't think it's a useful -- a useful methodology.

20   Q      And what was this methodology?  How did the -- how did

21   the numbers here, how did they -- where did they come from?

22   A      There was an attempt -- I was probably somewhat

23   responsible for it -- in the early part of 2009 because we

24   knew there were no good precedents.  I asked people to try

25   to craft a proxy methodology looking at older transactions

1   to come up with the premium that had been paid in premiums

2   and what those premiums reflected over public market values,

3   and then to reapply that premium in a -- in an attempt to

4   come up with a proxy for a precedent transaction methodology

5   and we ultimately rejected it.  We don't think it -- it's

6   not instructive.

7   Q     Why is it still on the page?

8   A     I have no idea.  I was surprised when I saw it in the

9   October one as well.

10  Q     And you didn't place any reliance on the precedent

11  transaction?

12  A     No, ma'am.

13  Q     Okay.  Let's turn to Slide 7.

14  A     Yes.  I'm here.

15  Q     What does Slide 7 show?

16  A     Slide 7 is similar to the slide you showed about

17  publishing.  It's a summary of the broadcasting comparable

18  company analysis.  On the left-hand side it reveals the

19  values for the various segments of the broadcasting group,

20  and on the right-hand side a series of peer companies and

21  multiples of their 2011 forecasts at EBITDA.

22  Q     Did you select the companies that are included on the

23  right-hand side of the page?

24  A     I was very much part of that selection.  Yes.

25  Q     And when did you originally work on that selection?

1  A      Your -- my memory serves me, we probably did this back

2  in, again, the January/February time frame of 2009 when we

3  were originally engaged with the company.  I periodically

4  look to see if there's a new television company or a new

5  cable programming one that I don't know about, and it's been

6  a long time since I've been surprised.  And that is the same

7  list that existed then and it's the same list that we would

8  use now.

9  Q      How did -- how did you select which companies you were

10  going to include as peer play and which as diversified?

11  A      Well, we have three pieces here, not just the two.

12  The bottom piece is the cable piece which we'll get to in a

13  second, and the top piece we incorporate companies that are

14  large owners of broadcast assets and are thought of and

15  valued and written about as broadcast assets.  And in the

16  diversified area you'll see Media General, Entravision and

17  Scripps are all viewed as diversified companies in the sense

18  that they each have some other businesses in their

19  portfolio, but they have a large component that's television

20  broadcasting station business.  And the pure plays up above

21  do only TV -- TV broadcasting.

22  Q      And in your twenty-four years of experience in this

23  industry, are you familiar with each of the companies

24  included in the pure play?

25  A      I have probably worked on purchasing or selling 250

1  television stations in my career and I know all of those

2  companies well.

3  Q    All right.  And I've looked to the right-hand side in

4  the multiples under TV broadcasting and there's a red box

5  around the mean under pure play and --

6  A    Yes.

7  Q    -- why is that boxed?

8  A    Well, in this particular circumstance there really are

9  three companies that I -- I thought we should look more

10 closely at than purely the mean.  But the mean was actually

11 a useful -- a useful point of reference and it helped

12 underpin the upper end of the range we were prepared to use

13 in ascribing to our station business.  But there -- it's

14 fair to say that we gave greater focus to a couple of others

15 as well.

16 Q    Which are those, the ones you gave greater focus to?

17 I'm sorry.

18 A    It would be -- it would be Belo, LIN, and to a lesser

19 extent Sinclair for --

20 Q    I --

21 A    -- for differing reasons.

22 Q    Could you go through those reasons?

23 A    Belo owns stations on large markets the way Tribune

24 does in large markets.  It owns Dallas, Houston, Seattle,

25 Portland, Phoenix, and almost all of them are top

1  affiliates.  And when I say -- that's pejorative term, I

2  shouldn't say that.  They are -- they are typical big four

3  affiliates.  ABC, NBC, CBS or Fox.

4      LIN has certain other stations that are down in term

5  of market size, also has a few large markets.  Again,

6  operates at high margins, attractive margins and owns some

7  larger markets.

8      Sinclair we include because it tends to be in large

9  markets and also owns a fair number of network affiliates

10 which are not with the top four.  Ad because analysts and

11 investors have a slightly different view of those kinds of

12 assets versus traditional ABC, NBC, CBS and Fox assets, I

13 thought it was important to look at Sinclair.  But when you

14 look at the dispersion of those multiples from 6.9 to 7.6,

15 you -- you start to see how we arrived at our -- which is

16 your next question about your six-and-a-half to seven-and-a-

17 half multiple.

18 Q    And what type of affiliates does Tribune's TV stations

19 have?

20 A    It's mixed, but the vast majority are the CW.

21 Q    Did you include Gray in your selection of the

22 multiple?

23 A    We did include Gray in the calculation or the

24 tabulation of the mean or the median.  It's a company I know

25 very, very well.  As I think it's been previously stated,

1  it's got a great deal of leverage and a very small equity

2  market cap, and it operates, I believe it's largest market

3  is Number 72.  So it's quite small and not really the best

4  peer.

5  Q    And you preempted my question, so I am going to ask

6  next, how did you use the comparable companies on the right

7  side of the page to derive your -- your multiple range of

8  6.5 to 7.5 contained in the box on the left-hand side of the

9  page?

10  A    We established the high end of the range as the mean

11  which we triangulated back to look at the other peers to

12  conclude is it likely that we were too low or too high, and

13  concluded that the seven-and-a-half multiple was supportable

14  by that mean and also by looking at the others that are

15  there, and took a one multiple turn reduction down to six-

16  and-a-half, looked back to see does that seem supportable by

17  comparison to the other multiples that are -- that are

18  available to us and concluded that was an appropriate range.

19  Q    Did you do something similar to cable?  Maybe we can

20  walk through cable.  Which -- which comparable companies did

21  you look at to value Tribune's cable operation?

22  A    We looked at the three at the bottom right quadrant of

23  that page with the greatest focus on -- on Discovery and

24  Scripps, and -- and looked at the mean and median of that

25  peer group, Viacom, Discovery and Scripps which are all pure

1    play cable programming enterprises.

2    Q    What is the Tribune's cable programming?

3    A    Well, it runs a superstation called WGN in Chicago

4    which is a general entertainment station that broadcasts in

5    about 71 million, I believe, Nielsen homes and it is a

6    general entertainment station.

7    Q    Does it have a substantial or any amount of original

8    programming?

9    A    Not a -- not a substantial amount of original

10   programming.  In fact, the majority of its programming is --

11   is really syndicated content and there's a little bit of

12   stuff, but not much compared to its cable programming

13   brethren over here to the right.  This value -- this asset

14   is one that is -- it would have been uncharitable to place a

15   six-and-a-half to seven-and-a-half multiple on a station of

16   that kind.  So we looked at the cable programming universe.

17   It's fair to say that many people wouldn't consider WGN in

18   the cable -- a true cable programming company.  But it is

19   much more like a cable programming company, it seemed to us,

20   than it was a station business.

21   Q    And how did you select the multiple of seven to eight?

22   A    We -- we looked at the mean of 9.1 among the peer

23   group that our -- seven to eight is -- the seven to eight

24   you've circled, actually, it pertains to the group

25   allocation, not to the actual value --

1    Q      Oh, I'm sorry.

2    A      -- of the cable programming.

3    Q      Eight --

4    A      That's okay.

5    Q      Eight to nine.

6    A      Eight to nine.

7    Q      Thank you.

8    A      Right.  The nine times multiple was underpinned by the

9    mean of the peer group and we took a one-multiple point turn

10   to establish a fair range of value, which you see there at

11   eight to nine, and we multiplied that by its 2011 estimate

12   of EBITDA.

13   Q      Did you also perform a DCF for the broadcasting

14   business?

15   A      Yes, we did.

16   Q      Is that shown -- summary of that shown on Page 8,

17   Slide 8?

18   A      Yes, it is.

19   Q      Could you just briefly describe the way you performed

20   your DCF?

21   A      Very similar to the methodology I described in the

22   publishing arena well known to, I'm sure, many people here

23   with one important exception; that in determining the

24   appropriate terminal value for this enterprise, we continued

25   to utilize the multiple of the end multiple -- the terminal

1 multiple coming from a peer multiple as opposed to a

2 perpetuitive, a Gordon Growth methodology.

3 Q    Okay.  And I would like you to turn back to Slide 6,

4 please, Mr. Chachas.

5 A    I'm there.  Yes.

6 Q    Would you describe the weighting that you gave to the

7 various methodologies on Slide 6?

8 A    Yes.  In this circumstance we weighted the discounted

9 cash flow analysis sixty percent and the comparable company

10 analysis forty percent and, again, I'll remind you we didn't

11 place any weight on that line called precedent transactions

12 in the center.

13 Q    Why did you weight comparable companies the way you

14 weighted comparable companies, why the mix?

15 A    Each time I have valued a company I try to apply my

16 judgment from my accumulated years of working on it -- in

17 the industry and my knowledge to ascribe an appropriate

18 weighting.  And in instances where you have cash flows of a

19 business, of that business itself, it is a very valuable and

20 useful tool.

21     And in this circumstance, particularly when it looks

22 like that business is continuing in a manner relatively

23 consistent, which is to say there's not enormous change, the

24 discounted cash flow analysis was a very informative tool

25 and the comparable company analysis also informative, though

1    I determined that it could -- it could suffer a slightly

2    less weighting given the differences -- the inherent

3    differences between the businesses.  So we chose sixty/forty

4    as the range -- as the weighting, excuse me.

5    Q    And in that -- that's sixty percent discounted cash

6    flow and forty percent comparable company?

7    A    Yes.

8    Q    And next line on the blow-up that's next to you is

9    other wholly owned assets and I can see that that went up 17

10   million.  Do you know why the value of other wholly owned

11   assets went up 17 million?

12   A    I believe it went up because the peer multiple -- I've

13   got to go back and look.  I believe the peer multiple --

14   these are small assets.  Tribune Media Services we valued

15   using several methodologies, all three methodologies, and

16   then there's a tiny other asset in there as well.  But I

17   think it was largely driven by a focus on the 2011 cash flow

18   as opposed to 2010 and a 2011 cash flow, so cash flow went

19   up, and then the multiples.

20   Q    And -- and that actually reminded me, did you use 2011

21   EBITDA when you were valuing the TV stations?

22   A    TV stations differently than cable programming.  Cable

23   programming yes, we used 2011 estimates solely.  In

24   programming -- in station businesses today, this is -- this

25   sort of evolved five or seven years ago where the political

1    environment started to spend enormous sums of money every

2    other year.  It's become a very significant piece of the

3    broadcast station business and one that's not easily

4    predicted, so it's quite spiky.  The custom in valuing these

5    assets has been to use a blended average of two rolling

6    years to capture that -- that distinction in the business

7    and we did that here, '10 and '11.  We used '10 and '11 for

8    numbers.

9    Q    If you look back at Page 2, which is the blow-up, I'm

10   going to turn to the next line which is -- I'm going to come

11   down to the next line that has a larger number which is non-

12   controlled investments.  Do you see where I am?

13   A    Yes, I do.

14   Q    And the increase is 357 million there.  Is that right?

15   A    Yes.  That's right.

16   Q    And what accounts for that increase?

17   A    These are --

18   Q    Well, I'm sorry.  Let me ask you first what are

19   Tribune's non-controlled investments?

20   A    There are several, the largest of which is a 31.3

21   percent interest in the food partnership, the TV Food

22   partnership.  There is a thirty -- I believe, 30.8 percent

23   economic interest in CareerBuilder, and I believe a 27.8

24   percent economic interest in a partnership called,

25   Classified Ventures.  They also own a couple of smaller

1   minority assets as well, one I think called, Legacy and the

2   other called, Topix.  But the key ones would be the food

3   partnership interest and the Classified Venture interest and

4   the CareerBuilder interest.

5   Q    And let me ask that question again about what caused

6   the increase of 357 million in Tribune's non-controlled

7   investments?

8   A    The bulk of the value was a calculated increase in the

9   value of -- of the food network and the rest came from

10  increases in values of Classified Ventures and CareerBuilder

11  under our analysis.

12  Q    Could you please turn to Slide 9?  What does Slide 9

13  show?

14  A    Slide 9 is a summary of various valuation exercises to

15  put a value on the minority interests, which I mentioned

16  before.  I missed one.  I'm sorry.  I forgot to mention Home

17  Finder.  But it had no value so it didn't matter.

18       So it's a summary of the value of each of these

19  minority components of the valuation.

20  Q    And the range of value, what is the range of value for

21  the Tribune minority investments in your January work?

22  A    It's summarized in the blue bar, the light blue bar

23  that says two-billion-oh-sixty-six to two-billion-three-

24  eighty-five with a point estimate of two-billion-two-twenty-

25  six.

1  Q     And that two-billion-two-twenty-six, does that -- is

2  that what comes back to Page 2?

3  A     Yes.  I believe so.  Yes.

4  Q     Why don't we start with the largest one here, which is

5  the TV Food Network.  Do you have experience or do you

6  understand -- let me just -- what is TV Food Network?

7  A     TV Food Network is a highly popular genre specific

8  cable programming service that broadcasts original

9  programming about food.

10  Q     And who is the other partner or partners in the TV

11  food partnership -- TV Food Network partnership?

12  A     The managing partner is Scripps, and to be precise

13  Scripps Networks.  There was a point when Scripps was

14  altogether as one company.  It broke into two companies.

15  Scripps Networks now owns the cable programming assets and

16  E.W, Scripps owns the TV and newspaper assets, but it's

17  Scripps.

18  Q     Do you have any experience on working with Scripps

19  outside of Tribune?

20  A     Yes, I do.  The first assignment I ever did in 1987

21  was for the E.W. Scripps Company.  I have a long

22  relationship and knowledge of this asset and company.  I

23  have been in their offices 65, 70 times in the last twenty-

24  four years and have done assignments in some instances, not

25  as many as I would like, but I've done some assignments for

1   them.  Yes.

2   Q     And can you give us just a couple of examples of --

3   A     Sure.

4   Q     -- the type of the assignments that you've done for

5   Scripps?

6   A     I worked on its initial public offering.  I worked at

7   one juncture in valuing the food partnership itself in

8   relation to a repurchase of a small minority interest by a

9   prior partner.  I have had countless conversations with them

10  about a variety of acquisitions or merger activities.  We

11  have had conversations about the sale of shares of the

12  company.  It has a large family that owns significant

13  shares.  So I -- I'm well versed in the value of the Food

14  Network.

15  Q     Do you continue to talk to people at Scripps?

16  A     All the time, as recently as yesterday.

17  Q     What valuation methodologies did you use to value TV

18  Food Network partnership?

19  A     In this context in January we did comparable company

20  analysis and precedent transaction analysis.

21  Q     Would you turn to Slide 10, please?

22  A     Yes.

23  Q     What is Slide 10?

24  A     Slide 10 is a summary of the analysis done in January

25  with respect to the Food Network summarizing each of the

1  methodologies and indicating a reference range for the --

2  for the asset in question.

3  Q    Could you briefly describe the manner in which you use

4  the comparable company analysis to value the Tribune's

5  minority interest in the partnership?

6  A    Sure.  We had the -- we used -- the best information

7  we have -- again, this is 2011 estimated EBITDA for the

8  company -- for the partnership and 2011 estimated net

9  income.  We concluded a multiple range of eight to nine

10  times forward EBITDA and a multiple range of fifteen to

11  seventeen times forward net income.  Those multiples are

12  derived largely from looking at the parent company itself.

13  Scripps is a well researched, well known nine-billion-dollar

14  highly liquid publicly traded company where a great deal of

15  effort is placed by the investment community to focus on the

16  Food Network.

17       So, frankly, I think it is the -- it is the only peer

18  company you would use to try to ascribe a comparable company

19  multiple to this partnership interest.

20  Q    And looking at the multiples for Scripps, how do you

21  move from the multiples to Scripps to the multiples that you

22  have in the middle of this page under the word, "multiple"?

23  A    Well, the Scripps multiple was -- was higher than

24  this.  We took a discount of about a turn from Scripps.

25  First of all, you need to look at Scripps carefully because

1  to value Scripps on a public company basis, there are some

2  things you need to do.  So you have to get your multiple

3  right in the first instance of S&I itself.  That involves

4  doing something that -- that some people don't do, which is

5  a view of its partnerships, its attributable debt, its

6  allocable portion of two partnerships.

7       It has a partnership with Cox Enterprises now on a

8  channel called the weather -- it's called The Travel

9  Channel, and it has the partnership here.  So you have to

10  calculate that the right way.  We calculated the appropriate

11  2011 multiple for Scripps.  We took a modest discount to

12  that to underpin the upper end of the range on EBITDA, same

13  exercise if you look down I believe there's a footnote

14  somewhere that focuses on the net income multiple that we

15  used which was a discount off of Scripps' forwarded multiple

16  of net income, and then we created a range because a range

17  is appropriate in coming to a judgment about the value.

18  Q    Why would you take a discount off the Scripps multiple

19  for your high end?

20  A    Scripps is -- it has the benefit of multiple networks,

21  two very popular and successful ones in Home and Garden, and

22  Food.  It also owns other assets such as DIY, the Great

23  American Country. It's a collection of assets and this is as

24  attractive an asset as it is.  It's a single asset and it

25  was our belief that certainly an investor's not going to pay

1    the same price for a thirty-one percent interest in a unique

2    asset relative to a distributed collection of assets that it

3    could buy in a liquid case in -- in Scripps.

4    Q       You said you also used a precedent transaction

5    methodology to value TV Food Network partnership?

6    A       Yes, we did.

7    Q       And could you briefly describe how you did that?

8    A       I looked at a long list of different sales of cable

9    programming assets and there aren't very many which are good

10   precedents that are recent and usable.  We considered a

11   couple and in the end focused on one which was Scripps'

12   purchase itself of the Travel Channel, which had about 80

13   million homes, had a comparable amount of license fee,

14   slightly higher license fees interestingly than Food has,

15   and concluded that that multiple, which I believe was 13.7

16   on a forward basis was the only recent and good peer.  You

17   could have looked for other things, but we -- we chose that

18   one.  We ascribed a high end multiple range of fourteen and

19   a two-turn -- two-turn range so twelve times to fourteen

20   times, and applied that to a -- to a -- the food partnership

21   figures to arrive at a value.

22   Q       Now you only used one transaction.  Is that what you

23   said?

24   A       Yes.

25   Q       Why do you still have a range?

1    A    Ranges are appropriate in businesses, in valuing

2    business.  Single estimates to me are -- are misleading and

3    we generally have erred in all of our work here at the

4    higher -- trying to make sure we give higher credit at the

5    high end of value.  Frankly, I think the value of 13.7 for a

6    control stake, a hundred percent control -- a control stake

7    in the partnership that involves travel is a very full

8    multiple.  And it seems to me that the appropriate way to do

9    this is always to have some range of -- of value if you're

10   trying to draw a proxy to a particular asset.

11   Q    Now you testified that you considered a couple

12   transactions.  Was the Weather Channel one of those?

13   A    It was one.

14   Q    Why didn't you include The Weather Channel in your

15   analysis of -- and rely on that in selecting your multiple?

16   A    I didn't have a lot of confidence that the market

17   multiple that was being talked about and reflected in

18   various industries -- industry data of 13.8 or 13.9, I can't

19   remember which it is -- I didn't have a lot of faith that

20   that multiple actually reflected what I thought NBC and

21   Providence Equities and the other financial partner were

22   really paying to buy the asset.  That was the first instance

23   -- issue is I believe that the adjustments that they had

24   made in their estimates of cash flow suggested they were

25   paying -- and they believed they were paying considerably

1   less, but then there are other attributes.  There are

2   attributes of the business itself, weather as a -- sorry,

3   weather as an asset, as an informationally-oriented cable

4   programming business with a high degree of traffic and

5   volume coming from its web business compared to travel,

6   which is an original programming, genre-specific, lifestyle

7   sort of channel, much more comparable to the asset in

8   question here in food.  It was a better choice.

9   Q    And turning back to slide ten, can you explain to the

10  Court how you weighted the methodologies that you looked at?

11  A    Yes.  We placed 70 percent of the weighting on the

12  comparable company analysis and 30 percent of the weighting

13  on the precedent transactions.

14  Q    Are you aware that Lazard had performed, at one point

15  in time, a DCF for TV Food Network partnership?

16  A    I was aware that that work was going on.  I was gone

17  at that time at the firm I had.  I was just leaving, I

18  believe, in March or February of 2010 when the discussions

19  began about Tribune's need to put some capital in because

20  Scripps was going to put money in.  So, yes, I was aware

21  that analysis was done, but I was not part of that.

22  Q    Would you turn -- take a look at slide 11, please.  Is

23  this the -- your understanding that this is the DCF that

24  Lazard had prepared?

25  A    Yes, it is.

1  Q    And you reviewed this -- did you review this in doing

2  the work that you did in January?

3  A    Yes, I reviewed it.

4  Q    And how does the information on slide 11, how did that

5  affect your analysis of the TV Food Network partnership?

6  A    It did not affect my analysis in terms of driving my

7  conclusions about the value of the asset.  These were based

8  on forecasts I believe, which were February or March of

9  2010.  I'm not sure these forecasts actually even

10  incorporate the cash flows of the Cooking Channel, which is

11  now a material piece of the partnership.  I looked at the

12  value range that's revealed in the lower middle-right

13  quadrant down in the center of this page of three-billion-

14  six-forty-one to four-billion-one-oh-eight and concluded it

15  was comparatively similar to values while were being

16  revealed by other methodologies and consequently didn't

17  spend any more time on it.

18  Q    Do you know why you didn't do -- or why didn't you do

19  a DCF in your analysis in January?

20  A    In my own work, I was asked to begin to look at the

21  value of the company as of October and to have a point of

22  view about whether that value was still a relevant value.  I

23  was satisfied by the methodologies that I had employed in

24  January with respect to this partnership combined with my

25  knowledge about what is happening in this partnership to

1  have a very good sentiment that we had given it a very full

2  value, indeed, and I didn't feel that that was a material

3  omission in any way that needed to be dealt with.  And I'm

4  not sure we could have gotten it anyway.

5  Q    What do you mean you're not sure you could have gotten

6  it?

7  A    Scripps has never been particularly forthcoming with

8  long-range forecasts on any of its networks, I can assure

9  you, and in this instance, I think the only reason that

10 Tribune even had access to this was that there was an inter-

11 -partnership negotiation over the relative value of Cooking

12 going in versus Food, which is already there.  Otherwise, I

13 don't think Tribune has access to any kind of information

14 like this.

15 Q    Would you turn back to Page 10, please.

16 A    Sure.

17 Q    Or maybe you've never moved from it.

18 A    I think I have it memorized.

19 Q    Did you take any discounts for lack of marketability

20 or lack of control for your value of the TV Food Network?

21 A    I wrote in my report that I believe that discounts are

22 appropriate in these non-controlled assets.  In Lazard's

23 work, it had not, and it did not in October, and it's not

24 reflected in the numbers that are here.

25 Q    Could one be justified?

1  A    One absolutely can be justified.  I know a great deal

2  about this partnership, and I think there is a great deal of

3  academic work supported by the facts of the partnership that

4  would suggest that a minority discount and a liquidity

5  discount, a salability discount, there are a variety of ones

6  that might be applicable here.  We elected not to change

7  what had already been done in October, but I felt very much

8  that there is a reason to apply such discounts.

9  Q    And if a discount would -- was applied, what would

10 happen to the value?

11 A    I'm sorry?

12 Q    If a discount was applied, what would happen to the

13 value of TV food network?

14 A    The value indicated in this page would be lower.

15 Q    Could you turn -- please turn to slide 12.  Would you

16 briefly tell the Court what slide 12 shows.

17 A    Slide 12 is similar to the prior ones on publishing

18 and on broadcasting.  It is a summary of the valuation of

19 the CareerBuilder stake.

20 Q    And what is CareerBuilder?

21 A    CareerBuilder -- sorry, pardon me.  CareerBuilder is a

22 web-based business that assists people seeking employment.

23 It's a job site.

24 Q    In your work in January, how did you value the

25 CareerBuilder -- the minor -- Tribune's minority interest in

1  CareerBuilder?

2  A      We used comparable company analysis as the means of

3  ascribing a value to the 30-percent interest that they

4  owned.

5  Q    And looking in the middle of the page under the word

6  Operating Metric, what operating metric was used for -- to

7  value CareerBuilder?

8  A      Well, we looked at -- we looked at all of these

9  operating metrics of 2011 revenue and EBITDA and net income.

10 We looked at them all.  I personally have a strong sentiment

11 that in valuing enterprises like this, you really need to

12 look at EBITDA more than any other.  Valuing a dollar of

13 revenues can be very misleading if the contribution margin

14 of those businesses varies a great deal.  And while

15 multiples in the marketplace sometimes catch up with it,

16 it's not always the case.  But we did, because we had a

17 single methodology we felt comfortable using, used all of

18 these metrics in arriving at the reference range that's

19 indicated.

20 Q      And why did you only use the comparable company

21 methodology?

22 A      We didn't feel that we had good forecast by which to

23 do.  We don't control or run this business.  We don't have

24 employees in this business.  We didn't feel that we had good

25 information by which to utilize or deploy a DCF analysis and

1  really didn't feel that there were very good precedent

2  transactions to use at all.

3  Q    Did you apply a discount for lack of marketability or

4  for illiquidity to your value of CareerBuilder?

5  A    No, we did not.

6  Q    Could you have?

7  A    I would have done so, yes.  I think it's a good idea.

8  Q    And what is your valuation of CareerBuilder in

9  January?

10  A    The 30 percent -- the 30.8-percent economic range

11  that's indicated as in the blue bar down below, 375 to 440.

12  Q    Could you turn to slide 13, please.

13  A    Yes.

14  Q    What does slide 13 show?

15  A    Classified Ventures is a joint-venture partnership, if

16  you will, by a -- it's an independent entity in which

17  Tribune has an economic interest, and this is a summary of

18  the valuation analysis.  We did it concluding a value of

19  their 27.8-percent interest.

20  Q    How did you value Career -- I'm sorry, Classified

21  Ventures in January?

22  A    We suffered from the same limitation and focused on

23  the comparable-company methodology.

24  Q    And what do you mean by the same limitation?

25  A    There really aren't a great set of precedent

1    transactions, and nor did we have access to forecast data in

2    order to do a DCF analysis, so we relied upon the

3    comparables, which themselves are limited.

4    Q      Did you apply a discount for lack of marketability or

5    illiquidity to your valuation of Classified Ventures?

6    A      No, ma'am.  Once again, we didn't apply any discount

7    in this value.

8    Q      In your opinion, for Classified Ventures, could one be

9    justified a discount?

10   A      Yes, indeed.

11   Q      I'd like you to turn back to the -- it's the blowup

12   right next to you, but it's also Page 2 in your binder, if

13   you prefer.  Just let me know when you get there, Mr.

14   Chachas.

15   A      I'm here.  Got it three ways.

16   Q      See that the midpoint in January is 7,019, correct?

17   A      That's right.

18   Q      And that's as compared to a midpoint in October of

19   6.75 billion, right?

20   A      That's right.

21   Q      And that's a $269 million rise in value, right?

22   A      Yes.

23   Q      Yet you testified that 6.75 billion was still

24   reasonable.

25   A      Yes.

1    Q      Why is that?

2    A      I believe, based upon the total facts and

3    circumstances and the value of all the pieces of this

4    enterprise, that in looking at the changes that had occurred

5    between the October timeframe and the January timeframe,

6    which as you can see, the businesses which we run and

7    operate have declined in value, and those are the ones that

8    Tribune has influence over.  Tribune can deploy capital,

9    change direction and create value for its stockholders, its

10   owners.  In the case of these non-controlled investments,

11   you are very much an owner of an asset, which we, by the

12   way, probably can't sell very easily, and we have no

13   influence or very, very little influence other than some

14   representation, and I believe that the increase in value

15   that's indicated at $269 million is not sufficient to

16   warrant changing my view that the reasonable value, the

17   value of six-billion-seven-fifty as a point of value for the

18   June date, June 30th, is a reasonable number, an appropriate

19   number.  And further, I wrote and I believe that if you

20   apply any kind of reasonable discount to these non-

21   controlled investments and that range academically runs from

22   as low as ten to as high as 30 percent, the entire increase

23   that's attributable with these non-controlled minority

24   interests goes away, and consequently, there was -- there

25   could be no change in the value whatsoever.  So I am

1  comfortable and believe that the six-billion-seven-fifty

2  figure is appropriate.

3  Q    But what would happen if you applied a ten-percent

4  discount?

5  A    Ten percent based on --

6  Q    I'm sorry, to the minority investments.

7  A    Ten percent of 200 -- two-billion-226-million would be

8  a reduction of 225 million, so we'd be left with a

9  difference of 269 minus 223, $35-million, an insignificant

10 and de minimis number.  A discount of 15 percent would take

11 you to a point where the actual value range is lower than

12 the six-billion-seven-fifty, and as I said before, these

13 valuations are dynamic.  They change at all times.  I think

14 the value that we had in January is very much supported and

15 supports the six-billion-seven-fifty conclusion.

16 Q    Would a ten-percent discount, in your experience, be

17 an aggressive or conservative discount?

18 A    I think a ten-percent discount, given what I believe

19 to be the case, particularly in the Food partnership, would

20 be an extremely -- extremely modest discount.

21 Q    If -- Mr. Chachas, are you able to come back for

22 rebuttal testimony if you're asked?

23 A    If you must, yes.

24 Q    Thank you.

25         THE COURT:  Cross examination.

1  MR. QURESHI:  Thank you.  Your Honor, the binders that I

2  handed out for the cross examination of Mr. Mandava, we'll

3  be using again, so if you have that available.

                    CROSS EXAMINATION

5  BY MR. QURESHI:

6  Q     Mr. Chachas, good afternoon.

7  A     Hello.

8  Q     Sorry.  We're just getting you a binder.  It should be

9  up there somewhere.  Mr. Chachas, we met at your deposition,

10 but for the record, my name is Abid Qureshi of Akin Gump on

11 behalf of Aurelius.  So were you in the courtroom for Mr.

12 Mandava's testimony this morning?

13 A     Yes, I was.

14 Q     Okay.  And did you also discuss with Mr. Mandava his

15 testimony during the lunch break?

16 A     I did not.

17 Q     Okay.

18 A     I congratulated him on his completion.

19 Q     And having heard his testimony, did you agree with

20 everything you heard from Mr. Mandava?

21 A     I agreed with -- yes.  Yes.

22 Q     Okay.  So would it be fair for me to assume that if I

23 asked you the same questions I asked him, I would generally

24 get the same answers?

25 A     I think in general, you probably would.

1  Q    Okay.  Well, let's see if I can come up with something

2  new then.  Mr. Chachas --

3         THE COURT:  I'd be grateful.

4  A    Me, too.

5  BY MR. QURESHI:

6  Q    Well, let's -- let me just clear one thing up.  In

7  your direct testimony, you used the word "we" a lot, and I

8  just want to be clear that when you used "we" and you were

9  talking about the October valuation, you weren't at Lazard

10 for the October valuation, correct?

11 A    That's right.  If I conveyed the word "we" in that

12 context, that's not what I meant.

13 Q    So you had nothing to do with the preparation of the

14 October report.

15 A    No.

16 Q    Okay.  Your firm, Methuselah, you're the only

17 employee, right?

18 A    Yes.

19 Q    Okay.  And -- well, why don't we turn in your binder,

20 please, to the very first exhibit, which for the record is

21 DCL Exhibit 1088.  And that is a copy of your engagement

22 letter, is that not?

23 A    Yes.

24 Q    Okay.  And if you'd turn over to the second page, you

25 will see in the first paragraph it says, you may use the

1    assistance of the following additional persons at the

2    following hourly rates.  Do you see that?

3    A    Yes.

4    Q    And I gather the idea was that if you needed some

5    additional assistance, your client was authorizing you to go

6    and use the services of some of these people, correct?

7    A    I am in the process of building an investment banking

8    practice and was soliciting employment from a variety of

9    different people, and so, yes, I anticipated the possibility

10   of hiring people and using people, and that was what was in

11   this letter.

12   Q    Okay.  And one of the people that you anticipated

13   hiring was Christopher Saunders, correct?

14   A    Right.

15   Q    And, in fact, isn't it true that Mr. Saunders spent

16   many hours in connection with this engagement for Tribune?

17   A    Mr. Saunders had spent some hours with me, yes.

18   Q    Okay.

19   A    I wouldn't say many hours.

20   Q    Well, let's see what you told me in your deposition.

21            MR. QURESHI:  Can you please play clip number

22   nine.

23       (A recording was played.)

24       "Q    How much time did each of those firms spend in

25   connection with this engagement for you?

1      "A   I can't recall.  We were only engaged January the

2   15th, so we've only been engaged formally for a month.  I

3   would suspect in the aggregate, each one -- no, 100

4   professional hours in each.

5      "Q   Okay.

6      "A   I'd have to go check.

7      "Q   And --

8      "A   Many more hour by myself and by Mr. Saunders."

9   Q      So many more hours than 100 by you and Mr. Saunders in

10  connection with this engagement?

11  A      Yes, by me and Mr. Saunders, yes.

12  Q      Okay.  And isn't it also true that Mr. Saunders, at

13  the time of your engagement letter and at the time of the

14  work, is an employee in the investment bank at Citigroup?

15  A      Yes.

16  Q      And did you know, Mr. Chachas, that -- strike that.

17  Did you ask Sidley in advance or did you tell Sidley that

18  Mr. Saunders was an investment banker at Citigroup?

19  A      I don't believe I had the conversation with him about

20  where he worked.  At the time, I was seeking to employ him.

21  Q      Okay.  And you are aware that Citigroup is one of the

22  entities that's being released under the DCL plan, correct?

23  A      Yes, I am.

24  Q      Okay.  Now, you also used, did you not, the services

25  of a couple of firms in connection with the work that you

1  did, Adilogy and Siven.

2  A     Those are the two firms that were referred to as the -

3  -

4  Q     Right.

5  A     -- the ones that had the hours.

6  Q     Right.

7  A     Yes.

8  Q     And I asked you in your deposition if you relied on

9  the work product of those two firms in connection with

10  completing your expert report, and you told me that you had,

11  didn't you?

12  A     Yes.

13  Q     Okay.  And then you also recall that -- well, the

14  description that you gave me at your deposition of the work

15  that these firms did was that they helped you acquire and

16  tabulate information on the industry and on Tribune's peers

17  in connection with your analysis, right?

18  A     Yes.

19  Q     And you recall that at your deposition, I then asked

20  your counsel if I could receive copies of these reports from

21  these two firms that you relied upon.  Do you remember that?

22  A     I remember.

23  Q     And it turns out, Mr. Chachas, if I'm right that you

24  were mistaken in the deposition testimony that you gave me,

25  right, that, in fact, you didn't rely upon these reports in

1  completing your expert report?

2  A    The expert report pertained purely to the valuation in

3  January.  I was doing a lot of research about the industry

4  generally, and the analysis and work that I was doing that

5  involved those firms was a deeper look in the history of it,

6  and it was not germane to the January analysis.

7  Q    Right.  So the hundreds of hours that these firms

8  spent working, all of it, you didn't even request that the

9  work commence until after your expert report was submitted;

10 is that right?

11 A    I'm sorry, I don't understand your question.

12 Q    Well, the work that these firms did that you told me

13 in your deposition --

14 A    Uh-huh.

15 Q    -- mistakenly that you relied upon, isn't it the case

16 that that work was not requested by you until after you

17 submitted your expert report?

18 A    I believe the work that I did with these folks was

19 from the period January 15th through my expert report, and

20 some of that work product wasn't germane to the report that

21 I wrote.

22 Q    Okay.  Well, I'm going to read to you an email that I

23 received from your counsel.  It's from Ms. Kenny.  I

24 received it on March the 8th.  Actually, it was written to a

25 colleague of mine, Mr. Gulati.  And the email reads, "Mr.

1    Chachas has gone back and looked at the material to which he

2    was referring," and that's the work of these two firms.

3    "That material was not requested or received by Mr. Chachas

4    until after his expert report was submitted."  Is that

5    accurate, sir?

6    A    Could you read it again, please?

7    Q    Sure.  "That material was not requested or --"

8    A    Could you read the whole thing?  Could you read the

9    whole thing, please?

10   Q    Sure.  You know what?  Why don't I hand you a copy.

11        MR. QURESHI:  May I approach, Your Honor?

12        THE COURT:  You may.

13        MR. CHACHAS:  Thank you.

14   BY MR. QURESHI:

15   Q    So you see the top email from Ms. Kenny to --

16   A    Yes.

17   Q    -- Mr. Gulati.

18   A    I do.

19   Q    And it says, "Mr. Chachas has gone back and looked at

20   the material to which he was referring.  That material was

21   not requested or received by Mr. Chachas until after his

22   expert report was submitted.  He obviously could not have

23   relied on that material in preparing his expert report and

24   does not intend to rely on the material in providing

25   testimony at the hearing."

1    A      May I explain to you why that's correct?

2    Q      So is it correct that you neither requested nor

3    received that material before submitting your expert report?

4    A      A great many hours were spent creating analysis that

5    was not needed and was not requested when my testimony was

6    focused on January's valuation, not on the historical

7    performance of the newspaper industry, the historical

8    success or lack thereof, of peer companies in predicting

9    their performance.  A lot of the research that I had

10   commenced early on was not needed and, therefore, not

11   requested.

12   Q      Now, I'm confused.  So at your deposition, you told me

13   that you had these reports, you had this analysis, you

14   relied on it in preparing your expert report.  Not true,

15   right?

16   A      Not in relation to my judgment about the January

17   valuation, sir.

18   Q      Okay.  Now, Ms. Kenny writes me and says you neither

19   requested nor received the information until after the date

20   of your report, which is February 8th.  Also, not true?

21   A      Correct.

22   Q      Okay.  So what is true?

23   A      What is true is that I asked and had folks pull for me

24   enormous amounts of data going back into the

25   2005/2006/2007/2008 timeframe, and that information was not

1   necessary in the context of looking at a January valuation

2   for the enterprise.

3   Q     Okay.  Well, if you do come back to testify on

4   rebuttal, I'd appreciate it if you send me that.  And I will

5   make that request to your counsel.  Now, you departed Lazard

6   in late 2009, correct?  That's -- I should say that's when

7   you announced your departure.

8   A     Yes.  I announced my departure in late 2009.

9   Q     And you formally left by April of 2010.

10  A     That's correct.

11  Q     And between the announcement of your departure in

12  November and when you officially departed in April of 2010,

13  you were in a transitional role, right?

14  A     That's correct.

15  Q     And you were spending much of that time handing off to

16  others at Lazard matters that you have been responsible for.

17  A     That's correct.

18  Q     And also fair to say that during that transitional

19  period, you weren't there a lot.

20  A     I was gone a fair bit, yes.

21  Q     Okay.  And with respect to the March valuation report,

22  also true that you were not the person that was ultimately

23  responsible for the preparation of the March report, right?

24  A     That would be correct.

25  Q     Okay.  And in fact, most of your involvement in the

1  March valuation report dated back to the 2009 timeframe

2  when, I think, as you described it to me at your deposition,

3  you were developing the framework for that report.

4  A     Yes.

5  Q     And I think we've established that you had nothing to

6  do with the October report, right?

7  A     Other than the framework continued forward toward

8  October, that's right.

9  Q     Okay.  And the January update was also prepared by

10  Lazard, correct?

11  A     Lazard prepared things, and I was involved in

12  directing what things that I thought needed to be done, as

13  well.

14  Q     Now, let's turn for a moment, sir, to your expert

15  report.  Do you have that in front of you?

16  A     (No audible response)

17  Q     If you refer back to the binder handed to you by your

18  counsel.  I did not put in another copy.  I apologize.

19  A     I've got it.  Yes.

20  Q     I'd like you to turn to paragraph 33.

21  A     Yes.

22  Q     And if you'd turn to Page 16 of the report, that

23  paragraph carries over.  And toward the end of that

24  paragraph, you write, "Management's five-year forecasts also

25  reflect uncertainty surrounding the ultimate ownership and

1  leadership of the debtors, which impedes current operating

2  management's ability to predict whether or not and which

3  significant capital investments and initiatives will be

4  undertaken after emergence from bankruptcy to change the

5  publishing business."  Did I read that correctly?

6  A     You read that sentence correctly.

7  Q     Okay.  And when I asked you about that at your

8  deposition, you -- what you told me is that the approach to

9  the business by current management, you used the word

10 "stasis."  Do you remember that?

11 A     I believe I used the word "stasis."  I don't know in

12 what context, but yes.

13 Q     And what you meant by that is that the current

14 management team will leave the business as is, they won't

15 presume any great change that leads to a particular end in

16 the forecast, right?

17 A     I think what I meant was that the absence of clarity

18 led to a stasis, that people didn't tend to take the steps

19 or risks necessary to reinvent the business, which is what I

20 think I wrote.

21 Q     Okay.  And then, when I asked you what the basis was

22 for the statement that there's uncertainty surrounding the

23 ownership, one of the things you told me is that you don't

24 believe any of Tribune's current four co-presidents will

25 emerge as the ultimate CEO of the enterprise, right?

1   A      I think I said they may not emerge.

2   Q      Right.  And you also told me that you have received

3   inquiries from others about finding a candidate to be CEO

4   for the enterprise, right?

5   A      Yes.

6   Q      Okay.  And those people, in turn, that contacted you

7   told you that they had been contacted by members of new

8   ownership of the company, correct?

9   A      They had been contacted, yes.

10  Q      Okay.  And do you know who the new ownership of the

11  company is under the DCL plan?

12  A      I think it's a collection of different owners of the

13  senior claims in the company.

14  Q      And do you know who the largest owners of the senior

15  claims are?

16  A      I believe that some of the largest owners would be JP

17  Morgan, Angelo Gordon, Oaktree would be the three largest

18  that come to mind.

19  Q      Okay.  Now, the diligence that you did in connection

20  with the projections --

21  A      Yes.

22  Q      -- you got hired in mid-January.  You had two

23  meetings, right?  You flew out to Los Angeles, you met with

24  Mr. Hartenstein for an hour and 15 minutes, I think you told

25  me.

1    A      That sounds right.

2    Q      And then you had a second meeting in Chicago sometime

3    late January/early February, right?

4    A      Yes.

5    Q      Okay.  And isn't it also true that during those

6    meetings -- well, let me back up.  You were aware, I gather,

7    when you dusted off the box, so to speak, that Tribune

8    substantially outperformed 2010 projects, correct?

9    A      Yes, I was.

10    Q      Okay.  And when you had those meetings with

11    management, you never asked them if they intended to update

12    their long-term projections in light of their 2010

13    outperformance, correct?

14    A      I don't recall whether I did.  I think we asked did we

15    have the most accurate long-range forecast to use.

16    Q      And the October report, you're aware that that

17    includes projections going out to 2015, correct?

18    A      Yes.

19    Q      And back in March, when you were still involved, the

20    projections only went out to 2014, correct?

21    A      Yes.  As each year passes --

22    Q      All right.  And --

23    A      -- a new one was added.

24    Q      And in your discussions with management, you never

25    asked them how they arrived at the 2015 numbers; isn't that

1  right?

2  A    I believe that I spoke with Lazard about that and was

3  advised about how the extra year was added at the end.  I

4  don't believe I spoke to Chandler or to Nils Larsen the day

5  we met about that, no.

6  Q    Or anybody else that managed it.

7  A    I don't think so, no.

8  Q    Okay.  Now, turn to Page 3, please, of the Lazard

9  expert report, which is an exhibit to your report.  It's the

10 executive summary page.  Do you have that in front of you?

11 A    I do.

12 Q    Okay.  And there, you talk about the top-down

13 projections -- or I should say Lazard talks about the top-

14 down projections prepared by the company in October 2010.

15 Do you see that?

16 A    Yes, I do.

17 Q    Okay.  And if you go down a couple of bullet points,

18 there's one that begins, "As a result, some simplifying

19 assumptions were made in Lazard's updated valuation analysis

20 as compared to the approach used in Lazard's March valuation

21 analysis," and it goes on from there, correct?

22 A    Yes, it does.

23 Q    And last Friday, I think it was, when I took your

24 deposition, you weren't able to tell me what those

25 simplifying assumptions were, right?

1   A      I couldn't recall all of those, no.

2   Q      Now, let's talk for a minute about capital

3   expenditures.  And I don't -- well, you were here this

4   morning, so you recall that I discussed with Mr. Mandava

5   publishing projections going out to 2015 that show fairly

6   dramatic decline and straight-line CAPEX that doesn't move,

7   right?

8   A      Yes.

9   Q      Flat for the whole period of the forecast.  And, sir,

10  isn't it also true that in your meetings with management,

11  you never asked why CAPEX for publishing would remain

12  constant over a period of time when the EBITDA is dropping

13  as dramatically as it does in Tribune's forecast?

14  A      I don't believe I asked that question, no.

15  Q      Okay.

16  A      We did talk about the fact that they had a mothballed

17  print facility in Los Angeles and several other aspects of

18  their capital plant, but I don't think we talked about the

19  straight-lining of their capital expenditure budget.

20  Q      Okay.  Let's talk about Food Network real quick.

21  A      Okay.

22  Q      Food Network is a minority interest, you said.

23  A      Yes, sir.

24  Q      So isn't it true that because it's a minority

25  interest, that Tribune can't compel that partnership to make

1  cash distributions?

2  A     That's true.

3  Q     Okay.  And Tribune does not control the timing of cash

4  distributions from that partnership, correct?

5  A     That is true.

6  Q     All right.  Let's talk about the January update very

7  briefly.  Now, you agree, I'm sure, as Mr. Mandava did, that

8  every valuation expert in doing a valuation should rely upon

9  the most up-to-date information available, right?

10 A     Yes, sir.

11 Q     And as of the February 8th date of the expert report

12 that you submitted, isn't the January supplement the most

13 current estimate that Lazard had prepared of Tribune's

14 distributable enterprise value?

15 A     Yes, it was.  We were aware from our Chicago meeting

16 in February when a board deck had been finalized, I think,

17 for a board meeting on February 4th that there were some

18 slightly altered or fresh numbers that were immaterial in

19 our overall analysis, so the version we used in January, we

20 believed to be appropriate and adequate.

21 Q     Right.  And turn -- can we go to the January valuation

22 update, please?  Do you still have that in front of you?  If

23 you go in the binder I handed you, it's the second tab.  And

24 for the record, it is NPP 2284.

25 A     And what page are you on?

1  Q      If you could turn to Page 6 of that document, please.

2  A      Yes, I'm there.

3  Q      Okay.  And this is the page where you'll see at the

4  top a zero-percent weight was applied to the DCF for

5  publishing, correct?

6  A      Correct.

7  Q      And when a zero-percent DCF is applied to publishing,

8  the total distributable value goes up a little over half a

9  billion dollars from your October estimate of 6.75.

10 A      That's true.

11 Q      Correct?

12 A      Yes.

13 Q      Okay.  And you believe that in the context of the

14 $6.75 billion valuation, even that change, half a billion

15 dollars, is not material; isn't that right?

16 A      I believe I said that a change of that magnitude still

17 didn't arise to something that I think would be sufficient

18 to change my view that the $6.75-billion number was

19 appropriate for a June emergent state.  That's right.

20 Q      And do you know if there was a half-a-billion-dollar

21 increase in the debtor's enterprise value, who would get the

22 benefit of that?

23 A      It would flow through the waterfall to whomever the

24 owners of the company were, I presume.

25 Q      And do you think they would find half-a-billion

1    dollars to be a material amount?

2    A     I suspect they would.

3    Q     Okay.

4          MR. QURESHI:  Your Honor, may I have a moment,

5    please?

6          THE COURT:  You may.

7          MR. QURESHI:  I have nothing further.  Thank you.

8          THE COURT:  Any -- oh, well let me.  Is there any

9    other cross examination?

10         (No audible response)

11         THE COURT:  Any redirect?

12         MS. KENNY:  Yes, Your Honor.

13                    REDIRECT EXAMINATION

14   BY MS. KENNY:

15   Q     When management updated their projections in October,

16   what information did they have about whether they were going

17   to outperform 2010's budget?

18   A     In the October timeframe, I believe the business --

19   the EBITDA of the business, not the revenues of the

20   business, which continue to go down, but the EBITDA of the

21   business had begun to outperform their month-by-month model

22   in June, July and August, and I believe they made an updated

23   estimate based on that information that they were seeing

24   some improvement relative to their forecast.

25   Q     Would you please look at Page 6?  I think the last

1   page we looked at.

2   A      I'm sorry, what exhibit are you using now?

3   Q      I'm sorry.  I'm looking at the January supplemental

4   work.

5   A      Yes.

6   Q      Page 6.

7   A      Page 6, yes.  I'm there.

8   Q      And you see that much of the increase in value on Page

9   6 is a $193-million increase in publishing.  You weren't

10  there.  Page 6 of the January supplement.

11  A      Sorry.  A little paper here.  In the right binder

12  here?

13  Q      Yeah, okay.  Just tell me when you're at Page 6, Mr.

14  Chachas.

15  A      Yeah, sorry.  Just give me one second.

16  Q      That's okay.

17  A      I want to make sure I get the right page.  Too many of

18  these look alike.  The wrong one.

19  Q      If you look at the binder that you were first working

20  with, it says DCL Exhibit 1092.

21  A      I've got it.  Page 6, which has the zero-DCF

22  publishing weight page on it?

23  Q      Correct.

24  A      Yes.

25  Q      All right.  Is a zero-DCF publishing weight reasonable

1    in your view?

2    A      I don't believe it's reasonable.

3    Q      And why not?

4    A      In 25 years of doing valuations of businesses, when I

5    have multiple-year forecasts that are created by teams of

6    people that run the assets in multiple geographies and who

7    prepare those numbers, for us to discard them outright seems

8    inappropriate.

9    Q      Do you know why a zero-DCF publishing weight was run

10   on this page, why that was done?

11   A      Yes.  I was part of asking that be run.

12   Q      Why did you ask that it be run?

13   A      The numbers revealed through a DCF analysis on the

14   forecast are sufficiently lower than the comparable company

15   analysis, which is the other employed methodology, but it

16   seemed appropriate to understand the implications.  You

17   know, this is a valuation that's composed of a lot of moving

18   parts, and it's difficult to isolate a particular item.

19   It's very convenient to isolate a particular item, but it's

20   not very helpful.  I wanted to see overall the implications

21   of different analyses, and since I knew people would look at

22   the DCF analysis and ask the question, gee, this range looks

23   lower, I wanted to know what the extreme, which I don't

24   agree with, to entirely discard the management team's view

25   of the business, what it would reveal in the value.

1  Q    And the fact that the increase in -- that leads to the

2  508 million, that comes from change in the DCF publishing

3  weight, right?

4  A    Yes, that's correct.

5  Q    And what was it at the ten four number, the weighting

6  of the DCF?

7  A    We --

8  Q    For publishing.

9  A    Thirty.

10 Q    And this shows zero, right?

11 A    That's right.

12 Q    And did the fact that this is a zero-percent

13 weighting, did that play into your opinion as to whether the

14 $500 million was a number that troubled you?

15 A    I don't --

16         UNIDENTIFIED MALE:  Objection.  Leading.

17 A    I don't --

18         THE COURT:  Sustained.

19         MS. KENNY:  I'll reform the question.

20 BY MS. KENNY:

21 Q    Did the fact that publish -- this is a zero-DCF

22 publishing weight, did that have -- play any effect -- any

23 role in your opinion or analysis of this chart?

24 A    I placed little weight on the page that contained the

25 zero-DCF case, and in responding to the question regarding

1  the relevance of a $500-million item, placed no relevance

2  there either.

3  Q      Thank you.

4           MR. QURESHI:  Nothing further, Your Honor.

5           THE COURT:  All right.  Thank you, sir.  You may

6  step down.

7       (Witness excused)

8           MR. BENDERNAGEL:  Your Honor, it's ten after

9  3:00.  I know you have a hard stop at three o' clock.  I

10  mean, 3:30.  We can stop right now, or what I'd really like

11  to do is have Mr. Lotsoff, who has been here for the last

12  couple of days, make the proffer with respect to Mr.

13  Dempsey's testimony.  I'm told it won't take more than 15

14  minutes, and --

15           THE COURT:  Let's go.

16           MR. BENDERNAGEL:  -- that would seem to fit the

17  schedule.

18           MR. LOTSOFF:  Thank you, Your Honor.  Jonathan

19  Lotsoff on behalf of the debtors.  We have some binders, if

20  I could approach.

21           THE COURT:  Certainly.  Thank you.

22           MR. LOTSOFF:  Your Honor, we would proffer the

23  testimony of John Dempsey, a partner with Mercer, as a

24  compensation expert in support of section 5.11 of the DCL

25  plan.  That section gives the new board discretion to

1    establish an equity reserve of up to five percent of

2    Tribune's new common stock for grants over time to

3    directors, officers and employees.  No objections have been

4    filed with respect to that maximum five-percent number.  Mr.

5    Dempsey has already testified as a compensation expert in

6    this court, in person or by proffer, on several prior

7    occasions in support of the debtors' annual incentive plans.

8    His biographical information, qualifications and expertise

9    are already set forth in the evidentiary records in those

10   proceedings, as well as in his expert report for these

11   purposes, which is marked DCL 1105, and that actually is tab

12   two in your binder.  So I'll be brief in the interest of

13   time.

14           Mr. Dempsey started with Mercer in 1985.  Mercer

15   is a global compensation consulting firm offering

16   professional services that include the analysis and design

17   of compensation and benefits programs, but his principal

18   area for approximately 25 years has been executive

19   compensation consulting.  That includes the development and

20   analysis of equity and cash-incentive plans.  It also

21   includes benchmarking of equity reserves against market

22   practice.  And for the past approximately ten years, Mr.

23   Dempsey has specialized in working with companies undergoing

24   restructuring, both within and outside of Chapter 11.

25           If called to testify, Mr. Dempsey would testify

1   that in the course of his work for the debtors, he has

2   become familiar with the company's management-compensation

3   practices and that prior to its Chapter 11 filing, the

4   company historically has made equity grants to management

5   employees and directors as part of its regular compensation

6   practices in addition to, in the case of management, base

7   salary and an annual cash-incentive award.  The Tribune

8   incentive-compensation plan is set forth as tab one in your

9   binder, and that is marked as DCL Exhibit 670.  That plan

10  was implemented in 1997 and authorized grants of equity, as

11  well as cash-incentive grants, to officers, directors and

12  employees, and we'd move that that exhibit be admitted into

13  evidence at this time.

14          THE COURT:  Is there any objection?

15      (No audible response)

16          THE COURT:  I hear none.  DCL 670 is admitted

17  without objection.

18      (DCL 670 Exhibit received in evidence.)

19          MR. LOTSOFF:  Mr. Dempsey would testify that the

20  purpose of equity grants is to create long-term incentives

21  for participants that are tied to company performance and

22  that, in his opinion and experience, it's critically

23  important to maintain proper incentives, particularly for

24  the management team.  Mr. Dempsey would testify that the

25  compensation committee of Tribune's board has reviewed and

1  approved the inclusion of section 5.11 in the DCL plan.

2  Tribune engaged Mercer and Mr. Dempsey to provide an opinion

3  as to whether that provision, including the authorization

4  for an equity reserve of up to five percent of common shares

5  outstanding, is reasonable and market-based.

6        If called to testify, Mr. Dempsey would opine

7  that equity reserves for incentive grants to officers,

8  directors and employees are common among the debtor's public

9  industry peers, as well as among companies emerging from

10 bankruptcy, that the maximum five-percent reserve authorized

11 under the DCL plan is reasonable and market-based relative

12 to the practices of both groups, and indeed, is on the low

13 side of market practices, we'll see in a moment, and that

14 establishing an equity reserve also would be consistent with

15 the historical practices of the debtors.

16       As I noted, Mr. Dempsey, along with others on his

17 Mercer team at his direction, prepared a report documenting

18 his analysis and conclusions with respect to these matters,

19 and that is, again, labeled as DCL Exhibit 1105.  At this

20 time, we'd ask that -- or move that that exhibit be admitted

21 into evidence.

22       THE COURT:  Is there any objection?

23       MR. GOLDEN:  No objection, Your Honor.

24       MR. LOTSOFF:  And --

25       THE COURT:  DCL 1105 is admitted without

1    objection.

2         (DCL Exhibit 1105 received in evidence.)

3         MR. LOTSOFF:  Thank you, Your Honor.  You may

4    want to turn to Exhibit A of that report, which again is

5    behind tab two of your binder, because I'll be referring to

6    it.

7         Based on publicly-available data, including from

8    SEC filings and court-approved plans of reorganization and

9    disclosure statements, Mr. Dempsey reviewed the equity-

10   reserve practices of three comparator groups.  The first is

11   a group of nine public-industry peers.  These are all media

12   companies, and these are reflected on Page 7 of Exhibit A,

13   Your Honor.  If the list looks familiar, it's because this

14   is the same peer group that Mr. Dempsey used to benchmark

15   the 2010 MIP program, which was recently approved by this

16   Court.

17        The second subgroup of comparators is a group of

18   33 companies that exited Chapter 11 since January 1 of 2009,

19   and that list is set forth on Page 8 of Exhibit A.  You'll

20   see some asterisked companies on Page 8.  Those are a subset

21   of nine media-industry peers that had filed for and emerged

22   from Chapter 11.  All of the other companies on this list

23   are of an appropriate asset scope.  They all have assets in

24   excess of a billion dollars.

25        The third subgroup of comparators is set forth on

1    Page 9 of Exhibit A, and that's just for historical

2    perspective, 11 additional companies that emerged from

3    Chapter 11 between 2004 and 2008, all of them, again, having

4    assets in excess of a billion dollars.

5             Mr. Dempsey then compared the maximum authorized

6    five-percent reserve in the DCL plan to the comparator

7    groups' reserves, and he looked at the reserve as a

8    percentage of common shares outstanding, total authorized

9    shares outstanding, for all comparators, and for the Chapter

10   11 comparators, he also compared the value of the equity

11   reserve as a percentage of total equity value.

12            To determine reserve value for the Chapter 11

13   comparators, when available, Mr. Dempsey looked at the

14   actual equity mix that was utilized by the company as of

15   emergence or shortly thereafter.  Typically, the mix would

16   be a mix of fair-value -- full-value shares or restricted

17   stock units versus stock options.  If that data was not

18   available for a given company, he used, for such company,

19   the average of the 2009-to-2011 comparators, which was 53

20   percent full-value shares, 47 percent options.  And then in

21   valuing the options, he applied a Black-Scholes methodology.

22            Mr. Dempsey would testify that the equity reserve

23   authorized under the DCL plan, even if established by the

24   new board at the maximum five-percent amount, is imminently

25   reasonable and indeed at the lower end of market practice,

1    and this is, again, true regardless of whether one considers

2    the reserve as a percentage of common shares outstanding or

3    the reserve value as a percentage of total equity value.

4            And if I could direct Your Honor's attention to

5    Page 7 of Exhibit A.  This, again, is the page that shows

6    the nine public-industry peers, not the bankruptcy

7    comparators.  And if Your Honor would look at the column to

8    the left, you'll see there's a column for current dilution,

9    and then the column to the right is the column for total

10   potential dilution.  The median, the 50th percentile of

11   total potential dilution for the public-industry peers is

12   15.5 percent.  The 25th percentile is 12.9 percent.  The

13   average is 19.5 percent.  And that is in comparison to the

14   proposed maximum Tribune reserve of five percent.  And you

15   look at the current dilution figures to the left, again, the

16   Tribune number is below all three of those parameters.

17           If I could direct the Court's attention to Page

18   11 of Exhibit A.  This is a chart that sets forth a

19   comparable comparison for the various bankruptcy peers.  The

20   top third of the chart has data for the 2009-to-2011

21   bankruptcy peers.  The second third has data for the media

22   bankruptcy peers, which again is a subset of nine companies

23   of the peer group above.  All of those media bankruptcy

24   peers, again, are from the 2009-to-2011 period.  And the

25   last third would be all bankruptcy peers, which would be

1    2004 to 2011.

2              At the bottom, you have three alternatives, if

3    you will, for Tribune company, depending on the assumed

4    equity mix, which would be determined, of course, by the new

5    board.  Regardless of the equity mix, the percentage of

6    common shares outstanding comprised of the reserve would be,

7    at most, five percent, and you'll see that in the Tribune

8    box at the left-hand side, five percent for all three

9    alternatives.  And that compares, if you go up that left-

10   hand column, which shows the emergence reserve as a

11   percentage of shares outstanding for the various

12   comparators, again compares very conservatively to the peer

13   groups.  The median for all three of those peer groups is

14   ten percent.  If we look at the 2009-to-2011 peer group, the

15   25th percentile is eight percent.  The average is nine

16   percent.  And the numbers are similar if you go down the

17   list for the other comparators.  The 25th percentile ranges

18   from 7.9 to 10 percent.  The average is from 9 to 9.4

19   percent.

20              In terms of emergence reserve value as a

21   percentage of total-equity value, Tribune's figures again

22   would determine -- would be dependent on the equity mix

23   determined by the new board.  If the new board established

24   the reserve at the full five percent of common shares

25   outstanding and granted 100 full-value shares of RSUs, the

1  emergence reserve value as a percentage of total value would

2  be five percent.  As you grant more options, the percentage

3  of total-equity value would fall.

4          So we've posited just two possible scenarios

5  here.  One is 75 percent stock, 25 percent options.  Under

6  that scenario, the Tribune reserve would be valued at 4.3

7  percent of total-equity value.  If, instead, you assume 53

8  percent/47 percent split, which is the average again for the

9  2009-to-2011 bankruptcy peers, the value of the Tribune

10  reserve as a percentage of total-equity value would be 3.6

11  percent.  Again, this compares very favorably to all of the

12  bankruptcy comparators.

13          If we look at the 2009-to-2011 subset -- and

14  we're now looking at the far-right column -- the median is

15  6.1 percent, the 25th percentile is 4.8 percent, which is

16  approximately Tribune's value would be if it were granted

17  entirely as stock and funded at the full or established at

18  the full five-percent reserve, and the average is six

19  percent.  And if you look at the other comparators down the

20  line, again, the Tribune reserve value as a percentage of

21  total-equity value, at maximum, would be at or below the

22  25th percentile.

23          So in sum, Mr. Dempsey would opine that the

24  proposed reserve set forth in section 5.11 is imminently

25  reasonable and conservative relative to market practice,

1  both of the public-industry peers and bankruptcy

2  comparators.  We'd also ask that the Court take judicial

3  notice of two expert compensation consultant reports that

4  were filed in the Spansion case.  One is an expert report of

5  Pearl Meyer of Steven, Hall and Partners.  The other is a

6  report of Todd McGovern of Hewitt Associates.  Those are

7  respectively marked as DCL Exhibits 970 and 971.  They are

8  set forth in tabs three and four of your binder.  The

9  purpose is not to necessarily introduce the opinions per se

10  as they related to the Spansion reserve, but just to show

11  that there are two other recent studies that were done that

12  come up with results that are entirely consistent with Mr.

13  Dempsey's.

14         In that case, Ms. Meyer and Mr. McGovern looked

15  at 17 companies that emerged from Chapter 11 in Delaware

16  between January 1, 2009 and April of 2010, and they found

17  collectively that the median reserve was ten percent of

18  common shares outstanding.  The mode, or most frequently

19  occurring, value was ten percent, and the mean was 9.3

20  percent.  So, again, the Tribune proposed maximum reserve

21  comfortably fits within those parameters, as well.

22         So for that limited purpose, we would also move

23  that those two reports be admitted into evidence, Your

24  Honor.

25         THE COURT:  Is there any objection?

1           MR. GOLDEN:  No objection, Your Honor.

2           THE COURT:  I hear none.  They're admitted

3  without objection.

4        (DCL Exhibits 970 and 971 received in evidence.)

5           MR. LOTSOFF:  And that concludes my proffer.

6           THE COURT:  Okay.  Well, let me ask for the

7  record.  Does anyone wish to cross-examine Mr. Dempsey?

8        (No audible response)

9           THE COURT:  I hear no response.  Thank you.

10           MR. LOTSOFF:  Thank you, Your Honor.

11           THE COURT:  Mr. Bendernagel, anything further for

12  today?

13           MR. BENDERNAGEL:  No, Your Honor, except for to

14  just point out we'll start Monday morning, I believe, at

15  10:00 a.m. with Mr. Whittman, followed by Mr. Hartenstein.

16  It might be helpful to get some visibility as to what -- at

17  that juncture, we'll be pretty much finished with our

18  presentation.  It'd be helpful to know where the noteholders

19  are going before weekend starts.

20           THE COURT:  Doesn't look like they're going

21  anywhere at the moment.  I think they're here until the end.

22           MR. BENDERNAGEL:  I meant immediately after Mr.

23  Hartenstein.

24           MR. ZENSKY:  Good afternoon, Your Honor.  David

25  Zensky of Akin, Gump, Strauss, Hauer and Feld for the

1 record.

2         I'm surprised to hear Mr. Bendernagel put it that

3 way because we've been discussing the past 24 to 48 hours

4 exactly where we're going, but I assume he was asking me to

5 apprise Your Honor of where we're going.

6         MR. BENDERNAGEL:  That's a reasonable assumption.

7         MR. ZENSKY:  So if I understand it, if the

8 debtors -- debtor committee lender plan concludes their case

9 sometime around lunch, we will be prepared to begin ours,

10 and we've notified the debtor committee lender plan

11 proponents of at least the order of our first three

12 witnesses, and we would likely include a short showing of

13 certain video deposition, and we will be sharing the exact

14 designations with the other side by tomorrow.  They've

15 requested the opportunity to show whatever appropriate

16 counter-designations may be warranted, and we'll be meeting

17 and conferring about that over the weekend.

18         Our first witness will likely be our valuation

19 witness, Mr. Singh, followed by Mr. Gropper, and then

20 followed by Dr. Beron.  So that should take us at least

21 through, I believe, the end of Tuesday, and we'll give them,

22 this weekend, the order as it proceeds from there, Your

23 Honor.

24         I do have one question that we didn't have a

25 chance to talk about because Your Honor came on the bench

1    and told us when the next set of dates available would be,

2    and I guess the question is if we finish Thursday, if you'll

3    be prepared to do your rebuttal case on Friday, which you

4    are obviously foreshadowing with your witnesses.

5              MR. BENDERNAGEL:  Obviously, if you finish on

6    Thursday, we'll be ready to go with the next set of

7    witnesses.

8              MR. ZENSKY:  Okay.

9              MR. BENDERNAGEL:  But I do think it'd be helpful

10   just to -- one other thing.  No, I'll leave it at that.

11             MR. ZENSKY:  Is there anything else, Your

12   Honor --

13             THE COURT:  Yes.

14             MR. ZENSKY:  -- that you need from our side?

15             THE COURT:  No, just one, I would ask that -- so

16   they can be clean this weekend, that you clear the

17   tabletops, although you're welcome to leave all of your

18   other things here as you have overnight.  And secondly, for

19   those who are here from out of town that are staying for the

20   weekend, there will be a Saint Patrick's Day parade

21   tomorrow, so at least there'll be some distraction and

22   entertainment for you.

23             MR. BENDERNAGEL:  Thank you, Your Honor.

24             THE COURT:  That concludes this session.  Court

25   will stand adjourned.  Have a good weekend, everyone.

1          UNIDENTIFIED MALE:  Thank you.

2          UNIDENTIFIED MALE:  Thank you, Your Honor.

3      (Proceedings adjourned at 3:25 p.m.)

4                    CERTIFICATION

5      I certify that the foregoing is a correct

6  transcript from the electronic sound recording of the

7  proceedings in the above-entitled matter.

8

9
10  _____          13 March 2011
11  Traci Calaman, Transcriber              Date
12

13

1                              INDEX

2  WITNESSES:              Direct   Cross   Redirect   Recross

3  Suneel Mandava             14      81      129        136
4
5  John Chachas              141     193      210
6
7
8
9

10  DCL EXHIBITS:                        Identified    Received

11   670 - Tribune Incentive Compensation
12         Plan                              216          216
13   970 - Report, Pearl Meyer              224          224
14   971 - Report, Todd McGovern            224          224
15  1092 - Mandava Work Papers               72           72
16  1104 - Chachas Report                   149          150
17  1105 - Report, John Dempsey             217          218
18  1135 - Mandava Report                    27           27

19

20  NPP EXHIBITS:

21  [UNDER SEAL]
22  2467   Publishing Comparison of
23  2468 - October & March Projections       95           95

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

**08-13141-kjc**(1) 1:5
**10-and-a-half**(1) 122:6
**12-and-a-hall**(2) 122:6 123:21
**193-million**(1) 211:9
**2009-to-2011**(6) 219:19 220:20 220:24 221:14 222:9 222:13

**27.8-percent**(1) 189:19
**30-percent**(1) 188:3
**30.8-percent**(1) 189:10
**35-million**(2) 79:15 192:9
**500-million**(1) 214:1
**6.75-billion**(1) 209:18
**am**  (1) 109:9
**a.m**(5) 1:15 14:1 52:20 52:20 224:15
**abbruzzese**(2) 6:13 6:14
**abc**(5) 41:4 41:16 145:13 170:3 170:12
**abid**(3) 4:18 81:4 193:10
**ability**(3) 67:4 76:4 203:2
**able**(12) 22:18 35:19 62:22 63:9 70:20 71:10 73:15 90:11 98:2 123:19 192:21 206:24
**about**(102) 15:3 20:3 20:6 21:6 23:2 23:19 24:13 25:5 25:21 31:15 33:17 44:5 49:23 51:10 55:10 55:21 64:11 68:19 70:18 73:10 74:4 75:9 75:16 77:3 81:7 81:14 81:21 86:8 92:2 93:3 101:23 107:6 113:12 115:6 124:25 125:7 126:20 126:21 129:17 131:3 131:15 132:16 133:9 133:23 134:11 135:2 135:6 138:11 140:8 140:20 145:6 148:7 148:25 149:2 150:15 156:13 156:24 159:20 160:9 163:24 164:3 164:8 164:9 165:4 165:4 167:16 168:5 168:15 170:16 172:5 177:5 178:9 179:10 179:11 180:24 181:17 182:12 183:17 184:19 185:22 185:25 187:2 194:9 196:19 198:3 200:16 203:7 204:3 206:2 206:3 206:5 206:12 206:13 207:2 207:16 207:18 207:25 208:6 210:16 225:17 225:25
**above**(3) 62:4 168:20 220:23
**aboveentitled**  (1) 227:7
**absence**(4) 51:11 61:17 160:24 203:17
**absolutely**(4) 17:14 46:6 95:11 187:1
**academic**(3) 66:10 160:8 187:3
**academically**(1) 191:21
**accept**(1) 88:21
**access**(3) 186:10 186:13 190:1
**according**(1) 88:13
**accordingly**(2) 19:7 146:10
**accounting**(1) 16:6
**accounts**(2) 163:5 176:16
**accumulated**(1) 174:16
**accurate**(5) 22:19 86:12 88:6 146:1 157:25 199:5 205:15

**achievability**(1) 129:24
**acknowledged**(2) 126:12 133:15
**acquire**(1) 197:15
**acquired**(1) 122:11
**acquisition**(5) 60:2 61:4 124:1 130:21
**acquisitions**(2) 15:21 179:10
**across**(7) 46:18 133:5 143:5 143:10 156:18 163:24 165:11

**active**(1) 143:5
**actively**(2) 148:17 164:15
**activities**(2) 157:20 179:10
**actual**(8) 50:2 50:4 117:24 118:4 158:15 172:25 192:11 219:14

**actually**(26) 16:25 21:17 38:5 51:8 54:8 65:19 75:25 75:25 88:24 96:13 97:24 103:18 110:2 113:9 114:1 116:21 118:21 136:14 164:5 169:10 172:24 175:20 183:20 185:9 198:24 215:11

**actuals**(2) 71:9 101:15
**actuarial**(1) 79:16

**adam**(1) 3:6
**add**(3) 21:23 21:25 93:22
**added**(2) 205:23 206:3
**addition**(2) 144:12 216:6
**additional**(5) 19:17 31:20 195:1 195:5
**address**(2) 36:24 64:25
**adelman**(1) 9:35
**adequate**(1) 208:20
**adilogy**(1) 197:1
**adjourned**(2) 226:25 227:3
**adjust**(1) 141:2
**adjustment**(2) 64:21 69:2
**adjustments**(3) 23:14 23:16 183:23
**adler**(2) 2:29 11:23
**administrative**(2) 137:12 137:24
**admitted**(9) 27:3 72:2 149:18 216:12 216:16 217:20 217:25 223:23 224:2

**admittedly**(3) 68:15 124:3 124:22
**advance**(1) 196:17
**advertising**(4) 102:9 102:17 102:20 111:18
**advice**(4) 141:20 142:14 144:4 146:21
**advise**(1) 17:9
**advised**(2) 17:1 206:3
**advisors**(2) 141:18 142:6
**advisory**(1) 17:10
**affect**(3) 41:2 41:12
**affiliate**(2) 41:2 41:12
**affiliates**(5) 41:9 170:1 170:3 170:9 170:11
**after**(15) 52:21 66:12 80:5 126:21 128:24 157:20 165:1 198:9 198:16 199:4 199:21 200:19 203:4 214:8 224:22

**afternoon**(8) 137:21 137:22 138:16 139:15 141:9 141:9 193:6 224:24

**again**(73) 20:25 31:2 31:14 38:13 38:15 39:18 40:5 40:21 41:25 43:6 43:20 45:19 49:21 51:17 55:5 59:14 68:13 73:14 76:2 78:19 85:6 85:19 90:12 93:3 96:19 102:18 103:25 104:22 105:14 107:2 108:14 108:1 109:20 114:5 117:1 117:16 118:1 118:10 120:10 120:23 123:3 126:16 128:6 130:1 130:20 132:12 140:17 154:7 165:23 166:9 166:15 168:2 170:5 174:10 177:5 180:7 190:6 193:3 199:6 217:19 218:4 219:3 220:1 220:5 220:15 220:22 220:24 221:12 221:21 222:8 222:11 222:20 223:20

**against**(16) 31:22 34:4 44:6 44:8 49:19 60:5 76:19 76:22 96:15 97:7 101:8 132:2 124:10 125:5 130:18 215:21

**aggregate**(2) 24:3 196:3
**aggressive**(1) 192:17
**ago**(3) 130:6 166:18 175:25
**agree**(9) 52:1 76:20 86:19 87:23 88:2 92:4 97:16 97:18 98:21 108:16 118:5 118:10 118:25 121:15 128:16 139:5 193:1 208:7 212:24
**agreed**(3) 82:15 82:17 193:21
**agreement**(4) 3:34 4:4 7:18 89:2
**agudelo**(1) 11:35
**ahead**(5) 97:20 129:9 138:15 140:12
**ahmed**(1) 12:24
**akin**(10) 4:14 9:28 30:14 35:8 35:24 36:5 81:5 138:25 193:10 224:25

**alike**(1) 211:18

**all**(93) 14:4 15:12 16:12 17:9 18:10 21:9 21:22 22:23 24:6 36:10 36:25 41:21 47:24 48:4 60:18 64:12 69:25 76:18 76:20 76:25 83:5 86:24 90:8 92:3 93:14 94:21 95:2 95:14 95:18 97:14 98:18 101:4 101:5 103:6 103:8 110:14 114:8 115:17 115:24 119:22 120:2 126:16 129:20 132:21 137:2 137:23 140:1 140:6 140:7 140:14 140:23 142:20 143:10 143:16 144:6 144:21 146:2 151:11 157:21 161:24 168:17 169:1 169:25 169:25 171:25 175:15 179:16 180:25 183:1 188:8 188:10 188:17 189:2 191:3 192:13 198:8 205:22 207:1 208:6 211:25 214:5 218:11 218:22 218:23 219:3 219:9 220:16 220:23 220:25 221:8 221:13 222:11 226:1

**allentown**(1) 156:8
**allison**(1) 8:29
**allocable**(1) 181:6
**allocation**(4) 52:12 55:4 165:19 172:25
**allocations**(3) 45:9 53:11 140:9
**allow**(2) 34:12 98:1
**allowed**(1) 34:9
**allows**(1) 22:12
**almost**(2) 145:3 169:25
**along**(4) 83:3 106:25 125:18 217:16
**alongside**(1) 82:6
**aloud**(1) 46:8
**already**(6) 157:18 158:12 186:12 187:7 215:5 215:9

**also**(68) 15:12 20:22 23:10 25:2 26:3 29:9 29:12 29:14 32:14 45:12 47:21 47:22 50:13 52:25 59:19 71:5 83:9 86:5 87:20 88:2 100:5 100:6 104:7 114:2 117:21 117:24 126:24 127:12 135:1 144:24 146:14 149:23 153:3 154:15 155:20 155:2 156:2 156:18 158:20 162:1 165:19 170:5 170:9 171:14 173:14 174:25 176:25 181:22 182:4 190:12 193:14 196:12 196:24 197:13 200:20 201:18 201:22 202:9 202:22 204:2 205:5 207:10 215:20 217:14 219:10 223:2 223:22

**altered**(1) 208:18
**alternative**(2) 7:30 7:31
**alternatives**(3) 144:16 221:2 221:9
**although**(3) 84:1 84:13 226:17
**altogether**(1) 178:14
**alvarez**(4) 10:45 10:45 13:8 109:3
**always**(4) 29:23 36:11 183:9 188:16
**america**(14) 7:35 7:41 39:2 42:3 42:5 42:6 42:16 42:19 43:12 44:4 45:2 73:8 153:25 154:1
**american**(1) 181:23
**americas**(2) 142:13 153:24
**amit**(1) 7:9
**among**(6) 89:2 125:22 145:15 172:22 217:8 217:9

**amongst**(1) 123:23
**amount**(9) 33:17 52:12 54:17 88:24 172:7 172:9 182:13 210:1 219:24

**amounts**(1) 200:24
**analyses**(5) 84:15 84:22 148:11 149:1 212:21

**analysis**(110) 29:24 32:14 32:21 35:15 49:16 49:23 49:24 49:25 51:4 60:16 62:12 62:13 63:17 63:22 65:3 73:13 78:16 80:1 84:18 85:4 85:18 86:20 92:13 92:24 105:3 109:3 109:13 110:3 110:5 110:15 110:18 111:1 111:17 113:14 114:16 114:21 115:2 120:3 120:7 121:17 130:17 134:17 135:14 146:24 147:19 148:8 148:22 148:24 150:4 150:17 150:18 150:19 151:7 151:8 151:9 151:24 151:25 152:9 152:13 152:17 155:5 157:18 159:2 159:6 159:13 161:3 161:4 161:24 162:1 162:6 162:7 163:2 163:6 166:8 166:8 167:18 174:9 174:10 174:24 174:25 177:11 179:20 179:20 179:24 180:4 183:15 184:12 184:21 185:5 185:6 185:19 188:2 188:25 189:18 190:2 197:17 198:4 198:6 200:4 200:13 206:19 206:21 208:19 212:13 212:15 212:22 213:23 215:16 215:20 217:18

**analyst**(2) 107:17 158:14
**analysts**(6) 24:23 57:11 154:17 156:19 164:17 170:10

**analyze**(1) 92:5
**and**(301) 14:6 14:8 14:9 14:16 15:4 15:6 15:8 15:11 15:13 15:17 15:19 15:21 15:23 16:1 16:6 16:8 16:17 16:20 17:11 17:15 17:24 18:3 18:7 18:15 19:4 19:11 19:18 19:19 19:25 20:5 20:10 20:13 20:18 20:20 20:22 21:1 21:4 21:9 21:14 21:17 21:19 21:22 21:24 21:25 22:1 22:4 22:5 22:11 22:15 22:18 22:21 22:24 23:2 23:6 23:11 23:19 23:19 23:24 24:1 24:4 24:9 24:13 24:15 24:22 24:24 24:24 25:1 25:6 25:9 25:13 25:18 25:19 25:21 25:25 26:3 26:6 26:12 26:14 26:15 26:18 27:5 27:6 27:9 27:9 27:13 27:21 27:23 28:1 28:9 28:10 28:16 28:21 28:22 28:25 29:15 29:21 30:1 30:3 30:4 30:5 30:9 30:11 30:15 30:16 30:19 30:22 30:23 31:1 31:2 31:3 31:4 31:7 31:11 31:13 31:16 31:19 31:20 31:22 31:25 32:4 32:6 32:10 32:19 32:24 33:6 33:10 33:16 33:17 33:17 33:24 33:24 33:25 34:3 34:7 34:13 35:1 35:2 35:4 35:11 35:15 35:17 35:18 35:20 35:22 36:6 36:9 36:12 36:16 36:19 36:22 37:1 37:7 37:15 37:21 37:23 38:3 38:9 38:13 38:15 38:15 38:16 38:24 39:3 39:5 39:6 39:11 39:14 39:15 39:15 39:15 39:17 39:20 39:24 40:1 40:4 40:8 40:12 40:16 40:19 40:23 41:6 41:11 41:18 41:19 41:20 41:22 42:5 42:8 42:8 42:12 42:17 42:18 42:19 42:24 43:1 43:4 43:5 43:6 43:7 43:9 43:10 43:14 43:18 43:22 43:22 43:23 43:24 44:3 44:7 44:14 44:16 44:17 44:17 44:21 44:22 44:23 45:4 45:5 45:17 45:20 45:21 45:22 45:23 46:1 46:7 46:11 46:16 46:16 46:18 47:2 47:3 47:9 47:18 47:19 47:19 48:1 48:4 48:5 48:8 48:21 49:8 49:9 49:11 49:14 49:18 49:21 49:23 50:5 50:5 50:15 50:18 50:25 51:8 51:16 51:23 51:23 52:4 52:11 52:17 52:23 52:25 53:24 54:1 54:15 54:24 55:4 55:6 55:9 55:14 55:19 55:20 55:20 55:23 55:23 56:4 56:8 56:8 56:11 56:14 56:19 56:23 56:24 57:3 57:4 57:4 57:5 57:6 57:7 57:10 57:13 57:13 57:16 57:19 58:3 58:3 58:15 58:19 58:24 59:2

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**and(301)** 59:6 59:15 60:1 60:4 60:5 60:7 60:11 60:15 60:20 60:21 61:1 61:5 61:7 61:14 61:16 61:17 61:17 61:19 61:23 62:16 62:20 62:22 62:23 63:8 63:14 63:16 63:22 64:4 64:7 64:10 64:19 64:24 65:14 65:19 66:2 66:6 66:11 66:13 66:19 66:21 67:1 67:1 67:5 67:6 67:9 67:19 67:24 68:1 68:3 68:10 68:12 68:20 68:22 68:25 69:3 69:3 69:12 69:14 69:18 70:3 70:11 70:12 70:19 70:21 70:22 71:10 71:14 71:21 72:8 72:10 72:16 72:17 73:2 73:10 73:11 73:12 73:17 74:4 74:11 74:12 74:15 74:18 74:19 74:22 75:12 75:13 75:15 75:18 75:20 75:22 76:4 76:5 76:9 76:18 76:19 76:23 76:24 76:24 77:5 77:8 77:11 77:16 77:20 77:22 78:2 78:3 78:5 78:7 78:12 78:16 78:18 78:20 78:22 78:25 79: 79:3 79:3 79:5 79:7 79:8 79:10 79:19 80:4 80:8 80:10 81:9 81:12 81:13 81:17 81:17 81:18 81:21 81:24 81:25 82:2 82:5 82:6 82:8 82:12 82:15 82:16 82:18 82:22 82:22 82:23 82:24 83:2 83:3 83:9 83:11 83:14 84:1 84:9 84:13 84:18 84:19 85:2 85:7 85:16 85:24 86:4 86:11 86:13 86:17 86:24 86:24 87:1 87:3 87:4 87:5 87:15 87:19 87:23 88:2 88:6 88:16 88:21 88:25 89:1 89:2 89:11 89:17 89:18 89:19 89:19 90:23 91:5 91:10 91:16 91:17 92:3 92:10 92:15 92:17 92:21 92:23 93:3 93:11 93:14 93:25 94:4 94:5 94:7 94:10 94:10 94:16 94:18 94:24 94:25 95:5 95:7 95:8 95:9 95:12 95:14 95:15 95:20 96:2 96:4 96:6 96:17 96:18 96:18 96:22 96:25 97:3 97:5 97:10 97:11 97:13 97:14 97:16 97:18 97:21 98:10 98:14 98:15 98:18 98:20 98:21 98:22 99:3 99:10 99:17 99:21 99:22 100:1 100:5 100:8 100:9 100:12 100:15 100:18 100:23 101:5 101:8 101:20 101:21 102:3 102:6 102:6 102:9 102:10 102:13 102:22 103:3 103:4 103:5 103:7 103:10 103:16 103:17 103:23 104:2 104:5 104:13 104:20 105:1 105:2 105:3 105:6 105:7 105:14 105:19 105:22 106:1 106:7 106:8 106:9 106:23 107:2 107:10 107:25 108:10 108:11 108:12 108:13 108:15 108:20 109:

**and(301)** 109:11 109:20 109:25 110:2 110:7 110:10 110:14 110:25 111:7 111:12 111:16 111:18 111:21 112:2 112:2 112:6 112:7 112:10 112:12 112:13 112:15 113:4 112:20 113:2 113:7 113:10 113:12 113:14 113:18 113:21 113:25 114:1 114:2 114:5 114:6 114:6 114:12 114:12 114:16 114:20 114:24 115:7 115:13 115:16 115:17 115:22 115:21 115:24 116:5 116:6 116:9 116:9 116:14 116:17 116:20 116:21 116:23 116:25 117:3 117:7 117:18 117:20 117:22 117:24 118:1 118:3 118:4 118:4 118:7 118:8 118:10 118:12 118:25 119:5 119:18 119:22 120:4 120:14 120:14 120:17 120:25 120:23 121:3 121:5 121:8 121:11 121:13 121:23 121:2 121:23 122:8 122:11 122:17 122:22 122:23 123:5 123:6 123:10 123:12 123:15 123:20 123:22 123:25 124:5 124:11 124:18 125:1 125:2 125:10 125:14 125:17 126:15 126:22 125:25 126:5 126:9 126:15 126:16 126:16 126:17 126:17 126:18 126:19 126:24 127:9 127:12 127:17 127:17 127:24 128:1 128:6 128:8 128:16 128:17 128:17 128:24 128:24 129:8 129:1 129:22 129:25 129:25 130:5 130:13 130:10 130:22 130:25 131:7 131:15 131:7 131:23 131:24 132:1 132:8 132:9 132:13 132:16 132:18 132:18 132:24 132:25 133:3 133:5 133:11 133:12 134:4 134:11 133:5 135:12 135:16 135:17 136:10 136:1 136:19 136:20 137:5 137:7 137:11 138:2 138:10 139:1 139:10 140:4 140:11 140:7 140:9 140:25 141:2 141:4 141:6 141:8 142:1 142:3 142:8 142:10 142:12 142:14 142:17 142:23 143:6 143:10 143:13 143:15 143:18 143:19 143:20 143:22 144:24 145:17 145:19 145:23 146:6 146:17 146:21 146:22 146:24 147:3 147:3 147:3 147:4 147:6 147:9 147:9 147:10 147:17 147:21 147:21 147:23 148:3 148:3 148:5 149:1 149:2 148:11 148:16 148:20 148:25 149:1 149:2 149:8 150:6 150:9 150:10 150:18 150:19 150:23 151:6 151:9 151:11 151:14 151:18 151:25 152:1 152:3 152:6 152:8 152:15 152:18 152:23 153:6 153:11 153:16 153:1 153:20 153:25 154:3 154:4 154:10 154:12 154:19 154:20 155:5 155:6 155:7 155:9 155:11 155:11 155:16 155:19 155:19 155:20 155:23 155:24 156:2 156:1 156:16 156:17 156:21

**and(301)** 156:22 156:24 157:5 157:6 157: 157:8 157:14 157:22 157:25 158:2 158:2 158:6 158:11 158:15 158:23 158:25 159:3 159:7 159:15 159:19 159:18 159:21 159:2 160:3 160:3 160:3 160:4 160:8 160:10 160:13 160:16 160:22 160:24 161:3 161:5 161:6 161:8 161:8 161:11 161:15 161:18 161:22 162:1 162:9 162:19 163:8 163:10 163:23 163:25 164:5 164:7 164:10 164:15 164:16 164:18 164:20 164:24 165: 165:3 165:11 165:16 165:19 165:20 165:22 165:24 165:25 166:5 166:8 166:8 166:10 166:13 166:18 166:20 167:2 167:3 167:5 167:10 167:20 167:25 168:5 167:6 168:7 168:10 168:13 168:14 168:14 168:15 168:15 168:16 168:20 168:22 169:3 169:4 169:5 169:11 169:18 169:25 170:1 170:6 170:9 170:10 170:12 170:18 171:1 171:2 171:3 171:15 171:12 171:14 171:15 171:18 171:23 171:24 171:24 171:24 172:5 172:11 172:21 173:9 173:11 174:3 174:9 174:10 174:17 174:18 174:19 174:21 174:25 175:5 175:6 175:8 175:9 175:13 175:15 175:18 175:19 175:2 175:20 176:3 176:7 176:7 176:7 176:14 176:16 176:20 177:1 177:3 177:3 177:5 177:9 177:10 177:20 178:1 178:10 178:12 178:15 178:16 178:22 178:22 178:24 179:20 180:1 180:8 180:10 180:20 181:9 181:16 181:21 181:21 181:21 181:23 181:24 182:7 182:9 182:10 182:11 182:15 182:16 182:18 182:20 183:2 183:8 183:15 183:17 183:20 183:21 183:25 184:4 184:9 184:12 185:1 185:4 185:14 185:16 185:23 186:2 186:3 186:9 186:23 187:2 187:4 187:7 187:8 187:18 187:20 188:5 188:8 188:9 188:14 188:20 188:25 189:8 189:17 189:22 189:24 190:1 190:18 190:21 191:2 191:3 191:5 191:6 191:7 191:9 191:12 191:14 191:19 191:19 191:21 191:24 192: 192:10 192:12 192:14 193:14 193:19 194:7 194:8 194:19 194:21 194:24 195:4 195:6 195:8 195:9 195:10 195:10 195:12 195:15 196:7 196:9 196:9 196:11 196:14 196:13 196:16 196:21 197:1 197:8 197:10 197:13 197:15 197:16 197:19 197:23 198:4 198:6 198:19 198:25 199:1 199:2 199:19 199:19 199:23 200:5 200:10 200:1 200:23 200:25 201:4 201:9 201:11 201:2 201:15 201:18 201:21 201:25 202:5 202:9 202:11 202:22 202:23 202:25 203:2 203:3

**and(126)** 203:7 203:13 203:21 204:2 204:6 204:10 204:14 204:24 205:2 205:5 205:10 205:16 205:19 205:22 205:24 206:2 206:11 206:17 206:21 206:23 207:3 207:7 207:9 207:17 208:3 208:11 208:20 208:21 208:2 208:25 209:3 209:7 209:13 209:20 209:25 210:22 210:22 211:8 212:3 212:6 212:18 212:21 212:22 213:1 213:5 213:10 213:12 213:25 214:14 215:3 215:8 215:11 215:16 215:17 215:19 215:20 215:22 215:24 216: 216:5 216:7 216:9 216:10 216:11 216:12 216:21 216:22 216:25 217:2 217:5 217:8 217:11 217:12 217:13 217:18 217:19 217:24 218:8 218:8 218:12 218:19 218:21 219:1 219:3 219:7 219:9 219:20 219:25 220:1 220:4 220:7 220:9 220:13 220:14 220:24 220:7 221:9 221:16 221:25 222:13 222:17 222:18 222:19 222:25 223:1 223:5 223:7 223:8 223:14 223:16 223:16 223:19 224:4 224:5 224:25 225:10 225:12 225:13 225:16 225:17 225:19 225:21 226:1 226:2 226:18 226:21

**and-a-hall(1)** 171:16
**anderson(1)** 4:26
**andrea(1)** 9:44

**andrew(9)** 2:22 2:38 3:14 6:6 6:33 6:34 7:27 9:7 9:9 9:9

**andy(1)** 42:23

**angela(3)** 1:29 74:23 75:2
**angeles(5)** 4:11 148:15 155:20 204:23 207:17

**angelo(2)** 7:19 204:17
**anna(2)** 10:9 10:9
**announced(5)** 51:5 51:18 123:1 201:7
**announcemen(1)** 201:11
**annual(6)** 98:4 102:11 102:16 102:20 215:7 216:7

**another(20)** 17:3 21:4 28:10 30:11 33:8 33:10 38:17 63:12 70:21 74:22 75:15 77:11 81:12 83:6 125:20 136:10 139:13 145:4 147:18 202:18

**answer(8)** 47:9 90:5 90:10 98:1 99:8 106:16 128:5 132:2

**answers(3)** 114:9 114:10 193:24
**anticipate(1)** 139:13
**anticipated(2)** 195:9 195:12
**anticipates(1)** 55:3
**any(55)** 19:5 27:1 36:5 36:5 60:7 62:6 68:4 68:4 68:25 70:22 71:25 73:6 76:13 78:16 78:17 79:20 80:1 86:21 89:6 89:12 95:13 95:24 98:20 115:1 120:2 129:10 138:4 139:7 139:9 146:8 149:16 166:13 166:13 167:10 172:7 174:11 178:18 185:17 186:3 186:8 186:13 186:19 188:12 190:6 191:20 203:15 203:24 210:8 210:8 210:11 213:22 213:22 216:14 217:22 223:25

**anybody(2)** 138:4 206:6
**anyone(2)** 138:13 224:7
**anything(3)** 79:2 224:11 226:11
**anyway(1)** 186:4
**anywhere(3)** 15:19 115:24 224:21
**apartment(1)** 68:12
**apearances(3)** 10:1 11:1 12:1
**apologize(4)** 44:14 111:4 122:3 202:18
**appear(1)** 117:12
**appearances(5)** 6:11 7:1 8:1 9:1 13:1
**appears(1)** 91:9
**applicable(1)** 187:6
**applied(20)** 31:22 46:2 49:19 57:3 60:5 60:17 61:21 66:7 68:25 85:17 88:25 115:16 161:2 182:20 187:9 187:12 192:3 209:4 209:7 219:21

**apply(29)** 28:16 38:13 44:8 51:20 61:18 64:20 64:25 65:1 65:2 65:5 65:9 66:8 66:21 66:23 66:25 67:9 68:4 68:4 151:10 155:7 160:6 160:12 161:5 174:15 187:8 189:3 190:4 190:6 191:20

**applying(4)** 33:11 34:3 64:15 76:12
**appreciate(1)** 201:4
**apprise(1)** 225:5
**approach(65)** 14:18 25:13 25:13 25:14 25:15 26:4 26:5 27:21 27:22 28:3 32:11 33:3 33:10 33:20 34:12 34:19 34:20 35:1 35:2 35:7 37:19 37:23 37:24 38:1 39:19 44:19 45:19 47:4 48:3 49:19 50:24 50:25 52:2 52:5 56:25 59:17 63:6 63:24 64:7 64:21 65:12 65:16 66:12 67:16 67:20 68:15 73:16 74:2 80:21 81:23 108:2 120:1 125:2 141:11 153:17 159:14 160:10 160:11 160:16 160:17 161:20 199:11 203:8 206:20 214:20

**approached(1)** 69:13
**approaches(7)** 25:9 47:6 48:5 49:13 56:23 64:4 64:9

**approaching(1)** 21:2

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**appropriate**(29) 33:19 34:6 36:2 46:14 59:3 61:12 109:16 131:17 147:25 156:22 157:9 157:24 161:13 163:1 171:18 173:24 174:17 181:10 181:17 183:1 183:8 186:22 191:18 192:2 208:20 209:19 212:16 218:2 225:15

**approved**(5) 78:15 78:23 78:23 217:1 218:15

**approximat**(2) 47:18 78:8
**approximately**(13) 19:11 22:25 23:1 23:4 23:13 23:17 37:13 45:10 48:10 52:10 215:18 215:22 222:16

**april**(6) 138:8 139:22 140:1 201:9 201:12 223:16

**are**(239) 14:6 14:25 16:4 16:9 17:19 22:18 23:6 23:8 23:14 23:21 26:7 27:13 28:12 29:3 29:6 29:9 29:14 29:16 30:1 30:14 30:19 31:4 32:2 33:21 34:5 35:5 35:25 36:9 36:13 36:13 37:2 37:2 37:3 37:4 37:8 38:16 38:16 38:17 38:21 38:25 39:9 39:21 40:1 40:22 40:22 40:23 40:24 41:3 41:3 41:8 41:16 41:19 46:15 47:8 47:16 47:18 47:19 47:24 49:4 50:10 50:11 53:15 53:20 53:25 54:3 54:4 54:22 55:1 55:12 55:13 56:22 56:22 57:11 60:9 60:22 64:13 64:14 64:19 64:25 67:6 71:5 73:17 73:18 73:18 75:16 76:3 78:15 84:15 87:23 88:1 88:21 89:6 94:1 95:11 95:16 95:22 98:22 99:10 102:7 102:7 102:24 103:6 103:10 103:23 104:8 104:12 104:24 104:25 105:5 107:18 116:24 117:4 117:7 120:10 122:12 129:25 131:10 133:15 133:21 136:138:17 138:22 139:7 139:8 139:9 139:22 141:16 141:23 144:4 144:8 144:21 151:7 151:15 152:16 152:19 153:8 153:20 153:25 154:9 154:11 154:12 154:15 154:15 155:25 155:16 155:17 155:25 155:25 155:25 156: 156:6 156:8 156:8 156:12 156:21 156:25 157:6 157:19 158:2 158:9 158:13 158:13 158:14 158:16 158:18 159:9 159:10 160:5 161:25 163:4 163:4 164:10 164:18 165:8 166:7 167:22 168:13 168:14 168:17 168:2 169:8 169:16 169:25 170:2 170:2 170:4 170:10 170:20 171:14 171:17 171:17 171:25 174:14 176:17 176:18 176:20 180:11 181:1 182:9 182:10 183:1 183:2 183:2 184:1 184:1 184:14 186:21 186:24 187:5 190:3 191:7 191:11 192:13 192:21 196:21 197:2 204:15 208:25 211:2 212:5 212:14 215:9 216:21 217:8 218:11 218:12 218:20 218:23 220:24 221:16 223:6 223:7 223:11 223:12 224:19 226:4 226:19 226:11

**area**(4) 75:15 89:15 168:16 215:18
**aren't**(4) 36:11 53:16 182:9 189:25
**arena**(3) 144:19 156:16 173:22
**aren't**(2) 122:19 122:22
**arif**(1) 8:46
**arise**(1) 209:17
**around**(14) 29:17 29:18 30:22 35:19 81:13 101:1 101:6 107:13 111:12 111:13 111:13 154:25 169:5 225:9

**arrive**(18) 22:19 24:25 28:6 28:17 37:19 38:7 38:12 38:21 45:23 58:14 58:16 58:17 59:18 66:13 73:15 157:9 159:16 222:12

**arrived**(30) 20:11 20:19 21:12 22:24 33:2 34:21 37:13 38:9 45:10 46:24 48:10 52:10 57:2 59:15 62:10 63:3 63:20 63:25 65:8 67:12 69:7 69:7 77:9 77:21 111:22 115:20 119:19 121:24 170:15 205:25

**arrives**(2) 22:15 22:17

**arriving**(19) 24:16 29:20 29:22 32:3 32:22 42:14 45:19 45:21 50:12 52:3 53:18 60:4 65:9 66:6 70:19 73:22 89:10 150:19 181:18

**arrowgrass**(2) 8:44 8:44
**ascribe**(3) 58:25 174:17 180:18
**ascribed**(2) 48:3 182:18
**ascribing**(2) 169:13 188:3
**ashby**(1) 5:24
**ashish**(1) 9:40
**ashley**(2) 2:40 6:19
**aside**(3) 105:1 138:8 140:2
**ask**(28) 14:8 41:21 44:5 52:14 65:5 83:18 86:7 106:23 110:21 127:12 127:12 127:25 128:18 129:10 138:11 140:18 149:23 160:13 171:5 176:18 177:5 196:17 212:12 212:22 217:20 223:2 224:6 226:15

**asked**(41) 49:5 53:5 76:6 77:17 77:18 84:7 89:25 90:9 100:15 113:25 114:5 126:10 127:9 128:4 128:6 128:8 128:14 128:16 131:3 131:15 132:16 133:8 133:23 134:11 135:1 147:18 166:24 185:20 192:2 193:23 193:23 197:8 197:19 200:23 203:7 203:21 205:11 205:14 205:25 207:11 207:14

**asking**(13) 25:5 41:11 85:22 88:21 98:11 124:6 136:17 137:4 138:19 138:21 138:22 212:11 225:4

**aspect**(1) 18:5
**aspects**(1) 207:17
**assess**(6) 17:19 26:7 35:22 50:8 58:5 152:18
**assessed**(2) 26:11 31:3
**assesses**(2) 22:16 33:5
**assessing**(2) 25:18 40:21
**assessment**(22) 17:24 22:19 24:25 25:23 28:17 32:2 32:3 32:10 50:12 52:1 59:15 60:20 66:13 66:16 72:24 76:7 81:16 88:5 88:10 92:20 123:7 148:18

**assessments**(2) 19:18 93:19
**asset**(34) 10:4 10:5 15:8 23:9 23:10 49:6 50:3 50:9 50:21 61:16 64:19 67:4 67:8 68:24 122:18 122:18 122:20 123:11 151:17 172:13 175:16 178:22 180:2 181:2 181:24 182:2 183:10 183:22 184:3 184:7 185:7 191:11 218:23

**assets**(35) 23:8 23:8 23:12 48:14 48:19 49:4 49:12 52:8 58:4 58:24 59:1 64:14 66:1 76:3 154:8 159:9 168:14 168:15 170:12 170:12 175:9 175:11 175:14 176:5 177:1 178:15 178:16 181:22 181:23 182:5 182:9 186:22 212:6 218:23 219:4

**assignment**(1) 178:20
**assignments**(5) 24:16 144:10 178:24 178:25 179:4

**assistance**(1) 195:1 195:5
**assists**(1) 187:22
**associated**(6) 41:3 55:6 99:18 99:22 100:13 165:20

**associates**(1) 223:6
**assume**(6) 90:18 108:2 114:9 193:22 222:7 225:4

**assumed**(7) 24:7 28:16 32:23 34:14 94:18 108:23 221:3

**assuming**(6) 35:16 35:16 92:21 104:25 107:18 138:9

**assumption**(6) 33:7 36:19 79:16 90:20 101:10 225:6

**assumptions**(7) 25:7 94:10 99:13 102:16 104:23 206:19 206:25

**assure**(2) 157:21 186:8
**asterisked**(1) 218:20
**asylum**(1) 6:7
**atamian**(1) 7:5
**attempt**(2) 166:22 167:3
**attending**(2) 91:18 93:25
**attention**(5) 105:4 118:1 156:23 220:4 220:17

**attenuate**(2) 35:13 132:7
**attractive**(4) 58:24 155:17 170:6 181:24
**attributable**(2) 181:5 191:23
**attributes**(4) 153:13 155:8 184:1 184:2
**audible**(8) 74:24 75:3 95:25 129:11 202:16 210:10 216:15 224:8

**august**(1) 210:22
**august/september**(1) 62:10
**aurelius**(6) 5:24 9:23 9:24 81:5 139:3 193:11

**austin**(1) 1:25 8:18
**authorities**(1) 54:25
**authorization**(1) 217:3
**authorized**(5) 216:10 217:10 219:5 219:8 219:23

**authorizing**(1) 195:5
**available**(19) 21:10 26:10 26:12 26:13 32:9 70:12 80:16 86:22 86:25 114:15 121:21 123:10 164:21 171:18 193:3 208:9 219:13 219:18 226:1

**ave**(2) 1:39 5:33
**avenue**(4) 2:9 4:9 4:39 5:26
**average**(10) 44:24 113:8 159:11 176:5 219:19 220:13 221:15 221:18 222:8 222:1

**averages**(1) 92:21
**award**(1) 216:7
**aware**(20) 78:12 84:2 84:9 84:16 84:17 84:20 84:21 85:2 89:5 89:6 95:17 96:13 122:12 184:14 184:16 184:20 196:21 205: 205:16 208:15

**away**(3) 52:6 74:6 106:8 191:24
**awful**(1) 148:5
**bachelors**(1) 16:5
**back**(69) 22:3 23:19 27:5 27:9 27:14 34:16 36:11 37:15 44:6 46:20 48:12 52:1 53:1 55:7 64:2 69:14 76:18 79:1 80:16 91:6 95:15 105:2 108:7 111:4 113:25 114:4 114:6 116:18 119:13 120:22 121:22 123:17 126:17 126:19 127:24 128:17 128:24 147:8 147:10 147:13 147:17 149:2 153:1 153:19 156:20 160:13 165:7 165:22 166:17 168:1 171:11 171:16 174:3 175:13 176:9 178:2 184:9 186:15 190:11 192:21 199:1 199:19 200:24 201:3 202:1 202:17 205:6 205:19

**backdrop**(1) 29:23
**background**(1) 42:15
**bad**(1) 165:2
**baiera**(1) 7:20
**balance**(3) 97:4 144:7 144:17
**bale**(1) 6:43
**baltimore**(1) 156:8
**banc**(1) 5:30
**banded**(1) 157:7
**bank**(11) 7:35 7:41 10:12 10:28 10:28 11:17 11:22 13:12 15:7 76:21 196:14

**banker**(9) 18:3 19:16 20:17 82:2 82:12 82:24 83:11 164:14 196:18

**bankers**(2) 82:5 93:14

**banking**(5) 15:8 15:11 15:21 141:20 195:7
**bankruptcy**(16) 1:1 1:20 104:19 104:25 144:14 203:4 217:10 220:6 220:19 220:21 220:22 220:23 220:25 222:9 222:12 223:1

**banks**(1) 15:22
**bar**(11) 22:23 23:3 23:6 23:21 24:4 37:16 55:8 69:5 177:22 177:22 189:11

**barclays**(2) 7:4 7:12
**barnes**(2) 5:18 5:37
**base**(2) 100:3 216:6
**based**(31) 25:20 31:7 33:6 33:20 38:13 43:18 45:5 46:22 48:4 48:8 78:9 94:9 114:21 115:2 119:19 125:1 133:18 156:24 161:7 161:22 161:24 162:2 162:6 162:7 163:2 164:1 185:7 191:2 192:5 210:23 218:7

**basically**(1) 144:6
**basis**(2) 25:7 25:19 26:7 30:9 32:12 57:5 60:4 73:2 73:9 76:10 84:24 94:15 124:14 125:4 132:14 134:24 158:3 158:4 181:1 182:16 203:21

**bear**(2) 30:4 46:10
**bears**(5) 33:22 42:18 43:5 43:12 63:19
**became**(2) 20:17 143:17
**because**(37) 21:18 32:7 41:2 44:2 53:1 67:6 67:6 77:25 85:13 88:22 94:21 107:16 107:25 124:13 124:14 124:20 124:23 124:25 128:14 134:16 137:14 151:15 158:14 164:12 166:23 170:8 170:10 175:12 180:25 181:16 184:19 188:16 207:24 218:5 218:13 225:3 225:25

**become**(7) 19:9 146:12 147:8 164:12 165:4 176:2 216:2

**becomes**(2) 106:7 107:3
**been**(54) 15:3 15:23 15:24 16:19 18:11 19:1 19:15 19:17 19:20 20:4 20:21 25:1 32:9 36:2 51:11 72:24 93:12 95:6 97:20 104:18 106:6 114:4 131:11 138:2 138:2 138:3 140:2 144:2 145:4 148:2 148:24 154:17 156:14 164:3 166:15 166:17 167:1 168:5 168:6 170:25 172:14 176:5 178:23 186:7 187:7 196:2 201:16 204:7 204:9 208:16 214:11 215:3 215:18 225:3

**before**(31) 1:19 15:15 17:2 17:4 18:13 20:16 28:25 31:15 45:25 50:22 51:8 57:2 65:14 68:20 69:21 70:18 88:17 92:12 96:13 122:9 126:20 129:3 133:18 133:20 142:5 142:10 143:13 177:16 192:12 200:3 224:19

**began**(4) 15:15 47:7 142:2 184:19
**begin**(2) 185:20 225:9
**beginning**(5) 72:25 96:16 101:6 143:1 152:25

**begins**(1) 206:18
**begun**(1) 120:21
**behalf**(5) 62:18 81:5 138:17 193:11 214:19
**behind**(5) 100:9 100:14 106:3 149:9 218:5
**being**(17) 32:5 32:9 36:10 39:4 61:16 76:6 76:8 77:17 77:18 91:17 104:10 125:15 135:6 162:2 183:17 185:15 196:22

**belief**(1) 181:25

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| believe(65) 16:25 22:18 32:2 34:11 61:4 77:3 77:14 86:23 88:8 92:16 94:3 94:22 97:9 100:6 101:19 106:17 106:17 122:5 123:14 123:19 125:20 127:20 130:6 131:5 131:14 131:24 155:24 157:8 159:17 160:4 160:11 162:19 171:2 172:5 175:12 175:13 176:22 176:23 178:3 181:13 182:15 183:2 184:18 185:8 186:21 191:2 191:14 191:19 192:1 192:18 196:19 198:18 203:11 203:2 204:16 206:2 206:4 207:14 209:13 209:16 210:18 210:22 212:2 224:14 225:21 | binders(4) 14:19 141:11 193:1 214:19 bingham(1) 11:17 biographical(1) 215:8 bit(10) 44:5 81:6 107:5 124:4 138:14 149:1 161:19 165:18 172:11 201:20 bite(1) 127:7 black-scholes(1) 219:21 blake(1) 3:36 blanket(1) 103:25 blend(4) 44:16 44:17 74:11 111:17 blended(4) 46:2 111:13 112:6 176:5 block(1) 2:20 blocks(1) 111:13 blow-up(3) 165:7 175:8 176:9 blowup(9) 22:4 27:5 27:14 37:15 48:12 52:11 55:7 69:18 190:11 blue(9) 27:25 63:2 69:5 74:19 108:12 133:4 177:22 177:22 189:11 board(15) 3:28 12:40 67:2 78:14 78:23 88:13 144:4 208:16 208:17 214:25 216:25 219:24 221:5 221:23 221:23 board-approved(2) 78:18 79:7 bohan(1) 12:8 boils(1) 33:18 bookends(1) 123:5 books(1) 66:10 borne(3) 53:15 53:16 54:10 boston(3) 30:4 143:17 143:18 both(17) 37:5 37:7 37:9 42:19 43:14 57:4 57:7 57:16 74:19 99:21 104:3 106:8 117:23 160:19 215:24 217:12 223:1 bottom(5) 102:8 108:12 168:12 171:22 221:2 bowden(1) 5:25 box(11) 27:25 30:22 108:12 111:12 111:13 159:16 159:17 169:4 171:8 205:7 221:8 boxed(3) 30:12 156:25 169:7 boxes(8) 29:17 29:17 73:17 73:18 73:20 148:5 154:25 155:2 brand(1) 155:23 brandon(1) 1:43 brands(9) 68:18 122:7 122:11 122:24 123:13 124:1 124:8 124:12 125:3 brandywine(1) 3:37 brass(1) 7:46 breadth(1) 157:10 break(4) 128:19 128:21 128:24 193:15 breakout(2) 39:6 39:7 breaks(1) 21:19 brethren(1) 172:13 brett(1) 8:27 brian(3) 9:46 10:46 brickley(1) 12:45 brief(8) 16:22 17:6 19:13 21:13 67:11 142:7 159:4 215:12 briefly(17) 19:25 24:12 38:9 45:17 49:15 55:11 136:3 146:17 150:14 150:15 151:20 165:16 173:19 180:3 182:7 187:16 208:7 brigade(2) 10:23 10:24 bring(1) 105:6 broad(2) 21:10 147:8 broadcast(6) 144:19 165:20 166:15 168:14 168:15 176:3 broadcaster(1) 135:9 | broadcasting(54) 21:23 22:18 23:2 23:3 25:18 29:13 31:6 37:17 37:20 37:22 38:14 38:20 39:1 39:15 39:16 39:20 39:22 39:24 40:2 40:6 40:7 41:1 42:4 45:7 45:12 46:22 47:1 48:9 53:17 53:21 54:12 55:20 57:22 74:10 74:13 110:15 133:24 134:18 134:18 134:25 143:8 143:22 144:25 146:9 148:16 165:8 166:6 167:17 167:19 168:20 168:21 169:4 173:13 187:18 broadcasting"(1) 134:8 broadcasts(2) 172:4 178:8 broader(4) 57:8 93:18 102:18 134:21 broadly(1) 91:19 broadway(1) 5:14 broke(1) 178:14 broken(3) 38:25 79:10 79:12 bromberg(1) 8:5 brought(1) 34:14 brown(3) 6:4 7:4 8:4 bruce(1) 4:6 bryant(1) 4:22 budget(10) 71:4 71:6 71:8 78:14 78:25 79:7 101:16 125:10 207:19 210:17 budgets(1) 71:11 building(3) 37:7 195:7 built(2) 148:9 163:6 bulk(2) 148:19 177:8 bullet(2) 93:21 206:17 bunch(4) 56:8 121:8 148:5 148:22 burns(1) 7:32 bush(2) 3:13 6:31 business(122) 18:6 21:21 21:22 21:23 22:9 22:14 22:22 23:2 23:3 26:2 27:19 27:24 29:2 29:4 29:5 31:6 32:15 32:20 33:15 33:23 34:2 34:11 34:18 34:24 35:9 35:10 35:22 37:6 37:12 37:17 37:22 38:23 39:2 39:22 40:6 42:3 44:21 45:7 45:13 46:12 46:22 47:1 48:9 52:6 53:22 57:17 58:23 60:8 64:23 69:22 74:5 75:23 75:24 77:19 79:17 79:18 80:4 89:20 91:19 93:19 100:9 100:14 100:21 106:6 106:13 106:19 122:25 123:9 124:16 125:2 130:3 132:23 134:15 137:13 145:22 146:22 146:10 150:12 151:3 151:11 151:23 155:9 158:7 158:21 159:2 159:7 159:9 159:23 160:1 161:8 163:8 163:15 164:4 164:7 165:1 166:6 168:20 169:13 172:20 173:14 174:1 174:19 174:22 176:3 176:6 183:2 184:2 184:4 184:5 187:22 188:23 188:24 203:5 203:9 203:14 203:19 210:18 210:19 210:20 210:21 212:25 businesses(30) 18:3 26:6 29:7 39:21 39:25 40:7 41:1 64:14 73:2 145:6 151:6 153:12 153:13 153:14 153:16 153:18 154:9 154:2 155:9 158:2 158:9 162:23 162:25 168:18 175:3 175:24 183:1 188:14 191:6 212:4 | but(118) 23:7 23:9 25:2 29:12 29:13 31:3 31:14 33:23 38:2 40:25 42:21 47:14 47:25 48:1 48:12 49:5 50:1 50:11 51:11 51:19 51:21 55:10 57:23 58:13 60:10 61:11 65:25 68:16 74:9 76:22 77:2 79:15 83:15 83:22 85:22 86:19 88:10 89:15 91:15 91:20 91:25 92:22 93:10 93:12 94:15 94:22 95:16 96:20 97:24 98:24 101:16 103:25 104:7 105:16 109:5 110:17 114:8 114:11 116:1 117:1 119:4 120:2 123:7 127:6 127:21 128:23 132:13 133:1 133:15 134:22 136:23 138:18 139:8 139:14 139:21 146:15 150:15 154:12 154:22 156:10 156:18 157:19 158:15 159:3 159:12 161:10 163:20 163:25 165:23 168:19 169:10 169:13 170:13 170:20 172:12 172:18 175:16 177:2 177:17 178:16 178:25 182:17 184:1 184:21 187:7 188:16 190:12 192:3 193:10 203:12 207:18 210:20 212:15 212:19 215:17 223:10 225:4 226:9 button(1) 49:8 buy(4) 158:17 158:17 182:3 183:22 buyer(3) 64:17 65:16 66:2 bynum(1) 8:11 c-h-a-c-h-a-s(1) 141:7 cable(37) 38:24 41:24 41:25 42:1 42:2 42:9 42:13 42:17 42:20 42:22 43:11 43:13 45:1 49:8 57:21 59:3 60:8 73:9 168:5 168:12 171:19 171:20 171:21 172:1 172:2 172:12 172:16 172:18 172:18 172:19 173:2 175:22 175:22 178:8 178:15 182:8 184:3 caламan(1) 227:11 calculate(4) 32:25 87:20 163:9 181:10 calculated(6) 54:1 72:10 72:11 87:20 177:8 181:10 calculating(2) 32:22 32:23 calculation(1) 170:23 calculations(1) 82:16 calendar(1) 139:22 call(4) 49:25 79:6 93:21 159:8 called(18) 15:17 23:10 28:22 39:2 73:8 101:20 116:8 141:17 159:16 172:3 174:11 176:24 177:1 177:2 181:8 181:8 215:25 217:6 calling(3) 142:15 142:17 142:19 came(6) 49:17 61:24 76:2 101:16 177:9 225:25 can(72) 14:9 21:13 24:12 39:7 40:24 42:20 46:8 47:20 47:21 55:19 58:16 59:2 64:25 65:1 65:1 72:5 72:5 74:14 74:18 75:21 82:18 83:5 83:14 87:12 92:21 95:15 102:14 104:14 105:1 105:6 110:19 112:2 117:2 127:22 128:18 128:24 129:6 135:16 136:3 140:11 142:21 143:2 144:8 144:8 145:10 146:10 150:11 150:14 151:5 151:10 155:7 157:21 158:15 160:4 161:18 164:10 165:24 165:25 171:19 175:9 179:2 184:9 186:8 187:1 188:13 191:16 191:8 194:1 195:21 208:21 214:10 226:16 can't(5) 48:13 183:18 191:12 196:1 207:25 candidate(3) 142:7 147:8 204:3 cannot(2) 36:6 100:25 cantor(1) 7:36 canyon(1) 12:11 can't(3) 106:13 127:18 129:23 cap(1) 171:2 capacity(4) 15:25 17:12 19:18 147:11 capex(5) 99:22 105:16 106:1 106:3 106:5 107:4 127:19 207:6 207:11 |
| believed(2) 183:25 208:20 believes(1) 107:12 bellwether(1) 156:15 belo(2) 169:18 169:23 below(8) 39:9 50:1 102:10 157:8 159:17 189:11 220:16 222:21 | | | |
| ben(1) 7:13 bench(1) 225:25 benchmark(2) 156:11 218:14 benchmarking(2) 24:21 215:21 bendernagel(25) 1:27 14:6 52:24 95:10 95:19 96:19 105:14 137:15 137:17 138:5 138:12 140:5 140:10 140:13 140:16 214:8 214:16 224:11 224:13 224:22 225:2 225:6 226:5 226:9 226:23 | | | |
| benefit(8) 22:13 59:1 78:25 84:11 93:14 93:18 181:20 209:22 | | | |
| benefits(2) 160:22 215:17 benjamin(1) 2:6 bennett(2) 4:6 12:27 benson(2) 5:11 11:26 bernstein(1) 2:7 beron(1) 225:20 berry(1) 9:31 beside(2) 82:19 88:13 best(19) 44:20 51:7 58:4 77:22 77:23 77:25 78:8 81:21 89:1 122:23 122:24 123:9 151:5 153:11 154:11 154:11 154:12 171:3 180:6 better(10) 53:7 87:24 92:19 101:16 108:2 114:6 155:25 160:11 165:1 184:8 between(25) 39:6 39:16 42:16 43:7 43:10 43:11 44:3 44:22 61:16 78:2 78:3 78:7 79:2 79:7 98:20 111:18 115:20 133:12 153:17 157:11 175:3 191:5 201:11 219:3 223:16 beyond(5) 26:2 103:4 159:15 160:6 163:10 bible(1) 140:25 bid(1) 50:4 bids(2) 113:22 114:3 bifferato(1) 5:4 big(3) 31:1 41:4 44:22 76:20 79:15 82:18 88:13 170:2 big-picture(1) 76:19 bigelow(3) 13:16 94:5 125:16 bigger(1) 59:1 billion(44) 20:12 20:20 22:25 23:4 24:3 24:11 28:1 36:20 37:14 45:10 45:11 46:24 46:24 48:10 48:11 63:4 69:22 69:24 70:6 75:18 76:22 77:8 77:9 77:14 81:10 81:14 81:19 83:17 83:24 86:6 88:4 88:18 110:8 110:11 110:12 119:9 190:19 190:23 209:9 209:14 209:14 218:24 219:4 billion-ninety-nine(1) 152:14 billion-two-eleven(1) 152:15 binder(26) 16:9 26:18 71:19 80:22 87:3 87:4 101:18 101:20 109:19 116:6 117:16 130:7 131:23 146:1 149:8 190:12 193:8 194:19 202:17 208:23 211:11 211:19 215:12 216:9 218:5 223:8 | | | |

| Word | Page:Line |
|---|---|
| **capital**(45) | 6:41 6:41 7:12 7:31 7:31 8:44 9:23 9:24 10:19 10:20 10:23 10:24 10:40 10:41 11:8 11:8 11:38 11:19 12:23 12:23 12:31 12:31 15:16 15:17 18:1 35:25 36:10 81:5 87:19 99:16 105:8 106:9 106:20 107:3 144:16 145:7 153:15 159:11 160:3 184:19 191:8 203:3 207:2 207:18 207:19 |
| **capitalizes**(1) | 33:5 |
| **capture**(3) | 153:13 153:17 176:6 |
| **car**(1) | 68:12 |
| **career**(4) | 114:24 143:21 169:1 189:20 |
| **careerbuilder**(19) | 23:24 55:14 67:13 67:15 67:17 67:18 68:2 176:23 177:4 177:10 187:19 187:20 187:21 187:21 187:25 188:7 189:4 189:8 |
| **careful**(2) | 32:4 140:20 |
| **carefully**(2) | 75:16 180:25 |
| **carey**(1) | 1:19 |
| **caridas**(1) | 6:34 |
| **carlyle**(1) | 5:30 |
| **carol**(1) | 6:43 |
| **carried**(1) | 166:3 |
| **carries**(1) | 202:23 |
| **cars**(1) | 123:9 |
| **cars.com**(1) | 122:21 |
| **carval**(3) | 13:22 13:22 |
| **case**(28) | 1:5 11:43 17:8 22:15 25:20 29:24 30:1 38:12 40:23 43:9 44:15 44:21 45:4 57:4 66:1 109:4 128:15 182:3 188:16 191:10 192:19 198:15 213:25 216:6 223:4 223:14 225:8 226:3 |
| **cases**(2) | 17:18 29:13 |
| **cash**(65) | 22:1 24:4 24:6 25:14 25:21 25:22 25:23 25:24 27:21 32:22 33:6 33:21 33:24 34:1 34:11 34:19 35:11 36:7 37:24 45:20 50:13 50:15 50:16 50:19 52:1 53:21 54:6 54:9 62:7 62:12 62:13 62:16 63:5 63:16 67:5 69:23 150:24 151:25 154:19 158:20 159:2 159:6 160:17 161:4 161:6 161:14 161:19 161:22 163:2 163:6 163:8 163:16 166:8 174:9 174:18 174:24 175:5 175:17 175:18 175:18 183:24 185:10 208:3 |
| **cash-flow**(6) | 79:14 79:17 108:11 108:17 109:11 110:4 |
| **cash-incentiv**(1) | 215:20 216:7 216:11 |
| **catch**(1) | 188:15 |
| **categorized**(1) | 154:18 |
| **catherine**(1) | 2:21 |
| **cause**(3) | 130:2 137:5 138:3 |
| **caused**(3) | 150:16 150:23 177:5 |
| **cbs**(5) | 41:4 41:16 41:20 170:3 170:12 |
| **center**(3) | 134:7 150:3 157:12 174:12 |
| **century**(1) | 17:5 |
| **ceo**(2) | 203:25 204:3 |
| **certain**(4) | 99:13 139:3 170:4 225:13 |
| **certainly**(5) | 52:16 86:24 89:9 181:25 |
| **certification**(1) | 227:4 |
| **certify**(1) | 227:5 |
| **cetera**(1) | 15:14 |
| **chachas**(24) | 125:19 140:17 141:1 141:6 141:16 146:12 149:22 165:9 174:4 190:14 192:21 193:6 193:9 193:25 197:23 199:1 199:3 199:13 199:19 199:21 211:14 228:5 228:16 |
| **chachas's**(1) | 149:15 |
| **chad**(1) | 11:19 |
| **chadbourne**(3) | 2:34 6:18 139:18 |
| **challenge**(3) | 35:15 36:25 164:12 |
| **challenges**(4) | 35:18 50:23 64:24 76:4 |
| **chance**(2) | 225:17 225:25 |
| **chandler**(4) | 13:16 94:4 125:15 206:4 |
| **chaney**(1) | 12:12 |
| **change**(29) | 26:8 75:20 75:22 76:8 76:25 77:2 78:5 78:6 78:7 79:16 108:23 127:18 128:5 128:10 157:20 158:10 160:2 165:21 174:23 187:6 191:9 191:25 192:13 203:4 203:15 209:14 209:16 209:18 213:2 |
| **change-of-control**(1) | 122:16 |
| **changed**(1) | 78:6 |
| **changes**(5) | 76:9 78:17 113:2 133:20 191:4 |
| **changing**(5) | 113:4 130:3 131:20 133:21 191:16 |
| **channel**(60) | 60:3 60:11 60:12 60:16 60:18 61:2 61:4 61:14 62:20 100:8 116:8 121:16 121:18 130:8 130:21 143:11 143:1 144:20 144:21 145:12 181:8 181:9 182:1 183:12 183:14 184:7 185:10 |
| **chapter**(9) | 1:8 215:24 216:3 218:18 218:22 219:3 219:9 219:12 223:15 |
| **characteristics**(12) | 39:2 42:19 92:6 92:12 153:14 155:16 155:25 156:4 156:9 156:12 159:22 161:7 |
| **charlotte**(1) | 156:6 |
| **chart**(20) | 28:10 29:10 31:9 38:17 40:10 42:8 44:9 58:10 66:9 69:18 72:13 82:18 96:10 96:13 96:18 97:16 136:4 213:23 220:18 220:20 |
| **charts**(3) | 95:6 95:12 96:5 |
| **chase**(1) | 10:12 |
| **check**(3) | 65:20 117:1 196:6 |
| **checkmarks**(1) | 18:9 |
| **cheers**(1) | 42:24 |
| **chef**(1) | 56:6 |
| **chicago**(14) | 1:32 2:24 3:31 12:35 12:36 30:6 30:15 47:12 148:14 155:21 172:3 205:2 208:15 |
| **choice**(1) | 184:8 |
| **choices**(1) | 32:5 |
| **choose**(1) | 122:17 |
| **chose**(3) | 111:7 175:3 182:17 |
| **christine**(2) | 4:21 11:31 |
| **christopher**(1) | 195:13 |
| **chung**(2) | 4:20 7:42 |
| **circled**(2) | 30:11 172:24 |
| **circumstance**(3) | 169:8 174:8 174:21 |
| **circumstances**(2) | 67:1 67:5 191:3 |
| **citadel**(1) | 144:19 |
| **citibank**(1) | 9:4 |
| **cities**(1) | 30:16 |
| **citigroup**(3) | 196:14 196:18 196:21 |
| **city**(1) | 156:6 |
| **claims**(4) | 138:18 139:5 204:13 204:15 |
| **claire**(1) | 13:17 |
| **clarity**(1) | 203:17 |
| **clark**(1) | 2:23 |
| **classification**(1) | 95:15 |
| **classified**(18) | 23:25 55:15 68:9 68:10 68:11 68:14 69:6 122:1 122:20 123:8 125:5 176:25 177:3 177:10 189:15 189:20 190:5 190:8 |
| **clean**(1) | 226:16 |
| **clear**(12) | 95:11 98:10 119:18 124:6 143:11 143:11 144:20 144:21 145:12 194:6 194:8 226:16 |
| **clearly**(3) | 19:1 34:25 135:16 |
| **cleary**(1) | 3:36 |
| **clerk**(5) | 14:2 137:20 140:24 141:2 141:8 |
| **client**(3) | 142:21 142:23 195:5 |
| **clients**(2) | 17:1 144:9 |
| **clip**(2) | 127:23 195:21 |
| **clock**(1) | 214:9 |
| **close**(2) | 44:4 63:19 |
| **closed**(4) | 68:20 123:13 123:14 124:12 |
| **closely**(3) | 82:7 155:11 169:10 |
| **closer**(2) | 53:5 141:3 |
| **closest**(1) | 30:10 |
| **co-head**(1) | 142:12 |
| **co-presidents**(1) | 203:24 |
| **cobb**(2) | 3:5 6:37 |
| **cole**(1) | 1:35 |
| **collapsed**(1) | 124:5 |
| **colleague**(2) | 125:20 198:25 |
| **collection**(5) | 154:1 164:8 181:23 182:2 204:12 |
| **collectively**(1) | 223:17 |
| **colleen**(4) | 1:28 14:7 14:11 129:15 |
| **college**(3) | 16:1 145:17 145:18 |
| **collins**(1) | 2:14 |
| **columbia**(1) | 145:18 |
| **column**(13) | 18:9 21:23 75:8 75:21 150:3 150:6 150:8 220:7 220:8 220:9 220:9 221:10 222:14 |
| **columns**(3) | 46:18 72:9 111:13 |
| **combined**(1) | 185:24 |
| **come**(43) | 14:8 22:3 23:19 27:9 28:19 31:16 40:15 40:17 43:8 43:9 43:19 46:3 61:8 61:12 61:15 66:2 68:23 73:1 76:1 77:12 77:18 80:16 85:16 92:16 94:8 94:1 123:2 123:7 128:24 145:5 147:19 154:20 160:6 160:10 166:21 167:1 167:4 176:10 192:21 194:1 201:3 204:18 223:12 |
| **comes**(4) | 43:14 75:22 178:2 213:2 |
| **comfort**(3) | 31:20 61:24 77:12 |
| **comfortable**(3) | 125:13 188:17 192:1 |
| **comfortably**(1) | 223:21 |
| **coming**(7) | 30:20 34:22 78:20 104:24 174:1 181:17 184:5 |
| **commence**(1) | 198:9 |
| **commenced**(2) | 148:22 200:10 |
| **comment**(2) | 101:13 135:6 |
| **commenting**(1) | 101:15 |
| **committee**(8) | 2:33 3:4 3:27 6:17 12:40 216:25 225:8 225:10 |
| **common**(9) | 65:20 215:2 217:4 217:8 219:8 220:2 221:6 221:24 223:18 |
| **communicate**(1) | 100:6 |
| **communication**(2) | 144:21 145:15 |
| **community**(2) | 57:9 180:15 |
| **comp**(1) | 111:21 |
| **companies**(114) | 17:8 25:12 25:17 25:19 25:24 29:11 29:16 29:19 29:22 29:24 30:1 31:7 31:8 32:11 36:1 39:19 39:23 40:22 41:8 41:14 41:19 47:4 47:7 49:13 52:5 56:23 57:19 57:20 57:22 59:17 67:16 67:19 70:19 73:16 73:19 74:2 81:25 87:7 92:2 92:5 92:17 92:20 104:10 107:11 108:4 111:1 111:16 115:17 122:23 123:23 134:18 134:19 134:20 134:21 141:22 142:14 143:3 143:6 143:10 143:20 143:22 144:4 144:7 144:22 144:23 144:25 145:10 146:7 148:8 148:10 152:16 152:19 152:24 153:8 153:20 153:21 153:22 154:4 154:14 154:15 154:16 154:18 154:25 156:24 158:6 158:16 158:17 160:2 160:24 164:11 164:14 164:18 164:19 167:20 167:22 168:9 168:13 168:17 168:2 169:2 169:9 171:6 171:20 174:13 174:14 178:14 200:8 215:23 217:9 218:12 218:18 218:20 218:22 219:2 220:22 223:15 |
| **comparable**(95) | 25:12 25:15 27:21 28:2 28:7 28:17 29:24 32:11 35:1 35:2 35:7 37:23 38:8 38:10 40:1 40:21 40:22 41:19 44:19 45:5 47:4 47:7 48:3 49:13 49:15 49:18 50:23 52:4 52:5 56:20 57:20 70:19 73:16 74:2 81:25 85:4 87:7 92:2 92:5 92:17 92:20 104:10 107:11 108:4 111:1 111:16 115:17 122:23 134:23 148:9 150:18 151:8 151:8 151:24 152:3 152:8 152:13 153:20 153:21 157:7 160:16 161:2 161:6 161:15 161:20 162:1 162:5 162:7 166:7 167:17 171:6 171:20 174:9 174:13 174:14 174:25 175:6 179:19 180:4 180:18 182:13 184:7 184:12 188:2 188:20 212:14 220:19 |
| **comparable-company**(1) | 189:23 |
| **comparables**(20) | 25:17 28:19 28:21 29:3 29:6 29:25 41:8 47:11 47:17 47:24 48:1 49:17 50:24 51:24 73:21 92:9 122:19 122:23 132:25 190:3 |
| **comparatively**(1) | 185:15 |
| **comparator**(2) | 218:10 219:6 |
| **comparators**(12) | 218:17 218:25 219:9 219:10 219:13 219:19 220:7 221:12 221:17 222:12 222:19 223:2 |
| **compared**(16) | 24:21 32:9 41:4 62:5 75:5 79:14 102:18 132:17 132:17 155:17 172:12 184:5 190:18 206:20 219:5 219:10 |
| **compares**(5) | 33:25 72:11 221:9 221:12 222:11 |
| **comparing**(9) | 79:6 97:25 102:8 102:13 102:15 102:25 104:15 123:9 |
| **comparison**(14) | 74:1 75:4 95:8 96:10 104:20 118:3 131:25 133:5 133:11 133:13 171:17 220:13 220:19 228:22 |
| **compel**(1) | 207:25 |
| **compensation**(9) | 214:24 215:5 215:15 215:17 215:19 216:5 216:25 223:3 228:11 |
| **complete**(1) | 96:4 |

| Word | Page:Line |
|---|---|
| completed(6) | 18:2 18:4 50:6 51:5 51:9 51:19 |
| completely(3) | 36:6 132:10 163:21 |
| completing(2) | 197:10 198:1 |
| completion(1) | 193:18 |
| component(16) | 19:1 21:20 22:13 22:20 25:4 29:2 29:4 38:19 55:17 59:4 62:24 69:21 69:25 74:3 79:15 168:19 |
| components(3) | 22:2 55:13 177:19 |
| composed(1) | 212:17 |
| composition(1) | 75:20 |
| comprehensive(1) | 121:18 |
| comprise(1) | 22:2 |
| comprised(1) | 221:6 |
| comps(7) | 87:16 111:8 111:8 113:3 115:21 119:20 119:21 |
| compute(1) | 159:18 |
| conaway(1) | 3:34 |
| concentrations(1) | 16:6 |
| concern(1) | 108:24 |
| concerning(1) | 99:13 |
| conclude(6) | 75:9 104:20 119:9 129:4 149:2 171:12 |
| concluded(21) | 43:23 60:10 75:17 82:19 88:12 100:16 105:22 106:11 109:13 109:16 112:20 113:2 114:17 132:10 155:10 159:21 171:13 171:18 180:9 182:15 185:1 |
| concludes(3) | 224:5 225:8 226:24 |
| concluding(3) | 106:12 128:22 189:18 |
| conclusion(24) | 20:20 21:6 36:25 70:3 79:20 81:10 81:19 82:10 83:15 83:22 86: 88:3 88:16 100:18 102:22 109:7 110:7 110:11 119:19 135:22 147:19 147:23 147:24 192:15 |
| conclusions(10) | 24:17 52:3 53:9 64:1 84:19 85:24 115:13 132:15 185:7 217:18 |
| conducted(2) | 21:8 117:8 |
| conducting(2) | 21:1 86:20 |
| conferring(1) | 225:17 |
| confidence(1) | 183:16 |
| confidential(9) | 52:23 53:2 94:23 95:11 116:10 116:12 116:14 117:17 140:21 |
| confidentiality(1) | 63:8 |
| confirm(3) | 31:18 67:23 69:16 |
| confirmation(3) | 21:2 69:13 80:13 |
| confirmed(8) | 21:11 41:23 45:25 70:5 79:1 79:5 80:12 86:14 129:23 |
| confirms(3) | 79:22 79:24 135:19 |
| confronted(1) | 35:5 |
| confused(1) | 200:12 |
| congratulated(1) | 193:18 |
| conlan(1) | 1:26 |
| connection(12) | 20:10 24:16 62:19 62:21 93:5 195:16 195:25 196:10 196:25 197:9 197:17 204:19 |
| consequence(1) | 90:19 |
| consequences(1) | 89:6 |
| consequently(2) | 185:16 191:24 |
| conservative(11) | 102:24 103:2 103:17 104:1 104:9 104:12 132:18 133:1 133:2 192:17 222:25 |
| conservatively(1) | 221:12 |
| consider(4) | 66:6 86:24 92:11 172:17 |
| considerably(1) | 183:25 |
| consideration(30) | 18:21 21:9 30:20 31:14 32:4 34:10 34:25 36:5 44:24 45:8 51:3 51:17 53:18 57:11 66:17 67:2 74:10 77:11 78:1 89:9 89:22 90:17 92:8 97:3 119:6 119:25 127:20 132:21 160:19 163:17 |
| considerations(2) | 19:19 33:18 |
| considered(4) | 38:2 63:14 182:10 183:11 |
| considering(1) | 92:6 |
| considers(2) | 94:22 220:1 |
| consistent(4) | 103:3 174:23 217:14 223:12 |
| constant(1) | 207:12 |
| constraints(1) | 160:22 |
| constructive(1) | 139:4 |
| consult(1) | 86:7 |
| consultant(1) | 223:3 |
| consultation(1) | 85:25 |
| consulted(1) | 86:3 |
| consulting(2) | 215:15 215:19 |
| contacted(5) | 146:15 146:20 204:6 204:7 204:9 |
| contain(1) | 96:5 |
| contained(10) | 26:15 84:15 85:4 109:8 116:24 149:5 152:20 166:2 171:8 213:24 |
| contains(1) | 151:23 |
| content(5) | 42:21 42:24 43:5 56:3 172:11 |
| context(10) | 17:22 20:9 76:10 76:20 136:17 179:19 194:12 201:1 203:12 209:13 |
| contingent(1) | 114:3 |
| continue(10) | 35:17 78:6 97:22 101:12 101:16 106:18 140:5 163:22 179:15 210:20 |
| continued(27) | 2:2 3:2 3:6 4:2 4:5 5:2 6:2 7:2 8:2 9:2 10:2 11:2 12:2 13:2 74:11 97:6 101:14 107:18 108:25 125:4 138:20 163:7 163:8 163:14 163:18 173:24 202:7 |
| continues(3) | 36:22 107:13 164:2 |
| continuing(1) | 174:22 |
| contrarian(2) | 10:40 10:41 |
| control(4) | 54:6 62:20 164:6 188:13 |
| control(26) | 26:8 64:18 64:19 64:19 65:3 66:15 66:17 76:3 122:9 160:24 183:6 183:6 186:20 188:23 208:3 |
| control-premium-transaction | 123:4 |
| controlled(5) | 55:12 55:23 68:21 176:12 191:21 |
| controlling(1) | 64:23 |
| controls(2) | 21:22 64:15 |
| controls/operates(1) | 75:25 |
| convenient(1) | 212:19 |
| conversation(8) | 126:14 127:21 128:17 129:18 129:19 129:21 130:5 196:19 |
| conversations(3) | 126:21 179:9 179:11 |
| conveyance(1) | 139:4 |
| conveyed(1) | 194:11 |
| cooking(8) | 56:5 56:11 62:19 116:8 120:23 130:8 185:10 186:11 |
| cooperstown(2) | 11:38 11:39 |
| copies(1) | 197:20 |
| copy(8) | 71:20 82:24 83:6 146:1 149:12 194:21 199:10 202:18 |
| core(9) | 21:20 22:9 53:19 69:22 74:4 75:2 79:17 159:8 159:8 |
| corp(1) | 54:5 |
| corporate(12) | 15:25 23:14 23:15 45:9 52:11 53:11 53:15 54:3 54:4 54:10 54:13 148:14 |
| corporation(2) | 143:7 145:13 |
| correct(99) | 19:24 36:11 44:11 46:19 48:15 69:20 78:10 78:11 81:10 81:11 81:20 81:21 82:11 82:20 82:21 85:5 86:9 86:17 87:18 87:22 88:15 88:19 90:25 93:7 93:23 97:2 97:21 98:16 98:23 99:4 99:20 102:7 102:11 104:3 104:6 105:20 105:21 107:8 108:3 109:15 110:8 112:10 112:14 112:22 113:5 113:16 114:4 115:14 115:25 116:19 117:8 117:24 117:25 120:9 120:15 120:20 121:6 121:7 121:9 122:12 125:16 125:23 126:3 126:6 126:13 127:3 127:10 127:15 150:7 152:4 166:4 190:16 194:10 195:6 195:13 196:22 200:1 200:2 200:21 201:6 201:10 201:14 201:17 201:24 202:1? 204:8 205:8 205:13 205:17 205:20 206:21 208:4 209:5 209:6 209:11 211:23 213:4 227:5 |
| correctly(9) | 61:5 84:16 84:23 85:10 85:18 121:14 135:18 203:5 203:6 |
| corroon(1) | 4:26 |
| cost(6) | 53:14 53:15 87:19 129:24 153:15 159:11 |
| costs(4) | 53:16 54:1 107:2 165:19 |
| could(75) | 16:22 17:6 17:15 17:15 19:13 19:25 24:14 27:9 27:17 28:11 29:17 33:9 37:17 38:5 38:25 39:16 46:4 49:15 50:20 53:5 55:11 56:24 57:25 59:8 59:22 67:10 67:23 70:16 70:25 72:20 74:21 90:12 101:18 111:11 125:12 129:18 133:2 132:25 148:10 149:24 150:15 155:2 155:10 156:6 159:4 160:13 160:15 163:22 165:16 169:22 173:19 175:1 175:1 177:12 180:3 182:3 182:7 182:17 186:4 186:5 186:25 187:15 189:6 189:12 190:8 191:25 197:20 199:6 199:8 199:22 209:1 214:20 220:4 220:17 |
| couldn't(3) | 51:12 145:3 207:1 |
| counsel(4) | 197:20 198:23 201:5 202:18 |
| counsel's(1) | 110:21 |
| counter-designation(1) | 225:16 |
| countless(1) | 199:9 |
| country(2) | 156:18 181:23 |
| couple(16) | 36:7 92:2 94:23 116:24 117:21 130:6 137:23 138:1 169:14 176:25 179:2 182:11 183:11 196:25 206:17 214:12 |
| couri(1) | 11:40 |
| course(13) | 15:11 17:11 24:17 30:9 31:5 62:22 63:13 74:17 81:17 83:7 90:21 216: 221:4 |
| court(120) | 1:1 14:3 14:5 14:10 14:13 14:16 14:20 14:22 16:12 17:4 18:12 19:7 21:13 27:1 27:17 43:1 49:15 52:13 52:17 52:24 53:5 72:6 80:20 80:23 80:25 88:17 88:17 88:2 90:2 90:4 90:10 95:2 95:4 95:18 95:24 96:1 98:1 101:22 101:25 102:15 104:14 106:16 110:18 116:15 128:20 129:1 129:6 129:9 129:12 132:2 135:24 136:14 137:9 137:11 137:16 137:21 137:23 138:7 138:13 138:21 138:24 139:12 139:20 139:24 140:1 140:4 140:6 140:11 140:14 140:23 141:12 144:5 144:5 145:10 146:8 146:10 149:16 149:18 149:25 150:14 151:20 155:2 159:4 160:15 184:10 187:16 192:25 194:3 210:6 210:8 210:11 213:18 214:5 214:15 214:21 215:6 216:14 216:16 217:22 217:25 218:16 223:2 223:22 224:2 224:6 224:9 224:11 224:20 226:13 226:15 226:24 |
| court's(3) | 25:12 62:19 220:17 |
| court-approved(1) | 218:8 |
| courtney(1) | 10:29 |
| courtroom(3) | 1:10 140:19 193:11 |
| cover(1) | 17:9 |
| covered(3) | 164:16 164:17 164:18 |
| covers(1) | 15:10 |
| cox(2) | 143:8 181:7 |
| crack(1) | 35:14 |
| craft(1) | 166:25 |
| crazy(1) | 36:19 |
| create(5) | 50:15 191:9 216:20 |
| created(5) | 59:10 94:23 162:24 181:16 |
| creating(1) | 200:4 |
| credibly(1) | 162:24 |
| credit(8) | 3:34 4:4 7:18 80:9 80:11 143:17 143:18 183:4 |
| creditors(4) | 2:34 3:5 6:18 91:19 |
| critical(1) | 18:5 |
| critically(1) | 216:22 |
| cross(7) | 80:20 81:2 128:25 129:10 192:25 193:2 193:4 210:9 228:2 |
| cross-examin(1) | 224:7 |
| crunched(1) | 137:13 |
| cubs(1) | 55:6 |
| cumulatively(1) | 15:25 |
| curious(1) | 138:14 |
| current(25) | 15:4 21:9 21:10 33:20 33:22 34:4 35:10 35:11 46:2 46:13 70:11 88:1 114:14 118:14 119:22 120:1 139:18 142:3 203:1 203:9 203:13 203:24 208:13 220:8 220:15 |
| currently(8) | 14:25 26:10 26:12 26:13 35:18 35:25 86:25 141:16 |
| custom(1) | 176:4 |
| cut(2) | 106:8 106:25 |
| cutler(1) | 7:23 |
| cycle(1) | 74:12 |
| cyclicality(1) | 111:17 |
| dallas(1) | 169:24 |
| daniel(6) | 3:7 4:16 7:36 7:38 13:19 138:25 |
| dash(1) | 6:6 |
| data(29) | 1:45 24:24 26:12 26:13 49:7 49:10 51:11 70:14 70:17 70:23 70:25 71:1 72:7 101:20 103:5 103:6 103:11 120:6 122:24 123:2 123:9 140:18 183:18 190:1 200:24 218:7 219:17 220:20 220:21 |
| date(12) | 24:7 72:10 77:15 80:5 88:4 88:5 88:11 149:2 191:18 200:19 208:11 227:11 |
| dated(7) | 78:14 82:23 83:15 83:19 118:9 131:8 202:1 |
| dates(1) | 226:1 |
| david(12) | 2:29 2:35 3:22 4:15 5:19 5:38 8:39 9:42 11:23 11:29 12:8 224:24 |
| davis(3) | 2:4 9:5 10:12 |
| day(15) | 3:28 12:40 19:12 36:14 36:14 78:4 78:7 85:13 93:17 137:14 138:2 157:20 157:20 206:4 226:20 |
| days(4) | 130:6 140:1 164:13 214:12 |
| dbtca(1) | 2:27 |
| dcf(67) | 32:14 32:19 32:21 34:20 35:3 35:4 35:15 36:3 37:2 45:12 45:18 47:2 49:14 51:1 51:23 52:8 62:25 63:3 63:19 63:24 67:25 84:14 84:22 87:20 105:3 107:5 108:1 109:7 109:13 115:25 116:1 116:5 116:18 117:8 117:11 117:14 118:4 118:12 119:1 119:4 119:11 120:2 121:16 131:3 131:7 131:8 131:16 131:17 132:1 132:22 150:18 151:7 159:5 163:4 173:13 173:20 184:15 184:23 185:19 188:25 190:2 209:4 209:7 212:13 212:22 213:2 213:6 |

| Word | Page:Line |
|------|-----------|
| **dcl**(33) | 16:10 26:19 26:25 71:19 71:23 72:3 80:6 80:12 89:2 89:7 131:24 149:9 149:18 149:20 194:21 196:22 204:11 211:20 214:24 215:11 216:9 216:16 216:18 217:1 217:11 217:19 217:25 218:2 219:6 219:23 223:7 224:4 228:10 |
| **deal**(6) | 51:22 171:1 180:14 187:1 187:2 188:14 |
| **dealt**(1) | 186:3 |
| **dearborn**(1) | 1:31 |
| **debate**(1) | 159:20 |
| **debenture**(2) | 5:4 11:26 |
| **debt**(3) | 17:12 19:18 181:5 |
| **debtor**(2) | 22:2 225:8 225:10 |
| **debtor's**(2) | 209:21 217:8 |
| **debtors**(21) | 1:12 1:25 14:11 14:17 17:20 18:10 21:5 21:14 26:8 80:3 80:14 129:15 138:17 138:19 139:8 203:1 214:19 215:7 216:1 217:15 225:8 |
| **december**(1) | 20:19 |
| **decided**(2) | 99:25 107:25 |
| **decision**(4) | 67:1 67:5 86:8 100:12 |
| **deck**(1) | 208:16 |
| **decline**(33) | 34:10 36:18 36:22 37:7 96:17 97:20 97:22 98:4 100:25 101:11 101:15 101:17 102:20 103:21 104:23 107:14 107:15 107:18 107:22 108:17 132:7 132:8 136:9 136:11 136:20 136:24 150:16 150:2 150:24 163:9 163:23 165:23 207:6 |
| **declined**(2) | 150:13 191:7 |
| **declining**(1) | 103:11 |
| **deeper**(1) | 198:5 |
| **defensible**(1) | 100:11 |
| **degree**(7) | 16:4 16:4 107:16 145:19 145:21 155:6 184:4 |
| **delaware**(7) | 1:2 1:12 1:39 5:26 5:33 14:1 223:15 |
| **demo**(1) | 8:19 |
| **demonstrativ**(8) | 16:15 22:4 74:22 94:24 117:22 118:2 133:4 134:3 |
| **demonstratives**(2) | 16:9 116:22 |
| **dempsey**(18) | 214:23 215:5 215:14 215:23 215:25 216:19 216:24 217:2 217:6 217:16 218:9 218:14 219:5 219:13 219:22 222:23 224:7 228:17 |
| **dempsey's**(2) | 214:13 223:13 |
| **departed**(2) | 201:5 201:12 |
| **departure**(5) | 142:25 144:20 201:7 201:8 201:11 |
| **dependent**(1) | 221:22 |
| **depending**(2) | 139:10 221:3 |
| **depends**(1) | 89:18 |
| **deploy**(2) | 188:25 191:8 |
| **deposition**(30) | 84:7 86:23 91:14 91:17 91:20 94:3 95:10 104:5 104:7 113:21 113:24 114:2 114:9 114:25 126:9 126:16 126:21 129:17 193:9 195:20 197:8 197:19 197:24 198:13 200:12 202:2 203:8 206:24 225:13 |
| **depth**(1) | 165:3 |
| **derive**(10) | 31:8 39:21 40:12 42:12 58:9 67:14 122:21 155:4 157:1 171:7 |
| **derived**(8) | 39:24 43:15 66:9 122:7 151:25 152:16 161:20 180:12 |
| **deriving**(1) | 58:20 |
| **describe**(14) | 24:12 27:17 38:9 40:24 45:17 49:15 55:11 59:22 93:20 99:14 173:19 174:6 180:3 182:7 |
| **described**(14) | 28:25 40:5 50:22 51:7 65:14 66:14 69:21 76:11 119:23 120:18 122:9 132:11 173:21 202:2 |
| **description**(7) | 16:22 17:6 17:16 67:11 82:1 152:12 197:14 |
| **design**(2) | 153:2 215:16 |
| **designated**(1) | 95:12 |
| **designation**(1) | 95:13 |
| **designations**(1) | 225:14 |
| **designed**(2) | 148:22 153:16 |
| **despite**(4) | 97:19 99:3 101:8 109:11 |
| **destination**(2) | 56:2 56:12 |
| **detail**(4) | 23:20 40:25 150:15 159:3 |
| **detailed**(2) | 100:9 100:14 |
| **determination**(1) | 153:3 |
| **determinations**(2) | 86:2 86:4 |
| **determine**(8) | 59:6 59:9 59:11 59:23 78:16 159:14 219:12 221:22 |
| **determined**(4) | 59:10 175:1 221:4 221:23 |
| **determining**(2) | 61:2 173:23 |
| **deutsch**(2) | 2:41 6:21 |
| **deutsche**(3) | 11:17 11:22 13:12 |
| **developed**(2) | 94:14 94:16 |
| **developing**(3) | 39:6 160:17 202:3 |
| **development**(2) | 17:11 215:19 |
| **dewey**(1) | 4:5 |
| **diamond**(1) | 8:15 |
| **diaz**(1) | 1:45 |
| **did**(274) | 15:15 16:1 18:8 18:22 18:22 18:23 19:9 19:10 19:22 21:6 22:11 24:15 25:2 25:9 26:14 26:17 27:11 29:21 31:8 31:24 31:25 32:5 32:14 32:16 32:19 32:25 33:1 33:8 33:14 34:7 34:22 35:4 37:21 38:1 38:2 38:7 40:12 40:19 41:24 42:12 43:18 44:1 44:7 44:13 44:17 45:1 45:12 45:14 45:23 46:1 46:25 47:5 48:18 48:20 49:11 49:24 50:13 50:14 50:15 51:16 51:23 53:24 56:18 57:2 57:6 57:13 57:19 58:8 58:8 58:9 58:19 58:22 59:6 59:9 59:11 59:21 60:7 60:9 60:14 61:1 61:9 62:6 62:9 63:11 64:3 64:9 65:5 65:9 65:11 66:8 66:21 67:9 67:11 67:21 67:24 68:3 68:4 68:13 69:9 69:11 69:12 69:15 69:25 70:2 70:5 70:16 70:21 70:22 70:25 71:9 71:12 71:13 71:17 71:18 73:6 73:9 73:11 73:12 73:13 75:9 75:19 76:1 76:24 78:9 79:25 80:2 86:7 87:1 87:14 88:4 91:15 96:17 100:9 101:7 104:20 106:23 107:10 110:18 113:23 113:23 114:11 116:6 116:18 118:6 118:11 118:13 119:2 119:6 121:19 122:17 123:6 123:12 123:15 125:3 126:18 127:25 130:5 130:19 132:3 132:21 132:24 133:8 135:12 136:17 141:23 142:5 142:10 144:13 144:22 145:17 145:21 145:22 146:12 146:17 147:1 147:5 148:1 148:3 149:5 149:7 150:17 151:2 151:11 153:6 153:12 153:14 156:25 157:13 158:20 158:2 159:18 161:1 161:5 166:5 166:20 166:20 166:21 166:21 167:22 167:25 168:1 168:9 169:8 170:21 170:23 171:6 171:19 171:20 172:21 173:13 173:15 174:13 175:20 176:1 178:20 179:17 179:19 182:6 182:7 185:1 185:2 185:4 185:6 186:19 186:23 187:24 188:16 188:20 189:3 189:5 189:18 189:20 190:1 190:4 193:14 193:16 193:19 195:24 196:16 196:17 196:17 196:24 197:1 197:15 198:12 198:18 202:18 203:5 204:19 205:14 205:14 207:16 208:7 210:16 212:1 213:12 213:13 213:21 213:22 |
| **didn't**(31) | 34:11 38:3 51:6 51:22 58:20 58:24 59:3 60:15 63:5 66:23 166:13 167:10 174:10 177:17 183:14 183:16 183:19 185:16 185:18 185:18 186:2 188:22 188:24 189:1 190:6 197:25 199:22 199:8 203:18 209:17 225:24 |
| **didn't**(24) | 76:24 78:22 85:9 90:8 104:8 113:4 113:6 113:22 114:3 114:8 114:9 115:24 118:12 118:14 124:18 124:20 124:22 127:12 127:12 129:17 132:1 132:1 136:16 136:20 |
| **diet**(1) | 56:7 |
| **difference**(4) | 39:16 79:8 79:15 192:9 |
| **differences**(13) | 30:19 31:3 31:15 40:23 40:24 47:17 48:1 61:16 75:7 75:9 79:5 175:2 175:3 |
| **different**(30) | 34:3 34:5 35:19 41:9 42:25 47:8 47:25 65:25 76:7 79:2 90:18 98:24 114:13 128:13 130:3 132:5 144:3 155:24 157:22 160:21 160:22 160:22 161:9 163:11 163:10 170:11 182:8 195:9 204:12 212:21 |
| **differently**(3) | 22:15 53:16 175:22 |
| **differing**(1) | 169:21 |
| **difficult**(9) | 50:11 106:8 122:18 156:16 158:10 159:25 162:25 164:25 212:18 |
| **difficulties**(1) | 161:8 |
| **difficulty**(3) | 163:23 165:6 165:6 |
| **digital**(6) | 99:14 99:24 100:1 100:17 141:22 142:14 |
| **diligence**(9) | 24:19 25:4 79:3 93:12 93:16 125:10 148:13 148:14 204:19 |
| **diligenced**(1) | 91:16 |
| **dilution**(4) | 220:18 220:10 220:11 220:15 |
| **diminished**(2) | 74:9 74:13 |
| **diners**(1) | 56:8 |
| **dinette**(1) | 156:12 |
| **direct**(13) | 14:23 92:3 93:12 107:6 111:7 111:22 113:13 113:22 115:12 141:14 194:7 220:4 220:17 228:2 |
| **directing**(1) | 202:12 |
| **direction**(2) | 191:9 217:17 |
| **directly**(1) | 30:13 |
| **director**(4) | 15:5 142:9 142:12 143:14 |
| **directors**(6) | 3:28 142:16 215:3 216:5 216:11 217:8 |
| **disagree**(1) | 93:11 |
| **discard**(4) | 162:25 163:2 212:7 212:24 |
| **disclosure**(8) | 20:10 20:19 69:16 75:12 80:10 86:11 218:9 |
| **disconnect**(1) | 107:25 |
| **discontinue**(1) | 137:25 |
| **discount**(52) | 31:16 32:23 33:2 33:6 40:17 41:6 43:24 58:13 58:16 58:17 58:19 61:8 61:9 61:15 65:5 65:9 65:10 66:8 66:8 66:16 66:20 66:22 66:23 66:23 66:25 68:22 70:22 120:19 123:5 123:22 153:10 163:1 180:24 181:11 181:15 181:18 187:4 187:5 187:5 187:9 187:12 189:3 190:4 190:6 190:9 191:20 192:4 192:10 192:16 192:17 192:18 192:20 |
| **discounted**(38) | 25:14 25:21 25:22 25:23 27:21 34:18 36:7 37:24 46:22 50:13 50:15 50:16 50:19 53:21 62:7 62:11 62:13 62:16 63:5 63:16 110:4 151:25 158:20 159:1 159:10 160:17 161:4 161:16 161:4 161:9 161:22 163:2 163:6 163:16 166:8 174:8 174:24 175:9 |
| **discounting**(3) | 32:24 45:21 45:22 |
| **discounts**(11) | 65:1 66:19 67:9 68:4 68:5 68:25 76:13 76:14 186:19 186:21 187:8 |
| **discovery**(4) | 51:13 51:20 171:23 171:25 |
| **discreet**(1) | 154:7 |
| **discretion**(1) | 214:25 |
| **discuss**(8) | 19:25 91:12 91:19 91:22 94:1 125:10 125:25 193:14 |
| **discussed**(10) | 38:11 51:18 74:12 77:8 94:3 111:7 125:12 160:8 162:9 207:4 |
| **discussing**(5) | 20:21 33:17 47:7 93:4 225:3 |
| **discussion**(4) | 20:6 107:1 116:8 125:22 |
| **discussions**(4) | 24:20 86:15 184:18 205:24 |
| **disney**(2) | 143:7 145:13 |
| **disparate**(1) | 170:14 |
| **dispersion**(1) | 170:14 |
| **disputes**(1) | 54:24 |
| **dissimilar**(1) | 52:6 |
| **distinct**(5) | 35:6 39:12 46:6 60:22 66:13 |
| **distinction**(3) | 44:15 77:16 176:6 |
| **distinctly**(2) | 22:17 39:4 |
| **distinguish**(1) | 39:3 |
| **distinguishabl**(1) | 22:14 |
| **distinguishing**(2) | 85:12 94:13 |
| **distraction**(1) | 226:21 |
| **distress**(2) | 144:23 145:8 |
| **distributabl**(10) | 17:19 22:2 24:4 24:17 26:16 75:22 89:7 110:8 208:14 209:8 |
| **distributable-enterpris**(7) | 83:16 83:23 84:3 88:14 88:18 89:3 89:11 |
| **distributed**(1) | 182:2 |
| **distributions**(3) | 24:8 208:1 208:4 |
| **district**(1) | 1:2 |
| **diversified**(18) | 28:23 29:9 29:9 29:11 30:23 39:15 39:17 39:23 40:2 111:8 134:12 134:13 134:20 154:14 154:21 168:10 168:16 168:17 |
| **diversifieds**(1) | 112:12 |
| **dives**(1) | 56:8 |
| **divine**(1) | 160:5 |
| **diy**(1) | 181:22 |
| **document**(21) | 87:2 87:4 101:19 101:21 102:4 102:16 104:13 105:1 116:8 116:17 116:21 117:4 117:16 117:17 117:20 118:9 120:23 121:16 130:10 149:9 209:1 |
| **documenting**(1) | 217:17 |
| **documents**(3) | 95:11 148:7 148:11 |
| **does**(52) | 15:6 15:9 18:7 18:7 30:18 37:18 41:10 41:18 42:5 53:12 54:15 54:16 55:25 63:16 63:17 63:22 68:6 70:9 73:12 73:18 73:25 74:4 74:15 75:13 76:3 79:19 84:14 87:2 97:3 97:22 105:17 105:25 108:19 109:12 138:3 141:19 142:19 167:15 169:24 170:18 171:16 172:7 177:12 178:1 185:4 189:14 199:24 206:22 207:13 208:3 224:7 |
| **doesn't**(5) | 42:21 54:11 66:5 207:6 224:20 |
| **doesn't**(5) | 89:20 89:21 90:16 92:18 93:17 |
| **doing**(26) | 15:21 18:11 20:5 26:9 29:1 44:19 62:11 62:18 62:22 64:24 71:2 72:8 102:7 102:13 131:19 134:17 157:18 158:15 159:13 162:22 181:4 185:1 198:3 198:4 208:8 212:4 |
| **dollar**(2) | 106:13 188:12 |
| **dollars**(7) | 110:12 119:9 209:9 209:15 210:1 218:24 219:4 |
| **don**(1) | 8:41 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**don't**(36) 28:2 66:17 138:9 138:10 139:6 139:8 139:8 139:13 159:3 163:1 165:21 166:18 166:19 167:5 168:5 178:4 181:4 186:13 188:23 188:23 194:19 196:19 198:11 199:10 203:11 203:23 205:14 206:7 207:3 207:14 207:18 212:2 212:23 213:15 213:17

**donald**(1) 2:7
**done**(40) 16:23 17:7 17:13 17:21 19:14 19:17 20:1 20:15 21:19 62:6 63:13 68:19 75:5 76:14 78:16 84:16 84:23 116:1 116:23 129:6 144:1 145:9 145:11 145:12 146:16 146:24 148:10 150:2 156:20 159:1 178:24 178:25 179:4 179:24 184:21 187:7 189:7 202:12 212:10 223:11

**doniak**(1) 4:21
**don't**(28) 85:12 85:22 88:22 91:11 91:14 91:21 93:4 93:11 93:17 95:13 95:14 97:24 97:24 101:9 109:10 114:25 120:2 121:11 123:25 124:13 126:7 127:4 127:23 128:23 131:18 133:15 136:7 137:13

**dorr**(1) 7:24
**dougherty**(2) 9:16 9:17
**douglas**(2) 2:41 6:21
**dow**(2) 12:44 12:44
**down**(37) 21:19 33:18 50:1 74:8 74:14 75:24 75:25 78:3 89:23 90:17 91:21 127:22 135:21 137:5 137:9 138:14 150:12 153:10 159:8 159:17 164:8 165:8 165:12 165:16 165:18 170:4 171:15 176:11 181:13 185:13 189:11 206:14 206:17 210:20 214:6 221:16 222:19

**downsized**(2) 106:6 106:19
**dramatic**(2) 108:17 207:6
**dramatically**(3) 106:6 109:12 207:13
**draw**(5) 102:22 105:4 118:1 132:14 183:10
**drilling**(1) 138:13
**drive-throughs**(1) 56:8
**driven**(3) 60:21 76:8 175:17
**driving**(1) 185:6
**dropping**(2) 106:24 207:12
**dublin**(1) 4:17
**due**(3) 25:4 78:25 148:13
**duff**(1) 12:19
**duration**(1) 138:23
**during**(9) 85:23 105:25 128:11 143:23 162:15 164:16 193:15 201:18 205:5

**dusted**(1) 205:7
**dynamic**(2) 157:19 192:13
**e.w**(3) 143:8 178:16 178:21
**each**(33) 26:11 36:14 36:15 38:19 74:3 92:6 92:8 92:12 97:18 97:21 98:4 98:22 106:1 133:17 145:3 150:17 150:17 151:5 151:9 153:12 153:13 153:16 160:21 161:9 168:18 168:23 174:15 177:18 179:25 195:24 196:3 196:4 205:21

**earlier**(15) 18:16 47:8 57:22 73:20 74:12 77:8 101:13 116:1 118:22 124:25 131:8 131:11 146:16 146:18 162:10

**early**(7) 71:14 125:9 131:12 146:14 147:11 166:23 200:10

**earnings**(4) 57:3 73:3 74:1 125:1
**ease**(1) 16:8
**easel**(1) 22:5
**easier**(2) 105:12 116:22
**easily**(2) 176:3 191:12
**east**(1) 12:15
**eavy**(1) 1:29

**ebitda**(94) 25:20 28:14 30:10 31:21 31:25 33:12 33:22 33:24 33:25 33:25 38:13 38:14 38:19 38:20 42:10 42:12 44:9 44:14 44:16 44:16 44:17 44:18 44:21 45:4 45:4 46:9 46:9 46:10 46:16 49:20 49:21 53:20 57:4 57:7 58:18 60:6 61:25 62:4 68:16 72:17 72:17 72:20 74:7 74:8 96:21 96:25 97:10 97:13 97:15 97:17 97:19 99:5 99:9 99:10 99:19 99:22 105:5 105:19 105:24 106:12 106:24 111:12 111:14 117:3 117:4 118:3 119:22 123:24 124:8 124:9 124:10 125:5 125:6 127:15 128:3 130:18 130:18 136:18 136:20 136:24 157:15 160:6 162:3 167:21 173:12 175:21 180:7 180:10 181:6 188:9 188:12 207:12 210:19 210:20

**economic**(6) 53:14 53:16 176:23 176:24 189:10 189:17

**economics**(1) 16:5
**economy**(1) 39:11
**ecro**(1) 1:43
**effect**(4) 89:12 100:5 115:5 123:22
**effective**(2) 24:7 80:5
**effectively**(2) 40:19 160:9
**effort**(5) 21:3 29:1 100:2 100:10 180:15
**efforts**(1) 101:4
**egi-trb**(1) 2:20
**ehmer**(1) 12:32
**eight**(14) 15:3 16:23 17:7 42:9 42:12 172:21 172:23 172:23 173:3 173:5 173:6 173:11 180:9 221:15

**eighty-five**(1) 177:24
**eitan**(1) 7:15
**either**(9) 66:19 66:21 78:2 107:15 139:19 144:4 144:22 156:10 214:2

**elden**(1) 9:16
**eldersveld**(1) 8:39
**elected**(2) 107:6 187:6
**election**(1) 111:18
**electronic**(2) 1:51 227:6
**elicited**(1) 136:15
**eliminate**(3) 66:14 100:1 100:12
**elizabeth**(1) 9:13
**elkins**(1) 10:16
**elliot**(1) 2:5
**else**(3) 16:9 206:6 226:11
**elsewhere**(3) 33:11 159:12 159:13
**email**(3) 198:22 198:25 199:15
**embedded**(2) 102:17 129:25
**emerge**(2) 203:25 204:1
**emerged**(4) 104:18 218:21 219:2 223:15
**emergence**(10) 24:7 35:22 77:15 77:20 77:25 203:24 219:15 221:10 221:20 222:1

**emergent**(1) 209:19
**emerging**(1) 217:9
**emeril**(1) 56:5
**emphasize**(1) 116:11
**employ**(1) 196:20
**employed**(4) 14:25 141:16 185:23 212:15
**employee**(3) 151:5 194:17 196:14
**employees**(5) 188:24 215:3 216:5 216:12 217:8

**employment**(2) 187:22 195:8
**end**(53) 31:12 31:14 31:17 40:16 40:17 40:20 41:6 41:7 58:14 58:14 58:16 58:17 58:19 61:6 61:8 61:20 61:21 65:14 68:17 68:21 68:23 77:10 78:21 93:17 97:6 120:18 120:19 122:8 122:10 122:13 122:1 123:3 123:14 123:21 123:22 137:13 157:7 157:9 161:10 169:12 171:10 173:25 181:12 181:19 182:11 182:18 183:5 202:23 203:15 206:3 219:25 224:21 225:21

**energy**(1) 15:14

**engaged**(9) 17:19 19:11 93:22 147:16 153:1 168:3 196:1 196:2 217:2

**engagement**(6) 83:12 194:21 195:16 195:25 196:10 196:13

**english**(2) 2:27 11:22
**enjoy**(2) 59:5 66:4
**enormous**(5) 36:22 149:24 174:23 176:1 200:24

**enough**(1) 110:23
**enterprise**(13) 38:22 84:9 86:20 89:8 124:7 144:3 173:24 191:4 201:2 203:25 204:4 208:14 209:21

**enterprises**(8) 143:8 143:12 144:18 145:14 154:10 172:1 181:7 188:11

**entertainment**(3) 172:4 172:6 226:22
**entire**(7) 59:10 105:16 114:24 143:19 143:21 153:23 191:22

**entirely**(8) 65:25 100:17 135:21 162:25 164:4 212:24 222:17 223:12

**entirety**(3) 64:20 127:6 127:17
**entities**(1) 196:22
**entitled**(1) 21:23
**entity**(2) 57:10 189:16
**entravision**(1) 168:16
**environment**(1) 176:1
**eos**(2) 10:32 10:32
**ephraim**(1) 8:15
**equal**(1) 65:15
**equities**(1) 183:21
**equity**(24) 15:18 135:11 158:2 158:2 158:18 171:1 215:1 215:20 215:21 216:4 216:10 216:20 217:4 217:7 217:14 218:9 219:10 219:11 219:14 219:22 220:3 221:4 221:5 221:22

**erosion**(4) 163:7 163:8 163:15 163:18
**err**(1) 161:13
**erred**(4) 32:7 35:22 67:7 183:3
**esq**(140) 1:26 1:27 1:28 1:29 1:30 1:37 1:38 2:5 2:6 2:7 2:8 2:14 2:21 2:22 2:28 2:29 2:35 2:36 2:37 2:38 2:39 2:40 2:41 3:6 3:7 3:13 3:14 3:15 3:22 3:29 3:36 4:6 4:7 4:8 4:15 4:16 4:17 4:18 4:19 4:20 4:21 4:27 4:28 4:36 4:37 4:38 5:5 5:13 5:19 5:25 5:32 5:38 6:5 6:6 6:19 6:21 6:23 6:25 6:27 6:31 6:32 6:33 6:34 6:38 6:43 7:5 7:7 7:9 7:15 7:20 7:25 7:27 7:31 7:36 7:38 7:42 7:46 8:5 8:7 8:11 8:15 8:19 8:21 8:23 8:25 8:27 8:29 8:35 8:37 8:39 8:41 8:46 9:5 9:7 9:9 9:11 9:13 9:17 9:25 9:29 9:31 9:36 9:40 9:42 9:44 9:46 10:6 10:13 10:17 10:21 10:29 10:33 10:37 10:42 10:46 11:5 11:9 11:14 11:23 11:27 11:29 11:31 11:35 11:40 11:44 12:6 12:8 12:12 12:16 12:24 12:28 12:32 12:37 12:41 12:45 13:5 13:9 13:17 13:19 13:23

**essence**(3) 64:17 64:22 65:15
**essential**(1) 157:17
**essentially**(3) 35:7 157:12 165:23
**establish**(2) 173:10 215:1
**established**(7) 97:17 121:12 171:10 202:5 219:23 221:23 222:1

**establishing**(1) 217:14
**estate**(2) 123:6 123:23
**esther**(1) 7:42

**estimate**(36) 20:11 22:24 24:9 28:1 32:6 34:23 37:20 38:22 44:20 45:4 45:21 45:23 46:2 46:21 48:11 59:18 73:3 74:8 77:10 77:15 77:19 77:22 77:24 89:1 89:10 118:7 125:3 125:5 139:5 152:2 162:8 173:11 177:24 208:13 209:9 210:23

**estimated**(17) 28:14 31:21 31:25 34:17 38:13 44:9 49:21 72:16 72:17 72:20 117:3 117:4 118:3 125:6 157:15 180:7 180:8

**estimates**(12) 38:19 54:1 54:22 72:25 107:17 119:22 120:1 132:24 163:11 175:23 183:2 183:24

**estimating**(1) 164:25
**europe**(1) 153:25
**evaluate**(4) 24:21 57:9 134:18 134:19
**evaluating**(1) 19:20
**evaluation**(1) 72:12
**even**(13) 44:22 47:18 66:1 72:23 74:10 97:7 111:17 132:10 185:9 186:10 198:8 209:14 219:23

**events**(1) 164:15
**eventually**(1) 148:12
**ever**(6) 18:12 62:7 76:4 106:23 114:25 178:20

**every**(10) 36:23 66:25 78:4 78:7 97:21 98:22 106:1 145:3 176:1 208:8

**everyone**(4) 14:3 16:9 56:20 226:25
**everything**(4) 17:10 124:5 127:19 193:20
**evidence**(13) 26:24 26:25 71:12 92:2 149:15 149:20 216:13 216:18 217:21 218:2 223:23 224:4

**evidentiary**(1) 215:9
**evolution**(1) 81:7
**evolved**(1) 175:25
**exact**(1) 225:13
**exactly**(11) 21:18 36:17 43:4 46:1 53:23 61:13 106:1 126:18 136:15 156:10 225:4

**examination**(12) 14:23 80:20 81:2 129:10 129:13 136:1 141:14 192:25 193:2 193:4 210:9 210:13

**example**(4) 87:6 144:8 154:19 160:23
**examples**(3) 143:3 145:10 179:2
**except**(1) 224:13
**exception**(1) 173:23
**excess**(5) 54:6 54:9 54:19 218:24 219:4
**exclude**(1) 135:17
**excludes**(1) 159:6
**excuse**(5) 17:15 52:13 69:7 145:14 175:4
**excused**(1) 214:7
**executive**(2) 206:10 215:18
**exercise**(3) 92:15 92:22 181:13
**exercises**(1) 177:14
**exhibit**(39) 16:10 16:10 26:19 26:25 71:19 71:20 71:23 72:3 94:24 95:1 109:21 116:9 117:17 117:20 117:22 120:24 131:5 131:24 133:3 149:9 149:20 149:24 194:20 194:21 206:9 211:2 211:20 216:9 216:12 216:18 217:19 217:20 218:2 218:4 218:12 218:19 219:1 220:5 220:18

**exhibits**(9) 16:15 94:24 95:9 95:22 96:2 223:7 224:4 228:10 228:20

**exist**(3) 24:22 24:24 67:7
**existed**(2) 114:15 168:7
**existing**(1) 106:9
**exists**(1) 22:1
**exit**(1) 108:2
**exited**(1) 218:18
**expanding**(1) 100:1
**expect**(5) 15:13 17:10 21:1 61:22 69:14
**expectation**(3) 74:18 98:4 102:19

| Word | Page:Line |
|---|---|
| expected(1) 34:10 | |
| expecting(1) 74:9 | |
| expects(1) 55:3 | |
| expenditure(3) 105:8 106:20 207:19 | |
| expenditures(3) 99:17 106:9 207:3 | |
| expends(1) 106:1 | |
| expense(7) 54:7 54:10 54:10 54:11 79:11 79:16 106:13 | |
| expenses(5) 54:3 54:4 106:8 106:25 127:19 | |
| experience(9) 19:2 155:5 155:8 158:6 168:22 178:5 178:18 192:16 216:22 | |
| experiencing(4) 35:11 35:11 35:18 119:7 | |
| expert(60) 10:36 18:12 18:18 18:19 18:24 19:4 24:14 56:21 56:22 63:6 63:10 78:24 82:22 84:5 84:8 84:17 85:3 85:5 85:5 85:7 85:17 85:19 85:25 86:21 89:15 91:6 94:22 105:2 109:8 111:5 114:10 115:9 115:24 116:4 119:15 120:12 121:11 121:2 121:25 146:6 197:10 198:1 198:2 198:9 198:17 198:19 199:4 199:22 199:23 200:3 200:14 202:14 206:9 208:8 208:11 214:24 215:5 215:10 223:3 223:4 | |
| expertise(1) 215:8 | |
| experts(2) 76:14 86:24 | |
| explain(26) 28:11 29:17 38:25 39:7 39:16 46:4 50:20 56:24 57:25 70:16 70:25 72:5 72:20 102:14 104:14 106:3 131:25 132:2 150:14 150:15 151:1 151:20 155:2 165:16 184:9 200:1 | |
| explained(2) 85:6 122:5 | |
| explaining(1) 88:25 | |
| explanation(1) 159:4 | |
| extending(1) 94:17 | |
| extent(2) 140:11 169:19 | |
| extra(1) 206:3 | |
| extract(1) 67:4 | |
| extrapolate(1) 108:20 | |
| extrapolation(1) 94:9 | |
| extreme(1) 212:23 | |
| extremely(3) 116:14 192:20 192:20 | |
| face(2) 35:17 76:3 | |
| facility(1) 207:17 | |
| facing(2) 35:14 100:25 | |
| fact(29) 33:11 35:12 42:23 51:12 64:18 68:21 79:3 79:22 79:24 85:25 87:1 87:5 107:17 107:18 108:20 109:9 119:5 119:7 132:24 162:1 165:1 172:10 195:15 197:25 201:25 207:16 213:1 213:12 213:21 | |
| factor(1) 43:11 | |
| factored(1) 48:2 | |
| factors(1) 51:17 | |
| facts(5) 67:1 67:5 92:24 187:3 191:2 | |
| failed(1) 43:12 | |
| fair(13) 33:16 82:1 88:24 110:23 149:1 163:14 169:14 170:9 172:17 173:10 193:22 201:18 201:20 | |
| fair-value(1) 219:16 | |
| fairly(3) 52:21 108:17 207:5 | |
| faith(1) 183:19 | |
| fall(5) 72:9 105:20 105:24 165:3 222:3 | |
| falling(1) 109:12 | |
| fallon(1) 13:5 | |
| falls(2) 77:10 106:12 | |
| faltas(2) 9:20 9:21 | |
| familiar(5) 25:12 62:19 168:23 216:2 218:13 | |
| family(1) 179:12 | |
| far(4) 27:6 72:13 140:9 160:12 | |
| far-right(1) 222:14 | |
| fargo(1) 11:43 | |
| fashion(1) 9:9 | |
| favorably(1) 222:11 | |

| Word | Page:Line |
|---|---|
| favored(1) 52:3 | |
| feasibility(1) 80:1 | |
| february(22) 71:14 78:14 78:18 82:23 83:14 83:15 83:16 83:20 83:22 84:15 91:6 114:10 115:9 125:8 125:9 184:18 185:8 200:20 205:3 208:11 208:16 208:17 | |
| fee(1) 182:13 | |
| feel(5) 58:24 186:2 188:22 188:24 189:1 | |
| fees(4) 43:14 44:3 59:2 182:14 | |
| feld(4) 4:14 9:28 139:1 224:25 | |
| fell(1) 31:19 | |
| felt(11) 41:1 51:12 57:15 57:17 60:1 76:1 89:1 106:18 113:9 187:7 188:17 | |
| few(8) 108:21 138:18 144:18 145:1 155:15 164:19 166:15 170:5 | |
| field(1) 15:23 | |
| fields(1) 164:23 | |
| fifteen(5) 15:24 16:18 19:2 156:20 180:10 | |
| figure(1) 192:2 | |
| figures(4) 158:5 182:21 220:15 221:21 | |
| filed(6) 86:11 139:3 139:7 215:4 218:21 223:4 | |
| filing(3) 139:8 139:9 216:3 | |
| filings(1) 218:8 | |
| final(3) 34:23 78:18 79:7 | |
| finalized(2) 78:12 208:16 | |
| finally(6) 21:25 30:22 78:23 147:11 156:12 165:1 | |
| finance(4) 15:25 16:6 94:5 144:16 | |
| financial(30) 15:5 15:13 16:19 17:5 21:10 24:18 26:10 26:13 31:22 32:1 33:22 34:2 44:5 44:7 44:13 46:11 70:22 70:25 71:1 72:23 78:10 80:5 90:24 96:6 141:20 142:14 144:23 146:21 162:23 183:21 | |
| financing(2) 145:7 145:7 | |
| find(6) 70:22 88:17 141:23 157:2 162:25 209:25 | |
| finder(1) 177:17 | |
| finding(1) 204:3 | |
| finds(1) 89:7 | |
| fine(3) 95:20 138:5 138:19 | |
| finger(1) 21:3 | |
| finish(2) 226:2 226:5 | |
| finished(2) 138:9 224:17 | |
| firing(1) 164:5 | |
| firm(12) 86:10 141:17 141:19 141:20 141:24 141:25 142:20 147:8 147:11 194:16 215:15 | |
| firm's(1) 142:13 | |
| firms(10) 195:24 196:25 197:2 197:9 197:15 197:21 198:5 198:7 198:12 199:2 | |
| first(42) 14:5 16:14 16:14 19:9 20:7 27:6 29:23 36:10 54:3 55:21 65:5 70:14 75:19 143:16 143:17 146:12 147:9 148:6 148:13 152:4 153:1 164:1 164:7 164:9 176:18 178:20 180:25 181:3 183:22 194:20 194:25 211:19 218:10 225:11 225:18 | |
| fit(1) 214:16 | |
| fits(1) 223:21 | |
| five(18) 50:18 52:14 52:17 77:4 140:1 144:11 157:3 157:9 159:25 163:6 175:25 215:1 217:4 220:14 221:7 221:8 221:24 222:2 | |
| five-and-a-half(1) 157:3 | |
| five-percent(5) 215:4 217:10 219:6 219:24 222:18 | |
| five-year(1) 202:24 | |
| fix(2) 95:15 144:7 | |

| Word | Page:Line |
|---|---|
| flat(3) 105:17 106:4 207:9 | |
| flew(1) 204:23 | |
| flip(5) 47:14 91:6 93:2 112:2 117:15 | |
| floor(2) 3:38 4:31 | |
| florida(1) 156:8 | |
| flow(46) 25:21 25:22 25:23 27:22 33:6 33:22 33:24 34:1 34:19 35:11 36:7 37:24 46:22 50:13 50:15 50:16 50:19 62:7 62:13 62:13 62:16 63:5 63:16 150:24 151:25 154:20 158:20 159:2 160:17 161:4 161:6 161:19 161:22 163:2 163:6 163:8 163:16 166:8 174:9 174:24 175:6 175:17 175:18 175:18 183:24 209:23 | |
| flows(11) 25:14 25:24 32:22 34:11 45:20 52:1 53:21 159:6 163:8 174:18 185:10 | |
| fluctuation(1) 44:25 | |
| fluctuations(1) 44:22 | |
| focus(11) 44:1 73:3 108:10 108:14 154:3 158:1 169:14 169:16 171:23 175:17 180:1 | |
| focused(5) 158:4 158:18 182:11 189:22 200:6 | |
| focuses(2) 160:23 181:14 | |
| focusing(4) 134:4 134:7 153:25 158:2 | |
| folks(2) 198:18 200:23 | |
| follow(3) 89:22 90:16 97:19 | |
| followed(4) 80:13 224:15 225:19 225:20 | |
| following(2) 195:1 195:2 | |
| food(73) 23:24 44:22 45:14 55:20 55:21 55:22 55:25 56:2 56:3 56:5 56:11 58:6 58:22 59:4 59:7 59:10 59:12 59:16 60:6 60:16 60:22 60:24 61:13 62:8 62:11 62:20 62:23 63:15 63:23 65:6 65:7 66:22 74:18 96:6 115:6 116:12 117:16 117:23 119:7 120:8 120:11 121:16 121:18 130:15 176:21 176:21 177:2 177:9 178:5 178:6 178:7 178:9 178:11 178:11 179:7 179:13 179:18 179:25 180:16 181:22 182:1 182:20 184:8 184:15 185:5 186:12 186:20 187:13 192:19 207:20 207:22 | |
| foods(5) 115:25 118:13 131:4 | |
| footnote(6) 50:1 113:12 116:25 120:8 120:14 181:13 | |
| footnoted(1) 121:13 | |
| footprint(3) 106:9 107:2 107:4 | |

| Word | Page:Line |
|---|---|
| for(301) 1:2 1:25 2:4 2:20 2:27 2:33 3:4 3:21 3:27 3:34 4:4 4:26 5:4 5:18 5:24 5:30 5:37 6:4 6:13 6:17 6:41 7:4 7:18 7:30 7:35 7:45 8:4 8:10 8:14 8:44 9:4 9:16 9:20 9:23 9:39 10:4 10:9 10:12 10:16 10:19 10:23 10:28 10:32 10:36 10:40 10:45 11:4 11:8 11:12 11:17 11:22 11:26 11:34 11:38 11:43 12:4 12:11 12:19 12:23 12:27 12:31 12:35 12:40 12:44 13:4 13:8 13:12 13:16 13:22 14:11 16:1 16:8 16:8 17:2 18:10 19:10 19:14 19:22 20:1 20:18 21:5 22:16 22:17 24:9 24:10 25:1 25:19 27:23 28:7 28:14 32:12 32:19 33:14 35:2 35:3 35:4 35:6 35:22 36:7 37:25 38:14 38:19 38:22 39:14 40:5 40:8 40:9 41:11 42:9 42:13 43:21 44:10 44:18 45:1 45:6 45:12 46:20 46:25 47:10 49:7 50:16 53:21 54:1 55:2 56:6 56:9 57:14 57:16 59:10 61:1 61:3 62:5 62:6 63:15 65:6 65:10 65:17 66:8 66:11 66:24 67:13 67:14 68:24 69:16 69:22 69:22 69:23 70:21 71:8 71:9 71:11 72:25 73:2 73:6 73:18 74:13 74:18 74:20 76:17 78:4 79:10 80:14 81:4 82:24 83:23 87:6 87:7 87:16 88:1 90:22 90:24 91:12 92:1 93:3 95:5 96:14 96:21 97:4 97:5 97:6 97:7 97:8 97:9 97:19 98:14 98:16 100:13 100:16 100:21 102:18 102:23 103:1 104:3 104:5 104:8 104:24 105:3 105:5 105:8 105:8 105:11 107:6 107:14 107:17 107:18 108:11 108:13 109:7 109:14 109:20 111:1 111:17 111:23 113:3 115:6 115:14 115:25 116:9 117:14 117:23 117:28 117:23 118:7 118:13 119:22 120:7 120:11 120:23 122:1 122:17 123:11 124:8 125:5 125:7 125:11 126:1 126:5 128:18 129:15 130:15 130:16 131:4 131:8 131:8 131:18 132:25 133:24 134:14 138:8 138:23 139:2 139:17 140:4 141:4 141:21 142:7 142:22 142:22 144:17 145:4 145:11 145:12 145:2 145:13 146:15 147:3 148:2 148:9 148:12 151:11 151:24 151:25 152:25 153:15 155:3 156:14 156:19 157:7 158:20 159:6 159:9 160:10 162:8 163:5 163:9 164:11 166:10 166:23 167:4 167:19 169:19 169:21 173:13 173:24 176:7 176:16 177:20 178:21 178:25 179:4 180:1 180:2 | |
| for(83) 180:7 180:8 180:20 181:11 181:19 182:1 182:17 183:5 184:15 186:19 186:20 188:6 189:3 189:4 190:4 190:8 191:9 191:17 192:21 193:2 193:10 193:11 193:22 194:10 194:20 195:16 195:25 196:2 200:23 201:2 201:16 201:23 202:3 202:14 208:17 208:24 209:4 209:19 212:7 213:8 214:11 215:2 215:10 215:18 215:22 216:1 216:21 216:23 217:4 217:7 218:21 219:1 219:9 219:9 219:12 219:18 219:18 220:8 220:9 220:11 220:19 220:20 220:21 221:3 221:8 221:11 221:13 221:17 222:8 223:22 224:6 224:11 224:13 224:25 226:18 226:19 226:22 | |
| forecast(15) 94:19 99:19 100:17 131:8 148:12 159:10 159:15 188:22 190:1 203:16 205:15 207:9 207:13 212:14 | |
| forecasting(5) 24:23 103:5 103:9 107:23 165:6 | |
| forecasts(17) 46:6 102:18 131:18 132:18 159:9 159:10 160:1 161:12 161:17 161:25 163:7 167:21 185:8 185:9 186:8 202:24 212:5 | |
| foregoing(1) 227:5 | |
| foregone(1) 36:25 | |
| foreshadowing(1) 226:4 | |
| forgot(1) 177:16 | |
| form(3) 25:7 106:14 136:13 | |
| formal(5) 81:8 86:13 114:20 115:1 124:24 | |

| Word | Page:Line |
|---|---|
| formally(3) | 88:22 196:2 201:9 |
| forman(1) | 1:35 |
| formed(2) | 123:5 128:13 |
| forsalebyowner(3) | 23:10 52:9 159:7 |
| fort(1) | 156:5 |
| forth(12) | 59:3 90:23 95:15 117:3 147:10 215:9 216:8 218:19 218:25 220:18 222:24 223:8 |
| forthcoming(1) | 186:7 |
| forty(2) | 174:10 175:6 |
| forward(22) | 19:12 32:3 32:6 32:8 32:10 45:3 68:19 73:3 106:21 124:9 124:14 124:15 125:1 125:4 125:6 163:11 164:20 166:3 180:10 180:11 182:16 202:7 |
| forward-looking(2) | 158:3 158:7 |
| forwarded(1) | 181:15 |
| found(2) | 81:14 223:16 |
| foundation(1) | 12:5 |
| founder(1) | 141:23 |
| founding(1) | 142:5 |
| four(15) | 36:21 41:4 120:8 120:15 130:8 130:10 130:11 143:24 166:18 170:2 170:7 178:24 203:24 213:5 223:8 |
| four-billion-one-oh-eigh(1) | 185:14 |
| fourteen(4) | 61:7 143:16 182:18 182:19 |
| fourth(2) | 97:6 116:7 |
| fox(5) | 41:4 41:17 41:19 170:3 170:12 |
| frame(8) | 146:16 146:18 148:23 150:21 150:22 165:22 166:16 168:2 |
| frames(1) | 21:17 |
| framework(4) | 148:23 153:2 202:3 202:7 |
| frank(3) | 6:27 13:8 13:9 |
| frankel(1) | 11:13 |
| frankly(4) | 122:23 123:10 180:17 183:5 |
| fraudulent(1) | 139:4 |
| free(4) | 32:22 108:11 108:17 109:11 |
| freedom(1) | 145:15 |
| frequent(1) | 60:20 |
| frequently(3) | 156:21 158:13 223:18 |
| freres(1) | 15:1 |
| fresh(2) | 151:6 208:18 |
| friday(3) | 14:1 206:23 226:3 |
| friedman(2) | 5:12 9:34 |
| from(105) | 17:10 19:12 20:25 22:17 26:10 39:3 39:12 39:22 39:24 43:14 43:16 46:6 52:20 59:9 60:22 63:1 66:13 73:20 76:1 76:2 76:18 78:17 82:18 92:3 96:6 96:21 96:22 97:12 97:16 99:3 99:13 102:22 104:18 104:20 105:5 108:15 111:21 112:8 112:10 112:13 112:13 112:23 113:7 118:1 119:2 122:7 122:22 125:18 128:22 131:11 135:3 138:12 138:13 142:25 143:9 145:24 150:3 150:4 150:11 152:16 154:20 156:1 157:1 160:5 161:20 162:9 165:14 166:21 170:14 174:1 174:16 177:9 180:12 180:21 180:24 184:5 186:17 189:22 191:21 193:22 195:8 197:20 198:19 198:23 198:23 199:15 203:4 204:3 206:21 208:4 208:15 209:9 213:2 217:9 218:7 218:22 219:2 220:24 221:18 221:18 223:15 225:22 226:14 226:19 227:6 |
| front(10) | 36:16 91:6 96:10 105:9 109:19 122:2 140:19 202:15 206:10 208:22 |
| full(10) | 67:8 68:23 76:12 123:11 141:4 183:7 186:1 221:22 222:18 |
| full-value(3) | 219:16 219:20 221:25 |
| fuller(3) | 127:21 132:12 134:21 |
| fully(2) | 78:22 126:17 |
| fund(2) | 10:16 15:18 |
| fundamental(2) | 12:35 12:36 |
| fundamentally(3) | 76:7 130:2 130:2 |
| funded(1) | 222:17 |
| funding(1) | 54:9 |
| funny(1) | 76:25 |
| further(8) | 66:15 80:14 114:7 129:7 191:15 210:7 214:4 224:11 |
| future(1) | 158:18 |
| futures(1) | 159:14 |
| gage(2) | 151:16 151:16 |
| gain(2) | 148:17 158:11 |
| galbraith(2) | 12:27 12:28 |
| gallery(1) | 17:3 |
| gandhi(1) | 9:40 |
| gangat(1) | 8:46 |
| gannett(12) | 30:23 30:24 30:25 31:3 31:5 31:18 31:19 154:18 156:13 156:14 156:17 156:21 |
| garden(1) | 181:21 |
| garvan(1) | 5:5 |
| gary(1) | 8:35 |
| gather(5) | 88:2 92:3 97:16 195:4 205:6 |
| gaughan(2) | 13:12 13:13 |
| gave(21) | 31:20 32:4 34:25 47:2 47:3 47:3 48:5 50:20 50:23 61:23 64:6 77:12 110:4 130:8 142:13 160:19 169:14 169:16 174:6 197:14 197:24 |
| gavin(1) | 7:20 |
| gears(1) | 110:14 |
| geddes(1) | 5:24 |
| gee(1) | 212:22 |
| general(7) | 44:19 51:25 92:19 168:16 172:7 172:6 193:25 |
| generally(13) | 15:6 24:20 32:3 32:19 52:3 53:24 70:3 92:1 125:2 164:20 183:3 193:23 198:4 |
| generations(1) | 141:21 |
| genre(1) | 178:7 |
| genre-specific(1) | 184:6 |
| gentilotti(1) | 5:4 |
| geographies(2) | 155:18 212:6 |
| george(2) | 9:16 9:17 |
| germane(2) | 198:6 198:20 |
| get(27) | 72:22 81:17 81:18 82:8 87:10 92:24 93:14 93:18 94:21 96:13 99:11 108:12 108:21 120:19 125:12 134:5 137:1 138:9 145:21 148:3 168:12 181:2 190:13 193:24 209:21 211:17 224:16 |
| gets(1) | 69:23 |
| getting(6) | 52:22 71:6 105:11 124:4 148:19 193:8 |
| gigantic(1) | 74:22 |
| give(32) | 16:22 17:6 17:15 19:13 31:1 36:2 43:7 47:5 50:8 51:2 51:22 51:23 57:14 64:3 64:9 67:10 85:16 109:13 109:16 119:10 120:2 129:4 134:20 140:12 143:2 144:8 145:10 164:20 179:2 183:4 211:15 225:21 |
| given(17) | 46:11 47:25 50:22 76:11 77:20 94:24 123:8 124:15 129:21 129:22 156:17 159:22 161:16 175:2 186:1 192:18 219:18 |
| gives(3) | 141:20 155:24 214:25 |
| giving(7) | 36:5 57:11 65:4 65:15 67:8 144:3 164:19 |
| gleich(1) | 4:36 |
| global(3) | 9:20 15:7 215:15 |
| globe(1) | 30:4 |
| glorious(1) | 140:1 |
| goes(15) | 74:8 74:14 89:17 89:18 89:19 89:23 90:17 112:7 112:10 112:13 112:13 150:12 191:24 206:21 209:8 |
| going(59) | 16:7 21:17 22:3 29:1 35:8 46:12 52:13 52:14 52:22 55:1 58:5 60:23 72:13 75:25 78:2 85:11 85:19 90:19 94:21 95:2 105:14 106:21 107:4 107:13 108:15 108:2 113:11 116:21 123:1 132:14 136:21 136:24 138:11 139:7 139:14 140:12 140:1 147:8 149:22 155:23 158:9 165:5 168:10 171:5 176:10 176:10 181:25 184:16 184:22 186:12 198:22 200:24 205:17 207:5 210:16 224:19 224:20 225:4 225:5 |
| golden(6) | 4:16 138:25 138:25 139:16 217:23 224:1 |
| goldfarb(2) | 3:14 6:33 |
| goldis(1) | 7:25 |
| goldman(5) | 7:27 8:10 8:10 13:4 13:4 |
| gone(8) | 81:14 119:1 119:3 165:12 184:16 199:1 199:19 201:20 |
| good(38) | 14:3 14:4 14:12 14:13 14:14 14:15 30:7 41:11 64:10 75:15 81:4 92:17 113:24 114:5 122:22 126:15 128:16 137:2 137:22 138:16 141:9 141:9 148:11 151:7 154:18 157:5 160:5 166:24 182:9 182:16 186:1 188:22 188:24 189:1 189:7 193:6 224:24 226:25 |
| gordon(14) | 7:19 9:7 33:2 33:4 33:8 33:14 34:7 34:9 34:13 46:5 107:7 159:18 174:2 204:17 |
| got(14) | 102:8 111:12 111:13 137:15 147:13 147:17 148:20 165:1 171:1 175:13 190:15 202:19 204:22 211:21 |
| gotshal(1) | 9:39 |
| gotten(4) | 106:4 106:19 186:4 186:5 |
| graem(2) | 3:13 6:31 |
| grand(1) | 4:9 |
| grant(1) | 222:2 |
| granted(2) | 221:25 222:16 |
| grants(6) | 215:2 216:4 216:10 216:11 216:20 217:7 |
| grateful(1) | 194:3 |
| gray(11) | 47:22 74:19 113:7 135:6 135:8 135:9 135:12 135:13 135:14 170:21 170:22 |
| great(17) | 5:30 33:16 51:22 53:9 140:13 159:3 163:16 164:15 171:1 180:14 181:22 187:1 187:2 188:14 189:25 200:4 203:15 |
| greater(8) | 34:25 40:25 58:15 65:19 65:22 161:15 169:14 169:16 |
| greatest(1) | 171:23 |
| greg(1) | 8:19 |
| greissman(1) | 11:44 |
| griffith(1) | 42:24 |
| grippo(1) | 9:16 |
| gropper(1) | 225:19 |
| group(25) | 15:6 16:10 16:19 45:9 86:16 93:13 142:16 154:2 154:12 154:15 154:20 155:21 162:9 163:12 163:12 165:19 165:2 167:19 171:25 172:23 172:24 173:9 218:11 218:14 218:17 220:23 221:14 |
| groups(7) | 166:16 166:17 217:12 218:10 219:7 221:13 221:13 |
| growing(1) | 101:1 |
| growth(34) | 24:22 33:2 33:4 33:7 33:14 34:7 34:9 34:13 34:14 34:14 46:5 46:16 65:25 94:10 94:18 97:10 97:13 97:15 97:20 102:11 102:16 102:20 104:25 107:7 108:3 108:23 124:16 133:9 133:11 133:17 153:14 159:18 160:9 174:2 |
| growth"(3) | 98:12 98:14 98:15 |
| gruszka(1) | 12:37 |
| guarded(1) | 165:4 |
| guess(2) | 16:20 226:2 |
| guidance(3) | 158:11 164:10 164:19 |
| guide(1) | 49:8 |
| guidepost(1) | 154:23 |
| gulati(3) | 4:19 198:25 199:17 |
| gump(6) | 4:14 9:28 81:5 139:1 193:10 224:25 |
| had(108) | 15:24 18:2 19:2 20:11 20:16 25:1 35:19 35:20 39:9 39:11 42:14 47:21 48:1 51:7 51:10 51:12 52:4 54:1 63:24 71:14 74:20 76:11 76:21 77:12 78:21 81:14 84:7 96:15 106:19 108:23 116:1 118:15 118:17 118:25 119:3 122:24 123:1 123:2 123:10 123:13 125:8 125:9 127:21 128:17 129:16 129:21 129:22 131:11 131:11 131:24 131:25 132:10 133:14 140:5 140:7 146:16 147:21 147:21 148:2 148:5 148:13 148:14 159:20 164:14 164:15 164:25 165:21 167:1 177:17 179:9 179:11 180:6 182:12 182:13 183:23 184:14 184:17 184:24 185:23 186:1 186:10 186:23 187:1 188:16 188:22 188:24 191:4 192:14 194:13 195:17 196:19 197:5 197:10 200:9 200:13 200:13 200:23 202:5 204:7 204:9 204:22 205:2 205:10 207:16 208:13 208:16 210:21 218:21 |
| hale(1) | 7:23 |
| half(8) | 31:16 43:1 106:12 106:24 157:8 170:17 209:8 209:14 |
| half-a(1) | 110:11 |
| half-a-billion(1) | 209:25 |
| half-a-billion-dolla(1) | 209:20 |
| hall(1) | 223:5 |
| hand(13) | 14:18 28:13 38:18 38:23 42:8 44:9 72:8 94:25 140:25 140:25 153:20 199:10 221:10 |
| handed(11) | 82:23 87:3 95:6 95:13 96:5 96:18 116:23 118:2 193:2 202:17 208:23 |
| handfu(2) | 39:8 86:2 |
| handing(1) | 201:15 |
| happen(5) | 140:12 165:5 187:10 187:12 192:3 |
| happened(5) | 36:17 60:3 74:15 114:1 |
| happening(2) | 148:18 185:25 |
| happens(2) | 89:17 157:11 |
| hard(1) | 214:9 |
| hard-stop(1) | 137:14 |
| harrisburg(1) | 1:47 |
| hartenstein(3) | 204:24 224:15 224:23 |
| hartford(1) | 6:8 |
| harvard(2) | 145:22 145:24 |
| has(67) | 19:1 19:19 30:6 30:9 30:13 30:22 30:25 31:3 31:6 36:20 36:24 39:2 42:6 42:19 45:2 54:24 55:24 56:16 58:24 59:1 59:14 60:18 72:23 78:3 84:2 89:3 89:12 95:6 101:14 116:13 127:19 133:4 139:22 148:24 150:6 155:16 155:18 155:20 155:22 155:22 155:22 156:14 170:4 170:5 176:5 176:11 179:12 181:7 181:9 181:20 182:14 186:7 186:13 189:17 191:8 199:1 199:19 211:21 214:11 215:5 215:18 215:23 216:1 216:4 216:25 220:20 220:21 |
| hauer(4) | 4:14 9:28 139:1 224:25 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **have**(239) 15:2 15:11 15:12 15:23 16:5 16:14 16:17 17:4 17:13 17:21 18:12 18:14 20:6 20:21 20:22 22:4 22:5 22:13 27:5 27:14 29:12 29:16 29:25 30:2 30:3 30:3 30:19 32:5 32:9 36:2 36:11 36:16 36:19 37:5 41:9 41:12 41:14 42:21 43:22 44:22 47:25 51:6 51:7 52:1 53:4 54:15 55:1 55:8 55:8 55:8 56:7 61:2 61:11 62:7 63:25 65:21 66:17 67:1 67:3 67:3 67:21 67:24 68:3 68:20 68:22 69:19 71:5 71:9 71:12 72:10 74:8 74:22 76:6 76:14 76:22 77:1 77:2 78:16 79:10 79:11 80:4 84:11 84:14 84:22 84:24 85:3 87:3 89:15 91:3 92:23 93:11 93:12 93:13 94:23 95:12 96:10 100:5 100:9 100:22 103:4 103:9 103:11 104:9 104:16 104:18 104:18 105:9 105:23 106:10 106:20 108:24 109:2 109:5 109:19 114:3 114:4 114:6 114:11 114:13 114:22 117:9 118:14 119:3 119:4 120:6 122:2 123:17 123:17 123:21 124:20 125:3 126:7 126:18 127:14 127:19 127:21 128:2 128:3 129:7 129:24 130:2 130:5 131:18 132:12 134:16 134:20 138:1 138:3 138:20 139:13 139:14 140:2 142:1 143:23 143:25 144:1 144:2 144:24 145:23 145:24 147:21 151:6 154:12 154:13 154:14 154:17 154:22 158:12 159:13 160:21 164:25 165:3 165:22 166:15 166:17 167:8 168:11 168:1 168:19 168:25 170:11 170:19 172:7 172:14 174:15 174:18 178:5 178:18 178:22 178:23 183:16 183:19 185:21 186:1 186:4 186:5 186:18 188:10 188:23 189:6 189:7 190:1 191:7 191:12 193:3 196:6 199:22 201:16 202:15 204:2 205:15 206:10 208:22 210:4 210:7 210:16 212:5 213:22 214:9 214:11 214:19 215:3 218:23 221:2 225:24 225:24 226:18 226:25 | **here**(105) 19:17 20:3 20:7 20:14 21:19 24:15 27:20 28:15 28:25 29:8 29:13 30:2 33:1 33:23 35:5 35:8 36:7 36:13 37:25 39:21 42:8 42:15 42:22 46:1 46:3 46:5 46:9 47:2 47:10 49:6 49:25 50:12 51:15 52:4 52:14 55:19 57:10 58:12 58:15 61:2 61:6 63:19 65:20 66:7 67:9 68:3 68:20 69:8 73:14 73:17 74:6 74:17 74:19 75:4 75:8 76:21 77:1 77:17 79:7 79:9 79:11 80:9 85:16 88:25 97:16 108:13 109:1 113:11 114:12 114:17 124:3 124:9 134:20 136:9 148:25 149:11 153:20 153:22 154:1 156:25 159:3 159:15 160:25 166:1 166:2 167:14 168:11 172:13 173:22 176:7 178:4 181:9 183:3 184:8 186:24 187:6 190:15 207:3 211:11 211:12 214:11 222:5 224:21 226:18 226:19 | **how**(85) 15:2 15:23 25:18 30:8 30:17 31:2 31:8 32:19 32:25 34:22 35:21 36:24 38:9 40:12 40:22 41:24 42:12 43:8 43:18 45:1 45:23 46:25 49:24 50:15 51:16 53:24 56:24 58:5 58:9 59:6 59:9 59:11 59:22 61:1 63:16 63:17 63:22 70:16 73:12 73:1 75:13 84:4 89:14 94:7 104:16 107:6 113:22 114:3 116:13 120:18 124:25 125:1 130:19 132:16 134:13 135:12 142:1 142:2 145:2 153:14 153:21 156:17 156:25 157:4 159:4 160:15 160:16 166:20 166:20 166:2 168:9 168:9 170:15 171:6 172:21 180:20 182:7 184:10 185:4 185:4 187:24 189:20 195:24 205:25 206:3 | **incentive-compensation**(1) 216:8<br>**incentives**(2) 216:20 216:23<br>**inclined**(1) 137:25<br>**include**(13) 23:10 54:11 60:15 63:5 92:12 147:1 168:10 170:8 170:21 170:23 183:14 215:16 225:12<br>**included**(7) 53:20 99:12 99:16 135:13 135:14 167:22 168:24<br>**includes**(5) 121:16 166:10 205:17 215:19 215:21<br>**including**(3) 36:23 217:3 218:7<br>**inclusion**(1) 217:1<br>**income**(11) 55:4 57:4 57:7 57:11 57:12 100:12 180:9 180:11 181:14 181:16 188:9<br>**incorporate**(5) 63:9 63:11 71:10 168:13 185:10<br>**incorporated**(3) 34:14 71:7 116:2<br>**increase**(19) 76:1 96:25 127:13 128:1 135:2 135:13 150:25 164:3 164:6 176:14 176:16 177:6 177:8 191:14 191:22 209:21 211:8 211:9 213:1<br>**increases**(5) 89:12 97:21 134:11 134:13 177:10<br>**indeed**(12) 60:14 83:1 87:1 92:15 95:20 97:5 114:24 127:23 186:2 190:10 217:12 219:25<br>**independent**(1) 189:16<br>**index**(1) 228:1<br>**indicate**(1) 34:20<br>**indicated**(9) 27:25 68:16 79:4 98:19 133:1 187:14 188:19 189:11 191:15<br>**indicates**(1) 63:2<br>**indicating**(1) 180:1<br>**indication**(4) 31:2 50:11 114:22 115:2<br>**indications**(1) 57:16<br>**indicator**(3) 30:7 30:17 58:5<br>**indicators**(3) 24:22 87:24 88:1<br>**indices**(1) 102:14<br>**individual**(3) 46:13 104:24<br>**industries**(5) 15:9 15:10 15:13 148:18 183:18<br>**industry**(40) 22:16 22:18 25:18 35:6 35:8 35:13 35:16 36:18 37:10 60:1 100:25 101:11 102:18 102:19 104:23 107:12 111:2 132:6 132:17 134:22 148:17 153:24 159:22 159:23 161:8 161:9 163:21 163:22 163:24 164:8 164:14 164:17 165:5 168:23 174:17 183:18 197:16 198:3 200:7 217:9<br>**influence**(3) 191:8 191:13 191:13<br>**influenced**(2) 31:5 47:22<br>**inform**(8) 24:13 30:24 31:12 51:14 110:18 114:1 120:17 132:18<br>**informally**(1) 81:13<br>**information**(39) 21:9 21:10 26:10 28:9 32:8 52:23 70:12 71:6 78:10 79:19 86:22 86:25 87:16 96:6 116:12 121:20 139:17 148:6 151:6 151:7 157:1 157:4 158:13 161:16 162:23 164:8 164:21 166:2 180:6 185:4 186:13 188:25 197:16 200:19 200:25 208:9 210:16 210:23 215:8<br>**informationally-oriented**(1) 184:3<br>**informative**(2) 174:24 174:25<br>**informed**(12) 22:19 41:6 51:21 61:6 63:13 68:17 73:14 92:19 93:1 121:20 147:17 161:10<br>**informs**(1) 43:7<br>**inherent**(1) 175:2<br>**initial**(1) 179:6 |
| **haven't**(1) 72:24 | | | | **howard**(3) 2:37 6:5 139:18<br>**however**(1) 30:18<br>**hubbard**(1) 143:8<br>**huge**(1) 154:20<br>**hundred**(1) 183:6<br>**hundreds**(1) 198:7<br>**hurst**(2) 143:7 145:13<br>**hybrid**(3) 42:16 43:7 68:15 | |
| **having**(8) 43:5 63:13 78:25 97:19 114:25 165:6 193:19 219:3 | **hewitt**(1) 223:6<br>**he's**(2) 97:25 98:1<br>**high**(32) 31:12 31:13 40:16 40:19 41:6 47:8 58:14 58:14 58:18 58:19 61:5 61:6 61:21 65:14 68:17 68:20 77:10 120:18 122:8 122:10 122:13 122:17 123:3 123:21 170:6 171:10 171:12 181:19 182:18 183:5 184:4 191:22 | | **i'd**(10) 19:3 22:4 26:23 71:24 190:11 194:3 196:6 201:4 202:20 214:10 | |
| **hawaii**(1) 17:2<br>**hawaiian**(1) 18:15<br>**head**(1) 109:10<br>**headcount**(1) 160:3<br>**healthy**(1) 80:11<br>**hear**(6) 129:17 132:2 216:16 224:2 224:9 225:2 | | | **i'll**(7) 14:8 162:4 174:10 213:19 215:12 218:5 226:10 | |
| **heard**(4) 17:4 162:11 193:19 193:20<br>**hearing**(5) 21:2 69:13 139:13 162:18<br>**hearings**(1) 139:14<br>**heartburn**(1) 138:4<br>**heavily**(6) 41:13 41:16 41:19 60:21 67:5 135:9 | **high-level**(1) 84:19<br>**higher**(16) 30:19 61:23 89:8 99:5 99:9 99:10 99:11 99:11 121:24 124:17 156:10 161:14 180:23 182:14 183:4 183:4 | **i'm**(66) 15:5 16:7 18:22 25:11 36:5 37:16 40:10 43:19 44:13 46:7 46:7 48:13 52:13 58:10 59:8 59:9 59:12 60:19 62:14 72:13 72:13 138:18 139:21 139:24 141:17 142:23 142:10 149:11 149:22 151:19 152:7 157:1 158:24 161:14 162:14 162:23 163:20 166:1 167:14 169:17 173:1 173:22 174:5 176:9 176:10 176:18 177:16 179:13 185:9 186:3 187:11 189:20 190:15 192:6 197:23 198:21 198:22 200:12 208:7 209:2 211:2 211:3 211:3 211:7 214:13 225:2 | |
| **heilbut**(1) 10:6<br>**held**(1) 91:18<br>**hello**(1) 193:7<br>**help**(1) 146:21<br>**helped**(2) 169:11 197:15<br>**helpful**(6) 110:17 155:20 212:20 224:16 224:18 226:9 | **highlight**(3) 28:18 75:13 105:7<br>**highlighted**(4) 75:11 105:11 108:12 156:25<br>**highlighting**(1) 102:16<br>**highlights**(1) 38:7<br>**highly**(11) 52:23 53:2 78:5 95:11 116:10 116:12 117:17 140:20 144:22 178:7 180:1<br>**him**(10) 86:3 86:7 86:7 98:1 128:14 130:2 193:18 193:23 196:19 196:20 | **idea**(3) 167:8 189:7 195:4<br>**identified**(5) 45:9 71:23 95:9 104:10<br>**ignore**(2) 36:6 51:12<br>**illinois**(1) 3:31<br>**illiquidity**(2) 189:4 190:5<br>**immaterial**(2) 79:5 208:18<br>**immediate**(1) 57:18<br>**immediately**(1) 224:22<br>**imminently**(2) 219:24 222:24<br>**impact**(9) 63:22 65:2 127:14 128:3 132:9 132:11 134:14 134:16 135:12 | |
| **helping**(2) 144:6 145:8<br>**hence**(1) 29:7<br>**henderson**(2) 8:31 8:37<br>**hercules**(1) 4:29 | **hired**(2) 146:23 204:22<br>**hiring**(2) 195:10 195:13<br>**his**(19) 84:7 84:18 85:7 85:23 94:5 193:14 193:18 193:19 199:4 199:21 199:23 199:25 215:10 215:17 216:1 216:22 217:16 217:17 217:18 | **impacted**(2) 79:18 154:20<br>**imparted**(1) 93:15<br>**impedes**(1) 203:1<br>**implemented**(1) 216:10<br>**implications**(2) 212:16 212:20<br>**implied**(5) 36:7 40:15 80:9 90:20 107:16<br>**imply**(1) 29:11<br>**importance**(1) 129:22<br>**important**(20) 47:16 50:1 61:15 64:11 66:6 74:6 74:10 77:16 84:19 85:24 86:2 86:4 92:4 92:8 92:11 157:22 160:20 170:13 173:23 216:23 | |
| | **historic**(3) 60:10 158:12 158:19<br>**historical**(4) 200:6 200:7 217:15 219:1<br>**historically**(1) 216:4<br>**history**(2) 145:20 198:5<br>**hit**(1) 49:8<br>**hold**(4) 66:5 87:8 90:5 136:5<br>**holdings**(2) 15:17 17:25<br>**home**(3) 147:8 177:16 181:21<br>**homes**(3) 42:21 172:5 182:13<br>**honor**(58) 14:4 14:6 14:18 16:7 19:6 22:3 27:2 46:8 52:21 72:1 74:22 80:21 80:24 94:20 94:25 95:5 95:10 96:5 101:24 128:18 129:7 129:8 135:25 137:15 137:22 138:6 138:16 138:25 139:16 139:22 140:1 141:10 146:9 149:17 162:3 193:1 199:11 210:4 210:12 214:4 214:8 214:18 214:22 217:23 218:3 218:13 220:7 223:24 224:1 224:1 224:13 224:24 224:25 225:23 225:2 226:12 226:23 227:2 | | |
| | **honor's**(1) 220:4<br>**honorable**(1) 1:19<br>**horan**(1) 5:32<br>**hot**(1) 67:22<br>**hour**(2) 196:8 204:24<br>**hourly**(1) 195:2<br>**hours**(11) 138:23 139:11 195:16 195:17 195:19 196:4 196:9 197:5 198:7 200:4 225:3<br>**houston**(1) 169:24 | **improve**(1) 100:7<br>**improved**(2) 74:20 125:5<br>**improvement**(4) 126:13 127:1 127:2 210:24<br>**improving**(1) 78:2 164:5<br>**imrad**(1) 12:24<br>**inapplicable**(1) 108:5<br>**inappropriate**(1) 212:8<br>**inc**(4) 7:12 10:45 10:45 13:8<br>**incentive**(3) 215:7 217:7 228:11 | **inherent**(1) 175:2<br>**initial**(1) 179:6 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| initiative(1) 100:2 | | issue(1) 183:23 | | january(112) 20:22 20:23 21:8 69:10 | | juxtaposed(1) 150:3 | |
| initiatives(8) 99:14 99:18 99:22 99:24 100:13 100:17 100:19 203:3 | | issues(1) 144:17 | | 69:12 70:1 70:4 70:5 70:11 70:15 70:17 | | kalenchits(2) 10:9 10:9 | |
| | | it'd(2) 224:18 226:9 | | 70:20 70:23 71:2 71:12 71:17 71:21 72:8 | | kaminetzky(1) 2:6 | |
| | | it's(87) 23:17 29:13 30:23 33:16 33:19 | | 72:9 72:21 72:22 72:23 73:13 75:5 76:24 77:18 | | kansa(1) 8:21 | |
| inquiries(1) 204:3 | | 34:1 35:14 35:16 35:18 36:23 36:25 41:1 | | 78:6 78:9 78:18 78:19 78:22 79:20 82:8 | | kansas(1) 156:5 | |
| insignificant(1) 192:9 | | 42:17 43:6 47:15 47:22 48:22 54:19 55:22 | | 82:9 82:13 82:16 82:19 87:1 87:5 87:9 | | kaplan(1) 9:34 | |
| instance(13) 17:3 29:5 45:3 49:18 51:6 | | 56:12 61:11 61:14 66:25 67:5 69:4 72:2 | | 87:14 87:17 87:20 88:3 88:6 88:12 109:18 | | kasowitz(2) 5:11 11:26 | |
| 57:21 62:5 67:21 151:9 160:11 181:3 | | 74:9 139:12 139:18 141:25 149:23 156:10 | | 109:25 110:2 112:2 112:3 112:7 112:17 | | kate(1) 1:38 | |
| 183:22 186:9 | | 156:16 156:19 158:10 159:12 159:25 160:1 | | 112:20 113:3 118:9 118:12 123:12 123:16 | | katharine(1) 2:28 | |
| | | 160:8 160:20 163:1 163:21 164:8 164:12 | | 123:18 123:19 123:25 124:19 124:23 126:2 | | katherine(1) 8:5 | |
| instances(3) 81:24 174:18 178:24 | | 165:7 165:11 165:11 166:19 167:5 167:17 | | 130:25 131:22 146:14 147:14 147:17 | | katten(1) 12:5 | |
| instead(6) 33:15 46:5 73:1 73:4 94:15 | | 168:5 168:7 169:13 170:20 170:24 170:25 | | 148:13 148:23 149:3 150:1 150:2 150:11 | | kay(2) 4:35 11:34 | |
| instruction(1) 95:17 | | 171:1 171:2 171:3 172:17 176:2 176:4 | | 150:21 151:2 152:25 157:25 159:5 159:11 | | kaye(1) 11:14 | |
| instructive(1) 167:6 | | 177:18 177:22 178:16 181:8 181:23 181:2 | | 165:14 165:22 166:6 166:10 177:21 179:1 | | keep(3) 36:19 76:23 77:1 | |
| insured(1) 11:4 | | 186:23 187:23 188:16 189:7 189:16 | | 179:24 185:2 185:19 185:24 187:24 189:9 | | ken(1) 8:21 | |
| intend(1) 199:24 | | 190:11 190:12 198:23 204:12 206:9 207:3 | | 189:21 190:16 191:5 192:14 196:1 198:3 | | kenneth(1) 10:21 | |
| intended(1) 205:11 | | 208:23 212:2 212:18 212:19 212:19 214:8 | | 198:6 198:19 200:16 201:1 202:9 208:6 | | kenney(52) 1:28 14:7 14:9 14:11 14:11 | |
| intention(1) 139:18 | | 216:22 218:13 | | 202:18 208:19 208:21 211:3 211:10 218:1 | | 14:14 14:18 14:21 14:24 16:7 16:13 19:3 | |
| inter(1) 186:10 | | | | 223:16 | | 19:8 22:3 22:7 26:23 27:4 43:17 49:1 | |
| interest(46) 24:2 55:18 55:24 56:14 56:16 | | item(4) 129:23 212:18 212:19 214:1 | | | | 52:13 52:16 52:19 52:21 53:4 53:8 53:10 | |
| 56:25 59:12 59:14 59:18 59:24 59:24 | | items(1) 53:24 | | january's(1) 200:6 | | 56:13 71:24 72:4 74:21 74:25 75:1 80:19 | |
| 64:18 65:7 65:18 65:21 66:18 66:19 66:20 | | iteration(1) 146:14 | | january/early(1) 205:3 | | 89:24 90:6 97:23 106:14 116:11 129:8 | |
| 66:22 67:15 68:2 68:9 68:24 69:4 69:6 | | its(41) 21:19 24:13 30:19 31:4 43:13 58:3 | | january/february(1) 168:2 | | 129:14 129:15 135:23 136:12 140:16 141:9 | |
| 74:17 114:22 115:3 116:14 176:21 176:23 | | 64:20 66:5 71:4 71:8 76:4 78:12 86:12 | | jarashow(1) 9:36 | | 141:15 146:5 146:11 149:14 149:21 162:4 | |
| 176:24 177:3 177:3 177:4 179:8 180:5 | | 97:7 102:9 122:21 127:17 132:17 135:9 | | jason(2) 6:13 6:14 | | 162:5 | |
| 180:19 182:1 187:25 188:3 189:17 189:19 | | 135:10 144:17 154:9 154:19 155:23 160:2 | | jean-marie(1) 7:5 | | | |
| 207:22 207:25 215:12 | | 160:2 160:3 160:3 172:10 172:12 173:11 | | jefferies(2) 7:45 7:45 | | kenny(7) 198:23 199:15 200:18 210:12 | |
| | | 179:6 181:5 181:5 181:5 184:5 186:8 | | jeffrey(1) 11:18 | | 210:14 213:19 213:20 | |
| interested(1) 12:11 | | 191:9 191:9 216:3 216:5 | | jenner(1) 2:20 | | | |
| interestingly(1) 182:14 | | | | jennifer(1) 11:5 | | kevin(2) 1:19 138:16 | |
| interests(3) 76:5 177:15 191:24 | | itself(8) 35:13 36:20 174:19 179:7 180:12 | | jessica(1) 6:23 | | key(6) 20:4 25:6 25:7 73:21 74:17 177:2 | |
| interface(1) 142:21 | | 181:3 182:12 184:2 | | jillian(1) 8:25 | | kim(1) 10:13 | |
| internet(13) 35:14 60:24 65:24 68:18 | | | | job(3) 67:18 67:18 187:23 | | kind(6) 65:20 76:25 83:5 151:17 151:17 | |
| 100:8 122:7 122:11 122:24 123:13 124:1 | | it's(53) 35:10 35:11 76:20 77:1 77:4 83:15 | | jobs(1) 67:22 | | 155:4 172:16 186:13 191:20 | |
| 124:8 124:12 125:3 | | 88:3 88:3 88:5 88:10 88:22 92:8 92:11 | | joe(2) 12:20 22:5 | | | |
| | | 92:19 92:22 93:1 95:10 101:19 101:20 | | john(7) 9:31 12:6 141:1 141:6 214:23 | | kinds(2) 144:10 170:11 | |
| into(40) 21:9 21:19 26:23 30:20 31:14 | | 101:21 103:3 103:6 103:18 103:25 106:15 | | 228:5 228:17 | | king(4) 2:16 2:30 3:23 5:6 | |
| 34:10 38:25 44:24 48:2 51:17 52:22 53:18 | | 106:17 107:4 109:20 109:21 110:17 114:17 | | | | kira(1) 9:5 | |
| 63:9 66:17 67:1 71:24 73:13 77:25 89:9 | | 116:1 116:2 116:7 116:12 116:14 116:21 | | johnston(1) 4:7 | | kizzy(1) 9:36 | |
| 94:21 95:1 96:20 97:3 116:2 119:6 119:25 | | 117:16 117:20 119:8 119:15 120:11 121:2 | | joint(1) 20:19 | | klauder(1) 3:22 | |
| 124:5 127:20 132:21 146:24 149:15 159:3 | | 121:18 124:16 130:8 130:8 130:11 130:11 | | joint-venture(1) 189:15 | | knew(3) 85:19 166:24 212:21 | |
| 160:9 163:16 178:14 200:24 213:13 216:11 | | 131:4 131:24 131:24 135:16 | | jonathan(3) 1:30 11:35 214:18 | | know(57) 16:10 21:22 25:1 35:10 36:10 | |
| 217:21 223:23 | | | | jones(4) 3:23 12:40 12:44 12:44 | | 42:23 49:8 50:10 52:23 54:17 60:18 66:10 | |
| | | i'd(15) 74:22 94:20 94:25 97:11 105:2 | | jordan(1) 11:14 | | 76:14 84:13 85:9 85:11 85:12 85:12 85:15 | |
| introduce(1) 223:9 | | 105:4 108:10 108:14 110:25 112:3 116:11 | | joshua(2) 4:8 10:42 | | 85:22 89:12 91:15 92:21 97:25 100:8 | |
| investment(16) 12:36 12:36 15:7 15:8 | | 116:20 117:9 131:22 134:2 | | journal(1) 144:15 | | 109:7 110:17 113:22 113:24 114:8 114:9 | |
| 15:11 15:20 19:16 20:17 57:9 62:21 64:1 | | | | jpmorgan(1) 10:12 | | 116:21 124:7 126:15 139:6 139:9 149:9 | |
| 141:20 180:15 195:7 196:14 196:18 | | i'll(3) 98:1 129:4 134:5 | | judge(4) 1:19 1:20 89:7 139:17 | | 155:6 158:10 168:5 169:1 170:24 175:10 | |
| | | i'm(46) 79:23 83:18 84:4 84:17 84:20 | | judgment(29) 33:19 35:20 35:23 36:4 39:4 | | 185:18 187:1 190:13 196:16 199:10 203:11 | |
| investments(31) 15:22 18:2 21:24 21:25 | | 85:12 88:20 89:5 89:14 89:15 90:4 91:1 | | 51:9 51:21 57:14 58:4 58:22 60:17 61:18 | | 204:10 204:14 209:20 212:9 212:17 | |
| 23:20 23:22 23:24 24:2 31:6 55:9 55:12 | | 94:21 95:8 95:19 97:23 98:25 102:16 | | 63:14 65:1 76:10 77:23 84:5 84:17 88:25 | | 212:23 214:9 224:18 | |
| 55:14 64:13 64:13 69:23 71:5 71:11 73:10 | | 109:24 110:21 110:23 111:3 111:4 111:6 | | 92:16 92:23 93:1 155:5 157:5 161:7 | | | |
| 73:11 74:16 76:2 76:9 76:12 176:12 | | 115:8 117:19 118:16 119:12 119:15 120:11 | | 161:13 174:16 181:17 200:16 | | knowing(1) 155:8 | |
| 176:19 177:7 177:21 191:10 191:21 192:6 | | 120:13 121:4 121:23 122:2 122:2 122:4 | | | | knowledge(9) 93:12 93:18 158:11 174:17 | |
| 203:3 | | 123:20 124:15 124:21 128:20 130:10 | | judgments(1) 84:19 | | 178:22 185:25 | |
| investor(1) 66:4 | | 133:14 134:4 134:4 134:7 136:5 | | judicial(1) 223:2 | | | |
| investor's(1) 181:25 | | | | july(4) 81:13 81:13 142:2 210:22 | | known(4) 143:17 143:18 173:22 180:13 | |
| investors(8) 9:20 13:22 13:22 35:21 72:25 | | i've(10) 82:23 90:5 95:6 109:5 116:23 | | juncture(3) 158:4 179:7 224:17 | | korpus(1) 11:27 | |
| 158:2 158:16 170:11 | | 116:23 116:24 116:25 117:2 117:21 | | june(7) 20:10 32:8 78:7 191:18 191:18 | | kramer(2) 11:12 11:12 | |
| | | | | 209:19 210:22 | | kurtz(9) 83:4 83:9 83:11 84:1 84:7 84:13 | |
| involved(26) 17:23 17:24 18:1 18:4 18:11 | | james(6) 1:26 1:27 3:15 4:7 6:32 10:36 | | | | 85:2 85:15 86:1 | |
| 19:9 36:14 93:16 102:3 113:18 114:12 | | jane(1) 4:37 | | just(98) 16:7 16:22 17:6 19:13 19:25 | | | |
| 139:14 142:12 144:2 144:20 144:22 146:1 | | janet(2) 8:31 8:37 | | 24:11 25:16 36:5 36:11 40:5 42:11 42:15 | | kurtz's(1) 84:11 | |
| 146:23 147:14 147:17 152:19 152:23 | | | | 42:25 43:18 43:20 45:3 45:17 46:20 50:7 | | labeled(2) 98:12 217:19 | |
| 153:23 198:5 202:11 205:19 | | | | 51:17 52:17 53:17 55:1 58:20 65:11 66:5 | | lack(10) 65:10 66:9 66:20 66:24 68:4 | |
| | | | | 66:14 66:14 68:19 75:24 76:18 76:22 77:1 | | 186:19 186:20 189:3 190:4 200:8 | |
| involvement(5) 20:14 20:23 84:18 85:7 | | | | 85:6 87:10 88:10 89:25 90:18 92:1 92:20 | | | |
| 201:25 | | | | 93:10 95:1 95:10 95:14 95:16 97:11 98:10 | | lack-of-marketability(1) 76:13 | |
| | | | | 98:19 104:19 105:11 110:17 112:1 113:12 | | lagasse's(1) 56:5 | |
| involves(3) 40:21 181:3 183:7 | | | | 116:11 116:24 118:1 119:3 119:23 121:12 | | laid(1) 148:24 | |
| ipo(2) 17:23 17:25 | | | | 122:13 122:18 122:22 127:18 128:7 129:2 | | lance(1) 10:17 | |
| iron(1) 56:6 | | | | 131:17 132:12 133:13 135:19 138:1 138:2 | | landis(3) 3:5 3:6 6:37 | |
| irs(1) 54:24 | | | | 138:14 139:17 140:4 143:2 145:1 146:17 | | lantry(3) 138:16 138:17 138:22 | |
| isn't(9) 195:15 196:12 198:15 205:5 | | | | 149:9 149:24 156:24 166:18 168:11 173:1 | | lantry's(1) 139:5 | |
| 205:25 207:10 207:24 208:12 209:15 | | | | 178:6 179:2 184:17 190:13 193:8 194:6 | | large(20) 27:14 30:3 30:5 30:8 31:2 42:3 | |
| | | | | 194:8 211:13 211:15 219:1 222:4 223:10 | | 47:14 48:12 143:10 154:9 154:19 155:19 | |
| isn't(6) 86:1 92:24 106:24 128:7 128:14 | | | | 224:14 226:10 226:15 | | 164:17 168:14 168:19 169:23 169:24 170:5 | |
| 136:14 | | | | | | 170:8 179:12 | |
| isolate(3) 159:8 212:18 212:19 | | | | justified(3) 186:25 187:1 190:9 | | | |
| | | | | justin(1) 7:46 | | largely(2) 175:17 180:12 | |

| Word | Page:Line |
|------|-----------|

**larger**(4) 58:23 154:1 170:7 176:11
**largest**(8) 47:12 55:19 171:2 176:20 178:4 204:14 204:16 204:17

**larsen**(13) 125:15 126:6 126:10 126:24 127:9 127:13 127:25 128:8 128:11 129:16 129:21 129:22 206:4

**last**(14) 16:17 16:23 17:7 19:2 30:22 63:1 78:4 106:7 144:11 178:23 206:23 210:25 214:11 220:25

**late**(5) 146:20 147:7 201:6 201:8 205:3
**later**(1) 95:16
**laughter**(4) 43:3 48:25 56:10 140:3
**laurie**(1) 4:27
**law**(3) 5:4 11:26 139:4
**layton**(1) 2:13
**lazard**(50) 15:1 15:2 15:4 15:6 15:7 15:9 15:10 15:15 17:23 18:8 19:10 19:11 20:15 20:25 81:9 82:2 82:6 82:12 83:12 91:16 93:13 101:21 114:24 116:7 125:18 126:1 142:9 142:10 142:11 142:15 142:24 142:2 143:4 143:13 144:11 146:19 147:20 157:18 159:21 184:14 184:24 194:9 201:5 201:16 202:10 202:11 206:2 206:8 206:13 208:13

**lazard's**(5) 17:23 17:24 186:22 206:19 206:20

**lazard's**(4) 81:7 86:9 86:12 88:22
**lead**(13) 17:25 19:16 20:17 20:25 51:16 79:19 82:2 82:6 82:12 82:24 83:11 108:1 136:24
**leadership**(1) 203:1
**leading**(2) 162:3 213:16
**leads**(2) 203:15 213:1
**learn**(2) 155:10 155:14
**least**(8) 81:8 87:24 93:25 94:5 102:24 225:11 225:20 226:21

**leave**(4) 112:1 203:14 226:10 226:17
**leaving**(1) 184:17
**lebouel**(1) 4:5
**led**(2) 160:24 203:18
**lee**(3) 143:12 144:17 145:13
**left**(29) 22:24 27:7 28:10 28:13 31:10 38:16 38:18 38:23 40:10 41:25 42:8 44:9 53:11 72:13 135:17 140:25 147:3 147:7 147:9 147:11 148:24 150:4 152:13 192:8 201:9 220:8 220:15 221:9

**left-hand**(7) 75:6 157:2 157:3 157:15 167:18 171:8 221:8

**legacy**(1) 177:1
**legitimate**(1) 37:9
**lemay**(1) 2:35
**lender**(3) 80:6 225:8 225:10
**lenders**(3) 3:34 4:4 7:19
**length**(1) 148:15
**leonard**(1) 1:36
**less**(12) 24:3 24:7 60:10 65:4 66:1 77:4 103:5 103:23 109:9 124:5 175:2 184:1

**lesser**(2) 107:22 169:18
**let**(18) 64:22 65:5 75:24 87:8 87:10 117:11 129:10 134:5 149:9 160:15 176:18 177:5 178:6 190:13 194:6 205:6 210:8 224:6
**let's**(23) 19:21 22:21 27:5 37:15 44:6 46:20 51:2 55:20 70:14 140:10 152:3 152:18 154:3 155:13 167:13 194:1 194:6 195:20 202:14 207:2 207:20 208:6 214:15

**letter**(3) 194:22 195:11 196:13
**letters**(1) 50:4

**let's**(12) 86:8 90:22 92:1 93:2 105:15 109:18 110:14 113:10 115:6 121:22 125:7 126:21
**level**(14) 5:7 23:14 23:15 45:8 47:9 53:15 54:14 54:24 89:18 91:3 94:16 94:19 106:13 139:10

**leverage**(2) 135:10 171:1
**leveraged**(1) 144:22
**levi**(1) 135:9
**levin**(2) 11:12 11:12
**levy**(1) 9:9
**lexi**(1) 13:5
**lexington**(1) 2:9
**liability**(1) 55:5
**liang**(1) 10:21
**license**(2) 182:13 182:14
**liebentritt**(1) 8:41
**liewant**(1) 12:20
**lifestyle**(1) 184:6
**light**(4) 75:7 75:8 177:22 205:12
**like**(47) 19:3 20:3 21:17 22:5 26:23 40:6 42:22 51:5 56:9 61:13 65:20 71:24 74:23 94:20 94:25 97:11 105:2 105:4 108:10 108:14 110:23 110:25 112:3 116:11 116:22 117:1 131:22 134:2 140:7 140:8 144:19 146:5 149:14 150:9 150:10 153:8 156:7 172:19 174:3 174:22 178:25 186:14 188:1 190:11 202:20 214:10 224:20

**likely**(5) 80:3 80:13 171:12 225:12 225:18
**likewise**(2) 85:14 92:10
**limitation**(2) 189:22 189:24
**limitations**(2) 76:4 123:2
**limited**(2) 190:3 223:22
**lin**(2) 169:18 170:4
**line**(33) 23:14 23:20 37:25 46:15 46:16 54:3 54:6 54:20 55:8 62:4 70:15 70:24 79:10 98:12 98:14 98:16 102:8 105:7 105:8 105:16 108:11 109:11 129:23 152:4 160:2 164:2 165:8 166:10 174:11 175:8 176:10 176:11 222:20

**lined**(1) 103:18
**lines**(4) 97:11 105:4 105:9 133:17
**liquid**(2) 180:14 182:3
**liquidate**(2) 66:18 76:5
**liquidation**(3) 80:13 109:3 109:9
**liquidity**(2) 80:4 187:4
**list**(14) 18:7 38:16 121:8 121:11 140:7 143:9 143:12 168:7 168:7 182:8 218:13 218:19 218:22 221:17
**listed**(6) 20:13 20:23 29:16 53:25 153:20 153:21

**listing**(4) 49:7 68:12 123:6 123:23
**literally**(1) 138:1
**little**(18) 23:19 24:3 44:5 45:2 81:6 105:12 107:5 110:11 138:14 148:2 156:16 164:21 165:18 172:11 191:13 209:8 211:1 213:24
**litvack**(1) 9:42
**lives**(1) 154:17
**llc**(1) 9:16
**llp**(15) 1:25 2:34 5:12 6:18 6:30 6:37 7:4 8:4 9:39 10:12 10:16 11:13 11:17 11:34 12:5
**local**(2) 155:17 155:18
**long**(12) 15:2 15:23 47:23 67:24 103:8 142:1 142:24 143:9 143:12 168:6 178:21 182:8
**long-range**(5) 118:14 118:15 118:17 186:8 205:15

**long-term**(7) 91:10 93:3 108:3 126:25 127:14 205:12 216:20

**longer**(4) 128:21 139:11 161:12 161:17

**look**(108) 19:21 21:4 22:21 24:24 26:18 28:3 29:6 29:21 29:25 30:8 30:10 32:6 32:12 38:5 38:6 38:23 39:14 39:20 40:6 42:8 45:3 47:9 47:17 55:16 57:6 57:8 57:13 57:19 60:7 67:10 69:18 69:25 70:7 71:19 72:25 73:23 75:19 75:21 76:19 76:25 77:7 78:3 81:12 87:2 87:6 96:18 97:10 98:7 103:1 103:3 103:4 103:5 105:2 107:17 112:6 112:12 113:11 116:5 118:7 123:6 123:17 123:22 127:18 127:19 129:22 129:24 130:7 131:22 140:11 145:25 149:8 149:23 153:9 153:12 154:22 156:13 156:17 157:5 157:21 159:25 163:7 164:10 165:1 165:22 168:4 169:9 170:13 170:14 171:11 171:21 175:13 176:9 180:25 181:13 184:2 185:20 188:12 198:7 210:5 211:8 211:19 212:21 220:7 220:15 221:14 222:1 222:19 224:20

**looked**(45) 29:20 30:24 31:17 40:25 43:22 44:2 57:4 57:5 57:11 57:21 59:25 60:9 60:13 73:21 97:5 109:2 109:5 114:18 124:11 124:15 132:24 138:15 148:8 150:1 153:23 156:3 169:3 171:16 171:22 171:24 172:16 172:22 182:8 182:17 184:10 185:1 188:8 188:8 188:10 199:1 199:19 211:1 219:7 219:13 223:14

**looking**(39) 22:13 22:20 25:16 29:3 29:15 31:11 32:3 46:15 46:18 55:7 57:15 57:18 58:6 61:19 72:13 73:3 73:4 74:6 74:7 80:9 131:20 133:13 150:10 155:9 155:10 155:14 158:11 161:18 163:11 164:10 166:25 171:14 180:12 180:20 188:5 191:4 201:1 211:3 222:14

**looks**(6) 26:5 33:23 164:2 174:21 212:22 218:13
**los**(5) 4:11 148:15 155:20 204:23 207:17
**loses**(1) 155:6
**losquadro**(1) 10:25
**lost**(1) 36:20
**lot**(17) 64:24 122:19 122:22 138:3 148:5 148:6 158:11 160:19 164:3 164:5 183:16 183:19 194:7 198:3 200:9 201:19 212:17

**lots**(1) 158:13
**lotsoff**(10) 1:30 214:11 214:18 214:19 214:22 216:19 217:24 218:3 224:5 224:10
**low**(14) 31:17 40:17 41:7 58:16 58:17 61:8 61:20 68:23 120:19 123:22 157:9 171:12 191:22 217:12

**lower**(13) 90:21 103:10 136:25 150:20 150:23 161:19 163:5 185:12 187:14 192:1 212:14 212:23 219:25

**lowest**(1) 114:17
**ltm**(4) 124:8 124:10 124:16 130:18
**lucy**(1) 12:27 12:28
**ludwig**(1) 8:25
**lunch**(3) 128:24 193:15 225:9
**lynch**(3) 4:26 11:34 143:15
**lynn**(1) 3:29
**ma**  (2) 18:3 18:4
**ma'am**(2) 167:12 190:6
**macquarie**(1) 11:8
**made**(9) 69:2 101:13 108:5 126:16 135:6 183:24 206:19 210:22 216:4

**madlyn**(2) 4:36 4:38
**magazines**(1) 143:6
**magnitude**(6) 76:23 77:3 89:19 132:9 132:12 146:20

**main**(2) 71:8 75:16
**maintain**(2) 106:9 216:23
**maintenance**(3) 106:5 106:20 107:3

**major**(1) 15:12
**majority**(4) 39:21 55:23 58:3 71:4 122:21 123:8 170:20 172:10

**make**(15) 35:20 54:23 55:2 77:16 79:1 90:20 95:16 105:12 113:25 126:17 183:4 201:5 207:25 211:17 214:12

**makes**(1) 41:22
**making**(3) 25:6 44:15 55:3
**male**(3) 213:16 227:1 227:2
**managed**(1) 206:6
**management**(55) 6:42 8:44 9:24 9:24 10:5 10:5 10:16 10:20 10:20 10:24 10:24 10:40 10:41 11:4 11:39 11:39 12:27 15:8 24:19 24:20 25:5 36:13 36:13 56:12 71:2 71:14 79:4 81:6 91:12 91:21 93:22 94:1 94:7 99:13 99:21 99:25 106:11 106:18 106:23 125:8 125:14 126:19 146:20 148:14 148:15 203:9 203:14 205:11 205:24 207:10 210:15 212:24 216:4 216:6 216:24

**management's**(10) 37:3 161:23 162:2 162:12 162:16 162:20 163:3 163:4 202:24 203:2

**management-compensation**(1 216:2
**management**(1) 165:3
**managing**(8) 141:17 142:4 142:8 142:12 142:16 142:17 143:14 178:12

**mandava**(33) 14:7 14:8 14:14 14:15 14:17 14:25 16:14 19:9 43:2 43:4 53:4 53:7 53:9 56:11 79:12 80:16 81:4 96:9 98:10 108:14 116:17 125:7 128:6 129:15 136:3 193:2 193:14 193:20 207:4 208:7 228:3 228:15 228:18

**mandava's**(2) 162:15 193:12
**mandava's**(1) 90:6
**manges**(1) 9:39
**manner**(4) 39:12 64:23 174:22 180:3
**many**(29) 31:3 47:24 51:25 60:19 113:22 143:10 145:1 145:2 145:3 145:9 145:9 148:11 153:8 156:14 156:17 156:19 156:19 164:14 164:15 172:17 173:22 178:25 182:9 195:16 195:19 196:8 196:9 200:4 211:17

**marc**(3) 2:40 6:19 6:25
**march**(31) 1:14 14:1 20:7 20:8 20:9 81:9 81:23 82:5 91:5 91:7 93:4 93:5 95:8 96:21 97:13 98:8 98:15 98:23 99:4 99:12 114:15 133:12 184:18 185:8 198:24 201:21 201:23 202:1 205:19 206:20 227:10

**march"**(1) 133:5
**margin**(5) 30:10 31:16 94:10 105:24 **marginally**(1) 119:5
**margins**(9) 24:22 30:19 35:10 39:9 94:18 156:10 164:6 170:6 170:6

**mark**(3) 2:14 12:32 16:7
**marked**(7) 87:4 95:6 96:7 116:10 215:11 216:9 223:7

**markedly**(2) 34:2 34:5
**market**(35) 1:11 38:4 43:10 21:9 22:16 24:24 25:18 26:12 30:8 30:17 35:12 37:6 50:5 51:13 51:19 70:12 70:14 70:17 70:23 72:7 73:12 78:4 101:20 107:12 107:22 160:5 167:2 170:5 171:2 171:2 183:16 215:21 217:13 219:25 222:25

**market-based**(2) 217:5 217:11
**marketability**(8) 65:10 66:9 66:20 66:24 68:5 186:19 189:3 190:4

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**marketplac**(13) 22:14 32:11 33:21 34:4 35:21 35:23 50:8 57:15 58:5 58:25 153:15 157:21 188:15

**markets**(19) 30:15 32:2 35:25 36:11 36:15 41:15 47:11 47:13 47:13 47:14 47:16 78:6 155:19 155:22 169:23 169:24 170:5 170:7 170:9

**marrero**(1) 6:23

**marsal**(4) 10:45 10:45 13:8 109:3

**marvin**(1) 3:29

**master's**(1) 145:21

**material**(20) 113:4 113:6 127:3 127:10 128:9 128:12 128:14 140:21 185:11 186:2 199:1 199:3 199:7 199:20 199:20 199:23 199:24 200:3 209:15 210:1

**materially**(5) 79:2 79:18 86:11 128:5 128:12

**materials**(2) 91:8 116:8

**math**(1) 119:4

**matt**(1) 5:13

**matter**(13) 17:4 18:19 18:22 18:25 41:18 42:15 67:7 84:4 86:7 89:20 139:14 177:22 227:7

**matters**(3) 16:21 201:16 217:18

**matthew**(4) 6:38 9:25 13:8 13:9

**maximum**(7) 215:4 217:10 219:5 219:24 220:14 222:21 223:20

**may**(42) 14:18 14:20 17:4 19:7 30:8 31:2 36:18 37:10 41:15 54:23 57:9 76:3 80:21 80:24 80:25 90:10 91:25 93:11 94:25 100:5 100:22 106:16 124:5 126:7 128:23 129:2 132:4 137:9 139:11 141:11 141:12 166:17 194:25 199:11 199:12 200:1 204:1 210:4 210:6 214:5 218:3 225:16

**maybe**(7) 57:17 65:23 66:1 72:23 165:24 171:19 186:17

**mayer**(2) 2:28 7:4

**mba**(2) 145:23 145:24

**mccarter**(2) 2:27 11:22

**mccarthy**(1) 1:43

**mcclatchy**(10) 30:11 30:13 30:13 30:17 31:11 146:16 156:2 156:3 156:9 157:11

**mcclatchy's**(1) 156:5

**mccolm**(1) 9:13

**mccormack**(2) 2:36

**mccormick**(1) 12:4

**mccutchen**(1) 11:17

**mcdaniel**(1) 5:5

**mcgovern**(3) 223:6 223:14 228:14

**mcgowan**(1) 9:46

**mcguire**(1) 6:38

**mcneill**(1) 4:28

**mean**(34) 40:14 40:19 41:6 41:7 84:6 84:7 93:17 98:24 99:7 100:23 112:7 112:12 112:23 124:20 135:2 135:3 142:19 155:6 157:5 157:17 159:24 169:5 169:10 169:10 170:24 171:10 171:14 171:24 172:22 173:7 186:5 189:24 214:10 223:19

**meaningful**(1) 165:21

**means**(8) 25:16 42:18 51:21 92:21 128:10 142:20 155:11 188:2

**meant**(7) 127:10 128:8 128:14 194:12 203:13 203:17 224:22

**measure**(2) 57:3 154:10

**media**(21) 15:11 23:9 49:6 50:16 82:5 113:11 141:21 142:13 142:14 142:18 143:14 143:16 143:20 143:21 144:24 168:16 175:14 218:11 220:21 220:23

**media-industry**(1) 218:21

**median**(12) 112:10 112:13 135:2 135:3 155:6 157:6 170:24 171:24 220:10 221:13 222:14 223:17

**medians**(1) 155:12

**meet**(2) 25:2 80:4

**meeting**(17) 25:5 71:14 91:11 93:25 94:4 125:7 125:10 125:15 125:22 126:5 126:10 127:25 128:11 205:2 208:15 208:17 225:17

**meetings**(7) 71:12 91:18 93:12 204:23 205:6 205:10 207:10

**meisel**(1) 1:35

**melamed**(1) 7:15

**members**(4) 86:15 91:15 114:14 204:7

**memorized**(1) 186:18

**memory**(1) 168:1

**men**(1) 43:1

**mention**(2) 105:15 177:16

**mentioned**(6) 18:15 20:16 52:24 125:8 156:21 177:15

**mercer**(5) 214:23 215:14 215:14 217:2 217:17

**merely**(1) 155:11

**merger**(1) 179:10

**mergers**(1) 15:21

**merit**(2) 147:21 147:21

**merrill**(3) 4:26 11:34 143:15

**mester**(1) 4:8

**met**(3) 193:9 204:23 206:5

**meth**(1) 165:24

**method**(1) 107:7

**methodologies**(33) 25:9 25:11 27:18 34:22 37:21 46:25 48:8 49:11 50:10 50:21 56:19 56:21 63:18 67:14 68:13 81:24 82:15 92:7 115:17 151:1 151:4 151:11 160:20 160:21 166:5 174:7 175:15 175:15 179:17 180:1 184:10 185:16 185:23

**methodology**(43) 21:14 22:8 22:8 22:10 22:11 22:12 28:6 28:25 32:12 32:21 33:9 34:8 34:13 36:3 45:5 46:23 50:19 59:20 59:23 61:3 62:17 62:25 63:3 63:6 64:16 67:25 131:19 152:4 153:4 153:7 159:21 166:19 166:20 166:25 167:4 173:21 174:2 182:5 188:17 188:21 189:23 212:15 219:2

**methuselah**(3) 141:17 142:5 194:16

**metric**(9) 31:22 32:1 44:5 44:7 44:13 61:25 74:7 188:6 188:6

**metrics**(5) 74:1 87:24 114:17 188:9 188:15

**metro**(2) 30:3 30:8

**meyer**(3) 223:5 223:14 228:13

**michael**(2) 2:8 7:7

**michelle**(1) 7:25

**microphone**(2) 53:5 141:3

**mid-january**(1) 204:22

**mid-size**(1) 30:18

**mid-tier**(1) 30:16

**middle**(2) 180:22 188:5

**middle-right**(1) 185:12

**midpoint**(14) 77:23 77:25 78:8 82:19 83:16 83:23 88:13 88:15 110:7 150:2 150:20 157:10 190:16 190:18

**midsize**(1) 155:22

**midst**(1) 71:3

**might**(14) 24:22 26:7 51:14 73:1 89:6 93:11 114:4 127:7 127:13 128:1 132:6 132:9 187:6 224:16

**mike**(1) 10:33

**milestones**(1) 20:4

**million**(35) 22:24 23:13 23:18 28:15 33:24 34:21 34:21 37:13 42:21 52:10 52:12 54:19 62:21 68:3 69:8 76:19 79:9 79:11 101:6 150:12 152:1 152:1 165:12 165:17 172:5 175:10 175:11 176:14 177:6 182:13 190:21 191:15 192:8 213:2 213:14

**mina**(2) 9:20 9:21

**mind**(5) 32:6 36:19 74:23 128:23 204:18

**mine**(2) 125:20 198:25

**minimis**(2) 135:11 192:10

**minimum**(1) 106:20

**minneapolis**(1) 144:14

**minor**(1) 187:25

**minority**(54) 21:25 23:23 55:13 55:18 55:24 56:16 56:25 59:11 59:18 59:24 64:13 64:13 64:16 64:18 64:22 65:6 65:10 65:18 65:21 66:4 66:8 66:19 66:20 66:22 66:23 67:15 68:2 68:4 68:8 68:14 69:4 69:6 69:22 71:4 71:11 73:10 73:11 74:16 76:9 76:12 76:13 116:13 177:1 177:15 177:19 177:21 179:8 180:5 187:4 187:25 191:23 192:6 207:22 207:24

**minus**(1) 192:9

**minute**(8) 46:21 52:14 93:3 110:18 125:7 128:22 129:3 207:2

**minutes**(4) 52:17 137:23 204:24 214:14

**mip**(1) 218:15

**mirror**(1) 158:1

**mischaracterized**(1) 106:15

**misleading**(2) 183:2 188:13

**misrepresents**(1) 90:6

**missed**(1) 177:16

**misspeak**(1) 122:3

**mistaken**(3) 121:23 123:20 197:24

**mistakenly**(1) 198:15

**mix**(12) 29:12 43:12 43:14 44:3 44:4 174:14 219:14 219:15 219:16 221:4 221:5 221:22

**mixed**(1) 170:20

**mode**(1) 123:24

**model**(5) 33:2 33:4 33:14 89:14 210:21

**modest**(5) 150:24 181:11 192:20

**moment**(5) 90:22 108:13 115:7 202:14 210:4 217:13 224:21

**monarch**(2) 7:30 7:31

**monday**(2) 140:8 224:14

**money**(2) 176:1 184:20

**monitor**(1) 105:6

**monitors**(2) 52:25 53:1

**monolithic**(1) 153:9

**montenegro**(1) 11:31

**month**(5) 55:2 164:1 164:7 164:9 196:2

**month-by-month**(1) 210:21

**months**(4) 32:8 52:10 60:6 160:1

**more**(56) 22:19 22:19 23:20 30:14 35:24 35:24 40:1 41:13 41:16 44:23 45:3 45:6 43:11 46:10 46:12 57:18 60:9 67:23 68:15 83:18 88:3 88:4 93:7 94:17 94:19 98:22 102:24 103:2 103:13 103:17 104:1 104:2 104:9 104:12 106:12 106:24 108:21 111:1 120:22 121:18 121:20 133:1 133:2 150:15 155:10 155:21 158:18 169:9 172:19 184:7 185:17 188:12 196:8 196:9 214:13 222:2

**moreover**(1) 156:19

**morgan**(5) 2:4 5:18 5:37 9:39 204:17

**morning**(14) 14:3 14:4 14:12 14:13 14:14 14:15 81:4 134:3 140:8 148:25 162:11 193:12 207:4 224:14

**moskowitz**(1) 2:5

**most**(33) 17:1 17:8 17:18 26:9 26:12 26:12 29:3 29:13 30:1 39:19 44:4 60:2 60:2 77:23 81:24 86:15 86:21 87:15 104:10 104:10 107:19 120:1 134:23 134:25 146:14 147:9 157:6 201:25 205:15 208:9 208:12 221:7 223:18

**mothballed**(1) 207:16

**motion**(3) 139:2 139:7 139:19

**motions**(2) 138:18 139:2

**move**(7) 53:5 71:24 180:21 207:6 216:12 217:20 222:22

**move.com**(2) 123:20 123:24

**moved**(2) 165:18 186:17

**movie**(1) 17:3

**moving**(1) 212:17

**much**(32) 19:16 31:4 31:4 41:16 46:10 46:10 46:12 57:2 58:23 59:1 71:3 146:23 147:2 148:25 153:1 158:4 158:17 158:18 163:5 163:15 165:4 167:24 172:12 172:19 184:7 187:7 191:11 192:14 195:24 201:15 211:8 224:17

**muchin**(1) 12:5

**mulhern**(1) 10:17

**mullen**(1) 8:23

**multiple**(126) 28:16 28:20 29:22 31:5 31:9 31:18 33:12 33:13 33:19 34:4 38:12 38:20 40:8 40:12 40:15 41:5 42:9 42:14 43:8 43:19 43:20 43:23 43:24 46:1 46:2 46:3 46:4 47:20 47:22 49:19 57:3 57:24 58:1 58:7 58:8 58:9 58:13 58:14 58:15 58:20 58:21 58:25 59:9 60:4 61:1 61:5 61:18 61:21 61:23 61:23 62:4 64:25 65:12 65:13 65:18 65:23 67:7 67:23 67:24 68:16 68:19 73:22 107:7 108:2 111:23 112:21 113:5 113:7 113:9 120:17 121:17 122:6 123:4 123:15 123:20 123:24 124:7 124:12 124:15 124:16 124:18 124:22 130:16 130:19 134:14 135:10 135:15 153:9 155:4 156:23 157:1 157:9 165:21 170:17 170:22 171:7 171:13 171:15 172:15 172:21 173:8 173:25 173:25 174:1 174:1 175:12 175:13 180:9 180:10 180:10 180:19 180:22 180:23 181:2 181:11 181:14 181:15 181:18 181:20 182:15 182:18 183:8 183:15 183:17 183:20 212:6

**multiple-year**(1) 212:5

**multiples**(41) 28:22 31:12 31:22 33:20 34:12 38:16 39:14 44:6 44:8 46:14 57:12 58:10 62:4 70:20 72:10 72:11 73:14 99:10 107:11 112:7 133:24 134:12 134:13 150:25 152:16 152:21 157:21 158:12 160:4 160:12 163:13 167:21 169:4 170:14 171:17 175:19 180:11 180:20 180:21 180:21 188:15

**multiplied**(2) 163:12 173:11

**murphy**(1) 13:17

**must**(2) 90:5 192:23

**myers**(1) 7:35

**myrick**(1) 8:27

**myself**(6) 46:7 85:13 114:1 148:9 157:19 196:8

**name**(3) 141:4 141:6 193:10

**namely**(1) 30:6

**names**(1) 144:19

**nancy**(1) 4:20

**national**(6) 11:22 31:1 42:19 155:15 155:22 155:23

**natural**(3) 89:12 89:21 90:15

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**nature**(2) 53:2 156:7
**nbc**(5) 41:4 41:20 170:3 170:12 183:20
**nbc's**(1) 41:17
**near**(2) 35:9 46:13
**near-term**(2) 107:21 132:25
**nearer**(2) 161:11 161:16
**nearly**(1) 25:2
**necessarily**(2) 60:24 223:9
**necessary**(3) 106:5 201:1 203:19
**need**(16) 29:25 41:21 53:18 76:18 80:4 84:5 129:3 137:13 138:20 158:1 159:3 180:25 181:2 184:19 188:11 226:14
**needed**(7) 43:24 80:17 186:3 195:4 200:5 200:10 202:12
**neftalis**(1) 11:12
**negative**(7) 97:14 98:18 98:22 103:7 103:13 103:23 104:2
**negotiate**(1) 59:2
**negotiation**(2) 17:11 186:11
**neil**(1) 10:25
**neither**(2) 200:2 200:18
**net**(9) 57:4 57:7 57:11 57:12 180:8 180:11 181:14 181:16 188:9
**network**(57) 23:24 41:3 41:13 42:17 42:20 42:23 43:13 44:1 47:15 55:14 55:20 55:22 55:23 55:25 56:2 56:19 57:22 57:22 58:1 58:2 58:3 58:22 60:22 60:24 61:13 62:8 62:11 63:23 65:7 74:18 96:6 115:6 116:12 117:16 117:23 119:7 120:8 120:12 130:21 170:9 177:9 178:5 178:6 178:7 178:11 179:14 179:18 179:25 180:16 182:14 184:15 185:5 186:20 187:13 207:20 207:22
**networks**(7) 42:22 43:23 143:9 178:13 178:15 181:20 186:8
**nevada**(1) 147:9
**never**(13) 114:20 127:9 128:6 128:8 128:13 128:14 138:2 138:2 186:7 186:17 205:11 205:24 207:11
**new**(33) 2:10 2:43 4:23 4:40 5:15 17:5 30:2 30:3 30:7 30:9 31:11 47:12 79:16 86:13 119:1 131:18 148:12 155:13 155:14 155:15 157:8 168:4 168:4 194:2 204:7 204:10 205:23 214:25 215:2 219:24 221:4 221:23 221:23
**news**(1) 12:44
**newsday**(1) 55:6
**newspaper**(17) 29:5 29:6 29:12 30:2 151:16 153:24 154:10 154:16 154:18 154:20 155:8 156:15 156:16 163:21 164:2 178:16 200:7
**newspapers**(2) 104:18 143:6
**nexstar**(1) 135:18
**next**(34) 23:3 23:6 23:14 23:20 23:21 24:4 37:15 37:16 46:16 48:14 52:22 54:6 54:20 55:8 55:8 70:24 117:16 138:9 138:9 138:11 140:17 148:21 150:3 152:6 165:8 170:16 171:6 175:8 175:8 176:10 176:11 190:12 226:1 226:6
**nice**(1) 164:13
**nicely**(1) 21:17
**nicholas**(1) 10:6
**nielsen**(1) 172:5
**nils**(2) 125:15 206:4
**nine**(13) 42:10 42:12 173:5 173:6 173:8 173:11 180:9 195:22 218:11 218:21 220:6 220:22 221:15
**nine-billion-dollar**(1) 180:13
**no."**(1) 128:5

**non**(3) 55:11 176:11 191:20
**non-cash-pension**(1) 79:10
**non-controlled**(11) 21:24 23:20 23:21 24:2 55:9 76:2 176:19 177:6 186:22 191:10 191:23
**non-controlling**(1) 56:16
**non-election**(1) 111:18
**non-party**(1) 12:19
**none**(3) 154:12 216:16 224:2
**nonetheless**(1) 109:12
**nor**(3) 190:1 200:2 200:19
**north**(6) 2:16 2:23 4:30 5:6 5:20 5:39 26:35 38:2 43:5 46:7 47:15 53:20 60:23 61:14 63:25 64:14 65:11 66:21 67:9 67:2 67:23 67:24 68:4 68:4 69:2 70:22 76:3 76:12 77:1 77:17 79:18 80:15 84:4 84:11 84:14 84:21 84:21 85:3 85:9 85:15 85:16 85:19 86:12 86:19 89:15 91:15 93:11 95:22 98:25 100:9 103:2 105:25 105:15 107:15 109:5 113:18 113:20 113:2 114:11 114:23 116:2 116:2 121:23 123:2 124:9 124:24 127:2 128:12 128:12 131:19 131:20 133:1 133:14 136:19 145:14 154:8 154:11 154:22 155:11 156:10 156:1 158:4 159:12 159:22 160:25 162:20 163:23 164:13 167:6 168:11 170:10 171:3 172:9 172:12 172:12 172:25 174:23 176:3 178:24 181:25 184:21 185:6 185:9 186:4 186:20 186:23 186:23 187:6 188:16 189:5 191:15 193:16 194:12 194:22 196:2 198:6 199:3 199:7 199:21 199:22 199:24 200:5 200:5 200:6 200:10 200:14 200:20 200:25 201:22 202:18 203:2 204:1 208:3 209:15 210:19 212:3 212:20 217:17 220:6 223:9
**noted**(2) 79:8 217:16
**noteholders**(1) 224:18
**notes**(3) 89:13 89:22 90:17
**nothing**(8) 89:5 89:9 129:7 130:1 194:13 202:5 210:7 214:4
**notice**(1) 223:3
**notified**(1) 225:10
**notwithstanding**(2) 101:4 101:14
**november**(5) 19:11 19:14 142:25 147:7 201:12
**now**(60) 15:3 41:24 55:10 63:11 69:9 70:24 78:2 78:3 78:7 78:9 86:8 90:22 92:1 93:2 93:20 94:21 96:9 99:12 103:4 104:13 105:1 106:4 106:19 107:5 108:7 109:18 110:14 112:1 115:6 116:5 117:15 120:7 121:4 122:4 125:6 125:9 128:24 129:4 139:6 153:19 162:11 164:21 168:8 178:15 181:7 182:22 183:1 185:11 185:11 196:2 200:12 200:18 201:5 202:24 204:19 206:2 207:2 208:7 211:2 214:10 222:14

**npp**(6) 87:4 95:9 96:2 117:17 208:24 228:20
**npp-2284**(1) 109:21
**npp-2305**(1) 101:22
**npp-2306**(1) 116:9
**npp-2467**(3) 95:7 133:3 136:4
**npp-2468**(1) 96:7
**nuances**(1) 153:17
**number**(46) 18:4 27:10 30:13 31:3 36:22 40:24 47:10 48:13 57:21 61:11 76:20 76:24 77:8 79:13 94:9 96:21 103:1 117:1 117:3 117:4 117:17 118:10 119:4 133:18 133:20 138:17 148:7 157:5 157:6 157:22 157:24 158:15 160:6 170:9 171:3 176:11 191:18 191:19 192:10 195:21 209:18 213:5 213:14 215:4 220:16

**numbers**(71) 27:13 27:13 28:21 46:8 46:9 46:9 46:10 53:20 73:17 78:13 78:17 78:18 78:20 78:21 78:22 78:23 79:2 79:3 79:8 91:12 93:6 94:2 94:3 95:1 96:20 97:5 97:14 97:18 98:11 98:21 98:22 98:23 102:14 103:10 105:15 108:16 116:24 117:5 117:7 117:11 117:12 117:21 117:25 118:2 119:1 125:12 126:13 126:25 127:17 128:5 128:12 130:4 131:16 131:17 131:20 131:20 133:13 133:15 133:21 134:21 154:21 154:22 154:25 165:18 166:21 176:8 186:24 205:2 208:18 212:7 212:13 221:16

**oaktree**(3) 10:19 10:20 204:17
**object**(3) 89:24 97:23 139:19
**objection**(30) 19:5 19:6 25:2 27:3 71:25 72:1 72:2 90:5 95:24 106:14 136:13 136:13 139:8 139:9 146:8 146:9 149:11 149:17 149:19 162:3 213:16 216:14 216:1 217:22 217:23 218:1 223:25 224:1 224:3
**objections**(4) 138:18 139:7 139:11 215:3
**obligations**(1) 80:5
**observation**(2) 65:11 98:25
**observation**(1) 33:21
**obvious**(2) 34:1 41:23
**obviously**(9) 30:2 50:6 51:9 61:11 61:14 114:8 199:22 226:4 226:5
**occasions**(1) 215:7
**occur**(1) 75:20
**occurred**(4) 113:15 129:18 158:12 191:4
**occurring**(1) 223:19
**ocf**(2) 79:7 79:13
**october**(67) 20:13 20:14 20:18 21:4 21:7 21:12 32:5 58:12 69:15 76:11 77:9 81:17 81:18 81:22 82:3 82:10 86:5 87:25 88:4 93:6 94:2 94:12 95:8 96:22 97:15 98:8 98:16 98:22 99:4 99:21 100:17 111:3 119:6 121:19 121:23 126:12 130:23 133:5 133:12 147:20 148:9 148:24 149:4 149:4 150:4 150:4 150:11 150:21 157:24 165:12 165:14 167:9 185:21 186:23 187:7 190:18 191:5 194:9 194:10 194:14 202:6 202:8 205:16 206:14 209:13 210:15 210:18
**odd**(1) 44:23
**off**(15) 44:23 52:25 53:1 53:11 58:19 74:12 109:10 120:19 140:19 160:9 165:3 181:15 181:18 201:15 205:7
**offer**(1) 142:21
**offered**(3) 131:25 147:20 149:3
**offering**(2) 179:6 215:15
**office**(1) 3:21
**officer**(4) 142:15 142:17 142:19 146:19
**officers**(2) 215:3 216:11 217:7
**offices**(1) 178:23
**official**(3) 2:33 3:4 6:17
**officially**(1) 201:12
**offset**(1) 65:2
**often**(1) 33:10

**okay**(221) 14:9 19:25 23:14 27:17 28:4 37:5 40:12 46:20 48:8 48:18 48:24 49:11 53:9 55:19 56:18 56:21 57:6 59:6 62:16 69:12 70:3 70:14 71:16 72:16 73:17 78:16 80:20 81:12 82:2 82:5 82:12 82:15 82:18 82:22 83:2 83:14 84:1 84:13 84:21 84:25 85:9 85:14 85:21 86:8 86:19 87:15 87:19 87:23 88:6 88:9 88:21 89:2 89:11 89:17 90:22 91:10 92:1 92:15 93:2 93:9 94:7 94:20 97:10 98:6 98:20 99:2 99:12 99:21 100:23 101:3 101:18 101:25 102:3 102:22 103:15 103:25 104:7 105:1 105:15 105:19 105:22 106:23 107:5 108:7 108:9 108:20 109:2 109:11 109:18 109:25 110:14 110:20 111:6 111:7 111:10 111:16 111:21 112:1 112:5 112:12 112:19 113:2 113:10 113:18 113:21 114:20 115:6 115:12 115:16 117:7 117:15 118:1 118:7 118:12 118:20 120:13 121:4 121:5 122:4 122:11 122:17 123:15 124:18 126:9 126:20 127:12 128:11 128:18 129:5 129:12 130:7 130:12 131:3 131:7 131:15 131:22 133:8 133:11 134:2 134:4 134:11 135:8 136:5 136:5 136:6 136:23 137:8 137:11 138:7 138:22 138:24 139:16 139:20 139:25 140:10 141:23 142:5 146:4 147:16 147:23 150:9 150:14 151:11 152:8 152:11 152:18 153:6 153:19 154:3 156:2 157:14 162:19 165:11 166:5 167:13 173:4 174:3 193:14 193:17 193:22 194:1 194:16 194:19 194:24 195:12 195:18 196:5 196:12 196:21 196:24 197:13 198:22 200:18 200:22 201:3 201:21 201:25 202:9 203:7 203:21 204:6 204:10 204:19 205:5 205:10 206:8 206:12 206:17 207:15 207:20 207:21 208:3 209:13 210:3 211:13 211:16 224:6 226:8

**old**(3) 148:6 164:12 164:13
**older**(1) 166:25
**olinsky**(1) 11:18
**omission**(1) 186:3
**omnibus**(1) 138:11
**once**(3) 39:18 148:20 190:6
**one**(106) 1:31 2:15 4:22 12:15 28:25 30:11 30:22 33:18 33:23 35:20 37:6 37:7 40:16 43:11 55:19 58:3 58:17 60:1 60:12 60:14 61:10 61:11 62:24 64:10 65:11 66:4 66:16 67:22 72:8 74:17 75:23 78:3 83:18 86:4 86:15 93:7 93:10 93:25 94:5 94:17 94:19 95:6 95:7 98:20 103:3 103:7 103:1 103:18 103:20 107:10 109:19 113:13 120:9 120:14 120:22 121:13 124:5 134:8 136:5 136:8 139:2 142:16 152:4 153:9 153:9 153:9 155:15 156:3 157:17 161:10 167:9 168:5 171:15 172:14 173:23 176:3 177:1 177:16 178:4 178:14 179:7 182:11 182:18 182:22 183:12 183:13 184:14 186:25 187:1 190:8 194:6 195:12 196:3 196:21 203:23 205:23 206:18 211:15 211:18 216:8 220:1 222:5 223:4 225:24 226:10 226:15
**one-multiplc**(1) 173:9
**one-year**(1) 163:11
**ones**(12) 17:9 47:25 60:9 143:10 153:25 169:16 177:2 181:21 187:5 187:17 191:7 197:5
**ongoing**(2) 54:23 131:12
**online**(2) 67:18 68:12
**only**(18) 29:12 32:8 36:2 47:25 61:11 67:19 78:3 98:3 168:21 180:17 182:16 182:22 186:9 188:20 194:16 196:1 196:2 205:20
**onto**(1) 60:24
**open**(2) 112:2 138:20
**operate**(3) 80:4 93:13 191:7
**operates**(4) 21:21 156:7 170:6 171:2

| Word | Page:Line |
|---|---|
| **operating**(13) | 36:16 58:9 61:25 67:3 71:9 79:14 122:20 148:15 161:12 188:6 188:6 188:9 203:1 |
| **operation**(2) | 24:13 171:21 |
| **operations**(15) | 21:21 38:24 41:25 42:1 42:2 42:9 42:13 53:19 73:9 74:5 79:17 89:19 100:3 106:5 148:2 |
| **operators**(1) | 59:3 |
| **opine**(2) | 217:6 222:23 |
| **opinion**(30) | 22:22 23:11 23:15 24:1 27:23 34:17 37:11 40:1 45:6 52:7 68:1 69:3 80:3 80:12 84:2 84:5 84:8 84:8 84:14 84:22 85:3 85:17 131:16 163:18 164:24 190:8 213:13 213:23 216:22 217:2 |
| **opinions**(4) | 26:15 71:21 149:5 223:9 |
| **opportunities**(1) | 19:19 |
| **opportunity**(5) | 35:15 78:1 114:13 126:18 225:15 |
| **opposed**(3) | 149:3 174:1 175:18 |
| **opposite**(1) | 35:16 |
| **options**(5) | 219:17 219:20 219:21 222:2 222:5 |
| **order**(3) | 190:2 225:11 225:22 |
| **ordered**(1) | 96:1 |
| **original**(6) | 42:21 43:5 172:7 172:9 178:8 184:6 |
| **originally**(4) | 126:11 152:23 167:25 168:3 |
| **other**(79) | 15:12 15:21 19:18 23:6 23:7 23:7 23:7 23:8 23:12 24:22 24:23 29:12 29:14 31:6 33:12 36:12 39:3 39:25 42:24 45:25 48:18 49:4 49:12 50:9 51:11 52:7 54:24 58:24 59:1 60:7 60:9 61:8 66:11 73:6 76:14 94:10 102:14 103:7 103:23 104:18 123:6 129:10 139:3 139:6 139:9 145:15 154:21 155:9 156:9 156:17 168:18 170:4 171:11 171:17 175:9 175:10 175:16 176:2 177:2 178:10 182:1 184:1 185:16 188:12 191:13 202:7 207:17 210:9 212:15 218:22 221:17 222:19 223:5 223:11 225:14 226:10 226:18 |
| **others**(9) | 42:23 47:19 57:17 145:16 169:14 171:14 201:16 204:3 217:16 |
| **otherwise**(4) | 61:12 96:19 138:10 186:12 |
| **our**(93) | 20:19 21:3 21:12 21:19 24:17 24:25 25:4 28:16 28:17 29:20 30:20 30:25 31:12 31:14 31:17 31:18 31:20 32:2 32:10 33:11 35:23 36:6 37:20 39:3 40:16 40:17 44:20 48:2 51:8 51:21 53:19 56:21 56:22 57:14 58:4 58:14 58:15 59:15 60:20 61:6 61:18 63:9 63:13 63:14 65:3 70:19 70:22 71:7 72:8 72:11 73:17 73:22 73:23 73:77 75:6 75:12 75:17 76:9 76:11 77:9 77:13 77:19 77:22 79:3 81:16 86:14 86:15 87:4 89:10 91:17 117:14 120:25 121:23 123:7 132:14 138:9 139:18 140:17 154:22 157:12 169:13 170:15 172:23 177:11 181:25 183:3 208:15 208:19 224:17 225:11 225:18 225:18 226:14 |
| **ours**(1) | 225:9 |
| **ourselves**(4) | 30:24 41:21 69:16 132:8 |
| **out**(39) | 14:18 24:24 31:13 36:23 43:12 50:5 66:11 79:10 79:12 93:6 93:10 94:19 95:13 100:17 100:19 104:18 104:24 106:13 108:20 111:17 118:21 121:14 122:19 122:23 122:24 136:3 144:5 148:24 160:12 163:9 165:4 193:2 197:23 204:23 205:17 205:20 207:5 224:14 226:19 |
| **out-year**(3) | 131:7 136:8 136:10 |
| **out-years**(2) | 97:12 131:18 |
| **outcome**(3) | 92:24 108:1 163:25 |
| **outdoor**(2) | 143:11 144:20 |
| **outer**(6) | 33:5 34:5 46:12 99:19 103:10 109:11 |
| **outer-year**(1) | 94:15 |
| **outlier**(4) | 47:23 113:8 135:6 135:16 |
| **outlook**(11) | 35:8 35:9 57:14 57:16 74:13 74:20 97:3 100:21 100:23 104:22 125:1 |
| **outlooks**(1) | 59:23 |
| **outperform**(3) | 97:7 210:17 210:21 |
| **outperformance**(5) | 97:1 101:8 119:6 119:22 205:13 |
| **outperformed**(3) | 96:15 101:5 205:8 |
| **output**(2) | 152:12 159:1 |
| **outright**(1) | 212:7 |
| **outside**(4) | 17:21 30:15 178:19 215:24 |
| **outstanding**(8) | 217:5 219:8 219:9 220:2 221:6 221:11 221:25 223:18 |
| **outward**(1) | 136:20 |
| **ovation**(1) | 143:9 |
| **over**(25) | 14:9 16:23 17:7 19:2 23:3 25:24 42:20 45:20 50:5 52:2 103:6 105:19 110:11 148:2 154:16 167:2 172:13 186:11 191:8 194:24 202:23 207:12 209:8 215:2 225:17 |
| **overall**(4) | 88:2 109:14 208:19 212:20 |
| **overflow**(1) | 137:25 |
| **overhead**(2) | 45:9 54:5 |
| **overnight**(1) | 226:18 |
| **overruled**(3) | 90:10 106:16 136:15 |
| **overview**(2) | 19:13 21:13 |
| **own**(6) | 65:21 148:9 148:17 164:7 176:25 185:20 |
| **owned**(17) | 23:7 23:7 23:7 23:8 23:12 44:18 49:4 49:12 52:8 55:23 58:3 64:14 64:14 175:9 175:10 188:4 |
| **owner**(1) | 191:11 |
| **owners**(7) | 71:14 168:14 191:10 204:12 204:14 204:16 209:24 |
| **ownership**(5) | 56:14 202:25 203:23 204:8 204:10 |
| **owns**(13) | 21:21 50:7 68:11 156:18 156:18 169:23 169:24 170:6 170:9 178:15 178:16 179:12 181:22 |
| **o'melveny**(1) | 7:35 |
| **p.a**(1) | 1:36 |
| **p.m**(3) | 137:19 137:19 227:3 |
| **page**(147) | 16:14 16:25 18:7 21:16 22:4 27:20 28:13 28:18 32:17 34:20 38:15 38:18 45:15 47:21 48:21 53:12 55:7 57:22 58:16 63:2 63:21 67:12 68:16 72:6 72:7 73:12 75:19 79:6 79:19 83:2 83:3 83:19 90:23 90:23 91:1 91:4 91:7 91:7 93:2 93:20 95:7 98:4 102:6 102:7 102:8 102:22 104:13 104:15 104:21 105:3 108:7 108:13 109:23 110:15 110:23 110:25 111:21 112:1 112:17 113:17 113:10 113:13 115:7 115:8 115:9 115:11 115:13 116:20 116:23 117:1 117:11 117:19 117:21 119:1 119:15 119:18 120:8 120:10 120:11 120:11 120:22 120:25 121:1 121:6 121:8 121:25 122:2 122:3 123:18 123:22 130:9 130:13 131:24 132:11 133:15 134:4 145:2 151:18 152:14 152:15 152:19 152:20 154:24 157:2 157:3 159:12 167:7 167:23 171:7 171:9 171:23 176:1 176:9 178:2 180:22 185:13 186:15 187:14 188:5 190:1 194:24 202:22 206:8 206:10 208:25 209:3 209:9 210:25 211:1 211:6 211:7 211:8 211:10 211:13 211:17 211:21 211:22 212:10 213:24 218:12 218:19 218:20 219:5 220:5 220:5 220:17 |
| **paid**(4) | 26:6 26:7 64:19 167:1 |
| **paper**(6) | 30:8 31:1 36:20 36:23 127:22 211:11 |
| **paper-by-paper**(1) | 94:14 |
| **papers**(18) | 30:4 30:5 30:14 30:14 30:18 31:2 31:4 31:4 36:15 71:16 71:20 104:24 155:16 155:17 155:21 156:5 156:17 228:11 |
| **parade**(1) | 226:20 |
| **paragraph**(4) | 194:25 202:20 202:23 202:24 |
| **parameters**(2) | 220:16 223:21 |
| **pardon**(1) | 187:21 |
| **parent**(1) | 180:12 |
| **park**(4) | 4:2 4:39 6:18 11:26 |
| **parke**(1) | 2:34 |
| **part**(20) | 18:20 19:1 19:12 19:22 25:4 29:4 59:4 91:17 95:22 107:19 147:9 147:12 148:13 153:2 153:3 166:23 167:24 184:21 212:11 216:5 |
| **participants**(2) | 50:5 216:21 |
| **particular**(11) | 31:15 50:9 57:15 105:4 112:6 159:22 169:8 183:10 203:15 212:18 212:19 |
| **particularly**(7) | 76:10 99:19 158:9 174:21 186:7 192:19 216:23 |
| **parties**(4) | 137:22 138:10 139:9 140:11 |
| **partner**(10) | 10:16 14:7 59:7 141:17 142:4 178:10 178:12 179:9 183:21 214:23 |
| **partners**(13) | 6:13 8:14 8:44 10:32 10:32 12:11 12:15 12:36 15:17 15:18 18:1 178:10 223:5 |
| **partnership**(47) | 55:22 55:24 56:17 57:1 57:20 59:7 59:11 59:13 59:15 59:16 59:24 60:6 62:20 62:23 63:15 64:5 65:7 67:4 116:13 176:21 176:22 176:24 177:3 178:11 178:11 179:7 179:18 180:5 180:8 180:19 181:7 181:9 182:5 182:20 183:7 184:15 185:5 185:11 185:24 185:25 186:11 187:2 187:3 189:15 192:19 207:25 208:4 |
| **partnerships**(2) | 181:5 181:6 |
| **parts**(24) | 21:20 22:8 22:10 22:12 22:13 22:14 22:20 25:10 28:11 28:24 38:19 39:18 45:25 55:17 69:21 69:25 73:1 114:13 134:22 153:4 153:24 162:18 |
| **party**(2) | 11:4 12:11 |
| **parver**(1) | 4:37 |
| **passed**(1) | 72:23 |
| **passes**(1) | 205:21 |
| **past**(2) | 215:22 225:3 |
| **patrick's**(1) | 226:20 |
| **paul**(1) | 9:4 |
| **pause**(2) | 52:14 75:24 |
| **pay**(6) | 64:18 65:17 65:21 66:3 156:23 181:25 |
| **paying**(3) | 183:22 183:25 183:25 |
| **payments**(2) | 54:20 54:23 55:1 |
| **peer**(2) | 223:5 228:13 |
| **peer**(27) | 25:17 28:19 49:17 132:25 148:7 152:16 154:1 154:12 162:9 163:12 167:20 168:10 171:4 171:25 172:22 173:9 174:1 175:12 175:13 180:17 182:16 200:8 218:14 220:23 221:12 221:13 221:14 |
| **peers**(18) | 47:13 103:2 107:17 134:23 171:11 197:16 217:19 218:11 218:21 220:6 220:11 220:19 220:21 220:22 220:24 220:25 222:9 223:1 |
| **peg**(1) | 12:45 |
| **pejorative**(1) | 170:1 |
| **pennock**(1) | 9:11 |
| **pennsylvania**(2) | 1:47 16:2 |
| **pension**(5) | 54:6 54:11 54:15 54:18 79:16 |
| **people**(35) | 17:3 20:21 42:17 51:25 53:4 56:7 56:9 64:25 65:1 65:1 66:12 95:16 132:5 138:1 138:3 140:20 145:5 148:16 158:7 164:5 166:24 172:17 173:22 179:15 181:4 187:22 195:6 195:9 195:10 195:10 195:12 203:18 204:6 212:6 212:21 |
| **per**(2) | 55:2 223:9 |
| **percent**(82) | 34:15 34:15 35:1 35:3 35:4 36:3 36:4 47:3 47:3 50:3 50:24 50:25 51:3 51:16 51:20 51:23 51:23 55:24 56:15 59:7 59:14 59:17 64:6 64:7 69:5 77:4 109:14 109:17 115:21 115:21 133:9 136:9 136:11 161:2 161:3 161:5 161:6 164:9 174:9 174:10 175:5 175:6 176:21 176:2 176:24 182:1 183:6 184:11 184:12 189:10 191:22 192:5 192:7 192:10 215:1 217:4 219:20 219:20 220:12 220:13 220:14 221:7 221:8 221:16 221:18 221:19 221:24 222:2 222:5 222:5 222:7 222:8 222:11 222:15 222:15 222:19 223:17 223:19 223:20 |
| **percent/47**(1) | 222:8 |
| **percentage**(17) | 97:10 97:12 97:15 97:20 136:9 136:11 219:8 219:11 220:2 220:3 221:5 221:11 221:21 221:22 222:1 222:2 222:10 222:20 |
| **percentile**(6) | 220:10 220:12 221:5 221:17 222:15 222:22 |
| **perception**(1) | 156:1 |
| **perfect**(3) | 29:25 154:12 156:10 |
| **perform**(7) | 48:18 49:24 50:16 80:1 147:16 158:20 173:13 |
| **performance**(8) | 74:9 158:18 158:19 161:12 165:23 200:7 200:9 216:21 |
| **performed**(14) | 17:17 19:17 21:15 26:15 45:17 62:7 62:14 62:17 62:23 131:4 144:24 159:5 173:19 184:14 |
| **performing**(1) | 126:2 |
| **perhaps**(4) | 56:19 162:12 162:15 165:24 |
| **period**(18) | 25:25 26:2 45:20 93:23 105:17 105:19 105:25 108:14 131:13 142:7 150:18 159:10 159:15 198:19 201:19 207:9 207:12 220:24 |
| **periodically**(1) | 168:3 |
| **pernick**(1) | 1:37 |
| **perpetuitive**(1) | 174:2 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| perpetuity(1) 160:10 | | polk(2) 2:4  10:12 | | primary(2) 23:9  29:19 | | provided(8) 18:20  78:21  80:10  82:17 | |
| person(4) 20:25  142:21  201:22  215:6 | | pop(1) 49:9 | | primoff(2) 4:36  4:38 | | 103:2  121:14  159:9  161:25 | |
| personal(1) 148:17 | | popular(4) 56:12  60:18  178:7  181:21 | | principak(7) 49:6  55:13  58:4  71:11  130:20 | | | |
| personally(3) 91:11  91:21  188:10 | | portfolio(2) 15:16  168:19 | | 154:22  215:17 | | providence(1) 183:21 | |
| persons(1) 195:1 | | portion(1) 181:6 | | | | provider(1) 49:7 | |
| perspective(6) 76:23  77:1  104:16  132:13 | | portland(1) 169:25 | | principally(15) 23:23  27:20  29:6  29:7 | | provides(2) 15:7  49:10 | |
| 163:19  219:2 | | posited(1) 222:4 | | 41:2  42:6  43:15  57:23  57:25  60:23  73:1 | | providing(3) 64:20  103:6  199:24 | |
| | | position(3) 15:4  142:3  163:22 | | 76:8  112:16  122:7  135:10 | | provision(1) 217:3 | |
| perspectives(2) 37:9  132:5 | | positive(2) 34:15  103:8 | | | | proxy(5) 30:7  160:5  166:25  167:4  183:10 | |
| pertained(1) 198:2 | | possibility(1) 195:9 | | principle(2) 122:20  126:5 | | public(12) 95:23  156:1  156:15  160:5 | |
| pertains(1) 172:24 | | possible(3) 100:11  106:25  222:4 | | print(3) 102:17  102:20  207:17 | | 164:10  164:19  164:22  164:22  167:2  179:6 | |
| peter(3) 10:13  11:40  12:37 | | posting(1) 67:18 | | prior(13) 15:17  15:19  15:20  17:24  17:25 | | 181:1  217:8 | |
| phase(1) 129:6 | | potential(3) 36:17  220:10  220:11 | | 18:3  142:8  143:15  144:20  179:9  187:17 | | | |
| phelps(1) 12:19 | | potter(1) 4:26 | | 215:6  216:3 | | public-industry(4) 218:11  220:6  220:11 | |
| philip(1) 4:17 | | power(1) 15:13 | | | | 223:1 | |
| phoenix(1) 169:25 | | powlen(2) 5:19  5:38 | | private(1) 15:18 | | | |
| phrase(1) 100:20 | | ppearances(6) 1:23  2:1  3:1  4:1  5:1  6:1 | | probably(15) 46:7  60:20  76:20  76:25 | | publicly(5) 65:22  65:23  66:2  66:3  180:14 | |
| pick(1) 154:6 | | practice(11) 15:12  86:10  86:12  86:14 | | 110:17  113:25  115:4  127:7  127:11  127:21 | | publicly-availablc(1) 218:7 | |
| pickering(1) 7:23 | | 142:13  143:15  143:16  195:8  215:22  219:2 | | 166:22  168:1  168:25  191:12  193:25 | | publish(2) 37:16  213:21 | |
| picture(1) 134:21 | | 222:25 | | | | publishing(94) 21:22  22:16  22:22  25:17 | |
| piece(7) 52:22  134:7  168:12  168:12  168:13 | | practices(6) 216:3  216:6  217:12  217:13 | | proceed(4) 19:7  80:24  140:15  146:10 | | 27:7  27:12  27:18  27:24  28:7  28:15  30:10 | |
| 176:2  185:11 | | 217:15  218:10 | | proceedings(5) 1:18  1:51  215:10  227:3 | | 32:14  32:20  33:15  34:18  34:24  36:1  36:21 | |
| | | | | 227:7 | | 37:12  38:12  39:24  46:6  53:17  53:21  54:12 | |
| pieces(7) 38:25  74:3  75:23  153:8  157:17 | | precedent(64) 25:13  26:3  26:4  26:5  37:25 | | | | 72:14  73:4  74:7  90:24  91:11  95:7  96:10 | |
| 168:11  191:3 | | 38:1  38:4  48:6  49:13  49:23  49:24  49:25 | | proceeds(1) 225:22 | | 96:14  97:1  97:8  100:19  100:24  100:25 | |
| | | 51:4  51:5  51:19  56:23  59:19  59:22  59:25 | | process(10) 50:2  51:7  51:13  51:20  93:21 | | 101:5  102:9  102:23  104:8  104:22  105:3 | |
| place(11) 103:7  140:25  148:6  154:7 | | 60:13  61:3  61:17  61:22  62:1  62:3  64:4 | | 94:8  113:15  113:19  155:7  195:7 | | 105:5  107:6  107:12  107:14  108:11  109:8 | |
| 154:22  161:15  166:13  166:13  167:10 | | 64:7  64:15  64:21  65:4  65:11  65:12  65:16 | | | | 109:14  110:3  127:2  132:22  134:19  134:19 | |
| 172:14  174:11 | | 67:21  68:18  68:22  70:21  85:14  85:17 | | produced(1) 1:52 | | 134:24  143:20  143:22  144:12  146:6  148:15 | |
| placed(4) 180:15  184:11  213:24  214:1 | | 92:10  92:17  113:14  114:16  114:21  115:1 | | product(3) 142:22  197:9  198:20 | | 150:10  150:11  151:3  151:11  151:17 | |
| places(1) 156:7 | | 115:18  120:7  121:5  121:17  124:1  124:19 | | prof(1) 10:36 | | 151:23  153:24  154:8  154:10  154:16  155:18 | |
| plan(34) 17:11  18:21  75:12  75:18  80:1 | | 130:17  151:9  160:22  166:11  166:14  167:4 | | professional(6) 35:23  76:9  92:16  92:23 | | 158:21  159:2  159:9  163:15  166:1  167:17 | |
| 80:6  80:12  86:11  89:2  89:7  91:19  97:20 | | 167:10  174:11  179:20  182:4  184:13  189:1 | | 196:4  215:16 | | 173:22  187:17  203:5  207:5  207:11  209:5 | |
| 100:9  100:14  101:5  101:9  127:14  129:25 | | 189:25 | | | | 209:7  211:9  211:22  211:25  212:9  213:2 | |
| 139:3  147:21  148:9  157:24  196:22  204:11 | | precedent's(1) 50:25 | | proffer(6) 19:3  146:5  214:12  214:22  215:6 | | 213:8  213:22  228:22 | |
| 214:25  216:8  216:9  217:1  217:11  219:6 | | precedents(4) 51:2  151:15  166:24  182:10 | | 224:5 | | | |
| 219:23  225:8  225:10  228:12 | | precise(1) 178:12 | | | | pulitzer(4) 143:11  145:14  145:14  145:15 | |
| | | precision(1) 155:7 | | profile(3) 33:23  34:2  46:11 | | pull(3) 108:7  136:3  200:23 | |
| plans(3) 215:7  215:20  218:8 | | predict(1) 203:2 | | profitability(2) 160:4  164:4 | | pulls(1) 113:8 | |
| plant(1) 207:18 | | predicted(1) 176:4 | | profitable(6) 39:6  39:10  39:12  40:9 | | purchase(1) 182:12 | |
| play(20) 28:22  28:23  29:15  39:17  40:2 | | predicting(1) 200:8 | | 111:24  112:22 | | purchasing(1) 168:25 | |
| 40:3  41:14  73:13  111:8  112:16  127:23 | | preempted(1) 171:5 | | | | pure(21) 28:22  28:23  29:7  39:15  39:17 | |
| 154:3  154:6  168:10  168:24  169:5  172:1 | | prefer(2) 131:19  190:13 | | program(1) 218:15 | | 39:20  40:2  40:3  40:14  40:15  41:14  47:21 | |
| 195:21  213:13  213:22 | | preferable(1) 125:2 | | programming(22) 42:5  55:25  168:5  172:1 | | 111:8  112:15  154:3  154:6  154:10  168:20 | |
| | | preference(1) 47:2 | | 172:2  172:8  172:10  172:10  172:12  172:16 | | 168:24  169:5  171:25 | |
| played(2) 127:24  195:23 | | preliminary(6) 19:18  71:7  71:9  78:10  79:3 | | 172:18  172:19  173:2  175:22  175:23  175:2 | | | |
| plays(6) 29:8  39:21  40:14  40:15  47:21 | | 79:8 | | 178:8  178:9  178:15  182:9  184:4  184:6 | | purely(3) 155:18  169:10  198:2 | |
| 168:20 | | | | | | purpose(3) 216:20  223:9  223:22 | |
| | | premier(1) 56:2 | | programs(1) 215:17 | | purposes(3) 20:18  117:14  215:11 | |
| plaza(3) 2:42  4:29  5:7 | | premise(2) 108:4  134:22 | | project(2) 107:13  145:4 | | put(12) 22:5  50:1  74:23  104:18  105:1 | |
| please(69) 14:2  14:16  19:21  27:9  28:3 | | premium(13) 43:22  61:20  64:18  65:3  65:3 | | projected(2) 99:16  99:17 | | 140:16  157:23  177:15  184:19  184:20 | |
| 34:16  34:16  37:17  38:6  39:7  53:5  53:12 | | 65:13  65:17  65:21  66:3  66:15  122:9  167:3 | | projecting(2) 97:13  97:15 | | 202:18  225:2 | |
| 55:16  64:2  68:6  70:7  72:5  73:23  74:21 | | 167:3 | | projecting(6) 25:25  26:2  45:20  96:15 | | | |
| 79:25  83:2  90:12  90:13  90:23  101:18  102:6 | | | | 107:16  117:23 | | puts(1) 20:5 | |
| 102:14  104:13  104:14  105:6  108:7  109:18 | | premiums(4) 26:6  64:19  167:1  167:2 | | | | putting(1) 165:4 | |
| 109:23  110:15  112:4  113:10  115:7  116:20 | | preparation(4) 82:25  102:3  194:13  201:23 | | projections(75) 24:18  24:21  25:6  25:8 | | | |
| 120:22  121:22  121:25  127:23  128:19  130: | | prepare(5) 24:14  71:16  98:11  149:5  212:7 | | 34:5  36:12  37:2  37:3  50:18  63:7  67:25 | | quadrant(3) 152:13  171:22  185:13 | |
| 130:9  137:20  140:24  141:2  141:4  145:25 | | prepared(21) 20:9  24:18  36:13  37:3  54:22 | | 80:10  90:24  91:3  91:10  91:22  93:3  93:6 | | qualifications(1) 215:8 | |
| 152:6  158:23  160:13  174:4  177:12  179:21 | | 71:8  85:10  85:16  109:3  114:10  118:21 | | 93:22  94:1  94:11  94:14  94:16  94:17  95:8 | | qualified(1) 18:24 | |
| 184:22  186:15  187:15  189:12  194:20 | | 126:12  169:12  184:24  202:9  202:11  206:1 | | 96:22  96:22  97:7  98:15  98:16  99:12  99:15 | | quarter(1) 97:6 | |
| 195:21  199:9  199:9  206:8  208:22  209:1 | | 208:13  217:17  225:9  226:3 | | 100:3  100:10  100:20  100:24  101:11  102:1 | | quarters(1) 97:2 | |
| 210:5  210:25 | | | | 102:23  104:8  104:17  104:17  105:5  105:20 | | quereshi(1) 214:4 | |
| | | preparing(7) 20:17  71:4  71:5  78:19  85:13 | | 105:23  106:18  108:6  118:14  118:15  118:1 | | question(32) 33:16  41:11  59:8  64:10  75:15 | |
| pllc(1) 5:31 | | 199:23  200:14 | | 125:11  125:23  126:1  126:11  127:2  131:10 | | 83:18  90:1  90:9  90:15  97:24  101:9  106:15 | |
| podium(2) 14:9  139:21 | | | | 132:17  136:8  136:10  136:24  161:23  162:2 | | 106:24  112:24  113:24  121:4  121:11  128:4 | |
| point(46) 12:31  12:31  20:11  22:24  28:1 | | present(8) 25:23  25:25  32:23  54:2  55:5 | | 162:13  162:16  162:21  163:3  163:4  204:20 | | 136:13  157:23  160:8  170:16  171:5  177:5 | |
| 32:7  35:24  43:12  48:11  76:16  76:17  77:10 | | 100:2  100:10  125:15 | | 205:12  205:17  205:20  206:13  206:14  207:5 | | 180:2  184:8  198:11  207:14  212:22  213:19 | |
| 77:15  77:22  93:10  93:21  94:13  96:9  103:6 | | | | 210:15 | | 213:25  225:24  226:2 | |
| 103:11  103:18  104:19  106:7  106:19  118:2 | | presentation(4) 124:3  149:4  166:10  224:18 | | | | | |
| 119:21  128:21  132:4  132:12  145:5  147:18 | | presented(4) 148:8  157:23  161:9  162:23 | | projects(2) 109:9  205:8 | | questions(16) 25:5  110:21  114:5  126:16 | |
| 147:21  147:22  149:2  152:1  152:2  163:24 | | presenting(1) 14:7 | | proper(1) 216:23 | | 128:17  131:3  131:5  131:15  132:16  132:19 | |
| 169:11  173:9  177:24  178:13  184:14  185:2 | | presume(2) 203:15  209:24 | | proponents(4) 89:3  139:3  225:11 | | 133:9  133:23  133:25  135:2  135:4  193:23 | |
| 191:17  192:11  224:14 | | pretty(4) 34:1  38:4  108:21  224:17 | | proportion(1) 154:19 | | | |
| | | prevail(1) 37:1 | | proposed(4) 147:24  220:14  222:24  223:20 | | quick(2) 116:5  207:20 | |
| pointed(2) 118:21  121:14 | | previous(4) 63:20  127:24  136:9  136:11 | | prospects(1) 65:25 | | quickly(1) 108:21 | |
| points(5) 51:11  67:7  76:15  98:24  206:17 | | previously(1) 170:25 | | provide(6) 17:16  21:13  50:10  80:17 | | quite(6) 21:17  143:12  161:9  161:19  171:3 | |
| policy(1) 88:22 | | price(2) 65:17  182:1 | | 85:19  86:13  142:20  142:23  147:18  159:4 | | 176:4 | |
| political(6) 44:23  44:23  44:25  45:2  74:12 | | prices(4) 87:6  87:16  161:11  161:11 | | 217:2 | | | |
| 175:25 | | primarily(3) 25:20  29:21  44:2 | | | | quo(1) 100:21 | |
| | | | | | | quoted(1) 158:13 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **qureshi**(49) 4:18 19:6 27:2 72:1 80:21 80:24 81:1 81:3 81:5 90:8 90:14 94:20 95:3 95:5 95:20 96:4 96:8 98:6 98:9 101:23 102:2 106:22 116:16 128:18 128:2 129:2 129:5 129:7 129:17 129:22 130:7 132:1 135:25 136:2 136:22 137:8 137:18 146:9 149:17 162:3 193:1 193:5 193:10 194:5 195:21 199:11 199:14 210:4 210:7 | | **reasonable**(33) 37:8 51:15 61:24 75:17 77:13 77:14 77:21 77:24 86:6 89:1 100:16 105:22 106:11 113:9 119:8 135:21 159:14 162:20 163:18 163:22 163:25 166:16 190:24 191:16 191:18 191:20 211:25 212:2 217:5 217:11 219:25 222:25 225:6 | | **reforecast**(4) 126:11 126:25 127:14 128:2 **reform**(1) 213:19 **regard**(3) 95:13 155:16 155:19 **regarding**(2) 139:4 213:25 **regardless**(2) 220:1 221:5 **register**(1) 144:15 **registrants**(1) 164:22 **regular**(2) 42:16 216:5 **reinvent**(1) 203:19 **rejected**(1) 167:5 **relate**(1) 136:18 | | **report**(113) 18:12 18:18 20:8 20:8 20:9 20:13 21:4 21:7 21:12 24:14 26:9 26:14 26:21 33:11 56:22 56:22 63:6 63:10 72:12 75:10 78:24 81:8 81:18 81:22 81:23 82:3 82:5 82:22 82:23 82:25 83:2 83:14 83:19 84:1 84:14 84:15 84:23 85:3 85:5 85:16 85:25 86:13 90:22 91:6 93:2 93:5 93:20 94:2 94:22 104:3 105:2 108:8 108:13 109:8 110:16 111:5 113:10 114:10 115:7 115:9 115:25 116:4 116:25 119:16 120:12 121:12 121:19 121:22 121:24 121:25 123:23 124:13 124:24 140:8 149:5 149:12 149:15 186:21 194:14 197:10 198:1 198:2 198:9 198:17 198:19 198:20 199:4 199:22 199:23 200:3 200:14 200:20 201:21 201:23 202:1 202:3 202:6 202:15 202:22 205:16 206:9 206:9 208:11 215:10 217:17 218:4 223:4 223:6 228:13 228:14 228:16 228:17 228:18 |
| **rachel**(1) 56:6 **radio**(1) 143:6 **raise**(1) 140:24 **raised**(1) 126:15 **raising**(1) 145:7 **ran**(2) 110:2 147:3 | | | | **related**(10) 19:22 23:23 24:7 25:3 56:3 56:8 56:11 123:9 136:19 223:10 | | |
| | | **reasonableness**(19) 21:3 21:6 21:11 30:25 31:18 43:25 69:17 70:6 75:11 75:13 79:24 79:24 82:10 91:12 91:22 101:10 125:11 126:1 135:19 | | **relates**(1) 54:13 **relation**(2) 179:8 200:16 **relationship**(2) 146:19 178:22 **relationships**(4) 41:2 41:9 41:13 142:18 **relative**(7) 30:9 77:3 182:2 186:11 210:24 217:11 222:25 | | **reported**(3) 72:24 79:13 164:15 **reports**(8) 103:20 156:20 158:14 197:20 197:25 200:13 223:3 223:23 |
| **range**(126) 15:10 17:1 17:9 22:25 23:4 27:23 27:25 28:16 28:20 29:20 29:22 30:21 30:25 31:9 31:13 31:14 31:17 31:20 34:7 34:17 34:21 37:13 38:12 38:21 40:16 40:18 40:20 42:14 43:8 43:10 43:19 43:20 45:6 45:10 46:24 47:20 48:10 51:15 57:3 58:15 58:15 60:5 61:2 61:6 61:12 61:15 61:20 61:22 62:25 63:3 63:15 65:6 65:8 65:9 65:13 67:2 67:24 68:17 69:7 73:22 77:8 77:11 77:12 77:20 77:22 103:9 111:23 112:21 112:25 113:5 113:15 119:10 120:18 120:20 122:6 122:14 123:5 123:6 130:16 130:16 130:22 130:25 134:14 135:17 135:19 150:19 150:20 151:23 151:25 152:1 152:2 157:2 157:10 157:12 159:16 160:18 161:12 161:17 163:11 163:16 169:12 171:7 171:10 171:18 173:1 175:4 177:20 177:20 180:1 180:9 180:10 181:12 181:16 181:16 182:18 182:19 182:25 183:9 185:12 188:18 189:10 191:2 192:11 212:22 | | **rebuttal**(4) 80:17 192:22 201:4 226:3 **recall**(27) 91:11 91:14 91:21 93:4 93:25 109:10 114:23 114:25 125:14 126:8 131:5 131:9 132:19 133:8 133:24 135:1 135:4 152:13 162:17 162:18 165:18 196:1 197:1 197:19 205:14 207:1 207:4 | | **relatively**(1) 174:22 **released**(1) 196:22 **relevance**(5) 133:14 133:16 136:7 214:1 214:1 **relevant**(9) 59:25 60:2 60:11 104:10 124:19 124:23 134:23 151:15 185:22 **reliable**(5) 51:11 67:21 106:18 127:17 166:18 | | **represent**(2) 73:21 90:8 **representation**(1) 191:14 **representatives**(4) 25:3 125:14 **represents**(2) 77:23 94:9 **repurchase**(1) 179:8 **request**(2) 198:8 201:5 **requested**(9) 198:16 199:3 199:7 199:21 200:2 200:5 200:11 200:19 225:15 |
| | | **receive**(2) 24:18 197:20 **received**(21) 26:25 50:4 71:10 72:3 96:2 113:22 114:4 148:12 149:20 162:8 198:23 198:24 199:23 199:21 200:3 200:19 204:2 216:18 218:2 224:4 228:10 | | **reliance**(4) 48:2 51:22 166:13 167:10 **relied**(28) 27:20 28:19 29:7 31:8 37:23 47:10 50:2 57:23 58:1 70:18 72:7 73:9 84:17 94:18 112:15 113:5 114:21 117:12 120:6 120:9 121:13 130:20 190:2 197:8 197:21 198:15 199:23 200:14 | | **require**(1) 107:1 **required**(1) 144:7 **requirement**(1) 106:21 **requirements**(1) 54:9 **requires**(2) 92:15 107:3 **reruns**(2) 42:7 42:24 **research**(4) 66:11 164:15 198:3 200:9 |
| **ranges**(2) 183:1 221:17 **rarely**(1) 29:25 **rate**(12) 32:23 33:6 34:14 34:15 107:15 108:3 108:25 109:1 130:16 132:7 136:23 153:10 **rated**(1) 47:16 **rates**(9) 59:2 70:22 94:18 133:9 133:12 133:17 136:19 160:9 195:2 | | **recent**(6) 88:3 146:14 151:15 182:10 182:16 223:11 **recently**(4) 17:2 109:6 179:16 218:15 **recess**(2) 52:15 52:20 157:11 137:16 | | **relies**(2) 87:15 115:1 **rely**(15) 38:1 38:2 38:3 39:19 51:5 81:23 86:21 92:23 114:12 125:4 162:20 183:15 197:25 199:24 208:8 **relying**(4) 113:15 126:1 162:12 162:16 | | **researched**(1) 180:13 **resemblanc**(1) 30:5 **reserve**(26) 215:1 217:4 217:10 217:14 218:10 219:6 219:7 219:11 219:12 219:22 220:2 220:3 220:14 221:6 221:10 221:20 221:24 222:1 222:6 222:10 222:18 222:20 222:24 223:10 223:17 223:20 |
| **rath**(3) 3:5 3:7 6:37 **rather**(2) 101:20 107:7 **ray**(1) 56:6 **raymond**(1) 10:36 **reach**(2) 21:6 42:20 **reached**(4) 50:5 85:24 85:25 100:18 **reacquaint**(1) 148:1 **reacquainted**(3) 148:4 148:19 148:20 **read**(10) 48:13 95:1 96:20 148:11 198:22 199:6 199:8 199:8 203:5 203:6 | | **recorded**(1) 1:51 **recording**(1) 1:51 195:23 227:6 **records**(1) 215:9 **recover**(1) 37:7 **recoveries**(3) 89:13 89:21 90:16 **recovering**(2) 39:10 39:11 **recovery**(1) 89:14 **recross**(3) 135:24 136:1 228:2 **recurring**(1) 44:21 **red**(10) 29:16 29:17 30:12 30:22 154:25 155:2 156:2 156:25 156:25 169:4 | | **remain**(3) 36:18 140:24 207:11 **remaining**(2) 66:1 128:25 **remains**(2) 105:17 106:3 **remedial**(1) 55:4 **remember**(23) 28:24 44:20 58:2 61:5 64:12 64:19 73:20 88:10 91:16 91:18 93:12 99:5 112:15 112:23 113:7 114:11 119:21 134:16 135:18 183:19 197:21 197:22 203:10 **remind**(3) 127:22 140:7 174:10 **reminded**(1) 175:20 **reminding**(1) 46:7 **remote**(1) 49:8 **removed**(1) 99:21 **reorganization**(4) 19:4 80:14 144:15 218:8 **reorganized**(1) 144:15 **repeat**(2) 59:8 90:12 **rephrase**(1) 162:4 **replace**(1) 131:17 **replaced**(1) 119:3 **replacing**(1) 131:16 | | **reserves**(3) 215:21 217:7 219:7 **resolved**(1) 90:5 **respect**(21) 22:9 27:12 30:16 54:23 58:18 64:12 73:4 82:3 83:12 84:18 85:14 99:24 102:19 144:13 144:14 179:25 185:24 201:21 214:12 215:4 217:18 **respected**(1) 153:12 **respectively**(1) 223:7 **respects**(1) 47:24 **responding**(1) 213:25 **response**(10) 74:24 75:3 95:25 110:19 129:11 202:16 210:10 216:15 224:8 224:9 **responsible**(6) 82:24 142:22 145:4 166:23 201:16 201:23 **rest**(2) 97:8 177:9 **restricted**(1) 219:16 **restrictions**(1) 63:8 **restructuring**(14) 15:5 16:19 16:21 16:23 17:7 17:10 17:18 17:22 83:11 144:5 144:5 144:9 144:10 215:24 **restructurings**(5) 16:17 143:23 144:1 144:2 144:6 **result**(4) 46:11 127:13 128:1 206:18 **results**(6) 32:8 57:18 72:23 82:16 82:17 123:10 163:10 223:12 **resume**(1) 52:18 |
| **reading**(1) 157:14 **reads**(1) 198:25 **ready**(3) 14:5 140:5 226:6 **real**(7) 71:3 71:6 78:20 123:6 123:23 164:12 207:20 **reality**(1) 68:17 **realize**(3) 57:10 76:4 78:4 **realizing**(1) 129:25 **really**(26) 20:5 21:17 21:18 21:20 33:18 38:4 48:12 75:22 81:22 89:20 122:9 132:12 151:15 153:8 155:15 155:18 158:1 161:16 169:8 171:3 172:11 183:22 188:11 189:1 189:25 214:10 | | **redid**(1) 149:1 **redirect**(6) 128:24 129:12 129:13 210:11 210:13 228:2 **redoing**(1) 150:19 **reduction**(3) 23:17 171:15 192:8 **refer**(3) 42:3 42:17 202:17 **reference**(13) 27:25 104:19 112:25 113:5 150:19 150:20 151:23 151:24 152:1 160:1 169:11 180:1 188:18 **referencing**(1) 118:2 **referred**(1) 197:2 **referring**(5) 16:11 116:18 199:2 199:20 218:5 | | | | |
| **realm**(1) 6:13 **reapply**(1) 167:3 **rearview**(1) 157:25 **reason**(2) 186:9 187:8 | | **reflect**(16) 54:8 61:15 71:21 74:11 74:19 78:22 95:21 100:3 100:24 119:21 123:15 124:13 124:18 124:22 127:1 202:25 **reflected**(12) 56:22 71:16 72:10 100:20 101:10 116:2 117:4 167:2 183:17 183:20 186:24 218:12 **reflects**(11) 26:1 26:14 70:11 72:7 78:8 96:25 104:22 117:24 122:9 122:16 135:10 | | | | |

| Word | Page:Line |
|------|-----------|
| retested(1) 149:1 | |
| reveal(1) 212:25 | |
| revealed(3) 185:12 185:16 212:13 | |
| revealing(3) 108:16 117:2 152:14 | |
| reveals(1) 167:18 | |
| revenue(28) 29:12 29:13 29:13 36:21 39:22 39:24 43:12 43:14 43:14 43:16 44:5 44:25 45:3 46:16 100:2 100:12 101:14 102:17 102:21 104:22 107:18 122:22 123:7 127:18 129:23 160:2 164:6 188:9 | |
| revenues(13) 29:14 43:15 44:4 96:17 99:17 100:7 101:16 103:12 127:13 128:1 154:19 188:13 210:19 | |
| review(15) 24:19 60:14 86:24 117:9 185:1 185:1 185:3 216:25 218:9 | |
| revised(1) 97:7 | |
| revisit(2) 69:14 126:17 | |
| revitalize(1) 35:13 | |
| rice(1) 5:31 | |
| richards(1) 2:13 | |
| ridings(1) 86:17 | |
| rifkind(1) 9:4 | |
| right(248) 16:12 19:23 28:9 28:18 28:21 29:16 31:23 38:16 39:14 40:11 42:11 46:17 48:7 53:14 59:20 62:5 65:21 66:4 69:10 69:21 71:2 81:15 81:19 82:3 82:6 82:10 82:18 82:25 83:3 83:17 83:24 83:25 86:1 86:17 86:18 87:2 87:6 87:16 87:21 88:13 88:14 91:3 91:5 91:8 91:20 91:23 91:25 92:1 92:13 92:22 92:24 93:24 94:4 94:5 94:6 94:11 94:22 95:2 95:18 96:16 97:5 97:8 98:10 98:14 98:18 99:1 99:6 99:14 99:15 99:19 99:23 100:4 100:15 100:21 101:1 101:2 101:4 101:5 101:6 101:8 102:1 102:4 102:5 102:12 102:25 103:16 103:20 103:22 104:4 104:12 106:2 107:9 107:14 107:20 107:22 108:1 108:1 108:24 109:25 110:1 110:5 110:6 110:9 110:12 110:13 110:14 111:8 111:14 111:17 111:19 111:20 111:24 112:15 112:8 112:9 112:11 112:15 112:24 112:25 113:1 113:13 113:19 113:22 114:8 114:18 114:19 115:3 115:10 115:15 115:17 115:19 115:23 115:24 116:3 117:13 118:15 118:23 118:25 119:14 119:17 119:20 119:21 119:24 119:25 120:2 120:5 120:6 120:16 120:21 121:10 122:7 122:8 122:13 122:15 123:13 123:21 124:10 125:11 125:17 126:4 126:11 127:7 127:8 127:11 128:9 128:10 129:9 129:20 130:12 130:14 131:6 132:4 133:18 133:20 133:22 135:7 137:3 137:23 139:6 140:14 140:23 140:25 147:15 150:8 150:8 153:19 154:1 154:11 154:11 157:15 157:16 159:21 161:20 161:23 169:3 171:6 171:22 172:13 173:8 176:14 176:15 181:3 181:10 190:12 190:17 190:19 190:20 190:21 194:11 194:17 195:14 197:4 197:6 197:17 197:23 197:25 198:7 198:10 200:15 201:1 201:23 202:6 202:8 203:16 203:25 204:2 204:4 204:23 205:1 205:3 205:22 206:1 206:25 207:7 208:6 208:9 208:21 209:15 209:19 211:11 211:17 211:25 213:3 213:10 213:11 214:25 214:10 220:9 | |
| right-hand(6) 152:15 152:18 152:20 167:20 167:23 169:3 | |
| rights(2) 67:2 67:3 | |
| rise(1) 190:21 | |
| risk(2) 78:1 78:8 | |
| risks(1) 203:19 | |
| robert(5) 2:39 7:32 8:7 10:37 12:4 | |
| rochester(1) 9:29 | |
| rockefeller(1) 2:42 | |
| rodney(3) 2:15 13:12 13:13 | |
| rogers(1) 10:29 | |
| roitman(1) 6:25 | |
| role(3) 146:20 201:13 213:23 | |
| rolling(1) 176:5 | |
| room(1) 138:1 | |
| rosenblatt(1) 2:38 | |
| rosenman(1) 12:5 | |
| rosner(1) 11:29 | |
| roughly(2) 23:4 28:1 | |
| rounded(2) 135:20 135:21 | |
| row(4) 36:16 53:1 117:11 124:5 | |
| royal(2) 10:28 10:28 | |
| rsus(1) 221:25 | |
| rudnick(2) 6:4 8:4 | |
| rumored(1) 67:24 | |
| run(8) 118:25 131:25 188:23 191:6 212:6 212:9 212:11 212:12 | |
| running(1) 110:10 | |
| runs(4) 156:9 162:24 172:3 191:21 | |
| rushabh(1) 11:9 | |
| russano(1) 2:8 | |
| si (1) 181:3 | |
| saavedra(1) 9:44 | |
| sachs(2) 8:10 8:10 | |
| sacks(2) 13:4 13:4 | |
| sacramento(1) 156:6 | |
| safe(1) 114:9 | |
| said(56) 19:21 26:3 31:7 31:21 32:14 45:12 45:25 48:5 53:16 55:9 56:14 59:19 62:1 62:17 63:11 69:9 76:15 77:9 78:9 84:9 85:1 85:13 85:23 86:23 88:10 90:19 91:14 91:24 91:24 93:11 103:17 113:6 115:4 122:13 126:7 126:10 126:25 127:6 127:7 127:10 127:16 128:7 128:11 129:15 131:7 136:18 147:4 147:13 147:13 155:22 182:23 192:12 204:1 207:22 209:16 | |
| saint(1) 226:20 | |
| salability(1) 187:5 | |
| salary(1) 216:7 | |
| sale(4) 62:10 60:15 151:16 179:11 | |
| sales(3) 160:23 166:15 182:8 | |
| sam(1) 2:20 | |
| same(41) 45:1 45:19 49:19 57:2 58:25 59:5 63:25 64:23 73:9 78:24 81:23 81:24 81:24 99:10 103:16 103:20 104:5 105:8 105:19 105:25 106:1 107:16 112:20 112:2 120:8 130:22 130:25 131:5 131:10 150:1 151:4 156:21 168:6 168:7 181:12 182:1 189:22 189:24 193:23 193:24 218:14 | |
| sandridge(1) 5:30 | |
| satisfied(1) 185:23 | |
| saunders(8) 195:13 195:15 195:17 196:8 196:9 196:11 196:12 196:18 | |
| savings(1) 129:24 | |
| saw(1) 167:8 | |
| say(24) 19:15 46:8 50:1 66:12 88:5 101:2 121:20 128:16 140:20 148:25 160:20 163:10 163:20 163:25 164:13 169:14 170:2 170:2 172:17 174:23 195:19 201:6 201:18 206:13 | |
| saying(11) 35:7 35:12 36:5 41:8 47:23 61:13 64:17 64:22 65:15 88:20 126:18 | |
| says(22) 23:6 23:7 23:20 24:4 26:19 46:15 54:4 54:6 54:20 69:5 70:24 72:16 72:17 133:5 134:8 136:13 136:15 177:23 194:25 199:19 200:18 211:20 | |
| scenario(3) 100:24 110:10 222:6 | |
| scenarios(1) 222:4 | |
| schedule(2) 138:15 214:17 | |
| scheduled(1) 139:12 | |
| schedules(1) 73:21 | |
| scholer(2) 4:35 11:34 | |
| school(3) 16:1 16:3 145:22 | |
| schott(1) 10:33 | |
| schotz(1) 1:35 | |
| schuylkill(1) 1:46 | |
| schwartz(1) 10:37 | |
| schwinger(1) 2:39 | |
| science(1) 16:5 | |
| scope(1) 218:23 | |
| scotland(2) 10:28 10:28 | |
| scott(2) 8:11 11:44 | |
| screen(1) 105:11 | |
| screens(1) 140:19 | |
| scripps(51) 43:23 43:24 44:1 44:2 44:3 55:23 57:23 58:1 58:3 58:6 58:8 58:9 58:13 58:13 58:20 58:23 59:5 60:2 65:18 65:19 66:3 130:21 143:8 168:17 171:24 171:25 178:12 178:13 178:13 178:15 178:16 178:17 178:18 178:21 179:5 179:1 180:13 180:20 180:21 180:23 180:24 180:25 181:1 181:11 181:15 181:18 181:2 182:3 182:11 184:20 186:7 | |
| seal(3) 95:22 96:3 228:21 | |
| search(1) 70:21 | |
| seat(1) 36:16 | |
| seated(3) 14:2 137:20 141:2 | |
| seattle(1) 169:24 | |
| sec(1) 218:8 | |
| second(19) 16:25 30:16 76:1 76:15 76:17 87:3 92:1 96:5 109:20 116:22 136:5 147:22 168:13 194:24 205:2 208:23 211:1 218:17 220:21 | |
| secondly(2) 138:8 226:18 | |
| section(5) 91:5 214:24 214:25 217:1 | |
| sector(1) 102:24 | |
| sectors(1) 143:11 | |
| secular(9) 35:14 35:17 36:18 36:24 100:25 101:11 104:23 107:14 132:7 | |
| see(70) 20:7 27:7 29:15 31:19 36:12 37:25 40:8 41:25 42:8 43:20 46:8 47:20 47:21 48:16 55:19 58:10 58:16 72:14 72:16 72:18 74:14 74:18 75:8 75:21 82:18 83:14 96:23 97:14 98:12 98:17 101:21 105:16 112:7 116:25 117:2 117:5 117:21 118:3 121:5 134:8 135:16 150:11 150:12 154:24 157:10 157:14 165:9 166:11 168:4 168:16 170:15 171:16 173:10 175:9 176:12 190:1 191:6 194:1 194:25 195:2 195:20 199:15 206:15 209:3 211:8 212:20 217:13 218:20 220:8 221:7 | |
| seeing(1) 210:23 | |
| seeking(3) 146:21 187:22 196:20 | |
| seem(3) 59:3 171:16 214:16 | |
| seemed(3) 156:22 172:19 212:16 | |
| seems(2) 183:8 212:7 | |
| sees(1) 130:1 | |
| segment(25) 27:12 28:8 28:15 30:10 32:13 35:6 38:14 38:20 38:24 39:1 42:4 45:8 54:12 57:15 57:17 73:5 74:14 90:24 91:3 94:16 94:18 134:18 134:21 134:24 134:25 | |
| segments(4) 53:17 71:9 73:6 167:19 | |
| seife(5) 2:37 139:17 139:18 139:21 139:25 | |
| seiler(1) 9:34 | |
| select(5) 130:19 153:21 167:22 168:9 | |
| selected(3) 42:15 44:8 111:23 | |
| selecting(6) 63:14 92:5 92:10 152:19 152:23 183:15 | |
| selection(5) 134:14 135:15 167:24 167:25 170:21 | |
| selectively(1) 131:20 | |
| sell(2) 50:3 191:12 | |
| sell-side(2) 113:15 113:18 | |
| selling(1) 168:25 | |
| senate(2) 142:8 147:3 | |
| send(1) 201:4 | |
| senior(10) 86:15 89:13 89:22 90:17 142:15 142:17 142:19 142:21 204:13 204:14 | |
| sense(5) 42:20 43:13 50:8 65:20 168:17 | |
| sensing(1) 138:18 | |
| sensitive(1) 140:18 | |
| sentence(2) 156:22 203:6 | |
| sentiment(3) 163:21 186:1 188:10 | |
| september(12) 116:6 117:8 118:4 118:8 118:15 118:18 119:2 121:3 121:15 130:15 131:4 131:8 | |
| serengeti(2) 10:4 10:5 | |
| series(3) 132:19 133:9 167:20 | |
| serious(1) 51:13 | |
| serve(1) 15:9 | |
| serves(1) 168:1 | |
| service(4) 1:45 1:52 103:20 178:8 | |
| services(19) 1:45 15:8 15:13 23:9 24:23 49:7 50:17 103:5 103:9 103:16 104:3 113:12 141:21 141:21 142:20 175:14 195:6 196:24 215:16 | |
| session(3) 93:17 138:9 226:24 | |
| sessions(1) 79:4 | |
| set(32) 34:4 49:17 50:23 90:23 91:22 92:17 94:14 94:25 100:2 100:10 102:24 105:23 106:18 111:21 117:2 134:2 136:8 136:10 136:24 138:8 140:2 148:12 189:25 215:9 216:8 218:19 218:25 222:24 223:8 226:1 226:6 | |
| sets(3) 20:3 104:17 220:18 | |
| settle(1) 138:10 | |
| settlement(6) 54:20 54:23 89:22 90:16 90:20 90:21 | |
| seven(5) 18:1 172:21 172:23 172:23 172:25 | |
| seven-and-a(1) 170:16 | |
| seven-and-a-half(2) 171:13 172:15 | |
| seventeen(1) 180:11 | |
| seventy(2) 161:2 161:5 | |
| several(5) 53:4 106:7 119:9 175:15 176:20 207:17 215:6 | |
| shaded(1) 108:11 | |
| shamah(1) 7:38 | |
| shannon(1) 9:11 | |
| share(1) 161:11 | |
| shares(13) 179:11 179:13 217:4 219:8 219:9 219:16 219:20 220:2 221:6 221:11 221:24 221:25 223:18 | |
| sharing(1) 225:13 | |
| shaya(1) 9:29 | |
| she(1) 110:21 | |
| sheet(2) 144:7 144:17 | |
| sheets(1) 50:4 | |
| sheffield(1) 12:12 | |
| sheron(1) 11:27 | |
| shifted(1) 73:2 | |
| smikler(1) 13:19 | |
| short(3) 128:19 129:8 225:12 | |
| shorthand(1) 124:4 | |
| shortly(3) 52:21 78:24 219:15 | |
| should(20) 29:1 29:2 56:19 66:16 86:21 86:24 88:17 92:14 95:12 109:13 110:25 113:25 135:13 135:14 169:9 193:8 201:6 206:13 208:8 225:20 | |
| shouldn't(3) 162:12 162:16 170:2 | |
| shouldn't(1) 96:20 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**show**(26) 28:15 37:18 38:18 42:5 42:22 42:24 53:13 56:1 56:6 56:6 56:7 68:7 70:9 73:25 102:10 107:11 113:14 120:8 120:14 123:25 167:15 177:13 189:14 207: 223:10 225:15

**showed**(2) 57:22 167:16

**showing**(7) 38:17 102:9 103:7 103:8 105:23 115:13 225:12

**shown**(8) 27:20 45:15 48:21 79:6 109:1 133:4 173:16 173:16

**shows**(28) 27:25 42:6 42:23 44:12 49:9 56:4 56:5 56:9 56:11 56:12 67:11 68:8 72:6 74:1 75:4 80:11 103:8 103:11 104:2 108:17 121:17 136:8 136:10 151:21 187: 213:10 220:5 221:10

**sic**(1) 159:7

**side**(40) 15:11 17:18 20:25 28:9 28:10 28:13 28:18 29:16 32:7 35:23 38:16 38:18 38:23 44:9 47:14 52:25 67:8 72:14 74:10 75:6 145:15 152:15 152:18 152:20 153:20 157:2 157:3 157:15 161:13 167:18 167:20 167:23 169:3 171:7 171:8 217:13 221:8 225:14 226:14

**sides**(2) 38:15 38:17
**sidley**(4) 1:25 8:18 196:17 196:17
**siegel**(1) 6:5
**sieger**(1) 12:6
**signature**(5) 83:3 83:8 83:9 83:15 83:19
**signed**(5) 50:4 84:1 84:14 85:2 85:16
**significance**(1) 76:23
**significant**(4) 105:24 176:2 179:12 203:3
**significantly**(1) 47:19
**silver**(2) 12:31 12:31
**silverstein**(1) 4:27
**simes**(1) 7:7
**similar**(18) 26:16 29:3 30:1 35:9 35:24 38:11 39:20 46:13 63:25 65:25 115:4 156:6 167:16 171:19 173:21 185:15 187:1 221:16
**similarities**(6) 30:5 30:25 40:23 43:6 43:13 61:16

**similarity**(3) 33:22 46:10 63:19
**similarly**(1) 47:20
**simplifies**(1) 21:18
**simplifying**(2) 206:18 206:25
**simply**(3) 38:4 58:6 155:5
**sina**(1) 12:16
**since**(17) 15:3 16:20 16:21 19:14 19:15 20:5 29:5 39:18 55:10 78:6 125:3 129:16 131:12 165:12 168:6 212:21 218:18

**sinclair**(3) 169:19 170:8 170:13
**singh**(1) 225:19
**single**(5) 153:11 153:11 181:24 183:2 188:17

**sir**(32) 81:6 86:19 88:21 90:4 90:10 90:15 92:4 93:2 93:20 97:16 101:18 102:6 102:23 104:7 105:1 105:22 106:16 109:23 110:15 113:13 119:8 121:25 123:25 136:6 137:9 199:5 200:17 202:14 207:9 207:23 208:10 214:5

**sit**(1) 139:6
**site**(4) 60:25 67:18 67:18 187:23
**sitting**(2) 76:21 91:21
**siven**(1) 197:1
**six**(4) 32:8 171:15 177:25 222:18
**six-and-a-half**(2) 170:16 172:15
**six-billion-seven-fifty**(4) 191:17 192:1 192:12 192:15

**six-forty-one**(1) 185:14
**sixty**(3) 160:1 174:9 175:5

**sixty/forty**(1) 175:3
**size**(4) 30:14 47:18 67:4 170:5
**skewed**(1) 41:13
**slater**(1) 13:16
**slide**(106) 16:14 19:21 20:3 20:23 21:18 22:21 27:6 27:9 27:10 27:11 27:13 27:15 28:3 28:5 28:8 28:9 28:11 28:11 28:13 29:15 32:17 34:16 37:17 37:18 37:19 38:6 38:6 38:7 46:15 46:20 48:21 48:22 48:23 49:2 50:21 53:12 53:13 53:25 54:10 55:7 55:16 55:16 55:17 56:20 56:20 62:14 62:14 64:2 67:10 67:11 68:6 68:6 68:8 70:7 70:9 70:10 70:15 72:5 73:23 73:25 74:1 74:4 74:15 74:21 75:2 75:4 75:7 79:25 149:23 151:18 151:20 151:22 152:6 152:6 152:8 152:12 153:19 158:23 158:25 159:1 160:13 165:8 165:25 166:2 166:3 167:13 167:15 167:16 167:16 173:17 174: 174:7 177:12 177:12 177:14 179:21 179:23 179:24 184:9 184:22 185:4 187:15 187:16 187:17 189:12 189:14

**slides**(4) 21:16 134:3 145:25 149:22
**slight**(3) 47:2 126:13 135:2
**slightly**(6) 139:11 156:9 170:11 175:1 182:14 208:18

**small**(6) 52:9 135:18 171:1 171:3 175:14 179:8

**smaller**(10) 23:10 31:4 41:15 47:11 47:13 47:19 47:19 143:10 155:21 176:25

**smith**(1) 11:4
**sold**(1) 123:1
**solely**(4) 54:13 114:21 115:2 115:23
**soliciting**(2) 146:22 195:8
**some**(72) 17:15 18:11 19:17 20:1 20:4 30:4 30:19 30:25 31:1 33:12 39:2 42:22 43:13 50:10 52:23 56:5 57:3 57:10 62:9 62:18 65:24 69:9 73:17 77:2 84:19 85:24 94:21 96:6 102:14 106:7 106:25 114:5 126:15 128:16 131:3 131:15 131:16 132:1 133:23 135:1 143:2 143:3 144:8 145:4 145:10 146:15 146:16 148:10 155:24 162:11 165:19 168:18 170:6 178:24 178:2 181:1 181:4 183:9 184:19 191:13 195:4 195:6 195:17 198:20 204:16 206:18 208:1 210:24 214:19 218:20 224:16 226:21

**somehow**(1) 35:13
**someone**(1) 158:15
**something**(10) 28:22 65:24 90:18 115:4 127:7 155:10 171:19 181:4 194:1 209:17

**sometime**(2) 205:2 225:9
**sometimes**(3) 76:17 155:6 188:15
**somewhat**(6) 47:8 52:5 104:12 124:16 133:1 166:22

**somewhere**(4) 43:10 43:11 181:14 193:9
**sophia**(1) 8:23
**sorry**(49) 18:22 37:16 43:19 44:13 58:10 59:8 59:9 59:12 62:14 69:15 79:23 83:18 90:4 91:1 95:8 95:19 97:23 110:23 111:3 115:8 117:19 118:16 119:12 119:15 120:11 122:2 124:21 130:10 134:4 139:24 142:1 161:14 162:14 163:20 169:17 173:1 176:1 177:16 184:2 187:11 187:21 189:20 192: 193:8 198:11 211:2 211:3 211:11 211:15

**sort**(10) 30:15 33:12 41:22 43:7 44:20 67:23 95:14 156:14 175:25 184:7

**sottile**(2) 3:15 6:32
**sound**(3) 1:51 127:7 227:6
**sounds**(1) 205:1
**south**(3) 1:31 4:9 153:25
**space**(5) 36:21 138:20 142:18 143:5 144:1

**spaeder**(2) 3:12 6:30
**spansion**(2) 223:4 223:10
**speak**(1) 205:7
**speaker**(1) 126:5
**speaking**(1) 71:13
**special**(1) 3:27
**specialized**(1) 215:23
**specific**(7) 20:1 36:15 92:5 92:11 106:23 111:11 178:7

**specifically**(8) 25:3 47:9 63:9 63:11 113:12 125:25 144:12 154:3

**spell**(1) 141:5
**spend**(4) 110:17 176:1 185:17 195:24
**spending**(4) 15:24 111:18 160:3 201:15
**spent**(14) 15:16 15:20 33:16 64:10 75:16 88:24 107:4 143:14 143:15 147:9 195:15 195:17 198:8 200:4

**sperling**(1) 13:16
**spiky**(1) 176:4
**split**(1) 222:8
**spoke**(3) 148:15 206:2 206:4
**spring**(1) 131:13
**square**(1) 2:15
**squarely**(1) 31:19
**staff**(1) 94:5
**stake**(5) 64:22 64:24 183:6 183:6 187:19
**stale**(1) 118:24
**staled**(1) 120:6
**stand**(4) 14:8 14:16 137:16 226:25
**standard**(4) 25:11 32:21 50:19 151:4
**standing**(1) 140:24
**stanley**(3) 5:18 5:37 9:39
**star**(1) 144:14
**stargatt**(1) 3:34
**stark**(1) 8:7
**start**(12) 28:2 51:2 70:14 81:6 139:12 152:13 152:18 155:13 170:15 178:4 224:14
**started**(3) 56:7 176:1 215:14
**starting**(2) 98:24 139:23
**starts**(1) 224:19
**stasis**(3) 203:10 203:11 203:18
**state**(6) 36:18 54:24 139:4 141:4 147:9 209:19

**stated**(1) 170:25
**statement**(11) 20:10 20:19 69:16 75:12 75:18 80:10 84:6 86:11 103:25 127:16 203:22
**statements**(1) 218:9
**states**(3) 1:1 1:20 142:8
**station**(14) 38:24 39:5 42:17 47:16 166:16 166:17 168:20 169:13 172:4 172:6 172:15 172:20 175:24 176:3

**station-by-station**(1) 94:15
**stations**(32) 39:3 39:6 39:7 39:8 39:9 39:10 39:13 39:20 40:9 40:9 41:12 41:15 41:22 41:24 43:6 43:10 43:15 43:21 44:7 44:10 44:16 44:18 44:22 47:10 111:24 112:22 169:1 169:23 170:4 170:18 175:21 175:22
**statistics**(3) 16:6 80:9 80:11
**status**(1) 100:20
**status-quo**(1) 100:23
**stay**(1) 132:7
**staying**(1) 226:19
**ste**(5) 3:19 3:23 5:20 5:33 5:39
**steege**(1) 2:21
**stein**(1) 5:13
**step**(3) 76:18 137:9 214:6
**stephen**(1) 4:28
**steps**(3) 24:12 148:1 203:18
**steven**(1) 223:5
**stick**(1) 86:8
**sticking**(1) 88:16

**stickles**(1) 1:38
**still**(22) 48:13 50:7 61:20 77:10 77:14 77:23 86:6 86:11 100:8 101:9 109:13 112:20 112:24 147:21 157:25 167:7 182:25 185:22 190:23 205:19 208:22 209:16

**stock**(9) 78:4 87:6 87:15 87:16 215:2 219:17 219:17 222:5 222:17

**stockholders**(1) 191:9
**stop**(3) 150:9 214:9 214:10
**straight-line**(1) 207:6
**straight-lining**(1) 207:19
**strategic**(1) 19:19
**strategies**(3) 36:24 100:7 100:8
**strategy**(1) 100:1
**strauss**(4) 4:14 9:28 139:1 224:25
**stream**(2) 100:12 102:17
**streams**(1) 93:15
**street**(13) 1:11 1:46 2:16 2:23 2:30 3:8 3:16 3:23 3:38 4:30 5:6 6:7 24:23

**strike**(1) 196:16
**strohbehn**(1) 12:41
**stromberg**(1) 8:29
**strong**(1) 188:10
**struggle**(1) 35:17
**studied**(1) 114:7
**studies**(1) 223:11
**stuff**(1) 172:12
**subgroup**(2) 218:17 218:25
**subject**(1) 63:8
**subjective**(1) 92:22
**submit**(2) 26:23 149:14
**submitted**(8) 18:12 82:22 95:22 198:9 198:17 199:4 199:22 208:12

**submitting**(1) 200:3
**subs**(1) 66:5
**subscriber**(3) 43:14 44:3 59:2
**subsectors**(1) 144:3
**subsequent**(2) 91:17 113:23
**subsequently**(1) 122:11
**subset**(3) 218:20 220:22 222:13
**subsidiary**(4) 58:2 58:23 65:18 65:22
**substantial**(6) 158:10 158:10 159:20 163:23 172:7 172:9

**substantially**(3) 96:14 105:20 205:8
**success**(1) 200:8
**successful**(2) 37:1 181:21
**such**(7) 63:8 94:17 108:5 143:7 181:22 187:8 219:18

**suffer**(1) 175:1
**suffered**(1) 189:22
**sufficient**(3) 80:4 191:15 209:17
**sufficiently**(1) 212:14
**suggest**(3) 39:23 95:21 187:4
**suggested**(1) 183:24
**suggesting**(1) 136:6
**suggestion**(1) 162:11
**suggests**(1) 63:24
**suisse**(2) 143:17 143:18
**suite**(3) 3:8 3:17 4:10
**sum**(10) 22:8 22:10 22:11 22:18 28:24 39:18 134:22 153:4 153:6 222:23

**sum-of-the-parts**(1) 134:17
**summarized**(4) 32:17 116:24 117:22
**summarizes**(8) 17:1 27:11 28:6 37:19 53:14 55:17 67:12 70:10

**summarizing**(1) 179:25
**summary**(21) 25:16 62:13 90:23 115:13 119:15 119:18 120:11 122:1 150:1 151:22 151:23 152:8 159:1 167:17 173:16 177:14 177:18 179:24 187:18 189:17 206:10

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **summer**(4) 19:15 20:16 62:17 63:1 | | **telecom**(1) 15:12 | | **that**(301) 15:7 15:17 15:19 15:20 16:8 | | **that**(301) 72:24 72:24 73:7 73:9 73:13 | |
| **sums**(1) 176:1 | | **telecoms**(1) 18:15 | | 16:9 16:15 16:23 17:1 17:9 17:25 17:25 | | 73:13 73:14 73:21 74:2 74:7 74:7 74:12 | |
| **suneel**(2) 14:17 228:3 | | **telephone**(1) 17:2 | | 18:1 18:3 18:7 18:15 18:18 18:19 18:20 | | 74:13 74:18 75:5 75:8 75:15 75:17 75:17 | |
| **sunny**(1) 4:19 | | **telephonic**(8) 6:11 7:1 8:1 9:1 10:1 11:1 | | 18:22 18:24 19:10 19:12 19:21 19:22 | | 75:19 75:21 75:23 75:24 76:3 76:6 76:10 | |
| **superstation**(2) 42:18 172:3 | | 12:1 13:1 | | 20:11 20:20 21:1 21:8 21:11 21:14 21:15 | | 76:21 77:1 77:2 77:7 77:9 77:11 77:11 | |
| **supplement**(8) 20:22 20:24 70:15 75:5 | | | | 21:21 21:23 21:24 21:25 22:1 22:4 22:23 | | 77:11 77:12 77:17 77:14 77:20 77:22 78:8 | |
| 78:20 87:14 208:12 211:10 | | **television**(9) 38:24 40:9 44:7 52:25 111:1 | | 23:19 24:5 24:12 24:13 24:16 24:22 24:22 | | 78:12 78:17 78:22 78:24 78:25 79:1 79:1 | |
| | | 143:6 168:4 168:19 169:1 | | 25:5 25:7 25:11 25:16 25:19 26:6 26:11 | | 79:4 79:5 79:11 79:15 79:19 80:7 80:8 | |
| **supplemental**(5) 79:20 131:1 131:23 150:1 | | | | 26:14 26:16 26:19 26:21 26:23 27:10 | | 80:13 81:8 81:8 81:11 81:14 81:16 81:16 | |
| 211:3 | | **televisions**(1) 39:5 | | 27:11 27:14 28:9 28:19 29:3 29:6 29:15 | | 81:18 81:21 81:22 81:23 82:17 82:19 83:3 | |
| | | **tell**(12) 74:4 126:20 128:21 129:18 145:3 | | 29:16 29:23 30:2 30:4 30:5 30:14 30:16 | | 83:16 83:17 83:18 83:22 83:24 84:2 84:4 | |
| **support**(3) 106:5 214:24 215:7 | | 149:25 160:15 161:18 187:16 196:17 | | 30:20 30:22 31:1 31:7 31:7 31:13 31:19 | | 84:6 84:10 84:13 84:14 84:15 84:16 84:17 | |
| **supportable**(3) 100:11 171:13 171:16 | | 206:24 211:13 | | 31:20 31:23 32:2 32:5 32:7 32:7 32:10 | | 84:18 84:21 84:24 85:2 85:9 85:9 85:10 | |
| **supported**(2) 187:3 192:14 | | | | 32:10 32:17 32:24 33:20 33:25 34:1 34:9 | | 85:11 85:11 85:12 85:13 85:15 85:17 | |
| **supports**(1) 46:7 | | **tells**(1) 96:19 | | 34:10 34:20 35:8 35:12 35:12 35:14 35:15 | | 85:20 85:24 86:1 86:2 86:5 86:7 86:9 | |
| **supposed**(1) 46:7 | | **ten**(13) 65:14 139:12 164:9 184:9 191:22 | | 35:18 35:25 36:10 36:10 36:12 36:12 | | 86:10 86:10 86:12 86:17 86:19 86:23 87:2 | |
| **sure**(33) 25:6 25:12 38:18 60:19 66:11 | | 192:5 192:7 213:5 214:8 215:22 221:14 | | 36:12 36:14 36:15 36:17 36:20 36:25 37:2 | | 87:2 87:14 87:14 87:17 87:19 87:23 88:2 88:5 | |
| 79:1 83:19 84:4 87:11 88:1 90:15 91:24 | | 223:17 223:19 | | 37:2 37:6 37:7 38:5 38:7 38:19 39:3 39:7 | | 88:11 88:17 88:17 88:22 88:22 88:25 89:3 | |
| 95:16 110:21 113:25 124:15 126:17 126:23 | | | | 39:9 39:9 39:19 39:23 40:4 40:8 40:17 | | 89:5 89:6 89:12 89:15 89:22 90:3 90:12 | |
| 133:14 137:7 151:4 173:22 179:3 180:6 | | **ten-percent**(3) 192:3 192:16 192:18 | | 40:21 40:24 41:1 41:1 41:5 41:5 41:8 | | 90:16 90:20 90:25 91:9 91:15 91:18 91:20 | |
| 183:4 185:9 186:4 186:5 186:16 199:7 | | **tend**(2) 47:13 203:18 | | 41:12 41:18 41:18 41:25 42:2 42:8 42:9 | | 92:4 92:4 92:6 92:25 93:4 93:11 93:14 | |
| 199:10 208:7 211:17 | | **tends**(1) 170:8 | | 42:14 42:18 42:18 42:20 42:22 43:7 43:7 | | 93:15 93:17 93:22 94:1 94:3 94:4 94:9 | |
| | | **term**(7) 35:9 46:13 50:4 161:11 161:16 | | 43:10 43:11 43:12 43:13 43:20 43:22 | | 94:10 94:13 94:13 94:14 94:22 95:6 95:7 | |
| **surprised**(3) 167:8 168:6 225:2 | | 170:1 170:4 | | 43:23 43:25 44:6 44:8 44:24 45:3 45:15 | | 95:12 95:13 95:15 95:16 95:17 95:21 | |
| **surprising**(1) 77:2 | | | | 45:22 46:8 46:9 46:11 46:25 47:5 47:8 | | 95:21 95:22 96:5 96:10 96:14 96:15 96:17 | |
| **surrounding**(2) 202:25 203:22 | | **terminal**(24) 25:25 32:24 32:25 33:1 33:6 | | 47:10 47:14 47:20 47:20 47:22 47:25 | | 96:18 96:22 96:23 96:25 97:13 97:15 | |
| **suspect**(2) 196:3 210:2 | | 33:11 33:15 33:19 33:21 44:12 45:22 | | 47:25 48:5 48:21 49:9 49:10 49:16 49:18 | | 97:17 97:17 97:18 97:19 98:4 98:11 98:17 | |
| **sustained**(1) 213:18 | | 45:23 46:3 46:4 107:7 108:6 137:1 137:5 | | 49:21 50:2 50:2 51:6 51:6 51:7 51:8 | | 98:21 99:3 99:25 100:3 100:5 100:6 100:7 | |
| **suttonbrook**(2) 6:41 6:41 | | 159:16 159:18 160:3 163:9 173:24 173:2 | | 51:12 51:13 51:16 51:25 52:2 52:2 52:2 | | 100:12 100:16 100:18 100:18 100:19 | |
| **switch**(2) 73:6 110:14 | | | | 52:4 52:5 53:7 53:15 53:16 53:17 53:24 | | 100:23 101:8 101:9 101:11 101:13 101:14 | |
| **sworn**(3) 14:16 14:17 141:1 | | **terms**(3) 158:15 185:6 221:20 | | 54:3 54:7 54:13 54:21 55:4 55:7 55:21 | | 101:15 101:15 101:21 101:22 101:23 102:7 | |
| **syndicated**(2) 42:6 172:11 | | **terribly**(2) 133:2 165:2 | | 55:24 56:9 56:21 56:22 57:6 57:9 57:10 | | 102:10 102:15 102:22 102:23 102:24 | |
| **synthesize**(1) 153:10 | | **test**(2) 148:10 148:23 | | 57:14 57:15 57:22 58:2 58:10 58:24 58:25 | | 103:6 103:6 103:8 103:8 103:11 103:18 | |
| **tab**(13) 26:18 101:19 109:20 109:20 116:7 | | **testified**(6) 81:8 113:13 116:1 183:11 | | 59:2 59:4 59:4 59:17 59:19 59:20 60:1 | | 104:3 104:8 104:9 104:14 104:17 104:18 | |
| 130:8 130:10 130:11 130:11 208:23 215:1 | | 190:23 215:5 | | 60:4 60:5 60:9 60:10 60:14 60:14 60:17 | | 104:21 104:22 104:23 104:24 105:1 105:7 | |
| 216:8 218:5 | | | | 60:18 60:19 60:21 61:6 61:13 61:21 61:22 | | 105:15 105:16 105:19 105:22 105:23 | |
| | | **testify**(10) 18:22 85:10 85:11 201:3 215:25 | | 61:24 61:25 62:6 62:14 62:21 62:22 62:22 | | 105:24 105:25 105:25 106:4 106:7 106:10 | |
| **table**(1) 44:12 | | 215:25 216:19 216:24 217:6 219:22 | | 63:3 63:7 63:17 63:18 63:22 63:24 64:9 | | 106:11 106:12 106:17 106:18 106:18 107:2 | |
| **tabletops**(1) 226:17 | | | | 64:10 64:12 64:15 64:17 64:22 64:24 | | 107:10 107:10 107:10 107:12 107:12 | |
| **tabs**(1) 223:8 | | **testifying**(1) 18:19 | | 64:25 65:2 65:9 65:13 65:16 65:23 66:5 | | 107:25 107:25 108:2 108:5 108:16 109:9 | |
| **tabulate**(2) 158:15 197:16 | | **testimony**(21) 52:22 53:2 80:17 84:11 | | 66:6 66:12 66:15 66:16 66:17 66:18 66:25 | | 109:13 109:19 109:7 110:7 110:18 110:19 | |
| **tabulated**(1) 159:12 | | 85:20 85:23 88:17 90:7 92:4 162:15 | | 67:7 67:12 69:9 69:10 69:15 69:15 70:10 | | 110:22 111:22 112:7 112:8 113:2 113:2 | |
| **tabulation**(1) 170:24 | | 162:17 192:22 193:12 193:15 193:19 194:4 | | 70:11 70:13 70:24 71:5 71:10 71:16 71:20 | | 113:5 113:8 113:13 113:15 113:21 113:23 | |
| **take**(57) 14:8 14:9 19:21 22:21 26:18 | | 197:24 199:25 200:5 214:13 214:23 | | 71:20 71:20 71:24 72:9 72:10 72:11 72:14 | | 114:1 114:2 114:3 114:14 114:16 114:17 | |
| 30:19 34:10 35:24 43:21 44:17 44:23 | | | | | | 114:23 114:25 115:1 115:2 115:4 115:20 | |
| 44:24 51:12 52:14 56:19 56:20 57:8 58:8 | | **text**(1) 63:2 | | | | 116:1 116:5 116:11 116:13 116:17 116:19 | |
| 58:19 58:20 62:6 66:16 66:17 67:1 67:10 | | **tfn**(1) 118:9 | | | | 116:23 116:24 117:2 117:4 117:7 117:8 | |
| 73:23 74:6 76:18 76:18 83:5 86:24 87:13 | | **than**(50) 24:3 34:3 41:9 41:15 47:11 | | | | | |
| 87:16 92:8 100:16 101:9 106:13 116:5 | | 61:23 65:19 65:22 66:1 77:4 87:25 88:4 | | | | | |
| 119:25 120:19 128:20 130:7 130:9 132:21 | | 89:8 98:23 101:16 102:24 103:2 103:10 | | | | | |
| 133:3 134:22 148:1 149:8 149:23 181:18 | | 103:13 103:24 104:2 104:9 106:12 106:24 | | | | | |
| 184:22 186:19 192:10 203:18 214:13 223: | | 107:7 107:22 109:9 121:18 121:24 131:8 | | | | | |
| 225:20 | | 139:6 150:21 155:25 158:18 160:12 161:17 | | | | | |
| | | 161:19 163:11 169:10 172:20 175:22 | | | | | |
| **taken**(11) 38:21 52:9 53:18 76:5 89:9 | | 180:23 182:14 188:12 191:13 192:11 196:9 | | | | | |
| 96:21 96:22 127:17 127:20 130:1 132:5 | | 202:7 212:14 214:13 | | | | | |
| **takes**(2) 77:25 97:3 | | | | | | | |
| **taking**(5) 41:5 45:8 51:17 100:19 128:23 | | **thank**(46) 14:21 14:22 22:6 41:11 43:4 | | | | | |
| 113:12 115:6 126:19 126:21 150:15 | | 46:20 48:23 52:19 53:3 74:25 75:2 79:25 | | | | | |
| 164:3 179:15 206:12 207:2 207:16 207:20 | | 80:19 80:23 81:1 95:3 95:4 129:5 135:23 | | | | | |
| 208:6 225:25 | | 135:25 137:8 137:9 137:10 137:17 137:18 | | | | | |
| **talked**(9) 31:15 70:18 107:5 124:25 129:16 | | 139:16 139:25 140:14 140:22 141:8 141:13 | | | | | |
| 148:17 148:25 183:17 207:18 | | 173:7 192:24 193:1 199:13 210:7 214:3 | | | | | |
| | | 214:5 214:18 214:21 218:3 224:9 224:10 | | | | | |
| **talking**(4) 51:10 55:10 81:6 194:9 | | 226:23 227:1 227:2 | | | | | |
| **talks**(1) 206:13 | | | | | | | |
| **target**(1) 18:5 | | | | | | | |
| **tax**(2) 54:20 55:5 | | | | | | | |
| **taxing**(1) 54:25 | | | | | | | |
| **taylor**(1) 3:35 | | | | | | | |
| **team**(17) 19:12 14:20 36:14 91:16 93:13 | | | | | | | |
| 93:18 114:11 114:12 114:13 114:14 114:14 | | | | | | | |
| 145:5 146:22 162:24 203:14 216:24 | | | | | | | |
| 217:17 | | | | | | | |
| **team's**(1) 212:24 | | | | | | | |
| **teams**(1) 212:5 | | | | | | | |
| **technical**(1) 84:4 | | | | | | | |
| **teck**(1) 13:23 | | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **that**(301) 117:12 117:20 117:21 118:2 118:4 118:5 118:7 118:8 118:10 118:17 118:24 118:25 119:5 119:7 119:19 119:25 120:9 120:17 120:19 120:23 121:8 121:13 121:15 121:20 122:2 122:5 122:7 122:12 123:1 123:1 123:2 123:3 123:3 123:8 123:9 123:12 123:15 123:20 123:23 123:2 124:4 124:15 125:5 125:8 125:8 125:9 125:12 125:13 125:14 125:22 126:2 126:7 126:9 126:10 126:11 126:12 126:14 126:1 126:17 126:24 126:25 127:1 127:1 127:2 127:7 127:9 127:10 127:13 127:16 127:17 127:18 127:20 128:1 128:7 128:10 128:11 128:14 128:17 129:17 129:18 129:21 129:23 129:25 129:25 130:1 130:1 130:1 130:3 130:5 130:16 130:19 131:4 131:7 131:9 131:10 131:19 132:3 132:4 132:4 132:9 132:10 132:11 132:19 132:21 133:4 133:12 133:14 133:15 133:17 134:3 134:8 134:13 135:1 135:12 136:6 136:8 136:10 136:12 136:14 136:15 136:18 136:19 136:23 138:3 138:5 138:14 138:19 138:20 138:21 139:7 139:19 140:13 140:18 141:2 142:8 142:20 142:22 143:3 143:15 144:9 144:21 144:22 144:23 145:8 146:20 146:2 146:24 146:25 147:1 147:8 147:13 147:2 148:5 148:6 148:8 148:10 148:10 148:19 149:1 149:3 149:5 149:12 149:12 150:2 150:5 150:6 150:11 150:12 150:16 150:20 151:2 151:5 151:14 152:19 153:17 153:20 153:21 154:15 154:24 155:7 155:9 155:1 155:19 155:24 155:25 155:25 155:25 156:3 156:7 156:13 156:23 156:25 157:1 157:2 157:4 157:6 157:8 157:10 157:14 157:15 158:4 158:7 158:9 158:12 159:21 159:21 159:24 160:4 160:4 160:9 160:11 160:11 160:12 160:23 160:25 161:1 161:1 161:15 161:16 161:18 161:19 161:20 161:22 161:25 162:8 162:11 162:13 162:1 162:17 162:18 162:19 162:19 162:24 163:5 163:14 163:20 163:22 163:24 163:2 164:2 164:2 164:10 164:17 164:19 164:24 165:3 166:2 166:7 166:11 167:1 167:3 167:22 167:24 167:25 168:5 168:6 168:7 168:7 168:13 168:18 169:7 169:9 169:14 170:2 170:4 171:12 171:13 171:14 171:14 171:16 171:17 171:17 171:18 171:23 171:24 172:4 172:6 172:12 172:1 172:23 173:11 173:16 173:16 173:23 174:6 174:11 174:19 174:22 175:1 175:5 175:9 175:9 175:20 176:6 176:6 176:7 176:11 176:14 176:16 177:5 | | **that**(291) 177:23 178:1 178:1 178:2 178:8 179:4 179:12 180:21 181:3 181:4 181:4 181:10 181:12 181:14 181:14 181:25 182: 182:7 182:10 182:15 182:18 182:17 182:20 182:22 183:7 183:8 183:11 183:15 183:16 183:17 183:19 183:20 183:22 183:23 183:23 184:10 184:14 184:16 184:16 184:17 184:21 184:21 184:23 184:23 185:2 185:4 185:22 185:23 186:1 186:2 186:2 186:3 186:9 186:10 186:21 186:21 186:24 187:3 187:4 187:6 187:8 187:22 188:3 188:11 188:22 188:24 189:1 190:16 190:23 191:1 191:4 191:4 191:7 191:14 191:16 191:19 191:21 192:1 192:1 193:1 193:3 193:22 194:8 194:11 194:21 194:22 195:2 195:4 195:10 195:12 195:15 196:12 196:16 196:16 196:17 196:21 196:25 197:2 197:5 197:10 197:13 197:14 197:15 197:15 197:19 197:21 197:21 197:23 197:24 197:25 198:4 198:4 198:8 198:10 198:12 198:12 198:15 198:1 199:3 199:4 199:7 199:20 199:23 200:2 200:3 200:4 200:9 200:13 200:23 200:25 201:4 201:5 201:15 201:16 201:18 201:18 201:22 201:22 201:24 202:3 202:5 202:12 202:15 202:22 202:23 203:5 203:6 203:7 203:8 203:10 203:13 203:13 203:15 203:16 203:18 203:22 203:23 204:2 204:6 204:7 204:14 204:18 204:19 205:1 205:5 205:7 205:16 205:16 205:25 206:2 206:2 206:5 206:18 206:16 206:16 206:18 207:4 207:5 207:6 207:10 207:14 207:16 207:24 207:2 207:25 208:4 208:5 208:7 208:12 208:13 208:17 208:18 208:22 209:1 209:13 209:1 209:15 209:16 209:16 209:17 209:18 209:22 210:23 210:23 211:8 211:19 212:5 212:6 212:10 212:11 212:12 213:1 213:1 213:2 213:12 213:13 213:14 213:21 213:23 213:24 214:16 214:25 215:4 215:11 215:16 215:19 216:1 216:3 216:9 216:9 216:12 216:12 216:19 216:21 216:22 216:24 217:3 217:7 217:10 217:13 217:19 217:20 217:20 217:20 218:4 218:14 218:1 218:19 218:21 219:2 219:14 219:17 219:22 220:5 220:18 221:7 221:9 221:9 222:6 222:23 223:2 223:3 223:11 223:11 223:11 223:12 223:14 223:15 223:17 223:22 223:23 224:5 224:17 225:2 223:17 225:24 226:10 226:14 226:15 226:16 226:19 226:24 227:5

**that's**(89) 14:9 19:17 19:24 20:20 21:22 22:5 27:6 30:1 30:11 31:9 33:10 33:16 36:22 37:15 40:11 42:11 44:15 46:1 46:1 46:19 47:23 48:7 52:2 54:10 60:21 61:16 62:5 64:10 65:20 66:5 66:10 66:11 69:19 74:17 138:10 139:13 140:6 140:7 147:15 148:18 149:9 149:24 150:8 152:4 155:24 157:13 159:15 160:1 162:24 164:13 164:2 166:4 166:16 168:19 170:1 173:4 175:5 175:8 176:3 176:15 185:12 188:18 189:11 190:17 190:18 190:20 190:21 191:15 191:23 194:11 194:12 196:22 199:2 200:1 201:6 201:6 201:10 201:14 201:17 202:8 208:2 209:10 209:19 211:16 212:17 213:4 213:11 219:1 225:6 | | **that's**(92) 78:11 79:6 81:20 82:1 82:11 82:21 83:3 83:8 83:9 83:25 84:19 85:20 86:14 86:18 87:5 87:18 87:22 88:1 88:15 88:20 93:24 94:6 95:20 98:19 99:7 99:15 99:20 100:25 101:2 101:4 102:1 102:5 102:12 104:4 104:6 104:12 105:21 106:5 107:9 107:16 107:24 109:1 109:8 110:1 110:6 110:9 110:13 111:15 111:20 111:25 112:9 112:11 112:15 113:1 113:17 114:19 115:4 115:15 115:19 115:23 117:25 118:9 119:18 120:14 120:16 120:17 120:21 121:21 121:7 121:10 121:14 122:8 122:13 122:21 124:4 124:6 125:17 126:4 126:14 127:5 127:6 127:7 127:8 127:11 128:16 130:12 130:14 131:16 133:3 133:22 136:20 137:1

**the**(301) 1:1 1:2 1:19 3:21 3:27 3:37 14:2 14:3 14:5 14:8 14:9 14:10 14:11 14:13 14:16 14:20 14:22 15:5 15:10 15:12 16:2 16:2 16:9 16:12 16:14 16:14 16:17 16:19 16:22 16:23 16:25 17:1 17:2 17:4 17:6 17:7 17:8 17:8 17:9 17:16 17:18 17:18 17:19 17:20 17:21 17:24 17:25 18:5 18:7 18:8 18:9 18:10 18:15 18:18 18:19 18:20 18:21 19:2 19:2 19:3 19:5 19:7 19:10 19:12 19:13 19:15 19:16 19:16 19:19 19:22 19:25 20:1 20:4 20:4 20:5 20:6 20:7 20:7 20:8 20:9 20:10 20:14 20:16 20:17 20:17 20:18 20:18 20:20 20:23 20:23 20:25 21:2 21:3 21:4 21:5 21:6 21:8 21:9 21:11 21:11 21:13 21:14 21:16 21:20 21:21 21:23 21:24 21:24 22:1 22:2 22:5 22:8 22:9 22:10 22:11 22:11 22:12 22:12 22:13 22:13 22:14 22:14 22:16 22:16 22:17 22:17 22:20 22:22 22:22 22:23 22:23 22:23 23:3 23:3 23:6 23:8 23:9 23:11 23:11 23:14 23:15 23:15 23:20 23:21 23:24 24:1 24:2 24:4 24:6 24:6 24:6 24:9 24:9 24:9 24:10 24:10 24:12 24:15 24:18 24:18 24:20 24:21 25:1 25:6 25:6 25:7 25:7 25:11 25:12 25:12 25:13 25:13 25:17 25:18 25:21 25:23 25:23 25:24 25:24 25:25 26:1 26:1 26:2 26:4 26:5 26:8 26:7 26:7 26:9 26:10 26:11 26:12 26:14 26:15 26:18 27:1 27:3 27:5 27:6 27:6 27:11 27:12 27:13 27:13 27:14 27:17 27:17 27:18 27:21 27:21 27:23 27:24 27:25 27:25 28:2 28:6 28:7 28:7 28:9 28:9 28:10 28:10 28:13 28:13 28:14 28:14 28:17 28:18 28:18 28:18 28:21 28:21 28:21 28:21 28:24 29:1 29:2 29:3 29:4 29:7 29:11 29:15 29:16 29:19 29:23 29:24 30:1 30:1 30:3 30:3 30:5 30:6 30:8 30:9 30:10 30:14 30:15 30:15 30:15 30:17 30:22 30:22 30:24 31:2 31:5 31:5 31:7 31:9 31:9 31:12 31:13 31:13 31:14 31:15 31:17 31:18 31:18 31:22 32:4 32:7 32:11 32:12 32:14 32:19 32:19 32:21 32:21 32:25 33:1 33:2 33:5 33:5 33:14 33:14 33:21 | | **the**(301) 33:21 33:22 33:23 33:23 33:24 33:25 34:1 34:4 34:7 34:9 34:11 34:11 34:12 34:17 34:17 34:18 34:18 34:20 34:22 34:23 34:23 34:25 35:2 35:3 35:7 35:8 35:9 35:10 35:11 35:12 35:13 35:14 35:15 35:16 35:17 35:21 35:23 35:23 35:24 35:25 36:3 36:7 36:10 36:12 36:14 36:15 36:15 36:15 36:17 36:20 36:21 36:23 37:2 37:2 37:6 37:11 37:11 37:15 37:16 37:16 37:17 37:19 37:20 37:22 37:23 37:23 38:1 38:7 38:8 38:11 38:11 38:14 38:15 38:16 38:18 38:18 38:18 38:19 38:20 38:20 38:21 38:23 39:1 39:3 39:8 39:9 39:10 39:12 39:12 39:14 39:14 39:16 39:18 39:20 39:20 39:21 39:22 39:22 40:2 40:3 40:5 40:8 40:8 40:9 40:10 40:10 40:12 40:14 40:14 40:15 40:16 40:17 40:19 40:19 40:21 40:22 40:23 40:25 41:1 41:3 41:4 41:6 41:6 41:6 41:7 41:8 41:8 41:12 41:13 41:14 41:15 41:16 41:17 41:18 41:24 41:25 42:2 42:2 42:8 42:9 42:12 42:13 42:14 42:19 42:20 42:21 42:22 42:24 43:1 43:6 43:10 43:11 43:13 43:15 43:20 43:21 43:23 43:24 43:24 44:2 44:4 44:5 44:7 44:8 44:8 44:9 44:10 44:12 44:15 44:15 44:18 44:19 44:21 44:21 44:24 45:1 45:2 45:3 45:6 45:6 45:8 45:12 45:18 45:19 45:20 45:21 45:23 45:25 46:2 46:3 46:6 46:9 46:9 46:10 46:11 46:12 46:12 46:13 46:13 46:15 46:16 46:18 46:21 46:21 46:25 47:1 47:2 47:4 47:5 47:7 47:8 47:9 47:10 47:10 47:11 47:12 47:13 47:14 47:14 47:15 47:17 47:18 47:19 47:20 47:21 47:22 48:1 48:1 48:2 48:3 48:4 48:6 48:8 48:9 48:12 48:13 49:6 49:8 49:9 49:9 49:13 49:15 49:15 49:18 49:19 49:19 49:23 50:3 50:3 50:6 50:8 50:9 50:16 50:18 50:19 50:25 51:1 51:2 51:4 51:4 51:6 51:7 51:8 51:11 51:13 51:14 51:17 52:2 52:4 52:7 52:9 52:11 52:11 52:13 52:17 52:21 52:25 53:1 53:1 53:1 53:2 53:3 53:5 53:14 53:14 53:15 53:17 53:19 53:19 53:20 53:20 53:24 54:3 54:5 |

Case 08-13141-BLS   Doc 9911-4   Filed 10/05/11   Page 251 of 258

TRIBUNE 3.11.11.REV.2.DOC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **the**(301) | 54:6  54:8  54:8  54:9  54:10  54:11 | **the**(301) | 75:4  75:5  75:6  75:7  75:7  75:11 | **the**(301) | 99:12  99:16  99:19  99:19  99:22 | **the**(301) | 128:4  128:5  128:5  128:11  128:12 |
| | 54:11  54:13  54:15  54:17  54:17  54:20 | | 75:12  75:13  75:18  75:18  75:19  75:20 | | 99:22  99:24  100:1  100:1  100:3  100:3 | | 128:15  128:20  129:1  129:3  129:6  129:9 |
| | 54:24  54:24  55:1  55:5  55:5  55:6  55:7 | | 75:21  75:21  75:23  75:24  76:1  76:1  76:2 | | 100:7  100:8  100:16  100:16  100:17  100:18 | | 129:12  129:15  129:16  129:20  129:21 |
| | 55:7  55:8  55:8  55:11  55:13  55:13  55:17 | | 76:3  76:8  76:12  76:13  76:15  76:17  76:19 | | 100:19  100:20  100:21  100:24  100:25  101:1 | | 129:23  129:24  129:24  129:25  130:3  130:7 |
| | 55:17  55:19  55:22  55:25  56:2  56:5  56:21 | | 76:22  76:23  76:23  76:24  77:3  77:3  77:5 | | 101:6  101:6  101:8  101:9  101:10  101:10 | | 130:8  130:15  130:15  130:16  130:16  130:20 |
| | 56:22  56:24  57:2  57:8  57:9  57:10  57:14 | | 77:7  77:8  77:10  77:12  77:15  77:19  77:20 | | 101:11  101:11  101:14  101:16  101:19 | | 130:21  130:22  130:22  130:25  131:3  131:4 |
| | 57:15  57:16  57:18  57:19  57:22  57:23 | | 77:21  77:22  77:23  77:23  77:25  78:1  78:1 | | 101:19  101:19  101:20  101:22  101:25  102:1 | | 131:7  131:7  131:8  131:10  131:11  131:12 |
| | 57:25  58:1  58:2  58:3  58:4  58:5  58:5  58:6 | | 78:3  78:4  78:7  78:12  78:17  78:18  78:20 | | 102:3  102:6  102:8  102:8  102:15  102:16 | | 131:13  131:16  131:18  131:20  131:22 |
| | 58:8  58:9  58:9  58:10  58:12  58:12  58:13 | | 78:21  78:22  78:23  78:24  78:25  79:3  79:6 | | 102:18  102:20  102:22  102:23  103:1  103:2 | | 131:23  131:24  132:2  132:7  132:8  132:10 |
| | 58:14  58:14  58:16  58:16  58:17  58:17 | | 79:7  79:7  79:8  79:13  79:13  79:17  79:19 | | 103:5  103:7  103:7  103:8  103:10  103:10 | | 132:11  132:14  132:16  132:22  132:22 |
| | 58:19  58:20  58:22  58:25  58:25  59:1  59:5 | | 79:17  79:17  79:17  79:19  79:22  79:24  80:1 | | 103:11  103:14  103:16  103:16  103:20 | | 132:24  132:25  132:25  133:3  133:3  133:6 |
| | 59:7  59:8  59:9  59:10  59:12  59:12  59:16 | | 80:1  80:3  80:5  80:6  80:9  80:10  80:10 | | 103:23  104:9  104:10  104:10  104:14  104:1 | | 133:9  133:11  133:12  133:12  133:14  133:16 |
| | 59:16  59:16  59:18  59:18  59:23  59:24 | | 80:11  80:12  80:13  80:14  80:14  80:20 | | 104:20  104:23  105:4  105:5  105:6  105:7 | | 133:17  133:18  133:20  133:24  134:7  134:8 |
| | 59:25  60:1  60:2  60:3  60:3  60:4  60:4  60:5 | | 80:21  80:23  80:25  81:4  81:7  81:8  81:13 | | 105:8  105:11  105:15  105:16  105:16  105:1 | | 134:8  134:11  134:12  134:13  134:18  134:19 |
| | 60:6  60:7  60:11  60:12  60:12  60:12  60:15 | | 81:14  81:18  81:18  81:21  81:21  81:23 | | 105:23  105:24  105:24  105:25  106:1  106:3 | | 134:19  134:21  134:21  134:22  134:22 |
| | 60:15  60:17  60:17  60:18  60:20  60:21 | | 81:24  81:24  82:2  82:3  82:5  82:5  82:6 | | 106:5  106:6  106:7  106:9  106:13  106:14 | | 134:22  134:23  134:24  134:25  135:2  135:2 |
| | 60:22  60:23  60:24  60:24  61:1  61:1  61:2 | | 82:8  82:9  82:12  82:12  82:15  82:15  82:16 | | 106:14  106:16  106:17  106:19  106:23 | | 135:3  135:3  135:10  135:13  135:13  135:19 |
| | 61:3  61:4  61:5  61:6  61:8  61:13  61:13 | | 82:16  82:17  82:18  82:19  82:23  82:23 | | 106:25  107:1  107:2  107:4  107:6  107:10 | | 135:19  135:24  136:3  136:7  136:8  136:9 |
| | 61:15  61:16  61:17  61:17  61:20  61:20 | | 82:24  82:25  82:25  83:2  83:9  83:11  83:14 | | 107:10  107:12  107:12  107:15  107:16 | | 136:10  136:11  136:13  136:13  136:14 |
| | 61:20  61:21  61:21  61:23  61:25  61:25  62:3 | | 84:11  84:14  84:14  84:22  85:3  85:4  85:14 | | 107:16  107:17  107:19  107:21  107:22  108:1 | | 136:16  136:17  136:18  136:20  136:24  137:1 |
| | 62:3  62:4  62:6  62:8  62:9  62:11  62:13 | | 84:15  84:15  85:24  86:5  86:8  86:9  86:15 | | 108:4  108:4  108:5  108:10  108:12  108:12 | | 137:5  137:9  137:10  137:11  137:13  137:14 |
| | 62:13  62:16  62:17  62:19  62:20  62:22 | | 86:20  86:21  86:25  87:3  87:3  87:4  87:5 | | 108:13  108:14  108:23  109:1  109:1  109:2 | | 137:16  137:20  137:21  137:23  137:25  138:7 |
| | 62:23  62:23  62:25  62:25  63:2  63:2  63:2 | | 87:9  87:14  87:15  87:17  87:19  87:21  88:1 | | 109:2  109:9  109:10  109:11  109:13  109:19 | | 138:8  138:10  138:13  138:15  138:17 |
| | 63:3  63:5  63:13  63:15  63:16  63:16  63:17 | | 88:2  88:5  88:10  88:12  88:13  88:15  88:17 | | 109:20  109:20  110:4  110:7  110:10  110:18 | | 138:19  138:21  138:23  138:24  139:2  139:2 |
| | 63:17  63:19  63:19  63:20  63:22  63:23 | | 88:18  88:21  88:25  89:1  89:2  89:3  89:7 | | 111:1  111:3  111:12  111:17  111:17  111:23 | | 139:2  139:8  139:10  139:10  139:11  139:12 |
| | 63:24  63:25  64:3  64:3  64:4  64:6  64:7 | | 89:7  89:12  89:13  89:14  89:19  89:19  89:21 | | 112:3  112:7  112:10  112:12  112:13  112:15 | | 139:15  139:20  139:21  139:23  139:23 |
| | 64:13  64:23  65:2  65:4  65:6  65:6  65:7 | | 89:25  90:2  90:3  90:4  90:10  90:12  90:15 | | 112:17  112:20  112:23  112:24  112:24  113:3 | | 139:24  140:1  140:4  140:6  140:11  140:11 |
| | 65:11  65:12  65:13  65:14  65:16  65:20 | | 90:17  90:20  90:24  91:10  91:12  91:15 | | 113:3  113:6  113:6  113:7  113:8 | | 140:14  140:18  140:19  140:19  140:20 |
| | 65:21  65:23  66:1  66:2  66:3  66:4  66:6 | | 91:18  91:19  91:19  91:22  92:5  92:8  92:9 | | 113:14  113:18  114:3  114:13  114:14  114:1 | | 140:23  140:24  140:25  141:2  141:2  141:4 |
| | 66:9  66:9  66:10  66:10  66:11  66:15  66:15 | | 92:11  92:15  92:24  92:24  93:3  93:5  93:5 | | 114:16  114:17  114:17  115:13  115:16 | | 141:6  141:8  141:12  141:17  141:23  142:4 |
| | 66:21  67:3  67:4  67:4  67:8  67:12  67:16 | | 93:11  93:14  93:14  93:15  93:17  93:17  93:18 | | 115:20  115:20  116:5  116:7  116:8  116:9 | | 142:8  142:13  142:13  142:15  142:16  142:18 |
| | 67:23  67:25  68:1  68:1  68:8  68:16  68:17 | | 93:18  93:18  93:19  93:21  93:22  94:1  94:8 | | 116:22  116:22  117:1  117:2  117:3  117:7 | | 142:19  142:20  142:20  142:21  142:21 |
| | 68:18  68:20  68:23  69:3  69:5  69:5  69:13 | | 94:10  94:11  94:12  94:15  94:16  94:17 | | 117:7  117:11  117:11  117:11  117:12  117:1 | | 142:22  142:22  142:23  143:1  143:3  143:5 |
| | 69:14  69:15  69:16  69:17  69:18  69:18 | | 94:18  94:22  94:22  95:1  95:1  95:2  95:4 | | 117:16  117:17  117:22  117:23  118:2  118:12 | | 143:7  143:7  143:7  143:10  143:14  143:16 |
| | 69:19  69:19  69:22  69:23  70:3  70:5  70:5 | | 95:5  95:5  95:7  95:12  95:18  95:21  95:23 | | 118:3  118:4  118:7  118:9  118:9  118:10 | | 143:3  144:3  144:4  144:4  144:6  144:7  144:8 |
| | 70:6  70:10  70:10  70:11  70:14  70:15  70:19 | | 95:24  96:1  96:4  96:5  96:5  96:6  96:10 | | 119:1  119:1  119:3  119:4  119:4  119:5 | | 144:10  144:12  144:12  144:13  144:13 |
| | 70:16  70:18  70:20  70:23  70:24  71:3  71:3 | | 96:13  96:14  96:15  96:15  96:16  96:18 | | 119:6  119:10  119:20  119:21  119:22  120:1 | | 145:10  145:12  145:13  145:14  146:5  146:8 |
| | 71:4  71:4  71:7  71:11  71:14  71:16  71:20 | | 96:20  96:21  96:21  96:22  96:25  97:1  97:1 | | 120:7  120:11  120:17  120:17  120:19  120:1 | | 146:10  146:15  146:17  146:19  146:19 |
| | 71:25  72:2  72:6  72:7  72:8  72:9  72:10 | | 97:3  97:4  97:4  97:6  97:6  97:8  97:8  97:10 | | 120:22  120:23  121:13  121:16  121:18 | | 146:20  146:22  146:24  147:7  147:9  147:10 |
| | 72:13  72:14  72:22  72:22  72:23  73:1  73:4 | | 97:11  97:12  97:14  97:16  97:17  97:19 | | 122:19  122:21  122:23  122:24  122:24 | | 147:11  147:11  147:11  147:20  147:20 |
| | 73:6  73:8  73:9  73:10  73:11  73:12  73:14 | | 97:20  97:23  98:1  98:3  98:3  98:7  98:7 | | 123:2  123:2  123:3  123:3  123:5  123:6 | | 147:24  148:6  148:7  148:8  148:8  148:12 |
| | 73:15  73:15  73:17  73:18  73:18  73:20 | | 98:8  98:10  98:12  98:14  98:16  98:21  98:2 | | 123:19  123:21  123:21  123:23  123:24 | | 148:13  148:16  148:18  148:19  148:19 |
| | 73:20  73:21  74:1  74:2  74:4  74:6  74:7 | | 98:23  99:5  99:8  99:9  99:9  99:9  99:10 | | 123:25  124:3  124:3  124:7  124:8  124:11 | | 148:23  148:23  148:24  148:25  149:3  149:3 |
| | 74:10  74:12  74:13  74:15  74:17  74:18 | | 99:10 | | 124:11  124:12  124:15  124:16  124:18 | | 149:6  149:6  149:8  149:16  149:18  149:23 |
| | 74:19  74:19  74:19  74:23 | | | | 124:22  125:1  125:2  125:3  125:10  125:10 | | 149:24  149:25  150:1  150:2  150:3  150:3 |
| | | | | | 125:11  125:12  125:14  125:22  125:23 | | 150:4  150:4  150:4  150:6  150:8  150:9 |
| | | | | | 125:25  126:2  126:5  126:5  126:13  126:14 | | 150:11  150:12  150:14  150:17  150:20 |
| | | | | | 126:20  126:25  127:1  127:2  127:6  127:13 | | 150:21  150:21  151:1  151:1  151:2  151:4 |
| | | | | | 127:14  127:16  127:17  127:21  127:24  128:1 | | 151:5  151:6  151:6  151:11  151:18  151:20 |
| | | | | | 128:2 | | 151:22  151:22  151:24  151:25  152:2  152:3 |
| | | | | | | | 152:4  152:4  152:6  152:8  152:8  152:12 |
| | | | | | | | 152:12  152:13  152:14  152:14  152:15 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**the(301)** 152:15 152:16 152:17 152:18 152:18 152:19 152:20 152:22 152:20 152:21 152:25 153:1 153:2 153:2 153:2 153:3 153:4 153:6 153:11 153:12 153:12 153:13 153:13 153:14 153:15 153:17 153:19 153:20 153:21 153:23 153:24 153:24 153:25 154:1 154:3 154:7 154:8 154:8 154:11 154:11 154:12 154:21 155:2 155:2 155:7 155:8 155:8 155:11 155:15 156:3 156:4 156:12 156:15 156:15 156:18 156:20 156:21 156:24 157:1 157:1 157:2 157:2 157:2 157:3 157:3 157:5 157:6 157:6 157:6 157:7 157:8 157:9 157:10 157:12 157:12 157:15 157:17 157:20 157:20 157:23 157:23 157:24 157:25 158:5 159:1 159:1 159:2 159:4 159:5 159:6 159:6 159:7 159:8 159:8 159:13 159:14 159:15 159:16 159:16 159:17 159:18 159:21 159:22 160:5 160:9 160:10 160:15 160:15 160:16 160:23 160:24 161:1 161:2 161:3 161:5 161:7 161:7 161:8 161:8 161:8 161:10 161:10 161:10 161:13 161:14 161:14 161:14 161:18 161:20 161:22 162:1 162:6 162:7 162:8 162:9 162:9 162:24 163:4 163:6 163:9 163:14 163:15 163:18 163:20 163:20 163:21 163:24 164:1 164:3 164:7 164:8 164:9 164:9 164:11 164:12 164:13 164:14 164:16 164:18 164:22 164:22 164:22 165:7 165:8 165:18 165:20 165:20 165:22 165:25 166:2 166:7 166:7 166:8 166:8 166:10 166:14 166:16 166:20 166:21 166:23 167:1 167:7 167:8 167:10 167:16 167:17 167:18 167:18 167:19 167:19 167:20 167:22 167:22 167:23 168:2 168:3 168:6 168:7 168:11 168:12 168:12 168:13 168:15 168:17 168:20 168:23 168:24 169:4 169:5 169:10 169:10 169:12 169:12 169:16 169:23 170:10 170:14 170:20 170:20 170:21 170:23 170:23 170:24 170:24 171:3 171:6 171:6 171:7 171:8 171:8 171:8 171:10 171:10 171:10 171:11 171:13 171:14 171:17 171:22 171:22 171:23 171:24 172:2 172:10 172:13 172:18 172:21 172:22 172:22 172:23 172:24 172:25 173:2 173:8 173:8 173:9 173:13 173:19 173:21 173:21 173:23 173:25 173:25 173:25 174:6 174:6 174:8 174:9 174:12 174:13 174:14 174:17 174:25 175:2 175:2 175:3 175:4 175:4 175:8 175:10 175:12 175:13 175:17 175:21 175:25 176:2 176:4 176:6 176:9 176:10 176:11 176:14 176:20 176:21

**the(301)** 176:21 177:1 177:2 177:2 177:3 177:4 177:6 177:8 177:8 177:8 177:9 177:9 177:15 177:18 177:19 177:20 177:21 177:21 177:22 177:22 178:4 178:5 178:10 178:10 178:12 178:15 178:16 178:20 178:21 178:23 179:4 179:4 179:7 179:11 179:11 179:13 179:13 179:16 179:24 179:25 179:25 180:1 180:2 180:3 180:4 180:4 180:5 180:6 180:6 180:7 180:8 180:12 180:15 180:15 180:17 180:17 180:20 180:21 180:21 180:22 180:22 180:23 181:3 181:8 181:8 181:9 181:10 181:10 181:12 181:12 181:14 181:17 181:18 181:20 182:2 182:1 182:1 182:1 182:16 182:20 183:3 183:4 183:5 183:7 183:8 183:12 183:14 183:16 183:21 183:22 183:22 183:23 184:2 184:7 184:9 184:10 184:11 184:11 184:12 184:13 184:17 184:18 184:23 184:23 185:2 185:4 185:5 185:7 185:7 185:10 185:10 185:11 185:11 185:12 185:13 185:20 185:21 185:23 186:11 186:20 186:24 187:3 187:3 187:10 187:12 187:14 187:16 187:17 187:18 187:19 187:24 187:25 188:2 188:3 188:5 188:5 188:5 188:13 188:15 188:16 188:18 188:20 189:10 189:10 189:11 189:18 189:22 189:23 189:24 190:2 190:11 191:5 191:6 191:7 191:13 191:14 191:5 191:15 191:16 191:17 191:20 191:25 192:6 192:11 192:12 192:14 192:15 192:19 192:19 192:25 193:1 193:2 193:10 193:11 193:15 193:23 193:24 194:3 194:7 194:9 194:10 194:11 194:13 194:13 194:20 194:20 194:24 194:25 194:25 195:1 195:1 195:4 195:6 195:7 195:9 195:12 196:1 196:3 196:13 196:13 196:13 196:14 196:19 196:20 196:21 196:22 196:24 196:25 197:2 197:2 197:5 197:5 197:9 197:13 197:14 197:16 197:24 198:2 198:2 198:3 198:4 198:5 198:6 198:7 198:24 198:25 199:1 199:2 199:8 199:8 199:12 199:15 199:20 199:24 199:25 200:7 200:7 200:9 200:16 200:19 200:19 200:24 201:1 201:2 201:11 201:21 201:22 201:23 201:23 201:25 202:1 202:3 202:6 202:7 202:9 202:17 202:22 202:23 202:25 203:1 203:4 203:8 203:9 203:9 203:11 203:13 203:14 203:16 203:17 203:18 203:20 203:21 203:22 203:22 203:23 203:25 203:25 204:4 204:8 204:10 204:10 204:11 204:12 204:13

**the(283)** 204:14 204:14 204:16 204:17 204:19 204:20 205:7 205:15 205:16 205:1 205:25 206:3 206:3 206:4 206:8 206:9 206:12 206:13 206:14 206:20 207:9 207:9 207:12 207:16 207:18 208:3 208:6 208:9 208:11 208:11 208:12 208:12 208:19 208:21 208:23 208:23 208:24 209:3 209:3 209:4 209:8 209:13 209:13 209:18 209:21 209:21 209:23 209:23 209:24 210:6 210:8 210:11 210:18 210:18 210:19 210:19 210:19 210:19 210:20 210:20 210:25 211:8 211:10 211:11 211:17 211:18 211:19 211:21 212:6 212:13 212:13 212:1 212:15 212:16 212:20 212:22 212:22 212:23 212:24 212:25 212:25 213:1 213:1 213:1 213:2 213:3 213:5 213:6 213:12 213:13 213:18 213:19 213:21 213:24 213:24 213:25 214:1 214:5 214:11 214:12 214:15 214:16 214:19 214:21 214:22 214:24 214:25 215:7 215:9 215:12 216:3 215:19 215:22 216:1 216:2 216:2 216:3 216:6 216:7 216:14 216:16 216:19 216:24 216:24 217:1 217:1 217:3 217:8 217:10 217:11 217:12 217:12 217:15 217:15 217:22 217:25 218:9 218:10 218:13 218:1 218:15 218:17 218:22 218:25 219:5 219:6 219:6 219:7 219:9 219:10 219:10 219:12 219:13 219:14 219:15 219:19 219:19 219:25 220:2 220:3 220:5 220:6 220:6 220:7 220:8 220:9 220:9 220:9 220:10 220:12 220:15 220:15 220:17 220:19 220:19 220:20 220:20 220:21 220:21 220:23 220:24 220:24 221:2 221:3 221:4 221:5 221:5 221:6 221:7 221:8 221:10 221:11 221:12 221:13 221:14 221:14 221:15 221:16 221:16 221:17 221:24 221:18 221:22 221:23 221:23 221:24 221:24 221:25 222:2 222:6 222:8 222:8 222:9 222:9 222:11 222:13 222:14 222:14 222:15 222:17 222:18 222:18 222:19 222:19 222:20 222:21 222:23 223:1 223:2 223:4 223:5 223:8 223:9 223:10 223:17 223:18 223:19 223:20 223:25 224:2 224:6 224:6 224:9 224:15 224:18 224:20 224:21 224:21 224:25 225:3 225:7 225:10 225:11 225:13 225:14 225:15 225:17 225:21 225:22 225:25 226:1 226:2 226:6 226:13 227:6 227:7

**their(33)** 32:3 32:22 39:22 39:24 41:2 43:15 49:9 54:2 65:1 71:5 76:5 80:4 80:5 102:19 154:16 154:25 163:15 163:15 164:25 167:21 168:18 178:23 183:24 189:19 200:9 205:12 205:17 207:8 207:1 210:15 210:21 210:24 225:8

**them(33)** 22:15 24:19 24:19 29:17 45:21 47:18 48:1 55:10 71:14 82:6 82:7 95:6 95:13 95:15 100:9 103:3 105:11 127:18 128:10 134:23 151:5 153:15 164:18 164:1 169:25 179:1 179:9 188:10 205:11 205:2 212:7 219:3 225:21

**themselves(1)** 190:3

**then(75)** 16:21 18:3 19:18 20:13 20:22 24:4 26:11 26:12 28:10 30:1 31:4 31:17 39:5 40:16 43:4 43:22 45:21 46:16 46:16 46:18 47:14 47:18 47:20 52:17 59:6 59:17 61:7 68:22 70:21 70:22 71:10 78:2 78:3 81:12 81:17 82:8 82:22 84:21 85:14 89:20 90:18 90:20 97:14 99:21 102:10 103:4 103:17 112:17 118:7 120:18 129:9 135:17 143:17 147:3 147:3 147:13 148:3 148:20 150:6 156:2 167:3 168:7 175:16 175:19 181:16 184:1 194:2 197:13 197:19 203:21 205:2 219:5 219:20 220:9 225:19

**then-question(1)** 77:21

**there(153)** 15:3 17:3 19:5 21:20 23:9 24:24 27:1 27:5 27:14 29:14 33:8 34:10 36:23 38:4 39:1 39:6 39:8 40:24 43:2 47:16 48:13 54:3 55:8 56:7 64:25 66:11 67:6 67:22 68:25 69:2 69:2 69:18 71:25 74:13 75:16 75:24 76:15 77:2 77:5 77:16 78:14 78:17 79:1 79:4 81:9 86:2 89:2 89:6 94:13 95:24 98:4 100:11 100:13 109:24 111:6 117:21 119:19 120:13 121:5 122:19 122:19 122:22 122:23 122:25 123:17 125:18 125:20 125:21 126:12 126:22 126:24 127:1 128:25 129:10 134:5 134:12 135:11 138:2 138:3 138:3 138:17 142:1 142:2 142:7 146:8 148:2 149:10 149:16 151:15 151:19 152:7 153:8 154:15 155:3 156:8 156:8 156:9 157:10 158:14 158:24 159:9 164:6 164:10 164:17 164:18 165:4 165:19 166:15 166:17 166:22 166:24 169:8 169:13 171:15 173:10 174:5 175:16 176:14 176:20 176:22 178:13 181:1 182:9 184:1 184:1 186:10 186:12 187:2 187:5 187:8 189:1 189:25 190:13 191:24 191:24 193:9 201:19 206:12 206:21 208:17 209:2 209:20 210:8 211:7 211:10 214:2 216:14 217:22 223:11 223:25 225:22 226:11 226:20

**there'll(1)** 226:21

**there's(31)** 20:13 28:9 28:10 28:22 29:9 29:17 37:25 38:15 38:24 39:5 39:15 56:6 56:7 64:24 66:15 138:2 150:6 150:8 154:24 158:14 164:3 164:21 168:4 169:4 172:11 174:23 175:16 181:13 203:22 206:18 220:8

**thereafter(1)** 219:15

**therefore(6)** 34:3 87:24 153:16 154:11 164:16 200:10

**thereof(1)** 200:8

**there's(9)** 89:9 90:4 91:7 98:14 98:15 98:25 103:18 116:25 130:1

**these(72)** 18:10 23:23 29:19 29:21 41:14 46:8 47:24 53:20 54:1 54:22 55:1 63:7 64:13 64:14 73:2 73:18 74:3 76:2 76:5 91:16 95:11 95:21 96:20 100:19 100:24 104:3 104:24 106:25 130:4 131:10 143:23 144:7 154:6 154:9 154:24 155:9 155:11 157:11 157:21 158:1 160:19 160:21 161:9 162:24 175:14 176:4 176:17 177:18 185:7 185:9 186:22 188:8 188:18 191:10 191:20 191:23 192:13 195:6 197:15 197:20 197:2 197:25 198:7 198:12 198:18 199:2 200:13 211:18 215:10 217:18 218:11 218:12

**thesis(1)** 106:3

**they(82)** 29:16 36:16 36:25 37:1 37:4 38:21 40:22 41:16 46:11 47:24 49:18 53:18 54:23 57:18 60:10 78:5 78:5 79:4 80:7 88:1 92:14 93:8 94:17 95:12 95:22 99:12 100:8 104:12 105:20 106:12 107:11 107:18 114:14 118:24 132:18 140:12 140:20 144:4 154:17 157:20 158:7 158:13 158:13 158:14 158:17 158:17 158:18 164:25 165:1 165:5 165:6 166:21 166:21 168:18 168:19 170:2 170:2 176:25 183:23 183:24 183:25 183:25 188:3 192:13 197:15 203:14 204:1 204:7 204:9 205:11 205:25 207:16 209:25 210:2 210:16 210:16 210:22 210:23 218:23 223:7 223:10 223:16 226:16

**they're(13)** 31:13 37:9 41:18 47:11 47:25 61:14 68:11 146:1 158:17 165:6 224:2 224:20 224:21

**they've(1)** 225:14

**they're(4)** 97:14 98:18 98:24 103:25

**they've(1)** 106:6

| Word | Page:Line |
|---|---|
| **thing**(11) | 20:7 27:6 93:10 98:3 162:20 163:1 164:13 194:6 199:8 199:9 226:10 |
| **things**(10) | 137:24 144:6 144:21 148:10 181:2 182:17 202:11 202:12 203:23 226:15 |
| **thing's**(1) | 83:5 |
| **think**(95) | 21:16 26:3 31:21 35:21 35:21 37:9 41:21 46:7 48:5 49:4 51:25 53:11 55:9 56:6 56:14 61:11 62:17 69:4 69:9 76:6 76:18 77:2 77:20 80:7 81:7 81:21 82:1 85:6 88:24 91:14 91:24 99:18 100:20 101:13 105:14 106:3 108:16 110:19 111:2 116:7 119:8 120:18 121:12 125:9 126:7 127:6 127:11 127:16 130:11 138:10 138:2 139:8 140:4 140:6 140:6 140:12 147:4 147:13 163:1 165:3 165:5 165:7 165:21 166:19 167:5 170:25 175:17 177:1 180:17 183:5 186:9 186:13 186:18 187:2 189:7 192:13 192:18 193:25 202:2 202:5 203:17 203:20 204:1 204:12 204:24 205:14 206:7 206:23 207:18 208:16 209:17 209:25 210:25 224:21 226:9 |
| **thinking**(5) | 33:17 48:2 64:11 75:16 218:25 220:20 220:21 220:25 |
| **third**(8) | 77:6 77:7 101:19 103:16 218:25 220:20 220:21 220:25 |
| **thirdly**(1) | 36:17 |
| **thirty**(4) | 161:3 161:6 176:22 213:9 |
| **thirty-one**(1) | 182:1 |
| **this**(269) | 15:23 16:8 17:4 21:16 21:18 21:21 22:1 22:2 22:4 22:8 22:15 24:6 25:3 25:20 26:21 29:4 29:10 29:23 32:4 32:5 32:12 33:17 34:2 34:11 35:6 35:6 35:9 35:12 35:16 35:22 36:16 36:18 36:22 36:24 37:6 37:10 38:12 38:15 40:23 43:9 44:14 45:4 49:9 49:18 50:3 50:9 51:6 51:10 52:6 52:24 53:12 53:14 54:5 54:8 54:8 54:11 54:13 55:5 56:17 57:1 57:4 57:10 57:14 57:16 57:17 57:20 57:21 59:15 60:1 62:19 63:9 64:12 66:1 66:13 68:17 68:23 68:24 68:25 69:18 71:2 72:6 72:7 75:11 75:15 75:19 75:20 75:24 76:3 77:7 77:10 77:17 77:19 77:24 78:19 78:23 79:16 83:5 83:12 84:18 87:10 88:17 89:20 91:3 91:5 91:7 91:7 91:17 91:22 94:8 98:3 102:4 102:7 102:22 102:24 104:13 104:15 104:21 105:6 108:10 108:25 109:3 109:25 110:10 111:21 113:13 114:15 115:13 115:14 116:2 116:11 116:17 116:23 116:25 117:4 117:22 119:21 119:22 120:3 120:8 121:3 121:24 122:1 122:9 122:18 122:25 123:9 123:11 124:24 125:15 126:5 126:10 127:25 128:21 129:6 131:11 132:6 134:3 134:7 136:12 136:17 143:19 146:1 146:14 147:14 149:25 150:1 150:10 151:16 151:17 151:17 153:3 153:9 153:11 153:16 154:1 154:24 155:4 156:20 157:14 157:18 158:6 159:6 159:12 159:13 159:20 159:22 159:23 160:11 161:18 161:24 162:11 163:22 164:1 164:4 164:6 165:3 166:23 168:1 168:22 169:8 172:13 172:13 173:24 174:8 174:21 175:24 175:22 178:22 179:19 180:7 180:19 180:22 180:24 181:23 183:9 184:23 185:1 184:18 185:24 185:25 186:9 186:10 186:14 187:2 187:14 188:11 188:23 188:24 189:17 190:7 191:3 193:12 195:11 195:16 195:25 196:10 200:13 207:3 209:3 212:10 212:17 212:22 213:10 213:12 213:21 213:23 215:6 216:13 217:19 218:13 218:11 218:22 220:1 220:5 220:18 222:11 225:22 226:16 226:24 |
| **thomas**(2) | 2:36 5:32 |
| **thornburg**(2) | 5:18 5:37 |

| Word | Page:Line |
|---|---|
| **those**(110) | 18:2 18:5 22:1 25:19 27:13 28:11 29:18 30:4 31:8 31:12 31:22 35:19 36:9 36:13 37:3 37:5 37:7 38:17 38:25 39:9 39:11 39:19 41:3 41:14 47:16 51:4 55:2 55:10 64:9 66:19 66:21 67:9 69:25 75:8 78:23 79:2 86:4 87:23 87:24 91:12 93:12 94:24 99:18 99:22 100:22 102:13 105:9 114:8 114:10 117:5 117:7 118:21 121:11 123:5 126:1 127:20 129:25 131:5 131:13 133:13 133:15 133:17 133:20 133:24 135:4 144:18 144:21 145:6 148:11 149:1 150:19 151:10 152:24 153:13 153:1 153:16 153:17 156:7 159:10 160:24 164:19 167:2 169:1 169:16 169:22 170:11 170:14 180:11 183:12 188:14 191:7 195:2 197:2 197:9 198:5 204:6 205:5 205:10 206:24 207:1 212:7 215:9 218:20 220:16 220:23 221:13 223:6 223:21 223:23 226:19 |
| **though**(6) | 51:9 72:23 74:11 85:15 164:2 174:25 |
| **thought**(11) | 50:7 108:4 113:24 127:1 136:14 154:16 168:14 169:9 170:13 183:2 202:12 |
| **three**(39) | 15:20 21:19 22:1 29:15 29:19 29:21 36:21 49:13 55:13 69:21 69:25 75:16 76:15 77:5 97:2 103:14 114:17 142:16 144:11 151:12 154:24 155:11 157:157:11 166:17 168:11 169:9 171:22 175:15 190:15 204:17 214:9 218:10 220:16 221:2 221:8 221:13 223:8 225:11 |
| **three-billion**(1) | 185:13 |
| **through**(23) | 16:8 21:18 24:19 29:1 47:3 94:8 97:1 97:12 97:21 100:7 102:10 105:5 105:8 105:16 108:15 155:23 158:9 169:22 171:20 198:19 209:23 212:13 225:21 |
| **throughout**(1) | 146:23 |
| **thursday**(2) | 226:2 226:6 |
| **tied**(1) | 226:21 |
| **tier**(1) | 30:16 |
| **time**(70) | 15:16 20:11 21:11 26:11 32:4 37:13 71:6 72:22 72:24 75:16 78:20 78:24 81:16 83:18 87:13 88:24 94:13 100:6 103:6 108:10 120:22 121:21 122:24 121:3 123:12 124:20 129:16 131:13 139:5 140:8 143:9 146:16 146:18 146:20 146:25 148:23 149:2 150:17 150:21 151:1 159:23 164:25 165:22 166:16 168:2 168:7 174:15 179:16 184:15 184:17 185:17 195:24 196:13 196:20 201:15 207:12 215:2 215:13 216:13 217:20 |
| **timeframe**(19) | 20:5 50:3 58:12 60:3 62:10 70:11 71:15 72:22 81:13 94:12 98:8 98:8 116:18 123:19 191:5 191:5 200:25 202:1 210:18 |
| **times**(35) | 30:2 30:3 30:6 30:7 30:9 31:11 62:19 111:23 112:8 112:10 112:13 112:21 112:21 112:25 113:8 122:6 130:18 155:13 155:14 155:15 157:8 173:8 178:23 180:10 180:11 182:19 182:20 192:13 |
| **timing**(2) | 49:9 208:3 |
| **tiny**(1) | 175:16 |
| **title**(4) | 29:11 42:2 91:7 95:7 |
| **tms**(2) | 49:19 50:21 |
| **tns**(1) | 159:6 |
| **to-date**(1) | 89:22 |
| **today**(16) | 20:6 31:1 51:10 76:21 86:6 130:1 138:2 143:18 155:15 156:18 157:20 157:22 160:4 164:18 175:24 224:12 |
| **today's**(3) | 161:11 161:11 163:12 |
| **todd**(1) | 223:6 228:14 |

| Word | Page:Line |
|---|---|
| **together**(6) | 24:24 38:21 52:9 69:23 76:6 130:1 |
| **told**(29) | 43:18 91:20 93:4 99:18 100:18 104:7 111:22 113:21 114:2 114:24 119:19 125:9 126:9 126:22 126:24 127:5 127:9 156:24 195:20 197:10 198:12 200:12 203:23 204:2 204:7 204:24 214:13 226:1 |
| **tomorrow**(2) | 225:14 226:21 |
| **too**(8) | 76:25 123:7 153:8 165:4 171:12 171:12 194:4 211:17 |
| **took**(23) | 21:2 21:4 21:8 24:12 31:14 31:16 40:14 40:16 44:16 58:13 58:15 59:17 61:81:12 82:6 119:6 123:4 163:16 171:15 173:9 180:24 181:11 206:23 |
| **tool**(2) | 174:20 174:24 |
| **top**(15) | 47:15 63:2 109:10 117:12 133:6 134:8 150:9 157:12 168:13 169:25 170:10 199:15 206:13 209:4 220:20 |
| **top-down**(3) | 93:21 94:8 206:12 |
| **topic**(1) | 18:18 |
| **topics**(3) | 17:9 67:2 125:22 |
| **topix**(1) | 177:2 |
| **torres**(2) | 5:11 11:26 |
| **total**(16) | 24:9 24:10 48:4 75:21 79:6 79:13 86:20 102:9 191:2 209:8 219:8 219:11 220:3 220:9 220:11 222:1 |
| **total-equity**(5) | 221:21 222:3 222:7 222:10 222:21 |
| **totality**(3) | 128:4 131:21 154:9 |
| **touches**(1) | 42:20 |
| **toussi**(1) | 12:16 |
| **toward**(3) | 47:2 202:7 202:23 |
| **towards**(7) | 20:16 22:23 41:13 41:16 57:18 71:13 78:21 |
| **town**(1) | 226:19 |
| **traci**(1) | 227:11 |
| **traded**(5) | 65:22 65:23 66:2 66:3 180:14 |
| **tradeoff**(1) | 52:4 |
| **trading**(11) | 33:12 33:20 46:2 46:3 46:14 61:21 61:23 65:13 65:19 70:20 107:11 |
| **traditional**(1) | 170:12 |
| **traffic**(2) | 155:23 184:4 |
| **trailing**(1) | 60:5 |
| **trajectory**(1) | 12:17 |
| **transaction**(58) | 26:3 26:4 26:8 38:1 48:6 49:14 49:23 49:24 49:25 50:6 51:10 51:19 59:19 59:23 61:3 61:10 61:17 61:22 62:1 62:4 64:4 64:8 65:12 65:12 65:16 67:22 68:18 68:18 68:21 68:22 85:17 92:12 113:14 114:16 115:12 120:7 120:9 120:14 121:6 122:10 122:16 122:13 123:13 123:15 124:1 124:8 124:12 124:19 124:23 125:4 130:17 130:20 145:8 151:9 167:4 167:11 179:20 182:4 182:22 |
| **transactions**(40) | 18:4 18:5 25:13 26:5 37:25 38:5 51:4 51:6 55:6 56:23 60:1 60:7 60:13 61:18 64:16 64:21 65:4 67:22 70:21 81:25 85:15 92:3 92:11 92:18 114:21 115:18 115:22 119:20 121:8 121:1 121:17 160:23 166:11 166:14 166:25 174:11 183:12 184:13 189:2 190:1 |
| **transcriber**(1) | 227:11 |
| **transcript**(3) | 1:18 1:52 227:6 |
| **transcription**(2) | 1:45 1:52 |
| **transform**(1) | 107:4 |
| **transformation**(1) | 107:2 |
| **transition**(2) | 141:21 147:10 |
| **transitional**(2) | 201:13 201:18 |

| Word | Page:Line |
|---|---|
| **travel**(10) | 60:3 60:11 61:1 61:4 61:14 130:21 181:8 182:12 183:7 184:5 |
| **traveling**(1) | 147:10 |
| **treat**(1) | 154:21 |
| **trehan**(1) | 7:9 |
| **tremendous**(1) | 148:7 |
| **trenches**(1) | 36:14 |
| **trend**(1) | 164:2 |
| **trends**(1) | 35:14 |
| **triangulated**(1) | 171:11 |
| **tribune**(95) | 1:8 8:14 8:34 17:2 19:10 19:14 19:23 28:9 24:13 25:20 26:16 30:6 30:6 31:2 36:20 36:24 41:9 41:12 41:15 47:11 47:15 47:18 48:2 49:6 50:2 50:7 50:16 53:15 54:5 54:9 55:23 56:16 59:12 59:14 59:23 62:7 62:8 64:15 68:1 71:8 73:7 74:3 74:5 76:8 83:23 84:3 84:9 86:21 90:24 97:13 102:9 103:1 103:10 103:13 103:23 103:24 104:2 104:11 107:13 107:23 113:11 144:13 146:13 146:21 154:8 154:18 155:20 156:1 156:7 156:21 169:23 175:14 177:21 178:19 178:16 186:10 186:13 186:16 191:8 191:8 195:16 205:7 207:25 208:3 216:7 217:2 220:14 220:20 221:3 221:7 222:6 222:9 222:20 223:20 228:11 |
| **tribune's**(61) | 22:22 23:8 23:12 23:21 24:1 25:10 25:17 27:18 27:24 30:10 30:14 34:23 37:11 38:13 40:2 41:1 42:1 42:3 45:6 47:12 48:9 48:18 49:4 49:12 52:7 56:14 56:25 59:6 59:11 59:24 62:21 65:6 66:22 67:15 68:2 68:8 68:13 69:4 69:5 144:14 148:2 151:3 155:8 158:21 161:24 170:18 171:21 172:2 176:19 177:6 180:4 184:19 187:25 197:16 203:24 207:13 208:13 215:2 216:25 221:21 222:16 |
| **tribune's**(6) | 102:17 102:23 104:8 104:16 104:21 134:14 |
| **tribune"**(1) | 101:21 |
| **tricadia**(2) | 12:23 12:23 |
| **tried**(4) | 43:9 57:8 151:5 159:7 |
| **troubled**(1) | 213:14 |
| **true**(17) | 53:14 53:16 172:18 195:15 196:12 200:14 200:20 200:22 200:23 201:22 205:5 207:10 207:24 208:2 208:5 209:10 220:1 |
| **trump**(1) | 10:42 |
| **trust**(3) | 6:4 8:4 11:26 |
| **trustee**(2) | 3:21 3:21 |
| **try**(6) | 100:10 105:15 153:10 166:24 174:15 180:18 |
| **trying**(6) | 100:6 134:17 154:7 155:4 183:4 183:10 |
| **tuesday**(5) | 138:12 138:13 139:22 139:23 225:21 |
| **tuesday's**(1) | 138:11 |
| **turn**(72) | 21:16 27:9 31:16 34:16 35:19 37:17 40:17 41:24 44:6 46:20 53:12 58:17 59:2 61:7 61:9 61:19 64:2 68:6 68:22 72:5 74:21 79:25 83:2 101:18 102:6 104:13 107:13 109:23 110:15 111:21 112:17 115:7 116:6 116:20 116:22 121:25 130:9 130:13 131:23 134:2 134:4 151:18 152:6 157:8 158:23 160:13 165:7 165:24 167:13 171:15 173:9 174:3 176:10 177:12 179:21 180:24 184:22 186:15 187:15 187:15 189:12 190:11 194:19 194:24 202:14 202:20 202:22 204:6 206:8 208:21 209:1 218:4 |
| **turnaround**(1) | 107:15 |
| **turned**(4) | 52:25 53:1 101:1 140:19 |
| **turning**(4) | 48:12 48:13 153:19 184:9 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**turns**(1) 197:23
**twelve**(1) 60:5 61:19 182:19
**twenty**(2) 143:23 178:23
**twenty-five**(1) 162:22
**twenty-four**(2) 144:25 168:22
**twenty-some-odd**(1) 143:19
**two**(67) 15:21 25:2 28:11 31:12 32:5 33:18 35:5 35:19 38:15 38:17 38:25 39:5 43:1 44:24 47:17 52:25 58:4 61:7 61:9 61:18 66:19 66:21 68:22 71:8 75:23 78:4 87:24 95:6 95:21 96:5 98:10 103:13 103:23 105:4 105:9 115:16 115:21 116:22 125:14 131:17 138:23 139:11 143:14 150:20 151:13 155:19 161:1 161:9 166:7 166:17 168:11 176:5 178:14 181:6 181:21 197:2 197:9 197:21 199:2 204:22 215:12 218:5 222:4 223:3 223:11 223:23
**two-billion-226-million**(1) 192:7
**two-billion-oh-sixty-six**(1) 177:23
**two-billion-three**(1) 177:23
**two-billion-two-twenty**(1) 177:24
**two-billion-two-twenty-six**(1) 178:1
**two-turn**(3) 123:21 182:19 182:19
**type**(13) 15:6 16:22 17:6 17:16 19:13 19:25 42:5 55:25 56:4 142:10 144:1 170:18 179:4
**typical**(2) 160:21 170:2
**typically**(1) 219:15
**u.s**(1) 8:45
**u.s.a**(1) 156:18
**uh-huh**(1) 198:14
**ultimate**(2) 202:25 203:25
**ultimately**(16) 40:14 40:25 50:11 51:21 60:10 61:19 63:14 78:15 92:22 101:7 132:6 132:9 132:14 142:22 167:5 201:22
**unable**(1) 66:18
**uncertainty**(2) 202:25 203:22
**uncharitable**(1) 172:14
**under**(32) 18:9 24:11 34:18 38:23 39:5 39:14 41:25 44:9 55:19 55:20 58:10 62:25 63:16 63:17 70:15 72:14 80:5 95:22 96:2 111:12 160:1 169:4 169:5 177:11 180:22 188:5 196:22 204:11 217:11 219:23 222:5 228:21
**undergo**(1) 163:23
**undergoing**(2) 160:2 215:23
**underlies**(2) 69:16 86:10
**underneath**(2) 30:13 72:9
**underpin**(2) 169:12 181:12
**underpinned**(2) 161:16 173:8
**underpinnings**(1) 25:7
**underpins**(1) 163:15
**understand**(13) 89:14 97:24 98:3 101:15 133:16 136:7 136:16 136:21 136:23 178:6 198:11 212:16 225:7
**understanding**(12) 63:7 85:7 86:14 89:16 94:7 99:25 114:3 114:6 128:13 132:13 165:2 184:23
**understood**(6) 88:12 104:2 112:17 114:1 126:17 132:4
**undertaken**(1) 203:4
**undertook**(4) 21:3 50:2 51:8 51:14
**unfortunately**(2) 122:25 164:1
**unfunded**(2) 54:15 54:17
**unidentified**(3) 213:16 227:1 227:2
**uniform**(1) 163:24
**unique**(1) 182:1
**uniquely**(1) 155:17
**united**(3) 1:1 1:20 142:8
**units**(1) 219:17
**universe**(3) 153:23 164:17 172:16
**university**(1) 16:2 145:18
**unless**(1) 96:19 108:23 128:21

**unlevered**(7) 25:24 32:22 34:1 45:20 108:10 108:17 109:11
**unpacked**(1) 148:5
**unrelated**(2) 29:14 62:9
**unreliable**(1) 108:1
**unsecured**(3) 2:34 3:5 6:18
**until**(8) 90:5 142:25 198:9 198:16 199:4 199:21 200:19 224:21
**up-to-date**(2) 87:15 208:9
**upcoming**(1) 53:2
**update**(28) 70:16 70:20 73:12 81:22 82:8 82:13 82:16 86:12 87:1 87:6 88:3 88:23 109:18 109:25 110:2 112:2 112:3 112:18 118:12 123:16 123:18 123:25 124:19 124:23 202:9 205:11 208:6 208:22
**updated**(10) 70:14 70:22 70:24 72:7 113:3 117:23 126:2 206:19 210:15 210:22
**updating**(1) 71:1
**upon**(45) 28:19 29:7 38:2 38:3 39:19 47:10 50:2 51:5 51:22 57:23 70:18 72:8 81:23 84:17 86:21 87:15 92:23 93:15 94:18 112:15 113:5 113:15 114:12 114:21 114:22 115:1 115:2 117:12 119:20 120:26 120:9 121:13 125:5 126:1 130:20 132:6 132:14 139:10 190:2 191:2 197:21 197:25 198:15 208:8
**upper**(4) 152:13 157:7 169:12 181:12
**upside-down**(1) 83:5
**usa**(2) 11:8 31:1
**usable**(1) 182:10
**use**(66) 221:15 25:10 26:9 31:8 31:25 33:8 33:9 33:14 33:19 34:7 35:4 37:19 37:21 38:19 40:3 40:19 42:2 43:24 44:8 44:13 46:1 46:13 48:1 49:11 50:12 56:18 58:9 61:1 61:9 67:14 67:19 68:13 74:2 74:11 76:7 116:11 113:6 113:9 123:20 134:17 134:23 137:25 151:11 157:1 157:4 157:5 158:7 159:18 160:5 160:9 160:25 161:1 166:5 168:8 169:12 171:6 175:20 176:5 179:17 180:3 180:18 188:20 189:2 194:25 195:6 205:15
**used**(90) 21:14 22:10 25:11 26:11 27:18 28:6 28:14 31:11 31:13 31:21 33:10 33:14 34:13 35:1 37:2 38:21 40:8 42:9 43:21 44:6 44:12 44:14 45:4 46:4 46:25 48:5 48:8 49:16 49:18 50:18 50:18 56:21 56:24 58:12 59:19 59:22 60:4 61:7 61:18 61:25 62:11 63:18 63:24 68:15 70:11 72:20 73:14 78:17 79:8 94:1 94:11 100:5 100:22 108:1 112:20 112:24 117:7 118:4 118:8 120:17 123:2 130:18 130:22 130:2 134:3 135:19 151:2 151:4 151:13 157:14 166:7 175:23 176:7 180:6 181:15 182:4 182:22 188:2 188:6 188:17 194:7 194:8 196:24 203:9 203:11 206:20 208:19 218:1 219:18
**useful**(10) 30:17 50:7 60:11 155:19 156:1 166:19 166:19 169:11 174:20
**usi**(2) 15:17 17:25
**using**(25) 25:19 28:24 32:7 32:23 33:1 33:2 34:20 35:23 36:4 39:18 40:14 44:20 59:16 61:10 63:2 73:15 107:7 108:4 119:1 140:18 175:15 188:17 193:3 195:10 211:2
**usually**(1) 29:24
**utilize**(3) 67:25 173:25 188:25
**utilized**(2) 67:16 219:14
**vail**(1) 2:22
**valerio**(1) 11:10
**valid**(3) 79:21 133:11 133:13
**validate**(2) 21:3 82:9
**validity**(1) 149:6

**valuable**(1) 174:19
**valuating**(1) 124:10
**valuation**(182) 17:11 17:13 17:16 17:21 18:8 18:9 18:11 18:20 18:24 19:1 19:4 19:16 19:22 20:1 20:4 20:7 20:8 20:9 20:11 20:13 20:14 20:18 20:20 20:22 20:24 21:4 21:5 21:7 21:11 21:14 21:19 21:20 22:15 22:17 23:4 24:14 25:3 25:9 25:11 26:9 27:11 27:17 28:7 28:18 36:7 37:20 38:8 38:10 41:5 43:8 45:18 45:25 48:9 48:18 49:11 51:15 52:3 55:18 56:18 57:9 60:20 62:10 62:23 63:17 63:20 64:1 64:16 66:3 66:11 66:13 66:16 66:22 67:8 67:12 68:8 68:21 68:23 68:24 69:1 69:9 69:12 69:15 69:15 69:19 70:6 70:15 70:19 75:4 75:6 75:9 75:12 75:14 75:17 75:23 76:1 76:7 76:12 76:22 77:9 77:13 77:24 78:2 81:7 81:9 81:12 82:12 82:3 86:5 86:10 86:13 86:21 86:23 89:10 90:19 91:8 93:6 99:3 99:11 109:14 110:3 113:11 114:20 115:1 115:14 118:8 119:10 120:3 120:11 121:3 121:15 121:18 121:23 121:2 122:1 123:5 123:11 123:12 124:3 124:24 126:2 130:15 130:23 132:1 133:16 136:7 136:17 136:19 136:25 147:1 147:20 147:25 148:23 149:6 150:2 150:3 151:22 153:2 158:3 158:3 177:14 177:19 179:17 187:18 189:8 189:18 190:5 194:9 194:10 198:2 200:6 200:17 201:1 201:21 202:1 206:19 225:18
**valuations**(12) 26:6 30:8 73:15 119:5 144:24 145:9 145:11 145:12 157:19 162:2 192:13 212:4
**value**(213) 17:19 17:19 17:24 18:2 21:14 21:24 22:2 22:16 22:20 22:22 23:11 23:15 23:17 24:1 24:10 24:17 24:25 25:10 25:24 25:25 26:1 26:1 26:7 26:11 26:16 27:18 27:23 32:4 32:23 32:24 32:25 33:1 33:5 33:12 33:19 33:21 34:18 34:23 35:22 37:11 37:21 38:22 39:11 45:6 45:22 45:24 46:3 46:5 46:21 49:12 50:8 50:11 50:12 50:21 52:7 53:19 53:24 54:2 55:5 56:19 56:25 57:10 58:6 59:9 59:16 59:23 60:21 62:25 63:15 63:19 63:22 64:16 64:22 64:23 65:6 66:9 66:15 67:14 68:1 68:9 69:4 69:19 74:2 75:20 72:5 76:5 76:8 77:17 77:19 81:14 83:17 83:23 84:5 84:9 86:9 86:20 88:14 88:18 89:3 89:8 89:11 89:17 109:9 110:8 112:21 119:1 122:18 122:19 122:25 124:8 134:19 135:1 137:1 137:5 146:16 147:18 147:24 147:25 149:2 149:3 150:12 151:2 152:14 153:3 154:7 156:16 158:1 159:16 159:16 159:19 160:6 161:14 161:15 161:19 163:9 163:11 163:16 166:5 171:21 172:13 172:25 173:1 173:24 175:10 177:8 177:9 177:15 177:1 177:18 177:20 177:20 179:13 179:17 180:1 181:1 181:17 182:5 182:21 183:5 183:5 183:9 185:7 185:12 185:21 185:22 185:22 186:2 186:11 186:20 187:10 187:13 187:18 187:24 188:3 188:7 189:14 189:18 189:20 190:7 190:21 191:3 191:7 191:9 191:14 191:16 191:17 191:17 191:25 192:11 192:14 192:18 208:6 212:19 212:20 221:12 222:11
**valued**(11) 39:4 39:12 53:17 61:17 73:7 73:8 132:22 168:15 174:15 175:14 222:6
**values**(7) 25:18 153:12 156:15 167:2 167:19 177:10 185:15

**valuing**(32) 18:5 22:9 25:19 29:2 29:4 29:5 32:12 35:25 40:6 57:20 60:16 64:4 73:2 119:8 124:9 124:14 124:25 134:24 144:3 146:6 153:15 155:20 158:6 159:14 160:20 175:21 176:4 179:7 183:1 188:11 188:12 219:21
**variance**(5) 75:8 75:21 110:10 150:6 150:8
**varies**(1) 188:14
**variety**(6) 16:20 144:2 148:16 179:10 187:5 195:8
**various**(11) 34:22 47:5 50:20 64:3 93:15 167:19 174:7 177:14 183:18 220:19 221:11
**vast**(1) 170:20
**vazquez**(1) 6:27
**venture**(1) 177:3
**ventures**(17) 23:25 55:15 68:9 68:10 68:11 68:14 69:6 122:1 122:20 123:8 125:6 176:25 177:10 189:15 189:21 190:5 190:8
**versed**(1) 179:13
**version**(4) 71:7 87:4 110:3 208:19
**versus**(6) 92:20 136:9 161:12 170:12 186:12 219:17
**very**(73) 14:10 27:6 32:19 35:8 38:11 45:2 50:3 50:7 52:22 52:23 53:24 60:18 63:19 63:25 67:8 68:23 71:3 76:1 78:24 80:11 105:24 116:15 129:8 135:9 135:11 135:18 136:3 146:17 146:23 147:2 153:1 157:22 158:4 158:10 158:17 159:20 159:25 162:25 163:15 164:15 164:18 164:21 164:25 165:14 165:11 166:15 167:24 170:25 170:25 171:1 173:21 174:19 174:24 176:2 181:21 182:19 183:7 186:1 186:1 187:7 188:13 189:1 191:11 191:12 191:13 191:13 192:14 194:20 208:6 212:19 212:20
**viacom**(1) 171:25
**video**(1) 225:13
**view**(23) 35:24 36:6 37:5 67:7 76:7 113:4 130:3 132:4 132:12 135:12 145:6 147:18 147:21 147:22 149:2 163:24 170:11 181:5 185:22 191:16 209:18 212:1 212:24
**viewed**(3) 30:7 156:14 168:17
**viewers**(1) 60:22
**viewpoint**(1) 163:14
**views**(3) 37:6 103:9 161:9
**viking**(1) 9:20
**vinson**(1) 10:16
**virtue**(2) 43:5 47:15
**vis-à-vis**(2) 58:17 60:11
**visibility**(1) 224:16
**volatile**(1) 78:5
**volume**(1) 184:5
**vora**(1) 11:9
**wacker**(1) 3:30
**walk**(2) 25:6 171:20
**wall**(1) 24:23
**walt**(2) 143:7 145:12
**wandering**(1) 95:14
**want**(22) 25:5 39:19 44:5 69:14 81:6 93:10 95:14 96:9 96:20 105:7 108:7 112:1 113:12 116:5 117:15 126:16 129:17 132:2 165:7 194:8 211:17 218:4
**wanted**(16) 43:21 65:2 66:14 78:25 82:9 82:9 95:16 104:16 114:5 125:25 129:20 132:8 157:18 157:19 212:20 212:23
**wardwell**(2) 2:4 10:12
**warner**(1) 143:9
**warrant**(3) 113:4 130:3 191:16
**warranted**(2) 39:4 41:5 225:16
**warrants**(1) 18:20

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**was**(301) 17:3 17:4 17:23 17:25 18:1 18:3 18:5 18:15 18:17 18:18 18:19 19:1 19:11 19:12 19:22 20:8 20:9 20:14 20:23 20:25 22:21 23:15 26:25 30:17 32:8 32:10 34:17 34:17 39:11 40:25 42:9 43:9 43:10 43:12 44:4 49:21 50:7 50:22 51:7 51:19 52:4 56:14 57:15 60:1 60:2 60:12 60:14 60:17 60:17 60:20 61:5 61:20 61:25 62:2 62:16 62:24 62:25 63:7 65:5 67:22 67:23 68:17 68:19 68:20 69:2 69:2 69:18 70:3 71:3 71:3 71:7 72:24 74:13 75:5 75:17 77:11 77:13 77:21 78:14 78:15 78:17 78:24 79:16 81:9 81:10 81:16 82:4 82:14 82:19 83:1 84:18 84:24 85:9 85:13 85:16 85:19 88:6 88:8 88:25 89:1 90:15 91:24 93:16 94:4 94:12 94:13 95:21 98:11 100:6 100: 100:11 100:16 100:20 101:23 103:18 105:22 106:11 106:18 107:1 108:2 108:5 109:16 110:7 112:24 113:9 113:20 113:23 113:24 118:9 119:7 121:20 121:22 121:24 122:25 123:1 123:4 123:9 123:24 124:8 124:16 125:4 125:20 125:25 126:6 126:7 126:10 126:14 126:18 126:24 127:10 127:16 127:16 127:20 127:24 128:5 130:1 130:20 131:4 132:11 132:12 133:1 133:1 133:10 135:20 135:20 138:11 138:14 142: 142:7 142:8 142:12 142:16 142:17 142:25 144:11 144:19 145:8 146:15 146:19 146:2 146:23 146:24 147:8 147:18 147:23 147:24 148:6 148:8 148:19 149:3 150:2 150:20 150:21 151:14 152:22 153:1 155:9 155:10 156:22 157:9 157:18 157:22 157:2? 159:21 160:11 161:12 161:13 161:22 164:4 164:6 164:13 164:16 164:17 165:19 166:20 166:22 166:22 167:8 167:24 169:1 170:13 171:13 171:18 172:20 173:8 174:24 175:17 177:8 178:13 178:13 178:2: 180:23 180:23 181:15 181:25 182:11 182:15 182:16 183:12 183:13 183:17 183:22 184:8 184:16 184:16 184:16 184:1 184:20 184:20 184:21 184:21 185:15 185:20 185:22 185:23 186:2 186:10 186:15 187:9 187:12 188:6 190:23 191:24 193:1 195:4 195:5 195:8 195:10 195:10 195:13 195:23 196:18 196:20 197:15 198:3 198:4 198:5 198:6 198:9 198:16 198:18 198:24 199:2 199:3 199:4 199:7 199:20 199:20 199:22 200:5 200:5 200:5 200:10 200:25 201:20 201:22 202:9 202:11 203:17 203:2? 205:9

**was**(22) 205:23 206:2 206:3 206:23 208:1 209:4 209:18 209:20 212:9 212:12 212:1 213:5 213:14 216:10 218:15 219:14 219:1 219:19 223:17 223:19 223:19 225:4

**washington**(1) 3:18

**wasn't**(6) 50:6 51:9 51:18 51:18 138:21 198:20

**wasn't**(11) 76:10 79:2 85:11 86:4 88:6 91:24 93:16 94:13 100:13 132:13 166:18

**watch**(3) 41:22 41:22 60:23
**watching**(2) 56:7 56:9
**waterfall**(3) 89:21 90:15 209:23
**way**(23) 22:17 22:23 35:25 37:10 38:11 39:12 47:23 57:8 63:12 81:21 106:25 109:2 145:4 151:5 153:11 169:23 173:19 178:2 181:10 183:8 186:3 191:12 225:3

**ways**(2) 64:25 190:15
**we'd**(4) 192:8 216:12 217:20 223:2
**we'll**(11) 23:19 52:17 150:15 168:12 193:2 217:13 224:14 224:17 225:16 225:21 226:6
**we're**(20) 16:10 20:6 22:3 28:24 29:5 39:18 40:5 44:20 52:14 52:22 55:10 74:7 74:9 140:5 140:17 154:7 193:8 222:14 225:25

**we've**(9) 20:4 21:19 52:24 52:25 196:2 202:5 222:4 225:3 225:10

**weather**(8) 60:12 60:15 60:18 181:8 183:12 183:14 184:2 184:3

**weatherchannel.com**(1) 60:19
**web**(1) 184:5
**web-based**(1) 187:22
**website**(2) 60:19 155:23
**websites**(1) 68:11
**week**(4) 138:8 138:9 138:12 138:13
**weekend**(6) 224:19 225:17 225:22 226:16 226:20 226:25

**weeks**(1) 78:4
**weight**(17) 34:22 36:3 36:6 46:25 119:10 120:2 161:15 166:14 174:11 174:13 209:4 211:22 211:25 212:9 213:3 213:22 213:24 ?

**weighted**(8) 41:16 41:19 159:11 160:15 160:16 174:8 174:14 184:10

**weighted-averag**(1) 87:19
**weighting**(39) 35:2 35:3 35:4 47:3 47:4 47:5 48:6 50:24 50:24 50:25 51:3 51:16 51:20 64:3 64:6 64:7 64:9 65:4 65:15 66:6 109:14 109:17 110:4 115:16 115:20 115:20 132:22 135:14 161:1 161:2 161:3 174:6 174:18 175:2 175:4 184:11 184:12 213:5 213:13

**weightings**(2) 50:20 65:2
**weil**(1) 9:39
**weiss**(1) 9:4
**weitman**(1) 8:35
**welcome**(1) 226:17
**well**(150) 14:10 20:3 20:9 21:16 22:12 22:23 28:2 29:14 29:19 30:20 31:6 31:11 31:16 32:2 32:24 32:24 33:1 33:17 34:25 35:5 38:20 40:21 44:2 44:15 44:19 45:2 45:25 47:7 47:17 48:23 50:11 51:4 51:25 57:8 57:14 57:21 58:2 58:12 58:22 58:24 59:14 60:17 61:4 61:10 63:7 63:13 64:11 66:19 67:3 70:23 72:22 73:8 73:11 74:6 74:14 74:17 75:7 75:11 75:15 76:17 76:20 77:7 77:10 77:21 79:13 89:18 89:21 89:25 92:19 97:17 99:5 99:17 101:13 103:1 103:4 103:9 103:13 103:17 103:18 104:16 104:21 107:1 107:3 109:16 111:8 114:11 114:12 115:16 116:15 118:14 118:15 119:13 122:18 123:7 123:18 123:20 124:7 124:9 125:21 126:20 128:20 129:1 129:9 132:25 136:14 139:12 148:24 151:24 154:15 155:4 155:13 156:14 159:25 160:8 163:4 164:16 167:9 168:11 169:2 169:8 169:15 170:25 172:3 173:22 175:16 176:18 177:1 179:13 180:13 180:23 188:8 194:1 194:6 194:19 195:20 197:13 198:12 198:22 201:3 202:13 205:6 207:3 210:8 215:10 216:11 217:9 223:21 224:6

**wells**(1) 11:43
**went**(22) 16:2 75:23 79:1 94:7 97:18 99:3 112:23 113:7 114:6 118:5 118:10 128:17 136:18 136:19 145:18 145:22 165:16 175:9 175:11 175:12 175:18 205:20

**were**(147) 15:19 18:8 18:20 18:24 21:1 38:4 39:8 39:9 39:10 52:5 55:10 57:18 60:10 62:18 62:22 63:7 65:24 68:25 70:20 71:2 71:5 71:6 71:10 71:13 72:11 72:25 73:15 76:15 77:5 77:17 78:19 78:20 78:22 78:23 79:18 82:2 82:12 82:24 84:9 84:15 84:16 84:21 84:23 85:2 85:5 86:2 94:14 94:16 95:12 100:8 100:10 102:3 108:20 113:18 113:22 114:4 114:15 115:2? 116:17 118:17 118:21 118:24 123:19 125:15 125:18 125:23 126:2 126:11 126:2 127:14 127:17 128:2 128:12 131:3 131:8 131:11 131:11 131:15 132:14 132:16 132:18 133:4 133:23 134:7 134:11 134:12 134:12 135:1 136:17 138:19 142:15 142:24 143:4 143:13 143:13 143:19 144:23 145:6 146:20 146:23 147:16 148:1? 152:19 152:23 153:1 153:3 154:17 160:24 168:3 168:9 169:12 171:12 175:21 183:21 183:24 183:25 185:7 185:8 185:15 189:1 193:11 194:8 196:1 197:2 197:24 200:4 201:13 201:15 201:22 202:3 205:6 205:19 206:19 206:25 207:3 208:15 208:17 208:1 209:24 210:16 210:23 211:19 222:16 223:4 223:11

**weren't**(6) 49:18 63:9 194:9 201:19 206:24 211:9

**weren't**(1) 113:3
**west**(4) 3:30 3:38 5:20 5:39
**we'll**(5) 105:9 108:12 128:20 137:11
**we're**(12) 76:6 77:18 93:15 98:10 105:11 111:4 113:11 124:9 124:9 124:14 134:16 134:17
**we've**(2) 81:17 97:17
**wgn**(12) 39:2 42:3 42:5 42:6 42:15 42:19 43:12 44:4 45:2 73:8 172:3 172:17

**wharton**(2) 9:4 16:2

**what**(295) 15:4 15:6 15:9 16:4 16:4 16:10 18:18 20:3 20:8 20:14 20:23 21:18 22:21 23:2 23:6 23:8 23:11 23:15 23:21 24:1 25:9 25:21 25:21 26:7 27:10 27:23 28:5 28:11 28:23 28:25 29:9 33:4 34:7 34:9 34:16 34:17 35:5 36:9 37:11 37:18 37:21 38:6 38:17 40:22 40:23 40:25 41:25 42:5 42:17 42:18 43:9 43:18 44:7 44:13 44:20 45:5 46:1 46:21 48:4 48:13 49:4 49:11 49:23 50:8 50:22 51:14 52:7 53:12 54:3 54:4 54:17 54:17 54:20 55:4 55:9 55:11 55:16 55:21 55:25 56:4 56:18 57:19 58:8 61:12 61:22 62:25 64:2 64:17 65:5 65:15 65:19 66:14 67:2 67:3 67:11 67:14 67:17 68:1 68:6 68:10 68:13 68:20 69:3 69:3 70:3 70:9 70:16 70:25 71:6 72:6 73:10 73:18 73:18 73:25 74:4 74:4 74:15 74:15 75:2 75:9 77:17 77:21 79:6 82:9 84:2 84:5 84:20 84:24 85:7 85:12 85:13 85:22 85:22 87:5 88:4 88:10 88:20 89:17 89:18 90:18 91:16 92:16 92:20 93:21 94:12 94:20 94:25 96:9 97:11 97:25 98:19 99:13 100:6 100:18 100:23 102:7 102:13 102:15 102:19 104:14 104:20 107:22 108:13 112:1 113:23 114:1 116:21 116:23 118:9 119:2 121:18 122:13 123:17 124:4 124:6 124:7 125:3 125:25 126:18 126:21 126:24 127:5 127:6 127:10 127:16 128:7 128:8 128:13 129:18 130:15 130:19 132:5 132:8 133:14 133:16 135:8 136:12 136:13 136:16 136:17 137:1 138:18 138:22 140:12 140:20 141:19 142:10 142:19 143:2 144:1 145:19 146:17 147:16 147:23 148:1 148:3 148:19 148:20 149:25 150:16 150:23 151:20 153:15 155:2 155:13 156:3 156:12 156:24 157:13 158:7 158:16 158:18 158:25 159:8 159:24 162:4 162:6 163:5 163:24 165:5 165:24 166:2 166:5 166:20 167:2 167:15 170:18 172:2 176:16 176:18 177:5 177:12 177:20 178:2 178:6 179:17 179:23 182:22 183:20 185:25 186:5 187:7 187:9 187:12 187:16 187:20 188:6 189:8 189:14 189:24 192:3 192:18 194:12 195:10 195:20 199:10 200:22 200:23 202:12 203:8 203:12 203:13 203:17 203:19 203:21 206:24 208:25 210:16 211:2 212:23 212:25 213:5 214:10 224:16

**what's**(9) 24:4 25:15 26:4 36:17 45:15 48:8 54:7 64:11 148:18

**whatever**(3) 128:25 137:12 225:15
**whatsoever**(1) 191:25
**what's**(4) 76:15 77:5 103:2 121:24
**when**(93) 19:9 22:14 25:4 29:1 30:20 33:21 38:23 41:22 44:19 47:9 47:17 47:23 49:8 52:1 53:18 59:15 61:10 63:4 64:15 64:20 64:20 71:2 73:8 74:6 76:8 76:10 77:7 90:4 92:4 92:10 93:1 103:5 110:10 113:3 114:10 119:8 124:12 127:10 128:11 130:5 131:11 132:22 135:20 135:20 137:12 138:3 142:7 144:11 146:12 146:21 146:23 147:16 149:10 150:14 151:6 152:23 153:1 157:25 158:16 160:20 162:23 164:13 165:5 165:20 167:8 167:25 168:2 170:1 170:13 174:21 175:21 178:13 184:18 190:13 194:8 200:5 201:6 201:22 202:3 203:7 203:21 205:7 205:10 205:19 206:23 207:12 208:16 209:7 210:15 211:13 212:4 219:13 226:1

**where**(46) 14:25 15:15 16:1 18:2 18:4 27:7 46:15 48:16 60:22 62:10 67:22 68:11 72:14 72:18 73:1 75:19 76:1 81:18 89:18 100:24 106:19 110:3 116:18 119:10 122:21 134:9 134:17 136:21 141:16 142:5 143:13 145:17 150:2 154:19 165:9 166:21 174:18 175:25 176:12 180:14 192:11 196:20 203:3 224:18 225:4 225:5

Page : 27

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**whereas**(7) 39:22 41:14 43:15 47:13 57:17 104:23 107:13

**whether**(29) 37:5 37:7 78:17 79:20 84:22 85:4 91:15 93:16 98:7 107:3 109:7 114:14 124:11 128:1 132:6 132:18 134:24 135:12 139:6 139:9 145:6 147:20 185:22 203:2 205:14 210:16 213:13 217:3 220:1

**which**(145) 17:23 18:10 21:8 26:1 26:15 27:14 28:15 30:1 32:9 33:20 34:5 34:11 34:13 35:9 35:20 37:9 37:21 39:2 39:21 40:1 41:2 41:3 41:15 41:21 44:22 45:9 47:22 48:12 49:7 50:1 50:10 51:18 51:20 55:22 59:1 60:3 61:6 61:22 62:18 66:12 66:14 68:18 72:9 73:8 76:14 78:14 79:11 91:1 100:10 100:13 103:11 105:3 106:4 110:23 113:8 115:8 117:19 120:10 120:25 121:16 121:16 125:6 130:10 132:14 143:25 143:17 145:11 148:23 148:24 151:7 152:18 152:17 155:16 155:20 157:11 159:12 159:17 161:10 162:8 162:9 163:7 163:16 164:4 164:14 168:9 168:10 168:12 169:16 170:10 170:15 171:11 171:20 171:20 171:25 172:4 173:10 174:23 176:9 176:10 176:11 176:20 177:15 178:4 180:3 181:4 181:15 182:9 182:11 182:12 182:15 183:11 184:6 185:8 185:10 186:12 188:22 188:25 189:16 190:3 191:6 191:6 191:11 194:20 199:1 199:20 200:20 203:1 203:2 203:19 206:9 210:20 211:21 212:15 212:23 215:1 218:4 218:15 219:19 220:22 220:25 221:4 221:10 222:8 222:15 226:3

**while**(9) 18:8 36:23 50:6 105:25 106:12 139:21 143:3 185:15 188:14

**white**(1) 11:43

**whittman**(2) 10:46 224:15

**who**(13) 39:21 56:9 85:2 154:15 154:17 155:17 178:10 204:10 204:14 209:21 212:7 214:11 226:19

**whole**(7) 66:4 67:2 102:19 153:11 199:8 199:9 207:9

**wholly**(14) 23:6 23:7 23:7 23:8 23:12 48:14 48:19 49:4 49:12 52:8 64:14 64:14 175:9 175:10

**whomever**(1) 209:23

**why**(82) 22:1 28:3 29:17 29:21 31:25 33:8 33:14 35:4 38:3 38:25 40:4 40:19 41:18 44:1 44:17 46:4 47:5 51:2 51:23 57:6 57:6 57:13 57:25 58:19 58:19 60:15 61:9 62:16 63:5 64:9 66:2 66:23 67:19 69:12 72:20 79:11 80:8 88:25 106:3 110:18 111:7 122:17 124:20 124:22 127:2 128:16 131:25 132:3 134:12 136:20 151:14 153:6 153:6 154:6 154:14 156:2 157:17 161:5 164:24 165:16 166:13 167:7 169:7 174:13 174:14 175:10 178:4 181:18 182:25 183:14 185:18 185:18 188:20 191:1 194:19 199:10 200:1 207:11 212:3 212:9 212:12 212:12

**wild**(2) 11:5 36:19

**wildly**(1) 92:20

**will**(43) 14:7 35:7 35:12 35:13 35:17 36:24 36:25 37:1 37:6 39:10 41:4 42:6 50:5 65:3 65:17 78:5 78:6 78:6 79:13 80:3 80:7 80:13 86:12 101:11 107:15 110:21 125:2 140:16 147:19 156:1 157:21 189:16 194:25 201:4 203:3 203:14 203:24 221:3 225:9 225:13 225:18 226:20 226:25

**william**(1) 5:25

**willing**(1) 65:17

**wilmer**(1) 7:23

**wilmington**(16) 1:12 1:40 2:17 2:31 3:9 3:24 3:39 4:32 5:8 5:21 5:27 5:34 5:40 6:4 8:4 14:1

**wilson**(1) 7:13

**wires**(1) 12:44

**wish**(1) 224:7

**with**(219) 14:5 16:5 18:8 19:9 20:10 21:13 22:9 23:4 24:16 24:20 25:1 25:2 25:5 25:6 25:12 27:5 27:11 28:2 28:19 30:18 30:20 31:1 31:17 32:8 34:23 35:5 35:10 35:15 35:17 36:14 40:15 40:17 41:9 43:8 43:9 46:3 48:11 49:17 51:2 52:5 52:9 54:23 54:24 55:6 58:18 59:3 61:8 61:12 61:15 61:24 62:19 62:19 62:22 63:24 65:24 70:14 71:12 71:13 71:14 73:4 74:15 77:12 77:19 79:4 80:11 80:21 81:6 82:2 82:7 82:15 82:17 83:3 83:12 84:18 88:16 91:11 91:18 91:21 92:16 93:5 93:1 93:25 94:4 94:8 94:11 95:14 97:16 97:18 98:11 99:18 99:22 99:24 100:13 102:19 103:3 103:19 108:16 118:5 118:10 118:25 121:4 121:15 122:4 123:1 123:3 123:7 125:8 125:13 125:18 126:19 129:6 129:16 129:21 132:1 132:5 135:17 136:5 138:5 135:9 141:11 143:3 143:6 143:20 143:21 144:9 144:13 144:14 144:16 144:17 144:22 145:5 145:5 146:13 146:22 148:1 148:14 148:18 148:15 150:10 152:3 152:20 155:1 159:4 160:6 160:10 162:23 164:5 165:20 165:20 167:1 167:4 168:3 168:23 170:10 171:23 173:23 177:24 178:4 178:18 179:9 179:25 181:7 184:4 185:24 186:3 186:7 188:15 191:23 192:8 193:14 193:19 193:21 194:1 194:13 195:16 195:17 195:2 196:10 196:19 196:25 197:9 197:17 198:18 201:21 202:6 204:20 204:23 205:1 205:24 206:2 207:4 207:10 211:20 212:24 214:12 214:23 215:4 215:14 215:23 216:2 217:14 217:16 217:18 223:12 223:12 224:15 224:17 225:14 226:4 226:6

**within**(11) 31:19 39:1 39:8 42:3 47:14 47:16 77:11 77:22 122:20 215:24 223:21

**without**(12) 27:3 64:21 67:6 72:2 95:15 108:15 117:2 118:1 149:18 216:17 217:25 224:3

**witness**(21) 14:5 14:8 14:17 14:19 19:3 89:25 90:3 90:12 98:3 98:7 102:1 106:17 136:16 137:10 140:17 141:6 141:11 146:5 214:7 225:18 225:19

**witnesses**(4) 225:12 226:4 226:7 228:2

**womble**(1) 5:30

**won't**(3) 35:18 203:14 214:13

**wong**(1) 13:23

**word**(8) 72:14 113:6 180:22 188:5 194:7 194:11 203:9 203:11

**words**(2) 100:5 100:22

**work**(103) 15:6 15:15 15:21 16:23 17:7 17:13 17:16 17:21 18:8 18:11 19:10 19:14 19:16 19:17 19:22 20:1 20:4 20:18 20:24 21:1 21:8 21:15 24:16 24:21 25:3 26:14 27:11 27:14 38:7 62:6 62:9 62:18 62:22 62:24 63:9 63:13 64:12 69:9 70:4 70:5 70:10 70:17 70:25 71:2 71:7 71:16 71:17 71:20 71:21 72:8 72:21 75:4 75:11 76:1 76:24 78:9 79:20 87:14 88:6 93:15 131:1 131:11 131:21 136:24 135:4 131:11 131:11 131:23 142:5 142:10 142:22 144:1 144:13 146:15 146:16 146:17 147:1 147:16 148:13 150:2 151:2 152:25 163:20 166:6 167:25 177:21 183:3 184:16 185:2 185:20 186:23 187:3 187:24 196:14 196:25 197:9 197:14 198:4 198:9 198:12 198:16 198:18 198:20 199:2 211:4 216:1 228:15

**worked**(19) 15:2 16:17 16:20 82:6 82:7 142:1 143:3 143:5 143:21 143:23 144:9 144:11 144:15 144:17 146:22 168:25 179:4 179:6 196:20

**working**(12) 15:23 15:25 25:1 142:2 143:20 145:5 146:13 174:16 178:18 198:8 211:19 215:23

**works**(1) 89:15

**world**(2) 41:17 161:10

**worsening**(2) 136:19 136:23

**worth**(4) 44:15 119:9 156:5 163:7

**would**(204) 18:10 19:15 21:24 22:5 22:23 23:23 24:6 24:15 26:18 28:3 29:11 29:19 30:17 32:9 32:12 34:12 34:16 35:21 35:22 36:2 36:4 38:6 38:9 39:23 39:23 40:3 46:0 41:5 43:8 50:8 51:5 51:25 52:2 53:11 54:8 54:8 55:16 56:5 58:25 59:4 59:5 61:10 61:22 62:3 63:25 64:2 64:18 64:23 65:15 65:16 65:20 65:24 66:2 66:11 66:19 67:6 67:10 68:6 69:3 69:14 69:14 70:7 71:19 72:9 73:23 76:17 77:7 79:5 79:14 79:25 80:16 86:17 87:23 88:5 88:19 90:19 90:20 97:16 97:18 98:21 99:11 104:17 105:23 105:24 106:20 107:1 107:1 108:1 108:16 110:23 119:3 119:4 119:5 120:6 121:15 121:20 126:12 127:2 127:14 128:2 128:4 128:12 130:2 130:3 130:7 130:9 130:19 131:19 132:7 133:3 134:3 134:13 137:1 138:5 138:19 139:5 140:7 140:8 140:13 140:18 145:25 146:5 148:25 149:8 149:14 150:9 150:9 151:1 151:18 151:20 152:6 158:23 162:19 163:22 165:22 168:7 169:18 169:18 172:14 174:3 174:6 177:2 178:25 179:21 180:18 181:18 184:22 186:15 187:4 187:9 187:9 187:12 187:14 187:15 189:7 192:3 192:7 192:10 192:16 192:19 193:22 193:23 193:25 196:3 201:24 204:16 204:17 207:11 209:17 209:21 209:23 209:25 210:22 210:25 212:2 212:25 214:16 214:22 215:25 216:19 216:24 217:6 217:14 219:15 219:22 220:7 220:25 220:25 221:4 221:6 221:22 221:22 222:1 222:3 222:6 222:10 222:16 222:21 222:3 223:22 225:12 226:1 226:15

**wouldn't**(4) 34:6 51:10 172:17 195:19

**wouldn't**(7) 76:21 108:21 108:24 127:18 128:10 134:16 137:6

**would've**(1) 119:1

**wrenching**(1) 160:2

**write**(1) 202:24

**writes**(1) 200:18

**written**(3) 154:17 168:15 198:24

**wrong**(2) 132:10 211:18

**wrote**(4) 186:21 191:19 198:21 203:20

**www.diazdata.com**(1) 1:49

**yeah**(32) 16:25 17:8 19:15 32:21 33:10 39:18 45:8 49:6 49:17 49:25 55:13 55:22 56:2 57:2 59:25 61:4 64:10 77:16 83:7 91:24 92:8 111:9 111:11 112:23 113:6 113:19 121:13 125:20 127:4 130:11 211:13 211:15

**year**(34) 33:5 33:6 50:18 93:7 94:17 94:19 96:16 96:17 97:5 97:8 97:21 98:5 98:20 98:22 101:6 106:1 108:6 118:24 131:11 131:12 136:9 136:11 145:3 147:10 147:14 148:3 164:1 164:9 164:16 164:20 176:2 205:21 206:3

**year's**(1) 57:18

**years**(48) 15:3 15:20 15:24 16:18 16:24 17:7 19:22 25:2 34:5 36:21 44:22 44:23 44:23 44:23 46:12 97:19 99:19 103:10 105:8 106:7 108:21 109:1 111:19 128:2 131:17 143:14 143:16 143:19 143:24 144:11 144:25 156:14 156:19 156:20 159:25 162:22 163:7 163:10 166:17 166:18 168:22 174:16 175:25 176:6 178:24 212:4 215:18 215:22

**yell**(1) 105:14

**yellow**(1) 133:4

**yes**(195) 14:6 16:16 16:19 17:18 17:23 18:10 18:14 18:17 21:8 24:15 25:4 26:20 27:8 27:16 27:20 28:13 28:24 30:24 39:1 39:8 41:11 45:16 46:18 49:7 49:3 49:22 50:22 53:8 54:16 56:16 59:21 62:9 69:11 70:2 70:8 71:13 71:18 71:22 72:15 72:19 73:20 73:24 78:14 78:19 80:18 80:23 82:4 82:7 82:14 82:17 83:8 83:21 84:24 87:14 87:18 92:9 93:1 94:3 96:12 96:17 96:24 97:3 98:13 98:19 98:24 98:25 99:2 99:8 99:9 99:24 101:7 101:23 105:10 108:19 109:1 111:4 113:1 117:6 118:11 122:8 125:13 125:21 125:24 130:12 131:10 131:14 132:20 132:24 133:7 133:19 134:1 135:5 141:25 142:17 143:5 143:21 143:25 146:3 147:5 149:7 149:11 149:13 150:1 150:13 151:19 152:5 152:10 152:22 153:5 154:5 155:1 157:17 158:22 159:20 160:14 161:21 161:24 162:18 165:10 165:13 165:15 166:4 166:12 167:14 167:24 169:6 173:15 173:18 174:5 174:8 175:7 175:23 176:13 176:15 178:3 178:13 178:20 179:1 179:22 182:6 182:24 184:11 184:20 184:25 185:3 189:7 189:13 190:10 190:22 190:25 192:23 193:13 193:21 193:21 194:18 194:23 195:3 195:9 195:17 196:1 196:11 196:15 196:23 197:7 197:12 197:18 199:15 201:8 201:20 202:4 202:19 202:21 203:12 204:5 204:9 204:21 205:4 205:9 205:18 205:21 206:16 206:22 207:8 207:23 208:10 208:15 209:2 209:12 210:12 211:5 211:7 211:24 212:11 213:4 226:13

**yesterday**(2) 52:24 179:16

**yet**(3) 88:16 154:20 190:23

**yielded**(1) 110:7

**york**(15) 2:10 2:43 4:23 4:40 5:15 30:2 30:3 30:7 30:9 31:11 47:12 155:13 155:14 155:15 157:8

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**you**(301) 14:20 14:21 14:22 14:25 15:2 15:15 15:15 15:15 15:19 15:23 16:1 16:17 16:22 17:6 17:13 17:15 17:15 17:21 18:8 18:8 18:12 18:15 18:22 18:22 18:24 19:7 19:9 19:13 19:21 19:22 19:25 20:22 21:6 21:13 21:14 22:6 22:6 22:11 24:12 24:12 24:13 25:1 25:2 25:9 26:3 26:9 26:14 26:15 26:18 27:7 27:17 27:18 28:3 28:11 29:2 29:17 29:21 29:24 29:25 30:3 30:3 31:7 31:7 31:8 31:21 31:21 31:25 32:5 32:6 32:14 32:14 32:19 32:25 33:8 33:9 33:14 34:7 34:16 34:22 35:4 35:6 35:10 36:6 37:2 37:5 37:15 37:17 37:21 38:1 38:3 38:6 38:9 38:9 38:12 38:25 39:7 39:10 39:16 40:8 40:12 40:19 41:4 41:8 41:11 41:24 42:12 42:16 42:23 43:2 43:4 43:18 43:20 44:1 44:6 44:7 44:8 44:13 44:17 45:1 45:12 45:15 45:17 45:23 46:4 46:4 46:8 46:15 46:20 46:25 46:25 47:5 47:9 47:17 47:20 47:21 47:21 47:23 48:5 48:5 48:8 48:16 48:18 48:23 49:7 49:8 49:11 49:15 49:16 49:24 50:4 50:10 50:13 50:15 50:20 50:20 51:2 51:5 51:7 51:23 52:1 52:14 52:19 52:24 53:3 53:5 53:6 53:12 53:24 54:17 55:9 55:11 55:16 56:14 56:18 56:19 56:24 56:24 57:6 57:6 57:13 57:19 57:25 57:25 58:8 58:9 58:16 58:19 58:20 59:4 59:6 59:8 59:9 59:9 59:9 59:10 59:19 59:19 59:22 59:22 60:7 60:13 60:15 61:1 61:2 61:9 61:10 61:22 61:25 62:1 62:6 62:7 62:14 62:17 63:5 63:11 63:11 64:2 64:3 64:9 65:3 65:5 65:9 65:17 65:20 65:23 66:8 66:9 66:10 66:17 66:18 66:23 66:25 67:3 67:3 67:10 67:10 67:14 67:19 68:6 68:13 68:20 69:9 69:9 69:12 69:14 69:23 69:25 70:7 70:16 70:16 70:16 70:24 70:25 71:12 71:16 71:17 71:19 72:5 72:5 72:14 72:17 72:20 72:20 73:6 73:7 73:13 73:19 73:23 74:4 74:14 74:18 74:21 74:23 74:25 75:2 75:9 75:14 75:19 75:20 75:21 76:15 76:17 76:18 77:5 77:7 77:14 77:16 78:9 78:9 78:12 78:16 78:17 79:10 79:11 79:13 79:19 79:25 79:25 80:1 80:16

**you**(301) 80:19 80:23 80:25 81:1 81:7 81:12 81:13 81:18 81:23 82:2 82:6 82:9 82:9 82:12 82:15 82:18 82:19 82:19 82:21 82:23 82:24 83:14 84:5 84:5 84:9 84:13 84:16 84:21 85:2 85:6 85:9 85:10 85:15 85:17 85:24 85:25 86:19 86:19 87:1 87:2 87:2 87:3 87:5 87:6 87:16 87:20 87:23 88:2 88:4 88:12 88:13 88:21 88:22 89:6 89:12 89:25 90:5 90:10 90:12 90:23 91:6 91:11 91:13 91:20 91:20 91:25 92:4 92:12 92:16 92:21 92:21 92:23 93:4 93:4 93:11 93:20 93:21 93:25 95:3 95:4 96:9 96:10 96:11 96:18 96:19 96:20 96:23 97:11 97:16 97:18 98:7 98:11 98:11 98:20 98:21 99:11 99:13 99:18 100:7 100:15 100:15 100:18 100:18 100:23 101:9 101:18 101:21 102:3 102:7 102:7 102:10 102:14 102:22 103:1 103:3 103:4 103:4 103:5 103:17 104:7 104:8 104:9 104:14 104:20 105:1 105:2 105:7 105:9 105:9 105:12 105:22 106:10 106:11 106:16 106:23 107:5 107:6 107:10 107:17 107:25 108:1 108:10 108:1 108:14 108:16 108:20 108:22 108:23 108:24 108:24 109:2 109:7 109:12 109:13 109:19 109:19 110:2 110:3 110:17 110:19 110:22 110:23 110:25 111:7 111:7 111:11 111:12 112:10 112:20 112:24 113:2 113:3 113:5 113:13 113:13 113:14 113:18 113:21 113:21 113:24 113:25 114:2 114:5 114:8 114:9 114:10 114:16 114:18 114:22 114:24 114:25 115:16 115:20 115:24 116:6 116:16 116:17 116:18 116:20 116:21 116:22 117:2 117:5 117:7 117:15 117:15 117:20 118:3 118:4 118:8 118:12 118:13 118:15 118:17 118:21 118:23 118:25 119:8 119:10 119:19 119:23 120:2 120:8 120:9 120:14 120:17 120:18 120:19 121:8 121:11 121:14 121:15 121:19 122:2 122:2 122:4 122:5 122:12 122:17 123:12 123:15 123:18 123:22 123:25 124:7 124:11 124:13 124:18 124:20 124:22 125:8 125:8 125:9 125:9 125:14 125:18 125:25 126:2 126:9 126:15 126:15 126:20 126:22 126:24 127:5 127:9 127:9 127:12 127:12 127:18 127:19 127:25 128:6 128:8 128:13 128:14 128:16 128:21 129:3 129:4 129:4 129:5 129:15 129:16 129:18 129:23 129:24 130:5 130:7

**you**(301) 130:8 130:9 130:16 130:19 130:22 130:25 131:3 131:5 131:7 131:9 131:15 131:18 131:22 131:23 131:25 131:25 132:2 132:3 132:16 132:18 132:21 132:22 133:3 133:4 133:8 133:8 133:23 133:24 134:2 134:3 134:5 134:7 134:8 134:11 135:1 135:1 135:4 135:6 135:16 135:16 135:23 135:25 136:3 136:5 136:6 136:7 136:15 136:16 136:19 136:23 136:25 137:8 137:9 137:9 137:10 137:15 137:17 137:18 138:20 138:22 139:16 139:25 140:4 140:7 140:14 140:22 141:8 141:12 141:13 141:16 141:23 141:23 142:5 142:11 142:15 142:20 142:21 142:24 143:2 143:3 143:4 143:13 143:13 143:19 143:23 144:1 144:8 144:8 144:24 145:3 145:10 145:17 145:21 145:23 145:2 146:10 146:12 146:17 147:3 147:3 147:4 147:13 147:13 147:16 147:17 147:19 148:9 148:2 148:3 148:20 149:5 149:8 149:22 149:23 149:24 149:24 150:12 150:14 150:15 151:1 151:1 151:2 151:6 151:11 151:18 151:20 152:6 152:19 152:23 153:3 153:21 154:6 154:11 154:12 154:14 155:2 155:5 155:7 156:1 156:2 156:3 156:13 156:20 156:24 156:25 157:4 157:5 157:5 157:7 157:14 157:21 158:1 158:9 158:20 158:23 159:3 159:4 159:5 159:18 159:24 160:3 160:15 160:15 160:16 161:5 161:15 162:11 162:12 162:13 162:15 162:16 162:19 163:8 165:9 165:11 165:16 165:21 165:24 166:5 166:11 166:13 166:16 167:1 167:8 167:22 167:25 168:9 168:9 168:23 169:16 169:22 170:13 170:15 170:15 170:21 171:5 171:6 171:19 171:21 172:21 173:7 173:10 173:13 173:19 173:19 174:3 174:6 174:6 174:10 174:13 174:13 174:18 175:8 175:10 175:20 175:21 176:9 176:12 176:18 177:12 178:5 178:5 178:18 179:2 179:15 179:17 179:21 180:3 180:3 180:18 180:20 180:21 180:25 181:2 181:2 181:9 181:13 181:18 182:4 182:4 182:7 182:16 182:22 182:22 182:25 183:11 183:11 183:14 184:9 184:10 184:10 184:14 184:22 185:1 185:1 185:2 185:18 185:18 185:18 185:6 186:5 186:9 186:15 186:19 187:15 187:15 187:24 188:11 188:20 189:3 189:6 189:12 189:16 189:20 189:24 190:4 190:11 190:12 190:13 190:13 190:23 191:6 191:11 191:19 192:3 192:11 192:21 192:23 192:24 193:1 193:3 193:8 193:11 193:14 193:19 193:20 193:23 193:25

**you**(166) 194:7 194:8 194:8 194:9 194:13 194:24 194:25 195:2 195:4 195:5 195:12 195:20 195:21 195:25 196:9 196:16 196:17 196:17 196:21 196:24 196:24 196:25 197:8 197:8 197:10 197:10 197:11 197:13 197:14 197:15 197:19 197:21 197:21 197:23 197:24 197:25 198:8 198:12 198:15 198:16 198:18 198:22 199:6 199:8 199:8 199:10 199:10 199:12 199:13 199:15 200:1 200:2 200:12 200:13 200:13 200:13 200:18 201:3 201:4 201:5 201:7 201:9 201:12 201:13 201:15 201:16 201:19 201:22 202:2 202:3 202:5 202:15 202:15 202:17 202:17 202:20 202:24 203:6 203:7 203:8 203:8 203:9 203:10 203:13 203:21 203:23 203:23 204:2 204:2 204:6 204:7 204:10 204:14 204:19 204:22 204:22 204:23 204:23 204:24 204:25 205:2 205:6 205:7 205:10 205:11 205:19 205:24 206:10 206:10 206:12 206:15 206:17 206:24 207:3 207:4 207:11 207:22 208:7 208:12 208:22 208:22 208:23 208:23 208:25 209:1 209:13 209:20 209:25 210:6 210:7 210:25 211:2 211:8 211:9 211:19 211:19 212:9 212:12 212:16 213:14 214:3 214:5 214:5 214:9 214:18 214:21 218:3 218:3 220:14 221:2 221:3 221:9 221:16 222:2 222:7 222:19 224:9 224:10 226:3 226:5 226:14 226:16 226:18 226:22 226:23 227:1 227:2

**you'd**(6) 15:13 17:10 21:1 45:17 194:24 202:22

**you'll**(7) 157:10 168:16 209:3 218:19 220:8 221:7 226:2

**you're**(18) 29:1 29:4 35:5 46:18 61:10 61:12 64:17 64:22 138:19 149:10 160:20 183:9 186:5 192:22 194:16 205:16 211:13 226:17

**you've**(15) 16:23 17:7 17:17 19:14 20:1 21:15 43:18 48:5 62:6 63:18 144:9 145:11 172:24 179:4 186:17

**young**(2) 3:34 164:14

| Word | Page:Line | Word | Page:Line |
|---|---|---|---|
| | | | |

**your**(301) 14:4  14:5  14:6  14:18  15:4  16:4
16:4  16:7  16:9  16:15  16:15  17:13  18:7
19:6  20:14  20:23  21:7  21:15  22:3  22:21
23:11  23:15  24:1  24:9  24:14  26:9  26:15
26:18  27:2  27:23  29:22  31:8  31:25  32:6
34:17  34:23  37:11  40:1  40:20  43:19  44:6
45:6  46:8  46:21  48:4  48:9  49:8  52:7
52:21  58:20  60:16  63:6  63:6  63:22  66:16
66:18  68:1  69:3  69:19  70:3  70:17  71:19
71:21  72:1  72:21  73:13  74:22  75:9  75:13
78:9  79:20  80:3  80:12  80:21  80:24  81:9
81:23  82:10  83:3  83:14  83:15  83:19  83:22
84:15  84:22  85:2  85:4  85:25  86:5  87:1
87:7  87:13  87:16  87:20  88:3  88:6  88:16
88:16  90:5  90:22  91:6  91:7  91:20  92:2
92:3  92:13  92:15  92:19  92:23  93:2  93:6
93:20  94:2  94:7  94:20  94:25  95:5  95:10
96:4  99:3  99:14  99:25  100:15  100:20
101:18  101:23  104:7  105:2  105:3  105:4
107:5  107:11  108:1  108:8  109:7  109:8
109:14  109:18  109:25  110:2  110:3  110:11
110:15  110:16  110:21  111:1  111:4  111:5
111:16  111:22  112:2  112:6  112:12  112:21
113:4  113:4  113:10  113:11  113:21  114:2
114:9  114:10  114:24  114:25  115:7  115:9
115:13  115:21  115:21  115:24  116:6  117:3
117:15  118:1  118:8  118:12  119:15  119:15
119:18  119:19  120:7  120:12  120:18  121:3
121:5  121:11  121:15  121:19  121:22  121:25
122:1  122:5  123:12  123:16  123:18  123:25
124:13  124:19  124:23  126:9  126:21  128:18
129:7  129:8  129:16  130:22  130:25  131:16
132:2  132:21  134:2  134:14  135:12  135:14
135:25  137:15  137:22  138:6  138:16  138:25
139:16  139:17  139:21  140:16  140:24
140:25  141:4  141:10  141:19  142:3  144:25
145:19  145:25  146:1  146:1  146:9  147:23
149:5  149:8  149:17  149:22  151:2  158:6
160:17  162:3  163:18  164:5  164:24  166:6
168:1  168:22  170:16  170:16  170:21  171:7
171:7  173:20  177:21  181:2  181:19  183:14
183:15  184:23  185:5  185:19  186:20  187:24
189:4  189:8  190:5  190:8  190:12  192:16
193:1  193:9  194:7  194:16  194:19  194:21
195:5  195:20  196:13  197:8  197:10  197:14
197:17  197:19  197:20  198:1  198:9  198:11
198:13  198:17  198:23  199:11  200:3  200:12
200:14  200:20  201:5  201:7

**your**(43) 201:11  201:25  202:2  202:14
202:17  203:7  205:24  206:9  206:23  207:10
209:9  210:4  210:12  212:1  213:13  213:23
214:4  214:8  214:18  214:22  215:12  216:8
217:23  218:3  218:5  218:13  220:4  220:7
223:8  223:23  224:1  224:10  224:13  224:24
225:5  225:22  225:25  226:3  226:4  226:11
226:17  226:23  227:2

**yourself**(2) 24:13  148:1
**you'd**(4) 76:25  108:21  111:21  117:1
**you'll**(10) 97:14  105:16  112:7  116:25
117:21  118:3  118:5  118:10  118:25  121:5

**you're**(21) 84:2  85:22  88:16  90:11  92:6
92:10  96:13  101:15  102:13  102:13  102:15
102:25  104:14  111:3  124:4  124:6  128:21
135:17  136:6  136:21  137:2

**you've**(7) 102:8  106:4  111:12  111:13
114:20  117:8  119:18

**zell**(1) 2:20
**zensky**(7) 4:15  224:24  224:25  225:7  226:8
226:11  226:14

**zero**(2) 108:21  213:10
**zero-dct**(5) 211:21  211:25  212:9  213:21
213:25

**zero-percent**(6) 110:4  119:10  132:1  209:4
209:7  213:12

**zloto**(1) 9:25
**zuckerman**(2) 3:12  6:30
*peer(1) 101:20
*percentage(3) 98:12  98:14  98:15
*publishing(1) 133:5