```
              IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF DELAWARE


IN RE:                      )    Case No. 08-13141-KJC
                            )
                            )
TRIBUNE COMPANY             )    Chapter 11

                            )    Courtroom 5
                            )    824 Market Street
            Debtors.        )    Wilmington, Delaware
                            )
                            )    March 14, 2011
                            )    10:00 a.m.


                 TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE KEVIN J. CAREY
              UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:

For Debtors:             Sidley Austin, LLP
                         BY: JAMES BENDERNAGEL, ESQ.
                         BY: KEVIN LANRTY, ESQ.
                         BY: BRAD KAPNICK, ESQ.
                         BY: COURTNEY ROSEN, ESQ.
                         One South Dearborn
                         Chicago, IL 60603
                         (312) 853-7000

                         Cole, Schotz, Meisel, Forman
                         & Leonard, P.A.
                         BY: NORMAN PERNICK, ESQ.
                         500 Delaware Ave., Ste. 1410
                         Wilmington, DE 19801
                         (302) 652-3131

ECRO:                    AL LUGANO

Transcription Service:   DIAZ DATA SERVICES
                         331 Schuylkill Street
                         Harrisburg, Pennsylvania 17110
                         (717) 233-6664
                         www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

For JP Morgan:                 Davis Polk & Wardwell
                               BY: BENJAMIN KAMINETZKY, ESQ.
                               BY: DONALD S. BERNSTEIN, ESQ.
                               BY: MICHAEL RUSSANO, ESQ.
                               450 Lexington Avenue
                               New York, NY 10017
                               (212) 450-4000

                               Richards Layton & Finger
                               BY: MARK COLLINS, ESQ.
                               One Rodney Square
                               920 North King Street
                               Wilmington, DE  19801
                               (302) 651-7700

For Law Debenture:             Bifferato Gentilotti
                               BY: GARVAN MCDANIEL, ESQ.
                               800 North King Street
                               Plaza Level
                               Wilmington, DE 19801
                               (302) 429-1900

                               Kasowitz Benson Torres &
                               Friedman, LLP
                               BY: PAUL BURGO, ESQ.
                               1633 Broadway
                               New York, NY  10019
                               (212) 506-1717

For Aurelius:                  Akin Gump Strauss Hauer & Feld
                               BY: DAVID ZENSKY, ESQ.
                               BY: DANIEL GOLDEN, ESQ.
                               BY: DAVID ZENSKY, ESQ.
                               BY: PHILIP C. DUBLIN, ESQ.
                               One Bryant Park
                               New York, NY 10036
                               (212) 872-1000

                               Ashby & Geddes
                               BY: WILLIAM P. BOWDEN, ESQ.
                               500 Delaware Avenue
                               Wilmington, DE  19899
                               (302) 654-1888

For Barclays:                  DLA Piper
                               BY: MICHELLE MARINO, ESQ.

APPERANCES:
(Continued)

```
For Trustee:                    Office of the U. S. Trustee
                `               BY:  DAVID KLAUDER, ESQ.
                                844 King Street, Ste. 2207
                                Wilmington, DE  19801
                                (302) 573-6491

For Special Committee of the
Board of Directors:             Jones Day
                                BY: LAUREN BUONAME, ESQ.
                                77 West Wacker
                                Chicago, Illinois 60601
                                (312) 782-3939

For Official Committee
of Unsecured Creditors:         Landis, Rath & Cobb
                                BY: ADAM G. LANDIS, ESQ.
                                BY: DANIEL B. RATH, ESQ.
                                919 Market Street, Suite 1800
                                Wilmington, DE 19801
                                (302) 467-4400

                                Chadbourne & Parke, LLP
                                BY: DAVID LEMAY, ESQ.
                                BY: THOMAS MCCORMACK, ESQ.
                                BY: HOWARD SEIFE, ESQ.
                                BY: ANDREW ROSENBLATT, ESQ.
                                BY: ROBERT SCHWINGER, ESQ.
                                BY: MARC ASHLEY, ESQ.
                                30 Rockefeller Plaza
                                New York, NY 10112
                                (212) 408-5100

                                Zuckerman Spaeder
                                BY: GRAEM BUSH, ESQ.
                                BY: ANDREW GOLDFARB, ESQ.
                                BY: JAMES SOTTILE, ESQ.
                                1800 M Street, NW
                                Suite 1000
                                Washington, DC 20036
                                (202) 778-1800

For DBTCA:                      McCarter & English
                                BY: KATHARINE MAYER, ESQ.
                                BY: DAVID ADLER, ESQ.
                                405 N. King Street, 8th Fl.
                                Wilmington, DE  19801
                                (302) 984-6312
```

APPEARANCES:
(Continued)

For Wilmington Trust:           Brown Rudnick
                                BY: HOWARD SIEGEL, ESQ.
                                BY: ANDREW DASH, ESQ,
                                185 Asylum Street
                                Hartford, CT  06103
                                (860)509-6519

                                Sullivan Hazeltine Allinson
                                BY: WILLIAM SULLIVAN, ESQ.
                                4 East 8th Street, Ste. 400
                                Wilmington, DE  19801
                                (302) 250-4357

For Merrill Lynch:              Potter Anderson & Carroon, LLP
                                BY: LAURIE SILVERSTEIN, ESQ.
                                BY: R. STEPHEN MCNEILL, ESQ.
                                Hercules Plaza
                                1313 North Market Street
                                6th Floor
                                Wilmington, DE  19801
                                (302) 984-6033

For Credit Agreement
Lenders:                        Young, Conaway, Stargatt &
                                Taylor
                                BY: BLAKE N. CLEARY, ESQ.
                                The Brandywine Building
                                1000 West Street, 17th Floor
                                Wilmington, DE 19801
                                (302) 571-6600

                                Dewey LeBouef
                                BY: BRUCE BENNETT, ESQ.
                                BY: JAMES JOHNSTON, ESQ.
                                BY: JOSHUA MESTER, ESQ.
                                BY: JAMES BERGMAN, ESQ.
                                333 South Grand Avenue
                                Suite 2600
                                Los Angeles, CA 90071
                                (213) 621-6000

For EGI-TRB & Zell:             Jenner & Block
                                BY:  DAVID BRADFORD, ESQ.
                                353 North Clark Street
                                Chicago, IL  60654-3456
                                (312) 923-2952

```
APPEARANCES:
(Continued)

For EGI-TRB & Zell:            Blank Rome, LLP
                               BY: DAVID CARICKHOFF, ESQ.
                               1201 Market Street, Ste. 800
                               Wilmington, DE  19801
                               (302) 425-6434
TELEPHONIC APPEARANCES:

For Official Committee of
Unsecured Creditors:           Chadbourne & Park, LLP
                               BY:  MARC D. ASHLEY, ESQ.
                               (212) 408-5194
                               BY: DOUGLAS DEUTSCH, ESQ.
                               (212) 408-5169
                               BY: JESSICA MARRERO, ESQ.
                               (212)408-5100
                               BY: MARC ROITMAN, ESQ.
                               (212)408-5271
                               BY: FRANK VAZQUEZ, ESQ.
                               (212)408-5111
                               BY: ALLISON STROMBERG, ESQ.
                               (312)853-0497

                               Zuckerman & Spaeder, LLP
                               BY: GRAEM BUSH, ESQ.
                               BY: JAMES SOTTILE, ESQ.
                               BY: ANDREW GOLDFARB, ESQ.
                               BY: ANDREW CARIDAS, ESQ.
                               (202) 778-1800

                               Landis Rath & Cobb, LLP
                               BY: MATTHEW B. MCGUIRE, ESQ.
                               (302)467-4431
For Credit Agreement
Lenders:                       Wilmer Cutler Pickering Hale &
                               Dorr
                               BY: MICHELLE GOLDIS, ESQ.
                               (212) 295-6329
                               ANDREW N. GOLDMAN, ESQ.
                               (212)230-8836

                               Angelo Gordon & Co., LP
                               BY: GAVIN BAIERA, ESQ.
                               (212)692-0217

For SuttonBrook Capital:       SuttonBrook Capital
                               Management, LP
                               BY: CAROL L. BALE, ESQ.
                               (212) 588-6640
```

```
TELEPHONIC APPEARANCES:
(Continued)

For Bank of America:          O'Melveny & Myers
                              BY: DANIEL CANTOR, ESQ.
                              (212) 326-2000
                              BY: DANIEL SHAMAH, ESQ.
                              (212) 326-2138

                              Bank of America
                              BY: ESTHER CHUNG, ESQ.
                              (646) 855-6705

For Wilmington Trust:         Brown Rudnick, LLP
                              BY:  KATHERINE BROMBERG, ESQ.
                              (212) 209-4929
                              BY: ROBERT STARK, ESQ.
                              (212)209-4862

For Tribune:                  Sidley Austin
                              BY: GREG DEMO, ESQ.
                              (312) 853-7758
                              BY: KEN KANSA, ESQ.
                              (312) 853-7163
                              BY: JILLIAN LUDWIG, ESQ.
                              (312) 853-7523
                              BY: JANET HENDERSON
                              (312)853-2931
                              BY: BRETT MYRICK, ESQ.
                              (312) 853-1049
                              BY: BRYAN KRAKAUER, ESQ.
                              (312)853-7515

                              Tribune Company
                              BY: GARY WEITMAN, ESQ.
                              (312) 222-3394
                              BY: DAVID ELDERSVELD, ESQ.
                              (312) 222-4707
                              BY: DON LIEBENTRITT, ESQ.
                              (312)222-3651

For George Dougherty:         Grippo & Elden, LLC
                              BY: GEORGE DOUGHERTY, ESQ.
                              (312) 704-7700

For Mina Faltas:              Viking Global Investors
                              BY: MINA FALTAS
                              (212) 672-7011
```

```
TELEPHONIC APPEARANCES:
(Continued)
```

For Citibank:                        Paul Weiss Rifkind Wharton
                                     BY: KIRA DAVIS, ESQ.
                                     (212) 373-3000
                                     BY: ANDREW GORDON, ESQ.
                                     (212)373-3543
                                     BY: ANDREW LEVY, ESQ.
                                     (202)223-7328
                                     BY: SHANNON PENNOCK, ESQ.
                                     (212) 373-3000
                                     BY: ELIZABETH MCCOLM, ESQ.
                                     (212) 373-3000

For Former Special Committee
Of Tribune's Board of
Directors:                           Skadden Arps Slate Meagher &
                                     Flom
                                     BY: NICK CAMPANARIO, ESQ.
                                     (312) 407-0974

                                     Jones Day
                                     BY: LYNN MARVIN, ESQ.
                                     (312) 782-3939
For Aurelius Capital
Management:                          Aurelius Capital Management LP
                                     BY: MATTHEW A. ZLOTO, ESQ.
                                     (646) 445-6518

                                     Akin Gump Strauss Hauer & Feld
                                     BY: SHAYA ROCHESTER, ESQ.
                                     (212) 872-1076
                                     BY: JOHN BERRY, ESQ.
                                     (212) 872-8075

                                     Friedman Kaplan Seiler &
                                     Adelman
                                     BY: KIZZY JARASHOW, ESQ.
                                     (212) 833-1115

For Morgan Stanley:                  Weil Gotshal & Manges, LLP
                                     BY: ASHISH D. GANDHI, ESQ.
                                     (212) 310-8024
                                     BY: DAVID LITVACK, ESQ.
                                     (212)310-8361
                                     BY: ANDREA SAAVEDRA, ESQ.
                                     (212) 310-8544

TELEPHONIC APPEARANCES:
(Continued)

For Serengeti Asset
Management:                    Serengeti Asset Management
                               BY: NICHOLAS HEILBUT, ESQ.
                               (212) 466-2167


For Anna Kalenchits:           Anna Kalenchits
                               (212)723-1808


For JP Morgan Chase Bank:      Davis Polk & Wardwell, LLP
                               BY: PETER KIM, ESQ.
                               (212) 450-3028


For Partner Fund Management:   Vinson & Elkins, LLP
                               BY: LANCE A. MULHERN, ESQ.
                               (212) 237-0184

For Oaktree Capital
Management:                    Oaktree Capital Management
                               BY: KENNETH C. LIANG, ESQ.
                               (213) 830-6422

For Brigade Capital
Management:                    Brigade Capital Management
                               BY: NEIL LOSQUADRO
                               (212) 745- 9758


For Royal Bank of Scotland:    Royal Bank of Scotland
                               BY: COURTNEY ROGERS, ESQ.
                               (203) 897-4815


For Eos Partners:              Eos Partners
                               BY: MIKE J. SCHOTT, ESQ.
                               (212) 593-4046


For Prof. Expert:              Raymond James
                               BY: ROBERT SCHWARTZ, ESQ.
                               (212) 872-7441


For Contrarian Capital
Management:                    Contrarian Capital Management
                               BY: JOSHUA TRUMP, ESQ.
                               (203) 862-8299


For Alvarez & Marsal, Inc.:    Alvarez & Marsal, Inc.
                               BY: BRIAN WHITTMAN, ESQ.
                               (312) 601-4227


For Macquarie Capital:         Macquarie Capital (USA)
                               BY: RUSHABH VORA, ESQ.
                               (212) 231-6311

```
TELEPHONIC APPEARANCES:
(Continued)

For Deutsche Bank AG:          Bingham McCutchen, LLP
                               BY: JEFFREY OLINSKY
                               BY: CHAD VALERIO
                               (212) 705-7857

For Barclays:                  Barclays Capital, Inc.
                               BY: EITAN MELAMED, ESQ.
                               (310) 907-0455

For Law Debenture Trust:       Kasowitz Benson Torres & Park
                               BY: CHRISTINE MONTENEGRO, ESQ.
                               BY: SHERON KORPUS, ESQ.
                               (212) 506-1715
                               BY: MATTHEW STEIN, ESQ.
                               (212) 506-1717

For Cooperstown Capital
Management:                    Cooperstown Capital Management
                               BY: PETER COURI, ESQ.
                               (203) 552-6900

For Wells Fargo:               White & Case
                               BY: SCOTT GREISSMAN, ESQ.
                               (212) 819-8567

For Robert R. McCormick
Foundation:                    Katten Muchin Rosenman, LLP
                               BY: DAVID C. BOHAN, ESQ.
                               (312) 902-5566

For Interested Party:          Canyon Partners
                               BY: CHANEY M. SHEFFIELD, ESQ.
                               (310) 272-1062

For Non-Party:                 Duff & Phelps
                               BY: JOE LIEWANT
                               (973) 775-8336

For Tricadia Capital:          Tricadia Capital
                               BY: IMRAD AHMED, ESQ.
For Silver Point Capital:      Silver Point Capital
                               BY: MARK EHMER, ESQ.
                               (203) 542-4219
```

```
TELEPHONIC APPEARANCES:
(Continued)

For Chicago Fundamental
Investment Partners:           Chicago Fundamental Investment
                               BY: PETER GRUSZKA, ESQ.
                               (312) 416-4215

For Board of Committee:        Jones Day
                               BY: XOCHITL STROHBEHN, ESQ.
                               (212) 326-3691

For Dow Jones News Wires:      Dow Jones & Company
                               BY: PEG BRICKLEY, ESQ.
                               (215) 462-0953

For Goldman Sacks & Co.:       Goldman Sacks & Company
                               BY: LEXI FALLON, ESQ.
                               (212) 902-0791

For Matthew Frank:             Alvarez & Marsal, Inc.
                               BY: MATTHEW FRANK, ESQ.
                               (312) 371-9955

For Chandler Bigelow:          Sperling & Slater
                               BY: CLAIRE P. MURPHY, ESQ.
                               (312) 641-3200
                               BY: DANIEL A. SHMIKLER, ESQ.
                               (312) 641-3200

For Merrill Lynch:             Kaye Scholer, LLP
                               BY: MADLYN G. PRIMOFF, ESQ.
                               (212) 836-7042
```

1  WILMINGTON, DELAWARE, MONDAY, MARCH 14, 2011, 10:03 A.M.

2            THE CLERK:  Be seated, please.

3            THE COURT:  Good morning, everyone.

4            ALL:  Good morning, Your Honor.

5            THE COURT:  Seems like we were just here.

6  (Laughter)

7            MR. SOTTILE:  It does indeed, Your Honor.  James

8  Sottile of Zuckerman Spaeder, special counsel to the

9  committee.

10            Your Honor, we have a couple of preliminary

11  matters before we proceed with the remaining witnesses for

12  the DCL plan proponents.  We said that we would report to

13  Your Honor on time usage last week by each side.  And by our

14  calculations which we've shared with the noteholders, the

15  DCL plan proponents have used 11 hours and 59 minutes with

16  witnesses.  The noteholders have used 9 hours and 22 minutes

17  with the witnesses.  We're happy to submit that to the Court

18  in the form of a stipulation if that would be helpful.

19            THE COURT:  It's not necessary.

20            MR. SOTTILE:  Okay.  Your Honor, we also had some

21  discussion at the end of the day Friday about the handling

22  of both exhibits introduced with the witnesses at trial and

23  exhibits that have been designated by each side, but are not

24  likely to actually be used with witnesses.  We've had

25  discussions over the weekend with counsel for the

1  noteholders.  We haven't yet reached a resolution, but I

2  expect that we will reach a resolution and we'll report to

3  the Court on the handling of both exhibits used with

4  witnesses and exhibits that each side has designated, but

5  won't actually show anybody during the hearing.

6          THE COURT:  Well, then ask yourself another

7  question.  Are any of the non -- well how many -- how much

8  of the universe of non-witness related exhibits are really

9  going to be of use to me.

10          MR. SOTTILE:  It's a highly germane question,

11 Your Honor, and I suspect the answer is that many of them

12 will not be.  That is a matter that we're focusing on in our

13 discussions.

14          THE COURT:  I appreciate that.

15          MR. SOTTILE:  Your Honor, there's one final

16 preliminary matter that arose over the weekend.  As was

17 indicated at the end of the day on Friday, the noteholders

18 intend to present some witnesses testimony by way of video

19 deposition excerpts.  And we had a process over the weekend

20 by which once they indicated what they planned to play in

21 terms of video from these witnesses, the DCL plan proponents

22 submitted some counter designations that we wanted to have

23 played along with them.  We have, I think resolved most of

24 those issues, but there is a remaining dispute.  And I think

25 that Mr. Zensky wants to speak to that dispute and I'm

1    likely to have a word or two in response.

2              THE COURT:  All right.

3              MR. ZENSKY:  Good morning, Judge.  For the

4    record, David Zensky, Akin, Gump, Strauss, Hauer and Feld

5    for Aurelius.

6              The good news is we agree on the time allocation

7    so.

8    (Laughter)

9              MR. ZENSKY:  First order of business.  And as you

10   can probably see by the empty seats at my table, my

11   colleagues are dropping like flies as we enter the second

12   week --

13   (Laughter)

14             MR. ZENSKY:  -- but we'll see with a little rest

15   whether I can get them back here.

16             THE COURT:  I will not take that as any sign of

17   giving up of any resoluteness.

18             MR. ZENSKY:  Oh, certainly, not, Your Honor.

19   (Laughter)

20             MR. ZENSKY:  With respect to documents as Mr.

21   Sottile indicated, certainly, we have been in discussion

22   about what to do with the vast majority of documents that

23   will not be used during the course of the trial.  I suspect

24   a large number of them were put on the list by each side

25   because their experts looked at them.  We will be able to

1   whittle that down dramatically.

2        There's a second issue that we discussed with

3   respect to documents and that is the documents that were

4   actually used during the course of the first week of the

5   trial.  It had been our proposal that the parties agree to

6   simply stipulate that all those could come in.  There's some

7   disagreement on this side of the room and we'll just

8   continue to discuss that and try to work it out hopefully

9   today.  So at least the things you'd seen we can resolve

10  where we stand on those.

11        With respect to the video clips, Your Honor, as

12  Mr. Sottile indicated, we did provide the list of excerpts

13  that we intended to show the Court either this afternoon or

14  first thing tomorrow depending on when the DCL group

15  finishes with their case and what will be the most efficient

16  use of our time.  We received, I believe, something on the

17  order of 40 counter designations.  We accepted I think it

18  was 32 of those if not more, Your Honor.  And whether they

19  would be more in the nature of cross or part of the same

20  line, we agreed.  And we had someone stay up all night

21  essentially to stitch those in.  So when we presented the

22  video clips, it would include both the pieces that we

23  designated and the pieces that they wanted to cross

24  designated.

25        There were a handful of ones that we believed

1   were really more in the nature of cross.  In other words,

2   when we do live witnesses, the other side doesn't get to

3   stand up and ask a question in the middle of the

4   examination, they get to do it on cross.  And my

5   understanding is the ones that are on dispute total 5 to 6

6   minutes.  And I just can't see the prejudice, Your Honor, of

7   if they have additional clips they want you to show, they

8   want you to see, they can be seen after we present that

9   witness's video testimony which will already include most of

10  what they wanted to add in the first place.  I guess that's

11  the nature of the dispute, Your Honor.

12          THE COURT:  Is this -- so it's not a matter of

13  whether they should all be played, but when?

14          MR. ZENSKY:  That seems to be the dispute.  And

15  either they could be shown after that witness or when we're

16  done, they can show their 5 or 6 minutes of additional ones

17  or whatever the Court directs obviously.

18          THE COURT:  Okay.  Mr. Sottile?

19          MR. SOTTILE:  Your Honor, I recognize this sounds

20  like and probably is a tempest and teapot.

21          THE COURT:  I was going to use the word silly a

22  little bit, but --

23          MR. SOTTILE:  Well, I think one could adopt silly

24  as well.  Your Honor, but let me take just a moment and

25  explain why we're bringing this to you, which I hate to

1    burden the Court with.  The issue is that some of the things

2    that they don't want to play, in our judgment, fit very

3    immediately with things they do want to play.  And so what

4    the Court will end up with is a chopped up presentation from

5    videos.  You'll hear about an hour of video from the

6    noteholders in which you'll have bits and pieces of each

7    witness.  And then at the end, if we were to proceed as Mr.

8    Zensky suggests, you'll have about 5 minutes total, a minute

9    or two for each witness which are little bits that fit

10   somewhere in their video designations, but that they didn't

11   think actually went with their videos.  And we submit that

12   it would be easier for the Court and for all of the parties

13   to follow if we just put it all together.  That said, we're

14   obviously happy to proceed however the Court would like us

15   to do.

16            THE COURT:  I'd like to see it all together.

17            MR. SOTTILE:  Thank you, Your Honor.

18            THE COURT:  Okay.  Are we ready for a live

19   witness?

20            MR. BENDERNAGEL:  Yes, Your Honor.  We'd call as

21   our next witness, Brian Whittman and Mr. Kapnick from our

22   firm is going to put Mr. Whittman on if that's okay with

23   you.

24            THE COURT:  That would be just dandy.

25            MR. BENDERNAGEL:  Your Honor, before I start, I

1    had forgotten this.  With respect to Mr. Whittman's

2    testimony, he has three separate pieces of expert testimony.

3    One of the pieces of expert testimony relates to the

4    intercompany claim settlement.  And we consulted with the

5    noteholders and the noteholders had raised a point that they

6    wanted to make it clear that in not attacking the

7    intercompany claim settlement in this proceeding, that was

8    not meant to mean that in some other proceeding that might

9    occur in the future, they were conceding the intercompany

10   claim settlement was appropriate.  And we've worked out some

11   language and I think Mr. Golden wants to read that language

12   into the record at this juncture.

13          THE COURT:  All right, go ahead.

14          MR. BENDERNAGEL:  And the language is agreeable

15   to the DCL plan proponents.

16          MR. GOLDEN:  Thank you, Jim.  Good morning, Your

17   Honor, Daniel Golden, Akin, Gump, Strauss, Hauer & Feld,

18   counsel for Aurelius Capital and for these purposes, the

19   other noteholder plan proponents.

20          Your Honor, I think you appreciate that both the

21   DCL plan and the noteholder plan incorporates the proposed

22   intercompany claim settlement which Mr. Whittman will

23   testify to in a couple of minutes.  It is true that if

24   neither the DCL plan or the noteholder plan is confirmed and

25   consummated that the proposed intercompany claim settlement

1    will likewise not be consummated.  And that event, meaning

2    if neither the DCL plan is confirmed or the noteholder plan

3    is confirmed, it has been agreed that all of the evidence

4    pertaining to the proposed intercompany claim settlement

5    will not have any binding or precedential effect and all the

6    parties will reserve their rights with respect to the

7    intercompany claim analysis in respect of any future

8    proceeding that we'll have to deal with those issues.

9            I think that just handles most eloquently the way

10   we wanted to proceed in the event we are in a situation that

11   neither plan is consummated and therefore the intercompany

12   claim settlement is not -- is likewise not consummated.

13            THE COURT:  So basically, and I want to just make

14   sure I'm clear on this.  Your -- the parties are relieving

15   themselves of things like judicial estoppel, collateral

16   estoppel, res judicata issues and maybe other issues as

17   well?

18            MR. GOLDEN:  Yes.  We have agreed that this

19   testimony won't have any preclusive effect with respect to a

20   future proceeding dealing with the topic of the intercompany

21   claim analysis.  But only -- obviously, only in the event

22   that neither of the two plans get consummated.

23            THE COURT:  Understood.  Look, I have said

24   before, it's easier than the parties suppose for me to

25   ignore things I've heard.  I guess that might someday be put

1    to the test again.

2    (Laughter)

3              MR. GOLDEN:  Yeah.

4              THE COURT:  Okay.

5              MR. GOLDEN:  Thank you, Your Honor.

6              MR. KAPNICK:  Good morning, Your Honor.  Brad

7    Kapnick on behalf of the debtors.  We call Brian -- as Mr.

8    Bendernagel said, we call Brian Whittman to the stand.  Mr.

9    Whittman.

10             BRIAN WHITTMAN, DEBTORS' WITNESS, SWORN

11             MR. KAPNICK:  Your Honor, Mr. Whittman as Mr.

12   Bendernagel said has three expert reports; a report on

13   liquidation analysis, a report on computation of parent

14   distributable value and base creditor recoveries, and a

15   report on settlement of intercompany claims.  Those reports

16   are Exhibits 1108, 1109, and 1110.  We've put those expert

17   reports in a witness binder along with the ten or eleven

18   charts that we intend to go through with Mr. Whittman.  And

19   if Your Honor will grant me leave, I'll pass them all

20   around.

21             THE COURT:  Certainly.  Thank you.

22                    DIRECT EXAMINATION

23   BY MR. KAPNICK:

24   Q    Okay.  Good morning, Mr. Whittman.

25   A    Good morning.

1    Q       Where are you currently employed?

2    A       Alvarez & Marsal.

3    Q       And what's your title or position?

4    A       I am a managing director in the restructuring group.

5    Q       And what is Alvarez & Marsal?

6    A       Alvarez & Marsal is a global professional services

7    firm providing inter management and restructuring advisory

8    services, as well as, other consulting services to non-

9    distressed organizations.

10   Q       And what degrees or professional certifications do you

11   have?

12   A       I have a bachelor's in accountancy from the University

13   of Illinois, a bachelor's in finance also from the

14   University of Illinois.  I am a certified public accountant

15   and a certified turnaround professional.

16   Q       Can you please describe your professional experience?

17   A       I began my career at Arthur Andersen.  Spent a year in

18   their specialty consulting group and then moved into

19   corporate restructuring.  I worked with debtors, also

20   advised creditors and senior lenders and throughout my

21   career at Andersen which continued through 2002 at which

22   time I was the director.  I left Andersen and moved to

23   Alvarez & Marsal at that time where I've continued to advise

24   companies on their reorganizations both in court and out of

25   court and reached the level of managing director.

1   Q      So all tolled how many years of experience do you have

2   in bankruptcy and reorganization?

3   A      Fifteen years.

4   Q      And what are some of the most prominent bankruptcy

5   reorganizations you've worked on?

6   A      I advised the creditors' committee on Fruit of Loom.

7   I advised the debtors on Sylvania Lighting International.   I

8   worked on Heartland Automotive and on Drug Emporium.

9   Q      And can you give the Court some idea of the scope of

10  some of those reorganizations?

11  A      On Sylvania Lighting International, I was an officer,

12  restructuring officer of the company working on financial

13  matters and treasury matters.  On Heartland Automotive, that

14  was a 430 store Jiffy Lube franchise where we advised the

15  debtors through a successful reorganization.  And on Drug

16  Emporium, I was involved in the liquidation of the company.

17  Q      And can you give the Court some idea of experience

18  that you have with liquidation analysis in corporate

19  bankruptcy reorganizations?

20  A      Every -- virtually every bankruptcy has a liquidation

21  analysis included and I have been involved in preparing and

22  supervising the preparation of a liquidation analysis on all

23  of the debtor cases that I've worked on.

24  Q      And how about financial modeling and estimation of

25  creditor recoveries?  Can you give the Court some idea of

1  your experience with those concepts?

2  A    Sure.  And I should have also said I've also been

3  involved in the actual implementation of liquidations in

4  several cases.  Regarding modeling, that is necessary on

5  essentially every case that you work on.  I have advised

6  over 40 clients on restructuring matters in my career and

7  they've all involved extensive financial modeling.

8  Q    And what experience have you had with reviewing and

9  evaluating intercompany claims?

10 A    A number of my clients have had multiple legal

11 entities so they've had intercompany claims.  And I've been

12 involved in analyzing intercompany balances.  I've

13 implemented consolidation systems for companies and

14 determined how the intercompany balances should be accounted

15 for.  I've also performed substantive consolidation

16 analysis.

17        MR. KAPNICK:  Your Honor, we tender the witness

18 as an expert with respect to financial issues in

19 reorganizations cases, including the matters raised in his

20 reports, the liquidation analysis, the intercompany claims,

21 and the base creditor recoveries analysis.

22        THE COURT:  Is there any objection?

23        MR. ZENSKY:  Your Honor, there's no objection to

24 the witness testifying as an expert.  I just think the

25 description that was offered that he's an expert with

1  respect to financial issues in reorganization, if we could

2  have a little more specificity around the precise nature of

3  the expert --

4       MR. KAPNICK:  Solely with respect to the subjects

5  that he's testifying on, intercompany claims, the base

6  creditor recoveries, the parent distributable value, and the

7  liquidation analysis.

8       MR. ZENSKY:  With that clarification, no

9  objection.

10       THE COURT:  All right.  You may proceed

11  accordingly.

12       MR. KAPNICK:  Mr. Whittman, can you please

13  describe what the debtors asked you to do in connection with

14  this matter?

15       MR. WHITTMAN:  We were retained in November of

16  2008 to assist the company with preparing for their

17  bankruptcy filing.  Throughout the case, we've -- I've been

18  involved in a number of matters including reporting issues

19  in terms of preparation of statements and schedules and

20  monthly operating reports, a number of analysis and

21  forecasting projects, and understanding of the company's

22  intercompany claims, preparing a liquidation analysis,

23  leading up to the three expert reports that I was asked to

24  prepare for this confirmation hearing.

25       MR. KAPNICK:  Well, first, let's talk about your

1    work with respect to the liquidation analysis.  What is a

2    liquidation analysis in the context of a bankruptcy

3    reorganization?

4              THE COURT:  I don't need that explanation.

5              MR. KAPNICK:  I almost said that.  Let's turn to

6    Exhibit 1109 --

7              MR. WHITTMAN:  Okay.

8              MR. KAPNICK:  -- in your binder.  Is this your

9    liquidation analysis, Mr. Whittman?

10             MR. WHITTMAN:  It is.

11             MR. ZENSKY:  And if you turn to Page 5 of this

12   exhibit.  Is this your signature?

13             MR. WHITTMAN:  Yes.

14             MR. KAPNICK:  We move to admit Exhibit 1109.

15             THE COURT:  Is there any objection?

16             MR. ZENSKY:  No objection.

17             THE COURT:  It's admitted without objection.

18   (Exhibit 1109 identified and admitted in evidence.)

19   BY MR. KAPNICK:

20   Q    Mr. Whittman, what information did you collect to

21   assist you in conducting this liquidation analysis?

22   A    I collected information regarding the company's

23   assets, the company's claims and liabilities that would be

24   paid out of those assets, and the costs that would be

25   incurred in performing a liquidation.

1  Q      Did you talk to any company personnel?

2  A      Yes, I did, numerous.

3  Q      And did you rely on any expert's reports in preparing

4  the liquidation analysis?

5  A      Yes.  I relied upon the expert report of Lazard in

6  terms of some of the values of certain of the legal

7  entities.  I also relied upon information from the company's

8  real estate advisor, as well as, the company's actuarial

9  consultant.

10 Q      And who's the real estate advisor?

11 A      That's Cushman & Wakefield.

12 Q      And the pension advisor?

13 A      Hewitt.

14 Q      What were the key assumptions you made in preparing

15 your liquidation analysis?

16 A      I made assumptions regarding the assets of the company

17 and what the recovery -- not so much assumptions on the

18 assets, but what the recoveries on those assets would be.

19 Assumptions regarding the costs that would be incurred,

20 items such as taxes, severance and the like.  And

21 assumptions regarding the claims and priorities of those

22 claims that would need to be paid out of the liquidation

23 proceeds.

24 Q      And what did you assume that the method of disposition

25 and liquidation would be for the broadcasting business?

1   A      For the broadcasting business unlike your typical

2   approach in liquidation where you assume a Chapter 7 trustee

3   comes in and shuts down the operations and sells off the

4   assets piecemeal, for the broadcasting business, I assumed

5   that would be sold in a distressed sale.

6   Q      And why did you not also assume a disposition by

7   distressed sale of the publishing business?

8   A      As I indicated, the typical approach in a liquidation

9   is to assume with the appointment of a Chapter 7 trustee

10  that the business activities cease and the assets are

11  marshaled and liquidated, unlike the broadcasting business

12  having the unique case of having the FCC license and better

13  position to be sold in a distressed sale.

14  Q      So ultimately, what conclusion did you reach on the

15  liquidation value of the publishing business?

16  A      Regarding the publishing business net of the costs of

17  liquidation and the administrative expenses and claims that

18  would be incurred in the liquidation, I concluded that the

19  liquidation value of the publishing business was

20  approximately $150 million.

21  Q      And how does that compare to Lazard's DCF analysis for

22  the publishing business?

23  A      I believe Lazard's DCF for the publishing business is

24  between $330 and $450 million.

25  Q      What assumptions did you make in your liquidation

1  analysis concerning the timing of the liquidation?

2  A    I assumed that the liquidation would commence at the

3  end of 2010 and would take between 3 to 6 months with a tail

4  of an additional year after that to resolve claims and

5  distribute proceeds.

6  Q    And we heard a lot of testimony last week about

7  potential LBO causes of actions.  What assumptions did you

8  make in your liquidation analysis concerning any recoveries

9  on those claims?

10  A    I do not make an assumption in the liquidation

11  analysis regarding the LBO claims based on the assumption

12  that in order for this plan to proceed which is the basis of

13  which the liquidation analysis is comparing against, this

14  Court would have had to find that the settlement embodied in

15  the plan for LBO causes of action is appropriate.

16  Q    What assumptions do you make with respect to the costs

17  associated with liquidation?

18  A    I made assumptions regarding the ongoing professional

19  fees that would be incurred, fees to the Chapter 7 trustee,

20  fees associated or costs associated with liquidation of the

21  assets, particularly significant costs associated with taxes

22  and with the severance that would need to be paid to the

23  terminated employees.

24  Q    Were there any unique aspects of this matter that

25  affected your liquidation analysis?

1  A     Other than the liquidation of the broadcast entities

2  as a -- through a distressed sale, yeah, their somewhat

3  unique aspect was to actually perform individual entity by

4  entity liquidation analysis on all of the debtors, as well

5  as, the non-debtor holdings.  Given the capital structure of

6  Tribune it was necessary to do that in order to properly

7  account for and determine the recoveries of the claims of

8  the parent versus the claims of the subsidiaries.

9  Q     Can you turn to the next exhibit in your binder and if

10  you can put the first page of Exhibit 1109D up on the

11  monitor.  Can you tell us what this -- this is Pages 5 to 6

12  of Exhibit D in your liquidation report.  Can you tell us

13  what this is?

14  A     This is the summary of the liquidation analysis.  The

15  first set of columns titled Tribune Stand Alone represents

16  the results of the liquidation analysis of the parent,

17  Tribune Company.  The next set of columns on the first page

18  titled Combined Subsidiaries represents the addition of each

19  of the individual liquidation analyses for each subsidiary.

20  Q     Now you can move to Page 2 of the exhibit.

21  A     And then on the second page, there is first a series

22  of eliminations and adjustments, including adjustments for

23  subordination that allow you to add then the parent and the

24  subsidiary analyses to derive the consolidated results for

25  Tribune.

1    Q      And if you go back to the first page of the exhibit,

2    we've gone across the columns and now if we go down, there's

3    various line items and several asset categories in Rows 1

4    through 9.  Can you tell the Court what these are?

5    A      Yes.  The first nine lines represent the assets of

6    Tribune that are monetized through a liquidation.  You have

7    in particular, a significant amount of cash that the company

8    would hold at the start of the liquidation which is

9    recovered in full.  You have accounts receivable and

10   inventory which are recovered at a discount to their book

11   value.  There is property plant and equipment which as I

12   mentioned is recovered based on work of the real estate

13   advisor at that liquidation value.  And then there are the

14   investments in the non-consolidated entities, Food Network,

15   Career Builder, Classified Ventures and so forth, as well

16   as, the value of the assets sold through going concern

17   distressed sales which are recovered at a discount to their

18   going concern value.

19   Q      And what discount did you apply to the going concern

20   value of those entities?

21   A      Fifteen to thirty percent.

22   Q      And how did you come up with that discount?

23   A      That was derived through discussions with Lazard about

24   the likely discount you would have in a distressed sale

25   versus a going concern and factors in a number of items,

1  including the fact that you would not be able to provide

2  typical representations and warranties.  You would have the

3  business and general liquidation with management distracted

4  at the time the sale was occurring.  And you'd be placing a

5  number of assets on the market simultaneously in a short

6  period of time.

7  Q     Now continuing down the left hand side of Exhibit

8  1109D, Lines 10 through 16, you are making adjustments for

9  the cost associated with the liquidation.  Can you tell us

10  about that?

11  A     Yes.  I make adjustments for professional fees and

12  Chapter 7 trustee fees based on the current run rate of

13  professional fees in the case adjusted for the reduction you

14  would have once you convert to a liquidation.  Chapter 7

15  trustee fees based on 2 percent fee for the trustee,

16  slightly less than the statutory level based on the size of

17  the case.  There are taxes on dispositions.  Tribune has

18  very low book value on a number of its investments so there

19  would be significant taxes due on some of the dispositions

20  that we calculated together with the tax department of the

21  company.  And there is -- would be severance expense in

22  conjunction with the Court approved severance policy and the

23  like.

24  Q     Continuing down the left hand column of the page

25  there's a series of line items from 18 to 29 that again are

1  adjustments.  Can you tell the Court what those adjustments

2  are?

3  A    Yes.  First, on Lines 18 through 20, you have

4  recoveries that each entity would receive on their

5  intercompany claims and intercompany equity interests.  On

6  Lines 23 and 29 is the opposite of those recoveries.  You

7  have the payouts from each subsidiary to other subsidiaries

8  or to the parent on the account of those intercompany claims

9  and equity interests.  And if you look at the second page,

10  you could see that those amounts net across to zero in

11  consolidation.

12  Q    And --

13  A    On line -- the second part of what you asked on Lines

14  23 through 26, that contains the administrative claims that

15  would arise during the Chapter 11 that would need to be paid

16  upon conversion to a 7, as well as, the priority tax claims.

17  Q    And then continuing on there's Lines 30 to 36.  Can

18  you tell the Court what those lines depict?

19  A    These lines represent the conclusion of the

20  liquidation analysis essentially indicating the claims that

21  you have at each of the entities, as well as, the -- their

22  ultimate recovery from the liquidation proceeds.

23  Q    How did you determine the amount each class of

24  creditors would receive from the liquidation proceeds?

25  A    We prepared a model that had each legal entity, the

1   estimated claims at that entity, the estimated liquidation

2   proceeds from that entity, and then we took the proceeds at

3   each entity, allocated them to the claims based on their

4   relative priorities.  To the extent of intercompany claims,

5   that value was paid out to another legal entity which

6   allowed that value in turn to go to third parties at that

7   legal entity in an iterative fashion until all of the value

8   had been distributed out to the third parties.

9   Q    And what ultimately did you conclude each class of

10  creditors would recover in a liquidation?  Is that -- where

11  is that on this chart?

12  A    In the bottom right of the second page you could see

13  there's both a low and a high end range of the liquidation.

14  And on the high end, I concluded that the joint and several

15  pension claims in large part based on the fact that they

16  would have claim against each legal entity would recover in

17  full.  The senior debt holders would recover approximately

18  42.6 cents at the high end, the bridge holders 1.2 cents,

19  the bond holders 1.2 cents, and the other general unsecured

20  creditors at the parent and the subsidiaries together would

21  on average receive 1.4 percent of their claim.

22  Q    I'd like to turn your attention to the next exhibit in

23  the binder, Exhibit 1109-1 which is Chart 1 on Page 4 of

24  your report.  Do you recognize this?

25  A    I do.

1  Q      And what is it?

2  A      This is a chart contained in the summary of my report,

3  as well as, a similar version is on the debtors' disclosure

4  statement.  And it provides a comparison of the recoveries

5  under the plan of reorganization to the high end of the

6  range of recoveries in the liquidation analysis.

7  Q      What, if any, conclusions do you draw from this chart?

8  A      From this chart, you could see that just from pure

9  mathematical basis, the amounts that are received under the

10 plan are higher than the amounts coming from the liquidation

11 analysis.

12 Q      We talked earlier about how your liquidation analysis

13 assumes that any recoveries in the LBO litigation will be

14 the same in a liquidation and a reorganization.  Would the

15 conclusions in your liquidation analysis change if you

16 included recoveries on the LBO causes of action in the

17 liquidation recoveries?

18 A      No.  If we take the liquidation recoveries from the

19 liquidation analysis and we gross those up for the same

20 amounts for the LBO that are included in the plan as the

21 settlement amounts, the recoveries under the plan would

22 still be higher than under a liquidation.

23 Q      So let's turn now to your parent distributable value

24 and base creditor recoveries report.  That's Exhibit 1110.

25 Can you turn to that exhibit?  It's the next exhibit in the

1  binder.  And can you turn to Page 21 of that exhibit?

2  A    Okay.

3  Q    Is that your signature?

4  A    It is.

5         MR. KAPNICK:  And we move the admission of

6  Exhibit 1110 into evidence.

7         THE COURT:  Is there any objection?

8         MR. ZENSKY:  No objection, Your Honor.

9         THE COURT:  Exhibit 1110 is admitted without

10  objection.

11  (Exhibit 1110 identified and admitted into evidence.)

12  BY MR. KAPNICK:

13  Q    Mr. Whittman, can you tell the Court what's the

14  general purpose of this analysis in the context of this

15  case?

16  A    The purpose of this report is two-fold.  It is to

17  provide a computation of the value of the parent company, as

18  well as, the base recoveries to creditors in the case.  The

19  base recoveries being those that parties would receive

20  absent any avoidance actions, what some people have termed

21  the natural or waterfall recoveries.  And all of that being

22  particularly important in this case given first of all the

23  capital structure in the different claims that exist of the

24  parent versus the subsidiary level or many of the

25  subsidiaries, and then the nature of the dispute regarding

1  the LBO and the need to understand what base recoveries

2  would be in order to measure the settlement off of.

3  Q      And what information did you collect in order to

4  prepare this report?

5  A      We collected information regarding the balance sheets

6  and details of the assets of the parent company.  We

7  collected information in conjunction with building our

8  recovery analysis model to determine base creditor

9  recoveries.  We collected information on the claims against

10  each entity including the intercompany claims from the

11  intercompany claim settlement, as well as, information on

12  the valuation of each entity provided by Lazard.

13  Q      Now just so the Court's clear on this, what is the

14  relation of your analysis in this report to the valuation

15  work that Lazard did?

16  A      Lazard's valuation work includes first of all the

17  valuation of the entire company, the $6.75 billion that

18  we've heard about.  And then they take that value and they

19  allocated to each individual legal entity what I term

20  initial distributable value.  That is the value prior to

21  recoveries on the account of intercompany claims,

22  intercompany equity interests, and prior to the

23  distributions on the account of intercompany claims.  So I

24  take all of those into account in order to reach the

25  distributable value to third parties which is the $564

1  million of the parent that's referred to in the debtors'

2  plan.

3  Q    So if you turn to the next exhibit in the binder it's

4  Exhibit 1110-1 which is Chart 1 of your expert report,

5  Exhibit 1110.  Can you tell us what this chart entitled

6  Parent Distributable Value, what is this depicting?

7  A    This chart breaks out the components of the value at

8  the parent company, both in terms of reaching the initial

9  distributable value contained within the Lazard report, as

10 well as, the other components that I adjust for to reach the

11 distributable value to third parties.

12 Q    Now on the top half of the page, you have a series of

13 calculations that total down in the middle of the page to an

14 initial distributable value of $836.9 million.  Can you tell

15 the Court, what are you calculating here?

16 A    Yes.  I took the components of the -- what I have

17 terms discrete assets of the company.  This would be the

18 cash the parent received from selling its Time Warner stock

19 right before the filing, the value of real estate that's

20 owned by the parent company, the value of the investments

21 that was calculated by Lazard in terms of Classified

22 Ventures and Legacy.com, as well as, certain other assets of

23 the parent company.  I adjust that value to -- for some cash

24 movement in terms of providing the parent with the value of

25 cash that it holds.  There are tax adjustments contained

1    within the Lazard report.  And then there is the value of

2    the Tribune receivables subsidiary that was the conduit for

3    the debtor in possession financing at the beginning of the

4    case.  This is the net value of those receivables net of

5    paying off the DIP facility.  All of those are the

6    components to reach the initial distributable value.

7    Q    How did you come up with the asset values that add up

8    to the total $836.99 million?

9    A    The Time Warner shares since those had been liquidated

10   right before the closing or right before the filing of the

11   bankruptcy are based on the brokerage statements from that

12   sale.  The real estate is based on a report from the

13   company's real estate advisors.  And in the case of St.

14   Louis is based on the sale that occurred shortly after the

15   filing.  Lazard determined the value of Classified Ventures

16   which is owned half by Tribune Company and half by Tribune

17   National Marketing so the half that's owned by Tribune

18   Company is reflected here.  Lazard also valued Legacy.com.

19   The other assets are minor receivables and the like that

20   were collected shortly after the petition date so are based

21   on the collected amount.  And the cash movement is based on

22   the cash held by the company as of the petition date. It was

23   actually held by the subsidiaries, but historically had been

24   held by the parent company and as part of this, we have

25   agreed to reflect that at the parent company rather than at

1  the subsidiaries.

2  Q     Now on the second half of Exhibit 1110-1, you have a

3  series of adjustments that result ultimately in a

4  distributable value of $564 million down in the right hand

5  corner.  Why did you make these adjustments?

6  A     These are the adjustments for the intercompany claims

7  that I described earlier.  So first, there are claims the

8  parent has against the subsidiaries.  It recovers $24.2

9  million on the account of those claims.  It also recoveries

10 $12.4 million on the account of its equity interest in

11 subsidiaries.  These being primarily or entirely non-

12 guarantor subsidiaries that have equity value to flow to the

13 parent.  And then that amount, the gross distributable value

14 of $873 million is allocated pro-rata to the claims at the

15 parent company which provides that $309 million is

16 distributed to the intercompany claims which leaves $564

17 million to pay third party creditors of the parent.

18 Q     Given the assets that the parent has, do you have any

19 observations about the fixed versus the variable value of

20 the assets of the parent?

21 A     The parent, the value of the parent is comprised

22 largely of fixed components such that very few of these

23 items would actually have a lot of variability or judgment

24 applied to them.  Classified Ventures probably being the one

25 of note.

1    Q      If you'll turn to the next exhibit in your binder,

2    it's Exhibit 1110-8. That's Chart 8 in your report.  This is

3    entitled Base Case Recovery Summary.  What's the purpose of

4    determining base case recoveries in this matter?

5    A      Again, base case recoveries are those recoveries

6    parties would receive prior to consideration of any

7    avoidance actions whether from the LBO or otherwise.  And

8    this allows for the determination under the plan of the

9    portion of the plan consideration that comes from settlement

10   as opposed to from natural recoveries.

11   Q      How did you compute the base creditor recoveries?

12   A      We developed a model which we called the recovery

13   analysis model.  And what that model does is take the data

14   in terms of the claim at each entity including the

15   intercompany claims from the settlement.  It considers the

16   priorities of those claims.  And it takes the initial

17   distributable value from Lazard's valuation factoring all of

18   those together it makes distributions, we make distributions

19   in the model to each of the claims.  And in the case of

20   intercompany claims, value flows from one legal entity to

21   another legal entity in an iterative fashion until all value

22   is distributed to third parties.

23   Q      So when you ran your recovery analysis model, what was

24   the output?

25   A      The output is represented -- the initial output is

1  represented in the third column here, the initial recoveries

2  at the parent.  And then there's subsequent adjustments made

3  in the model that walk across to the total base case

4  recovery.

5  Q    And let's take the first column for a minute,

6  estimated claims at parent.  Do you see that?

7  A    I do.

8  Q    And there's a line item for other parent claims $264.7

9  million.  Do you see that?

10 A    Yes.

11 Q    What does that line item consist of?

12 A    This line item consists of three primary components.

13 There is the swap claim of approximately $150 million.

14 There are the retiree claims of approximately $105 million

15 and there are other trade claims and the like that make up

16 the balance.

17 Q    The employee retiree claims of $105 million, what does

18 that claim arise from?

19 A    That claim is a combination of approximately $102

20 million of that arises from what's known as the retiree

21 claimant settlement.  And the other $3 million represents

22 similar claims from parties who are not part of the retiree

23 claim settlement.  And the $102 million from the retiree

24 claim settlement represents the -- what was agreed on in the

25 settlement which was in between the amount claimed by those

1  parties of approximately $112 million and the amount

2  initially recorded on the company's books and records of

3  approximately $82 million.

4  Q    Now again, if you look in the first column estimated

5  claims of parent for subordinated PHONES and EGI, you have a

6  number of $996.2 million?  Do you see that?

7  A    I do.

8  Q    How did you come up with that amount for the PHONES

9  and EGI claims?

10 A    This is a combination of for the EGI TRB notes the

11 face value including accrued interest as of the petition

12 date for the books and records of the company which is $235

13 million.  That also matches the claims filed by those

14 holders.  And then $760 million for the PHONES notes which

15 is what is reflected on the company's books and records, but

16 I'll note is different than the amount claimed by the

17 indenture trustee of approximately $1.2 billion.

18 Q    And if the Court were to determine in favor of the

19 higher amount for the PHONES claim, how would that impact

20 base creditor recoveries?

21 A    It would have very limited impact.  For example,

22 looking at the senior noteholders, their total base case

23 recovery of $61.7 million would increase by approximately

24 $700,000 if the higher PHONES amount was used.

25 Q    Now in the fourth column on Exhibit 1110-8, you make a

1    $44.1 million adjustment for treating the PHONES and EGI

2    debt as subordinated to other claimants.  Do you see that?

3    A      I do.

4    Q      Are you aware of any dispute between certain parties

5    concerning the treatment of that subordination?

6    A      I am.  A number of parties including the senior

7    noteholders, as well as, the PHONES holders have objected to

8    the subordination of the PHONES and the EGI notes to certain

9    of the other parent claims.

10   Q      Why did you assume the entire amount of the PHONES

11   claim would be subordinated to all of the other unsecured

12   parent claims?

13   A      The portion of the -- that's in dispute here, I

14   believe of the other parent claims, about $150 million is

15   the swap claim which I don't believe there is a dispute on.

16   The portion that is in dispute relates to the retiree claims

17   and to the other trade claims.  And I made that assumption

18   for several reasons.  Number one, that was the assumption I

19   was instructed to make by counsel and is included in the

20   debtors' plan.  Number two, there is a matter, I guess

21   subject to dispute in terms of whether the retiree claimants

22   are beneficiaries of the subordination, and number three,

23   it's a really an immaterial difference in the analysis.

24   Q      Well, what is the significance of the issue?

25   A      If you look in the fourth numeric column, the

1  adjustments for subordinated debt, you can see that the

2  other parent claims in total benefit by $1 million from the

3  subordination.  If you remove the swap which is not in

4  dispute, the remaining benefit to the retiree claimants and

5  the trade claimants of the parent is approximately $400,000.

6  Of that amount, the majority comes out of the recoveries

7  from the senior lenders with only approximately $40,000

8  coming out of the recoveries of the senior noteholders.

9  Q      So ultimately, at the end of the day, what was your

10 conclusion concerning the base case recovery of each class

11 of creditors?

12 A      I concluded that the base recoveries were as listed in

13 the last column just under $6.6 billion for the senior

14 lenders, $77.8 million for the bridge lenders, $61.7 million

15 for the senior noteholders, $12.7 million for the other

16 parent claims, and $2.2 million for the subsidiary general

17 unsecured claims.

18 Q      So now let's talk briefly about your work with respect

19 to intercompany claims.  Can you turn to Exhibit 1108 which

20 is in the front of your binder?  Is this your report on

21 settlement of intercompany claims?

22 A      It is.

23 Q      And if you turn to Page 25 is that your signature on

24 this report?

25 A      Yes.

1      MR. KAPNICK:   We move the admission of Exhibit

2  1108.

3      THE COURT:   Any objection?

4      MR. ZENSKY:   No objection, Your Honor.

5      THE COURT:   It's admitted without objection.

6  (Exhibit 1108 identified and admitted into evidence.)

7  BY MR. KAPNICK:

8  Q    Mr. Whittman, what steps did you take to review the

9  intercompany claims of the debtor entities?

10 A    I obtained the -- from the company's books and

11 records, the intercompany balances as of the petition date.

12 I also obtained the intercompany balances as of various

13 historical points in time prior to the petition date.   I

14 obtained details around certain of the intercompany

15 transactions and had numerous discussions with company

16 management, particularly in the finance and tax area, as

17 well as, reviewing numerous documents around the

18 intercompanies.

19 Q    Let's turn to Exhibit 1108-1 which is Chart 1 from

20 your intercompany report.   Based on this chart, can you tell

21 the Court what the amount of the intercompany claims payable

22 at the petition date were?

23 A    Yes.   This chart illustrates on the bottom right, the

24 balance of intercompany claims per the books and records of

25 the company as of the petition date of $83.7 billion.   The

1  chart also breaks up for summary purposes that number into

2  the amounts that were payable from the parent, the guarantor

3  subs, and the non-guarantor subsidiaries to going across the

4  top, the parent, other guarantor subsidiaries, and other

5  non-guarantor subsidiaries.

6  Q    If you turn to the next chart in your book, Exhibit

7  1108-2, this chart is Chart 2 of your intercompany claim

8  report and it's entitled Intercompany Balances Applying

9  Merged Parent Concept.  Can you tell the Court what your

10 merged parent concept is and why you did this analysis?

11 A    Yes.  This is the first significant conclusion and

12 adjustment that I recommend to be made to the intercompany

13 claims per the books and records.  This arises from the

14 company's cash management system.  The cash management

15 system is on one -- on the one hand very typical in terms of

16 what you'd expect of this type of company.  Cash is received

17 at the operating subsidiaries.  It's transferred to the

18 parent on a daily basis.  And as a result, an intercompany

19 payable arises from the parent back to the subsidiary.  When

20 the company makes disbursements, however, that's where the

21 system departs from standard practice.  Disbursements for

22 administrative purposes are managed by a third legal entity

23 called Tribune Finance Service Center.  And when those

24 disbursements are made, an intercompany arises from the

25 operating subsidiary to the disbursing agent as I call it

1    and from the disbursing agent to the parent.  Economically,

2    however, the cash is at the parent and it comes out of the

3    parent's bank account.  All the processing or disbursing the

4    subsidiary is doing is simply doing administrative, back end

5    paperwork to make the payment.  And there's no economic

6    intent, no economic reality or intent to create a debt

7    between the operating subsidiary and this processing

8    subsidiary.  So as a result, I recommend that those

9    intercompany transactions be treated as if they had occurred

10   directly with the parent.

11   Q     And after making the merged parent company or merged

12   parent concept adjustment, what are the amount of the

13   intercompany claims?

14   A     As a result, the amount of intercompany claims dropped

15   to $30.4 billion.

16   Q     All right, well let's look at the significance of this

17   adjustment to base case creditor recoveries.  Can you turn

18   to Exhibit 1108-4?

19   A     Yes.

20   Q     And the first three columns there, can you tell the

21   Court what you're analyzing there?

22   A     The first column shows again the -- in the top row,

23   the balance of intercompany payables per the books and

24   records of $83.7 billion.  It then shows my adjustment to

25   remove the $53 billion reaching the $30.4 billion we talked

1  about on the prior slide.  The next set of rows show the

2  base case recoveries, again being the recoveries prior to

3  considering any avoidance actions.  And as you can see as a

4  result of making this adjustment, the recoveries for the

5  senior lenders declined by approximately $24 million.  And

6  the recoveries for all other parties, the bridge lenders,

7  the senior noteholders, the other parent claims increase by

8  an amount that in aggregate offsets the decrease to the

9  senior lenders.

10  Q    So after applying the merge parent concept, what

11  further analysis did you do concerning Tribune's

12  intercompany payables?

13  A    From that point, I considered whether all of these

14  intercompany payables should be considered allowed claims,

15  whether they all should be considered disallowed claims, or

16  some average percentage.  In fact, I concluded that the best

17  way to approach the intercompanies was to categorize the

18  balances, evaluate them on a category by category basis.

19  Also evaluate them in groups in terms of payables from the

20  parent to guarantor subsidiaries versus payables from

21  guarantor subsidiaries to the parent, and consider them as I

22  say category by category to reach individual determinations.

23  Q    Well, let's turn to Exhibit 1108-8 which is a couple

24  exhibits ahead in your binder.  It's labeled Sensitivity

25  Analysis Intercompany Payables From the Guarantor

1  Subsidiaries to Parent.  What did you conclude as a result

2  of the analysis in this chart?

3  A    Well, what I concluded from this chart which

4  essentially shows -- takes the sensitivity of looking at the

5  intercompany claim settlement I ultimately recommended, and

6  taking the payables from the guarantor subsidiaries to the

7  parent.  And either to the far left setting them as they

8  were per the books and records of the company being allowed,

9  all allowed, or setting them to the right as being all

10 disallowed, that that difference while being a swing of $3.4

11 billion of claims, only represents a $3.7 million impact on

12 recoveries with an increasing recovery to the senior lenders

13 and a decreasing recovery to the other parties with the

14 intercompany claim settlement really being in between that

15 relatively small range.

16 Q    Now turn to Exhibit 1108-7 which is the exhibit

17 immediately prior to that exhibit.  This is Chart 7 of your

18 intercompany claims report and it's labeled Sensitivity

19 Analysis Intercompany Payables from Parent to Guarantor

20 Subsidiaries.  Do you see that?

21 A    I do.

22 Q    What did you conclude about the relative importance of

23 these intercompany claims as a result of the analysis in

24 Chart 7?

25 A    This chart shows the claims of the subsidiaries

1  against the parent.  So the payables from the parent going

2  down to the guarantor subsidiaries.  And what this chart

3  illustrates is that they are significantly more important

4  than the payables going the other direction.  The impact of

5  these payables going from one extreme of allowing them all

6  to the other extreme of disallowing them all, would be $95

7  million on base recoveries for the senior lenders with in

8  aggregate offsetting amounts for the other creditors.

9  Q     How did that conclusion affect your intercompany

10 claims analysis going forward?

11 A     Well, I analyzed a number of the components of the

12 intercompany claims.  I focused most of my efforts on the

13 claims of the subsidiaries against the parent.  And the

14 majority of my report is focused on those claims.

15 Q     All right.  Can you turn now to Exhibit 1108-11?  It's

16 a few charts ahead.  This is Chart 11 of your intercompany

17 claim report.

18 A     Okay.

19 Q     Can you briefly explain to the Court the analysis you

20 conducted in this exhibit?

21 A     This is really the heart of the intercompany claims

22 analysis.  Going down the left hand column here, you can see

23 the categories that I placed the intercompany claims into

24 based on my analysis including goodwill write off, the

25 Newsday transaction, the Eagle transaction, claims arising

1  as a result of setting up the Tribune receivables facility,

2  and claims arising out of the general operation of the

3  business.  And then looking to the right of the initial

4  claim amount, you can see my conclusions on these claims

5  after evaluating the facts and circumstances of these

6  individual categories against the legal standards.

7  Q     What standards did you use to evaluate these five

8  intercompany claims?

9  A     I used the standards set forth in the *SubMicron* case

10  that I understand is the operative case for this Court.

11  Q     And what do you understand that legal standard to be?

12  A     The -- while there's a number of standards that are

13  outlined in *SubMicron*, the primary standard really as it

14  relates to intercompanies revolves around the intent of the

15  parties.  And that was my focus along with a number of -- a

16  few of the other standards as well.

17  Q     So at the end of the day, what did your analysis

18  conclude concerning these five categories?

19  A     Concerning these five categories, I concluded that at

20  the midpoint of my range, they should be 53 percent -- they

21  were 53 percent likely to be allowed and thus we should

22  treat as part of the settlement, 53 percent of the balance

23  as an allowed claim with a small adjustment for affiliate

24  receipt of case below to reach the $5.5 billion of allowed

25  intercompany claims going from claims of the guarantor subs

1  against the parent.

2           MR. KAPNICK:  Your Honor, given the parties

3  stipulation, I don't think I'm going to take up the time to

4  go through each of these categories unless Your Honor wants

5  some detailed background on each of them?  No?

6           THE COURT:  Not necessary.

7  BY MR. KAPNICK:

8  Q    Yeah.  Let's go to Exhibit 1108-3, again.  How does

9  this chart advance your analysis of the intercompany claims?

10 A    This is the output, the final conclusion of my

11 analysis in terms of the amount of claims that I recommended

12 be allowed as part of the intercompany claim settlement

13 which in aggregate are $17.5 billion. You can see the $5.5

14 billion payable from the parent to guarantor subsidiaries we

15 just talked about a moment ago, as well as, the other

16 components.

17 Q    So at the end of the day, what is the amount of

18 intercompany claims that you recommend?

19 A    $17.5 billion.

20 Q    All right.  Turn to the next exhibit in order 1108-4.

21 We discussed the first three columns earlier of this

22 analysis.  Can you take the Court through the last five

23 columns here and explain what analysis you're doing?

24 A    This chart, the remainder of this chart just helps to

25 illustrate for the Court the impact, the ultimate impact of

1   the intercompany claim settlement.  As we said in the first

2   three columns, you know, the first step of the settlement,

3   applying the merge parent concept eliminated $30 billion of

4   claims.  It had about a $24 million impact on recoveries.

5   Taking the next step over, the settlement further reduces

6   the claims population by another $12.9 billion.  And that

7   impact on recoveries is to reduce the base creditor

8   recoveries to the senior lenders by approximately $32

9   million and to increase the recoveries to the bridge, the

10  senior noteholders, and the other parent claims by an

11  offsetting amount.

12  Q    And did you make any recommendations to the debtors

13  based on your analysis of intercompany claims?

14  A    Yes. I recommended that they enter into a settlement

15  agreement in with this analysis.

16  Q    And how did you present those recommendations to

17  management?

18  A    I presented the recommendations in a face to face

19  meeting with a number of members of senior management and

20  financial management of the debtors.

21  Q    And do you know whether the company took any action as

22  a result of your recommendations?

23  A    Yes.  They entered into a claim settlement agreement

24  that is part of the plan.

25  Q    And are you available, if necessary, later in the week

1  or in April to come back and offer rebuttal testimony if

2  that's appropriate?

3  A    I am.

4        MR. KAPNICK:  All right, thank you, Your Honor.

5        THE COURT:  Thank you.  I'm going to take just a

6  five minute break.  Court will stand in recess.

7  (Recess from 11:04 a.m. to 11:13 a.m.)

8        THE CLERK:  Be seated, please.

9        THE COURT:  Cross examination.

10        MR. DASH:  May I proceed, Your Honor?

11        THE COURT:  Yes.

12                    CROSS EXAMINATION

13  BY MR. DASH:

14  Q    Good morning.  Andrew Dash, Brown Rudnick, LLP on

15  behalf of Wilmington Trust and on behalf of the noteholders.

16  Good morning, Mr. Whittman.  Nice to see you again.

17  A    Good morning.

18  Q    You're an accountant by training, sir, right?

19  A    Yes.

20  Q    And since getting out school, you've only worked for

21  two entities, Arthur Andersen and Alvarez & Marsal?

22  A    That's correct.

23  Q    And prior to your work for Tribune, you had no

24  experience in the publishing industry.  Correct?

25  A    That's correct.

1   Q      And prior to going -- getting involved in this

2   engagement, you had no prior experience in the broadcasting

3   industry.  Correct?

4   A      That's correct.

5   Q      And prior to your engagement for Tribune, you had no

6   prior experience in the internet interactive world, right?

7   A      That is correct.

8   Q      And so you're not here to claim expertise in the

9   sectors in which Tribune operates.  Correct?

10  A      No, that was not necessary for what I was asked to

11  perform.

12  Q      And in terms of your prior service as an expert,

13  you've never before been asked to prepare an expert report.

14  Correct?

15  A      No, I have not.

16  Q      And you hit the trifecta here, you got three to do,

17  right?

18  A      That is correct.

19  Q      Okay.  And prior to this case, you've never been

20  offered as a formal expert witness.  Correct?

21  A      That's correct.

22  Q      Okay.  Now let's start with the intercompany report.

23  And if we could go to DCL Exhibit 1108-1.  I'd just like to

24  touch on that slide for a few moments.  Okay.  Now this is

25  the information you present here is from the company's books

1  and records?

2  A     That's correct.

3  Q     And it shows that the parent has a $31.4 billion

4  payable to the guarantor and non-guarantor subs, right?

5  A     Yes.

6  Q     And that's the $31,368.7 number under total?

7  A     That's correct.

8  Q     Okay.  And it also shows a $22.5 billion payable from

9  the subs to the parent, right?

10  A     Yes.  Actually, not the number highlighted, it's the

11  number at the bottom of the first column, the parent column,

12  but yes, that's correct.

13  Q     Okay.  And that's the $22,5007.7, right?

14  A     Yes.

15  Q     Under parent?

16  A     Correct.

17  Q     Okay.  And if we could look at Slide 1108-2, that's

18  Chart 2 from your intercompany report, right?

19  A     That's correct.

20  Q     And this is what you called and talked about on direct

21  as your merged parent concept?

22  A     Correct.

23  Q     Okay.  And that shows the parent has a $16.5 billion

24  payable to the subs?

25  A     Yes.

1  Q      And but the subs also have a $4 billion payable to the

2  parent, right?

3  A      Yes, just under 4, that's correct.

4  Q      Right.  And that's the $3,979.7 under parent, right?

5  A      Correct.

6  Q      And similarly, if we go to Chart 3 from your report,

7  that's DCL Exhibit 1108-3, we have the same pattern here.

8  This is your midpoint estimate of allowed intercompany

9  claims under the DCL plans intercompany settlement?

10 A      Yes, it is.

11 Q      And it shows $7 billion due from the subs to the

12 parent?

13 A      I'm sorry, it's 7 due from the parent to the subs due?

14 Q      I'm sorry, did I get that -- due from the parent to

15 the subs, you're absolutely right, I'm sorry.  And it shows

16 $2.4 due to parent from the subs?

17 A      That's correct.

18 Q      Okay.  Now you would agree with me to properly model

19 intercompany obligations, you need to look at both

20 obligations of the parent to the subs and the obligations of

21 the subs to the parent, right?

22 A      Yes.

23 Q      And in other words, you need to look at due to and due

24 from, both sets of entities.  Correct?

25 A      Yes, you do.

1  Q      Now the DCL plan contemplates a number of settlements.

2  Am I Correct?

3  A      It does.

4  Q      And is it your understanding that those settlements

5  constitute a single integrated settlement?

6  A      I guess I'm not sure I know the answer to that.

7  Q      Okay.  If any one of the settlements contemplated

8  under the DCL plan isn't approved, is it your understanding

9  that the DCL plan can proceed?

10 A      I don't believe so, but I'm not sure I have the answer

11 to that.

12 Q      Okay.  Now the DCL plan as you've told us on direct is

13 premised on the distributable enterprise value of $6.75

14 billion, right?

15 A      That is correct.

16 Q      Okay.  And that money, that $6.75 billion is allocated

17 among Tribune on the one hand and Tribune subs on a

18 consolidated basis on the other, right?

19 A      Yes, it's actually allocated to each individual

20 subsidiary.

21 Q      Okay.  But at the end of the day, you've got 8.4

22 percent of the distributed enterprise value going --

23 distributable enterprise value going to Tribune, right?

24 A      That is correct.

25 Q      And the reciprocal 91.6 percent going to the subs?

1  A      That is correct at the $6.75 billion valuation.

2  Q      Right.  And that allocation is an outgrowth of the

3  intercompany claim settlement, right?

4  A      In part, yes.

5  Q      And if the intercompany claim settlement is approved,

6  there are no planned distributions on account of the

7  intercompany claims under the DCL plan, right?

8  A      Value is allocated to each legal entity based on the

9  intercompany claim settlement and then out to third parties.

10 Q      Um-hum.  And if the DCL plan is not confirmed, there

11 is no intercompany claim settlement, right?

12 A      That's my understanding that the settlement is

13 contingent upon the confirmation of -- actually, I believe

14 either one of the two plans before the Court.

15 Q      Fair enough.  More specifically, if the intercompany

16 claim settlement is not approved, then creditors can't rely

17 on that 8.4 percent, 91.6 percent allocation, right?

18 A      I -- yes, that is correct.  The allocation is

19 dependent upon having reached an intercompany claim

20 settlement.

21 Q      Okay.  And it's your understanding that the noteholder

22 plan proposal is not premised on an assumed distributable

23 enterprise value.

24 A      I'm not sure what value the noteholder plan is

25 premised upon.

1    Q     Okay.  And aren't you aware that the noteholder

2    proposal would have the distributable enterprise value

3    determined by the Court?

4    A     I -- yeah, that sounds familiar to me.

5    Q     Okay.  Now the intercompany claim settlement resolves

6    claims that the debtors have against one another, right?

7    A     Correct.

8    Q     Including Tribune claims against certain of its

9    subsidiaries?

10   A     Yes.

11   Q     And claims that certain of its subsidiaries have

12   against Tribune.  Is that right?

13   A     That's correct.

14   Q     And the company's books and records reflect these

15   transactions, right?

16   A     Yes, the first chart we went through Exhibit 1,

17   reflects the books and records of the company.

18   Q     Now did you do anything other than look at the books

19   and records of the company to determine these claims back

20   and forth between the subs and the parent?

21   A     We started with the books and records of the company

22   and from there we did a significant analysis around groups

23   of those claims to understand the underlying nature of

24   various transactions, how they arose, what the intent was

25   and so forth.

1    Q      Well, let's talk about that a bit.  You told us on

2    direct that the key issue for you was to determine the

3    intent of the parties.  Now what did you do besides looking

4    at the books and records to determine the intent of the

5    parent and the subs and these intercompany transactions?

6    A      Well, for example, a significant portion of the

7    intercompany balance arises from the operation of the cash

8    management system.  And if you consider that or as I did

9    consider that, an operating subsidiary receives cash in due

10   to collections from its customers.  That cash is sent up to

11   the parent and as a result, the parent has a payable to the

12   subsidiary.  In my mind, there's a clear intent of the

13   subsidiary to be able to have access to that cash because

14   that subsidiary needs to the next day, the next week, the

15   next month, be able to pay payroll, be able to pay the

16   newsprint vendor that, you know, it purchased newsprint from

17   and so forth.  So that in that particular circumstance,

18   there's a demonstrated intent just by the nature of how the

19   relationship works --

20   Q     As reflected in the books and records, right?

21   A     As reflected in the books and records.

22   Q     Now did you do anything -- did Alvarez & Marsal in any

23   way attempt to audit the books and records to look beyond

24   what was recorded there to determine the accuracy of the

25   amounts reflected as intercompany obligations?

1  A      We did not audit the books and records.  We did

2  analyze transactions and groups of transactions and where

3  the intent or other factors indicated they should not be

4  considered an allowed claim, we adjusted accordingly.

5  Q      Now with respect to the intercompany claims, did you -

6  - did Alvarez & Marsal, or you, or anyone on your team

7  undertake to determine or to analyze whether any of these

8  claims constituted preferential transfer?

9  A      We did not consider other than in one potential

10 circumstance whether any of these claims constituted

11 preferential transfers.

12 Q      What about a fraudulent conveyance analysis?  Did

13 Alvarez & Marsal conduct any fraudulent conveyance analysis

14 to determine whether any of these intercompany obligations

15 were avoidable on that basis?

16 A      We did not.

17 Q      And what about looking any of the intercompany

18 obligations to see whether any could be properly

19 characterized as an equity contribution?

20 A      Well that we did.  That really is as we look at the

21 legal standards and consider the categories of intercompany

22 claims, as I looked at that, you know, the issue was whether

23 the amount would be characterized as debt.  In other words,

24 the claim should be allowed or characterized as equity, in

25 other words, the claim should be disallowed.

1    Q    Now is it your understanding that if either the Step 1

2    transaction or the Step 2 transaction is avoided there would

3    be no intercompany claim settlement?

4    A    I don't have that understanding.

5    Q    Do you have the opposite understanding that the

6    intercompany claims settlement would survive a determination

7    that either the Step 1 debt or the Step 2 debt should be

8    avoided?

9    A    Well, the intercompany claim settlement is part of the

10   debtor, committee, lender plan which would make a

11   determination that the settlement of LBO related causes of

12   action is reasonable.  So I'm not quite following the

13   hypothetical in that context.

14   Q    Well, in your report, do you show how your

15   intercompany analysis would change if the Step 2 obligations

16   were avoided at the sub level?

17   A    Well, the analysis of the intercompany claims in terms

18   of the determination of the settlement of those claims is

19   not impacted at all by the LBO causes of action.  The only

20   thing in the intercompany report that's impacted by the LBO

21   causes of action or would be impacted is the sensitivity

22   analysis in terms of what the impact of those intercompany

23   claims are on base creditor recoveries which, of course,

24   base creditor recoveries themselves as I said are recoveries

25   without consideration of avoidance actions.

1   Q      Um-hum.  Well we're going to come back to that.  Now

2   do you understand that if a Step 2 is avoided at the

3   subsidiaries that before post-petition interest on the Step

4   1 debt can be paid, the intercompany obligations owing from

5   the subsidiaries to Tribune must be paid in full?

6   A      I'm sorry, that's a long question.  Could you repeat

7   that?

8   Q      Yeah, let me try it again.  Is it your understanding

9   that if the Step 2 debtors avoided at the sub level -- are

10  you with me now?

11  A      Yeah.

12  Q      Getting there?  Okay.  Before post-petition interest

13  can be paid on the Step 1 debt, do you understand that the

14  intercompany obligations owing from the subsidiaries to

15  Tribune must be paid in full?

16  A       I understand that under certain legal theories of

17  post-petition interest that is the case.

18  Q      Okay.

19  A      And perhaps not under all.

20  Q      Now you're not here to offer any opinions on what the

21  proper allocation would be between Tribune and its

22  subsidiaries if there is no intercompany claim settlement,

23  right?

24  A      Well, I believe allocation of what -- allocation of

25  value?

1  Q      Yes.

2  A      The -- well, I think the intercompany claim settlement

3  is I should say the -- my parent value report is predicated

4  upon the intercompany claim settlement.  So one builds on

5  the other.

6  Q      Okay.  You're not offering any iterations of your

7  report that assumes the intercompany claim settlement does

8  not exist?

9  A      I am not, no.

10  Q      Okay.  Let's talk a little bit about your

11  distributable value report.  Now I think as we touched -- as

12  you touched on in your direct, your base case and base

13  recoveries are calculated without regard to avoidance

14  actions?

15  A      That's correct.

16  Q      And for example, without considering the impact of the

17  avoidance of Step 1 or Step 2 of the financing transaction?

18  A      That's correct.

19  Q      And you didn't include an analysis of the impact of

20  avoidance actions in that report because the debtors'

21  counsel told you not to, right?

22  A      I don't -- no, I would disagree with that.  The

23  debtors' counsel instructed me as to the -- what the scope

24  of the report was.  The scope of the report was to provide

25  calculation of the parent distributable value and a

1  calculation of the base creditor recoveries.  There -- I was

2  not being asked to provide a report on how recoveries would

3  change or what the recoveries would be under different

4  scenarios.

5  Q    Well, I'm not sure whether we've communicated here.

6  Let me try one more time.

7  A    Okay.

8  Q    Wasn't it debtors' counsel who instructed you to

9  prepare your report on the basis that there would not be --

10  there would be no avoidance actions?

11  A    Maybe we're saying the same thing.  I was instructed

12  to prepare a report on base creditor recoveries.  Base

13  creditor recoveries means recoveries without avoidance

14  actions.  I think that's clear.  In fact, the noteholders,

15  everyone has adopted the term base or natural recovery to

16  mean the same thing.

17  Q    And that instruction came from Bryan Krakauer at

18  Sidley Austin?

19  A    In terms of the report I was to prepare?

20  Q    Yes.

21  A    Yes.

22  Q    And that instruction came to you sometime in the

23  second or third quarter of 2010?

24  A    That sounds right.

25  Q    Okay.  Now did you push back at all?  Did you say gee,

1  the report really should deal with the potential of

2  avoidance actions?

3  A     I didn't view that as something that I would be

4  addressing his -- there would be others to address that in

5  the case as we've heard the testimony of Bernie Black

6  earlier or last week.

7  Q     So you just accepted the instruction of counsel as to

8  what to assume for your report, right, on this -- in this

9  record?

10  A     In this regard, I accepted the instruction that my

11  report should be on base creditor recoveries.  Yes, I did.

12  Q     Now the asset values that you use in your distribution

13  of value, distributable value report came from Lazard,

14  right?

15  A     Distributable -- in terms of determining the parent

16  distributable value, both the initial distributable values

17  of each legal entity it held to determine the intercompany

18  recoveries from Lazard, as well as, within the initial

19  distributable value of the parent, most of those values were

20  computed by Lazard, although certain items such as the

21  proceeds that had been received on the Time Warner stock for

22  example, you know, were provided by us in review of the

23  company's records.

24  Q     Okay.  And the value allocations were also given to

25  you by Lazard, right?

1  A      The initial allocation of value to each legal entity,

2  that is correct.

3  Q      Okay.  Now you just worked with the numbers you were

4  given from Lazard or otherwise saw on the books and records,

5  right?

6  A      In terms of the values, yes, we did.

7  Q      And in terms of the allocation?

8  A      And in terms of the allocation, yes.

9  Q      Okay.  Now the information that came to you from

10  Lazard at least in part before the first plan of

11  reorganization was released, right?

12  A      Well, Lazard provided us with information related to

13  the valuation that was incorporated in the first plan of

14  reorganization and we performed an analysis at that time.

15  They then provided us with information leading up to the

16  filing of the current plan that's under consideration before

17  the Court and that is the information that's utilized in

18  this report.

19  Q      Well, let me read to you from your deposition on Page

20  44, Line 16.  Question:  And when did you receive or when

21  were you given access to that copy of Lazard's valuation and

22  allocation?  Answer:  We received the information at

23  different points in time.  We received information in

24  advance of the first plan of reorganization in order to

25  complete an analysis at that time and it goes on.  So at

1   least some of the information on which you base your report

2   came to you before the first plan or reorganization was

3   released, right?

4   A       No.  I think, you know, the important point of that

5   answer was the second sentence and we received additional

6   information in advance of the filing of the second.  In

7   other words, the current plan.  There was in terms of the

8   information from Lazard, nothing that we relied upon from

9   what we were provided for the first plan that carried over

10  for the second plan.  We had a full new set of information

11  from Lazard which is what we relied upon for our report

12  related to this plan.

13  Q     Well, before you prepared your report, you told me at

14  your deposition that you spoke with Lazard to confirm that

15  none of the numbers you were going to rely on changed.  Do

16  you remember that?

17  A     That's correct.  They had provided me with information

18  in the October timeframe which we used to prepare analysis

19  that the plan is based on.  We then continued to use that

20  information and analysis in preparing my report.  And I

21  spoke to Mr. Mandava at various points of time in January

22  and early February to confirm that their information was

23  unchanged in terms of what I needed to rely upon for my

24  report.

25  Q     Well, you talked to Mr. Mandava about that issue in

1  summary fashion, right?  You didn't go number by number with

2  him did you?

3  A    No, in summary fashion.

4  Q    Okay.  Now if you take a look at Page 3 of your

5  distributable value report, that's -- bear with me a second,

6  I'll give you the exhibit number.  That's DCL Exhibit 1110.

7  A    Okay.

8  Q    Okay.  Now you tell us --

9  A    Page 3 you said, okay, all right.

10  Q    You tell us that the Lazard analysis that you used

11  relied on an effective date for a plan of reorganization at

12  the end of last year, right?

13  A    That was my understanding in advance of seeing

14  Lazard's expert report that the analysis I had been provided

15  which also in summary fashion was included in the disclosure

16  statement indicated an assumed effective date of December

17  27, 2010.  That is correct.

18  Q    Okay.  And at the time of your deposition, you didn't

19  know whether Lazard had updated its valuation assumptions.

20  Remember that?

21  A    At the time of my deposition, I was not aware of

22  Lazard updating its valuation assumptions beyond what I had

23  been provided, that is correct.

24  Q    Nor were you aware if Lazard had updated its

25  allocation assumptions.  Correct?

1  A     My understanding was and is that Lazard has not

2  updated its allocation assumptions.

3  Q     Now just so the record is clear, Alvarez & Marsal

4  didn't do an independent valuation?

5  A     No, that's correct.

6  Q     And Alvarez & Marsal didn't do an independent

7  allocation?

8  A     That is correct.

9  Q     Okay.  Now wouldn't you agree with me that to prepare

10  an expert report like the distributable value report, it's

11  appropriate and best to use the most recent available

12  information?

13  A     Yes, I would generally agree with that.

14  Q     Okay.  But you didn't always do that in terms of your

15  distributable value report, did you?  For example, let's

16  turn to Page 8.  Now the listing there for some Baltimore

17  real estate $41 million, right?

18  A     That is correct.

19  Q     And that was from a Cushman & Wakefield valuation you

20  were given access to that was given to management around

21  April of 2009?

22  A     That is correct.

23  Q     And you told me at your deposition that you've learned

24  that there was a revised February 2010, Cushman & Wakefield

25  valuation for that property, almost a year more current,

1   right?

2   A      That is correct.

3   Q      You didn't use that one, did you?

4   A      I intentionally did not use that valuation from

5   February 2010 because --

6   Q      You told me at your deposition that first, you told me

7   at your deposition that you were trying to state the values

8   as of the petition date, right?  Remember that?

9   A      I do remember that.

10  Q      And then you kind of backed off that during your

11  deposition and told me that most of the items that you

12  included in your valuation list were not of the petition

13  dates, right?  Some were, some weren't, right?

14  A      The items that are as of the petition date are those

15  that are appropriately as of the petition date because that

16  -- they were frozen in time essentially as of that point

17  such as the Time Warner stock which had been liquidated into

18  cash.  And the ones that are not of the petition date are

19  the ones that are appropriate to be more reflective of

20  current values.

21  Q      Okay.  Well, let's talk a little bit about your

22  assumption for the value of the PHONES claims.  You're aware

23  that the indenture trustee on behalf of the holders of the

24  PHONES has interposed a claim of approximately $1.1 billion?

25  You talked about that on direct, right?

1    A      Yes, I'm aware of that.

2    Q      Okay.  But that's not the number you used in your

3    distributable value report or your liquidation analysis,

4    right?

5    A      That's correct.  I used the number reported on the

6    company's books and records --

7    Q      And that's $760.9 million?

8    A      Yes.

9    Q      $761 million?

10   A      That's correct.

11   Q      Okay.  And that was correct -- am I correct, based on

12   a reduced value of the PHONES as a result of certain PHONES

13   holders putting their notes to the company in the ten days

14   before the filing and then when the filing occurred, they

15   never got paid on that put, and nonetheless the company's

16   books and records reflects the reduced amount as if the

17   consideration had not failed on the put, on the puts.

18   Correct?

19   A      That's generally correct.  The company's books and

20   records reflect the face amount, plus accrued interest for

21   the PHONES that had not been put, and for the PHONES that

22   had been put, reflect the value of the put.  So the amount

23   that would have been paid out if the ten day period under

24   which the payment had to occur had completed prior to the

25   filing of bankruptcy and the payment had been made.

1    Q     So during the process in which you prepared your

2    distributable value report, you were aware of this dispute

3    as between certain of the PHONES holders and the company as

4    to what the appropriate amount of the aggregate PHONES claim

5    was.

6    A     That's correct.  In fact as I understand it, it's not

7    even just between -- now when you say certain of the PHONES

8    holders, there -- as I understand it there are PHONES

9    holders who would argue for the higher amount and there's

10   other PHONES holders who would argue for the lower amount.

11   Q     Okay.

12   A     But I'm aware of the dispute.

13   Q     But with your knowledge of that dispute, nonetheless

14   you, as the leader of the Alvarez and Marsal team,

15   nonetheless decided to rely on what the company's books and

16   records reflect, right?

17   A     I thought that was appropriate given the basis within

18   the books and records and as I mentioned earlier, the --

19   well, A, the disputed nature, even amongst the PHONES

20   holders in terms of this $1.2 billion amount and also the

21   relative immaterial impact that that assumption would have

22   on my conclusions.

23   Q     You know Alvarez and Marsal is not offering an opinion

24   on that dispute one way or another, right?

25   A     No, I am not.

1   Q     You took the company's books and records number and in

2   fact the only thing you did with that number was to check

3   the math, right?  You didn't make an independent assessment

4   as to whether it was appropriate, right?

5   A     I mean to me that's clearly a legal issue in terms of

6   the dispute.  I did not make an assessment on that.

7   Q     Okay.  Let me ask you a little bit about your

8   understanding as to how the books and records number for the

9   PHONES claim was calculated.  Am I right that at least a

10  component, a portion of that claim was calculated by

11  reference to market interest rate conditions?

12  A     No, that's not correct.

13  Q     Well, maybe you could help me out.  Let me ask you to

14  look in the binder we handed out at Exhibit 1 in the binder.

15  A     I'm sorry.  I don't have a binder.

16  Q     Marty, could you -- sorry.

17  A     Thank you.

18  Q     And in particular I'd like to direct your attention to

19  page 115.  For the record, this is a copy of Tribune's 10k

20  for the year ending December 30, 2007.

21              THE COURT:  Does it have an exhibit designation?

22              MR. DASH:  Yes, Your Honor.  It's DCL Exhibit --

23  I'm sorry.  Do we have the exhibit number?  1,400.  Would

24  you like a copy, Your Honor?

25              THE COURT:  Yes, and one for my law clerk, too,

1  if you have one.

2  BY MR. DASH:

3  Q     Okay.  With the procedural stuff out of the way, can I

4  ask you to turn to page 115?

5  A     I am there.

6  Q     Okay.  I'm sorry, 116.

7  A     Okay.

8  Q     And do you see where it reads the fair value of the

9  discounted debt component of the PHONES was calculated based

10  on an estimate of the current interest rate available to the

11  company for debt of the same remaining maturity and similar

12  terms to the PHONES?

13  A     Yes, I see that.

14  Q     Okay.  And you told me at your deposition that you

15  understood that treatment or that mechanism for determining

16  the value of the PHONES comported with your understanding of

17  GAAP?

18  A     Yes, but I think perhaps we're having a

19  misunderstanding here, which is that the treatment of the

20  PHONES under GAAP was different in December of 2007 than it

21  was as of the petition date.  So the treatment described

22  here relates to the treatment of how the companies had

23  historically accounted for the PHONES up until the petition

24  date.  The triggering of the bankruptcy petition required a

25  change in accounting for GAAP purposes to account for the

1   PHONES at the face value as opposed to based on the sort of

2   combined market face fair value concept as described here in

3   this document.

4   Q     You didn't tell me about that at your deposition, did

5   you?

6   A     You didn't ask that question.  I wasn't sure where you

7   were going.

8   Q     Okay.

9   A     I did not.

10   Q     Now in your distributable value analysis, you assumed

11   that the holders of the PHONES were subordinated to other

12   Creditors at the parent level, right?

13   A     Yes, I did.

14   Q     And for example you assumed that the PHONES holders

15   were subordinated to the claims of the LBO Lenders.

16   A     I did.

17   Q     And you, in your report, distributable value report at

18   footnote 9 you tell us that you looked at a number of

19   documents in connection with your analysis, including the

20   indenture for the PHONES.

21   A     I reviewed the relevant portions of the indenture

22   around subordination.

23   Q     And when you reviewed the subordination provision in

24   the PHONES indenture, you saw, did you not, that it was

25   subject to a good faith requirement by the assertedly senior

1  Creditor in order for the subordination provision to work,

2  right?

3  A    I'm aware of that provision.

4  Q    Okay.  You never independently analyzed whether the

5  good faith element had been met, did you?

6  A    I don't believe that -- I did not and I don't believe

7  that's something I would be qualified to do.

8  Q    In that regard you took instruction from Counsel for

9  the Debtors as to how to treat the subordination provision,

10 right?

11 A    Yes.  As noted in my report on parent distributable

12 value, in terms of the priorities of the various claims, I

13 relied on input from Debtors' Counsel on the legal standing

14 of one claim versus another.

15 Q    And that came from Brian Krakauer at Sidley Austin,

16 right?

17 A    Yes, it did.

18 Q    He gave you that instruction to make that assumption,

19 correct?

20 A    We didn't speak specifically about this good faith

21 issue that you just brought up, but in regards to treating

22 the PHONES debt as subordinated to the senior debt, yes, it

23 did.

24 Q    And in fact, you don't recall discussing with anyone

25 the -- whether there was an issue as to the subordination of

1  the PHONES, did you?

2  A      Versus the senior debt?

3  Q      Yeah.

4  A      I don't recall discussing that.  No.

5  Q      Okay.  Just the instruction you had from Mr. Krakauer,

6  correct?

7  A      Correct.

8  Q      Okay.  Now you also assumed in your distributable

9  value report that the PHONES were subordinate to retiree

10  claims.

11  A      Yes, I did.

12  Q      And again, that was based on instruction from Mr.

13  Krakauer at Sidley Austin?

14  A      That was based on a combination of the instruction

15  from Debtors' Counsel as to priorities, as well as I did

16  review that section of the document.

17  Q      And indeed, didn't Mr. Krakauer instruct you to assume

18  that the PHONES were subordinated to all the other debt at

19  the parent level?

20  A      Except for the inter-company claims, but to all the

21  third party debt at the parent level, that is correct.

22  Q      Is it your understanding that the PHONES are not

23  subordinated to inter-company debt?

24  A      The PHONES are not subordinated to inter-company debt.

25  That's correct and that's -- and they're not treated as

1    being subordinated to inter-company debt in my reports.

2    Q    Okay.  And what about swap claim?  Are the PHONES, to

3    your understanding, subordinated to them?

4    A    Yes, that is my understanding.

5    Q    Okay.  And that's how you -- and that's the basis on

6    which you prepared your report, right?

7    A    Correct.

8    Q    And if you're wrong on the subordination of the PHONES

9    to the swap claim, portions of your report are going to be

10   incorrect, correct?

11   A    That would not impact any of my conclusions.  It would

12   be, as I illustrated before in my direct testimony, in

13   aggregate all the other parent claims benefit by a million

14   dollars from the subordination, so the swap would be a

15   portion of that.

16   Q    Now you tell us -- you told me at your deposition that

17   you assumed the PHONES subordination in part for

18   administrative convenience.  Remember using that phrase?

19   A    That related to the trade claims of the parent.

20   That's correct.

21   Q    Okay.  And you assumed that the PHONES claims are

22   subordinated to the trade in your analysis, correct?

23   A    That's correct.  I make a footnote regarding that and

24   the approximately $30,000 impact that that has.

25   Q    Right.  And you tell us in that footnote that was for

1  the simplicity of plan construction.  I think that was the

2  phrase you used.

3  A      That sounds familiar.

4  Q      Okay.  And you told us on your direct testimony that

5  you viewed that as you know immaterial, an immaterial issue.

6  A      I did and I do.

7  Q      And nonetheless at your deposition, you agreed with me

8  that the PHONES are not subordinated to the trade claims,

9  right?

10  A      Generally that is correct.

11  Q      And nonetheless you and your team at Alvarez and

12  Marsal, prepared your report in line with the instructions

13  Counsel for the Debtors gave you to assume that the PHONES

14  were subordinated to all the other claims at the parent

15  level, right?

16  A      That is correct.

17  Q      And even though you knew that instruction was wrong,

18  right?

19  A      I think I applied reasonable materiality.

20  Q      Okay.  And that's another way of saying you knew it

21  was wrong, but it didn't matter to you, right?

22  A      $30,000.  Yes.

23  Q      Okay.  Now let's move on to your liquidation analysis.

24  Now the liquidation analysis put before the Court as one of

25  the exhibits earlier was attached as an exhibit to an expert

1  report that you signed.  Counsel talked to you about your

2  signature.  Do you remember that?

3  A    Right.  There's a liquidation analysis attached to the

4  disclosure statement, to the general disclosure statement

5  actually for both of these plans before the Court.  That is

6  Exhibit D to my liquidation analysis report.

7  Q    Okay.  And in that report you write that it was your

8  opinion that the liquidation analysis "provides a reasonable

9  estimate of the Chapter 7 liquidation value of the Debtors'

10  assets and distribution, if any, that Holders of allowed

11  claims in equity interest would receive in a Chapter 7

12  liquidation."  That was at page 3 of your report, right?

13  A    Not having it in front of me, it sounds like something

14  I probably said.

15  Q    Okay.  You also state in your report "that the

16  assumptions underlying the liquidation analysis" and it

17  lists it there, are reasonable.  That's also page 3.

18  Remember that?

19  A    That again -- I'll turn to my report, but that sounds

20  right.

21  Q    Well, at the time the liquidation analysis was

22  prepared, weren't you leading the engagement team for

23  Alvarez and Marsal?

24  A    Yes, I was.

25  Q    Weren't you the primary author of the liquidation

1   analysis?

2   A     Yes.

3   Q     So aren't you, in your report, blessing your own work?

4   A     Yes.  I prepared a liquidation analysis that I believe

5   is correct.

6   Q     Okay.  And in your report you offer the formal opinion

7   to the Court that the work you did is correct, right?

8   A     I mean really my opinion in the liquidation analysis

9   is that it shows that the plan meets the best interest to

10  Creditors, to us.  That's the formal opinion in the

11  liquidation analysis report.

12  Q     Okay.  But you also -- you know you're also offering

13  the opinion that the assumptions underlying the analysis are

14  correct, right?

15  A     Yes, that's correct.

16  Q     Okay.  So the assumptions that you relied on when you

17  did the report you're now telling us were the correct

18  assumptions, in your expert report.

19  A     Yes, that's almost self-evident that I believe I

20  relied upon the correct assumptions.

21          THE COURT:  But it sounds so much more amusing

22  when he gets you to say that.

23          MR. WHITTMAN:  It does.  I agree.

24          MR. DASH:  Your Honor, it was certainly more

25  amusing to me.

1 | BY MR. DASH:

2 | Q    All right.  Let me ask you to turn to page 4 of your

3 | liquidation analysis and I'm sorry, let me get the DCL

4 | number for that.  1,100?  1,109?  You with me, sir?

5 | A    I am.

6 | Q    Yeah.  I just want to confirm that for purposes of

7 | your liquidation analysis, you continued to assume that the

8 | claim of the PHONES was the 761 million number that we

9 | talked about earlier?

10 | A    That's correct.

11 | Q    And again that was because that's what's reflected in

12 | the company's books and records?

13 | A    That's correct.

14 | Q    And you were instructed by Counsel to accept that

15 | number?

16 | A    Well, I mean in fact all the numbers listed here,

17 | other than the retiree claim settlement I mentioned, are

18 | reflective of either the books and records of the company or

19 | the books and records as adjusted through the claims

20 | reconciliation process.

21 | Q    Okay.  Let's go to Exhibit D, to the liquidation

22 | analysis report, which is the liquidation analysis itself.

23 | And if you could go to page 3 of the liquidation analysis

24 | itself, that would be helpful, sir.

25 | A    Okay.

1   Q      You there, Mr. Whittman?

2   A      Yes.

3   Q      Okay.  And there are two --

4   A      The page titled Liquidation Methodology?

5   Q      That's correct.

6   A      Okay.

7   Q      That section.  And there are two bullets there, right?

8   A      There are.

9   Q      And in those bullets you tell us that in determining

10  the liquidation value that you present, you assume that all

11  of Tribune's activities, other than its broadcasting and

12  certain Internet activities, would be shut down immediately.

13  A      Yes, that's correct.

14  Q      And the assets of those entities sold piecemeal over a

15  three to six-month period.

16  A      Yes, that's correct.

17  Q      And on your direct you talked about a tail of a year

18  to collect some of those funds?  Remember that?

19  A      Yes.

20  Q      Okay.  And am I right that the assets that you're

21  assuming would be shut down immediately include assets that

22  are generating material free cash flow for the company?

23  A      They are generating free cash flow?  It depends on

24  your definition of material, but yeah.

25  Q      Okay.

1   A      It's a reasonable amount, although declining every

2   year.

3   Q      Okay.  Well, that includes the LA Times, right?

4   A      It does.

5   Q      Sun Sentinel?

6   A      Yes.

7   Q      Oakland Sentinel?

8   A      I'm sorry.  What?

9   Q      Oakland Sentinel?  Orlando Sentinel?  Excuse me.

10  A      Yes, the Orlando Sentinel.

11  Q      And the Chicago Times?

12  A      Chicago Tribune.

13  Q      Tribune.  I'm sorry.  Now you didn't look to -- you

14  couldn't identify any literature in the valuation world, in

15  the academic or financial world, the legal world, that

16  supported your determination to treat the liquidation of the

17  company, a hypothetical liquidation of the company, in kind

18  of two ways: some going-concern, some shut off the lights,

19  fire the employees on day one and lock the doors.  Remember

20  that?

21  A      I do remember.  The standard basis for a liquidation

22  is to shut the doors.  That is the function of a Chapter 7

23  Trustee is to shut the doors, marshal the assets, and

24  liquidate them as quickly as possible.  If anything it's --

25  the broadcasting is a bit of the outlier in terms of making

1  an alternative assumption.

2  Q    And you told me at your deposition that you didn't

3  perform any analysis to see what the liquidation values

4  would be if you didn't assume that the non-broadcasting and

5  the certain non-Internet assets that you assumed were going

6  to be closed on day one, were maintained and sold on a

7  going-concern basis.

8  A    No, I did not do any analysis of that.

9  Q    And you didn't even consider doing such an analysis,

10  right?

11  A    No, I did not.

12  Q    And is that because, as you told us on direct, that

13  you believe it's typical for a liquidation analysis to be

14  prepared on that basis?

15  A    That's correct.

16  Q    But you were willing to go a-typical when it came to

17  some of the broadcast entities, right?

18  A    I was, although what is a-typical for liquidation

19  analysis is I believe typical for broadcast entities.

20  Q    Okay.  Now Lazard provided you with the values you

21  assume in your liquidation analysis, right?

22  A    They provided me with the going-concern values of the

23  investment entities, you know Food Network, Career Builder

24  Classified Ventures, and the like, and they provided me with

25  the going-concern values of the broadcast entities.  So

1  those are the values they provided me with for the

2  liquidation analysis.

3  Q      And those were values that ended up being included in

4  the February 8 Lazard report, right?

5  A      Yes.

6  Q      Okay.  And those were among the values that you

7  confirmed in that phone conversation you had with Mr.

8  Mandava that we talked about earlier, which you didn't go

9  through specific numbers, but talked generally about whether

10 anything had changed.

11 A      That's correct.

12 Q      Okay.  Now at the time of your deposition, you weren't

13 aware that Lazard had prepared an update to its valuation,

14 what's been called the January update?

15 A      I was not aware of that at the time of my deposition.

16 Q      And more importantly you weren't aware of it at the

17 time you did your report, were you?

18 A      No, I was not.

19 Q      Okay.  And just so we're clear, none of the three

20 reports that you've proffered to the Court, factor in any

21 changes that Lazard may have made to its values.

22 A      As I understand it, Lazard has not changed its

23 valuation.  It's the same, 6.75 billion.

24 Q      Well, you know remember the -- we talked about the

25 minority owned assets at your deposition.  Remember that?

1   A      I do.

2   Q      And [indiscernible], you remember that we concluded

3   when we looked at the January update, that Lazard had

4   increased the value it was assuming for those minority

5   interests by about 360 million.  Do you remember that?

6   A      That sounds correct.

7   Q      But none of that was factored in to any of your

8   reports.

9   A      No, that was not factored in, although neither as I

10  believe from watching the big boards that are sitting over

11  there, when Mr. Mandava testified the reduction in that same

12  analysis for the broadcast entities.

13  Q      Um-hum.  So it netted out?  Is that what you're

14  saying?

15  A      Not netted to zero, but it did reduce the amount.

16  Q      Um-hum.  And let me ask you this --

17  A      Neither one of which would change the outcome of my

18  liquidation analysis conclusion.

19  Q      Okay.  Now when you did your report, your -- you

20  assumed that the broadcasting and other units that will be

21  sold on a going-concern basis, will be sold at a discount of

22  15 to 30 percent.  I think you mentioned that on direct,

23  right?

24  A      Yes, that's correct.

25  Q      Okay.  And you didn't come up with that range, did

1  you?

2  A     I was advised of that range by Lazard and considered

3  the factors and considered that to be a reasonable range.

4  Q     Did you -- did anyone at Alvarez and Marsal do a

5  formal analysis to determine if that range was appropriate?

6  A     Not a formal analysis.  No.

7  Q     Okay.  And in fact, Lazard didn't provide you with any

8  written analysis supporting its determination that a 15 to

9  30 percent discount should be applied, right?

10 A     No.  We discussed the factors that would drive a

11 discount, not the specific analysis.

12 Q     Okay.  You didn't ask for such a written analysis, did

13 you?

14 A     I did not.

15 Q     Okay.  And by the way, that was a blanket discount

16 applied to all of the entities to be sold on a going-concern

17 basis, right?

18 A     That is correct.

19 Q     It wasn't looked at and analyzed on an asset by asset

20 basis, was it?

21 A     It was not.

22 Q     Okay.  Now you told me at your deposition that doing

23 an asset by asset analysis of that issue would lead to what

24 you called false precision.  Remember that?

25 A     I do.

1  Q     In other words, it would have led to too much

2  information for you, wouldn't it?

3  A     I don't -- I would not characterize it that way.

4  Q     Okay.  Now as to the cash generated by the entities

5  that are going to be sold on a going-concern basis, you

6  assume that that cash should be discounted from 30 to 50

7  percent or at least the profits generated by those entities

8  before the sale should be discounted 30 to 50 percent,

9  right?

10  A     I assume that the entities being sold in a distress

11  sale, that that process would take six months, that during

12  that period of time I took the actual results that those

13  businesses had had in terms of profits or losses during the

14  six months -- the first six months of 2010 and I discounted

15  that by 30 to 50 percent, that creating an actual reduction

16  to the liquidation expenses that I have in my liquidation

17  analysis.  If that's what you're referring to, that is

18  correct.

19  Q     Um-hum.  That was a pure judgment call on your part,

20  right?

21  A     That was a judgment call on my part, considering a

22  number of different factors.

23  Q     You prepare any sort of schedule to help quantify how

24  you came up with 30 to 50 percent?

25  A     Not a schedule, no, but as I indicated in my report

1   there would be factors such as needing to have retention

2   bonuses to keep employees in place while the rest of the

3   business was in liquidation, there would be the general

4   distraction of management, you know cut off of any

5   initiatives to improve the business while people are focused

6   on selling the businesses, there would be pressures from

7   competition who would try to steal away customers during

8   that period, and so forth.

9   Q    And the way you got from those subjective factors that

10  you've just identified to the 30 to 50 percent number was

11  your judgment?

12  A    Yes, it was.

13  Q    Okay.  Now let me -- let's go back to the liquidation

14  analysis attached to this Exhibit D.  And you may want to

15  take a look at pages 6 and 7.  At any rate, as in the

16  distributable value report in the liquidation analysis, you

17  assume subordination of the PHONES, right, other than for

18  certain professional fees to the LBO debt?

19  A    I'm not sure I follow the professional fee reference,

20  but I did assume that the subordinated debt, both the PHONES

21  and the EGI Notes, I assumed that they were subordinated to

22  the other third party claims at the parent, if that's what

23  you're referring to.

24  Q    Well, I'm sorry.  If you take a look at the bottom of

25  7 you wrote regarding the PHONES claims that they are --

1  that the value on account of those claims is redistributed

2  to the holders of A, claims under the senior loan agreement,

3  other than those accrued and unpaid amounts for reasonable

4  and documented fees, costs, and expenses of the Senior

5  Lender professionals.

6  A    Okay.  I believe that parenthetical refers to the fact

7  that the amount that I'm using for the senior loan agreement

8  is their claim -- is their petition date claim, which is

9  their principal balance, plus accrued interest and fees

10  outstanding as of the petition date, plus letters of credit

11  that have been drawn, and does not include other amounts

12  that have been incurred by the Senior Lenders during the

13  course of the case.

14  Q    I got it.  Thank you for that clarification, but you

15  assumed in your liquidation analysis, subordination of the

16  PHONES to the LBO Debt?

17  A    Yes.

18  Q    Bridge debt?

19  A    Yes.

20  Q    The Senior Noteholder claims?

21  A    Yes.

22  Q    And other general unsecured claims at the parent?  You

23  see that?

24  A    I think I need to flip to the next page, but that is

25  correct.

1    Q     Okay.  And that includes the trade?

2    A     Yes, it does.

3    Q     Retirees?

4    A     Yes.

5    Q     Swap claim?

6    A     Yes.

7    Q     Okay.  Now your liquidation analysis assumes a

8    conversion to Chapter 7 as of the end of last year, right?

9    A     The analysis in Exhibit D assumes that and I

10   considered the passage of time in my report, to which it's

11   attached.

12   Q     Okay.  And in footnote 3 of your report, if you flip

13   back to that, you note that given the Debtors current cash

14   forecasts, you anticipate that the Debtors' cash balance at

15   the end of March 2011 will be $180 million higher than

16   assumed in the liquidation analysis, right?

17   A     That's correct.

18   Q     And it goes without saying, you didn't update your

19   liquidation analysis to reflect that, did you?

20   A     No, I did not.  I considered it in my conclusion about

21   the best interest test, but I did not update the analysis

22   that's attached.

23   Q     And you would agree with me that under current trends,

24   you would expect that at the end of the following quarter,

25   the end of June or so 2011, that there will be additional

1  cash build, maybe another 100 million?

2  A      Well, there would be additional cash build.  That I

3  would agree with.  I couldn't off the top of my head say if

4  it would be 100 million.  There is a significant amount of

5  cash that's collected in the first month of the year, based

6  on December being a large sales month.  So I don't think it

7  would increase at the same pace, but it would increase.

8  Q      Okay.  Nonetheless, that wasn't factored into your

9  analysis?

10  A      No, it was not.

11  Q      Okay.  Now the liquidation analysis you prepared, as

12  you told us, does not consider claims arising out of the

13  LBO?

14  A      The analysis does not.

15  Q      Okay.

16  A      That is correct.

17  Q      And in footnote 6 to your liquidation analysis report,

18  that's the expert report opining on your liquidation

19  analysis, you wrote the liquidation analysis does not

20  consider recoveries from potential claims arising from the

21  leveraged ESOP transactions described in Article 7a of the

22  general disclosure statement.  My conclusion is based on the

23  assumption that the recoveries from these claims would be

24  substantially similar in either a reorganization or a

25  liquidation and thus do not impact on the comparison of

1  recoveries to Creditors.  Do you see that?

2  A      I do.

3  Q      But it really wasn't your conclusion, was it, or

4  Alvarez and Marsal's to not include the LBO claims in the

5  liquidation analysis?

6  A      I consulted with Debtor's Counsel and --

7  Q      Wasn't Debtor's Counsel -- wasn't it their Decision?

8  A      It was -- they provided me with the assumption not to

9  include the LBO claims in the analysis, although this

10 particular logic and the logic I articulated earlier today

11 is logic that's my logic and I believe is appropriate.

12 Q      Okay.  And here's another place where you didn't ask

13 any of your team members to do any research into the legal

14 or financial literature on this issue, right?

15 A      No, I did not.

16 Q      And you didn't do any research on your own for that

17 matter, right?

18 A      Other than discussions with Counsel, no, I did not.

19 Q      Okay.  And am I right that the only information you

20 had before you on this point was what you were told by

21 Sidley Austin?

22 A      On the point of?

23 Q      Of not including LBO claims in your liquidation

24 analysis.

25 A      I had the instruction from Debtors' Counsel and I

1  think I just had the practical nature that is what I said

2  earlier that in order for -- the purpose of the liquidation

3  analysis is to prove the plan meets the best interest to

4  creditors test.  In order for the plan to be confirmed the

5  Court needs to provide -- needs to prove and find that the

6  settlement is reasonable and therefore I make the comparison

7  I made earlier today that if I take the liquidation values

8  and add to them the settlement values, the plan is superior.

9  Q    Okay.  Now when you talked on direct about the

10 assumptions you made about the LBO claims, what assumptions

11 did you make about them?

12 A    I'm sorry.  The -- what I just said, that I take the

13 amount of the settlement embodied in the Debtors' plan of

14 reorganization and I add that to the recoveries of the

15 Senior Noteholders and other parties who are benefiting from

16 settlement consideration and I subtract it from the Senior

17 Lenders who are providing the consideration and I make a

18 comparison of the recoveries as adjusted to the recovery in

19 the liquidation analysis to the recoveries in the plan to

20 see that the recoveries in the plan remain superior to the

21 liquidation analysis.

22 Q    For example, you didn't analyze or consider what you

23 thought a hypothetical Chapter 7 Trustee would do with

24 respect to prosecuting the LBO claims, did you?

25 A    And I think that's an open question, although I think

1  the Chapter 7 Trustee would take -- we'd be here doing

2  similar things that we're doing today.  There would be

3  analysis, there would be argument, there would likely be a

4  settlement at some point or maybe there wouldn't be, but

5  that was not a key factor for my analysis.

6  Q     Now based on your experience in the restructuring

7  world, you would agree with me, wouldn't you, that a Chapter

8  7 Trustee would not be incentivized to enter into quick

9  settlements with the LBO Lenders, for example, in order to

10  facilitate a resolution of the liquidation, as the way a

11  Debtor in Chapter 11 might have an incentive to cut a deal

12  that would allow for an emergence from bankruptcy.  You

13  would agree with that, wouldn't you?

14  A     I think that's a generally correct statement, although

15  I'm not sure I would agree that two years is quick.

16  Q     So for purposes of your analysis, you just assumed

17  that the LBO claims should not be considered.

18  A     Based on the logic I just articulated, that is

19  correct.

20           MR. DASH:  Okay.  Your Honor, may I have a

21  moment?

22           THE COURT:  You may.

23           MR. DASH:  Thank you.  Your Honor, I'm finished.

24  Thank you very much.  Thank you, Mr. Whittman.

25           MR. WHITTMAN:  Thank you.

1          THE COURT:  Is there any other cross examination?

2   Redirect?

3          MR. KAPNICK:  Thank you.  Well, Your Honor, I

4   don't want to belabor this witness much more.  I have a

5   couple of points to make, so let me just --

6                    REDIRECT EXAMINATION

7   BY MR. KAPNICK:

8   Q     One that comes to mind is I believe it's the Baltimore

9   Sun Real Estate.  Is that -- do you recall the testimony on

10  that?

11  A     Yes.  There's real estate used by the Baltimore Sun

12  that is owned by Tribune Company.

13  Q     And you relied on an April 2009, I guess it was an

14  appraisal, instead of later information in 2010.  Can you

15  tell the Court why you relied on the later appraisal?

16  A     Yes.  I relied -- the -- sorry -- the April 2009

17  information from Cushman indicated the value of that

18  property at $41 million.  Due to the importance of parent

19  value in this case, I had my own real estate professionals

20  perform -- from A & M, perform a full valuation on those two

21  properties in Baltimore.  They reached a valuation later in

22  2009 of $39 million.  When I received an update from Cushman

23  in 2010, it was approximately $10 million lower than the

24  initial value, however this was a high-level value from

25  Cushman and I considered A, the fact that the A & M

1    valuation was more thorough and B, given the dynamics of the

2    case, the importance of parent value on recoveries, I wanted

3    to err on the side of maintaining the higher value rather

4    than lowering the value, which you know could continue to

5    float and change over time.

6    Q     All right.  And Mr. Dash took you to task a little bit

7    at the beginning of your cross for lacking any experience in

8    publishing, broadcasting, or interactive businesses.  Do you

9    recall that question and answer?

10   A     I do.

11   Q     Did the expert reports that you provided in this case,

12   did they require, in your view, any experience in those

13   areas?

14   A     They do not.

15   Q     And why is that?

16   A     The -- in terms of the parent value analysis and base

17   creditor recovery analysis, that was really a mathematical

18   driven analysis, the same type of recovery modeling that you

19   would perform in any case.  And in terms of expertise on the

20   industry, that really came into place in determining the

21   initial distributable value and that was expertise that

22   Lazard brought to the table in providing that initial

23   distributable value, similar in nature of inter-company

24   claims.  That really was industry agnostic and the

25   liquidation analysis to the extent there were some you know

1  minor -- some industry issues.  They were assumptions that I

2  was informed upon by review of other liquidation analyses

3  from other such cases.

4  Q    Now you recall Mr. Dash discussed with you the updated

5  Lazard January valuation?

6  A    I do.

7  Q    And now after your deposition you've had a chance to

8  review that valuation?

9  A    I've looked at it in part.  I've heard testimony to it

10 here in this Court.  I haven't reviewed it in detail.

11 Q    And as a result of your review, have any of your

12 conclusions changed in any of your reports?

13 A    No, they have not.  The -- you know as I think I

14 mentioned the key factor is what Mr. Dash mentioned in terms

15 of the increase in value of the non-control entities.  There

16 was a corresponding decrease in value of the broadcast

17 entities that partially offset that.  Taken together or even

18 taken apart, neither one of those is material enough to

19 change my conclusions on liquidation analysis and neither

20 one of those taken together or apart would significantly

21 alter the base Creditor recoveries either.

22 Q    And there was some extended testimony on the amount of

23 the PHONES claim and the treatment of the subordination of

24 the PHONES.  You recall that testimony?

25 A    I do.

1  Q      Now you -- did you discuss that dispute in your

2  report?

3  A      I footnoted the fact that there was an ongoing dispute

4  around the amount of the PHONES claim, in my report.

5  Q      And now what is the significance of the dispute over

6  the amount of the PHONES claim?

7  A      The dispute over the amount, between 760 million and

8  approximately 1.2 billion, has as I think I mentioned in

9  terms of determining base recoveries virtually very minimal

10 impact, approximately $700,000 on the Senior Notes.  I did

11 not look specifically at the liquidation analysis, but the

12 impact would be even smaller because the recoveries

13 available to the PHONES prior to applying the subordination

14 are even less, so it would be a smaller impact.

15 Q      And what's the significance of the dispute over the

16 treatment of the subordination of the PHONES claim?

17 A      The treatment of the subordination, the issue there,

18 there's about a million dollars in benefit from the

19 subordination going to the other parent creditors and of

20 that approximately $400,000 relates to the retiree claimants

21 and the other trade claimants of the parent, which I believe

22 is the nature of the dispute or the parties that are in

23 dispute.  And the impact there, the $400,000, approximately

24 $40,000 is a reduction to recoveries of the Senior

25 Noteholders, the remainder coming from the Senior Lenders.

1    Q      And do you recall some discussion of your assumption

2    that the publishing business would be liquidated?

3    A      Yes.

4    Q      And can you tell the Court why did you assume a

5    shutdown of the publishing business as opposed to a distress

6    sale?

7    A      Well, really the -- that is again the nature I think

8    of a liquidation.  That's what you typically do in a

9    liquidation analysis.  That's what I've seen done in

10   liquidation analyses throughout my career, liquidation

11   analyses I reviewed for other publishing businesses, and

12   that really is as I understand it the role and charge of a

13   Chapter 7 Trustee.

14   Q      What would be the effect on your liquidation analysis

15   if you assumed a shutdown and not a distress sale of the

16   broadcasting business?

17   A      That would likely decrease the liquidation value.

18          MR. KAPNICK:  I have nothing further.  Thank you,

19   Your Honor.

20          THE COURT:  Recross?

21          MR. DASH:  Your Honor, may I have a moment?

22          THE COURT:  Yes.

23          MR. DASH:  No further questions, Your Honor.

24          THE COURT:  All right.  Thank you, sir.  You may

25   step down.

1          MR. WHITTMAN:  Thank you.

2          MR. BENDERNAGEL:  Your Honor, you want us to call

3    our next witness or do you want to break for lunch?

4       THE COURT:  Let's break now and reconvene at 1:30.

5       MR. BENDERNAGEL:  Thank you, Your Honor.

6       THE COURT:  Court will stand in recess.

7     (Recess at 12:22 p.m. to 1:36 p.m.)

8          MR. BENDERNAGEL:  Good afternoon, Your Honor.

9    Jim Bendernagel for the debtor.  We call our next and final

10   witness during this phase of our case, Your Honor.  And the

11   witness we would call is Eddy Hartenstein.  I'd ask him to

12   come up to the stand.

13         THE CLERK:  Please remain standing.  Raise your

14   right hand, and place your left hand on the bible.

15   EDDY HARTENSTEIN, SWORN

16         THE CLERK:  Please be seated.  Please adjust the

17   microphone so you can be heard.  Please state your full

18   name, for the record, spelling your last.

19         THE WITNESS:  Eddy, with a Y, Hartenstein,

20   H-a-r-t-e-n-s-t-e-i-n.

21         THE CLERK:  Thank you, sir.

22         MR. BENDERNAGEL:  Your Honor, may I approach with

23   the binders?

24         THE COURT:  You may.

25         MR. BENDERNAGEL:  And before we start, I'd just

1  note, for the record, that the two exhibits that are in the

2  binders contain financial data with respect to the company's

3  future performance, and as a consequence, we would seek to

4  have them treated as highly confidential.  I don't know that

5  anyone's objecting to that, but I just point it out for the

6  record.

7              THE COURT:  All right.  You may proceed.

8                    DIRECT EXAMINATION

9  BY MR. BENDERNAGEL:

10  Q    Mr. Hartenstein, can you state your name, for the

11  record?

12  A    Eddy Hartenstein.

13  Q    And where are you currently employed?

14  A    At Tribune Company.

15  Q    And what is your current position at Tribune?

16  A    I am a co-president of Tribune Company.

17  Q    And how long have you held that position?

18  A    About five months.

19  Q    And how many other co-presidents are there?

20  A    There are three others, making four of us.

21  Q    And could you identify who those other co-presidents

22  are?

23  A    Nils Larsen, Don Liebentritt, and Tony Hunter.

24  Q    Now, as I understand it, the co-presidents make up

25  something called the executive council, is that right?

1    A      Yes.

2    Q      What is the role at Tribune of the executive council?

3    A      To effectively function as the CEO of Tribune Company.

4    Q      Now, do each of the co-presidents have separate

5    responsibilities?

6    A      Yes, we've made a general division of labor.

7    Q      How has the labor been divided?

8    A      For example, Mr. Liebentritt is the chief

9    restructuring officer.  Excuse me.  Mr. Larsen is head of

10   the broadcasting -- I have water here, thank you.  Mr.

11   Larsen is head of the broadcasting part of the operations

12   and is our chief investment officer.  Mr. Hunter and I have

13   divided up responsibilities among some of the other

14   corporate functions, including the technology organization,

15   the digital organization, the national sales organization,

16   and the publishing businesses.

17   Q      And what are your specific responsibilities vis-à-vis

18   Mr. Hunter?

19   A      Mr. Hunter is overseeing the six smaller publishing

20   concerns of the publishing division of Tribune as well as

21   the Chicago Tribune, and I'm looking over the -- and he is

22   looking over the national sales organization of same.  I'm

23   looking over the technology/digital side of the development

24   and looking over the Los Angeles Times.

25   Q      Now, the executive committee's been functioning for

1  about five months, is that correct?

2  A    Yes.

3  Q    How would you characterize its success to date in

4  performing the role of CEO?

5  A    Pretty good.

6  Q    And why do you say that?  What benchmarks are you

7  using?

8  A    I'm looking how we closed out the year of 2010 and

9  looking how we are dealing with day-to-day decisions that a

10 CEO, normally a single person, oftentimes shared

11 responsibilities, would operate the company.  We deal with

12 problems as they arise.  We try to make adjustments and meet

13 the challenges that we face in the marketplace.

14 Q    Now, in addition to your job as co-president, do you

15 have another job?

16 A    Yes.

17 Q    And what is that?

18 A    Publisher and CEO of the Los Angeles Times.

19 Q    And what are your responsibilities in that position?

20 A    To oversee the day-to-day operations of the Los

21 Angeles Times -- actually Los Angeles Times Media Group,

22 which includes its flagship Los Angeles Times and a number

23 of community newspapers in the southern California area.

24 Q    And when did you first join the Los Angeles Times?

25 A    That would've been August of 2008.

1   Q     Prior to August of 2008, had you worked for the

2   Tribune Company or any of its affiliates or subsidiaries?

3   A     No.

4   Q     Did you have any involvement in the LBO that's at the

5   core of this proceeding?

6   A     No, sir.

7   Q     Could you describe your employment history prior to

8   joining the LA Times in August of 2008?

9   A     I started after I graduated from college at a company

10  called Hughes Aircraft Company, which then morphed into,

11  during the Cold War, Hughes Electronics.  And then, from

12  there, was involved in the formation and the founding of the

13  wholly owned subsidiary of Hughes Electronics, which was, in

14  turn, owned by General Motors at the time, in 1990, of

15  DirecTV, and I ran that until basically all of the rest of

16  Hughes Electronics was sold off, and the final piece,

17  DirecTV, was sold to News Corp in 2004.

18  Q     And what have you done sine 2004?

19  A     I went into semi-retirement there, and then, back into

20  full-time employment in August of 2008 with Tribune.

21  Q     Have you served on various boards of directors?

22  A     Yes.  In the interim there, I served on a number of

23  publicly traded in a very large non-profit.

24  Q     Okay.  Could you provide the Court with a brief

25  overview of the company's businesses, at this point in time?

1  A    Tribune Company is basically separated into three

2  major divisions: the broadcast holdings, the publishing

3  holdings, and the other minority investments that we have in

4  other media properties.

5  Q    Let's talk for a minute about the publishing business.

6  What are the major assets of the publishing business?

7  A    There are eight publications: The Los Angeles Times,

8  The Chicago Tribune, The Orlando -- not Oakland --

9  (Laughter)

10  A    -- Sentinel.  There's a south Florida paper,

11  Allentown, Newport News, and Baltimore.

12  Q    And how, generally, would you describe the current

13  performance of the publishing assets?

14  A    The publishing assets are in a very challenging

15  environment.  All publishing across the United States, and

16  even across the world, is experiencing the kinds of problems

17  that you -- that we are experiencing as well, and that is

18  primarily one of declining advertising revenues.

19        MR. ZENSKY:  Your Honor, I'm going to move to

20  strike that answer.  It went well beyond the scope of the

21  question.  It was -- the question was directed to the

22  Tribune publishing assets, and I believe the witness gave an

23  answer about the state of the industry generally.  I don't

24  believe there's a foundation for that, and I don't think

25  it's responsive to the question.

1    THE COURT:  So, Mr. Zensky, let me ask you this.

2  While you might be technically correct, is there any dispute

3  about what the witness just said?

4    MR. ZENSKY:  Your Honor, I'm not trying to be

5  difficult, but the answer was in such broad generalities,

6  there may be not, depending on how one interprets his

7  answer.

8    MR. BENDERNAGEL:  Well, let me dig deeper, Your

9  Honor.  That --

10    THE COURT:  Go ahead.

11  BY MR. BENDERNAGEL:

12  Q    Just looking at Tribune for a moment and putting aside

13  the overall industry, what are the major challenges as you

14  see Tribune's publishing business facing on a go-forward

15  basis?

16  A    The major challenges are three-fold.  Primarily, it's

17  the still decreasing amount of print advertising revenue,

18  which has been in decline for almost five years now.  The

19  beginning of 2011 has no exception to that rule.  It is

20  continuing as such.  And it is a state that we, at Tribune,

21  have pretty much cut out all of the costs that we're able to

22  cut out.  The Los Angeles Times, as an example, went from,

23  in the early '90s, three printing plants down to two

24  printing plants.  And just in the last year, we have

25  consolidated everything into one, single printing plant, as

1    an example.  We have cut just about every other department

2    cutable.  We are down to the bone, if you will.  And it is

3    that minimalist operation against which we are still seeing

4    declining ad revenues on the print side.

5    Q     And what does that do to your EBITDA margins?

6    A     Oh, it decreases them.  The second challenge is to try

7    to raise the digital revenues -- online advertising and

8    other digital forms of revenue -- to offset those.  We

9    haven't yet been able to do that.  Not only us, but we are

10   looking at other models in the industry to do that and still

11   do not see anybody that's been able to do that.  And

12   finally, we are, you know, hampered and hobbled by the fact

13   that we're still in bankruptcy.

14   Q     Now, what has been the impact of bankruptcy on your

15   ability to meet the challenges?

16   A     Well, I believe, and the trend is such, that there is

17   consolidation in this industry, specifically in publishing.

18   We're not able, as you often do in consolidation types of

19   environments, to assimilate partners easily.  Ones who are

20   in bankruptcy and otherwise encumbered are pretty toxic to

21   potential other partners, and we are not able to move as

22   quickly as we can.  There's not a sales call that any of our

23   sales associates make where the first half-hour isn't

24   consumed about, well, what's going on in bankruptcy?  When

25   are you coming out?  When are you guys whole again?  So it's

1    very distracting, and it does prevent us, in large part,

2    from making the kinds of consolidations that I think the

3    rest of the industry is making and that we need to make to

4    try to move forward and get out of this ad revenue decline.

5    Q    Why, in your view, is it necessary to consolidate?

6    A    I think it's necessary because we need to scale better

7    than we are.  Even with one printing plant and one fixed set

8    of infrastructures, it is with both declining ad revenues

9    and somewhat declining circulation revenues, not as

10   efficient as it could be.  And in order to improve those, I

11   think we need to scale better than we're able to scale

12   today.

13   Q    Okay.  Now, let's talk about the broadcasting industry

14   -- business at Tribune.  What are the major assets of the

15   broadcasting business?

16   A    The major assets are the 23 television stations,

17   broadcast stations that we have.  We're in three of the

18   largest markets of the U.S. -- New York, Los Angeles, and

19   Chicago -- and then 20 other broadcast stations.

20   Q    And what are the major challenges facing the broadcast

21   business that you have at Tribune?

22   A    I think, perhaps not as immediately pronounced as

23   publishing, but nevertheless challenged for eyeballs, there

24   are a plethora of new devices on which people are able to

25   view video, not just your television set at home, but your

1    computer, your PC, and the new tablet and mobile devices are

2    increasingly becoming a challenge for attention for

3    viewership.

4    Q    How do the cost structures of these new mediums

5    compare to Tribune's cost structure in the broadcast sector?

6    A    Oh, on the broadcast side, it's very expensive to

7    maintain a broadcast transmitter, a tower, the engineering

8    that goes with that, as opposed to merely putting up your

9    content online.  There's quite a huge difference in

10   infrastructure cost.

11   Q    What impact has the bankruptcy had on Tribune's

12   ability to deal with these types of issues in the broadcast

13   business?

14   A    I think, in many ways, similar to on the publishing

15   side, in broadcasting, as in publishing, it's all about

16   content, so you're looking to make differentiated content,

17   better content.  To do that, oftentimes, it's best to make

18   partnerships, as opposed to creating something new

19   organically.  It's more cost-effective.  And again, when it

20   comes to partnerships, it's very unattractive to be partner

21   to go to the dance, per se, and be under the cloud of

22   bankruptcy.

23   Q    Now, you indicated that the third major segment was

24   the minority holdings, do you recall that?

25   A    Yes.

1    Q      Could you remind the Court what the major minority

2    holdings are that Tribune has?

3    A      The major minority holdings would be in Classified

4    Ventures in the Food Network on the television side.

5    Q      And how has the bankruptcy affected your minority

6    holding interest?

7    A      Well, we -- because of being partners, we had to keep

8    those entities or our minority ownership in those out of

9    bankruptcy, and it makes it very difficult when there are

10   other opportunities to either grow those or perhaps

11   participate in the new offshoots of those or brand-new

12   third-party ventures with -- of a minority interest when

13   you're in bankruptcy.  It makes it cumbersome, and it's

14   awkward.

15   Q      Now, I take it, from your comments, that you think it

16   would be a good idea to get out of bankruptcy, is that

17   correct?

18   A      Yes.

19   Q      Can you explain to the Court why you think it would be

20   a good idea to get out of bankruptcy?  What's specific

21   things do you see as the -- what specific benefits do you

22   see arising as the result of an exit, at this juncture?

23   A      Well, business in the media space is very competitive.

24   And I feel, for the time that I have been there -- I was

25   barely there for three months when we were put into

1  bankruptcy -- that we are trying to compete with our feet

2  cast in cement, with our hands tied -- handcuffed behind us.

3  I feel that we have seen much of the competition move by us,

4  and we need to do everything we can to catch up and try to

5  overtake them, to make for a brighter future.

6  Q    Now, what impact has the bankruptcy had on your

7  ability to attract and retain talent?

8  A    It's been very, very difficult.  As the economy shows

9  signs of coming out of the recession that we've been in,

10  there are a few more jobs available, especially in media,

11  than there were before.  The third leg of compensation for

12  media companies, as with many others, is equity.  There's

13  base salary.  There's a bonus structure, based on incentive

14  and performance.  And there's also long-term equity.  We

15  have been in bankruptcy, and we are not able to, either for

16  current or prospective new employees, offer that very

17  crucial third leg in the war for talent, the attempt to

18  attract world-class people in the fields that we need.

19  Q    What has been the effect of the cost of the bankruptcy

20  on Tribune's performance?

21  A    Well, there's an obvious dollar effect, and one need

22  only count the heads in this room and the hours spent in

23  this courtroom, no disrespect, Your Honor, to know what

24  the --

25            THE COURT:  Not to me.  I'm the cheapest guy in

1  the place.

2  (Laughter)

3          THE WITNESS:  -- you know, to what the monthly

4  drain is for us.  But there's the distraction as well.

5  There's the distraction of many executive's times, not just

6  myself.  I wish it were only me.  We could dispense with

7  this sooner, but it's an enormously distracting time.  And

8  it is also, as you indicated, for our current employees, in

9  the ability to retain them, a debilitating cloud that hangs

10  over their head every morning when they get up and find out

11  that there's still no room -- still no news from Wilmington

12  that we have emerged.

13  Q     Now, you're aware there are two plans before the

14  Court, is that correct?

15  A     Yes.

16  Q     The DCL plan and the noteholder plan, is that

17  consistent with your understanding?

18  A     Yes.

19  Q     Both of those plans provide, if they were to be

20  approved, for an exit from bankruptcy?  Are you aware of

21  that?

22  A     Yes.

23  Q     From a business perspective, which plan do you prefer?

24  A     The DCL plan.

25  Q     And why is that?

1  A     There's basically no comparison.  The DCL plan gets us

2  out.  We're clean.  Subject some procedural machinations

3  upon confirmation, we're basically on a path to emergence,

4  operating as a normal company, competing, being able to

5  compete as a normal company, going forward.  The noteholder

6  plan offers, perhaps technically, an emergence, but in

7  reality, leaves us with an almost 65 percent of the equity

8  of the company that is emerged still in a trust, still bound

9  by parties on both the board, and in terms of control, not

10 able to do the kinds of partnerships, not able to do the

11 kinds of normal business transactions that our competitors

12 would make.

13 Q     Does -- in your -- from a business perspective, what

14 is your view as to the impact that the noteholder plan might

15 have on the ability of the emerging company to attract

16 talent?

17            MR. ZENSKY:  Objection, Your Honor, foundation --

18            THE COURT:  Any --

19            MR. ZENSKY:  -- speculation.

20            THE COURT:  -- response?

21            MR. BENDERNAGEL:  He's testified that one of the

22 problems they're facing is the ability to attract and

23 maintain employees, and the question is, does he have a view

24 as to what the impact of the noteholder plan structure will

25 be on that issue.

1          THE COURT:  Need to lay a little more foundation.

2          MR. BENDERNAGEL:  Okay.

3     BY MR. BENDERNAGEL:

4     Q     You indicated that there was an awkward ownership

5     structure in the noteholder plan, is that correct?

6     A     Yes.

7     Q     What is your view as to the impact of that awkward

8     ownership structure on the ability of the company to

9     maintain and recruit employees?

10    A     In the simplest terms, it would leave us, the

11    noteholder plan, with a very undefined ownership interest.

12    There's, like, the proverbial man behind the curtain: you

13    don't really know what's there.  A potential partner of ours

14    could come on board, want to do a deal, as with any

15    investment, would normally want an exit plan, a path to

16    liquidity.  And if that 65-percent equity of the company is

17    something that isn't controlled by a normal board and normal

18    governance, it is going to scare away the potential partners

19    that we may have, having them choose, perhaps, someone else

20    that is far less encumbered and far more easy to deal with,

21    with far more certainty.  That, in turn, would be a huge

22    disincentive for getting new, bright employees that we need

23    to lead us in the new digital domains that we need to lead

24    in.  And upon comparing us as a potential employer, with

25    that kind of awkward and cumbersome and slow governance,

1  they would quickly choose somewhere else to go, if all other

2  things were equal.

3  Q    Now, Mr. Hartenstein, under the DCL plan, there is a

4  provision that prevents the litigation trust from pursuing

5  certain LBO-related claims against current company

6  employees.  Are you familiar with that provision?

7  A    Yes.

8        MR. ZENSKY:  Objection, I think -- Your Honor,

9  I'm sorry.  I think a foundation has to be laid before Mr.

10 Bendernagel leads him through the terms of the plan.

11       MR. BENDERNAGEL:  I wasn't going to lead him

12 through the terms of the plan.  I was going --

13       THE COURT:  Overruled.

14       MR. BENDERNAGEL:  -- to ask him his

15 understanding.

16       THE COURT:  You may answer, sir.

17 BY MR. BENDERNAGEL:

18 Q    What's your understanding of that -- of how that

19 provision works?

20 A    It exempts, up to the first $100,000 of -- it exempts

21 up to $100,000 for current employees who redeemed shares,

22 equity, as a part of the step-two transaction.

23 Q    Now, do you -- from a business perspective, just

24 running the company on a day-to-day basis, what, if any,

25 advantages exist as a result of this provision?

1   A      Well, to those employees that are under -- or redeemed

2   under $100,000, it takes the cloud away from over their

3   heads of worrying that the company that they are loyally

4   working for is going to end up clawing back some of those

5   for things and transactions they made, where they did no

6   wrong.  And for the others that are redeemed over 100,000,

7   of which there are still many, many of which are my direct

8   employees, it at least mitigates the first 100,000 of that

9   claim.

10  Q    And what impact do you perceive that having on

11  employee morale?

12  A    To those for the under-100,000 class, it's a great

13  burden off of their shoulders.  It's a good morale booster.

14  And to the extent that it affects the others, there's at

15  least 100,000 less that they have to worry about.

16  Q    Now, I'd like you to ask you some questions concerning

17  the company's operating plans and projections.  Now, it's my

18  understanding, based on the testimony you provided last

19  November on the MIP, that each year, the company presents or

20  develops an operating budget.  Is that correct?

21  A    Yes.

22  Q    Could you briefly describe, because I've known you've

23  done this before, the process by which that operating budget

24  is developed?

25  A    Every year's operating budget begins in the fall,

1  usually in the October timeframe.  It is a business-unit-by-

2  business-unit, bottoms-up operation that comes from every

3  general manager of every broadcast station from every

4  publisher of every publishing entity, every newspaper

5  organization, and it is -- works its way up, with an interim

6  set of interactions with corporate, the corporate finance

7  group, sort of normal tension that you would see between a

8  corporate finance organization and a business unit.  There's

9  some iteration that is done on that plan, and it is

10  ultimately rolled up and presented to the board of directors

11  for approval.

12  Q    Now, what has been your role in that process?

13  A    Well, prior to October of last year, when I became the

14  co-president, I was merely one of the business units, The

15  Los Angeles Times, and participated in that side of the

16  development, as a business unit.  Since October, which would

17  include the rollup to the 2011 business plan, I've been on

18  both sides.  At the corporate side, I've been on the side

19  over-viewing each of the publishing organizations, and then

20  providing an overview for the support functions at corporate

21  as well as the aggregated broadcast entities on the

22  broadcast side.

23  Q    I take it, from your answer, that this process you

24  described for the operating budget was followed this past

25  fall, is that correct?

1    A      Yes.

2    Q      And if you could open your binder to the first

3    exhibit, DCL Exhibit 1101, do you recognize this document?

4    A      Yes, I do.

5    Q      And what is this document?

6    A      This is a presentation that we made to the board of

7    directors on February 2, 2011.

8    Q      Now, if you look at the very first page of the

9    document that has the Bates numbers TRB1233272-R, it states

10   "Tribune Company board of directors 2010 operating

11   performance update".  Do you see that?

12   A      Yes.

13   Q      And that section goes over to, I believe, page 286.

14   Do you see that?

15   A      Yes, I do.

16   Q      And just so the record's complete, can you just

17   generally describe what's going on in the first 14 or 15

18   pages of this exhibit, this section we've just identified?

19   A      This was February 2, so the year was only five weeks

20   old.  This reviewed and summarized the full year 2010

21   results for the board.

22   Q      So, by this point in time, you had full-year results,

23   is that --

24   A      Yes, we did.

25   Q      -- correct?  Now, if you turn to page 286, there's

1  another divider that says "Tribune Company board of

2  directors 2011 operating plan February 2, 2011".  Do you see

3  that?

4  A     Yes, I do.

5  Q     And what is the remainder of this document, Mr.

6  Hartenstein?

7  (Laughter)

8  A     This is the -- basically, the presentation of the 2011

9  management-recommended operating plan and some support

10  materials augmenting that towards the end.

11  Q     Now, was the operating plan that's embodied in this

12  document approved by the board --

13  A     Yes, it was.

14  Q     -- by February 2?

15  A     Yes, it was, on February 2.

16  Q     If you could, take a look at page -- it has the last

17  three numbers 291.  It's titled "Summary financial

18  comparison 2011 versus 2010 actual".  Do you see that?

19  A     Yes, I do.

20  Q     Could you explain to the Court what this page depicts?

21  A     This is the one-page summary of the 2011 plan.  It

22  contrasts it to the 2010 actual performance in the final

23  columns, showing a year-over-year change in each of the

24  major revenue expense categories, culminating in operating

25  cash-flow.

1    Q      Now, the operating cash-flow for 2010 is what number?

2    A      For 2010 was 636 million.

3    Q      And what is the operating cash-flow that's projected

4    for 2011?

5    A      For the plan, it's 497 million.

6    Q      That's about $140 million lower, is that correct?

7    A      Yes, it is.

8    Q      What accounts for the fact that you're expecting to do

9    less in the way of operating cash-flow in 2011 than in 2010?

10   A      I think you can see, if you look at the far-right

11   column, the significant changes there are basically in

12   advertising revenues on both the publishing and the

13   broadcasting side.

14   Q      And what -- and specifically, what is the forecast for

15   advertising revenues that's embedded in this plan for those

16   two segments?

17   A      Publishing advertising is alone five percent -- or

18   plan is five percent down from 2010; broadcasting, three

19   percent down.

20   Q      Now, what -- how did you come up with those numbers?

21   A      Those were a function of the bottoms-up plan, as I

22   described before, to the -- for the 2011 plan that went

23   through business-unit-by-business-unit on both the broadcast

24   and the publishing side.

25   Q      Now, if you take a look at the next page, page 292,

1  there's a bridge from the 636 to the 497, correct?

2  A     Yes.

3  Q     And can you just walk the Court, basically, through

4  the bridge, and explain what the major drivers of the

5  difference are?

6  A     Well, the very first is up on the top line that's

7  actually boxed in there.  There's almost $50 million -- $47

8  million of non-cash-pension expense, followed on the

9  publishing by an almost 11-precedent reduction in total

10 publishing revenue, and a 5-percent reduction in

11 broadcasting revenue.

12 Q     Now, just in this non-pension expense, can you explain

13 to the Court, in general terms, what this $47 million is all

14 about?

15 A     This is an accounting change that is dictated by our

16 accountants and GAAP in terms of how we have to treat the

17 pension expense.  It's a new change that was brought in for

18 2011.  It also has partly to do with fresh account -- or

19 fresh-start accounting, excuse me.

20 Q     Okay.  Now, if you turn to the next page, 293, there's

21 another chart that says "summary financial comparison 2011

22 plan versus preliminary plan".  Do you see that?

23 A     Yes, I do.

24 Q     And what is this document showing to the board?

25 A     This showed a preliminary -- well, again, the 497, the

1  first column there, the 2011 plan, shown against a

2  preliminary 2011 plan.  That preliminary 2011 plan was one

3  that was, in the interim step, almost the first iteration,

4  if you will, of the rollup coming from the direct business

5  units.  And we had shared that, on a very preliminary basis,

6  with the board in December.

7  Q    And so, what you were trying to show here is the

8  difference between what you showed the board in December and

9  where the operating plan eventually shook out, is that

10 correct?

11 A    Yes.

12 Q    And it shows that the projected operating cash-flow

13 had gone from 550 in December to 497.  Am I --

14 A    Yes.

15 Q    -- reading that correctly?

16 A    Yes, you are.

17 Q    What accounts for that difference?

18 A    Well, if you look again, on the far-right column,

19 again, in the late November/early December, we did not have

20 benefit of December results.  And if you notice, it had

21 total advertising -- or excuse me, total publishing

22 advertising down two percent; total publishing revenues down

23 zero percent there, line four; total broadcasting revenue

24 actually up one percent.  And the difference in time between

25 what was the, perhaps, optimism of the individual business

1   units coming up and the reality of what December did, which

2   was down from what we expected, what January did, what we --

3   was down from what we expected.  We took those down.

4   Q    Now, if you take a look at page 278, which was part of

5   the presentation to the board regarding 2010, there's a

6   chart entitled "publishing advertising trends".  Do you see

7   that?

8   A    Yes, I do.

9   Q    Could you walk -- could you explain to the Court what

10  this particular document is attempting to portray?

11  A    Well, in four separate graphs here, these represent,

12  in descending order of magnitude from chart one through

13  four, the four major categories of publishing advertising:

14  retail, national, classified, and online.  And in the three

15  largest, being the first three, you can see the trend.  The

16  far-right bar is December of 2010 in each of those, and you

17  can see, they are all down, trend-wise, both in absolute

18  terms and what we had expected.  Only online, which while it

19  was up is, nevertheless, the smallest by far of these four

20  categories, was up slightly.

21  Q    Now, on the three lines that you identified -- the

22  first three charts, the horizontal axis, which is listed at

23  zero, if I am to read this chart, represents 2009

24  performance, is that correct?

25  A    Yes.

1  Q     And if the bar goes down, below zero, what is that

2  meant to depict?

3  A     It means you're worse off than the previous year, by

4  the percentage indicated on the Y axis.

5  Q     And if it goes above the zero line, what does that

6  mean?

7  A     Then you're exceeding performance for the previous

8  year.

9  Q     All right.  How would you characterize the performance

10 in 2010, in terms of these categories, compared to 2009?

11 A     Well, they are down.  They are down specifically in

12 the biggest month of the year that we have, and while I sat

13 on this bench and said that we were doing well, we didn't do

14 as well as we had hoped in December, based on the

15 advertising revenues that we garnered.

16 Q     Now, if you take a look at page 300, there's a chart

17 entitled "January 2011 revenue trends".  Do you see that?

18 A     Yes.

19 Q     And can you explain to the Court what this particular

20 slide is attempting to show?

21 A     Well, it's attempting to show a couple of things.  If

22 you focus, first, on chart one and chart two, those

23 respectively show the week-by-week results for advertising

24 revenues: chart one, publishing; chart two, national;

25 advertising.  And the top two are publishing, and you can

1    see that both December -- and again, this is week by week,

2    and the first four of five weeks of January, in terms of how

3    we account, are down, year over year.

4    Q    Now, how would you characterize the performance in

5    January?  Is it --

6    A    Just --

7    Q    -- strong, weak, or what?

8    A    Weak.

9    Q    And was that expected --

10    A    No.

11    Q    -- by the company?

12    A    No, it was not.

13    Q    What do you attribute the weak performance to?

14    A    All I can say is we tried our best.  The market was

15    disappointing for us, and many of our peers, in the first

16    week coming out of the holiday season, which also showed

17    less promise than we had expected.

18    Q    One last set of charts.  If you could, go to page 297

19    of this document.

20    A    Okay.  I didn't answer chart three --

21    Q    Oh, okay.

22    A    -- on that page, if you --

23    Q    I'm sorry.

24    A    -- wanted to.

25    Q    No, no, no.  Why don't you tell me what chart three

1   is?

2   A    I'm back on chart -- Bates #300, or the last three

3   digits of Bates 300.  That shows our broadcasting

4   advertising case, again, through week four of January.  And

5   for, you know, a little more than half of our broadcasting

6   properties listed along the Y axis by the market, we're up

7   slightly from the year before, you know, as much as three

8   percent, as little as one percent -- or a tenth of a

9   percent.  But the -- you know, the tail end, out to the

10  right there, including our three biggest markets -- New

11  York, Chicago, and Los Angeles -- are flat to down two

12  percent -- excuse me.  The decimal point is off: 22 percent.

13  So again, a trend, even on broadcasting, that was down year

14  over year, to start this year off.

15  Q    And just so it's clear on the record, when you were

16  describing the stations that had exceeded performance, you

17  indicated that the range was from what to what?

18  A    I apologize.  I misread the decimal.  As low as 1

19  percent to up to 32 percent.

20  Q    Okay.  Thank you.  Now, if you could go to page 297 --

21  well, before I move on to that, what do you attribute the

22  softness in your major markets on the broadcast side to?

23  A    The larger markets, whether they be on the publishing

24  side or broadcasting side, were more challenged, in terms of

25  some of the national advertisers, the broad-based, national

1  companies that spend advertising dollars.  We were just

2  down, across the board, in our larger markets.

3  Q     Do you have a sense of how February's doing?

4  A     February is also challenged, not quite as bad as

5  January, but so far, through the year, the first about eight

6  weeks now, we're behind plan, the very plan I said that, you

7  know, just a few moments ago that we believe is accurate for

8  2011.  We're going to have to work hard to make that up in

9  the latter part of the year.

10  Q     All right.  Now, if you take a look at page 297,

11  there's a chart "third-party publishing ad revenue

12  projections".  Do you see that?

13  A     Yes, I do.

14  Q     Would you explain to the Court what you're attempting

15  to depict on this page?

16  A     These are some macro trends that we see from a variety

17  of industry sources that we list with each one of those

18  there.  They're down as much as seven percent on the first

19  half of the graph, industry research, to you know, as low as

20  -- or as little as one percent down.  This is data that we

21  looked at in terms of other non-internal-Tribune data to

22  help us formulate our projection and validate our plan going

23  forward for 2011.

24  Q     Okay.

25  A     Excuse me.

1   Q      And how does Tribune's projection for 2011 compare to

2   this data?

3   A      Well, again, we're somewhere in the middle.  We're

4   right about five percent, which is our 2011 plan, and it's,

5   as I said, right in the middle of those industry research

6   projections.

7   Q      And now, if you could, take a look at the next page,

8   398.  It's entitled "third-party broadcasting ad revenue

9   projections".  Do you see that?

10  A      You mean 298, right?

11  Q      298, I'm sorry.

12  A      That's okay.  This is the same for broadcasting, where

13  we are, again, on the left, looking at anywhere from 3

14  percent to a little north of 11 percent down in terms of

15  industry research, looking at what 2011 looks like.  With

16  respect to the Tribune plan for 2011, we are in our -- you

17  know, we are, again, with our plan, looking at about 3

18  percent down, and the indicator there is a mix between --

19  there's a little bit of cycling in the broadcasting

20  business.  There's a huge up in 2010 because of it being a

21  political year, and 2011 is not a general election year, so

22  we had to modulate that as well.

23  Q      Okay.  And I'd like to switch gears and talk a little

24  about the long-term projections that the company has.  Are

25  you with me so far?

1    A      Yes.

2    Q      If you could, take a look at the next document in your

3    binder.  Are you there?

4    A      Yes, 1490?

5    Q      Yeah, that's DCL Exhibit 1490, is that correct?

6    A      Yes.

7    Q      What is this document?

8    A      This is a document that Lazard prepared.

9    Q      And what does it show?

10   A      It shows a five-year plan, going from 2010 to --

11   through 2014 of Tribune Company.

12   Q      And who prepared that plan?

13   A      Lazard.

14   Q      Who prepared the underlying forecast, though, as

15   opposed to the document?

16   A      Oh, the underlying forecast for 2010, which was

17   partly, you know, actual, was prepared by Tribune.

18   Q      And how about the out-years?  Who prepared that?

19   A      The out-years were also prepared by Tribune.

20   Q      And who specifically at Tribune worked on that?

21   A      Well, that would be the corporate finance department.

22   Q      And who -- could you identify who leads that --

23   A      Certainly.

24   Q      -- organization?

25   A      Chandler Bigelow, the company's CFO.

1    Q      Now, did Mr. Larsen have any involvement in these --

2    A      Yes, he did.

3    Q      And what was his role?

4    A      His role in preparing that was -- and again, this was

5    prior to the formation of the executive committee, was to

6    prepare -- or help prepare this, as his prior role at the

7    company of being chief investment officer, and looking at

8    the future plans, in conjunction with Mr. Bigelow.

9    Q      Now, since you've become one of the co-presidents,

10   have you had occasion to review this projection to determine

11   whether, in fact, it was consistent with your views of the

12   future?

13   A      Yes, I have.

14   Q      And what have you concluded in that regard?

15   A      It, at this time, still represents, far and away, the

16   best forecast I have with all the information I have in

17   front of me, looking forward, for the performance of

18   Tribune, going forward.

19   Q      Now, in the course of this proceeding, there's been

20   criticism leveled at the publishing forecast, saying it's

21   too conservative.  Are you aware of that?

22   A      I am.

23   Q      And what's your reaction to that criticism?

24   A      Well, I think it's, you know, unwarranted.  We have

25   very carefully looked at not only our own performance but

1    industry trends.  I think we are faced with a lot of

2    challenges that I enumerated for you before.  There's a lot

3    of hope for digital perhaps somehow being the Holy Grail and

4    the Hail Mary here, but no one yet, including us, has

5    figured out a way to make digital revenues and online make

6    up anywhere near close to what the offsets we're seeing and

7    the decreases we're seeing on print revenue.  So I do think

8    this is the best plan, going forward.

9    Q     Now, this forecast shows fairly significant revenue

10   declines over the next five years.  Is that a fair

11   characterization in the publishing area?

12   A     Yes.

13   Q     And if those forecasts come true, and you're not able

14   to find a solution, what's the long-term prospects for the

15   publishing business?

16   A     Not good.

17   Q     Now, if you get out of bankruptcy, what's the impact

18   of emerging from bankruptcy on your ability to deal with

19   this challenge?

20   A     It will allow us to immediately and very quickly begin

21   a better -- have a better shot at making consolidation

22   plays.  We have to look at doing things not so much

23   organically as, perhaps, we have in the past and doing

24   things with partners -- acquiring companies, merging with

25   companies, partnering with companies -- none of which you

1   can do effectively, quickly, and timely to be the first

2   mover if you are hobbled under either bankruptcy or an

3   emergence plan that, you know, has those same impediments.

4   Q    Now, is it your testimony that if you get out of

5   bankruptcy free and clear that you're necessarily going to

6   turn this company around?

7   A    Oh, no, but we have a far-better shot of doing so if

8   we are.

9            MR. BENDERNAGEL:  Your Honor, I have nothing

10  further, at this juncture.

11           THE COURT:  Cross examination?

12           MR. ZENSKY:  May I approach, Your Honor?

13  (No audible response)

14           THE WITNESS:  Thank you.

15           THE COURT:  Thank you.

16           MR. ZENSKY:  Good afternoon, Mr. Hartenstein.

17  For the record, David Zensky of Akin Gump Strauss Hauer &

18  Feld for Aurelius and the noteholder plan proponent group.

19  Your Honor, the notebook I handed up contains one of the

20  same documents that Mr. Bendernagel used and three others

21  that I believe the debtors would also characterize as

22  containing highly confidential information, and I'm sure,

23  would request that they receive the same treatment.

24           MR. BENDERNAGEL:  That's true, Your Honor.

25           THE COURT:  All right.  Proceed.

1                          CROSS EXAMINATION

2    BY MR. ZENSKY:

3    Q      Good afternoon, sir.  Can you tell the Court who

4    Maggie Wilderotter is, please?

5    A      She is a member of the current board of Tribune.

6    Q      Okay.  And did there come a time in early 2010 where

7    she arranged a meeting for you with Jimmy Lee?

8    A      She suggested I place a phone call to him.

9    Q      Okay.  And you tell -- can you tell the Court who that

10   is -- Mr. Lee?

11   A      Mr. Lee is the vice-chairman, I believe, of JPMorgan.

12   Q      Okay.  And did you place the call that she suggested?

13   A      Yes, I knew Jimmy Lee before my employment at Tribune.

14   Q      Okay.  Could you look at the first document in your

15   binder, sir, which is Noteholder Plan Proponent Group

16   Exhibit 756?  Do you have that in front of you, sir?

17   A      Yes, I do.

18   Q      Okay.  Do you recognize this as an e-mail from Ms.

19   Wilderotter to yourself on --

20   A      Yes.

21   Q      -- February 11, 2010?

22   A      Yes, I do.

23   Q      Okay.  Do you recall receiving it?

24   A      Yes, I do.

25   Q      Okay.  Does this relate to the conversation we were

1  just talking about?

2  A      Yes, it does.

3  Q      Okay.  In the second sentence, Ms. Wilderotter said

4  about Mr. Lee: "He is the person who put The Tribune

5  financing together when Sam bought the company."  Do you see

6  that, sir?

7  A      Yes.

8  Q      Okay.  And is that your understanding of Mr. Lee's

9  role?

10  A      Yes.

11  Q      Okay.  And did you ever discuss that topic with Ms.

12  Wilderotter, Mr. Lee's role in the financing, when Mr. Zell

13  bought the company?

14  A      No, she only mentioned it to me in passing.

15  Q      Okay.  Understood.  In the same sentence, she also

16  said that he is the lead on this bankruptcy reorganization.

17  Do you see that?

18  A      Yes.

19  Q      Okay.  And is that consistent with your understanding?

20  A      Well, I think he's the lead with respect to JPMorgan,

21  or at least it has his attention there.

22  Q      Okay.  Fair enough.  What came of the conversation

23  that you had with Mr. Lee in or around February 2010, sir?

24  A      He suggested that I talk to Miriam Kulnis.

25  Q      Okay.  And did you, in fact, speak to her?

1  A      Yes, I did.

2  Q      Okay.  And what was the nature of those conversations

3  -- or that conversation?

4  A      Just to introduce myself.  I never -- I had missed

5  meeting her at a face-to-face meeting in Chicago that had

6  been arranged earlier.

7  Q      Okay.  Was that a meeting with other creditors of the

8  company?

9  A      Yes.

10  Q      Okay.  And who was -- were you at that meeting?

11  A      In Chicago?  No, I was not.

12  Q      Okay.  Understood.  Okay.  You have attended other

13  meetings, though, with creditors of the company?

14  A      Yes, I have.

15  Q      Okay.  With representatives of Oaktree, Angelo Gordon,

16  and JPMorgan?

17  A      Yes.

18  Q      Okay.  On how many occasions?

19  A      I would say two or three.

20  Q      Okay.  Okay.  Let's turn to the subject of the

21  company's performance, if we can, sir.  And you testified on

22  direct; you recall being here in November to testify before

23  this Court?

24  A      Yes.

25  Q      Okay.  And that was in support of a management

1  incentive plan?

2  A      Yes.

3  Q      Okay.  And at that point, you had nine full months of

4  performance available for 2010?

5  A      Yes.

6  Q      And the company's performance, through the first nine

7  months, was stellar, correct?

8  A      Yes.

9  Q      That's how you --

10 A      That's the word I used, yes.

11 Q      Okay.  And the fourth quarter, also -- the fourth

12 quarter of 2010 continued to be stellar, did it not?

13 A      Not as stellar as I would've liked.  We were off, as I

14 indicated just a few moments ago, in December primarily.

15 Q      Okay.  October/November were well above plan, were

16 they not?

17 A      Yes, they were.

18 Q      Okay.  So the fourth quarter ended up being $20

19 million ahead of plan at the operating cash-flow line --

20 A      Yes.

21 Q      -- correct?  And for the year, you ended up something

22 on the order of $210 million ahead of plan, meaning for

23 2010?

24 A      Yes.

25 Q      Okay.  That constituted beating plan at the operating

1  cash flow line by something on the order of fifty percent,

2  did it not?

3  A    Close to it.

4  Q    Do you need to refer to a document?  I can direct your

5  attention.

6  A    Right.  I -- I just -- I can't do the math that --

7  that quick in --

8  Q    Okay.

9  A    -- my head.

10  Q    Turn --

11  A    I'm sorry.

12  Q    Great.  Turn to Exhibit 5 in your binder.

13  A    Tab 5?

14  Q    Yeah.  This is the same document you went through with

15  Mr. Bendernagel.

16  A    Okay.

17  Q    This is -- I'm --

18          MR. ZENSKY:  I don't remember the DCL exhibit

19  number, Your Honor.  It's Noteholder Exhibit 2215 and DCL

20  1101, Your Honor.  Same document.

21          Can you put up Page 4 for the witness, please?

22  BY MR. ZENSKY:

23  Q    Okay.  Do you see that 2010, fourth quarter in full

24  year, 2010 operating results, sir?

25  A    Yes.

1  Q     Okay.  And if I direct your attention to the full year

2  data near the bottom, there's a reference to operating cash

3  flow of 636 million and change for the year.

4  A     Yes.  There it is.

5  Q     Okay.  And you see the comparison to plan?

6  A     Yes.

7  Q     And then there's a fifty percent, right?

8  A     Yes.

9  Q     To the right.  So that shows that the performance in

10  2010 was fifty percent ahead of plan?

11  A     At that time.  Yes.

12  Q     Okay.  Well, the year was over at that time, right?

13  A     I'm sorry.  Yes.  This is full year.  Yes.

14  Q     Yes.  Okay.  And if we look a little further up at the

15  total revenue line for the company, sir --

16  A     Yes.

17  Q     -- that shows revenues for the year were north of 3.2

18  billion?

19  A     Yes.

20  Q     Correct?

21  A     3.208.

22  Q     And that was seven percent -- seven percent ahead of

23  plan for 2010?

24  A     Yes.

25  Q     Now notwithstanding the stellar performance, 2010 was

1  depressed in part by the company's stay in bankruptcy, was

2  it not?

3  A    Yes.

4  Q    Okay.  You believe in 2010 the company was not all it

5  could have been --

6  A    Correct.

7  Q    -- correct?  Okay.  And on direct you used some very

8  colorful metaphors about feet and cement, one hand tied

9  behind your back.  Do you recall that?

10  A    I think I said both hands tied behind my back.

11  Q    Okay.  All right.

12        (Laughter)

13  Q    If those hands were free you could come out swinging,

14  right?

15  A    Yes.

16  Q    Okay.  And the performance you anticipate, although

17  you can't guarantee it, as you told Mr. Bendernagel, would

18  -- would be better once you're out of bankruptcy?

19  A    Yes.

20  Q    Okay.  Qualitatively exiting bankruptcy would make a

21  world of difference to you, correct?

22  A    Yes.

23  Q    Okay.  Now notwithstanding that and notwithstanding a

24  hope for exit in the very near future, the business plan,

25  the long-term plan -- or strike that.  Notwithstanding the

1   hope for exit in the near future, the 2011 plan assumes no

2   change in the company's status, correct?

3   A    Correct.

4   Q    All right.  It assumes that you're in bankruptcy for

5   the entirety of 2011?

6   A    Yes.

7   Q    Okay.  So that any benefits that would actually result

8   from exiting are not in any way baked into the 2011

9   forecast, correct?

10  A    That's correct.

11  Q    All right.  Now Mr. Bendernagel took you through the

12  document that we looked at which is the -- that you and I

13  just looked at containing the final 2011 forecast, but I

14  want to talk a little bit about the preliminary forecasts.

15       If you look at Tab 4 in your binder, sir?

16  A    Yes.

17            MR. ZENSKY:  This is Noteholder Exhibit 872, Your

18  Honor.

19  BY MR. ZENSKY:

20  Q    Okay.  You're familiar with this document, correct,

21  Mr. Hartenstein?

22  A    Yes.

23  Q    Okay.  And you testified on direct about a ground up

24  process in building the forecast that starts in the fall?

25  A    Yes.

1  Q    Okay.  And is this document the first complete

2  iteration of that ground up process so to speak?

3  A    I believe it is.

4  Q    Okay.  If you turn to the Bate stamp Page 347, sir,

5  titled, Tribune Publishing Consolidated 2011 Business Plan.

6  A    Yes.

7  Q    Okay.  And across the top there are a number of cases

8  and there are three cases titled, Worst Case, Most Likely,

9  and Best Case?

10  A    Yes.

11  Q    Okay.  And did these forecasts here under these

12  different assumptions represent the best thinking of the

13  company at that point in time?

14  A    This was more the ground up business unit by business

15  unit who were asked to -- each business unit say what's most

16  likely, what's worst case, what's best case.  So --

17  Q    And this -- I'm sorry.  Go ahead.

18  A    So this is a bringing up without any other

19  modification of the business units individually where they

20  were coming out on a preliminary basis in the

21  October/November timeframe.

22  Q    Okay.  So it's amalgamation, so to speak, of the

23  individual units --

24  A    Yes.

25  Q    -- reporting up?  Okay.

1    A    Yes.

2    Q    Had there been iterative feedback back and forth with

3    the headquarters or this is just the first roll-up of what

4    they sent you?

5    A    This is sort of the very beginning.  I don't -- there

6    might have been some slight feedback, but not the full

7    process.

8    Q    Okay.  And are the individual business units asked to

9    send their forecasts for the coming year in these -- in

10    three cases:  Best case, worst case and most likely case?

11    A    Yes, they were.

12    Q    Okay.  Now I am correct, sir, I don't think you'll

13    need to flip back and forth, the numbers that you've -- the

14    final numbers for 2011 were materially lower than the most

15    likely case shown on this December 2010 document, correct?

16    A    Yes.

17    Q    Okay.  All right.  Now if you could turn to Tab 3, can

18    you identify --

19            MR. ZENSKY:  Your Honor, this is Noteholder

20    Exhibit 875.

21    BY MR. ZENSKY:

22    Q    Let me know when you have that document out, sir.

23    A    I -- I have it.

24    Q    Okay.  Can you identify this for the Court, please?

25    A    Yes.  These are the set of charts that we sent to the

1  board just in advance of a -- a board call on December 7th,

2  2010.

3  Q    Okay.  And your name appears on the right-hand side as

4  presenting on certain topics?

5  A    Yes.

6  Q    Okay.  Now at the time of this board call, December 7,

7  was the document we just looked at, the December 2010

8  preliminary operation -- the 2011 preliminary operating plan

9  dated December 2010, was that available yet?

10 A    I don't recall the exact sequencing.  No.  I -- I

11 don't know that for a fact.  I noticed on the Tab 4 document

12 it just says December 2010, so I don't know exactly when in

13 December --

14 Q    Right.

15 A    -- it was.

16 Q    I noticed that, too.  That's why I asked.

17 A    Okay.

18 Q    Okay.  Okay.  If you look at Page -- the Bate stamp

19 Page 887.

20 A    I have it.

21 Q    Okay.  What data is shown on 887, Mr. Hartenstein,

22 generally?  I'm not asking you to tell the Court line by

23 line.

24 A    These are just October and November results.

25 Q    Okay.  So by December 7th you had November full month

1   results?

2   A      I believe that's the case.  Yes.

3   Q      All right.  Is that the typical timeframe that month

4   results -- month end results become available in the first

5   week of the following month?

6   A      Month end results usually do.  Bear in mind the

7   calendar month doesn't necessarily coincide with the -- the

8   accounting month.  I don't recall exactly when November --

9   it's usually about ten days, so this was right on the -- on

10  the cusp, December 7th.

11  Q      Okay.  Great.  Now if you look at the last page of

12  this exhibit, sir, there's a box called Preliminary 2011

13  Operating Plan.

14  A      You're referring to 891?

15  Q      I am indeed.

16  A      Okay.

17  Q      Do you see that?

18  A      Yes.

19  Q      Okay.  And the numbers under 2011 plan, do you see

20  that?

21  A      Yes.

22  Q      Okay.  Those are the same numbers that are in the

23  February 2nd board document that you show a bridge from

24  these numbers to the final numbers, correct?

25  A      Correct.

1  Q      Okay.   Now looking at the page we're looking at of

2  Noteholder Exhibit 875, dated December 7, 2010, can you

3  explain or why the numbers for 2011 here vary from the most

4  likely case shown on the document we looked at a moment ago

5  from December 2010?

6  A      Yes.   It's basically in the advertising numbers.   I

7  think the business units had brought in most likely cases

8  of, essentially, advertising revenue flat and when we looked

9  at them from the corporate perspective, which I described

10  before of the executive council, in -- in the face of what

11  we were beginning to see even in late November, we felt that

12  that was -- and I still feel that that was too optimistic.

13  So we went back and, for example, on publishing put it more

14  at a -- you know, a negative -- a negative three as opposed

15  to flat, which would be zero.

16       Similarly, on broadcasting we put it at minus three as

17  opposed to a one.   I think -- a positive one which was the

18  earlier most likely case.   I think that the business units

19  were coming off a good year on broadcasting with political

20  advertising and there seemed to be some momentum building

21  for -- for December, which is always the biggest month in

22  publishing.   But we felt at that point in time that it

23  wasn't going to materialize.

24  Q      Okay.   Sure.   So you were careful to take into account

25  the most recent information you had available to you?

1    A      Yes.

2    Q      Okay.  Including, I think as you just said, the last

3    week or two of November effected how you prepared this

4    document?

5    A      Yes.

6    Q      Okay.  All right.  Now let's turn to the final

7    document we looked at a moment ago, Exhibit 2215, which is

8    the February 2nd, 2011 document.

9    A      Tab 5?  Got it.

10   Q      Yeah.  And if we can go to the page that Mr.

11   Bendernagel asked you some questions about, which is Bates

12   stamp 2 -- 3293.  Let me know when you have that page, sir.

13   A      I have it.

14   Q      Okay.  And this shows the bridge from the numbers as

15   of December 7th to the numbers approved on February 2nd?

16   A      Yes.

17   Q      Okay.  Now when was the document that we're looking at

18   prepared.  It's dated February 2nd, 2011, but when was it

19   finalized?

20   A      If I recall it was finalized just perhaps the Thursday

21   before February 2nd, so maybe five days before.

22   Q      Okay.  And you testified on direct that one of the

23   reasons for the even further the reduced performance -- or

24   strike that.  One of the reasons for the reduced

25   expectations for 2011 had to do with December results?

1   A       December and January.

2   Q       Okay.  And, in fact, if we look at Page 300 -- I

3   believe you looked at that page with Mr. Bendernagel

4   briefly.

5   A       Yes.

6   Q       That -- that shows the performance for the first three

7   weeks of January?

8   A       Yes.

9   Q       So you wanted to take into account, again, the most

10  recent information available to you?

11  A       Yes.

12  Q       That's the responsible way to forecast, is it not?

13  A       Yes.

14  Q       Okay.  Those results tempered your view for the year,

15  which is why we ended up with the projection we did,

16  correct?

17  A       Yes.

18          MR. ZENSKY:  That may be all I have, Your Honor.

19  Can I have one moment?

20          THE COURT:  Certainly.

21          (Pause.)

22          MR. ZENSKY:  That's all I have, Your Honor.

23          Thank you for your time, sir.

24          THE WITNESS:  Thank you.

25          THE COURT:  Any other cross examination?

1          (No audible response)

2          THE COURT:  Redirect.

3          MR. BENDERNAGEL:  Thank you, Your Honor.

4          Again, Jim Bendernagel for the debtors.

5                   REDIRECT EXAMINATION

6  BY MR. BENDERNAGEL:

7  Q     Mr. Hartenstein, if you could turn to the very first

8  exhibit that Mr. Zensky used with you, Exhibit NPP 756.

9  A     I'm sorry.  Which tab is that?

10  Q     Tab 1.

11  A     Yes.

12  Q     Mr. Zensky asked you to focus on the second sentence

13  of this email and specifically the last revision --

14  specifically, the sentence that reads, "He is the person who

15  put the Tribune financing together when Sam bought the

16  company."  Do you see that?

17  A     Yes.

18  Q     Do you have any personal knowledge with respect to

19  what Mr. Lee's role was in connection with the LBO?

20  A     No, I don't.

21  Q     It then goes on to say, "He is the lead on this

22  bankruptcy reorganization."  Do you see that?

23  A     Yes, I do.

24  Q     Do you know what role he's actually played in the

25  bankruptcy reorganization?

1    A    No.

2    Q    At the time that you were going off to meet him, what

3    were you doing on the bankruptcy reorganization?

4    A    Well, first of all, I did not meet him.  I only had a

5    phone call with him.

6    Q    In connection with the phone call --

7    A    Right .

8    Q    -- at that point in time, how involved were you in the

9    bankruptcy reorganization?

10   A    Zero.

11   Q    Do you recall whether you had a conversation with him

12   regarding the bankruptcy reorganization?

13   A    Only than -- only other than acknowledging that we

14   were in bankruptcy, no other further discussion.

15   Q    What information do you have to share with this Court

16   as to what Mr. Lee has or has not done in connection with

17   the bankruptcy?

18   A    I have none.

19   Q    Okay.  If you turn now to Page -- Exhibit -- Tab 4,

20   Exhibit NPO 872.

21   A    Yes.

22   Q    Mr. Zensky directed you to Page 347.  Do you recall

23   that?

24   A    Yes.

25   Q    And he looked at the most likely case, the best case,

1    and the worst case, correct?

2    A      Yes.

3    Q      Now over here on the right-hand side there's something

4    called, Percentage Variance 2011 versus 2010 and there's a

5    bunch of percentages.  Do you see that?

6    A      Yes.

7    Q      What is -- what is -- what do those percentages

8    represent?

9    A      Those merely represent the 2010 projection numbers

10   versus the worst, most likely and best case scenarios,

11   simply an arithmetic calculation of the percentage variance

12   of those three cases.

13   Q      So -- so what this is suggesting is that if you look

14   at the likely case and the .07 -- the negative .7 percent

15   under total revenue, you see that?

16   A      Yes.

17   Q      What this is suggesting is in the most likely case

18   that the revenue number 2,082,085,000 is being compared to

19   the projection for 2010, correct?

20            MR. ZENSKY:  Objection.  Leading, Your Honor.

21            THE COURT:  Well --

22            MR. BENDERNAGEL:  I'm trying to understand how

23   this is set up.  It's hard to do it any other way.

24            THE COURT:  It is leading, but I'll overrule the

25   objection.

1  BY MR. BENDERNAGEL:

2  Q     In other words, you're comparing -- you see where I

3  am?

4  A     Yes.

5  Q     The percentage is essentially comparing the 2010

6  projection to the 2011 projection, right?

7  A     Correct.

8  Q     And you're trying to show what the growth rate is

9  going to be year over year between 2010 and projected 2011,

10 right?

11 A     Yes.

12 Q     Now we looked at, during the direct examination, the

13 growth rates between 2009 and 2010.  Do you recall that?

14 A     Yes.

15 Q     And do you remember whether, in fact, the growth rates

16 on the publishing side were positive or negative vis-à-vis

17 2009 versus 2010 for revenue?

18 A     On the projection or the --

19 Q     The 2010 actual versus 2009 actual --

20 A     It was --

21 Q     -- which had the higher growth rate?  What was the

22 growth rate between 2009 and 2010?  Was it --

23 A     It was --

24 Q     -- positive or negative?

25 A     Negative.

1   Q       And how negative was it, do you recall?

2   A       I don't recall looking at this chart here, but --

3   Q       Was it -- I take it it wasn't flat.  Is that correct?

4   A       It wasn't flat, single digit down, high single digit

5   down.

6   Q       And when you say "high single digit down," what does

7   that mean?

8   A       In the eight or nine percent, I believe, but I -- I

9   would have to look for --

10  Q       When was the last time in your recollection that the

11  company had year over year flat growth in publishing

12  revenue?

13  A       None in my time and from what I understand from

14  colleagues of mine that were there ahead of me it's been a

15  long time, easily over five years.

16  Q       Now this document here is suggesting the revenue in

17  the most likely case would be flat compared to last year,

18  correct?

19                  MR. ZENSKY:  Your Honor --

20                  THE COURT:  Sustained.

21                  MR. ZENSKY:  -- same objection.

22                  THE COURT:  Sustained.

23  BY MR. BENDERNAGEL:

24  Q       How would you characterize the most likely case in

25  terms of the growth rate between 2010 and projected 2011 as

1    it's depicted on this page?

2    A     Well, it says that it's just -- just a tad down on the

3    revenue side, minus .7 percent down.

4    Q     Now if you go to Exhibit NPP 0875, which is Tab 3, and

5    you turn to the last page, Page 6 that has the Bates Number

6    891, there's a chart talking about preliminary 2011

7    operating plan.  Do you see that?

8    A     Yes.

9    Q     And for publishing revenue, what is the percentage

10   growth rate comparing 2011 to 2010?

11   A     Minus three percent down.

12   Q     And my recollection -- what -- what -- in the final

13   plan, do you recall what the percentage was?

14   A     In the final plan it's -- well, it rounds to about

15   minus three, also, just in terms of single digit rounding

16   precision.

17   Q     Well, let's take a look at the final plan.  Take a

18   look at Exhibit NPP 2215, which is also Exhibit DCL 1101,

19   and you turn to Page 397 -- 297, I'm sorry.

20   A     I'm sorry.  Is that Tab 5?

21   Q     Yes, it is.

22   A     All right.  Yes.  297.

23   Q     And if you look at the column that's boxed on the

24   right-hand side, what does it show the growth rate is?

25   A     Oh, minus five percent.

1   Q      So you ended up at minus five percent.  Is that

2   correct?

3   A      Yes.

4   Q      And that was based, as I understand your redirect

5   testimony, on the fact that things were worse in December

6   and still worse in January.  Is that right?

7   A      Yes.

8   Q      Now Mr. Zensky also asked you some questions about

9   whether this plan contemplates exit from bankruptcy.  Do you

10  recall that?

11  A      Yes.

12  Q      And you indicated that it didn't.  Is that right?

13  A      Correct.

14  Q      Now these -- on -- looking again at 297, these

15  projections for the growth rate of the industry that are set

16  forth on Page 397 and are contrasted with your five percent

17  growth rate, are those projections for a company in

18  bankruptcy or for a publishing company outside of

19  bankruptcy?

20  A      It's basically just for third party ad revenues for

21  publishing companies, period.

22  Q      And how does --

23  A      Not in bankruptcy.

24  Q      So you -- now Mr. Zensky also asked you that if you

25  got out and you were unshackled that you would be able to do

1  certain things that would improve your performance, correct?

2  A    Yes.

3  Q    Do you have any way at this juncture to model how the

4  exit from bankruptcy would enable -- would result -- what

5  the results of an exit in bankruptcy would be?

6  A    No, I do not.

7  Q    Do you think anyone -- well, have you thought about

8  what those potential revenues might be?

9  A    We certainly hope they would be better, but given this

10  economic client -- climate and the uncertainty as to when we

11  will get out, and if past is prologged (sic) to getting out

12  we've been wrong every step of the way the last two years as

13  to when we can get out, I have no way of modeling that

14  responsibly.

15          MR. BENDERNAGEL:  I have nothing further, Your

16  Honor.

17          THE COURT:  Recross.

18          MR. ZENSKY:  I just have one or two questions,

19  sir.

20                    RECROSS EXAMINATION

21  BY MR. ZENSKY:

22  Q    I think you just testified on redirect that for year

23  over year comparisons at the revenue line, the publishing

24  business went down 2010 versus 2009.  Is that correct?

25  A    Yes.

1   Q      Okay.  But the company is -- as a whole improved on

2   the revenue line 2010 over 2009, correct?

3   A      Yes, it did.

4   Q      Okay.

5            MR. ZENSKY:  That's all I have, Your Honor.

6            THE COURT:  Thank you, sir.  You may step down.

7            THE WITNESS:  Thank you.

8            MR. BENDERNAGEL:  Your Honor, that completes our

9   presentation of live witnesses.  We're not at this juncture

10  in a position to close the record because there's a bunch of

11  things that still have to happen.  We still need to work

12  through the documents that the various parties want to

13  offer.  There's also likely a rebuttal case.  But I guess I

14  can say we'll rest for now and we'll allow Mr. Zensky and

15  his team to move forward with their direct case in whatever

16  fashion they -- they so choose, if --

17           THE COURT:  All right.

18           MR. BENDERNAGEL:  -- that's appropriate.

19           THE COURT:  Well, let me turn to Mr. Zensky and

20  ask him what's first up.  We'll take a short recess in a

21  minute, but tell me what you think we can finish today.

22           MR. ZENSKY:  Sure, Your Honor.  I think we've

23  ended about exactly where I thought we would and we'll

24  present our first live witness, which we should be able to

25  get on and off today, Mr. Singh, our valuation expert.

1   We'll pick up tomorrow with the video clips with the

2   remaining six or eight sewn in as the Court directed early

3   this morning.

4           THE COURT:  All right.

5           MR. ZENSKY:  And -- and then have our second live

6   witness after that.

7           THE COURT:  Thank you.  We'll take a ten-minute

8   recess.

9           MR. ZENSKY:  Thank you, Your Honor.

10          (Recess)

11          MR. QURESHI:  Good afternoon, Your Honor.  For

12  the record, Abid Qureshi, Akin, Gump, Strauss, Hauer and

13  Feld on behalf of Aurelius Capital Management and the

14  noteholder plan proponents.

15          Your Honor, for -- if you're ready to proceed,

16  the noteholder plan proponents call as our first witness,

17  Rajinder Singh.

18          THE COURT:  Ready as I'll ever be.

19          MR. QURESHI:  Thank you.

20          THE CLERK:  Please remain standing.  Raise your

21  right hand and place your left hand on the Bible.

22  RAJINDER SINGH SWORN

23          THE CLERK:  Please be seated and adjust your

24  microphone.

25          Please state your full name for the record and

1   spell your last.

2           THE WITNESS:  Rajinder Singh, S-I-N-G-H.

3           THE CLERK:  Thank you, sir.

4           MR. QURESHI:  Your Honor, may I approach with

5   exhibits?

6           THE COURT:  You may.

7           MR. QURESHI:  Thank you.

8           THE COURT:  Thank you.

9           MR. QURESHI:  Your Honor, I've handed up and also

10  left on the -- on the witness stand and handed up to counsel

11  two exhibits, and for the record NPP Exhibit 2469 is a copy

12  of Mr. Singh's amended rebuttal expert report, and NPP 2470

13  is a demonstrative exhibit and the cover page says, "Direct

14  Testimony Demonstratives."

15                  DIRECT EXAMINATION

16  BY MR. QURESHI:

17  Q     Mr. Singh, by whom are you employed, sir?

18  A     Raymond James and Associates.

19  Q     And what's your title?

20  A     Managing director and head of debt origination and

21  restructuring group.

22  Q     Okay.  Turn if you could, please, in the demonstrative

23  exhibits to Page 3.

24  A     I'm there.

25  Q     Which sets forth some information on your background.

1        First of all, tell us a little bit about Raymond

2   James, please.

3   A       Raymond James is a full service securities firm

4   founded in 1962, has an equity market cap.  It's a public

5   company of four to $5 billion.  It's got three primary areas

6   of business it focuses on, has a very substantial asset

7   management business, manages about 250, $300 billion for

8   third parties.  It has a small bank, eight or nine billion

9   in assets, and a capital markets group of which investment

10  banking resides.

11  Q       Okay.  I'm going to ask you to just slow down a little

12  bit so the court reporter can keep up with us.

13  A       Sure.

14  Q       Can you please describe for the Court what your role

15  and responsibilities are at Raymond James?

16  A       I am a group head within the investment banking

17  department.  I am responsible for two product areas:  Debt

18  origination and restructuring.  So any senior debt private

19  placement or restructuring assignment that comes through our

20  investment banking department, my group is responsible for

21  executing.

22  Q       Okay.  And how many professionals are in your group?

23  A       It varies, but ten to fifteen on average.

24  Q       Okay.  And where were you employed before you joined

25  Raymond James?

1  A      I was employed by a broker dealer subsidiary of

2  PricewaterhouseCoopers called PricewaterhouseCoopers

3  Securities, LLC.  It's an investment banking division of

4  PricewaterhouseCoopers.

5  Q      And can you describe briefly the type of work you

6  performed there?

7  A      Very similar.  I was in their M&A and special

8  situations group and worked with -- on corporate

9  restructurings.

10  Q      Okay.  And can you describe your educational

11  background, please.

12  A      I got my undergraduate degree, a bachelor of science

13  in accounting from Rutgers University.  I got my MBA from

14  the University of North Carolina at Chapel Hill.

15  Q      Okay.  And do you have any professional

16  qualifications?

17  A      I have a CPA license, however it's in inactive status

18  and I have NASD Series 7 and Series 63 licenses.

19  Q      Okay.  Sir, if you can please turn to Page 4.  And

20  you've set forth there some transaction experience and what

21  I would like you to do is -- is talk about that with

22  specific reference to valuation experience, please.

23  A      Sure.  What we summarized on this page is what we --

24  what our -- my total completed transactions only at Raymond

25  James.  And principally the entire time I've been at Raymond

1  James I've been in a supervisory role, so these are all

2  transactions I would have supervised.  So 113 total

3  transactions and we divided them into the various categories

4  that would fall within our mandate:  Financings and special

5  situation financings; restructurings; valuations and

6  fairness opinions; and mergers and acquisitions, and you'll

7  see that they're reasonably evenly distributed between

8  twenty and thirty per category.

9       And principally in investment banking, particularly

10  the type of work I do, valuation is a component of each

11  assignment and from a valuation perspective it's something I

12  do every day when I talk to a client or advise a client or

13  pitch a client or whatever else it might be.  And specific

14  to this chart we did approximately twenty-five fairness

15  opinions, valuations, expert reports of which particularly

16  on a fairness opinions side of things, those -- those

17  principally are valuation exercises.

18  Q    Okay.  And are you able to tell me approximately how

19  many valuations you've performed over the course of your

20  career?

21  A    I would have no idea.  It would be numerous, hundreds.

22  Q    Okay.  And has your valuation experience involved both

23  in court and out of court restructurings?

24  A    Yeah.  I've worked on several in court matters and

25  probably more out of court matters.  But, yeah.  It would

1  cross over to both.

2  Q     Okay.

3          MR. QURESHI:  Your Honor, at this point I would

4  offer Mr. Singh as a valuation expert qualified to testify

5  with respect to the enterprise value of Tribune.

6          THE COURT:  Is there any objection?

7          MR. BENDERNAGEL:  Your Honor, I'm not going to

8  object at this juncture, but I'm going to reserve my right

9  to question on this issue.  I can do the questioning now,

10  but my sense is you're going to hear the witness and I don't

11  want to clutter up the direct, but I also don't want to run

12  into a situation where later I'm told why didn't you ask

13  these questions earlier.

14          THE COURT:  If you have a voir dire, conduct it

15  now.

16          MR. BENDERNAGEL:  Okay.

17              VOIR DIRE EXAMINATION - DIRECT

18  BY MR. BENDERNAGEL:

19  Q     Good afternoon, Mr. Singh.  My name is Jim

20  Bendernagel.  I'm with Sidley and Austin.

21  A     Good afternoon.

22  Q     Just so it's clear, I take it you're not holding

23  yourself out as an expert in the publishing business.  Is

24  that correct?

25  A     That's correct.

1    Q      You've never worked for a TV station -- I mean, for a

2    newspaper.  Is that right?

3    A      That's correct.

4    Q      You couldn't recall at your deposition whether you had

5    ever provided investment services to a newspaper.  Do you

6    recall that?

7    A      That's correct.

8    Q      And I take it you can't, as you sit here, identify any

9    newspaper clients that you've provided service to in your

10   career?

11   A      That's correct.

12   Q      I take it you did not consult with any experts in the

13   publishing business in preparing your opinion.  Is that

14   right?

15   A      That's correct.

16   Q      And I take it Raymond James does not have a segment

17   that covers or follows the publishing business.  Is that

18   correct?

19   A      That's correct.

20   Q      And with respect to the broadcasting business I take

21   it you're not holding yourself out as an expert in

22   broadcasting.  Is that right?

23   A      That's correct.

24   Q      And in doing the work that you put together in

25   connection with your appearance here today, you did not

1   consult with any experts in the broadcasting business.  Is

2   that correct?

3   A    That's correct.

4   Q    And Raymond James doesn't cover the broadcasting

5   business as part of its regular practice.  Is that correct?

6   A    That's correct.

7   Q    And I take it you can't identify any broadcasting

8   client that you've ever done work for.  Is that right?

9   A    That's correct.

10  Q    Now with -- so it would be fair to say that your test

11  -- the expertise you're bringing to this is purely in the

12  area of valuation.  Is that correct?

13  A    Well, valuation and perhaps restructuring and

14  valuation.

15  Q    Well, how does restructuring come into the question of

16  whether the valuation is correct?

17  A    Well, I guess the company in question is in the

18  context of a bankruptcy, so.

19  Q    Okay.  So you see that as a -- a defining issue, the

20  restructuring experience.  Is that right?

21  A    I would have to consult with counsel specifically, but

22  --

23  Q    You would have to consult with counsel about what?

24  A    To determine whether or not that has an impact on the

25  things I had to say.

1   Q      You don't know as you stand here whether it's going to

2   have an impact?

3   A      Well, I wasn't anticipating this question, so.  I

4   would imagine the company is in bankruptcy and the valuation

5   exercise is in the context of a company in bankruptcy.  So

6   perhaps valuation is sufficient.

7   Q      All right.  Okay.  If you could take a look at Page 4

8   of the deck that was put in front of you.  It says,

9   Transaction Experience.

10  A      Sure.

11  Q      It says, "Financial opinions, valuations, expert

12  reports," and you have a number twenty-five.  Is that

13  correct?

14  A      That's correct.

15  Q      Did you do these or were they done by Raymond James

16  and you just supervised them?

17  A      The way Raymond James generally advises clients is as

18  a team, and in general Raymond James signs off on reports or

19  opinions as Raymond James.

20  Q      Well, with respect to these twenty-five items, did you

21  do the work or did somebody else?

22  A      We did it as a team and I would have supervised

23  several of them.

24  Q      Well, you indicate expert reports.  Have you ever

25  submitted an expert report on valuation in any context?

1    A      I've worked on them, but I have not submitted them

2    under my name.

3    Q      Were you ever the lead on an expert report?

4    A      Well, again, I've worked on them and I haven't

5    submitted them under my name.

6    Q      But you haven't submitted them under your name.

7    A      That's correct.

8    Q      And you've never been qualified as an expert by any

9    court, bankruptcy or the like, with respect to valuation

10   issues.  Is that correct?

11   A      That's correct.

12   Q      You haven't been certified with respect to any area of

13   expertise by a court, correct?

14   A      I have never testified as an expert.  That's correct.

15   Q      Now on Page 5 of your slide deck it says, "Selected

16   Experience."  Do you see that?

17   A      I do.

18   Q      All right.  And there's some expert reports identified

19   for in court transactions.  Do you see that?

20   A      I do.

21   Q      I take it those were not expert reports you were

22   sponsoring.  Is that right?

23   A      Those were expert reports that the restructuring group

24   was involved with, but I ultimately was not the signatory on

25   them.

1   Q    Well, how -- how involved were you in the LaGuardia

2   Associates' expert report?

3   A    Well, my team worked on it.  If I recall it correctly,

4   because I haven't looked at the report in some time, it was

5   related to a cost of capital analysis, so we worked on it

6   with a specialist within our municipal bond financing group.

7   So we supported his efforts in coming to the conclusions.

8   Q    So were any of these expert reports that are

9   identified on this page involving valuation?

10  A    I believe the Conseco one involved valuation because

11  there's only three listed, but that was many years ago, I

12  think dating back to, perhaps, 2002.

13  Q    Did you testify in connection -- did you prepare that

14  report or somebody else?

15  A    Again, I supervised -- you know, the restructuring

16  group worked on a team with our financial institutions group

17  and the head of our financial institutions group signed the

18  report and testified as the expert.

19  Q    Do you have a recollection of what you specifically

20  did on that report?

21  A    I don't recall.  It's several years ago.

22  Q    Do you recall what you did on any of these reports?

23  A    Again, the Conseco one was several years ago; Field

24  Associates and LaGuardia were also several years ago.

25  Q    Take a look at the word "valuation" on this page.  It

1  appears up by Bonita Bay Group.  Do you see that?

2  A     I do.

3  Q     My understanding from reading your deposition is that

4  you participated in that on a high level.  Is that correct,

5  the valuation issues?

6  A     I think I stated I participated on a high level with

7  respect to the Sun Country valuation, but I could be

8  incorrect.  But generally speaking, I -- I teamed up with

9  our real estate investment banking group and strong

10 component of that valuation exercise related to real estate

11 assets, and as a result there's some very specific knowledge

12 that they brought to the table there and in -- in many

13 respects they -- they led components of that exercise.

14 Q     It's fair to say that with respect to all of the

15 valuation work that's listed on this page in these various

16 industry fields that you teamed up with somebody that was

17 familiar with the industry and doing the work, correct?

18 A     In some instances they may not have been specifically

19 -- or we may not have been specifically knowledgeable about

20 particular aspect of the industry, but we would work as a

21 team and perhaps work with somebody, for example, from our

22 M&A team that may have more knowledge and then we would

23 combine that knowledge base.  But, generally, I agree with

24 what you're saying.

25 Q     But in the case of this particular assignment, the

1  Tribune assignment, you didn't have that benefit, did you?

2  A      That's correct.

3           COURT REPORTER:  I'm sorry.  You didn't have that

4  what?

5           MR. BENDERNAGEL:  Benefit.

6           COURT REPORTER:  Thank you.

7           THE WITNESS:  That's correct.

8  BY MR. BENDERNAGEL:

9  Q      Did you?  How long have you been working on this case?

10 A      I think the -- our engagement letter was effective

11 February 4th, so our work began February 4th.

12 Q      And that's the first time you had ever worked in the

13 media space?

14 A       That's correct.

15 Q      And so all of the knowledge you have of the media

16 space is the result of the last four weeks of work?

17 A      That's correct.

18 Q      And at the time that you filed your expert report, how

19 long had you been working on this?

20 A      We filed our expert report on the 21st, so the

21 difference between February 1st -- February 4th and February

22 21st.

23 Q      Which is about two weeks?

24 A      Seventeen days, so two-and-a-half weeks.

25 Q      Well, your report was about the Lazard report,

1    correct?

2    A    That's correct.

3    Q    You didn't get the Lazard report until February 8th,

4    right?

5    A    Well, we got access to some discovery starting

6    February 4th.

7    Q    How much time did you spend between February 4th and

8    February 21st?

9    A    I don't know the exact, but a lot.

10   Q    Well, what does that mean, ten hours, twenty hours?

11   A    I'm going to guess well in excess of a hundred hours.

12   Q    You personally?

13   A    Well, I -- I believe I submitted a bill at some point.

14   I don't recall how many hours I personally worked on it, but

15   I would -- I would guess over a hundred hours.

16   Q    Just as a wrap up of this, I take it you're not

17   testifying as an industry expert, correct?

18   A    That's correct.

19   Q    You're only looking at valuation in the restructuring

20   context, correct?

21   A    That's correct.

22   Q    And your opinions are all based on the work you've

23   done in the last four weeks.  Is that right?

24   A    That's correct.

25        MR. BENDERNAGEL:  Your Honor, I'm not sure that

1    that's a sufficient basis, but on the other hand I don't

2    expect that you're going to exclude him from testifying.

3    But I didn't want to wait until later and then have somebody

4    ask why you didn't bring it up earlier.

5           THE COURT:  Well, he's been proffered as an

6    expert in valuation.  Is there an objection?

7           MR. BENDERNAGEL:  Yes.  I -- I don't think he has

8    the -- the qualifications to begin with because he hasn't

9    shown that he's ever done a valuation report, and the fact

10    that he can start four weeks ago on a complicated case like

11    this and come up with a report, you know, based on that thin

12    a valuation experience just strikes me as, you know,

13    questionable and that's why I rise to object.

14           THE COURT:  Mr. Qureshi, any response?

15           MR. QURESHI:  May I ask a few follow up questions

16    first, Your Honor?

17           THE COURT:  You may.

18           MR. QURESHI:  Thank you.

19           VOIR DIRE EXAMINATION - CROSS

20    BY MR. QURESHI:

21    Q    Mr. Singh, you've testified in response to Mr.

22    Bendernagel that you're not holding yourself out as either a

23    publishing industry expert or a broadcasting expert, right?

24    A    That's correct.

25    Q    Okay.  And in your opinion does -- does that lack of

1   industry expertise at all impact your ability to opine as to

2   the enterprise value of Tribune?

3   A    On the issues that we opined on I don't believe it

4   does.

5   Q    Okay.  And can you explain why not?

6   A    Well, we as -- I had a large team that we went through

7   a significant amount of information analyzing various

8   aspects of the report, and I think once I get into the

9   report we'll talk about the various aspects of it, and the

10  vast majority of the items that we addressed related to

11  updating certain types of information.  And certain aspects

12  of it did relate to methodology and there was a couple of

13  instances where we addressed weighting issues.  And the

14  limitation to -- you know, that's principally where most of

15  the judgment went in and the basis for our judgment wasn't

16  based on industry knowledge.  The basis for our judgment was

17  based on general valuation theory.

18  Q    Okay.  And -- and with respect to the hundreds of

19  valuations that you've testified that you've performed over

20  the -- over the course of your career, was it necessary for

21  you to be an industry expert in each industry in which you

22  did that?

23  A    No.  As I said, I'm -- I'm a generalist.  I work as a

24  product specialist across multiple industry groups in a

25  group of a couple of hundred total investment banking

1  personnel and I'm consistently working across multiple

2  industries.  So my job is to get up to speed, understand

3  them, apply the knowledge base that I have as part of that

4  team.

5  Q     Okay.  And in your experience as an investment banker

6  in the restructuring area in particular, is it common for

7  investment bankers to opine as to valuation when they're not

8  also industry experts?

9  A     Yes.

10 Q     Okay.  And how many people did you have at Raymond

11 James assigned to this particular project?

12 A     We had over ten people working on this project.

13 Q     And from what groups within Raymond James were those

14 individuals?

15 A     The restructuring group, the M&A group and our

16 technology and communications services group.

17 Q     And why did you involve people from Raymond James' M&A

18 group in this assignment?

19 A     They have certain technical knowledge about how our

20 firm has -- applies standards to certain things and help

21 thinking through some technical M&A -- valuation questions,

22 and we, as a general course, utilize them as and when

23 needed, and yes.

24 Q     Okay.  And -- and why did you involve bankers from

25 Raymond James from the technology group?

1  A      There's some senior banker -- there's a senior banker

2  in that group that I've worked extensively with that I felt

3  that is very strong in valuation and he was a constructive

4  member of the team and he had other personnel within his

5  group that were -- were able to also provide support.

6  Q      Okay.  And do you have any idea of how many total

7  hours you and the rest of the Raymond James teams has -- had

8  spent on this engagement between when you were first

9  retained and when you released your expert report on

10 February the 21st?

11 A      I don't.  I believe it's in excess of a thousand

12 hours.

13 Q      Okay.

14           MR. QURESHI:  Okay.  Your Honor, I think that's

15 all I have by way of follow-up.

16           Unless there's a recross, I'll address the

17 argument.

18           MR. BENDERNAGEL:  I would like to ask him one or

19 two questions, Your Honor, if --

20           THE COURT:  Go ahead.

21           MR. BENDERNAGEL:  -- I could.

22              VOIR DIRE EXAMINATION - REDIRECT

23 BY MR. BENDERNAGEL:

24 Q      Mr. Singh, is it your testimony that industry

25 experience is not necessary in picking the appropriate

1    comparable companies?

2    A    It's not necessarily always the case.  You need

3    industry experience to look at a comparable company.

4    Q    Well, in this case do you think industry experience is

5    necessary in picking comparable companies?

6    A    In the comparable companies that we modified or

7    picked, I don't believe an industry experience was

8    necessary, and in general in terms of publishing and

9    broadcasting I didn't impact any of the pure companies that

10   Lazard had picked.

11   Q    Well, you changed Lazard's selections, right,

12   different comparables, correct?

13   A    In industry -- in -- in the vast majority of the peer

14   companies, particularly as it relates to publishing and

15   broadcasting, we did not change their pure company

16   selections.

17   Q    You did make changes in their ranges, correct?

18   A    We -- again, I thought we would get into this in the

19   report, but we tried to mathematically index their range to

20   where the mean was so that way we could carry their range

21   along wherever the mean might have changed based on updating

22   information.  That was -- we -- we attempted to

23   mathematically perform that.

24   Q    So you substituted your judgment for their judgment

25   with respect to what would be a comparable company in these

1  industries without any industry experience, correct?

2  A    No.   That's not correct.

3        MR. BENDERNAGEL:  I don't have anything further,

4  Your Honor.  I still renew my request.  I think this is

5  pretty marginal.

6        THE COURT:  Well, it's not unusual to have an

7  expert testify in an industry in which he has not

8  encountered before.  And, also, this is not the first time

9  that an expert has debuted in this courtroom testifying for

10 the first time.  But -- so I'm going to overrule the

11 objection.  But I will take into account in weighing the

12 evidence, you know, the matters that have been brought out

13 by Mr. Bendernagel.  I think they do go to weight.

14       Mr. Qureshi, you may proceed.

15       MR. QURESHI:  Okay.  Thank you, Your Honor.

16              DIRECT EXAMINATION (RESUMED)

17 BY MR. QURESHI:

18 Q    Mr. Singh, when you were first retained in this matter

19 what is it that you were asked to do?

20 A    We were asked to assist Akin Gump on behalf of

21 Aurelius in evaluating what they expected to be Lazard's

22 expert report to be issued on the 8th of February, and to

23 the extent required provide a rebuttal.

24 Q    Okay.  And is Raymond James' compensation in this

25 matter in any way contingent upon the outcome of these

1    proceedings?

2    A    No.

3    Q    Okay.  Sir, what I would like you to do now is turn to

4    Page 7 of the demonstratives where you've summarized the key

5    methodologies and ask you to please just give the Court a

6    general overview of -- of what it is that you did before we

7    get into the details of each segment.

8    A    Sure.  Well, Lazard prepared a sum of the parts

9    analysis which broke the business into its core pieces:

10   Publishing, broadcasting, other wholly owned -- those are

11   all businesses that they own and control -- and then non-

12   controlled interest.

13        And in general what we did is if you refer to Page 9,

14   maybe that makes it graphically a little bit easier.  What

15   we did and what page 9 is and I'll go more into it, I think

16   later, but it's just a buildup of the value difference

17   between Lazard's midpoint and the Raymond James computed

18   midpoint.  And the orange blocks relate to updated financial

19   and market data, and what that means is we went through a

20   variety of discovery material and to the extent that there

21   was updated financial metrics such as EBITDA, we updated the

22   report for that.

23        And what market data updates means is to the extent

24   that there was a pure set of companies for a comparable

25   companies analysis and there was stock price data or betas

1    or whatever else that might need to be updated, we updated

2    that based on market information.

3         This also had an impact on WACC calculations.  There

4    is certain information within WACC calculations that you go

5    to market sources for and update.  So that's all the orange

6    blocks.

7         With respect to the green boxes, publishing,

8    broadcasting, wholly-owned weighting, as I referred to when

9    Mr. Bendernagel was asking me some questions, this is where

10   we updated certain weightings based on the analysis that was

11   contained in -- in -- based on the analysis.  And there was,

12   for example, a weighting where they may have applied thirty

13   percent and we applied ten percent, so there was a change to

14   the weighting.

15        And, finally, the blue box is what we call other and

16   other relates to some methodology revisions related to the

17   non-control which, you know, has some, you know, specific

18   details associated with it and then some other items such as

19   what we call pension add back which is really an

20   amortization of previous losses from 2008, unrealized losses

21   in their pension portfolio which we felt needed to be added

22   back as well as distributable cash estimate.

23        So going back to Page 7, you know, that kind of

24   summarizes those boxes.

25   Q    Okay.  Now the copy of the expert report that you have

1   in front of you is as amended on March 12th.  I would like

2   you to turn, please, to Page 8 in the demonstratives and --

3   and describe to the Court what changes you made from the

4   original report and why.

5   A      Sure.

6   Q      And let's start with your DCF analysis which is the

7   first box on the left.

8   A      Sure.

9         Before I -- well, within the DCF what we did is

10  inadvertently deducted some values to adjust EBITDA related

11  to the non-cash pension expense and it was only supposed to

12  impact the comparable company analysis.  So we corrected

13  that.

14        We updated certain other financial data that wasn't

15  included in the February 2011 report which wasn't properly

16  reflected and we updated the discounted cash flow analysis

17  to discount back to June 30th instead of December 31st of

18  2010.

19  Q      And -- and what was the net effect of those changes on

20  your valuation conclusion?

21  A      It had an increase of $23 million to the distributable

22  value.

23  Q      Okay.  And what changes, sir, did you make with

24  respect to your distributable cash methodology from your

25  initial report?

1  A    The distributable cash estimate is based on what I'll

2  get into more detail about later, but it -- it's a proxy for

3  the future cash flows and we made certain adjustments to it

4  because we didn't have an updated cash flow, so we had to

5  create a proxy for it.  And one of the adjustments we made,

6  we should have made an additional adjustment and we failed

7  to do so.  So we corrected it.

8       The second line item relates to capital expenditures.

9  We properly reflected, I think, the capital expenditures in

10  the various other sections, but that didn't -- that

11  correction didn't roll forward into the distributable cash

12  estimate and we corrected that.

13  Q    And, again, what was the net impact of those changes

14  on your original valuation conclusion?

15  A    Decreased -- decreased the midpoint by 26 million.

16  Q    Okay.  And with respect to Scripps Network

17  Interactive, can you describe the changes made there?

18  A    Really two categories:  One, we reference some data

19  from a public source and we selected the wrong point of data

20  and we -- we improperly included it so we updated that and

21  properly included the right piece of data.   And the second

22  is is there was adjustments -- we used the Scripps multiple

23  in a couple of different areas in the report as part of the

24  valuation in a couple of different areas and there's certain

25  adjustments that need to be made to it to make it apples to

1  apples in terms of valuation.  And I think there was a

2  component piece of that that we didn't properly compute, so

3  we made sure that we reviewed that and computed it.

4  Q     Okay.  And, again, was the net impact of that change?

5  A     Decreased the midpoint valuation by 38 million.

6  Q     Okay.  And then the next it looks like five

7  categories, you've described a number of changes, but

8  indicate on the right-hand side that there was no impact at

9  all on your valuation conclusion.  Can you please describe

10  what those changes were?

11  A     For the most part they were illustrative charts and

12  other data that was provided where there was either better

13  data or transcription error or something along those lines

14  and we updated those and they didn't have any resulting

15  impact on value.

16  Q     Okay.  So overall, sir, what was the change from your

17  midpoint estimate of -- of enterprise value in your original

18  report to your amended report?

19  A     It lowered distributable value by approximately forty

20  or $41 million.

21  Q     And what's the percentage impact of that

22  approximately?

23  A     I think it was less than .0 -- or 0.5 percent.  So 0.4

24  something percent, I believe.

25  Q     Okay.  And before we leave this page, I would like to

1    direct your attention to Footnote 1 at the bottom of the

2    page describing updated financial matrix from TFN.  Can you

3    explain to the Court, please, what that footnote is about?

4    A      Sure.

5           Following the issuing of our report, we were made

6    aware of certain updated information for TFN and while we

7    didn't discover that or have that information available

8    prior to issuing a report, since it did have a material

9    impact we felt it was important just to disclose.  So if we

10   were to update some of the TFN -- TV Food Network -- numbers

11   that we had for the numbers which I believe now are updated

12   actuals and estimates, it would further reduce our total

13   distributable value by 71 million.  And that number is not

14   reflected in our report, so that would be an additional

15   deduction at some point when you were to evaluate the total

16   findings.

17   Q    Okay.  And can you please take a look at the amended

18   expert report that I've placed in front of you.  It's

19   Exhibit 2469 and just confirm for me that that is, indeed, a

20   copy of the amended expert report of March 12th.

21   A      It is.

22           MR. QURESHI:  Your Honor, at this point I offer

23   Exhibit NPP 2469.

24           THE COURT:  Is there an objection?

25           MR. BENDERNAGEL:  No objection.

1          THE COURT:  It's admitted without objection.

2          MR. QURESHI:  Thank you.

3  (NPP Exhibit 2469 identified and admitted into evidence.)

4  BY MR. QURESHI:

5  Q     Now, Mr. Singh, before we jump into the various

6  segments let's look one last time -- one more time, quickly,

7  at Page 9, and in particular the orange boxes on that page,

8  and I would like you to explain how you arrived at those

9  numbers.

10 A     Sure.

11        So what we tried to do, because I thought that if we

12 simply just took the Lazard midpoint and showed the Court

13 that the midpoint increased without any breakdown, it would

14 be very difficult to follow.  So we really tried to isolate

15 each variable so that to the extent there's questions in

16 each or any variable, you're able to go back and actually

17 analyze each change.

18        And what the orange blocks do is isolate the changes

19 related to financial and market data updates.  So just to be

20 clear, those numbers do not include changes associated with

21 the other bars.  So if you're to take the Lazard report and

22 update for financial and market data, that would be the

23 resulting impact of an increase of $839 million in value.

24        And then the -- did you just ask about the orange?

25 I'm sorry.

1  Q     Yeah.   I just asked about the orange for now.   We'll

2  come back to the rest.

3        Turn to Page 10, please.   And can you explain to the

4  Court what you're illustrating on this page?

5  A     Sure.

6        Our sense was, you know, from an outside viewpoint

7  when you look at that eight-hundred-and-thirty-nine-million-

8  dollar-number, it's a very large number and it really

9  relates to updates of financial and market data.   And just

10 for illustrative purposes, again, this isn't mathematically

11 linked to anything.   It's just to take all of the comp

12 companies that we used and just to show within those

13 categories how much the stock has appreciated since October

14 4th.   And the reason why we picked October 4th is the Lazard

15 February 8th report is based on stock prices as -- as of

16 October 4th.

17        So, again, I wouldn't focus so much on the mean

18 because it doesn't tell you anything in relation to the

19 total value.   But if you just look across the categories you

20 can note that in general from October 4th to February 18th,

21 there was a, you know, 22.9 percent mean increase.   And if

22 you were to do the same analysis and look at their

23 supplement date, which was January 19th and increase it --

24 and extrapolate it to February 18th, again, there was also a

25 significant upward movement in the market.

1       And the reason why we picked February 18th, just to be

2   clear, is we were asked to provide a report as of February

3   21st, and the last trading day was February 18th and that's

4   our consistent firm practice, which is to submit valuations

5   or valuation-related materials as of the last trading day.

6   Q    And why is that Raymond James' practice?

7   A    Because a general theory of valuation relies on using

8   the most up to date information.

9   Q    Okay.  And do you know how the comparable companies

10  that you've summarized on Page 10, how those have traded

11  since you submitted your expert report on the 21st of

12  February?

13  A    I haven't had time to actually run it through my

14  report to actually tell you the change in value, but I'll

15  tell you in general the market has -- for those companies

16  has gone down.

17  Q    Okay.

18  A    So there would be a decrease in value.

19  Q    Okay.  Let's turn first to your evaluation of the

20  publishing segment and if you could turn, please, to Page

21  12.  And what I would like you to start with is to please

22  provide the Court with a general overview of your approach

23  to valuing the publishing segment.

24  A    Well, we broke it into two categories:  The first

25  category is updating financial and market data.  The second

1   category is adjusting the weighting.

2       So in terms of updated the financial and market date,

3   we updated the comparable companies through February 18th.

4   The -- I'm sorry -- the market data through February 18th,

5   the financial data that we had available through February

6   21st.  We updated the weighted average cost of calculation

7   -- cost of capital calculation based on new inputs, and we

8   discounted the DCF to June 30th instead of December 31st.

9       And in the middle you'll note that we updated the

10  Lazard reference range and what we attempted to do was make

11  it a quantitative exercise where we looked at the total peer

12  set of companies that they used, figured out how many turns,

13  if you will, their range was above or below the mean and as

14  we updated the stock prices and the mean moved, then we

15  would move their range in relation to that mean the same.

16  So that way if, for example, they were to have selected, you

17  know, certain of the companies and relied less or more on

18  other companies, you know, to the extent the stocks move

19  together, it should capture the differences.

20      So it was just a mathematical exercise in the absence

21  of any disclosure in the report that they specifically

22  relied or did not rely on certain numbers.

23  Q   Okay.  The second heading you have on Page 12 relates

24  to the -- to the weighting of the DCF.  Again, can you

25  describe for the Court in general terms what you did there?

1   A      Well, when we performed the valuation analysis, we

2   were conducting our own due diligence and we found certain

3   things that caused us some concern with respect to the

4   projections, or actually really caused, I guess, Lazard some

5   concerns with respect to the projections.  And we analyzed

6   the exercises that they did and we re-performed them and

7   understood better what the concern was.

8          And when you then look at computing what your value of

9   a company should be, we took into consideration the

10  conclusions reached by the discounted cash flow analysis in

11  relation to the comparable company analysis and evaluated

12  what the proper weighting should be because the results were

13  fairly dramatic and required, you know, a closer look.

14         And, again, I would view that more of a technical

15  exercise.

16  Q    Okay.  Well, let -- let's explore the weighting issue

17  in a little more detail.  Your -- your first bullet under

18  Item 2, consistent out performance of forecasts during 2010,

19  please explain, sir, how that item relates to the judgment

20  you made with respect to weighting.

21  A      Well, if you go to Page 15, what you see for 2010, the

22  first chart to the left is revenue and the chart to the

23  right is EBITDA.  The revenue chart you'll see that they

24  estimated revenue to be a billion 887 and then actual

25  revenue came in a little higher at just over 2 billion.

1       If you go to the chart to the right, that's where you

2   see a much more dramatic impact where they estimated EBITDA

3   to be 177 million and it actually came in at 280 million,

4   which is almost sixty percent higher or, in dollar terms, in

5   excess of $100 million higher.

6       So when you consider a discounted cash flow you need

7   to consider the inputs that go into the discounted cash flow

8   and how that may affect the output.  And, you know, this is

9   something that was brought to our attention in the context

10  of our diligence and when trying to understand the results,

11  we just got informed by this is a data point.

12  Q    Okay.  Flipping back to Page 12 for a moment, the

13  second bullet point under Item 2, Acknowledged conservative

14  projections, can you first explain what you mean by that?

15  A    Yeah.  When we reviewed some of the information, in

16  particular Mr. Chachas's expert report, it actually just

17  struck us as relatively unusual for an expert to go out of

18  his way and, you know, discuss management's projections.

19  And, you know, in his discussion of the projections he noted

20  that, you know, management, you know, was having difficulty

21  or -- well, I don't want to paraphrase -- but more or less

22  that there was some uncertainty in their projections and

23  that impacted them as well as he had questions as how -- as

24  to how they performed versus their peers.

25      And as a result we just simply performed some analysis

1 in relation to that.

2 Q    Well, turn to Page 14 for a second.

3 A    Yes.

4 Q    And you've excerpted there a section from Mr.

5 Chachas's report.  Is that what you were just referring to?

6 A    Yes.

7 Q    Okay.  And now, sir, turn if you could for a moment to

8 Page 16.

9 A    I'm there.

10 Q    And please explain how the information on this page

11 relates to your conclusions with respect to weighting.

12 A    So what we did on Page 16 was we benchmarked Tribune

13 versus their peer group and what I mean by peer group is in

14 the Lazard valuation analysis for comparable companies they

15 have two groupings.  They have pure play and diversified.

16 The pure play is, as it suggests, you know, more direct, you

17 know, publishing businesses and the diversified are

18 companies with publishing as well as other assets.

19     And then they -- we also compared them to what we call

20 precedent bankruptcy companies which are a series of other

21 publishing related businesses that had projections in their

22 disclosure statements.  So then we just simply put the

23 Tribune bar, which is the gray bar, compared them to how

24 everybody else is projecting for 2011 and '12 and onward --

25 or actually 2011, I apologize -- and saw how they came out.

1   And if you look at the revenue growth expectation, Tribune,

2   obviously, their -- their bar is lower than each or any of

3   those groups.  And if you look at the EBITDA growth, again,

4   it would be the same thing; that their expectations are

5   below any of those peer groups.

6   Q    Now -- and, Mr. Singh, why is it relevant to your

7   valuation exercise to compare Tribune's projections to these

8   peers that you set forth here?

9   A    It just helps me put into context, you know, the

10  projections and the resulting impact it would have

11  quantitatively on the DCF analysis.

12  Q    Okay.  And in drawing this comparison are you in any

13  way criticizing management for its projections?

14  A    No.  We accept management's projections.  It was

15  simply a -- a analytical exercise for us to better

16  understand what -- what it is that the concerns were.

17  Q    Okay.  And turn next, if you could, please, to Page

18  17.  And can you describe for the Court, please, what it is

19  that you're depicting on this page.

20  A    This is just a graphical analysis of their

21  projections.  The top dark blue line is EBITDA.  EBITDA over

22  the projection period is expected to decline about forty-

23  seven percent.  The light blue line underneath that is their

24  unlevered free cash flow.  That's expected to decline eighty

25  percent.  So if you sort of follow the logic through that in

1  a couple of more years, you know, it will -- it will

2  approach zero.  And the red line is their total CAPEX and

3  that just stays steady throughout the period which, you

4  know, again, our expectation was perhaps it would scale with

5  the business.  But, again, you know, we -- we took these

6  projections at face value.

7  Q    Okay.  And -- and please explain to the Court how all

8  of that information that you've set forth on these several

9  slides ultimately factored into the decision that you made

10 with respect to how to weight the two methodologies.

11 A    Again, it was just informative.  I mean, it just

12 demonstrated that they -- they -- they're projecting the

13 business to decline and continue to decline to a point

14 where, you know, they will be, you know, limited to perhaps

15 no -- no free cash flow after some point in time and that

16 would have an associated impact analytically on the results

17 of the DCF.

18      So it was more of a analytical exercise to better

19 understand how the DCF arrived at where it would arrive at.

20 Q    Okay.  Turn to Page 13.  And -- and first, please

21 explain to the Court what the information is that you're

22 setting forth here.

23 A    Sorry.  I was on the wrong page.

24      Page 13 tries to, as I described, I guess, on the

25 previous page, there were sort of two steps.  The first was

1   to update financial and market data.  The second step was to

2   update the weighting.  So that we could isolate how the

3   changes that we put through our report impacted the total

4   change in value.

5       So if you go smack to the middle of the report,

6   there's a column that says, "Number One:  Updated Financial

7   and Market Data Impact."

8   Q    Yeah

9   A    And if you were to drive that through, that just

10  demonstrates that the change in the total distributable

11  value is somewhere between negative two and $17 million.  So

12  there's, you know, some, but not a significant impact caused

13  by that.

14      The more significant impact relates to, as you

15  continue to the right where we call it adjusted weighting.

16  And what we did here is Lazard had used a weighting of

17  seventy percent attributable to the comparable company and

18  thirty percent attributable to the discounted cash flow.

19  And we adjusted that weighting to ninety percent to the

20  comparable company and ten percent to the distributable cash

21  flow.

22  Q    Okay.  Now you -- you've explained why you adjusted

23  the weighting, but what I would like you to do now, sir, is

24  explain why ten percent to the DCF as opposed to five or

25  fifteen or some other number.

1  Q     Well, ten percent was just simply judgment.  I mean,

2  we were -- we -- when we looked at the numbers and when we

3  generally do valuation exercises -- and I think, you know,

4  most valuation practitioners would probably do a similar

5  exercise -- you try to get data points from as many

6  different methodologies that are reasonable under the

7  circumstances.  And then you try to triangulate a value that

8  seems to be common amongst those methodologies.

9       And that doesn't mean that the numbers are exact one

10 over each other.  It just means that there's some

11 relationship.  And when you have two methodologies as in

12 this case, there's the precedent transactions were -- were

13 not relevant.  You know, you had one that was based on its

14 pure companies and came out to a billion-two to a billion-

15 three and another based on a discounted cash flow which came

16 out to 230 to $340 million.  And there just didn't seem to

17 be much of a relationship between how the market was valuing

18 them and how, based on the projection model, the DCF had a

19 result that was dramatically different, not even within a

20 range.

21 Q     Okay.  Now let's turn to Page 18 and I would like you

22 to focus for a minute on the implied multiples that you show

23 on this page and tell us if those multiples have any

24 relevance to your judgment with respect to weighting.

25 A     Sure.

1      All the multiple does is, you know, show a percentage

2  or a multiple change versus the numbers that I just

3  mentioned.  So the billion-two to billion-three is still

4  there.  The 230 to $344 million is still there if you look

5  under the right column.  The multiples just show you, okay,

6  well, if -- if a buyer were purchasing this company, how

7  much are they paying in terms of a multiple of EBITDA, and

8  in this instance it implies that they're paying somewhere

9  between less than one, meaning .9 times EBITDA to 1.2 times

10 EBITDA.  And, you know, that -- that basically suggests that

11 a buyer could buy the asset and recover their investment in,

12 you know, some reasonably short period of time, a year or

13 two, depending upon cash flows.

14     So it just -- just another check in terms of

15 understanding what the results said.

16 Q    Okay.  Now you obviously disagree with Lazard's

17 decision to weight the DCF at thirty percent.  Can you

18 explain why you believe that thirty percent in this case is

19 too much weight for the DCF?

20 A    There just simply wasn't a relationship to weight it,

21 you know, so significantly in comparison to the other

22 methodology.  So if there was a closer relationship between

23 the outputs, you could then justify, you know, some

24 weighting, whether it's an even weighting or some premium or

25 discount and develop a rationale between the premium and

1  discount.

2      But if there's absolutely no relationship, then I

3  struggle as a valuation person to figure out, you know, how

4  you can put any meaningful or significant percentage

5  weighted to that methodology.

6  Q    Okay.

7  A    It just didn't look right.

8  Q    Well, did you consider not relying upon the DCF at all

9  for your publishing valuation?

10  A    I considered it, but, again, it is management's

11  projections and they did perform a DCF and, you know, I just

12  discounted down to a reasonably low value.

13  Q    Okay.  So overall with respect to publishing when you

14  take into account both the updating the market and financial

15  information to February 18th and the weighting adjustments,

16  what is the overall difference between your publishing

17  valuation and Lazard's?

18  A    The overall difference results in a total of $201

19  million, and, again, just for clarity, the vast majority of

20  that two-hundred-and-one-million-dollar difference is

21  associated with the weighting change.  Very, very, you know,

22  small portion of it relates to updating of financial

23  information --

24  Q    Okay.

25  A    -- and market information.

1  Q     Okay.  Let's move on to the broadcasting segment of

2  the company.  Turn, please, sir, to Page 20 of -- of the

3  demonstratives.  And, again, let's start with describing for

4  the Court in general terms what you did to get to your

5  broadcasting conclusion.

6  A     Again, we did a very similar exercise.  We updated the

7  financial and market data, the -- you know, based on the

8  close of market of February 18th and based on information we

9  had for the actuals and estimated information through

10 February 21st.  We updated the WACC the same way we updated

11 the WACC in the previous section and we updated the DCF the

12 same way we updated the DCF in the previous section.

13 Reference range, same thing.  We came up with a quantitative

14 method to index where Lazard's range came out relative to

15 the mean.  And we used the full set of both pure plays and

16 diversifieds absent information to think differently about

17 it.

18      You know, and, again, just to be clear, this is

19 probably more of either my philosophy or the firm

20 philosophy, when we submit valuations we typically, to the

21 extent have information on a page of paper, it either

22 informs us or we rely upon it, and I didn't know where

23 within that page they would focus their time and energy in

24 terms of quantitating their multiple.  So I thought it --

25 Q     Is the "they" you're referring to Lazard?

1    A     They -- I'm sorry.  Lazard.  So I thought the

2    quantitative approach to index it, because I knew market

3    data would change, would hopefully, you know, keep them

4    reasonably in the same place as where they intended to be,

5    assuming, you know, both categories, stock prices moved in

6    somewhat lock step.

7    Q     And when you say reasonably where they intended to be

8    -- do you mean relative to the mean of Lazard's comps?

9    A     That's correct.  I -- the intent was to maintain their

10   thought behind it.

11   Q     Okay.  Now with respect to broadcasting you also made

12   some adjustments to the weighting.  Can you give us an

13   overview of that, please?

14   A     Sure.

15         In this section they had introduced a methodology

16   which I have never seen and, you know, didn't seem -- deem

17   reliable.  So we -- we discarded that, and then when we

18   looked at the methodologies that they employed as to how

19   they determined to weight one sixty percent and one forty

20   percent -- because I believe they discarded the precedent

21   transaction analysis as well -- we didn't under -- we

22   couldn't conclusively arrive at a rationale to change the

23   weighting.  So just philosophically I kind of generally --

24   generally start at a fifty/fifty weighting and look for

25   reasons why you would increase that or decrease that

1  relative to one another.

2  Q    Okay.  Well, let's turn to Page 21 where you provide

3  some more detail about the broadcasting valuation.  I would

4  like you to start with the comparable company methodology

5  that you applied here and -- and describe for the Court what

6  -- what changes you made there to Lazard's valuation.

7  A    Again, if you follow the chart and kind of start right

8  in the middle of the page it says, "Updated Financial and

9  Market Data."  Pardon me.  And if you follow through

10  comparable companies, we simply updated that information,

11  the stock prices and the like and, you know, quantitatively

12  updated the range and it resulted in an increase in the

13  midpoint value of ninety-six to $76 million.

14  Q    Okay.  Now with respect to precedent transactions can

15  you explain why you did not rely upon that methodology at

16  all?

17  A    It was just a very unusual analysis.  They, I believe,

18  utilized data --

19  Q    And, again, just so the record is clear, the "they" is

20  Lazard?

21  A    They.  I apologize.  Lazard performed a very unusual

22  analysis that was included in the book.  It related -- the

23  analysis related to transactions that occurred in 2005 for

24  the most part and some in 2006 and 7, and then computed a

25  premium and then I -- I believe -- I had difficulty

1  following it because it's not something that we've ever

2  performed ourselves -- and then added that premium to the

3  comparable company ranges.  So it just didn't intuitively

4  seem to be a -- a reliable method and, you know, obviously,

5  had we chosen it would have resulted in a higher value

6  because the range -- the resulting range almost by

7  definition the way that the exercise was designed is much

8  higher.

9       But we -- we just couldn't follow it and understand it

10 well enough to include it so we excluded it.

11 Q    Okay.  Now when Lazard discarded that method, they

12 left the weighting as between the other two methodologies at

13 forty percent to the comps and sixty percent to the DCF.

14 You adjusted that to fifty/fifty.  Why did you make that

15 adjustment?

16 A    Again, it's just more of a philosophy of, you know,

17 you keep things even and then come up with good reasons why

18 to change them.  And in this case, you know, looking at the

19 comp sets and looking at the discounted cash flow, there was

20 no rationale to suggest that the quality of information of

21 one or the other was meaningfully different.  As a result, I

22 would just weigh them evenly.

23 Q    And, Mr. Singh, what was the overall difference in the

24 valuation conclusion for the broadcasting segment between

25 you and Lazard?

1   A      Yeah, this is sort of the opposite of our findings in

2   the publishing where, if you recall, in publishing, most of

3   the change, most of the $200-million change really related

4   to the weighting.  In this instance, the vast majority of

5   the change, in this case, 169 million, really related to

6   updating financial and market data, and 150 to 142 was that,

7   and only 20 to 24 was the weighting.  So the weighting

8   change at the end of the day was, you know, a relatively

9   small percentage of the total change.  So it didn't, you

10  know, to be colloquial, didn't move the meter a whole lot.

11  It just -- but certainly, you know, 20 to $24 million is a

12  meaningful number.

13  Q      Okay.  Let's move on to Tribune's non-controlled

14  interests, and this update begins at Page 23.  And as we

15  move into this section, Mr. Singh, I just want to remind you

16  to be cognizant of the confidentiality restrictions related

17  in particular to the Food Network information.

18  A      Right.

19  Q      So with that in mind, can you describe at a general

20  level how you went about conducting your valuation for these

21  assets?

22  A      Sure.  You know, this is a little bit more of a

23  complex exercise because, if you recall, what they refer to

24  non-controlled interests really are three substantial

25  businesses, TV Food Network, Classified Ventures and

1  CareerBuilder.  There's some other assets in there, but they

2  don't -- we don't really address them because they don't

3  have, you know, as significant a values associated with

4  them.  And within those three companies, under this non-

5  controlled -interest umbrella, we -- there is different

6  aspects to the exercise that we addressed, but common

7  throughout all of them was updating financial and market

8  data.  We updated the market data for February 18th, and we

9  updated the financial data through February 21st.  So that

10  was consistent with what we did in other areas, but in terms

11  of the methodology adjustments, we had somewhat different

12  changes in each of the different areas, which, you know, I

13  can walk through.

14  Q    Okay.  Well, let's turn to Page 24, where you've

15  summarized some of those changes.  And let's start here with

16  just understanding what the quantum of these various changes

17  was.

18  A    Sure.  Well, the total change in this section is very

19  significant.  It's a total of $796 million.  Out of that

20  $796 million, if you kind of go to the middle of the page,

21  that number one, updated financial and market data, 588 to

22  628 of it is the updated financial and market information.

23  So the majority of it really is updating of information.

24  The -- to the right, the number two methodology adjustments,

25  that's also a big number, but it's the minority of the

1    overall change, and that is a 227 to 149-million-dollar

2    range.  And the other thing you'll note, you know, the top

3    three items are the items we addressed, which is TV Food,

4    CareerBuilder and Classified.  The rest of the items didn't

5    really have significant changes relative to the aggregate,

6    so the section will focus on those three.

7    Q    Okay.  Well, let's start with TV Foods.

8    A    Sure.

9    Q    And you've summarized your adjustments there on Page

10   25.  And what I'd like you to start with here is you've

11   listed the methodologies that you've applied, the comparable

12   company analysis, the precedent transactions, and then you

13   go to the weighting.  Why did you not conduct a discounted

14   cash-flow for this asset?

15   A    Well, we noted that there was a couple instances in

16   our due diligence that we found that Lazard did do a

17   discounted cash flow.  I believe maybe one was in the

18   February timeframe and --

19   Q    February of --

20   A    Excuse me, February 2010 timeframe, and another one

21   was -- I'm going to guess -- September 2010 timeframe, but

22   there was no discounted cash-flow analysis included in their

23   February 8th report.  And given the magnitude of this asset,

24   we were actually somewhat surprised that they did not

25   include it, but it was not available for us to analyze and

1  we didn't have the data to reperform one.

2  Q    Okay.  Let's start then with the updated financial and

3  market data for this asset.  How did that impact your

4  valuation?

5  A    As you saw on the previous page, 24, the updating of

6  financial market data increased the valuation by between 280

7  and 308 million, so it was very significant; however, as

8  opposed to, perhaps, the market driving a significant

9  portion of the value, in this instance, it was probably the

10  company's performance that drove a significant portion of

11  the value change.  And what we attempted to do, and I won't

12  -- I'll try not to use numbers -- is if you look under the

13  column that says detail, there's really two boxes, one

14  that's a Lazard valuation and one that says TFN Management

15  Committee Meeting.  And the numbers under the Lazard

16  valuation, you'll see 2010 and 2011.  Those are the numbers

17  they used in their report.  Under the 1/27 management

18  meeting, you'll see the numbers that have now been updated

19  for the 2010 actual and the 2011 estimated, and you'll see

20  that the variances are very significant, you know, and when

21  you apply a multiple to the dollar values here, you know,

22  that results in a big portion of the total change.

23  Q    Okay.

24  A    And the other thing I wanted to note here is, you

25  know, we -- as part of our analysis, there was a lot of

1  public disclosures by the parent company, Scripps, that had

2  indicated that the company was outperforming, and we created

3  a proxy for what we believed the updated numbers to be

4  because we didn't have access to them, and we used that

5  proxy in our report.  So as a result, when we now became

6  aware of these TFN Management Committee numbers, our report

7  would also come down in value.  So their report would go up

8  significantly still in value, but our report would come down

9  by almost $71 million.

10  Q    Okay.  Now, let's turn to the comparable company

11  methodology.  What changes did you make here to what Lazard

12  did?

13  A    Well, in Lazard's comparable company analysis, and

14  again, you have to take into consideration that there was no

15  discounted cash flow, so traditionally in valuation, you're

16  going to use a DCF method, discounted cash-flow method, a

17  comparable-company analysis and a precedent-transaction

18  analysis.  They used one company as their comparable

19  company, and in their precedent transaction, they used one

20  company as their precedent transaction.  So, you know, what

21  we did was we reviewed the Lazard materials, and they had

22  identified Discovery as a potential comparable company at

23  some point earlier, and we reviewed Discovery's material in

24  detail, and we believed that it was a reasonably good

25  comparable company.  I think that they only really relied on

1  Scripps on the rationale that Scripps is the parent company

2  of TFN, and therefore, you know, if it's the parent company,

3  it's got to be a very good comparable company, and that

4  logic is sound.  It obviously is a very good comparable

5  company, but you have to take into consideration that

6  Scripps, as a whole, has other related businesses that, you

7  know, has its own performance.  So the value of Scripps

8  isn't solely dependent on the value of TFN.  It's a

9  component piece, but it's not solely dependent, and to

10 describe that, we included this small chart here, and we

11 essentially just tried to show the EBITDA margin for TFN as

12 we computed it is approximately 56.7 percent, and the EBITDA

13 margin for SNI as a whole, and this is public information,

14 is 40.9 percent.  So obviously, TFN is -- outperforms SNI.

15 Then, if you go to the right, SNI excluding TFN, so if you

16 were to take that out, SNI's percentage goes down

17 meaningfully, which tells you that TFN really carries a lot

18 of the burden for SNI.  And then furthermore, we compared

19 Discovery and, you know, TFN performs very well compared to

20 Discovery.  Then, we looked at revenue growth in a similar

21 way and, you know, had similar findings that, you know, TFN

22 performs very well compared to SNI.  So, yeah, we agree SNI

23 is a good comp, but we also believe that TFN may be a, you

24 know, a core-value driver within SNI relative to the other

25 assets in SNI's portfolio because they do have other assets.

1  And, you know, using Discovery as just another market check

2  to think through, you know, how would you compare -- if SNI

3  is comparable to Discovery, you know, why would you not

4  include it, and in our research, we found, for example, JP

5  Morgan, in addition to Lazard, and, I think, Morgan Stanley,

6  in one of their research reports in addition to Lazard,

7  state that Discovery is a reasonably good comp.  So our

8  analysis supplemented by some third party supplemented by

9  what Lazard said got us comfortable including it and got us

10 comfortable that, you know, TFN, you know, is also, based on

11 our analysis, a very meaningful part of Scripps.  So --

12 Q    And, Mr. Singh, now let's move to the precedent

13 transaction analysis, and please describe what changes you

14 made there.

15 A    Precedent transaction analysis, again, you know, I

16 want to go back to this.  There was no DCF, there was one

17 comparable company, and there was one precedent transaction

18 as a reference point.  The one reference within the

19 precedent transaction was the purchase of the Travel Channel

20 by Scripps, and that was the only point reference we had.

21 And we reviewed again.  Within the Lazard material, we found

22 another comp called the Weather Channel, and we studied the

23 Weather Channel a little bit, and at Raymond James, we had

24 some additional materials that were able to read about and

25 better understand some of the metrics within Weather Channel

1  and some of the valuation metrics associated with that

2  transaction.  So we felt we had accurate information

3  associated with the transaction.  So we added the Weather

4  Channel as a precedent transaction, and in addition, you

5  know, the weather channel multiple came in a very close

6  range to the Travel Channel multiple, and we adopted the low

7  end of that range, meaning, the Weather Channel actually was

8  lower than the Travel Channel multiple.  And as a result, we

9  also, you know, updated the range because of that, so in

10  this section, we actually adopted our own ranges because we

11  were dramatically changing the composition of the pools

12  within the comparable company and precedent transactions.

13  So there's nothing to index off of.  There was only a

14  company, a single company, and we believe that there should

15  be more than one company in these instances, so we adopted

16  our own range based on the means and medians, and we used

17  the means and medians and computed an overall.  And in the

18  precedent transaction, to be on the conservative side, we

19  simply used the low end of the two and computed that.

20  Q     Now, Mr. Singh, you mentioned that Lazard used one

21  comparable company, one transaction and no DCF.  In your

22  experience for an asset of this size, is that unusual as a

23  matter of valuation methodology?

24  A     You know, it's challenging to arrive at a good

25  conclusion using a limited amount of data points, and

1   sometimes you just don't have a choice.  It's just the

2   reality of valuation.  Sometimes you just don't have a

3   choice.  And in this instance, I was concerned because it is

4   a massive value driver for this company, and it's a very big

5   growth portion in terms of value for this company, and as a

6   result, you know, we felt that the work required, we did,

7   and we made the appropriate updates.

8   Q    Okay.  Now, let's turn to the weighting of the

9   methodologies for this asset, and here, too, you made some

10  adjustments to what Lazard did.  Can you please explain the

11  changes you made and why.

12  A    Sure.  Again, this goes back to, you know, general

13  philosophy of if you have good information in the various

14  methodologies, you know, weight them similarly and make

15  adjustments based on good reasons.  And, you know, in each

16  of the comparable company and precedent transactions, we had

17  good reasons to weight both of them.  So in the absence of

18  reasons to do otherwise, we weighted them equally.

19  Q    Okay.  Let's move on to CareerBuilder, which is Page

20  26 in the presentation.  Can you please summarize for the

21  Court the adjustments that you made to Lazard's valuation of

22  this asset?

23  A    Sure.  We updated the financial and the market data as

24  I described in the previous areas, and in this instance, we

25  -- they had a -- they had three comparable companies,

1    Monster, Dice and Manpower.  Manpower, we didn't believe was

2    a comparable company.  And again, it was pretty

3    straightforward.  Monster and Dice were internet-based

4    career websites, and Manpower is more a bricks-and-mortar HR

5    and staffing company that's all over the world.  So we

6    removed Manpower from the comp set.  The next thing we did

7    is, again, for -- this is a pretty significant asset of the

8    company.  Lazard did not perform a DCF.  They did perform

9    the comparable-company analysis, for which we modified

10   Manpower, and they did not have a precedent transaction

11   analysis.  So they were relying in their valuation solely on

12   comparable companies, which included three comparable

13   companies, of which the three, one, upon our analysis, we

14   couldn't understand why it would be included because it's

15   not even a related business.  It is a related business in

16   the sense it is in the, I guess, career-oriented arena, but

17   it's a bricks-and-mortar international staffing company

18   versus a website-driven business, which is both Dice and

19   Monster.  So again, we felt it was important to find other

20   points of references, and what we found in the precedent

21   transactions is in September 2008, CareerBuilder, the

22   company itself, sold a ten-percent block in CareerBuilder

23   that it owned, so it used to own -- you know, I don't

24   remember the percentage, but if today it owns 30.8, it used

25   to own 40 percent.  So they sold ten percent to one of the

1  partners, Gannett, and we thought that was a relevant comp

2  considering it was a sale of its own company.  So, you know,

3  it's unusual you're able to find a sale of its own company

4  to make it a comp, and it also occurred in September of

5  2008, which is a very challenging time in the market, and --

6  which was also probably a challenging time for Tribune, so,

7  you know, we didn't think that was necessarily an aggressive

8  metric to use either because of the timing in which it all

9  occurred and probably the context in which it occurred.  So

10 we included that as a precedent transaction.

11 Q     And what is the overall difference between your

12 valuation and Lazard's with respect to CareerBuilder?

13 A     Well, what we did here is in the chart to the bottom

14 right, we actually showed Lazard's February 8th report

15 difference, and the difference is that Lazard understated

16 value by 150 to 179 -- $180 million; however, in their

17 January supplement, we looked at that briefly, and it

18 appears that that difference shrunk dramatically, that now

19 the difference is only 27 to $40 million.

20 Q     And do you know if the January supplement changes to

21 Lazard's never carried through to their ultimate valuation

22 conclusion?

23 A     Well, we rebutted their February 8th report, so I'm

24 assuming that that is the valuation conclusion.

25 Q     Okay.

1   A       I just put this here for illustrative purposes.

2   Q       Okay.  Let's turn next to Classified Ventures on Page

3   27.

4   A       Sure.

5   Q       And again, sir, please describe for the Court what

6   adjustments you made to Lazard's valuation for this asset.

7   A       Sure.  Again, we updated the market data.  We updated

8   the financial data, as I described in previous sections.

9   And here, they, again, didn't use a DCF, and they didn't use

10  a precedent-transaction analysis.  And what we did here is

11  we looked at their comparable-companies analysis, and we're

12  somewhat disturbed by what we found in that one of their

13  companies within their comparable-companies analysis was

14  sold, and it also stated in their comparable-companies

15  analysis that they principally relied upon that company in

16  their valuation.  So, you know, we were kind of troubled as

17  to exactly how to deal with that situation.  So they had

18  four comps, but they only really relied upon one, and that

19  one was no longer a comp.  So what we did was Internet

20  Brands, which was that comp, we then called that a precedent

21  transaction, as it was because it was now sold, and then we

22  utilized the three remaining comps, since they were included

23  on the page, and we looked at them generally and, you know,

24  they weren't necessarily, you know, spot on necessarily, but

25  we utilized them.  And we then also looked within the

1   precedent transactions through the companies report, and the

2   company in one of their reports had talked about --

3   internally about the Auto Trader transaction, which was a

4   minority purchase by the private equity fund, and that

5   traded at a 13-times multiple.  So that 13-times multiple

6   synced up very well with the Internet Brands sell of 13

7   times, so it was a validating transaction, in my mind.

8   While we didn't include it, we just kind of used that as a

9   point reference and footnoted it, so when we, you know,

10  thought about the valuation exercise here, you know, we

11  looked at the comp set, and there was three comps in there,

12  and we came up with ways to normalize those multiples, and

13  there was a couple precedent transactions in there, and, you

14  know, they seemed to validate one another, and we came up

15  with a 50-50 weighting.

16  Q    Okay.  Now, let's flip back to Page 24, which is your

17  summary page for all of the non-controlled    interests, and

18  let me ask you the -- you've talked about TV Food,

19  CareerBuilder and Classified Ventures with respect to the

20  remainder.  Did you do any update of Lazard's work?

21  A    I think we did a small update as it relates to legacy

22  and topics, and that changed the value two or $3 million,

23  and, you know, you'll see they're relatively -- relative to

24  the total value of this whole portfolio of assets, it's

25  relatively small.

1  Q    Okay.  And so overall, for non-controlled

2  interests, what was the change from Lazard?

3  A    Overall, a $796-million change, of which, as I stated

4  earlier, the vast majority really related to updates of

5  financial and market data.  That was 588 to 628, and the

6  methodology changes was 227 to 149.

7  Q    Okay.  Now, let's turn to the topic I'm personally

8  really excited to get to, which is some pension accounting,

9  Page 29.

10 A    Okay.

11 Q    And what I'd like you to do, Mr. Singh, is describe

12 for the Court what changes you made as a result of the

13 pension issue.

14 A    In the course of our due diligence, we came across a -

15 - it was actually a few days before we issued our report.

16 We were provided a February 2, 2011 board update package,

17 and within that board update package, they had a section

18 that they designated to relate to this noncash-pension

19 issue.  And I believe the reason why they wanted the board

20 to be aware of this -- well, it was in the board package,

21 and it was a pretty significant number, and I imagine that's

22 probably why it was in the board package.  And what it

23 basically stated was that there was a item called noncash-

24 pension expense that went through EBITDA, so you'd actually

25 deduct from EBITDA as part of a compensation expense of some

1  sort, this noncash-pension expense, and it was about $64

2  million.  And their actuaries just updated their actuarial

3  analysis, and they determined that upon implementation of

4  fresh-start accounting, not only would that $60 million go

5  away, it would actually turn into a credit of $25 million.

6  And as a result, you know, when we're thinking through

7  valuation and they are dedicating a whole section in a board

8  package to talk about a fresh -- a single, fresh-start

9  accounting adjustment of this order of magnitude on this

10  business, we thought it was relevant to analyze it and

11  include it in our analysis.  So what we did is, as it

12  relates to the pension section -- I apologize -- as it

13  relates to publishing and broadcasting and only publishing

14  and broadcasting -- the majority of the pension issues

15  reside there -- for the comparable-companies analysis, we

16  increased EBITDA simply by the amount of the expense.  We

17  didn't increase EBITDA for the credit, to actually bring

18  EBITDA up beyond.  We just took out this amortization

19  expense and restated EBITDA.

20  Q     And why did you do it -- excuse me -- why did you do

21  it that way?

22  A     Well, as I stated, this noncash-pension expense, what

23  it is is amortization.  It's amortization of unrealized

24  losses related to losses in their pension accounts from

25  2008.  So it's a noncash item.  It's just an amortization of

1   a previous loss. And when you implement fresh start, those

2   -- there's going to be adjusting issues caused by fresh

3   start, and those expenses are going to go away and turn into

4   a credit balance, but I didn't take into consideration a

5   credit balance because it really -- it's a noncash item, and

6   our feeling was just to get it out of EBITDA, and that's the

7   update we did. And we felt that the DCF, there was a line

8   item that normalized it for unlevered free cash flow, and we

9   felt that the DCF properly reflected that, so we didn't do

10   it to the DCF. There's also about nine-some-odd million

11   that related to corporate, but we didn't again -- we

12   couldn't quite figure out how to adjust the corporate, so we

13   just left it alone, but in theory, there would be further

14   adjustments because there's nine-some-odd-million dollars

15   going through corporate expenses right now that's reflected

16   ultimately here that just -- we couldn't figure out how to

17   make the adjustment, so we just didn't make the adjustment,

18   but there would be some multiple applied to that.

19   Q    Okay. Mr. Singh, turn to Page 30, please.

20   A    Sure.

21   Q    And tell the Court what the magnitude was of the

22   adjustments that you made for pension.

23   A    The total midpoint increase in total distributable

24   value is 182 million, and that comes based off a range of

25   174 to 191 million.

1  Q     And the information that caused you to make these

2  adjustments that you testified you first received just a few

3  days before your report, do you know if Lazard took that

4  information into account in its valuation?

5  A     I didn't see it reflected in their valuation.

6  Q     Okay.  Now, let's get through the last couple of

7  areas.  Distributable cash.  Let's turn to Page 32, and what

8  I'd like you to do is describe for the Court how you dealt

9  with distributable cash in your valuation.

10 A     Again, we looked at the methodologies that Lazard

11 utilized in their October and March valuation analyses, and

12 we essentially replicated the methodology based on an

13 estimated, you know, effective date of June 30th.  So we

14 used our -- for example, in our DCF calculation, a June 30th

15 date, and then in terms of cash, we had an October cash

16 flow, which we then applied the new 2011 numbers to, and we

17 made an estimate.

18 Q     Let me just stop you for a second and ask you to

19 explain.  What's the purpose of this analysis?  What is it

20 that you're trying to achieve?

21 A     Well, when we're trying to arrive at total

22 distributable value, there's three component parts.  There's

23 the value of the core businesses, the value of the non-

24 controlled  businesses, and then there's the value of the

25 total distributable cash at the assumed effective date.  So

1    we were trying to arrive at the best proxy we could for that

2    number.

3    Q       Okay.  Turn to Page 33, please.

4    A       I'm there.

5    Q       And can you explain what the magnitude was of the

6    difference between how you and Lazard dealt with this item

7    and how you got there.

8    A       Well, it resulted in a very significant increase.

9    It's an increase of approximately $157 million to total

10   distributable value.  You know, I should caveat that.  There

11   are some deficiencies with the analysis which, you know, may

12   change that number ultimately because there's assumptions

13   made.  Whenever you make assumptions, you know, assumptions

14   can change, so I do caution you that the 157 million may

15   change ultimately.

16   Q       Okay.  And what assumptions are you talking about?

17   A       Again, we didn't have a statement of cash flows based

18   on the 2011 budget.  We had a statement of cash flows that

19   was provided in October based on an earlier version of the

20   2011 budget.  So we had to take that statement of cash flows

21   and update it for the revised EBITDA projections.  So, you

22   know, we're just updating a revised EBITDA, and we do that

23   calculation and we capture that, and obviously, EBITDA may

24   be higher or lower ultimately, and also cash flow from

25   operating activities does have a degree of seasonality to

1   it, so there may be seasonality impacts of when certain cash

2   flows are generated, when taxes are paid, when you may

3   receive distributions related to your non-controlled

4   assets.  So there's a variety of things that can affect both

5   positively and negatively.  And the second column,

6   investment activities -- investing activities, I apologize,

7   capital expenditures, you know, I don't know what the

8   company's timing is to spend $130 million, and I don't know

9   if they started that or that's impacted by their

10  reorganization timing, et cetera.  And finally, financing

11  activities.  I think this relates to what they expected

12  would be amortization-related, their exit loan.  So

13  obviously, that likely would not be applicable in the first

14  six months.  And then moving over to the right, where you

15  see less and then several items, some of those items may

16  change.  For example, you know, during my deposition, we

17  discussed restructuring professional fees.  To the extent

18  that the restructuring professional fees that the debtor

19  incurs on behalf of all the professions, I suppose, exceed

20  $87 million, that number will go up, and that'll reduce

21  cash.  So there are several factors on this page that could

22  change, but in the absence of an actual cash flow and the

23  absence of updated numbers, I just created the best proxy I

24  could because as you can see by the result, it's meaningful,

25  and it's an important number.

1  Q     Well, given all of the uncertainties that you've just

2  described, why go through the exercise of trying to estimate

3  cash at a future date at all?

4  A     Well, this is the methodology that has been done by

5  Lazard in the previous two valuation reports, and I think

6  it's a methodology that constructs a reasonably accurate

7  estimate for what the projected cash is.  The challenges,

8  just simply, are, you know, there's a lot of assumptions

9  that go into it and things change.  So, you know, it's a

10 good proxy, and it's a lot of value, and I think it's

11 important for people to be aware of things that actually

12 may, you know, aren't hard to quantify ultimately because

13 the cash number will be the cash number, but it's a very

14 significant change in value.

15 Q     Okay.  Let's turn now, Mr. Singh, to the last section

16 dealing with the other wholly-owned assets.  This is set

17 forth on Page 35 of your presentation.  Can you -- first of

18 all, what assets are we talking about here?

19 A     There's principally two assets within the other

20 wholly-owned assets category, Tribune Media Services, or

21 TMS, and ForSaleByOwner.com, and we generally kind of put

22 them together just because by order of magnitude,

23 ForSaleByOwner is, you know, less than ten percent of the

24 total value, so we just, for illustrative purposes here,

25 just kind of included all those at one.

1   Q     Okay.  Can you describe for the Court, please, the

2   principal changes that you made to Lazard's valuation of

3   TMS?

4   A     Sure.  It's really in two categories, as in the past.

5   If you go to the middle of the page, there's a one, and it's

6   says updated financial market data, we updated the financial

7   and market data.  And as a result, it increased the value 42

8   to 46 million.  And if you go over to the right, the

9   adjusting of weightings, here, that was again a somewhat

10  unique circumstance.  We looked at their precedent

11  transactions analysis, which is the middle column of the

12  chart.  What they did was they used a bid from a sale --

13  incomplete sale process from 2008 and called that a

14  precedent-transaction analysis.  And we were not satisfied

15  that that was a valid exercise.  It was just simply a bid,

16  and it's not a precedent-bid analysis or precedent-

17  transactions analysis.  So we basically invalidated that

18  analysis and reallocated the ten percent that Lazard

19  allocated to comparable companies.

20  Q     And what was the overall difference in your conclusion

21  to Lazard?

22  A     Well, the weighting difference caused a seven-to-

23  eight-million-dollar difference, so in relation to the

24  total, obviously, that's much smaller, but the aggregate

25  difference is $51 million.

1    Q      Okay.  Mr. Singh, let's now turn to the last slide.

2    It's on Page 37.  It's a repeat of the value bridge that we

3    saw earlier.  I'd like to sort of just sum up for the Court,

4    please, what your conclusion is with respect to the

5    enterprise value of Tribune.

6    A      Well, the enterprise value that we concluded is

7    approximately $8.2 billion.  A substantial portion of the

8    enterprise value changed, as I described earlier, related to

9    the orange boxes, which is about $839 million, which is

10   updated in the financial and market data.  And then, the

11   next category in the green box, which is modifying some of

12   the weightings as it relates to publishing, broadcasting and

13   other wholly-owned based on the issues that we found with

14   respect to the methodologies employed and led us to conclude

15   to update those weightings.  And the balance is as described

16   in the blue.

17   Q      Okay.

18   A      So the conclusion's $8.2 billion total valuation --

19   total distributable value, excuse me.

20   Q      Okay.  Thank you.  I have nothing further.

21          THE COURT:  Cross examination.  Tell you what,

22   let's take a ten-minute break, and then we'll start cross.

23          MR. QURESHI:  Thank you, Your Honor.

24          THE COURT:  Stand in recess.

25          (Recess taken from 4:42 to 4:53 p.m.)

1      MR. BENDERNAGEL:  Your Honor, Jim Bendernagel for

2  the debtor.  May I proceed with the cross examination?

3      MR. QURESHI:  Can I raise one issue before you go

4  on with the demonstratives?

5      MR. BENDERNAGEL:  Sure.

6      MR. QURESHI:  Your Honor, I'm sorry for

7  interrupting.  I thought I would raise this issue now rather

8  than interrupt the cross once it has commenced.  We're going

9  to have a dispute with respect to certain demonstrative

10  exhibits that I understand Mr. Bendernagel would like to use

11  on the cross examination.

12      And the dispute, Your Honor, is this:  The case

13  management order quite clearly provides in paragraph 33 that

14  parties shall serve all demonstrative exhibits -- it says

15  all -- on one another no later than 24 hours before the

16  hearing at which the exhibits are proposed to be used.  I

17  saw these exhibits for the first time in the binder that I

18  was just handed.  My understanding is that they were emailed

19  to us at approximately 1 p.m. this afternoon, and I will

20  add, Your Honor, that our book of demonstratives that we

21  used on the direct was sent to Mr. Bendernagel at 3:25

22  yesterday afternoon, almost exactly 24 hours ahead of time.

23      And we'll also add that we had proposed to you

24  certain demonstrative exhibits in our cross examination of

25  Professor Black.  Those were sent to the other side the

1    night before, as required by the CMO.  It turned out we did

2    not use them, but nonetheless, the CMO required advance

3    notice, so we gave it.

4              And lastly, Your Honor, I will point out that my

5    good friends at Davis Polk back there also understand the

6    rule because today, this morning, we received from them a

7    demonstrative exhibit that they anticipate using in the

8    cross examination of Mr. Gropper, who is expected to testify

9    tomorrow morning.  So respectfully, the rule ought to apply

10   to Mr. Bendernagel, as well.  It's clear.  We've all been

11   compliant by it, and it's just not fair to allow him to

12   proceed with us.

13             MR. BENDERNAGEL:  May I respond, Your Honor?

14             THE COURT:  Certainly.

15             MR. BENDERNAGEL:  Your Honor, we got the revised

16   report of Mr. Tuliano at 10:30 Saturday night.  We got

17   demonstratives which are radically different than the setup

18   in his report late yesterday afternoon, and we've worked

19   hard to put together certain things.  I'll point out one

20   thing.  We didn't get work papers supporting the new

21   calculations in this report, and we haven't made an issue

22   out of that, but certain of the demonstratives were done to

23   reflect those kind of calculations.  Now, I could move

24   forward today without these.  I'm not sure I'm going to

25   finish today with my cross, and we can talk about this

1    later.  I don't think the demonstratives, which are simply

2    rerunning certain of his calculations based on changes that,

3    you know, are obvious from the page is going to change that.

4    I can do it without the demonstrative.  I thought the

5    demonstrative would be helpful in terms of showing the

6    information.  But I'm not going to get there for a little

7    bit of time, and, you know -- but I think we have the right

8    to put these in, and the fact that we didn't know what they

9    were going to do when they revised this report.

10            And this set of demonstratives is entirely

11   different than the report they provided.  If you take a look

12   at the bridge that they have in this document, this bridge

13   doesn't look at all like the bridge that's in the report

14   that they provided Saturday night.  It's a different

15   demonstrative.  So I think we should get some leeway in that

16   regard.  If we can't, I'll just move forward without that

17   leeway, but that's our position.

18            MR. QURESHI:  If I may briefly respond, Your

19   Honor.  Two points.  First of all, there are no new work

20   papers with respect to the demonstrative exhibits that we

21   handed up.  Secondly, with respect to the revised report, it

22   is true that we turned that over on Saturday night, and

23   there, I will only say that's a heck of a lot more notice

24   than we got with respect to Professor Black, from whom we

25   received the revised report the night before his

228

1  examination.

2          Finally, Your Honor, with respect to the alleged

3  differences between the demonstrative exhibits and the

4  expert report, the demonstrative exhibits are different in

5  how they present the data.  The distributable value chart,

6  for example, the numbers are exactly the same, as explained

7  by the corrections made to the report.  It's just broken

8  down in a little more detail than the report, but there are

9  no new numbers and no new analyses in the demonstratives

10 that were not in the updated expert report.

11         MR. BENDERNAGEL:  Your Honor, may I respond to

12 that?

13         THE COURT:  Won't be necessary because here's

14 what we're going to do.  We're going to adjourn for the day

15 so that Mr. Qureshi will have some time to look at the

16 demonstratives, which frankly the Court finds very helpful

17 for reasons which are obvious to everybody.  But we'll start

18 at 9:00 tomorrow to see if we can recapture a little bit of

19 the time we might have lost by adjourning a little earlier

20 than I'd contemplated today.

21         Any questions before we adjourn?

22         MR. BENDERNAGEL:  Let me, in fairness to the

23 witness, let me hand out the cross binder so he sees what it

24 is so that he'll be familiar with what's in the cross

25 binder, if that makes any sense.  The demonstrative's in

1    there, as well, but they have the demonstratives, but I'll

2    hand out the cross binder if that'd be helpful to them.

3              MR. QURESHI:  We have it already.

4              MR. BENDERNAGEL:  Oh, okay.

5              THE COURT:  Okay.

6              MR. BENDERNAGEL:  All right.  Then I don't have

7    to hand -- so I'm giving him the sleeves on my vest.  Sorry,

8    Your Honor, I --

9              MR. QURESHI:  One clarification, and I just want

10   to make sure.  Cross has not yet commenced.  Am I free to

11   consult with the witness this evening?

12             THE COURT:  Yeah.  Cross has not commenced.

13             MR. QURESHI:  Thank you.

14             MR. BENDERNAGEL:  I was distracted by that, but I

15   take it what you said is they can continue to talk to the

16   witness because cross has not commenced.

17             THE COURT:  Correct.

18             MR. BENDERNAGEL:  That's fine, Your Honor.

19             THE COURT:  Now, does starting at 9 o' clock

20   cause any heartburn for anybody?

21        (No audible response)

22             THE COURT:  Okay.  I hear no response.  We --

23   we'll need to adjourn at 5:30 tomorrow, see how much we can

24   get done.

25             MR. BENDERNAGEL:  Thank you, Your Honor.

230

1                THE COURT:  Court is adjourned.

2                MR. QURESHI:  Your Honor.

3    (Proceedings adjourned at 4:59 p.m.)

4

1                          CERTIFICATION

2            I certify that the foregoing is a correct

3    transcript from the electronic sound recording of the

4    proceedings in the above-entitled matter.

5

6

7    _____          _14 March 2011_

8    Transcriber                                      Date

9

232

1                                INDEX

2    WITNESSES:                  Direct   Cross   Redirect   Recross

3    Brian Whittman                 19      53        98

4    Eddy Hartenstein              104     136       151       158

5    Rajinder Singh                161
6            Voir Dire            165     174
7                                                    179
8
9
10
11
12
13
14                               EXHIBITS
15   DCL EXHIBITS:                       Identified   Received

16   1108 - Settlement of Intercompany
17          Claims Report                    43          44
18
19   1109 - Liquidation Analysis            19          24

20   1110 - Parent Distributable Value
21          & Base Creditor Recoveries      34          34
22

23   NPP EXHIBITS:

24   2469 - Amended 3/12 Expert Report      185         185

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**08-13141-kjc**(1) 1:5

**11-precedent**(1) 124:9

**13-times**(2) 215:5  215:5

**149-million-dolla**(1) 205:1

**200-million**(1) 203:3

**5-percent**(1) 124:10

**65-percent**(1) 117:16

**796-million**(1) 216:3

**a-typical**(2) 86:16  86:18

**a.m**(4) 1:15  11:1  53:7  53:7

**abid**(1) 160:12

**ability**(9) 110:15  112:12  114:7  115:9  116:15  116:22  117:8  134:18  175:1

**able**(24) 13:25  30:1  60:13  60:15  60:15  109:21  110:9  110:11  110:18  110:21  111:1  111:24  114:15  116:4  116:16  116:10  134:13  157:25  159:24  164:18  177:5  186:16  209:24  213:3

**about**(100) 11:21  13:22  16:5  16:8  21:24  23:25  27:6  29:23  30:10  33:12  35:18  38:19  42:14  43:18  47:1  48:22  51:15  52:4  55:20  60:1  61:12  61:17  64:10  68:25  71:21  71:25  74:7  76:4  77:20  79:2  81:1  83:9  84:17  87:8  87:9  88:5  93:20  96:9  96:10  96:11  101:18  104:18  106:1  108:5  108:23  109:3  110:1  110:24  111:13  112:15  119:15  123:6  124:14  130:5  131:4  131:17  131:24  132:18  137:1  137:4  142:8  143:14  143:23  147:9  149:11  156:6  156:14  157:8  158:7  159:23  162:1  162:7  163:21  167:23  171:19  172:23  172:25  175:9  176:19  183:2  185:3  186:24  187:1  193:22  199:16  201:3  203:20  209:24  215:2  215:3  215:10  215:18  217:1  217:8  218:10  220:16  222:18  224:9  226:25

**above**(3) 127:5  139:15  189:13

**aboveentitled**(1) 231:4

**absence**(4) 189:20  211:17  221:22  221:23

**absent**(2) 34:20  199:16

**absolute**(1) 126:17

**absolutely**(2) 56:15  198:2

**academic**(1) 85:15

**accept**(2) 83:14  193:14

**accepted**(3) 14:17  66:7  66:10

**access**(5) 60:13  67:21  70:20  173:5  207:4

**accordingly**(2) 23:11  61:4

**account**(18) 28:7  31:8  35:21  35:23  35:24  38:9  38:10  46:3  58:6  75:25  92:1  124:18  128:3  148:24  150:9  179:11  198:14  219:4

**accountancy**(1) 20:12

**accountant**(2) 20:14  53:18

**accountants**(1) 124:16

**accounted**(2) 22:14  75:23

**accounting**(8) 75:25  124:15  124:19  147:8  163:13  216:8  217:4  217:9

**accounts**(4) 29:9  123:8  125:17  217:24

**accrued**(4) 41:11  71:20  92:3  92:9

**accuracy**(1) 60:24

**accurate**(3) 130:7  210:2  222:6

**achieve**(1) 219:20

**acknowledged**(1) 191:13

**acknowledging**(1) 152:13

**acquiring**(1) 134:24

**acquisitions**(1) 164:6

**across**(12) 29:2  31:10  40:3  45:3  108:15  108:16  130:2  144:7  175:24  176:1  187:19  216:14

**action**(6) 27:15  33:16  52:21  62:12  62:19  62:21

**actions**(10) 27:7  34:20  39:7  47:3  62:25  62:25  65:10  65:14  66:2

**activities**(7) 26:10  84:11  84:12  220:25  221:6  221:6  221:11

**actual**(10) 22:3  90:12  90:15  122:22  132:1  154:19  154:19  190:24  206:19  221:22

**actually**(12) 11:24  12:5  14:4  16:11  28:3  37:23  38:23  55:10  57:19  58:13  81:5  106:21  124:7  125:24  143:7  151:24  186:16  188:13  188:14  190:4  191:3  191:16  192:25  205:24  210:7  210:10  213:14  216:15  216:2  217:5  217:17  222:11

**actuals**(2) 185:12  199:9

**actual"**(1) 122:18

**actuarial**(2) 25:8  217:2

**actuaries**(1) 217:2

**adam**(1) 3:19

**added**(8) 15:10  28:23  37:7  96:8  96:14  181:19  225:20  225:23

**added**(3) 181:21  202:2  210:3

**addition**(5) 28:18  106:14  209:5  209:6

**additional**(9) 15:7  15:16  27:4  68:5  93:25  94:2  183:6  185:14  209:24

**address**(3) 66:4  177:16  204:2

**addressed**(4) 175:10  175:13  204:6  205:3

**addressing**(1) 66:4

**adelman**(1) 7:38

**adjourn**(3) 228:14  228:21  229:23

**adjourned**(2) 230:1  230:3

**adjourning**(1) 228:19

**adjust**(6) 36:10  36:23  103:16  160:23  182:10  218:12

**adjusted**(8) 30:13  61:4  83:19  96:18  195:15  195:19  195:22  202:14

**adjusting**(3) 189:1  218:2  223:9

**adjustment**(12) 42:1  45:12  46:12  46:17  46:24  47:4  50:23  183:6  202:15  217:9  218:17  218:17

**adjustments**(29) 28:22  28:22  30:8  30:11  31:1  31:1  36:25  38:3  38:5  38:6  40:2  43:1  106:12  183:3  183:5  183:22  183:25  198:15  200:12  204:11  204:24  205:9  211:10  211:1  211:21  214:6  218:14  218:22  219:2

**adler**(1) 3:47

**administrativ**(5) 26:17  31:14  45:22  46:4  79:18

**admission**(2) 34:5  44:1

**admit**(1) 24:14

**admitted**(8) 24:17  24:18  34:9  34:11  44:5  44:6  186:1  186:3

**adopt**(1) 15:23

**adopted**(4) 65:15  210:6  210:10  210:15

**advance**(6) 51:9  67:24  68:6  69:13  146:1  226:2

**advantages**(1) 118:25

**advertisers**(1) 129:25

**advertising**(18) 108:18  109:17  110:7  123:12  123:15  123:17  125:21  125:22  126:1  126:13  127:15  127:23  127:25  129:4  130:1  148:6  148:8  148:20

**advise**(2) 20:23  164:12

**advised**(6) 20:20  21:6  21:7  21:14  22:5  22:12  22:15  23:6

**advises**(1) 168:17

**advisor**(4) 25:8  25:10  25:12  29:13

**advisors**(1) 37:13

**advisory**(1) 20:7

**affect**(3) 49:9  191:8  221:4

**affected**(2) 27:25  113:5

**affects**(1) 119:14

**affiliate**(1) 50:23

**affiliates**(1) 107:2

**after**(12) 15:8  15:15  27:4  37:14  37:20  46:11  47:10  50:15  100:7  107:9  160:6  194:15

**afternoon**(10) 14:13  103:8  135:16  136:3  160:11  165:19  165:21  225:19  225:22  226:18

**again**(65) 19:1  30:25  39:5  41:4  46:22  47:2  51:8  53:16  63:8  78:12  81:19  83:11  102:7  10:25  112:19  124:25  125:18  125:19  128:1  129:4  129:13  131:3  131:13  131:17  133:4  150:9  151:4  157:14  169:4  170:15  170:23  178:18  183:13  184:4  187:10  187:17  187:22  189:24  190:14  193:3  194:4  194:5  194:11  198:10  198:19  199:3  199:6  199:18  201:7  201:19  202:16  207:14  207:21  212:2  212:17  212:19  214:5  214:7  214:9  218:11  219:10  220:17  223:9

**against**(14) 27:13  32:16  35:9  38:8  49:1  49:13  50:6  51:1  59:6  59:8  59:12  110:3  118:5  125:1

**agent**(2) 45:25  46:1

**aggregate**(7) 47:8  49:8  51:13  73:4  79:13  205:5  223:24

**aggregated**(1) 120:21

**aggressive**(1) 213:7

**agnostic**(1) 99:24

**ago**(10) 51:15  130:7  139:14  148:4  149:7  170:11  170:21  170:23  170:24  174:10

**agree**(13) 13:6  14:5  56:18  70:9  70:13  82:23  93:23  94:3  97:7  97:13  97:15  171:23  208:22

**agreeable**(1) 17:14

**agreed**(5) 14:20  18:3  18:18  37:25  40:24  80:7

**agreement**(6) 4:26  5:36  52:15  52:23  92:2  92:7

**ahead**(12) 17:13  47:24  49:16  109:10  139:19  139:22  141:10  141:22  144:17  155:14  177:20  225:22

**ahmed**(1) 9:45

**aircraft**(1) 107:10

**akin**(7) 2:33  7:31  13:4  17:17  135:17  160:12  179:20

**all**(111) 11:4  13:2  14:6  14:20  15:13  16:12  16:13  16:16  17:13  18:3  18:5  19:19  21:1  21:22  22:7  23:10  28:4  32:7  34:21  34:22  35:16  35:24  37:5  39:17  39:21  42:11  46:3  46:16  47:6  47:13  47:15  48:9  49:9  49:25  49:6  49:15  51:20  53:4  62:19  63:19  65:25  69:9  78:18  78:20  79:13  80:14  83:2  83:16  84:10  89:16  99:6  102:24  104:7  107:15  108:15  109:21  112:15  118:1  124:13  126:17  127:9  128:14  130:10  133:16  135:25  142:22  142:11  143:4  143:11  145:17  147:3  149:6  150:18  150:22  152:4  156:22  159:5  159:17  160:4  162:1  164:1  168:7  169:18  171:14  172:15  173:22  175:7  177:15  180:11  181:18  184:9  187:11  194:7  197:1  198:8  201:16  204:7  212:5  213:8  215:17  221:19  222:1  222:3  222:18  222:25  225:14  225:15  226:10  227:13  227:19  229:6

**alleged**(1) 228:2

**allentown**(1) 108:11

**allinson**(1) 4:11

**allison**(1) 5:23

**allocated**(7) 32:3  35:19  38:14  57:16  57:19  58:8  223:19

**allocation**(14) 13:6  58:2  58:17  58:18  63:21  63:24  63:24  67:1  67:7  67:8  67:22  69:25  70:2  70:7

**allocations**(1) 66:24

**allow**(5) 28:23  97:12  134:20  159:14  226:1

**allowed**(12) 32:6  47:14  48:8  48:9  50:21  50:23  50:24  51:12  56:8  61:4  61:24  81:10

**allowing**(1) 49:5

**allows**(1) 39:8

**almost**(12) 24:5  70:25  82:19  109:18  116:7  124:7  124:9  125:3  191:4  202:6  207:9  225:22

**alone**(3) 28:15  123:17  218:13

**along**(6) 12:23  19:17  50:15  129:6  178:21  184:13

**already**(2) 15:9  229:3

**also**(61) 11:20  20:13  20:19  22:2  22:2  22:15  25:7  26:6  37:18  38:9  41:13  44:12  45:1  47:19  55:8  56:1  66:24  69:15  73:20  78:8  81:15  81:17  82:12  82:12  114:14  115:8  124:18  128:16  130:4  132:19  135:21  137:15  139:11  156:15  156:18  157:8  157:24  159:13  161:9  165:11  170:24  176:8  177:5  179:8  181:3  187:24  192:19  200:11  204:25  207:7  208:23  209:10  210:9  213:4  213:6  214:14  214:25  218:10  220:24  225:23  226:5

**alter**(1) 100:21

**alternative**(1) 86:1

**although**(8) 66:20  85:1  86:18  88:9  95:9  96:25  97:14  142:16

**alvarez**(19) 8:45  8:45  10:21  20:2  20:5  20:6  20:23  53:21  60:22  61:6  61:13  70:3  70:6  73:14  73:23  80:11  81:23  89:4  95:4

**always**(3) 70:14  148:21  178:2

**amalgamation**(1) 144:22

**amended**(5) 161:12  182:1  184:18  185:17  185:20

**america**(2) 6:4  6:10

**among**(3) 57:17  87:6  105:13

**amongst**(2) 73:19  196:8

**amortization**(5) 181:20  217:18  217:23  217:23  217:25

**amortization-relate**(1) 221:12

**amount**(41) 29:7  31:23  37:21  38:13  40:25  41:1  41:8  41:16  41:19  41:24  42:10  43:6  44:21  46:12  46:14  47:8  50:4  51:11  51:17  52:11  61:23  72:16  72:20  72:22  73:4  73:9  73:10  73:20  85:1  88:15  92:7  94:4  96:13  100:22  101:4  101:6  101:7  109:17  175:7  210:25  217:16

**amounts**(10) 31:10  33:9  33:10  33:20  33:21  45:2  49:9  60:25  92:3  92:11

**amusing**(2) 82:21  82:25

**analyses**(7) 28:19  28:24  100:2  102:10  102:11  219:11  228:9

| Word | Page:Line |
|---|---|
| **analysis**(185) | 18:7 18:21 19:13 21:18 21:21 21:22 22:16 22:20 22:21 23:7 23:20 23:22 24:1 24:2 24:9 24:21 25:4 25:15 26:21 27:1 27:8 27:11 27:13 27:25 28:4 28:14 28:16 31:20 33:6 33:11 33:12 33:15 33:19 34:14 35:8 35:14 39:13 39:23 42:22 45:10 47:11 47:25 48:2 48:19 48:23 49:10 49:19 49:22 49:24 50:17 51:9 51:11 51:22 51:23 52:13 52:15 59:22 61:12 61:13 62:15 62:17 62:22 64:19 67:14 67:25 68:18 68:20 69:10 69:14 72:3 76:10 76:19 79:22 80:23 80:24 81:3 81:6 81:8 81:16 81:21 82:1 82:4 82:8 82:11 82:13 83:3 83:7 83:22 83:22 83:23 86:3 86:8 86:9 86:13 86:19 86:21 87:2 88:12 88:18 89:5 89:6 89:8 89:11 89:12 89:23 90:17 91:14 91:16 92:15 93:7 93:9 93:16 93:19 93:21 94:9 94:11 94:14 94:17 94:19 94:19 95:5 95:9 95:24 96:3 96:19 96:21 97:3 97:5 97:16 99:16 99:17 99:18 99:25 100:19 101:11 102:9 102:14 170:5 180:9 180:25 181:10 181:11 182:6 182:12 182:16 187:23 190:1 190:10 190:11 191:25 192:14 193:11 193:20 200:21 201:17 201:22 201:23 205:12 205:22 206:25 207:13 207:17 207:18 209:8 209:11 209:13 209:1 212:9 212:11 212:13 214:10 214:11 214:13 214:15 217:3 217:11 217:15 219:1 220:11 223:11 223:14 223:16 223:17 223:18 232:19 |
| **analytical**(2) | 193:15 194:18 |
| **analytically**(1) | 194:16 |
| **analyze**(6) | 61:2 61:7 96:22 186:17 205:25 217:10 |
| **analyzed**(4) | 49:11 77:4 89:19 190:5 |
| **analyzing**(3) | 22:12 46:21 175:7 |

| Word | Page:Line |
|---|---|
| **and**(301) | 11:13 11:15 11:16 11:22 12:2 12:4 12:11 12:19 12:24 12:25 13:4 13:9 14:3 14:7 14:8 14:15 14:18 14:20 14:23 15:3 15:4 15:6 15:14 15:20 15:20 15:24 16:3 16:6 16:7 16:11 16:12 16:21 17:4 17:5 17:10 17:11 17:14 17:18 17:21 17:24 18:1 18:5 18:11 18:13 18:16 19:14 19:14 19:16 19:18 20:3 20:5 20:7 20:10 20:15 20:18 20:20 20:20 20:22 20:24 20:25 21:21 21:24 21:24 22:2 22:6 22:8 22:8 22:11 22:13 22:21 23:6 23:19 23:19 23:20 23:21 24:11 24:18 24:23 24:24 25:3 25:10 25:12 25:17 25:20 25:20 25:21 25:24 25:25 26:3 26:3 26:6 26:10 26:11 26:12 26:17 26:17 26:21 26:24 27:3 27:4 27:6 27:22 28:7 28:9 28:21 28:22 28:23 29:1 29:2 29:3 29:9 29:11 29:13 29:15 29:19 29:22 29:25 30:2 30:3 30:4 30:11 30:21 30:25 31:6 31:9 31:9 31:12 31:17 32:2 32:9 32:13 32:14 32:19 32:20 33:1 33:4 33:14 33:19 33:24 34:1 34:5 34:11 34:21 34:25 35:1 35:3 35:6 35:18 35:18 35:22 36:22 37:1 37:13 37:16 37:19 37:21 37:24 38:13 39:7 39:13 39:16 39:19 41:18 42:1 42:8 42:17 42:17 42:19 42:22 43:4 43:16 43:23 44:6 44:10 44:15 44:16 44:24 45:3 45:4 45:8 45:10 45:11 45:15 45:18 45:23 46:1 46:2 46:5 46:7 46:11 46:20 46:23 47:3 47:5 47:21 48:5 48:7 48:8 48:13 48:18 49:2 49:13 50:2 50:3 50:5 50:11 50:15 50:21 51:23 52:6 52:9 52:10 52:12 52:16 52:19 52:21 52:25 53: 53:15 53:20 53:21 53:23 54:1 54:5 54:8 54:12 54:16 54:19 54:23 55:1 55:3 55:4 55:6 55:8 55:13 55:17 55:20 55:20 55:23 56:1 56:4 56:6 56:11 56:15 56:20 56:23 56:23 57:4 57:16 57:17 57:25 58:2 58:5 58:9 58:10 58:21 59:1 59:11 59:14 59:14 59:17 59:19 59:20 59:20 59:21 59:22 59:25 60:4 60:5 60:5 60:8 60:11 60:17 60:20 60:21 60:23 61:1 |

| Word | Page:Line |
|---|---|
| **and**(301) | 61:2 61:2 61:17 61:21 63:19 63:21 64:12 64:16 64:19 64:25 65:17 65:22 66:24 67:4 67:7 67:8 67:14 67:17 67:20 67:21 67:25 68:5 68:20 68:20 68:22 69:18 70:1 70:6 70:11 70:19 70:23 71:10 71:11 71:18 72:6 72:7 72:11 72:14 72:15 72:16 72:19 72:21 72:25 73:3 73:9 73:14 73:15 73:18 73:18 73:20 73:23 74:1 74:1 74:8 74:18 74:25 75:8 75:11 75:14 76:14 76:17 76:23 77:6 77:15 77:24 78:12 78:11 78:25 78:25 79:2 79:5 79:5 79:8 79:21 79:23 79:25 80:4 80:6 80:7 80:11 80:11 80:11 80:17 80:20 81:7 81:10 81:16 81:22 82:6 83:3 83:11 83:12 83:14 83:18 83:19 83:23 84:3 84:7 84:9 84:11 84:14 84:17 84:20 85:11 85:19 85:23 86:2 86:4 86:6 86:9 86:12 86:24 86:24 87:3 87:6 87:16 87:19 88:2 88:16 88:20 88:25 89:2 89:3 89:4 89:7 89:15 89:19 90:14 91:8 91:9 91:14 91:15 91:21 92:3 92:4 92:4 92:9 92:11 92:22 93:1 93:9 93:12 93:18 93:23 94:17 94:25 95:4 95:6 95:10 95:11 95:12 95:16 95:19 95:25 96:5 96:6 96:8 96:14 96:15 96:16 96:19 96:25 98:13 98:25 99:1 99:5 99:6 99:9 99:15 99:16 99:19 99:21 99:24 100:7 100:11 100:19 100:22 100:23 101:5 101:7 101:15 101:19 101:21 101:23 102:1 102:4 102:12 102:15 103:4 103:9 103:10 103:14 103:25 104:3 104:13 104:15 104:19 104:21 104:23 104:25 105:12 105:12 105:16 105:17 105:21 105:21 105:24 106:6 106:8 106:12 106:17 106:18 106:19 106:22 106:24 107:11 107:12 107:15 107:16 107:18 107:19 108: 108:11 108:12 108:15 108:17 108:22 108:24 109:12 109:20 109:24 110:2 110:5 110:7 110:10 110:11 110:12 110:16 110:20 110:21 111:1 111:3 111:4 111:7 111:9 111:10 111:18 111:19 111:20 112:1 112:12 112:19 112:21 113:5 113:9 113:13 113:23 114:3 114:4 114:7 114:14 114:14 114:15 114:21 114:22 115:7 115:10 115:16 115:22 116:9 116:22 116:23 117:9 117:16 117:17 117:20 117:24 117:25 119:5 119:6 119:10 119:14 119:17 120:5 120:8 120:9 120:10 120:15 120:19 121:2 121:5 121:13 121:16 121:20 122:5 122:9 123:3 123:12 123:14 |

| Word | Page:Line |
|---|---|
| **and**(301) | 123:14 123:24 124:3 124:4 124:10 124:16 124:24 125:5 125:7 125:8 125:12 125:20 125:24 126:1 126:14 126:14 126:16 126:18 127:1 127:5 127:12 127:13 127:19 127:22 127:25 127:25 128:1 128:2 128:9 128:15 129:4 129:11 129:15 130:22 131:1 131:4 131:7 131:18 131:21 131:23 131:23 132:9 132:12 132:18 132:20 132:22 133:3 133:4 133:7 133:14 133:15 133:23 134:3 134:5 134:6 134:13 134:13 134:20 134:23 135:1 135:5 135:18 135:20 135:22 136:6 136:9 136:12 137:8 137:11 137:19 137:25 138:2 138:10 138:16 138:21 138:25 139:3 139:6 139:11 139:21 140:19 141:1 141:3 141:5 141:7 141:14 141:22 142:7 142:8 142:16 142:23 143:12 143:23 144:1 144:7 144:8 144:9 144:11 144:17 145:2 145:8 145:10 145:13 146:3 146:24 147:19 148:8 148:12 148:13 148:20 149:10 149:14 149:22 150:1 150:2 151:13 152:25 153:1 153:4 153:10 153:14 154:8 154:9 154:13 154:15 154:22 155:1 155:6 155:13 155:25 156:4 156:9 156:12 156:19 156:23 157:4 157:6 157:12 157:16 157:22 157:25 158:10 158:11 159:14 159:14 159:19 159:23 159:25 160:5 160:5 160:12 160:21 160:23 160:25 161:9 161:10 161:11 161:12 161:13 161:18 161:19 161:20 161:20 162:9 162:15 162:18 162:22 162:24 163:5 163:7 163:8 163:10 163:15 163:18 163:18 163:19 163:20 163:25 164:3 164:4 164:5 164:6 164:6 164:6 164:8 164:9 164:11 164:13 164:18 164:22 164:23 164:24 165:10 165:20 166:6 166:16 166:24 167:4 167:7 167:13 167:13 168:4 168:12 168:16 168:18 168:22 169:4 169:8 169:18 170:17 170:18 170:24 171:9 171:11 171:12 171:17 171:21 171:22 172:12 172:15 172:18 172:21 173:7 173:22 174:3 174:9 174:11 174:13 174:25 175:5 175:8 175:9 175:11 175:12 175:13 175:15 175:18 176:1 176:5 176:10 176:13 176:15 176:16 176:17 176:20 176:22 176:22 176:23 176:24 177:4 177:7 177:6 177:7 177:9 178:8 178:8 178:14 179:8 179:22 179:24 180:5 180:11 180:11 180:13 180:15 180:15 180:17 180:18 180:19 180:20 180:23 180:25 181:5 181:11 181:13 181:15 181:15 181:18 182:2 182:3 182:4 182:6 182:11 182:16 182:19 182:19 182:23 183:3 183:5 183:6 183:12 183:13 183:16 183:19 183:20 183:20 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**and**(301) 183:21 183:24 184:1 184:3 184:4 184:6 184:11 184:14 184:14 184:21 184:25 185:6 185:12 185:13 185:17 185:1 186:3 186:7 186:8 186:12 186:16 186:18 186:19 186:21 186:22 186:24 187:3 187:8 187:9 187:9 187:12 187:14 187:21 187:22 187:23 187:24 188:1 188:3 188:3 188:6 188:9 188:20 188:21 188:25 189:2 189:7 189:9 189:10 189:13 189:14 189:17 190:2 190:5 190:6 190:6 190:8 190:11 190:13 190:14 190:22 190:24 191:3 191:8 191:8 191:10 191:18 191:19 191:22 191:25 192:2 192:7 192:10 192:13 192:15 192:17 192:19 192:24 192:24 192:25 193:1 193:3 193:6 193:10 193:12 193:17 193:18 194:2 194:2 194:7 194:7 194:13 194:16 194:20 194:20 195:1 195:7 195:9 195:11 195:16 195:17 195:19 195:20 196:2 196:3 196:7 196:9 196:11 196:14 196:15 196:16 196:1 196:21 196:23 197:7 197:10 197:11 197:25 197:25 198:11 198:11 198:14 198:15 198:17 198:19 198:25 199:3 199:7 199:8 199:9 199:11 199:15 199:15 199:18 199:22 199:23 200:7 200:16 200:17 200:1 200:24 201:5 201:5 201:7 201:8 201:9 201:11 201:11 201:12 201:19 201:24 201:24 201:24 201:25 202:2 202:4 202:9 202:13 202:17 202:18 202:19 202:23 202:25 203:6 203:6 203:7 203:14 203:14 203:25 204:4 204:7 204:8 204:15 204:21 204:22 205:1 205:2 205:4 205:9 205:10 205:12 205:18 205:20 205:23 205:25 206:7 206:11 206:11 206:14 206:15 206:16 206:19 206:19 206:20 206:24 207:7 207:4 207:13 207:17 207:19 207:21 207:23 207:24 208:2 208:3 208:9 208:10 208:12 208:13 208:18 208:19 208:21 209:3 209:4 209:5 209:9 209:12 209:13 209:17 209:20 209:21 209:22 209:23 209:24 210:1 210:4 210:6 210:8 210:12 210:14 210:16 210:16 210:17 210:17 210:17 210:19 210:21 210:25 211:3 211:4 211:5 211:7 211:9 211:11 211:14 211:15 211:16 211:21 211:24 212:1 212:2 212:3 212:4 212:5 212:10 212:18 212:20 213:1 213:4 213:5 213:9 213:11 213:12 213:15 213:17 213:22 214:5 214:9 214:10 214:11 214:14 214:18 214:21 214:23 214:23 214:25 215:4 215:9 215:11 215:12 215:12 215:13 215:14 215:17 215:19 215:22 215:22 215:23 216:1 216:5 216:5 216:11 216:17 216:19 216:21 216:21 216:22 217:1 217:2

**and**(80) 217:3 217:6 217:7 217:10 217:13 217:13 217:14 217:19 217:20 218:1 218:3 218:3 218:5 218:6 218:7 218:8 218:21 218:24 219:1 219:7 219:11 219:11 219:15 219:16 219:18 219:24 220:5 220:6 220:7 220:16 220:21 220:22 220:23 220:23 220:24 221:5 221:5 221:8 221:10 221:14 221:15 221:20 221:22 221:25 222:5 222:9 222:10 222:10 222:21 222:21 223:5 223:7 223:7 223:8 223:13 223:14 223:16 223:18 223:20 224:10 224:10 224:12 224:14 224:15 224:22 224:25 225:19 225:23 226:1 226:11 226:18 226:21 226:25 227:7 227:8 227:10 227:22 228:3 228:9 229:9

**andersen**(4) 20:17 20:21 20:22 53:21
**anderson**(1) 4:17
**andrea**(1) 7:47
**andrew**(9) 3:29 3:38 4:6 5:29 5:30 5:41 7:7 7:9 53:14

**angeles**(12) 4:42 105:24 106:18 106:21 106:21 106:22 106:24 108:7 109:22 111:18 120:15 129:11

**angelo**(2) 5:44 138:15
**anna**(2) 8:9 8:9
**another**(21) 12:6 32:5 39:21 52:6 59:6 73:24 77:14 80:20 94:1 95:12 106:15 122:1 124:21 196:15 197:14 201:1 205:20 209:1 209:22 215:14 225:15

**answer**(13) 12:11 57:6 57:10 67:22 68:5 99:9 108:20 108:23 109:5 109:7 118:16 120:23 128:20

**anticipate**(3) 93:14 142:16 226:7
**anticipating**(1) 168:3
**any**(98) 12:7 13:16 13:17 18:5 18:7 18:19 22:22 24:15 25:1 25:3 27:8 27:24 33:7 33:13 34:7 34:20 38:18 39:6 42:4 46:11 47:3 52:12 52:21 57:7 60:22 61:7 61:10 61:13 61:14 61:17 61:18 63:20 64:6 79:11 81:10 85:14 86:3 86:8 87:20 88:7 89:7 90:23 91:4 91:15 95:13 95:13 95:16 98:1 99:7 99:12 99:19 100:11 100:12 107:2 107:10 109:2 110:22 116:18 117:14 118:24 133:1 143:7 143:8 144:18 150:25 151:18 153:23 158:3 162:18 163:15 165:6 166:8 166:12 167:1 167:7 168:25 169:8 169:12 170:8 170:22 174:14 177:6 178:9 179:1 179:25 184:14 186:13 186:16 189:21 193:1 193:5 193:12 196:23 198:4 225:22 228:21 228:25 229:20

**anybody**(3) 12:5 110:11 229:20
**anyone**(4) 61:6 77:24 89:4 158:7
**anyone's**(1) 104:5
**anything**(7) 59:18 60:22 85:24 87:10 179:3 187:11 187:18

**anywhere**(2) 131:13 134:6
**apart**(2) 100:18 100:20
**apologize**(5) 129:18 192:25 201:21 217:12 221:6

**appearance**(1) 166:25
**appearances**(6) 5:9 6:1 7:1 8:1 9:1 10:1
**appears**(3) 146:3 171:1 213:18
**apples**(2) 183:25 184:1
**applicable**(1) 221:13
**applied**(10) 38:24 80:19 89:9 89:9 181:12 181:13 201:15 205:11 218:18 219:16

**applies**(1) 176:20
**apply**(4) 29:19 176:3 206:21 226:9
**applying**(4) 45:8 47:10 52:3 101:13
**appointment**(1) 37:9
**appraisal**(2) 98:14 98:15
**appreciate**(2) 12:14 17:20
**appreciated**(1) 187:13
**approach**(9) 26:2 26:8 47:17 103:22 135:12 161:4 188:22 194:2 200:2

**appropriate**(13) 17:10 27:15 53:2 70:11 71:19 73:4 73:17 74:4 89:5 95:11 159:18 177:25 211:7

**appropriately**(1) 71:15
**approval**(1) 120:11
**approved**(7) 30:22 57:8 58:5 58:16 115:20 122:12 149:15

**approximately**(28) 26:20 32:17 40:13 40:14 40:19 41:1 41:3 41:17 41:23 43:5 43:7 47:5 52:8 71:24 79:24 98:23 101:8 101:10 101:20 101:23 164:14 164:18 184:19 184:22 208:12 220:9 224:7 225:19

**april**(4) 53:1 70:21 98:13 98:16

**are**(194) 11:23 12:7 12:8 13:11 15:5 16:9 16:18 18:10 18:14 19:16 20:1 21:4 26:10 29:4 29:6 29:10 29:13 29:17 30:8 30:17 30:25 31:2 33:3 33:10 33:20 36:15 36:25 37:5 37:11 37:19 37:20 38:6 38:7 39:5 40:14 40:15 40:22 42:4 42:22 45:22 45:24 46:12 49:3 50:12 51:13 52:25 58:6 62:23 62:24 63:9 64:13 71:14 71:14 71:15 71:18 71:18 71:19 73:8 78:22 78:24 79:2 79:9 79:21 80:8 81:17 82:13 83:17 84:3 84:7 84:8 84:22 84:23 87:1 88:10 90:5 91:5 91:25 96:15 96:17 101:14 101:22 104:1 104:13 104:19 104:20 104:22 105:17 106:6 106:9 106:19 108:6 108:7 108:14 108:17 109:13 109:16 110:2 110:3 110:9 110:12 110:19 110:20 110:21 110:25 110:25 111:1 111:14 111:16 111:20 111:24 111:24 112:1 113:2 113:9 114:1 114:10 114:15 115:13 115:20 118:6 119:1 119:3 119:6 119:7 119:7 123:11 124:5 125:16 126:17 127:11 127:11 127:25 128:3 129:11 130:1 131:13 131:16 131:17 131:24 132:3 133:21 134:1 135:2 135:8 143:8 144:7 144:8 145:8 145:25 146:24 147:22 147:22 157:15 157:16 157:17 161:17 162:15 162:22 164:1 164:17 164:18 170:8 173:22 180:10 185:11 192:17 192:20 193:4 193:12 196:6 196:9 197:7 203:24 205:3 206:16 206:20 217:7 218:3 220:11 220:16 221:2 221:2 221:21 222:8 222:18 225:16 226:17 227:1 227:3 227:19 228:4 228:8 228:8 228:17

**area**(6) 44:16 106:23 134:11 167:12 169:12 176:6

**areas**(9) 99:13 162:5 162:17 183:23 183:24 204:10 204:12 211:24 219:7

**aren't**(3) 59:1 82:3 222:12
**arena**(1) 212:16
**argue**(2) 73:9 73:10
**argument**(2) 97:3 177:17
**arise**(3) 31:15 40:18 106:12
**arises**(5) 40:20 45:13 45:19 45:24 60:7
**arithmetic**(1) 153:11
**arose**(2) 12:16 59:24
**around**(11) 19:20 23:2 44:14 44:17 50:14 59:22 70:20 76:22 101:4 135:6 137:23

**arps**(1) 7:18
**arranged**(2) 136:7 138:6
**arrive**(5) 194:19 200:22 210:24 219:21 220:1

**arrived**(2) 186:8 194:19
**arthur**(2) 20:17 53:21
**article**(1) 94:21
**articulated**(2) 95:10 97:18
**ashby**(1) 2:42
**ashish**(1) 7:43
**ashley**(2) 3:31 5:13
**aside**(1) 109:12
**ask**(24) 12:6 15:3 74:7 74:13 75:4 76:6 83:2 88:16 89:12 95:12 103:11 109:1 118:14 119:16 159:20 162:11 165:12 174:4 174:15 177:18 180:5 186:24 215:18 219:18

**asked**(17) 23:13 23:23 31:13 54:10 54:13 65:2 144:15 145:8 146:16 149:11 151:12 157:8 157:24 179:19 179:20 187:1 188:2

**asking**(2) 146:22 181:9
**aspect**(2) 28:3 171:20
**aspects**(5) 27:24 175:8 175:9 175:11 204:6
**assertedly**(1) 76:25
**assessment**(2) 74:3 74:6

**asset**(19) 8:4 8:5 29:3 37:7 66:12 89:19 89:19 89:23 89:23 162:6 197:11 205:14 205:23 206:3 210:22 211:9 211:22 212:7 214:6

**assets**(43) 24:23 24:24 25:16 25:18 25:18 26:4 26:10 27:21 29:5 29:16 30:5 35:6 36:17 36:22 37:19 38:18 38:20 81:10 184:14 84:20 84:21 85:23 86:5 87:25 108:6 108:13 108:14 108:22 111:14 111:16 162:9 171:11 192:18 203:21 204:1 208:25 208:25 215:24 221:4 222:16 222:18 222:19 222:20

**assigned**(1) 176:11
**assignment**(5) 162:19 164:11 171:25 172:1 176:18

**assimilate**(1) 110:19
**assist**(3) 23:16 24:21 179:20
**associated**(12) 27:17 27:20 27:20 27:21 30:9 181:18 186:20 194:16 198:21 204:3 210:1 210:3

**associates**(4) 110:23 161:18 170:2 170:24
**assume**(17) 25:24 26:2 26:6 26:9 42:10 66:8 78:17 80:13 83:7 84:10 86:4 86:21 90:6 90:10 91:17 91:20 102:4

**assumed**(17) 26:4 27:2 58:22 69:16 76:10 76:14 78:8 79:17 79:21 86:5 88:20 91:21 92:15 93:16 97:16 102:15 219:25

**assumes**(6) 33:13 64:7 93:7 93:9 143:1 143:4

**assuming**(4) 84:21 88:4 200:5 213:24
**assumption**(11) 27:10 27:11 42:17 42:18 71:22 73:21 77:18 86:1 94:23 95:8 102:1

**assumptions**(27) 25:14 25:16 25:17 25:19 25:21 26:25 27:7 27:16 27:18 69:19 69:22 69:25 70:2 81:16 82:13 82:16 82:18 82:20 96:10 96:10 100:1 144:12 220:12 220:13 220:16 220:16 222:8

**asylum**(1) 4:7
**attached**(5) 80:25 81:3 91:14 93:11 93:22
**attacking**(1) 179:21
**attempt**(2) 60:23 114:17
**attempted**(3) 178:22 189:10 206:11
**attempting**(4) 126:10 127:20 127:21 130:14
**attended**(1) 138:12
**attention**(8) 32:22 74:18 112:2 137:21 140:5 141:15 185:1 191:9

**attract**(4) 114:7 114:18 116:15 116:22
**attributable**(2) 195:17 195:18
**attribute**(2) 128:13 129:21
**audible**(3) 135:13 151:1 229:21
**audit**(2) 60:23 61:1
**augmenting**(1) 122:10
**august**(4) 106:25 107:1 107:8 107:20
**aurelius**(8) 2:33 7:26 7:27 13:5 17:18 135:18 160:13 179:21

**austin**(7) 1:25 6:21 65:18 77:15 78:13 95:21 165:20

**author**(1) 81:25
**auto**(1) 215:3
**automotive**(2) 21:8 21:13
**available**(13) 52:25 70:11 75:10 101:13 114:10 139:4 146:9 147:4 148:25 150:10 185:7 189:5 205:25

**ave**(1) 1:37
**avenue**(3) 2:8 2:44 4:40
**average**(4) 32:21 47:16 162:23 189:6
**avoidable**(1) 61:15

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **avoidance**(10) 34:20 39:7 47:3 62:25 64:13 64:17 64:20 65:10 65:13 66:2 | | **basis**(23) 27:12 33:9 45:18 47:18 57:18 61:15 65:9 73:17 79:5 85:21 86:7 86:14 88:21 89:17 89:20 90:5 109:15 118:24 125:5 144:20 174:1 175:15 175:16 | | **bendernagel**(70) 1:26 16:20 16:25 17:14 19:8 19:12 103:2 103:5 103:8 103:9 103:22 103:25 104:9 109:8 109:11 116:21 117:2 117:3 118:10 118:11 118:14 118:17 135:9 135:20 135:24 140:15 142:17 143:1 149:11 150:3 151:3 151:4 151:6 153:22 154:1 155:23 158:15 159:8 159:18 165:7 165:16 165:18 165:20 172:5 172:8 173:25 174:7 174:22 177:18 177:21 177:23 179:3 179:13 181:9 185:25 225:1 225:5 225:10 225:21 226:10 226:13 226:15 228:11 228:22 229:4 229:6 229:14 229:18 229:25 | | **blocks**(3) 180:18 181:6 186:18 **blue**(4) 181:15 193:21 193:23 224:16 **board**(28) 3:11 7:17 10:9 116:9 117:14 117:17 120:10 121:6 121:10 121:21 122:1 122:12 124:24 125:6 125:8 126:5 130:2 136:5 146:1 146:1 146:6 147:23 216:16 216:17 216:19 216:20 216:22 217:7 |
| **avoided**(5) 62:2 62:8 62:16 63:2 63:9 | | **bate**(2) 144:4 146:18 | | | | **boards**(2) 88:10 107:21 |
| **aware**(19) 42:4 59:1 69:21 69:24 71:22 72:1 73:2 73:12 77:3 87:13 87:15 87:16 115:13 115:20 133:21 185:6 207:6 216:20 222:11 | | **bates**(5) 121:9 129:2 129:3 149:11 156:5 **bay**(1) 171:1 **bear**(2) 69:5 147:6 | | **beneficiaries**(1) 42:22 | | **bohan**(1) 9:32 **bond**(2) 32:19 170:6 **bone**(1) 110:2 **bonita**(1) 171:1 |
| **away**(6) 91:7 117:18 119:2 133:15 217:5 218:3 | | **beating**(1) 139:25 **became**(2) 120:13 207:5 | | **beneficent**(7) 43:2 43:4 79:13 101:18 125:20 172:1 172:5 | | **bonus**(1) 114:13 **bonuses**(1) 91:2 |
| **awkward**(4) 113:14 117:4 117:7 117:25 **axis**(3) 126:22 127:4 129:6 | | **because**(44) 13:25 60:13 64:20 71:5 71:15 83:11 86:12 101:12 111:6 113:7 119:22 131:20 159:10 170:4 170:10 174:8 183:4 186:11 187:18 188:7 190:12 200:2 200:20 202:1 202:6 203:23 204:2 207:4 208:25 210:9 210:10 211:3 212:14 213:8 214:21 218:5 218:14 220:12 221:24 222:12 222:22 226:6 228:13 229:16 | | **benefiting**(1) 96:15 **benefits**(2) 113:21 143:7 **benjamin**(1) 2:5 **bennett**(1) 4:36 | | **book**(5) 29:10 30:18 45:6 201:22 225:20 **books**(29) 41:2 41:12 41:15 44:10 44:24 45:13 46:23 48:8 54:25 59:14 59:17 59:18 59:21 60:4 60:20 60:21 60:23 61:1 67:4 72:6 72:16 72:19 73:15 73:18 74:1 74:8 83:12 83:18 83:19 |
| **bachelor**(1) 163:12 | | | | **benson**(2) 2:26 9:14 | | |
| **bachelor's**(2) 20:12 20:13 | | **become**(2) 133:9 147:4 | | **bergman**(1) 4:39 | | **booster**(1) 119:13 |
| **back**(30) 13:15 29:1 45:19 46:4 53:1 59:19 63:1 65:25 91:13 93:13 107:19 119:4 129:2 142:9 142:10 145:2 145:13 148:13 170:12 181:19 181:22 181:23 182:17 186:16 187:2 191:12 209:16 211:12 215:16 226:5 | | **becoming**(1) 112:2 **been**(60) 11:23 13:21 14:5 18:3 21:21 22:2 22:11 23:17 32:8 37:9 37:23 54:13 54:19 66:21 69:14 69:23 71:17 72:21 72:22 72:23 72:25 77:5 87:14 92:11 92:12 110:14 113:24 114:8 114:9 114:15 114:19 120:12 120:17 120:18 133:19 138:6 142:5 145:2 145:6 155:14 158:12 163:25 164:1 169:8 169:12 171:18 171:19 172:9 172:19 174:5 179:12 206:18 222:4 226:10 | | **bernie**(1) 66:5 **bernstein**(1) 2:6 **berry**(1) 7:34 **besides**(1) 60:3 **best**(17) 47:16 70:11 82:9 93:21 96:3 112:17 128:14 133:16 134:8 144:9 144:12 144:16 145:10 152:25 153:10 220:1 221:2 | | **both**(29) 11:22 12:3 14:22 17:20 20:24 32:13 36:8 56:9 56:24 66:16 81:5 91:20 111:8 115:19 116:9 120:18 123:12 123:23 126:17 128:1 142:10 164:22 165:1 198:14 199:15 200:5 211:17 212:18 221:4 |
| **backed**(1) 71:10 **background**(3) 51:5 161:25 163:11 **bad**(1) 130:4 **baiera**(1) 5:45 **baked**(1) 143:8 | | | | **betas**(1) 180:25 | | **bottom**(7) 32:12 44:23 55:11 91:24 141:2 185:1 213:13 |
| **balance**(11) 35:5 40:16 44:24 46:23 50:22 60:7 92:9 93:14 218:4 218:5 224:15 | | **before**(48) 1:19 11:11 16:25 18:24 36:19 37:10 37:10 54:13 58:14 63:3 63:12 67:10 67:16 68:2 68:13 72:14 79:12 80:24 81:5 90:8 95:20 103:25 114:11 115:13 118:9 119:23 122:22 129:7 129:21 134:2 136:13 138:22 148:10 149:21 149:21 162:24 179:2 180:6 182:9 184:25 186:5 216:15 219:3 225:3 225:15 226:1 227:25 228:21 | | **better**(13) 26:12 111:6 111:11 112:17 134:21 134:21 142:18 158:9 184:12 190:7 193:15 194:18 209:25 **between**(36) 26:24 27:3 40:25 42:4 46:7 48:14 59:20 63:21 73:3 73:7 101:7 120:7 125:8 125:24 131:18 154:9 154:13 154:22 155:25 164:7 172:21 173:7 177:8 180:17 195:11 196:17 197:9 197:22 197:25 198:1 202:12 202:24 206:6 213:11 220:6 228:3 | | **bottoms-up**(2) 120:2 123:21 **bought**(3) 137:5 137:13 151:15 **bound**(1) 116:8 **bowden**(1) 2:43 **box**(4) 147:12 181:15 182:7 224:11 **boxed**(2) 124:7 156:23 **boxes**(5) 181:7 181:24 186:7 206:13 224:9 **brad**(2) 1:28 19:6 **bradford**(1) 4:46 **brand-new**(1) 113:11 **brands**(2) 214:20 215:6 |
| **balances**(6) 22:12 22:14 44:11 44:12 45:8 47:18 | | | | **beyond**(4) 60:23 69:22 108:20 217:18 | | **brandywine**(1) 4:30 |
| **bale**(1) 5:50 | | **began**(2) 20:17 172:11 **begin**(2) 134:20 174:8 **begins**(2) 119:25 203:14 **behalf**(7) 19:7 53:15 53:15 71:23 160:13 179:20 221:19 | | **bible**(2) 103:14 160:21 **bid**(2) 223:12 223:15 **bifferato**(1) 2:19 **big**(4) 88:10 204:25 206:22 211:4 **bigelow**(1) 10:25 132:25 133:8 | | **break**(4) 53:6 103:3 103:4 224:22 **breakdown**(1) 186:13 **breaks**(2) 36:7 45:1 **brett**(1) 6:30 |
| **baltimore**(5) 70:16 98:8 98:11 98:21 162:8 | | | | **biggest**(3) 127:12 129:10 148:21 | | **brian**(7) 8:46 16:21 19:7 19:8 19:10 77:15 232:3 |
| **banker**(3) 176:5 177:1 177:1 **bankers**(2) 176:7 176:24 **banking**(7) 162:10 162:16 162:20 163:3 164:9 171:9 175:25 | | **behind**(6) 114:2 117:12 130:6 142:9 142:10 200:10 **being**(23) 34:19 34:21 38:11 38:24 47:2 48:8 48:9 48:10 48:14 65:2 79:1 87:3 90:10 94:6 113:7 116:4 126:15 131:20 133:7 134:3 138:22 139:18 153:18 | | **bill**(1) 173:13 **billion**(36) 35:17 41:17 43:13 44:25 46:15 46:24 46:25 46:25 48:11 50:24 51:13 51:14 51:19 52:3 52:6 55:3 55:8 55:23 56:1 56:11 57:14 57:16 58:1 71:24 73:20 87:23 101:8 141:18 162:5 162:7 162:8 190:24 190:25 196:14 224:7 224:18 | | **brickley**(1) 10:14 **bricks-and-mortar**(2) 212:4 212:17 **bridge**(13) 32:18 43:14 47:6 52:9 92:18 124:1 124:4 147:23 149:14 224:2 227:12 227:22 227:13 |
| **bankruptcy**(55) 1:1 1:20 21:2 21:4 21:19 21:20 23:17 24:2 37:11 72:25 75:24 97:12 110:13 110:14 110:20 110:24 112:11 112:22 113:5 113:9 113:13 113:16 113:20 114:1 114:6 114:15 114:19 115:20 134:17 134:18 135:2 135:5 137:16 142:1 142:18 142:20 143:4 151:22 151:25 152:3 152:9 152:12 152:14 152:17 157:9 157:18 157:1 157:23 158:4 158:5 167:18 168:4 168:5 169:9 192:20 | | **began**(2) 20:17 172:11 **labor**(1) 98:4 **believe**(46) 14:16 26:23 42:14 42:15 57:10 58:13 63:24 77:6 77:6 82:4 82:19 86:13 86:19 88:10 92:6 95:11 98:8 101:21 108:22 108:24 110:16 121:13 130:7 135:2 136:11 142:4 144:3 147:2 150:3 155:8 170:11 173:13 175:3 177:11 178:7 184:24 185:11 197:18 200:20 201:17 201:25 205:17 208:23 210:14 212:1 216:19 | | **billion-three**(1) 197:3 **billion-two**(2) 196:14 197:3 **binder**(21) 19:17 24:8 28:9 32:23 34:1 36:3 39:1 43:20 47:24 74:14 74:14 74:15 121:2 132:3 136:15 140:12 143:15 225:17 228:23 228:25 229:2 | | **brief**(1) 107:24 **briefly**(7) 43:18 49:19 119:22 150:4 163:5 213:17 227:18 **brigade**(2) 8:23 8:24 **bright**(1) 117:22 **brighten**(1) 114:5 **bring**(2) 174:4 217:11 **bringing**(3) 15:25 144:18 167:11 |
| **bar**(5) 126:16 127:1 192:23 192:23 193:2 **barclays**(2) 2:48 9:9 9:9 **barely**(1) 113:25 **bars**(1) 186:21 | | **believed**(3) 14:25 207:3 207:24 **below**(4) 50:24 127:1 189:13 193:5 **bench**(1) 127:13 **benchmarked**(1) 192:12 **benchmarks**(1) 106:6 | | **binders**(2) 103:23 104:2 **binding**(1) 18:5 **bingham**(1) 9:4 **bit**(16) 15:22 60:1 64:10 71:21 74:7 85:25 99:6 131:19 143:14 162:1 162:12 180:14 203:22 209:23 227:7 228:18 | | **broad**(1) 109:5 **broad-based**(1) 129:25 **broadcast**(19) 28:1 86:17 86:19 86:25 88:12 100:16 108:2 111:17 111:19 111:20 112:5 112:16 112:7 112:12 120:3 120:21 120:22 123:23 129:22 |
| **base**(38) 19:14 22:21 23:5 33:24 34:18 34:19 35:1 35:8 39:3 39:4 39:5 39:11 40:3 41:20 41:22 43:10 43:12 46:17 47:2 49:7 52:7 62:23 62:24 64:12 64:12 65:1 65:12 65:12 65:15 66:11 68:1 99:16 100:21 101:9 114:13 171:23 176:3 232:21 | | | | **bits**(2) 16:6 16:9 **black**(3) 66:5 225:25 227:24 **blake**(1) 4:29 **blank**(1) 5:4 **blanket**(1) 89:15 **blessing**(1) 82:3 **block**(2) 4:45 212:22 | | |
| **based**(55) 27:11 29:12 30:12 30:15 30:16 32:3 32:15 37:11 37:12 37:14 37:23 37:24 44:20 49:24 52:13 58:8 68:19 72:11 75:9 76:1 78:12 78:14 94:5 94:22 97:6 97:18 114:13 119:18 127:14 157:4 173:22 174:1 175:16 175:17 178:21 181:2 181:10 181:11 183:1 187:15 189:7 196:13 196:15 196:18 199:7 199:8 209:10 210:16 211:15 218:24 219:12 220:17 220:19 224:13 227:2 | | | | | | |
| **basically**(13) 18:13 107:15 108:1 116:1 116:3 122:8 123:11 124:3 148:6 157:20 197:10 216:23 223:17 | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **broadcasting**(46) 25:25 26:1 26:4 26:11 54:2 84:11 85:25 88:20 99:8 102:16 105:10 105:11 111:13 111:15 112:15 123:13 123:18 124:11 125:23 129:3 129:5 129:13 129:24 131:8 131:12 131:19 148:16 148:19 166:20 166:22 167:1 167:4 167:7 174:23 178:9 178:15 180:10 181:8 199:1 199:5 200:11 201:3 202:24 217:13 217:14 224:12 | | **buy**(1) 197:11 **buyer**(2) 197:6 197:11 **calculated**(6) 30:20 36:21 64:13 74:9 74:10 75:9 **calculating**(1) 36:15 **calculation**(7) 64:25 65:1 153:11 189:6 189:7 219:14 220:23 **calculations**(7) 11:14 36:13 181:3 181:4 226:21 226:23 227:2 **calendar**(1) 147:7 **california**(1) 106:23 **call**(21) 16:20 19:7 19:8 45:25 90:19 90:21 103:2 103:9 103:11 110:22 136:8 136:12 146:1 146:6 152:5 152:6 160:16 181:15 181:19 192:19 195:15 | | **case**(67) 1:5 9:26 14:15 22:5 23:17 26:12 30:13 30:17 34:15 34:18 34:22 37:4 37:13 39:3 39:4 39:5 39:19 40:3 41:22 43:10 46:17 47:2 50:9 50:10 50:24 54:19 62:17 64:12 66:5 92:13 98:19 99:2 99:11 99:19 103:10 129:4 144:8 144:9 144:16 144:16 145:10 145:10 145:10 145:15 147:2 148:4 148:18 152:25 152:25 153:1 153:10 153:1 153:17 155:17 155:24 159:13 159:15 171:25 172:9 174:10 178:2 178:4 196:12 197:18 202:18 203:5 225:12 | | **challenging**(4) 108:14 210:24 213:5 213:6 **chance**(1) 100:7 **chandler**(2) 10:25 132:25 **chaney**(1) 9:36 **change**(44) 33:15 62:15 65:3 75:25 88:17 99:5 100:19 122:23 124:15 124:17 141:3 143:2 178:15 181:13 184:4 184:16 186:17 188:14 195:4 195:10 197:2 198:21 200:3 200:22 202:18 203:3 203:3 203:5 203:8 203:9 204:18 205:1 206:11 206:22 216:2 216:3 220:12 220:14 220:15 221:16 221:22 222:9 222:14 227:3 |
| **broadway**(1) 2:29 **broke**(2) 180:9 188:24 **broken**(1) 228:7 **broker**(1) 163:1 **brokerage**(1) 37:11 **bromberg**(1) 6:15 **brought**(7) 77:21 99:22 124:17 148:7 171:12 179:12 191:9 | | **called**(14) 39:12 45:23 55:20 87:14 89:24 104:25 107:10 147:12 153:4 163:2 209:22 214:20 216:23 223:13 | | **cases**(9) 21:23 22:4 22:19 100:3 144:7 144:8 145:10 148:7 153:12 | | **changed**(8) 68:15 87:10 87:22 100:12 178:11 178:21 215:22 224:8 |
| **brown**(3) 4:4 6:14 53:14 **bruce**(1) 4:36 **bryan**(2) 6:32 65:17 **bryant**(1) 2:38 **budget**(6) 119:20 119:23 119:25 120:24 220:18 220:20 | | **came**(21) 65:17 65:22 66:13 67:9 68:2 77:15 86:16 90:24 99:20 137:22 190:25 191:3 192:25 196:14 196:15 199:13 199:1 210:5 215:12 215:14 216:14 | | **cash**(62) 29:7 36:18 36:23 36:25 37:21 37:22 45:14 45:14 45:16 46:2 60:7 60:9 60:10 60:13 71:18 84:22 84:23 90:4 90:6 93:13 93:14 94:1 94:2 94:5 140:1 141:2 181:22 182:16 182:24 183:1 183:3 183:4 183:11 190:10 191:6 191:7 193:24 194:15 195:18 195:20 196:15 197:13 202:19 205:17 207:15 218:8 219:7 219:9 219:15 219:15 219:25 220:17 220:18 220:20 220:24 221:1 221:21 221:22 222:3 222:7 222:13 222:13 | | **changes**(26) 87:21 123:11 178:17 182:3 182:19 182:23 183:13 183:17 184:7 184:11 186:18 186:20 195:3 201:6 204:12 204:15 204:16 205:5 207:11 209:13 211:11 213:20 216:6 216:12 223:2 227:2 |
| **build**(2) 94:1 94:2 **builder**(2) 29:15 86:23 **building**(4) 4:30 35:7 143:24 148:20 **builds**(1) 64:4 **buildup**(1) 180:16 **bullet**(2) 190:17 191:13 **bullets**(2) 84:7 84:9 **bunch**(2) 153:5 159:10 **buoname**(1) 3:12 **burden**(3) 16:1 119:13 208:18 **burgo**(1) 2:28 **bush**(2) 3:37 5:27 **business**(64) 13:9 25:25 26:1 26:4 26:7 26:10 26:11 26:15 26:16 26:19 26:22 26:23 30:3 50:3 91:3 91:5 102:2 102:5 102:16 108:5 108:6 109:14 111:14 111:15 111:21 112:13 113:23 115:23 116:11 116:13 118:23 120:8 120:14 120:16 120:1 125:4 125:25 131:20 134:15 142:24 144:5 144:14 144:14 144:15 144:19 145:8 148:7 148:18 158:24 162:6 162:7 165:23 166:13 166:17 166:20 167:1 167:5 180:9 194:5 194:13 212:15 212:15 212:18 217:10 | | **campanario**(1) 7:20 **can**(108) 13:10 13:15 14:9 15:8 15:16 20:16 21:9 21:17 21:25 23:12 28:9 28:10 28:11 28:12 28:20 29:4 30:9 31:1 31:17 33:25 34:1 34:13 36:5 36:14 43:1 43:9 44:20 45:9 46:17 46:20 47:3 49:15 49:19 49:22 50:6 51:13 51:22 57:9 63:4 63:13 75:3 98:14 102:4 103:17 104:10 110:22 113:19 114:4 121:16 123:10 124:3 124:12 126:15 126:17 127:19 127:25 128:14 135:13 136:3 136:9 138:21 140:4 140:21 145:17 145:24 148:2 149:10 150:19 158:13 159:1 159:21 162:12 162:14 163:5 163:10 163:19 165:9 174:10 175:5 183:17 184:9 185:22 185:17 187:3 187:20 189:24 191:14 193:18 197:17 198:4 200:12 201:14 203:1 204:13 211:10 211:20 220:5 220:14 221:4 228:18 229:15 229:23 | | **cast**(1) 114:2 **catch**(1) 114:4 **categories**(19) 29:3 49:23 50:6 50:18 50:19 51:4 61:21 122:24 126:13 126:20 127:10 164:3 183:18 184:7 187:13 187:19 188:24 200:5 223:4 **categorize**(1) 47:17 **category**(9) 47:18 47:18 47:22 47:22 164:8 188:25 189:1 222:20 224:11 **cause**(1) 229:20 **caused**(6) 190:3 190:4 195:12 218:2 219:1 223:22 **causes**(6) 27:7 27:15 33:16 62:11 62:19 62:21 | | **changing**(1) 210:11 **channel**(9) 209:19 209:22 209:23 209:25 210:4 210:5 210:6 210:7 210:8 **chapel**(1) 163:14 **chapter**(16) 1:8 26:2 26:9 27:19 30:12 30:14 31:15 81:9 81:11 85:22 93:8 96:23 97:1 97:7 97:11 102:13 **characterization**(1) 134:11 **characterize**(6) 90:3 106:3 127:9 128:4 135:21 155:24 |
| **business-uni**(1) 120:2 **business-unit-by**(1) 120:1 **business-unit-by-business-un**(1) 123:23 **businesses**(13) 90:13 91:6 99:8 102:11 105:16 107:25 180:11 192:17 192:21 203:25 208:6 219:23 219:24 | | **can't**(7) 15:6 58:16 140:6 142:17 166:8 167:5 227:16 **cantor**(1) 6:5 **canyon**(1) 9:35 **cap**(1) 162:4 **capex**(1) 194:2 **capital**(29) 5:48 5:48 7:26 7:27 8:19 8:20 8:23 8:24 8:40 8:41 8:49 8:49 9:9 9:21 9:22 9:44 9:44 9:46 9:46 17:18 28:5 34:23 160:13 162:9 170:5 183:8 183:9 189:7 221:7 | | **caution**(1) 220:14 **caveat**(1) 220:10 **cease**(1) 26:10 **cement**(2) 114:2 142:8 **center**(1) 45:23 **cents**(3) 32:18 32:18 32:19 **ceo**(4) 105:3 106:4 106:10 106:18 **certain**(37) 25:6 36:22 42:4 42:8 44:14 59:8 59:11 63:16 66:20 72:3 73:7 73:7 84:12 86:5 91:18 118:5 146:4 158:1 175:11 175:11 176:19 176:20 181:4 181:1 182:14 183:3 183:24 185:6 189:17 189:22 190:2 221:1 225:9 225:24 226:19 226:22 227:2 | | **characterized**(3) 61:19 61:23 61:24 **charge**(1) 102:12 **chart**(54) 32:11 32:23 33:2 33:7 33:8 36:4 36:5 36:7 39:2 44:19 44:20 44:23 45:1 45:6 45:7 45:7 48:2 48:3 48:17 48:24 48:25 49:2 49:16 51:9 51:24 51:24 55:18 56:6 59:16 124:21 126:6 126:12 126:23 127:16 127:22 127:22 127:24 127:24 128:20 128:25 129:2 130:11 155:2 156:6 164:14 190:22 190:22 190:23 191:1 201:7 208:10 213:13 223:12 228:5 |
| **but**(133) 11:23 12:1 12:4 12:24 13:14 15:13 15:22 15:24 16:10 18:23 18:25 37:23 41:15 55:12 56:1 57:10 57:21 70:14 72:2 73:12 73:13 75:18 77:21 78:20 80:21 81:19 82:12 82:21 84:24 86:16 87:9 88:7 88:15 90:25 91:20 92:14 92:24 93:21 94:7 95:3 97:4 101:11 104:5 109:5 110:9 111:23 111:25 115:4 115:7 116:6 129:9 130:5 133:25 134:4 135:7 143:13 145:6 148:22 149:18 153:24 155:2 155:8 158:9 159:1 159:13 159:21 162:23 164:25 165:8 165:10 165:11 167:21 169:1 169:16 169:24 170:11 171:7 171:8 171:20 171:23 171:25 173:9 173:14 174:1 174:3 178:19 179:10 179:11 180:16 183:2 183:10 184:7 187:19 188:14 191:21 194:5 195:12 195:23 198:2 198:10 202:9 203:11 204:1 204:6 204:10 204:25 205:21 205:25 207:8 208:5 208:9 208:23 212:16 212:24 214:18 214:24 218: 218:11 218:13 218:18 221:22 222:22 223:24 226:2 226:22 226:7 227:7 227:17 228:8 228:17 229:1 229:1 229:14 | | **capture**(2) 189:19 220:23 **career**(10) 20:17 20:21 22:6 29:15 86:23 102:10 164:20 166:10 175:20 212:4 **career-oriented**(1) 212:16 **careerbuilder**(7) 204:1 205:4 211:19 212:21 212:22 213:12 215:19 **careful**(1) 148:24 **carefully**(1) 133:25 **carickhoff**(1) 5:5 **caridas**(1) 5:30 **carol**(1) 5:50 **carolina**(1) 106:23 **carried**(2) 68:9 213:21 **carries**(1) 208:17 **carroon**(1) 4:17 **carry**(1) 178:20 | | **certainly**(6) 13:18 13:21 19:21 82:24 132:23 150:20 158:9 203:11 226:14 **certainty**(1) 117:21 **certification**(1) 231:1 **certifications**(1) 20:10 **certified**(3) 20:14 20:15 169:12 **certify**(1) 231:2 **cetera**(1) 221:10 **cfo**(1) 132:25 **chachas's**(2) 191:16 192:5 **chad**(1) 9:6 **chadbourne**(2) 3:25 5:12 **challenge**(3) 110:6 112:2 134:19 **challenged**(3) 111:23 129:24 130:4 **challenges**(7) 106:13 109:13 109:16 110:15 111:20 134:2 222:7 | | **charts**(6) 19:18 49:16 126:22 128:18 145:25 184:11 **chase**(1) 8:12 **cheapest**(1) 114:25 **check**(3) 74:2 197:14 209:1 **chicago**(11) 1:31 3:14 4:48 10:4 10:5 85:11 85:12 105:21 108:8 111:19 129:11 138:5 138:11 **chief**(3) 105:8 105:12 133:7 **choice**(2) 211:1 211:3 **choose**(3) 117:19 118:1 159:16 **chopped**(1) 16:4 **chosen**(1) 202:5 **christine**(1) 9:15 **chung**(1) 6:11 **circulation**(1) 111:9 **circumstance**(3) 60:17 61:10 223:10 **circumstances**(2) 50:5 196:7 **citibank**(1) 7:4 **claim**(64) 14:7 17:7 17:10 17:22 17:25 18:4 18:7 18:12 18:21 32:16 32:21 35:11 39:14 40:13 40:18 40:19 40:23 40:24 41:19 42:11 42:15 45:7 48:5 48:14 49:17 50:4 50:23 51:12 52:1 52:23 54:8 58:3 58:5 58:9 58:11 58:16 58:19 59:5 61:4 61:24 61:25 62:3 62:9 63:22 64:2 64:7 64:7 71:24 73:4 74:9 74:10 77:14 79:2 79:9 83:8 83:17 92:8 92:8 93:5 100:23 101:4 101:6 101:16 111:9 **claimant**(1) 40:21 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**claimants**(6) 42:2 42:21 43:4 43:5 101:20 101:21

**claimed**(2) 40:25 41:16

**claims**(134) 19:15 22:9 22:11 22:20 23:5 23:22 24:23 25:21 25:22 26:17 27:4 27:9 27:11 28:7 28:8 31:5 31:8 31:14 31:16 31:20 32:1 32:3 32:4 32:15 34:23 35:9 35:10 35:21 35:23 38:6 38:7 38:9 38:14 38:16 39:15 39:16 39:19 39:20 40:6 40:8 40:14 40:15 40:17 40:22 41:5 41:9 41:13 42:9 42:12 42:14 42:16 42:17 43:2 43:16 43:17 43:19 43:21 44:9 44:21 44:24 45:1 46:13 46:14 47:7 47:14 47:15 48:1 48:18 48:23 48:25 49:10 49:12 49:13 49:14 49:21 49:23 49:25 50:2 50:4 50:8 50:20 50:25 51:9 51:11 51:18 52:4 52:6 52:10 52:13 56:9 58:7 59:6 59:8 59:11 59:19 59:23 61:5 61:8 61:10 61:22 62:6 62:17 62:18 62:23 71:22 76:15 77:12 78:10 78:20 79:13 79:19 79:21 80:8 80:14 81:1 83:19 91:22 91:25 92:1 92:2 92:20 92:22 94:12 94:20 94:23 95:4 95:9 95:23 96:10 96:24 97:17 99:24 118:5 232:17

**claire**(1) 10:26

**clarification**(3) 23:8 92:14 229:9

**clarity**(1) 198:19

**clark**(1) 4:47

**class**(4) 31:23 32:9 43:10 119:12

**classified**(11) 29:15 36:21 37:15 38:24 86:24 113:3 126:14 203:25 205:4 214:2 215:19

**clawing**(1) 119:4

**clean**(1) 116:2

**clear**(15) 17:6 18:14 35:13 60:12 65:14 70:3 87:19 129:15 135:5 165:22 186:20 188:2 199:18 201:19 226:10

**clearly**(2) 74:5 225:13

**cleary**(1) 4:29

**clerk**(9) 11:2 53:8 74:25 103:13 103:16 103:21 160:20 160:23 161:3

**client**(5) 158:10 164:12 164:12 164:13

**clients**(4) 22:6 22:10 166:9 168:17

**climate**(1) 158:10

**clips**(4) 14:11 14:22 15:7 160:1

**clock**(1) 229:19

**close**(5) 134:6 140:3 159:10 199:8 210:5

**closed**(2) 86:6 106:8

**closer**(2) 190:13 197:22

**closing**(1) 37:10

**cloud**(3) 112:21 115:9 119:2

**clutter**(1) 165:11

**cmo**(2) 226:1 226:2

**co-president**(3) 104:16 106:14 120:14

**co-presidents**(5) 104:19 104:21 104:24 105:4 133:9

**cobb**(2) 3:18 5:33

**cognizant**(1) 203:16

**coincide**(1) 147:7

**cold**(1) 107:11

**cole**(1) 1:34

**collateral**(1) 18:15

**colleagues**(2) 13:11 155:14

**collect**(3) 24:20 35:3 84:18

**collected**(7) 24:22 35:5 35:7 35:9 37:20 37:21 94:5

**collections**(1) 60:10

**college**(1) 107:9

**collins**(1) 2:13

**colloquial**(1) 203:10

**colorful**(1) 142:8

**column**(20) 30:24 40:1 40:5 41:4 41:25 42:25 43:13 46:22 49:22 55:11 55:11 123:11 125:1 125:18 156:23 195:6 197:5 206:13 221:5 223:11

**columns**(8) 28:15 28:17 29:2 46:20 51:21 51:23 52:2 122:23

**combination**(3) 40:19 41:10 78:14

**combine**(1) 171:23

**combined**(2) 28:18 76:2

**come**(19) 14:6 29:22 37:7 41:8 53:1 63:1 88:25 103:12 117:14 123:20 134:13 136:6 142:13 167:15 174:11 187:2 202:17 207:7 207:8

**comes**(4) 26:3 39:9 43:6 46:2 98:8 112:20 120:2 162:19 218:24

**comfortable**(2) 209:9 209:10

**coming**(12) 33:10 43:8 101:25 110:25 114:9 125:4 126:1 128:16 144:20 145:9 148:19 170:7

**commence**(1) 27:2

**commenced**(4) 225:8 229:10 229:12 229:16

**comments**(1) 113:15

**committee**(11) 3:10 3:17 5:11 7:16 10:9 11:9 21:6 62:10 133:5 206:15 207:6

**committee's**(1) 105:25

**common**(3) 176:6 196:8 204:6

**communicated**(1) 65:5

**communications**(1) 176:16

**community**(1) 106:23

**comp**(11) 187:11 202:19 208:23 209:7 209:22 212:6 213:1 213:4 214:19 214:20 215:11

**companies**(35) 20:24 22:13 75:22 114:12 130:1 134:24 134:25 134:25 157:21 178:1 178:5 178:6 178:9 178:14 180:24 180:25 187:12 188:9 188:15 189:3 189:12 189:17 189:18 192:14 192:18 192:20 196:14 201:10 204:4 211:25 212:12 212:13 214:18 215:1 223:19

**company**(128) 1:8 6:35 10:13 10:17 21:12 21:16 23:16 25:1 25:16 28:17 29:7 30:21 34:17 35:6 35:17 36:8 36:17 36:20 36:23 37:16 37:18 37:22 37:24 37:25 38:15 41:12 44:15 44:25 45:16 45:20 46:11 48:8 52:21 59:17 59:19 59:21 72:13 73:3 75:1 83:18 84:22 85:17 85:17 98:12 104:14 104:16 105:3 106:11 107:2 107:9 107:10 108:1 116:4 116:5 116:8 116:15 117:8 117:16 118:5 118:24 119:3 119:19 121:10 122:1 128:11 131:24 132:1 133:7 135:6 137:13 138:8 138:13 141:15 142:4 144:13 151:16 155:11 157:17 157:18 159:1 162:5 167:17 168:4 168:5 178:3 178:15 178:25 182:12 190:9 190:11 190:17 195:20 197:6 199:2 201:4 202:3 205:12 207:1 207:2 207:10 207:13 207:18 207:19 207:20 207:22 207:25 208:1 208:2 208:5 209:17 210:12 210:14 210:16 215:1 210:21 211:4 211:5 211:16 212:2 212:5 212:8 212:17 212:22 213:2 213:3 214:15 215:2

**company's**(23) 23:21 24:22 24:23 24:25 25:7 25:8 37:13 41:2 41:15 44:10 45:14 45:16 59:14 66:23 72:6 72:15 72:19 73:15 74:1 83:12 142:1 143:2 206:10 221:8

**company."**(1) 137:5

**company's**(6) 104:2 107:25 119:17 132:25 138:21 139:6

**comparable**(34) 178:1 178:3 178:5 178:6 178:25 180:24 182:12 188:9 189:3 190:11 192:14 195:17 195:20 201:4 201:10 202:3 205:11 207:10 207:13 207:18 207:22 207:25 208:3 208:4 209:3 209:17 210:12 210:21 211:16 211:25 212:2 212:12 212:12 212:1 223:19

**comparable-companie**(4) 214:11 214:13 214:14 217:15

**comparable-company**(2) 207:17 212:9

**comparables**(1) 178:12

**compare**(8) 127:10 153:18 155:17 192:19 192:23 208:18 208:19 208:22

**comparing**(5) 27:13 117:24 154:2 154:5 156:10

**comparison**(10) 33:4 94:25 96:6 96:18 116:1 122:18 124:21 141:5 193:12 197:21

**comparisons**(1) 158:23

**compensation**(3) 114:11 179:24 216:25

**compete**(2) 114:1 116:5

**competing**(1) 116:4

**competition**(2) 91:7 114:3

**competitive**(1) 113:23

**competitors**(1) 116:11

**complete**(3) 67:25 121:16 144:1

**completed**(2) 72:24 163:24

**completes**(1) 159:8

**complex**(1) 203:23

**compliant**(1) 226:11

**complicated**(1) 174:10

**component**(7) 74:10 75:9 164:10 171:10 184:2 208:9 219:22

**components**(9) 36:7 36:10 36:16 37:6 38:22 40:12 49:11 51:16 171:13

**comported**(1) 75:16

**composition**(1) 210:11

**comprised**(1) 38:21

**comps**(5) 200:8 202:13 214:18 214:22 215:11

**computation**(2) 19:13 34:17

**compute**(2) 39:11 184:2

**computed**(7) 66:20 180:17 184:3 201:24 208:12 210:17 210:19

**computer**(1) 112:1

**computing**(1) 190:8

**conaway**(1) 4:27

**conceding**(1) 17:9

**concept**(7) 45:9 45:10 46:12 47:10 52:3 55:21 76:2

**concepts**(1) 22:1

**concern**(6) 29:16 29:18 29:19 29:25 190:3 190:7

**concerned**(1) 211:3

**concerning**(8) 27:1 27:8 42:5 43:10 47:11 50:18 50:19 119:16

**concerns**(3) 105:20 190:5 193:16

**conclude**(5) 32:9 48:1 48:22 50:18 224:14

**concluded**(9) 26:18 32:14 43:12 47:16 48:3 50:19 88:2 133:14 224:6

**conclusion**(20) 26:14 31:19 43:10 45:11 49:9 51:10 88:18 93:20 94:22 95:3 182:20 183:14 184:9 199:5 202:24 210:25 213:22 213:24 223:20 224:4

**conclusion's**(1) 224:18

**conclusions**(10) 33:7 33:15 50:4 73:22 79:11 100:12 100:19 170:7 190:10 192:11

**conclusively**(1) 200:22

**conditions**(1) 74:11

**conduct**(3) 61:13 165:14 205:13

**conducted**(1) 49:20

**conducting**(3) 24:21 190:2 203:20

**conduit**(1) 37:2

**confidential**(2) 104:4 135:22

**confidentiality**(1) 203:16

**confirm**(4) 68:14 68:22 83:6 185:19

**confirmation**(3) 23:24 58:13 116:3

**confirmed**(6) 17:24 18:12 31:8 58:10 87:7 96:4

**conjunction**(3) 30:22 35:7 133:8

**connection**(7) 23:13 76:19 151:19 152:6 152:16 166:25 170:13

**conseco**(2) 170:10 170:23

**consequence**(1) 104:3

**conservative**(3) 133:21 191:13 210:18

**consider**(12) 47:21 60:8 60:9 61:9 61:21 86:9 94:12 94:20 96:22 191:6 191:7 198:8

**consideration**(11) 39:16 39:9 62:25 67:16 72:17 96:16 96:17 190:9 207:14 208:5 218:4

**considered**(11) 47:13 47:14 47:15 61:4 89:2 89:3 93:10 93:20 97:17 98:25 198:10

**considering**(4) 47:3 64:16 90:21 213:2

**considers**(1) 39:15

**consist**(1) 40:11

**consistent**(6) 115:17 133:11 137:19 188:4 190:18 204:10

**consistently**(1) 176:1

**consists**(1) 40:12

**consolidate**(1) 111:5

**consolidated**(8) 28:24 57:18 109:25 144:5

**consolidation**(6) 22:13 22:15 31:11 110:17 110:18 134:21

**consolidations**(1) 111:2

**constitute**(1) 57:5

**constituted**(3) 61:8 61:10 139:25

**construction**(1) 80:1

**constructive**(1) 177:3

**constructs**(1) 222:6

**consult**(5) 166:12 167:1 167:21 167:23 229:11

**consultant**(1) 25:9

**consulted**(2) 17:4 95:6

**consulting**(2) 20:8 20:18

**consumed**(1) 110:24

**consummated**(5) 17:25 18:1 18:11 18:12 18:22

**contain**(1) 104:2

**contained**(4) 33:2 36:9 36:25 181:11

**containing**(2) 135:22 143:13

**contains**(2) 31:14 135:19

**contemplated**(2) 57:7 220:20

**contemplates**(1) 57:1 157:9

**content**(4) 112:9 112:16 112:16 112:17

**context**(10) 24:2 34:14 62:13 167:18 168:5 168:25 173:20 191:9 193:9 213:9

**contingent**(2) 58:13 179:25

**continue**(5) 14:8 99:4 194:13 195:15

**continued**(14) 2:2 3:2 4:2 5:2 6:2 7:2 8:2 9:2 10:2 20:2 20:23 68:19 83:7 138:21

**continuing**(4) 30:7 30:24 31:17 109:20

**contrarian**(2) 8:40 8:41

**contrasted**(1) 157:16

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

contrasts(1) 122:22
contribution(1) 61:19
control(2) 116:9 180:11
controlled(4) 117:17 180:12 204:5 219:24
convenienc(1) 79:18
conversation(5) 87:7 136:25 137:22 138:3 152:11

conversations(1) 138:2
conversion(2) 31:16 93:8
convert(1) 30:14
conveyance(2) 61:12 61:13
cooperstown(2) 9:21 9:22
copy(6) 67:21 74:19 74:24 161:11 181:25 185:20

core(3) 107:5 180:9 219:23
core-value(1) 208:24
corner(1) 38:5
corp(1) 107:17
corporate(14) 20:19 21:18 105:14 120:6 120:6 120:8 120:18 120:20 132:21 148:9 163:8 218:11 218:12 218:15

correct(165) 53:22 53:24 53:25 54:3 54:4 54:7 54:9 54:14 54:18 54:20 54:21 55:2 55:7 55:12 55:16 55:19 55:22 56:3 56:5 56:17 56:24 57:2 57:15 57:24 58:1 58:18 59:7 59:13 64:15 64:18 67:2 68:17 69:17 69:23 69:25 70:5 70:8 70:18 70:22 71:2 72:5 72:10 72:11 72:11 72:18 72:19 73:6 74:12 77:19 78:6 78:7 78:21 78:25 79:7 79:10 79:20 79:22 79:23 80:10 80:16 82:7 82:7 82:14 82:15 82:17 82:20 83:10 83:11 84:5 84:13 84:16 86:15 87:11 88:6 88:24 89:18 90:18 92:25 93:17 94:16 97:14 97:19 106:1 109:2 113:17 115:14 117:5 119:20 120:25 121:25 123:6 124:1 125:10 126:24 132:5 139:7 139:21 141:20 142:6 142:7 142:21 143:2 143:3 143:9 143:10 143:20 145:12 145:15 147:24 147:25 150:16 153:1 153:19 154:7 155:3 155:18 157:2 157:13 158:1 158:24 159:2 165:24 165:25 166:3 166:7 166:11 166:15 166:18 166:19 166:23 167:2 167:3 167:5 167:6 167:9 167:12 167:16 168:13 168:14 169:7 169:10 169:11 169:13 169:14 171:4 171:17 172:2 172:7 172:14 172:17 173:1 173:2 173:17 173:18 173:20 173:21 173:24 174:24 178:12 178:17 179:11 179:2 200:9 229:17 231:2

corrected(3) 182:12 183:7 183:12
correction(1) 183:11
corrections(1) 228:7
correctly(2) 125:15 170:3
corresponding(1) 100:16
cost(8) 30:9 112:4 112:5 112:10 114:19 170:5 189:6 189:7

cost-effective(1) 112:19

costs(8) 24:24 25:19 26:16 27:16 27:20 27:21 92:4 109:21

could(53) 14:6 15:15 15:23 23:1 31:10 32:12 33:8 54:23 55:17 61:18 63:6 74:13 74:16 83:23 99:4 104:21 107:7 107:24 111:10 113:1 115:6 117:14 119:22 121:2 122:16 122:20 126:9 126:9 128:18 129:20 131:7 132:2 132:22 136:14 142:5 142:13 145:17 151:7 161:22 168:7 171:7 177:21 178:20 180:20 192:7 193:17 195:7 197:11 197:23 220:1 221:21 221:24 226:23

couldn't(8) 85:14 94:3 166:4 200:22 202:9 212:14 218:12 218:16

council(3) 104:25 105:2 148:10

counsel(21) 11:8 11:25 17:18 42:19 64:21 64:23 65:8 66:7 77:8 77:13 78:15 80:13 81:1 83:14 95:6 95:7 95:18 95:25 161:10 167:21 167:23

count(1) 114:22
counter(2) 12:22 14:17
country(1) 171:7
couple(13) 11:10 17:23 47:23 98:5 127:21 175:12 175:25 183:23 183:24 194:1 205:1 215:13 219:6

couri(1) 9:23
course(9) 13:23 14:4 62:23 92:13 133:19 164:19 175:20 176:22 216:14

court(180) 1:1 11:3 11:5 11:17 11:19 12:5 12:6 12:14 13:2 13:16 14:13 15:12 15:17 15:18 15:21 16:1 16:4 16:12 16:14 16:16 16:18 16:24 17:13 18:13 18:23 19:4 19:2 20:24 20:25 21:9 21:17 21:25 22:22 23:11 31:18 34:7 34:9 34:13 36:15 41:18 44:3 44:5 44:21 45:9 46:21 49:19 50:10 51:6 51:22 51:25 53:5 53:6 53:9 53:11 58:14 82:21 87:20 96:5 97:22 98:1 98:15 100:11 102:4 102:20 102:22 102:24 103:4 103:6 103:6 103:24 104:7 107:24 109:1 109:10 113:1 113:19 114:25 115:14 116:18 116:2 117:1 118:13 118:16 122:20 124:3 124:15 126:9 127:19 130:14 135:11 135:15 135:22 136:3 136:9 138:23 145:24 146:22 150:20 150:25 151:2 152:15 153:21 153:24 155:20 155:22 158:17 159:6 159:17 159:19 160:2 162:14 164:23 164:23 164:24 164:25 165:1 165:14 169:9 169:13 169:19 172:3 172:6 174:5 174:14 174:17 177:20 179:6 180:5 182:23 185:3 185:24 186:1 186:12 187:4 188:22 189:25 193:18 194:7 194:21 199:4 201:5 211:21 214:5 216:12 218:21 219:8 223:1 224:3 224:21 224:24 226:14 228:13 228:16 229:5 229:12 229:17 229:19 229:2 230:1 230:1

court's(1) 35:13
courtney(2) 1:29 8:29
courtroom(3) 1:10 114:23 179:9
cover(2) 161:13 167:4
covers(1) 166:17
cpa(1) 163:17
create(2) 46:6 183:5
created(2) 207:2 221:23
creating(2) 90:15 112:18
credit(7) 4:26 5:36 92:10 217:5 217:17 218:4 218:5

creditor(20) 19:14 21:25 22:21 23:6 33:24 35:8 39:11 41:20 46:17 52:7 62:23 62:24 65:1 65:12 65:13 66:11 77:1 99:17 100:2 232:21

creditors(19) 3:18 5:12 20:20 21:6 31:24 32:10 32:20 34:18 38:17 43:11 49:8 58:18 76:12 82:10 95:1 96:4 101:19 138:7 138:13

criticism(2) 133:20 133:23
criticizing(1) 193:13
cross(28) 14:19 14:23 15:1 15:4 53:9 165:1 174:19 224:21 224:22 225:2 225:8 225:11 225:24 226:8 226:25 228:23 228:2 229:2 229:10 229:12 229:16 232:1

crucial(1) 114:17
culminating(1) 122:24
cumbersom(2) 113:13 117:25

current(15) 30:12 67:16 68:7 70:25 71:20 75:10 93:13 93:23 104:15 108:12 114:16 115:8 118:5 118:21 136:5

currently(2) 20:1 104:13
curtain(1) 117:12
cushman(6) 25:11 70:19 70:24 98:1 98:22 98:25

cusp(1) 147:10
customers(2) 60:10 91:7
cut(5) 91:4 97:11 109:21 109:22 110:1
cutable(1) 110:2
cutler(1) 5:37
cycling(1) 131:19
daily(1) 45:18
dance(1) 112:21
dandy(1) 16:24
daniel(6) 2:35 3:20 6:5 6:7 10:28 17:17
dark(1) 193:21
dash(15) 4:6 53:10 53:13 53:14 74:22 75:2 82:24 83:1 97:20 97:23 99:6 100:4 100:14 102:21 102:23

data(48) 1:43 39:13 104:2 130:20 130:21 131:2 141:2 146:21 180:19 180:23 180:25 182:14 183:18 183:19 183:21 184:12 184:13 186:19 186:22 187:9 188:25 189:4 189:5 191:11 195:5 196:5 199:7 200:3 201:9 201:18 203:6 204:8 204:8 204:9 204:21 206:1 206:3 206:6 210:25 211:23 214:7 214:8 216:5 223:6 223:7 224:10 228:1

dated(3) 146:9 148:2 149:18
dates(1) 71:13
dating(1) 170:12
david(12) 2:34 2:36 3:5 3:26 3:47 4:46 5:5 6:38 7:49 9:32 13:4 135:17

davis(4) 2:4 7:5 8:12 226:5
day(18) 3:11 7:23 10:9 11:21 12:17 43:9 50:17 51:17 57:21 60:14 72:23 85:19 86:6 164:12 188:3 188:5 203:8 228:14

day-to-day(3) 106:9 106:20 118:24
days(6) 72:13 147:9 149:21 172:24 216:15 219:3

dbtca(1) 3:45
dcf(27) 26:21 26:23 182:6 182:9 189:8 189:24 193:11 194:17 194:19 195:24 196:18 197:17 197:19 198:8 198:11 199:11 199:12 202:13 207:16 209:16 210:21 212:8 214:9 218:7 218:9 218:10 219:14

dcl(30) 11:12 11:15 12:21 14:14 17:15 17:21 17:24 18:2 54:23 56:7 56:9 57:1 57:8 57:9 57:12 58:7 58:10 69:6 74:22 83:3 115:16 115:24 116:1 118:3 121:3 132:5 140:18 140:19 156:18 232:15

deal(9) 18:8 66:1 97:11 106:11 112:12 117:14 117:20 134:18 214:17

dealer(1) 163:1
dealing(3) 18:20 106:9 222:16
dealt(2) 219:8 220:6
dearborn(1) 1:30
debenture(2) 2:19 9:14
debilitating(1) 115:9

debt(26) 32:17 42:2 43:1 46:6 61:23 62:7 62:7 63:4 63:12 63:13 63:9 75:11 77:22 77:22 78:2 78:18 78:21 78:23 78:24 79:1 91:18 91:20 92:16 92:18 161:20 162:17 162:18

debtor(8) 21:23 37:3 44:9 62:10 97:11 103:9 221:18 222:5

debtor's(2) 95:6 95:7

debtors(30) 1:12 1:25 19:7 19:10 20:19 21:7 21:15 23:13 28:4 33:3 36:1 42:20 52:12 52:20 59:6 63:9 64:20 64:23 65:8 77:9 77:13 78:15 80:13 81:9 93:13 93:14 95:25 96:13 135:21 151:4

debuted(1) 179:9

december(32) 69:16 74:20 75:20 94:6 125:6 125:8 125:13 125:19 125:20 126:1 126:16 127:14 128:1 139:14 145:15 146:1 146:6 146:7 146:9 146:12 146:13 146:25 147:10 148:2 148:5 148:21 149:15 149:25 150:1 157:5 182:17 189:8

decided(1) 73:15
decimal(2) 129:12 129:18
decision(3) 95:7 194:9 197:17
decisions(1) 106:9
deck(2) 168:8 169:15
decline(6) 109:18 111:4 193:22 193:24 194:13 194:13

declined(1) 47:5
declines(1) 134:10
declining(5) 85:1 108:18 110:4 111:8 111:9
decrease(5) 47:8 100:16 102:17 188:18 200:25

decreased(3) 183:15 183:15 184:5
decreases(2) 110:6 134:7
decreasing(2) 48:13 109:17
dedicating(1) 217:7
deduct(1) 216:25
deducted(1) 182:10
deduction(1) 185:15
deem(1) 200:16
deeper(1) 109:8
deficiencies(1) 220:11
defining(1) 167:19
definition(2) 84:24 202:7
degree(2) 163:12 220:25
degrees(1) 20:10
delaware(5) 1:2 1:12 1:37 2:44 11:1
demo(1) 6:22
demonstrated(2) 60:18 194:12
demonstrates(1) 195:10
demonstrativ(12) 161:13 161:22 225:9 225:14 225:24 226:7 227:4 227:5 227:15 227:20 228:3 228:4

demonstrative's(1) 228:25
demonstrative(13) 161:14 180:4 182:2 199:3 225:4 225:20 226:17 226:22 227:1 227:10 228:9 228:16 229:1

department(5) 30:20 110:1 132:21 162:17 162:20

departs(1) 45:21
dependent(3) 58:19 208:8 208:9
depending(3) 14:14 109:6 197:13
depends(1) 84:23
depict(3) 31:18 127:2 130:15
depicted(1) 156:1
depicting(2) 36:6 193:19
depicts(1) 122:20
deposition(22) 12:19 67:19 68:14 69:18 69:21 70:23 71:6 71:7 71:11 75:14 76:4 79:16 80:7 86:2 87:12 87:15 87:25 89:22 100:7 166:4 171:3 221:16

| Word | Page:Line |
|------|-----------|
| depressed(1) 142:1 | |
| derive(1) 28:24 | |
| derived(1) 29:23 | |
| descending(1) 126:12 | |
| describe(22) 20:16 23:13 107:7 108:12 119:22 121:17 162:14 163:5 163:10 182:3 183:17 184:9 189:25 193:18 201:5 203:19 208:10 209:13 214:5 216:11 219:8 223:1 | |
| described(14) 38:7 75:21 76:2 94:21 120:24 123:22 148:9 184:7 194:24 211:24 214:8 222:2 224:8 224:15 | |
| describing(3) 129:16 185:2 199:3 | |
| description(1) 22:25 | |
| designated(5) 11:23 12:4 14:23 14:24 216:18 | |
| designation(1) 74:21 | |
| designations(3) 12:22 14:17 16:10 | |
| designed(1) 202:7 | |
| detail(7) 100:10 183:2 190:17 201:3 206:13 207:24 228:8 | |
| detailed(1) 51:5 | |
| details(4) 35:6 44:14 180:7 181:18 | |
| determination(6) 39:8 62:6 62:11 62:18 85:16 89:8 | |
| determinations(1) 47:22 | |
| determine(14) 28:7 31:23 35:8 41:18 59:19 60:2 60:4 60:24 61:7 61:14 66:17 89:5 133:10 167:24 | |
| determined(5) 22:14 37:15 59:3 200:19 217:3 | |
| determining(6) 39:4 66:15 75:15 84:9 99:20 101:9 | |
| deutsch(1) 5:15 | |
| deutsche(1) 9:4 | |
| develop(1) 197:25 | |
| developed(2) 39:12 119:24 | |
| development(2) 105:23 120:16 | |
| develops(1) 119:20 | |
| devices(2) 111:24 112:1 | |
| dewey(1) 4:35 | |
| diaz(1) 1:43 | |
| dice(3) 212:1 212:3 212:18 | |
| dictated(1) 124:15 | |

| Word | Page:Line |
|------|-----------|
| did(180) 14:12 14:20 25:1 25:2 25:3 25:24 26:6 26:14 26:25 27:7 29:19 29:22 31:23 32:9 35:3 35:15 37:7 38:5 39:11 41:8 42:10 44:8 45:10 47:11 48:1 48:22 49:9 50:7 50:17 52:12 52:16 56:14 59:18 59:22 60:3 60:8 60:22 60:22 61:1 61:1 61:6 61:16 61:9 61:12 61:16 61:20 65:25 65:25 66:1 67:6 67:20 69:2 70:15 71:3 71:4 74:2 74:6 74:9 76:9 76:13 76:16 76:24 77:5 77:6 77:17 77:23 78:1 78:11 78:15 80:6 82:7 82:17 86:8 86:11 87:17 88:15 88:19 88:25 89:4 89:4 89:12 89:14 91:20 93:19 93:20 93:21 95:15 95:18 96:11 96:24 99:11 99:12 101:1 101:10 102:4 106:24 107:4 119:5 121:24 123:20 125:19 126:1 126:2 133:1 133:2 136:6 136:12 137:11 137:25 138:1 139:12 140:2 144:11 150:15 152:4 159:3 164:14 166:12 166:25 168:15 168:20 168:21 168:22 170:13 170:13 170:20 170:22 172:1 172:9 173:7 175:12 175:22 176:10 176:17 176:24 178:15 178:17 180:6 180:13 180:15 182:9 182:23 185:8 186:24 189:22 189:25 190:6 192:12 195:16 198:8 198:11 199:4 199:6 201:15 202:14 204:10 205:13 205:16 205:24 206:3 207:11 207:22 207:21 211:6 210:11 211:10 212:6 212:8 212:10 213:13 214:10 214:19 215:20 215:21 217:11 217:20 217:20 218:7 223:12 226:1 | |
| didn't(8) 127:13 128:20 172:1 173:3 174:3 178:9 184:14 198:7 | |
| difference(24) 42:23 48:10 112:9 124:5 125:8 125:17 125:24 142:21 172:21 180:1 198:16 198:18 198:20 202:23 213:11 213:15 213:15 213:18 213:19 220:6 223:23 223:23 223:25 | |
| differences(2) 189:19 228:3 | |
| different(20) 34:23 41:16 65:3 67:23 75:20 90:22 144:12 178:12 183:23 183:24 196:6 196:19 202:21 204:5 204:11 204:12 226:17 227:11 227:14 228:4 | |
| differentiated(1) 112:16 | |
| differently(1) 199:16 | |
| difficult(4) 109:5 113:9 114:8 186:14 | |
| difficulty(2) 191:20 201:25 | |
| dig(1) 109:8 | |
| digit(4) 155:4 155:4 155:6 156:15 | |
| digital(6) 105:15 110:7 110:8 117:23 134:3 134:5 | |
| digits(1) 129:3 | |
| diligence(4) 190:2 191:10 205:16 216:14 | |
| dip(1) 37:5 | |
| dire(5) 165:14 165:17 174:19 177:22 232:5 | |
| direct(33) 19:22 55:20 57:12 60:2 64:12 71:25 74:18 79:12 80:4 84:12 88:22 96:9 104:8 119:7 125:4 138:22 140:4 141:1 142:7 143:23 149:22 154:12 159:15 161:13 161:15 165:1 165:17 179:16 185:1 192:16 225:21 232:2 | |
| directed(3) 108:21 152:22 160:2 | |
| direction(1) 49:4 | |
| directly(1) 46:10 | |
| director(4) 20:4 20:22 20:25 161:20 | |

| Word | Page:Line |
|------|-----------|
| directors(7) 3:11 7:18 107:21 120:10 121:7 121:10 122:2 | |
| directs(1) 115:17 | |
| directv(2) 107:15 107:17 | |
| disagree(2) 64:22 197:16 | |
| disagreement(1) 14:7 | |
| disallowed(3) 47:15 48:10 61:25 | |
| disallowing(1) 49:6 | |
| disappointing(1) 128:15 | |
| disbursements(3) 45:20 45:21 45:24 | |
| disbursing(3) 45:25 46:1 46:3 | |
| discarded(3) 200:17 200:20 202:11 | |
| disclose(1) 185:9 | |
| disclosure(7) 33:3 69:15 81:4 81:4 93:22 189:21 192:22 | |
| disclosures(1) 207:1 | |
| discount(12) 29:10 29:17 29:19 29:22 29:24 88:21 89:9 89:11 89:15 182:17 197:25 198:1 | |
| discounted(18) 75:9 90:6 90:8 90:14 182:16 189:18 190:10 191:6 191:7 195:18 196:15 198:12 202:19 205:13 205:17 205:22 207:15 207:16 | |
| discover(1) 185:7 | |
| discovery(8) 173:5 180:20 207:22 208:19 208:20 209:1 209:3 209:7 | |
| discovery's(1) 207:23 | |
| discrete(1) 36:17 | |
| discuss(4) 14:8 101:1 137:11 191:18 | |
| discussed(5) 14:2 51:21 89:10 100:4 | |
| discussing(2) 77:24 78:9 | |
| discussion(5) 11:21 13:21 102:1 152:14 191:19 | |
| discussions(5) 11:25 12:13 29:23 44:15 95:18 | |
| disincentive(1) 117:22 | |
| dispense(1) 115:6 | |
| disposition(2) 25:24 26:6 | |
| dispositions(2) 30:17 30:19 | |
| dispute(27) 12:24 12:25 15:5 15:11 15:14 34:25 42:4 42:13 42:15 42:16 42:21 43:4 73:2 73:12 73:13 73:24 74:6 101:1 101:3 101:5 101:7 101:15 101:22 101:23 109:2 225:9 225:12 | |
| disputed(1) 73:19 | |
| disrespect(1) 114:23 | |
| distracted(2) 30:3 229:14 | |
| distracting(2) 111:1 115:7 | |
| distraction(3) 91:4 115:4 115:5 | |
| distress(3) 90:10 102:5 102:15 | |
| distressed(7) 20:9 26:5 26:7 26:13 28:2 29:17 29:24 | |
| distributable(54) 19:14 23:6 33:23 35:20 35:25 36:6 36:9 36:11 36:14 37:6 38:4 38:13 39:17 57:13 57:23 58:22 59:2 64:11 64:25 66:13 66:15 66:16 66:16 69:5 70:10 70:15 72:3 73:2 76:10 76:17 77:1 78:8 91:16 99:21 99:23 181:22 182:21 182:24 183:1 183:11 184:19 185:13 195:1 195:20 218:23 219:7 219:19 219:22 219:25 220:10 224:19 228:5 232:20 | |
| distribute(1) 27:5 | |
| distributed(5) 32:8 38:16 39:22 57:22 | |
| distribution(2) 66:12 81:10 | |
| distributions(5) 35:23 39:18 39:18 58:6 221:3 | |
| district(1) 1:2 | |
| disturbed(1) 214:12 | |
| diversified(2) 192:15 192:17 | |
| diversifieds(1) 199:16 | |

| Word | Page:Line |
|------|-----------|
| divided(3) 105:7 105:13 164:3 | |
| divider(1) 122:1 | |
| division(3) 105:6 105:20 163:3 | |
| divisions(1) 108:2 | |
| dla(1) 2:48 | |
| document(33) 76:3 78:16 121:3 121:5 121:9 122:5 122:12 124:24 126:10 128:19 132:2 132:7 132:8 132:15 136:14 140:4 140:14 140:20 143:12 143:20 144:1 145:15 145:22 146:7 146:11 147:23 148:4 149:4 149:7 149:8 149:17 155:16 227:12 | |
| documented(1) 92:4 | |
| documents(8) 13:20 13:22 14:3 14:3 44:17 76:19 135:20 159:12 | |
| does(37) 11:7 26:21 39:13 40:11 40:17 51:8 57:3 64:7 74:21 82:23 85:4 92:11 93:2 94:12 94:14 94:19 110:5 111:1 116:13 116:23 127:5 131:1 132:9 136:25 137:2 155:6 156:24 157:22 166:16 167:15 173:10 174:25 174:25 175:4 197:1 220:25 229:19 | |
| doesn't(4) 15:2 147:7 167:4 227:13 | |
| doesn't(2) 187:18 196:9 | |
| doing(15) 46:4 46:6 51:23 86:9 89:22 97:1 97:2 127:13 130:3 134:22 134:23 135:7 152:3 166:24 171:17 | |
| dollar(3) 114:21 191:4 206:21 | |
| dollar-number(1) 187:8 | |
| dollars(3) 79:14 101:18 130:1 218:14 | |
| domains(1) 117:23 | |
| don(2) 6:40 104:23 | |
| don't(41) 16:2 24:4 42:15 51:3 57:10 62:4 64:22 71:15 77:6 77:6 77:24 78:4 90:3 94:6 98:4 140:18 145:5 146:11 147:8 151:20 155:2 165:10 165:11 168:1 173:9 174:1 174:7 175:3 177:11 178:7 179:3 204:2 204:2 204:2 211:1 211:2 212:23 221:7 221:8 227:1 229:6 | |
| donald(1) 2:6 | |
| done(13) 15:16 102:9 107:18 119:23 120:9 152:16 167:8 168:15 173:23 174:9 222:4 226:22 229:24 | |
| don't(11) 104:4 108:23 108:24 117:13 128:25 145:12 146:10 146:12 170:21 173:14 191:21 | |
| doors(3) 85:19 85:22 85:23 | |
| dorr(1) 5:38 | |
| dougherty(2) 6:43 6:44 | |
| douglas(1) 5:15 | |
| dow(2) 10:13 10:13 | |
| down(48) 14:1 26:1 29:2 30:7 30:24 36:13 38:4 49:2 49:22 84:12 84:21 102:25 109:23 110:2 123:18 123:19 125:22 125:22 126:2 126:3 126:3 126:17 127:1 127:11 127:11 128:3 129:11 129:13 130:18 130:20 131:14 131:18 155:4 155:5 155:6 156:2 156:3 156:11 158:24 159:6 162:11 188:16 198:12 207:7 207:8 208:16 228:8 | |
| drain(1) 115:4 | |
| dramatic(2) 190:13 191:2 | |
| dramatically(4) 14:1 196:19 210:11 213:18 | |
| draw(1) 33:7 | |
| drawing(1) 193:12 | |
| drawn(1) 92:11 | |
| drive(2) 89:10 195:9 | |
| driven(1) 99:18 | |
| driver(2) 208:24 211:4 | |
| drivers(1) 124:4 | |
| driving(1) 206:8 | |
| dropped(4) 46:14 | |
| dropping(1) 13:11 | |
| drove(1) 206:10 | |
| drug(2) 21:8 21:15 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **dublin**(1) 2:37 | | **eloquently**(1) 18:9 | | **esq**(115) 1:26 1:27 1:28 1:29 1:36 2:5 2:6 2:7 2:13 2:20 2:28 2:34 2:35 2:36 2:37 2:43 2:49 3:5 3:12 3:19 3:20 3:26 3:27 3:28 3:29 3:30 3:31 3:37 3:38 3:39 3:46 3:47 4:5 4:6 4:12 4:18 4:19 4:29 4:36 4:37 4:38 4:39 4:46 5:5 5:13 5:15 5:17 5:19 5:21 5:23 5:27 5:28 5:29 5:30 5:34 5:39 5:41 5:45 5:50 6:5 6:7 6:11 6:15 6:17 6:22 6:24 6:26 6:30 6:32 6:36 6:38 6:40 6:44 7:5 7:7 7:9 7:11 7:13 7:20 7:24 7:28 7:32 7:34 7:39 7:43 7:45 7:47 8:6 8:13 8:17 8:21 8:29 8:33 8:37 8:42 8:46 8:50 9:10 9:15 9:16 9:18 9:23 9:27 9:32 9:36 9:45 9:47 10:6 10:10 10:14 10:18 10:22 10:26 10:28 10:32 | | **excited**(1) 216:8 | |
| **due**(15) 30:19 56:11 56:13 56:13 56:14 56:16 56:23 56:23 60:9 98:18 190:2 205:16 216:14 | | **else**(7) 117:19 118:1 164:13 168:21 170:14 181:1 192:24 | | | | **exclude**(1) 174:2 | |
| | | | | | | **excluded**(1) 202:10 | |
| | | **email**(1) 151:13 | | | | **excluding**(1) 208:15 | |
| **duff**(1) 9:40 | | **emailed**(1) 225:18 | | | | **excuse**(9) 85:9 105:9 124:19 125:21 129:12 130:25 205:20 217:20 224:19 | |
| | | **embedded**(1) 123:15 | | | | | |
| **during**(15) 12:5 13:23 14:4 31:15 71:10 73:1 90:11 90:13 91:7 92:12 103:10 107:11 154:12 190:18 221:16 | | **embodied**(3) 27:14 96:13 122:11 | | | | | |
| | | **emerged**(2) 97:12 116:3 | | | | **executing**(1) 162:21 | |
| | | **emergence**(1) 99:1 | | | | **executive**(5) 104:25 105:2 105:25 133:5 148:10 | |
| **dynamics**(1) 99:1 | | **emerging**(2) 116:15 134:18 | | **executive's**(1) 115:5 | | | |
| **e-mail**(1) 136:18 | | **employed**(7) 20:1 104:13 161:17 162:24 163:1 200:18 224:14 | | **exempts**(1) 118:20 118:20 | | | |
| | | | | **exercise**(17) 168:5 171:10 171:13 189:11 189:20 190:15 193:7 193:15 194:18 196:5 199:6 202:7 203:23 204:6 215:10 222:2 223:15 | | | |
| **each**(45) 11:13 11:23 12:4 13:24 16:6 16:9 28:18 28:19 31:4 31:7 31:21 31:23 31:25 32:3 32:9 32:16 35:10 35:12 35:19 39:14 39:19 43:10 51:4 51:5 57:9 58:8 66:17 67:1 105:4 119:19 120:19 122:23 126:16 130:17 144:15 164:10 175:21 180:7 186:15 186:16 186:17 193:2 196:10 204:12 211:15 | | **employee**(2) 40:17 119:11 | | | | | |
| | | **employees**(12) 27:23 85:19 91:2 114:16 115:16 116:23 117:9 117:22 118:6 118:21 119:11 119:8 | | **essentially**(9) 14:21 22:5 31:20 48:4 71:16 148:8 154:5 208:11 219:12 | | | |
| | | **employer**(1) 117:24 | | | | **exercises**(3) 164:17 190:6 196:3 | |
| | | | | | | **exhibit**(80) 24:6 24:12 24:14 24:18 28:9 28:10 28:12 28:20 29:1 30:7 32:22 32:23 33:24 33:25 33:25 34:1 34:6 34:9 34:11 36:3 36:4 36:5 38:2 39:1 39:2 41:25 43:19 44:1 44:6 44:19 45:6 46:18 47:23 48:16 48:16 48:17 49:15 49:20 51:8 51:20 54:23 56:7 59:16 69:6 69:6 74:14 74:21 74:22 74:23 80:25 81:6 83:21 91:14 93:9 121:3 121:3 121:18 132:5 136:16 140:12 140:18 140:19 143:17 145:20 147:12 148:2 149:7 151:8 151:8 152:19 152:20 156:4 156:18 156:18 161:11 161:13 185:19 185:23 186:3 226:7 | |
| | | **employment**(3) 107:7 107:20 136:13 | | | | | |
| **eagle**(1) 49:25 | | **emporium**(2) 21:8 21:16 | | | | | |
| **earlier**(21) 33:12 38:7 51:21 66:6 73:18 80:25 83:9 87:8 95:10 96:2 96:7 138:6 148:18 165:13 174:4 207:23 216:4 220:19 224:3 224:8 228:19 | | **empty**(1) 13:10 | | **estate**(12) 25:8 25:10 29:12 36:19 37:12 37:13 70:17 98:9 98:11 98:19 171:9 171:10 | | | |
| | | **enable**(1) 158:4 | | | | | |
| | | **encountered**(1) 179:8 | | **esther**(1) 6:11 | | | |
| | | **encumbered**(1) 110:20 117:20 | | **estimate**(10) 56:8 75:10 81:9 181:22 183:1 183:12 184:17 219:17 222:2 222:7 | | | |
| **early**(4) 68:22 109:23 136:6 160:2 | | | | | | **exhibits**(23) 11:22 11:23 12:3 12:4 12:8 19:16 47:24 80:25 104:1 161:5 161:11 161:23 225:10 225:14 225:16 225:17 225:24 227:20 228:3 228:4 232:14 232:15 232:23 | |
| **easier**(3) 16:12 18:24 180:14 | | **end**(27) 11:21 12:17 16:14 27:3 32:13 32:14 32:18 33:5 43:9 46:4 50:17 51:17 57:21 69:12 93:8 93:15 93:24 93:25 119:2 122:10 129:9 147:4 147:6 203:8 210:7 210:19 | | | | | |
| **easily**(2) 110:19 155:15 | | | | **estimated**(9) 32:1 32:1 40:6 41:4 190:24 191:2 199:9 206:19 219:13 | | | |
| **east**(1) 4:13 | | | | | | | |
| **easy**(1) 117:20 | | **ended**(6) 87:3 139:18 139:21 150:15 157:1 159:23 | | | | | |
| **ebitda**(23) 110:5 180:21 182:10 190:23 191:2 193:3 193:21 193:21 197:7 197:9 197:10 208:11 208:12 216:24 216:25 217:16 217:17 217:18 217:19 218:6 220:2 220:22 220:23 | | | | **estimates**(1) 185:12 | | **exist**(3) 34:23 64:8 118:25 | |
| | | | | **estimation**(1) 21:24 | | **exit**(9) 113:22 115:20 117:15 142:24 143:1 157:9 158:4 158:5 221:12 | |
| | | **ending**(1) 74:20 | | **estoppel**(2) 18:15 18:16 | | | |
| | | **energy**(1) 199:23 | | **evaluate**(4) 47:18 47:19 50:7 185:15 | | | |
| | | **engagement**(5) 54:2 54:5 81:22 172:10 177:8 | | **evaluated**(1) 190:11 | | **exiting**(2) 142:20 143:8 | |
| **economic**(3) 46:5 46:6 158:10 | | | | **evaluating**(3) 22:9 50:5 179:21 | | **expect**(4) 12:2 45:16 93:24 174:2 | |
| **economically**(1) 46:1 | | | | **evaluation**(1) 188:19 | | **expectation**(2) 193:1 194:4 | |
| **economy**(1) 114:8 | | **engineering**(1) 112:7 | | **even**(16) 73:7 73:19 80:17 86:9 100:17 101:12 101:14 108:16 111:7 129:13 148:1 149:23 196:19 197:24 202:17 212:15 | | **expectations**(2) 149:25 193:4 | |
| **ecro**(1) 1:41 | | **english**(1) 3:45 | | | | **expected**(10) 126:2 126:3 126:18 128:9 128:17 179:21 193:22 193:24 221:11 226:8 | |
| **eddy**(5) 103:11 103:15 103:19 104:12 | | **enormously**(1) 115:7 | | | | | |
| **educational**(1) 163:10 | | **enough**(4) 58:15 100:18 137:22 202:10 | | | | | |
| | | **enter**(3) 13:11 52:14 97:8 | | **evening**(1) 229:11 | | **expecting**(1) 123:8 | |
| **effect**(6) 18:5 18:19 102:14 114:19 114:21 182:19 | | **entered**(1) 52:23 | | **evenly**(2) 164:7 202:22 | | **expenditures**(3) 183:8 183:9 221:7 | |
| | | **enterprise**(11) 57:13 57:22 57:23 58:23 59:2 165:5 175:2 184:17 224:5 224:6 224:8 | | **event**(3) 18:1 18:10 18:21 | | **expense**(5) 30:21 122:24 124:8 124:12 124:17 182:11 216:24 216:25 217:1 217:16 217:19 217:22 | |
| **effected**(1) 149:3 | | | | **eventually**(1) 125:9 | | | |
| **effective**(5) 69:11 69:16 172:10 219:13 219:25 | | **entire**(3) 35:17 42:10 163:25 | | **ever**(9) 137:11 160:18 166:5 167:8 168:24 169:3 172:12 174:9 202:1 | | | |
| | | **entirely**(2) 38:11 227:10 | | | | | |
| | | **entirety**(1) 143:5 | | **every**(14) 21:20 21:20 22:5 85:1 110:1 115:10 119:25 120:2 120:3 120:3 120:4 120:4 158:12 164:12 | | **expenses**(5) 26:17 90:16 92:4 218:3 218:15 | |
| **effectively**(2) 105:3 135:1 | | **entities**(23) 22:11 25:7 28:1 29:14 29:20 31:21 44:9 53:21 56:24 84:14 86:17 86:17 86:23 86:25 88:12 89:16 90:4 90:7 90:10 100:15 100:17 113:8 120:21 | | | | **expensive**(1) 112:6 | |
| **efficient**(2) 14:15 111:10 | | | | **everybody**(2) 192:24 228:17 | | **experience**(25) 20:16 21:1 21:17 22:21 22:8 53:24 54:2 54:6 97:6 99:7 99:12 163:20 163:22 164:22 167:20 168:9 169:16 174:12 176:5 177:25 178:3 178:4 178:7 179:1 210:22 | |
| **efforts**(2) 49:12 170:7 | | | | **everyone**(2) 11:3 65:15 | | | |
| **egi**(6) 41:5 41:9 41:10 42:1 42:8 91:21 | | | | **everything**(2) 109:25 114:4 | | | |
| **egi-trb**(2) 4:45 5:4 | | **entitled**(6) 36:5 39:3 45:8 126:6 127:17 131:8 | | **evidence**(7) 18:3 24:18 34:6 34:11 44:6 179:12 186:3 | | | |
| **ehmer**(1) 9:47 | | | | | | | |
| **eight**(5) 108:7 130:5 155:8 160:2 162:8 | | **entity**(21) 28:3 28:4 31:4 31:25 32:1 32:2 32:3 32:5 32:7 32:16 35:10 35:12 35:19 39:14 39:20 39:21 45:22 58:8 66:17 67:1 120:4 | | **exact**(3) 146:10 173:9 196:9 | | **experiencing**(2) 108:16 108:17 | |
| **eight-hundred-and-thirty-nine**(1) 187:7 | | | | **exactly**(6) 146:12 147:8 159:23 214:17 225:22 228:6 | | **expert**(58) 8:36 17:2 17:3 19:12 19:16 22:18 22:24 22:25 23:3 23:23 25:5 36:4 54:12 54:13 54:20 69:14 70:10 80:25 82:18 94:18 99:11 159:25 161:12 164:15 165:4 165:23 166:21 166:11 168:11 168:24 168:25 169:3 169:8 169:14 169:18 169:21 169:23 170:2 170:8 170:18 172:18 172:20 173:17 174:6 174:23 174:23 175:21 177:9 179:7 179:9 179:22 181:25 185:18 185:20 188:11 191:16 191:17 228:4 228:10 | |
| | | **enumerated**(1) 134:2 | | **examination**(24) 15:4 19:22 53:9 53:12 98:1 98:6 104:8 135:11 136:1 150:25 151:5 154:12 158:20 161:15 165:17 174:1 177:22 179:16 224:21 225:2 225:11 225:24 226:8 228:1 | | | |
| **eighty**(1) 193:24 | | **environment**(1) 134:2 | | | | | |
| **eitan**(1) 9:10 | | **environment**(1) 108:15 | | | | | |
| **either**(17) 14:13 15:15 48:7 58:14 62:1 62:7 83:18 94:24 100:21 113:10 114:15 135:2 174:22 184:12 199:19 199:21 213:8 | | **environments**(1) 110:19 | | | | | |
| | | **eos**(2) 8:32 8:32 | | **example**(19) 41:21 60:6 64:16 66:22 70:15 76:14 96:22 97:9 105:8 109:22 110:1 148:13 171:21 181:12 189:16 209:4 219:1 221:16 226:8 | | | |
| | | **equal**(1) 118:2 | | | | | |
| **elden**(1) 6:43 | | **equally**(1) 211:18 | | | | **expert's**(1) 25:3 | |
| **eldersveld**(1) 6:38 | | **equipment**(1) 29:11 | | | | **expertise**(6) 54:8 99:19 99:21 167:11 169:13 175:1 | |
| **election**(1) 131:21 | | **equity**(15) 31:5 31:9 35:22 38:10 38:12 61:19 61:24 81:11 114:12 114:14 116:7 117:16 118:22 162:4 215:4 | | **exceed**(1) 221:19 | | | |
| **electronic**(2) 1:49 231:3 | | | | **exceeded**(1) 129:16 | | | |
| **electronics**(3) 107:11 107:13 107:16 | | | | **exceeding**(1) 127:7 | | **experts**(4) 13:25 166:12 167:1 176:8 | |
| **element**(1) 77:5 | | | | **except**(1) 78:20 | | | |
| **eleven**(1) 19:17 | | **err**(1) 99:3 | | **exception**(1) 109:19 | | | |
| **eliminated**(1) 52:3 | | **error**(1) 184:13 | | **excerpted**(1) 192:4 | | | |
| **eliminations**(1) 28:22 | | **esop**(1) 94:21 | | **excerpts**(2) 12:19 14:12 | | | |
| **elizabeth**(1) 7:13 | | **especially**(1) 114:10 | | **excess**(3) 173:11 177:11 196:5 | | | |
| **elkins**(1) 8:16 | | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **explain**(26) 15:25 49:19 51:23 113:19 122:20 124:4 124:12 126:9 127:19 130:14 148:3 175:5 185:3 186:8 187:3 190:19 191:14 192:10 194:7 194:21 195:24 197:1 201:15 211:10 219:19 220:5 | | **fees**(12) 27:19 27:19 27:20 30:11 30:12 30:13 30:15 91:18 92:4 92:9 221:17 221:18 | | **fixed**(3) 38:19 38:22 111:7 | | **for**(301) 1:2 1:25 2:4 2:19 2:33 2:48 3:4 3:10 3:17 3:45 4:4 4:17 4:26 4:45 5:4 5:11 5:36 5:48 6:4 6:14 6:21 6:43 6:47 7:4 7:16 7:26 7:42 8:4 8:9 8:12 8:16 8:19 8:23 8:28 8:32 8:36 8:40 8:45 8:49 9:4 9:9 9:14 9:21 9:26 9:30 9:35 9:40 9:44 9:46 10:4 10:9 10:13 10:17 10:21 10:25 10:31 11:11 11:25 13:3 13:5 16:9 16:12 16:12 16:18 17:18 17:18 18:24 22:13 22:15 23:16 23:24 25:25 26:1 26:4 26:21 26:23 27:12 27:15 28:7 28:19 28:22 28:24 30:8 30:11 30:13 30:15 33:3 33:19 33:20 36:13 36:23 37:2 38:6 39:8 40:5 40:8 41:5 41:8 41:10 41:12 41:14 41:19 41:21 42:1 42:18 43:1 43:13 43:14 43:15 43:15 43:16 45:1 45:21 47:4 47:6 49:7 49:8 50:10 50:23 51:25 53:20 53:23 54:5 54:10 54:24 60:2 60:6 64:16 66:8 66:21 68:9 68:10 68:11 68:23 69:11 70:15 70:16 70:25 71:22 72:20 72:21 73:9 73:10 74:8 74:19 74:20 74:25 75:11 75:15 75:23 75:25 75:25 76:14 76:20 77:1 77:8 78:20 79:17 79:25 80:13 81:5 81:22 83:4 83:6 84:22 85:21 86:13 86:18 86:19 87:1 88:4 88:12 89:12 90:2 91:17 92:3 92:7 92:14 95:16 96:2 96:4 96:22 97:5 97:9 97:12 97:16 99:7 102:11 103:3 103:9 103:18 104:1 104:5 104:10 105:8 105:25 107:1 108:5 108:24 109:12 109:18 111:23 112:2 112:2 113:24 113:25 114:5 114:11 114:11 114:15 114:17 115:8 115:20 117:22 118:21 119:4 119:5 119:6 119:12 120:11 120:20 120:24 121:21 123:1 123:2 123:4 123:5 123:8 123:14 123:15 123:22 124:17 125:17 127:7 127:28 128:15 129:5 130:7 130:23 131:1 131:12 131:16 132:16 133:17 134:2 134:3 134:14 135:17 135:18 136:7 139:4 139:21 139:22 140:21 141:3 141:15 141:17 141:23 142:24 143:1 143:4 145:9 145:14 145:24 146:11 148:3 148:13 148:21 148:21 149:23 149:24 149:25 150:6 150:14 150:23 151:4 153:19 154:17 155:9 156:9 157:15 157:17 157:18 157:20 157:20 158:22 159:14 160:11 160:15 160:25 161:11 162:7 162:14 162:17 162:20 166:1 166:1 167:8 169:19 171:21 175:15 175:16 |
| **explained**(2) 195:22 228:6 | | | | **flagship**(1) 106:22 | | | |
| **explanation**(1) 24:4 | | **feet**(2) 114:1 142:8 | | **flat**(7) 129:11 148:8 148:15 155:3 155:4 155:11 155:17 | | | |
| **explore**(1) 190:16 | | **feld**(6) 2:33 7:31 13:4 17:17 135:18 160:1 210:2 211:6 212:19 218:7 218:9 | | | | | |
| **extended**(1) 100:22 | | | | **flies**(1) 13:11 | | | |
| **extensive**(1) 22:7 | | **felt**(10) 148:11 148:22 177:2 181:21 185:9 | | **flip**(4) 92:24 93:12 145:13 215:16 | | | |
| **extensively**(1) 177:2 | | | | **flipping**(1) 191:12 | | | |
| **extent**(10) 32:4 99:25 119:14 179:23 180:20 180:23 186:15 189:18 199:21 221:17 | | **few**(10) 38:22 49:16 50:16 54:24 114:10 130:7 139:14 174:15 216:15 219:2 | | **float**(1) 99:5 | | | |
| | | | | **flom**(1) 7:19 | | | |
| | | **field**(1) 170:23 | | **floor**(2) 4:22 4:31 | | | |
| **extrapolate**(1) 187:24 | | **fields**(2) 114:18 171:16 | | **florida**(1) 108:10 | | | |
| **extreme**(2) 49:5 49:6 | | **fifteen**(4) 21:3 29:21 162:23 195:25 | | **flow**(22) 38:12 84:22 84:23 140:1 141:3 182:16 183:4 190:10 191:6 191:7 193:24 194:15 195:18 195:21 196:15 202:19 205:17 207:15 218:8 219:16 220:24 221:2 | | | |
| **eyeballs**(1) 111:23 | | **fifty**(3) 140:1 141:7 141:10 | | | | | |
| **face**(9) 41:11 52:18 52:18 72:20 76:1 76:2 106:13 148:10 194:6 | | **fifty/fifty**(2) 200:24 202:14 | | | | | |
| | | **figure**(3) 198:3 218:12 218:16 | | | | | |
| | | **figured**(2) 134:5 189:12 | | **flows**(7) 39:20 183:3 197:13 220:17 220:18 220:20 221:2 | | **for**(88) 175:20 176:6 178:24 179:9 180:22 180:24 181:5 181:12 183:2 183:5 184:11 185:6 185:11 185:19 186:22 187:1 187:10 188:15 189:16 189:25 190:21 191:12 191:17 192:2 192:7 192:14 192:24 193:13 193:15 193:18 196:22 197:19 198:9 198:19 199:3 199:9 200:24 201:5 201:23 202:24 203:20 204:8 205:14 205:25 206:3 206:19 207:3 208:11 208:13 208:18 209:4 210:22 211:4 211:5 211:9 211:20 212:7 212:9 213:6 214:1 214:5 214:6 215:17 216:1 216:12 217:15 217:17 218:8 218:22 219:8 219:14 219:18 220:1 220:21 221:16 222:7 222:11 222:24 223:1 224:3 225:1 225:6 225:17 227:6 228:6 228:14 228:17 229:20 |
| **face-to-face**(1) 138:5 | | **filing**(9) 23:17 36:19 37:10 37:15 67:16 68:6 72:14 72:14 72:25 | | | | | |
| **faced**(1) 134:1 | | | | **focus**(5) 50:15 127:22 151:12 187:17 196:22 199:23 205:6 | | | |
| **facilitate**(1) 97:10 | | | | | | | |
| **facility**(2) 37:5 50:1 | | **final**(12) 12:15 51:10 103:9 107:16 122:22 143:13 145:14 147:24 149:6 156:12 156:14 156:17 | | **focused**(3) 49:12 49:14 91:5 | | | |
| **facing**(3) 109:14 111:20 116:22 | | | | **focuses**(1) 162:6 | | | |
| **fact**(22) 30:1 32:15 47:16 65:14 73:6 74:2 77:24 83:16 89:7 92:6 98:25 101:3 110:12 123:8 133:11 137:25 146:11 150:2 154:15 157:5 174:9 227:8 | | **finalized**(2) 149:19 149:20 | | **focusing**(1) 12:12 | | | |
| | | **finally**(4) 110:12 181:15 221:10 228:2 | | **follow**(8) 16:13 91:19 174:15 186:14 193:25 201:7 201:9 202:9 | | | |
| | | **finance**(2) 20:13 44:16 45:23 120:6 120:8 132:21 | | | | | |
| | | | | **follow-up**(1) 177:15 | | | |
| **factor**(3) 87:20 97:5 100:14 | | | | **followed**(2) 120:24 124:8 | | **forecast**(10) 123:14 132:14 132:16 133:16 133:20 134:9 143:9 143:13 143:24 150:12 |
| **factored**(4) 88:7 88:9 94:8 194:9 | | **financial**(43) 21:12 21:24 22:7 22:18 23:1 52:20 85:15 95:14 104:2 122:17 124:21 168:11 170:16 170:17 180:18 180:21 182:14 185:2 186:19 186:22 187:9 188:25 189:2 189:5 195:1 195:6 198:14 198:22 199:7 201:8 203:6 204:7 204:9 204:21 204:22 206:2 206:6 211:23 214:8 216:5 223:6 223:6 224:10 | | **following**(5) 62:12 93:24 147:5 185:5 186:16 197:1 | | | |
| **factoring**(1) 39:17 | | | | | | | |
| **factors**(8) 29:25 61:3 89:3 89:10 90:22 91:1 91:9 221:21 | | | | **food**(8) 29:14 86:23 113:4 185:10 203:17 203:25 205:3 215:18 | | | |
| | | | | | | | |
| **facts**(1) 50:5 | | | | **foods**(1) 205:7 | | **forecasting**(1) 23:21 |
| **failed**(2) 72:17 183:6 | | | | **footnote**(7) 76:18 79:23 79:25 93:12 94:17 185:1 185:3 | | **forecasts**(6) 93:14 134:13 143:24 144:11 145:9 190:18 |
| **fair**(6) 58:15 75:8 76:2 134:10 137:22 167:10 171:14 226:11 | | **financing**(7) 37:3 64:17 137:5 137:12 151:15 170:6 221:10 | | | | | |
| | | | | **footnoted**(2) 101:3 215:9 | | **foregoing**(1) 231:2 |
| **fairly**(2) 134:9 190:13 | | **financings**(2) 164:4 164:5 | | | | **forgotten**(1) 17:1 |
| **fairness**(4) 164:6 164:14 164:16 228:22 | | **find**(6) 27:14 96:5 115:10 134:14 212:19 213:3 | | | | **form**(1) 11:18 |
| **faith**(3) 76:25 77:5 77:20 | | | | | | **formal**(5) 54:20 82:6 82:10 89:5 89:6 |
| **fall**(4) 119:25 120:25 143:24 164:4 | | | | | | **forman**(1) 1:34 |
| **fallon**(1) 10:17 | | **findings**(3) 185:16 203:1 208:21 | | | | **formation**(2) 107:12 133:5 |
| **false**(1) 89:24 | | **finds**(1) 228:16 | | | | **former**(1) 7:16 |
| **faltas**(2) 6:47 6:48 | | **fine**(1) 229:18 | | | | **forms**(1) 110:8 |
| **familiar**(6) 59:4 80:3 118:6 143:20 171:17 228:24 | | **finger**(1) 2:12 | | | | **formulate**(1) 130:22 |
| | | **finish**(2) 159:21 226:25 | | | | **forsalebyowner**(1) 222:23 |
| **far**(8) 48:7 117:20 117:20 117:21 126:19 130:5 131:25 133:15 | | **finished**(1) 97:23 | | | | |
| | | **finishes**(1) 14:15 | | | | |
| | | **fire**(1) 85:19 | | | | |
| **far-better**(1) 135:7 | | **firm**(6) 16:22 20:7 162:3 176:20 188:4 199:19 | | | | |
| **far-right**(3) 123:10 125:18 126:16 | | | | | | |
| **fargo**(1) 9:26 | | **first**(82) 13:9 14:4 14:14 15:10 23:25 28:10 28:15 28:17 28:21 29:1 29:5 31:3 34:22 35:16 38:7 40:5 41:4 45:11 46:20 46:22 51:21 52:1 52:2 55:11 59:16 67:10 67:13 67:24 68:2 68:9 71:6 90:14 94:5 106:24 110:23 118:20 119:8 121:2 121:8 121:17 124:6 125:1 125:3 126:15 126:22 127:22 128:2 128:15 130:5 130:18 135:1 136:14 139:6 144:1 145:3 147:4 150:6 151:7 152:4 159:20 159:24 160:16 162:1 172:12 174:16 177:8 179:10 179:18 179:25 182:7 188:19 188:24 190:17 190:22 191:14 194:20 194:25 219:2 221:13 222:17 225:17 227:19 | | | | |
| **fashion**(6) 32:7 39:21 69:1 69:3 69:15 159:16 | | | | | | |
| **favor**(1) 41:18 | | | | | | |
| **fcc**(1) 26:12 | | | | | | |
| **february**(51) 68:22 70:24 71:5 87:4 121:7 121:19 122:2 122:14 122:15 130:4 136:21 137:23 147:23 149:8 149:15 149:18 149:2 172:11 172:11 172:21 172:21 172:21 173:3 173:6 173:7 173:8 177:10 177:10 179:22 182:15 187:15 187:20 187:24 188:1 188:2 188:3 188:12 189:3 189:4 189:5 198:15 199:8 199:10 204:8 204:9 205:18 205:19 205:20 205:23 213:14 213:23 216:16 | | **fit**(2) 16:2 16:9 | | | | |
| | | **five**(21) 50:7 50:18 50:19 51:22 53:6 104:18 106:1 109:18 121:19 123:17 123:18 128:2 131:4 134:10 149:21 155:15 156:25 157:1 157:16 184:6 195:24 | | | | |
| **february's**(1) 130:3 | | | | | | |
| **fee**(2) 30:15 91:19 | | | | | | |
| **feedback**(2) 145:2 145:6 | | | | | | |
| **feel**(3) 113:24 114:3 148:12 | | | | | | |
| **feeling**(1) 218:6 | | **five-year**(1) 132:10 | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**forsalebyowner.com**(1) 222:21

**forth**(15) 29:15 50:9 59:20 59:25 60:17 91:8 145:2 145:13 157:16 161:25 163:20 193:8 194:8 194:22 222:17

**forty**(4) 184:19 193:22 200:19 202:13

**forward**(11) 49:10 111:4 116:5 130:23 133:17 133:18 134:8 159:15 183:11 226:2 227:16

**found**(7) 190:2 205:16 209:4 209:21 212:20 214:12 224:13

**foundation**(5) 9:31 108:24 116:17 117:1 118:9

**founded**(1) 162:4

**founding**(1) 107:12

**four**(13) 104:20 125:23 126:11 126:13 126:13 126:19 128:2 129:4 162:5 172:16 173:23 174:10 214:18

**fourth**(6) 41:25 42:25 139:11 139:11 139:18 140:23

**franchise**(1) 21:14

**frank**(3) 5:21 10:21 10:22

**frankly**(1) 228:16

**fraudulent**(2) 61:12 61:13

**free**(8) 84:22 84:23 135:5 142:13 193:24 194:15 218:8 229:10

**fresh**(4) 124:18 217:8 218:1 218:2

**fresh-start**(3) 124:19 217:4 217:8

**friday**(2) 11:21 12:17

**friedman**(2) 2:27 7:37

**friends**(1) 226:5

**from**(175) 12:21 16:4 16:5 16:21 20:12 20:13 25:7 30:25 31:7 31:22 31:24 32:2 33:7 33:8 33:8 33:10 33:18 35:10 36:18 37:11 37:12 39:7 39:9 39:10 39:15 39:17 39:20 40:18 40:20 40:22 40:23 43:2 43:7 44:10 44:19 45:2 45:13 45:19 45:21 45:24 46:1 47:13 47:19 47:20 47:25 48:3 48:6 48:19 49:1 49:5 50:25 51:14 53:7 54:25 55:8 55:18 56:6 56:11 56:13 56:14 56:16 56:24 59:22 60:7 60:10 60:16 63:4 63:14 65:17 66:13 66:18 67:4 67:9 67:19 68:8 68:8 68:11 70:19 71:4 77:8 77:13 77:15 78:5 78:12 78:15 79:14 88:10 90:6 91:6 91:9 94:20 94:20 94:23 95:25 96:15 96:16 97:12 98:17 98:20 98:22 98:24 100:3 101:18 101:25 107:9 107:11 109:22 111:2 113:15 115:11 115:20 115:23 116:13 118:23 119:2 120:2 120:3 120:23 123:18 124:1 125:4 125:13 126:2 126:3 126:12 129:7 129:17 130:16 131:13 132:10 134:1 136:18 143:8 147:23 148:3 148:5 148:9 149:14 155:13 155:13 157:9 158:4 163:13 163:13 164:11 171:3 171:21 174:2 176:13 176:17 176:24 176:25 181:20 182:2 182:7 183:19 184:16 185:2 187:6 187:20 192:4 196:5 212:6 216:2 216:25 217:24 220:24 223:12 223:13 224:25 226:6 227:3 227:24 231:3

**front**(7) 43:20 81:13 133:17 136:16 168:8 182:1 185:18

**frozen**(1) 71:16

**fruit**(1) 21:6

**full**(17) 29:9 32:17 63:5 63:15 68:10 98:20 103:17 121:20 139:3 140:23 141:1 141:13 145:6 146:25 160:25 162:3 199:15

**full-time**(1) 107:20

**full-year**(1) 121:22

**function**(3) 85:22 105:3 123:21

**functioning**(1) 105:25

**functions**(2) 105:14 120:20

**fund**(2) 8:16 215:4

**fundamental**(2) 10:4 10:5

**funds**(1) 84:18

**further**(13) 47:11 52:5 102:18 102:23 135:10 141:14 149:23 152:14 158:15 179:185:12 218:13 224:20

**furthermore**(1) 208:18

**future**(11) 17:9 18:7 18:20 104:3 114:5 133:8 133:12 142:24 143:1 183:3 222:3

**gaap**(4) 75:17 75:20 75:25 124:16

**gandhi**(1) 7:43

**gannett**(1) 213:1

**garnered**(1) 127:15

**garvan**(1) 2:20

**gary**(1) 6:36

**gave**(4) 77:18 80:13 108:22 226:3

**gavin**(1) 5:45

**gears**(1) 131:23

**geddes**(1) 2:42

**gee**(1) 65:25

**general**(28) 30:3 32:19 34:14 43:16 50:2 81:4 91:3 92:22 94:22 105:6 107:14 120:124:13 131:21 168:18 175:17 176:22 178:2 180:6 180:13 187:20 188:7 188:15 188:2 189:25 199:4 203:19 211:12

**generalist**(1) 175:23

**generalities**(1) 109:5

**generally**(17) 70:13 72:19 80:10 87:9 97:14 108:12 108:23 121:17 146:22 168:1 171:8 171:23 196:3 200:23 200:24 214:22 222:21

**generated**(3) 90:4 90:7 221:2

**generating**(2) 84:22 84:23

**gentilotti**(1) 2:19

**george**(2) 6:43 6:44

**germane**(1) 12:10

**get**(30) 13:15 15:2 15:4 18:22 56:14 83:3 111:4 113:16 113:20 115:10 134:17 135:4 158:11 158:13 159:25 173:3 175:8 176:2 176:18 180:7 183:2 196:5 199:4 216:8 218:6 219:6 226:20 227:6 227:15 229:24

**gets**(2) 82:22 116:1

**getting**(5) 53:20 54:1 63:12 117:22 158:11 158:9 205:23 222:1

**giving**(2) 113:17 229:7

**global**(2) 6:47 20:6

**go-forward**(1) 109:14

**goes**(9) 67:25 93:18 112:8 121:13 127:1 127:5 151:21 208:16 211:12

**going**(65) 12:9 15:21 16:22 29:16 29:18 29:19 29:25 45:3 49:1 49:4 49:5 49:10 49:22 50:25 51:3 53:5 54:1 57:22 57:23 57:25 63:1 68:15 76:7 79:9 86:5 90:5 101:19 108:19 110:24 116:5 117:18 118:1 118:12 119:4 121:17 130:8 130:22 132:12 133:18 134:8 135:5 148:23 152:2 154:9 162:11 165:7 165:8 165:10 168:1 173:11 174:2 179:10 181:23 205:21 207:16 218:2 218:3 218:15 225:8 226:24 227:3 227:6 227:9 228:14 228:14

**going-concern**(7) 85:18 86:7 86:22 86:25 88:21 89:16 90:5

**golden**(5) 17:11 17:16 17:17 18:18 19:3 19:5

**goldfarb**(2) 3:38 5:29

**goldis**(1) 5:39

**goldman**(3) 5:41 10:17 10:17

**gone**(3) 29:2 125:13 188:16

**good**(38) 11:3 11:4 13:3 13:6 17:16 19:6 19:24 19:25 53:14 53:16 53:17 76:25 77:7 77:20 103:8 106:5 113:16 113:20 119:13 134:16 135:16 136:3 148:19 160:11 165:165:21 202:17 207:24 208:3 208:4 208:2 209:7 210:24 211:13 211:15 211:17 222:226:5

**goodwill**(1) 49:24

**gordon**(3) 5:44 7:7 138:15

**got**(19) 54:16 57:21 72:15 91:9 92:14 149:9 157:25 162:5 163:12 163:13 173:5 191:11 208:3 209:9 209:9 220:7 226:15 226:16 227:24

**gotshal**(1) 7:42

**governance**(2) 117:18 117:25

**graduated**(1) 107:9

**graem**(2) 3:37 5:27

**grail**(1) 134:3

**grand**(1) 4:40

**grant**(1) 19:19

**graph**(1) 130:19

**graphical**(1) 193:20

**graphically**(1) 180:14

**graphs**(1) 126:11

**gray**(1) 192:23

**great**(3) 119:12 140:12 147:11

**green**(2) 181:7 224:11

**greg**(1) 6:22

**greissman**(1) 9:27

**grippo**(1) 6:43

**gropper**(1) 226:8

**gross**(2) 33:19 38:13

**ground**(3) 143:23 144:2 144:14

**group**(30) 14:14 20:4 20:18 106:21 120:7 135:18 136:15 161:21 162:9 162:16 162:2 162:22 163:8 169:23 170:6 170:16 170:1 170:17 171:1 171:9 175:25 176:15 176:1 176:16 176:18 176:25 177:2 177:5 192:13 192:13

**groupings**(1) 192:15

**groups**(7) 47:19 59:22 61:2 175:24 176:13 193:3 193:5

**grow**(1) 113:10

**growth**(15) 154:8 154:13 154:15 154:21 154:22 155:11 155:25 156:10 156:24 157:15 157:17 193:1 193:3 208:20 211:5

**gruszka**(1) 10:6

**guarantee**(1) 142:17

**guarantor**(12) 38:12 45:2 45:4 47:20 47:21 47:25 48:6 48:19 49:2 50:25 51:14 55:4

**guess**(13) 15:10 18:25 42:20 57:6 98:13 159:13 167:17 173:11 173:15 190:4 194:2 205:21 212:16

**gump**(7) 2:33 7:31 13:4 17:17 135:17 160:12 179:20

**guy**(1) 114:25

**guys**(1) 110:25

**h-a-r-t-e-n-s-t-e-i-r**(1) 103:20

**had**(117) 11:20 11:24 12:19 14:5 14:20 17:1 17:5 22:8 22:10 22:11 27:14 31:25 32:8 37:9 37:23 44:15 46:9 52:4 53:23 54:2 54:5 66:21 68:10 68:17 69:14 69:19 69:22 69:24 71:17 72:17 72:21 72:22 72:24 72:24 72:25 75:22 77:5 78:5 87:7 87:10 87:13 88:3 90:13 90:13 95:20 95:25 96:1 98:19 100:7 107:1 112:11 113:7 114:6 121:22 125:5 125:13 125:20 126:18 127:14 128:17 129:16 131:22 133:10 137:23 138:4 138:5 139:3 145:2 146:25 148:7 148:25 149:25 152:4 152:11 154:21 155:11 166:4 167:25 172:12 172:19 175:6 176:12 177:4 177:7 178:10 181:3 182:21 183:4 185:11 188:13 189:5 191:23 192:21 195:16 196:13 196:18 199:20 201:25 202:5 204:11 207:1 207:21 208:21 209:20 209:23 210:2 211:16 211:25 211:25 214:17 215:2 216:17 219:15 220:18 220:20 225:23

**hail**(1) 134:4

**hale**(1) 5:37

**half**(7) 36:12 37:16 37:16 37:17 38:2 129:5 130:19

**half-hour**(1) 110:23

**hampered**(1) 110:12

**hand**(15) 30:7 30:24 38:4 45:15 49:22 57:17 103:14 103:14 142:8 160:21 160:21 174:1 228:23 229:2 229:7

**handcuffed**(1) 114:2

**handed**(6) 74:14 135:19 161:9 161:10 225:18 227:21

**handful**(1) 14:25

**handles**(1) 18:9

**handling**(2) 11:21 12:3

**hands**(3) 114:2 142:10 142:13

**hangs**(1) 115:9

**happen**(1) 159:11

**happy**(2) 11:17 16:14

**hard**(4) 130:8 153:23 222:12 226:19

**harrisburg**(1) 1:45

**hartenstein**(12) 103:11 103:15 103:19 104:10 104:12 118:3 122:6 135:16 143:21 146:21 151:7 232:4

**hartford**(1) 4:8

**has**(59) 12:4 17:2 18:3 19:12 21:20 30:17 38:8 38:18 55:3 55:23 60:11 65:15 70:1 71:24 79:24 87:22 101:8 105:7 109:18 109:19 110:14 112:11 113:2 113:5 114:6 114:19 118:9 120:12 121:9 122:16 124:18 131:24 134:4 135:3 137:21 152:16 152:16 156:5 162:4 162:6 162:8 164:22 167:24 174:7 176:20 177:7 179:7 179:9 181:17 187:13 188:15 188:16 208:6 208:7 222:4 225:8 229:10 229:12 229:16

**hasn't**(1) 174:8

**hate**(1) 15:25

**hauer**(6) 2:33 7:31 13:4 17:17 135:17 160:12

| Word | Page:Line |
|---|---|

**have**(216) 11:10  11:15  11:16  11:23  12:22  12:23  13:1  13:21  15:7  16:6  16:8  18:5  18:8  18:18  18:19  18:23  20:11  20:12  21:1  21:18  21:21  22:2  22:5  22:8  22:10  23:2  27:14  29:6  29:9  29:24  30:2  30:14  31:3  31:7  31:21  32:16  34:20  36:12  36:16  37:24  38:2  38:12  38:18  38:23  41:5  41:21  42:7  54:15  56:1  56:7  57:10  59:2  59:6  59:11  60:13  62:4  62:5  72:23  73:21  74:15  74:21  74:23  75:1  87:21  90:1  90:16  91:1  92:11  92:12  97:11  97:20  98:4  100:11  100:13  102:18  102:21  104:4  104:17  105:4  105:10  105:12  106:15  107:4  107:18  107:21  108:3  109:21  109:24  110:1  111:17  111:21  113:2  114:3  114:15  115:12  116:15  116:23  117:19  119:15  124:16  125:19  127:12  130:3  130:8  133:1  133:10  133:13  133:14  133:16  133:16  133:24  134:21  134:22  134:23  135:9  136:16  138:12  138:14  142:5  145:6  145:22  145:23  146:20  149:12  149:13  150:18  150:19  150:22  151:18  152:15  152:18  155:9  158:3  158:7  158:13  158:15  158:18  159:5  159:11  160:5  163:15  163:17  163:18  164:2  164:21  165:14  166:16  167:2  167:23  168:2  168:12  168:22  168:24  169:1  169:14  170:19  171:18  171:19  171:22  172:3  172:9  172:15  174:3  176:3  176:10  176:19  177:6  177:15  178:21  179:3  179:6  179:12  181:12  181:25  183:4  183:6  184:14  185:7  185:8  188:10  189:16  189:23  192:15  192:15  193:10  194:16  196:11  196:23  199:21  200:16  202:5  204:3  205:5  206:1  206:18  207:4  207:14  208:5  208:25  211:1  211:2  211:13  212:10  220:17  220:25  224:2  225:9  227:7  227:12  228:15  228:19  229:1  229:3  229:6

**haven't**(8) 12:1  100:10  169:4  169:6  169:12  170:4  188:13  226:21

**haven't**(1) 110:9

**having**(8) 26:12  26:12  58:19  75:18  81:13  117:19  119:10  191:20

**hazeltine**(1) 4:11
**he'll**(1) 228:24
**he's**(5) 22:25  23:5  151:24  174:5  174:9
**head**(8) 94:3  105:9  105:11  115:10  140:9  161:20  162:16  170:17

**heading**(1) 189:23
**headquarters**(1) 145:3
**heads**(2) 114:22  119:3
**hear**(3) 16:5  165:10  229:22
**heard**(6) 18:25  27:6  35:18  66:5  100:9  103:17

**hearing**(3) 12:5  23:24  225:16
**heart**(1) 49:21
**heartburn**(1) 229:20
**heartland**(2) 21:8  21:13
**heck**(1) 227:23
**heilbut**(1) 8:6
**held**(5) 37:22  37:23  37:24  66:17  104:17
**help**(5) 74:13  90:23  130:22  133:6  176:20
**helpful**(5) 11:18  83:24  227:5  228:16  229:2
**helps**(2) 51:24  193:9
**henderson**(1) 6:28
**her**(2) 137:25  138:5
**hercules**(1) 4:20

**here**(53) 11:5  13:15  36:15  37:18  40:1  42:13  49:22  51:23  54:8  54:16  54:25  56:7  63:20  65:5  75:19  75:22  76:2  83:16  97:1  100:10  105:10  125:7  126:11  134:4  138:22  144:11  148:3  153:3  155:2  155:16  166:8  165:25  168:1  193:8  194:22  195:16  201:5  204:15  205:10  206:21  206:24  207:11  208:10  211:9  213:13  214:1  214:9  214:10  215:10  218:16  222:18  222:24  223:9

**here's**(2) 95:12  228:13
**hewitt**(1) 25:13
**he's**(2) 116:21  137:20
**high**(8) 32:13  32:14  32:18  33:5  155:4  155:6  171:4  171:6

**high-level**(1) 98:24
**higher**(14) 33:10  33:22  41:19  41:24  73:9  93:15  99:3  154:21  190:25  191:4  191:5  202:5  202:8  220:24

**highlighted**(1) 55:10
**highly**(3) 12:10  104:4  135:22
**hill**(1) 163:14
**him**(15) 69:2  103:11  118:10  118:11  118:14  136:8  152:2  152:4  152:5  152:11  159:20  174:2  177:18  226:11  229:7

**his**(16) 22:19  66:4  109:6  118:14  133:3  133:4  133:6  137:21  159:15  170:7  177:4  191:18  191:19  226:18  227:2  227:25

**historical**(1) 44:13
**historically**(2) 37:23  75:23
**history**(1) 107:7
**hit**(1) 54:16
**hobbled**(2) 110:12  135:2
**hold**(1) 29:8
**holders**(16) 32:17  32:18  32:19  41:14  42:7  71:23  72:13  73:3  73:8  73:9  73:10  73:20  76:11  76:14  81:10  92:2

**holding**(4) 113:6  165:22  166:21  174:22
**holdings**(6) 28:5  108:2  108:3  112:24  113:2  113:3

**holds**(1) 36:25
**holiday**(1) 128:16
**holy**(1) 134:3
**home**(1) 111:25
**honor**(97) 11:4  11:7  11:10  11:13  11:20  12:11  12:15  13:18  14:11  14:18  15:6  15:11  15:19  15:24  16:17  16:20  16:25  17:17  17:20  19:5  19:6  19:11  19:19  22:17  22:23  34:8  44:4  51:2  51:4  53:4  53:14  74:22  74:24  82:24  97:20  97:23  98:3  102:19  102:21  102:23  103:2  103:5  103:8  103:10  103:22  108:19  109:4  109:9  114:23  116:17  118:8  135:9  135:12  135:19  135:24  140:10  140:20  143:18  145:19  150:18  150:22  151:2  153:20  155:19  158:16  159:5  159:8  159:22  160:9  160:11  160:15  161:4  161:9  165:3  165:7  173:25  174:16  177:14  177:19  179:4  179:15  185:22  224:23  225:1  225:6  225:13  225:20  226:4  226:13  226:15  227:19  228:2  228:11  229:8  229:18  229:25  230:2

**honorable**(1) 1:19
**hope**(4) 134:3  142:24  143:1  158:9
**hoped**(1) 127:14
**hopefully**(2) 14:8  200:3
**horizontal**(1) 126:22
**hour**(1) 16:5
**hours**(12) 11:15  11:16  14:22  173:10  173:10  173:11  173:14  173:15  177:7  177:1  225:15  225:22

**how**(97) 12:7  12:7  21:1  21:24  22:14  26:21  29:22  31:23  33:12  37:7  39:11  41:18  41:19  49:9  51:8  52:16  59:24  60:18  62:14  65:2  74:8  75:22  77:9  79:5  90:23  104:17  104:19  105:7  106:3  106:8  106:9  107:10  109:6  112:4  113:5  118:18  123:20  124:16  127:9  128:2  128:4  130:3  131:1  132:18  138:18  139:9  149:3  152:8  153:22  155:1  157:22  158:3  162:22  164:18  167:15  170:1  170:1  172:9  172:18  173:7  173:14  176:10  176:19  177:6  186:8  187:13  188:9  188:10  189:12  190:19  191:8  191:23  191:24  192:1  192:23  195:25  194:7  194:10  194:19  195:2  196:17  196:18  197:6  198:3  200:18  203:20  206:3  209:2  214:17  218:12  218:16  219:8  220:6  220:7  228:5  229:23

**howard**(2) 3:28  4:5
**however**(7) 16:14  45:20  46:2  98:24  163:17  206:7  213:16

**huge**(3) 112:9  117:21  131:20
**hughes**(4) 107:10  107:11  107:13  107:16
**hundred**(3) 173:11  173:15  175:25
**hundreds**(2) 164:21  175:18
**hunter**(4) 104:23  105:12  105:18  105:19
**hypothetical**(3) 62:13  85:17  96:23
**i'd**(9) 16:16  32:22  54:23  74:18  205:10  216:11  219:8  224:3  228:20

**i'll**(14) 19:19  41:16  69:6  81:19  153:24  160:18  177:16  180:15  183:1  188:14  206:1  226:19  227:16  229:1

**i'm**(63) 12:25  18:14  51:3  53:5  56:13  56:14  56:15  57:6  57:10  58:24  62:12  63:6  65:5  72:1  73:12  74:15  74:23  75:6  77:3  83:3  85:8  85:13  91:19  91:24  92:7  96:12  97:15  97:23  140:11  140:17  141:13  144:17  146:22  119:9  153:22  156:19  156:20  161:24  162:11  165:7  165:8  165:12  165:20  172:3  173:11  173:25  175:23  175:23  176:1  179:1  186:25  189:4  192:9  200:1  205:21  213:23  216:7  220:4  225:6  226:24  226:24  227:6  229:7

**i've**(19) 18:25  20:23  21:23  22:2  22:11  22:12  22:15  23:17  100:9  100:9  102:9  161:9  163:25  164:1  164:24  169:1  169:4  177:2  185:18

**idea**(7) 21:9  21:17  21:25  113:16  113:20  164:21  177:6

**identified**(11) 24:18  34:11  44:6  91:10  121:18  126:21  169:18  170:9  186:3  207:22  232:15

**identify**(7) 85:14  104:21  132:22  145:18  145:24  166:8  167:7

**ignore**(1) 18:25
**illinois**(3) 3:14  20:13  20:14
**illustrate**(1) 51:25
**illustrated**(1) 79:12
**illustrates**(2) 44:23  49:3
**illustrative**(1) 187:4
**illustrative**(4) 184:11  187:10  214:1  222:24
**imagine**(2) 168:4  216:21
**immaterial**(4) 42:23  73:21  80:5  80:5
**immediately**(6) 16:3  48:17  84:12  84:21  111:22  134:20

**impact**(47) 41:19  41:21  48:11  49:4  51:25  51:25  52:4  52:7  62:22  64:16  64:19  73:21  79:11  79:24  94:25  101:10  101:12  101:14  101:23  110:14  112:1  114:6  116:14  116:24  117:7  119:10  134:17  167:24  168:2  175:1  178:9  181:3  182:12  183:13  184:4  184:8  184:15  184:21  185:9  186:23  191:2  193:10  194:16  195:7  195:12  195:14  206:3

**impacted**(6) 62:19  62:20  62:21  191:23  195:3  221:9

**impacts**(1) 221:1
**impediments**(1) 135:3
**implement**(1) 218:1
**implementation**(2) 22:3  217:3
**implemented**(1) 22:13
**implied**(1) 196:22
**implies**(1) 197:8
**importance**(3) 48:22  98:18  99:2
**important**(7) 34:22  49:3  68:4  185:9  212:19  221:25  222:11

**importantly**(1) 87:16
**improperly**(1) 183:20
**improve**(3) 91:5  111:10  158:1
**improved**(1) 159:1
**imrad**(1) 9:45
**inactive**(1) 163:17
**inadvertently**(1) 182:10
**inc**(4) 8:45  8:45  9:9  10:21
**incentive**(3) 97:11  114:13  139:1
**incentivized**(1) 97:8
**include**(14) 14:22  15:9  64:19  84:21  92:11  95:4  95:9  120:17  186:20  202:10  205:25  209:4  215:8  217:11

**included**(18) 21:21  33:16  33:20  42:19  69:15  71:12  87:3  182:15  183:20  183:21  201:22  205:22  208:10  212:12  212:14  213:10  214:22  222:25

**includes**(4) 35:16  85:3  93:1  106:22
**including**(17) 22:19  23:18  28:22  30:1  35:10  39:14  41:11  42:6  49:24  59:8  76:19  95:23  105:14  129:10  134:4  149:2  209:9

**incomplete**(1) 223:13
**incorporated**(1) 67:13
**incorporates**(1) 17:21
**incorrect**(2) 79:10  171:8
**increase**(16) 41:23  47:7  52:9  94:7  94:7  100:15  182:21  186:23  187:21  187:23  200:25  201:12  217:17  218:23  220:8  220:9

**increased**(5) 88:4  186:13  206:6  217:16  223:7

**increasing**(1) 48:12
**increasingly**(1) 112:2
**incurred**(5) 24:25  25:19  26:18  27:19  92:12
**incurs**(1) 221:19
**indeed**(4) 11:7  78:17  147:15  185:19
**indenture**(5) 41:17  71:23  76:20  76:21
**independent**(3) 70:4  70:6  74:3
**independently**(1) 77:4
**index**(5) 178:19  199:14  200:2  210:13  232:1
**indicate**(2) 168:24  184:8
**indicated**(17) 12:17  12:20  13:21  14:12  26:8  61:3  69:16  90:25  98:17  112:23  115:8  117:4  127:4  129:17  139:14  157:12  207:2

**indicating**(1) 31:20
**indicator**(1) 131:18
**indiscernible**(1) 182
**individual**(9) 28:3  28:19  35:19  47:22  50:6  57:19  125:25  144:23  145:8

**individually**(1) 144:19
**individuals**(1) 176:14
**industries**(2) 176:2  179:1

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**industry**(35) 53:24 54:3 99:20 99:24 100:1 108:23 109:13 110:10 110:17 111:3 111:13 130:17 130:19 131:5 131:15 134:1 157:15 171:16 171:17 171:20 173:17 174:23 175:1 175:16 175:21 175:22 176:2 176:8 177:24 178:3 178:4 178:7 178:13 179:1 179:7

**information**(63) 24:20 24:22 25:7 35:3 35:5 35:7 35:9 35:11 54:25 67:9 67:12 67:15 67:17 67:22 67:23 68:1 68:6 68:8 68:10 68:17 68:20 68:22 70:12 90:2 95:19 98:14 98:17 133:16 135:22 148:25 150:10 152:15 161:25 175:7 175:11 178:22 181:2 181:4 185:6 185:7 188:8 191:15 192:10 194:8 194:21 198:15 198:23 198:25 199:8 199:9 199:16 199:21 201:10 202:20 203:1 204:22 204:23 208:13 210:2 211:13 219:1 219:4 227:6

**informative**(1) 194:11
**informed**(2) 100:2 191:11
**informs**(1) 199:22
**infrastructure**(1) 112:10
**infrastructure**(1) 111:8
**initial**(15) 35:20 36:8 36:14 37:6 39:16 39:25 40:1 50:3 66:16 66:18 67:1 98:24 99:21 99:22 182:25

**initially**(1) 41:2
**initiatives**(1) 91:5
**input**(1) 77:13
**inputs**(2) 189:7 191:7
**instance**(5) 197:8 203:4 206:9 211:3
**instances**(4) 171:18 175:13 205:15 210:15
**instead**(3) 98:14 182:17 189:8
**institutions**(2) 170:16 170:17
**instruct**(1) 78:17
**instructed**(5) 42:19 64:23 65:8 65:11 83:14
**instruction**(11) 65:17 65:22 66:7 66:10 77:8 77:18 78:5 78:12 78:14 80:17 95:25

**instructions**(1) 80:12
**integrated**(1) 57:5
**intend**(2) 12:18 19:18
**intended**(3) 14:13 200:4 200:7
**intent**(10) 46:6 46:6 50:14 59:24 60:3 60:4 60:12 60:18 61:3 200:9

**intentionally**(1) 71:4
**inter**(1) 3:07
**inter-company**(5) 78:20 78:23 78:24 79:1 99:23

**interactions**(1) 120:6
**interactive**(3) 54:6 99:8 183:17
**intercompanies**(3) 44:18 47:17 50:14
**intercompany**(103) 17:4 17:7 17:9 17:22 17:25 18:4 18:7 18:11 18:20 19:15 22:9 22:11 22:12 22:14 22:20 23:5 23:22 31:5 31:5 31:8 32:4 35:10 35:11 35:21 35:22 35:23 38:6 38:16 39:15 39:20 43:19 43:21 44:9 44:11 44:14 44:20 44:21 44:21 44:24 45:7 45:8 45:12 45:18 45:24 46:9 46:13 46:14 46:23 47:12 47:14 47:25 48:5 48:17 48:18 48:19 48:23 49:9 49:12 49:16 49:21 49:23 50:8 50:25 51:9 51:12 51:18 52:1 52:13 54:22 55:18 56:8 56:9 56:19 58:3 58:5 58:7 58:18 58:15 58:19 59:5 60:5 60:7 60:25 61:5 61:14 61:17 62:11 62:3 62:6 62:19 62:21 62:22 62:22 63:4 63:14 63:22 64:2 64:4 64:7 66:17 232:16

**interest**(18) 38:10 41:11 63:3 63:12 63:17 72:20 74:11 75:10 81:11 82:9 92:9 93:21 96:3 113:6 113:12 117:11 180:12 204:5

**interested**(1) 9:35

**interests**(8) 31:5 31:9 35:22 88:5 203:14 203:24 215:17 216:2

**interim**(3) 107:22 120:5 125:3
**internally**(1) 215:3
**international**(3) 21:7 21:11 212:17
**internet**(4) 54:6 84:12 214:19 215:6
**internet-based**(1) 212:3
**interposed**(1) 71:24
**interprets**(1) 109:6
**interrupt**(1) 225:8
**interrupting**(1) 225:7
**into**(51) 17:12 20:18 34:6 34:11 35:24 44:6 45:1 49:23 52:14 52:23 71:17 94:8 95:13 97:8 99:20 107:10 107:19 107:19 108:1 109:25 113:25 143:8 148:24 150:9 164:3 165:12 167:15 175:8 178:18 179:1 180:7 180:9 180:15 183:2 183:11 186:3 186:5 188:24 190:9 191:7 193:9 194:9 198:14 203:15 207:14 208:5 217:5 218:3 218:4 219:4 222:9

**introduce**(1) 138:4
**introduced**(2) 11:22 200:15
**intuitively**(1) 202:3
**invalidated**(1) 223:17
**inventory**(1) 29:10
**investing**(1) 221:6
**investment**(18) 10:5 10:5 86:23 105:12 117:15 133:7 162:9 162:16 162:20 163:3 164:9 166:5 171:9 175:25 176:5 176:7 197:11 221:6

**investments**(4) 29:14 30:18 36:20 108:3
**investors**(1) 6:47
**involve**(2) 176:17 176:24
**involved**(13) 21:16 21:21 22:3 22:7 22:12 23:18 54:1 107:12 152:8 164:22 169:24 170:1 170:10

**involvement**(2) 107:4 133:1
**involving**(1) 170:9
**isn't**(3) 57:8 187:10 208:8
**isn't**(2) 110:23 117:17
**isolate**(3) 186:14 186:18 195:2
**issue**(22) 14:2 16:1 42:24 60:2 61:22 68:25 74:5 77:21 77:25 80:5 89:23 95:14 101:17 116:25 165:9 167:19 190:16 216:1 216:19 225:3 225:7 226:21

**issued**(2) 179:22 216:15
**issues**(16) 12:24 18:8 18:16 18:16 22:18 23:1 23:18 100:1 112:12 169:10 171:5 175:3 175:13 217:14 218:2 224:13

**issuing**(2) 185:5 185:8
**it's**(94) 11:19 12:10 15:12 18:24 24:17 33:25 36:3 39:2 42:23 44:5 45:8 45:17 47:24 48:18 49:15 55:10 56:13 57:19 58:21 70:10 73:6 74:22 85:1 85:24 86:13 87:23 93:10 98:8 140:19 144:22 147:9 148:6 149:18 153:23 155:14 156:1 156:2 156:14 157:20 162:4 162:5 163:3 163:17 164:11 165:22 168:1 170:21 171:14 177:1 178:2 179:6 180:16 182:3 185:18 186:1 187:8 187:11 197:24 202:1 202:16 204:19 204:25 208:2 208:8 208:9 210:24 211:1 211:4 212:14 212:17 213:3 215:24 217:23 217:25 217:25 218:5 220:9 221:24 221:25 222:6 222:9 222:10 222:13 223:4 223:5 223:16 224:2 224:2 226:10 226:11 227:14 228:7

**item**(12) 40:8 40:11 40:12 183:8 190:18 190:19 191:13 216:23 217:25 218:5 218:8 220:6
**items**(16) 25:20 29:3 29:25 30:25 38:23 66:20 71:11 71:14 168:20 175:10 181:18 205:3 205:3 205:4 221:15 221:15

**iteration**(3) 120:9 125:3 144:2
**iterations**(1) 64:6
**iterative**(3) 32:7 39:21 145:2
**its**(28) 30:18 36:18 38:10 59:8 59:11 60:10 63:21 69:19 69:22 69:24 70:2 84:1 87:13 87:21 87:22 89:8 106:3 106:22 107:2 120:5 167:5 180:9 193:13 196:13 208:7 213:2 213:3 219:4

**itself**(3) 83:22 83:24 212:22
**it's**(24) 108:25 109:16 110:25 111:6 112:6 112:15 112:17 112:19 112:20 113:3 114:1 115:7 119:12 119:13 119:17 122:17 123:5 124:17 127:21 129:15 131:4 131:8 133:20 133:24

**i'd**(4) 103:11 103:25 119:16 131:23
**i'm**(11) 105:21 105:22 106:8 108:19 109:4 114:25 118:9 128:23 129:2 131:11 135:22
**i've**(3) 119:22 120:17 120:18
**james**(29) 1:26 3:39 4:37 4:39 5:28 8:36 11:7 161:18 162:2 162:3 162:15 162:25 163:25 164:1 166:16 167:4 168:15 168:17 168:18 168:19 176:11 176:13 176:17 176:25 177:7 179:24 180:17 188:6 209:23

**janet**(1) 6:28
**january**(15) 68:21 87:14 88:3 100:5 126:2 128:2 128:5 129:4 130:5 150:1 150:7 157:6 187:23 213:17 213:20

**jarashow**(1) 7:39
**jeffrey**(1) 9:5
**jenner**(1) 4:45
**jessica**(1) 5:17
**jiffy**(1) 21:14
**jillian**(1) 6:26
**jim**(5) 17:16 103:9 151:4 165:19 225:1
**jimmy**(2) 136:7 136:13
**job**(3) 106:14 106:15 176:2
**jobs**(1) 114:10
**joe**(1) 9:41
**john**(1) 7:34
**johnston**(1) 4:37
**join**(1) 106:24
**joined**(1) 162:24
**joining**(1) 107:8
**joint**(1) 32:14
**jones**(5) 3:11 7:23 10:9 10:13 10:13
**joshua**(2) 4:38 8:42
**jpmorgan**(3) 136:11 137:20 138:16
**judge**(3) 1:19 1:20 13:3
**judgment**(13) 16:2 38:23 90:19 90:21 91:11 175:15 175:15 175:16 178:24 178:2 190:19 196:1 196:24

**judicata**(1) 18:16
**judicial**(1) 18:15
**jump**(1) 180:5
**juncture**(6) 17:12 113:22 135:10 158:3 159:9 165:8

**june**(5) 93:25 182:17 189:8 219:13 219:14

**just**(151) 11:5 14:7 15:6 15:24 16:13 16:24 18:9 18:13 22:24 33:8 35:13 43:13 51:15 51:24 53:5 54:23 56:3 60:18 66:7 67:3 70:3 73:7 77:21 78:5 83:6 87:19 91:10 96:1 96:12 97:16 97:18 98:5 103:25 104:5 109:3 109:12 109:24 110:1 111:25 115:5 118:23 121:16 121:16 121:18 124:3 124:12 128:6 129:15 130:1 130:7 137:1 138:4 139:14 140:6 143:13 145:3 146:1 146:7 146:12 146:24 149:2 149:20 156:2 156:2 156:15 157:20 158:18 158:22 162:11 165:22 168:16 173:16 174:12 180:5 180:16 185:9 185:19 186:12 186:19 186:24 187:1 187:9 187:11 187:12 187:19 188:1 189:20 190:25 191:11 191:16 191:25 192:5 192:22 193:9 193:20 194:3 194:11 194:11 195:9 196:1 196:10 196:16 197:2 197:5 197:14 197:14 197:20 198:7 198:11 198:19 198:18 200:23 201:17 201:19 202:3 202:9 202:16 202:22 203:11 203:15 204:16 208:11 209:1 211:1 211:1 211:2 214:1 215:8 217:2 217:18 217:25 218:6 218:13 218:16 218:17 219:2 219:18 220:22 221:23 222:1 222:8 222:22 222:24 222:25 223:15 224:3 225:18 226:11 227:16 228:7 229:9

**justify**(1) 197:23
**kalenchits**(2) 8:9 8:9
**kaminetzky**(1) 2:5
**kansa**(1) 6:24
**kaplan**(1) 7:37
**kapnick**(24) 1:28 16:21 19:6 19:7 19:11 19:23 22:17 23:4 23:12 23:25 24:5 24:8 24:14 24:19 34:5 34:12 44:1 44:7 51:2 51:7 53:4 98:3 98:7 102:18

**kasowitz**(2) 2:26 9:14
**katharine**(1) 3:46
**katherine**(1) 6:15
**katten**(1) 9:31
**kaye**(1) 10:31
**keep**(5) 91:2 113:7 162:12 200:3 202:17
**ken**(1) 6:24
**kenneth**(1) 8:21
**kevin**(1) 1:27
**key**(5) 25:14 60:2 97:5 100:14 180:4
**kim**(1) 8:13
**kind**(12) 71:10 85:17 117:25 181:23 200:23 201:7 204:20 214:16 215:8 222:21 222:25 226:23
**kinds**(4) 108:16 111:2 116:10 116:11
**king**(4) 2:15 2:21 3:6 3:48
**kira**(1) 7:5
**kizzy**(1) 7:39
**klauder**(1) 3:5
**knew**(4) 80:17 80:20 136:13 200:2

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

**know**(146) 52:2  52:21  57:6  60:16  61:22  66:22  68:4  69:19  73:23  80:5  82:12  86:23  87:24  91:4  99:4  99:25  100:13  104:4  110:12  114:23  115:3  117:13  129:5  129:7  129:9  130:7  130:19  131:17  132:17  133:24  135:3  145:22  146:11  146:12  148:14  149:1  151:24  168:1  170:15  173:9  174:11  174:12  175:14  179:12  181:17  181:17  181:23  187:21  188:9  189:17  189:18  190:13  191:8  191:18  191:19  191:20  191:20  192:16  192:17  193:9  194:1  194:4  194:5  194:14  194:14  195:12  196:3  196:13  197:1  197:10  197:12  197:21  197:23  198:3  198:11  198:21  199:7  199:18  199:22  200:3  200:5  200:14  201:11  202:4  202:16  202:18  203:8  203:10  203:11  203:22  204:3  204:12  205:2  206:20  206:21  206:25  207:20  208:2  208:7  208:19  208:21  208:21  208:24  209:1  209:2  209:3  209:10  209:10  209:15  210:5  210:9  210:24  211:6  211:12  211:14  211:15  212:23  213:2  213:7  213:20  214:16  214:23  214:24  215:9  215:10  215:14  215:23  217:6  219:3  219:13  220:10  220:11  220:13  220:22  221:7  221:7  221:8  221:16  222:8  222:9  222:12  222:23  227:3  227:7  227:8

**knowledge**(9) 73:13  151:18  171:11  171:22  171:23  172:15  175:16  176:3  176:19

**knowledgeable**(1) 171:19
**known**(2) 40:20  119:22
**korpus**(1) 9:19
**krakauer**(6) 6:32  65:17  77:15  78:5  78:13  78:17

**kulnis**(1) 137:24
**labeled**(2) 47:24  48:18
**labor**(2) 105:6  105:7
**lack**(1) 174:25
**lacking**(1) 99:7
**laguardia**(2) 170:1  170:24
**laid**(1) 118:9
**lance**(1) 81:7
**landis**(3) 3:18  3:19  5:33
**language**(3) 17:11  17:11  17:14
**lanrty**(1) 1:27
**large**(7) 13:24  32:15  94:6  107:23  111:1  175:6  187:8

**largely**(1) 38:22
**larger**(2) 129:23  130:2
**largest**(2) 111:18  126:15
**larsen**(4) 104:23  105:9  105:11  133:1
**last**(30) 11:13  27:6  43:13  51:22  66:6  69:12  93:8  103:18  109:24  119:18  120:13  122:16  128:18  129:2  147:11  149:2  151:13  155:10  155:17  156:5  158:5  167:11  172:16  173:23  186:6  188:3  188:5  219:6  222:15  224:1
**lastly**(1) 226:4
**late**(3) 125:19  148:11  226:18
**later**(10) 52:25  98:14  98:15  98:21  165:12  174:3  180:16  183:2  225:15  227:1

**latter**(1) 130:9
**laughter**(9) 11:6  13:8  13:13  13:19  19:2  108:9  115:2  122:7  142:12

**lauren**(1) 3:12
**laurie**(1) 4:18
**law**(3) 2:19  9:14  74:25
**lay**(1) 117:1
**layton**(1) 2:12

**lazard**(73) 25:5  29:23  35:12  35:15  36:9  36:21  37:1  37:15  37:18  66:13  66:18  66:22  66:25  67:4  67:10  67:12  68:8  68:11  68:14  69:10  69:19  69:22  69:24  70:1  86:20  87:4  87:13  87:21  87:22  88:3  89:2  89:7  99:22  100:5  132:8  132:13  172:25  173:3  178:10  180:8  186:12  186:21  187:14  189:10  190:4  192:14  195:16  199:25  200:1  201:20  201:2  202:11  202:25  205:16  206:14  206:15  207:11  207:21  209:5  209:6  209:9  209:21  210:20  211:10  212:8  213:15  216:2  219:3  219:10  220:6  222:5  223:18  223:21

**lazard's**(22) 26:21  26:23  35:16  39:17  67:21  69:14  178:11  179:21  180:17  197:16  198:17  199:14  200:8  201:6  207:13  211:21  213:12  213:14  213:21  214:6  215:20  223:2

**lbo**(24) 27:7  27:11  27:15  33:13  33:16  35:1  35:9  39:7  62:11  62:19  62:20  76:15  91:18  92:16  94:13  95:4  95:9  95:23  96:10  96:24  97:9  97:17  107:4  151:19

**lbo-related**(1) 118:5
**lead**(8) 89:23  117:23  117:23  118:11  137:16  137:20  151:21  169:3

**leader**(1) 73:14
**leading**(5) 23:23  67:15  81:22  153:20
**leads**(2) 118:10  132:22
**learned**(1) 70:23
**least**(8) 14:9  67:10  68:1  74:9  90:7  119:8  119:15  137:21

**leave**(3) 19:19  117:10  184:25
**leaves**(2) 38:16  116:7
**lebouef**(1) 4:35
**led**(3) 90:1  171:13  224:14
**lee**(7) 136:7  136:10  136:11  136:13  137:4  137:23  152:16

**lee's**(1) 151:19
**leeway**(2) 227:15  227:17
**left**(13) 20:22  30:7  30:24  48:7  49:22  103:14  131:13  160:21  161:10  182:7  190:2  202:12  218:13

**leg**(2) 114:11  114:17
**legacy**(1) 215:21
**legacy.com**(2) 36:22  37:18
**legal**(22) 22:10  25:6  31:25  32:5  32:7  32:16  35:19  39:20  39:21  45:22  50:6  50:1  58:8  61:21  63:16  66:17  67:1  74:5  77:13  85:15  95:13
**lemay**(1) 3:26
**lender**(2) 62:10  92:5
**lenders**(17) 4:27  5:37  20:20  43:7  43:14  43:14  47:5  47:6  47:9  48:7  49:7  52:8  76:15  92:12  96:17  97:9  101:25

**leonard**(1) 1:35
**less**(12) 30:16  101:14  117:20  119:15  123:9  128:17  184:23  189:17  191:21  197:9  221:15  222:23

**let**(21) 15:24  63:8  65:6  67:19  74:7  74:13  83:2  83:3  88:16  91:13  98:5  109:1  109:8  145:22  149:12  159:19  190:16  215:18  219:18  228:22  228:23

**let's**(45) 23:25  24:5  33:23  40:5  43:18  44:19  46:16  47:23  51:8  54:22  60:1  64:10  70:15  71:21  80:23  83:21  91:13  103:4  149:6  156:17  182:6  186:6  189:10  190:16  196:21  199:1  199:3  201:2  203:13  204:14  204:15  205:7  206:2  207:10  209:12  211:8  211:19  214:2  215:16  216:7  219:6  219:7  222:15  224:1  224:22

**letter**(1) 172:10
**letters**(1) 92:10
**let's**(3) 108:5  111:13  138:20
**level**(13) 2:22  20:25  30:16  34:24  62:16  63:9  76:12  78:19  78:21  80:15  171:4  171:6  203:20
**leveled**(1) 133:20
**leveraged**(1) 94:21
**levy**(1) 7:9
**lexi**(1) 10:18
**lexington**(1) 2:8
**liabilities**(1) 24:23
**liang**(1) 8:21
**license**(2) 26:12  163:17
**licenses**(1) 163:18
**liebentritt**(3) 6:40  104:23  105:8
**liewant**(1) 9:41
**light**(1) 193:23
**lighting**(2) 21:7  21:11
**lights**(1) 85:18
**like**(41) 11:5  13:11  15:20  16:14  16:16  18:15  25:20  30:23  32:22  37:19  40:15  54:23  70:10  74:18  74:24  81:13  86:24  117:12  119:16  131:15  131:23  163:21  169:  174:10  177:18  180:3  182:1  184:6  184:25  186:8  188:21  195:23  196:21  201:4  201:11  205:10  216:11  219:8  224:3  225:10  227:13

**liked**(1) 139:13
**likely**(21) 11:24  13:1  19:24  50:21  97:3  102:17  144:8  145:16  145:15  148:4  148:7  148:18  152:25  153:10  153:14  153:1  155:17  155:24  159:13  221:13

**likewise**(2) 18:1  18:12
**limitation**(1) 175:14
**limited**(3) 41:21  194:14  210:25
**line**(24) 14:20  29:3  30:25  31:13  40:8  40:11  40:12  67:20  80:12  124:6  125:23  127:5  139:19  140:1  141:15  146:22  146:23  158:23  159:2  183:8  193:21  193:23  194:2  218:7
**lines**(10) 29:5  30:8  31:3  31:6  31:13  31:17  31:18  31:19  126:21  184:13

**linked**(1) 187:11
**liquidate**(1) 85:24
**liquidated**(4) 26:11  37:9  71:17  102:2
**liquidation**(121) 19:13  21:16  21:18  21:20  21:22  22:20  23:7  23:22  24:1  24:2  24:9  24:21  24:25  25:4  25:15  25:23  25:25  26:2  26:8  26:15  26:17  26:18  26:19  26:25  27:1  27:2  27:8  27:10  27:13  27:17  27:20  27:25  28:1  28:4  28:12  28:14  28:16  28:19  29:6  29:8  29:13  30:3  30:9  30:14  31:22  31:24  32:1  32:10  32:13  33:6  33:10  33:12  33:14  33:15  33:17  33:19  33:22  72:25  80:23  80:24  81:3  81:6  81:8  81:9  81:12  81:16  81:21  81:25  82:4  82:8  82:11  83:3  83:7  83:21  83:22  83:23  84:4  84:10  85:16  85:17  85:21  86:3  86:18  86:21  87:2  88:18  90:16  90:16  91:3  91:13  91:16  92:15  93:7  93:16  93:19  94:11  94:7  94:18  94:19  94:25  95:5  95:23  96:2  96:7  96:19  96:21  97:10  99:25  100:2  100:19  101:11  102:8  102:9  102:10  102:10  102:14  102:17  232:1

**liquidations**(1) 22:3
**liquidity**(1) 117:16
**list**(4) 13:24  14:12  71:12  130:17
**listed**(7) 43:12  83:16  126:22  129:6  170:11  171:15  205:11

**listing**(1) 70:16
**lists**(1) 81:17
**literature**(2) 85:14  95:14
**litigation**(2) 33:13  118:4

**little**(28) 13:14  15:22  16:9  23:2  64:10  71:21  74:7  99:6  117:1  129:5  129:8  130:20  131:14  131:19  131:23  141:14  143:14  162:1  162:11  180:14  190:17  190:25  203:22  209:23  227:6  228:8  228:18  228:19

**litvack**(1) 7:45
**live**(5) 15:2  16:18  159:9  159:24  160:5
**llc**(2) 6:43  163:3
**llp**(16) 1:25  2:27  3:25  4:17  5:4  5:12  5:26  5:33  6:14  7:42  8:12  8:16  9:4  9:31  10:31  53:14
**loan**(3) 92:2  92:7  221:12
**lock**(2) 85:19  200:6
**logic**(7) 95:10  95:10  95:11  95:11  97:18  193:25  208:4

**long**(5) 63:6  104:17  155:15  172:9  172:19
**long-term**(4) 114:14  131:24  134:14  142:25
**longer**(1) 214:19
**look**(58) 23:18  31:9  41:4  42:25  46:16  55:17  56:19  56:23  59:18  60:23  61:20  69:4  74:14  85:13  91:15  91:24  101:11  121:8  122:16  123:10  123:25  125:18  126:4  127:16  130:10  131:7  132:2  134:22  136:14  141:14  143:15  146:18  147:11  150:2  153:13  155:9  156:17  156:18  156:23  168:7  170:25  178:3  185:17  186:6  187:7  187:19  187:22  190:8  190:13  193:1  193:3  197:4  198:7  200:24  206:12  227:11  227:13  228:15

**looked**(29) 13:25  61:22  76:18  88:3  89:19  100:9  130:21  133:25  143:12  143:13  146:7  148:4  148:8  149:7  150:3  152:25  154:12  170:4  189:11  196:2  200:18  208:20  213:17  214:11  214:23  214:25  215:11  219:10  223:10
**looking**(27) 41:22  48:4  50:3  60:3  61:17  105:21  105:22  105:23  105:24  106:8  106:9  109:12  110:10  112:16  131:13  131:15  131:17  133:7  133:17  148:1  149:17  155:2  157:14  173:19  202:18  202:19
**looks**(2) 131:15  184:6
**loom**(1) 21:6
**los**(12) 4:42  105:24  106:18  106:20  106:21  106:22  106:24  108:7  109:22  111:18  120:15  129:11
**losquadro**(1) 8:25
**loss**(1) 218:1
**losses**(5) 90:13  181:20  181:20  217:24  217:24

**lost**(1) 228:19
**lot**(11) 27:6  38:23  134:1  134:2  173:9  203:10  206:25  208:17  222:8  222:10  227:23
**louis**(1) 37:14
**low**(7) 30:18  32:13  129:18  130:19  198:12  210:6  210:19
**lower**(7) 73:10  98:23  123:6  145:14  193:2  210:8  220:24

**lowered**(1) 184:19
**lowering**(1) 99:4
**loyally**(1) 119:3
**lube**(1) 21:14
**ludwig**(1) 6:26
**lugano**(1) 1:41
**lunch**(1) 103:3
**lynch**(2) 4:17  10:31
**lynn**(1) 7:24
**ma**  (5) 163:7  171:22  176:15  176:17
**machinations**(1) 116:2
**macquarie**(2) 8:49  8:49
**macro**(1) 130:16

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| made(39) 25:14 25:16 27:18 40:2 42:17 45:12 45:24 72:25 87:21 96:7 96:10 105:6 119:5 121:6 182:3 183:3 183:5 183:6 183:17 183:25 184:3 185:5 190:20 194:9 200:11 201:6 209:14 211:7 211:9 211:11 211:21 214:6 216:12 218:22 219:17 220:1 223:2 226:21 228:7 | | market(47) 1:11 3:21 4:21 5:6 30:5 74:11 76:2 128:14 129:6 162:4 180:19 180:23 181:2 181:5 186:19 186:22 187:9 187:25 188:15 188:25 189:2 189:4 195:1 195:7 196:17 198:14 198:25 199:7 199:8 200:2 201:9 203:6 204:7 204:8 204:21 204:22 206:3 206:6 206:8 209:1 211:23 213:5 214:7 216:5 223:6 223:7 224:10 | | means(7) 65:13 127:3 180:19 180:23 196:10 210:16 210:17 | | minimal(1) 101:9 |
| | | | | meant(2) 17:8 127:2 | | minimalist(1) 110:3 |
| madlyn(1) 10:32 | | | | measure(1) 75:15 | | minor(2) 37:19 100:1 |
| maggie(1) 136:4 | | marketing(1) 37:17 | | mechanism(1) 75:15 | | minority(11) 87:25 88:4 108:3 112:24 113:1 113:3 113:5 113:8 113:12 204:25 215:4 |
| magnitude(6) 126:12 205:23 217:9 218:21 220:5 222:22 | | marketplacc(1) 106:13 | | media(8) 106:21 108:4 113:23 114:10 114:12 172:13 172:15 222:20 | | minus(6) 148:16 156:3 156:11 156:15 156:25 157:1 |
| | | markets(6) 111:18 129:10 129:22 129:23 130:2 162:9 | | | | minute(6) 16:8 40:5 53:6 108:5 159:21 196:22 |
| maintain(4) 112:7 116:23 117:9 200:9 | | | | medians(2) 210:16 210:17 | | |
| maintained(1) 86:6 | | marrero(1) 5:17 | | mediums(1) 112:4 | | minutes(6) 11:15 11:16 15:6 15:16 16:8 17:23 |
| maintaining(1) 99:3 | | | | meet(4) 106:12 110:15 152:2 152:4 | | |
| major(14) 108:2 108:6 109:13 109:16 111:14 111:16 111:20 112:23 113:1 113:3 122:24 124:4 126:13 129:22 | | marsal(8) 8:45 8:45 10:21 20:2 20:5 20:6 20:23 53:21 60:22 61:6 61:13 70:3 70:6 73:14 73:23 80:12 81:23 89:4 | | meeting(8) 52:19 136:7 138:5 138:5 138:7 138:10 206:15 206:18 | | mip(1) 119:19 |
| | | | | | | miriam(1) 137:24 |
| | | marsal's(1) 95:4 | | meetings(1) 138:13 | | misread(1) 129:18 |
| majority(10) 13:22 43:6 49:14 175:10 178:13 198:19 203:4 204:23 216:4 217:14 | | marshak(1) 85:23 | | meets(2) 82:9 96:3 | | missed(1) 138:4 |
| | | marshaled(1) 26:11 | | | | misunderstanding(1) 75:19 |
| | | marty(1) 74:16 | | meisel(1) 1:34 | | mitigates(1) 119:8 |
| make(48) 17:6 18:13 26:25 27:8 27:10 27:16 30:11 38:5 39:18 40:15 41:25 42:19 46:5 52:12 62:10 74:3 74:6 77:18 79:23 96:6 96:11 96:17 98:5 104:24 106:12 110:23 111:3 112:16 112:17 114:5 116:12 130:8 134:5 134:5 142:20 178:17 182:23 183:25 189:10 202:14 207:11 211:14 213:4 218:17 218:17 219:1 220:13 229:10 | | marvin(1) 7:24 | | melamed(1) 9:10 | | mix(1) 131:18 |
| | | mary(1) 134:4 | | member(2) 136:5 177:4 | | mobile(1) 112:1 |
| | | massive(1) 211:4 | | members(2) 52:19 95:13 | | model(11) 31:25 35:8 39:12 39:13 39:13 39:19 39:23 40:3 56:18 158:3 196:18 |
| | | matches(1) 41:13 | | mentioned(10) 29:12 73:18 83:17 88:22 100:14 100:14 101:8 137:14 197:3 210:20 | | |
| | | material(7) 84:22 84:24 100:18 180:20 185:8 207:23 209:21 | | | | modeling(5) 21:24 22:4 22:7 99:18 158:13 |
| makes(6) 39:18 45:20 113:9 113:13 180:14 228:25 | | | | merely(3) 112:8 120:14 153:9 | | models(1) 110:10 |
| | | materiality(1) 80:19 | | merge(2) 47:10 52:3 | | modification(1) 144:19 |
| | | materialize(1) 148:23 | | merged(5) 45:9 45:10 46:11 46:11 55:21 | | modified(2) 178:6 212:9 |
| making(8) 30:8 46:11 47:4 85:25 104:20 111:2 111:3 134:21 | | materially(1) 145:14 | | mergers(1) 164:6 | | modifying(1) 224:11 |
| | | materials(4) 122:10 188:5 207:21 209:24 | | merging(1) 134:24 | | modulate(1) 131:22 |
| | | math(2) 74:3 140:6 | | merrill(2) 4:17 10:31 | | moment(6) 15:24 51:15 97:21 102:21 109:12 148:4 149:7 150:19 191:12 192:7 |
| man(1) 117:12 | | mathematica(3) 33:9 99:17 189:20 | | mester(1) 4:38 | | |
| managed(1) 45:22 | | mathematically(3) 178:19 178:23 187:10 | | met(1) 77:5 | | |
| management(34) 5:49 5:49 7:27 7:27 8:5 8:5 8:16 8:20 8:20 8:24 8:24 8:41 8:41 9:22 9:22 20:7 30:3 44:16 45:14 45:14 45:14 52:17 52:19 52:20 60:8 70:20 91:4 138:25 160:13 162:7 191:20 193:13 206:14 206:17 207:6 225:13 | | matrix(1) 185:2 | | metaphors(1) 142:8 | | moments(3) 54:24 130:7 139:14 |
| | | matter(13) 12:12 12:16 15:12 23:14 27:24 39:4 42:20 80:21 95:17 179:18 179:25 210:23 231:4 | | meter(1) 203:10 | | momentum(1) 148:20 |
| | | | | method(6) 25:24 199:14 202:4 202:11 207:16 207:16 | | monday(1) 11:1 |
| | | matters(9) 11:11 21:13 21:13 22:6 22:19 23:18 164:24 164:25 179:12 | | | | monetized(1) 29:6 |
| | | | | methodologies(12) 180:5 194:10 196:6 196:8 196:11 200:18 202:12 205:11 211:9 211:14 219:10 224:14 | | money(1) 57:16 |
| | | matthew(5) 5:34 7:28 9:18 10:21 10:22 | | | | monitor(1) 28:11 |
| management's(3) 191:18 193:14 198:10 | | maturity(1) 75:11 | | | | monster(3) 212:1 212:3 212:19 |
| management-recommended(1) 122:9 | | may(39) 23:10 53:10 87:21 91:4 97:20 97:22 102:21 102:24 103:22 103:24 104:7 109:6 117:19 118:16 135:12 150:18 159:6 161:4 161:6 171:18 171:19 171:22 174:15 174:17 179:14 181:12 191:8 208:23 220:1 220:14 220:23 221:1 221:2 221:15 222:12 225:2 226:13 227:18 228:11 | | methodology(17) 84:4 175:12 181:16 182:24 197:22 198:5 200:15 201:4 201:15 204:11 204:24 207:11 210:23 216:6 219:1 222:4 222:6 | | montenegro(1) 9:15 |
| manager(1) 120:3 | | | | | | month(12) 60:15 94:5 94:6 127:12 146:25 147:3 147:4 147:5 147:6 147:7 147:8 148:21 |
| manages(1) 162:7 | | | | metric(1) 213:8 | | |
| managing(3) 20:4 20:25 161:20 | | | | metrics(3) 180:21 209:25 210:1 | | monthly(2) 23:20 115:3 |
| mandate(1) 164:4 | | | | michael(1) 2:7 | | months(10) 27:3 90:11 90:14 90:14 104:18 106:1 113:25 139:3 139:7 221:14 |
| mandava(4) 68:21 68:25 87:8 88:11 | | | | michelle(2) 2:49 5:39 | | |
| manges(1) 7:42 | | maybe(8) 18:16 65:11 74:13 94:1 97:4 149:21 180:14 205:17 | | microphone(2) 103:17 160:24 | | morale(2) 119:11 119:13 |
| manpower(5) 212:1 212:1 212:4 212:6 212:10 | | | | middle(10) 15:3 36:13 131:3 131:5 189:9 195:5 201:8 204:20 223:5 223:11 | | more(45) 14:18 14:19 15:1 23:2 49:3 58:15 65:6 70:25 71:19 82:21 82:24 87:16 98:4 99:1 112:19 114:10 117:1 117:20 117:21 129:5 129:24 144:14 148:13 164:25 171:22 180:15 183:2 186:6 189:17 190:14 190:17 191:2 191:21 192:16 194:1 194:18 195:14 199:19 201:3 202:16 203:22 210:15 212:4 227:23 228:8 |
| | | mayer(1) 3:46 | | midpoint(11) 50:20 56:8 180:17 180:18 183:15 184:5 184:17 186:12 186:13 201:1 218:23 | | |
| many(21) 12:7 12:11 21:1 34:24 104:19 112:14 114:12 115:5 115:9 119:7 119:7 128:15 138:18 162:22 164:19 170:11 171:12 173:14 176:10 177:6 189:12 196:5 | | mba(1) 163:13 | | | | |
| | | mccarter(1) 3:45 | | | | |
| | | mccolm(1) 7:13 | | might(11) 17:8 18:25 97:11 109:2 116:14 145:6 158:8 164:13 178:21 181:1 228:19 | | morgan(5) 2:4 7:42 8:12 209:5 209:5 |
| | | mccormack(1) 3:27 | | | | morning(14) 11:3 11:4 13:3 17:16 19:6 19:24 19:25 53:14 53:16 53:17 115:10 160:3 226:6 226:9 |
| marc(3) 3:31 5:13 5:19 | | mccormick(1) 9:30 | | mike(1) 8:33 | | |
| march(7) 1:14 11:1 93:15 182:1 185:20 219:11 231:17 | | mccutchen(1) 9:4 | | million(95) 26:20 26:24 36:1 36:14 37:8 38:4 38:9 38:10 38:14 38:15 38:17 40:9 40:13 40:14 40:17 40:20 40:23 40:23 41:1 41:3 41:6 41:13 41:14 41:23 42:1 42:14 43:2 43:14 43:14 43:15 43:16 47:5 48:11 49:7 52:4 52:9 70:17 72:7 72:9 79:13 83:8 88:5 93:15 94:1 94:4 98:18 98:22 98:23 101:7 101:18 123:2 123:5 123:6 124:7 124:8 124:13 139:19 139:22 143:1 182:21 183:15 184:5 184:20 185:13 186:2 191:3 191:3 191:15 195:11 196:16 197:4 206:7 207:9 213:16 213:19 215:22 217:2 217:4 217:5 218:10 218:24 218:25 220:9 220:14 221:8 221:20 223:8 223:25 224:9 | | morphed(1) 107:10 |
| | | mcdaniel(1) 2:20 | | | | most(30) 12:23 14:15 15:9 18:9 21:4 49:12 66:19 70:11 71:11 144:8 144:15 145:10 145:14 148:3 148:7 148:18 148:25 150:9 152:25 153:10 153:17 155:17 155:24 175:14 184:11 188:8 196:4 201:24 203:2 203:3 |
| margin(2) 208:11 208:13 | | mcguire(1) 5:34 | | | | |
| marginal(1) 179:5 | | mcneill(1) 4:19 | | | | |
| margins(1) 110:5 | | meagher(1) 7:18 | | | | |
| marino(1) 2:49 | | mean(25) 17:8 65:16 74:5 82:8 83:16 127:6 131:10 155:7 166:1 173:10 178:20 178:21 187:17 187:21 189:13 189:14 189:15 191:14 192:13 194:11 196:1 196:9 199:15 200:8 200:8 | | | | motors(1) 107:14 |
| mark(2) 2:13 9:47 | | | | mina(2) 6:47 6:48 | | move(21) 24:14 28:20 34:5 44:1 80:23 108:19 110:21 111:4 114:3 129:21 159:15 189:15 189:18 199:1 203:10 203:13 203:15 209:12 211:19 226:23 227:16 |
| | | | | mind(5) 60:12 98:8 147:6 203:19 215:7 | | |
| | | meaning(4) 18:1 139:22 197:9 210:7 | | mine(1) 155:14 | | moved(4) 20:18 20:22 189:14 200:5 |
| | | meaningful(4) 198:4 203:12 209:11 221:24 | | | | movement(3) 36:24 37:21 187:25 |
| | | meaningfully(2) 202:21 208:17 | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**mover**(1) 135:2
**moving**(1) 221:14
**much**(21) 12:7 25:17 82:21 90:1 97:24 98:4 109:21 114:3 129:7 130:18 134:22 173:7 187:13 187:17 191:2 196:17 197:7 197:19 202:7 223:24 229:23

**muchin**(1) 9:31
**mulhern**(1) 8:17
**multiple**(15) 22:10 175:24 176:1 183:22 197:1 197:2 197:7 199:24 206:21 210:5 210:6 210:8 215:5 215:5 218:18

**multiples**(4) 196:22 196:23 197:5 215:12
**municipal**(1) 170:6
**murphy**(1) 10:26
**must**(2) 63:5 63:15
**myers**(1) 6:4
**myrick**(1) 6:30
**myself**(2) 115:6 138:4

**name**(8) 103:18 104:10 146:3 160:25 165:19 169:2 169:5 169:6

**nasd**(1) 163:18

**national**(7) 37:17 105:15 105:22 126:14 127:24 129:25 129:25

**natural**(3) 34:21 39:10 65:15
**nature**(13) 14:19 15:1 15:11 23:2 34:25 59:23 60:18 73:19 96:1 99:23 101:22 102:7 138:2

**near**(4) 134:6 141:2 142:24 143:1
**necessarily**(6) 135:5 147:7 178:2 213:7 214:24 214:24

**necessary**(13) 11:19 22:4 28:6 51:6 52:25 54:10 111:5 111:6 175:20 177:25 178:5 178:8 228:13

**need**(25) 24:4 25:22 27:22 31:15 35:1 56:19 56:23 92:24 111:3 111:6 111:11 114:4 114:18 114:21 117:1 117:22 117:23 140:4 145:13 159:11 178:2 181:1 183:25 191:6 229:23
**needed**(3) 68:23 176:23 181:21
**needing**(1) 91:1
**needs**(3) 60:14 96:5 96:5
**negative**(8) 148:14 148:14 153:14 154:16 154:24 154:25 155:1 195:11

**negatively**(1) 221:5
**neil**(1) 8:25
**neither**(8) 17:24 18:2 18:11 18:22 88:9 88:17 100:18 100:19

**net**(7) 26:16 31:10 37:4 37:4 182:19 183:13 184:4

**netted**(2) 88:13 88:15
**network**(7) 29:14 86:23 113:4 183:16 185:10 203:17 203:25

**never**(10) 54:13 54:19 72:15 77:4 138:4 166:1 169:8 169:14 200:16 213:21

**nevertheless**(2) 111:23 126:19
**new**(22) 2:9 2:30 2:39 3:33 68:10 111:18 111:24 112:1 112:4 112:18 113:11 114:16 117:22 117:23 124:17 129:10 189:7 219:16 226:20 227:19 228:9 228:9

**newport**(1) 108:11
**news**(5) 10:13 13:6 107:17 108:11 115:11
**newsday**(1) 49:25
**newspaper**(4) 120:4 166:2 166:5 166:9
**newspapers**(1) 106:23
**newsprint**(2) 60:16 60:16

**next**(27) 16:21 28:9 28:17 32:22 33:25 36:3 39:1 45:6 47:1 51:20 52:5 60:14 60:14 60:15 92:24 103:3 103:9 123:25 124:20 131:7 132:2 134:10 184:6 193:17 212:6 214:2 224:11

**nice**(1) 53:16
**nicholas**(1) 8:6
**nick**(1) 7:20
**night**(6) 14:20 226:1 226:16 227:14 227:22 227:25

**nils**(1) 104:23
**nine**(5) 29:5 139:3 139:6 155:8 162:8
**nine-some-odd**(1) 218:10
**nine-some-odd-million**(1) 218:14
**ninety**(1) 195:19
**ninety-six**(1) 201:13
**non**(6) 12:7 20:8 38:11 180:11 204:4 219:23

**non-broadcasting**(1) 86:4
**non-cash**(1) 182:11
**non-cash-pension**(1) 124:8
**non-consolidated**(1) 29:14
**non-control**(2) 100:15 181:17
**non-controlled**(5) 203:13 203:24 215:17 216:1 221:3

**non-debtor**(1) 28:5
**non-guaranto**(3) 45:3 45:5 55:4
**non-internal-tribun**(1) 130:21
**non-internet**(1) 86:5
**non-party**(1) 9:40
**non-pension**(1) 124:12
**non-profit**(1) 107:23
**non-witness**(1) 12:8
**noncash**(3) 216:23 217:25 218:5
**noncash-pension**(3) 216:18 217:1 217:22
**none**(6) 68:15 87:19 88:7 134:25 152:18 155:13

**nonetheless**(7) 72:15 73:13 73:15 80:7 80:11 94:8 226:2

**nor**(1) 69:24
**normal**(6) 116:4 116:5 116:11 117:17 117:17 120:7

**normalize**(1) 215:12
**normalized**(1) 218:8
**normally**(2) 106:10 117:15
**norman**(1) 1:36
**north**(7) 2:15 2:21 4:21 4:47 131:14 141:17 163:14

**not**(197) 11:19 11:23 12:12 13:16 13:18 13:23 14:18 15:12 17:6 17:8 18:1 18:5 18:12 18:12 25:17 26:6 27:10 30:1 40:22 43:3 51:6 54:8 54:10 54:15 55:10 57:6 57:10 58:10 58:16 58:22 58:24 61:1 61:3 61:9 61:16 62:12 62:19 63:20 64:6 64:8 64:9 64:21 65:2 65:5 65:9 69:21 70:1 71:4 71:12 71:18 72:2 72:17 72:21 73:6 73:23 73:25 74:6 74:12 76:9 76:24 77:6 78:22 78:24 78:25 79:11 80:8 81:13 86:8 86:11 87:15 87:18 87:22 88:9 88:15 89:6 89:11 89:14 89:21 90:3 90:25 91:19 92:11 93:20 93:21 94:10 94:12 94:14 94:19 94:25 95:4 95:8 95:15 95:18 95:23 97:5 97:8 97:15 97:17 99:14 100:13 101:11 102:15 108:8 109:4 109:6 109:9 110:11 110:18 110:21 110:22 111:9 111:2 111:25 114:15 114:25 115:5 116:6 125:19 128:12 130:4 131:21 133:25 134:1 134:16 134:22 138:11 139:12 139:13 139:16 140:2 142:2 142:4 143:8 145:6 146:22 150:12 152:4 152:16 157:23 158:6 159:9 165:7 165:22 166:12 166:16 166:21 166:25 167:24 169:1 169:21 169:24 171:1 171:19 173:16 173:25 174:22 175:5 176:7 177:25 178:2 178:15 179:2 179:6 179:7 179:8 185:13 186:20 189:22 195:12 196:1 196:19 198:8 201:15 202:1 205:13 205:24 205:25 206:12 208:9 209:3 212:8 212:10 212:15 217:4 221:13 223:14 223:16 226:2 226:11 226:24 227:6 228:10 229:10 229:1 229:16

**note**(8) 38:25 41:16 93:13 104:1 187:20 189:9 205:2 206:24

**notebook**(1) 135:19
**noted**(3) 71:17 191:19 205:15
**noteholder**(22) 17:19 17:21 17:24 18:2 58:21 58:24 59:1 92:20 115:16 116:5 116:14 116:24 117:5 117:11 135:18 136:15 140:19 143:17 145:19 148:2 160:14 160:16
**noteholders**(17) 11:14 11:16 12:1 12:17 16:6 17:5 17:5 41:22 42:7 43:8 43:15 47:7 52:10 53:15 65:14 96:15 101:25
**notes**(6) 41:10 41:14 42:8 72:13 91:21 101:10
**nothing**(6) 68:8 102:18 135:9 158:15 210:13 224:20

**notice**(3) 125:20 226:3 227:23
**noticed**(2) 146:11 146:16
**notwithstanding**(4) 141:25 142:23 142:23 142:25

**november**(8) 23:15 119:19 138:22 146:24 146:25 147:8 148:11 149:3

**november/early**(1) 125:19

**now**(151) 28:20 29:2 30:7 33:23 35:13 36:12 38:2 41:4 41:25 43:18 48:16 49:15 54:22 54:24 56:18 57:1 57:12 59:5 59:18 60:3 60:22 61:5 62:1 63:1 63:10 63:20 64:11 65:25 66:12 67:3 67:9 69:4 69:8 70:3 70:9 70:16 73:7 76:10 78:8 79:16 80:23 80:24 82:17 85:13 86:20 87:12 88:19 89:22 90:4 91:13 93:7 94:11 96:9 97:6 100:4 100:7 101:1 101:5 103:4 104:24 105:4 105:25 106:14 109:18 110:14 111:13 112:23 113:15 114:6 115:13 118:3 118:23 119:16 119:17 120:12 121:8 121:25 122:11 123:1 123:20 123:25 124:12 124:20 126:4 126:21 127:16 128:4 129:20 130:6 130:10 131:7 133:1 133:9 133:19 134:9 134:17 135:4 141:25 142:22 143:11 145:12 145:17 146:6 147:11 148:1 149:6 149:17 152:19 153:3 154:12 155:16 156:4 157:8 157:14 157:24 159:14 165:9 165:15 167:10 169:15 180:3 181:25 185:11 186:5 187:1 192:7 193:6 195:22 195:23 196:21 197:16 200:11 201:14 202:11 206:18 207:5 207:10 209:12 210:20 211:8 213:18 214:21 215:16 216:7 218:15 219:6 222:15 224:1 225:7 226:23 229:19

**npo**(1) 152:20
**npp**(8) 151:8 156:4 156:18 161:11 161:12 185:23 186:3 232:23

**number**(60) 13:24 22:10 23:18 23:20 29:25 30:5 30:18 41:6 42:6 42:18 42:20 42:22 45:1 49:11 50:12 50:15 52:19 55:6 55:10 55:11 57:3 69:1 69:6 72:2 72:5 74:1 74:2 74:8 74:23 76:18 83:4 83:8 83:15 90:22 91:10 106:22 107:22 123:1 140:19 144:7 153:18 156:5 168:12 184:7 185:13 187:8 195:6 195:25 203:12 204:21 204:24 204:25 216:21 220:2 220:12 221:20 221:25 222:13 222:13

**numbers**(36) 67:3 68:15 83:16 87:9 121:9 122:17 123:25 143:13 145:14 147:19 147:22 147:24 147:24 148:3 148:6 149:14 149:15 153:9 185:10 185:11 186:9 186:20 189:22 196:2 196:9 197:2 206:12 206:15 206:16 206:18 207:3 207:6 219:16 221:23 228:6 228:9

**numeric**(1) 42:25
**numerous**(4) 25:2 44:15 44:17 164:21
**oakland**(3) 85:7 85:9 108:8
**oaktree**(3) 8:19 8:20 138:15
**object**(2) 165:8 174:13
**objected**(1) 42:7
**objecting**(1) 104:5
**objection**(23) 22:22 22:23 23:9 24:15 24:16 24:17 34:7 34:8 34:10 44:3 44:4 44:5 116:17 118:8 153:20 153:25 155:21 165:6 174:6 179:11 185:24 185:25 186:1

**obligations**(9) 56:19 56:20 56:20 60:25 61:14 61:18 62:15 63:4 63:14

**observations**(1) 38:19
**obtained**(3) 44:10 44:12 44:14
**obvious**(3) 114:21 227:3 228:17
**obviously**(11) 15:17 16:14 18:21 193:2 197:16 202:4 208:4 208:14 220:23 221:13 223:24

**occasion**(1) 133:10
**occasions**(1) 138:18
**occur**(2) 17:9 72:24
**occurred**(7) 37:14 46:9 72:14 201:23 213:4 213:9 213:9

**occurring**(1) 30:4

**Word** — **Page:Line**

october(12) 68:18 120:1 120:13 120:16 146:24 187:13 187:14 187:16 187:20 219:11 219:15 220:19

october/novembe(2) 139:15 144:21

off(20) 26:3 35:2 37:5 49:24 71:10 85:18 91:4 94:3 107:16 119:13 127:3 129:12 129:14 139:13 148:19 152:2 159:25 168:1 210:13 218:24

offer(7) 53:1 63:20 82:6 114:16 159:13 165:4 185:22

offered(2) 22:25 54:20
offering(3) 64:6 73:23 82:12
offers(1) 116:6
office(1) 3:4
officer(5) 21:11 21:12 105:9 105:12 133:7
official(2) 3:17 5:11
offset(2) 100:17 110:8
offsets(2) 47:8 134:6
offsetting(2) 49:8 52:11
offshoots(1) 113:11
often(1) 110:18
oftentimes(2) 106:10 112:17
okay(264) 11:20 15:18 16:18 16:22 19:4 19:24 24:7 34:2 49:18 54:19 54:22 54:24 55:8 55:13 55:17 55:23 56:18 57:7 57:12 57:16 57:21 58:21 59:1 59:5 63:12 63:18 64:6 64:10 65:7 65:25 66:24 67:3 67:9 69:4 69:7 69:8 69:9 69:18 70:9 70:14 71:21 72:2 72:11 73:11 74:7 75:3 75:6 75:7 75:14 76:8 77:4 78:5 78:8 79:2 79:21 80:14 80:20 80:23 81:7 81:15 82:6 82:12 82:16 83:21 83:25 84:3 84:6 84:20 84:25 85:3 86:20 87:6 87:12 87:19 88:24 88:25 89:7 89:12 89:15 89:22 90:4 91:13 92:6 93:1 93:7 93:12 94:8 94:11 94:15 95:12 95:19 96:9 97:20 107:24 111:13 117:2 124:20 128:20 128:21 129:20 130:2 131:12 131:23 136:6 136:9 136:12 136:14 136:18 136:23 136:25 137:3 137:8 137:11 137:15 137:19 137:22 137:25 138:2 138:7 138:10 138:12 138:12 138:15 138:18 138:20 138:20 138:25 139:3 139:11 139:1 139:18 139:25 140:8 140:16 140:23 141:1 141:5 141:12 141:14 142:4 142:7 142:11 142:16 142:20 142:23 143:7 143:20 143:2 144:1 144:4 144:7 144:11 144:22 144:25 145:8 145:12 145:17 145:24 146:3 146:6 146:17 146:18 146:18 146:21 146:25 147:11 147:16 147:19 147:22 148:1 148:2 149:2 149:6 149:14 149:17 149:22 150:2 150:14 152:19 159:1 159:4 161:22 162:11 162:22 162:24 163:10 163:15 163:19 164:18 164:22 165:2 165:16 167:19 168:7 174:25 175:5 175:18 176:5 176:10 176:24 177:6 177:13 177:14 179:15 179:24 180:3 181:25 182:23 183:16 184:4 184:6 184:16 184:25 185:17 188:9 188:17 188:19 189:2 190:16 191:12 192:7 193:12 193:17 194:7 194:20 195:22 196:21 197:5 197:16 198:6 198:13 198:24 199:1 200:11 201:2 201:14 202:11 203:13 204:14 205:7 206:2 206:23 207:10 211:8 211:19 213:25 214:2 215:16 216:1 216:7 216:10 218:19 219:6 220:3 220:16 222:15 223:1 224:1 224:17 224:20 229:4 229:5 229:22

old(1) 121:20
olinsky(1) 9:5
once(5) 12:20 30:14 142:18 175:8 225:8

one(101) 1:30 2:14 2:38 12:15 15:23 17:3 38:24 39:20 42:18 45:15 45:15 49:5 57:7 57:17 58:14 59:6 61:9 64:4 65:6 71:3 73:24 74:25 75:1 77:14 80:24 85:19 86:6 88:17 98:8 100:18 100:20 108:18 109:6 109:25 111:7 111:7 114:21 116:21 120:14 125:2 125:24 126:12 127:22 127:24 128:1 128:9 130:17 130:20 133:9 134:4 135:19 142:8 148:17 148:17 149:22 149:24 150:1 158:18 170:10 170:23 177:18 183:5 183:18 186:6 186:6 195:6 196:9 196:13 197:9 200:19 200:19 201:1 202:21 204:21 205:17 205:20 206:1 206:13 206:14 207:1 207:19 209:6 209:16 209:17 209:18 210:15 210:20 210:21 212:13 212:25 214:12 214:18 214:19 215:2 215:14 222:2 223:5 225:3 225:15 226:19 229:9

one-page(1) 122:21

ones(6) 14:25 15:5 15:16 71:18 71:19 110:19

ongoing(2) 27:18 101:3
online(5) 110:7 112:9 126:14 126:18 134:5
only(31) 18:21 18:21 43:7 48:11 53:20 62:19 74:2 95:19 110:9 114:22 115:6 121:19 126:18 133:25 137:14 152:4 152:1 152:13 163:24 170:11 173:19 182:11 203:7 207:25 209:20 210:13 213:19 214:1 217:4 217:13 227:23

onward(1) 192:24
open(2) 96:25 121:2
operate(1) 106:11
operates(1) 54:9
operating(29) 23:20 45:17 45:25 46:7 60:9 116:4 119:17 119:20 119:23 119:25 124:20 121:10 122:2 122:9 122:11 122:24 123:1 123:3 123:9 125:9 125:12 139:19 123:25 140:24 141:2 146:8 147:13 156:7 220:25

operation(5) 50:2 60:7 110:3 120:2 146:8
operations(3) 26:3 105:11 106:20
operative(1) 50:10
iopine(1) 175:1 176:7
iopined(1) 175:3
iopining(1) 94:18
opinion(8) 73:23 81:8 82:6 82:8 82:10 82:13 166:13 174:25

opinions(7) 63:20 164:6 164:15 164:16 168:11 168:19 173:22

opportunities(1) 113:10
opposed(10) 39:10 76:1 102:5 112:8 112:18 132:15 148:14 148:17 195:24 206:8

opposite(3) 31:6 62:5 203:1
optimism(1) 125:25
optimistic(1) 148:12
orange(7) 180:18 181:5 186:7 186:18 186:24 187:1 224:9

order(20) 13:9 14:17 27:12 28:6 35:2 35:5 35:34 52:20 67:24 77:1 96:2 96:4 97:9 111:10 126:12 139:22 140:1 217:9 222:22 225:13

organically(2) 112:19 134:23
organization(7) 105:14 105:15 105:15 105:22 120:5 120:8 132:24

organizations(2) 20:9 120:19
original(3) 182:4 183:14 184:17
origination(2) 161:20 162:18
orlando(3) 85:9 85:10 108:8

other(115) 15:1 15:2 17:8 17:19 18:16 20:8 28:1 31:7 32:19 36:10 36:24 37:19 40:8 40:15 40:21 42:2 42:9 42:11 42:14 42:17 43:2 43:15 45:4 45:4 47:6 47:7 48:13 49:4 49:4 49:8 50:16 51:15 52:10 56:23 57:18 59:18 61:3 61:9 61:23 61:25 64:5 68:7 73:10 76:11 78:18 79:13 80:14 83:17 84:11 88:20 90:1 91:17 91:22 92:3 92:11 92:22 95:18 96:15 98:1 100:2 100:2 101:19 101:21 102:11 104:19 104:21 105:13 108:3 108:4 110:1 110:8 110:10 110:21 111:19 113:10 118:1 130:21 138:7 138:12 144:18 150:25 152:13 152:14 153:23 154:2 174:1 177:4 180:10 181:15 181:16 181:18 182:4 183:10 184:12 186:21 189:18 192:18 192:20 202:21 204:1 204:10 205:2 206:24 208:6 208:24 208:25 212:19 222:16 222:19 224:13 225:25

others(6) 66:4 104:20 114:12 119:6 119:14 135:20

otherwise(4) 39:7 67:4 110:20 211:18
ought(1) 226:9

our(83) 11:13 12:12 14:5 14:16 16:2 16:21 16:21 35:7 68:11 103:3 103:9 103:10 105:12 110:22 113:8 114:1 114:2 115:8 116:11 124:15 128:14 128:15 129:3 129:5 129:10 130:2 130:22 130:22 131:4 131:16 131:17 133:25 159:8 159:24 159:2 160:5 160:16 162:19 163:24 164:4 170:6 170:16 170:17 171:9 171:21 172:10 172:1 172:20 175:15 175:16 176:15 176:20 185:5 185:12 185:14 187:6 188:4 190:2 191:9 191:10 191:14 194:9 203:1 205:16 206:25 207:5 207:6 207:8 209:4 209:7 209:11 210:10 210:16 212:13 216:14 216:15 217:11 218:6 219:14 219:14 225:2 225:24 227:17

ours(1) 117:13
ourselves(1) 202:2
out(72) 14:8 17:10 20:24 24:24 25:22 32:5 32:8 36:7 43:6 43:8 46:2 53:20 58:5 72:23 74:13 74:14 75:3 88:13 94:12 104:6 106:8 109:21 109:22 110:25 111:4 113:8 113:16 113:20 114:9 115:10 116:2 125:9 128:16 129:9 134:5 134:17 135:4 142:13 142:18 144:20 145:22 157:25 158:11 158:11 158:13 164:23 164:25 165:23 166:21 174:22 179:12 189:12 190:18 191:17 192:25 196:14 196:16 198:3 199:1 204:19 208:16 217:18 218:6 218:12 218:16 226:1 226:4 226:19 226:22 228:23 229:2

out-years(2) 132:18 132:19
outcome(2) 88:17 179:25
outgrowth(1) 58:2
outlier(1) 85:25
outlined(1) 50:13
outperforming(1) 207:2
outperforms(1) 208:14
output(5) 39:24 39:25 39:25 51:10 191:8
outputs(1) 197:23
outside(2) 157:18 187:6
outstanding(1) 92:10
over(43) 11:25 12:16 12:19 22:6 52:5 68:9 84:14 88:10 99:5 101:5 101:7 101:15 105:21 105:22 105:23 105:24 115:10 119:6 121:13 128:3 129:14 134:10 141:11 153:3 154:9 155:11 155:15 158:23 159:2 164:19 165:1 173:15 175:19 175:20 176:1 190:25 193:21 196:10 212:5 221:14 223:7 227:22

over-viewing(1) 120:19

overall(12) 109:13 184:16 198:13 198:16 198:18 202:23 205:1 210:17 213:11 216:1 216:3 223:20

overrule(2) 153:24 179:10
overruled(1) 118:13
oversee(1) 106:20
overseeing(1) 105:19
overtake(1) 114:5
overview(5) 107:25 120:20 180:6 188:22 200:13

owing(2) 63:4 63:14
own(13) 82:3 95:16 98:19 133:25 180:11 190:2 208:7 210:10 210:16 212:23 212:25 213:2 213:3
()
owned(9) 36:20 37:16 37:17 87:25 98:12 107:13 107:14 180:10 212:23
ownership(4) 113:8 117:4 117:8 117:11
owns(1) 212:24
o'melveny(1) 6:4
p.a(1) 1:35

p.m(5) 103:7 103:7 224:25 225:19 230:3
pace(1) 94:7
package(5) 216:16 216:17 216:20 216:22 217:8

page(120) 24:11 28:10 28:17 28:20 28:21 29:1 30:24 31:9 32:12 32:23 34:1 36:12 36:13 43:23 61:19 69:4 69:9 70:16 74:19 75:4 81:12 81:17 83:2 83:23 84:4 92:24 121:8 121:13 121:25 122:16 122:20 123:25 123:25 124:20 126:4 127:16 128:18 128:22 129:20 130:10 130:15 131:7 140:21 144:4 146:18 146:19 147:11 148:1 149:10 149:12 150:2 150:3 152:19 152:22 156:1 156:5 156:5 156:19 157:16 161:13 161:23 163:19 163:23 168:7 169:15 170:9 170:25 171:15 180:4 180:13 180:15 181:23 182:2 184:25 185:2 186:7 186:7 187:3 187:4 188:10 188:20 189:23 190:21 191:12 192:2 192:8 192:10 192:12 193:17 193:19 194:20 194:23 194:24 194:25 196:21 196:23 199:2 199:21 199:23 201:2 201:8 203:14 204:14 204:20 205:9 206:5 211:19 214:2 214:23 215:16 215:17 216:9 218:19 219:7 220:3 221:21 222:17 223:5 224:2 227:3

pages(3) 28:11 91:15 121:18
paid(12) 24:24 25:22 27:22 31:15 32:5 63:4 63:5 63:13 63:15 72:15 72:23 221:2
paper(2) 108:10 199:21
papers(2) 226:20 227:20
paperwork(1) 46:5
paragraph(1) 225:13
paraphrase(1) 191:21
pardon(1) 201:9
parent(103) 19:13 23:6 28:8 28:16 28:23 31:8 32:20 33:23 34:17 34:24 35:6 36:1 36:6 36:8 36:18 36:20 36:23 36:24 37:24 37:25 38:8 38:13 38:15 38:17 38:18 38:20 38:21 38:21 40:2 40:6 40:8 41:5 42:9 42:12 42:14 43:2 43:5 45:2 45:4 45:42 45:9 45:10 45:18 45:19 46:1 46:2 46:10 46:11 46:12 47:7 47:10 47:20 47:21 48:1 48:7 48:19 49:1 49:1 49:13 51:1 51:14 52:3 52:10 53:3 55:9 55:11 55:15 55:21 55:23 56:2 56:4 56:12 56:13 56:14 56:16 56:20 56:21 59:20 60:5 60:11 60:11 64:3 64:25 66:15 66:19 76:12 77:11 78:19 78:21 79:13 79:19 80:14 91:22 92:22 98:18 99:2 99:16 101:19 101:21 207:1 208:1 208:2 232:20

parent's(1) 46:3
parenthetical(1) 92:6

| Word | Page:Line |
| --- | --- |

**park**(2) 2:38  5:12  9:14
**parke**(1) 3:25
**part**(29) 14:19  31:13  32:15  37:24  40:22
50:22  51:12  52:24  58:4  62:9  67:10  79:17
90:19  90:21  100:9  105:11  111:1  118:22
126:4  130:9  142:1  167:5  176:3  183:23
184:11  201:24  206:25  209:11  216:25

**partially**(1) 100:17
**participate**(1) 113:11
**participated**(3) 120:15  171:4  171:6
**particular**(13) 29:7  60:17  74:18  95:10
126:10  127:19  171:20  171:25  176:6  176:1
186:7  191:16  203:17

**particularly**(6) 27:21  34:22  44:16  164:9
164:15  178:14

**parties**(28) 14:5  16:12  18:6  18:14  18:24
32:6  32:8  34:19  35:25  36:11  39:6  39:22
40:22  41:1  42:4  42:6  47:6  48:13  50:15
51:2  58:9  60:3  96:15  101:22  116:9  159:1
162:8  225:14

**partly**(2) 124:18  132:17
**partner**(3) 8:16  112:20  117:13
**partnering**(1) 134:25
**partners**(10) 8:32  8:32  9:35  10:5  110:19
110:21  113:7  117:18  134:24  213:1

**partnerships**(3) 112:18  112:20  116:10
**parts**(2) 180:8  219:22
**party**(6) 9:35  38:17  78:21  91:22  157:20
209:8

**pass**(1) 19:19
**passage**(1) 93:10
**passing**(1) 137:14
**past**(4) 120:24  134:23  158:11  223:4
**path**(2) 116:3  117:15
**pattern**(1) 56:7
**paul**(2) 2:28  7:4
**pause**(1) 150:21
**pay**(3) 38:17  60:15  60:15
**payable**(9) 44:21  45:2  45:19  51:14  55:4
55:8  55:24  56:1  60:11

**payables**(11) 46:23  47:12  47:14  47:19
47:20  47:25  48:6  48:19  49:1  49:4  49:5

**paying**(3) 37:5  197:7  197:8
**payment**(3) 46:5  72:24  72:25
**payouts**(1) 31:7
**payroll**(1) 60:15
**peer**(5) 178:13  189:11  192:13  192:13  193:
**peers**(3) 128:15  191:24  193:8
**peg**(1) 10:14
**pennock**(1) 7:11
**pennsylvania**(1) 1:45
**pension**(13) 25:12  32:15  124:17  181:19
181:21  182:11  216:8  216:13  216:24  217:1
217:14  217:24  218:22

**people**(8) 34:20  91:5  111:24  114:18
176:10  176:12  176:17  222:11

**per**(6) 44:24  45:13  46:23  48:8  112:21
**perceive**(1) 119:10

**percent**(75) 29:21  30:15  32:21  50:20
50:21  50:22  57:22  57:25  58:17  58:17
88:22  89:9  90:7  90:8  90:15  90:24  91:10
116:7  123:17  123:18  123:19  125:22  125:2
125:24  129:8  129:8  129:9  129:12  129:12
129:19  129:19  130:18  130:20  131:4  131:1
131:14  131:18  140:1  141:7  141:10  141:2
141:22  153:14  155:8  156:3  156:11  156:25
157:1  157:16  181:13  181:13  184:23  184:2
187:21  191:4  193:23  193:25  195:17
195:18  195:19  195:20  195:24  196:1  197:1
197:18  200:19  200:20  202:13  202:13
208:12  208:14  212:25  212:25  222:23
223:18

**percentage**(13) 47:16  127:4  153:4  153:11
154:5  156:9  156:13  184:21  197:1  198:4
203:9  208:16  212:24

**percentages**(2) 153:5  153:7
**perform**(10) 28:3  54:11  86:3  98:20  98:20
99:19  178:23  198:11  212:8  212:8

**performance**(26) 104:3  108:13  114:14
114:20  121:11  122:22  126:24  127:7  127:9
128:4  128:13  129:16  133:17  133:25  138:2
139:4  139:6  141:9  141:25  142:16  149:23
150:6  158:1  190:18  206:10  208:7

**performed**(10) 22:15  67:14  163:6  164:19
175:19  190:1  191:24  195:21  201:21  202:2

**performing**(2) 24:25  106:4
**performs**(2) 208:19  208:22
**perhaps**(7) 63:19  75:18  111:22  113:10
116:6  117:19  125:25  134:3  134:23  149:20
167:13  168:6  170:12  171:21  194:4  194:14
206:8

**period**(9) 30:6  72:23  84:15  90:12  91:8
157:21  193:22  194:3  197:12

**pernick**(1) 1:36
**person**(4) 106:10  137:4  151:14  198:3
**personal**(1) 151:18
**personally**(3) 173:12  173:14  216:7
**personnel**(3) 25:1  176:1  177:4
**perspective**(5) 115:23  116:13  118:23  148:9
164:11

**pertaining**(1) 18:4
**peter**(3) 8:13  9:23  10:6
**petition**(17) 37:20  37:22  41:11  44:11
44:13  44:22  44:25  71:8  71:12  71:14  71:15
71:18  75:21  75:23  75:24  92:8  92:10

**phase**(1) 103:10
**phelps**(1) 9:40
**philip**(1) 2:37
**philosophically**(1) 200:23
**philosophy**(4) 199:19  199:20  202:16  211:1
**phone**(4) 87:7  136:8  152:5  152:6
**phones**(55) 41:5  41:8  41:14  41:19  41:24
42:1  42:7  42:8  42:10  71:22  71:24  72:12
72:12  72:21  72:21  73:3  73:4  73:7  73:8
73:10  73:19  74:9  75:9  75:12  75:16  75:20
75:23  76:1  76:11  76:14  76:20  76:24  77:22
78:1  78:9  78:18  78:22  78:24  79:11  79:14
79:17  79:21  80:8  80:13  83:8  91:17  91:20
91:25  92:16  100:23  100:24  101:4  101:6
101:13  101:16

**phrase**(2) 79:18  80:2
**pick**(1) 160:1
**picked**(4) 178:7  178:10  187:14  188:1
**pickering**(1) 5:37
**picking**(2) 177:25  178:5
**piece**(4) 107:16  183:21  184:2  208:9
**piecemeal**(2) 26:4  84:14
**pieces**(6) 14:22  14:23  16:6  17:2  17:3  180:
**piper**(1) 2:48

**pitch**(1) 164:13
**place**(10) 15:10  91:2  95:12  99:20  103:14
115:1  136:8  136:12  160:21  200:4

**placed**(2) 49:23  185:18
**placement**(1) 162:19
**placing**(1) 30:4
**plan**(115) 11:12  11:15  12:21  17:15  17:19
17:21  17:24  17:24  18:2  18:2  18:11
27:12  27:15  33:5  33:10  33:20  33:21  36:2
39:8  39:9  42:20  52:24  57:1  57:8  57:9
57:12  58:7  58:10  58:22  58:24  62:10  67:10
67:13  67:16  67:24  68:2  68:7  68:9  68:10
68:12  68:19  69:11  80:1  82:9  96:3  96:4
96:8  96:13  96:19  96:20  115:16  115:16
115:23  115:24  116:1  116:6  116:14  116:24
117:5  117:11  117:15  118:3  118:10  118:12
120:9  120:17  122:2  122:9  122:11  122:21
123:5  123:15  123:18  123:21  123:22  124:2
125:1  125:2  125:2  125:9  130:6  130:6
130:22  131:4  131:16  131:17  132:10  132:1
134:8  135:3  135:18  136:15  139:1  139:15
139:19  139:22  139:25  141:5  141:10  141:2
147:19  156:7  156:13  156:14  156:17  157:9
160:14  160:16

**planned**(2) 12:20  58:6
**plans**(8) 18:22  56:9  58:14  81:5  115:13
115:19  119:17  133:8

**plant**(3) 29:11  109:25  111:7
**plants**(2) 109:23  109:24
**plan**(1) 124:22
**play**(5) 12:20  16:2  16:3  192:15  192:16
**played**(3) 12:23  15:13  151:24
**plays**(2) 134:12  204:19
**plaza**(3) 2:22  3:32  4:20
**please**(44) 11:2  20:16  23:12  53:8  103:13
103:16  103:16  103:17  136:4  140:21  145:2
160:20  160:23  160:25  161:22  162:2
162:14  163:11  163:19  163:22  180:5  182:2
184:9  185:3  185:17  187:3  188:20  188:21
190:19  192:10  193:17  193:18  194:7  194:2
199:2  200:13  209:13  211:10  211:20  214:5
218:19  220:3  223:1  224:4

**plethora**(1) 111:24
**plus**(3) 72:20  92:9  92:10
**point**(32) 9:46  9:46  17:5  47:13  68:4  71:16
95:20  95:22  97:4  104:5  107:25  121:22
129:12  139:3  144:13  148:22  152:8  165:3
173:13  183:19  185:15  185:22  191:11
191:13  194:13  194:15  207:23  209:18
209:20  215:9  226:4  226:19

**points**(8) 44:13  67:23  68:21  98:5  196:5
210:25  212:20  227:19

**policy**(1) 30:22
**political**(2) 131:21  148:19
**polk**(3) 2:4  8:12  226:5
**pools**(1) 210:11
**population**(1) 52:6
**portfolio**(3) 181:21  208:25  215:24
**portion**(12) 39:9  42:13  42:16  60:6  74:10
79:15  198:22  206:9  206:10  206:22  215:5
224:7

**portions**(2) 76:21  79:9
**portray**(1) 126:10
**position**(7) 20:3  26:13  104:15  104:17
106:19  159:10  227:17

**positive**(3) 148:17  154:16  154:24
**positively**(1) 221:5
**possession**(1) 37:3
**possible**(1) 85:24
**post-petition**(3) 63:3  63:12  63:17

**potential**(10) 27:7  61:9  66:1  94:20  110:21
117:13  117:18  117:24  158:8  207:22

**potter**(1) 4:17
**ppearances**(4) 1:23  2:1  4:1  5:1
**pperances**(1) 3:1
**practical**(1) 96:1
**practice**(4) 45:21  167:5  188:4  188:6
**practitioners**(1) 196:4
**precedent**(23) 192:20  196:12  200:20
201:14  205:12  207:19  207:20  209:12
209:15  209:17  209:19  210:4  210:12  210:18
211:16  212:10  212:20  213:10  214:20
215:1  215:13  223:10  223:16

**precedent-bid**(1) 223:16
**precedent-transaction**(3) 207:17  214:10
223:14

**precedential**(1) 18:5
**precise**(1) 23:2
**precision**(2) 89:24  156:16
**preclusive**(1) 18:19
**predicated**(1) 64:3
**prefer**(1) 115:23
**preferential**(2) 61:8  61:11
**prejudice**(1) 15:6
**preliminary**(13) 11:10  12:16  124:22
124:25  125:2  125:2  125:5  143:14  144:20
146:8  146:8  147:12  156:6

**premised**(3) 57:13  58:22  58:25
**premium**(4) 197:24  197:25  201:25  202:2
**preparation**(2) 21:22  23:19
**prepare**(12) 23:24  35:4  54:13  65:9  65:12
65:19  68:18  70:9  90:23  133:6  133:6
170:13

**prepared**(19) 31:25  68:13  73:1  79:6  80:12
81:22  82:4  86:14  87:13  94:11  132:8
132:12  132:14  132:17  132:18  132:19  149:3
149:18  180:8

**preparing**(8) 21:21  23:16  23:22  25:3
25:14  68:20  133:4  166:13

**present**(7) 12:18  15:8  52:16  54:25  84:10
159:24  228:5

**presentation**(7) 16:4  121:6  122:8  126:5
159:9  211:20  222:17

**presented**(3) 14:21  52:18  120:10
**presenting**(1) 146:4
**presents**(1) 119:19
**pressures**(1) 91:6
**pretty**(7) 106:5  109:21  110:20  179:5  212:2
212:7  216:21

**prevent**(1) 111:1
**prevents**(1) 118:4
**previous**(11) 127:3  127:7  181:20  194:25
199:11  199:12  206:5  211:24  214:8  218:1
222:5

**price**(1) 180:25
**prices**(4) 187:15  189:14  200:5  201:11
**pricewaterhousecoopers**(3) 163:2  163:2
163:4

**primarily**(4) 38:11  108:18  109:16  139:14
**primary**(4) 40:12  50:13  81:25  162:5
**primof**(1) 10:32
**principal**(2) 92:9  223:2
**principally**(6) 163:25  164:9  164:17  175:14
214:15  222:19

**print**(3) 109:17  110:4  134:7
**printing**(3) 109:23  109:24  109:25  111:7

| Word | Page:Line |
|---|---|
| prior(22) | 35:20 35:22 39:6 44:13 47:1 47:2 48:17 53:23 54:1 54:2 54:5 54:6 54:12 54:19 72:24 101:13 107:1 107:7 120:13 133:5 133:6 185:8 |
| priorities(5) | 25:21 32:4 39:16 77:12 78:15 |
| priority(1) | 31:16 |
| private(2) | 162:18 215:4 |
| pro-rata(1) | 38:14 |
| probably(11) | 13:10 15:20 38:24 81:14 164:25 196:4 199:19 206:9 213:6 213:9 216:22 |
| problems(3) | 106:12 108:16 116:22 |
| procedural(2) | 75:3 116:2 |
| proceed(14) | 11:11 16:7 16:14 18:10 23:10 27:12 53:10 57:9 104:7 135:25 160:15 179:14 225:2 226:12 |
| proceeding(6) | 17:7 17:8 18:8 18:20 107:5 133:19 |
| proceedings(5) | 1:18 1:49 180:1 230:3 |
| proceeds(7) | 25:23 27:5 31:22 31:24 32:2 32:6 66:21 |
| process(11) | 12:19 73:1 83:20 90:11 119:23 120:12 120:23 143:24 144:2 145:7 223:13 |
| processing(2) | 46:3 46:7 |
| produced(1) | 1:50 |
| product(2) | 162:17 175:24 |
| prof(1) | 8:36 |
| professional(12) | 20:6 20:10 20:15 20:16 27:18 30:11 30:13 91:18 91:19 163:15 221:17 221:18 |
| professionals(3) | 92:5 98:19 162:22 |
| professions(1) | 221:19 |
| professor(2) | 225:25 227:24 |
| proffered(2) | 87:20 174:5 |
| profits(2) | 90:7 90:13 |
| project(2) | 176:11 176:12 |
| projected(5) | 123:3 125:12 154:9 155:25 227:7 |
| projecting(2) | 192:24 194:12 |
| projection(11) | 130:22 131:1 133:10 150:15 153:9 153:19 154:6 154:6 154:18 193:22 196:18 |
| projections(20) | 119:17 131:6 131:24 157:15 157:17 190:4 190:5 191:14 191:18 191:19 191:22 192:21 193:7 193:10 193:1 193:14 193:21 193:4 198:11 220:21 |
| projections"(2) | 130:12 131:9 |
| projects(1) | 23:21 |
| prologged(1) | 158:11 |
| prominent(1) | 21:4 |
| promise(1) | 128:17 |
| pronounced(1) | 111:22 |
| proper(2) | 63:21 190:12 |
| properly(8) | 28:6 56:18 61:18 182:15 183:9 183:21 184:2 218:9 |
| properties(3) | 98:21 108:4 129:6 |
| property(3) | 29:11 70:25 98:18 |
| proponent(2) | 135:18 136:15 |
| proponents(7) | 11:12 11:15 12:21 17:15 17:19 160:14 160:16 |
| proposal(3) | 14:5 58:22 59:2 |
| proposed(5) | 17:21 17:25 18:4 225:16 225:23 |
| prosecuting(1) | 96:24 |
| prospective(1) | 114:16 |
| prospects(1) | 134:14 |
| prove(2) | 96:3 96:5 |
| proverbial(1) | 117:12 |
| provide(14) | 14:12 30:1 34:17 64:24 65:2 89:7 96:5 107:24 115:19 177:5 179:23 188:2 188:22 201:2 |
| provided(22) | 35:12 66:22 67:12 67:15 67:23 69:14 69:23 86:20 86:22 86:24 87:1 95:8 99:11 119:18 166:5 166:9 184:12 216:16 220:19 227:11 227:14 |
| provides(4) | 33:4 38:15 81:8 225:13 |
| providing(5) | 20:7 36:24 96:17 99:22 |
| provision(8) | 76:23 77:1 77:3 77:9 118:4 118:6 118:19 118:25 |
| proxy(7) | 183:2 183:5 207:3 207:5 220:1 221:23 222:10 |
| public(5) | 20:14 162:4 183:19 207:1 208:13 |
| publications(1) | 108:7 |
| publicly(1) | 107:23 |
| publisher(2) | 106:18 120:4 |
| publishing(73) | 26:7 26:15 26:16 26:19 26:22 26:23 53:24 99:8 102:2 102:5 102:11 105:16 105:19 105:20 108:2 108:5 108:6 108:13 108:14 108:15 108:22 109:1 110:7 111:23 112:14 112:15 120:4 120:19 123:12 123:17 123:24 124:9 124:1 125:21 125:22 126:13 127:24 127:25 129:23 130:11 133:20 134:11 134:15 144:13 148:22 154:16 155:11 156:9 157:18 157:21 158:23 165:23 166:13 166:17 174:23 178:8 178:14 180:10 181:7 188:20 188:23 192:17 192:18 192:21 198:13 198:16 203:2 203:2 217:13 224:12 |
| purchase(2) | 209:19 215:4 |
| purchased(1) | 60:16 |
| purchasing(1) | 197:6 |
| pure(9) | 33:8 90:19 178:9 178:15 180:24 192:15 192:16 196:14 199:15 |
| purely(1) | 167:11 |
| purpose(5) | 34:14 34:16 39:3 96:2 219:19 |
| purposes(9) | 17:18 45:1 45:22 75:25 83:6 97:16 187:10 214:1 222:24 |
| pursuing(1) | 118:4 |
| push(1) | 65:25 |
| put(28) | 13:24 16:13 16:22 18:25 19:16 28:10 72:15 72:17 72:21 72:22 72:22 80:24 113:25 137:4 140:21 148:13 148:16 151:15 166:24 168:8 192:22 193:9 195:3 198:4 214:1 222:21 226:19 227:8 |
| puts(1) | 72:17 |
| putting(5) | 72:13 109:12 112:8 |
| qualifications(2) | 163:16 174:8 |
| qualified(3) | 77:7 165:4 169:8 |
| qualitatively(1) | 142:20 |
| quality(1) | 202:20 |
| quantify(2) | 90:23 222:12 |
| quantitating(1) | 199:24 |
| quantitative(3) | 189:11 199:13 200:2 |
| quantitatively(2) | 193:11 201:11 |
| quantum(1) | 204:16 |
| quarter(6) | 65:23 93:24 139:11 139:12 139:18 140:23 |
| question(4) | 12:7 12:10 15:3 63:6 67:20 76:6 96:25 99:9 108:21 108:21 108:25 116:23 165:9 167:15 167:17 168:3 |
| questionable(1) | 174:13 |
| questioning(1) | 165:9 |
| questions(13) | 102:23 119:16 149:11 157:8 158:18 165:13 174:15 176:21 177:19 181:9 186:15 191:23 228:21 |
| quick(5) | 97:8 97:15 140:7 |
| quickly(6) | 85:24 110:22 118:1 134:20 135:1 186:6 |
| quite(5) | 62:12 112:9 130:4 218:12 225:13 |
| qureshi(28) | 160:11 160:12 160:19 161:4 161:7 161:9 161:16 165:3 174:14 174:15 174:18 174:20 177:14 179:14 179:15 179:17 185:22 186:2 186:4 224:23 225:3 225:6 227:18 228:15 229:3 229:9 229:13 230:2 |
| radically(1) | 226:17 |
| raise(5) | 103:13 110:7 160:20 225:3 225:7 |
| raised(2) | 17:5 22:19 |
| rajinder(4) | 160:7 160:22 161:2 232:5 |
| ran(2) | 39:23 107:15 |
| range(26) | 32:13 33:6 48:15 50:20 88:25 89:2 89:3 89:5 129:17 178:19 178:20 189:10 189:13 189:15 196:20 199:13 199:14 201:12 202:6 202:6 205:2 210:6 210:7 210:9 210:16 218:24 |
| ranges(3) | 178:17 202:3 210:10 |
| rate(12) | 30:12 74:11 75:10 91:15 154:8 154:21 154:22 155:25 156:10 156:24 157:15 157:17 |
| rates(2) | 154:13 154:15 |
| rath(3) | 3:18 3:20 5:33 |
| rather(3) | 37:25 99:3 225:7 |
| rationale(4) | 197:25 200:22 202:20 208:1 |
| raymond(23) | 83:6 161:18 162:1 162:3 162:15 162:25 163:24 163:25 166:16 167: 168:15 168:17 168:18 168:19 176:10 176:13 176:17 176:25 177:7 179:24 180:1 188:6 209:23 |
| re-performed(1) | 190:6 |
| reach(7) | 12:2 26:14 35:24 36:10 37:6 47:22 50:24 |
| reached(5) | 12:1 20:25 58:19 98:21 190:10 |
| reaching(2) | 36:8 46:25 |
| reaction(1) | 133:23 |
| read(17) | 17:11 67:19 126:23 209:24 |
| reading(2) | 125:15 171:3 |
| reads(2) | 75:8 151:14 |
| ready(15) | 16:8 160:15 160:18 |
| real(12) | 25:8 25:10 29:12 36:19 37:12 37:13 70:17 98:9 98:11 98:19 171:9 171:10 |
| reality(4) | 46:6 116:7 126:1 211:2 |
| reallocated(1) | 223:18 |
| really(35) | 12:8 15:1 42:23 48:14 49:21 50:13 61:20 64:2 83:18 95:3 99:17 99:20 99:24 102:7 102:12 117:13 181:19 183:18 186:14 187:8 190:4 203:3 203:5 203:24 204:2 204:23 205:5 206:13 207:25 208:17 214:18 216:4 216:8 218:5 223:4 |
| reason(3) | 187:14 188:1 216:19 |
| reasonable(9) | 62:12 80:19 81:8 81:17 85:1 89:3 92:3 96:6 196:6 |
| reasonably(8) | 164:7 197:12 198:12 200:4 200:7 207:24 209:7 222:6 |
| reasons(9) | 42:18 149:23 149:24 200:25 202:17 211:15 211:17 211:18 228:17 |
| rebuttal(4) | 53:1 159:13 161:12 179:23 |
| rebutted(1) | 213:23 |
| recall(29) | 77:24 78:4 98:9 99:9 100:4 100:24 102:1 112:24 136:23 138:22 142:9 146:10 147:8 149:20 152:11 152:22 154:1 155:1 155:2 156:13 157:10 166:4 166:6 170:3 170:21 173:14 203:2 203:23 |
| recapture(1) | 228:18 |
| receipt(1) | 50:24 |
| receivable(1) | 29:9 |
| receivables(4) | 37:2 37:4 37:19 50:1 |
| receive(9) | 31:4 31:24 32:21 34:19 39:6 67:20 81:11 135:23 221:3 |
| received(13) | 14:16 33:9 36:18 45:16 66:21 67:22 67:23 68:5 98:22 219:2 226:6 227:25 232:15 |
| receives(1) | 60:9 |
| receiving(1) | 136:23 |
| recent(3) | 70:11 148:25 150:10 |
| recess(9) | 53:6 53:7 103:6 103:7 159:20 160:8 160:10 224:24 224:25 |
| recession(1) | 114:9 |
| reciprocal(1) | 57:25 |
| recognize(4) | 15:19 102:24 121:3 136:18 |
| recollection(3) | 155:10 156:12 170:19 |
| recommend(3) | 45:12 46:8 51:18 |
| recommendation(4) | 52:12 52:16 52:18 52:22 |
| recommended(3) | 48:5 51:11 52:14 |
| reconciliation(1) | 83:20 |
| reconvene(1) | 103:4 |
| record(16) | 13:4 17:12 66:9 70:3 74:19 103:18 104:1 104:6 104:11 129:15 135:17 159:10 160:12 160:25 161:11 201:19 |
| recorded(3) | 1:49 41:2 60:24 |
| recording(2) | 1:49 231:3 |
| records(30) | 41:2 41:12 41:15 44:11 44:24 45:13 46:24 48:8 55:1 59:14 59:17 59:19 59:21 60:4 60:20 60:21 60:23 61:1 66:23 67:4 72:6 72:16 72:20 73:16 73:18 74:1 74:8 83:12 83:18 83:19 |
| record's(1) | 121:16 |
| recover(4) | 32:10 32:16 32:17 197:11 |
| recovered(4) | 29:9 29:10 29:12 29:17 |
| recoveries(70) | 19:14 21:25 22:21 23:6 25:18 27:8 28:7 31:4 31:6 33:4 33:6 33:13 33:16 33:17 33:23 33:21 33:24 34:18 34:19 34:21 35:1 35:9 35:21 38:9 39:4 39:5 39:5 39:10 39:11 40:1 41:20 43:6 43:8 43:12 46:17 47:2 47:2 47:4 47:6 48:12 49:7 52:4 52:7 52:8 52:9 62:23 62:24 64:13 65:1 65:2 65:3 65:12 65:13 65:13 66:11 66:18 94:20 94:23 95:1 96:14 96:18 96:19 96:20 99:2 100:21 101:9 101:12 101:24 232:21 |
| recovers(1) | 38:8 |
| recovery(15) | 25:17 31:22 35:8 39:3 39:12 39:23 40:4 41:23 43:10 48:12 48:13 65:15 96:18 99:17 99:18 |
| recross(5) | 102:20 158:17 158:20 177:16 232:2 |
| recruit(1) | 117:9 |
| red(1) | 194:2 |
| redeemed(3) | 118:21 119:1 119:6 |
| redirect(8) | 98:2 98:6 151:2 151:5 157:4 158:22 177:22 232:2 |
| redistributed(1) | 92:1 |
| reduce(4) | 52:7 88:15 185:12 221:20 |
| reduced(4) | 72:12 72:16 149:23 149:24 |
| reduces(1) | 52:5 |
| reduction(6) | 30:13 88:11 90:15 101:24 124:9 124:10 |
| refer(3) | 140:4 180:13 203:23 |
| reference(11) | 74:11 91:19 141:2 163:22 183:18 189:10 199:13 209:18 209:18 209:20 215:9 |
| references(1) | 212:20 |
| referred(2) | 36:1 181:8 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **referring**(5) 90:17 91:23 147:14 192:5 199:25 | | **repeat**(2) 63:6 224:2 | | **response**(8) 13:1 116:20 135:13 151:1 174:14 174:21 229:21 229:22 | | **right**(160) 13:2 17:13 23:10 32:12 36:19 37:10 37:10 38:4 49:23 46:16 48:9 49:15 50:3 51:20 53:4 53:18 54:6 54:17 55:4 |
| | | **reperform**(1) 206:1 | | | | 55:9 55:13 55:18 56:2 56:4 56:4 56:15 |
| **refers**(1) 92:6 | | **replicated**(1) 219:12 | | **responsibilities**(6) 105:5 105:13 105:17 106:11 106:19 162:15 | | 56:21 57:14 57:18 57:23 58:2 58:3 58:7 |
| **reflect**(7) 37:25 59:14 72:20 72:22 73:16 93:19 226:23 | | **report**(155) 11:12 12:2 19:12 19:13 19:15 25:5 28:12 32:24 33:2 33:24 34:16 35:4 34:14 36:4 36:9 37:1 37:12 39:2 43:20 | | **responsible**(3) 150:12 162:17 162:20 **responsibly**(1) 158:14 | | 58:11 58:17 59:6 59:12 59:15 60:20 63:23 64:21 65:24 66:8 66:14 66:25 67:5 67:11 68:3 69:1 69:9 69:12 70:17 71:1 71:8 |
| | | 43:24 44:20 45:8 48:18 49:14 49:17 54:1 54:22 55:18 56:6 62:14 62:20 64:3 64:7 | | **responsive**(1) 108:25 | | 71:13 71:13 71:25 72:4 73:16 73:24 74:3 74:4 74:9 76:12 77:2 77:10 77:16 79:6 |
| **reflected**(12) 37:18 41:15 60:20 60:21 60:25 83:11 182:16 183:9 185:14 218:9 218:15 219:5 | | 64:11 64:20 64:24 64:24 65:2 65:9 65:12 65:19 66:1 66:8 66:11 66:13 67:18 68:1 | | **rest**(8) 13:14 91:2 107:15 111:3 159:14 177:7 187:2 205:4 | | 79:25 80:9 80:15 80:18 80:21 81:3 81:12 81:20 82:7 82:14 83:2 84:7 84:20 85:3 |
| | | 68:11 68:13 68:20 68:24 69:5 69:14 70:11 70:10 70:15 72:3 73:2 76:17 76:17 77:11 | | **restated**(1) 217:19 | | 86:10 86:17 86:21 87:4 88:23 89:9 89:17 90:9 90:20 91:17 93:8 93:16 95:14 95:17 |
| **reflective**(2) 71:19 83:18 | | 78:9 79:6 79:9 80:12 81:1 81:6 81:7 81:12 81:15 81:19 82:3 82:6 82:11 82:17 | | **restrictions**(1) 203:16 | | 95:19 99:6 102:24 103:14 104:7 104:25 127:9 129:10 130:10 131:4 133:5 131:10 |
| **reflects**(2) 71:17 72:16 | | 82:18 83:22 87:4 87:17 88:19 90:25 91:16 | | **restructuring**(20) 20:4 20:7 20:19 21:12 22:6 97:6 105:9 161:21 162:18 162:19 | | 135:25 140:6 141:7 141:9 141:12 142:11 |
| **regard**(5) 64:13 66:10 77:8 133:14 227:16 | | 93:10 93:12 94:17 94:18 101:2 101:4 161:12 168:25 169:3 170:2 170:4 170:14 | | 167:13 167:15 167:20 169:23 170:15 173:19 176:6 176:15 221:17 221:18 | | 142:14 143:4 143:11 145:17 146:14 147:3 147:9 149:6 152:7 154:6 154:10 156:22 |
| **regarding**(14) 22:4 24:22 25:16 25:19 25:21 26:16 27:11 27:18 34:25 35:5 79:23 91:25 126:5 152:12 | | 170:18 170:20 172:18 172:20 172:25 172:25 173:3 174:9 174:11 175:8 175:9 177:9 178:19 179:22 180:22 181:25 182:2 | | **restructurings**(3) 163:9 164:5 164:23 **result**(28) 38:3 45:18 46:8 46:14 47:4 | | 157:6 157:12 159:17 160:4 160:21 165:8 166:2 166:14 166:22 167:8 167:20 168:7 169:18 169:22 173:4 173:23 174:23 178:11 |
| | | 182:15 182:25 183:23 184:18 184:18 185:5 185:8 185:14 185:18 185:20 186:21 | | 48:1 48:23 50:1 52:22 60:11 72:12 100:11 113:22 118:25 143:7 158:4 171:11 172:16 | | 183:21 190:23 191:1 191:15 197:5 197:8 217:10 197:20 197:22 198:2 |
| **regards**(1) 77:21 **regular**(1) 167:5 | | 187:15 188:2 188:11 188:14 189:21 191:1 192:5 195:3 195:5 205:23 206:17 207:5 | | 191:25 196:19 202:21 207:5 210:8 211:6 216:12 217:6 221:24 223:7 | | 217:10 201:7 203:18 204:24 208:15 213:14 218:15 221:14 223:8 227:7 229:6 |
| **relate**(4) 136:25 175:12 180:18 216:18 | | 207:6 207:7 207:8 213:14 213:23 215:1 216:15 219:3 226:16 226:18 226:21 227:9 | | **resulted**(3) 201:12 202:5 220:8 | | **right-hand**(4) 146:3 153:3 156:24 184:8 |
| **related**(25) 12:8 62:11 67:12 68:12 79:19 170:5 171:10 175:10 181:16 182:10 186:1 | | 227:11 227:13 227:21 227:25 228:4 228:7 228:8 228:10 232:17 | | **resulting**(4) 184:14 186:23 193:10 202:6 **results**(22) 28:16 28:24 90:12 121:21 | | **rights**(1) 18:6 **rise**(1) 174:13 |
| 192:21 201:22 201:23 203:3 203:5 203:16 208:6 212:15 212:15 216:4 217:24 218:11 221:3 224:8 | | **reported**(1) 72:5 | | 121:22 125:20 127:23 140:24 146:24 147:3 147:4 147:6 149:25 150:14 158:5 | | **robert**(4) 3:30 6:17 8:37 9:30 **rochester**(1) 7:32 |
| | | **reporter**(3) 162:12 172:3 172:6 **reporting**(2) 23:18 144:25 | | 190:12 191:10 194:16 197:15 198:18 206:22 | | **rockefeller**(1) 3:32 **rodney**(1) 2:14 |
| **relates**(19) 17:3 42:16 50:14 75:22 101:20 178:14 181:16 183:8 187:9 189:23 190:19 | | **reports**(24) 19:12 19:15 19:17 22:20 23:20 23:23 25:3 79:1 87:20 88:8 99:11 100:12 | | **resumed**(1) 179:16 **retail**(1) 126:14 | | **rogers**(1) 8:29 **roitman**(1) 5:19 |
| 192:11 195:14 198:22 215:21 217:12 217:13 221:11 224:12 | | 164:15 168:12 168:18 168:24 169:18 169:21 169:23 170:8 170:22 209:6 215:2 | | **retain**(2) 114:7 115:9 **retained**(3) 23:15 177:9 179:18 | | **role**(13) 102:12 105:2 106:4 120:12 133:3 133:4 133:6 137:9 137:12 151:19 151:24 |
| **relation**(6) 35:14 187:18 189:15 190:11 192:1 223:23 | | 222:5 **represent**(6) 29:5 31:19 126:11 144:12 | | **retention**(1) 91:1 **retiree**(11) 40:14 40:17 40:20 40:22 40:23 | | 162:14 164:1 |
| | | 153:8 153:9 | | 42:16 42:21 43:4 78:9 83:17 101:20 | | **roll**(1) 183:11 |
| **relationship**(6) 60:19 196:11 196:17 197:20 197:22 198:2 | | **representations**(1) 30:2 **representative**(1) 138:15 | | **retirees**(1) 93:3 | | **roll-up**(1) 145:3 **rolled**(1) 120:10 |
| **relative**(9) 32:4 48:22 73:21 199:14 200:8 201:1 205:5 208:24 215:23 | | **represented**(2) 39:25 40:1 **represents**(7) 28:15 28:18 40:21 40:24 | | **revenue**(29) 109:17 110:8 111:4 122:24 124:10 124:11 125:23 127:17 130:11 131:7 134:7 134:9 141:15 148:8 153:15 153:18 | | **rollup**(2) 120:17 125:4 **rome**(1) 5:4 **room**(3) 14:7 114:22 115:11 |
| **relatively**(5) 48:15 191:17 203:8 215:23 215:25 | | 48:11 126:23 133:15 **request**(2) 135:23 179:4 | | 154:17 155:12 155:16 156:3 156:9 158:23 159:2 190:22 190:23 190:24 190:25 193:1 | | **rosen**(1) 1:29 **rosenblatt**(1) 3:29 |
| | | **require**(1) 99:12 **required**(6) 75:24 179:23 190:13 211:6 | | 208:20 | | **rosenman**(1) 9:31 **rounding**(1) 156:15 |
| **released**(3) 67:11 68:3 177:9 **relevance**(1) 196:24 | | 226:1 226:2 | | **revenues**(14) 108:18 110:4 110:7 111:8 111:9 123:12 123:15 125:22 127:15 127:2 | | **rounds**(1) 156:14 **row**(1) 46:22 |
| **relevant**(5) 76:21 193:6 196:13 213:1 217:10 | | **requirement**(1) 76:25 **rerunning**(1) 227:2 | | 134:5 141:17 157:20 158:8 | | **rows**(2) 29:3 47:1 **royal**(2) 8:28 8:28 |
| | | **res**(1) 18:16 **research**(7) 95:13 95:16 130:19 131:5 | | **review**(7) 44:8 66:22 78:16 100:2 100:8 100:11 133:10 | | **rudnick**(3) 4:4 6:14 53:14 **rule**(3) 109:19 226:6 226:9 |
| **reliable**(2) 200:17 202:4 **relied**(16) 25:5 25:7 68:8 68:11 69:11 77:13 82:16 82:20 98:13 98:15 98:16 | | 131:15 209:4 209:6 | | **reviewed**(10) 76:21 76:23 100:10 102:11 121:20 184:3 191:15 207:21 207:23 209:2 | | **run**(3) 30:12 165:11 188:13 **running**(1) 118:24 |
| 189:17 189:22 207:25 214:15 214:18 | | **reserve**(2) 18:6 165:8 **reside**(1) 217:15 | | **reviewing**(2) 22:8 44:17 | | **rushabh**(1) 8:50 **russano**(1) 2:7 |
| **relies**(1) 188:7 | | **resides**(1) 162:10 **resoluteness**(1) 13:17 | | **revised**(7) 70:24 220:21 220:22 226:15 227:9 227:21 227:25 | | **rutgers**(1) 163:13 **s-i-n-g-h**(1) 161:2 |
| **relieving**(1) 18:14 **rely**(8) 25:3 58:16 68:15 68:23 73:15 189:22 199:22 201:15 | | **resolution**(3) 12:1 12:2 97:10 **resolve**(2) 14:9 27:4 | | **revision**(1) 151:13 | | **saavedra**(1) 7:47 **sacks**(2) 10:17 10:17 |
| | | **resolved**(1) 12:23 **resolves**(1) 59:5 | | **revisions**(1) 181:16 **revolves**(1) 50:14 | | **said**(25) 11:12 16:13 18:23 19:8 19:12 22:2 24:5 52:1 62:24 69:9 81:14 96:1 |
| **relying**(2) 198:8 212:11 **remain**(3) 96:20 103:13 160:20 | | **respect**(49) 3:14 14:11 17:1 18:6 18:7 18:19 22:18 23:1 23:4 24:1 27:16 | | **richards**(1) 2:12 **rifkind**(1) 7:4 | | 96:12 109:3 127:13 130:6 131:5 137:3 137:16 142:10 149:2 175:23 197:15 209:9 |
| **remainder**(4) 51:24 101:25 122:5 215:20 **remaining**(6) 11:11 12:24 43:4 75:11 | | 43:18 61:5 96:24 104:2 131:16 137:20 151:18 165:5 166:20 168:20 169:9 169:12 | | | | 229:15 |
| 160:2 214:22 | | 171:7 171:14 175:18 178:25 181:7 182:24 183:16 190:3 190:5 190:20 192:11 194:10 | | | | **salary**(1) 114:13 **sale**(16) 26:5 26:7 26:13 28:2 29:24 30:4 |
| **remember**(18) 68:16 69:20 71:8 71:9 79:18 81:2 81:18 84:18 85:19 85:21 87:2 | | 196:24 198:13 200:11 201:14 213:12 227:24 228:2 | | | | 37:12 37:14 90:8 90:11 102:6 102:15 213:2 213:3 223:12 223:13 |
| 87:25 88:2 88:5 89:24 140:18 154:15 212:24 | | **respectfully**(1) 226:9 | | | | **sales**(6) 29:17 94:6 105:15 105:22 110:22 |
| **remind**(2) 113:1 203:15 **remove**(2) 43:3 46:25 | | **respectively**(1) 127:23 **respects**(1) 171:13 | | | | 110:23 |
| **removed**(1) 172:6 **renew**(1) 179:4 | | **respond**(3) 226:13 227:18 228:11 | | | | **sam**(2) 137:5 151:15 |
| **reorganization**(20) 21:2 21:15 23:1 24:3 33:5 33:14 67:11 67:14 67:24 68:2 69:11 94:24 96:14 137:16 151:22 151:25 152:3 152:9 152:12 221:10 | | | | | | |
| **reorganizations**(5) 20:24 21:5 21:10 21:19 22:19 | | | | | | |

| Word | Page:Line |
|---|---|
| **same**(29) 14:19 33:14 33:19 56:7 65:11 65:16 75:11 87:23 88:11 94:7 99:18 105:22 131:12 135:3 135:20 135:23 137:1 140:14 140:20 147:22 155:21 187:22 189:15 193:4 199:10 199:12 199:13 200:4 228:6 | |
| **sat**(1) 127:12 | |
| **satisfied**(1) 223:14 | |
| **saturday**(3) 226:16 227:14 227:22 | |
| **saw**(6) 67:4 76:24 192:25 206:5 224:3 225:17 | |
| **say**(18) 47:22 64:3 65:25 73:7 82:22 94:3 106:6 128:14 138:19 144:15 151:21 155:6 159:14 167:10 167:25 171:14 200:7 227:2 | |
| **saying**(6) 65:11 80:20 88:14 93:18 133:20 171:24 | |
| **says**(14) 122:1 124:21 146:12 156:2 161:13 168:8 168:11 169:15 195:6 201:8 206:13 206:14 223:6 225:14 | |
| **scale**(4) 111:6 111:11 111:11 194:4 | |
| **scare**(1) 117:18 | |
| **scenarios**(2) 65:4 153:10 | |
| **schedule**(2) 90:23 90:25 | |
| **schedules**(1) 23:19 | |
| **scholer**(1) 10:31 | |
| **school**(1) 53:20 | |
| **schott**(1) 8:33 | |
| **schotz**(1) 1:34 | |
| **schuylkill**(1) 1:44 | |
| **schwartz**(1) 8:37 | |
| **schwinger**(1) 3:30 | |
| **science**(1) 163:12 | |
| **scope**(4) 21:9 64:23 64:24 108:20 | |
| **scotland**(2) 8:28 8:28 | |
| **scott**(1) 9:27 | |
| **scripps**(9) 183:16 183:22 207:1 208:1 208:1 208:6 208:7 209:11 209:20 | |
| **season**(1) 128:16 | |
| **seasonality**(2) 220:25 221:1 | |
| **seated**(4) 11:2 53:8 103:16 160:23 | |
| **seats**(1) 13:10 | |
| **second**(25) 13:11 14:2 28:21 31:9 31:13 32:12 38:2 65:23 68:5 68:6 68:10 69:5 110:6 137:3 151:12 160:5 183:8 183:21 188:25 189:23 191:13 192:2 195:1 219:18 221:5 | |
| **secondly**(1) 227:21 | |
| **section**(16) 78:16 84:7 121:13 121:18 192:4 199:11 199:12 200:15 203:15 204:1 205:6 210:10 216:17 217:7 217:12 222:11 | |
| **sections**(2) 183:10 214:8 | |
| **sector**(1) 112:5 | |
| **sectors**(1) 54:9 | |
| **securities**(2) 162:3 163:3 | |
| **see**(75) 13:10 13:14 15:6 15:8 16:16 31:10 32:12 33:8 40:6 40:9 41:6 42:2 43:1 47:1 48:20 49:22 50:4 51:13 53:16 61:18 75:18 75:13 86:3 92:23 95:1 96:20 109:14 110:11 113:21 113:22 120:7 121:11 121:14 122:2 122:18 123:10 124:22 126:6 126:15 126:17 127:17 128:1 130:12 130:16 131:9 137:5 137:17 140:23 141:5 147:17 147:19 148:11 151:16 151:22 153:5 153:15 154:2 156:7 164:7 167:19 169:16 169:19 171:1 190:21 190:23 191:2 206:16 206:18 206:1 215:23 219:5 221:15 221:24 228:18 229:23 | |
| **seeing**(4) 69:13 110:3 134:6 134:7 | |
| **seek**(1) 104:3 | |
| **seem**(3) 196:16 200:16 202:4 | |
| **seemed**(2) 148:20 215:14 | |
| **seems**(3) 11:5 15:14 196:8 | |

| Word | Page:Line |
|---|---|
| **seen**(5) 14:9 15:8 102:9 114:3 200:16 | |
| **sees**(1) 228:23 | |
| **segment**(7) 112:23 166:16 180:7 188:20 188:23 199:1 202:24 | |
| **segments**(2) 123:16 186:6 | |
| **seife**(1) 3:28 | |
| **seiler**(1) 7:37 | |
| **selected**(3) 169:15 183:19 189:16 | |
| **selections**(2) 178:11 178:16 | |
| **self-evident**(1) 82:19 | |
| **sell**(1) 215:6 | |
| **selling**(2) 36:18 91:6 | |
| **sells**(1) 26:3 | |
| **semi-retirement**(1) 107:19 | |
| **send**(1) 145:9 | |
| **senior**(32) 20:20 32:17 41:22 42:6 43:7 43:8 43:13 43:15 47:5 47:7 47:9 48:12 49:7 52:8 52:10 52:19 76:25 77:22 78:2 92:2 92:4 92:7 92:12 92:20 96:15 96:16 101:10 101:24 101:25 162:18 177:1 177:1 | |
| **sense**(5) 130:3 165:10 187:6 212:16 228:2 | |
| **sensitivity**(4) 47:24 48:4 48:18 62:21 | |
| **sent**(5) 60:10 145:4 145:25 225:21 225:25 | |
| **sentence**(5) 68:5 137:3 137:15 151:12 151:14 | |
| **sentinel**(6) 85:5 85:7 85:9 85:9 85:10 108:10 | |
| **separate**(3) 17:2 105:4 126:11 | |
| **separated**(1) 108:1 | |
| **september**(3) 205:21 212:21 213:4 | |
| **sequencing**(1) 146:10 | |
| **serengeti**(2) 8:4 8:5 | |
| **series**(7) 28:21 30:25 36:12 38:3 163:18 163:18 192:20 | |
| **serve**(1) 225:14 | |
| **served**(2) 107:21 107:22 | |
| **service**(6) 1:43 1:50 45:23 54:12 162:3 166:9 | |
| **services**(7) 1:43 20:6 20:8 20:8 166:5 176:16 222:20 | |
| **set**(22) 28:15 28:17 47:1 50:9 68:10 111:7 111:25 120:6 128:18 145:25 153:23 157:15 163:20 180:24 189:12 193:8 194:8 199:15 212:6 215:11 222:16 227:10 | |
| **sets**(3) 56:24 161:25 202:19 | |
| **setting**(4) 48:7 48:9 50:1 194:22 | |
| **settlement**(54) 17:4 17:7 17:10 17:22 17:25 18:4 18:12 19:15 27:14 33:21 35:2 35:11 39:9 39:15 40:21 40:23 40:24 40:25 43:21 48:5 48:14 50:22 51:12 52:1 52:2 52:5 52:14 52:23 56:9 57:5 58:3 58:5 58:9 58:11 58:12 58:16 58:20 59:5 62:3 62:6 62:9 62:11 62:18 63:22 64:2 64:4 64:7 83:17 96:6 96:8 96:13 96:16 97:4 232:16 | |
| **settlements**(4) 57:1 57:4 57:7 97:9 | |
| **setup**(1) 226:17 | |
| **seven**(4) 130:18 141:22 141:22 193:23 | |
| **seven-to**(1) 223:22 | |
| **seventeen**(1) 172:24 | |
| **seventy**(1) 195:17 | |
| **several**(12) 22:4 29:3 32:14 42:18 164:24 168:23 170:21 174:20 194:8 221:1 221:21 | |
| **severance**(4) 25:20 27:22 30:21 30:22 | |
| **sewn**(1) 160:2 | |
| **shall**(1) 225:14 | |
| **shamah**(1) 6:7 | |
| **shannon**(1) 7:11 | |
| **share**(1) 152:15 | |

| Word | Page:Line |
|---|---|
| **shared**(3) 11:14 106:10 125:5 | |
| **shares**(2) 37:9 118:21 | |
| **shaya**(1) 7:32 | |
| **she**(6) 136:5 136:7 136:8 136:12 137:14 137:15 | |
| **sheets**(1) 35:5 | |
| **sheffield**(1) 9:36 | |
| **sheron**(1) 9:16 | |
| **shmikler**(1) 10:28 | |
| **shook**(1) 125:9 | |
| **short**(3) 30:5 159:20 197:12 | |
| **shortly**(2) 37:14 37:20 | |
| **shot**(2) 134:21 135:7 | |
| **should**(26) 15:13 22:2 22:14 47:14 47:15 50:20 50:21 61:3 61:24 61:25 62:7 64:3 66:1 66:11 89:9 90:6 90:8 90:17 159:22 183:6 189:19 190:9 190:12 210:14 220:10 227:15 | |
| **shoulders**(1) 119:13 | |
| **show**(19) 12:5 14:13 15:7 15:16 47:1 62:14 125:7 127:20 127:21 127:23 132:9 147:23 154:8 156:24 187:12 196:22 197:1 197:5 208:11 | |
| **showed**(5) 124:25 125:8 128:16 186:12 213:14 | |
| **showing**(3) 122:23 124:24 227:5 | |
| **shown**(6) 15:15 125:1 145:15 146:21 148:4 174:9 | |
| **shows**(19) 46:22 46:24 48:4 48:25 55:3 55:8 55:23 56:11 56:15 82:9 114:8 125:12 129:3 132:10 134:9 141:9 141:17 149:14 150:6 | |
| **shrunk**(1) 213:18 | |
| **shut**(5) 84:12 84:21 85:18 85:22 85:23 | |
| **shutdown**(2) 102:5 102:15 | |
| **shuts**(1) 26:3 | |
| **sic**(1) 158:11 | |
| **side**(31) 11:13 11:23 12:4 13:24 14:7 15:2 30:7 99:3 105:23 110:4 112:6 112:15 113:4 120:15 120:18 120:18 120:22 123:1 123:24 129:22 129:24 129:24 146:3 153:6 154:16 156:3 156:24 164:16 184:8 210:18 225:25 | |
| **sides**(1) 120:18 | |
| **sidley**(7) 1:25 6:21 65:18 77:15 78:13 95:21 165:20 | |
| **siegel**(1) 4:5 | |
| **sign**(1) 13:16 | |
| **signatory**(1) 169:24 | |
| **signature**(4) 24:12 34:3 43:23 81:2 | |
| **signed**(2) 81:1 170:17 | |
| **significance**(4) 42:24 46:16 101:5 101:15 | |
| **significant**(25) 27:21 29:7 30:19 45:11 59:22 60:6 94:4 123:11 134:9 175:7 187:25 195:12 195:14 198:4 203:4 204:19 205:5 206:7 206:8 206:10 206:24 212:7 216:21 220:8 222:14 | |
| **significantly**(4) 49:3 100:20 197:21 207:8 | |
| **signs**(2) 114:9 168:18 | |
| **silly**(2) 15:21 15:23 | |
| **silver**(2) 9:46 9:46 | |
| **silverstein**(1) 4:18 | |
| **similar**(12) 33:3 40:22 75:11 94:24 97:2 112:14 163:7 196:4 199:6 208:20 208:21 | |
| **similarly**(3) 56:6 148:16 211:14 | |
| **simplest**(1) 117:10 | |
| **simplicity**(1) 89:21 | |
| **simply**(15) 14:6 46:4 153:11 186:12 191:25 192:22 193:15 196:1 197:20 201:10 210:19 217:16 222:8 223:15 227:1 | |
| **simultaneously**(1) 30:5 | |

| Word | Page:Line |
|---|---|
| **since**(8) 37:9 53:20 120:16 133:9 185:8 187:13 188:11 214:22 | |
| **sine**(1) 107:18 | |
| **singh**(21) 159:25 160:17 160:22 162:1 161:17 165:4 165:19 174:21 177:24 179:18 186:5 193:6 202:23 203:15 209:12 210:20 216:11 218:19 222:15 224:1 232:5 | |
| **singh's**(1) 161:12 | |
| **single**(9) 57:5 106:10 109:25 155:4 155:4 155:6 156:15 210:14 217:8 | |
| **sir**(35) 53:18 83:4 83:24 102:24 103:21 107:6 118:16 136:3 136:15 136:16 137:6 137:23 138:21 140:24 141:15 143:15 144:3 145:12 145:22 147:12 149:12 150:23 158:19 159:6 161:3 161:17 163:19 180:3 182:23 184:16 190:19 192:7 195:23 199:2 214:5 | |
| **sit**(1) 166:8 | |
| **sitting**(1) 88:10 | |
| **situation**(4) 18:10 164:5 165:12 214:17 | |
| **situations**(1) 163:8 | |
| **six**(6) 90:11 90:14 90:14 105:19 160:2 221:14 | |
| **six-month**(1) 84:15 | |
| **sixty**(3) 191:4 200:19 202:13 | |
| **size**(2) 30:16 210:22 | |
| **skadden**(1) 7:18 | |
| **slate**(1) 7:18 | |
| **slater**(1) 10:25 | |
| **sleeves**(1) 229:7 | |
| **slide**(4) 47:1 54:24 55:17 127:20 169:15 224:1 | |
| **slides**(1) 194:9 | |
| **slight**(1) 145:6 | |
| **slightly**(3) 30:16 126:20 129:7 | |
| **slow**(2) 117:25 162:11 | |
| **smack**(1) 195:5 | |
| **small**(8) 48:15 50:23 162:8 198:22 203:9 208:10 215:21 215:25 | |
| **smaller**(4) 101:12 101:14 105:19 223:24 | |
| **smallest**(1) 126:19 | |
| **sni**(8) 208:13 208:14 208:15 208:18 208:22 208:22 208:24 209:2 | |
| **sni's**(2) 208:16 208:25 | |
| **softness**(1) 229:22 | |
| **sold**(16) 26:5 26:13 29:16 84:14 86:6 88:21 88:21 89:16 90:5 90:10 107:16 107:17 212:22 212:25 214:14 214:21 | |
| **solely**(4) 23:4 208:8 208:9 212:11 | |
| **solution**(1) 134:14 | |
| **some**(93) 11:20 12:18 12:22 14:6 16:1 17:8 17:10 21:4 21:9 21:10 21:17 21:25 25:6 30:19 34:20 36:23 47:16 51:5 68:1 70:16 71:13 71:13 84:18 85:18 85:18 86:17 97:4 99:25 100:1 100:22 102:1 105:13 116:2 119:4 119:16 120:9 122:9 129:25 130:16 142:7 145:6 148:20 149:11 157:8 161:25 163:20 169:18 170:4 171:1 171:18 173:5 173:13 176:21 177:1 181:9 181:16 181:17 181:18 182:10 183:18 185:10 185:15 190:3 190:4 191:15 191:22 191:25 195:12 195:25 196:10 197:12 197:23 197:24 200:12 201:3 201:24 204:1 204:15 207:23 209:8 209:24 209:25 210:1 211:9 216:8 216:25 218:18 220:11 221:15 224:11 227:15 228:15 | |
| **somebody**(5) 168:21 170:14 171:16 171:21 174:3 | |
| **someday**(1) 18:25 | |

| Word | Page:Line |
|---|---|
| somehow(1) 134:3 | |
| someone(2) 14:20 117:19 | |
| something(15) 14:16 66:3 77:7 81:13 104:25 112:18 117:17 139:21 140:1 153:3 164:11 184:13 184:24 191:9 202:1 | |
| sometime(1) 65:22 | |
| sometimes(2) 211:1 211:2 | |
| somewhat(7) 28:2 111:9 200:6 204:11 205:24 214:12 223:9 | |
| somewhere(5) 16:10 118:1 131:3 195:11 197:8 | |
| sooner(1) 115:7 | |
| sorry(30) 56:13 56:14 56:15 63:6 74:15 74:16 74:23 75:6 83:3 85:8 85:13 91:24 96:12 98:16 118:9 128:23 131:11 140:11 141:13 144:17 151:9 156:19 156:20 172:3 186:25 189:4 194:23 200:1 225:6 229:7 | |
| sort(9) 76:1 90:23 120:7 145:5 193:25 194:25 203:1 217:1 224:3 | |
| sottile(13) 3:39 5:28 11:7 11:8 11:20 12:10 12:15 13:21 14:12 15:18 15:19 15:23 16:17 | |
| sound(1) 1:49 208:4 231:3 | |
| sounds(8) 15:19 59:4 65:24 80:3 81:13 81:19 82:21 88:6 | |
| source(1) 183:19 | |
| sources(2) 130:17 181:5 | |
| south(3) 1:30 4:40 108:10 | |
| southern(1) 106:23 | |
| space(3) 113:23 172:13 172:16 | |
| spaeder(3) 3:36 5:26 11:8 | |
| speak(5) 12:25 77:20 137:25 144:2 144:22 | |
| speaking(1) 171:8 | |
| special(5) 3:10 7:16 11:8 163:7 164:4 | |
| specialist(2) 170:6 175:24 | |
| specialty(1) 20:18 | |
| specific(9) 87:9 89:11 105:17 113:20 113:21 163:22 164:13 171:11 181:17 | |
| specifically(14) 58:15 77:20 101:11 110:17 123:14 127:11 132:20 151:13 151:14 167:21 170:19 171:18 171:19 189:21 | |
| specificity(1) 23:2 | |
| speculation(1) 116:19 | |
| speed(1) 176:2 | |
| spell(1) 161:1 | |
| spelling(1) 103:18 | |
| spend(3) 130:1 173:7 221:8 | |
| spent(3) 20:17 114:22 177:8 | |
| sperling(1) 10:25 | |
| spoke(2) 68:14 68:21 | |
| sponsoring(1) 169:22 | |
| spot(1) 214:24 | |
| square(1) 2:14 | |
| staffing(2) 212:5 212:17 | |
| stamp(3) 144:4 146:18 149:12 | |
| stand(10) 14:10 15:3 19:8 53:6 53:6 103:6 103:12 161:10 168:1 224:24 | |
| standard(4) 45:21 50:11 50:13 85:21 | |
| standards(7) 50:6 50:7 50:9 50:12 50:16 61:21 176:20 | |
| standing(3) 77:13 103:13 160:20 | |
| stanley(2) 7:42 209:5 | |
| stargatt(1) 4:27 | |
| stark(1) 6:17 | |
| start(20) 16:25 29:8 54:22 103:25 129:14 174:10 182:6 188:21 199:3 200:24 201:4 201:7 204:15 205:7 205:10 206:2 218:1 218:3 224:22 228:17 | |
| started(3) 59:21 107:9 221:9 | |
| starting(2) 173:5 229:19 | |
| starts(1) 143:24 | |
| state(8) 71:7 81:15 103:17 104:10 108:23 109:20 160:25 209:7 | |
| stated(5) 171:6 214:14 216:3 216:23 | |
| statement(9) 33:4 69:16 81:4 81:4 94:22 97:14 220:17 220:18 220:20 | |
| statements(3) 23:19 37:11 192:22 | |
| states(4) 1:1 1:20 108:15 121:9 | |
| station(3) 120:3 166:1 | |
| stations(4) 111:16 111:17 111:19 129:16 | |
| status(2) 143:2 163:17 | |
| statutory(1) 30:16 | |
| stay(2) 14:20 142:1 | |
| stays(1) 194:3 | |
| ste(4) 1:37 3:6 4:13 5:6 | |
| steady(1) 194:3 | |
| steal(1) 91:7 | |
| stein(1) 9:18 | |
| stellar(4) 139:7 139:12 139:13 141:25 | |
| step(19) 52:2 52:5 62:1 62:2 62:7 62:7 62:15 63:2 63:3 63:9 63:13 64:17 64:17 102:25 125:3 158:12 159:6 195:1 200:6 | |
| step-two(1) 118:22 | |
| stephen(1) 4:19 | |
| steps(2) 44:8 194:25 | |
| still(19) 33:22 109:17 110:3 110:10 110:13 115:11 115:11 116:8 116:8 119:7 133:15 148:12 157:6 159:11 159:11 179:4 197:3 197:4 207:8 | |
| stipulate(1) 14:6 | |
| stipulation(2) 11:18 51:3 | |
| stitch(1) 14:21 | |
| stock(9) 36:18 66:21 71:17 180:25 187:13 187:15 189:14 200:5 201:11 | |
| stocks(1) 189:18 | |
| stop(1) 219:18 | |
| store(1) 21:14 | |
| straightforward(1) 212:3 | |
| strauss(6) 2:33 7:31 13:4 17:17 135:17 160:12 | |
| street(14) 1:11 1:44 2:15 2:21 3:6 3:21 3:40 3:48 4:7 4:13 4:21 4:31 4:47 5:6 | |
| strike(3) 108:20 142:25 149:24 | |
| strikes(1) 174:12 | |
| strohbehn(1) 10:10 | |
| stromberg(1) 5:23 | |
| strong(3) 128:7 171:9 177:3 | |
| struck(1) 191:17 | |
| structure(7) 28:5 34:23 112:5 114:13 116:24 117:5 117:8 | |
| structures(1) 112:4 | |
| struggle(1) 198:3 | |
| studied(1) 209:22 | |
| stuff(1) 75:3 | |
| sub(2) 62:16 63:9 | |
| subject(4) 42:21 76:25 116:2 138:20 | |
| subjective(1) 91:9 | |
| subjects(1) 23:4 | |
| submicron(2) 50:9 50:13 | |
| submit(4) 11:17 16:11 188:4 199:20 | |
| submitted(7) 12:22 168:25 169:1 169:5 169:6 173:13 188:11 | |
| subordinate(1) 78:9 | |
| subordinated(17) 41:5 42:2 42:11 43:1 76:11 76:15 77:22 78:18 78:23 78:24 79:3 79:3 79:22 80:8 80:14 91:20 91:21 | |
| subordination(20) 28:23 42:5 42:8 42:22 43:3 76:22 76:23 77:1 77:9 77:25 79:8 79:14 79:17 91:17 92:15 100:23 101:13 101:16 101:17 101:19 | |
| subs(16) 45:3 50:25 55:4 55:9 55:24 56:1 56:11 56:13 56:15 56:16 56:20 56:21 57:17 57:25 59:20 60:5 | |
| subsequen(1) 40:2 | |
| subsidiaries(30) 28:8 28:18 31:7 32:20 34:25 37:23 38:1 38:8 38:11 38:12 45:3 45:4 45:5 45:17 47:20 47:21 48:1 48:6 48:20 48:25 49:2 49:13 51:14 59:9 59:11 63:3 63:5 63:14 63:22 107:2 | |
| subsidiary(18) 28:19 28:24 31:7 34:24 37:2 43:16 45:19 45:25 46:4 46:7 46:8 57:20 60:9 60:12 60:13 60:14 107:13 163:1 | |
| substantial(3) 162:6 203:24 224:7 | |
| substantially(1) 94:24 | |
| substantive(1) 22:15 | |
| substituted(1) 178:24 | |
| subtract(1) 96:16 | |
| success(1) 106:3 | |
| successful(1) 21:15 | |
| such(13) 25:20 38:22 66:20 71:17 86:9 89:12 91:1 100:3 109:5 109:20 110:16 180:21 181:18 | |
| sufficient(2) 168:6 174:1 | |
| suggest(1) 202:20 | |
| suggested(3) 136:8 136:12 137:24 | |
| suggesting(3) 153:13 153:17 155:16 | |
| suggests(3) 16:8 192:16 197:10 | |
| suite(3) 3:21 3:41 4:41 | |
| sullivan(2) 4:11 4:12 | |
| sum(2) 180:8 224:3 | |
| summarize(1) 211:20 | |
| summarized(6) 121:20 163:23 180:4 188:10 204:15 205:9 | |
| summarizes(1) 181:24 | |
| summary(9) 28:14 33:2 39:3 45:1 69:1 69:3 69:15 122:21 215:17 | |
| sun(4) 85:5 98:9 98:11 171:7 | |
| superior(1) 96:8 96:20 | |
| supervised(4) 164:2 168:16 168:22 170:15 | |
| supervising(1) 21:22 | |
| supervisory(1) 164:1 | |
| supplement(3) 187:23 213:17 213:20 | |
| supplemented(2) 209:8 209:8 | |
| support(4) 120:20 122:9 138:25 177:5 | |
| supported(2) 85:16 170:7 | |
| supporting(2) 89:8 226:20 | |
| suppose(2) 18:24 221:19 | |
| supposed(1) 182:11 | |
| sure(37) 18:14 22:2 57:6 57:10 58:24 65:5 76:6 91:19 97:15 135:22 148:24 159:22 162:13 163:23 168:10 173:25 180:8 182:5 182:8 184:3 185:4 186:10 187:5 196:25 200:14 203:22 204:18 205:8 211:12 211:2 214:4 214:7 218:20 223:4 225:5 226:24 229:10 | |
| surprised(1) 205:24 | |
| survive(1) 62:6 | |
| suspect(2) 12:11 13:23 | |
| sustained(2) 155:20 155:22 | |
| suttonbrook(2) 5:48 5:48 | |
| swap(7) 40:13 42:15 43:3 79:2 79:9 79:14 93:5 | |
| swing(1) 48:10 | |
| swinging(1) 142:13 | |
| switch(1) 131:23 | |
| sworn(3) 19:10 103:15 160:22 | |
| sylvania(2) 21:7 21:11 | |
| synced(1) 215:6 | |
| system(4) 45:14 45:15 45:21 60:8 | |
| systems(1) 22:13 | |
| tab(10) 140:13 143:15 145:17 146:11 149:9 151:9 151:10 152:19 156:4 156:20 | |
| table(3) 13:10 99:22 171:12 | |
| tablet(1) 112:1 | |
| tad(1) 156:2 | |
| tail(3) 27:3 84:17 129:9 | |
| take(58) 13:16 15:24 27:3 33:18 35:18 35:24 39:13 40:5 44:8 51:3 51:22 53:5 69:4 90:11 91:15 91:24 96:7 96:12 97:1 113:15 120:23 122:16 123:25 126:4 127:16 130:10 131:7 132:2 148:24 150:9 155:3 156:17 156:17 159:20 160:7 165:22 166:8 166:12 166:16 166:20 167:7 168:7 169:21 170:25 173:16 179:11 185:17 186:21 187:11 198:14 207:14 208:5 208:16 218:4 220:20 224:22 227:11 229:15 | |
| taken(10) 100:17 100:18 100:20 224:25 | |
| takes(3) 39:16 48:4 119:2 | |
| taking(2) 48:6 52:5 | |
| talent(3) 114:7 114:17 116:16 | |
| talk(17) 23:25 25:1 43:18 60:1 64:10 71:21 108:5 111:13 131:23 137:24 143:14 163:21 164:12 175:9 217:8 226:25 229:15 | |
| talked(15) 33:12 46:25 51:15 55:20 68:25 71:25 81:1 83:9 84:17 87:8 87:9 87:24 96:9 215:2 215:18 | |
| talking(4) 137:1 156:6 220:16 222:18 | |
| task(1) 99:6 | |
| tax(4) 30:3 31:16 36:25 44:16 | |
| taxes(5) 25:20 27:21 30:17 30:19 221:2 | |
| taylor(1) 4:28 | |
| team(15) 61:6 73:14 80:11 81:22 95:13 159:15 168:18 168:22 170:3 170:16 171:21 171:22 175:6 176:4 177:4 | |
| teamed(2) 171:8 171:16 | |
| teams(1) 177:7 | |
| teapot(1) 15:20 | |
| technical(3) 176:19 176:21 190:14 | |
| technically(2) 109:2 116:6 | |
| technology(3) 105:14 176:16 176:25 | |
| technology/digital(1) 105:23 | |
| telephonic(6) 5:9 6:1 7:1 8:1 9:1 10:1 | |
| television(3) 111:16 111:25 113:4 | |
| tell(35) 28:11 28:12 29:4 30:9 31:1 31:18 34:13 36:5 36:14 44:20 45:9 46:20 69:8 69:10 76:4 76:18 79:16 79:25 84:9 98:15 102:4 128:25 136:3 136:9 136:9 146:22 159:21 162:1 164:18 187:18 188:14 188:15 196:23 218:21 224:21 | |
| telling(3) 82:17 | |
| tells(1) 208:17 | |
| tempered(1) 150:14 | |
| tempest(1) 15:20 | |
| ten(14) 19:17 72:13 72:23 147:9 162:23 173:10 176:12 181:13 195:20 195:24 196:1 212:25 222:23 223:18 | |
| ten-minute(2) 160:7 224:22 | |
| ten-percent(1) 212:22 | |
| tender(1) 22:17 | |
| tension(1) 120:7 | |
| tenth(1) 129:8 | |
| term(2) 35:19 65:15 | |
| termed(1) 34:20 | |
| terminated(1) 27:23 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **terms**(60) 12:21 23:19 25:6 36:8 36:17 36:21 36:24 39:14 42:21 45:15 47:19 51:11 54:12 62:17 62:22 65:19 66:15 67:7 67:7 67:8 68:7 68:23 70:14 73:20 74:5 75:12 77:12 85:25 90:13 99:16 99:19 100:14 101:9 116:9 117:10 118:10 118:12 124:13 124:16 126:18 127:10 128:2 129:2 130:21 131:14 155:25 156:15 178:8 184:1 189:2 189:25 191:4 197:7 197:14 199:4 199:24 204:10 211:5 219:15 227:5 | | **that**(301) 11:12 11:17 11:18 11:23 12:2 12:4 12:11 12:12 12:12 12:14 12:16 12:27 14:3 14:5 14:6 14:8 14:13 14:22 14:23 14:25 15:5 15:8 15:14 15:15 16:1 16:2 16:9 16:10 16:11 16:13 16:24 17:5 17:6 17:7 17:8 17:8 17:11 17:20 17:23 17:25 18:1 18:3 18:8 18:9 18:10 18:18 18:22 18:25 19:18 20:23 21:13 21:18 21:23 22:5 22:25 22:25 23:23 23:5 23:8 23:23 24:4 24:5 24:23 24:24 25:19 25:22 25:24 26:5 26:10 26:17 26:18 26:21 27:2 27:4 27:12 27:14 27:19 27:22 27:24 28:6 28:23 29:6 29:7 29:13 29:22 29:23 30:1 30:10 30:20 30:25 31:4 31:10 31:14 31:14 31:15 31:20 32:3 32:1 32:2 32:5 32:6 32:6 32:10 32:11 32:14 32:15 33:8 33:9 33:13 33:20 33:25 34:1 34:3 34:19 34:21 34:23 35:15 35:17 35:18 35:20 36:10 36:13 36:21 36:23 36:25 37:2 37:7 37:11 37:14 37:19 37:25 38:3 38:7 38:12 38:13 38:15 38:18 38:22 39:9 39:13 40:3 40:6 40:9 40:11 40:15 40:18 40:19 40:20 41:6 41:8 41:13 41:19 42:2 42:5 42:16 42:17 42:18 43:1 43:6 43:12 43:23 45:1 45:2 45:12 46:8 47:8 47:13 47:16 48:10 48:10 48:14 48:17 48:20 49:3 49:9 49:23 50:10 50:11 50:12 50:15 50:19 51:11 51:18 52:6 52:14 52:22 54:7 54:10 54:18 54:24 55:3 55:23 56:14 57:4 57:6 57:9 57:11 57:15 57:16 57:16 57:24 58:1 58:2 58:12 58:17 58:18 58:21 59:1 59:4 59:6 59:11 59:12 60:1 60:2 60:8 60:9 60:10 60:13 60:14 60:16 60:17 60:17 61:15 61:20 61:20 61:22 62:1 62:4 62:5 62:7 62:11 62:13 63:1 63:2 63:3 63:7 63:9 63:13 63:16 63:17 64:7 64:20 64:22 65:9 65:17 65:22 65:24 66:3 66:5 66:4 66:10 66:12 66:21 67:2 67:9 67:13 67:14 67:17 67:21 67:25 68:4 68:8 68:9 68:14 68:14 68:16 68:19 68:19 68:22 68:25 69:10 69:10 69:13 69:14 69:17 69:20 69:23 70:1 70:8 70:9 70:13 70:14 70:18 70:19 70:20 70:22 70:23 70:24 70:25 71:2 71:3 71:4 71:6 71:7 | **that**(301) 71:8 71:9 71:10 71:11 71:11 71:14 71:15 71:15 71:16 71:18 71:19 71:23 71:25 72:1 72:11 72:15 72:21 72:23 72:23 73:13 73:17 73:21 73:21 73:24 74:2 74:6 74:9 74:10 75:13 75:14 75:15 75:15 75:19 76:4 76:6 76:11 76:14 76:18 76:24 77:3 77:6 77:8 77:15 77:18 77:18 77:21 78:4 78:9 78:12 78:14 78:16 78:18 78:21 78:22 79:4 79:11 79:15 79:16 79:18 79:19 79:21 79:23 79:24 79:24 79:25 79:25 80:3 80:4 80:5 80:8 80:10 80:13 80:16 80:17 81:1 81:2 81:5 81:7 81:7 81:8 81:10 81:12 81:15 81:18 81:19 81:19 82:4 82:7 82:9 82:9 82:13 82:16 82:19 82:22 83:4 83:6 83:7 83:8 83:11 83:14 83:24 84:7 84:9 84:10 84:10 84:18 84:20 84:20 84:21 85:3 85:15 85:20 85:22 86:2 86:4 86:5 86:8 86:12 86:14 87:3 87:6 87:7 87:8 87:13 87:15 87:20 87:21 87:25 88:2 88:3 88:5 88:6 88:7 88:9 88:10 88:11 88:13 88:20 88:20 88:22 88:25 89:3 89:5 89:8 89:10 89:15 89:18 89:22 89:23 89:24 90:3 90:5 90:6 90:6 90:10 90:11 90:11 90:11 90:12 90:12 90:15 90:15 90:16 90:17 90:19 90:21 91:8 91:9 91:20 91:21 91:25 92:1 92:6 92:7 92:7 92:11 92:12 92:14 92:23 92:24 93:1 93:9 93:13 93:13 93:14 93:19 93:23 93:24 93:25 94:2 94:8 94:16 94:23 95:1 95:16 95:19 96:1 96:2 96:5 96:7 96:12 96:14 96:20 97:2 97:5 97:7 97:12 97:13 97:15 97:17 97:18 98:8 98:9 98:10 98:12 98:17 98:25 99:9 99:11 99:15 99:17 99:18 99:20 99:21 99:21 99:22 99:24 100:1 100:8 100:17 100:17 100:24 101:1 101:3 101:20 101:22 102:2 102:7 102:12 102:17 104:1 104:1 104:4 104:5 104:17 104:25 106:1 106:6 106:9 106:13 106:17 106:19 106:25 107:15 108:3 108:17 108:17 108:2 108:24 109:9 109:19 109:20 109:21 110:2 110:5 110:9 110:10 110:11 110:13 110:16 110:22 111:2 111:3 111:17 111:21 112:8 112:8 112:17 112:23 112:24 113:2 113:15 113:16 113:24 114:1 114:3 114:9 114:16 114:18 115:9 115:11 115:12 115:14 115:1 115:21 115:25 116:8 | **that**(301) 116:11 116:14 116:21 116:25 117:4 117:5 117:7 117:16 117:17 117:19 117:20 117:21 117:22 117:23 117:25 118:4 118:6 118:18 118:18 119:1 119:3 119:3 119:6 119:8 119:10 119:14 119:15 119:19 119:20 119:23 120:2 120:7 120:9 120:9 120:12 120:15 120:23 120:25 121:6 121:9 121:11 121:13 121:14 121:23 122:1 122:3 122:10 122:18 123:6 123:8 123:22 124:15 124:17 124:21 124:22 125:2 125:3 125:5 125:9 125:12 125:15 125:17 126:7 126:21 126:24 127:1 127:5 127:12 127:13 127:15 127:17 128:1 128:9 128:22 129:3 129:13 129:16 129:17 129:21 130:1 130:6 130:7 130:8 130:12 130:16 130:17 130:20 131:9 131:22 131:24 132:5 132:8 132:12 132:18 132:20 132:21 132:22 133:4 133:14 133:21 133:23 134:2 134:10 135:3 135:4 135:5 135:20 135:21 135:23 136:9 136:12 136:16 137:6 137:8 137:11 137:16 137:17 137:19 137:23 137:24 138:3 138:5 138:7 138:10 138:25 139:3 139:25 140:6 140:7 140:23 141:9 141:9 141:11 141:12 141:17 141:22 142:9 142:23 142:25 143:4 143:7 143:7 143:12 143:12 143:24 144:2 144:13 145:13 145:22 145:25 146:9 146:11 146:16 147:3 147:3 147:17 147:20 147:22 147:23 148:1 148:12 148:12 148:12 148:18 148:22 148:22 149:10 149:12 149:17 149:22 149:24 150:3 150:6 150:16 151:8 151:9 151:14 151:16 151:22 152:2 152:8 152:13 152:23 153:5 153:13 153:13 153:18 154:13 155:3 155:7 155:10 155:14 156:2 156:5 156:7 156:20 157:1 157:4 157:5 157:6 157:10 157:12 157:12 157:15 157:24 157:25 158:1 158:13 158:22 158:24 159:8 159:11 159:12 160:6 162:19 163:21 164:4 164:7 165:24 166:2 166:6 166:9 166:13 166:17 166:17 166:22 166:24 167:2 167:5 167:8 167:8 167:10 167:12 167:19 167:24 167:24 168:8 168:12 169:10 169:16 169:19 169:22 169:23 170:8 170:11 170:13 170:20 171:1 171:3 171:4 171:10 171:12 171:13 171:14 171:16 171:16 171:21 171:23 172:1 172:3 172:18 173:10 173:23 173:25 174:2 174:9 174:10 174:11 174:22 174:25 175:3 175:6 175:10 175:19 175:19 175:22 176:3 176:3 177:2 177:2 177:2 177:3 177:5 177:24 178:6 178:9 178:20 178:22 178:23 179:9 179:12 179:19 180:6 180:11 180:14 180:19 180:20 180:22 180:24 |
| **test**(4) 19:1 93:21 96:4 167:10 | | | | | | | |
| **testified**(11) 88:11 116:21 138:21 143:23 149:22 158:22 169:14 170:18 174:21 175:19 219:2 | | | | | | | |
| **testify**(6) 17:23 138:22 165:4 170:13 179:7 226:8 | | | | | | | |
| **testifying**(5) 22:24 23:5 173:17 174:2 | | | | | | | |
| **testimony**(20) 12:18 15:9 17:2 17:2 17:3 18:19 27:6 53:1 66:5 79:12 80:4 98:9 100:9 100:22 100:24 119:18 135:4 157:5 161:14 177:24 | | | | | | | |
| **tfn**(15) 185:2 185:6 185:10 206:14 207:6 208:2 208:8 208:11 208:14 208:15 208:17 208:19 208:21 208:23 209:10 | | | | | | | |
| **than**(42) 18:24 28:1 30:16 33:10 33:22 37:25 41:16 49:4 59:18 61:9 75:20 83:17 84:11 91:17 92:3 93:15 95:18 98:23 99:4 111:7 111:11 114:11 123:9 127:3 128:17 129:5 145:14 152:13 152:13 184:23 193:22 197:9 210:8 210:15 222:23 225:8 225:15 226:17 227:11 227:24 228:8 228:20 | | | | | | | |
| **thank**(41) 16:17 17:16 19:5 19:21 53:4 53:5 74:17 92:14 97:23 97:24 97:24 97:25 98:3 102:18 102:24 103:1 103:5 103:21 105:10 129:20 135:14 135:15 150:23 150:24 151:3 159:6 159:7 160:7 160:9 160:19 161:3 161:7 161:8 172:6 174:18 179:15 186:2 224:20 224:23 229:13 229:22 | | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **that**(264) | 181:1 181:2 181:4 181:10 181:23 181:25 182:13 182:14 183:10 183:10 183:12 183:20 183:25 184:2 184:2 184:3 184:3 184:4 184:8 184:12 184:21 185:3 185:7 185:7 185:11 185:13 185:14 185:18 185:19 186:9 186:7 186:11 186:15 186:22 187:7 187:12 187:20 188:10 188:10 189:5 189:9 189:12 189:15 189:16 189:21 190:3 190:6 190:14 190:19 190:23 191:7 191:8 191:9 191:14 191:20 191:22 191:23 192:1 192:5 192:21 193:4 193:8 193:16 193:19 193:23 193:25 194:3 194:8 194:8 194:9 194:12 194:15 194:21 195:2 195:3 195:6 195:9 195:9 195:10 195:13 195:19 196:6 196:7 196:9 196:9 196:10 196:13 196:19 196:22 197:2 197:8 197:10 197:10 197:10 197:18 198:5 198:20 199:2 200:13 200:17 200:18 200:25 200:25 201:5 201:10 201:15 201:22 201:23 202:1 202:2 202:7 202:11 202:14 202:14 202:20 203:6 203:19 204:6 204:9 204:19 204:21 205:1 205:11 205:15 205:16 205:16 205:22 206:3 206:10 206:13 206:14 206:18 206:20 206:22 207:1 207:2 207:4 207:14 207:24 207:25 208:1 208:3 208:5 208:6 208:10 208:16 208:17 208:21 208:23 209:5 209:10 209:20 209:24 210:1 210:7 210:9 210:14 210:19 210:20 210:22 211:6 211:25 212:23 213:1 213:7 213:10 213:15 213:17 213:18 213:18 213:18 213:24 213:24 214:12 214:15 214:15 214:17 214:18 214:20 214:20 215:4 215:5 215:8 215:22 216:5 216:17 216:18 216:23 216:24 217:3 217:4 217:21 218:7 218:8 218:9 218:9 218:11 218:16 218:18 218:22 218:24 219:2 219:2 219:3 219:10 219:20 220:1 220:10 220:12 220:14 220:18 220:20 220:22 220:23 221:4 221:9 221:13 221:18 221:18 221:20 221:21 222:1 222:4 222:6 222:9 222:11 222:3 223:9 223:13 223:15 223:15 223:17 223:18 224:2 224:6 224:13 225:10 225:13 225:17 225:18 225:20 225:20 225:23 226:4 226:7 226:22 227:2 227:3 227:8 227:12 227:14 227:15 227:16 227:22 227:22 227:22 228:10 228:12 228:15 228:24 228:25 229:14 231:2 | **the**(301) | 1:1 1:2 1:19 3:4 3:10 4:30 11:2 11:3 11:5 11:8 11:11 11:12 11:14 11:14 11:16 11:17 11:17 11:18 11:19 11:21 11:21 11:21 11:22 11:25 11:25 12:3 12:3 12:5 12:6 12:7 12:8 12:11 12:14 12:16 12:17 12:17 12:17 12:19 12:21 13:2 13:3 13:6 13:6 13:10 13:11 13:16 13:22 13:23 13:23 13:24 14:3 14:4 14:4 14:4 14:5 14:7 14:9 14:11 14:12 14:13 14:14 14:15 14:16 14:19 14:19 14:21 14:22 14:23 15:2 15:3 15:3 15:5 15:6 15:10 15:11 15:11 15:12 15:14 15:17 15:18 15:21 15:21 16:1 16:1 16:1 16:4 16:5 16:7 16:12 16:12 16:16 16:20 16:24 17:3 17:3 17:4 17:5 17:6 17:9 17:9 17:12 17:13 17:14 17:15 17:18 17:20 17:21 17:21 17:24 17:24 17:25 18:2 18:2 18:3 18:4 18:5 18:6 18:9 18:10 18:11 18:13 18:14 18:20 18:20 18:21 18:22 18:23 19:1 19:4 19:7 19:8 19:17 19:21 20:4 20:12 20:13 20:22 20:25 21:4 21:6 21:7 21:9 21:9 21:12 21:14 21:16 21:16 21:17 21:22 21:23 21:25 22:3 22:14 22:17 22:19 22:20 22:20 22:21 22:22 22:24 22:24 23:2 23:3 23:4 23:5 23:6 23:10 23:13 23:16 23:17 23:21 23:23 24:2 24:14 24:15 24:17 24:22 24:23 24:24 25:4 25:5 25:6 25:6 25:7 25:8 25:10 25:12 25:14 25:16 25:16 25:17 25:17 25:18 25:19 25:20 25:21 25:22 25:24 25:25 26:1 26:3 26:3 26:4 26:7 26:8 26:9 26:10 26:10 26:11 26:12 26:12 26:14 26:15 26:16 26:16 26:17 26:18 26:18 26:22 26:23 27:1 27:1 27:2 27:2 27:10 27:11 27:11 27:12 27:13 27:14 27:15 27:16 27:18 27:19 27:20 27:22 27:22 28:1 28:4 28:5 28:5 28:7 28:8 28:8 28:8 28:9 28:10 28:10 28:14 28:14 28:14 28:16 28:16 28:17 28:18 28:18 28:19 28:20 28:21 28:23 28:24 29:1 29:1 29:2 29:4 29:5 29:5 29:7 29:8 29:8 29:12 29:13 29:14 29:16 29:16 29:19 29:24 30:1 30:2 30:4 30:4 30:5 30:7 30:9 30:9 30:12 30:13 30:13 30:15 30:16 30:16 | **the**(301) | 30:17 30:19 30:20 30:20 30:22 30:22 30:24 30:24 31:1 31:6 31:7 31:8 31:8 31:9 31:13 31:14 31:15 31:16 31:18 31:19 31:19 31:20 31:21 31:21 31:22 31:23 31:24 31:25 32:1 32:2 32:3 32:4 32:7 32:8 32:12 32:12 32:13 32:14 32:14 32:15 32:17 32:18 32:18 32:19 32:19 32:20 32:20 32:22 32:23 33:2 33:3 33:4 33:5 33:5 33:5 33:6 33:9 33:9 33:10 33:10 33:13 33:14 33:14 33:16 33:16 33:18 33:18 33:19 33:20 33:20 33:20 33:21 33:21 33:25 33:25 34:5 34:7 34:9 34:13 34:13 34:14 34:16 34:17 34:17 34:18 34:18 34:18 34:21 34:23 34:23 34:24 34:24 34:25 35:1 35:1 35:2 35:5 35:6 35:6 35:9 35:10 35:10 35:15 35:15 35:13 35:14 35:16 35:17 35:20 35:21 35:22 35:23 35:24 35:25 36:1 36:1 36:3 36:3 36:7 36:7 36:8 36:8 36:9 36:10 36:10 36:12 36:12 36:13 36:13 36:15 36:16 36:16 36:17 36:17 36:18 36:19 36:19 36:20 36:20 36:20 36:24 36:24 37:1 37:1 37:2 37:2 37:3 37:3 37:3 37:4 37:5 37:5 37:6 37:7 37:8 37:9 37:10 37:10 37:10 37:11 37:12 37:12 37:13 37:14 37:14 37:15 37:17 37:19 37:19 37:20 37:21 37:21 37:22 37:22 37:22 37:23 37:24 37:25 38:1 38:2 38:4 38:6 38:6 38:7 38:8 38:9 38:10 38:18 38:18 38:19 38:19 38:20 38:20 38:21 38:21 38:21 38:24 39:1 39:3 39:7 39:8 39:8 39:8 39:9 39:11 39:12 39:13 39:14 39:14 39:15 39:15 39:16 39:19 39:19 39:19 39:24 39:25 39:25 40:1 40:1 40:2 40:3 40:3 40:5 40:13 40:14 40:15 40:16 40:17 40:20 40:21 40:22 40:23 40:23 40:24 40:24 40:25 41:1 41:2 41:4 41:8 41:10 41:10 41:11 41:12 41:12 41:12 41:14 41:15 41:16 41:16 41:18 41:18 41:19 41:22 41:24 41:25 42:1 42:5 42:6 42:7 42:8 42:8 42:8 42:9 42:10 42:10 42:13 42:13 42:14 42:14 42:15 42:16 42:16 42:19 42:19 42:21 42:21 42:22 42:23 42:24 42:24 42:25 42:25 43:1 43:2 43:3 43:4 43:4 43:5 43:5 | **the**(301) | 43:6 43:6 43:7 43:8 43:8 43:9 43:9 43:10 43:12 43:13 43:13 43:14 43:15 43:15 43:16 43:20 44:1 44:3 44:5 44:8 44:9 44:10 44:10 44:11 44:11 44:12 44:13 44:14 44:16 44:17 44:21 44:21 44:21 44:22 44:23 44:24 44:24 44:25 44:25 44:25 45:2 45:2 45:2 45:3 45:3 45:4 45:6 45:9 45:11 45:12 45:13 45:13 45:14 45:15 45:17 45:17 45:19 45:19 45:20 45:20 45:24 45:25 46:1 46:1 46:2 46:2 46:3 46:3 46:5 46:7 46:10 46:11 46:12 46:12 46:14 46:16 46:20 46:20 46:22 46:22 46:22 46:23 46:23 46:25 46:25 47:1 47:1 47:1 47:2 47:4 47:4 47:6 47:7 47:7 47:8 47:8 47:10 47:16 47:17 47:17 47:19 47:21 47:25 48:2 48:4 48:4 48:6 48:6 48:6 48:7 48:8 48:8 48:9 48:12 48:13 48:13 48:16 48:23 48:25 48:25 49:1 49:1 49:1 49:2 49:4 49:4 49:4 49:6 49:7 49:8 49:11 49:11 49:12 49:13 49:13 49:13 49:19 49:19 49:19 49:21 49:21 49:22 49:23 49:23 49:24 49:25 50:1 50:2 50:2 50:3 50:3 50:5 50:6 50:9 50:9 50:10 50:12 50:13 50:14 50:14 50:16 50:17 50:17 50:20 50:22 50:22 50:24 50:25 51:1 51:2 51:3 51:6 51:9 51:10 51:10 51:11 51:12 51:13 51:14 51:15 51:17 51:17 51:17 51:20 51:21 51:22 51:24 51:25 51:25 51:25 52:1 52:1 52:2 52:2 52:3 52:5 52:5 52:6 52:7 52:8 52:9 52:9 52:9 52:10 52:12 52:18 52:20 52:21 52:24 52:25 53:5 53:8 53:9 53:11 53:15 53:24 54:2 54:6 54:8 54:16 54:22 54:25 54:25 55:3 55:4 55:6 55:9 55:9 55:10 55:10 55:11 55:11 55:11 55:13 55:23 55:24 56:1 56:1 56:4 56:7 56:9 56:11 56:11 56:13 56:13 56:14 56:15 56:16 56:20 56:20 56:29 56:21 56:21 57:1 57:6 57:7 57:8 57:9 57:10 57:12 57:13 57:17 57:18 57:21 57:21 57:22 57:25 57:25 58:1 58:2 58:5 58:6 58:7 58:8 58:10 58:12 58:13 58:14 58:14 58:15 58:18 58:21 58:24 59:1 59:2 59:3 59:6 59:9 59:14 59:16 59:17 59:17 59:18 59:19 59:20 59:20 59:21 59:21 |
| **that'd**(1) | 229:2 | | | | | | |
| **that'll**(1) | 221:20 | | | | | | |
| **that's**(134) | 15:10 16:22 25:11 33:24 36:1 36:19 37:17 39:2 42:13 45:20 53:2 53:22 53:25 54:4 54:21 55:2 55:6 55:7 55:12 55:13 55:17 55:19 56:3 56:4 56:7 56:17 58:12 59:13 62:20 63:6 64:15 64:18 65:14 67:16 67:17 68:17 69:5 69:6 70:5 72:2 72:5 72:7 72:10 72:19 73:6 74:5 74:12 77:7 78:25 78:25 79:5 79:5 79:20 79:23 80:20 81:17 82:10 82:15 82:19 83:10 83:11 83:13 84:5 84:13 84:16 86:15 87:11 88:24 90:17 91:22 93:17 93:22 94:5 94:18 95:11 96:25 97:14 102:8 102:9 143:10 146:16 147:2 150:12 150:22 156:23 159:5 159:18 165:25 166:3 166:7 166:11 166:15 166:19 166:23 167:3 167:6 167:9 168:14 169:7 169:11 169:14 171:15 172:2 172:7 172:12 172:14 172:17 173:2 173:18 173:21 173:24 174:1 174:13 174:24 175:14 177:14 179:2 181:5 188:3 191:1 193:24 200:9 204:25 206:12 212:5 216:21 218:6 218:15 221:9 223:24 227:13 227:17 227:23 229:18 | | | | | | |
| **that's**(12) | 107:4 110:11 122:11 123:3 123:6 123:15 124:6 131:12 132:5 135:24 139:9 139:10 | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| the(301) | 59:23 59:24 60:2 60:2 60:3 60:4 60:4 60:4 60:5 60:6 60:7 60:7 60:11 60:11 60:11 60:12 60:14 60:14 60:14 60:15 60:18 60:18 60:20 60:21 60:23 60:24 60:24 61:1 61:3 61:5 61:17 61:20 61:21 61:22 61:23 61:24 61:25 62:1 62:2 62:5 62:5 62:7 62:7 62:9 62:9 62:11 62:12 62:15 62:16 62:17 62:17 62:18 62:18 62:19 62:19 62:20 62:20 62:21 62:22 63:2 63:3 63:4 63:5 63:9 63:9 63:13 63:13 63:14 63:17 63:20 64:2 64:2 64:3 64:4 64:5 64:7 64:16 64:16 64:17 64:19 64:20 64:22 64:23 64:23 64:24 64:24 64:24 64:25 65:1 65:3 65:9 65:11 65:14 65:15 65:16 65:19 65:22 66:1 66:1 66:5 66:5 66:7 66:10 66:12 66:15 66:16 66:17 66:18 66:19 66:20 66:21 66:22 66:24 67:1 67:3 67:4 67:6 67:7 67:8 67:9 67:10 67:13 67:13 67:15 67:16 67:17 67:17 67:22 67:24 68:1 68:2 68:4 68:5 68:6 68:6 68:7 68:7 68:9 68:10 68:15 68:18 68:19 69:6 69:10 69:12 69:14 69:16 69:18 69:21 70:3 70:10 70:11 70:16 71:7 71:8 71:11 71:12 71:14 71:14 71:15 71:17 71:18 71:18 71:19 71:22 71:22 71:23 71:23 71:23 72:2 72:5 72:5 72:12 72:13 72:13 72:14 72:14 72:15 72:16 72:16 72:17 72:17 72:19 72:20 72:21 72:22 72:22 72:22 72:22 72:23 72:24 72:24 72:25 73:1 73:3 73:3 73:4 73:4 73:7 73:9 73:10 73:12 73:14 73:15 73:17 73:18 73:18 73:19 73:19 73:20 74:1 74:2 74:3 74:6 74:8 74:8 74:14 74:14 74:19 74:20 74:21 74:23 74:25 75:3 75:3 75:8 75:8 75:9 75:10 75:10 75:11 75:12 75:16 75:16 75:19 75:19 75:21 75:21 75:22 75:22 75:23 75:23 75:24 75:24 75:25 76:1 76:1 76:11 76:12 76:14 76:15 76:19 76:19 76:20 76:21 76:21 76:23 76:24 76:25 77:1 77:4 77:9 77:9 77:12 77:12 77:13 77:22 77:22 77:25 77:25 78:1 78:2 78:5 78:9 78:14 78:16 78:18 78:18 78:19 78:20 78:20 78:21 78:22 78:24 79:2 79:5 79:8 79:8 79:9 79:13 79:14 79:14 79:17 79:19 79:19 79:21 79:22 79:24 80:1 | the(301) | 80:1 80:8 80:8 80:12 80:13 80:13 80:14 80:14 80:24 80:24 80:25 81:3 81:4 81:5 81:8 81:9 81:9 81:15 81:16 81:21 81:21 81:22 81:25 81:25 82:6 82:7 82:7 82:8 82:9 82:9 82:10 82:10 82:13 82:13 82:13 82:16 82:17 82:17 82:20 82:21 83:3 83:7 83:8 83:8 83:12 83:16 83:17 83:18 83:18 83:19 83:19 83:21 83:22 83:23 84:4 84:10 84:14 84:20 84:22 85:3 85:10 85:11 85:18 85:19 85:19 85:21 85:22 85:22 85:23 85:23 85:25 85:25 86:3 86:4 86:5 86:17 86:20 86:22 86:22 86:24 86:25 86:25 87:1 87:1 87:4 87:6 87:12 87:14 87:15 87:16 87:19 87:20 87:23 87:24 87:24 88:3 88:4 88:10 88:11 88:12 88:15 88:17 88:20 89:3 89:10 89:11 89:15 89:16 90:4 90:4 90:7 90:8 90:10 90:12 90:13 90:14 90:16 91:2 91:2 91:3 91:5 91:6 91:9 91:10 91:13 91:15 91:16 91:17 91:18 91:19 91:20 91:20 91:21 91:22 91:22 92:7 92:7 92:10 92:12 92:12 92:13 92:15 93:10 93:13 93:14 93:15 93:16 93:21 93:21 93:24 93:24 93:25 94:3 94:5 94:5 94:7 94:11 94:12 94:14 94:18 94:19 94:20 94:21 94:22 94:23 94:25 95:4 95:4 95:8 95:9 95:9 95:10 95:13 95:19 95:22 95:25 96:1 96:2 96:3 96:3 96:3 96:4 96:4 96:5 96:6 96:7 96:8 96:8 96:9 96:10 96:12 96:17 96:18 96:18 96:19 96:19 96:19 96:20 96:20 96:20 96:24 97:1 97:6 97:9 97:10 97:10 97:17 97:18 97:22 98:1 98:8 98:9 98:11 98:15 98:15 98:16 98:16 98:17 98:18 98:23 98:25 98:25 99:1 99:1 99:2 99:3 99:3 99:4 99:7 99:11 99:16 99:16 99:18 99:19 99:20 99:22 99:24 99:25 100:4 100:13 100:14 100:15 100:15 100:18 100:21 100:22 100:23 100:23 100:23 101:6 101:6 101:7 101:7 101:10 101:11 101:11 101:12 101:13 101:13 101:15 101:15 101:15 101:16 101:16 101:17 101:17 101:17 101:18 101:19 | the(301) | 101:20 101:21 101:21 101:22 101:22 101:22 101:23 101:23 101:24 101:25 101:25 102:1 102:4 102:5 102:7 102:7 102:12 102:14 102:15 102:15 102:22 102:22 102:24 103:4 103:6 103:9 103:10 103:12 103:13 103:14 103:16 103:16 103:18 103:19 103:21 103:23 103:24 104: 104:1 104:1 104:2 104:5 104:7 104:10 104:24 104:25 105:2 105:2 105:3 105:4 105:7 105:8 105:10 105:11 105:11 105:13 105:15 105:15 105:15 105:16 105:19 105:20 105:21 105:21 105:22 105:23 105:23 105:24 105:25 106:4 106:8 106:11 106:13 106:13 106:18 106:20 106:20 106:23 106:24 107:1 107:4 107:4 107:8 107:15 107:16 107:22 107:24 107:25 108: 108:2 108:3 108:5 108:6 108:6 108:7 108:8 108:8 108:12 108:13 108:14 108:15 108:16 108:16 108:20 108:20 108:21 108:21 108:22 108:23 108:23 108:25 109: 109:3 109:5 109:10 109:13 109:13 109:16 109:17 109:18 109:21 109:22 109:23 109:24 110:2 110:4 110:6 110:7 110:10 110:12 110:14 110:15 110:16 110:23 111: 111:2 111:3 111:13 111:14 111:14 111:16 111:16 111:17 111:18 111:20 111:20 112: 112:4 112:5 112:6 112:7 112:11 112:12 112:14 112:21 112:21 112:23 112:24 113: 113:1 113:3 113:4 113:4 113:5 113:11 113:19 113:21 113:22 113:23 113:24 114: 114:18 114:8 114:9 114:11 114:17 114:17 114:18 114:19 114:19 114:19 114:22 114:22 114:24 114:25 115:1 115:1 115:3 115:3 115:4 115:5 115:9 115:13 115:16 115:16 115:16 116:1 116:5 116:7 116:8 116:9 116:10 116:10 116:14 116:14 116:15 116:15 116:18 116:20 116:21 116:22 116:23 116:24 116:24 117:1 117:5 117:7 117:8 117:8 117:10 117:10 117:12 117:12 117:16 117:18 117:23 118:3 118:4 118:10 118:10 118:12 118:12 118:13 118:16 118:20 118:22 118:24 119:2 119:3 119:6 119:8 119:12 119:14 119:14 119:17 119:1 119:19 119:19 119:23 119:25 120:1 120: 120:10 120:13 120:14 120:14 120:15 120:17 120:17 120:18 120:18 120:19 120:20 120:21 120:21 120:24 120:25 121:8 121:8 121:9 121:16 121:17 121:19 121:20 121:21 121:25 122:8 122:8 122:8 122:10 122:11 122:12 122:16 122:20 122:21 122:21 122:22 122:22 122:23 123: 123:3 123:5 123:8 123:9 123:10 | the(301) | 123:11 123:12 123:12 123:14 123:21 123:22 123:22 123:23 123:24 123:25 124:1 124:1 124:3 124:4 124:4 124:4 124:6 124:6 124:8 124:13 124:16 124:20 124:24 124:25 124:25 125:1 125:3 125:3 125:4 125:4 125:6 125:7 125:8 125:9 125:12 125:18 125:19 125:24 125:25 125:25 126:1 126:5 126:5 126:9 126:13 126:14 126:15 126:15 126:15 126:19 126:21 126:21 126:22 127:1 127:3 127:4 127:4 127:5 127:7 127:9 127:12 127:12 127:14 127:19 127:23 127:25 128:2 128:4 128:11 128:13 128:14 128:15 128:16 129:2 129:6 129:6 129:7 129:9 129:9 129:9 129:12 129:15 129:16 129:17 129:18 129:21 129:22 129:23 129:23 129:25 129:25 130:2 130:5 130:5 130:6 130:9 130:9 130:14 130:18 130:19 131:3 131:5 131:7 131:12 131:13 131:16 131:18 131:19 131:24 131:24 132:2 132:14 132:15 132:16 132:18 132:19 132:21 132:25 133:5 133:5 133:6 133:8 133:9 133:11 133:15 133:16 133:17 133:19 133:20 134:3 134:4 134:6 134:7 134:8 134:10 134:11 134:14 134:14 134:17 134:23 135:1 135:11 135:14 135:15 135:17 135:18 135:19 135:19 135:21 135:23 135:25 136:3 136:5 136:9 136:11 136:12 136:14 136:25 137:3 137:4 137:4 137:5 137:12 137:13 137:15 137:16 137:20 137:22 138:2 138:7 138:13 138:20 138:20 139:6 139:6 139:10 139:11 139:11 139:18 139:19 139:21 139:22 139:25 140:1 140:6 140:14 140:18 140:21 141:1 141:2 141:3 141:5 141:9 141:9 141:12 141:14 141:15 141:17 141:25 142:1 142:4 142:16 142:24 142:24 142:25 142:25 143:1 143:1 143:2 143:5 143:8 143:11 143:12 143:13 143:14 143:24 143:24 144:1 144:4 144:7 144:12 144:12 144:14 144:19 144:20 144:22 145:3 145:5 145:5 145:6 145:8 145:9 145:13 145:13 145:14 145:24 145:25 145:25 146:3 146:6 146:7 146:7 146:8 146:10 146:11 146:18 146:22 147:2 147:3 147:4 147:5 147:6 147:7 147:7 147:9 147:10 147:11 147:19 147:22 147:22 147:24 148:1 148:3 148:3 148:4 148:6 148:7 148:9 148:10 148:10 148:17 148:18 148:21 148:25 149:2 149:6 149:8 149:10 149:14 149:14 149:15 149:17 149:20 149:22 149:23 149:23 149:24 149:25 150:6 150:6 150:9 150:12 150:14 150:15 150:20 150:24 150:25 151:2 151:4 151:7 151:12 |

**TRIBUNE 3.14.11.REV2.DOC**

| Word | Page:Line |
|---|---|
| **the(301)** | 151:13 151:14 151:15 151:15 151:19 151:21 151:24 152:2 152:3 152:6 152:8 152:12 152:17 152:25 152:25 153:1 153:3 153:9 153:10 153:11 153:14 153:14 153:16 153:17 153:18 153:19 153:21 153:24 153:24 154:5 154:5 154:6 154:8 154:12 154:12 154:15 154:16 154:1 154:18 154:19 154:21 154:21 155:8 155:10 155:10 155:16 155:17 155:20 155:22 155:24 155:25 156:2 156:5 156:5 156:9 156:12 156:13 156:14 156:17 156:2 156:23 156:24 157:5 157:15 157:15 158:3 158:5 158:10 158:12 158:12 158:17 158:2 158:23 159:1 159:2 159:6 159:7 159:10 159:12 159:12 159:17 159:19 160:1 160:1 160:2 160:4 160:7 160:12 160:13 160:16 160:18 160:20 160:21 160:23 160:25 161:1 161:3 161:6 161:8 161:10 161:10 161:11 161:13 161:22 162:12 162:14 162:16 163:1 163:14 163:25 164:3 164:10 164:19 165:3 165:6 165:9 165:10 165:11 165:14 165:23 166:12 166:17 166:20 166:24 167:1 167:4 167:11 167:11 167:15 167:16 167:17 167:17 167:19 167:24 168:4 168:4 168:5 168:8 168:17 168:21 169:3 169:9 169:23 169:24 170:1 170:4 170:7 170:10 170:15 170:17 170:17 170:18 170:23 170:25 171: 171:7 171:12 171:14 171:17 171:17 171:20 171:25 171:25 172:7 172:10 172:1 172:12 172:15 172:15 172:16 172:16 172:18 172:20 172:20 172:25 173:3 173:9 173:19 173:22 173:23 174:1 174:5 174:8 174:8 174:9 174:14 174:17 175:2 175:3 175:8 175:8 175:9 175:9 175:10 175:13 175:15 175:15 175:16 175:18 175:20 175:20 176:3 176:6 176:15 176:16 176:25 177:4 177:7 177:7 177:10 177:16 177:20 177:25 178:2 178:6 178:9 178:13 178:13 178:18 178:20 178:21 179:6 179:8 179:10 179:10 179:11 179:12 179:22 179:23 179:25 180:4 180:4 180:5 180:7 180:8 180:9 180:16 180:17 180:18 180:20 180:2 180:23 181:5 181:7 181:10 181:11 181:1 181:15 181:16 181:25 181:25 182:2 182:3 182:3 182:6 182:7 182:9 182:11 182:12 182:15 182:16 182:19 182:21 183:1 183:3 183:5 183:8 183:9 183:10 183:11 183:13 183:15 183:17 183:19 183:21 183:21 183:22 183:23 183:23 184:4 184:5 184:6 184:8 184:11 184:16 184:21 185:1 185:1 185:3 185:5 185:10 185:11 185:15 185:17 185:20 185:24 186:1 186:5 186:7 186:12 |
| **the(301)** | 186:12 186:13 186:15 186:18 186:18 186:21 186:21 186:22 186:24 186:24 187:1 187:2 187:3 187:11 187:13 187:14 187:14 187:17 187:18 187:19 187:22 187:25 188:1 188:3 188:5 188:8 188:9 188:11 188:14 188:15 188:19 188:2 188:23 188:24 188:25 189:1 189:2 189:3 189:4 189:4 189:5 189:6 189:8 189:9 189:9 189:11 189:13 189:14 189:14 189:1 189:17 189:18 189:18 189:19 189:20 189:21 189:23 189:24 189:24 189:24 189:25 190:1 190:5 190:6 190:7 190:9 190:10 190:11 190:12 190:1 190:19 190:21 190:22 190:22 190:22 190:23 191:1 191:1 191:7 191:7 191:8 191:9 191:10 191:12 191:15 191:19 191:1 192:14 192:16 192:17 192:22 192:23 193:1 193:3 193:4 193:9 193:10 193:11 193:16 193:18 193:21 193:22 193:23 193:25 194:2 194:3 194:5 194:7 194:9 194:10 194:12 194:16 194:17 194:19 194:21 194:21 194:23 194:24 194:25 195: 195:2 195:2 195:3 195:5 195:5 195:10 195:14 195:15 195:15 195:17 195:18 195:19 195:20 195:23 195:24 196:2 196:6 196:9 196:12 196:17 196:18 196:2 196:9 196:16 196:17 197:4 197:5 197:5 197:11 197:15 197:17 197:19 197:21 197:23 197:25 198:8 198:14 198:14 198:1 198:18 198:18 198:19 198:21 199:1 199: 199:2 199:4 199:6 199:7 199:7 199:9 199:10 199:10 199:11 199:11 199:11 199:11 199:12 199:15 199:15 199:19 199:20 199:25 200:1 200:4 200:8 200:9 200:10 200:12 200:18 200:20 200:22 201:3 201:4 201:5 201:7 201:8 201:8 201:11 201:11 201:12 201:12 201:19 201:19 201:22 201:22 201:24 202:2 202:6 202:6 202:7 202:7 202:12 202:12 202:13 202:13 202:18 202:19 202:20 202:20 202:21 202:23 202:23 202:24 203:1 203:2 203:3 203:3 203:4 203:4 203:5 203:7 203:7 203:8 203:8 203:9 203:10 203:16 203:17 204:6 204:8 204:9 204:11 204:12 204:16 204:18 204:20 204:20 204:22 204:23 204:24 204:24 205:3 205:4 205:5 205:6 205:11 205:12 205:13 205:17 205:23 206: 206:2 206:5 206:5 206:6 206:8 206:9 206:11 206:12 206:12 206:15 206:16 206:17 206:18 206:19 206:19 206:20 206:21 206:22 206:24 207:1 207:2 207:3 207:10 207:21 208:1 208:1 208:2 208:7 208:8 |
| **the(273)** | 208:11 208:12 208:15 208:18 208:24 209:12 209:18 209:18 209:19 209:19 209:20 209:21 209:22 209:22 209:25 210:1 210:3 210:3 210:5 210:6 210:6 210:7 210:8 210:9 210:11 210:11 210:12 210:16 210:17 210:17 210:18 210:19 210:19 211:1 211:6 211:7 211:8 211:8 211:10 211:13 211:16 211:17 211:2 211:20 211:21 211:23 211:23 211:24 212:5 212:6 212:6 212:7 212:9 212:13 212:16 212:16 212:20 212:21 212:24 212:25 213:5 213:8 213:9 213:11 213:13 213:13 213:15 213:19 213:20 213:24 214:7 214:8 214:22 214:23 214:25 215:1 215:1 215:3 215:4 215:6 215:10 215:11 215:17 215:18 215:19 215:22 215:24 216:4 216:5 216:7 216:12 216:12 216:14 216:19 216:19 216:20 216:22 217:12 217:14 217:14 217:15 217:16 217:16 217:17 218:6 218:7 218:9 218:10 218:12 218:17 218:17 218:21 218:21 218:23 219:1 219:6 219:8 219:10 219:12 219:16 219:19 219:23 219:23 219:23 219:24 219:24 219:25 220:1 220:5 220:11 220:14 220:18 220:19 220:2 220:5 221:7 221:13 221:14 221:17 221:1 221:18 221:19 221:22 221:22 221:23 221:24 222:1 222:2 222:4 222:5 222:7 222:13 222:13 222:15 222:16 222:1 223:1 223:1 223:3 223:4 223:5 223:5 223:6 223:7 223:8 223:8 223:11 223:18 223:20 223:22 223:23 223:24 224:2 224:3 224:4 224:6 224:7 224:9 224:10 224:10 224:11 224:12 224:13 224:14 224:15 224:16 224:18 224:21 225:12 225:12 225:15 225:16 225:17 225:17 225:21 225:25 225:25 225:11 226:5 226:7 226:9 226:14 226:15 226:17 226:20 226:22 227:1 227:3 227:4 227:4 227:5 227:7 227:8 227:11 227:12 227:13 227:20 227:21 227:25 227:25 228: 227:13 228:2 228:3 228:4 228:5 228:5 228:6 228:6 228:7 228:7 228:8 228:9 228:10 228:13 228:14 228:15 228:16 228:19 228:22 228:23 228:24 228:25 229:1 229:2 229:5 229:17 229:11 229:12 229:15 229:17 229:5 229:17 229:22 230:1 231:2 231:3 231:3 231:4 |
| **their(77)** | 13:25 14:15 15:16 16:10 16:11 18:6 20:18 20:24 23:18 26:2 29:17 31:4 31:21 32:3 32:21 41:22 68:22 72:13 92:8 92:8 92:9 95:7 115:10 119:2 119:13 145:9 159:15 163:7 178:15 178:17 178:19 178:20 178:24 181:21 187:22 189:13 189:15 191:22 191:24 192:13 192:21 193:1 193:2 193:4 193:20 193:23 194:2 197:11 199:23 199:24 200:9 205:22 206:17 207:7 207:18 207:19 207:20 209:6 212:11 213:16 213:21 213:23 214:11 214:12 214:13 214:14 214:16 215:2 217:12 217:2 217:24 219:5 219:11 221:9 221:12 223:10 |
| **them(58)** | 12:11 12:23 13:15 13:24 13:25 19:19 32:3 38:24 47:18 47:19 47:21 48:7 48:9 49:5 49:6 51:5 79:3 85:24 96:8 96:11 104:4 110:6 114:5 115:9 117:19 148:9 164:3 168:16 168:23 169:1 169:1 169:4 169:5 169:6 169:25 176:3 176:22 190:6 191:23 192:19 192:23 196:18 200:3 202:18 202:22 204:2 204:4 204:7 207:4 211:14 211:17 211:18 214:23 214:25 222:22 226:2 226:6 229:2 |
| **themselves(2)** | 18:15 62:24 |
| **then(66)** | 12:6 16:7 20:18 28:21 28:23 29:13 31:17 32:2 34:25 35:18 37:1 38:13 40:2 41:14 46:24 50:3 58:9 58:16 67:15 68:19 71:10 72:14 107:10 107:11 107:19 111:19 120:19 127:7 141:7 151:21 160:5 171:22 174:3 180:11 181:18 184:6 186:24 189:14 190:8 190:24 192:19 192:22 196:7 197:23 198:2 200:17 201:24 201:25 202:2 202:17 205:12 206:2 208:15 208:18 208:20 214:20 214:21 214:25 219:15 219:16 219:24 221:14 221:15 224:10 224:22 229:6 |
| **theories(1)** | 63:16 |
| **theory(3)** | 175:17 188:7 218:13 |
| **there(168)** | 12:24 14:25 22:22 24:15 27:24 28:21 29:11 29:13 30:17 30:18 30:21 34:7 36:25 37:1 38:7 40:13 40:14 40:15 42:15 42:20 46:20 46:21 58:6 58:10 59:22 60:24 62:2 63:12 63:22 65:1 65:9 65:10 66:4 68:7 70:16 70:24 73:8 73:8 75:5 77:25 81:17 84:1 84:3 84:7 84:7 84:8 88:11 91:1 91:3 91:6 93:25 94:2 94:4 97:2 97:3 97:3 97:4 98:1 99:25 100:15 100:22 101:3 101:17 101:23 104:19 104:20 107:12 107:19 107:22 108:7 109:2 109:6 110:16 111:23 113:9 113:24 113:25 114:10 114:11 115:13 117:4 117:13 118:3 119:7 123:11 124:7 125:1 125:23 129:10 130:18 131:18 132:3 136:6 137:21 141:4 144:7 144:8 145:2 145:5 148:20 155:14 161:24 163:6 163:20 165:6 171:12 174:6 175:12 180:20 180:24 180:25 181:3 181:11 181:13 183:17 183:22 184:1 184:8 184:12 185:24 187:21 187:24 188:18 189:25 191:22 192:4 192:9 194:25 196:16 197:4 197:4 197:20 197:22 201:6 202:19 204:1 204:5 205:9 205:15 209:16 209:17 210:13 210:14 215:11 215:11 215:13 215:13 216:23 217:15 218:7 218:13 218:18 220:4 220:7 220:10 221:1 221:21 226:5 227:6 227:19 227:23 228:8 229:1 |
| **there's(53)** | 12:15 14:2 14:6 22:23 29:2 30:25 31:17 32:13 40:2 40:8 46:5 50:12 60:12 60:18 73:9 81:3 98:11 101:18 141:2 141:7 147:12 153:3 153:4 156:6 159:10 159:13 169:18 170:11 171:11 177:1 177:7 177:16 183:24 186:15 195:6 195:12 196:10 196:12 198:2 204:1 206:13 210:13 218:2 220:12 221:4 222:8 222:19 223:5 |
| **therefore(3)** | 18:11 96:6 208:2 |
| **there's(26)** | 108:10 108:24 110:22 112:9 114:12 114:13 114:14 114:21 115:4 115:5 115:11 116:1 117:12 119:14 120:8 121:25 124:1 124:7 124:20 126:5 127:16 130:11 131:19 131:20 133:19 134:2 |
| **these(60)** | 12:21 17:18 29:4 31:19 38:5 38:6 38:11 38:22 47:13 48:23 49:5 50:4 50:5 50:7 50:18 50:19 51:4 59:14 59:19 60:5 61:7 61:10 61:14 81:5 94:23 112:4 112:12 126:11 126:19 127:10 130:16 133:1 144:11 144:11 145:9 145:25 146:24 147:24 157:14 157:14 164:1 165:13 168:15 168:20 170:8 170:22 171:15 178:25 179:25 193:7 194:5 194:8 203:20 204:16 207:6 210:15 219:1 225:17 226:24 227:8 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **they**(152) 12:20 12:20 14:18 14:23 15:4 15:7 15:7 15:8 15:10 15:13 15:15 15:16 16:2 16:3 16:10 17:5 17:9 32:15 35:18 35:18 46:9 47:15 48:7 49:3 50:20 50:20 52:14 52:23 59:24 61:3 67:15 68:17 71:16 72:14 84:23 86:22 86:24 87:1 91:2 91:25 95:8 98:21 99:12 99:14 100:1 100:13 106:12 115:10 115:19 118:1 119:3 119:5 119:5 119:15 126:17 127:11 127:11 129:23 135:23 139:16 139:17 144:19 145:4 145:11 158:9 159:16 159:16 168:15 171:12 171:13 171:13 171:18 176:19 179:13 179:21 180:11 181:12 184:11 184:14 189:12 189:16 189:21 190:6 190:2 191:2 191:24 192:14 192:15 192:19 192:25 194:12 194:12 194:14 197:7 198:1 199:23 199:25 200:1 200:4 200:7 200:15 200:18 200:19 200:20 201:7 201:19 201:21 202:11 203:23 204:1 204:2 205:24 206:17 207:18 207:19 207:21 207:25 208:25 211:25 211:25 212:8 212:10 212:11 212:25 214:9 214:9 214:15 214:17 214:18 214:22 214:24 215:14 216:17 216:18 216:19 217:3 217:7 221:9 221:11 223:12 223:12 225:18 226:7 227:8 227:9 227:11 227:12 227:14 228:5 229:1 229:15 | | **this**(289) 14:7 14:13 15:12 15:19 15:25 17:1 17:7 17:12 18:14 18:18 23:14 23:24 24:8 24:11 24:12 24:21 27:12 27:13 27:24 28:11 28:11 28:13 28:14 32:11 32:24 33:2 33:7 33:8 34:14 34:14 34:16 34:22 35:4 35:13 35:14 36:5 36:6 36:7 36:17 37:4 37:24 39:2 39:4 39:8 40:12 41:10 43:20 43:24 44:20 44:23 45:7 45:10 45:11 45:13 45:16 46:7 46:16 47:4 48:2 48:3 48:17 50:10 51:0 51:9 51:10 51:21 51:24 51:24 52:15 54:1 54:15 54:24 55:20 56:8 66:8 66:8 66:10 67:18 68:12 73:2 73:20 74:19 76:3 77:20 88:16 91:14 95:9 95:14 95:20 98:4 98:19 98:22 99:11 100:10 103:10 107:5 107:25 109:1 110:7 111:4 113:22 114:22 114:23 115:7 116:21 121:18 121:18 121:19 121:20 121:25 122:5 122:8 122:11 122:20 122:21 123:13 124:12 124:13 124:15 124:24 124:25 126:10 126:23 127:13 127:19 128:1 128:19 129:14 130:15 130:20 131:2 131:12 132:7 132:8 133:4 133:6 133:10 133:15 133:19 134:8 134:9 134:19 135:6 135:10 136:18 136:25 137:16 138:23 140:14 140:17 141:13 143:17 143:20 144:1 144:14 144:1 144:18 145:3 145:5 145:15 145:19 145:24 146:6 147:9 147:12 149:3 149:14 151:13 151:21 152:15 153:13 153:17 153:23 155:16 156:1 157:9 158:3 158:9 159:9 160:3 163:23 164:14 165:3 165:8 165:9 167:11 168:3 170:9 170:25 171:15 171:25 172:9 172:19 173:16 174:11 176:11 176:1 176:18 177:8 178:4 178:18 179:4 179:8 179:9 179:18 179:24 181:3 181:9 184:25 185:22 187:4 187:10 191:8 191:11 192:10 193:12 193:19 193:20 196:12 196:23 197:1 197:8 197:18 199:18 199:18 200:15 202:18 203:1 203:4 203:8 203:5 203:14 203:15 203:22 204:4 204:18 205:14 205:23 206:3 206:9 208:10 208:13 209:16 210:10 210:22 211:3 211:4 211:5 211:9 211:12 211:22 211:24 212:7 214:1 214:6 215:24 216:18 216:20 217:1 217:9 217:17 218:22 219:19 220:6 221:11 221:21 222:4 222:16 225:7 225:12 225:19 226:6 226:21 226:25 227:9 227:10 227:12 227:12 229:11 | | **three**(50) 17:2 19:12 23:23 40:12 42:22 46:20 51:21 52:2 54:16 84:15 87:19 104:20 108:1 109:23 111:17 113:25 122:1 123:18 126:14 126:15 126:21 126:22 128:20 128:25 129:2 129:7 129:10 135:20 138:19 144:8 145:10 148:14 148:16 150:6 153:12 156:11 156:15 162:5 170:11 196:1 203:24 204:4 205:3 205:6 211:25 212:12 212:13 214:22 215:11 219:22 | | **topic**(3) 18:20 137:11 216:7 |
| | | | | | | **topics**(2) 146:4 215:22 |
| | | | | | | **torres**(2) 2:26 9:14 |
| | | | | | | **total**(41) 15:5 16:8 36:13 37:8 40:3 41:22 43:2 55:6 124:9 125:21 125:21 125:22 125:23 141:15 153:15 163:24 164:2 175:25 177:6 185:12 185:15 187:19 189:11 194:2 195:3 195:10 198:18 203:9 204:18 204:19 206:22 215:24 218:23 218:23 219:21 219:25 220:9 222:24 223:24 224:18 224:19 |
| **they're**(6) 78:25 164:7 176:7 194:12 197:8 215:23 | | | | **three-fold**(1) 109:16 | | | | |
| **they've**(2) 22:7 22:11 | | **through**(51) 19:18 20:21 21:15 28:2 29:4 29:6 29:16 29:23 30:8 31:3 31:14 51:4 51:22 59:16 83:19 87:9 118:10 118:12 123:23 124:3 126:12 129:4 130:5 132:11 139:6 140:14 148:11 159:12 162:19 175:6 176:21 180:19 188:13 189:3 189:4 189:5 193:25 195:5 195:9 199:9 201:9 204:9 204:13 209:2 213:21 215:1 216:24 217:6 218:15 219:6 222:2 | | | | |
| **they're**(2) 116:22 130:18 | | | | | | **touch**(1) 54:24 |
| **thin**(1) 174:11 | | | | | | **touched**(2) 64:11 64:12 |
| **thing**(11) 14:14 62:20 65:11 65:16 74:2 193:4 199:13 205:2 206:24 212:6 226:20 | | | | | | **towards**(1) 122:10 |
| | | | | | | **tower**(1) 112:7 |
| **things**(24) 14:9 16:1 16:3 18:15 18:25 97:2 113:21 118:2 119:5 127:21 134:22 134:24 157:5 158:1 159:11 164:16 167:25 176:20 190:3 202:17 221:4 222:9 222:11 226:19 | | **throughout**(5) 20:20 23:17 102:10 194:3 204:7 | | | | **toxic**(1) 110:20 |
| | | | | | | **trade**(8) 40:15 42:17 43:5 79:19 79:22 80:8 93:1 101:21 |
| | | **thursday**(1) 149:20 | | | | |
| | | **thus**(2) 50:21 94:25 | | | | **traded**(3) 107:23 188:10 215:5 |
| **think**(78) 12:23 12:24 14:17 15:23 16:11 17:11 17:20 18:9 32:24 51:3 64:2 64:11 65:14 68:4 75:18 80:1 80:19 88:22 92:24 94:6 96:1 96:25 96:25 97:14 100:13 101:8 102:7 108:24 111:2 111:6 111:11 111:22 112:14 113:15 113:19 118:8 118:9 123:10 133:24 134:1 134:7 137:20 142:10 145:12 148:7 148:17 148:18 149:2 158:7 158:22 159:21 159:22 170:12 171:6 172:10 174:7 175:8 177:14 178:4 179:4 179:13 180:15 183:9 184:1 184:23 196:3 199:16 207:25 209:2 209:5 213:7 215:21 221:11 222:5 222:10 227:7 227:15 | | **tied**(3) 114:2 142:8 142:10 | | | | **trader**(1) 215:3 |
| | | **time**(67) 11:13 13:6 14:16 20:22 20:23 30:4 30:6 36:18 37:9 44:13 51:3 65:6 66:21 67:14 67:23 67:25 68:21 69:18 69:21 71:16 71:17 81:21 87:12 87:15 87:17 90:12 93:10 99:5 107:14 107:25 113:24 115:7 121:22 125:24 133:15 136:6 141:11 141:12 144:13 146:6 148:22 150:2 152:2 152:8 155:10 155:13 155:15 163:25 170:4 172:12 172:18 173:7 179:8 179:10 186:6 186:6 188:13 194:15 197:12 199:23 213:5 213:6 225:17 225:22 227:7 228:15 228:19 | | **trading**(2) 188:3 188:5 |
| | | | | | | **traditionally**(1) 207:15 |
| | | | | | | **training**(1) 53:18 |
| | | | | | | **transaction**(25) 49:25 49:25 62:2 62:2 64:17 118:22 163:20 168:9 200:21 207:19 207:20 209:13 209:15 209:17 209:19 210:2 210:3 210:4 210:18 210:21 212:10 213:10 214:21 215:3 215:7 |
| **thinking**(3) 144:12 176:21 217:6 | | | | | | |
| **third**(18) 32:6 32:8 35:25 36:11 38:17 39:22 40:1 45:22 58:9 65:23 78:21 91:22 112:23 114:11 114:17 157:20 162:8 209:8 | | **timeframe**(7) 68:18 120:1 144:21 147:3 205:18 205:20 205:21 | | | | **transactions**(25) 44:15 46:9 59:15 59:24 60:5 61:2 61:2 94:21 116:11 119:5 163:24 164:2 164:3 169:19 196:12 201:14 201:23 205:12 210:12 211:16 212:21 215:1 215:13 223:11 223:17 |
| | | **timely**(1) 135:1 | | | | |
| **third-party**(1) 113:12 | | **times**(16) 85:3 85:11 105:24 106:18 106:21 106:21 106:22 106:24 107:8 108:7 109:22 115:5 120:15 197:9 197:9 215:7 | | | | |
| **thirty**(6) 29:21 164:8 181:12 195:18 197:17 197:18 | | | | | | **transcriber**(1) 231:8 |
| | | **timing**(4) 27:1 213:8 221:8 221:10 | | | | **transcript**(3) 1:18 1:50 231:3 |
| | | **title**(2) 20:3 161:19 | | | | **transcription**(3) 1:43 1:50 184:13 |
| | | **titled**(6) 28:15 28:18 84:4 122:17 144:5 144:8 | | | | **transfer**(1) 61:8 |
| | | | | | | **transferred**(1) 45:17 |
| **thomas**(1) 3:27 | | | | | | **transfers**(1) 61:11 |
| **thorough**(1) 99:1 | | **tms**(2) 222:21 223:3 | | | | **transmitter**(1) 112:7 |
| **those**(121) 12:24 14:6 14:10 14:18 14:21 18:8 19:15 19:16 21:10 22:1 24:24 25:18 25:21 27:9 29:20 31:1 31:6 31:8 31:10 31:18 33:19 34:19 35:24 37:4 37:5 37:9 38:9 39:5 39:16 39:18 40:25 41:13 45:23 46:8 49:14 52:16 57:4 59:23 62:18 62:22 66:19 71:14 84:9 84:14 84:18 87:1 87:3 87:6 88:4 90:7 90:12 91:9 92:1 92:3 98:20 99:12 100:18 100:20 104:21 110:8 111:10 113:8 113:8 113:10 113:11 115:19 119:1 119:4 119:12 123:15 123:20 123:21 126:3 126:16 127:22 130:17 131:5 134:13 135:3 138:2 142:13 147:22 150:14 153:7 153:9 153:12 157:17 158:8 164:16 164:10 169:21 169:23 176:13 180:10 181:24 182:19 183:13 184:10 184:13 184:14 186:1 186:20 187:12 188:10 188:15 193:3 193:1 196:8 196:23 204:4 204:15 205:6 206:16 215:12 218:1 218:3 221:15 222:25 224:15 225:25 226:23 | | **today**(13) 14:9 95:10 96:7 97:2 111:12 159:21 159:25 166:25 212:24 226:6 226:24 226:25 228:20 | | | | **travel**(3) 209:19 210:6 210:8 |
| | | | | | | **trb**(1) 41:10 |
| | | | | | | **trb1233272-r**(1) 121:9 |
| | | | | | | **treasury**(1) 21:13 |
| | | **together**(13) 16:13 16:16 30:20 32:20 39:18 100:17 100:20 137:5 151:15 166:24 189:19 222:22 226:19 | | | | **treat**(4) 50:22 77:9 85:16 124:16 |
| | | | | | | **treated**(4) 36:9 78:25 104:4 |
| | | **told**(18) 57:12 60:1 64:21 68:13 70:23 71:6 71:6 71:11 75:14 79:16 80:4 86:2 86:12 89:22 94:12 95:20 142:17 165:12 | | | | **treating**(2) 42:1 77:21 |
| | | | | | | **treatment**(9) 42:5 75:15 75:19 75:21 75:22 100:23 101:16 101:17 135:23 |
| | | | | | | **trend**(3) 110:16 126:15 129:13 |
| | | **tolled**(1) 21:1 | | | | **trend-wise**(1) 126:17 |
| | | **tomorrow**(5) 14:14 160:1 226:9 228:18 229:23 | | | | **trends**(3) 93:23 130:16 134:1 |
| | | | | | | **trends"**(2) 126:6 127:17 |
| | | **tony**(1) 104:23 | | | | **trial**(3) 11:22 13:23 14:5 |
| | | | | | | **triangulate**(1) 196:7 |
| | | **too**(7) 74:25 90:1 133:21 146:16 148:12 197:19 211:9 | | | | **tribune**(66) 1:8 6:21 6:35 28:6 28:15 28:17 28:25 29:6 30:17 37:2 37:16 37:16 37:17 45:23 50:1 53:23 54:5 54:9 57:17 57:17 57:23 59:8 59:12 63:5 63:15 63:21 85:12 85:13 98:12 104:14 104:15 104:16 105:2 105:3 105:20 105:21 107:2 107:20 108:1 108:8 108:22 109:12 109:20 111:14 111:21 113:2 131:16 132:11 132:17 132:19 132:20 133:18 136:5 136:13 137:4 144:5 151:15 165:5 172:1 175:2 192:12 192:23 193:1 213:6 222:20 224:5 |
| | | **took**(14) 32:2 36:16 52:21 74:1 77:8 90:12 99:6 126:3 143:11 186:12 190:9 194:5 217:18 219:3 | | | | **tribune's**(5) 47:11 74:19 84:11 193:7 |
| **though**(3) 80:17 132:14 138:13 | | | | | | **tribune's**(6) 7:17 109:14 112:5 112:11 114:20 131:1 |
| **thought**(14) 73:17 96:23 158:7 159:23 178:18 186:11 199:24 200:1 200:10 213:1 215:10 217:10 225:7 227:4 | | | | | | |
| | | **top**(9) 36:12 45:4 46:22 94:3 124:6 127:25 144:7 193:21 205:2 | | | | **tricadia**(2) 9:44 9:44 |
| **thousand**(1) 177:11 | | | | | | **tried**(5) 128:14 178:19 186:11 186:14 208:11 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**tries**(1) 194:24
**trifecta**(1) 54:16
**triggering**(1) 75:24
**troubled**(1) 214:16
**true**(4) 17:23 134:13 135:24 227:22
**trump**(1) 8:42
**trust**(6) 4:4 6:14 9:14 53:15 116:8 118:4
**trustee**(15) 3:4 3:4 26:2 26:9 27:19 30:12 30:15 30:15 41:17 71:23 85:23 96:23 97:1 97:8 102:13

**try**(11) 14:8 63:8 65:6 91:7 106:12 110:6 111:4 114:4 196:5 196:7 206:12

**trying**(11) 71:7 109:4 114:1 125:7 153:22 154:8 191:10 219:20 219:21 220:1 222:2

**tuliano**(1) 226:16
**turn**(65) 24:5 24:11 28:9 32:6 32:22 33:23 33:25 34:1 36:3 39:1 43:19 43:23 44:19 45:6 46:17 47:23 48:16 49:15 51:20 70:10 75:4 81:19 83:2 107:14 117:21 121:25 124:20 135:6 138:20 140:10 140:12 144:4 145:17 149:6 151:7 152:19 156:5 156:19 159:19 161:22 163:19 180:3 182:2 187:3 188:19 188:20 192:2 192:7 193:17 194:20 196:21 199:2 201:2 204:14 207:10 211:8 214:2 216:7 217:5 218:3 218:19 219:7 220:3 222:15 224:1

**turnaround**(1) 20:15
**turned**(2) 226:1 227:22
**turns**(1) 189:12
**twenty**(2) 164:8 173:10
**twenty-five**(3) 164:14 168:12 168:20
**two**(45) 13:1 16:9 18:22 42:20 53:21 58:14 84:3 84:7 85:18 97:5 98:20 104:1 109:23 115:13 123:16 125:22 127:22 127:24 127:25 129:11 138:19 149:3 158:1 158:18 161:11 162:17 172:23 177:19 183:18 188:24 192:15 194:10 194:25 195:11 196:11 197:13 202:12 204:24 206:13 210:19 215:22 222:5 222:19 223:4 227:19

**two-and-a-half**(1) 172:24
**two-fold**(1) 34:16
**two-hundred-and-one-millio**
198:20

**type**(4) 45:16 99:18 163:5 164:10
**types**(3) 110:18 112:12 175:11
**typical**(7) 26:1 26:8 30:2 45:15 86:13 86:19 147:3

**typically**(2) 102:8 199:20
**u.s**(1) 111:18
**ultimate**(3) 31:22 51:25 213:21
**ultimately**(13) 26:14 32:9 38:3 43:9 48:5 120:10 169:24 194:9 218:16 220:12 220:13 220:24 222:12

**um-hum**(5) 58:10 63:1 88:13 88:16 90:19
**umbrella**(1) 204:5
**unattractive**(1) 112:20
**uncertainties**(1) 222:1
**uncertainty**(2) 158:10 191:22
**unchanged**(1) 68:23
**undefined**(1) 117:11
**under**(41) 33:5 33:9 33:21 33:22 39:8 43:13 55:6 55:15 56:3 56:4 56:9 57:8 58:7 63:16 63:19 65:3 67:16 72:23 75:20 92:2 93:23 112:21 118:3 119:1 119:2 135:2 144:11 147:19 153:15 169:2 169:5 169:6 190:17 191:13 196:6 197:5 200:21 204:4 206:12 206:15 206:17

**under-100,00**(1) 119:12
**undergraduate**(1) 163:12

**underlying**(5) 59:23 81:16 82:13 132:14 132:16

**underneath**(1) 193:23
**understand**(24) 35:1 50:10 50:11 59:23 63:2 63:13 63:16 73:6 73:8 87:22 102:12 104:24 153:22 155:13 157:4 176:2 191:10 193:16 194:19 202:9 209:25 212:14 225:10 226:5

**understanding**(27) 15:5 23:21 57:4 57:8 58:12 58:21 62:1 62:4 62:5 63:8 69:13 70:1 74:8 75:16 78:22 79:3 79:4 115:17 118:15 118:18 119:18 137:8 137:19 171:3 197:15 204:16 225:18

**understated**(1) 213:15
**understood**(5) 18:23 75:15 137:15 138:12 190:7

**undertake**(1) 61:7
**unique**(4) 26:12 27:24 28:3 223:10
**unit**(5) 120:8 120:16 144:14 144:15 144:17
**united**(3) 1:1 1:20 108:15
**units**(9) 88:20 120:14 125:5 126:1 144:19 144:23 145:8 148:7 148:18

**universe**(1) 12:8
**university**(4) 20:12 20:14 163:13 163:14
**unless**(2) 51:4 177:16
**unlevered**(2) 193:24 218:8
**unlike**(2) 26:1 26:11
**unpaid**(1) 92:3
**unrealized**(2) 181:20 217:23
**unsecured**(6) 3:18 5:12 32:19 42:11 43:17 92:22

**unshackled**(1) 157:25
**until**(6) 32:7 39:21 75:23 107:15 173:3 174:3

**unusual**(6) 179:6 191:17 201:17 201:21 210:22 213:3

**unwarranted**(1) 133:24
**update**(19) 87:13 87:14 88:3 93:18 93:21 98:22 181:5 185:10 186:22 195:1 195:2 203:14 215:20 215:21 216:16 216:17 218:20 220:21 224:15

**updated**(49) 69:19 69:24 70:2 100:4 180:18 180:21 180:21 181:1 181:1 181:10 182:14 182:16 183:4 183:20 184:14 185:2 185:6 185:11 189:2 189:3 189:6 189:9 189:14 195:6 196:9 199:10 199:10 199:11 199:12 201:8 201:10 201:12 204:8 204:9 204:21 204:22 206:2 206:18 207:3 210:9 211:23 214:7 214:7 217:2 221:23 223:6 223:6 224:10 228:10

**updates**(5) 180:23 186:19 187:9 211:7
**update**(1) 121:11
**updating**(11) 69:22 175:11 178:21 188:25 198:14 198:22 203:6 204:7 204:23 206:5 220:22

**upon**(23) 25:5 25:7 31:16 58:13 58:19 58:25 64:4 68:8 68:11 68:23 82:20 100:2 116:3 117:24 179:25 197:13 198:8 199:22 201:15 212:13 214:15 214:18 217:3

**upward**(1) 187:25
**usa**(1) 8:49
**usage**(1) 11:13
**use**(16) 12:9 14:16 15:21 50:7 66:12 68:15 70:11 71:3 71:4 206:12 207:16 213:8 214:9 214:9 225:10 226:2

**used**(37) 11:15 11:16 11:24 12:3 13:23 14:4 41:24 50:9 68:18 69:10 72:2 72:5 80:2 98:11 135:20 139:10 142:7 151:8 183:22 187:12 189:12 195:16 199:15 206:17 207:4 207:18 207:19 210:16 210:1 210:20 212:23 212:24 215:8 219:14 223:12 225:16 225:21

**using**(7) 79:18 92:7 106:7 188:7 209:1 210:25 226:7

**usually**(3) 120:1 147:6 147:9
**utilize**(1) 176:22
**utilized**(5) 67:17 201:18 214:22 214:25 219:11

**valerio**(1) 9:6
**valid**(1) 215:7
**validate**(2) 130:22 215:14
**validating**(1) 215:7
**valuation**(90) 35:12 35:14 35:16 35:17 39:17 58:1 67:13 67:21 69:19 69:22 70:4 70:19 70:25 71:4 71:12 85:14 87:13 87:21 98:20 98:21 99:1 100:5 100:8 159:25 163:22 164:10 164:11 164:17 164:23 165:11 167:12 167:13 167:14 167:16 168:4 168:25 168:25 169:9 170:9 170:10 170:25 171:5 171:7 171:10 171:15 173:19 174:6 174:9 174:12 175:17 176:7 176:21 177:3 182:20 183:14 183:24 184:1 184:5 184:9 188:7 190:1 192:14 193:7 196:3 196:4 198:3 198:9 198:17 201:3 201:6 202:24 203:20 206:4 206:6 206:14 206:16 207:15 210:1 210:23 211:2 211:21 212:11 213:12 213:22 219:5 219:19 219:11 222:5 223:2 224:18

**valuation-related**(1) 188:5
**valuations**(7) 164:5 164:15 164:19 168:11 175:19 188:4 199:20

**value**(140) 19:14 23:6 26:15 26:19 29:11 29:13 29:16 29:18 29:20 30:18 32:5 32:6 32:7 33:23 34:17 35:18 35:20 35:20 35:25 36:6 36:7 36:9 36:11 36:14 36:19 36:20 36:23 36:24 37:1 37:4 37:6 37:15 38:4 38:12 38:13 38:19 38:21 39:17 39:20 39:21 41:11 57:13 57:22 57:23 58:8 58:22 58:24 59:2 63:25 64:3 64:11 64:25 66:13 66:13 66:16 66:19 66:24 67:1 69:5 70:10 70:15 71:22 72:3 72:12 72:22 73:2 75:8 75:16 76:1 76:2 76:10 76:17 77:12 78:9 81:9 84:10 88:4 91:16 92:1 98:17 98:19 98:24 98:24 99:2 99:3 99:4 99:16 99:21 99:23 100:15 100:16 102:17 165:5 175:2 180:16 182:22 184:15 184:17 184:19 185:13 186:23 187:19 188:14 188:18 190:1 194:6 195:4 195:11 196:7 198:12 201:13 202:5 206:9 206:11 207:7 207:8 208:7 208:8 211:4 211:5 213:16 215:22 215:24 218:24 219:22 219:23 219:23 219:24 220:10 222:10 222:14 222:24 223:7 224:2 224:5 224:6 224:8 224:19 228:5 232:20

**valued**(1) 37:18
**values**(21) 25:6 37:7 66:12 66:16 66:19 67:6 71:7 71:20 86:3 86:20 86:22 86:25 87:1 87:3 87:6 87:21 96:7 96:8 182:10 204:3 206:21

**valuing**(2) 188:23 196:17
**variability**(1) 38:23
**variable**(3) 38:19 186:15 186:16
**variance**(2) 153:4 153:11
**variances**(1) 206:20
**varies**(1) 162:23
**variety**(3) 130:16 180:20 221:4

**various**(15) 29:3 44:12 59:24 68:21 77:12 107:21 159:12 164:3 171:15 175:7 175:9 183:10 186:5 204:16 211:13

**vary**(1) 148:3
**vast**(6) 13:22 175:10 178:13 198:19 203:4 216:4

**vazquez**(1) 5:21
**vendor**(1) 60:16
**ventures**(10) 29:15 36:22 37:15 38:24 86:24 113:4 113:12 203:25 214:2 215:19
**version**(2) 33:3 220:19
**versus**(18) 28:8 29:25 34:24 38:19 47:20 77:14 78:2 122:18 124:22 153:4 153:10 154:17 154:19 158:24 191:24 192:13 197:2 212:18

**very**(54) 16:2 30:18 38:22 41:21 45:15 97:24 101:9 107:23 108:14 111:1 112:6 112:20 113:9 113:23 114:8 114:8 114:16 117:11 121:8 124:6 125:5 130:6 133:25 134:20 142:7 142:24 145:5 151:7 162:6 163:7 171:11 177:3 186:14 187:8 198:21 198:21 199:6 201:17 201:21 204:18 206:7 206:20 208:3 208:4 208:19 208:22 209:11 210:5 211:4 213:5 215:6 220:8 222:13 228:16

**vest**(1) 229:7
**vice-chairman**(1) 136:11
**video**(9) 12:18 12:21 14:11 14:22 15:9 16:5 16:10 111:25 160:1

**videos**(2) 16:5 16:11
**view**(9) 66:3 99:12 111:5 111:25 116:14 116:23 117:7 150:14 190:14

**viewed**(1) 80:5
**viewership**(1) 112:3
**viewpoint**(1) 187:6
**views**(1) 133:11
**viking**(1) 6:47
**vinson**(1) 8:16
**virtually**(2) 21:20 101:9
**vis-à-vis**(2) 105:17 154:16
**voir**(5) 165:14 165:17 174:19 177:22 232:6
**vora**(1) 8:50
**wacc**(4) 181:3 181:4 199:10 199:11
**wacker**(1) 3:13
**wait**(1) 174:3
**wakefield**(3) 25:11 70:19 70:24
**walk**(4) 40:3 124:3 126:9 204:13
**want**(21) 15:7 15:8 16:2 16:3 18:13 83:6 91:14 98:4 103:2 103:3 117:14 117:15 143:14 159:12 165:11 165:11 174:3 191:21 203:15 209:16 229:9

**wanted**(10) 12:22 14:23 15:10 17:6 18:10 99:2 128:24 159:20 206:24 216:19

**wants**(3) 12:25 17:11 51:4
**war**(2) 107:11 114:17
**wardwell**(2) 2:4 8:12
**warner**(4) 36:18 37:9 66:21 71:17
**warranties**(1) 30:2

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **was**(301) | 12:16 14:18 15:21 17:7 17:10 20:22 21:11 21:14 21:16 22:25 23:23 26:19 28:3 28:6 29:23 30:4 32:5 36:21 37:2 37:22 39:23 40:24 40:25 41:24 42:18 42:19 43:9 47:17 50:15 54:10 54:10 59:24 60:2 60:24 61:22 64:24 64:24 65:1 65:11 65:19 67:11 67:13 68:2 68:5 68:7 68:22 69:13 69:15 69:21 70:1 70:19 70:20 70:24 72:11 73:5 73:17 74:2 74:4 74:9 74:10 75:9 75:20 75:21 76:24 77:25 78:12 78:14 79:25 80:1 80:17 80:21 80:25 81:7 81:12 81:21 81:24 82:24 83:8 83:11 86:18 87:15 87:18 88:4 88:7 88:9 89:2 89:5 89:15 89:20 89:21 90:19 90:21 91:3 91:10 91:12 94:10 95:3 95:8 95:20 97:5 98:13 98:23 98:24 99:1 99:17 99:21 99:24 100:2 100:16 100:22 101:3 107:12 107:13 107:17 107:18 108:21 108:21 109:5 112:23 113:24 117:4 118:12 120:14 120:24 121:1 121:19 122:11 122:13 122:15 123:2 124:17 125:2 125:3 125:25 126:2 126:3 126:4 126:19 126:20 128:9 128:12 128:14 129:13 129:17 132:16 132:17 133:3 133:4 133:4 133:5 133:11 138:2 138:7 138:10 138:11 138:25 139:7 141:10 141:12 141:2 141:25 142:1 142:4 144:14 146:7 146:9 146:15 147:9 148:12 148:12 148:17 149:1 149:18 149:20 151:19 154:20 154:21 154:22 154:23 155:1 155:3 155:10 156:13 157:4 163:1 163:7 168:8 169:24 169:24 170:4 170:11 170:23 171:16 172:10 172:2 175:12 175:16 175:20 177:3 178:7 178:20 178:22 180:21 180:24 180:25 181:9 181:1 181:11 181:13 182:11 182:19 183:13 183:22 184:1 184:4 184:8 184:12 184:12 184:16 184:23 185:9 187:6 187:21 187:23 187:24 188:3 189:10 189:13 189:20 190:7 191:9 191:20 191:22 192:12 193:14 194:4 194:11 194:18 194:23 194:25 195:1 196:1 196:13 196:17 196:19 197:22 200:9 201:1 201:22 202:7 202:19 202:21 202:23 203:6 203:7 203:8 204:7 204:10 204:17 205:15 205:17 205:21 205:22 205:25 206:7 206:9 206:25 207:2 207:14 207:21 207:24 209:1 209:16 209:17 209:19 209:20 210:7 210:13 211:3 212:1 212:2 212:19 213:1 213:2 213:6 213:7 214:13 214:19 214:19 214:20 214:21 214:21 215:3 215:7 215:11 215:13 216:2 216:5 216:6 216:15 216:20 | **were**(136) | 11:5 13:24 14:3 14:25 15:1 16:7 17:9 23:15 25:14 27:24 37:20 41:18 43:12 44:22 45:2 48:8 50:21 61:15 62:16 66:19 66:22 66:24 67:3 67:21 68:9 68:15 69:24 70:20 71:7 71:12 71:13 71:16 73:2 76:7 76:11 76:15 78:9 78:18 80:14 82:17 83:14 86:5 86:6 86:16 87:3 87:6 87:17 91:21 95:20 99:25 100:1 113:25 114:11 115:6 115:19 118:2 123:21 125:7 127:13 129:15 129:24 130:1 132:19 136:25 138:1 139:13 139:15 139:19 139:17 141:17 142:13 144:15 144:20 145:11 145:14 148:11 148:19 148:24 152:2 152:3 152:8 152:14 154:16 155:14 157:5 157:25 162:2 168:15 169:3 169:21 169:21 170:21 170:8 170:24 176:13 177:5 177:5 177:8 179:18 179:19 179:20 184:10 184:11 185:1 185:10 185:15 187:22 188:2 189:16 190:7 190:12 192:5 193:16 194:25 195:9 196:2 196:12 196:12 197:6 205:24 208:16 209:2 216:16 220:1 223:14 225:18 225:25 226:2 227:9 228:10 | **what**(296) | 12:20 13:22 14:15 15:10 16:3 20:5 20:10 21:4 22:8 23:13 24:1 24:20 25:14 25:16 25:18 25:24 26:14 26:25 27:7 27:16 28:11 28:13 29:4 29:19 31:1 31:13 31:18 32:9 33:1 33:7 34:20 35:1 35:3 35:13 35:19 36:3 36:6 36:15 36:16 39:13 39:23 40:11 40:17 40:24 41:15 42:24 43:9 44:8 44:21 45:9 45:16 46:12 46:21 47:10 48:1 48:3 48:22 49:2 50:7 50:11 50:17 51:17 51:23 54:10 55:20 58:24 59:24 60:3 60:24 61:12 61:17 62:22 63:20 63:24 64:23 65:3 66:8 68:9 68:11 68:23 69:22 73:4 73:15 79:2 85:8 86:3 86:18 88:13 89:23 90:17 91:22 95:20 96:1 96:10 96:12 96:22 100:14 101:5 102:8 102:9 102:14 104:15 105:2 105:17 106:6 106:17 107:18 108:6 109:3 109:13 110:5 110:14 111:14 111:20 112:11 113:1 113:21 114:6 114:19 114:23 115:3 116:13 116:24 117:7 118:24 119:10 120:12 121:5 122:5 122:20 123:1 123:3 123:8 123:14 123:14 123:20 124:4 124:13 124:24 125:7 125:8 125:17 125:25 126:1 126:2 126:2 126:3 126:9 126:18 127:1 127:5 127:19 128:7 128:13 128:25 129:17 129:17 129:21 130:14 131:15 132:7 132:9 133:3 133:14 134:6 137:22 138:2 145:3 146:21 148:10 151:19 151:24 152:2 152:15 152:16 153:7 153:7 153:7 153:13 153:17 154:8 154:21 155:6 155:13 156:9 156:12 156:12 156:13 156:24 158:4 158:8 159:21 162:14 163:20 163:23 163:23 163:24 167:23 170:9 170:22 171:24 172:4 173:10 176:13 178:25 179:19 179:21 180:3 180:6 180:13 180:14 180:15 180:19 180:23 181:15 181:19 182:3 182:9 182:19 182:23 183:1 183:13 184:10 184:16 185:3 186:11 186:18 187:4 188:21 189:10 189:25 190:7 190:8 190:12 190:21 191:14 192:5 192:12 192:13 192:19 193:16 193:16 193:18 194:21 195:16 195:23 197:15 198:16 199:4 201:5 201:6 202:23 203:23 204:10 204:16 205:10 206:11 207:3 207:11 207:11 207:20 209:9 209:13 211:10 212:20 213:11 213:13 214:5 214:10 214:12 214:19 216:2 216:11 216:12 216:22 217:11 217:22 218:21 219:7 219:19 220:5 220:16 221:7 221:11 222:7 222:18 223:12 223:20 224:4 224:21 227:8 228:14 228:23 229:15 |
| **was**(19) | 216:21 216:22 216:23 216:23 217:1 217:10 218:6 218:7 218:21 220:5 220:19 223:9 223:12 223:15 223:23 225:18 225:21 229:14 | **weak**(2) | 117:24 118:9 | | | | |
| | | **weather**(6) | 209:22 209:23 209:25 210:3 210:5 210:7 | | | | |
| **washington**(1) | 3:42 | **website-driven**(1) | 212:18 | **weren't**(6) | 71:13 81:22 81:25 87:12 87:16 214:24 | | |
| **wasn't**(14) | 65:8 76:6 89:19 94:8 95:3 95:7 95:7 148:23 155:3 155:4 168:3 175:15 182:15 197:20 | **websites**(1) | 212:4 | | | | |
| | | **week**(13) | 11:13 13:12 14:4 27:6 52:25 60:14 66:6 128:1 128:1 128:16 129:4 147:5 149:3 | **west**(2) | 3:13 4:31 | **what's**(15) | 20:3 34:13 39:3 40:20 83:11 87:14 101:15 144:13 144:16 144:16 159:20 161:19 184:21 219:19 228:24 |
| **wasn't**(2) | 118:11 182:14 | | | **we're**(42) | 109:21 110:13 110:18 111:11 111:17 116:2 116:3 129:6 130:6 130:8 131:3 131:3 134:6 134:7 | | |
| **watching**(1) | 88:10 | **week-by-week**(1) | 127:23 | | | | |
| **water**(1) | 105:10 | **weekend**(5) | 11:25 12:16 12:19 | | | **whatever**(4) | 15:17 159:15 164:13 181:1 |
| **waterfall**(1) | 34:21 | **weeks**(9) | 121:19 128:2 130:6 150:7 172:16 172:23 172:24 173:23 174:10 | **we've**(3) | 105:6 114:9 121:18 | **what's**(8) | 110:24 113:20 117:13 118:18 121:17 133:23 134:14 134:17 |
| **way**(32) | 12:18 18:9 47:17 60:23 73:24 75:3 80:20 89:15 90:3 91:9 97:10 120:5 123:9 134:5 143:8 150:12 153:23 158:3 158:12 158:13 168:17 177:15 178:20 179:25 189:16 191:18 193:13 199:10 199:12 202:7 208:21 217:21 | | | **wharton**(1) | 7:4 | | |
| | | **weigh**(1) | 202:22 | | | **when**(77) | 14:14 14:21 15:2 15:13 15:15 39:23 45:19 45:23 67:20 67:20 72:14 73:7 76:23 82:16 82:22 86:16 88:3 88:11 88:19 96:9 98:22 106:24 110:24 110:25 112:19 113:9 113:12 113:25 115:10 120:13 129:15 137:5 137:12 145:22 146:12 147:8 148:8 149:12 149:17 149:18 151:15 155:6 155:10 158:10 158:13 164:12 176:7 176:22 177:8 177:9 179:18 181:8 185:15 187:7 190:1 190:8 191:6 191:10 191:15 196:2 196:2 196:11 198:13 199:20 200:7 200:17 202:11 206:20 207:5 215:9 217:6 218:1 219:21 221:1 221:2 221:2 227:9 |
| | | **weighing**(1) | 179:11 | | | | |
| | | **weight**(8) | 179:13 194:10 197:17 197:19 197:20 200:19 211:14 211:17 | | | | |
| | | **weighted**(3) | 189:6 198:5 211:18 | | | | |
| | | **weighting**(31) | 175:13 181:8 181:12 181:14 189:1 189:24 190:12 190:16 190:20 192:1 195:2 195:15 195:16 195:19 195:23 196:24 197:24 197:24 198:15 198:21 200:12 200:23 200:24 202:12 203:4 203:7 203:7 205:13 211:8 215:15 223:22 | | | | |
| | | **weightings**(4) | 181:10 223:9 224:12 224:15 | | | | |
| | | **weil**(1) | 7:42 | | | | |
| | | **weiss**(1) | 7:4 | | | | |
| | | **weitman**(1) | 6:36 | | | | |
| | | **well**(145) | 12:6 12:7 15:23 15:24 18:17 20:8 23:25 25:8 28:4 29:15 31:16 31:21 33:3 34:18 35:11 36:10 36:22 42:7 42:24 44:17 46:16 47:23 48:3 49:11 50:16 51:15 60:1 60:6 61:20 62:9 62:14 62:17 63:1 63:24 64:2 65:5 66:18 67:12 67:19 68:13 68:25 71:21 73:19 74:13 78:5 81:15 83:16 85:3 87:24 91:24 94:2 98:3 102:7 105:20 108:17 108:20 109:8 110:16 110:24 113:7 113:23 114:21 115:4 119:1 120:13 120:21 124:6 124:25 125:18 126:11 127:11 127:13 127:14 127:21 129:21 131:3 131:22 132:21 133:24 137:20 139:15 141:12 142:14 153:21 156:2 156:14 156:17 158:7 159:19 167:13 167:13 167:17 168:3 168:20 168:24 169:4 170:1 170:3 172:25 173:5 173:10 173:11 173:13 174:5 175:6 178:4 178:11 179:6 180:8 181:22 182:9 188:24 190:1 190:16 190:21 191:21 191:23 192:2 192:18 196:1 197:6 198:8 200:21 201:2 202:10 204:14 204:18 205:7 205:15 207:13 208:19 208:22 213:13 213:23 215:6 216:20 217:22 219:21 220:8 222:1 222:4 223:22 224:6 226:10 229:1 | | | | |
| | | **wells**(1) | 9:26 | | | | |
| **ways**(3) | 85:18 112:14 215:12 | **went**(14) | 16:11 59:16 107:19 108:20 109:22 123:22 140:14 148:13 158:24 175:6 175:15 180:19 203:20 216:24 | | | | |
| **we'd**(2) | 16:20 97:1 | | | | | | |
| **we'll**(16) | 12:2 13:14 14:7 18:8 159:14 159:14 159:20 159:23 160:1 160:7 175:9 187:1 224:22 225:23 228:17 229:23 | | | | | **whenever**(1) | 220:13 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**where**(43) 14:10 20:1 20:23 21:14 26:2 32:10 45:20 61:2 75:8 76:6 95:12 104:13 110:23 119:5 125:9 131:12 136:6 144:19 154:2 159:23 162:24 165:12 175:13 175:1 178:20 180:4 181:9 181:12 184:12 189:1 191:1 191:2 194:14 194:19 195:15 199:14 199:22 200:4 200:7 201:2 203:2 204:14 221:14

**wherever**(1) 178:21

**whether**(29) 13:15 14:18 15:13 39:7 42:21 47:13 47:15 52:21 61:7 61:10 61:14 61:21 61:22 65:5 69:19 74:4 77:4 77:25 87:9 129:23 133:11 152:11 154:15 157:9 166:4 167:16 167:24 168:1 197:24

**which**(135) 11:14 12:20 15:9 15:25 16:6 16:9 17:22 20:21 20:21 27:12 27:13 29:7 29:10 29:11 29:17 32:5 32:23 35:25 36:4 37:16 38:15 38:16 39:12 40:25 41:12 41:14 42:15 43:3 43:19 44:19 47:23 48:3 48:16 51:13 54:9 62:10 62:23 68:1 68:11 68:18 69:15 71:17 72:24 73:1 75:19 79:6 83:22 87:8 88:17 92:8 93:10 99:4 101:21 106:22 107:10 107:13 109:18 110:3 111:2 115:23 119:7 119:7 119:23 120:16 126:1 126:4 126:18 126:22 128:16 131:4 132:16 134:25 136:15 143:12 148:9 148:15 148:1 148:21 149:7 149:11 150:15 151:9 154:21 156:4 156:18 159:24 161:25 162:9 164:15 172:23 175:21 179:7 180:9 181:17 181:19 181:22 182:6 182:15 185:11 187:23 188:4 191:4 192:20 192:23 194:3 196:15 200:16 204:12 205:3 208:17 211:19 212:9 212:12 212:13 212:18 213:5 213:6 213:8 213:9 214:20 215:3 215:16 216:3 216:8 219:16 220:11 223:11 224:9 224:9 224:11 225:16 226:17 227:1 228:16 228:17

**while**(9) 48:10 50:12 91:2 91:5 109:2 126:18 127:12 185:6 215:8

**white**(1) 9:26

**whittle**(1) 14:1

**whittman**(26) 8:46 16:21 16:22 17:22 19:19 19:9 19:10 19:11 19:18 19:24 23:12 23:1 24:7 24:9 24:10 24:13 24:20 34:13 44:8 53:16 82:23 84:1 97:24 97:25 103:1 232:

**whittman's**(1) 17:1

**who**(23) 40:22 65:8 73:9 73:10 91:7 96:15 96:17 104:21 110:19 118:21 132:12 132:14 132:18 132:20 132:22 136:3 136:9 137:4 138:10 144:15 151:14 226:8

**who's**(1) 25:10

**whole**(7) 110:25 159:1 203:10 208:6 208:13 215:24 217:7

**wholly**(2) 107:13 180:10
**wholly-owned**(4) 181:8 222:16 222:20 224:13

**whom**(2) 161:17 227:24

**why**(43) 15:25 26:6 38:5 42:10 45:10 98:15 99:15 102:4 106:6 111:5 113:19 115:25 128:25 146:16 148:3 150:15 165:1 174:4 174:13 175:5 176:17 176:24 182:4 187:14 188:1 188:6 193:6 195:22 195:24 197:18 200:25 201:15 202:14 202:17 205:13 209:3 211:11 212:14 216:19 216:22 217:20 217:20 222:2

**wilderotter**(4) 136:4 136:19 137:3 137:12
**will**(37) 12:2 12:12 13:16 13:23 13:25 14:15 15:9 16:4 17:22 18:1 18:5 18:6 19:19 33:13 53:6 88:20 88:21 93:25 103:6 110:2 116:24 125:4 134:20 158:11 179:11 189:13 194:1 194:1 194:14 205:6 221:20 222:13 225:19 226:4 227:23 228:15

**william**(2) 2:43 4:12
**willing**(1) 86:16
**wilmer**(1) 5:37
**wilmington**(17) 1:12 1:38 2:16 2:23 2:45 3:7 3:22 3:49 4:4 4:14 4:23 4:32 5:7 6:14 11:1 53:15 115:11

**wires**(1) 10:13
**wish**(1) 115:6
**with**(267) 11:11 11:14 11:15 11:17 11:22 11:24 11:25 12:3 12:23 13:14 13:20 13:22 14:2 14:11 14:15 16:1 16:3 16:4 16:11 16:22 17:1 17:4 18:6 18:8 18:19 18:20 19:17 19:18 20:19 21:18 22:1 22:8 22:18 22:25 23:4 23:8 23:13 23:16 24:1 26:9 27:3 27:16 27:17 27:20 27:21 27:22 29:2 29:23 30:3 30:9 30:20 30:22 35:7 36:24 37:7 41:8 43:7 43:18 44:15 46:10 48:12 48:13 49:7 50:15 50:23 52:15 52:19 54:22 56:18 59:21 61:5 63:10 64:22 66:1 67:3 67:12 67:15 68:14 68:17 69:1 69:5 70:9 70:13 73:13 74:2 75:3 75:16 76:19 77:24 80:7 80:12 83:4 86:20 86:22 86:24 87:1 87:7 88:25 89:7 90:24 93:23 94:3 95:6 95:8 95:18 96:23 97:7 97:9 97:13 100:4 103:10 103:22 104:2 106:9 106:11 107:20 107:24 111:7 111:8 112:8 112:12 113:12 114:1 114:2 114:12 115:6 115:17 116:7 117:11 117:14 117:20 117:21 117:24 118:8 120:5 120:6 123:20 124:18 125:6 130:17 131:15 131:17 131:25 133:8 133:11 133:11 134:1 134:18 134:24 134:24 134:25 136:9 137:11 137:19 137:20 137:23 138:7 138:1 138:15 140:14 143:20 145:2 147:7 148:19 149:25 150:3 150:15 151:8 151:18 151:19 152:5 152:6 152:11 152:15 152:16 157:16 159:15 160:1 160:1 161:4 162:12 163:8 163:21 165:5 165:20 166:12 166:20 166:2 167:1 167:10 167:21 167:23 168:20 169:9 169:12 169:24 170:6 170:16 171:6 171:8 171:14 171:16 171:17 171:21 171:23 174:1 174:11 175:18 177:2 178:25 181:7 181:18 182:6 182:23 183:16 186:20 188:21 188:2 190:3 190:5 190:20 192:11 192:18 194:4 194:10 196:24 197:16 198:13 198:21 199:1 199:13 200:11 201:14 201:14 202:17 203:19 204:3 204:10 204:15 205:7 205:10 206:2 210:1 210:3 213:12 214:17 215:6 215:12 215:15 215:19 219:9 220:6 220:11 221:16 224:4 224:13 225:2 225:4 225:9 226:12 226:25 227:20 227:21 227:24 228:1 228:24 229:11

**within**(24) 36:9 37:1 66:18 73:17 162:16 164:4 170:6 176:13 177:4 181:4 182:9 187:12 196:19 199:23 204:4 208:24 209:1 209:21 209:25 210:12 214:13 214:25 216:17 222:19

**without**(15) 24:17 34:9 44:5 62:25 64:13 64:16 65:13 93:18 144:18 179:1 186:1 186:13 226:24 227:4 227:16

**witness**(32) 15:15 16:7 16:19 16:21 19:10 19:17 22:17 22:24 54:20 98:4 103: 103:10 103:11 103:19 108:22 109:3 135:14 140:21 150:24 159:7 159:24 160:6 160:16 161:2 161:10 165:10 172:7 228:23 229:11 229:16

**witness's**(1) 15:9
**witnesses**(11) 11:11 11:16 11:17 11:22 11:24 12:14 12:18 12:21 15:2 159:9 232:2

**won't**(4) 12:5 18:19 206:11 228:13
**word**(4) 13:1 15:23 116:2 130:19 170:25
**words**(7) 15:1 56:23 61:23 61:25 68:7 90:1 154:2

**work**(30) 14:8 22:5 24:1 29:12 35:15 35:16 43:18 53:23 77:1 82:3 82:7 130:8 159:11 163:5 164:10 166:24 167:8 168:21 171:15 171:17 171:20 171:21 171:22 172:16 173:22 175:23 211:6 215:20 226:2 227:19

**worked**(21) 17:10 20:19 21:5 21:8 21:23 53:20 67:3 107:1 132:20 163:8 164:24 166:1 169:1 169:4 170:3 170:5 170:16 172:12 173:14 177:2 226:18

**working**(6) 21:12 119:4 172:9 172:19 176:1 176:12

**works**(3) 60:19 118:19 120:5
**world**(8) 54:6 85:14 85:15 85:15 97:7 108:16 142:21 212:5

**world-class**(1) 114:18
**worry**(1) 119:15
**worrying**(1) 119:3
**worse**(3) 127:3 157:5 157:6
**worst**(5) 144:8 144:16 145:10 153:1 153:1
**would**(212) 11:12 11:18 14:19 14:22 16:12 16:14 16:24 24:23 24:24 25:18 25:19 25:22 25:25 26:5 26:18 27:2 27:3 27:14 27:19 27:22 29:8 29:24 30:1 30:2 30:14 30:19 30:21 31:4 31:15 31:15 31:24 32:16 32:16 32:17 32:20 33:14 33:21 34:19 35:2 36:17 38:23 39:6 41:19 41:21 41:23 42:11 49:6 56:18 59:2 61:23 62:2 62:6 62:10 62:15 62:21 63:21 64:22 65:2 65:9 65:10 66:3 66:4 70:13 72:23 79:3 73:10 73:21 74:23 77:7 79:11 79:11 79:14 81:11 83:24 84:12 84:21 86:4 88:17 89:10 89:23 90:1 90:3 90:11 91:1 91:3 91:6 91:7 93:23 93:24 94:2 94:3 94:7 94:7 94:23 96:23 97:1 97:2 97:3 97:3 97:7 97:8 97:12 97:13 97:15 99:19 100:20 101:12 101:14 102:2 102:14 102:1 103:14 106:3 106:11 108:12 113:1 113:16 113:19 116:12 117:10 117:15 117:17 117:21 118:1 120:12 120:16 127:9 128:4 142:17 142:18 142:20 143:7 148:15 155:9 155:17 155:24 157:25 158:1 158:4 158:4 158:5 159:23 163:21 164:2 164:4 164:21 164:21 164:25 165:3 167:10 167:21 167:23 168:4 168:22 171:20 171:22 173:15 173:15 177:18 178:18 178:25 180: 182:1 184:25 185:12 185:14 186:8 186:11 186:22 188:18 188:21 189:15 190:14 193:10 193:10 194:14 194:19 195:23 196:4 196:21 199:23 200:3 200:3 200:25 201:3 202:5 202:22 207:7 207:7 207:8 209:2 209:3 212:14 217:4 217:5 218:13 218:18 221:12 221:13 225:7 225:10 227:5

**wouldn't**(6) 70:9 90:2 97:4 97:7 97:13 187:17
**would've**(2) 106:25 139:13
**wrap**(1) 173:16
**write**(2) 49:24 81:7
**written**(2) 89:8 89:12
**wrong**(7) 79:8 80:17 80:21 119:6 158:12 183:19 194:23

**wrote**(2) 91:25 94:19
**www.diazdata.com**(1) 1:47
**xochitl**(1) 10:10
**yeah**(20) 19:3 28:2 51:8 59:4 63:8 63:11 78:3 83:6 84:24 132:5 140:14 149:10 164:24 164:25 187:1 191:15 195:8 203:1 208:22 229:12

**year**(46) 20:17 27:4 69:12 70:25 74:20 84:17 85:2 93:8 94:5 106:8 109:24 119:19 120:13 121:19 121:20 127:3 127:8 127:12 128:3 128:3 129:7 129:13 129:14 129:14 130:5 130:9 131:21 131:21 139:21 140:24 141:1 141:3 141:12 141:13 141:17 145:9 148:19 150:14 154:9 154:9 155:11 155:11 155:17 158:22 158:23 197:12

**year-over-year**(1) 122:23

**years**(12) 21:1 21:3 97:15 109:18 134:10 155:15 158:12 170:11 170:21 170:23 170:24 194:1

**year's**(1) 119:25
**yes**(199) 16:20 18:18 24:13 25:2 25:5 29:5 30:11 31:3 36:16 40:10 43:25 44:23 45:11 46:19 52:14 52:23 53:11 53:19 55:5 55:10 55:12 55:14 55:25 56:3 56:10 56:22 56:25 57:19 58:4 58:18 59:10 59:16 64:1 65:20 65:21 66:11 67:6 67:8 70:13 72:1 72:8 74:22 74:25 75:13 75:18 76:13 77:11 77:17 77:22 78:11 79:4 80:22 81:24 82:7 82:4 82:15 82:19 84:2 84:13 84:16 84:19 85:6 85:10 87:5 88:24 91:12 92:17 92:19 92:21 93:2 93:4 93:6 98:11 98:23 102:3 102:22 105:1 105:6 106:2 106:16 107:22 112:25 113:18 115:15 115:18 115:22 117:5 118:7 119:21 121:1 121:4 121:12 121:15 121:24 122:4 122:13 122:15 122:19 123:7 124:2 124:23 125:11 125:14 125:16 126:8 126:25 127:18 130:13 132:1 132:4 132:6 133:2 133:13 134:12 136:13 136:17 136:20 136:22 136:24 137:2 137:7 137:10 137:18 138:1 138:9 139:10 139:17 139:24 139:5 139:8 139:10 139:17 139:20 139:24 140:25 141:4 141:6 141:8 141:11 141:13 141:13 141:14 141:16 141:19 141:24 142:3 142:15 142:19 142:22 143:6 143:16 143:22 143:25 144:6 144:10 144:24 145:1 145:11 145:16 145:25 146:5 147:2 147:18 147:21 148:6 149:1 149:5 149:6 150:5 150:8 150:11 150:13 150:17 151:11 151:17 151:23 152:21 152:24 153:2 153:6 153:16 154:4 154:11 154:14 156:8 156:21 156:22 157:3 157:7 157:11 158:2 158:25 159:3 174:7 176:9 176:23 192:3 192:6

**yesterday**(2) 225:22 226:18
**yet**(5) 12:1 110:9 134:4 146:9 229:10
**york**(6) 2:9 2:30 2:39 3:33 111:18 129:11

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **you**(301) 13:9 15:7 15:8 15:25 16:17 16:23 17:16 17:20 19:5 19:21 20:1 20:10 20:16 21:1 21:9 21:17 21:18 21:25 22:5 22:8 23:10 23:12 23:13 24:11 24:20 24:21 25:1 25:3 25:14 25:24 26:2 26:6 26:14 26:25 27:7 27:16 28:9 28:10 28:11 28:12 28:20 28:23 29:1 29:4 29:6 29:9 29:19 29:22 29:24 30:1 30:2 30:8 30:9 30:13 30:14 31:1 31:3 31:6 31:9 31:10 31:13 31:18 31:21 31:23 32:9 32:12 32:24 33:7 33:8 33:15 33:25 34:1 34:13 35:3 36:3 36:5 36:12 36:14 36:15 37:7 38:2 38:5 38:18 39:11 39:23 40:6 40:9 41:4 41:5 41:6 41:8 41:25 42:2 42:4 42:10 42:25 43:1 43:3 43:19 43:23 44:8 44:20 45:6 45:9 45:10 46:17 46:20 47:3 47:11 48:1 48:20 48:22 49:15 49:19 49:19 49:22 50:4 50:7 50:11 51:13 51:18 51:22 52:2 52:12 52:16 52:21 52:25 53:4 53:5 53:16 53:23 54:2 54:5 54:16 54:16 54:25 55:20 56:19 56:23 56:25 59:1 59:18 60:1 60:2 60:3 60:8 60:16 60:22 61:5 61:6 61:22 62:5 62:14 63:2 63:6 63:10 63:13 64:12 64:19 64:21 65:8 65:22 65:25 65:25 66:7 66:12 66:22 66:25 67:3 67:3 67:9 67:19 67:20 67:21 68:1 68:2 68:4 68:18 68:13 68:14 68:15 68:16 68:25 69:1 69:2 69:4 69:6 69:8 69:9 69:10 69:10 69:18 69:24 70:9 70:14 70:15 70:19 70:23 71:3 71:3 71:6 71:6 71:7 71:10 71:11 71:25 72:2 73:1 73:2 73:7 73:14 73:23 74:1 74:2 74:3 74:7 74:13 74:14 74:16 74:17 74:24 75:1 75:4 75:8 75:14 75:14 76:4 76:5 76:6 76:6 76:10 76:14 76:17 76:18 76:23 76:24 76:24 77:4 77:5 77:8 77:18 77:21 77:24 78:1 78:5 78:8 78:17 79:5 79:6 79:16 79:16 79:17 79:21 79:25 80:2 80:4 80:5 80:5 80:7 80:11 80:13 80:17 80:20 80:21 81:1 81:1 81:2 81:7 81:15 81:22 81:25 82:3 82:6 82:7 82:12 82:12 82:16 82:16 82:22 83:2 83:4 83:7 83:14 83:23 84:1 84:9 84:10 84:10 84:17 85:13 85:13 86:2 86:2 86:4 86:5 86:9 86:12 86:13 86:16 | | **you**(301) 86:20 86:20 86:23 87:6 87:7 87:8 87:12 87:16 87:17 87:17 87:24 88:2 88:5 88:16 88:19 88:19 88:22 88:25 89:1 89:4 89:7 89:12 89:13 89:22 89:24 90:2 90:5 90:23 90:24 91:4 91:9 91:14 91:16 91:24 91:25 92:14 92:14 92:22 93:12 93:13 93:14 93:18 93:19 93:23 93:24 94:11 94:12 94:19 95:1 95:12 95:16 95:19 95:20 95:20 96:9 96:10 96:11 96:22 96:25 96:24 97:7 97:7 97:12 97:13 97:16 97:22 97:23 97:24 97:24 97:25 98:3 98:9 98:13 98:14 98:15 99:4 99:6 99:8 99:11 99:18 99:25 100:4 100:4 100:13 100:24 101:1 101:1 102:1 102:4 102:4 102:8 102:15 102:18 102:24 102:24 103:1 103:2 103:3 103:5 103:17 103:21 103:24 104:7 104:10 104:13 104:17 104:21 105:10 106:3 106:6 106:6 106:14 106:24 107:1 107:4 107:7 107:18 107:21 107:24 108:12 108:17 109:2 109:13 110:2 110:12 110:18 111:3 111:20 111:21 111:23 112:24 113:1 113:11 113:19 113:19 113:21 113:21 115:3 115:8 115:20 115:23 117:4 117:12 118:6 118:16 118:23 119:10 119:16 119:16 119:18 119:22 120:7 120:23 121:2 121:3 121:8 121:11 121:14 121:16 121:22 121:25 122:12:16 122:18 122:20 123:10 123:10 123:20 123:25 124:3 124:12 124:20 124:2 125:4 125:7 125:8 125:16 125:16 125:20 126:4 126:6 126:9 126:9 126:15 126:16 126:21 127:9 127:16 127:17 127:19 127:2 127:25 128:4 128:13 128:18 128:22 128:25 129:5 129:7 129:9 129:15 129:16 129:20 129:20 129:21 130:3 130:6 130:10 130:12 130:14 130:19 131:7 131:9 131:10 131:16 131:25 132:2 132:3 132:17 132:22 133:10 133:13 133:21 133:24 134:2 134:17 134:25 135:3 135:4 135:14 135:15 136:3 136:7 136:9 136:9 136:12 136:14 136:16 136:16 136:18 136:23 137:5 137:1 137:17 137:23 137:25 138:10 138:12 138:21 138:23 139:3 139:9 139:21 140:4 140:14 140:21 140:23 141:5 142:4 142:7 142:9 142:13 142:16 142:17 142:17 142:2 143:11 143:12 143:15 143:23 144:4 145:1 145:17 145:18 145:22 145:24 146:18 146:22 146:25 147:11 147:17 147:19 147:23 148:2 148:14 148:24 148:25 148:2 149:2 149:3 149:11 149:12 149:22 150:3 150:9 150:10 150:23 150:24 151:3 | | **you**(301) 151:7 151:8 151:12 151:16 151:18 151:22 151:24 152:2 152:3 152:8 152:11 152:11 152:15 152:19 152:22 152:22 153:5 153:13 153:15 154:2 154:13 154:15 155:1 155:6 155:24 156:4 156:5 156:7 156:13 156:19 156:23 157:1 157:8 157:9 157:12 157:24 157:24 157:24 157:2 157:25 158:7 158:7 158:22 159:6 159:6 159:7 159:21 160:7 160:9 160:19 161:3 161:6 161:7 161:8 161:17 161:22 162:11 162:14 162:24 162:24 163:5 163:15 163:10 163:15 163:19 163:21 164:18 165:12 165:14 166:4 166:4 166:5 166:8 166:8 166:12 166:24 166:25 167:7 167:19 167:23 168:1 168:1 168:7 168:8 168:12 168:15 168:16 168:20 168:24 169: 169:6 169:12 169:16 169:19 169:21 170: 170:13 170:13 170:15 170:19 170:19 170:22 170:22 171:1 171:4 171:16 172:1 172:1 172:2 172:6 172:9 172:9 172:12 172:15 172:18 172:19 173:3 173:7 173:12 173:14 174:1 174:12 174:17 174:18 175:5 175:14 175:21 175:21 176:10 176:17 176:24 177:6 177:7 177:8 177:9 178:2 178:4 178:11 178:17 178:24 179:12 179:1 179:15 179:18 179:19 180:3 180:5 180:6 180:13 181:4 181:17 181:17 181:23 181:25 182:1 182:2 182:3 182:23 183:17 184:1 185:2 185:15 185:17 185:18 186:2 186:8 186:8 186:24 187:3 187:6 187:17 188:1 187:19 187:19 187:21 187:22 188:9 188:1 188:14 188:15 188:20 188:21 189:1 189:16 189:18 189:23 189:24 189:25 190:2 190:13 190:20 190:21 190:21 191:1 191:1 191:6 191:6 191:8 191:14 191:14 191:18 191:19 191:20 191:20 192:5 192:7 192:16 192:16 193:1 193:3 193:8 193:9 193:12 193:17 193:18 193:25 194:1 194:3 194:6 194:9 194:14 194:14 195:5 195:9 195:12 195:14 195:22 195:22 195:23 196:3 196:6 196:7 196:13 196:13 196:21 196:22 197:1 197:4 197:8 197:10 197:12 197:17 197:18 197:21 197:23 197:23 198:4 198:8 198:11 198:13 198:21 199:4 199:17 199:18 200:3 200:5 200:7 200:8 200:11 200:12 200:16 200:25 201:2 201:4 201:5 201:6 201:7 201:9 201:11 201:15 201:15 202:4 202:14 202:14 202:16 202:2 202:18 202:25 203:2 203:8 203:9 203:11 203:15 203:19 203:20 203:22 203:23 204: 204:12 204:20 205:2 205:10 205:12 205:13 206:5 206:12 | | **you're**(40) 46:21 51:23 53:18 54:8 56:15 63:20 64:6 71:22 79:8 82:12 82:17 84:20 88:13 90:17 91:23 142:18 143:4 143:20 147:14 154:2 154:8 160:15 165:10 165:22 166:21 167:11 171:24 173:16 173:19 174:2 174:22 186:16 186:21 187:4 193:19 194:21 199:25 207:15 213:3 219:20 |
| | | | | | | **you've**(33) 21:5 53:20 54:13 54:19 57:12 57:21 70:23 87:20 91:10 100:7 145:13 163:20 164:19 166:1 166:9 167:8 169:8 173:22 174:21 175:19 175:19 180:4 184:7 188:10 192:4 194:8 195:22 204:14 205:9 205:10 205:11 215:18 222:1 |
| | | | | | | **young**(1) 4:27 |
| | | | | | | **your**(301) 11:4 11:7 11:10 11:13 11:20 12:11 12:15 13:18 14:11 14:18 15:6 15:11 15:19 15:24 16:17 16:20 16:25 17:16 17:20 18:14 19:5 19:6 19:11 19:19 20:3 20:16 22:1 22:17 22:23 23:25 24:8 24:8 24:12 25:15 26:1 26:25 27:8 27:25 28:9 28:12 32:22 32:24 33:12 33:15 33:23 34:3 34:8 35:14 36:4 39:1 39:2 39:23 43:9 43:18 43:20 43:20 43:23 44:4 44:20 45:6 45:7 45:9 47:24 48:17 49:9 49:16 50:17 51:2 51:4 51:9 52:13 52:22 53:4 53:10 53:23 54:5 54:12 55:18 55:21 56:6 56:8 57:4 57:8 58:21 61:6 62:1 62:14 62:14 63:8 64:6 64:10 64:12 64:12 65:9 66:8 66:12 67:19 68:1 68:13 68:14 69:4 69:18 70:14 70:23 71:6 71:7 71:10 71:12 71:21 72:2 72:3 73:1 73:13 74:7 74:18 74:22 74:24 75:14 75:16 76:4 76:10 76:17 76:19 78:8 78:22 79:3 79:6 79:9 79:16 79:22 80:4 80:7 80:11 80:12 80:23 81:1 81:7 81:12 81:15 82:3 82:6 82:18 82:24 83:2 83:7 84:17 84:24 85:16 86:2 86:21 87:12 87:17 87:25 88:7 88:19 88:19 89:22 90:19 91:11 92:15 93:7 93:12 93:18 94:8 94:17 94:18 95:3 95:13 95:16 95:23 97:6 97:16 97:20 97:23 98:3 99:7 99:12 100:7 100:11 100:11 100:12 101:1 102:1 102:14 102:19 102:21 102:23 103:2 103:5 103:8 103:10 103:13 103:14 103:17 103:18 103:22 104:10 104:15 105:17 106:16 106:19 107:7 108:19 109:4 109:8 110:5 110:14 111:5 111:25 111:25 112:1 112:8 113:5 113:15 114:6 114:23 115:17 116:13 116:14 116:17 117:7 118:8 118:18 120:12 120:23 121:2 129:22 132:2 133:11 133:23 134:18 135:4 135:9 135:13 135:19 135:24 136:14 137:8 137:19 140:4 140:12 140:19 140:20 141:1 142:9 143:15 143:17 145:19 146:3 150:14 150:18 150:22 150:23 151:3 153:20 155:10 155:19 157:4 157:16 158:1 158:15 159:5 159:8 159:22 160:9 160:11 160:15 160:20 160:21 160:23 160:25 161:1 161:4 161:9 161:19 161:25 162:14 162:22 163:10 164:19 164:22 165:3 165:7 166:4 166:9 166:13 166:25 167:10 169:6 169:15 171:3 172:18 172:25 173:22 173:25 174:16 174:25 175:1 175:20 176:5 |
| | | **you**(107) 206:20 206:21 206:21 206:24 207:11 207:14 207:20 208:2 208:5 208:6 208:15 208:15 208:17 208:19 208:21 208:21 208:23 209:1 209:2 209:2 209:3 209:3 209:10 209:10 209:13 209:15 210:4 210:9 210:20 210:24 211:1 211:2 211:6 211:9 211:10 211:11 211:12 211:13 211:15 211:20 212:3 212:23 213:7 213:20 214:6 214:16 214:23 214:24 215:9 215:10 215:13 215:18 215:20 215:25 216:11 216:12 217:6 217:20 217:20 218:1 218:22 219:1 219:2 219:2 219:3 219:8 219:8 219:13 219:18 219:18 220:5 220:6 220:7 220:10 220:11 220:13 220:13 221:1 220:16 220:21 221:2 221:7 221:14 221:10 221:24 222:8 222:12 222:17 222:23 223:1 223:2 223:5 223:8 224:20 224:21 224:23 225:3 225:23 227:3 227:7 227:11 229:13 229:15 229:25 | | **your**(57) 177:9 177:14 177:19 177:24 178:24 179:4 179:15 182:6 182:24 182:24 183:14 184:9 184:16 184:17 184:18 185:1 185:22 188:11 188:19 188:22 190:8 190:17 190:17 192:11 193:6 196:24 198:9 198:16 199:4 203:20 205:9 206:3 210:21 213:11 215:16 219:3 219:9 221:3 222:17 223:20 224:4 224:23 225:1 225:6 225:12 225:20 226:4 226:13 226:15 227:18 228:2 228:11 229:8 229:18 229:25 230:2 |
| | | **you'd**(4) 14:9 30:4 45:16 216:24 | | | | **yoursel**(5) 12:6 136:19 165:23 166:21 174:22 |
| | | **you'll**(13) 16:5 16:6 16:8 39:1 145:12 164:6 189:9 190:23 205:2 206:16 206:18 206:19 215:23 | | | | **you're**(9) 112:16 113:13 115:13 123:8 127:3 127:7 130:14 134:13 135:5 |

| Word | Page:Line |
|------|-----------|

**you've**(2) 119:22  133:9
**zell**(3) 4:45  5:4  137:12
**zensky**(51) 2:34  2:36  12:25  13:3  13:4  13:9
  13:14  13:18  13:20  15:14  16:8  22:23  23:8
 24:11  24:16  34:8  44:4  108:19  109:1  109:4
 116:17  116:19  118:8  135:12  135:16  135:17
  136:2  140:18  140:22  143:17  143:19
 145:19  145:21  150:18  150:22  151:8  151:12
  152:22  153:20  155:19  155:21  157:8
 157:24  158:18  158:21  159:5  159:14  159:19
  159:22  160:5  160:9

**zero**(9) 31:10  88:15  125:23  126:23  127:1
127:5  148:15  152:10  194:2

**zloto**(1) 7:28
**zuckerman**(3) 3:36  5:26  11:8
**"january**(1) 127:17
**"publishing**(1) 126:6
**"summary**(2) 122:17  124:21
**"third-party**(2) 130:11  131:8
**"tribune**(2) 121:10  122:1