IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Case No. 08-13141-KJC |
| | ) | (Jointly Administered) |
| | ) | |
| TRIBUNE COMPANY | ) | Chapter 11 |
| | ) | Courtroom 5 |
| | ) | 824 Market Street |
| Debtors. | ) | Wilmington, Delaware |
| | ) | |
| | ) | March 15, 2011 |
| | ) | 9:00 a.m. |


TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:

For Debtors:                Sidley Austin, LLP
                           BY: JAMES BENDERNAGEL, ESQ.
                           BY: KEVIN LANRTY, ESQ.
                           BY: COLLEEN FEARNEY, ESQ.
                           BY: DAN LIEBENTRITT, ESQ.
                           BY: JAMES CANLON, ESQ.
                           One South Dearborn
                           Chicago, IL 60603
                           (312) 853-7000

                           Cole, Schotz, Meisel, Forman
                           & Leonard, P.A.
                           BY: NORMAN PERNICK, ESQ.
                           500 Delaware Ave., Ste. 1410
                           Wilmington, DE 19801
                           (302) 652-3131

ECRO:                      AL LUGANO

Transcription Service:     DIAZ DATA SERVICES
                           331 Schuylkill Street
                           Harrisburg, Pennsylvania 17110
                           (717) 233-6664
                           www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service

APPEARANCES:
(Continued)

For JP Morgan:                    Davis Polk & Wardwell
                                  BY: BENJAMIN KAMINETZKY, ESQ.
                                  BY: DONALD S. BERNSTEIN, ESQ.
                                  BY: MICHAEL RUSSANO, ESQ.
                                  BY: ELLIOT MOSKOWITZ, ESQ
                                  BY: DENNIS GLAZER, ESQ.
                                  450 Lexington Avenue
                                  New York, NY 10017
                                  (212) 450-4000

                                  Richards Layton & Finger
                                  BY: BOB STEARN, ESQ.
                                  One Rodney Square
                                  920 North King Street
                                  Wilmington, DE  19801
                                  (302) 651-7700

For Law Debenture:                Bifferato Gentilotti
                                  BY: GARVAN MCDANIEL, ESQ.
                                  800 North King Street
                                  Plaza Level
                                  Wilmington, DE 19801
                                  (302) 429-1900

                                  Kasowitz Benson Torres &
                                  Friedman, LLP
                                  BY: PAUL BURGO, ESQ.
                                  1633 Broadway
                                  New York, NY  10019
                                  (212) 506-1717

For Aurelius:                     Akin Gump Strauss Hauer & Feld
                                  BY: ABID QUERSHI, ESQ.
                                  BY: DANIEL GOLDEN, ESQ.
                                  BY: DAVID ZENSKY, ESQ.
                                  One Bryant Park
                                  New York, NY 10036
                                  (212) 872-1000

                                  Ashby & Geddes
                                  BY: AMANDA WINFREE, ESQ.
                                  500 Delaware Avenue
                                  Wilmington, DE  19899
                                  (302) 654-1888

```
APPERANCES:
(Continued)

For Barclays:                    DLA Piper
                                 BY: MICHELLE MARINO, ESQ.

                                 Mayer Brown
                                 BY: JEAN-MARIE ATAMIAN, ESQ.
                                 (212) 506-2678


For Trustee:                     Office of the U. S. Trustee
         `                       BY:  DAVID KLAUDER, ESQ.
                                 844 King Street, Ste. 2207
                                 Wilmington, DE  19801
                                 (302) 573-6491

For Special Committee of the
Board of Directors:              Jones Day
                                 BY: LAUREN BUONAME, ESQ.
                                 77 West Wacker
                                 Chicago, Illinois 60601
                                 (312) 782-3939

For Official Committee
of Unsecured Creditors:          Landis, Rath & Cobb
                                 BY: ADAM G. LANDIS, ESQ.
                                 BY: DANIEL B. RATH, ESQ.
                                 919 Market Street, Suite 1800
                                 Wilmington, DE 19801
                                 (302) 467-4400

                                 Chadbourne & Parke, LLP
                                 BY: DAVID LEMAY, ESQ.
                                 BY: THOMAS MCCORMACK, ESQ.
                                 BY: HOWARD SEIFE, ESQ.
                                 BY: ANDREW ROSENBLATT, ESQ.
                                 BY: ROBERT SCHWINGER, ESQ.
                                 BY: MARC ASHLEY, ESQ.
                                 30 Rockefeller Plaza
                                 New York, NY 10112
                                 (212) 408-5100

                                 Zuckerman Spaeder
                                 BY: GRAEM BUSH, ESQ.
                                 BY: ANDREW GOLDFARB, ESQ.
                                 BY: JAMES SOTTILE, ESQ.
                                 1800 M Street, NW
                                 Suite 1000
                                 Washington, DC 20036
                                 (202) 778-1800
```

APPEARANCES:
(Continued)

```
For Credit Agreement
Lenders:                        Young, Conaway, Stargatt &
                                Taylor
                                BY: BLAKE N. CLEARY, ESQ.
                                The Brandywine Building
                                1000 West Street, 17th Floor
                                Wilmington, DE 19801
                                (302) 571-6600

                                Dewey LeBouef
                                BY: BRUCE BENNETT, ESQ.
                                BY: JAMES JOHNSTON, ESQ.
                                BY: JOSHUA MESTER, ESQ.
                                333 South Grand Avenue
                                Suite 2600
                                Los Angeles, CA 90071
                                (213) 621-6000
TELEPHONIC APPEARANCES:

For Official Committee of
Unsecured Creditors:            Chadbourne & Park, LLP
                                BY:  MARC D. ASHLEY, ESQ.
                                (212) 408-5194
                                BY: DOUGLAS DEUTSCH, ESQ.
                                (212) 408-5169
                                BY: JESSICA MARRERO, ESQ.
                                (212)408-5100
                                BY: MARC ROITMAN, ESQ.
                                (212)408-5271
                                BY: FRANK VAZQUEZ, ESQ.
                                (212)408-5111
                                BY: ALLISON STROMBERG, ESQ.
                                (312)853-0497

                                Zuckerman & Spaeder, LLP
                                BY: GRAEM BUSH, ESQ.
                                BY: JAMES SOTTILE, ESQ.
                                BY: ANDREW GOLDFARB, ESQ.
                                BY: ANDREW CARIDAS, ESQ.
                                (202) 778-1800

                                Landis Rath & Cobb, LLP
                                BY: MATTHEW B. MCGUIRE, ESQ.
                                (302)467-4431
```

TELEPHONIC APPEARANCES:
(Continued)

For Merrill Lynch:              Potter Anderson & Carroon, LLP
                                BY: LAURIE SILVERSTEIN, ESQ.
                                BY: R. STEPHEN MCNEILL, ESQ.
                                Hercules Plaza
                                1313 North Market Street
                                6th Floor
                                Wilmington, DE  19801
                                (302) 984-6033

For Credit Agreement
Lenders:                        Wilmer Cutler Pickering Hale &
                                Dorr
                                BY: MICHELLE GOLDIS, ESQ.
                                (212) 295-6329
                                ANDREW N. GOLDMAN, ESQ.
                                (212)230-8836

                                Angelo Gordon & Co., LP
                                BY: GAVIN BAIERA, ESQ.
                                (212)692-0217

For SuttonBrook Capital:        SuttonBrook Capital
                                Management, LP
                                BY: CAROL L. BALE, ESQ.
                                (212) 588-6640

For Bank of America:            O'Melveny & Myers
                                BY: DANIEL CANTOR, ESQ.
                                (212) 326-2000
                                BY: DANIEL SHAMAH, ESQ.
                                (212) 326-2138

                                Bank of America
                                BY: ESTHER CHUNG, ESQ.
                                (646) 855-6705

For Wilmington Trust:           Brown Rudnick, LLP
                                BY:  KATHERINE BROMBERG, ESQ.
                                (212) 209-4929
                                BY: ROBERT STARK, ESQ.
                                (212)209-4862

```
TELEPHONIC APPEARANCES:
(Continued)

For Tribune:                    Sidley Austin
                                BY: GREG DEMO, ESQ.
                                (312) 853-7758
                                BY: KEN KANSA, ESQ.
                                (312) 853-7163
                                BY: JILLIAN LUDWIG, ESQ.
                                (312) 853-7523
                                BY: JANET HENDERSON
                                (312)853-2931
                                BY: BRETT MYRICK, ESQ.
                                (312) 853-1049
                                BY: BRYAN KRAKAUER, ESQ.
                                (312)853-7515
                                BY: PATRICK WACKERLY, ESQ.
                                (312) 853-2931

                                Tribune Company
                                BY: GARY WEITMAN, ESQ.
                                (312) 222-3394
                                BY: DAVID ELDERSVELD, ESQ.
                                (312) 222-4707
                                BY: DON LIEBENTRITT, ESQ.
                                (312)222-3651

For George Dougherty:           Grippo & Elden, LLC
                                BY: GEORGE DOUGHERTY, ESQ.
                                (312) 704-7700

For Mina Faltas:                Viking Global Investors
                                BY: MINA FALTAS
                                (212) 672-7011

For Citibank:                   Paul Weiss Rifkind Wharton
                                BY: KIRA DAVIS, ESQ.
                                (212) 373-3000
                                BY: ANDREW GORDON, ESQ.
                                (212)373-3543
                                BY: ANDREW LEVY, ESQ.
                                (202)223-7328
                                BY: SHANNON PENNOCK, ESQ.
                                (212) 373-3000
                                BY: ELIZABETH MCCOLM, ESQ.
                                (212) 373-3000
```

```
TELEPHONIC APPEARANCES:
(Continued)

For Goldman Sachs:            Goldman Sachs & Company
                             BY: SCOTT BYNUM, ESQ.
                             (212) 902-8060

                             Goldman Sachs & Company
                             BY: LEXI FALLON, ESQ.
                             (212) 902-0791
For Former Special Committee
Of Tribune's Board of
Directors:                   Skadden Arps Slate Meagher &
                             Flom
                             BY: NICK CAMPANARIO, ESQ.
                             (312) 407-0974

                             Jones Day
                             BY: LYNN MARVIN, ESQ.
                             (312) 782-3939
For Aurelius Capital
Management:                  Aurelius Capital Management LP
                             BY: MATTHEW A. ZLOTO, ESQ.
                             (646) 445-6518

                             Akin Gump Strauss Hauer & Feld
                             BY: SHAYA ROCHESTER, ESQ.
                             (212) 872-1076
                             BY: JOHN BERRY, ESQ.
                             (212) 872-8075

                             Friedman Kaplan Seiler &
                             Adelman
                             BY: KIZZY JARASHOW, ESQ.
                             (212) 833-1115

                             The Lerman Senter
                             BY: SALLY A. BUCKMAN, ESQ.
                             (202)416-6762

For Morgan Stanley:          Weil Gotshal & Manges, LLP
                             BY: ASHISH D. GANDHI, ESQ.
                             (212) 310-8024
                             BY: DAVID LITVACK, ESQ.
                             (212)310-8361
                             BY: ANDREA SAAVEDRA, ESQ.
                             (212) 310-8544
```

TELEPHONIC APPEARANCES:
(Continued)

For Serengeti Asset
Management:                          Serengeti Asset Management
                                     BY: NICHOLAS HEILBUT, ESQ.
                                     (212) 466-2167

For Anna Kalenchits:                 Anna Kalenchits
                                     (212)723-1808

For JP Morgan Chase Bank:            Davis Polk & Wardwell, LLP
                                     BY: PETER KIM, ESQ.
                                     (212) 450-3028

                                     Richards Layton & Finger
                                     BY: MARK COLLINS
                                     (302-651-7531

                                     JP Morgan Chase Bank NA
                                     BY: SHACHAR MINKOVE, ESQ.
                                     (212) 834-7174

For Partner Fund Management:         Vinson & Elkins, LLP
                                     BY: LANCE A. MULHERN, ESQ.
                                     (212) 237-0184

For Oaktree Capital
Management:                          Oaktree Capital Management
                                     BY: KENNETH C. LIANG, ESQ.
                                     (213) 830-6422

For Brigade Capital
Management:                          Brigade Capital Management
                                     BY: NEIL LOSQUADRO
                                     (212) 745- 9758

For Royal Bank of Scotland:          Royal Bank of Scotland
                                     BY: COURTNEY ROGERS, ESQ.
                                     (203) 897-4815

For Eos Partners:                    Eos Partners
                                     BY: MIKE J. SCHOTT, ESQ.
                                     (212) 593-4046

For Prof. Expert:                    Raymond James
                                     BY: ROBERT SCHWARTZ, ESQ.
                                     (212) 872-7441

For Contrarian Capital
Management:                          Contrarian Capital Management
                                     BY: JOSHUA TRUMP, ESQ.
                                     (203) 862-8299

TELEPHONIC APPEARANCES:
(Continued)

For Alvarez & Marsal, Inc.:    Alvarez & Marsal, Inc.
                               BY: BRIAN WHITTMAN, ESQ.
                               (312) 601-4227

For Macquarie Capital:         Macquarie Capital (USA)
                               BY: RUSHABH VORA, ESQ.
                               (212) 231-6311


For Deutsche Bank AG:          Bingham McCutchen, LLP
                               BY: JEFFREY OLINSKY
                               BY: CHAD VALERIO
                               (212) 705-7857

                               Kramer Levin Neftalis &
                               Frankel, LLP
                               BY: JORDAN KAYE, ESQ.
                               (212) 715-9489

For Barclays:                  Barclays Capital, Inc.
                               BY: EITAN MELAMED, ESQ.
                               (310) 907-0455
                               BY: BEN WILSON
                               (212)412-7642

                               Mayer & Brown, LLP
                               BY: MICHAEL L. SIMES, ESQ.
                               (212) 506-2607
                               BY: AMIT K. TREHAN, ESQ.
                               (212) 506-2500

For Law Debenture Trust:       Kasowitz Benson Torres & Park
                               BY: CHRISTINE MONTENEGRO, ESQ.
                               BY: SHERON KORPUS, ESQ.
                               (212) 506-1715
                               BY: MATTHEW STEIN, ESQ.
                               (212) 506-1717

For Cooperstown Capital
Management:                    Cooperstown Capital Management
                               BY: PETER COURI, ESQ.
                               (203) 552-6900

For Wells Fargo:               White & Case
                               BY: SCOTT GREISSMAN, ESQ.
                               (212) 819-8567

```
TELEPHONIC APPEARANCES:
(Continued)

For Robert R. McCormick
Foundation:                    Katten Muchin Rosenman, LLP
                               BY: DAVID C. BOHAN, ESQ.
                               (312) 902-5566
                               BY: DANIEL J. POLATSEK, ESQ.
                               (312)902-5596

For Interested Party:          Canyon Partners
                               BY: CHANEY M. SHEFFIELD, ESQ.
                               (310) 272-1062


For Non-Party:                 Duff & Phelps
                               BY: JOE LIEWANT
                               (973) 775-8336

For Tricadia Capital:          Tricadia Capital
                               BY: IMRAD AHMED, ESQ.
For Silver Point Capital:      Silver Point Capital
                               BY: MARK EHMER, ESQ.
                               (203) 542-4219

For Chicago Fundamental
Investment Partners:           Chicago Fundamental Investment
                               BY: PETER GRUSZKA, ESQ.
                               (312) 416-4215

For Board of Committee:        Jones Day
                               BY: XOCHITL STROHBEHN, ESQ.
                               (212) 326-3691
                               BY: BRAD ERENS
                               (312)269-4050

For Dow Jones News Wires:      Dow Jones & Company
                               BY: PEG BRICKLEY, ESQ.
                               (215) 462-0953

For Matthew Frank:             Alvarez & Marsal, Inc.
                               BY: MATTHEW FRANK, ESQ.
                               (312) 371-9955


For Chandler Bigelow:          Sperling & Slater
                               BY: CLAIRE P. MURPHY, ESQ.
                               (312) 641-3200
                               BY: DANIEL A. SHMIKLER, ESQ.
                               (312) 641-3200
```

TELEPHONIC APPEARANCES:
(Continued)

For Carval Investors:          Carval Investors
                               BY: TECK WONG, ESQ.
                               (952) 984-3292


For Merrill Lynch:             Kaye Scholer, LLP
                               BY: MADLYN G. PRIMOFF, ESQ.
                               (212) 836-7042
                               BY: JONATHAN AGUDELO, ESQ.
                               (212)836-8369

For Robert McCormick
Foundation:                    Katten Muchin Rosenman, LLP
                               BY: JOHN SIEGER, ESQ.
                               (312)902-5294

For DK Partners:               DK Partners
                               BY: EPHRAIM DIMON, ESQ.
                               (646) 282-5841

For Interested Party:          The Columbian Journalism
                               Review
                               BY: MICHAEL MEYER
                               (202) 681-6852

1   WILMINGTON, DELAWARE, TUESDAY, MARCH 15, 2011, 9:05 A.M.

2           THE CLERK:  Be seated, please.

3           THE COURT:  Good morning, everyone.

4           ALL:  Good morning, Your Honor.

5           THE COURT:  I see you prefer starting at 10:00,

6   okay.

7           MR. BENDERNAGEL:  Good morning, Your Honor.

8           THE COURT:  Good morning.

9           MR. BENDERNAGEL:  Jim Bendernagel for the debtor.

10  May I proceed?

11          THE COURT:  You may.

12          MR. BENDERNAGEL:  Your Honor, at this juncture,

13  I'd like to hand out the binders for cross examination, if I

14  might.

15          THE COURT:  You may.  Thank you.

16              CROSS EXAMINATION (Resumed)

17  BY MR. BENDERNAGEL:

18  Q     Good morning, Mr. Singh.

19  A     Good morning.

20  Q     Mr. Singh, if you could look at Tab 1 of the binder.

21  There's a document there that's marked as DCL Exhibit 1489.

22  Do you see that?

23  A     I do.

24  Q     And do you recognize this document?

25  A     Yes, it's my engagement letter.

1    Q      Your engagement letter or Raymond James?

2    A      Raymond James' engagement letter.

3    Q      And if you take a look at the second page of the

4    document, you'll see a section on fees.  Do you see that?

5    A      Yes.

6    Q      And in Section B there's a listing of the hourly rates

7    of the various individuals that are going to work on this

8    engagement.  Is that correct?

9    A      That's correct.

10   Q      And they range from $990 an hour down to $400 an hour.

11   Correct?

12   A      That's correct.

13   Q      I take it your rate is the $990 an hour rate.  Is that

14   correct?

15   A      I'm a managing director.

16   Q      How many managing directors worked on this?

17   A      I recall at least three, possibly more.

18   Q      I see.  Now a little further down in the Paragraph B,

19   it indicates that your fee will be the greater of the sum

20   total of your hourly rates or $700,000.  Correct?

21   A      That's correct.

22   Q      So you're going to be paid $700,000 on this engagement

23   no matter how much time you spend.  Is that correct?

24   A      That's correct.

25   Q      Okay.  Now if you turn back to the first page, it

1  indicates you were to perform -- in Section A, you were to

2  perform an assessment of the valuation prepared by Lazard

3  Freres for the debtors in connection with their proposed

4  plan of reorganization.  Do you see that?

5  A     I do.

6  Q     And you were not asked to do an actual bottoms up

7  valuation.  Correct?

8  A     That's correct.

9  Q     And you have not done a bottoms up valuation, right?

10 A     That's correct.

11 Q     What you've done is provided a critique of certain

12 aspects of the Lazard study, right?

13 A     That's correct.

14 Q     You didn't look at every aspect of the Lazard study,

15 just certain aspects.  Correct?

16 A     Well, we looked at the valuation report that was

17 contained in their expert report.  So what was contained in

18 there we generally looked at.

19 Q     Well, did you look at every one of the specific

20 assumptions and conclusions and draw a conclusion as to

21 whether it was right or wrong?

22 A     I believe we attempted to look at every significant

23 assumption or conclusion that we could determine or

24 identify.

25 Q     So the ones you don't criticize are right.  Is that

1  right?

2  A      Well, I would take the position to the extent we

3  didn't criticize it, we didn't sufficiently disagree with it

4  to make a point about it or we theoretically could have

5  missed an assumption.

6  Q      Well, my question was is it your testimony that to the

7  extent that you didn't make an adjustment to a particular

8  assumption or part of the study, it's your view that Lazard

9  got it right?

10  A      I think I just answered your question.

11  Q      Is it -- can you answer it yes or no?  Did they get it

12  right or didn't they get it right?

13  A      I answered your question that I didn't sufficiently

14  disagree to make a point of it.

15  Q      Well, do you believe they got it right?

16  A      There's a distinction between the word right and

17  disagreeing.

18  Q      Well, that's why I'm asking you the question with my

19  words, did they get it right?  In your view, did they get it

20  right?

21  A      I'm responding the best I can respond.

22  Q      You can't answer my question yes or no?

23  A      I think I just clarified your question and attempted

24  to respond.

25  Q      Well, I asked you for a yes or no answer.  Can you

1  give me a yes or no answer?

2  A      No.

3  Q      So you don't know whether they got it right?

4  A      Again, I think I tried to answer as clear as I can

5  answer.

6  Q      Okay.  I'll move on.  Is it fair to say you're not

7  opining as to the overall value of the debtors?

8  A      I think my valuation conclusion is my opinion on the

9  total distributable value.

10 Q      Well, if you didn't do a bottoms up valuation study,

11 how can you opine as to the value of the company?

12 A      Well, we reviewed the Lazard valuation report, arrived

13 at conclusions that may have been different, and we updated

14 and we provided our conclusion.

15 Q      Well, when you provided expert -- when Raymond James

16 has put in expert valuation in the past, they've done a

17 bottoms up study?

18 A      When we were engaged by the company to do a valuation,

19 yes, it would be a bottom's up study.

20 Q      And you haven't done that here.  Correct?

21 A      That's correct.

22 Q      So how can you opine as to overall value if you

23 haven't done a study?

24 A      Well, again, I think when we walk -- when we prepared

25 our report, we -- within our report, it contained our

1   judgments and analyses and conclusions.

2   Q    So I understand, you've come to the conclusion that

3   the value of this company is $8.3 billion.  Is that correct?

4   A    I think I stated $8.2 billion.

5   Q    And you would be willing to submit that as a valuation

6   based on the work you've done in the last four weeks?

7   A    Based on what we were asked to do and the work

8   performed that was the conclusion we arrived at.

9   Q    All right.  Now I take it you did not read Mr.

10  Tuliano's report in connection with putting together your

11  report.  Correct?

12  A    I did not.

13  Q    At your deposition, you testified that he had done a

14  more comprehensive analysis of the debtor than what you had

15  done.  Correct?

16  A    That sounds like what I said.

17  Q    And you also I take it did not read the examiner's

18  report in coming to your conclusions in this case.  Correct?

19  A    I didn't.

20  Q    The examiner has a fairly extensive discussion of the

21  VRC analysis from back in 2007.  Correct?

22  A    I didn't read the examiner's report.

23  Q    Well, did somebody point out to you that the examiner

24  had made some critical observations regarding how VRC went

25  about valuing the company?

1  A    The only reference I'm aware of with respect to VRC

2  was last night when I looked at the binder, there was

3  something from an expert from the examiner report relating

4  to VRC, but other than that, I have no familiarity with VRC.

5  Q    Did you read the disclosure statement in connection

6  with your work in this case?

7  A    That would have been at the very beginning.  I'm not

8  sure I read the entire disclosure statement.

9  Q    What parts do you recall reading?

10 A    If I read any part, it probably related to the Lazard

11 disclosures.

12 Q    Well, did you read the section talking about the

13 background of the company?

14 A    No, I just don't recall what I read.

15 Q    Well, how did you get familiar with the background of

16 the company since you had no familiarity with it before you

17 started working on this case?

18 A    Well, we were -- when we were engaged, Akin Gump had a

19 data room available to us which had a significant amount of

20 information on it.

21 Q    Did you -- but you don't recall reading the disclosure

22 statement?

23 A    I recall looking at parts of the disclosure statement.

24 I don't recall reading cover to cover.  I don't -- I just

25 don't recall.

1   Q      Now the part of the disclosure statement relating to

2   valuation is based on the Lazard October study.  Correct?

3   A      I believe so, yes.

4   Q      And is it your testimony today that the October study

5   was inaccurate at the time it was prepared?

6   A      Can you repeat that, please?

7   Q      Is it your testimony today that the October Lazard

8   study was inaccurate at the time it was prepared?

9   A      Well, I didn't do my analysis based on the time it was

10  prepared.  I did my analysis based on the date that I

11  prepared my report.  So had I done my analysis on October 4

12  or October 10 or whatever the date would have been, I'm sure

13  which conclusions might have been different, but there are

14  certain ones of them that for example the inclusion or

15  exclusion of a -- of, you know, a certain comp for example,

16  I probably wouldn't have a different view.  But other items

17  such as updating information, I may not have had a different

18  view than them.

19  Q      Well, what portion of the $1.6 billion applies to the

20  October study as of October?

21  A      Can you clarify that question?

22  Q      You don't understand the question?

23  A      If I understood it, I wouldn't have asked you to

24  clarify it.

25  Q      Well --

1         THE COURT:  Gentlemen, let's not fence.

2  BY MR. BENDERNAGEL:

3  Q    Okay.  What portion of the October study -- what

4  portion of the $1.6 billion in adjustments applies to the

5  October study as the October study was done in October?

6  A    If you'll give me a moment.  I'm not sure I can give

7  you a precise answer.

8  Q    Okay.

9  A    Because I didn't specifically analyze it that way, but

10  I think as a general matter the updating of financial and

11  market data, I'm not sure in total, but in large part would

12  likely not be relevant and that's $839 million.  The

13  publishing and broadcast and wholly owned weighting may be

14  relevant.  And in terms of the other categories, I'm looking

15  at the blue chart, Page 9 of my direct just as a summary to

16  where --

17  Q    This is the demonstratives that's been marked as NP-

18  2470?

19  A    Yes, it is, Page 9.  And the remaining in the blue,

20  the non-control interest methodology revision perhaps a

21  portion of that, but not all of that.  Pension add back

22  would not be relevant because I don't believe that

23  information was available.  And distributable cash would not

24  be relevant.

25  Q    So it would be fair to say most of the items would not

1  be relevant in October --

2  A      Yeah.

3  Q      -- but they're relevant now.

4  A      I think that's generally fair.

5  Q      Okay, thank you.  If you could go to the Page 7 of

6  your revised report which has been marked as MP-2469.

7  A      There's not a separate one in the binder, right?

8  Q      No, there isn't.

9  A      Okay.

10  Q      I thought you had enough paper up there already.

11  A      I do.  You said Page 7?

12  Q      That's correct.

13  A      I'm there.

14  Q      If you take a look at -- this is your executive

15  summary.  Is that correct?

16  A      Yes, it is.

17  Q      The first bullet point under the section Updated

18  Financial and Market Data for Publishing, Broadcasting, and

19  Wholly Owned Segments states, "The Lazard report is not

20  updated based on the most recently available information and

21  relies on months old data for critical portions of its

22  analysis."  Do you see that?

23  A      Yes, I do.

24  Q      And I believe you agreed that in October, Lazard used

25  current data to do its study in October.  Correct?

1  A    Again, I didn't specifically critique it at that

2  point, but I believe they did.

3  Q    And when they did their January update, they used data

4  that was current to the time period in January when they did

5  the update, right?

6  A    I didn't do a comprehensive look at January, however,

7  in general, I believe that's accurate.

8  Q    If you take a look at Tab 3 of the binder, the cross

9  binder DCL Exhibit 1092.  This is the Lazard January

10  supplement.  Correct?

11  A    Yes, it is.

12  Q    And if you turn to Page 5 of that document, this is a

13  comparison of the January supplement to the October

14  analysis.  Correct?

15  A    I believe it is.

16  Q    And it shows that the difference between the look in

17  January and the look in October is about $269 million.

18  Correct?

19  A    Yes.

20  Q    And that is driven essentially by a decrease in the

21  core business and an increase in the minority holdings.

22  Correct?

23  A    Yes.

24  Q    Now I'd like to focus on the core business for a

25  moment.  The core business declines between October and

1   January in the Lazard valuation by about $132 million.

2   Correct?

3   A     More or less $130 -- I don't know the -- there's some

4   other items in here but basically, yes.

5   Q     It says enterprise value core business variance $132

6   million.   Correct?

7   A     That's right.

8   Q     Now when you did your analysis in February and updated

9   the core business, you found that it increased by $198

10  million.   Correct?

11  A     Can you point me to the --

12  Q     Page 18 of your revised report.

13  A     Thanks.   Page 19 of my revised report.

14  Q     And this is another bridge chart.   Is that correct?

15  A     Yeah, that's a low and high, I apologize.

16  Q     I think I'm on Page 18, sir.

17  A     Okay.

18  Q     Just so everybody's on the same page.

19  (Laughter)

20  BY MR. BENDERNAGEL:

21  Q     This page right here.

22  A     Yeah, I'm with you.

23  Q     Okay.   And you'll see the first bar in the buildup is

24  $198 million.   Correct?

25  A     That's correct.

1    Q     And that is tabbed as relating to updated financial

2    and market data.  Do you see that?

3    A     Yes.

4    Q     And that relates to the core business.  Correct?

5    A     Yes, it does.

6    Q     And the core business consists of publishing,

7    broadcasting, and other, right?

8    A     Other wholly owned, yes.

9    Q     And you found based on your analysis, that the value

10   increased by $198 million, but a month earlier Lazard finds

11   using updated data that the value went down $135 million.

12   Is that consistent with your understanding of the two

13   analyses?

14   A     Yeah, I think that only relates to the update, but I

15   suppose if you were to account for the full difference, you

16   would have to add the difference related to the weighting as

17   well.

18   Q     Well, let's put the weighting aside.  Just focusing on

19   the updating --

20   A     Yes.

21   Q     -- with respect, you raise it $198 million and Lazard

22   says it went down by $130 million.  Correct?

23   A     Just to be specific, between January 19 and February

24   21, yes.

25   Q     So that's a swing of $330 million, right?

1   A       Approximately, yes.

2   Q       Both using updated financial data, both using updated

3   market data.   Correct?

4   A       Yes.

5   Q       What accounts for that difference, sir?

6   A       Again, I didn't -- I don't know if there's specific

7   financial data that might be different, there may be because

8   as I said, I didn't look through each and every number in

9   the January report, but in general, I'll tell you I believe

10  it's mostly market movement.

11  Q       The difference is you changed the multiples.   Isn't

12  that the fact?

13  A       The difference is the associated comparable company

14  stock prices increased, as a result, the ranges changed.

15  Q       You changed -- you didn't -- in doing your analysis,

16  you did not use the same multiples that Lazard used in doing

17  its analysis.   Correct?

18  A       That's correct.

19  Q       And the difference is not simply that there was a

20  change in the market, you changed the multiples.   Isn't that

21  correct?

22  A       Well, the way the reference range is determined is

23  based on market stock price movements.

24  Q       And what you basically did is you looked at the mean

25  and then determined how the mean had changed over time.

1  Correct?

2  A      Correct.

3  Q      And that assumes that Lazard was using the mean in its

4  analysis, right?

5  A      That's correct.

6  Q      If Lazard wasn't using the mean, if it was using a

7  different methodology, your adjustment of their methodology

8  by your methodology wouldn't make any sense, would it?

9  A      Well, there's -- it was an attempt to create a

10  relationship so I'm not sure it wouldn't make any sense,

11  however, to your point, it could be different.

12  Q      Well, if, in fact, you created the relationship on a

13  basis other than the one that Lazard used in doing its

14  analysis, the results would be meaningless, wouldn't they?

15  A      I think meaningless again is a bit of a strong term.

16  I think there's still a relationship because there are pure

17  companies within pure play and there's pure companies within

18  diversified.  And in theory, you know, they're in the same

19  markets and they should have, you know, directionally

20  similar movements, but in theory, yeah, they don't need to

21  necessarily move along with one another, but we attempted to

22  create a proxy for what -- how the grouping should move

23  together and where to peg them.  So we used the best proxy

24  we could develop, but they may be different to the extent

25  Lazard used different selections.

1  Q     Well, you didn't use a proxy that was made up of pure

2  play, you used a proxy that was made up of both pure play

3  and diversified.  Correct?

4  A     That's correct.

5  Q     And you heard Mr. Mandava talk last week about the

6  fact that he looked at pure play.  Correct?

7  A     Correct, but we didn't have the benefit of that

8  testimony.

9  Q     Well you knew it was a sum of the parts analysis.  And

10 when you're doing a sum of the part analysis, you're

11 supposed to look at pure play.  Correct?

12 A     That was our opinion, however, within the Lazard

13 report, they included all of them and we didn't know which

14 of them they included and which of them they excluded.

15 Q     So you just made the assumption that in a sum of the

16 parts, they would have used diversified.  Correct?

17 A     I made the assumption that I wouldn't be able to tell

18 you which ones and which not, therefore, I included all, I

19 created a mean, and I indexed them against the mean.

20 However, as you noted, that theoretically could have a

21 different result than what actually the results would be.

22 Q     Okay.  If you could take a look at Tab 4 of the

23 document and Mr. Mandava's slides are set forth and they've

24 been marked as DCL 1485 and I'd ask you to look at Page 19

25 of that document.

1   A    I'm sorry, Tab 4, Page 19?

2   Q    That's right.

3   A    I'm there.

4   Q    This shows an up -- this is Mr. Mandava's slide

5   showing how he updated the multiples from October 4 to

6   January 19.  Correct?

7   A    Yes.

8   Q    And just looking at publishing, he has the pure play

9   and the diversified entities listed.  Correct?

10  A    Yes.

11  Q    And he testified that in doing his analysis, he used

12  the McClatchy and New York Times multiples to set the high

13  end of his range.  Do you recall that?

14  A    Generally, I didn't re-review his transcript, but that

15  sounds right.

16  Q    And he then took a half turn down from the high end of

17  his range to set his range.  Correct?

18  A    I'm going to assume what you're telling me is

19  accurate.

20  Q    Well, do you recall what he said in his testimony?

21  A    Generally, but I didn't re-review the transcript.

22  Q    I see.  And now if you turn to Page 47 of your report,

23  your revised report, you show updated multiples both for

24  2010 and 2011.  Correct?

25  A    Yes.

1    Q      And you have a range for 2011 of 5.8 to 6.3.  Correct?

2    A      Yes.

3    Q      And that range was developed as a result of your using

4    your -- the indexing you described before to adjust the

5    Lazard range.  Correct?

6    A      Yes.

7    Q      And by making that adjustment, you've actually raised

8    range above two out of three pure play entities that are

9    reflected on Page 48 of your report.  Correct?

10   A      That's correct.

11   Q      And the New York Times barely gets in your range,

12   right?

13   A      Yes.

14   Q      So what you have created is a situation where you're

15   valuing the Tribune's Publishing assets as more valuable

16   than the New York Times assets.  Correct?

17   A      Based on, excuse me, based on the comparable company

18   analysis, yes.

19   Q      Well, just looking at your analysis, you have a range

20   of 5.8 to 6.3 which would have a midpoint around 6.50 and

21   New York times at 5.9 is below that, right?

22   A      Yeah, I agreed, except I only stated as it relates to

23   the comparable company valuation analysis.

24   Q      Well, based on your knowledge, do you think it's

25   reasonable to assume that the New York Times is less

1  valuable than Tribune Publishing assets?

2  A    I don't know, I'd have to go back and study that.

3  Q    And -- well, let me ask this question.  In doing your

4  analysis, did you study these various comparable companies?

5  A    We did.

6  Q    And how does the New York Times on a financial metrics

7  basis compare with Chicago Tribune?  I mean, the Tribune

8  Company's publishing assets?

9  A    Yeah, I mean, I didn't memorize all of the -- I didn't

10  memorize the 10K's, so I would have to go back and refer to

11  that.  But, you know, they're both very substantial

12  publishing businesses.  And I don't know all the specific

13  factors affecting the New York Times at the moment vis-a-vis

14  all the factors affecting this business.  In addition, you

15  know, we also did factor in the discounted cash flow for 10

16  percent which had a resulting impact of lowering it.  So I'm

17  not sure that on a final valuation basis, that it would

18  still be higher than the New York Times.

19  Q    Well, just looking at the comparable company basis, as

20  you sit here today, you don't have an opinion as to whether,

21  in fact, the New York Times is more or less profitable than

22  Tribune's Publishing assets?

23  A    You're asking me what the EBITDA or net income was and

24  I'd have to refer back to our analysis.

25  Q    So the answer to my question is you don't know as you

1    sit here?

2    A    Sitting here, no.

3    Q    And I take it that would be true with respect to

4    McClatchy.  You don't know how they compare to the Tribune

5    Publishing assets in terms of their financial performance?

6    A    Sitting here, I can't recall.

7    Q    That would be true of Lee Enterprise as well?

8    A    Lee was not included in our analysis.

9    Q    Well, do you have any opinion -- do you have any

10   knowledge based on the work as to whether, in fact, Lee

11   outperforms or underperforms  Tribune in the publishing

12   area?

13   A    I'd have to look.

14   Q    How about AH Belo?

15   A    Again, I'd have to look.

16   Q    And where does AH Belo have its newspapers, do you

17   know?

18   A    For some reason, I believe it was in the Midwest.

19   Q    And have you studied Gannett?

20   A    Again, you know, I don't have the 10K's with me.  I'd

21   have to and review them again.

22   Q    Well, what's Gannett's flagship product?

23   A    USA Today.

24   Q    And does -- that has a national footprint.  Correct?

25   A    It does.

1  Q     Does the Tribune have a comparable paper?

2  A     Well, Tribune has a couple flagship papers, but no,

3  not similar to the USA Today.

4  Q     Okay.  Now I take it you agree that in doing a sum of

5  the parts analysis, you ought to look to pure plays and not

6  diversified companies.  Correct?

7  A     That's my general view.

8  Q     And the way you did your analysis, your updating

9  analysis, you included diversified companies, right?

10  A     Yes, I did.

11  Q     Okay.  Now let's talk about broadcasting for a minute.

12  If you turn to Page 49 of your report, your revised report,

13  you have the comparable company analysis for the

14  broadcasting segment.  Correct?

15  A     Yes.

16  Q     And you come up with a range of 7.5 to 8.6 for the

17  total station group.  Do you see that?

18  A     That's correct.

19  Q     And how did you get that?

20  A     I think on the previous page, Page 48, I'm sorry,

21  that's broadcast.  On the following page, Page 50, we

22  computed the blended EBITDA multiples amongst the pure plays

23  and the diversifieds similar to what we did and then we

24  indexed.  However, within the total station group, there's

25  also a developing stations portion.  And the developing

1   stations portion I can't recall specifically, but we

2   extrapolated from the Lazard book as to how that impacted

3   the multiple.  So if you look at the Lazard multiples,

4   they're generally higher than the pure comps because they

5   also include the developing stations.

6   Q    How can the developing stations raise the multiple?

7   A    Because they're not valued purely on EBITDA because

8   they're still developing so as a result, the EBITDA is

9   suppressed.

10  Q    Well, that would lower the multiple, wouldn't it?

11  A    Not the way in which the analysis was performed

12  because I may be incorrect here, but, excuse me.  But for

13  some reason, I think where we found the analysis, it valued

14  it based on revenue and that skewed the multiples up for

15  EBITDA or something along those lines, but I don't remember

16  specifically.

17  Q    Well, the developing stations are stations that were

18  unprofitable and as a consequence didn't have any EBITDA,

19  right?

20  A    Not in all instances.  Some of them might have been

21  unprofitable, some of them might have had a little bit of

22  profit.

23  Q    But they -- the level was such that you utilizing an

24  EBITDA multiple wouldn't give you a meaningful result.

25  Correct?

1   A    Again, I think it was extrapolated off of the revenue

2   multiple and then it was blended in.

3   Q    In any event, you would agree that the methodology you

4   utilized using diversified companies, as well as, pure play

5   companies to come up with the extrapolation is not

6   consistent with how Lazard did its analysis as to how to

7   pick the multiples to begin with.  Correct?

8   A    Yes.  We used diversified, but, however, in the case

9   of broadcasting, I think the mean diversified multiple was

10  actually lower than the mean diversified for pure plays.

11  Q    So two wrongs make a right?  Is that your testimony?

12  A    No, I was just clarifying because we just went through

13  publishing and I was just thinking it through the same way.

14  Q    Well, the fact of the matter is if diversified was

15  lower, you'd still -- by using it, you'd distort the result,

16  wouldn't you?

17  A    Again, we use the same exact methodology.  And there's

18  a possibility that will arithmetically be incorrect.

19  Q    Okay.  Now Mr. Mandava and Mr. Chachas testified that

20  the comparable companies in the broadcast area aren't

21  particularly comparable.  Do you recall that?

22  A    Specifically, that statement I'm not sure I recall,

23  but I do recall them talking through several of the

24  comparable companies and talking -- excuse me, talking about

25  differences.

1  Q    Well how does Sinclair compare to Tribune's

2  broadcasting properties?

3  A    I think Sinclair might have been one of them that they

4  felt was at least more comparable.  I think the general

5  issue that they had was their affiliate relationships with

6  more with the big four versus CW.

7  Q    And that drives value.  Correct?

8  A    It may.

9  Q    Well, the way Lazard did its analysis, it took the

10  midpoint of the pure play and used that to anchor the high

11  end of its range and then it took a discount off that to

12  reflect the fact that the affiliation mix that Tribune has

13  is weaker than the comparable companies, right?

14  A    Sure.  And without the benefit of that knowledge when

15  we did our analysis, we again, tried to create the best

16  proxy we could create.  And like you said, you know, without

17  the benefit of that knowledge, things could be different in

18  the outcome.

19  Q    But you agree that the way in which Lazard fixed its

20  range makes sense given what they said about the industry,

21  right?

22  A    I'm sorry, can you repeat that?

23  Q    Well, this is what I want you to focus on.  Lazard

24  uses the midpoint of the pure play group with respect to

25  broadcasting to set the top of its range and then took a

1    discount down from that to set the bottom of the range to

2    reflect the fact that the comparables might be more

3    attractive than the TV stations that Tribune owns.  Do you

4    recall that?

5    A     I think that sounds familiar.

6    Q     And I take it from your testimony, you think that's a

7    reasonable approach, right?

8    A     I do, however, the only portion that I'm not certain

9    about how  factor in just sitting here is the developing

10   station group.  I think there's -- I don't remember the

11   exact number.  I'll call it 7 to 10 or somewhere along those

12   lines of developing stations.  And the aggregate EBITDA of

13   those developing stations is -- the round number is $15, $20

14   million.  And those values were not extrapolated based on a

15   pure EBITDA multiple.  And I think we had to dig back

16   through the Lazard valuations and do some earlier valuation

17   report to determine how they did that, maybe dating back to

18   March, but again, I -- and my memory may be failing me.  And

19   when you extrapolate to the aggregate TV station group

20   inclusive of that, I think that factored in.  So I just

21   can't recall sitting here because that was a component piece

22   that had an effect of lifting the multiple, that the

23   multiple was relatively high compared to just the range

24   alone.

25   Q     Well, let's take a look at Page 14 of Exhibit 1092

1  which is in Tab 3.

2  A      Okay.

3  Q      Have you gotten to that page?

4  A      I am.

5  Q      And this is the comparable company analysis summary of

6  multiples in Lazard's January update for the broadcasting

7  segment.  Correct?

8  A      That's correct.

9  Q      And it shows that the number of developing stations

10  was smaller than what was in the October study.  Correct?

11  A      It doesn't show the number of developing stations, all

12  it shows is the EBITDA.  So if I recall correctly in the

13  October, the EBITDA was, I thought it was around $15 million

14  or something along those lines.  And if you extrapolate

15  across, I actually thank you for pointing me to this, you

16  know, if you look at the enterprise values driven off of the

17  $1 million of EBITDA, you can see, you know, the multiples

18  are very skewed if you just use an EBITDA multiple against

19  the amount of EBITA.  So that's what I was referring to, so

20  thank you.

21  Q      And looking to the next line, total station group, the

22  range they come up with in January is 6.7 to 7.8, right?

23  A      Yes.

24  Q      And your range is significantly above that is it not?

25  Your range is 7.5 to 8.6.

1    A      Yes.

2    Q      Which range do you think is the more reasonable range?

3    A      I -- we updated our report based on their October

4    report.  We updated the comparable companies based on that

5    using the method that we discussed, and I believe that in

6    general, the comparable companies in the data set had gone

7    up significantly or had gone up from July -- excuse me,

8    January 19 through February 21 and that likely had a

9    resulting impact of lifting those multiples.

10   Q      Do you know whether, in fact, that would account for

11   the change or is it just that the multiples are different?

12   A      It could be either.

13   Q      Now yesterday you indicated that you had -- you

14   believed that the multiples -- that the prices of these

15   companies had gone down, but you hadn't looked.  Do you

16   recall that?

17   A      Yeah, I do believe that they've gone down.

18   Q      Did you have a chance last night to look to see how

19   much they've gone down?

20   A      I think there was a demonstrative that I saw that

21   showed it, however, I hadn't previously quantified it.  And

22   the issue is isn't necessarily a question of how much it

23   goes down, it's a question of when you flow it through and

24   do the weightings and everything else, you know, what the

25   value change is and that's that what we didn't have a chance

1  to do yet.

2  Q     Well, let's take a look at Page 10 of your slide set

3  that you showed the Court yesterday which is Exhibit NP

4  2470.

5  A     I'm here.

6  Q     And you have a chart that shows the variance between

7  October and February and a variance between January and

8  February.  Correct?

9  A     Yes.

10 Q     And it shows between January and February it went up

11 11 percent or thereabouts.  Correct?

12 A     Yes.  And within there, the broadcasting apparently

13 went up so that was probably a portion of the value, the

14 range change so --

15 Q     Now if you could take a look at the document that's

16 behind Tab 9.

17 A     Sure.

18 Q     That's been marked as DCL 1502.  This is an update of

19 your chart, isn't it?

20 A     It looks similar.  I don't know the numbers, but I'll

21 take it that they're accurate.

22 Q     Well, last night did you check when we sent this over?

23 A     I didn't actually get this page until this morning.

24 Q     Okay.

25 A     And so I haven't had a chance.

1  Q    Well if, in fact, it's accurate, it shows that most of

2  the uplift from January to February has been lost in the

3  last two weeks.  Correct?

4  A    Yeah, 8.8 percent down versus 11.4 percent up and then

5  you'd have to look at the categories, absolutely.

6  Q    Now if you'd take a look at Tab 9 -- 6 for a moment.

7  It's entitled Multiple Comparison and it has the Exhibit

8  Number DCL 1499.  Do you recognize this document as a

9  document we sent over to you?

10 A    Yeah, I looked at this briefly.

11 Q    And what this shows is it essentially takes Mr.

12 Mandava's chart from his slides and adds your multiples and

13 then the multiples as of last Friday.  Correct?

14 A    It looks that way, yes.

15 Q    And it shows that the multiples are consistently going

16 down.  Correct?

17 A    I'm sorry, I didn't follow that last piece.

18 Q    Well, look at New York Times for publishing.  It

19 dropped a half turn in the last two weeks.

20 A    Yeah, you're -- not consistently.  Okay, that's what I

21 was confused about it.  So yes, between February 18 and

22 March 11, it did go down.  And frankly, that's my basis for

23 the statements I was making yesterday, the value of updating

24 the valuation information, so I completely agree with you.

25 Q    Well, so we should update the valuations every day?

1  A     You update the valuation at the time that's

2  appropriate to update the valuation.

3  Q     Well, would you think it would be a good time to

4  update the valuation given the change in the multiple?

5  A     If I was told to update my valuations, I would update

6  my valuation.

7  Q     Well, if you updated the valuation, given the fact

8  that most of the lift that existed between January and

9  February has gone out of the market, you'd be back right to

10  where the January supplement was, wouldn't you?

11  A     But that's the whole purpose of updating valuations.

12  You have a valuation as a point in time estimate.  You use

13  the best available information you have as of that date and

14  you update.

15  Q     All right.  Now I'd like to ask you some questions

16  about the other wholly owned assets, if I could.  If you

17  could turn to Page 51 of your report, you have your

18  analysis, your comparable company analysis with respect to

19  these assets.  Is that correct?

20  A     That's correct.

21  Q     And the chief asset in this category is Tribune Media

22  Services, right?

23  A     Yeah, I think it counts for probably 90 percent or

24  more of the value.

25  Q     And at your deposition, you didn't know what Tribune

1  Media Services did, did you?

2  A      No, I think I described it as a consultancy related

3  business that leveraged its knowledge of the media space and

4  data that it collected in the media space, something along

5  those lines.

6  Q      You indicated they provided consulting services,

7  right?

8  A      I believe they do.

9  Q      And that's your understanding of what Tribune Media

10  Services does?

11  A      Well, they provide information and they consult with

12  customers over how to leverage their media spend.

13  Q      What do you -- what are you basing that on?

14  A      Based on information that I read.  Again, I didn't

15  have the benefit of meeting with management and discussing

16  it specifically with them, perhaps --

17  Q      Well --

18  A      -- you know, word consultancy is the wrong word, but

19  it's just --

20  Q      I had understood from Mr. Mandava's testimony that

21  what Tribune Media Services does is that it provides

22  television information to cable companies that comes up on

23  the screen to show what's on at 5:00. Is that consistent

24  with your understanding?

25  A      Well, that's a part of it.  I think again, maybe I

1   misused the word consultancy, but in my mind, consultancy

2   would mean providing either a service or providing

3   information.  And they provide information and they consult

4   with clients as to how to do media spend.  And I think the

5   guide business is a piece of it and I have subsequent to my

6   deposition had a chance to look more.  And I think they also

7   license content.  And again, this is stuff I was only really

8   able to read desktop.  I wasn't able to, you know, gain an

9   intimate knowledge of the business.

10  Q    Well what specific is the basis of your statement that

11  they provide consulting service -- well, let me ask it a

12  different way.  What percentage of their revenue is based on

13  consulting services?

14  A    I don't know.

15  Q    And do you know what percentage of their revenue is

16  based on the TV guide kind of information they provide?

17  A    I don't know.

18  Q    Is this a growth company?

19  A    I think in my deposition I state it is a growth

20  company.  And, you know, I think from the way I was thinking

21  of it, I know that they're year over year growth statistics

22  are not indicative of a growth company, however, I think the

23  platform being a business that is able to leverage its data

24  in many different ways from that perspective, it's a

25  leverageable platform.  And if you look at the comps, the

1  comps, you know, in general, I think have growth

2  characteristics.  So that was the basis for my suggesting it

3  was a growth company.

4  Q    Well, Lazard took a fairly significant discount off

5  the comps, did it not?

6  A    As we did.  And I think the basis for taking the

7  discount which was approximately a 50 percent discount was

8  because the growth characteristics of those comps were

9  significantly greater than the growth characteristics of the

10 target company.

11 Q    Well at your deposition, you said that TMS was a

12 growth company.  Are you now saying it isn't a growth

13 company?

14 A    No, it's still a growth company, but when you are

15 comparing it to extraordinarily high multiples and the

16 example here is on Page 51, the EBITDA multiples are over 20

17 times.  I mean, that is a very, very high multiple.  And you

18 could be a growth business and have a multiple of ten times

19 or even less or more than ten times, it's just the mean

20 multiples in this case were very, very high.  And what

21 Lazard did was moderate them by basically taking a 50

22 percent reduction to the multiples.

23 Q    Now is your multiple higher or lower than Lazard's

24 current multiple?

25 A    I think we compared ours to their October report so

1  maybe if you could point me, I can tell you the answer.

2  Q      Well did you -- in preparing your testimony, did you

3  go back and look at the January supplement to see how your

4  analysis compares to what Lazard did in January?

5  A      Specifically, no.

6  Q      Now what is Rovi?

7  A      In general, I think Rovi is very big in the guide

8  business that you referred to.  It's I think a much bigger

9  company.  That's a general description.

10  Q     Have they sued TMS?

11  A      I don't know.

12  Q     Do you know whether they have a patent claim against

13  TMS arguing that TMS is violating that patent?

14  A      I don't know.

15  Q     You didn't take that into consideration in doing your

16  valuation analysis?

17  A      No, I didn't.

18  Q     I noticed in looking at this page, you use both 2010

19  and 2011 EBITDA in valuing the company on a go forward

20  basis.  Is that correct?

21  A      Yes.

22  Q     What's the justification for using 2010 to value the

23  company going into the future?

24  A      Well, in general in valuation, you know, I consider

25  both 2010 and 2011.  I considered the last twelve months or

1    the closest proxy I have for it and I considered forward

2    twelve months and the closest proxy I had for it.

3    Q    So that's a methodological change because Lazard

4    didn't do that.  They just used a forward looking multiple.

5    Correct?

6    A    Can you refer me to the Lazard report page?

7    Q    Well, when you did your analysis, did you realize --

8    Lazard only had one EBITDA point for each of its valuations.

9    Correct?

10   A    Excuse me?  I'm not sure I'm following.

11   Q    Well, on your -- in the October report, did they use

12   trailing EBITDA and forward looking EBITDA or did they use

13   one EBITDA number to do their comparable company valuation?

14   A    I believe there were instances where they used 2010

15   and 2011.

16   Q    Well, with respect to the wholly owned companies, did

17   they do that?

18   A    I don't specifically recall for wholly owned.

19   Q    Well --

20   A    But I thought for the other core business units they

21   did.

22   Q    And that's your understanding.  Is that correct?

23   A    Well, I have to refresh myself.  I didn't memorize

24   each number and each comparison, I'd have to refer back.

25   Q    Well, investors don't buy last year's cash flow,

1  they're looking to invest in next year's cash flow.

2  Correct?

3  A    I think it's a consideration.  I think last year's

4  cash flow is a consideration for investors.

5  Q    Well is it -- yeah, but it's used as a proxy for next

6  year.  Correct?

7  A    I think it's used to inform the investor.

8  Q    Well but the investor is looking to buy an interest in

9  the future cash flows.  Correct?

10  A    They are, but they're also looking to see how the

11  company is currently performing.

12  Q    And in doing your valuation, you used a blend of both

13  2010 and 2011.  Correct?

14  A    In most instances, yes.

15  Q    So essentially what you did is you ended up doing all

16  the core businesses just like the company did, the broadcast

17  business where it uses the blend of 2010 and 2011 because of

18  the cyclicality of that industry.  Correct?

19  A    Well, they used a blended EBITDA multiple for

20  broadcasting, but I guess you would blend them.  I mean, but

21  -- yes, you'd blend them.

22  Q    So you ended up blending all the core assets now in

23  your analysis, right?

24  A    Well, if you'll give me a moment.

25  Q    Well, you do it for the wholly owned assets, you can

1    see that on Page 51.  If you go back to the broadcast

2    segment, you do it for the cable operation and that's on

3    Page 49.

4    A      Well the answer of what I did, yes.

5    Q      Okay.

6    A      I just was referring back to what we were reviewing,

7    but yes, what I did was that.

8    Q      So you used a blend for everything?

9    A      Not everything.  I think there was the internet

10   business we attempted to use 2011 which is a forward

11   multiple only for the internet businesses.  And for one of

12   them, the information was not available so we just used

13   2010.  And for one of them, the information was available so

14   we used 2011.

15   Q      Now if you take a look at the documents Tab 5 there

16   are three demonstratives.  And these are marked as DCL 1498.

17   Do you see that?

18   A      I don't see the DCL.

19   Q      I'm sorry, it isn't on the document.

20   A      Oh, okay.

21   Q      But we've marked it as DCL 1498.

22   A      Okay.

23   Q      Did you have a chance to look at these last night?

24   A      I looked at it quickly.  I did look at them quickly.

25   Q      And what we've done on these pages is back out the

1  2010 multiple and just redo the valuation utilizing 2011

2  multiple for the comparable company and keeping everything

3  else constant, right?

4  A     Yes.

5  Q     And it shows that for the publishing it doesn't have

6  all that big an impact.  Correct?  That's what the first

7  page shows.

8  A     That's correct.  It has a 6 to -5.

9  Q     For the broadcasting, if you would use just 2011 for

10  the cable operations, the number would go down by between

11  $89 and $92 million.  Correct?

12  A     Correct.

13  Q     And that calculation is accurate is it not?

14  A     Yeah, the math flows.

15  Q     And if you look at the whole -- the TMS or TMS

16  information which was the third page, you would reduce the

17  valuation by between $14 and $15 million if you just used a

18  forward looking multiple, right?

19  A     Yes.

20  Q     Okay.  Now I'd like to talk to you, if we could go

21  back to exhibit -- the tab -- the exhibit behind Tab 3, DCL

22  Exhibit 1092 and go to Page 5 again, this is the comparison.

23  A     I'm sorry, I missed that page?

24  Q     Five.

25  A     I'm there.

1    Q    This is again, the comparison that Lazard put together

2    of its October to January analysis.  Correct?

3    A    Yes.

4    Q    And we've been talking about the fact that they had

5    projected in January that the core business was going down.

6    Do you see that?

7    A    Yes.

8    Q    And you were here for Mr. Hartenstein's testimony

9    yesterday?

10   A    No.

11   Q    Did anybody report to you what he had said about

12   performance in the first two months of 2011?

13   A    I was prepping and counsel that I had been prepping

14   with was with me and not here so --

15   Q    Well, do you know how the company has performed in the

16   first two months?

17   A    No.

18   Q    Do you know whether, in fact, the forecast -- you do

19   know that the forecast that the company put together for

20   2011 is less than their performance for 2010.  Correct?

21   A    Yes.

22   Q    You put a chart in showing that in your slides

23   yesterday, right?

24   A    That's correct.

25   Q    And they have a budget for 2011 that's less than the

1  performance for 2010.  Correct?

2  A      Yes.

3  Q      And yesterday Mr. Hartenstein testified that they were

4  behind budget.  Are you aware of that?

5  A      I'm not.

6  Q      Okay.  Now the other factor that drives value on Page

7  5 of Exhibit DCL 1092 is the non-controlled or minority

8  investments.  Correct?

9  A      Yes.

10  Q      And they show an increase of $357 million, right?

11  A      Yes.

12  Q      And that compares to your analysis which suggested

13  that these would go up about twice as much, right?

14  A      Can you point me to the page?

15  Q      Look at Page 18 of your report which is NPP 2469, the

16  bridge.

17  A      Yeah.  Just over double.

18  Q      And that's a result of the valuations you've done of

19  TV Food, Career Builder, and Classified Ventures.  Correct?

20  A      That's correct.

21  Q      Now before February 4, you had never done any work on

22  any of those properties.  Correct?

23  A      That's correct.

24  Q      You had never valued those types of properties, had

25  you?

1  A      That's correct.

2  Q      Okay.  Now let's talk about TV Food for a moment.

3  It's a partnership between Scripps and Tribune.  Correct?

4  A      Yes.

5  Q      Did you review the partnership agreement?

6  A      No, I didn't have it available.

7  Q      Did you ask your counsel to see the partnership

8  agreement?

9  A      At some point, I think I did, but I never received it.

10  Q      Well, do you believe in doing a valuation of a

11  minority interest it's important to look at the partnership

12  agreement?

13  A      Well, to the extent it was available, I would have

14  reviewed it.

15  Q      Well, that's not my question.  My question is in doing

16  a valuation of a minority interest, do you think it's

17  important to look at the partnership agreement?

18  A      I would have liked to have, yes.

19  Q      And do you know -- has anybody told you how that

20  partnership agreement functions?

21  A      No.

22  Q      What are the rights of Tribune as a minority holder in

23  that partnership?

24  A      I just described I haven't reviewed the partnership

25  agreement so I don't know.

1  Q      Well, do you know if they have the right to demand

2  forecast information?

3  A      I don't know what rights they have to demand

4  information.   I thought that they had access or general

5  access to information so I don't know specifically what the

6  rights are.

7  Q      Well, do you know whether, in fact -- now this has

8  been a pretty lucrative investment for Tribune, has it not?

9  A      Yes, I believe so.

10  Q      And that's because TV Food's cash flow has been high

11  and Scripps has distributed 100 percent of the cash flow to

12  the partner -- out of the partnership, right?

13  A      I don't know if it's 100 percent, but they've made

14  large distributions.

15  Q      Do you know whether Scripps has the right to change

16  the distribution at will?

17  A      I don't know.

18  Q      Do you know whether Tribune has any ability to

19  influence the size of the distribution?

20  A      I don't know.

21  Q      If Scripps tomorrow decided to take the cash flow and

22  buy something else, would Tribune have any say in that?

23  A      I'm not sure.

24  Q      Do you think that has an impact on value?

25  A      It may.

1  Q      Well, if you were buying a minority interest in a

2  company, you'd want to know what your rights are, right?

3  A      Yes.

4  Q      And to the extent your rights are restricted, that's

5  going to make the property less attractive, right?

6  A      Well, there's -- you have to put it all in the

7  context, but that aspect, yeah, I agree.

8  Q      Would you take that into account in doing your

9  valuation?

10  A      I'd consider that.

11  Q      Well where specifically in this analysis did you take

12  that into account?

13          THE COURT:  Mr. Bendernagel, we're going to take

14  a five minute recess during which Mr. Singh can --

15          MR. BENDERNAGEL:  I'm sorry?

16          THE COURT:  We're going to take five minute

17  recess during which Mr. Singh can figure out if he's got an

18  answer to that question.

19          MR. BENDERNAGEL:  Okay, thank you, Your Honor.

20          THE COURT:  But I ask Mr. Singh that you not

21  discuss your testimony with anyone during the break.

22          MR. SINGH:  Yes, Your Honor.

23          THE COURT:  All right, thank you.

24          MR. SINGH:  Thanks.

25          THE COURT:  Court will stand in recess.

1    (Recess from 10:05 a.m. to 10:17 a.m.)

2              THE CLERK:  Be seated, please.

3              MR. BENDERNAGEL:  May I proceed, Your Honor?

4              THE COURT:  You may.

5    BY MR. BENDERNAGEL:

6    Q    I think you were pondering the last question I asked

7    which was where in your analysis of TV Food did you take

8    into account its minority status.  Do you recall that?

9    A    Sure.  I believe during the due diligence process, we

10   noted that Lazard had taken that into consideration.  I

11   believe it was in the Chachas' expert report.  And the as in

12   the course of our analysis, we relied on comparable

13   companies and precedent transactions.  With respect to the

14   comparable companies, when you consider what you're

15   comparing it to, it's a share of stock.  A share of stock in

16   itself is a minority interest.  Second, when we consider the

17   precedent transactions, we considered two; one was The

18   Weather Channel and one was the Travel Channel.  The Weather

19   Channel transaction occurred in July 2008 and I believe the

20   Travel Channel transaction occurred in December of 2009.

21   And putting those dates into context, those were certainly

22   not the best of days and certainly the recovery within the

23   market has been substantial since that period of time.  So

24   when considering that Lazard had considered it and also our

25   view of the comparable metrics, as well as, the precedent

1  transactions, we determined that we did not need to adjust

2  any further.

3  Q    Okay.  Can you take a look at Page 53 of your revised

4  report which is NP 2469.  Are you with me?

5  A    Yes.

6  Q    You use a comparable company methodology and you use a

7  total precedent transaction methodology.  Correct?

8  A    That's correct.

9  Q    And you blend them 50/50, right?

10  A    Yes.

11  Q    That's not how Lazard blended them is it?

12  A    No, Lazard blended theirs 70/30 in favor of

13  comparables.

14  Q    And the reason they did that was to take into account

15  the control premium was it not?

16  A    I don't know that.

17  Q    Well were you here for Mr. Mandava's testimony?  I

18  thought he indicated he wanted to downplay the impact of the

19  precedent transactions because each of the two precedent

20  transactions that you identified were control transactions.

21  Correct?

22  A     They were control transactions I -- in the review of

23  the Lazard materials whether it was March or October, they

24  didn't indicate that that was the rational for the

25  weighting.

1    Q      Well when you were here the other day, that's what Mr.

2    Mandava said, isn't it?

3    A      Specifically, I don't recall, but he may have.

4    Q      Well what else -- what other justification would there

5    be for weighting the precedent transactions at 30 and

6    weighting the comparable companies at 70?

7    A      I don't know because I weighted mine at 50/50.

8    Q      And as a consequence, you essentially weighted control

9    transactions as if they were minority transactions, right?

10   A      In this instance, I don't believe that's the case.

11   And I think when you consider a valuation, you have to

12   consider the context.  And as I just stated, within the

13   precedent transactions, the timing associated with those

14   transactions despite the fact that they're control

15   transactions, let me to conclude that the timing of the

16   market was very different than the timing of the market now.

17   Q      What specifically do you know about The Weather

18   Channel transaction, sir?

19   A      The Weather Channel was purchased by a consortium of

20   buyers. The operating partner, if you will, the one that

21   manages the operations of the business is NBC.  NBC owns the

22   smallest interest which is 25 percent.  The other two

23   partners are Blackstone and Bain.  And Blackstone and Bain

24   each own approximately 30 percent of the balance.  So it's a

25   somewhat unusual transaction in that principally, the

1  financial backing aspect of these transactions, those people

2  are not the operators of the business.   NBC who owns the

3  smallest interest is the backer.

4  Q     Is the operator.

5  A     Is the operator, excuse me, thank you.

6  Q     And it's your testimony that they didn't pay a premium

7  at that juncture in time for control?

8  A     They may very well have paid a premium, but again, you

9  have to consider the context and the timing.   You know value

10  changes over time.   And my general sense is in mid-2008,

11  Bear Stearns had failed, Merrill Lynch was getting taken

12  over.   You know, Lehman was having a lot of challenges.   The

13  financial markets were in turmoil.   And going in to 2009,

14  we're in the recovery phase, but, you know, there's

15  substantial portion of the recovery phase that has occurred

16  since 2009.   So you take into context what the time of the

17  transaction was as well.

18  Q     Well let me get this straight.   You admit they're

19  control precedent -- they're control transactions and they

20  took place in a time very different than today and you still

21  weight them with the same level as today's comparables.   Is

22  that correct?

23  A     Well, as I described in The Weather --

24  Q     Is that correct?   In doing your analysis, you admit

25  that the precedent transaction was a control transactions

1  and they took place in a very different time period, yet you

2  didn't underweight them compared to the forward looking

3  multiples that you used in your comparable company analysis.

4  Is that correct?

5  A    It's correct with the exception that I used the lower

6  end of the multiple range.  So one was at a 13.7 times, one

7  was at a 13.9 times.

8  Q    And --

9  A    I used the 13.7 times to create a further discount.

10  Q    But then you weighted that 50 percent, right?

11  A    That's correct.

12  Q    And that weight -- 13.7 is higher than Scripps, the

13  parent company trades for at any point in your analysis

14  whether you're using 2010 multiples or 2011 multiples,

15  right?

16  A    That's correct.

17  Q    And as a consequence, your hypothesis is that somebody

18  would pay a higher multiple for a share in a subsidiary of

19  Scripps that has no control than they would to buy into

20  Scripps, right?

21  A    On a blended basis, that would still be the result so

22  yes.

23  Q    Now what was the effect of using both 2010 and 2011

24  EBITDA on your results, do you know?

25  A    I believe you created a slide, but I don't recall

1  exactly what the slide said so -- I never ran that analysis.

2  Q     Let's take a look at the slides behind Tab 7 which is

3  Exhibit 1500, DCL 1500.  And the first page attempts to

4  depict what the impact is of taking out 2010 EBITDA holding

5  everything else constant.  Do you see that?

6  A     I do.

7  Q     And what's the result that's depicted on this page?

8  A     It would reduce total distributable value, I believe

9  $14 to $70 million reduction.

10  Q     Now if you take a look at the next chart, the next

11  chart is essentially set up as your analysis, but we've done

12  here is substitute in the correct numbers for the operating

13  metrics for TV Food.  Do you see that?

14  A     I do.

15  Q     And you talked in your slide last week, I believe it's

16  on Page 25 of the fact that if you had done that, the

17  reduction would be about $71 million.  Do you recall that?

18  A     Yes, I believe this is a similar calculation.

19  Q     And this calculation results in a reduction of value

20  between $69 and $70 million.  Correct?

21  A     Yeah, my disclosure and this calculation were intended

22  to be one in the same.

23  Q     Okay.  And but you didn't make that change in your

24  analysis.  Is that right?

25  A     We weren't requested to.

1   Q      You were -- you're coming here to testify as to your

2   best judgment to the valuation and you need somebody to tell

3   you to make the change?  Is that what you're testifying to?

4   A      That's correct.

5   Q      Okay.  If you take a look at the next chart, what

6   we've basically done on this chart which is the third chart

7   in DCL 1500, we've updated the multiples that you used using

8   present market prices.  Do you see that?

9   A      I do.

10  Q      And the impact of that change when combined with using

11  the proper metrics is that your values are reduced in the

12  order of $120 million.  Do you see that?

13  A      I do.

14  Q      Do you have any basis to question this analysis?

15  A      Yeah, the difference is driven between the stock price

16  date that we used of February 18 and the stock price date of

17  March 11 that you used in this.  So I think that is

18  quantitatively the difference.

19  Q      So that reduces the number by another $50 million.

20  Correct?  Compared to what it would if you had made the $71

21  million adjustment that you referred to on Page 25 of your

22  slides?

23  A      Yes.

24  Q      And if you look at Tab 8 just to get through these

25  documents, what we've attempted to do is blend in in Tab 8

1   which is DCL 1501, the impact of actually getting rid of

2   2010 EBITDA using the correct metric for 2011 and updating

3   to 3/11/11.  Do you see that?

4   A      I believe I follow this, but, yes.

5   Q      And the -- if you had done those three things, the

6   resulting decrease was between $134 million and $198

7   million.  Correct?

8   A      That's correct.

9   Q      And if you would apply a minority discount to that

10  number, the reduction would be even greater, right?

11  A      If you were to apply a discount, yes.

12  Q      Now Mr. Tuliano imposed a discount on the TV Food

13  properties in connection with his analysis.  Are you aware

14  of that?

15  A      Not specifically.  I can't recall whether in the

16  materials that we had to review last night whether that was

17  one of the items, but I never reviewed anything that Mr.

18  Tuliano prepared.

19  Q      Mr. Tuliano is one of the noteholders other experts.

20  Is that correct?

21  A      I believe so.

22  Q      Could you take a look at Tab 10?  It is an excerpt

23  from Mr. Tuliano's report which is marked MPP 944.  And I'd

24  ask you first to look at Page 97.

25  A      I'm there.

1  Q      And 98.  Do you see this is his analysis of the equity

2  investments.  And if you look at the second page, 98, you

3  can see one of the investments he values is TV Food.  Do you

4  see that?

5  A      I do.

6  Q      And he has an Exhibit I4. Do you see that?  It's

7  referenced in the last sentence in that section.   I4

8  presents details of my valuation of the various equity

9  investments.  Do you see that?

10 A      I see that reference.

11 Q      If you look at the last page of this exhibit, it's

12 entitled Exhibit I4-B.  Do you see that?

13 A      No.  I'm trying to find it.  The last page of -- so

14 Page 100 on the bottom?

15 Q      No, it's the last page of the exhibit behind 10.  It's

16 a spreadsheet.  It looks like a DCF.

17 A      Can you visibly show me?

18          UNIDENTIFIED SPEAKER:  I don't think it's in the

19 book, Jim.

20          THE COURT:  It's not in my binder either.

21          MR. BENDERNAGEL:  That's a shame.  Can I show it

22 to him, Your Honor?

23          THE COURT:  Yes.

24 BY MR. BENDERNAGEL:

25 Q      You can take a moment to familiarize yourself with

1  that chart.

2  A    I think in general it looks like a discounted cash

3  flow of the TV Food Network in 2007.

4  Q    And if you could look down the page, there's an item

5  that I've circled and highlighted that talks about a

6  discount of 16.7 percent.  Do you see that?

7  A    Yeah, it's circled.

8  Q    Could you just read that into the record?

9  A    Sure.

10  Q    And read the footnote that goes with it.

11  A    Less discount for lack of control at 16.7 percent,

12  Footnote 9.  Footnote 9 it's a little written over, I

13  apologize.  Based on a concluded control premium of 20

14  percent based on Mergerstat Review 2007.  This implies a

15  discount for lack of control of 16.7 percent and then

16  there's a formula of (1-1/)1+ 20 percent).

17  Q    Now looking at that document, you can see what Mr.

18  Tuliano has done is reduced his value to reflect that 16.7

19  percent discount for control, right?

20  A    It appears so.

21  Q    Now that's not an unusual thing to do in a valuation

22  is it?

23  A    No.

24  Q    If you could take a look at Tab 11 for a moment in

25  your binder.  This is an excerpt from the examiner report.

1  Do you see that?

2  A      I do.

3  Q      And the examiner report, Your Honor, has been marked

4  as NP 782, but I believe it's also being submitted jointly

5  by the parties.  If you look at Page 253 at the top, there's

6  a point and I'll read it into the record.  VRC failed to

7  apply any minority or marketability discounts in connection

8  with its determination to the value of Tribune's equity

9  investments.  Despite the fact that with limited exceptions

10 Tribune held less than a 50 percent ownership in those

11 investments and most of Tribune's investments were the non-

12 public closely held businesses.  Do you see that?

13 A      I do.

14 Q      And then there's a footnote at the bottom of the page

15 that talks about this issue.  Correct?

16 A      Footnote 1023.

17 Q      And the third paragraph of that footnote reads despite

18 VRC's response, it is nonetheless appropriate to recognize

19 some level of discount in determining the value of Tribune's

20 minority interest in illiquid, i.e., non-public traded

21 assets.  VRC's claim that Tribune's equity investments were

22 growing -- were in growing market segments would not modify

23 the nature of Tribune's ownership interest, but rather would

24 be reflected enhancement -- in an enhancement to the

25 aggregate values ascribed to each enterprise already

1    reflected in the value of the enterprise.  Even though

2    Tribune had in certain instances the ability to elect board

3    members, this would not negate the justifiable inclusion of

4    discounts.  Rather, these considerations might be relevant

5    in assessing the magnitude of the discount to be applied,

6    but would not serve as a basis for eliminating them all

7    together.  Do you see that?

8    A      I do.

9    Q      Were you made aware of what the examiner had said

10   about the -- this issue in connection with putting together

11   your analysis?

12   A      No.

13   Q      If you take a look at Tab 13, there are certain --

14   this has been marked as DCL -- if you look at Tab A, it's

15   marked as DCL 1503.  It's excerpts from the Damodaran's

16   Investment Valuation Book.  Do you see that?

17   A      I do.

18   Q      Are you familiar with this document?

19   A      Generally.

20   Q      Well, have you ever read this book before?

21   A      Perhaps I read parts of it in business school or after

22   business school, but I'm not sure I read it cover to cover.

23   Q      Well, in doing your valuation work in the last few

24   years, have you ever had to consult Mr. Damodaran's work?

25   A      As I just stated, I think I've reviewed excerpts here

1  and there, but I -- you asked if I read the book.  I just

2  want to be clear, I haven't read every page of the book.

3  Q    Well who is Mr. Damodaran?

4  A    I think he's a very well respected professor, I

5  believe from NYU, but I'm not positive.

6  Q    If you could take a look at the third page of Exhibit

7  1503.  It has the Bates -- it starts Page 684 at the top.

8  A    I'm there.

9  Q    Are you there?

10 A    Yes.

11 Q    The second paragraph under control issues reads there

12 are implications for valuation if a portion of a private

13 firm is offered for sale, if that portion provides a

14 controlling interest, i.e., the right to pick the firm's

15 management, it should have a substantially higher value than

16 if it does not provide this power.  Normally, this would

17 mean that 51 percent of a firm's private equity should trade

18 a substantial premium over 49 percent.  This applies whether

19 a firm is being sold to a private entity or a publicly

20 traded firm and may arise in initial public offering.  If

21 for instance only non-voting shares or shares with diluted

22 voting rights are offered to investors in the public

23 offering, they should trade at a discount on shares with

24 full voting rights.  Do you see that?

25 A    I do.

1    Q     Do you agree with that?

2    A     Generally, yeah.

3    Q     And take a look at Tab B.  This is another quote from

4    Mr. Damodaran's book.  If you look at Page 677, there's a

5    section on illiquidity discounts.  Do you see that?

6    A     Yes.

7    Q     And Mr. Damodaran says when you take an equity

8    position in an entity, you generally like to have the option

9    to liquidate that position if you need to.  The need for

10    liquidity arises not only because of cash flow

11    considerations, but also because you might want to change

12    your portfolio holdings.  With publicly traded firms,

13    liquidation is simple and generally has a low cost.  The

14    transaction cost for liquid stocks for a small percentage of

15    value.  With equity in a private business, liquidation costs

16    as a percent of firm value can be substantial.

17    Consequently, the value of equity in a private business may

18    need to be discounted for this potential illiquidity.  Do

19    you see that?

20    A     I do.

21    Q     As a general proposition, do you agree with that?

22    A     Yeah, academically speaking, yes.

23    Q     One last quote from Damodaran.  If you look over at

24    679.  He has the statement in the first full paragraph,

25    second -- third sentence.  Rules of thumb often set --

1    A      I apologize.  Where are you?

2    Q      Page 679.

3    A      And which paragraph?

4    Q      The paragraph at the top of the page that becomes "in

5    summary" and I'm looking at the third sentence.

6    A      Thank you.

7    Q      It says rules of thumb often set the illiquidity

8    discount at 20 to 30 percent of estimated value and there

9    seems to be little or no variance across -- variation across

10   firms.  Do you see that?

11   A      I do.

12   Q      Do you agree with that statement?  Is that consistent

13   with your --

14   A      Well, I think it's an academic approach and, you know,

15   there's probably different rules of thumbs, but yeah,

16   generally, I think I've heard this before, yeah.

17   Q      All right.  Take a look at Tab C.  There's an excerpt

18   from Mr. Pratt's book, Valuing a Business.  Do you see that?

19   A      One second.  I'm there.

20   Q      And who is Mr. Pratt?

21   A      Mr. Pratt is a well known author of finance textbooks.

22   Q      Have you read his textbooks?

23   A      I've used and looked at them over time.

24   Q      And did you consult it in connection with doing the

25   work in this case?

1   A       I did.

2   Q       You did?

3   A       I did.

4   Q       Okay.  Now did you look at the section that we're

5   looking at here, degree of marketability?

6   A       You're on Page 39?

7   Q       Starting on Page 39, I believe that's the beginning of

8   the chapter.

9   A       I looked at it, I think last night when I received

10  this.

11  Q       But you hadn't looked at it before then?

12  A       I looked at it over the years, but I haven't -- I

13  didn't look at it since February 4, no.

14  Q       Okay.  Now take a look at Page 404, empirical evidence

15  to quantify lack of control discounts.

16  A       Just give me one moment.  Okay, I'm there.

17  Q       You see a chart Exhibit 16.1 or -1?

18  A       I do.

19  Q       And it's entitled Percent Mean and Median Premium Paid

20  and Implied Minority Discount.  Do you see that?

21  A       Yes.

22  Q       And if you look at the last column, it talks about

23  implied minority discount.  Do you see that?

24  A       I do.

25  Q       And it appears to be looking at buyouts from the

1  period 1998 to 2006.  Correct?

2  A      It appears to, yes.

3  Q      And it shows that the discounts ranged from a low of

4  14.3 percent to a high of 25 percent during that time

5  period.  Correct?

6  A      The discount over the premium paid.  Is that correct?

7  Q      Well, this is the implied minority discount which

8  would have been calculated --

9  A      Off the premium.

10  Q      Paid.

11  A      So it would be off the precedent transaction value.

12  Q      Right.

13  A      Yes.

14  Q      And is that consistent, that level of implied discount

15  consistent with your experience over time?

16  A      Yeah, I mean, it's not a black -- it wouldn't be

17  unusual for me to see that, however, everything is case

18  specific.  You look at the facts and circumstances

19  surrounding any individual situation, but I don't find it

20  unusual to see this.

21  Q      Okay.  Well, I'm asking you whether that range of

22  discounts is consistent with your experience over time for

23  lack of control.

24  A      It's again, case specific.

25  Q      Well, Mr. Chachas -- were you here for Mr. Chachas'

1  testimony?

2  A    I think I was here for most of it.

3  Q    And Mr. Chachas has a fair amount of experience in the

4  broadcast and publishing business.  Is that a fair

5  statement?

6  A    He asserted so.

7  Q    Okay.  He indicated that control discounts generally

8  range from 10 to 30 percent.  Do you recall that testimony?

9  A    I recall him saying that a discount of 10 percent or

10  more or something along those lines would be something he

11  would consider.

12  Q    And that would be consistent with Professor Pratt's

13  analysis?

14  A    Sure.

15  Q    In the exhibit we just looked at.

16  A    Absolutely.

17  Q    One last section.  If you'd turn to Tab D of 13, DCL

18  1506 is another excerpt from Mr. Pratt's book and it's the

19  Chapter 17 discounts for illiquidity and lack of

20  marketability.  Do you see that?

21  A    Can you refer me again to the page?

22  Q    The title of the page is on the third -- the second --

23  the third page of the exhibit.  It says Chapter 17 at the

24  top.

25  A    Yes.

1    Q      Did you consult this in doing the analysis that you

2    performed on the Tribune account?

3    A      I didn't refer to this in the context of my analysis

4    between February 4 and now.  And the only time I referred to

5    this was last night when I received this.

6    Q      Okay.  If you'd take a look at Page 431, he has a

7    summary of restricted stock sales.  Do you see that?

8    A      One moment.  I'm there.

9    Q      And he shows an average price discount taken from

10   various studies.  Do you see that?

11   A      I do.

12   Q      And they range from a low of 13 percent to apparently

13   a high of 45 percent.  Do you see that?

14   A      I do.

15   Q      Is that consistent with your experience in the field?

16   A      Again, I haven't reviewed this in detail.  The years

17   covered in the study are 1966 through '69 in some instances

18   and '70s and '80s in other instances.  So I think the

19   capital markets may have evolved a little bit since then and

20   liquidity may be more readily attained.  So conceptually and

21   academically I understand and agree, I just think that time

22   may impact the study.

23   Q      Well has time eliminated these types of discounts?

24   A      It's not that time has eliminated the discounts, I

25   think the evolution of the capital markets, you know, the

1  evolution of overnight offerings, the private placement of a

2  business, and a variety of other types of things that have

3  become in vogue in the last several years may impact that

4  discount, but these are, again, things that you have to

5  consider on a case by case basis.

6  Q     And I take it you considered them in valuing TV Food,

7  Career Builder, and Classified Venture and decided not to

8  take any type of discount in that regard, right?

9  A     Well, again, I think you're talking about discounts as

10  it relates to the precedent transactions.  And we only

11  counted the precedent transactions 50 percent over the

12  comparable companies.  So I think we did a variety of things

13  within our analysis and I think I had previously testified a

14  few moments ago of my comprehensive rational.

15  Q     Okay.  Let's talk for a moment about Career Builder.

16  If you could turn to Page 55 of your analysis of your

17  revised report.

18  A     Sorry, gotcha.

19  Q     Here, you used precedent transactions and comparable

20  companies again.  Is that correct?

21  A     Yes.

22  Q     And Lazard only used comparable companies.  Correct?

23  A     That's correct.

24  Q     And you seize upon a transaction involving Career

25  Builder in 2008.  Correct?

1  A    We included that, yes, as our only precedent

2  transaction.

3  Q    It was a 10-percent sale by Tribune to somebody,

4  correct?

5  A    To Gannett, correct.

6  Q    And what is Gannett's position?  What was Gannett's

7  position after it acquired that 10 percent, in terms of its

8  holdings at CareerBuilder?

9  A    It took them from -- I may get the percentages wrong,

10  but it took them to just over 50 percent, I believe.

11  Q    So they bought a control position, correct?

12  A    Again, I don't know -- when you think of control,

13  there's a variety of factors, of course, you have to

14  consider, so I don't know exactly what control features they

15  may have acquired, but from a general standpoint, having

16  more than 50 percent is often referred to as a control

17  position.

18  Q    And you weighted that control transaction equally with

19  the comps, correct?

20  A    I did.

21  Q    And so you didn't take that into account, the control

22  position, when you did your analysis, right?

23  A    I did, and again, the transaction, first of all, was a

24  very good comp in this comparable transaction, because it

25  was a sale of its own company, and there are three

1  significant owners of that business.  We are now the second

2  largest owner.  I think McClatchy might be also an owner in

3  that business.  And the transaction occurred in September of

4  2008, and again, from a market standpoint, the market was in

5  a period of disruption, and we factored that into our

6  consideration, and we also only weighed it 50/50 with the

7  comparable companies.

8  Q    So you gave it equal weight to a forward-looking

9  multiple -- gave a multiple from two to three years ago, in

10 a different market that had a control premium, you weighted

11 50 -- you weighted equally to the comps that you're using

12 for the future, right?

13 A    I apologize.  When you first started --

14 Q    Let me rephrase the question.

15 A    Okay.

16 Q    It was a bad question.

17 Q    Okay.  Just so I understand, in doing your analysis,

18 you gave equal weight to the multiple that you developed

19 from this 2008 precedent that involved the change of control

20 with your forward-looking comparable company multiples,

21 right?

22 A    Yes, that's correct.

23 Q    Now, if you take a look at Classified Ventures for a

24 minute, which is the next page, 56, here you use precedent

25 transactions and comparable companies again, correct?

1    A     We did.

2    Q     And you used the Interbrand transaction.  You -- the

3    Interbrand transaction is the precedent transaction,

4    correct?

5    A     The Internet Brands transaction, which was a comp that

6    Lazard used, which was subsequently sold, so therefore, it

7    could not be a comp, so we, as a result, included it as a

8    precedent transaction, yes.

9    Q     Was there a control premium associated with that?

10   A     Well, I believe it was a change-of-control

11   transaction, because it was acquired by Hellman & Friedman.

12   Q     And that transaction occurred recently, correct?

13   A     Yes.

14   Q     So -- and you still weighted it 50/50 with the

15   comparable companies, correct?

16   A     That's correct.  And the rationale we applied in that

17   instance was, in the company's presentations, we had noted

18   that they had discussed -- it might've been a board

19   presentation; I don't recall.  But they had discussed the

20   sale of Auto Trader, which they felt was a comparable

21   transaction, and that was a minority sale to Providence

22   Equity.  That was not a control sale, from what we

23   understand, and that occurred at a 13-times multiple.  So

24   that informed us that the 13-times multiple for a minority

25   sale may also be relevant.

1   Q    Now, did you look at -- you know how the Classified

2   Ventures partnership or joint venture is structured?

3   A    I only own -- I only know -- I -- we have a board

4   seat, I believe, as I've seen that somewhere, and I also

5   understand that we are the largest shareholder of Classified

6   Ventures, with some other partners.

7   Q    Well, are you aware of the fact that Classified

8   Ventures has a structure, pursuant to which the partners get

9   a discount with respect to the use of the services and the

10  jurisdictions they serve?

11  A    Generally.

12  Q    And that depresses value, does it not?

13  A    Well, it depresses the earnings streams, but I think

14  if a sophisticated buyer or investor were to look at it,

15  they would be able to either add that back or renegotiate

16  those terms, so I think the key thing that a sophisticated

17  buyer would evaluate would be, you know, how do you pro

18  forma of the impact, or how would you negotiate around the

19  impact of that.

20  Q    How would you change that situation if, in fact, the

21  partners didn't want to change it?

22  A    Well, if the partners didn't want to change it, then

23  as a result, the existing earnings stream would be the

24  relied upon multiple.

25  Q    But it would depress the value in the marketplace of

1   you -- each of the minority interests, right?

2   A      Not necessarily.

3   Q      Well, have you done a study of that?

4   A      No.

5   Q      Have you taken into consideration whether a minority

6   discount ought to be applied to the Tribune share in

7   Classified Ventures?

8   A      Can you repeat that, please?

9   Q      Have you taken into account whether, in fact, a

10  minority discount should apply to the valuation of Tribune's

11  share in Classified Ventures?

12  A      Again, they have the largest share.  We relied 50

13  percent on comparable companies, which again, is a share of

14  stock, which is a minority share.  We relied 50 percent on

15  precedent transactions, so we discount it 50 percent.  And

16  we were informed, by the Auto Trader transaction, which was

17  a minority transaction, so I believe we took it into

18  consideration, factoring those things in.

19  Q      How does the fact that those other things occur take

20  into account that value is suppressed as a result of this

21  structure that's imposed on the partnership?

22  A      Again, I think it's factored into the earnings stream,

23  and my memory's failing me a little bit, but I do recall a

24  presentation that I reviewed, through the discovery, where

25  the partnership was in discussions with potential outside

1   parties, and that was a factor that was being considered as

2   to how that would be dealt with, and they were discussing

3   indications of value from those outside parties.  And

4   nothing -- and I don't recall all the specifics, so I know

5   it's something that they would consider addressing.  And

6   beyond that, I think it's factored into EBITDA, which would

7   then factor into what the valuation ranges would be.

8   Q     Now, let's talk about the pension issue, for a moment,

9   if I could.  Go back to page 18 of your study.  You

10  basically indicate that Lazard has understated value by $182

11  million because of these non-cash-pension expenses, is that

12  correct?

13  A     Yes.

14  Q     And as I understand the point you're making, how you

15  got that calculation is you essentially added back the non-

16  cash-pension expenses to EBITDA, thereby increasing EBITDA,

17  and then, in your comparable company methodology, you

18  multiplied that higher EBITDA by the multiple to get a

19  higher value, right?

20  A     That's correct.

21  Q     And you did that because of fresh-start accounting, is

22  that correct?

23  A     Yes.

24  Q     And fresh-start accounting is going to be imposed,

25  it's your understanding, when the company emerges from

1  bankruptcy, right?

2  A     Yes.

3  Q     But fresh-start accounting is not going to just affect

4  this one account, right?

5  A     That's correct.

6  Q     It'll affect a lot of accounts.

7  A     It may.  I don't have any analysis, but that sounds

8  right to me.

9  Q     Well -- and that could affect EBITDA in a bunch of

10 different directions, right?

11 A     It may.

12 Q     But you haven't looked at any of those other factors.

13 You just focused in on this one factor, is that correct?

14 A     We received the February 2 board of directors update

15 package.  Within there, up front, an entire section was

16 dedicated to this issue, which to me, identifies it as a

17 prominent issue.  And then subsequent to my deposition, I

18 actually reviewed it and looked for any other references to

19 fresh start.  That was the only reference that I could

20 identify.

21 Q     Well, did you look in the disclosure statement?

22 A     For fresh-start adjustments?  I'm not sure.  I don't

23 believe so.

24 Q     All right.  Now, the multiple that you used in your

25 comparable company, you did not adjust to take out non-cash-

1   pension expense that might be in the comparable companies,

2   correct?

3   A     That's correct.

4   Q     So you're essentially multiplying an apple by an

5   orange, right?

6   A     No.

7   Q     You don't think you need -- well, let me ask you this

8   question.  If you had made that adjustment and you added

9   back the pension expense to the EBITDA for these other

10  companies, the multiple would be lower, correct?

11  A     No.

12  Q     No?  How is that possible?

13  A     Well, if I were to actually adjust all the comparable

14  companies for their pension expense and then add back their

15  under-funded pensions as debt, the multiple would actually

16  go up.

17  Q     I'm not asking you to add back -- well, how would it

18  -- let me -- if you made the exact same change to EBITDA --

19  A     Um-hum.

20  Q     -- that you made to Tribune's EBITDA, to the EBITDAs

21  of these other companies, their EBITDAs would increase,

22  right?

23  A     You can't do it in isolation.

24  Q     Well, you did it in isolation with respect to Tribune.

25  A     No, I don't believe I did.

1  Q     Well, let me just make -- you -- what you did is you

2  added back the pension, the non-cash-pension expense to

3  EBITDA, correct?

4  A     Yes.

5  Q     And when you come over to the comparable companies,

6  the way you get the multiple is to compare EBITDA to total

7  value, correct?

8  A     That's correct.

9  Q     And if, in fact, the EBITDA has -- if the EBITDA --

10  and the EBITDA's the denominator in that equation, correct?

11  A     Yes.

12  Q     So if you increase the EBITDA by adding back the non-

13  cash-pension expense, the result is going to be a lower

14  multiple, by definition, right?

15  A     That's correct, but that's an incomplete analysis.

16  Q     Well, what else would you have to do to get the

17  multiple?

18  A     Well, again, in -- you're talking about an adjustment

19  that you could -- that you would make to the comparable

20  companies, so if you went to the comparable companies and

21  tried to reduce the previous unrealized -- if you try to

22  take out the pension from the previous companies and the

23  added back the deficit within the pension plans as debt,

24  that would be an apples-to-apples comparison.

25  Q     Well, stop for a second.  You didn't add back the

1  pension liability into your analysis of the valuation of

2  Tribune, did you?

3  A    It wasn't necessary.

4  Q    Why is it necessary in the comparable company analysis

5  but not in the Tribune analysis?

6  A    Because the cash-flows within Tribune, taking into

7  account, I believe -- I have no other basis for this

8  assumption -- the -- to the extent there's an under-funded

9  pension -- let me back up.  The non-cash-pension expense

10  relates to amortization: amortization of unrealized losses

11  from 2008.  Whether there is an over- or under-funded

12  pension plan, when you do an adjustment, a book entry, to

13  eliminate previous unrealized losses or gain, that has no

14  impact on the balance-sheet account whether you have an

15  over- or under-funded pension.  So the company, by

16  definition, would need to have taken that into account

17  through their cash-flows.  So I believe that I'm only

18  affecting as it relates to the unrealized losses from 2008

19  in their pension plan, and any other entries, as it relates

20  to their pension, I kept un-impacted, I -- to the extent

21  that there's service costs, interest costs, returns in --

22  returns, et cetera, et cetera -- all those other entries, I

23  didn't touch.  I only impacted the unrealized losses from a

24  previous year's loss.

25  Q    Well, do you know whether, in fact, the pension fund

1   is under-funded?

2   A      I do now.

3   Q      And you didn't know it when you were doing your

4   analysis, right?

5   A      No, because I didn't deem it as relevant at that

6   point.

7   Q      Well, it's a drag on value, isn't it?

8   A      Yeah, it's a drag on value.

9   Q      And you haven't taken it into account in your

10  analysis.  Where, in your analysis, do you take this into

11  account, sir?  The under-funded pension, where, in your

12  analysis, do you take that into account?

13  A      Well, it would be flowing through the projections of

14  the company, and if you go to Lazard's discounted cash-flow

15  analyses and our discounted cash-flow analyses, there's

16  adjustments for the pensions --

17  Q      Well --

18  A      -- and within the way the company accounts, as I

19  believe -- understand it, for the pension expenses, it's a

20  deduct to EBITDA, inclusive of the unrealized losses, which

21  is an amortization.

22  Q      And that's why, on the DCF side, which for publishing

23  you only value it at 10 percent, you take it into account.

24  A      But I --

25  Q      On the comparable companies side, you don't take it

1  into account.

2  A      Because the comparable company projections will still

3  have the other component parts of pension accounting

4  associated with it.  So to the extent that there's other

5  component parts of pension expensing, as it relates back to

6  obligations, pursuant to any over- or under-funded pension,

7  I didn't affect those accounts.  I didn't make any changes

8  associated with them, so as a result, it's unaffected.  And

9  what I did, as a sanity check, is, to ensure that I wasn't

10  overstating this adjustment, I did do an apples-to-apples

11  comparison, as I think you were suggesting, which was take

12  out all the pension expense that I could identify, because I

13  don't know what the other entries were, and then add back as

14  debt any under-funded pension liability.  And then go to the

15  comparable companies and identify whatever pension expenses

16  I could identify.  I didn't include the service expense,

17  though, to be conservative, and then I added back their

18  under-funded pension liabilities, and there was multiple

19  expansion.  So the multiples actually went up.  And when I

20  compared, then, a revised comparable company analysis, the

21  comparable company analysis actually showed a higher value,

22  inclusive of the $182 million adjustment.  So if I were to

23  do it the alternative way, the adjustment, in my opinion,

24  would be in excess of 182 million.  So I think that my

25  analysis is conservative, and I also think my analysis is

1   done, based on the information I have, correctly.

2   Q      Have you produced the work papers that support your

3   sensitivity analysis?

4   A      I haven't, because I didn't include them -- I didn't

5   include the analysis, because --

6   Q      Well, we'd ask --

7   A      -- I believe that the analysis I performed is correct.

8   Q      We'd ask that you provide those work papers, which you

9   do agree with me that the apples-to-apples methodology that

10  I described is the appropriate way to do this, right?

11  A      I think the way I did it does -- creates the proper

12  result, and --

13  Q      You --

14  A      -- it's also 182 million.  I think I could do it the

15  other way, and it'll also generate a proper result.

16  Q      Well, which is the right way to do it, sir?

17  A      I believe you could do it either way.

18  Q      You don't think one's better than the other?

19  A      Well, I think it's probably descriptively easier to

20  see and understand if I were to go through the exercise of

21  adjusting everything I could find within the company and

22  then adding back their under-funded as debt and then making

23  all those same adjustments for the comps.  You could

24  visually probably follow it more closely, because then you

25  wouldn't be making assumptions about pension entries that

1  flow through EBITDA, which are invisible.  So I could

2  certainly do that, but the resulting impact would be higher,

3  and I was feeling that the 182 million was a more

4  conservative outcome, and I pursued the more conservative

5  outcome.

6  Q    Just so I have it clear in my mind, you've done that

7  analysis after your deposition, correct?

8  A    That's correct.

9  Q    And when you did your analysis that's in your report,

10 you didn't know that there was an under-funding -- under-

11 funded pension at Tribune, correct?

12 A    That's correct.

13 Q    At your deposition you didn't know that, correct?

14 A    That's correct.

15 Q    You said you didn't have any way of finding -- nobody

16 had showed you that, correct?

17 A    Yeah, the only thing I think I probably inadvertently

18 missed was in the DCF analysis for publishing.  That is

19 stated in my report, some recognition of pension, so I did

20 not -- I should've stated that properly in my deposition,

21 but in general, I didn't focus on the underfunded pension.

22 Q    Did you read the Lazard report?

23 A    Yes.

24 Q    Take a look at page -- tab 14, please.

25 A    I'm not sure where you're at.

1  Q     Tab 14.  It's -- of the Lazard report, DCL Exhibit

2  1135.

3  A     Oh, tab 14.

4  Q     Page 89.  This is from their March preliminary report,

5  correct?

6  A     That's correct.

7  Q     I take it you read this when you were preparing your

8  report?

9  A     Yeah, I principally focused on their October report,

10 and to the extent I couldn't find data, I had searched back

11 to their March report --

12 Q     Well --

13 A     -- but I didn't --

14 Q     -- did you find this in your searching?

15 A     Not until recently.

16 Q     It says pension funding status versus peers, correct?

17 A     Actually, I think I'm on the wrong page.  Yeah, we saw

18 this subsequent.

19 Q     So when you did your analysis, you didn't even know

20 that Lazard, in its report, had addressed the under-funding

21 of the pension, correct?

22 A     They -- in their total distributable value

23 calculation, it was based on their October report.  Their

24 October report did not take this analysis into account.

25 This is related to their March report, which was updated in

1  October, and this was not one of the update items.

2  Q     But this item relates to the comparable companies,

3  right?

4  A     Yes, this does relate to the discussion we just had on

5  the comparable companies, and what it, I think, says -- and

6  I'm not overly familiar with this page.  What I think it

7  says is, on a relative basis, Tribune's pension is under-

8  funded relatively less than the peers.  So as a result,

9  you're going to get multiple expansion.  As a result, the

10  multiple will go up for the comparable companies analysis.

11  Q     That's your testimony?

12  A     That's my understanding.

13  Q     Okay.  Let's move on to distributable cash.  There,

14  you deduct $157 million, correct?

15  A     Can you point me?

16  Q     Page 18 of your report.

17  A     I'm there.

18  Q     Do you deduct $157 million here?

19  A     I did.

20  Q     And you --

21  A     Oh, excuse me.  I added 157 million.

22  Q     I'm sorry.  You added 157 million?

23  A     I did.

24  Q     And this is to reflect the accumulation of cash

25  between January 1 and June 30 of 2011 --

1   A      That's correct.

2   Q      -- is that correct?  And the way you did that was you

3   simply took 2011 cash and divided it in half, correct?

4   A      Basically, yes.

5   Q      Now, at your deposition, it was pointed out that you

6   were double-counting because of the fact that cash was in

7   the DCF that you had done, correct?

8   A      That's correct.

9   Q      And you've corrected that, right?

10  A      I did.

11  Q      And that accounts for the decrease from 150 -- 182 or

12  so to 157, right?

13  A      I'm going to take your word for it.  I don't recall

14  the exact decrease.

15  Q      Well, why did it decrease from 182 to 157 between your

16  initial report and this report?

17  A      Well, there is a couple other adjustments.  There was

18  an adjustment because we didn't deduct the non-cash-pension

19  expense from the October 2011 EBITDA forecast, so that had

20  an impact.  I don't recall the amount of impact.  So there

21  was a couple adjustments, so I don't recall the exact

22  impact.

23  Q      Let's just focus on this one relating to the DCF.

24  Now, I take it you only fixed this issue as it relates to

25  the DCF.  With respect to the comparable companies, you're

1  still adding the cash to the result of having done the

2  comparable company, correct?  You see that as --

3  A    That's correct.

4  Q    -- an add-on?  Okay.  Now, just focusing on the DCF

5  for a moment, you back out -- how much cash are we talking

6  about here?

7  A    Several hundred million.

8  Q    700 million?

9  A    No, several hundred million.  What -- can you --

10  Q    Well, you tell me; it's your report.

11  A    So the cash-flows of the company in 2011, as stated

12  here 561 million, so it would be half of that, so 281

13  million.  So --

14  Q    So you backed $281 million out of the DCF.  How much

15  did it change the results of the DCF?

16  A    I don't recall the number.

17  Q    Well, shouldn't it be $278 million?

18  A    It wouldn't be exact, because, obviously, the DCF has

19  a discount rate built into it, so --

20  Q    Well, it's only six months discount rate, right?

21  A    Sure, so that -- you're asking me if it's the same

22  number, and I'm giving you my response.

23  Q    Well, could you take a look at page 35?

24  A    I'm on page 35.

25  Q    And this shows that the cash-flow was 178 million,

1   right?

2   A      Yes.

3   Q      Well, the amount that you backed out was 178 million,

4   correct?

5   A      Yes.  I --

6   Q      Would --

7   A      I misspoke earlier.

8   Q      So you back out $178 million, and the impact, when

9   it's all done, is only a couple million bucks on the DCF,

10  right?

11  A      It would be, you know, half the WACC, so yeah, $10,

12  $20 million --

13  Q      How's that possible?

14  A      -- I imagine.

15  Q      How is that possible?  You back out 178 million out of

16  the DCF, and the DCF magically still maintains its value?

17  How does that work?  I don't get it.

18  A      Excuse me?

19  Q      I don't understand how you can take $178 million out

20  of the cash-flows of the DCF and only have an impact of a

21  couple of million dollars.  It doesn't make any sense, sir.

22  A      Well, I think you need to look at the DCF, and I think

23  what happens is, you have a substantial portion of value, as

24  it relates to the terminal value.  And when you end up

25  discounting back the terminal value, less period of time,

1  that has a substantial impact on the total value associated

2  with the DCF.

3  Q    Well, shouldn't you extend out the terminal value when

4  you do your analysis in that regard?

5  A    We -- I -- we attempted to do it in the same

6  methodology that Lazard used in their March as well as their

7  October, and we saw that as a reasonable methodology, and we

8  tried to replicate it.  And --

9  Q    Put aside --

10 A    And we didn't have additional information, I don't

11 believe, to make modifications.

12 Q    Put aside Lazard for a minute.

13 A    Okay.

14 Q    Does it make sense to you that you have two

15 methodologies, and one, you can forecast the cash going

16 forward from January 1, and you pick up the cash in the DCF

17 itself?  And that's one method of doing it.  The other would

18 be to do the forecast six months later, and pick up the cash

19 in actual dollars.  Wouldn't you expect that those would

20 come out relatively the same?

21 A    Just give me one moment.  Yeah, I guess the -- I think

22 the information here -- is here.  So the update from the

23 change in the DCF is $23 million increase.  So the overall

24 change from the DCF is only $23 million, and I say only not

25 because it -- I don't consider it a lot of money.  I just

1   say it, on a relative basis, it's the aggregate impact from

2   the various DCFs, so --

3   Q    Well, the question I'm asking is I looked at your DCFs

4   from the initial study to your revised study, and the

5   movement in the DCF is very small, even though you're

6   backing out a fair amount of cash.

7   A    That's correct.

8   Q    And the question is, does that make sense to you, from

9   -- just a perspective?  You have two methodologies, trying

10  to model the same thing, and just by changing the timing,

11  you can change value that easily?

12  A    Well, the DCF is very sensitive, and valuation is an

13  imperfect science, and there's a lot of imperfections built

14  in.  And as I described earlier, when you discount back

15  cash-flows, particularly the terminal value, which carries

16  the majority of the cash value, back a half-year less, it

17  has an impact.

18  Q    Well, shouldn't you extend out the terminal value

19  another half-year to avoid that problem?

20  A    Well, that would just create other improper

21  assumptions, because we didn't have data to make those types

22  of adjustments.  So I don't know whether there was a better

23  or worse way of doing it.  What we attempted to do is

24  replicate the way that was being done, in both March and

25  October, and perform the same analysis.

1  Q    Yeah, but Lazard was now doing a year-end analysis,

2  using purely forward-looking multiples.  Isn't that the

3  reason that they changed their methodology is to avoid this

4  problem?

5  A    No, we actually studied prior bankruptcies, for which

6  even Lazard was involved with, and we looked to see what the

7  methodology employed was to perform the DCF, and I think we

8  got comfortable that, you know, by discounting it to the

9  assumed effective date was a consistent practice.

10  Q    And it -- it's always going to result -- by shortening

11  the time to the terminal value, it's always going to result

12  in an inflation of value, correct?

13  A    Well, I think if you make adjustments to your

14  projections, you could mitigate some of that, but I'm not

15  sure you'd mitigate all of that.

16  Q    Why would you have to make objections?  Why wouldn't

17  you just extend out the time period?  Wouldn't that be the

18  appropriate thing to do?

19  A    Not necessarily.

20  Q    Okay.  Now, one last question in this area.  I take

21  it, in doing a comparable company, you're valuing a cash-

22  flow based on a forward-looking EBITDA.  Whether it's 2011

23  or 2010, it's a proxy for a forward-looking EBITDA, right?

24  A    I'm not -- I don't -- I'd have to think about that.

25  Q    Well, when you do a comparable company, what you're

1  doing is take the EBITDA at a point in time --

2  A     Right.

3  Q     -- and valuing it, on a forward-looking basis,

4  correct, using a multiple?

5  A     Well, I think we rely on 2010 and 2011 multiples, and

6  we try to get a point-in-time estimate, and the point-in-

7  time estimate is driven off of what the perceived

8  projections are of the company and what the perceived

9  current performance are of the company, and we try to

10 determine what we think the value is now.  Now, I think if

11 you're a research analyst, issuing research reports, and

12 you're trying to be a sell-side person, encouraging people

13 to buy or sell stocks, what they do is they set a target

14 price.  So what we're trying to do is get a point-in-time

15 estimate, not a target price.

16 Q     Well, you're getting behind -- ahead of me on that.

17 Just on this question --

18 A     Okay.

19 Q     -- if you're using a 2011 estimated EBITDA, it

20 includes the cash for the next year, right?

21 A     You're -- I'm not sure the concepts are the same.  I

22 think what you're trying to do is --

23 Q     Can you answer my question, sir?  Does it include the

24 cash for the next year or not?

25 A     The 2011 EBITDA should include some of the cash for

1   the next year.

2   Q    What do you mean some?  It should include all of the

3   cash -- free cash-flow for the next year, right?

4   A    Well, I think you need to review statement of cash-

5   flows that contain several other items related to financing

6   activities or other types of items, which actually have an

7   impact on cash.  For example, working capital changes, that

8   could have an impact on cash.

9   Q    Just -- but it includes some cash for the next year.

10  A    It includes a portion of the cash for the next year,

11  which I don't know what the impact are of all the various

12  other accounting adjustments.

13  Q    Well, what you basically do in your comparable company

14  is you multiply that EBITDA, that has that cash in it, by a

15  multiple, and then you tack on some more cash for the first

16  six months, right?

17  A    Again, we maintain a consistent methodology.  We

18  looked at the methodology.  We try and do a point-in-time

19  estimate.  And then, we try to take that as the assumed

20  value, as of the effective date, and then we rolled forward

21  cash.  And frankly, you're going to know what the cash

22  number is the day you go effective.  It'll be a known

23  number.  That will be the one certainty.

24  Q    Well, and then what you should do is a DCF and a

25  comparable company from that date forward to essentially

1    forecast what the future is, right?

2    A    Again, I think, you know, there's imperfections built

3    into valuation methodologies, and I think you can try to

4    make adjustments, and that particular adjustment I haven't

5    thought through, but --

6    Q    Well, this isn't --

7    A    -- I think you could try to make adjustments.

8    Q    This isn't that hard.  I mean, if you could look

9    forward and figure out what the multiples were on June 30

10   and you could come up with the projections from that date,

11   you could do this without any double-counting, right?

12   A    I'm not sure that that escapes double-counting, first

13   of all.  And second of all, then I'm going to create other

14   imperfections, because I would have to create new

15   conventions for what my June 30 EBITDA number would be.

16   Q    Okay.

17   A    And also, then, with respect to the comparable company

18   analysis, I'm changing a dramatic convention, with respect

19   to how the market multiples apply.  So again, I understand

20   that you may find this relatively straightforward, but from

21   a finance standpoint, I think there's a lot of complex

22   thought that would have to be applied.

23   Q    Let's talking about weighting.  You make adjustments

24   to broadcast weighting and publishing weighting, correct?

25   A    That's correct.

1  Q    On the broadcast side, you changed the Lazard

2  weighting at 60/40 to 50/50, right?

3  A    That's correct.

4  Q    And you do that because you didn't see any

5  distinguishing factors that would suggest that the DCF

6  should be weighted greater in a comparable company, correct?

7  A    There was no compelling information.

8  Q    Were you here for Mr. Chachas' testimony last week?

9  A    I think I stated earlier that I was here for most of

10 it, if not all.

11 Q    Well, he indicated that the comparables weren't very

12 good, that there were a lot of differences between the

13 comparable companies and Tribune's broadcast companies that

14 would suggest that the DCF should be over-weighted.  Do you

15 recall that testimony?

16 A    I do.

17 Q    And it's your judgment, based on the work you've done

18 in the broadcast area in the last four weeks, that he's

19 wrong, is that right?

20 A    Well, I think he also stated that they would use below

21 the mean range, for that reason, in their range calculation,

22 so I think he made the adjustments that were necessary,

23 based on his judgment, and we adopted the range, as --

24 Q    It would --

25 A    -- we discussed.

1  Q     Adjusted one of his -- you had adopted one of his

2  judgments, not both, is that right?

3  A     I believe we attempted to adopt both.

4  Q     Well, his two adjustments were, one, he made an

5  adjustment in the range --

6  A     Sure.

7  Q     -- and then he over-weighted the DCF, correct?

8  A     Oh, from that perspective, yes.

9  Q     You've rejected his over-weighting of the DCF,

10 correct?

11 A     That's correct.

12 Q     And that's a judgment call that requires industry

13 experience, does it not?

14 A     Well, we based our judgment, just to be clear, on our

15 evaluation of the materials and looking for compelling

16 information to change our view, one way or the other, and

17 then also looking at the information from a market

18 standpoint.  So we didn't find compelling information, but

19 to some extent, in that instance, I agree with you.

20 Q     That -- but Mr. Chachas knows more about the

21 marketplace than you do, believed that adjustment, 60/40,

22 was necessary, correct?

23 A     I don't know that I agree with that.

24 Q     You don't know that you agree that's what he did, or

25 you just disagree with what he did?

1    A     Well, Mr. Chachas -- I'm not sure he knows more about

2    the market, as a whole, than I do.

3    Q     He certainly knows more about the broadcast industry

4    than you do, doesn't he?

5    A     It appears, from his testimony.

6    Q     Well, up until February 4, you knew nothing about the

7    broadcast industry, right?

8    A     That's correct.

9    Q     So everything you've learned has been in the last

10   couple of weeks, correct?

11   A     Yes.

12   Q     And you're not in a position to make an assessment of

13   the quality of the broadcast properties that the company has

14   vis-à-vis the rest of the world, right?

15   A     At a level of detail that you're suggesting, no.

16   Q     And yet, you find no compelling evidence, correct?

17   A     That's correct.

18   Q     Okay.  Now, let's talk about weighting for publishing.

19   There, you take issue with the fact that Lazard and Mr.

20   Chachas weighted the comparable company and DCF 70/30,

21   correct?

22   A     Yes.

23   Q     It's your view it ought to be 90/10, based on the work

24   you've done in this industry in the last four weeks,

25   correct?

1 A     I think I stated it was based on my judgment in

2 valuation, and what we did was a variety of analyses that we

3 discussed yesterday, which I'm happy to flow through --

4 Q     Well, I'll --

5 A     -- and then --

6 Q     We'll get -- okay.

7 A     -- ultimately, you know, when you look at -- and I

8 think the primary basis was on page 18 of my direct

9 testimony book.  When we look to triangulate valuations,

10 using the methodologies available to us, we try to find

11 commonality amongst them.  And when you can't find

12 commonality amongst them, you try to think through what the

13 root cause of the problem may be.  And in this instance,

14 they're in -- there was not a significant relationship

15 between the results of the DCF and the results of the comps.

16 And then, based on the analysis we performed, based on the

17 information we understood from Mr. Chachas' expert report,

18 we, at that point, used judgment and reduced our weighting

19 from 30 percent down to 10 percent.

20 Q     Now, the fact of the matter is that there is --

21 looking at the company's forecast that drives the DCF

22 number, it shows that if, in fact, revenue continues to

23 decline, that the margins -- the EBITDA margins are going to

24 shrink and the EBITDA is going to get less and less over

25 time, correct?

1  A    I'm not sure it shows if -- the causal relationship,

2  but I -- it does show that the revenue declines and the

3  EBITDA and the operating cash-flow all decline.

4  Q    And the assumption that's driving that forecast is

5  they don't -- that the company does not find a solution to

6  the problem that's plaguing the publishing industry, which

7  is declining revenue, right?

8  A    I'm not sure that's the only assumption, but I believe

9  that would be one of the assumptions.

10  Q    Well, you agree that revenue has been declining over

11  the last four years in this industry, right?

12  A    I do.

13  Q    They've lost over a billion dollars, Tribune alone, in

14  revenue in its publishing business since 2007, correct?

15  A    I don't -- I haven't quantified it, but that sounds

16  right.

17  Q    That's a pretty significant decline, is it not?

18  A    Yes.

19  Q    And there's no solution to that problem at this

20  juncture, that you know of, is there?

21  A    Well, I don't think it's a question of whether I know,

22  because I wasn't creating the projections.  I think they

23  stated that they didn't have a solution.

24  Q    Well, and you don't know -- well, do you know whether

25  there's a solution?

1   A      I don't think I'm suited here to tell --

2   Q      Did --

3   A      -- what the solution is.

4   Q      Well, in deciding I'm going to only weight this 10

5   percent, did you look to determine whether this was a

6   realistic scenario, in the absence of a solution?

7   A      Yes, I did.

8   Q      And what did you conclude?

9   A      I reviewed page 16 of my direct testimony book.  And

10  on here, we performed an analysis, which we actually

11  subsequently learned Lazard actually did a very similar

12  analysis in some respects, where we benchmarked Tribune

13  against the pure play comparable companies, diversified

14  comparable companies, and the precedent bankruptcy --

15  similar companies and looked at the disclosure statements.

16  And based on this, you'll note that the vast majority --

17  well, all the other groupings of those companies, with

18  respect to revenue growth, have very different assumptions

19  that we have.  And you'll also note, with respect to EBITDA

20  growth, they have very different assumptions that we have.

21  So I considered, from a market perspective, there are peer

22  companies out there.  There are other companies that have

23  gone through reorganization out there, and they're

24  evaluating the similar issues than we're evaluating and

25  arrived at very different conclusions.  So I considered

1  that.

2  Q     Well, let's start with that material.  I take it that

3  these fancy charts on page 16 were derived from the material

4  that's set forth on page 18, 38, and 39 of your report?

5  A     Just give me one moment.  Page 38 and 39, that's

6  correct.

7  Q     Now, looking at the 38, this is information with

8  respect to the pure companies, correct?

9  A     It -- there's a box, and the top portion of the box is

10  pure play; the bottom portion of the box are diversified.

11  Q     And the source of this information is not these

12  companies, correct?  These forecasts didn't come from the

13  companies?

14  A     Well, they're analyst-consensus forecasts, so yeah,

15  they came from a third party.

16  Q     From an analyst, right?

17  A     From a data source that summarize it, yes.

18  Q     Well, how many analysts continue to operate in this

19  segment?

20  A     I specifically don't know.

21  Q     Well, did you look at who the analysts were when you

22  were putting together your chart?

23  A     I didn't.

24  Q     Do you know whether, in fact, The New York Times

25  provides guidance with respect to its future?

1    A      I personally don't.

2    Q      Do you know whether McClatchy does?

3    A      Again, members of my team aggregate this data.

4    Q      Well, I'm asking you a question about whether, in

5    fact, the company itself is publishing its -- is providing

6    guidance for future years.

7    A      I don't know.  We use a public source, and I don't

8    know what the inputs into that public source were.

9    Q      But you don't know what the actual companies are

10   saying, in terms of the future, right?

11   A      That's correct.

12   Q      What you're looking at are these analysts that are

13   selling or buying stock and what they're predicting,

14   correct?

15   A      That's correct.

16   Q      And that's all that's reflected on this page is

17   whatever number of analysts', that are left in this sector,

18   views into the future, correct?

19   A      That's correct.

20   Q      It tells you nothing about what those companies think

21   about the future, right?

22   A      I don't know how the analysts arrived at their

23   consensus updates, so to the extent that the analysts relied

24   upon -- and I'll tell you, in general, the research analysts

25   that I work with at my firm, what they typically do is

1  review company information.  They typically interview

2  management.  They attend conferences where the management

3  speaks, and they get informed decisions.  Now, I don't know

4  who all these analysts are, and I don't know the basis for

5  their opinion, but reputable analysts generally do some due-

6  diligence.

7  Q    Well, do you know how well the analysts have been

8  doing in the last couple of years, in terms of forecasts, in

9  this particular segment?

10  A    I don't.

11  Q    Did you look at that in determining to essentially

12  trash the company's forecast?

13  A    Well, again, this was an analysis that was driven off

14  of assertions that Mr. Chachas made, and we just performed

15  the analysis, but we did not look at that.

16  Q    Yeah, you rely on Mr. Chachas for his statements that

17  the forecast is conservative, but then you disregard his

18  weighting of the two data points, correct?

19  A    Yeah, we arrived at our own weighting.

20  Q    Based on the experience that you've developed over the

21  last four weeks, right?

22  A    The experience over the last four weeks, which

23  included the analytics that were provided in our report

24  and --

25  Q    Without --

1    A    -- testimony.

2    Q    -- looking at what the background for that analytics

3    were, right?  You don't know who these analysts are?

4    A    That's correct.

5    Q    Now, taking a look at the -- page 39, this is some

6    information regarding these bankruptcies, correct?

7    A    That's correct.

8    Q    Were you involved in any of these bankruptcies?

9    A    I was not.

10   Q    Do you know if Mr. Chachas was involved in those

11   bankruptcies?

12   A    I don't know whether Mr. Chachas was, but I believe

13   Lazard was involved with some of these bankruptcies.

14   Q    What was the leverage of each of these companies

15   coming out of bankruptcy?

16   A    I don't know.  I didn't review the data associated

17   with each of these companies.

18   Q    It's helpful to have a high EBITDA number if you're

19   going to put high leverage on a company, correct?

20   A    Well, I don't assume that companies intentionally do

21   fraudulent or incorrect assumptions in their projections,

22   so --

23   Q    Well, did you think it would be helpful in determining

24   whether this material was helpful to determine how much

25   leverage each of these companies had when it emerged from

1  bankruptcy?

2  A      No, we looked at the disclosure statements.  We assume

3  that they were reviewed properly by the company and any

4  advisors that included it in the disclosure statement, and

5  we took the information, as it related to revenue and

6  EBITDA, from those disclosure statements.

7  Q      And how were those companies doing at this juncture?

8  Do you know?

9  A      I don't know.  I haven't reviewed that.

10  Q      Now, is it your testimony that if, in fact, the

11  company is unable to solve the revenue decline, that the

12  forecast that it has is unrealistic?

13  A      If they're unable to solve the decline, is that what

14  you stated?

15  Q      That's right.

16  A      Well, certainly, if they don't solve that problem, the

17  revenue will continue to go the direction its going, absent

18  any other intervention.

19  Q      And as a consequence, the forecast that they've

20  provided is a realistic scenario of a situation where

21  there's no solution for the revenue problem, correct?

22  A      I never stated it wasn't a realistic scenario.  It was

23  just based on the scenario that they created and included in

24  their analysis.

25  Q      So it's your view that these analysts' view of the

1  future has a nine-times-greater chance of occurring than the

2  company's view of its future?

3  A    I never really considered it statistically like that.

4  Q    That's what you've assumed, isn't it?

5  A    Again, I think you are deriving a statistical

6  analysis, which I'm not sure I agree with.  I think I've

7  given my comprehensive answer, with respect to how I arrive

8  at the valuation conclusions, and when I evaluated the data,

9  what factors I considered.

10 Q    Okay.  Will you go back to Mr. Tuliano's report?

11        THE COURT:  Mr. Bendernagel, before we do, let's

12 take a five-minute break.

13        MR. BENDERNAGEL:  Thank you.

14        THE COURT:  The Court will stand in recess.

15 (Recess at 11:32 a.m. to 11:40 a.m.)

16        THE CLERK:  All rise.

17        THE COURT:  Mr. Bendernagel, about how much more

18 do you have, do you think?

19        MR. BENDERNAGEL:  About five minutes, Your Honor.

20        THE COURT:  Okay.

21 BY MR. BENDERNAGEL:

22 Q    Right before we broke, I had asked you to take a look

23 at NPP-944.

24 A    I don't have the same numbers you have.

25 Q    If you look at tab 10 of the binder.

1    A    One moment.  Mr. Tuliano's report?

2    Q    Correct.  If you'd turn to page 99 of that report.

3    A    I'm there.

4    Q    He sets forth the two methodologies that he was using

5    in doing his balance-sheet test as of June 4.  Do you see

6    that?

7    A    I do.

8    Q    And he weights the discount cash-flow 67 percent

9    versus the comparable company methodology 33 percent.  Do

10    you see that?

11    A    I do.

12    Q    When you did your study, were you aware of the fact

13    that Mr. Tuliano was valuing Tribune in that matter?

14    A    No, I never reviewed anything Mr. Tuliano prepared.

15    Q    If you could take a look at tab 12.  This is from the

16    examiner's report.

17    A    I'm there.

18    Q    If you take a look at the third page of the exhibit,

19    there's something called annex A, discounted cash-flow

20    analysis.  Do you see that?

21    A    I see that.

22    Q    Do you know what annex A is to the examiner's report?

23    A    No, I don't.

24    Q    You've heard of a company called LECG?

25    A    Yes, I have.

1   Q      It's a consulting firm, correct?

2   A      Yes.

3   Q      Now, I take it you did not look at anything that the

4   examiner did, in connection with your analysis, is that

5   correct?

6   A      The first of it I saw was with your exhibit.

7   Q      Now, do you know that VRC did some solvency work for

8   the company back in the 2007 timeframe?

9   A      Only through the review of your work.

10  Q      If you take a look at --

11  A      I'm -- I apologize.  Only through the review of this

12  exhibit.

13  Q      If you take a look at the page annex A-1 of annex A,

14  the last sentence says, "For several reasons, the examiner's

15  financial advisors concluded that less-meaningful valuation

16  conclusions would be derived from the use of such market-

17  based methodologies than would be derived from using a DCF

18  approach."  Do you see that?

19  A      I do.

20  Q      Do you know what those reasons were?

21  A      I don't.

22  Q      Did anybody bring those reasons to your attention, in

23  connection with the work?

24  A      No.

25  Q      You weighted, in connection with value in publishing,

1   the comparable company methodology, 90 percent, did you not?

2   A    That's correct.

3   Q    And have you ever weighted a valuation 90 percent

4   comparable company before?

5   A    Yes.

6   Q    In what industry?

7   A    I don't recall.  I mean, I have used weightings across

8   the spectrum.  You know, I don't specifically recall any

9   instance, but I know I have, you know, used weightings in

10  many different ways, from -- anywhere from zero to 100

11  percent for any particular methodology.  And I think what

12  this is referring to is -- you know, I don't know the

13  context, and I think when I perform valuation work, I try to

14  put it into the context of what's happening in the market,

15  what information I'm using, how reliable -- how informative

16  that information is, excuse me, what the results -- how the

17  results triangulate, and what the ultimate methodologies are

18  ultimately going to determine.

19  Q    Well, using the 10-percent --

20  A    Yes.

21  Q    -- number, what would you say the probability is that

22  the bleak forecast, bleak view of what's going to happen in

23  the future -- how likely that's to occur?

24  A    I don't know.

25           MR. BENDERNAGEL:  I don't have anything further,

1   Your Honor.

2           THE COURT:  Is there any other cross-examination?

3   (No audible response)

4           THE COURT:  Redirect?

5                   REDIRECT EXAMINATION

6   BY MR. QURESHI:

7   Q    Mr. Singh, let's start off with where Mr. Bendernagel

8   ended: the Tuliano report.  He asked you a number of

9   questions, and I believe you testified that you haven't

10  analyzed his report, right?

11  A    That's correct.

12  Q    Do you know if Mr. Tuliano did a sum-of-the-parts

13  valuation or a consolidated valuation of Tribune?

14  A    I don't know.

15  Q    Okay.  Well, would the answer to that question, in

16  your view, be relevant to the question of how a DCF gets

17  weighted?

18  A    It may, because when I did my analysis, we did a sum

19  of the parts, and again, I don't know whether it would

20  impact my judgment, because I don't know what the context of

21  the overall valuation he's reviewing is.  But in terms of

22  what we did, we focused on, in this instance, just

23  publishing and the data that was included with respect to

24  publishing.

25  Q    Okay.  Sir, I'd like you to pull out your direct-

1   testimony demonstratives.  They should be in front of you,

2   the bound volume.  For the record, it's Exhibit NPP-2470.

3   A      I have it.

4   Q      You have that?  Turn, if you could, to page 9.  Now,

5   on cross-examination by Mr. Bendernagel, he asked you if you

6   did a bottoms-up analysis, correct?

7   A      That's correct.

8   Q      And I think you testified that you did not.

9   A      That's correct.

10  Q      What was the starting point for the valuation analysis

11  that you did do?

12  A      Starting point of the analysis was to review the work

13  that Lazard had performed and then analyze the information,

14  the assumptions, and make judgments based on that.

15  Q      Okay.  And having not done a bottoms-up analysis, to

16  use Mr. Bendernagel's phrase, how were you able to arrive at

17  a valuation conclusion for Tribune?

18  A      I believe I described it, both in my direct as well as

19  my cross, that we were able to evaluate each area and arrive

20  at conclusions with respect to each area of the sum-of-the-

21  parts analysis, as well as a couple other areas, and make

22  conclusions, which are reflected in the total distributable

23  value of approximately 8.2 billion.

24  Q      Okay.  Now, sir, I want to now move to the adjustments

25  that you made to reflect updated market conditions.   Mr.

1  Bendernagel asked you a number of questions about that, and

2  I just wanted to bring you back to that testimony and ask

3  you to describe, for the Court, please, what you did when

4  you updated market data to account for where Lazard had

5  selected its reference range of the multiples.

6  A     Well, we updated the stock prices.  We used the data

7  sets.  We indexed their reference range from what their

8  original data set was, the mean of their original data set

9  relative to what their implied -- their reference range was.

10 And when we updated the data set, came up with a mean, and

11 we re-indexed where they would come out.

12 Q     Well, let me just explore a little what you mean by

13 indexing.  So hypothetically, if Lazard had, in one

14 instance, included a reference range of multiples that was

15 10 percent below the mean that they had observed, what did

16 you do in your update?

17 A     Well, within publishing and broadcasting, to the

18 extent that they were one turn below the mean, we would do

19 one turn below the mean.  I think in the other wholly-owned

20 category, there was a lot more variability there, and then

21 we took an actual percentage.

22 Q     And why did you do it that way?

23 A     Because I think the results, if I were to just take a

24 simple turn below or a turn above, would've created a much

25 higher result for Tribune Media Services, and intuitively,

1  our analysis concluded that it just seemed to deviate too

2  much, and as a result, we thought it -- the more

3  conservative approach was to just use a simple actual

4  percentage versus a turn below or a turn above.

5  Q    Okay.  But I'm now not talking just about Tribune

6  Media Services, but generally, why did you try to hold

7  constant the percentage variable between what Lazard did in

8  its original report and then after you did your market

9  update?

10  A    We tried to simulate their judgment, and we tried to

11  simulate their selections, to the extent that we could.

12  Obviously, we lacked some information, which we've learned,

13  and that was what the intent of the exercise was.

14  Q    Okay.  Now, Mr. Bendernagel told you, on cross-

15  examination, that Mr. Mandava relied on pure play comps for

16  his multiple for publishing.  I'd like you to turn, please,

17  to tab 4 of the binder that Mr. Bendernagel handed you.

18  A    I'm there.

19  Q    And I'd like you to -- and this tab contains Mr.

20  Mandava's direct testimony slides.  Turn to page 6.

21  A    I'm there.

22  Q    And do you see, under the diversified comps, there's a

23  dotted-line box around Gannett?

24  A    I do.

25  Q    Do you -- were you in Court?  Do you recall when Mr.

1  Mandava testified with respect to this page?

2  A    I generally recall.

3  Q    And do you have an understanding as to what the box

4  around the diversified comp for Gannett was intended to

5  indicate?

6  A    I believe the purposes of him including the boxes on

7  this page, which were not reflected in their previous

8  report, so these are new reference items -- I think it was

9  the items that most informed him.

10  Q    All right.  Now, let's talk about the Lazard January

11  supplement for a moment.  Do you have an understanding, Mr.

12  Singh, as to whether Lazard, in its valuation conclusion of

13  6.75 billion is relying upon its October report or its

14  January supplement?

15  A    It's the report filed February 8, which referred back

16  to the October report conclusions.

17  Q    Okay.  Turn for a moment please, in your expert

18  report, which you should have in front of you, the bound

19  volume, to page 18.  And you'll see that's the valuation

20  bridge that was contained in your original report -- or in

21  your amended report, I should say.  Do you have that up?

22  A    I do.

23  Q    Okay.  Mr. Bendernagel had asked you about the $198

24  million difference that you attribute to updated financial

25  and market data.  Do you see that?

1    A      I do.

2    Q      Sir, is that $198 million swing in value intended to

3    be the difference between the Lazard October report and your

4    valuation or the Lazard January supplement and your

5    valuation?

6    A      All the data on this page, in fact in this report,

7    relates back to Lazard's expert report filed February 8,

8    which included data associated with an October report.

9    Q      Okay.  All right.  Let's talk about Scripps for a

10   moment, and I'd like you to now flip back to your

11   demonstratives, and turn, please, to slide 25.  And you'll

12   recall that, on cross, Mr. Bendernagel asked you a number of

13   questions concerning your selection of the multiple and the

14   comps that you looked at.  I'd like you to refer to the

15   detail column, where you show some detailed financial

16   metrics.  And I'd like you to describe, for the Court,

17   please, how that information was relevant to your valuation

18   of Tribune's stake in TFN.

19   A      Sure.  When we were evaluating the comparable set,

20   which would, in our case, include both Discovery and

21   Scripps, we obviously understood that TFN was a portion of

22   Scripps, so we wanted to evaluate how TFN performed relative

23   to Scripps and also evaluate how they performed relative to

24   Discovery.  And this just simply laid out that, if you read

25   from the left to the right, across the top, that TFN's

1  EBITDA margins and revenue growth significantly exceed those

2  of SNI as a whole, those of SNI excluding TFN, and those of

3  Discovery.

4  Q    Now, one last point, Mr. Singh.  Turn back to the

5  cross-examination binder, please.  And you'll recall that if

6  you turn to tab 5, you'll see that Mr. Bendernagel showed

7  you a number of slides where what Lazard apparently did was

8  recalculate the value, using only a 2011 EBITDA multiple.

9  Do you see that?

10  A    I do.

11  Q    Okay.  And you relied, did you not, sir, on both

12  historical and forward-looking multiples?

13  A    We did.

14        MR. QURESHI:  Okay.  Okay.  Your Honor, may I

15  approach the witness with some textbooks that we're going to

16  take a quick look at?  And I have copies, of course, as

17  well.

18        THE COURT:  Yes.

19        MR. QURESHI:  Thanks.

20  BY MR. QURESHI:

21  Q    Now, what I would like you to do, Mr. Singh, is you

22  have in front of you the textbook by Professor Pratt.  Do

23  you see that?

24  A    I do.

25  Q    And Your Honor, I believe this has actually been

1  marked as an exhibit.  All right.  For the record, that book

2  is Exhibit NPP-86.  And what I'd like you to do, sir, is

3  turn to page 265.  I've put a yellow tab by that page.

4  A    I see it.

5  Q    And what page of the book are you -- is this in?  I'm

6  sorry, what section of the book?

7  A    Market approach guideline, publicly traded company

8  method.

9  Q    Right.  And the heading on that page is overview of

10  the guideline publicly traded company method?

11  A    Yes.

12  Q    What I'd like you to do, sir, is the paragraph at the

13  bottom of the page that begins "the above variables", and it

14  carries over to the next page, can you please read that into

15  the record?

16  A    Yes.  "The above variables usually are computed on the

17  operating basis, with operating items treated separately.

18  Any of the above income variables may be measured for any or

19  all of a variety of time periods to create the denominator

20  for the valuation multiple.  The typical time periods used

21  are latest 12 months, latest fiscal year, estimates for the

22  forthcoming year, simple averages of some number of past

23  years, weighted average of some number of past years."

24  Q    And Mr. Singh, do you agree with Professor Pratt on

25  this point?

1    A    Generally, yes.

2    Q    Now, turn to the textbook by Professor Damodaran,

3    please.  And just to clarify, Your Honor, I've got the

4    exhibits wrong.  The Pratt book is Exhibit NPP-62.  The

5    Professor Damodaran book is Exhibit NPP-86.  And here, sir,

6    I'd like you to turn to page 236.

7    A    I'm there.

8    Q    And you'll see, actually, if you go back a few pages,

9    this is in the chapter called relative valuation, first

10   principles.  And what I'd like you to do, again, at the

11   bottom of the page, under the heading earning multiples, do

12   you see the sentence that begins "when buying a stock"?

13   A    I do.

14   Q    Can you please read, into the record, that sentence

15   and the one that follows it, which carries over onto the

16   next page?

17   A    "When buying a stock, it is common to look at the

18   price paid as a multiple of earnings per share generated by

19   the company.  This price-earnings ratio can be estimated

20   using current earnings per share, yielding a current PE;

21   earnings over the prior four quarters, resulting in a

22   trailing PE; or an expected earnings per share for the next

23   year, providing a forward PE."

24   Q    Okay.  And sir, do you agree with that?

25   A    Generally, yes.

1  Q    Okay.  And please explain then, why, in your analysis,

2  you relied upon both forward and historical multiples.

3  A    Well, as a practitioner, I do place a lot of value in

4  the last 12 months' operating results, because those are

5  known, and those are known to the market.  And forward

6  results are estimates, and in some instances, they're

7  estimates by the company, and in some instances, they're

8  estimates by analysts.  But in any event, they're estimates,

9  so there's a degree of uncertainty.  So when I do my

10 evaluation analysis in general -- there are exceptions -- I

11 tend to look at what the trailing results were as well as

12 the forward results to inform me, as do how I would think

13 about valuation, and then make adjustments from there.

14 Q    And so the slides that Mr. Bendernagel showed you,

15 where he removed from the calculation your reference to the

16 historical multiples, sir, do you believe that that

17 accurately represents your view as to the enterprise value

18 of Tribune?

19 A    No.  What we did to construct our view is reflected in

20 our book that had a total distributable value of

21 approximately 8.2 billion.

22          MR. QURESHI:  Okay.  Thank you.  Nothing further.

23          MR. BENDERNAGEL:  Just a couple of questions,

24 Your Honor.

25                RECROSS EXAMINATION

1    BY MR. BENDERNAGEL:

2    Q      Do you still have the excerpts from the two books in

3    front of you?

4    A      I do.

5    Q      Now, I don't know that you need to go back to them

6    necessarily.  They both discussed the same thing, and that

7    was what type of data you might utilize in doing an

8    analysis, correct?

9    A      Yes.

10   Q      And I take it, the key to that is judgment, right?

11   A      Ultimately.

12   Q      Now, in terms of these slides, the fact of the matter

13   is, that by utilizing a blend 2010 and 2011, you increase

14   the value, right?

15   A      I don't increase the value.  I look at both, and I

16   consider both, and then it averages, and I think the

17   arithmetic suggests that if you only use 2011, the number is

18   different.

19   Q      It's higher, right?

20   A      Correct.

21   Q      Okay.  Now, one last point.  Mr. Qureshi asked you

22   some questions about the Lazard report and the fact that you

23   were responding to the October analysis.  I think we

24   established earlier that you read the Lazard report when you

25   became engaged, is that correct, on the matter?

1   A      When it was released, yes.

2   Q      And if you could, take a look at tab 14, which is DCL

3   Exhibit 1135.

4   A      I'm there.

5   Q      And you turn to page 91.  Are you there?

6   A      I'm there.

7   Q      At the top of the page, under reasonableness of

8   valuation, there is the first bullet point, which is in bold

9   type.  Do you see that?

10  A      I do.

11  Q      Would you read that bullet point into the record?

12  A      "In concluding that Lazard's range for Tribune's

13  estimated total distributable value, as prepared in October

14  2010, is reasonable," excuse me, "Lazard took into

15  consideration business and capital market developments that

16  have occurred between October 2010 and January 2011."

17              MR. BENDERNAGEL:  Thank you.  I have no further

18  questions, Your Honor.

19              THE COURT:  Thank you, sir.  You may step down.

20              WITNESS:  Thank you.

21              THE COURT:  All right.  We'll break now and

22  reconvene at 1:15.  The Court will stand in recess.

23  (Recess at 12:03 p.m. to 1:20 p.m.)

24              THE COURT:  Good afternoon.

25              ALL:  Good afternoon, Your Honor.

1          MR. BENDERNAGEL:  Your Honor, before we start the

2    next witness, during my cross examination of Mr. Singh there

3    was a page missing from your binders and I have a copy of

4    it, if I can hand it up.

5          THE COURT:  All right.  Thank you.

6          MR. ZENSKY:  Good afternoon, Your Honor.  For the

7    record, David Zensky of Akin Gump Strauss Hauer and Feld for

8    Aurelius Capital Management.

9          As the Court knows, we are going to show a

10   selection of the video clips from various depositions that

11   were taken.  Per the Court's order, the clips contain all

12   the counter-designations by the Debtor Committee, Lender

13   Plan Proponents and what we've prepared, Your Honor, if I

14   may approach, are the binders of the documents the witnesses

15   were looking at at the portion of the depositions that the

16   video clips -- that you'll see.

17         THE COURT:  Okay.  Thank you.

18         MR. ZENSKY:  I think it's safe to say I have the

19   easiest part of today's proceedings to the moments because I

20   know the questions and the answers at this point, Your

21   Honor.

22         THE COURT:  You've earned it.

23         MR. ZENSKY:  Thank you.  So what we'll do, Your

24   Honor, is we'll show the clips without interruption, except

25   before the passage that relates to a document in the binder.

1  I'll alert the Court that that's the next -- that the clip

2  relates to the particular document, if that's okay.

3          THE COURT:  All right.  Thank you.

4          MR. ZENSKY:  All right.  The first witness is

5  Mark Shapiro, Your Honor.  As you know from testimony in the

6  record, he was the Chairman of the Special Committee

7  established by the Debtors in August of 2010 and the first

8  deposition excerpts come from a deposition taken October 13,

9  2010, which under the case management order the parties

10 stipulated could be used as if it was taken in confirmation

11 discovery.  And I'm sure the Court recalls, this is just the

12 day after the second Term Sheet was released in the -- out

13 of the mediation and two days after a meeting had been held

14 that Mr. Kurtz testified about with the Special Committee.

15 So we can proceed.

16 (Playback, 1:22 to 1:23, of Video Deposition of MARK

17 SHAPIRO)

18      Q    What is your current employment?

19      A    I'm the chief executive officer of Dick Clark

20      Productions.

21      Q    For how long have you been CEO of Dick Clark

22      Productions?

23      A    Few months.

24      Q    What were you -- what was your position prior to

25      being CEO of Dick Clark Productions?

1      A    I was chief executive officer and director,

2           president of Six Flags, Incorporated.

3      Q    Thank you.  Are you currently a member of the

4           Special Committee of the Board of Directors of Tribune

5           Company?

6      A    Yes, I am.

7           MR. ZENSKY:  Okay.  And I believe -- this is --

8  the first document in the binder, Your Honor, was being

9  reviewed during the course of the next few clips, the first

10  Term Sheet from the mediation.

11  (Playback, 1:23 to 1:29, of Video Deposition of MARK

12  SHAPIRO)

13      Q    Could you identify what's been marked as Exhibit

14           1?

15  (Video paused.)

16           MR. ZENSKY:  Excuse me, just a second.

17  (Video playback resumed.)

18      A    It says Term Sheet for Joint Plan Supported by

19           Debtors Official Committee of Unsecured Creditors,

20           Oaktree, Angelo, Gordon, JP Morgan, and Endorsed by

21           the Mediator.

22      Q    Okay.  Have you seen this document before?

23      A    No, I have not.

24      Q    Has the Special Committee ever discussed this

25           particular document, having this document before it?

1      A    No.

2      Q    Have you -- looking through the document now, can

3      -- are you familiar with the contents of the document,

4      even if not with the precise document itself?

5      A    Yes.

6      Q    What is your understanding that the contents of

7      this document represent?

8      A    The Joint Plan supported by Oaktree, Angelo, JP

9      Morgan, the Debtor, Unsecured Creditors Committee, and

10     endorsed by the Mediator.

11     Q    What role, if any, did the Special Committee of

12     Tribune have in the -- in arriving at the contents of

13     Exhibit 1, the Term Sheet?

14     A    Deriving at the contents?

15     Q    I'm sorry?

16     A    Deriving at the contents?  I'm sorry?

17     Q    What role did the Special Committee of Tribune

18     have in arriving at the contents that are reflected in

19     Shapiro Exhibit 1?

20     A    We didn't.

21     Q    Who was involved, to your knowledge, in arriving

22     at the contents of Shapiro Exhibit 1?

23     A    Court appointed Mediator, Oaktree, Angelo, Gordon,

24     JP Morgan, Unsecured Creditors Committee, Sidley, the

25     Counsel for the Debtors, Chief Restructuring Officer

1    for the Debtors, and Lazard, the financial advisor for

2    the Debtors, and potentially the Counsel for Special

3    Committee I think was involved.

4    Q    What independent judgment, if any, did you bring

5    to the process of analyzing the plan that's shown in

6    Shapiro Exhibit 1?

7    A    Just by querying certain things I understood or

8    maybe didn't understand enough and then I relied on the

9    advice of my financial advisors and Counsel.

10   Q    Was there anything in your personal experience as

11   a corporate executive or someone who went through

12   bankruptcy that you relied on or was it just the

13   advisors?

14   A    Well, the recovery was greater.

15   Q    The recovery was greater than the previous --

16   A    The recovery was greater for more classes, the

17   litigation was reduced, which was also part of our job,

18   and it had the endorsement of several parties that, as

19   aforementioned, it didn't previously have, and it had

20   the endorsement of the Mediator, who worked tirelessly

21   to get to a deal and from what I was being told by my

22   advisors and Counsel, he was pleased and willing to not

23   only sign off on it, but endorse it publicly, which he

24   did by signing off on the press release.

25   Q    So did you place substantial weight on the

1    Mediator's -- your understanding that the Mediator

2    agreed with this proposal?

3      A    He was one of several cogs in the wheel.

4      Q    In particular under the section that's entitled

5    Plan Settlements, there's a number, $120 million in

6    cash.  Do you see that number, toward the top of the

7    first page?

8      A    Yes.

9      Q    Did you have any role in arriving at that number?

10     A    No.

11     Q    Do you know who, on behalf of the Debtors, if

12   anyone, did have a role in arriving at that number?

13     A    Don't know.

14     Q    Do you know if Mr. Liebentritt, the Chief

15   Restructuring Officer, had any role in arriving at that

16   number?

17     A    Don't know.

18     Q    To your knowledge, did any of the members of the

19   Special Committee have any role in arriving at that

20   number?

21     A    They didn't.

22     Q    So in other words, if I were to ask you how the

23   $120 million number was arrived at, you would not be

24   able to tell me?

25     A    Relied on my financial advisors for that.

1      Q    And those financial advisors were who?

2      A    Lazard, Sidley Austin, the Counsel, our Counsel to

3      the Special Committee, and the Chief Restructuring

4      Officer.

5      Q    Did any or all of those persons or entities that

6      you just mentioned explain to you, as the Chairman of

7      the Special Committee, how the $120 million figure was

8      arrived at?

9      A    Not that I recall specifically.

10      Q    And was there any discussion about whether the

11      release of the avoidance claims in Step 2, whether the

12      value of that release was $120 million?

13      A    I don't recall.

14      Q    But did you consider it part of your fiduciary

15      duty to consider whether recovery could be maximized

16      through a litigation as opposed to a settlement?

17      A    I think in this -- no, I left that to the Mediator

18      to determine where it was going to fall: settlement,

19      litigation trust, both, one or the other.  You know

20      again the numbers were really a lot -- there are a lot

21      of professionals that deal with the fairness of that.

22      Q    So --

23      A    The consensus was more part of my job, getting

24      them to the table.

25      MR. ZENSKY:  I think the next clip is when he was

1  looking at the next document, Your Honor.

2  (Playback, 1:30 to 1:34, of Video Deposition of MARK

3  SHAPIRO)

4       Q   Exhibit 2, the claims with respect to Step 2, were

5       going to be handled in a litigation trust.  Do you

6       remember that or not?

7       A   In the first deal?

8       Q   The first -- the previous deal.

9       A   In the -- yes.

10      Q   Okay.  And so at that point you understood that

11      they could be adjudicated in the process of a

12      litigation brought by a litigation trustee?

13      A   I don't -- didn't really understand the process,

14      Counselor.

15      Q   Okay.  But you voted to approve it?

16      A   I knew it was a Step 1 deal.  Correct.  The first

17      settlement plan was a Step 1.  The second was --

18      Q   Okay.

19      A   -- included in Step 2 as well.

20      Q   And you voted to approve the plan that was in Step

21      2 at the time it was presented to you as a Special

22      Committee member?

23      A   Step 1 or Step 2?

24      Q   The Step 1 plan that's in Exhibit 2.

25      A   Yes.

1    Q   Okay.  Now you understand that under the current

2    plan that was released yesterday, that the Step 2

3    claims against the -- many of the Step 2 claims, to be

4    more precise, against LBO Lenders would be settled

5    rather than litigated?

6    A   That's my understanding.  Correct.

7    Q   And did you consider it part of your fiduciary

8    duty to determine whether it would be a fairer result

9    to settle those claims than to litigate those claims?

10   A   No.  I think there's plenty of people that will do

11   that now and/or in the future.  I saw it as a deeper

12   deal, a deeper deal in terms of recovery, in terms of

13   dollars, and in terms of Creditors, which is our goal.

14   Q   Did you reach any personal conclusion as to

15   whether the $120 million was a fair settlement of the

16   Step 2 claims that were being settled under the current

17   plan?

18   A   I relied on my advisors for that.

19   Q   So your advisors expressed an opinion that it was

20   fair?

21   A   Absolutely.

22   Q   Okay.  And did you --

23   A   And conveyed that they -- that the Mediator

24   believed it was a good deal as well.

25   Q   Okay.  But did you, after hearing that, did you

1      personally come to a conclusion on your own as to

2      whether you agreed with that assessment or did you just

3      accept the assessment?

4      UNKNOWN:  Objection.  Foundation, form.  This is a

5      dense epistemological thicket.

6      Q    Do you understand the questions I asked?

7      A    I think I've answered them.  I mean I said I

8      relied on my advisors.

9      Q    Okay.  But --

10     A    I believe there was -- my advisors were on the

11     phone, there's -- I believe a third party expert was

12     hired as well to look at it, the Mediators were signing

13     off -- was signing off, the financial advisors of all

14     these other firms were signing off, and most

15     importantly they have the UCC on Board, too.  So it

16     seemed like there were a lot more people better

17     schooled than me saying it was fair, so much so

18     considering they all have divergent views, that they're

19     all signing up to it.  I thought the advisors were

20     probably right and I went along and voted for it.

21     Q    Okay.  Did you question any of the advisors during

22     the presentation during the Special Committee meeting?

23     A    Yes, I'm sure I did.

24     Q    What questions did you ask them?

25     A    I don't recall specifically, but as I mentioned

1   earlier there was a lot of Q and A back and forth.

2   Q   Do you recall any of the questions that were asked

3   by yourself?

4   A   I think I mentioned the point I made about the 120

5   million, I asked about the Mediator's opinion on all of

6   this, how long it would take to get it all signed up

7   and get the plan out, I asked if the advisors thought

8   this was a better deal than anything that's ever been

9   on the table, along those lines.

10   Q   Do you recall that the examiner considered whether

11   there were arguments, that even if the Step 1 debt was

12   not avoided, that Step 1 Lenders who participated in

13   planning Step 2 could be precluded from getting the

14   benefits of avoiding Step 2?

15   A   No, I don't recall that.  I read it the morning

16   after it was filed.  I think it was actually two parts

17   that I read it in.  I can't recall, but I certainly

18   know that even if I read it again, half of it would go

19   right over my head.

20   MR. ZENSKY:  I think before the next clip, Your Honor,

21   the witness was shown the next exhibit, which is just a

22   cover email, but it's the document that I believe Mr.

23   Bendernagel used with Mr. Kurtz, the presentation to the

24   Special Committee on the 11th.

25   (Playback, 1:34 to 1:37, of Video Deposition of MARK

1    SHAPIRO)

2        Q    Do you understand that under the plan that's

3    currently being proposed by the company, that the Step

4    1 Shareholders would be released, but the Step 2

5    Shareholders would not?

6        A    Yes.

7        Q    Why is that?

8        A    I relied on my advisors in terms of the fairness

9    of the deal.  I don't know.

10       Q    Well, did you have any understanding that there

11   was a greater risk of liability to the Step 2

12   Shareholders than there was to the Step 1 Shareholders?

13       A    Yes.

14       Q    Okay.  What was your understanding with respect to

15   that?

16       A    I just recall in the examiner's report about Step

17   1, something about 50 percent or less than 50 percent

18   and then in Step 2 there was a higher degree of

19   probability that there would be a claim.

20       Q    Okay.  Now I take it that the Special Committee

21   never performed a valuation of the Step 2 avoidance

22   claims.

23       A    Not to my knowledge.

24       Q    Do you recall that there was a change in the

25   treatment of the Subsidiary General Unsecured Creditors

1          in the most recent plan so that they now were getting a

2          100 percent recovery?

3          A    Yes.

4          Q    And why was that done?

5          A    I can't remember.  That was discussed, though, on

6          the call.  Like 50 percent to 100 percent.  Yeah.

7          Q    Why?  What was the reason?

8          A    I don't remember.

9          Q    Well, it was two days ago.  You don't remember

10         what the reason was for giving a class 100 percent

11         recovery?  Isn't that unusual in a bankruptcy?

12         A    I don't recall.

13         Q    Did anybody ask the question at the Special

14         Committee, why are we giving this class --

15         A    It was discussed.  It was discussed.  I don't

16         remember what the reason was.

17         Q    As a member of the Special Committee of Tribune

18         Company, did you ever reach a view as to whether the

19         examiner's statement, "A Court is highly likely to

20         conclude that the Step 2 transactions render Tribune

21         insolvent" was correct or incorrect?

22         A    No.

23         Q    Okay.  So you weren't asked to make any judgments

24         about whether Tribune was solvent or insolvent at any

25         particular point in time?

1        A    Never.  Never was asked that.

2        Q    What is your current employment?

3        A    I'm the chief executive officer of Dick Clark

4    Productions.

5        Q    For how long have you been CEO of Dick Clark

6    Productions?

7        A    Few months.

8        Q    What were you -- what was your position prior to

9    being CEO of Dick Clark Productions?

10       A    I was chief executive officer --

11            MR. ZENSKY:  I'll just skip to the next one.

12            THE COURT:  Sure.

13   (Playback, 1:37 to 1:38, of Video Deposition of MARK

14   SHAPIRO)

15       Q    And was it the case that early in January of this

16       year that Six Flags approached JP Morgan, Bank of

17       America, Barkley's, and Deutsche Bank to arrange an

18       $830 million senior secured credit facility?

19       A    Yes.

20       MR. ZENSKY:  Okay.  Those are the clips from the

21   October 13 deposition, Your Honor.  The next is of the same

22   witness from February 28 of 2011.

23   (Playback, 1:38 to 1:39, of Video Deposition of MARK

24   SHAPIRO)

25       Q    Said I think your focus will be "limited" to the

1    Chapter 11 process and the entire Board will continue

2    to oversee company operations, but I defer to Counsel

3    on this.  Do you see that?

4    A    Yes.

5    Q    And was that in fact your understanding of what

6    the Committee, the scope of the Special Committee was?

7    A    Was for Chapter 11 purposes.

8    Q    Yes?

9    A    Yes.

10   Q    Okay.  And among the things the Special Committee

11   was charged with doing was reviewing and considering

12   the LBO causes of action and potential settlement of

13   the LBO causes of action.  Is that right?

14   A    I can only give you my definition of what the

15   Committee was there for.

16   Q    Please, what is your definition?

17   A    We were there to get people back to the table, we

18   were there to support the mediation, we were there to

19   protect the company against claims of bias, we were

20   there to get a broad settlement and maximize recovery,

21   and we were there to ensure that there were no free

22   releases or watch the releases.  That's it.  That's all

23   I know.

24   Q    Okay.  And when you're referring to settlement,

25   you're talking about settlement of the LBO causes of

1      action, right?

2      A    I'm talking about broad settlement in the whole

3      restructuring.  That's my definition of it.

4      Q    Okay.  And that would include a disposition one

5      way or the other of the LBO causes of action?

6      A    I can't answer that.  I don't know.

7      MR. ZENSKY:  I think the witness was looking at the

8      document under Tab 5 as we proceed, Your Honor,

9      Noteholder Exhibit 2086.

10  (Playback, 1:39 to 1:47, of Video Deposition of MARK

11  SHAPIRO)

12      Q    I'm going to hand you a copy of a document that's

13      been marked Shapiro 27.

14      A    Yeah.

15      Q    Okay.  And you see Shapiro 27 is another email

16      string, including Mr. Liebentritt and Ms. Wilderotter,

17      on August 21.  I want to direct your attention to the

18      email from Mr. Liebentritt to Ms. Wilderotter at 1401,

19      52.  Do you see that?

20      A    Yes.

21      Q    Okay.  And actually if I direct your attention

22      down to the email below that, that was at 12:05 p.m.

23      from Ms. Wilderotter to Mr. Liebentritt.  Do you see it

24      says can you clarify who Sidley represents?  Do you see

25      that sentence?

1    A    Yes.

2    Q    Okay.  Have you seen this email before today, sir?

3    A    I don't think I have.

4    Q    This is not one of the documents you reviewed in

5    preparing for your deposition?

6    A    I don't believe so.

7    Q    Okay.  And you go up to the response from Mr.

8    Liebentritt, I want to direct your attention to the

9    second paragraph, second sentence.  He says I'd say

10   Sidley represents management of the Debtors.  Do you

11   see that?

12   A    Yes.

13   Q    Did Mr. Liebentritt ever tell you that Sidley

14   represents management of the Debtors?

15   A    I don't recall.  I just knew Sidley represented

16   the Debtors.

17   Q    Did Ms. Wilderotter ever tell you that she had an

18   understanding that Sidley represented management of the

19   Debtors?

20   A    No.

21   Q    Did she ever tell you that Mr. Liebentritt told

22   her that Sidley represents management of the Debtors?

23   A    No.  No.

24   Q    Sitting here today do you know that Sidley Austin

25   had a role in the LBO transaction back in 2007?

1      A    I believe they did.

2      Q    Okay.  Do you have an understanding as to what

3      that role was?

4      A    I don't recall.  I wasn't part of the Board back

5      then.

6      Q    Okay.  Did anybody ever tell you about what

7      Sidley's role was in that transaction?

8      A    They probably -- Don probably did at some point,

9      but I don't recall.

10     Q    Did Don ever tell you that Sidley Austin was a

11     potential target of litigation arising from the LBO

12     transactions?

13     A    I believe he did, yes.

14     Q    Okay.  What did he tell you about that?

15     A    I believe it was in that Chicago meeting that I

16     had with him that he said -- you know, I can't

17     remember.  There was some opinion, fairness opinion or

18     whatever, that Morgan Stanley had done and Sidley

19     Austin had been a part of.  You know I can't -- it was

20     -- as you can tell I know enough to make me dangerous

21     here on this one, but there was something that they you

22     know had some liability, potential liability.

23     Q    In connection with the LBO transactions?

24     A    Correct.

25     Q    At that time did you suggest or at any time that

1    as a result of the potential liability Sidley faced in

2    connection with the LBO transactions, that the company

3    or the Special Committee should get separate Counsel to

4    investigate the LBO transactions?

5    A    I don't recall.

6    Q    If you understood that Sidley were a potential

7    Defendant with respect to claims arising out of the LBO

8    transactions, would that cause you to be concerned that

9    Sidley would not be able to impartially assess the

10    merits of those claims?

11    UNKNOWN:   Objection to the form of the question.  It's

12    an incomplete hypothetical that doesn't include

13    necessary facts [indiscernible].

14    Q    You can answer it.

15    A    You know I rely on the advice of my Counsel.  If

16    Counsel says we can work with Sidley, then we can work

17    with Sidley.

18    Q    But do you have any independent view of your own?

19    A    No.  I don't know enough about the facts.  I don't

20    know if it's hearsay, if it's somebody throwing paint

21    up against the wall, or if there's any credibility

22    behind it.

23    Q    Do you know whether any of the Sidley lawyers that

24    worked on structuring the LBO also worked in connection

25    with the bankruptcy case for Tribune?

1      A    I do not.

2      Q    Would it trouble you if you found out that lawyers

3      advising the Special Committee were also involved in

4      structuring the LBO transaction that is so much at the

5      heart of this case?

6      UNKNOWN:  Objection to the form.

7      A    No.

8      Q    You'd be fine with a person who is the architect

9      of the LBO transaction giving advice to the Special

10     Committee?

11     A    Yeah, because nobody -- there's been no

12     wrongdoings that's been found.  There's no wrongdoings

13     that had been found.

14     Q    Can you go back to the exhibit marked #1, please?

15     It's probably at the bottom of your -- I'm sorry -- 19.

16     It's the first exhibit we marked.

17     A    Yeah.

18     Q    It's marked 19.  Aside from reviewing the

19     presentation that was given to you at the October 11

20     meeting, did the Special Committee itself undertake any

21     analysis to try to determine what the value of those

22     Step 1 claims were that were being settled?

23     UNKNOWN:  Objection to the form of the question.

24     A    Outside of relying on our financial advisors and

25     an independent consultant?  No.

1    Q    And your financial advisors were whom?

2    A    Were David Kurtz.

3    Q    Lazard?

4    A    Correct.

5    Q    The Special Committee itself didn't have its own

6    separate financial advisor the way it had separate

7    Counsel, right?

8    A    No.

9    Q    And who's the independent consultant you're

10   referring to?

11   A    I don't know his name.  I can't remember his name.

12   Q    But you relied in part on information from this

13   consultant to conclude that the settlement was fair?

14   A    Yes.  He's a professor at Northwestern University.

15   He's a financial expert.

16   Q    But you can't recall his name?

17   A    I think it was something Black.  I can't remember.

18   Q    Did you ever meet Mr. Black?

19   A    No.

20   Q    And so your understanding of Mr. Black's view of

21   the proposed settlement was based on what?

22   A    My understanding of what?

23   Q    What Mr. -- Mr. Black you understand had a view

24   that the settlement was fair?

25   A    Correct.

1      Q    And how did you come to that understanding?

2      A    Through my financial advisors.

3      Q    Lazard told you that Mr. Black had concluded that

4      the settlement was fair?

5      A    In the presentation.

6      Q    Okay.  And did Mr. Lazard tell you that this

7      independent consultant had said the settlement was

8      fair, did that contribute to your conclusion that in

9      fact the settlement was fair?

10     A    One of the factors.  Yes.

11     Q    When you say independent consultant, what do you

12     mean?  Independent from who?

13     A    Independent to the process.

14     Q    You understood, though, he was being paid by

15     Debtors, right?

16     A    Yes.

17     Q    Did you have an understanding as to whether or not

18     Mr. Black had expertise in bankruptcy law?

19     UNKNOWN:  Objection to the form of the question.

20     A    I do not -- did not -- don't.

21     Q    Did anyone ever tell you that he was an expert in

22     bankruptcy law?

23     UNKNOWN:  Objection to the form of the question.

24     A    No one -- sorry.  No one ever told me that.

25     MR. ZENSKY:  Yeah, I'm sorry.  The witness was looking

1          at Tab 4, the document under Tab 4 at this point, Your

2          Honor, Shapiro Exhibit 20.

3          (Playback, 1:48 to 1:53, of Video Deposition of MARK

4          SHAPIRO)

5          Q    The beginning of that same sentence starts in

6          addition to issues faced by other Board members.  Do

7          you see that?

8          A    Yes.

9          Q    What issues was Mr. Liebentritt referring to, if

10         you know?

11         A    I don't know.

12         Q    Did you ever follow up with Mr. Liebentritt to

13         find out what issues he was referring to in this email

14         that other Board members were facing?

15         A    We had conversations, not specifically related to

16         this email, but absolutely --

17         Q    Okay.

18         A    -- had conversations about other Board members and

19         why they weren't on the Special Committee.

20         Q    Okay.  And what were the nature of those

21         conversations?

22         A    He wanted pure independence.

23         Q    Meaning?

24         A    No bias, prejudice, or ties to Sam Zell.

25         Q    Well, I deposed Mr. Liebentritt last week and at

1    that deposition he described himself as the principle

2    Debtor representative in the negotiations with respect

3    to the settlement.  Would you say that's a fair

4    characterization of his role?

5    A    Say it again.

6    Q    Sure.  Mr. Liebentritt characterized himself as

7    the principle Debtor representative in negotiations

8    with respect to the settlement of the LBO claims.

9    A    Yes.

10   Q    That's a fair characterization?

11   A    Yes.

12   Q    And even after Jones Day came onto the scene, Mr.

13   Liebentritt remained the point person for these

14   negotiations, right?

15   A    Correct.

16   Q    Did you know Ms. Wilderotter prior to joining the

17   Board of Tribune?

18   A    Yes.

19   Q    For how long?

20   A    I knew her just very, very arms length.  She

21   worked -- she was the CEO of a company called --

22   software company called WINK, so I had met her once

23   while I was in charge of ESPN.  I ran all content for

24   ESPN and so obviously she was in the content business.

25   Q    Okay.  And do you think that your service on the

1  Board of Tribune contributed in any way to you being

2  invited to come onto the Board of Frontier?

3  A  Absolutely.

4  Q  Okay.  And what's the -- do you get compensation

5  for the Frontier Board?

6  A  Yes.

7  Q  What is the compensation?

8  A  I was pausing there because they're evaluating it

9  right now and redoing it.  You know I'm not sure

10  exactly what it is, but it's -- it's probably like

11  150,000 in cash and stock.

12  Q  Annually?

13  A  Yes.

14  Q  Okay.  And you serve on the Board of a REIT called

15  Equity Residential, right?

16  A  Yes.

17  Q  And that's a Zell company?

18  A  Yes, it is.

19  Q  Okay.  And you joined that Board in January of

20  2010 approximately?

21  A  Sounds right.

22  Q  Who selected you for the Board?

23  A  The -- I had to interview with every single

24  member.

25  Q  Okay.  I guess who sort of nominated you for the

1        Board?  Was that Mr. Zell?

2        A    I think Gerry Spector did.

3        Q    Okay.  Mr. Zell is also on the Board?

4        A    He's the chairman.

5        Q    Are you compensated for serving on that Board?

6        A    Yes.

7        Q    How much is that compensation?

8        A    I think it's 50 grand a year.

9        Q    And that's cash?

10       A    Yes.

11       Q    And with respect to this Board in Frontier, are

12       there any stipends you get for meetings?

13       A    No.

14       Q    Okay.  Do you think that you would have been

15       invited and I guess confirmed to be on the Equity

16       Residential Board over the objection of Mr. Zell, if he

17       had an objection to you being on the Board?

18       UNKNOWN MALE 1:  Objection to the form.

19       UNKNOWN MALE 2:  Object to form.

20       UNKNOWN FEMALE:  Who's --

21       WITNESS:  That's the same guy.

22       UNKNOWN MALE:  [Indiscernible].

23       WITNESS:  Yes, absolutely.

24       Q    You think that you would, even if Mr. Zell didn't

25       want you on the Board?

1    A    No question.

2    Q    Okay.  Did you ever have any conversation with Mr.

3    Zell about whether in fact he wanted you to participate

4    on that Board?

5    A    No.

6    Q    Okay.

7    A    I mean he you know pretty much recused himself

8    from the -- you know I'm sure he voted at the end of

9    the day, but from the selection process.  You know

10   there were several candidates being interviewed.  They

11   hired an outside independent search firm.  The search

12   firm is the first vote, or the first folks that

13   contacted me, said I was among several names that were

14   suggested for a potential open seat on the Board of

15   Trustees, you know would I be interested.  I said yes.

16   I went and interviewed with the search firm, came back,

17   did a second interview with the search firm, after that

18   interviewed with every single Board member,

19   individually, one-on-one for an hour each over the

20   course of a couple of months.  I mean the most

21   comprehensive Board selection process I've ever been a

22   part of.

23   Q    And that would include Mr. Zell?

24   A    And Zell was the only one I didn't interview with.

25   Q    You did not interview with Mr. Zell.

1        A    Correct.

2        Q    Do you know whether Mr. Zell was in -- had a say

3             at all in the ultimate decision about whether you would

4             come on the Board?

5        A    Yeah, I'm sure he had a vote like everybody else.

6             MR. ZENSKY:    This is the document under Tab 6

7    coming up at this point, Your Honor.

8    (Playback, 1:53 to 2:02, of Video Deposition of MARK

9    SHAPIRO)

10       Q    Did you discuss the possible future opportunities

11            with any parties involved in this case?

12       A    No, never.  Wait a second.  I want to be clear on

13            this, clarification.  I will tell you that this had

14            nothing to do with future opportunities in terms of

15            long-term future, but Sam Zell did call me and ask me

16            at one point if I would give some consideration to

17            taking on acting CEO, if in fact we thought this was

18            headed where it was headed, where Randy Michaels was

19            going to be stepping down, would I consider taking on

20            acting CEO job until -- seeing us through the

21            bankruptcy.  And I said I couldn't do that.

22       Q    When did Mr. Zell reach out to you?

23       A    I would say --

24       Q    Approximately.

25       A    I don't know.  Maybe November.  No, I'm sorry.  I

1    know exactly when it was.  Whenever the -- that

2    Executive Council was formed, which was back here.

3    Here it is.  October 22 was when they announced the new

4    -- I think that was right after Randy stepped down, so

5    it would have been two weeks before then, mid-October.

6    Q    Thanks.  And so -- I'm sorry.  You said that your

7    response to Mr. Zell was that you couldn't do that, you

8    couldn't take on the acting CEO role?

9    A    Right.

10   Q    And what was the reason that you said you couldn't

11   do it?

12   A    I just wasn't interested in doing it.  I didn't

13   really give him much reason.  Just I think I said it

14   wouldn't be the right thing to do at this time.

15   Q    Right thing to do from the point of view of just

16   sort of like where you wanted your career to head or --

17   A    Correct.

18   Q    Did you ever discuss with Maggie Wilderotter the

19   possibility that she might be hired in an executive

20   role at Tribune?

21   A    No, I don't think she has any interest in that.

22   Q    Yeah.  Did you ever discuss with anybody the

23   possibility that she might be considered for an

24   executive role at Tribune?

25   A    I think everyone knows she has no interest in

1       that.

2       Q    At your last deposition, sir, you testified that

3       one of the roles that you saw yourself in as the chair

4       of the Special Committee was to motivate all

5       constituencies.  Do you remember that generally?

6       A    Yes.

7       Q    And that -- you still view that as one of the

8       roles that you have?

9       A    Achieve a broad settlement.

10      Q    One of the constituencies were the Bondholders.

11      Is that your understanding?

12      A    Sure.

13      Q    Including Aurelius?

14      A    I don't think they were in the game at that time.

15      Q    Okay.  At what time, in your recollection and in

16      your perception, did Aurelius join the game, as you put

17      it?

18      A    I don't recall when they joined.  At the beginning

19      of achieving a you know broad settlement, I know they

20      weren't in the game.

21      Q    Okay.  How many times have you spoken with a

22      representative of Aurelius?

23      A    None.

24      Q    In this process, did you ever meet or talk to any

25      representative of the Unsecured Creditors Committee?

1       A    Never.

2       Q    Now you testified that you had conversations with

3       personnel of Oaktree.  I think it was in August of 2010

4       the first time.  Is that right?

5       A    Yes.

6       Q    Okay.  And it was when we referred to the email

7       where you said you reached out to some people and you

8       said they called you and then you responded to them.

9       A    Correct.

10      Q    Prior to those conversations, had you ever spoken

11      to any representatives of Oaktree before?

12      A    No.

13      Q    Okay.  Had you ever met Mr. Liang before that I

14      guess first telephone call?

15      A    No.

16      Q    Mr. Karsh?

17      A    No.

18      Q    So you never traveled to California to meet with

19      Oaktree personnel?

20      A    Yes, I did.

21      Q    You did.  When did you do that?

22      A    That was the meeting.  That was the reaching out

23      and me responding.

24      Q    Okay.  So that meeting -- I thought you said that

25      meeting was --

1    A    I didn't say it was on the phone.  No, that was

2    the group meeting.

3    Q    Oh, okay.  Oh, okay.  I misunderstood.  So you had

4    a -- before that group meeting you had a meeting that

5    was just you and Oaktree?

6    A    Correct.

7    Q    And it was -- who was present for that meeting?

8    A    Some Oaktree folks and a friend of mine named

9    David Hilty.  He's with Houlihan, Lokey.

10   Q    Okay.  Were any lawyers present?

11   A    I don't know if they had a lawyer there or not.

12   It wasn't a big discussion about Tribune.  We were

13   discussing other subjects.  It was a kind of a meet and

14   greet.

15   Q    Okay.

16   A    And I took the opportunity in that meeting to say

17   I've got to get you guys in a room with Tribune and the

18   Debtor and see if we can't get these parties together

19   and see if we can't make some headway.

20   Q    So the original purpose of that meeting wasn't

21   related to Tribune?

22   A    Correct.

23   Q    So what was the --

24   UNKNOWN:  I'm sorry.  The original purpose of that

25   meeting wasn't --

1      Q    Related to Tribune.

2      A    It was other business items --

3      Q    Okay.

4      A    -- through my friend, David.

5      Q    Okay.  What other business items were you

6      discussing?

7      A    Just a meet and greet.  We were talking about Dick

8      Clark Productions, you know my company, which is based

9      out there in Los Angeles.

10     Q    Was there some discussion about whether Oaktree

11     might do some kind of business with Dick Clark

12     Productions?

13     A    Potentially.

14     Q    What kind of business?

15     A    They're just always investing.  I mean they have

16     obviously money they put to work and I was just

17     downloading them on the business, our company and what

18     we do.

19     Q    So you viewed Oaktree as a potential investor in

20     Dick Clark Productions?

21     A    I don't know.  No.  I didn't say that.  I mean you

22     said could they ever invest in Dick Clark.  Yeah, I

23     mean they could.  But no, they're out there and they

24     run in some of the entertainment circles and I had an

25     opportunity to meet them and I took it, knowing in the

1    back of my mind that I was going to try to slip in the

2    fact that I've got to get them to sit down with

3    everybody in New York.

4    Q    Um-hum.  About how long did this meeting last?

5    A    An hour.

6    Q    And has there been any follow-up with respect to

7    whether Oaktree and Dick Clark might do some kind of

8    business together?

9    A    No.  We did a refinancing of Dick Clark, as well.

10    Q    Who did?

11    A    We did.  They didn't participate in it whatsoever.

12    Q    Oh, I see.  When was the refinancing?

13    A    It was August or so.

14    Q    Of 2010?

15    A    Somewhere around there.  Yeah.

16    Q    Did JP Morgan participate in the refinancing?

17    A    No.

18    Q    Angelo, Gordon?

19    A    No.

20    Q    In the California meeting, did you learn anything

21    about Oaktree's business and you know what its

22    activities are generally?

23    A    Not that I recall.  I mean just that they're you

24    know long-term investors and always looking for you

25    know good investment opportunities.  I mean they have a

1      lot of money put to work and I have a lot of

2      entertainment friends out in Los Angeles that know some

3      of the Oaktree guys and you know I thought it was a

4      good opportunity to meet them and of course you know my

5      backhand agenda was to open the door to getting them to

6      come to New York and sit down.

7           MR. ZENSKY:  I think we're up to the next exhibit

8  the witness was shown, Your Honor, Tab 8 -- excuse me, Tab

9  7.

10  (Playback, 2:02 to 2:10, of Video Deposition of MARK

11  SHAPIRO)

12      Q   You say that you're still -- never sent out a

13      formal statement and I take it, if you look at 1560,

14      which is the second page of the document, you say that

15      when you give someone your word it's your word.  That

16      part.

17      A   Yes.

18      Q   Okay.  Who did you give your word to?  What are

19      you referring to there?

20      A   We had a meeting in New York with JPM, Angelo, and

21      Oaktree and I believe this was in connection with

22      Oaktree ultimately filing a plan.  And of course we

23      wanted to, through mediation, do better than that plan,

24      but it was a good starting point.  It was a good kind

25      of bridge to jump off of.  And we discussed in that

1    meeting that if and when they did do that, we're not

2    going to shoot it down.  We're not going to fire back.

3    We're going to be supportive and say that it's a good

4    starting point to enter into a healthy mediation.  And

5    I told them we would put out a statement of support, a

6    press release.  And everyone understood that and I went

7    over it two or three times with the group.  And of

8    course when they did file, we sent nothing.

9    Q    And the group included Mr. Liebentritt?

10   A    Yes.  Absolutely.

11   Q    When you say that you told them, you're referring

12   to Angelo, Gordon, and Oaktree?

13   A    Correct.  And J -- whoever was in that room.

14   Q    Okay.  You understand JP Morgan was not a

15   proponent in the September 17 plan?

16   A    I understand, but they were still in that room.

17   They knew there was a potential that Oaktree was going

18   to go solo.

19   Q    Right.  So you were promising JP Morgan to put out

20   --

21   A    No, I was just telling everybody.

22   Q    Okay.

23   A    I was telling everybody that if and when, just so

24   everybody you know knows my intentions, a jumping off

25   point for the mediation will be helpful.  If we can't

1    reach something here today, I think we've made enough

2    progress where Oaktree is going to launch something of

3    their own and we're going to be supportive of it.  Not

4    that that's the final plan, if you will, but it will be

5    a good jumping off point and we're not going to shoot

6    it down.

7    Q    So coming back to the concern about having to

8    litigate forever, obviously --

9    A    Right.

10   Q    -- you did issue or you wanted to issue a

11   statement of support of the September 17 plan filed by

12   Oaktree, right?

13   A    Yes.

14   Q    And you understood that that plan contemplated

15   that there would be litigation going forward?

16   A    Of course.

17   Q    Okay.

18   A    Just like the plan does now.

19   Q    Well, but the Oaktree plan contemplated litigation

20   in the first instance with respect to Step 1 --

21   A    Right.

22   Q    -- in the Bankruptcy Court, right?

23   A    The consumer and the trade partners and the

24   business partners that Tribune deals with everyday,

25   they don't make any differentiation or delineation

1      between Step 1, Step 2.  Litigation is litigation.

2      There's litigation now and then what there could have

3      been if this plan doesn't go through, a whole lot more

4      litigation.

5      Q    What I'm trying to get at is you understood that

6      the September 17 Oaktree plan did not include a

7      settlement of any of those claims, right?

8      A    I don't recall.  Again, I wasn't signing up for

9      that plan.  A statement of support just could be we

10      think this is very meaningful, this is a significant

11      first step, shows that certain parties are ready to

12      play ball, and we look forward to the mediation.

13      That's a statement of support.  That doesn't mean we

14      support the plan, but we support the action, we support

15      them taking the bat and taking the first swing.

16      Q    I think at your last deposition you said you read

17      the examiner's report once.  Does that sound right?

18      A    Yes.

19      Q    Have you read it again since your last deposition?

20      A    No.

21      Q    You also said you read it the morning it was

22      filed.  Do you remember did you read the redacted

23      version or did you read the full version?

24      A    I don't recall, but I believe it was the full

25      version.

1    Q   Okay.  My understanding is that the redacted

2    version was about 30 pages long, but the full version

3    of course, as I'm sure you know, was more than 1,000

4    pages.

5    A   Yeah, so then it would have had to be the redacted

6    version.

7    Q   Okay.  You didn't read the 1,000 page version,

8    right?

9    A   No, I skipped that one.

10   Q   Is it your understanding that Mr. Klee undertook

11   an exhaustive analysis of the LBO claims?

12   A   That's purported you know.  From talking to my

13   Chief Restructuring Officer, there were a lot of

14   questions that weren't asked and sources that weren't

15   interviewed.

16   Q   So let's see, you testified a moment ago that

17   according to your Chief Restructuring Officer, there

18   were a lot of questions that weren't asked and sources

19   that weren't interviewed.  What questions weren't

20   asked?

21   A   I don't know.  I just tell you that in my meeting

22   in Chicago with Mr. Liebentritt, the first meeting he

23   thought that the -- that there were parts of the

24   examination that were irresponsible.

25   Q   This is the meeting in or around late August of

1       2010?

2       A    Yes, correct.

3       Q    There are parts of the examination that were

4       irresponsible.  Did he explain -- did he identify which

5       parts were irresponsible?

6       A    No.  I just remember that it was members of the

7       Board he didn't speak to or interview, the original

8       Board that did the transaction, just some follow-up

9       that should have been done before reaching conclusions

10      that wasn't done.

11      Q    Did he give you any more color about why he

12      characterized that as irresponsible?

13      A    Because there were holes in the report.

14      Q    Okay.  And did he identify the witnesses who were

15      not interviewed who he thought should have been

16      interviewed?

17      A    No.

18      Q    Didn't tell you how many witnesses there were that

19      should have been interviewed that were not?

20      A    No.

21      Q    And sitting here today, do you have an

22      understanding as to whether there were witnesses the

23      examiner should have interviewed, but that he did not?

24      A    Just going by what Don told me.

25      Q    And Don never told you how many witnesses there

1        were that should have been interviewed?

2        A    No.  He told me that he thought the report had

3        various parts that were irresponsible and you know not

4        -- wasn't thorough reporting and investigating.

5        Q    Did Mr. Liebentritt ever give you a view as to

6        whether or not the examiner's conclusions about the

7        strength the LBO related claims was you know -- how

8        it related -- how it compared to the Debtors own view

9        of the strengths of those claims?

10       A    They didn't agree with his assessment of the Step

11       2 claims.

12       Q    It's fair to say Mr. Liebentritt thought that the

13       Step 2 claims had a smaller likelihood of success than

14       the examiner concluded they did?

15       UNKNOWN:  Objection to the form.

16       A    Yes, that's correct.

17       Q    Okay.  Same with Step 1 claims, is it fair to say

18       that Mr. Liebentritt thought the Step 1 claims had a

19       smaller likelihood of success than the examiner found?

20       A    Didn't discuss it.

21       Q    Okay.  And did Mr. Liebentritt explain to you why

22       he disagreed with the examiner with respect to his

23       conclusions on the Step 2 claims?

24       A    Just more of the same with regard to you know

25       incomplete reporting, lack of depth, lack of some

1  interviews, lack of sources that were readily available

2  to him that Mr. Klee never accessed.

3  Q   But just to be clear, Mr. Liebentritt never

4  actually specifically identified the sources that

5  weren't accessed, to you?

6  A   I never asked.

7  Q   And he didn't volunteer that information to you?

8  A   No.

9  Q   And he again never specifically identified who

10  should have been interviewed who wasn't?

11  A   I already answered that.  Correct.  No, he didn't.

12  MR. ZENSKY:  And then this is the last tab in the

13  binder, Your Honor, and the last clip for Mr. Shapiro.

14  (Playback, 2:10 to 2:11, of Video Deposition of MARK

15  SHAPIRO)

16  Q   At the September 17 meeting you were -- it says

17  that the members of the Special Committee were present,

18  along with some lawyers from Jones Day.  Mr.

19  Liebentritt was not present, correct?

20  A   Doesn't list him.

21  Q   And in fact, didn't Mr. Liebentritt send you an

22  email where he was wondering why he hadn't been

23  included in this meeting?  Do you recall that?

24  A   I don't recall that, but that doesn't mean it

25  didn't happen.

1      Q    Okay.

2      A    I think Don wanted to be in every meeting.

3      MR. ZENSKY:  Okay.  The second witness, Your Honor,

4  was Ms. Wilderotter.  She was deposed on February 18 and you

5  have the handful of documents in the separate binder that

6  has Ms. Wilderotter's name on it.

7      THE COURT:  I have it.

8  (Playback, 2:11 to 2:18, of Video Deposition of

9  MAGGIE WILDEROTTER)

10      Q    Let's move on.  So you're familiar -- strike that.

11      You know Jimmy Lee from JP Morgan?

12      A    Yes.

13      Q    Okay.  Can you tell us the nature of your

14      relationship with Mr. Lee?

15      A    It's a business relationship.

16      Q    Okay.  And what's the nature of the business

17      relationship?

18      A    Well, Jimmy Lee is a vice-chairman of JP Morgan

19      Bank and I run a Fortune 500 company, so I do business

20      with JP Morgan and you know Jimmy's one of the people

21      that I interface with from a business perspective.

22      I've also you know interfaced with JP Morgan in a

23      number of areas on the Boards that I sit on as well.

24      Q    Okay.  When was the first time you had a business

25      relationship with JP Morgan in your -- strike that.

1    When you referred to running a Fortune 500 company and

2    you do business with JP Morgan, were you referring to

3    Citizens and then Frontier or one of your earlier --

4    A    No, I was talking about Citizens Frontier.

5    Q    Okay.  And --

6    A    We're a Fortune 500 today.  Yes.

7    Q    And was that -- was the first time you did

8    business with Mr. Lee and JP Morgan in connection with

9    your employment at Citizens and Frontier?

10   A    Yes.  Yes.

11   Q    Okay.  What year was that?

12   A    I don't recall what year, but it's several years

13   ago, so probably -- I think it was probably around

14   2005.

15   Q    Okay.  And what was the nature of the first

16   business that Frontier did with JP Morgan?

17   A    I'd have to go back --

18   Q    During your time.

19   A    Yes, I know.  I don't know exactly.  We've worked

20   with JP Morgan on M and A activity, we've worked with

21   JP Morgan on bond offerings, you know our share

22   buybacks.  I'd have to go back and look to see what the

23   first instance would be when we first started doing

24   business with them at that time.

25   Q    Okay.  And did JP Morgan also underwrite a notes

1     offering last year?

2     A    Yes, they did.

3     Q    And that was about a $3 billion notes offering?

4     A    They were a co-lead on that offer, yes.

5     Q    Okay.  And have you dealt with Mr. Lee in

6     connection with any or all of the business that

7     Frontier has done with JP Morgan?

8     UNKNOWN:  Objection to form.

9     Q    I'll rephrase it.  Did you get to know Mr. Lee as

10    a result of the first time that Frontier and JP Morgan

11    entered a business arrangement?

12    A    I don't know if it was the first time that we'd

13    ever had a business arrangement, but I got to know him

14    in the context of me being CEO of Frontier.

15    Q    Okay.  And how often have you communicated with

16    him since becoming the CEO?

17    A    I don't know the exact number of times I've

18    communicated with him because it sort of ebbs and flows

19    on what's happening, but I probably talk to Jimmy -- I

20    don't know, 10, 12 times a year.

21    Q    All right.  And have you met personally?

22    A    Yes.

23    Q    Okay.  On how many occasions?

24    A    Again, I don't know the exact number, but I would

25    say we see each other maybe four times a year,

1      personally.

2          Q    Okay.  Have you been to his house?

3          A    Yes, I have.

4          Q    Okay.  Has he been to yours?

5          A    No.

6          Q    Do you socialize from time to time?

7          A    He has a Christmas party every year, so I'm there

8      with 500 of his closest friends.

9          Q    I'll be looking for my next invite.

10         A    It's a very nice party.

11         Q    Okay.  Do you have dinner?

12         A    I don't socialize with him personally.  I

13     socialize with him only from a business perspective.

14         Q    Okay.  And have you negotiated at all with him in

15     connection with any of the business transactions that

16     JP Morgan has worked on with Frontier?

17         A    No.

18         Q    Okay.  Have you discussed those business

19     arrangements with him, if not negotiated?

20         A    No, I don't believe so.

21         Q    Who would be the person at Frontier who would

22     handle those negotiations?

23         A    Either my CFO or my treasurer.

24         Q    And do you know if they interact directly with Mr.

25     Lee or they interact with others at JP Morgan?

1      A    They interact with others at JP Morgan.

2      Q    Now you said that you also I believe interact with

3      JP Morgan in connection with other Boards that you're

4      on.

5      A    Yes.

6      Q    Okay.  What other Boards bring JP Morgan into the

7      mix?

8      A    Xerox has used JP Morgan.

9      Q    Okay.  For a variety of business transactions?

10     A    Yes.  Yes.  M and A predominately, from what I

11     know.  And I did -- I was an advisor to the Landmark

12     Communications Board a couple of years ago and JP

13     Morgan worked for Landmark on their sale of The Weather

14     Channel.

15     Q    Okay.  Do you have any personal business

16     relationship with JP Morgan or any of its affiliates?

17     A    Not today, no.

18     Q    Okay.  In the past did you have a personal

19     business relationship?

20     A    No.

21     Q    Okay.  Has JP Morgan ever issued a loan or a

22     mortgage on a property you might own?

23     A    Not that I know of.

24     Q    Okay.  Do you know whether the commercial

25     arrangements that Frontier has entered with JP Morgan

1          since you've been president and CEO have been on market

2          terms?

3          A    Yes.

4          Q    And are they?

5          A    Yes.

6          Q    Okay.  And how do you know that?

7          A    Because we don't do business exclusively with JP

8          Morgan.  We do business with lots of other banks as

9          well.

10              MR. ZENSKY:  I think she was looking at -- I know she

11     was looking at the document under Tab 1 at the next clip,

12     Your Honor.

13     (Playback, 2:18 to 2:20, of Video Deposition of

14     MAGGIE WILDEROTTER)

15          Q    And what did you understand Mr. Lee's role to be

16          in the bankruptcy reorganization?

17          A    I don't believe that Jimmy is active on a day-to-

18          day basis on this bankruptcy reorganization, but as a

19          vice-chairman of the company I know he's aware of it

20          and understands what's going on.  I think there's

21          someone else that leads it on behalf of the company.

22          Q    Do you know who that is?

23          A    No.  I don't recall her name.

24          Q    Okay.  All right.  Let's mark -- or actually

25          before we do that, what was the reason that you were

1  trying to set up a call between or some interaction

2  between Mr. Hartenstein and Mr. Lee?

3  A   Eddy Hartenstein had asked me if I could give him

4  an introduction to Jimmy Lee at JP Morgan.

5  Q   Okay.  Did he tell you why he wanted that

6  introduction?

7  A   It was -- Eddy is a very important executive in

8  the Tribune organization and with the company being in

9  bankruptcy, it was important to Eddy that he got to

10  know who the potential owners would be of the company

11  after the bankruptcy was over and Eddy did know Angelo,

12  Gordon and the Oaktree folks, but he did not have a

13  relationship with the JP Morgan folks.

14  Q   Okay.

15  A   And he had asked if I could facilitate that.

16  Q   All right.  In your answer you referred to the

17  potential owners.  Why did you use the word potential?

18  A   Well, they are -- I don't mean it from anything

19  other than depending on what happened with the plans

20  and how things were organized, whether they would be

21  part of this in a long-term basis or not.  That still

22  remains to be determined.

23  MR. ZENSKY:  Okay.  It's the next document at this

24  point, Your Honor.

25  (Playback, 2:20 to 2:29, of Video Deposition of

1    MAGGIE WILDEROTTER)

2    Q    Do you recall sending this email on or about

3    February 10, 2010?

4    A    Yes.

5    Q    Does it appear to be a true and accurate copy of

6    the email to you?

7    A    I believe so.

8    Q    Okay.  And you signed off your friend who is

9    always looking out for JPM, exclamation point, Maggie,

10   correct?

11   A    Yes.

12   Q    Okay.  Do you sign off all your emails to Mr. Lee

13   that way?

14   A    No.  Some I do.

15   Q    Do you sign off all your emails to other people

16   you know in business with the tag line, your friend who

17   is always looking out for blank?

18   A    I'd have to go look at my emails, but I use

19   different salutations for different emails.

20   Q    Okay.  Can you tell us why on February 10, 2010,

21   you chose to use this salutation to Mr. Lee?

22   A    No.  I mean in particular?  It was just a

23   salutation.

24   Q    Okay.  Is it a correct statement that you're

25   always looking out for JPM or strike that.  As of

1    February 2010, was it an accurate statement?

2    A    No.   I mean it's a statement to basically say I'm

3    a friend of JP Morgan and I have a relationship with

4    them, I do business with them.

5    Q    Okay.   Have you sent emails to any of the other

6    Creditors of Tribune with a salutation like that?

7    A    No.   I don't know any of the others.

8    Q    In the first paragraph you said I hope you're

9    working from home today.   What did you mean by that?

10   A    I don't recall, but I think it was a snowstorm.

11   Q    Okay.   In the second sentence you said that Mr.

12   Hartenstein would love to speak with Jamie or you.   Who

13   is the Jamie you're referring to?

14   A    Jamie Dimon.

15   Q    Okay.   And did you believe that Mr. Dimon would be

16   receptive to speaking to Mr. Hartenstein?

17   A    Yes.

18   Q    And what gave you the basis for that belief?

19   A    I believed that again with JP Morgan you know

20   being a Creditor for Tribune and Eddy Hartenstein being

21   a key executive in that company in a leadership role,

22   that they might have an interest in understanding who

23   the leaders are.

24   Q    All right.   So going back to Wilderotter 8 and the

25   salutation your friend who is always looking out for

1    JPM, do you think that Mr. Lee could have construed

2    that as a signal that in your capacity as a Tribune

3    director, you would be looking out for their interests

4    in connection with the plan of reorganization?

5    UNKNOWN:  Objection to the form.

6    A    I don't believe so.

7    Q    Okay.  Why not?

8    A    Because I -- in my dealings with JP Morgan over

9    the years, including with Jimmy, if I have a

10   disagreement with them, I go to the mat on those

11   disagreements.  We don't always see eye to eye on

12   everything and you know I look at JP Morgan as a

13   business relationship and it's a good business

14   relationship.  I have a good relationship with Jimmy

15   Lee and Jamie Dimon, just like I have a good

16   relationship with other CEO's of banks and vice-

17   chairman of banks that we do business with.  But it is

18   a business relationship.

19   Q    Okay.  Can you give us an example of something you

20   went to the mats on with him?

21   A    Let's see.  When I mentioned that when I was on

22   the advisory board for Landmark Communications, Jimmy

23   Lee and the JP Morgan team were responsible for

24   representing Landmark on The Weather Channel

25   acquisition.  And they had fees that were performance

1    based.  And they did not get the fees that they wanted

2    because we didn't believe that the performance was what

3    it should be.

4    Q  Okay.  Did you go to the mats with him on any

5    occasion in connection with Tribune?

6    A  No.  I've had no dealings with him on Tribune.

7    Q  Okay.  Now when the Special Committee was formed

8    in or about August of 2010 --

9    A  Yeah.

10   Q  Did you disclose to the Special Committee the

11   business relationship that you had with JP Morgan that

12   you've just described for us?

13   A  No.

14   Q  Okay.  Did you disclose to Mr. Liebentritt or

15   company Counsel the business relationships that you

16   just described?

17   A  No.

18   Q  Do you have reason to believe they were aware of

19   them?

20   A  I have no idea whether they are or not.

21   Q  And what about with Angelo, Gordon or Oaktree?

22   A  I don't know.  I do know that and you didn't ask

23   me this, but if you're thinking about the whole Board,

24   I do know that Mark Shapiro knows the people at Angelo,

25   Gordon and Oaktree from a business perspective.

1     Q    Okay.

2     A    I have heard him say that.

3     Q    Do you believe it would be appropriate for the

4     Creditors of the company to be speaking directly to Mr.

5     Zell about a potential favorable settlement after the

6     release of the examiner report?

7     UNKNOWN:  Objection.

8     A    I think Sam Zell is chairman of the board of

9     Tribune and you know to have major Creditors in the

10    company talk to him is -- I would believe would be

11    appropriate for them to have conversations.

12    Q    Okay.  You testified at your first deposition that

13    as of that date there had been no request by the

14    Special Committee to meet with my client.  Do you

15    recall that testimony?

16    A    That there had been no request by the Special

17    Committee to meet --

18    Q    Yes.

19    A    -- with Aurelius?

20    Q    Yes.

21    A    No.  I remember that.  No.

22    Q    Okay.  Has there been any request since then?

23    A    Not that I know of.

24    Q    Now you've heard the phrase fraudulent transfer

25    used in connection with the Tribune bankruptcy I take

1       it.

2       A    Yes.

3       Q    Okay.  Were you familiar with that concept at all

4       before it came up in connection with Tribune?

5       A    No.

6       Q    Okay.  So that was the first time that kind of

7       landed on your radar screen?

8       A    Yes.  I believe that's the case.

9       Q    Okay.  Okay.  And not asking you to repeat

10      certainly any of the statements that have been made to

11      you by either the Jones Day or Sidley lawyers.

12      A    Okay.

13      Q    Just kind of what is your understanding of the

14      impact of the fraudulent transfer claims -- strike that

15      -- the potential impact of the fraudulent transfer

16      claims on what would otherwise be the parties' baseline

17      recoveries?

18      UNKNOWN:  Objection.

19      A    I don't know.

20      Q    Okay.  Do you understand that it would -- strike

21      that.  Do you understand that the claims seek to have

22      certain of the Creditor groups get more than their

23      baseline recovery would otherwise have been at the

24      expense of other Creditors getting less of their

25      baseline recovery?

1    A    I do understand that concept, yes.

2    Q    Okay.  So it would allow some Creditors --

3    A    Yes.

4    Q    -- to go to the front of the line, so to speak.

5    A    Yes.

6    Q    You said you were aware that lawsuits have

7    actually been filed in connection with the leveraged

8    buyout transaction.

9    A    Yes.

10    Q    Okay.  And do you know who filed them?

11    A    Not off the top of my head.

12    Q    Okay.  Do you know whether the banks and other LBO

13    Lenders are Defendants in those complaints?

14    A    I don't know.  I'd have to go look.

15    Q    Do you know who it is who has the authority to

16    settle or propose a settlement of those claims?

17    A    Do I know who has the authority?

18    Q    Yes.

19    A    I would say that if there was going to be a

20    settlement to those claims, probably Don Liebentritt

21    would take the lead on looking at what a settlement

22    would be, but the authority would probably come to the

23    Board of Directors, if in fact it had to do with

24    Tribune itself.

25    Q    Okay.  Are you aware that there was a dispute in

1        the Court as between the company and the Creditors

2        Committee as to who should have the authority to settle

3        those claims?

4        A    I was not aware of that.

5        Q    Okay.  The Board wasn't asked for its view on that

6        point?

7        A    Not that I recall.

8        Q    Okay.  And the Special Committee was not asked to

9        make a decision as to whether it would be appropriate

10       for the company to seek to retain settlement authority

11       over those claims?

12       A    I don't recall that.

13       Q    Okay.  Does this refresh your recollection --

14            MR. ZENSKY:  She's looking at the next document

15   now, which you've seen several times.

16   (Playback, 2:29 to 2:30, of Video Deposition of

17   MAGGIE WILDEROTTER)

18       Q    -- as to whether that he was considering as a

19       concept a purity plan as of September 2010?

20       A    Yes.  We always looked at a purity plan as an

21       option.  We just didn't think it was the top option we

22       should pursue.

23       Q    Okay.  It was a potential course, but not the

24       preferred?

25       A    Correct.  We always knew it was a potential

1     course.

2          MR. ZENSKY:  And then the last document.

3    (Playback, 2:30 to 2:33, of Video Deposition of

4    MAGGIE WILDEROTTER)

5          Q    So does this reflect that the Special Committee

6          was willing to extend releases to Shareholders,

7          Directors, and Officers if Oaktree and Angelo, Gordon

8          demanded it or required it?

9          A    I believe that we wanted to leave that option open

10         if it brought them into the settlement, so we could

11         move forward.

12         Q    Now do you remember you testified that one of the

13         data points that you considered that day was that an

14         outside expert had approved the settlement and found it

15         to be a good settlement?

16         A    Yes.

17         Q    Okay.  And we talked a little bit earlier this

18         morning about that.

19         A    Yes.

20         Q    Okay.  And do you remember that you were told at

21         that meeting that he's an expert on these types of

22         bankruptcy settlements?

23         A    Yes.

24         Q    Okay.  And were those important factors to you?

25         A    Yes.

1    Q   Now you also -- you understand that he was a third

2    party, independent of the company?

3    A   Correct.

4    Q   Okay.  So now if you were to learn that the

5    gentleman that Mr. Bendernagel was referring to is not

6    independent of the company, would that change your

7    view?

8    UNKNOWN:  Objection --

9    UNKNOWN:  Objection to the form.

10   UNKNOWN:  -- to the form.

11   UNKNOWN:  Objection to the form.

12   A   It might.  I don't know.  I'd have to understand

13   the context of what he's done with the company and why

14   he wouldn't be considered independent and if that would

15   have made a difference in his review of the

16   information.

17   Q   Well, what did you know about the advice of the

18   third party expert, other than he was prepared to say

19   that this was a fair settlement?

20   A   I knew that he did a thorough review of the

21   information of the settlement proposal, the economics,

22   and based upon his experience he felt that -- he

23   validated what we were thinking in terms of going

24   forward with that.

25   Q   Okay.  Did you think that he did -- strike that.

1    Okay.  What if it turned out to be the fact that he was

2    not a bankruptcy expert in these types of settlements,

3    as you were told?  Would that change your view?

4    A   I would have to understand what expertise he had.

5    Q   Okay.  Well, I'm going to read to you a sentence -

6    - now that gentleman is Bernard Black.

7    A   Right.

8    Q   Correct?

9    A   Mr. Black.  Yes.

10   Q   You got that name --

11   A   Yes, that's correct.

12   Q   -- that day?

13   A   Yes, we did.

14   MR. ZENSKY:  That's it for Ms. Wilderotter.  Mr.

15   Qureshi will guide us through the next two.

16   THE COURT:  Let's take a five-minute break.  Short

17   recess.

18   MR. ZENSKY:  That's it for Ms. Wilderotter.  Mr.

19   Qureshi will guide us through the next two.

20   THE COURT:  Let's take a five-minute break.

21   Short recess.

22   (Recess)

23   THE COURT:  Let's resume.

24   MR. QURESHI:  Thank you, Your Honor.  The next

25   set of clips, I think, is a little shorter than what we've

1  been through so far.  So the next clips come from the

2  deposition of Wayne Smith.  He is the vice-president, senior

3  litigation and chief patent counsel at Warner Brothers.

4  Warner is a member of the creditors' committee and he serves

5  as the co-chair of the committee and his deposition was

6  taken on February the 16th of this year.

7  (Playback, 2:44 to 2:55, of Video Deposition of WAYNE

8  SMITH:)

9       Q    In the period of time between the issuance of the

10       examiner's report and the beginning of the mediation,

11       did the committee give any direction or guidance to

12       counsel as to whether it was acceptable to negotiate a

13       lesser value for the senior noteholders compared to the

14       April 2010 settlement?

15       UNKNOWN:  Objection.  Asked and answered.

16       UNKNOWN:  It was certainly asked.  I'm not going to

17       have a fight with you, but it was not answered.  But --

18       UNKNOWN:  He -- he answered about their general

19       authority, I think.  But I --

20       UNKNOWN:  But I would like an answer to this question.

21       UNKNOWN:  -- I didn't instruct him not to answer.

22       WITNESS:  Can I have the question back, please?

23       COURT REPORTER:  "Question:  In the period of time

24       between the issuance of the examiner's report and the

25       beginning of the mediation, did the committee give any

1   direction or guidance to counsel as to whether it was

2   acceptable to negotiate a lesser value for the senior

3   noteholders compared to the April 2010 settlement?"

4   A    We didn't have that specific discussion.

5   Q    I asked you the following question:  In the

6   period of time between the issuance of the examiner's

7   report and the beginning of the mediation, did the

8   committee give any direction or guidance to counsel as

9   to whether it was acceptable to negotiate a lesser

10  value for the senior noteholders compared to the April

11  2010 settlement, and you said we didn't have that

12  specific discussion.  And I said, what do you mean by

13  "we didn't have that specific discussion," and the

14  reason why I asked you that is I thought my question

15  was a yes or a no question and I did not understand

16  your answer.

17  A    I -- I'm going to go back.  I -- unfortunately,

18  I'm going to have to go back to what I told you before,

19  is that the structure of the two settlements, in my

20  view, was fundamentally different and -- and,

21  therefore, they weren't readily comparable in my mind.

22  And so -- so that's why I said it wasn't -- we didn't

23  have that specific discussion because it doesn't make

24  any sense to me.

25  Q    So now I would ask whether you can answer my

1    question yes or no, and the question is did the

2    committee give any direction or guidance to counsel as

3    to whether it was acceptable to negotiate a lesser

4    value for the senior noteholders compared to the April

5    2010 settlement?

6    A    As I -- as I said before, it was my understanding

7    that given the nature of the litigation trust,

8    depending on how successful it could be, that the value

9    -- if you were starting with a lower base value, the

10   strip or cash than in this April 2010 settlement, the

11   ultimate result could be much, much better.  It could

12   be somewhat worse, depending on how litigation came

13   out.  So --

14   Q    Do you have a recollection that the committee,

15   after the examiner's report, ever proposed a strip for

16   the senior noteholders that would have a value OF

17   greater than 450 million?

18   A    I don't recall that.  I'm not saying it didn't

19   happen, but I don't have that recollection.

20   Q    Can you tell me what parameters the committee

21   established for counsel going into the mediation?

22   A    I'm not sure that I can.

23   UNKNOWN:  Yeah.  I would -- if you can't do it without

24   divulging privileged information, don't do it.

25   WITNESS:  I -- yeah.  I -- that's going to go into

1    privileged conversations.  I can't disclose that.

2    Q    Now the question is, did you, in words or

3    substance, ever provide to counsel settlement

4    objectives that they should be pursuing in their

5    settlement negotiations?

6    A    I guess the -- where I had the problem is the

7    word "objectives."  Obviously, one objective was to get

8    a settlement, if we could, that was fair to all the

9    unsecured creditors.  To the extent that's an

10    objective, yes.  We gave -- that was an over-arching

11    abiding instruction was to try to get a fair

12    settlement.  More specifically than that as to specific

13    numbers for specific classes of unsecured creditors, I

14    don't recall specific discussions right now as to that.

15    Q    Did you personally tell counsel in words or

16    substance that their objective in negotiating on behalf

17    of the committee would be to get a settlement fair to

18    all creditors?

19    A    I don't recall that exact formulation, but I do

20    recall -- I do recall being aware at all times of my

21    need to exercise my fiduciary duties on behalf of all

22    the secured creditors.

23         MR. QURESHI:  And, Your Honor, at this point in

24    the deposition the witness has before him the first

25    mediator's report which is at Tab 1, and it's Exhibit NPP

1    2141.

2         Q    I'm now bracketing from the first mediator report

3         to the second mediator report.

4         A    Oh, just in that period.  Okay.

5         Q    Did -- did the committee make any effort to

6         obtain a settlement cash amount for the senior

7         noteholders that was greater than $420 million?

8         A    I don't recall.

9         Q    How did you go about deciding whether 120 million

10        was a reasonable settlement for the disgorgement

11        claims?

12        UNKNOWN:  To the extent --

13        WITNESS:  I was going to say I can't -- I'll -- I'll

14        preempt you on that one.  That is so interspersed with

15        advice from counsel that I received over long periods

16        of time, there's no way I could answer that without

17        evading the privilege.

18        Q    Well, what did you do as co-chair or member of

19        the creditors' committee to put yourself in a position

20        to understand whether this is a reasonable settlement,

21        just the way any client or business ultimately makes a

22        decision about a settlement?

23        UNKNOWN:  Objection.  Asked and answered.

24        WITNESS:  I spent untold hours at creditors' committee

25        meeting going over the claims, going over the

1    transaction, reviewing documents, getting advice from

2    counsel, getting advice from financial advisors, an

3    entire process that lasted a year and a half

4    practically from start to finish, and in looking at

5    these things and -- and trying to get to a fair result.

6    Q    Was the idea to have cash consideration rather

7    than a strip going to the noteholders an idea that came

8    from the creditors' committee?

9    A    I don't know.

10    Q    Okay.  Do you know if it came from the senior

11    lenders?

12    A    I don't know.  As I mentioned before, you know,

13    negotiations were renewed in August of 2010 and as I

14    think I mentioned before, I don't know when the strip

15    became cash.  It could have been as far back as then

16    when Centerbridge was involved.  I just don't recall

17    when that change occurred.

18    Q    Did you --

19    A    And I don't recall who originated that idea.

20    Q    Did you ever make a determination as to whether

21    cash rather than a strip was in the best interest of

22    the noteholders?

23    UNKNOWN:  I don't agree it's a yes or no question, so

24    my objection and my instruction stands.

25    WITNESS:  I never made a determination.  I had a view.

1    Q    And what was your view?

2    UNKNOWN:  Is that view separate from what you got from

3    your counsel?

4    WITNESS:  Yeah.  It is.

5    UNKNOWN:  Okay.

6    WITNESS:  I have a -- I have a separate view on the

7    issue.  My view is that if you have just cash you know

8    exactly what it is.  There's no risk to it.  If you

9    have a strip, there's -- there's upside.  The cash part

10    is, you know, solid.  The upside is that, you know,

11    your equity might be worth more if the company does

12    well.  You're sort of riding with the company, with the

13    fortunes of the company.  If the company doesn't do

14    well, it could be worth less.  The debt could be

15    impaired.  So -- but, you know, starting out they're

16    equal.  One just has -- one has a little more risk

17    upside and downside associated with it.  You know, it

18    depends on what your risk tolerance is.  You might

19    prefer the strip.

20    MR. QURESHI:  Your Honor, at this point the

21 witness has the second mediator's report in front of him,

22 which is Exhibit NPP 2169 in the second tab in your

23 materials.

24    Q    Did you make any determination here in evaluating

25    settlement for the noteholders as to whether the TEV

1      was high or low or exactly right?

2      UNKNOWN:  And, again, to the extent that that is

3      derived from communications you had with your counsel

4      or advisors --

5      WITNESS:  Yeah.  That one I can't answer.  That's

6      -- that's infused with advice of counsel.

7           MR. QURESHI:  Okay.  Your Honor, that's all for

8  Mr. Smith.  We now move onto the deposition of Thane

9  Carlston.  Mr. Carlston is a managing director at Moelis and

10  the lead financial advisor for the creditors' committee.

11  (Playback, 2:55 to 3:07, of Video Deposition of THANE

12  CARLSTON:)

13      Q    Did Moelis undertake any solvency analysis of

14      Tribune?

15      A    No.

16      Q    At any time?

17      A    No.

18      Q    Never attempted to determine whether it believed

19      Tribune was solvent, for example, at the time that step

20      one of the 2007 transaction closed?

21      A    No.

22      Q    Step two?

23      A    No.

24      Q    Never tried to determine whether Tribune was

25      solvent as of the petition date?

1    A    No.

2        MR. QURESHI:  And, Your Honor, now Mr. Carlston

3    has in front of him the first tab in Your Honor's

4    materials, which is Exhibit NPP 847, the first

5    mediator's report.

6    Q    Do you have any knowledge as to how the

7    consideration that had been provided in the April term

8    sheet as a strip became cash in this term sheet?

9    UNKNOWN:  Objection.  Form.

10   WITNESS:  No.

11   Q    Did the committee engage in any negotiations on

12   behalf of the noteholders with respect to the

13   consideration the noteholders would receive in advance

14   of this term sheet?

15   UNKNOWN:  I instruct you not to answer the question to

16   the extent it would require you to disclose anything

17   that happened on a day when a mediation session was

18   being held.  And further not to answer the question to

19   the extent your source of information is counsel.  If

20   you have other sources of information you can answer

21   it.

22   WITNESS:  I can't answer the question.

23   Q    Were you involved in negotiations with -- outside

24   of the mediation process in the September time period

25   with any of the parties to this term sheet?

1      A      Can you restate the question?

2      Q      Sure.  Were you personally involved in

3      discussions with representatives of any of the parties

4      that signed onto this term sheet concerning a potential

5      settlement other than during the mediation?

6      A      I don't recall.

7      Q      It's possible that you never were involved in

8      such communications?

9      A      It's possible.

10     Q      Okay.  Do you know whether the committee was

11     involved with such communications during that period of

12     time?

13     UNKNOWN:  This is outside the mediation in the

14     September time period.  You can answer.

15     WITNESS:  I don't know.

16     Q      So as far as you know it's possible that the

17     committee also was not involved in any such

18     communications during this period of time?

19     A      And it's possible that they were.

20     Q      Right.  Okay.  Are there any communications that

21     you witnessed between any representative of the

22     committee and any of the parties to this term sheet

23     that you would characterize as the committee seeking to

24     maximize the recoveries of the noteholders?

25     UNKNOWN:  Ever and outside the context of mediation.

1    Q    Outside the context of the mediation and during

2    the same period of time we've been talking about.

3    UNKNOWN:  And that period of time is when?

4    Q    The September time frame leading up to this

5    settlement?

6    UNKNOWN:  This --

7    Q    Term sheet.

8    A    I can't recall.

9    Q    So you're aware that the plan that's on file now

10   assumes a valuation of $6.75 billion?

11   A    Yes.

12   Q    Okay.  And have you had any discussions with the

13   debtors about why their valuation went from 6.1 billion

14   to 6.75 billion?

15   A    The range is 6.3 to 7.1 with a midpoint of 6.75.

16   Q    Right.  The midpoint went from 6.1 to 6.75.

17   Is --

18   A    Yes.

19   Q    -- that right?

20   A    Yes.

21   Q    Did you have any discussion with the debtors

22   about why they adjusted upward that midpoint value?

23   A    Yes.

24   Q    Okay.  And what did they tell you?

25   A    A general improvement in basic business

1    conditions and an increase in distributable cash. I

2    believe the contingent tax claim that I mentioned

3    before in our depo -- in a previous question.

4    Q    Okay.  Anything else?

5    A    And I believe an investment in one of their

6    minority owned companies.

7    Q    And the debtors' financial advisor, Lazard,

8    created a new valuation.  Is that right?

9    A    Yes.

10   Q    Okay.  And Lazard also submitted an expert report

11   in that -- in this case.  Are you aware of that?

12   A    Yes.

13   Q    Have you reviewed Lazard's expert report?

14   A    No.

15   Q    And have you reviewed Lazard's valuation showing

16   a midpoint value of 6.75 billion?

17   A    Yes.

18   Q    How many times have you conducted a valuation

19   analysis in the context of a bankruptcy?

20   A    More than twenty.

21   Q    And you've done -- used the market multiple

22   approach more than once?

23   A    Yes.

24   Q    Okay.  That's typical, one of the accepted ways

25   of valuing a company?

1        A      Yes.

2        Q      And you said part of what you do is look at

3    comparable companies and the trading price of the

4    comparable companies?

5        A      Yes.

6        Q      And when you do comparable companies analysis or

7    a market multiple analysis, do you try to use trading

8    data that is the most recent data available?

9        A      Yeah.

10       Q      Why is that?

11       A      It's reflective of -- it's reflective of the --

12   of the trading metrics of the point in time at which

13   you're undertaking the valuation.

14       Q      So if you're going to produce a market multiple

15   valuation, you know, on July 2nd, hopefully you're

16   going to use the trading data available for the

17   comparable companies that was available on July 1st?

18       A      Ideally.

19       Q      Have you ever done a valuation where you didn't

20   use the most recent available trading data for

21   comparable companies?

22       A      I don't recall.

23       Q      What value did Moelis ascribe to debtors in its

24   most recent valuation?

25       A      I don't recall.

1    Q    Do you remember whether it was more or less than

2    6.1 billion?

3    A    I believe Moelis -- I -- I don't recall.

4    Q    You said that Moelis updated its valuation at

5    least once.

6    A    Yes.

7    Q    Do you remember directionally whether the update

8    resulted in more value?

9    A    Yes.

10   Q    And did it?

11   A    Yes.

12   Q    Do you remember how much more?

13   A    No.

14   Q    Do you remember whether it was more than 6.75

15   billion?

16   A    No.

17   Q    No, you don't remember?

18   A    I don't believe it was more than 6.75 billion.

19   Q    Okay.  And you also don't know when the update

20   was?

21   A    I don't recall.

22        MR. QURESHI:  Your Honor, at this point the

23   witness has in front of him Exhibit NPP 934.  It was

24   not bound.  It's a loose document and Your Honor should

25   have that.

1     Q    I believe you said that Moelis conducted a

2    valuation of the company at some point before the April

3    settlement.  Is --

4    A    Yes.

5    Q    -- that right?  Did Moelis ever update that

6    valuation?

7    A    Yes.

8    Q    When is the first time that Moelis updated that

9    valuation?

10    A    I don't know.

11    Q    Did it update that valuation once or more than

12    once between the time of the April settlement and

13    October 12th?

14    A    I don't know.

15    Q    Do you know if it updated it at least once during

16    that period of time?

17    A    I don't know.

18    Q    But you do know it updated it?

19    A    Yes.

20    Q    Turn to Page 5 of the document, please.  You see

21    it's a valuation analysis.

22    A    Yes.

23    Q    And are you familiar with Nomura's capacity as a

24    -- doing valuation analysis?

25    A    No.

1    Q    Okay.  You see that their bottom line on Page 5

2    shows total enterprise value with a low midpoint and

3    high.  Do you see that?

4    A    Yes.

5    Q    And it indicates a midpoint of $8.2 billion for

6    Tribune?

7    A    Yes.

8    Q    Okay.  Were you aware that Nomura had valued

9    Tribune at a midpoint of $8.2 billion before today?

10    A    No.

11    Q    You see that it provides a low midpoint and high

12    trading multiple for the Food Network.  Do you see

13    that?  Eighteen times, twenty times, twenty-two times.

14    A    Yes.

15    Q    Okay.  Did Moelis include a multiple for the Food

16    Network in its valuation?

17    A    I can't recall.

18    Q    Okay.  Do you have a view as to whether or not

19    these multiples are appropriate multiples for the Food

20    Network?

21    A    No.

22    Q    No view one way or the other?

23    A    No.

24    Q    Okay.  Do you have a view one way or the other

25    about the conclusion of an 8.2-plus-billion-dollar

1        valuation for Tribune in this document?

2        A     Yes.

3        Q     And what is that view?

4        A     It's -- it's higher than the valuation that we've

5        considered.

6        Q     And, again, that valuation that you're talking

7        about that is lower than the -- than the Nomura

8        valuation, you don't know when that valuation was

9        conducted?

10       A     That's correct.

11       Q     Okay.  It could have been May of 2010?

12       A     I don't recall the date.

13       Q     But you're -- you couldn't say for certain that

14       it was after May of 2010 that Moelis conducted its last

15       valuation?

16       A     Correct.

17             MR. QURESHI:  Your Honor, that's it for the clips

18  from Mr. Carlston's deposition.  So we'll now move on to the

19  last one, which is the deposition of James Lee, the vice-

20  chairman of JP Morgan, and this deposition was taken on

21  March the 4th of 2011.  And in the first clip Mr. Lee is

22  looking at Tab 1 of Your Honor's binder, which is Exhibit

23  NPP 2326.

24  (Playback, 3:07 to 3:28, of Video Deposition of JAMES LEE:)

25       Q     So have you seen this document before today, sir?

1      Other than subject to your --

2      A      Before today?  I don't know.  I don't remember.

3      Q      Okay.

4      A      Honestly.

5      Q      All right.

6      A      I'm just giving you the honest -- my honest

7      answer.

8      Q      Thank you.

9             So you're writing to Mr. Dimon who at this time

10     was the CEO of the bank?

11     A      I don't recall what his title was then.

12     Q      Okay.  Were you -- you reported to him at this

13     time, though?  Is that still --

14     A      Yes.

15     Q      And you write, "Jamie, Maggie is coming to the

16     conference, CEO of citizens communications, rural

17     access lines, and will be on Frank's panel."  Do you

18     see that?

19     A      Yes.

20     Q      First, do you know -- have an understanding who

21     you're referring to as Frank in this sentence?

22     A      I -- I don't.  I would just be guessing.

23     Q      If you have any -- I don't want you to speculate,

24     but if you have an informed belief as to who you might

25     have been referring to?

1    A    I don't.  It would just be a guess.

2    Q    Okay.  And you write, "She is an old friend of

3    Zell's."

4    A    Uh-huh.

5    Q    "And if he wins Tribs, he's going to put her on

6    the board and wants her to be the CEO."

7    A    Uh-huh.

8    Q    Do you see that?

9    A    Yes.

10    Q    And what was the basis for your belief that she

11    was -- Ms. Wilderotter was an old friend of Zell's?

12    A    She must have told me that.

13    Q    Okay.  Did Mr. Zell tell you that?

14    A    I don't recall.

15    Q    Okay.

16    A    I don't recall either of them telling me that.

17    Q    Okay.  And what was the basis for your statement

18    that if Mr. Zell wins Trib, he's going to put her on

19    the board and wants her to be the CEO?

20    A    I don't remember.

21        MR. QURESHI:  Your Honor, for the next clip we're

22    onto Tab 2 of the binder, Exhibit NPP 757.

23    Q    Let me -- let me withdraw that.  Did you have a

24    relationship of any kind with Ms. Wilderotter, correct?

25    A    Yes.

1  Q Okay.

2  A A professional relationship.  She's -- she's a

3  client.

4  Q The company that she's the CEO of does some

5  business with JP Morgan?

6  A Yes.

7  Q And for how long have you known Ms. Wilderotter?

8  A I don't -- I couldn't really give you an exact

9  answer to that, but I've known her for years, if that's

10  helpful.

11  Q Okay.  Could -- could you say more than five

12  years?

13  A I don't know.  It would be approximate --

14  approximately like that.  I don't -- I just really

15  don't know.  I don't want to hazard a guess.

16  Q Uh-huh.  Do you remember how much business JP

17  Morgan had done with Ms. Wilderotter's company?

18  A Not -- no, not precisely.  No.

19  Q Were you involved in any transactions with that

20  company on behalf of JP Morgan?

21  A I knew the company and I knew her.

22  Q Okay.  How did you know her?

23  A In her role as CEO of the company.

24  Q And is that because you were involved in

25  transactions that her company --

1    A    I don't remember being involved in any

2    transactions with them, but I did know her and, you

3    know, do -- do know the company.

4    Q    Let me direct your attention to the first email

5    in the string, which is 11:18 a.m., from Ms.

6    Wilderotter --

7    A    Uh-huh.

8    Q    -- to you.  Prior to today, excluding your

9    meeting with counsel, have you seen this document

10   before?  Do you remember having seen this document

11   before?

12   A    No.

13   Q    You can see that Ms. Wilderotter is indicating

14   that Eddy Hartenstein, publisher of the *L.A. Times*

15   would love to speak with Jamie or you for a few minutes

16   about the Tribune company and his thoughts on the

17   company's prospects, leadership, et cetera.  Do you see

18   that?

19   A    Uh-huh.  Yes.

20   Q    And did you have a conversation with Mr.

21   Hartenstein after this email was sent to you?

22   A    I don't remember.

23   Q    Uh-huh.  Mr. Hartenstein is -- did you know him

24   at this time?

25   A    Yes.  I -- I know him.

1    Q    And how -- how do you know him?

2    A    You know, I don't really remember, but I do know

3    him.

4    Q    And at the time of this email do you remember

5    about how long you had known Mr. Hartenstein?

6    A    No, I don't.  Just -- it was just a familiar name

7    to me.

8    Q    Okay.  You indicate in the next email that -- you

9    say, "I know Ed from a few prior lives" --

10   A    Yes.

11   Q    -- "and will give him a call."  Do you remember

12   which life or lives you knew him from?

13   A    No.  I really don't.  I really don't.  Thirty-six

14   years on Wall Street, okay.

15   Q    Do you remember, did Mr. Hartenstein ever telling

16   you that he was interested in the job of CEO of

17   Tribune?

18   A    No.

19   Q    Do you know whether he was interested in the job

20   of CEO of Tribune?

21   A    I don't remember.

22   Q    Ms. Wilderotter signs off her email, "your friend

23   who is always looking out for JPM."  Do you see that?

24   Sorry.  Yeah.  Back page.

25   A    Yes.

1    Q    Okay.  And was it your view at the time you got

2    this email that her putting you in touch with Mr.

3    Hartenstein would be a way of looking out for JPM?

4    A    No.  I don't even remember this.

5    Q    Is it your perception that Ms. Wilderotter made

6    it her practice to look out for JP Morgan?

7    A    I wouldn't have said that.

8    Q    Okay.

9    A    I wouldn't agree with that.  No.  She's -- she's

10   one of those people who tries to help other people, so

11   that much -- that much I can tell you.

12   Q    Including JP Morgan?

13   A    Yeah.  I mean, she's -- she's a client.  Her

14   company's a client.

15        MR. QURESHI:  Your Honor, now onto Tab 3 of the

16   book, which is Exhibit NPP 2343.

17   Q    -- handed an Exhibit marked Lee 28 -- it's JPM

18   606346.  Just let me know when you're ready to answer

19   some questions about that.

20   A    Okay.

21   Q    And you see the email from Mr. Daniello to you

22   and copied to others, looks like Mr. Daniello is

23   talking about Randy Michaels wanting to set up a

24   meeting with you.  Do you agree?  Fair characterization

25   of the document?

1     A     I don't think he wants the meeting with me, does

2     he?  Isn't this meeting -- this email directed to

3     Jamie?

4     Q     Thank you.  You're right.  Setting up a meeting

5     with Mr. Dimon.

6     A     Okay.

7     Q     And the email's copied to you.  Sorry.  Thank

8     you.

9     A     Okay.

10    Q     So do you remember, first of all, this -- having

11    seen this email before today and before --

12    A     No.

13    Q     -- obviously communication with counsel?

14    A     No.

15    Q     All right.  And were you aware at the time Mr.

16    Michaels was the CEO of Tribune?

17    A     I don't remember that.  I'm remembering it by

18    looking at this email.

19    Q     Uh-huh.  Do you know whether or not there ever

20    was a meeting arranged with Mr. Michaels and senior JPM

21    folks as requested here?

22    A     I don't know.

23    Q     Okay.  You write back and say -- well, let me

24    direct your attention to the P.S. actually in your

25    response.

1    A    Yes.

2    Q    You write back, "P.S. I know Eddy Hartenstein

3    wants the job."

4    A    Yes.

5    Q    And the job is the job of CEO of Tribune, right?

6    A    I guess.

7    Q    I mean, based on reading the email?

8    A    Yeah.  Based on the email that's --

9    UNKNOWN:  We can all read the email.  You want his

10    recollection, right?

11    Q    Yeah, or your understanding as informed by

12    reviewing the email?

13    A    I just don't remember, but I'm reading it and so

14    you and I are reading it and --

15    Q    Okay.

16    A    -- can come to that conclusion.  I just don't

17    independently remember this situation.

18    Q    Do you remember having any conversations with Mr.

19    Hartenstein where he expressed an interest in a job at

20    Tribune?

21    A    No.

22    Q    You don't remember him ever telling you that he

23    was interested in being CEO?

24    A    No.  I just remember because of the email that

25    you showed me that it -- Maggie wanted me to talk to

1       Eddy or Eddy wanted to talk to me about wanting the

2       job.

3           MR. QURESHI:  Your Honor, now onto Tab 4 of the

4   book, which is Exhibit NPP 10.

5       Q    Do you remember anyone in the period between step

6       one and step two, which is June 4th and December 20th

7       closings, advising you that the company had done an

8       analysis predicting that the sought -- that the company

9       could -- sorry.  Withdraw that.  Do you remember during

10      that period of time, which is June 4th to December

11      20th, 2007 --

12      A    Uh-huh.

13      Q    -- anyone from JP Morgan telling you that JP

14      Morgan's deal team had done an analysis suggesting that

15      the company, Tribune, would potentially fail solvency

16      tests pro forma for step two?

17      A    No.

18      (Pause in proceedings.)

19      Q    Okay.  And do you recall that after the step one

20      closing or at any time JP Morgan having difficulty

21      syndicating the step one debt?

22      A    No.

23      Q    What was your involvement, if any, in the

24      syndication of the step one debt?

25      A    I don't -- I don't recall, but I wouldn't have

1        normally had any involvement.

2        Q    Okay.  Why wouldn't you normally have any

3        involvement?

4        A    Because I'm not in that group and there are many

5        high paid people that are paid to be excellent in that

6        job.

7        Q    Would it be unusual for you even to monitor the

8        syndication of --

9        A    Yes.

10       Q    -- that transaction?

11       A    Yes.  It would be unusual for me to monitor any

12       of these sorts of things.

13            MR. QURESHI:  Your Honor, now onto Tab 5, Exhibit

14   NPP 2332.

15       Q    You see at the top of the last page of the

16       Exhibit, 234 -- 289234 is the Bates number.  There's a

17       hyphen and it says, will step two happen given stock

18       price, company performance covenants?

19       A    Uh-huh.

20       Q    You see that?

21       A    Yes.

22       Q    Do you remember at this time, July 26th, 2007,

23       there being concern expressed by anyone at JP Morgan

24       about whether step two of the transaction would happen?

25       A    No.

1    Q     If you go up there's an email a little later just

2    17 minutes later from Ms. Deans addressed to you and

3    she's providing some information about the deal and she

4    says in the third line, "The existing 5.5 TLB is now

5    trading around 93, so it's obvious that we're totally

6    under water on this underwrite."  Do you see that?

7    A     Yes.

8    Q     And do you remember in discussing with Ms. Deans

9    or any other JP personnel the underwrite for Tribune

10    being under water at this time?

11    A     No.

12    Q     And sitting here today do you have a recollection

13    as to whether it was under water?

14    A     No.

15    Q     And the last line of the email says -- from Ms.

16    Deans says, "There is no doubt we're going to need to

17    ask Zell for his help here to find a clearing deal."

18    Do you see that?

19    A     Yes.

20    Q     And what's your understanding on what the meaning

21    of "clearing deal" is in this context?

22    A     A transaction that clears the market.

23    Q     And at this time JP Morgan had -- JP Morgan had

24    underwritten part of the step one debt, right?

25    A     I don't' remember it, but I'm just reading these

1    emails and, I mean, apparently we've got a deal that's

2    not selling.

3    Q    Uh-huh.  And so by clearing deal you mean to be

4    able to sell all the remaining step one debt that was

5    held by JP Morgan?

6    A    Market clearing deal is a deal that sells well

7    through the market.  This deal doesn't look like it's

8    doing that.

9    Q    At this point in time, though, it was your

10    understanding that the Trib deal had not sold well

11    through the market?

12    UNKNOWN:  Objection.  He didn't say that was his

13    understanding.

14    WITNESS:  No.  I didn't say that.  I just said I'm

15    reading it and that's what it says.  I don't' remember

16    it, you know.

17    Q    That's what you conclude based on the emails

18    you've read today?

19    A    Yes.

20    Q    But you don't have any independent recollection

21    of that at all?

22    A    No.

23    Q    And do you recall whether JP Morgan asked Zell

24    for his help to find a clearing deal?

25    A    No.

1          MR. QURESHI:  Your Honor, now onto Tab 6 of the

2     binder, Exhibit NPP 2247.

3          Q    I have a document marked Lee Exhibit 22, JPM

4          506411.  Let me know when you're ready to discuss.

5          (Pause in proceedings.)

6          A    Okay.

7          Q    The Exhibit 22 has the salutation, "Jimmy" at the

8          top.  Do you see that?

9          A    Yes.

10         Q    Okay.  And there's a something called metadata

11         that's produced with documents in document discovery in

12         litigation sometimes, almost always now, and I can

13         represent to you that the metadata for this document

14         identified this -- the custodian for the document as

15         being Andrew O'Brien.  And --

16         A    What does that mean?

17         Q    Only it means that this is a document that was

18         associated with Mr. O'Brien in one way or another when

19         it was created or sent or otherwise.

20         A    Associated with.

21         Q    Yeah.  It's actually not -- not a hundred percent

22         clear what -- what it means.

23         A    That means he read it or he wrote it or he

24         received it or --

25         Q    It was in his mailbox.

1    A    In his mailbox.

2    Q    Yeah.

3    A    Thank you.

4    UNKNOWN:  That's the way to think about -- that's the

5    way you think about it if you're over forty.  It was in

6    his mailbox.

7    WITNESS:  You mean the email box is what you're talking

8    about.

9    UNKNOWN:  Yes.

10   WITNESS:  Yeah.

11   UNKNOWN:  Yes.

12   WITNESS:  You don't have to be over forty to -- I just

13   don't know what associated means.

14   UNKNOWN:  Not necessarily, actually

15   UNKNOWN:  On his computer somewhere.

16    UNKNOWN:  Yeah, on his computer somewhere.

17   WITNESS:  Okay.  Got it.

18   UNKNOWN:  That's more fair.

19    WITNESS:  Thank you.

20   Q    First, do you recognize the contents of this

21   document?

22   A    No.

23   Q    Have you seen it before?  Do you remember Mr.

24   O'Brien sending you an email that -- with this

25   information if not in this form?

1       A       No.

2       Q       It says, "Jimmy, attached are the proposed topics

3       for your call to Sam Zell to discuss the agenda for the

4       2:30 p.m. September 25th meeting."  Do you remember

5       whether you had a meeting with Mr. Zell --

6       A       No.

7       Q       -- on September 25th?

8       A       No.

9       Q       You identify some key topics for discussion.  The

10      first one is the Tribune capital structure is not

11      saleable in today's market environment and we would

12      have to have a discussion on -- he identifies various

13      topics.

14      A       Yes.

15      Q       Without going through them one at a time --

16      A       Yes.

17      Q       -- do you have a recollection of in or around

18      September 25th having a discussion with Mr. Zell about

19      any of the topics identified in this document?

20      A       No, I don't.

21      Q       Item 2 on the document says, "Getting Sam's

22      perspective on" --

23      A       Uh-huh.

24      Q       -- "what he's thinking before step two closing"

25      is one of the items.  Do you see that?

1       A       Yes.

2       Q       Do you remember ever having a conversation with

3       Mr. Zell where you were trying to get his perspective

4       on whether step two should close or otherwise with

5       respect to step two?

6       A       No, I don't.

7       Q       Do you remember at this time whether there was a

8       question in or around September 25th I should say of

9       2007 raised at JP Morgan about whether step two should

10      close?

11      A       I really don't.  I mean, I've read all these

12      emails and so on and, obviously, it's an issue.  But I

13      just don't remember it.

14              MR. QURESHI:  Your Honor, on now to the last clip

15  and the last document.  It's at Tab 7 and it's Exhibit NPP

16  2335.

17      Q       -- been handed a document marked Lee Exhibit 23,

18      an email from Mr. Kapadia to you and copied to others.

19      Let me know when you've had a chance to review the

20      document, please.  You see the email is dated October

21      18th, 2007.  You're aware that the step two deal was

22      going to close in December of the same year, right?

23      A       I don't remember that.  No.

24      Q       Okay.

25      A       If you're telling me that I believe you.

1    Q    Do you have any recollection in the months

2    leading up to December 20th, 2007 of anyone at JP

3    Morgan ever raising any concerns about the Tribune

4    financing?

5    A    Can you repeat that question, please?

6    Q    Sure.  Do you remember in -- actually, I'll ask

7    it a little bit more broadly.  Do you remember at any

8    time before step two of the transaction closed, which

9    I'll represent to you was December 20th, 2007 --

10   A    Okay.

11   Q    -- do you remember at any time before that date

12   anyone at JP Morgan expressing any concerns to you

13   regarding that transaction and JP Morgan's involvement

14   in that transaction?

15   A    Not really.  I mean, I recall, you know, the

16   leveraged buyout and -- and, you know, 2007 was a very,

17   very difficult year in the U.S. economy.  But I -- I

18   just don't remember the specifics of -- of this

19   situation.

20   Q    So no specific recollection of --

21   A    No.

22   Q    -- concerns being expressed --

23   A    I'm -- I'm trying to --

24   Q    -- about Tribune?

25   A    -- convey that to you, but I just really don't.

1      I'm sorry.  I mean, there were a lot of leveraged

2      buyouts that had issues that year.

3      Q    Let me turn your attention to Exhibit 23.

4      A    Okay.

5      Q    It's an email again from Mr. Kapadia to you --

6      A    Yeah.

7      Q    -- and copied to others.

8      A    Yeah.

9      Q    I'm going to refer you to, there's a sentence

10     that begins with the word "separately."  It says,

11     "Separately we talked to Nils about Zell."

12     COURT REPORTER:  Who talked to --

13     Q    Nils, and it's ten lines down --

14     A    Uh-huh.

15     Q    -- the page.

16     A    Yes.  I see it.

17     Q    Easier to go from the top.  Okay.  It says, "we

18     talked to Nils about Zell buying 500 million of the

19     bond/bridge.  This did not come up in the Tribune

20     meetings yet."

21     A    Yes.

22     Q    Do you remember any discussion in or around this

23     time of Mr. Zell acquiring some of the debt held by JP

24     Morgan in connection with Tribune?

25     A    No.

1      MR. QURESHI:  Your Honor, that is the end of the

2  video clips and, Your Honor, we are ready to proceed with

3  our next live witness, if Your Honor would like.

4      THE COURT:  I would like.

5      MR. ZENSKY:  Thank you, Your Honor.  Again, for

6  the record, David Zensky of Akin, Gump, Strauss, Hauer and

7  Feld for Aurelius and the noteholder group and we call Dan

8  Gropper to the stand, please.

9      THE CLERK:  Please remain standing.  Raise your

10 right hand and place your left hand on the Bible.

11 DAN GROPPER SWORN

12     THE CLERK:  Please be seated.

13     MR. ZENSKY:  Your Honor, may I approach to

14 deliver up witness binders?

15     THE COURT:  Just one moment.

16     THE CLERK:  Please state your full name for the

17 record and spell your last name.

18     WITNESS:  Dan Gropper, G-R-O-P-P-E-R.

19     THE CLERK:  Thank you, sir.

20     MR. ZENSKY:  Sorry, Your Honor.

21     THE COURT:  It's okay.

22     (Pause)

23     THE COURT:  Thank you.

24     (Pause)

25     MR. ZENSKY:  May I approach again, Your Honor?

1          THE COURT:  You may.

2          Okay.  Thank you.

3          MR. ZENSKY:  May we proceed, Your Honor?

4          THE COURT:  Yes.

5          MR. ZENSKY:  Great.

6                    DIRECT EXAMINATION

7  BY MR. ZENSKY:

8  Q     Good afternoon, Mr. Gropper.

9  A     Good afternoon.

10 Q     Could you tell the Court your current employment,

11 please?

12 A     Yes.  I am employed by Aurelius Capital Management,

13 LP.

14 Q     Okay.  And what is your title there, sir?

15 A     Managing director.

16 Q     How long have you held that title?

17 A     About three years.

18 Q     Okay.  Can you tell the Court a little bit about

19 Aurelius's investment strategies, please?

20 A     Yes.  Aurelius Capital Management manages $3 billion

21 in capital and invests in distressed securities.

22 Q     Okay.  Is there any particular focus that the firm

23 brings to its investment -- the investments it seeks?

24 A     Yes.  Aurelius seeks to find investments whose outcome

25 is predicated on law process or capital structure rather

1  than a singular focus on enterprise value.

2  Q     Okay.  Does Aurelius focus on any specific industries?

3  A     No.

4  Q     Okay.  Does Aurelius hold any interest in any other

5  media companies, whether debt or equity securities other

6  than Tribune?

7  A     No.

8  Q     Okay.  How old are you, sir?

9  A     Forty.

10  Q     All right.  And can you tell the Court your

11  educational background?

12  A     Yes.  I grew up here in Wilmington about ten minutes

13  away from the courthouse; went to Brandywine High School.

14  after Brandywine went to the University of Virginia and got

15  a bachelor of science degree in commerce with a

16  concentration in finance.

17             THE COURT:  Welcome home.

18             WITNESS:  Thank you.  It's good to be home.

19       (Laughter)

20  BY MR. ZENSKY:

21  Q     Can you tell the Court your prior employment history,

22  Mr. Gropper, before joining Aurelius?

23  A     Yes.  After the University of Virginia I went to work

24  in the investment banking division of Goldman Sachs.  After

25  Goldman went to work for a regional firm in Charlotte as

1   part of a turn-around effort of the investment banking

2   division there.  And in July of 1995 I joined Elliott

3   Associates, LP, which is a hedge fund that invests in

4   distressed securities.  I spent a little under ten years at

5   Elliott focused on distressed investments, left Elliott at

6   the end of 2004, joined Fortress Investment Group as a

7   partner at the end of 2005 where I managed a corporate loan

8   portfolio and also focused on distressed investments, and

9   then joined Aurelius approximately three years ago in April

10  of 2008.

11  Q    Okay.  How many years of -- of experience do you have,

12  sir, in connection with distressed investments?

13  A    Sixteen.

14  Q    What are your current -- current responsibilities at

15  Aurelius?

16  A    Well, it is often the case at Aurelius that we tend to

17  get involved in the bankruptcy and restructuring process.

18  So my role is to manage that involvement, communicate with

19  other creditors constituencies, interact with the lawyers

20  and financial advisors and principals in the case, manage

21  the court process that from time to time we get engaged in

22  and ultimately negotiate resolutions for our bankruptcy

23  cases.

24  Q    Okay.  Do you have occasion -- or strike that.  Is it

25  part of your responsibilities to serve on creditors'

1   committees or ad hoc committees?

2   A     Yes.  I've served on and chaired multiple creditors'

3   committees in the last sixteen years, served on many ad hoc

4   committees, banked debt steering committees.

5   Q     Okay.  Is there any particular skill set that you

6   believe you bring to the table in performing your

7   responsibilities for Aurelius?

8   A     Yes.  One of the things that I -- I kind of pride

9   myself on is -- is driving complex bankruptcy cases to

10  consensual resolutions.

11  Q     Okay.

12          THE COURT:  I wish I were better at it.

13      (Laughter)

14          THE COURT:  I'm sorry.

15      (Laughter)

16  BY MR. ZENSKY:

17  Q     Can you tell us what Mr. Brodsky's role at Aurelius

18  is?

19  A     He's the chairman of Aurelius.

20  Q     Okay.  And who is it that has responsibility for

21  purchasing decisions?

22  A     He does.

23  Q     Okay.  Now there's been some discussion throughout

24  these cases as to whether Aurelius takes aggressive

25  positions in Chapter 11 cases.  What -- what's your view on

1  that topic?

2  A    We seek to get a fair return commensurate with our

3  rights in the case.  And -- and from time to time we find

4  situations where people won't respect that and are unwilling

5  to negotiate.  So in those instances we have to enforce our

6  rights.  I don't consider that being aggressive.  I consider

7  that looking out for our position and our investors in order

8  to get just a fair return commensurate with our rights.

9  Q    Okay.  Have you meaning you, Mr. Gropper, individually

10  been involved with consensual Chapter 11 cases during your

11  sixteen years of experience in the distressed investments

12  space?

13  A    Quite a few.  The Bradlees case in 1998; the Caldor

14  case in 1999; the Watchman Group case in 2000 where Mr.

15  Kurtz served as the debtors' counsel when he was in private

16  practice; the Covad case 2001; the Flag Telecom case in 2002

17  where I served on the creditors' committee; the World Com

18  case in 2003, the Mirant case in 2004, and in both of those

19  cases I served on the creditors' committee; the Calpine case

20  in 2006 on behalf of multiple parts of the capital

21  structure; in 2009 the General Motors case; the CIT case;

22  and the Lyondell case in 2010 for multiple parts of the

23  capital structure.

24  Q    Okay.  And were any of those during the time you were

25  managing director of Aurelius?

1    A      The last three.

2    Q      Okay.  That would be GM, CIT and Lyondell?

3    A      Yes.

4    Q      Okay.  Now when did Aurelius make its first investment

5    in Tribune Notes?

6    A      The end of 2009.

7    Q      Okay.  And who was it who made that decision?

8    A      Mr. Brodsky.

9    Q      When did you first become involved in any way with the

10   firm's investment in Tribune?

11   A      In spring of 2010.

12   Q      Okay.  And why is it that you became involved at that

13   point?

14   A      Well, we expected that settlement discussions were

15   going to occur in the context of resolving the LBO-related

16   causes of action.  At the time we owned about 100 million

17   bonds.  And while we recognized that Centerbridge at the

18   time was the largest bondholder -- they owned about four

19   times as many bonds as we did -- we wanted to participate in

20   the negotiation of the resolution of the claims.

21   Q      Okay.  And so the record's clear, when you said 100

22   million bonds, did you mean $100 million face value?

23   A      I meant 100 million principal face amount.

24   Q      Okay.

25   A      Yes.

1  Q     From that point in time has Aurelius added to its

2  position in the Tribune's senior notes?

3  A     We have.

4  Q     Okay.  What is its total holding as of today, sir?

5  A     Something over 600 million bonds that represents about

6  half the senior bonds outstanding.

7  Q     Okay.  Does Aurelius currently hold an interest in any

8  of the PHONES' notes?

9  A     We do.

10  Q     And what is the total size of that interest?

11  A     Something over 200 million face of the non-tendered

12  PHONES.

13  Q     Okay.  You testified that Mr. Brodsky asked you to get

14  involved in the spring of 2010.  Did there come a time where

15  you learned that either a settlement was being negotiated or

16  a proposed settlement had, in fact, been reached?

17  A     Well, we -- we looked to sign a confidentiality

18  agreement in order to expose a portion of the firm to

19  material non-public information about the settlement.  As

20  part of that we erected an ethical wall to separate myself

21  and the analyst working with me on the position at the time,

22  Dennis Prieto, such that we would receive material non-

23  public information.  The rest of the firm would not, and

24  would be free to trade in the securities.  And after I

25  signed the confidentiality agreement I became aware that a

1  deal had pretty much been reached.

2      And I -- I have to mention that it struck me as odd

3  that it took something between four and six weeks to

4  negotiate that confidentiality agreement and in my

5  experience -- I think I've probably done twenty or twenty-

6  five confidentiality agreements -- they usually get

7  negotiated in a day or two.  So it -- it just struck me -- I

8  felt like I was being slow-played such that we wouldn't be

9  able to be included in the negotiations.

10 Q    Okay.  Eventually, a confidentiality agreement was

11 signed?

12 A    Yes.

13 Q    Okay.  And what did you learn about whether a

14 settlement was reached or was in the process of being

15 reached at that point?

16 A    We learned that there was a settlement for a four-

17 hundred-and-fifty-million-dollar strip of consideration to

18 go to the bondholders.  That was a strip of cash, new notes

19 and equity in reorganized Tribune.

20 Q    Okay.  And you mentioned that Centerbridge was the

21 bondholder at that time, had a larger position than you did?

22 A    Correct.

23 Q    Okay.  Were you able to discuss the proposed

24 settlement with Centerbridge after you learned about it?

25 A    We were, although it was pretty much done and what

1  Centerbridge expressed to me was that it was a lower

2  settlement than they thought was appropriate.  But they were

3  very concerned that the creditors' committee was going to

4  undercut them in the negotiations and because of that they

5  were forced to a -- to agree to a suboptimal deal.

6  Q    Okay.  Is that the settlement that became the April

7  plan to your understanding?

8  A    Yes.

9  Q    Okay.  What was Aurelius's position with respect to

10 the April plan?

11 A    Well, we didn't think it was an appropriate settlement

12 in light of our belief of the strengths of the claims at the

13 time, which was really only informed by the public

14 information because it was long before the examiner report

15 came out.  But we owned 100 million bonds.  Centerbridge

16 owned four-hundred-and-something-million bonds and -- and

17 they had been at the table to negotiate the deal.  So at

18 least we knew that there was a principal bondholder at the

19 table negotiating the settlement, and because of that and

20 because they had such a -- such a larger position that we

21 did, we elected not to object to the deal even though we

22 weren't happy with it.

23 Q    Okay.  And prior to the examiner report coming out,

24 did Aurelius ever take any steps to oppose the April

25 settlement?

1  A    We did not.

2  Q    Okay.  Did you have any discussions with any of the

3  debtor representatives regarding the April plan in the time

4  frame that you learned about it?

5  A    I did.  I spoke to Mr. Kurtz after the deal was

6  announced.

7  Q    Okay.  And you knew him from other transactions?

8  A    Yeah.  From other -- other deals.

9  Q    Okay.  And what did you tell him about the settlement?

10 A    I -- I told him that I thought the settlement was

11 inadequate based on the strengths of the claims.  I did not

12 say that the settlement was a little light as he said last

13 week.  I told him that I thought it was inadequate, but

14 based on Centerbridge's position in the transaction and the

15 amount of our holdings, we didn't think it made economic

16 sense for us to object to the settlement at that time.

17 Q    Okay.  All right.  Now you testified that prior to the

18 examiner report Aurelius took no steps to object to the

19 April plan.  Were there other parties that did seek to block

20 the April plan to your knowledge?

21 A    Yes.  Oaktree and the PHONES.

22 Q    Okay.  I think one thing everyone in the case agrees

23 on, there came a time when the examiner issued a report, Mr.

24 Gropper?

25 A    That is one thing people agree on.

1    Q     Okay.  And did you undertake -- you and others at

2  Aurelius undertake to review and study the examiner report?

3  A     We -- we did.

4    Q     Okay.  And did you form a view as to the impact --

5  your opinion that it would have on the Chapter 11 case?

6  A     My view is that the examiner report was a complete

7  game changer in these Chapter 11 cases.  The examiner did an

8  exhaustive investigation, interviewed countless people,

9  deposed a number of folks, got a lot of discovery and -- and

10  reached the conclusion that step one of the transaction was

11  reasonably unlikely to be a constructive fraudulent

12  conveyance, but it's a huge claim.  I mean, the examiner

13  didn't say it's not a fraudulent conveyance, absolutely not.

14  It's highly likely it's not, there's a zero percent chance

15  it's not.  He said reasonably unlikely and we're talking

16  about claims six-and-a-half-billion-dollars of avoidance,

17  $1.9 billion of disgorgement before pre-judgment interest.

18  So you're talking about eight-and-a-half-billion dollars of

19  claims.  The examiner said reasonably unlikely.  Well, those

20  claims have significant value.

21      With respect to step two, the examiner said it was

22  highly likely to be a constructive fraudulent conveyance.

23  So the question that remained open with respect to step two

24  is who should benefit from the avoidance of step two.

25  Should it be the lenders that structured the deal, priced

1  the deal and did the deal as part of one document and one

2  transaction and broke it up only for regulatory reasons,

3  should they benefit from the transaction, the parties who

4  participated in the transaction or should the pre-LBO

5  creditors who were harmed by virtue of the transaction,

6  should they benefit from the transaction.

7       And the examiner also investigated claims of equitable

8  subordination and equitable disallowance.  So from -- from

9  my perspective at the time it was just a -- it was a total

10  game-changing event in the context of this Chapter 11 case.

11  Q    Okay.  Now in the middle you -- you summarized, I

12  think, your major take-aways from the examiner report.  You

13  referenced the question as to whether the holders of step

14  one would be permitted to benefit in the event step two was

15  avoided, but not step one?

16  A    Correct.

17  Q    Okay.  Is that something that you came to refer to as

18  WEAR -- or had already referred to WEAR at Aurelius at that

19  time?

20  A    I'm -- I'm not sure when the -- when the term was

21  coined, but that has become to be known as WEAR, which is

22  waiver estoppel assumption of risk.

23  Q    Okay.  And have you reviewed the briefs filed by the

24  noteholder group in this case?

25  A    Yes.

1  Q     Okay.  And is the arguments of the noteholders' group

2  set forth in the briefs on that point?

3  A     Yes.

4  Q     Okay.  You heard the opening statements in the case?

5  A     I did.

6  Q     Okay.  And you heard both Mr. Sottile and I mention

7  that as a significant issue as it would relate to the

8  fairness of the settlement?

9  A     Yes.

10 Q     Okay.  Do you agree with that, that is a significant

11 issue?

12         MR. SOTTILE:  Objection, Your Honor.

13         UNKNOWN:  Objection.

14         MR. KAMINETZKY:  Your Honor, I -- I asked Mr.

15 Gropper extensive questions during his deposition about the

16 WEAR theory and he said he was unable to answer any

17 questions about the strength or the knowledge about the WEAR

18 theory because "it was inextricably intertwined with advice

19 of counsel."  So I don't think it's appropriate for Mr.

20 Zensky to ask him about the WEAR theory given that I can't

21 question about that or was unable to question him about

22 that.

23         MR. ZENSKY:  Needless --

24         THE COURT:  Mr. -- Mr. Sottile, anything to add?

25         MR. SOTTILE:  Your Honor, I would simply add that

1   the question as phrased plainly calls for a legal conclusion

2   from a witness who is not a lawyer about the strength of

3   particular claims or defenses in this case.  And I believe

4   it is objectionable for that additional reason.

5            THE COURT:  Mr. Bendernagel, did you want to add

6   something?

7        (Laughter)

8            UNKNOWN:  I definitely get the prize.

9            MR. BENDERNAGEL:  Yeah, but you don't know what

10   the prize is.

11            THE COURT:  I don't either.

12            MR. BENDERNAGEL:  The other objection, Your

13   Honor, is to the extent he's going to offer opinion

14   testimony and he hasn't been tendered as an expert on

15   whatever it is he's opining on, I don't think it's

16   appropriate for a lay witness, a fact witness to be -- you

17   know, testifying as to an opinion.  And the question clearly

18   was asking for an opinion, do you think this is right.

19   That's not the province of a fact witness.

20            THE COURT:  Mr. Zensky, it's your turn now.

21            MR. ZENSKY:  Okay.  Thank you, Your Honor.

22            We're not eliciting any sort of legal opinion

23   testimony from this witness.  I asked if it was a

24   significant issue in the case in terms of the fairness of

25   the settlement.  Mr. Kaminetzky did take his deposition and

1    there were certain questions that he couldn't answer without

2    revealing advice of counsel, but he did testify at length

3    about the recovery scenarios in our disclosure statement and

4    how the WEAR doctrine drives the recovery scenarios.  He

5    testified at length about a series of hypotheticals about

6    how it would affect recoveries.

7           So all I'm asking the witness is really the

8    factual question about what it would mean to recover -- his

9    understanding of what it would mean to recoveries to the

10   bondholders.  He is not here to be the spokesman for why it

11   does apply or doesn't apply.  That's what the legal briefs

12   are for and the other fact evidence in the case.

13           THE COURT:  Briefly.

14           MR. KAMINETZKY:  Your Honor, Benjamin Kaminetzky

15   of Davis Polk for JP Morgan.  Well, that's exactly the

16   point.  He did point to different models and analyses where

17   the WEAR theory moved dollars.  But when I asked him, well,

18   why do you think the WEAR theory works or why do you think

19   it moves dollars or why do you think that theory has any

20   strength, he deferred to counsel.  He said, I can't answer

21   that because anything I know about WEAR I learned from

22   counsel.

23           So I'm not sure what he has to add to that other

24   than the fact that he has -- knows nothing about it other

25   than what counsel told him.

1          THE COURT:  Well, I think -- I think the best

2    thing to do is to rephrase -- to parallel what you asked at

3    the deposition.

4          MR. KAMINETZKY:  Yeah.  Okay.

5    BY MR. ZENSKY:

6    Q     Do you have an understanding as to whether the outcome

7    of the WEAR issue would affect recoveries to the non-LBO

8    creditors?

9    A     Yes.  It will.

10   Q     Now can you look at the first tab, the document under

11   Tab 1, since it's got some numbers and data in it, and

12   without -- strike that.  Can you explain to the Court what

13   the recovery -- the impact on recoveries would be were the

14   Court to find that WEAR would apply if step two was avoided?

15   A     Sure.

16         MR. KAMINETZKY:  Your Honor, objection again.

17   Sorry.  Benjamin Kaminetzky with JP Morgan -- representing

18   JP Morgan as agent.  What -- can I just borrow this for a

19   second, Mr. Bendernagel.

20         What Exhibit 1 purports to be is a model that

21   seems to have recovery scenarios under certain -- certain

22   litigation outcomes, which is the subject -- the precise

23   subject of an expert report that the noteholders are going

24   to put up, named Mr. Beron, Dr. Beron.  I'm not sure of his

25   degrees.  It would seem inconsistent that on one hand the

1   noteholders are saying that that's the subject of expert

2   testimony and then using a lay witness to try to do the same

3   thing, whether consistently or inconsistently.

4          So either this is the subject of expert testimony

5   or it's the subject of lay testimony.  I -- I think it's the

6   subject of, you know, someone getting up and saying what

7   certain claims are -- are worth is something that, you know,

8   has been the subject of expert testimony in this case and

9   it's inappropriate without moving Mr. Gropper in as a

10  witness -- as an expert witness to try to get him to talk

11  about his modeling of that issue.

12         THE COURT:  Mr. Zensky.

13         MR. ZENSKY:  Your Honor, I think Mr. Kaminetzky

14  is thinking of a different document in the binder.  This is

15  just a copy of the demonstrative that we used in opening and

16  it simply has data that I don't -- there's no -- not a

17  recovery scenario, at least the top of it.  And witnesses

18  throughout the trial have been testifying about their

19  understanding of the impact that certain outcomes would have

20  on the recoveries.  Ms. Kulnis was asked multiple questions

21  about whether higher value would drive waterfall recoveries,

22  whether the avoidance of step two would result in any better

23  recovery for witnesses.

24         So this is not any sort of legal opinion

25  testimony.  It's simply to demonstrate the economic

1  consequences were this claim to succeed, Your Honor.  It's

2  as simple as that.

3          MR. BENDERNAGEL:  Your Honor, the testimony of an

4  expert opinion -- of an expert witness isn't limited to

5  legal opinions.  You've got financial opinions and,

6  essentially, what they're trying to do is use this witness

7  to sponsor a model without having put in a report from this

8  witness as to how he formulated the opinions he has that

9  drive the model.  That's inappropriate.  We put on witnesses

10  with respect to models.  Mr. Whittman has a model.  Mr.

11  Black has a model.  They both put in reports.  Dr. Beron has

12  a model.  He put in a report.  Mr. Gropper hasn't put in a

13  report, but he seems to be testifying as to models and,

14  also, as to their recovery, you know, scenarios that they're

15  putting forward as part of the test -- as part of their

16  opening.  That's really the province of expert testimony,

17  not the testimony of a lay person.

18          THE COURT:  Well, it seems to me that, Mr.

19  Zensky, two things:

20          One is you need to lay a little foundation for

21  where the figures came from and what this witness's

22  knowledge is with respect to them; and

23          Secondly, if he's not being offered as an expert,

24  and I understand that he's not despite his restructuring

25  experience, I assume that the thrust of the testimony is to

1  establish the why of Aurelius's position with respect to the

2  various plans.

3           And it seems to me if you can do those two

4  things, the testimony should be permitted.

5           MR. ZENSKY:  Yeah.  I think I can, Your Honor.

6  And so there's no surprise later, there is, in fact, a model

7  that it sounds like my colleagues are referring to that so

8  prepared that sets forth the recoveries that would be

9  produced under nineteen different scenarios and the witness

10  will have a foundation, and he'll testify about that later.

11           This was just a simple question about whether

12  based on the numbers in the debtors' plan and their own

13  settlement what the range -- what the impact would be.

14           THE COURT:  Okay.  Well --

15           MR. ZENSKY:  So --

16           THE COURT:  -- let's start with foundation.

17           MR. ZENSKY:  Okay.

18  BY MR. ZENSKY:

19  Q     So, Mr. Gropper, are you aware of the -- the terms of

20  the -- strike that.  Are you aware of the distributions that

21  would flow to the step two lenders under the DCL plan?

22  A     Yes.

23  Q     Okay.  What's the approximate amount of that?

24  A     Well, there are $2.1 billion of step two debt claims

25  in the case, and at a 6.75 billion-dollar-valuation, those

1   $2.1 billion in claims would recover approximately $1.6

2   billion in recovery.

3   Q    Okay.  And are you aware of the amount of disgorgement

4   claims that the examiner had stated were available if step

5   two was avoided, but not step one?

6   A    Yes.  There are $318 million of disgorgement claims.

7   Those are principal and interest payments that the step two

8   lenders have received prior to the filing of bankruptcy, and

9   that 318 is prior to any addition for prejudgment interest

10  associated with those claims.

11  Q    Okay.  As a simple matter of mathematics, if step two

12  were avoided, but not step one and the Court determined that

13  the step one lenders were not entitled to benefit in any

14  respect from that avoidance, what would that mean to

15  recoveries for the senior notes and other unsecured

16  creditors?

17  A    Well, it would mean $1.6 billion from the avoidance

18  recoveries and $318 million, again, before prejudgment

19  interest for the disgorgement recoveries.

20  Q    Okay.  And how far into the pre-LBO capital structure

21  would that amount of money go?

22  A    Well, that combined is approximately $1.9 billion, so

23  it would pay the senior notes in full and it would

24  substantially pay the PHONES.

25  Q    Okay.  Now there's been testimony in the case about

1   what the current enterprise value of the debtors is?

2   A    Yes.

3   Q    Okay.  To your understanding would the recoveries you

4   just described require that the Court find a higher

5   enterprise value?

6   A    They would not.  In fact, if the enterprise value were

7   higher than $6.75 billion, all the numbers that I just

8   described would increase.

9   Q    Now after the examiner report came out, did Aurelius

10  determine to oppose the April plan?

11  A    Yes.

12  Q    Okay.  Did it take any steps that caused it to come

13  apart as far as you're aware?

14  A    No.

15  Q    All right.  After the examiner report came out --

16  strike that.  After the examiner report came out, did

17  Aurelius put together any sort of model by which it sought

18  to estimate in its view the expected value associated with

19  the claims based on the examiner's conclusions?

20  A    Yes.  The examiner came to a number of complex

21  conclusions that were qualitative in nature in a twelve-

22  hundred-page report.  So what we sought to do was to take an

23  analytical approach to the case and to model the examiner's

24  conclusions that he did in words and attach numbers to those

25  words.

1    So if the examiner said something was highly likely,

2    we said what's the appropriate number to attach to that,

3    then highly unlikely would be one minus that.  If he said

4    reasonably likely we attached a number to that and

5    reasonably unlikely would be one minus that.  And what we

6    did is we created a -- really, a basic decision tree

7    expected value model that attempted to model out all the

8    various decisions the examiner had come to, and -- and then

9    kick out at the end an expected value for the claims.  And

10   this is a model that Mr. Brodsky personally spent probably

11   fifty hours of his own time along with a couple of our

12   analysts on.

13       MR. KAMINETZKY:  Your Honor, I wanted to -- Ben

14   Kaminetzky of Davis Polk again for JP Morgan as agent.  I

15   would again object to this.  You might realize that this

16   sounds familiar because this is precisely the exercise that

17   -- that Professor Black went through when evaluating the

18   examiner's report.  This is also precisely the exercise that

19   Dr. Beron went through who's the noteholders expert.

20       So clearly this is a matter in this case that's

21   been left to the experts interpreting the examiner report,

22   assigning values to its conclusion and then figuring out

23   what that means in terms of expected values to the various

24   claimholders.

25       What we're now getting is a lay expert's view of

1   what's been the experts ambit in this case, which I think is

2   inappropriate because of the reasons as already said.  We

3   never got an expert report.  We never got the work papers.

4   We never got all the things that the federal rules require

5   one to get in advance of having to deal with an expert

6   report at trial.

7          THE COURT:  With respect to a lay witness?

8          MR. KAMINETZKY:  Well, it's a expert -- again,

9   you can't almost have it both ways.  If he's doing an expert

10  report as a lay witness, then he's an expert.  If he's not,

11  then he's not.  But here we have he's doing precisely -- I

12  mean, literally precisely what Professor Black and what

13  their own expert's doing as well, so now we're having kind

14  of a third non-expert expert report when we didn't have the

15  ability and the tools that are given in the federal rules to

16  the other side to examine and to get behind what is

17  essentially an expert report.

18         MR. BENNETT:  Your Honor, one -- one moment.

19  Bruce Bennett on behalf of Oaktree.  Very simply, the

20  difference is this:  An expert may rely upon hearsay.  A lay

21  witness can't.  He has no personal knowledge about any of

22  the things underlying this model.  That's why there would

23  have to be an expert report, so that everyone could probe

24  exactly what he was relying on in all of his assumptions in

25  discovery.  And to say -- and to repeat one thing before and

1   to marry it to something that wasn't just said.

2              There was no expert report, number one, and there

3   was attorney/client privilege asserted throughout the

4   deposition.  No expert gets to assert attorney/client

5   privilege with respect to the work that he does because

6   everything that contributes to it is fair game.  This is an

7   effort to produce a model based a hundred percent on hearsay

8   where the witness was completely protected by the

9   attorney/client privilege and without an expert report.

10  This isn't admissible.

11             THE COURT:  Well, first of all, I don't -- I

12  don't know what's proposed to be admitted yet, but I

13  understand why you've stood up now.

14             Okay.  I'll give you one more shot at it and then

15  --

16             MR. KAMINETZKY:  Just one -- one more thing --

17             THE COURT:  -- Mr. Zensky will have the floor.

18             MR. KAMINETZKY:  I think -- yeah.  Again,

19  Benjamin Kaminetzky of Davis Polk.  And I also think -- I

20  mean, I think this is even based on Mr. Gropper's last

21  statement that he didn't even -- he's not even the author of

22  the model that they're about to talk about.  Mr. Brodsky is.

23  So not only is he trying to be an expert when he's a laymen,

24  but he's also trying to talk about a model that he, himself,

25  didn't work on or he wasn't the primary architect was,

1   rather it was his colleague, Mr. Brodsky.  So that's just

2   kind of another level away from where we should be.

3          THE COURT:  All right.  Well, since you haven't

4   asked the question yet.

5       (Laughter)

6          THE COURT:  Mr. Zensky, let me just ask it this

7   way.  Where -- where are you going and how do you intend to

8   get there --

9          MR. ZENSKY:  Okay.

10          THE COURT:  -- with this witness?

11          MR. ZENSKY:  Okay.  So a couple of things, Your

12   Honor.

13          Number one, the models were sent to both the

14   debtors and the committee back in September, live versions

15   of it.  Everyone's had it for six months.  It was reproduced

16   in discovery.  Witnesses were available to be questioned on

17   it and there was no attorney/client direction with respect

18   to these models.

19          But there's not an issue because this is a

20   process question.  I am not intending to offer their model

21   for a hearsay purpose to prove the correctness of it.  This

22   is simply to show the process that my client went through to

23   intellectually evaluate the impact of the examiner report,

24   and unlike Professor Black, they didn't do it in their head.

25   They did it on paper, Your Honor, so it's not being offered

1  for any improper purpose.  It's what they did.  They talked

2  to everyone in this room about it and that's the reason for

3  this line of questions.  It's not to prove that it's

4  correct.

5          THE COURT:  Well, subject to not covering here

6  that which was claimed as privileged before, subject to not

7  offering information which was not made available to others,

8  and understanding that what's going to be offered is not

9  offered for the proof -- the truth of the matter asserted,

10 I'll allow it, you know, subject to individual objections as

11 we go along.  I won't weigh it as an expert report.  I won't

12 consider it as an expert report.  It's simply, as I

13 understand it, presentation of why Aurelius has taken the

14 position that it's taken.

15         MR. ZENSKY:  That's exactly right.  It's not --

16         THE COURT:  Okay.  You may proceed.

17         MR. BENDERNAGEL:  Your Honor, just -- can I ask

18 for clarification on what you stated?  Does that mean in

19 briefing later on -- and this is important for purposes of

20 our looking at a rebuttal case -- that they'll not be able

21 to use this model to attack the reasonableness or

22 unreasonableness of the settlement?

23         THE COURT:  Briefing is meant to argue what based

24 upon applicable law the facts should mean.

25         MR. BENDERNAGEL:  No.  No.  But the question is

1  can they use the fact of this model and its conclusions as

2  support for the proposition that the settlement is

3  unreasonable?  And if they can, then, essentially, it's

4  being tendered as the work that would be tendered by an

5  expert.

6           And if it's there to basically say, here's the

7  reason why Aurelius decided to fight and that Aurelius's

8  fight is in good faith, I don't have a problem with that.

9  But to the extent they're putting it forward for the

10  proposition that this settlement is unreasonable, then they

11  are offering it in that -- and I just want clarification

12  because it informs how we're going to deal with our rebuttal

13  case.  That's why --

14           THE COURT:  Well --

15           MR. BENDERNAGEL:  -- I'm asking.  I'm not

16  challenging the decision.

17           THE COURT:  Well, I think there are two prongs to

18  it, but one of them fairly stated is asking for

19  clarification.  Somebody once said in one of our many

20  discovery issues that what it comes down to is Aurelius

21  doesn't like the DCL plan.  And while there are many

22  complexities to what the parties have been involved in and

23  what they present and have presented and will present to the

24  Court, there is on one level that simplicity.  And I take

25  the thrust of what Mr. Zensky is trying to elicit is the

1  position, you know, is there -- is their reasoning in

2  support of that position, no more than that.

3          And I don't know if that answers the question for

4  you, but that's how I'm viewing it.

5          MR. BENDERNAGEL:  That's helpful.  Thank you.

6          THE COURT:  Let's try again.

7  BY MR. ZENSKY:

8  Q    Mr. Gropper, can we call the model that you testified

9  about a few moments ago the examiner model?

10 A    Sure.

11 Q    Okay.  And what did it tell Aurelius was in its view

12 the expected value of the claims based on the examiner

13 conclusions?

14 A    $1.8 billion, but I think it would be helpful for me

15 to add -- just to explain why we created this model.

16 Q    Okay.

17 A    This model was not --

18         MR. KAMINETZKY:  I want to just object for

19 hearsay.  He didn't create this model, so.

20         MR. ZENSKY:  Well, I'll ask that question.

21         THE COURT:  Well, first of all, except for the

22 oral testimony, nothing else has been offered in evidence,

23 okay, yet.  And it seems to me if -- if there's a basis to

24 move it in Mr. Zensky will, if there's a basis to object to

25 that, you'll stand.  But I don't think we're at that point

1  yet.

2            You may proceed.

3            MR. ZENSKY:  Okay.  Thank you, Your Honor.

4  BY MR. ZENSKY:

5  Q    Can you tell the Court why this was created at

6  Aurelius?

7  A    Yeah.  The model was actually created at Aurelius to

8  inform our investment decision making.  This wasn't a model

9  that was designed to prove something or that we made up to

10  bring to the mediation.  This was a model that was used to

11  inform the investment decision-making, the committing of

12  capital of our firm.  That was the purpose of this model.

13  Q    Okay.  Who -- who created it in the first instance?

14  A    Mark Brodsky created it with Matt Zloto.

15  Q    And at some point did you become aware of it and

16  familiar with it?

17  A    I became aware with it and very familiar with it.

18  Q    And when was that?

19  A    After the ethical wall came down at the end of August

20  2010.

21  Q    Okay.  Now did Aurelius share the model we're talking

22  about with any of the other parties in interest in this

23  case?

24  A    We did.  I mean, the examiner report was complex, so

25  we wanted to share our analytical approach with the other

1  parties to show them how we were thinking of the case

2  because we thought that would be a framework that could lead

3  the parties to discuss a settlement of the case.  We didn't

4  think this case lent it to a -- you know, a typical, you

5  know, horse trade negotiation where, you know, well, I'm

6  just next because.  There had to be an analytical approach.

7  The issues were too complex.  They were too layered.

8       So what we wanted to do is we basically wanted to open

9  the Kimono and say, okay, here's our thought process.

10  Here's the live model.  Go at it.  Change it, manipulate it,

11  you think highly likely should be eighty instead of eighty-

12  five, change it in that cell.  If you think reasonably

13  likely should be fifty-two instead of fifty-five, change it

14  in that cell.  If you think there's a defense that we didn't

15  think about but you did and you want to model it in, go

16  ahead.  And we did that because we wanted people to -- to

17  challenge our thinking and understand their thinking because

18  we thought that is what would facilitate a settlement in the

19  matters of this case.

20  Q    Okay.  Can you turn to the document that's under Tab

21  2, Mr. Gropper?  For the record, this is Noteholder Exhibit

22  2145.

23  A    Okay.

24  Q    Okay.  Can you tell the Court what this email is or

25  what this document is?

1  A    Yes.  This is an email from Dennis Prieto, who is one

2  of our analysts who works on Tribune, and it to Zul Jamal

3  and one of his colleagues, both at Moelis, the committee's

4  financial advisor.  And the email is -- is an email that had

5  been sent after there was a meeting because we asked the

6  creditors' committee to come into our firm and be educated

7  on the model because we wanted them to see it, to test it,

8  to alert us of any errors or alert us of any differences in

9  their thinking.  And this -- this was the follow up email

10  from that meeting.  I actually saw Mr. Jamal in our office

11  for that meeting.  And this was the follow up email to that

12  meeting just providing the live version of the model to the

13  creditors' committee financial advisor.

14  Q    Okay.  And for the record what does it mean to provide

15  the live version of a model to someone?

16  A    That's the Excel version so that people can manipulate

17  the model themselves.

18  Q    Okay.

19        MR. ZENSKY:  Your Honor, I'm going to offer this

20  exhibit into evidence at this point, 2145.

21        THE COURT:  Is there any objection?

22        MR. BENDERNAGEL:  May I ask a clarification -- I

23  take it it's just the cover page without the model --

24        THE COURT:  Just a piece of paper -- a single

25  piece of paper.

1            All right.

2            MR. BENDERNAGEL:  Okay.

3            THE COURT:  NPP 2145 is admitted without

4    objection.

5        (Exhibit NPP 2145 is admitted)

6    BY MR. ZENSKY:

7    Q    Can you turn to the next document in your binder, Mr.

8    Gropper --

9    A    Yes.

10   Q    -- Exhibit 2 -- Noteholder 2154.

11   A    Okay.

12   Q    And can you identify this document for the record?

13   A    Yes.  It's another email from Dennis Prieto, the

14   analyst working on Tribune on October the 4th and it is an

15   email sending to Suneel Mandava, the expert from Lazard who

16   testified and Brian Whittman, the expert from Alvarez, a

17   live version of the -- what we've now referred to as the

18   examiner model.

19   Q    Okay.  And who did you understand Lazard to be at this

20   point in time?

21   A    Well, both Lazard and Alvarez advised the company.

22   Q    Okay.  You sent them a live version as well?

23   A    Well, Dennis did.  I was copied.

24   Q    Okay.  Now if you turn to Tab 5, you -- which is

25   Exhibit 2472, can you identify that document for the record?

1        THE COURT:  2471 --

2        WITNESS:  I think you mean -- I think you mean --

3  yeah, which --

4        THE COURT:  -- is what is behind tab -- my Tab 5.

5        MR. ZENSKY:  I'm sorry, Your Honor.  Tab 4.

6        THE COURT:  Okay.

7  BY MR. ZENSKY:

8  Q     2472.

9  A     Okay.  This is a print-out of the model, the examiner

10 model.

11 Q     Okay.  The model referred to in the prior two emails?

12 A     Yes.

13 Q     Okay.  Now you said that you -- one of the reasons --

14 strike that.  You testified that one of the reasons you

15 created it and shared it was you wanted feedback to see

16 whether others had different views on how you were

17 approaching it?

18 A     Yes.

19 Q     Okay.  Did you receive any feedback from either the

20 debtors or the committee in respect of your examiner model?

21 A     We had some back and forth with Mr. Sottile

22 representing the creditors' committee asking us to run a

23 couple of scenarios, asking us -- in particular, I remember

24 he asked us to incorporate a 546(e) defense to the model,

25 which we had not done.  So we -- we thought that was a good

1    suggestion.  We incorporated that.  It didn't change the

2    numbers very much.  But we did not receive any feedback from

3    the debtors on the model.

4              MR. ZENSKY:  Your Honor, I would like to move

5    into evidence 2154 and 2472, 2472 for the purpose I stated

6    earlier for the non-hearsay purpose that we discussed

7    through colloquy and not for an effort to prove that this

8    document reaches the correct conclusion.

9              THE COURT:  Is there any objection to the

10   admission of 2154 or 2472?

11             MR. BENDERNAGEL:  Your Honor, with respect to

12   2154 I would simply note for the record that the document

13   itself states that it's protected by the mediation order,

14   and for purposes of clarification this document was sent to

15   us on the day of the mediation order.  And I don't have a

16   problem with it coming into evidence, but I certainly don't

17   want to hear from Mr. Zensky that somehow if we have

18   discussions about October 4th, that that's somehow a

19   violation of the mediation order because this was produced

20   at the day -- on the day of the mediation because there was

21   a meeting about this model with the debtor at the mediation

22   order.  And I'm not sure how to deal with that because they

23   seem to be putting that into play because there was a

24   discussion at that juncture with respect to this model.

25             MR. ZENSKY:  Your Honor, there was no intent to

1   open that door to any testimony about the discussion.  I

2   don't know if that solves Mr. Bendernagel's issue.

3                MR. BENDERNAGEL:  Well, it's --

4                MR. ZENSKY:  The -- let me finish.  The only

5   purpose was to show that it was communicated to the debtors.

6   If there-- we can stipulate to that, I'll withdraw the

7   exhibit.

8                MR. BENDERNAGEL:  Well, it was communicated and

9   the like, but the statement that we were free to share it

10  with people is not consistent with what the representation

11  that was made at that meeting.  And I think they've opened

12  the door to that because there was testimony earlier that

13  when these models were provided you could do whatever you

14  wanted with it.  That was not the case.  I think they've

15  opened that door.  I'm not trying to open it further, but,

16  you know -- and I'm not trying to deny we got this model

17  because I think somebody was questioned about this model

18  already and we didn't object.

19                But, I mean, we're -- you know, I just wanted to

20  point out that there's -- there was an extensive discussion

21  with Mr. Brodsky at that time regarding this model.  And

22  that's how we got it.  I mean, this is directly in response

23  to that.  October 4th is one of the mediation days.  I don't

24  mind stipulating we got it.  We did get it and we did run

25  analysis on it and the like.  But I just see this as a

1    potential problem.

2          MR. ZENSKY:  Your Honor, again, there was no

3    effort to open any sort of door to discuss it.  I didn't

4    view a transmittal letter as being in any way revelatory of

5    mediation communications, and based on Mr. Bendernagel's

6    statement, I would withdraw the request for --

7          THE COURT:  For 2154 and 2472?

8          MR. ZENSKY:  No.  For 2154.

9          THE COURT:  Okay.  And what about 2472?

10          MR. ZENSKY:  2472 has been identified by the

11    witness as a copy of what was sent to the creditors'

12    committee as well.

13          THE COURT:  Okay.  Is there any objection to the

14    admission of 2472?

15          MR. SOTTILE:  Your Honor, no objection for the

16    limited purpose the Court has described.  However, I would

17    note in the interest of fair disclosure to Mr. Zensky and

18    his clients that they have now opened the door to

19    communications with the creditors' committee concerning the

20    model, criticisms that may have been leveled by the

21    creditors' committee concerning the model, and we may well

22    make use of those in examination of this and other

23    witnesses.

24          THE COURT:  Any response, Mr. Zensky?

25          MR. ZENSKY:  I had assumed that Mr. Sottile might

1    ask him those questions in any event.

2              THE COURT:  It's a fair comment, I think.

3              Okay.  Well, it's admitted for the purposes

4    offered.

5         (Exhibit NPP 2472 is admitted)

6              THE COURT:  I hope I don't regret that later.

7         (Laughter)

8              THE COURT:  You may proceed.

9    BY MR. ZENSKY:

10   Q    Okay.  In addition to the examiner -- or strike that.

11   Mr. Gropper, have you been involved in the discovery

12   provided and received in this case?

13   A    Yes.

14   Q    Okay.  In addition to the model that we just looked

15   at, were other different Aurelius models about the LBO

16   causes of action or the LBO causes of action produced?

17   A    Yes.  They were requested and we produced them.

18   Q    Okay.  Now by the -- on the topic of discovery, how

19   many Aurelius employees were deposed in this case?

20   A    Three.

21   Q    Okay.  Has any other party of interest who was not

22   involved in the underlying transaction had three witnesses

23   deposed?

24   A    No.  I believe the most number of people that's been

25   deposed at other firms is one.

1  Q    Okay.  And has any other party, to your knowledge,

2  produced any of its internal models about the case?

3  A    No.

4  Q    Okay.  After the examiner report was released, did the

5  April plan remain intact?

6  A    It did not.

7  Q    Okay.  Did you, again, endeavor to get involved in the

8  settlement discussions?

9  A    Yes.

10 Q    What was the first thing you did?

11 A    Well, the first thing I did is I called Mr. Kurtz.  I

12 think he described partially that phone call.  It occurred

13 when he was on vacation with his family in Russia the first

14 week of August 2007.

15 Q    And what happened during the course of that call?

16 A    Well, it was a terrible connection.  I think we got

17 cut off two or three times, and I endeavored to walk Mr.

18 Kurtz through what I thought the import of the examiner

19 report was and how I thought that the examiner report

20 represented three paths to payment in full for the senior

21 notes, which I didn't think was a very aggressive position

22 to take.  There are $1.25 billion -- $1.263 billion of

23 senior notes.  There's two-and-a-half-billion dollars of

24 unsecured creditors.  So to get an examiner report, which I

25 thought was, you know, extremely favorable to the unsecured

1    creditors to say that half the pre-LBO creditor should be

2    paid, that didn't strike me as very aggressive, but I walked

3    Mr. Kurtz through how if step one were avoided or if step

4    two were avoided, but step one couldn't benefit or if there

5    were equitable subordination or equitable disallowance, the

6    senior bonds would be paid in full.  But I also said to him

7    that this wasn't the proper forum to be having this

8    conversation.  We kept getting cut off, it was a terrible

9    connection, and I requested that we set up a meeting where I

10   would go and he would go and bring his lawyer, I would bring

11   my lawyer, and we'd have a real discussion, not kind of

12   standing on one leg as to, you know, what the tos and fros

13   of the report were.

14   Q    Okay.  Did you say any -- during the course of the

15   call you just identified, did you say anything to the effect

16   that absent full payment to the senior notes, Aurelius would

17   object to a plan or settlement?

18   A    Absolutely not.

19   Q    Now, Mr. Kurtz testified on direct examination last

20   week that he never spoke to you again about the case until

21   the mediation; is that correct?

22   A    That's just wrong.

23   Q    Okay.  Did you meet with him at some point shortly

24   after the call when he was in Russia?

25   A    Yes.  Our offices arranged a meeting at the New York

1  office of Sidley Austin, and I came with Dennis Prieto, my

2  analyst who was working with me at the time, and Ed Friedman

3  from Friedman Kaplan, and we met with Mr. Kurtz, Mr. Conlan

4  and Mr. Liebentritt,

5  Q     Okay.  And, again, where was that office, sir?  I'm

6  sorry if you testified to it.

7  A     Sidley's New York office.

8  Q     Okay.  And who arranged the meeting, if you know?

9  A     Our offices coordinated.  It was email --

10 Q     Okay.

11 A     -- coordination.

12 Q     Now, had you ever met Mr. Liebentritt before that day?

13 A     I had not.

14 Q     Did you know anything about his role at Tribune?

15 A     I did not.  When I met Mr. Liebentritt, he introduced

16 himself as someone who wasn't around at the time of the LBO,

17 who was completely independent of any of the biases that

18 existed by the people who were around at the time of the

19 LBO, and he was there to facilitate, you know, a resolution

20 of these cases.

21 Q     Did he tell you anything at all about his apparent 28-

22 year history with Mr. Zell?

23 A     He did not.  We learned it when we got back to the

24 office.  We did an internet search and found out that he had

25 been associated with Mr. Zell for almost 30 years, and then

1   obviously, later on in discovery, we learned that he has

2   significant investments with Mr. Zell's companies and was a

3   step-two selling shareholder, himself.

4   Q     How did the meeting begin?

5   A     You know, it's kind of -- it was kind of strange.  I

6   had arranged the meeting to exchange our views on the

7   examiner report, and then the meeting began by our getting a

8   presentation from Jenner and Block, who was -- is Mr. Zell's

9   lawyer and, at the time, was also the company's lawyer for

10  certain purposes.  We had this half-hour presentation on how

11  the examiner got it totally wrong with respect to Morgan

12  Stanley, Morgan Stanley had done all this really bad stuff,

13  and the company was going to bring a multibillion-dollar

14  litigation against Morgan Stanley, and the lawsuit was going

15  to be filed really soon, and so here's a presentation on

16  these great claims against Morgan Stanley, but we didn't

17  really come to talk about the claims against Morgan Stanley,

18  so it's kind of a strange beginning.

19  Q     Okay.  After the presentation from Jenner and Block,

20  did you turn to discussing the -- your views on the examiner

21  report?

22  A     I did, and I -- that was obviously a much better forum

23  than, you know, this dropped-phone-call situation, so I

24  walked through, you know, the avoidance of step one, the

25  avoidance of step two, and the step-one lenders being

1   estopped and also equitable subordination and disallowance,

2   and then I asked Mr. Kurtz to arrange a meeting with the

3   banks because I thought it very important that we have face-

4   to-face, principal-to-principal negotiations in order to

5   resolve the case.  It's my experience, you know, 16 years of

6   doing this in dozens of cases, that that's the way cases get

7   resolved.  When principals get in the room, they have the

8   opportunity to sit across the table, articulate their views,

9   challenge each other's views, and I wanted to do that for

10  two reasons.  I wanted to explain my views of the case, but

11  I also wanted to hear the other side's views of the case

12  because, frankly, if I was looking at something wrong, I

13  wanted to know.  I wanted to understand the infirmities of

14  my arguments, and the only way that was going to happen is

15  by having in-person, face-to-face meetings.

16  Q    Okay.  What was Mr. Kurtz's response to your request

17  that he arrange a meeting with the banks?

18  A    He said that it would be a complete waste of time and

19  the banks had been completely intransigent through the

20  process, and then he said something that I actually agree

21  with.  He said that in light of the examiner report, the

22  banks were crazy to walk away from the April deal.

23  Q    Okay.  Now, you said that Mr. Prieto was at this

24  meeting with you?

25  A    Yes.

1  Q     Okay.  And did you observe whether he was taking notes

2  during the course of the meeting?

3  A     Yes, he was.

4  Q     Okay.  Can you turn to the next document in your

5  binder, which is Noteholder 2471, and turn to Page 197.

6  A     Okay.

7  Q     Okay.  The document's dated 8/17/2010.  Is that the

8  date of the meeting we've been talking about?

9  A     Yes.

10  Q     Okay.  And it says meeting with debtor?

11  A     Correct.

12  Q     Okay.  Do you recognize this handwriting?

13  A     It is Dennis Prieto's handwriting.

14         MR. ZENSKY:  Okay.  And for the record, Your

15  Honor, it was also authenticated at Mr. Prieto's deposition.

16  BY MR. ZENSKY:

17  Q     Mr. Gropper, does the first page refer to the way the

18  meeting started, as you've testified, with the presentation

19  by Jenner and Block?

20  A     Yes.

21  Q     Okay.  On the second page of the notes, is there any

22  entry or series of entries that relates to your testimony

23  that you asked Mr. Kurtz to set up a meeting with the LBO

24  lenders?

25  A     Yes.

1  Q     Okay.  Can you direct the Court's attention, please,

2  to that entry or entries?

3  A     Sure.  It starts about ten lines down.  It says,

4  "Conlan appears frustrated with bank lenders.  Debtors have

5  thought about holdback POR," and then there's a quote.  I

6  guess Dennis wrote down exactly what Mr. Kurtz said.  "Zero-

7  percent chance that negotiated deal between us and the banks

8  in the near term - Kurtz."  "There is a gulf of difference

9  between us and the banks.  David," meaning Mr. Kurtz,

10 "rolled eyes when Dan made suggestion to get us in room with

11 banks."

12 Q     Okay.  That's where I needed you to read to.

13 A     Okay.

14 Q     And seeing that, does that refresh your recollection

15 whether Mr. Kurtz actually rolled his eyes at this point?

16 A     I believe I recall that he did.  He was very reluctant

17 to arrange a meeting and, in fact, never did.

18 Q     Okay.

19        MR. ZENSKY:  And, Your Honor, I'm going to offer

20 these pages under 8031 as a presence and suppression of Mr.

21 Prieto during the course of the meeting.

22        THE COURT:  That's Pages 197 --

23        MR. ZENSKY:  197 and 198 --

24        THE COURT:  -- 198?

25        MR. ZENSKY:  -- through 199.

1      THE COURT:  Is there any objection?

2      (No audible response)

3      THE COURT:  Submitted without objection, three

4  pages of NPP 2471.

5      (Exhibit NPP 2471 Pages 197-199 received in evidence.)

6  BY MR. ZENSKY:

7  Q    Okay.  Now, we've established that this meeting was

8  August 17th, sir.  Mr. Kurtz testified last week during his

9  trial testimony that just two days later, August 19th, he

10  attended a meeting with the stakeholders to discuss

11  settlement of this case.  Did he tell you that that meeting

12  was being arranged?

13  A    No.

14  Q    Okay.  I take it then you weren't invited to the

15  meeting.

16  A    I was not invited.

17  Q    Now, he testified last week in his trial testimony

18  that he felt they were really close to getting something

19  done at that meeting.  Did he share that information with

20  you?

21  A    He did not.

22  Q    Now, he also testified last week that based on the

23  call from Russia -- or strike that.  On -- let me represent

24  to you, on cross-examination, he said he vaguely recalled

25  the meeting that we just discussed.  He then testified that

1  based on the call from Russia and the meeting you've just

2  testified about, he concluded that there was an unbridgeable

3  gap between Aurelius and the LBO banks.  Was that your view

4  when you left the meeting with Mr. Kurtz?

5  A    No.  It's inconceivable to me how he could reach that

6  conclusion.

7  Q    Okay.  Finally, Mr. Kurtz also testified last week

8  that he had been told by Ken Liang of Oaktree that Oaktree

9  did not want to set a precedent for recoveries to junior

10  bondholders in Chapter 11 cases involving fraudulent

11  transfer claims.  Did you hear that testimony last week?

12  A    I did not, but I think that's inappropriate.

13  Q    Okay.  Did Mr. Kurtz tell you that Oaktree's

14  negotiating posture was motivated by a desire to not set a

15  precedent?

16  A    No.

17  Q    After meeting with the debtors on August 17th, did you

18  have an occasion to meet with or speak on a conference call

19  with members of the creditors' committee?

20  A    I did.  I heard that there were, subsequent to the

21  meeting at Sidley, negotiations about a deal that was worse

22  than the April deal, which was just shocking to me.  I could

23  not understand how, after there was an examiner report which

24  was great for the pre-LBO creditors, that people were

25  discussing a deal in which settlement consideration would go

1   down, and I became very disturbed by that, so I requested an

2   audience with the creditors' committee.

3   Q     Okay.  And was a conference call arranged?

4   A     Yes.

5   Q     Okay.  Were you personally on the call?

6   A     I was.

7   Q     Okay.  And how long did the call last for your

8   participation?

9   A     About 20 minutes.

10  Q     And what was discussed, just generally, during the

11  course of the call?

12  A     Generally, it was a similar presentation to what I had

13  said to Mr. Kurtz, Mr. Liebentritt and Mr. Conlan.  My view

14  of the claims, my view of the examiner report, but I also

15  said that, you know, I'd served on a lot of creditors'

16  committees and I thought it was important for the creditors'

17  committees to -- the creditors' committee members to take

18  into account the views of the major constituents.  And when

19  you serve on a creditors' committee, sometimes you have to

20  do things that aren't in your own pecuniary interests.  You

21  have to do things that are for the creditor body at large.

22  I've certainly done that on creditors' committees that I've

23  been on.  So I wanted to communicate to them that I thought

24  it was important that they take the will of the larger

25  creditor body into account.  At the time, I owned 250-

1   million bonds, which I believe may be the second-largest

2   unsecured creditor of the estate.  So I tried to impart to

3   the creditors' committee our view of the examiner report and

4   urged them not to settle for an amount that was, you know,

5   in the same neighborhood as the prior settlement because it

6   just didn't make sense in light of the examiner report.

7   Q     Okay.  Can you flip to the next document in your

8   binder, which is debtor committee lender Exhibit 69, Mr.

9   Gropper?  Can you see that these are minutes dated August

10  19th of the creditors' committee call?

11  A     Yes.

12  Q     Okay.  On the second page, the second-to-last bullet

13  from the bottom, not including the redaction, can you read

14  that into the record for us?

15  A     Yes.  "Aurelius" -- I guess that was me -- "stated

16  that in light of the examiner's report, the committee should

17  not agree to a settlement that decreases the initial

18  consideration to the unsubordinated bondholders of Tribune

19  to an amount that is less than that provided in the debtor's

20  original plan."

21  Q     Okay.  Is that consistent with what you told the

22  representatives of the committee that day?

23  A     Roughly.  I probably didn't use the words

24  "unsubordinated bondholders" nor "debtor's original plan,"

25  but yes.

1  Q    Okay.  Now, can you look up at the first bullet on

2  this page --

3  A    Yes.

4  Q    -- which we see has a statement that Aurelius owned

5  approximately 250 million in bonds at this time.

6  A    Right.

7  Q    Can you read the next sentence into the record?

8  A    Yes.  "Aurelius stated" -- again, me -- "that it is

9  concerned about the process in these bankruptcy cases

10  because, A, Oaktree is unfairly pressuring other creditors

11  and the debtor's officers to accept its settlement, and B,

12  the committee's counsel has conflicts."

13  Q    Okay.  And are those points that you made during the

14  course of this phone call?

15  A    Yes, they are.  I had heard from multiple sources that

16  Oaktree had been threatening management's jobs in order to

17  get them to agree to a settlement and also --

18            MR. BENNETT:  Hearsay.

19            THE COURT:  I'll entertain a motion to strike.

20            MR. BENNETT:  Move to strike.

21            THE COURT:  Granted.

22  BY MR. ZENSKY:

23  Q    Let's back up, Mr. Gropper.  Just answer this first

24  question yes or no.  Are those points that you made during

25  the course of the call?

1    A      Yes.

2    Q      Okay.  So do you have an understanding, in your mind,

3    as to the basis for making the statement referred to at

4    point A?

5    A      Yes.

6    Q      Okay.  And what was the basis for your understanding?

7    A      My basis was conversations I had with other parties in

8    the case.

9    Q      What about the second point?

10           THE COURT:  Mr. Zensky, hold on.

11           MR. BENNETT:  Motion to strike.  [Indiscernible]

12           MR. ZENSKY:  Can I respond?

13           THE COURT:   Yes.

14           MR. ZENSKY:  Okay.  Your Honor, there has been

15   testimony throughout the case including, over objections, of

16   witnesses' understanding of different parties' positions,

17   negotiating positions and the like.  We heard a host of

18   testimony about Centerbridge the first week of the trial, so

19   I'm asking the witness's understanding.

20           THE COURT:  Yeah, but it's based on hearsay, and

21   there's a hearsay objection.  My -- I don't know how you get

22   around that.

23           MR. ZENSKY:  Well, I thought it was -- I'm asking

24   his understanding of it, Your Honor.

25           MR. BENNETT:  That's not one of the recognized --

1          THE COURT:  Motion to strike is granted.

2  BY MR. ZENSKY:

3  Q    Okay.  Let's move on, Mr. Gropper.  Did there come a

4  time where Aurelius purchased a portion of Centerbridge's

5  position?

6  A    Yes.

7  Q    Okay.  Did, to your knowledge, Centerbridge retain any

8  interest at that time or sell the entirety of its position?

9  A    They sold their entire position.

10 Q    Okay.  When was that?

11 A    September 2010.

12 Q    Okay.  Now, subsequent to the meeting at Sidley Austin

13 on August 17th you testified about and excluding any

14 conversations you may have had at mediation, did Mr. Kurtz

15 ever reach out to you to discuss your views on a potential

16 settlement?

17 A    No.

18 Q    Same thing.  After August 17th and excluding whatever

19 might have been discussed at mediation, did Mr. Liebentritt

20 ever reach out to you to discuss your views on a potential

21 settlement?

22 A    No.

23 Q    And do you know who Mark Shapiro is?

24 A    Yes.

25 Q    Okay.  And what's your understanding?

1  A    He's the chairman of the special committee of the

2  board of directors.

3  Q    Again, at any time, excluding a mediation session, did

4  he ever reach out to you to discuss your views on a

5  potential settlement?

6  A    No.

7  Q    Okay.  Now, did there come a time when a mediator was

8  appointed?

9  A    Yes.

10  Q    Okay.  And when was the first mediation session held?

11  A    The end of September, the Saturday and Sunday of the

12  first week -- last week of September.

13  Q    Okay.  As of that point in time, was Aurelius the

14  single largest bondholder?

15  A    Yes.

16  Q    Okay.  Did Aurelius travel to Delaware for every

17  mediation session it was invited to?

18  A    I traveled to Delaware for every mediation session,

19  and Mark Brodsky, our general partner, also accompanied me

20  to every mediation session.

21  Q    Okay.  Were there mediation sessions held that you

22  were not invited to, as you later learned about?

23  A    Yes.

24  Q    Okay.  Now, you said that Mr. Brodsky came to the

25  mediation sessions with you.  Did you see who attended from

1    other creditor constituencies?

2    A     Yes.

3    Q     Okay.  Was there any equivalent -- a Mr. Brodsky

4    equivalent from the other funds?

5              MR. BENNETT:  Objection.  Foundation.

6              MR. ZENSKY:  Okay.  I'll lay the foundation.

7    BY MR. ZENSKY:

8    Q     Are you familiar with Angelo Gordon from outside the

9    Tribune case?

10   A     I am.

11   Q     Okay.  Have you had dealings with them in various

12   investments in the past?

13   A     Yes.

14   Q     Okay.  Do you know who Mr. Liang is?

15   A     I do.

16   Q     Okay.  Do you know who Mr. Karsh is?

17   A     Yes.

18   Q     Okay.  Do you understand the hierarchy at Oaktree?

19   A     I think I have a rough understanding of the hierarchy

20   at Oaktree.

21   Q     Okay.  Do you have an understanding of who would be

22   Mr. Brodsky's equivalent?

23   A     I do.

24   Q     Who is that?

25             MR. BENNETT:  Objection.  Foundation.  I don't

1  know what equivalent means.  Does equivalent mean equivalent

2  authority?  Does equivalent mean equivalent position?  Does

3  equivalent mean how much money they manage?

4          THE COURT:  Overruled.  You may answer, if you're

5  able.

6          MR. GROPPER:  I'm sorry, can you just repeat the

7  question for me, please?

8  BY MR. ZENSKY:

9  Q    Yes.  Do you know who Mr. Brodsky's equivalent is at

10 Oaktree?

11 A    Yes.

12 Q    Okay.  Who is that?

13 A    My understanding is it's Bruce Karsh.

14 Q    Okay.  Was he in attendance at any of the mediation

15 sessions that you were invited to?

16 A    He was not.

17 Q    Okay.  Do you know who the -- strike that.  Who from

18 Angelo Gordon did you see at any of the mediation sessions?

19 A    Gavin Baiera.

20 Q    Okay.  And are there people superior to him at Angelo

21 Gordon, to your understanding?

22 A    Yes.

23 Q    Who would that be?

24 A    That would be Tom Fuller, who runs the distressed

25 area, and Misters Angelo and Gordon are the general partners

1  of that firm.

2  Q    Okay.  Were any of them present at the sessions you

3  were invited to?

4  A    No.

5  Q    Now, the record is clear there came a time when two

6  term sheets were released during the course of the

7  mediation.  Mr. Gropper, you're familiar with that?

8  A    Yes.

9  Q    okay.  Were you aware in any respect of any of the

10  terms of those before they were released?

11  A    No.

12  Q    Okay.  Did you have any idea that they were under

13  discussion?

14  A    No.

15  Q    Okay.

16        MR. ZENSKY:  Now, Your Honor, last week, Mr.

17  Kurtz was permitted to testify about a conversation with Mr.

18  Gropper that was at a session, so I would like to ask Mr.

19  Gropper about that single conversation without asking

20  anything beyond that and not as a means to open the door to

21  any further testimony about the mediation, but Mr. Kurtz was

22  allowed to testify.

23        THE COURT:  Okay.  Let's do this.  Ask the

24  question.  Mr. Gropper, if you see movement from that side

25  of the room, please do not respond until I've resolved any

1    objection.

2              MR. GROPPER:  I understand.

3              THE COURT:  Okay.

4              MR. ZENSKY:  I'll take it in small steps, Your

5    Honor.

6    BY MR. ZENSKY:

7    Q    Mr. Kurtz testified last week that at one of the

8    sessions, you told him that you did not want to negotiate

9    with the company.

10   A    Okay.

11   Q    Do you recall hearing that testimony?

12             MR. BENDERNAGEL:  Objection, Your Honor.  I don't

13   think that's the right way to set a foundation here.  I

14   think he ought to establish whether there was a

15   conversation.  I'm not exactly sure how he does it, but he's

16   asking a general question that could attach to five or six

17   different conversations.  I'm not sure --

18             MR. ZENSKY:  I'll --

19             MR. BENDERNAGEL:  -- if that's the conversation.

20             MR. ZENSKY:  I'll rephrase it, Your Honor.

21             THE COURT:  All right.  Yeah.

22   BY MR. ZENSKY:

23   Q    At one of the mediation sessions you were invited to,

24   did you have a conversation with Mr. Kurtz?

25   A    (No audible response)

1    Q      That's a yes or no.

2    A      Yes.

3    Q      Okay.  Did you say to him, in words or substance, at

4    that point that you did not want to negotiate with the

5    company?

6    A      Yes.

7    Q      Okay.  Why did you tell him that?

8    A      I told him that because I thought it was important for

9    us to be negotiating with the people who could give the

10   value.  The company couldn't give value.  It wasn't their

11   recovery that was being impacted.  It was the banks'

12   recovery that was being impacted.  So I thought it important

13   for us to negotiate with the banks.  In almost every single

14   restructuring I've been involved in, deals get done because

15   you talk to the people who have the money at risk, not

16   someone in the middle.  And so I, consistent with my past

17   practice and 16 years of doing dozens of consensual

18   restructurings, wanted to speak to the parties with capital

19   at risk, so that's why I said what I said to Mr. Kurtz.

20   Q      Okay.  Now, Mr. Kurtz testified last week that he

21   believed that the negotiations that produced the two term

22   sheets, late September, early October, were "not

23   qualitatively different from the negotiations that produced

24   the April settlement."  Were you listening at that part of

25   the testimony?

1    A      I was.

2    Q      Okay.  And do you agree with that?

3    A      I think that's entirely incorrect.

4              MR. BENDERNAGEL:  Objection.  Lack of foundation.

5    Move to strike.  He wasn't involved in the original

6    negotiations, so how could he draw that conclusion?

7              THE COURT:  Well, overruled.  Denied.

8    BY MR. ZENSKY:

9    Q      Do you need the question read back, sir?

10   A      No.  I think they weren't at all qualitatively

11   similar.  In April, you had Centerbridge, who was a major

12   bondholder, at the table negotiating.  Now, granted, they

13   were negotiating, knowing and feeling that they were going

14   to get undercut by the creditors' committee, but they were

15   still in the room, and they negotiated the deal on behalf of

16   themselves and the other senior bondholders.  There were no

17   bondholder representatives, senior indentured trustees,

18   Aurelius, any of the other guys who own the rest of them,

19   PHONES, involved in any of the negotiations associated with

20   the deals that perpetrated the two term sheets, so I don't

21   think they were at all qualitatively related, let alone

22   similar.

23   Q      Okay.

24              MR. ZENSKY:  Your Honor?

25              THE COURT:  Yes.

1          MR. ZENSKY:  What time are we going until?

2          THE COURT:  Well, I have a conference call in

3  chambers at 5:30, so I would say any time getting around

4  5:15, assuming you won't finish your direct by then.  If you

5  come to a break point, let me know.

6          MR. ZENSKY:  Would it be possible now, just to

7  take two minutes?

8          THE COURT:  Two minutes?

9          MR. ZENSKY:  Yeah.

10          THE COURT:  And then resume afterwards?

11          MR. ZENSKY:  Or five minutes, I should say.

12          THE COURT:  Take a five-minute recess.

13          MR. ZENSKY:  Okay.  Thank you.

14      (Recess taken from 4:36 to 4:49)

15          MR. ZENSKY:  Thank you, Your Honor.

16  BY MR. ZENSKY:

17  Q    Mr. Gropper, just to clarify one thing that we covered

18  early today.  You testified that the examiner model that was

19  created at Aurelius after the examiner report showed

20  expected value of approximately $1.8 billion.  Do you recall

21  that?

22  A    That's correct.

23  Q    Okay.  Was that for all of the causes of action

24  against any potential defendant or some subset?

25          MR. BENNETT:  Objection.

1          THE COURT:  Basis.

2          MR. BENNETT:  This is a all -- there's no

3   foundation as to whatever personal knowledge he has about

4   that answer.

5          MR. ZENSKY:  Your Honor, he testified --

6          THE COURT:  He answered it before, yeah.

7   Overruled.

8   BY MR. ZENSKY:

9   A    It's the cause of action against the LBO lenders.

10  Q    Okay.  So it does not include causes of action against

11  other defendants that may be preserved under potential plans

12  of reorganization?

13  A    That's correct.

14  Q    Now, you testified earlier that you sent the

15  creditors' committee -- or Mr. Prieto sent the creditors'

16  committee a live version of the examiner model.

17  A    Yes.

18  Q    And I believe we looked at Noteholder Exhibit 2145,

19  the transmittal of that model.

20  A    Yes.

21  Q    Did there -- was there an occasion where you and/or

22  Mr. Brodsky met with the creditors' committee after the date

23  of Exhibit 2145 to discuss the examiner model?

24  A    Yes.  We sent the examiner model, as we've now termed

25  it, to the creditors' committee on the -- what was the

1    Wednesday after the first mediation session, and then we

2    requested to have an in-person meeting with the creditors'

3    committee to go over the model, itself.  We thought it was

4    important to get it to the committee ahead of that meeting.

5    We wanted their financial advisor to test it and challenge

6    it and make sure it operated with integrity and that it was,

7    in fact, you know, didn't have any modeling mistakes, so we

8    wanted to get it to the creditors' committee in advance of

9    having a discussion.

10   Q    Okay.  And did they -- strike that.  Was a meeting

11   arranged?

12   A    There was a meeting the following week.

13   Q    Okay.  Do you remember what date it was?

14   A    I think it was whatever was the Thursday of the next

15   week, so I think it was probably October 6th.

16   Q    Okay.  If you look at document seven in your binder,

17   which is DCL Exhibit 87 --

18   A    Sorry, October 7th.

19   Q    Does that refresh your recollection?

20   A    Yes.  It's October 7th, sorry.

21   Q    Okay.  And who attended this meeting with the

22   committee?

23   A    I attended, along with Mr. Brodsky and Danny Golden

24   from Akin Gump.

25   Q    Okay.  What was the status -- or strike that.  Was

1    this a mediation session?

2    A       No, this was outside the mediation.

3    Q       Okay, good.   And what was the status of the settlement

4    process at that time?

5    A       What had occurred at that time is that the company had

6    negotiated a deal with the LBO lenders -- sometimes I refer

7    to that as the defendant settled with the defendant -- in

8    order to settle the step-one avoidance claims and

9    disgorgement claims for $238 million.

10   Q       To the notes?

11   A       To the notes.

12   Q       What happened at the meeting?

13   A       With the committee.

14   Q       Yes, correct.

15   A       Yes.   So given that we had sent the model to the

16   committee's financial advisor the week prior, Mark Brodsky

17   sought to run the creditors' committee through, at a high

18   level, the conclusions of the model, how the model was

19   constructed, what we attempted to do, and also showed how

20   the model could be -- how different assumptions of the model

21   would change the results.   What we actually found in the

22   model is that even if you change, you know, what highly

23   likely means and you change the numbers, it doesn't really

24   move the expected value that materially, or if you make

25   certain other adjustments to the model, it still kicks out a

1  very, very large number.

2          MR. SOTTILE:  Your Honor, I rise to object simply

3  because I'm not sure whether or not we're getting a

4  description of what was said at the committee meeting or

5  about the workings of the model, and I would be grateful for

6  clarification on the point.

7          MR. ZENSKY:  Certainly.

8  BY MR. ZENSKY:

9  Q    Mr. Gropper, the question was what was discussed at

10 the meeting, and can you clarify for the Court whether that

11 was what was discussed at the meeting.

12 A    Well, I would actually respond to Mr. Sottile by

13 saying both.  I mean, that is what the model did.

14         THE COURT:  Respond to Mr. Zensky.

15         MR. GROPPER:  Oh, well.  I'll respond to Mr.

16 Zensky by saying --

17         THE COURT:  You may not have a chance to discu --

18 talk to Mr. Sottile.  I don't know yet.

19 BY MR. ZENSKY:

20 A    Both.  We did discuss that at the meeting.  We walked

21 through the model.  Mark walked through the model and how it

22 worked and what expected value it kicked out and what the

23 various inputs to the model were, how it worked, how it was

24 constructed, and also the fact that even if you change

25 certain inputs, it really doesn't affect the model

1  dramatically.

2  Q    Okay.  Did you discuss anything at this particular

3  meeting with regard to whether Aurelius viewed -- strike

4  that.  Did you discuss whether Aurelius favored a settlement

5  of the claims or preferred litigation or anything on that

6  topic?

7  A    Oh, we absolutely said we preferred settlement.  We

8  always prefer settlement.  We settle cases all the time, and

9  it was our goal and our intention, and that's frankly why

10  Mr. Brodsky attended all the mediation sessions.  I wanted -

11  - we wanted someone there who had the authority to make the

12  decision on the spot to resolve the case.  We didn't want to

13  have to make phone calls.  And we expressed our view at the

14  committee meeting that we wanted to see the case settled.

15  Q    Okay.  And, in fact, if you look at the minutes that

16  were submitted by the DCL group, Exhibit 87, in the second

17  bullet, there's a sentence.  Do you see "Aurelius stated"?

18  A    Yes.

19  Q    Okay.  Can you read that into the record?

20  A    "Aurelius stated that they would like to see a

21  settlement of the LBO-related causes of action, but that any

22  settlement must be grounded in a fair reading of the legal

23  risks and a proper analysis of the expected outcomes."

24  Q    Okay.  Is that a summary and substance of what was

25  said at the meeting by Aurelius?

1    A    Yes.

2    Q    Did you indicate to the committee during the course of

3    this meeting that you were considering an alternative plan

4    of reorganization for Tribune?

5    A    Yes.

6    Q    Or sponsoring an alternative plan.

7    A    Yes.

8    Q    Okay.  What was said in that regard?

9    A    Well, we wanted to come up with a way for Tribune to

10   exit bankruptcy even if the LBO-related causes of actions

11   couldn't be resolved in bankruptcy, so what we sought to

12   create was a plan that would preserve the LBO-related causes

13   of action, that would escrow enough consideration to pay the

14   pre-LBO creditors to the extent they won, and would allow

15   the litigation to go forward after Tribune had exited

16   bankruptcy.  We all knew there's going to be litigation

17   after the bankruptcy case under either, so we just proposed

18   a plan that didn't settle the most valuable causes of

19   action, but preserved them, and we described that plan to

20   the committee because, frankly, we wanted to get the

21   committee's support for that plan.

22   Q    Okay.  After the second term sheet was issued on

23   October 12th, Mr. Gropper --

24   A    Yes.

25   Q    -- and excluding anything that you may have discussed

1  at mediation, did you discuss the proposed settlement with

2  any representative of the debtor?

3  A    Yes.  I called Mr. Kurtz after the second mediation

4  term sheet had come out, which was the first I'd learned

5  about it, when it was announced publicly, and I told him

6  that I thought the settlement was completely inadequate,

7  totally inappropriate and bore no resemblance to the

8  strengths of the claims and could not understand what kind

9  of justification could be offered for it.

10 Q    Okay.  And did Mr. Kurtz respond to your criticism of

11 the settlement?

12 A    Well, all he said was that the debtors were going to

13 try and get this done in court, and if they couldn't get it

14 through, then they would negotiate with us, and I told him

15 that I thought that was inappropriate.  I told him I didn't

16 think that's the way bankruptcy should work, and I don't

17 think it's how bankruptcy should work.

18 Q    After the second term sheet was issued on October 12th

19 and outside of any mediation session, did you discuss the

20 proposed settlement with the creditors' committee?

21 A    We did.  Danny Golden and I called Howard Seife one

22 evening when Danny was at my office, and Danny spoke on

23 behalf of us and said, you know, "Howard, could you please

24 explain to us what could be your justification for the

25 settlement because we don't understand how it is you could

1    justify agreeing to such a settlement," and what Mr. Seife

2    said is, "Look, I'm not going to do this on the fly.  You

3    know, I'm not going to just do this, you know, with a random

4    phone call.  We'll set up a meeting, and we'll have a

5    detailed description where we will walk you through the

6    justification for the settlement."

7    Q    Okay.  Was that meeting ever scheduled?

8    A    That meeting was never scheduled, has never been

9    scheduled to this day, and we've requested it many, many

10   times.  So to this day, I don't understand why the committee

11   agreed to the settlement.

12   Q    After the second term sheet was issued and outside of

13   any mediation, did you reach out to any of the LBO lenders

14   to discuss the proposed settlement?

15   A    We did.  Not deterred, we're persistent folks.  So I

16   reached out to Gavin Baiera and Angelo Gordon in -- sometime

17   in early December.  I'd known Gavin from the Lyondell case,

18   we were on the other side of one another, and had worked

19   with Angelo Gordon on the same side, actually, in many, many

20   cases in the last decade or so.  So I reached out to Gavin.

21   I said, "Look, Gavin, there has to be a disconnect here

22   because you obviously feel very strongly.  We obviously feel

23   very strongly.  So in our experience, that usually happens

24   when people aren't communicating and people aren't talking,

25   so you know, how about if Brodsky and I come to your office.

1    We'll sit down with you and Mr. Fuller and --" probably said

2    you and Tom.  "We'll sit down with you and Tom, and we'll

3    explain to you how we're viewing the case, and you should

4    explain to us how you guys are thinking about the case

5    because there has to be a disconnect."  And Mr. Baiera said

6    he'll get back to me.  He called me up, and he said, "We

7    have no interest in discussing the merits of the case with

8    you, period.  But if you want to discuss settlement, you can

9    call us."  So I thought about it, and I called him back

10   shortly after.  I said, "All right, fine.  We will come to

11   your office, Mark and I.  We will sit down with you and Tom.

12   I promise we will not mention the word WEAR once.  We will

13   come and see if we can, you know, negotiate a settlement of

14   the case."  And Mr. Fuller called me back with Mr. Baiera

15   shortly thereafter and said, "We're not talking to you about

16   settling this case."

17   Q    Let me back up a minute.  I had another question I

18   meant to ask.  In connection with the meeting with the

19   committee, which you testified about, on October 7th, and

20   the -- Mr. Brodsky took the committee through the model.

21   You may have mentioned this earlier.  Did you get any

22   feedback from Mr. Sottile or any of his colleagues?

23   A    We had interaction with Mr. Sottile, other than at

24   that session.  I don't recall feedback at that meeting, but

25   there had been questioning from Mr. Sottile about, you know,

1    and I referred to earlier in my testimony, you know, gee,

2    what if you assume 546(e), which we didn't, and I actually -

3    - you know, I think that that 546(e) had a, you know, two-

4    hundredish-million-dollar effect on the model to be expected

5    by -- down by a couple hundred-million bucks.

6    Q     A $200-million reduction?

7    A     Reduction from the billion-eight.

8    Q     You remember any other feedback you got from the

9    committee?

10   A     Other than Zul Jamal telling me he thought the model,

11   you know, worked and had integrity from a modeling

12   standpoint, no.

13   Q     All right.  We spent a lot of time talking about the

14   negotiations and your knowledge of what was happening.  I

15   want to turn to the terms -- the actual terms of the

16   settlement itself and first ask you briefly just to provide

17   the Court the -- strike that.  Were there any major

18   differences, in your view, between the April settlement and

19   the October settlement?

20   A     Oh, sure.

21   Q     Okay.  And what were the salient differences to you?

22   A     Well, for starters, the April settlement, again

23   outside the process context, the April settlement, the notes

24   got a strip of consideration, so they got cash, new notes in

25   Tribune and reorganized equity of Tribune, and the April

1  settlement was done at a 6.1-billion-dollar distributable

2  enterprise value.  So the notes under the April settlement

3  could benefit from any concomitant increase in

4  distributable-enterprise value of Tribune over time.  The

5  October settlement, if I can call it that, was cash.  So

6  there was no opportunity for the notes to benefit from an

7  concomitant increase in the value of Tribune, and

8  incidentally, while the first and second mediation term

9  sheets had indicated a $6.1-billion distributable enterprise

10 value, the plan that was filed indicated a $6.75-billion

11 distributable enterprise value.  So we already know between

12 -- in the company's view, between April and October, the DEV

13 of Tribune went up by, you know, several million bucks.

14 Q     Okay.  Can you look at the document under tab A, which

15 is a page from our objection to the DCL plan, sir?

16 A     Okay.

17 Q     Do you see the chart there?

18 A     Yes.

19 Q     Are you familiar with that chart?

20 A     I am.

21 Q     Okay.  Can you just briefly take us through what the

22 three pairs of lines are supposed to represent in connection

23 with the April plan and the current plan?

24 A     Sure.  The blue bars represent the recovery of the

25 senior lenders under the April plan and the DCL plan, so --

1  and the red bars represent the recovery to the senior

2  noteholders under the April plan and the DCL plan.  And the

3  green line going across represents the value of the

4  settlement consideration, and what's meant by that is that

5  there is a certain natural recovery that the senior bonds

6  get, even if they lose, and that is, you know, let's, just

7  to keep the math easy, call it $60 million.  So even if

8  there is a full litigation of the claims and assuming a 92

9  percent to the sub, 8 percent to the parent split of the

10 DEV, there is somewhere between, you know, 59 and 62

11 depending on which case you're in, either the first or the

12 second case, natural recovery.  So what this indicates is

13 that the April settlement, which was a $450-million strip,

14 at a $6.1-billion valuation conveyed $391 million in

15 settlement consideration to the senior notes.  So the senior

16 notes got back 35 cents, and the senior lenders got back,

17 call it, 63 cents.  What the second group shows is that the

18 settlement consideration goes down under the DCL plan

19 because the settlement consideration went from 450 in stock

20 at 6.1 right to 431 to the notes.  So that 431 is then

21 reduced by the natural recovery to get the 369 of settlement

22 consideration, but -- so what you see if the senior

23 noteholder recovery goes from 35 cents to 33-and-a-half, but

24 the bank recovery -- and again, this is both step one and

25 step two -- the bank recovery goes from 63 to 71 cents.

1  What the third bar shows is, well, gee, what happens if the

2  DEV really isn't 6.75 billion.  I mean, I heard the Lazard

3  testimony, and I understand Lazard feels that the value of

4  the company today actually isn't 6.75, it's $7 billion based

5  on some updated work they did, but let's say it's $8

6  billion.  So at an $8-billion distributable enterprise

7  value, the senior note recovery, again, stays at the 33-and-

8  a-half cents.  The actual settlement consideration goes down

9  because the natural recovery goes up by $10 million, but the

10  bank-debt recovery -- and again, this is step one and step

11  two, so we're talking about $2.1 billion the claims examiner

12  found highly likely to be a fraudulent conveyance -- they

13  get an 86-cent recovery.

14  Q     Okay.  And in light of the examiner report, did this

15  progression of events make any sense to you?

16  A     It made absolutely no sense to me whatsoever.

17  Q     Okay.  Let's look at the -- strike that.  Let's talk

18  about the evolution of the current settlement from the first

19  term sheet to the second term sheet.  You've already

20  testified that you were unaware those terms were under

21  discussion.

22  A     Correct.

23  Q     Upon learning of it, I take it you studied the term

24  sheet.

25  A     Yes.

1  Q    Okay.  And what were the salient pieces of the first

2  term sheet, what it settled and what it didn't?

3  A    So I'm just going to go back to that first tab we were

4  looking at.  Thank you.  So what this shows -- and my

5  understanding of the first term sheet is illustrated on this

6  chart in blue.  So what it shows is that the $6.5 billion of

7  step-one avoidance claims were settled for $322 million or

8  five percent of that exposure, which just made absolutely no

9  sense to me because these are claims that the examiner said

10 are reasonably unlikely to be fraudulent claims.  He didn't

11 say definitely not or totally absolutely or highly unlikely.

12 He said reasonably unlikely.  Those settled for $322

13 million, $6.5 billion of claims.  The $1.9-billion-dollar

14 claims of step one disgorgement, again before prejudgment

15 interest, were settled for zero.  So that comprises what

16 happened in the first term sheet when the company settled

17 with the banks.

18 Q    Okay.  And what amount of the 322 was allocated to the

19 senior notes in the first term sheet?

20 A    $238 million.

21 Q    Okay.  And natural recoveries were supposed to be

22 provided on top of that?

23 A    That's right.  So the first term sheet provided for

24 $300 million in consideration to the senior notes, so there

25 was $62 million of natural recovery.  So the difference

1  between the 300 and the $62 million of natural recovery is

2  the $238 million of settlement consideration that's in the

3  box right on the top row.

4  Q    Okay.  Now, let's turn our attention to the second

5  term sheet and the expansion of the settlement.  What did

6  that propose to accomplish?

7  A    Well, what that did -- because the first term sheet

8  did not settle the step-two litigation claims.  So what the

9  second term sheet purported to do was to settle the issues

10 of step-two avoidance and step-two disgorgement.  Again,

11 these were claims highly likely to be a constructive

12 fraudulent conveyance, reasonably likely to be an

13 intentional fraudulent conveyance -- don't think I've ever

14 seen an intentional fraudulent conveyance.

15 Q    Try to slow down a little bit.

16 A    Sure.

17 Q    Okay, Mr. Gropper.

18 A    So what happened as part of the second term sheet is

19 the $318 million of step-two disgorgement -- these were

20 principal and interest payments that were made to the step-

21 two lenders prior to the filling -- those claims were

22 settled for $120 million or 38 percent of the exposure, the

23 highly-likely fraudulent conveyance claims.  The step-two

24 allowance claims, the $2.1 billion of claims, they were

25 settled for $70 million, none of which of the consideration

1   went to the senior notes.  So the senior notes, in exchange

2   for a release of $2.4 billion of highly-likely constructive

3   fraudulent conveyance claims, received $120 million.

4   Q     Okay.  And again, sir, at the time that these two

5   settlements were reached, was Aurelius the single largest

6   bondholder of Tribune?

7   A     Yes.

8   Q     Now, you talked a bit about this a few moments ago

9   when we were looking at the demonstrative from our brief and

10  the potential impact of higher value were the Court to find

11  that the company's value is higher than 6.75 billion.

12  A     Yes.

13  Q     Do you have an understanding of whether there are

14  other impacts that would result -- that would impact --

15  strike that.  Do you have an understanding of whether there

16  would be other impacts on noteholder recoveries if the value

17  were found to be higher?

18  A     Well, the distributable-enterprise value of Tribune

19  actually affects recoveries in a multitude of ways.  The

20  higher the distributable-enterprise value is, the higher the

21  natural recovery is to the senior bonds, so the lower the

22  consideration is under the DCL plan because the DCL plan

23  holds the recovery constant at 450.  So where there's been a

24  very significant increase, say, from April, the DEV's gone

25  from $6 billion to $7 billion, so the DEV's up by a sixth to

1   keep the math easy.  So if you just take the April plan and

2   adjust that number up by a sixth, you're well over $500

3   million, yet the current plan is lower, notwithstanding the

4   examiner report, which is just puzzling to me.  The DEV also

5   affects the amount of consideration that the senior lenders

6   give up because the higher the DEV is, the higher the senior

7   lender's recovery is.  So as a matter of fairness, the

8   higher the DEV is, the lower percent of their claims they're

9   giving up.  And then the last effect it has is that if, in

10  fact, you just follow the examiner report and say, well,

11  step two goes away, you can have a situation where when DEV

12  gets into the sevens, where step one is paid in full, and

13  then the unsecured creditors do vastly better than they do

14  under the DCL plan.  So once you have a -- you know, into

15  the mid-sevens, the unsecured creditors would get, like, a

16  billion dollars, and step one gets 100 cents.  So if step

17  one gets 100 cents, the unsecured creditors would get, you

18  know, call it a billion dollars, and then if you assume step

19  two is avoided.  So there are so many ways that

20  distributable-enterprise value impacts value here, and we're

21  not protected in any way for any of those changes.

22  Q    Okay.  Just so the record's clear, the last impact you

23  described about step one being paid in full, so the Court is

24  clear, what assumption were you making about whether

25  postpetition interest was allowed?

1    A      I was making the assumption postpetition interest was

2    not allowed.

3    Q      Okay.  Let me turn to the topic of the preserved

4    claims and ask you what's your understanding of the claims

5    that the debtor-committee-lender plan preserves for

6    litigation after confirmation.

7    A      Claims against the directors and officers, claims

8    against Zell, claims against the advisors and claims against

9    certain of the step-two shareholders.

10   Q      Okay.  Have the debtors ever presented a valuation or

11   estimate of the recoveries associated with those claims?

12   A      No.

13   Q      Are you familiar with the term a "bar order"?

14   A      Yes.

15   Q      Okay.  Are you aware of whether the DCL plan proposes

16   a bar order?

17   A      My understanding is that it does.

18   Q      Okay.  Have you ever been presented with any valuation

19   by the DCL group as to the impact that the bar order might

20   have on recoveries associated with the preserved causes of

21   action?

22   A      No.

23   Q      Under the DCL plan, the preserved claims go into a

24   litigation trust; is that your understanding?

25   A      Yes.

1    Q      Okay.  And do you know who will control the litigation

2    trust under the DCL plan?

3    A      Actually, no.  We don't know who's going to be the

4    litigation trustee.  We don't know who's going to be on the

5    board of the litigation trust.  What we do know is the folks

6    who'll have the majority of the economic interest won't have

7    input into that, so for all we know, a creditor who would

8    serve to benefit from the bar order that you just mentioned

9    could actually control the trust and manage the litigation

10   in a way that were detrimental to the recoveries.

11   Q      Okay.  When you said the creditors who have the

12   greatest interest in the trust, who were you referring to?

13   A      The pre-LBO creditors get 65 percent of the trust.

14   Q      Okay.  And does the DCL plan give any of those pre-LBO

15   creditors -- strike that.  Does the DCL plan give Aurelius

16   or any other noteholder any input into the control of the

17   trust?

18   A      No.

19   Q      All right.  Or any control over the prosecution of the

20   claims?

21   A      None.

22          MR. ZENSKY:  Your Honor, this is an absolutely

23   perfect breaking time.

24          THE COURT:  Okay.  We'll pause here.  Let me ask

25   for a preview of tomorrow's events.

1    MR. ZENSKY:  I would say that I have 45 minutes

2 more of direct, Your Honor.  I anticipate a lengthy cross, I

3 believe, from Mr. Kaminetzky.  Originally, we were going to

4 proceed after Mr. Gropper with Dr. Beron, but Professor Rock

5 came in for his deposition and testimony, so I alerted the

6 other side earlier today that we may need to put him on when

7 Mr. Gropper is done and then pick up with the other

8 noteholder experts, and we'll discuss later whether it makes

9 more -- or I'll discuss with the DCL group whether it makes

10 more sense to do Mr. Prak at that point, who's the FCC

11 expert, or start Dr. Beron.  We'll see what makes the most

12 sense for scheduling.

13    THE COURT:  Okay.  We will start at 9:30

14 tomorrow, and we'll go to, you know, sometime between 4:00

15 and 4:30, wherever we come to an appropriate break.

16    MR. ZENSKY:  That's helpful to know so we can

17 figure out what else we can get on tomorrow.

18    MR. BENDERNAGEL:  Your Honor, we'll cooperate

19 with the noteholders in that regard, but we've got a lot of

20 moving pieces here, and we haven't even taken Professor

21 Rock's deposition yet.  It's scheduled to start at six o'

22 clock, and just note we're going to reserve our rights as to

23 what we're going to agree to tomorrow.  We can deal with it

24 tomorrow.  We'll try to work as hard as we can to

25 accommodate their -- the situation so we can move forward.

1          THE COURT:  All right.  Anything else before we

2    break?

3          MR. ZENSKY:  No, but there was an email exchange

4    and agreement that this schedule would work for the debtors,

5    so I'm surprised to hear Mr. Bendernagel say that, but we'll

6    work it out, Your Honor.

7          THE COURT:  All right.  Understood.  Thank you.

8    Court will stand adjourned.

9       (Proceedings adjourned at 5:16 p.m.)

10

11

12                        CERTIFICATION

13          I certify that the foregoing is a correct

14   transcript from the electronic sound recording of the

15   proceedings in the above-entitled matter.

16

17
18   _____        14 March 2011
19   Transcriber                              Date
20

1                        INDEX

2  WITNESSES:                  Direct   Cross   Redirect   Recross

3  Rajinder Singh                       12       115        125
4
5  Dan Gropper                 222
6
7
8  DEPOSITION PLAYBACK:       Begins:
9
10 Mark Shapiro                128
11 Maggie Wilderotter         168
12 Wayne Smith                186
13 Thane Carlston             193
14 James Lee                  203
15
16
17
18
19
20                        EXHIBITS
21 NPP EXHIBITS:                      Identified      Received

22 2145 - E-mail, Dennis Prieto          252            253

23 2471 - 8/17/10 Meeting Notes          254            266

24 2472 - Examiner Model                 254            258

| Word | Page:Line |
| --- | --- |

**08-13141-kjc**(1) 1:5
**1.9-billion-dolla**(1) 295:13
**10-percent**(2) 75:3 114:19
**10k's**(2) 30:10 31:20
**13-times**(2) 77:23 77:24
**200-million**(1) 291:6
**33-and**(1) 294:7
**33-and-a-half**(1) 293:23
**450-million**(1) 293:13
**6.1-billion-dolla**(1) 292:1
**6.75-billion**(1) 292:10
**8-billion**(1) 294:6
**8.2-plus-billion-dolla**(1) 202:25
**86-cent**(1) 294:13
**a-1**(1) 113:13
**a-half**(1) 294:8
**a.m**(7) 1:14 12:1 55:1 55:1 111:15 111:15 207:5

**abid**(1) 2:36
**abiding**(1) 190:11
**ability**(3) 53:18 66:2 245:15
**able**(14) 27:17 43:8 43:8 43:23 78:15 116:16 116:19 132:24 145:9 215:4 230:9 230:23 248:20 276:5

**about**(185) 15:4 17:25 18:12 22:17 23:1 27:5 31:14 32:11 34:24 35:20 36:9 40:21 41:16 50:4 50:11 51:13 52:2 57:17 60:17 64:5 65:15 66:10 70:22 74:9 74:15 80:8 83:18 87:25 92:6 96:24 99:23 101:20 102:1 102:3 102:6 102:18 107:4 107:20 107:21 111:17 111:19 117:1 118:5 119:10 119:23 120:9 124:13 125:22 128:14 133:15 137:4 137:5 138:16 138:17 139:24 141:25 142:2 144:6 144:14 145:19 149:18 153:3 154:3 158:12 159:7 159:10 160:4 160:21 163:7 165:2 166:11 167:6 170:4 171:3 176:2 179:8 179:21 179:23 180:5 184:18 185:17 187:18 191:9 191:22 197:2 197:13 197:22 202:25 203:7 207:16 208:5 209:19 209:23 212:1 213:24 214:3 217:4 217:5 217:8 218:18 219:9 220:3 220:24 221:11 221:18 223:17 223:18 224:12 228:16 228:18 229:5 229:19 230:13 230:24 232:9 233:16 233:18 235:15 235:17 235:1 235:20 235:21 235:21 236:2 237:3 237:5 237:5 237:8 237:21 237:24 239:11 239:18 239:21 241:10 241:11 242:25 245:21 246:22 246:22 246:24 248:2 250:9 251:22 252:15 256:18 256:21 257:1 257:17 258:9 259:15 260:2 261:20 262:14 262:21 263:1 265:8 266:3 266:5 268:2 268:21 269:9 271:9 272:9 272:18 273:13 274:22 277:17 277:19 277:21 282:3 285:5 288:5 289:25 290:4 290:9 290:15 290:19 290:25 291:13 294:11 294:18 297:8 298:23 298:24

**above**(7) 29:8 37:24 117:24 118:4 122:13 122:16 122:18

**aboveentitled** (1) 302:15
**absence**(1) 105:6
**absent**(2) 110:17 201:16
**absolutely**(14) 40:5 72:16 135:21 149:16 151:3 152:23 162:10 233:13 261:18 286:7 294:16 295:8 295:11 300:22

**academic**(1) 69:14
**academically**(2) 68:22 73:21
**accept**(2) 136:3 271:11
**acceptable**(4) 187:12 188:2 188:9 189:3
**accepted**(1) 198:24
**access**(3) 53:4 53:5 204:17
**accessed**(2) 168:2 168:5
**accommodate**(1) 301:25
**accompanied**(1) 274:19
**accomplish**(1) 296:6
**accordingly**(1) 165:17

**account**(23) 24:15 38:10 54:8 54:12 55:8 56:14 73:2 75:21 79:9 79:20 81:4 84:7 84:14 84:16 85:9 85:11 85:12 85:23 86:1 89:24 117:4 269:18 269:25

**accounting**(5) 80:21 80:24 81:3 86:3 98:12
**accounts**(5) 25:5 81:6 85:18 86:7 91:11
**accumulation**(1) 90:24
**accurate**(7) 22:7 28:19 39:21 40:1 49:13 176:5 177:1

**accurately**(1) 124:17
**achieve**(1) 156:9
**achieving**(1) 156:19
**acquired**(3) 75:7 75:15 77:11
**acquiring**(1) 221:23
**acquisition**(1) 178:25
**across**(7) 37:15 69:9 69:9 114:7 120:25 264:8 293:3

**acting**(3) 154:17 154:20 155:8
**action**(15) 141:12 141:13 142:1 142:5 164:14 228:16 259:16 259:16 281:23 282:2 282:10 286:21 287:13 287:19 299:21

**actions**(1) 287:10
**active**(1) 174:17
**activities**(2) 98:6 160:22
**activity**(1) 170:20
**actual**(7) 14:6 94:19 107:9 117:21 118:3 291:15 294:8

**actually**(39) 27:21 29:7 34:10 37:15 39:23 62:1 81:18 82:13 82:15 86:19 86:21 89:1 96:5 98:6 105:10 105:11 121:25 123:8 137:16 142:21 168:4 174:24 182:7 210:24 216:21 217:14 220:6 251:7 253:10 264:20 266:15 284:21 285:12 289:19 291:2 294:3 297:19 300:3 300:9

**adam**(1) 3:27
**add**(12) 20:21 24:16 78:15 82:14 82:17 83:25 86:13 235:24 235:25 236:5 237:23 250:15
**add-on**(1) 92:4
**added**(8) 80:15 82:8 83:2 83:23 86:17 90:21 90:22 229:1
**adding**(3) 83:12 87:22 92:1
**addition**(5) 30:14 149:6 242:9 259:10 259:14

**additional**(2) 94:10 236:4
**addressed**(2) 89:20 214:2
**addressing**(1) 80:5
**adds**(1) 40:12
**adelman**(1) 7:33
**adjourned**(2) 302:8 302:9
**adjudicated**(1) 134:11
**adjust**(5) 29:4 56:1 81:25 82:13 298:2
**adjusted**(2) 101:1 197:22
**adjusting**(1) 87:21
**adjustment**(14) 15:7 26:7 29:7 61:21 82:8 83:18 84:12 86:10 86:22 86:23 91:18 99:7 101:5 101:21

**adjustments**(17) 20:4 81:22 85:16 87:23 91:17 91:21 95:22 96:13 98:12 99:4 99:7 99:23 100:22 101:4 116:24 124:13 284:25

**administered**(1) 1:6
**admissible**(1) 246:10
**admission**(2) 256:10 258:14
**admit**(2) 58:18 58:24
**admitted**(5) 246:12 254:3 254:5 259:3
**adopt**(1) 101:3
**adopted**(2) 100:23 101:1
**advance**(3) 195:13 245:5 283:8

**advice**(10) 131:9 145:15 146:9 185:17 191:15 192:1 192:2 194:6 235:18 237:2
**advised**(1) 254:21
**advising**(2) 146:3 212:7
**advisor**(9) 131:1 147:6 173:11 194:10 198:7 253:4 253:13 283:5 284:16

**advisors**(23) 110:4 113:15 131:9 131:13 131:22 132:25 133:1 135:18 135:19 136:8 136:10 136:13 136:19 136:21 137:7 138:8 146:24 147:1 148:2 192:2 194:4 225:20 299:8

**advisory**(1) 178:22
**affect**(7) 81:3 81:6 81:9 86:7 237:6 238:7 285:25

**affecting**(3) 30:13 30:14 84:18
**affects**(2) 297:19 298:5
**affiliate**(1) 35:5
**affiliates**(1) 173:16
**affiliation**(1) 35:12
**aforementioned**(1) 131:19

**after**(46) 66:21 75:7 88:7 118:8 128:12 128:13 135:25 137:16 150:12 153:17 155:1 175:11 180:5 189:15 203:14 207:21 212:19 224:14 224:23 224:24 229:24 230:24 232:5 243:9 243:15 243:16 251:19 253:5 260:4 261:24 263:19 268:17 268:23 273:18 281:19 282:22 283:1 287:15 287:17 287:22 288:3 288:18 289:12 290:10 299:1 301:4

**afternoon**(5) 126:24 126:25 127:6 223:8 223:9

**afterwards**(1) 281:10

**again**(73) 16:4 16:24 22:1 25:6 26:15 31:15 31:20 31:21 34:1 34:17 35:15 36:18 42:14 42:25 43:7 49:22 50:1 58:8 71:24 72:21 73:16 74:4 74:9 74:20 75:12 75:23 76:4 76:25 79:12 79:13 79:22 83:18 98:7 99:2 99:19 107:3 108:13 111:5 115:19 123:10 133:20 137:18 155:5 164:8 164:19 168:9 171:24 177:19 194:2 203:6 221:5 222:5 222:25 238:16 242:18 244:14 244:1 245:8 246:18 250:6 258:2 260:7 261:20 262:5 271:8 274:3 291:22 293:24 294:7 294:10 295:14 296:10 298:4

**against**(18) 27:19 37:18 45:12 105:13 135:3 135:4 141:19 145:21 263:14 263:16 263:17 281:24 282:9 282:10 299:7 299:8 299:8 299:8

**agenda**(2) 161:5 218:3
**agent**(2) 238:18 244:14
**aggregate**(5) 36:12 36:19 65:25 95:1 107:3
**aggressive**(4) 226:24 227:6 260:21 261:2
**ago**(9) 74:14 76:9 139:9 165:16 170:13 173:12 225:9 250:9 297:8

**agree**(29) 32:4 34:3 35:19 40:24 54:7 68:1 68:21 69:12 73:21 87:9 101:19 101:23 101:24 104:10 111:6 122:24 123:24 167:12 192:23 209:9 209:24 231:5 232:25 235:10 264:20 270:17 271:17 280:2 301:23

**agreed**(5) 21:24 29:22 132:2 136:2 289:11
**agreeing**(1) 289:1
**agreement**(13) 4:4 5:13 52:5 52:8 52:12 52:17 52:20 52:25 229:18 229:25 230:4 230:10 302:4

**agreements**(1) 230:6
**agrees**(1) 232:22
**agudelo**(1) 11:13
**ahead**(9) 97:16 252:16 283:4
**ahmed**(1) 10:21
**akin**(6) 2:35 7:26 18:18 127:7 222:6

**alert**(3) 128:1 253:8 253:8
**alerted**(1) 301:5
**all**(108) 12:4 17:9 20:21 27:13 27:18 30:9 30:12 30:14 33:20 37:11 41:15 47:15 47:22 49:6 54:6 54:23 66:6 69:17 75:23 80:4 81:24 82:13 84:22 86:12 87:23 93:9 96:15 98:2 98:11 99:13 99:13 100:10 104:3 105:17 107:16 108:4 111:16 119:10 120:6 120:9 122:1 122:19 126:21 126:25 127:5 127:11 128:3 128:4 133:5 136:13 136:18 136:19 137:5 137:6 141:22 150:23 154:3 156:4 171:6 171:21 172:14 174:24 175:16 176:12 176:15 177:24 181:3 190:8 190:18 190:20 190:21 194:7 204:5 210:10 210:15 211:9 215:4 215:21 219:11 224:10 232:17 237:7 243:7 243:15 244:5 244:7 245:4 245:24 246:11 247:3 250:21 254:1 262:21 263:12 278:21 280:10 280:21 281:23 282:2 286:8 286:10 287:16 288:12 290:10 291:13 300:7 300:19 302:1 302:7

**allison**(1) 4:35
**allocated**(1) 295:18
**allow**(3) 182:2 248:10 287:14
**allowance**(1) 296:24
**allowed**(5) 277:22 298:25 299:2
**almost**(4) 216:12 245:9 262:25 279:13
**alone**(3) 36:24 104:13 280:21
**along**(12) 26:21 33:15 36:11 37:14 42:4 72:10 136:20 137:9 168:18 244:11 248:11 283:23

**already**(8) 21:10 65:25 168:11 234:18 245:2 257:18 292:11 294:19

**also**(52) 17:17 30:15 32:25 33:5 43:6 47:10 55:24 65:4 68:11 76:2 76:6 77:25 78:4 86:25 87:14 87:15 99:17 100:20 101:17 105:19 122:23 131:17 145:24 146:3 152:3 164:21 169:22 170:25 173:2 185:1 196:17 198:10 200:19 225:8 234:7 240:14 244:18 246:19 246:24 261:6 263:9 264:1 264:11 265:15 267:22 268:7 269:14 271:17 274:19 284:19 285:24 298:4

**alternative**(3) 86:23 287:3 287:6
**although**(1) 230:25
**alvarez**(5) 9:4 9:4 10:41 254:16 254:21
**always**(14) 96:10 96:11 159:15 160:24 176:9 176:17 176:25 177:25 178:11 183:20 183:25 208:23 216:12 286:8

**amanda**(1) 2:44
**ambit**(1) 245:1
**amended**(1) 119:21
**america**(3) 5:30 5:36 140:17
**amit**(1) 9:32
**among**(2) 141:10 153:13
**amongst**(3) 32:22 103:11 103:12
**amortization**(3) 84:10 84:10 85:21
**amount**(16) 18:19 37:19 72:3 91:20 93:3 95:6 191:6 228:23 232:15 241:23 242:3 242:21 270:4 270:19 295:18 298:5

**analyses**(6) 17:1 24:13 85:15 85:15 103:2 237:16

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **analysis**(117) 17:14  17:21  19:9  19:10 | | **and**(301) 74:7  74:10  74:13  74:19  74:22 | | **and**(301) 140:17  141:1  141:5  141:10 | | **and**(301) 223:21  224:10  224:14  225:2 | |

analysis(117) 17:14  17:21  19:9  19:10
19:11  22:14  23:8  24:9  25:15  25:17  26:4
26:14  27:9  27:10  28:11  29:18  29:19  29:22
30:4  30:24  31:8  32:5  32:8  32:9  32:13
33:11  33:13  34:6  35:9  35:15  37:5  41:18
41:18  45:4  45:16  46:7  47:23  50:2  51:12
54:11  55:7  55:12  58:24  59:3  59:13  60:1
60:11  60:24  61:14  62:13  63:1  66:11  72:1
73:1  73:3  74:13  74:16  75:22  76:17  81:7
83:15  84:1  84:4  84:5  85:4  85:10  85:10
85:12  86:20  86:21  86:25  86:25  87:3  87:5
87:7  88:7  88:9  88:18  89:19  89:24  90:10
94:4  95:25  96:1  99:18  103:16  105:10
105:12  108:13  108:15  110:24  111:6  112:2
113:4  115:18  116:6  116:10  116:12  116:1
116:21  118:1  124:1  124:10  125:8  125:23
146:21  165:11  194:13  198:19  199:6  199:7
201:21  201:24  212:8  212:14  257:25  286:2

analysis."(1) 21:22
analyst(5) 97:11  106:16  229:21  254:14
262:2

analyst-consensus(1) 106:14
analysts(13) 106:18  106:21  107:12  107:22
107:23  107:24  108:4  108:5  108:7  109:3
124:8  244:12  253:2

analysts'(2) 107:17  110:25

analytical(3) 243:23  251:25  252:6
analytics(2) 108:23  109:2
analyze(2) 20:9  116:13
analyzed(1) 115:10
analyzing(1) 131:5
anchor(1) 35:10
and(301) 12:24  13:3  13:6  13:10  14:6  14:9
14:20  14:20  15:16  15:23  16:13  16:14
16:20  17:1  17:1  17:5  17:7  17:17  19:4
20:10  20:12  20:13  20:13  20:14  20:19
20:23  21:18  21:18  21:20  21:24  22:3  22:12
22:16  22:17  22:20  22:21  22:25  23:8  23:14
23:15  23:23  24:1  24:2  24:4  24:6  24:7
24:9  24:21  24:23  25:8  25:19  25:24  25:25
26:3  26:17  26:18  26:19  26:23  27:3  27:5
27:9  27:13  27:14  27:18  27:19  27:23  27:23
27:24  28:8  28:9  28:11  28:12  28:16  28:22
28:24  29:1  29:3  29:7  29:11  29:20  30:2
30:3  30:6  30:10  30:12  30:23  31:3  31:16
31:19  31:21  31:24  32:5  32:8  32:16  32:19
32:23  32:23  32:25  33:14  33:18  34:2  34:13
34:17  34:19  34:24  35:7  35:10  35:11  35:16
35:16  35:25  36:6  36:12  36:14  36:15  36:16
36:18  36:18  37:5  37:9  37:14  37:21  37:24
38:5  38:8  38:21  38:23  38:24  38:25  39:6
39:7  39:7  39:7  39:10  39:10  39:12  39:25
40:4  40:7  40:11  40:12  40:15  40:17  40:21
40:22  41:8  41:13  41:21  41:25  42:3  42:9
42:11  42:15  43:3  43:3  43:4  43:5  43:6
43:7  43:15  43:20  43:25  44:6  44:15  44:17
44:18  44:20  45:3  45:19  45:25  46:1  46:2
46:12  46:15  46:22  46:24  47:12  47:13
47:17  48:2  48:11  48:13  48:16  48:25  49:1
49:2  49:5  49:11  49:13  49:15  49:17  49:22
50:4  50:8  50:13  50:14  50:25  51:3  51:10
51:12  51:13  51:19  52:3  52:19  53:8  53:13
53:21  54:4  55:11  55:13  55:18  55:19  55:21
55:22  55:24  56:6  56:9  56:14  57:5  57:8
57:11  57:12  57:23  57:23  57:23  58:6  58:9
58:10  58:13  58:18  59:1  59:8  59:12
59:17  59:23  60:3  60:7  60:15  60:19  60:20
60:21  60:23  61:2  61:10  61:16  61:24  62:2
62:5  62:6  62:9  62:23  63:1  63:2  63:6  64:4
64:5  64:10  64:15  65:3  65:6  65:11  65:14
65:17  67:1  67:20  68:3  68:7  68:13  69:3
69:5  69:8  69:14  69:20  69:23  69:24  70:19
70:19  70:20  70:22  70:25  71:3  71:14  71:18
72:3  72:4  72:12  72:18  72:19  73:4  73:4
73:9  73:12  73:18  73:18  73:19  73:20  73:21
74:2  74:6  74:7

and(301) 74:7  74:10  74:13  74:19  74:22
74:24  75:6  75:18  75:21  75:23  75:25  76:3
76:4  76:5  76:6  76:25  77:2  77:12  77:14
77:16  77:21  77:23  78:4  78:9  78:12  79:15
79:23  80:1  80:2  80:3  80:4  80:5  80:14
80:17  80:21  80:24  81:9  81:17  81:18  82:8
82:14  83:5  83:9  83:10  83:20  83:22  84:19
85:3  85:9  85:14  85:15  85:18  85:22  86:8
86:13  86:14  86:15  86:17  86:18  86:19
86:25  87:12  87:15  87:20  87:21  87:22  88:3
88:4  88:9  89:10  90:1  90:5  90:5  90:20
90:24  90:25  91:2  91:3  91:9  91:11  91:16
92:22  92:25  93:8  93:16  93:20  93:22  93:24
94:7  94:7  94:8  94:10  94:15  94:16  94:17
94:18  94:24  95:4  95:8  95:10  95:12  95:13
95:14  95:24  95:25  96:6  96:7  96:10  97:3
97:5  97:24  97:25  96:6  97:8  97:9  97:11  98:15
98:18  98:19  98:20  98:21  98:24  98:24  99:25
99:4  99:9  99:10  99:10  99:13  99:17  99:19  100:4
100:13  100:17  100:23  101:7  101:12  101:1
101:16  102:12  102:16  102:19  102:20
103:2  103:5  103:7  103:11  103:13  103:15
103:16  103:18  103:24  103:24  104:2  104:3
104:4  104:19  104:24  105:8  105:9  105:14
105:15  105:16  105:19  105:23  105:24  106:1
106:5  106:9  106:11  107:7  107:13  107:16
107:24  108:3  108:4  108:14  108:24  110:3
110:4  110:5  110:7  110:19  110:23  111:8
112:8  113:3  114:11  114:13  114:17  115:9
115:19  115:23  116:8  116:13  116:14  116:15
116:19  116:21  117:1  117:2  117:10  117:10
117:17  117:20  117:22  117:25  118:2  118:9
118:10  118:13  118:19  118:19  118:22  119:
119:19  119:25  120:3  120:4  120:10  120:11
120:11  120:13  120:16  120:20  120:23
120:24  121:1  121:2  121:5  121:11  121:12
121:16  121:25  122:2  122:5  122:9  122:13
122:24  123:3  123:5  123:8  123:10  123:15
123:24  124:1  124:2  124:5  124:5  124:6
124:7  124:13  124:14  125:6  125:10  125:13
125:15  125:16  125:16  125:22  126:2  126:5
126:15  126:16  126:21  127:3  127:7  127:12
127:20  128:7  128:11  128:13  129:1  129:7
129:20  130:9  131:1  131:2  131:8  131:9
131:18  131:19  131:21  131:22  131:22  133:1
133:3  133:10  134:10  134:20  135:7  135:13
135:22  135:23  136:14  136:20  136:20  137:1
137:1  137:7  138:18  139:4  140:15

and(301) 140:17  141:1  141:5  141:10
141:11  141:12  141:20  141:21  141:24  142:
142:15  142:16  142:21  143:7  144:18
146:24  147:1  147:9  147:20  148:1  148:6
149:18  149:20  149:25  150:12  150:24
150:25  151:4  151:9  151:11  151:14  151:17
151:19  152:9  152:11  152:15  153:16  153:22
153:24  154:15  154:21  155:6  155:10  156:7
156:15  157:6  157:7  157:8  157:23  158:5
158:7  158:8  158:13  158:16  158:17  158:18
158:19  159:7  159:16  159:17  159:23  159:2
159:25  160:6  160:7  160:21  160:24  161:1
161:3  161:4  161:6  161:13  161:20  161:21
161:22  161:25  162:1  162:3  162:4  162:6
162:6  162:7  162:9  162:12  162:13  162:23
163:3  163:5  163:14  163:23  163:23  164:2
164:12  164:15  165:14  165:18  166:14
166:21  166:25  167:3  167:4  167:21  168:7
168:9  168:12  168:13  168:21  169:4  169:16
169:19  169:20  170:1  170:3  170:5  170:7
170:8  170:9  170:15  170:20  170:22  170:25
171:3  171:5  171:10  171:15  171:18  171:21
172:14  172:24  173:10  173:11  173:12  174:
174:4  174:6  174:15  174:20  175:2  175:8
175:11  175:12  175:15  175:20  176:5  176:8
177:3  177:15  177:18  177:20  177:24  178:1
178:13  178:15  178:16  178:23  178:25
179:1  179:21  179:22  179:25  180:9  181:9
182:10  182:12  183:1  183:8  184:2  184:7
184:7  184:14  184:17  184:20  184:24  185:1
185:14  185:22  187:3  187:4  187:5  187:10
187:15  187:24  188:7  188:11  188:12  188:1
188:15  188:20  188:20  188:22  189:1
190:23  190:25  191:23  192:3  192:4  192:5
192:5  192:13  192:19  192:24  193:1  193:17
194:2  194:9  195:2  195:18  196:19  196:22
196:25  197:1  197:3  197:12  197:24  198:1
198:5  198:18  198:18  198:21  199:2  199:6  200:10  200:19  200:24  201:12
201:23  202:2  202:5  202:11  203:3  203:6
203:20  203:21  204:15  204:17  205:2  205:5
205:6  205:10  205:17  205:19  206:7  206:21
206:24  207:2  207:16  207:20  208:1  208:4
208:11  209:1  209:21  209:22  210:7  210:11
210:15  210:20  210:23  211:5  211:13  211:1
214:14  212:6  212:6  212:19  213:4  213:17
214:2  214:3  214:8  214:12  214:15  214:20
214:23  215:1  215:3  215:15  215:23  216:10
216:12  216:15  218:11  219:12  219:12
219:15  219:15  219:18  220:13  220:16
220:16  221:7  221:13  222:2  222:6  222:7
222:7  222:10  222:17  223:14

and(301) 223:21  224:10  224:14  225:2
225:8  225:8  225:17  225:20  225:20  225:22
226:2  226:20  227:3  227:3  227:4  227:7
227:18  227:22  227:24  228:2  228:7  228:12
228:17  228:21  229:10  229:21  229:23
229:24  230:2  230:3  230:4  230:13  230:19
230:20  230:25  231:4  231:16  231:16  231:19
231:19  231:23  232:7  232:9  232:14  232:21
233:1  233:1  233:2  233:4  233:9  233:9
233:15  234:1  234:1  234:2  234:7  234:8
234:23  235:1  235:6  235:6  235:16  236:3
236:14  236:17  236:25  237:3  237:12  237:16
238:11  238:11  239:2  239:6  239:8  239:15
239:17  240:5  240:13  240:21  240:22  240:24
241:3  241:6  241:9  241:10  241:12  241:25
242:3  242:7  242:8  242:12  242:15  242:18
242:20  242:23  243:23  243:24  244:4  244:5
244:8  244:8  244:9  244:22  245:12  245:15
245:16  245:25  245:25  245:25  246:2  246:9
246:14  246:19  247:7  247:14  247:17  247:24
248:2  248:8  248:19  249:1  249:3  249:6
249:7  249:11  249:21  249:22  249:23  249:28
249:24  250:3  250:11  250:23  251:15
251:15  251:17  251:18  252:9  252:15  252:16
252:17  253:2  253:3  253:3  253:4  253:6  253:9
253:11  253:14  254:12  254:14  254:16
254:19  254:21  255:15  255:21  256:5  256:7
256:14  256:15  256:22  257:8  257:11  257:16
257:18  257:21  257:24  257:25  258:5  258:7
258:9  258:17  258:21  258:22  259:12  259:17
260:1  260:15  260:17  260:19  261:9  261:10
261:10  261:11  261:12  262:1  262:2  262:3
262:4  262:5  262:8  262:19  262:24  262:25
262:2  263:7  263:8  263:9  263:13  263:14
263:15  263:19  263:22  263:25  264:1  264:1
264:2  264:9  264:14  264:18  264:20  265:1
265:5  265:10  265:14  265:19  266:5  266:7
266:9  266:14  266:17  266:19  266:20  266:23
268:1  268:3  269:1  269:3  269:7  269:10
269:13  269:16  269:18  270:3  271:11  271:11
271:13  271:17  272:6  272:17  272:20
273:13  273:18  273:23  273:25  274:10
274:11  274:19  276:20  276:25  276:25
277:20  279:16  279:17  280:2  280:13  280:15
280:16  281:10  282:18  283:1  283:5  283:6
283:6  283:10  283:21  283:23  284:3  284:8
284:19  284:23  285:5  285:10  285:21  285:22
285:22  285:24  286:8  286:9  286:9  286:13
286:15  286:23  286:24  287:14  287:19
287:25  288:5  288:7  288:8  288:10  288:13
288:13  288:14  288:16  288:19  288:21
288:22  288:23  289:1  289:4  289:9

and(80) 289:12  289:16  289:18  289:24
289:25  290:1  290:1  290:2  290:2  290:2
290:3  290:5  290:6  290:9  290:11  290:11
290:13  290:14  290:15  290:19  291:1  291:2
291:11  291:14  291:16  291:18  291:21
291:25  291:25  292:7  292:8  292:12  292:23
292:25  293:1  293:2  293:2  293:4  293:6
293:8  293:10  293:16  293:24  293:24  294:3
294:10  294:10  294:14  295:1  295:2  295:4
295:18  295:21  296:1  296:5  296:10  296:20
297:4  297:9  298:1  298:9  298:10  298:12
298:16  298:18  298:20  299:4  299:7  299:8
300:1  300:9  300:14  301:5  301:7  301:8
301:14  301:15  301:20  301:22  302:4

and/or(2) 135:11  282:21
anderson(1) 5:4
andrea(1) 7:46
andrew(8) 3:37  3:46  4:41  4:42  5:18  6:39
6:41  216:15

angeles(3) 4:19  159:9  161:2
angelo(17) 5:21  129:20  130:8  130:23
160:18  161:20  162:12  175:11  179:21
179:24  184:7  275:8  276:18  276:20  276:25
289:16  289:19

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **anna**(2) 8:9  8:9 | | **apply**(8) 62:9  62:11  65:7  79:10  99:19  237:11  237:11  238:14 | | **arrived**(7) 16:12  17:8  105:25  107:22  108:19  132:23  133:8 | | **attended**(5) 267:10  274:25  283:21  283:21  286:10 | |
| **annex**(4) 112:19  112:22  113:13  113:13 | | | | | | | |
| **announced**(3) 155:3  232:6  288:5 | | **appointed**(2) 130:23  274:8 | | **arriving**(7) 130:12  130:18  130:21  132:9  132:12  132:15  132:19 | | **attention**(9) 113:22  142:17  142:21  143:8  207:4  210:24  221:3  266:1  296:4 | |
| **annually**(1) 151:12 | | **approach**(12) 36:7  69:14  118:3  121:15  122:7  127:14  198:22  222:13  222:25  243:22  251:25  252:6 | | | | | |
| **another**(12) 24:14  26:21  61:19  68:3  72:18  95:19  142:15  216:18  247:2  254:13  289:18  290:17 | | | | **articulate**(1) 264:8 | | **attorney/client**(4) 246:3  246:4  246:9 | |
| | | **approach."**(1) 113:18 | | **ascribe**(1) 199:23 | | **attractive**(2) 36:3  54:5 | |
| **answer**(37) 15:11  15:22  15:25  16:1  16:4  16:5  20:7  30:25  45:1  48:4  54:18  97:23  111:7  115:15  142:6  145:14  175:16  187:20  187:21  188:16  188:25  191:16  194:5  195:1  195:18  195:20  195:22  196:14  204:7  206:9  209:18  235:16  237:1  237:20  271:23  282:4 | | **approached**(1) 140:16 | | **ascribed**(1) 65:25 | | **attribute**(1) 119:24 | |
| | | **approaching**(1) 255:17 | | **ashby**(1) 2:43 | | **audible**(3) 115:3  267:2  278:25 | |
| | | **appropriate**(14) 41:2  65:18  87:10  96:18  180:3  180:11  183:9  202:19  231:2  231:11  235:19  236:16  244:2  301:15 | | **ashish**(1) 7:42 | | **audience**(1) 269:2 | |
| | | | | **ashley**(2) 3:39  4:25 | | **august**(15) 128:7  142:17  157:3  160:13  165:25  179:8  192:13  251:19  260:14  267:8  267:9  268:17  270:9  273:13  273:18 | |
| | | | | **aside**(4) 24:18  94:9  94:12  146:18 | | | |
| **answered**(9) 15:10  15:13  136:7  168:11  187:15  187:17  187:18  191:23  282:6 | | **approve**(2) 134:15  134:20 | | **ask**(31) 27:24  30:3  41:15  43:11  52:7  54:20  62:24  82:7  87:6  87:8  117:2  132:22  136:24  139:13  154:15  179:22  188:25  214:17  220:6  235:20  247:6  248:17  250:20  253:22  259:1  277:18  277:23  290:18  291:1  299:4  300:24 | | | |
| | | **approved**(1) 184:14 | | | | **aurelius**(58) 2:35  7:21  7:22  127:8  156:13  156:16  156:22  180:19  222:7  223:12  223:20  223:24  224:2  224:4  224:22  225:9  225:15  225:16  226:7  226:17  226:19  226:24  227:25  228:4  229:1  229:7  231:24  232:18  233:2  234:18  243:9  243:17  248:13  249:7  249:20  250:11  251:16  251:7  251:21  259:15  259:19  261:16  268:3  270:15  271:4  271:8  273:4  274:13  274:16  280:18  281:19  286:3  286:4  286:21  286:25  297:5  300:15 | |
| **answers**(2) 127:20  250:3 | | **approximate**(2) 206:13  241:23 | | | | | |
| **anticipate**(1) 301:2 | | **approximately**(13) 25:1  44:7  57:24  116:23  124:21  151:20  154:24  206:14  225:9  242:22  271:5  281:20 | | | | | |
| **any**(193) 18:10  26:8  26:10  31:9  31:9  33:18  34:5  51:21  51:22  53:18  53:22  56:2  59:13  61:14  65:7  71:19  74:8  81:7  81:12  81:18  84:19  86:6  86:7  86:14  88:15  93:21  99:11  100:4  109:8  110:3  110:18  114:8  114:11  115:2  122:18  122:18  124:8  130:1  131:4  132:9  132:15  132:18  132:19  133:5  133:10  135:14  136:21  137:2  138:10  139:2  139:24  144:25  145:18  145:21  145:23  146:20  151:1  151:12  153:2  154:11  155:21  156:24  157:11  158:10  160:6  163:25  164:7  166:11  171:6  172:15  173:15  173:16  177:5  177:7  179:4  180:22  181:10  187:11  187:25  188:8  188:24  189:2  191:5  191:21  193:24  194:13  194:16  195:6  195:11  195:25  196:3  196:17  196:20  196:22  197:12  197:21  204:23  205:24  206:19  207:1  211:1  212:20  212:23  213:1  213:2  213:11  214:9  215:20  218:19  220:1  220:3  220:7  220:11  220:12  221:22  223:22  224:2  224:4  224:4  226:5  227:24  228:9  229:7  231:24  232:2  232:2  235:16  236:22  237:19  239:22  239:2  242:9  242:13  243:12  243:17  245:21  248:1  251:22  253:8  253:8  253:21  255:19  256:2  256:9  257:1  258:3  258:4  258:13  258:24  259:1  259:21  260:1  260:2  261:14  262:17  265:21  267:1  273:13  274:3  275:3  276:14  276:18  277:2  277:9  277:9  277:12  277:21  277:25  280:18  280:19  281:3  281:22  283:7  286:21  288:2  288:19  289:13  289:13  290:21  290:22  291:8  291:17  292:3  294:15  298:21  298:21  299:18  300:14  300:16  300:16  300:19 | | | | **asked**(44) 14:6  15:25  17:7  19:23  55:6  67:1  111:22  115:8  116:5  117:1  119:23  120:12  125:21  136:6  137:2  137:5  137:7  139:23  140:1  165:14  165:18  165:20  168:6  175:3  175:15  183:5  183:8  187:15  187:6  188:8  188:14  191:23  215:23  229:13  235:1  236:23  237:17  238:2  239:20  247:4  253:5  255:24  264:2  265:23 | | | |
| | | | | | | **aurelius's**(4) 223:19  231:9  241:1  249:7 | |
| | | | | | | **austin**(6) 1:24  6:4  133:2  143:24  144:10  144:19  262:1  273:12 | |
| | | | | **asking**(18) 15:18  30:23  71:21  82:17  92:21  95:3  107:4  181:9  236:18  237:7  249:15  249:18  255:22  255:23  272:19  272:23  277:19  278:16 | | | |
| | | **architect**(2) 146:8  246:25 | | | | **authenticated**(1) 265:15 | |
| | | **are**(136) 13:7  14:25  19:13  26:16  27:23  29:8  33:17  37:18  38:11  40:15  42:13  43:22  44:12  44:14  44:16  47:10  48:16  48:16  51:4  52:22  53:6  54:2  54:4  56:4  57:25  58:2  61:11  62:13  63:6  66:18  67:9  67:12  67:22  69:1  73:17  74:4  75:25  76:1  78:5  78:7  88:1  92:5  97:8  97:9  97:21  98:11  103:23  105:21  105:22  106:10  107:9  107:12  107:16  107:17  108:4  109:3  111:5  114:17  116:22  119:8  122:5  122:16  122:21  124:4  124:5  124:6  124:10  126:5  127:9  127:14  129:3  130:3  130:18  133:20  139:14  140:20  152:5  152:11  160:22  161:18  164:11  166:3  174:4  175:18  177:23  179:20  182:13  182:25  184:25  188:9  189:2  194:9  196:20  208:24  210:23  211:2  214:17  215:5  218:2  222:2  224:8  225:14  227:4  237:12  238:23  239:1  239:7  239:7  241:1  241:20  241:24  241:24  242:3  242:6  242:7  245:15  247:7  249:11  249:17  249:21  260:2  269:21  270:9  271:13  271:15  271:24  275:7  276:20  276:25  281:1  290:4  292:19  292:22  295:9  295:10  297:13  298:19 | | **aspect**(3) 14:14  54:7  58:1 | | **author**(2) 69:21  246:21 | |
| **anybody**(6) 50:11  52:19  113:22  139:13  144:6  155:22 | | | | **aspects**(2) 14:12  14:15 | | **authority**(8) 182:15  182:17  182:22  183:2  183:10  187:19  276:2  286:11 | |
| | | | | **assert**(1) 246:4 | | | |
| | | | | **asserted**(3) 72:6  246:3  248:9 | | **auto**(2) 77:20  79:16 | |
| **anyone**(8) 54:21  132:12  148:21  212:5  212:13  213:23  220:2  220:12 | | | | **assertions**(1) 108:14 | | **available**(17) 18:19  20:23  21:20  41:13  48:12  48:13  52:6  52:13  103:10  168:1  199:8  199:16  199:17  199:20  242:4  247:16  248:7 | |
| | | | | **assess**(1) 145:9 | | | |
| | | | | **assessing**(1) 66:5 | | **ave**(1) 1:37 | |
| **anything**(20) 62:17  112:14  113:3  114:25  131:10  137:8  160:20  175:18  195:16  198:4  235:24  237:21  261:15  262:14  262:21  277:20  286:2  286:5  287:25  302:1 | | | | **assessment**(5) 14:2  102:12  136:2  136:3  167:10 | | **avenue**(3) 2:10  2:45  4:17 | |
| | | **area**(7) 31:12  34:20  96:20  100:18  116:19  116:20  276:25 | | | | **average**(2) 73:9  122:23 | |
| | | | | **asset**(3) 8:4  8:5  41:21 | | **averages**(2) 122:22  125:16 | |
| | | | | **assets**(11) 29:15  29:16  30:1  30:8  30:22  31:5  41:16  41:19  47:22  47:25  65:21 | | **avoid**(2) 95:19  96:3 | |
| **anywhere**(1) 114:10 | | | | | | **avoidance**(12) 133:11  138:21  233:16  233:24  239:22  242:14  242:17  263:24  263:25  284:8  295:7  296:10 | |
| **apart**(1) 243:13 | | **areas**(2) 116:21  169:23 | | | | | |
| **apologize**(5) 23:15  64:13  69:1  76:13 | | **aren't**(4) 34:20  269:20  289:24  289:24 | | **assigning**(1) 244:22 | | | |
| **apparent**(1) 262:21 | | **argue**(1) 248:23 | | **associated**(18) 25:13  57:13  77:9  86:4  86:8  94:1  109:16  120:8  193:17  216:18  216:20  217:13  242:10  243:18  262:25  280:19  299:11  299:20 | | **avoided**(8) 137:12  234:15  238:14  242:5  242:12  261:3  261:4  298:19 | |
| **apparently**(4) 39:12  73:12  121:7  215:1 | | **arguing**(1) 45:13 | | | | | |
| **appear**(1) 176:5 | | **arguments**(3) 137:11  235:1  264:14 | | | | **avoiding**(1) 137:14 | |
| **appearances**(8) 4:21  5:1  6:1  7:1  8:1  9:1  10:1  11:1 | | **arise**(1) 67:20 | | | | **aware**(26) 18:1  51:4  62:13  66:9  78:7  112:12  174:19  179:18  182:6  182:25  183:4  190:20  197:9  198:11  202:8  210:15  219:21  229:25  241:19  241:20  242:3  243:13  251:15  251:17  277:9  299:15 | |
| | | **arises**(1) 68:10 | | **associates**(1) 225:3 | | | |
| | | **arising**(2) 144:11  145:7 | | **assume**(7) 28:18  29:25  109:20  110:2  240:25  291:2  298:18 | | | |
| **appears**(5) 64:20  70:25  71:2  102:5  266:4 | | **arithmetic**(1) 125:17 | | | | | |
| **apple**(1) 82:4 | | **arithmetically**(1) 34:18 | | | | **away**(4) 224:13  247:2  264:22  298:11 | |
| **apples**(1) 83:24  86:10  87:9 | | **arms**(1) 150:20 | | **assumed**(4) 96:9  98:19  111:4  258:25 | | **bachelor**(1) 224:15 | |
| **applicable**(1) 248:24 | | **around**(16) 29:20  37:13  78:18  118:23  119:4  160:15  165:25  170:13  214:5  218:17  219:8  221:22  262:16  262:18  272:22  281:3 | | **assumes**(2) 26:3  197:10 | | **back**(78) 13:25  17:21  20:21  30:2  30:10  30:24  36:15  36:17  41:9  45:3  46:24  48:1  48:6  48:25  49:21  78:15  80:9  80:15  82:9  82:14  82:17  83:2  83:12  83:23  83:25  84:9  86:5  86:13  86:17  87:22  89:10  92:5  93:8  93:15  93:25  95:14  95:16  111:10  113:8  117:2  119:15  120:7  120:10  121:4  123:8  125:5  137:1  141:17  143:25  144:4  146:14  153:16  155:2  160:1  162:2  163:7  170:17  170:22  177:24  187:22  188:17  188:18  192:15  208:24  210:23  211:2  247:14  255:21  262:23  271:23  280:9  290:6  290:9  290:14  290:17  293:16  293:16  295:3 | |
| **applied**(4) 66:5  77:16  79:6  99:22 | | **arrangement**(2) 171:11  171:13 | | **assuming**(2) 281:4  293:8 | | | |
| **applies**(1) 19:19  20:4  67:18 | | **arrangements**(2) 172:19  173:25 | | **assumption**(11) 14:23  15:5  15:8  27:15  27:17  84:8  104:4  104:8  234:22  298:24  299:1 | | | |
| | | **arps**(1) 7:13 | | | | | |
| | | **arrange**(4) 140:17  264:2  264:17  266:17 | | **assumptions**(10) 14:20  87:25  95:21  104:9  105:18  105:20  109:21  116:14  245:24  284:20 | | **backed**(2) 92:14  93:3 | |
| | | **arranged**(7) 210:20  261:25  262:8  263:6  267:12  269:3  283:11 | | | | **backer**(1) 58:3 | |
| | | | | **atamian**(1) 3:8 | | **background**(4) 18:13  18:15  109:2  224:11 | |
| | | | | **attach**(3) 243:24  244:2  278:16 | | **backhand**(1) 161:5 | |
| | | | | **attached**(2) 218:2  244:4 | | **backing**(2) 58:1  95:6 | |
| | | | | **attack**(1) 248:21 | | | |
| | | | | **attained**(1) 73:20 | | | |
| | | | | **attempt**(1) 26:9 | | | |
| | | | | **attempted**(11) 14:22  15:23  26:21  48:10  61:25  94:5  95:23  101:3  194:18  244:7  284:19 | | | |
| | | | | **attempts**(1) 60:3 | | | |
| | | | | **attend**(1) 108:2 | | | |
| | | | | **attendance**(1) 276:14 | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**bad**(2) 76:16 263:12

**baiera**(5) 5:22 276:19 289:16 290:5 290:14

**bain**(2) 57:23 57:23

**balance**(1) 57:24

**balance-sheet**(2) 84:14 112:5

**bale**(1) 5:27

**ball**(1) 164:12

**bank**(14) 5:30 5:36 8:12 8:20 8:36 8:36 9:13 140:16 140:17 169:19 204:10 266:4 293:24 293:25

**bank-debt**(1) 294:10

**banked**(1) 226:4

**banking**(2) 224:24 225:1

**bankruptcies**(5) 96:5 109:6 109:8 109:11 109:13

**bankruptcy**(32) 1:1 1:19 81:1 105:14 109:15 110:1 131:12 139:11 145:25 148:1 148:22 154:21 163:22 174:16 174:18 175:9 175:11 180:25 184:22 186:2 198:19 225:17 225:22 226:9 242:8 271:9 287:10 287:11 287:16 287:17 288:16 288:17

**banks**(15) 174:8 178:16 178:17 182:12 264:3 264:17 264:19 264:22 266:7 266:9 266:11 268:3 279:11 279:13 295:17

**bar**(6) 23:23 294:1 299:13 299:16 299:19 300:8

**barclays**(3) 3:4 9:23 9:23

**barely**(1) 29:11

**barkley's**(1) 140:17

**bars**(2) 292:24 293:1

**base**(1) 189:9

**based**(56) 17:6 17:7 19:2 19:9 19:10 21:20 24:9 29:17 29:17 29:24 31:10 33:14 36:14 38:3 38:4 42:14 43:12 43:16 64:13 64:14 87:1 89:23 96:22 100:17 100:23 101:14 102:23 103:1 103:16 103:1 105:16 108:20 110:23 113:17 116:14 147:21 159:8 179:1 185:22 211:7 211:8 215:17 232:11 232:14 241:12 243:19 246:2 246:20 248:23 250:12 258:5 267:22 268:1 272:20 294:4

**baseline**(3) 181:16 181:23 181:25

**basic**(2) 197:25 244:6

**basically**(10) 23:4 25:24 44:21 61:6 80:10 91:4 98:13 177:2 249:6 252:8

**basing**(1) 42:13

**basis**(31) 26:13 30:7 30:17 30:19 40:22 43:10 44:2 44:6 45:20 59:21 61:14 66:6 74:5 84:7 90:7 95:1 97:3 103:8 108:4 122:17 174:18 175:21 177:18 205:10 205:17 250:23 250:24 272:3 272:6 272:7 282:1

**bat**(1) 164:15

**bates**(2) 67:7 213:16

**bear**(1) 58:11

**became**(8) 125:25 192:15 195:8 228:12 229:25 231:6 251:17 269:1

**because**(93) 20:9 20:22 25:7 26:16 33:4 33:7 33:7 33:12 34:12 36:21 44:8 46:3 47:17 53:10 56:19 57:7 68:10 68:11 75:24 77:11 80:11 80:21 84:6 85:5 86:2 86:12 87:4 87:5 87:24 91:6 91:18 92:18 94:25 95:21 99:14 100:4 104:22 115:18 115:20 117:23 124:4 127:19 146:11 151:8 166:13 171:18 174:7 178:8 179:2 188:23 206:24 211:24 213:4 231:4 231:14 231:19 231:20 235:18 237:21 244:16 245:2 246:5 247:19 249:12 252:2 252:6 252:16 252:17 253:5 253:7 256:19 256:20 256:22 256:23 257:1 257:17 264:3 264:12 270:5 271:10 279:8 279:14 285:3 287:20 288:25 289:22 290:5 293:19 294:9 295:9 296:7 297:22 298:6

**become**(4) 74:3 228:9 234:21 251:15

**becomes**(1) 69:4

**becoming**(1) 171:16

**been**(93) 16:13 18:7 19:12 19:13 20:17 21:6 27:24 33:20 35:3 39:18 40:2 50:4 50:13 53:8 53:10 55:23 65:3 66:14 71:8 77:18 102:9 104:10 108:7 121:25 128:13 128:21 129:13 137:8 140:5 142:13 144:19 146:11 146:12 146:13 152:14 153:21 155:160:6 164:3 166:9 166:15 166:19 167:1 168:10 168:22 172:2 172:4 174:1 174:1 180:13 180:16 180:22 181:10 181:23 182:187:1 192:15 195:7 197:2 203:11 204:25 219:17 226:23 227:10 229:16 230:1 231:236:14 239:8 239:18 242:25 244:21 245:249:22 250:22 253:5 258:10 258:20 259:2259:24 262:25 264:19 265:8 268:8 269:2271:16 272:14 273:19 279:14 289:8 290:2297:23 299:18

**before**(52) 1:18 18:16 29:4 51:21 66:20 69:16 70:11 111:11 111:22 114:4 127:1 127:25 129:22 129:25 137:20 143:2 155:5 157:11 157:13 158:4 169:6 174:25 181:4 188:18 189:6 190:24 192:12 192:14 198:3 201:2 202:9 203:25 204:2 207:10 207:11 210:11 210:11 217:23 218:24 220:8 220:1 224:22 231:14 233:17 242:18 245:25 248:6 262:12 277:10 282:6 295:14 302:1

**began**(1) 263:7

**begin**(1) 34:7 263:4

**beginning**(8) 18:7 70:7 149:5 156:18 187:10 187:25 188:7 263:18

**begins**(4) 122:13 123:12 221:10 303:8

**behalf**(10) 132:11 174:21 190:16 190:21 195:12 206:20 227:20 245:19 280:15 288:23

**behind**(9) 39:16 49:21 51:4 60:2 63:15 97:16 145:22 245:16 255:4

**being**(41) 43:23 65:4 67:19 80:1 95:24 128:25 129:8 131:21 135:16 138:3 140:9 146:22 148:14 151:1 152:17 153:10 171:1 175:8 177:20 177:20 190:20 195:18 207:211:23 213:23 214:10 216:15 220:22 227:229:15 230:8 230:14 240:23 247:25 249:258:4 263:25 267:12 279:11 279:12 298:2

**belief**(4) 177:18 204:24 205:10 231:12

**believe**(84) 14:22 15:15 19:3 20:22 21:24 22:2 22:7 22:15 25:9 31:18 38:5 38:17 42:8 46:14 52:10 53:9 55:9 55:11 55:19 57:10 59:25 60:8 60:15 60:18 62:4 62:21 65:4 67:5 70:7 75:10 77:10 78:4 79:17 81:23 82:25 84:7 84:17 85:19 87:7 87:17 94:11 101:3 104:8 109:12 115:9 116:18 119:6 121:25 124:16 129:7 136:10 136:11 137:22 143:6 144:1 144:13 144:15 161:21 164:24 172:20 173:2 174:17 176:7 177:15 178:6 179:2 179:18 180:3 180:10 181:8 184:9 198:2 198:5 200:3 200:18 201:1 219:25 226:6 236:3 259:24 266:16 270:1 282:18 301:3

**believed**(6) 38:14 101:21 135:24 177:19 194:18 279:21

**belo**(2) 31:14 31:16

**below**(8) 29:21 100:20 117:15 117:18 117:19 117:24 118:4 142:22

**ben**(2) 9:26 244:13

**benchmarked**(1) 105:12

**bendernagel**(55) 1:25 12:7 12:9 12:9 12:12 12:17 20:2 23:20 54:13 54:15 54:19 55:3 55:5 63:21 63:24 111:11 111:13 111:17 111:19 111:21 114:25 115:7 116:5 117:1 118:14 118:17 119:23 120:12 121:6 124:14 124:23 125:1 126:17 127:1 137:21 185:5 236:5 236:9 236:12 238:19 240:3 248:17 248:25 249:15 250:5 253:22 254:2 256:11 257:3 257:8 278:12 278:19 280:4 301:18 302:5

**bendernagel's**(2) 257:2 258:5

**bendernagel's**(1) 116:16

**benefit**(13) 27:7 35:14 35:17 42:15 233:24 234:3 234:6 234:14 242:13 261:4 292:3 292:6 300:8

**benefits**(1) 137:14

**benjamin**(4) 2:5 237:14 238:17 246:19

**bennett**(11) 4:14 245:18 245:19 271:18 271:20 272:11 272:25 275:5 275:25 281:2 282:2

**benson**(2) 2:28 9:35

**bernard**(1) 186:6

**bernstein**(1) 2:6

**beron**(6) 238:24 238:24 240:11 244:19 301:4 301:11

**berry**(1) 7:29

**best**(8) 15:21 26:23 35:15 41:13 55:22 61:2 192:21 238:1

**better**(10) 87:18 95:22 136:16 137:8 161:23 189:11 216:22 239:22 263:22 298:13

**between**(43) 15:16 22:16 22:25 24:23 39:6 39:7 39:10 40:21 41:8 49:10 49:17 52:3 60:20 61:15 62:6 73:4 90:25 91:15 100:12 103:15 118:7 120:3 126:16 164:1 175:1 175:2 183:1 187:7 187:24 188:6 196:21 201:12 212:5 230:3 266:7 266:9 268:3 291:18 292:11 292:12 293:10 296:1 301:12

**beyond**(2) 80:6 277:20

**bias**(2) 141:19 149:24

**biases**(1) 262:17

**bible**(1) 222:10

**bifferato**(1) 2:21

**big**(4) 35:6 45:7 49:6 158:12

**bigelow**(1) 10:46

**bigger**(1) 45:8

**billion**(43) 17:3 17:4 19:19 20:4 104:13 116:23 119:13 124:21 171:3 197:10 197:18 197:14 198:16 200:2 200:15 200:18 202:5 202:9 223:20 233:17 241:24 242:1 242:2 242:17 242:22 243:7 250:14 260:22 260:22 281:20 294:2 294:4 294:6 294:11 295:6 295:13 296:24 297:2 297:11 297:25 297:25 298:16 298:18

**billion-dollar-valuation**(1) 241:25

**billion-eight**(1) 291:7

**binder**(22) 12:20 18:2 21:7 22:8 22:9 63:20 64:25 111:25 118:17 121:5 127:25 129:8 168:13 169:5 203:22 205:22 216:2 239:14 254:7 265:5 270:8 283:16

**binders**(4) 12:13 127:3 127:14 222:14

**bingham**(1) 9:13

**bit**(9) 26:15 33:21 73:19 79:23 184:17 220:7 223:18 296:15 297:8

**black**(12) 71:16 147:17 147:18 147:23 148:3 148:18 186:6 186:9 240:11 244:17 245:12 247:24

**black's**(1) 147:20

**blackstone**(2) 57:23 57:23

**blake**(1) 4:7

**blank**(1) 176:17

**bleak**(2) 114:22 114:22

**blend**(8) 47:12 47:17 47:20 47:21 48:8 56:9 61:25 125:13

**blended**(6) 32:22 34:2 47:19 56:11 56:12 59:21

**blending**(1) 47:22

**block**(4) 232:19 263:8 263:19 265:19

**blue**(4) 20:15 20:19 292:24 295:6

**board**(45) 3:19 7:12 10:31 66:2 77:18 78:3 81:14 129:4 136:15 141:1 144:4 149:6 149:14 149:18 150:17 151:1 151:2 151:5 151:14 151:19 151:22 152:1 152:3 152:5 152:11 152:16 152:17 152:25 153:4 153:14 153:18 153:21 154:4 166:7 166:8 173:12 178:22 179:23 180:8 182:23 183:5 205:6 205:19 274:2 300:5

**boards**(3) 169:23 173:3 173:6

**bob**(1) 2:15

**body**(2) 269:21 269:25

**bohan**(1) 10:6

**bold**(1) 126:8

**bond**(1) 170:21

**bond/bridge**(1) 221:19

**bondholder**(7) 228:18 230:21 231:18 274:14 280:12 280:17 297:6

**bondholders**(7) 156:10 230:18 237:10 268:10 270:18 270:24 280:16

**bonds**(12) 228:17 228:19 228:22 229:5 229:6 231:15 261:16 261:6 270:1 271:5 293:5 297:21

**book**(20) 33:2 63:19 66:16 66:20 67:1 67:2 68:4 69:18 72:18 84:12 103:9 105:9 122:1 122:5 122:6 123:4 123:5 124:20 209:16 212:4

**books**(1) 125:2

**bore**(1) 288:7

**borrow**(1) 238:18

**both**(30) 25:2 25:2 27:2 28:23 30:11 45:18 45:25 47:12 59:23 95:24 101:2 101:3 116:18 120:20 121:11 124:2 125:6 125:15 125:16 133:19 227:18 235:6 240:11 245:9 247:13 253:3 254:21 285:13 285:20 293:24

**bottom**(9) 36:1 63:14 65:14 106:10 122:13 123:11 146:15 202:1 270:13

**bottom's**(1) 16:19

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **bottoms**(4) 14:6 14:9 16:10 16:17 | | **business**(73) 22:21 22:24 22:25 23:5 23:9 24:4 24:6 30:14 42:3 43:5 43:9 43:23 44:18 45:8 46:20 47:17 48:10 50:5 57:21 58:2 66:21 66:22 68:15 68:17 69:18 72:4 74:2 76:1 76:3 104:14 126:15 150:24 159:2 159:5 159:11 159:14 159:17 160:8 160:21 163:24 169:15 169:16 169:19 169:21 169:24 170:2 170:8 170:16 170:24 171:6 171:11 171:13 172:13 172:15 172:1 173:9 173:15 173:19 174:7 174:8 176:16 177:4 178:13 178:13 178:17 178:18 179:1 179:15 179:25 191:21 197:25 206:5 206:16 | | **calls**(2) 236:1 286:13 | | **cash**(51) 20:23 30:15 46:25 47:1 47:4 47:9 53:10 53:11 53:21 64:2 68:10 90:13 90:24 91:3 91:6 92:1 92:5 94:15 94:16 94:18 95:6 95:16 96:21 97:20 97:24 97:25 98:3 98:4 98:7 98:8 98:9 98:10 98:14 98:15 98:21 98:21 132:6 151:11 152:9 189:10 191:6 192:6 192:15 192:21 193:7 193:9 195:8 198:1 230:18 291:24 292:5 |
| **bottoms-up**(2) 116:6 116:15 | | | | **calpine**(1) 227:19 | | |
| **bought**(1) 75:11 | | | | **came**(21) 106:15 117:10 150:12 153:16 181:4 189:12 192:7 192:10 231:15 232:23 234:17 240:21 243:9 243:15 243:16 243:2 251:19 262:1 274:24 277:5 301:5 | | **cash-flow**(7) 85:14 85:15 92:25 98:3 104:3 112:8 112:19 |
| **bound**(3) 116:2 119:18 200:24 | | | | | | |
| **box**(7) 106:9 106:16 106:10 118:23 119:3 217:7 296:3 | | | | **campanaric**(1) 7:15 | | **cash-flows**(5) 84:6 84:17 92:11 93:20 |
| | | | | **can**(107) 15:11 15:21 15:25 16:4 16:11 16:22 19:6 19:21 20:6 23:11 33:6 35:22 37:17 45:1 46:6 47:25 51:14 54:14 54:17 56:3 63:3 63:17 63:21 63:25 64:17 66:14 72:21 79:8 90:15 92:9 93:19 94:15 95:11 97:23 99:3 122:14 123:14 123:19 127:4 128:15 130:2 141:14 142:24 144:20 145:1 145:16 145:16 146:14 146:19 163:12 176:20 178:19 187:22 188:25 189:20 189:22 195:20 196:1 196:14 207:13 209:11 211:9 211:16 216:12 220:5 223:18 224:10 224:2 226:17 238:10 238:12 238:18 241:3 241:5 248:17 249:1 249:3 250:8 251:5 252:20 252:24 253:16 254:7 254:12 254:25 257:6 265:4 266:1 270:7 270:9 270:13 271:1 271:7 272:12 276:6 285:10 286:19 290:8 290:13 292:5 292:14 292:21 298:11 301:1 301:17 301:23 301:24 301:25 | | **cash-pension**(2) 80:16 83:13 |
| **boxes**(1) 119:6 | | | | | | **categories**(2) 20:14 40:5 |
| **bracketing**(1) 191:2 | | | | | | **category**(2) 41:21 117:20 |
| **brad**(1) 10:34 | | | | | | **causal**(1) 104:1 |
| **bradlees**(1) 227:13 | | **businesses**(4) 30:12 47:16 48:11 65:12 | | | | **cause**(3) 103:13 145:8 282:9 |
| **brands**(1) 77:5 | | **but**(220) 18:4 18:21 19:13 19:16 20:9 20:11 20:21 21:3 22:2 23:4 24:10 24:14 25:9 26:20 26:21 26:24 27:7 28:14 28:21 30:11 32:2 33:1 33:12 33:12 33:15 33:23 34:8 34:23 35:19 36:18 38:15 39:20 41:1 42:18 43:1 44:14 46:20 47:5 47:8 47:10 47:20 47:20 48:7 48:21 52:9 53:13 54:7 54:20 57:3 58:8 58:14 59:10 59:25 60:11 60:23 62:4 62:17 65:4 65:23 66:6 66:22 67:1 67:5 68:11 69:15 70:11 70:12 71:19 74:4 75:10 75:15 77:19 78:13 78:25 79:23 81:3 81:7 81:12 83:15 84:5 85:24 88:2 88:21 89:13 90:2 96:1 96:14 98:9 99:5 99:20 101:18 101:20 104:2 104:8 104:15 107:9 108:5 108:15 108:17 109:12 114:9 115:21 118:5 118:6 124:8 131:23 133:14 134:15 135:25 136:9 136:25 137:17 137:22 138:4 141:2 144:9 144:21 145:18 147:12 147:16 149:16 151:10 153:9 154:15 159:2 161:24 162:16 163:4 163:19 164:14 164:24 165:2 166:23 168:3 168:24 170:12 171:14 171:19 171:24 174:18 175:12 176:18 177:10 178:17 179:23 182:22 183:23 187:17 187:17 187:19 187:20 189:19 190:19 193:15 201:18 203:13 204:24 206:9 207:2 208:2 211:13 212:25 214:25 215:20 219:12 220:17 220:25 231:1 231:15 232:13 233:12 234:15 234:21 236:9 237:2 237:17 240:13 242:5 242:12 245:11 246:12 246:24 247:19 248:25 249:1 249:18 250:4 250:14 250:25 252:15 256:2 256:16 257:9 257:15 257:19 257:25 261:2 261:4 261:6 263:16 264:10 268:12 269:14 270:25 272:20 277:21 278:15 280:14 286:21 287:19 290:8 290:24 293:22 293:2 294:5 294:9 301:4 301:19 302:3 302:5 | | **can't**(27) 15:22 31:6 33:1 36:21 62:15 137:9 142:6 144:14 144:19 147:11 147:16 147:17 158:18 158:19 162:25 189:23 190:1 191:13 194:5 195:22 197:8 202:17 235:20 237:20 245:9 245:21 | | **caused**(1) 243:12 |
| **brandywine**(3) 4:8 224:13 224:14 | | | | | | **causes**(14) 141:12 141:13 141:25 142:5 228:16 259:16 259:16 281:23 282:10 286:21 287:10 287:12 287:18 299:20 |
| **break**(8) 54:21 111:12 126:21 186:16 186:20 281:5 301:15 302:2 | | | | | | **cell**(2) 252:12 252:14 |
| **breaking**(1) 300:23 | | | | | | **centerbridge**(9) 192:16 228:17 230:20 230:24 231:3 231:15 272:18 273:7 280:11 |
| **brett**(1) 6:13 | | | | | | |
| **brian**(2) 9:5 254:16 | | | | **candidates**(1) 153:10 | | |
| **brickley**(1) 10:38 | | | | **canlon**(1) 1:29 | | **centerbridge's**(2) 232:14 273:4 |
| **bridge**(4) 23:14 51:16 119:20 161:25 | | | | **cantor**(1) 5:31 | | **cents**(7) 293:16 293:17 293:23 293:25 294:8 298:16 298:17 |
| **brief**(1) 297:9 | | | | **canyon**(1) 10:11 | | |
| **briefing**(2) 248:19 248:23 | | | | **can't**(2) 82:23 103:11 | | **ceo**(22) 128:21 128:25 140:5 140:9 150:21 154:17 154:20 155:8 171:14 171:16 174:1 204:10 204:16 205:6 205:19 206:4 206:23 208:16 208:20 210:16 211:5 211:23 |
| **briefly**(4) 40:10 237:13 291:16 292:21 | | | | **capacity**(2) 178:2 201:23 | | |
| **briefs**(3) 234:23 235:2 237:11 | | | | **capital**(34) 5:25 5:25 7:21 7:22 8:27 8:28 8:31 8:32 8:48 8:49 9:8 9:8 9:23 9:41 9:42 10:20 10:20 10:22 73:19 73:25 98:7 126:15 127:18 218:10 223:12 223:20 223:21 223:25 227:20 227:23 242:20 251:12 279:18 | | |
| **brigade**(2) 8:31 8:32 | | | | | | **ceo's**(1) 178:16 |
| **bring**(7) 113:22 117:2 134:1 173:6 226:6 251:10 261:10 261:10 263:13 | | | | | | **certain**(21) 14:11 14:15 19:14 19:15 36:8 66:2 66:13 131:7 164:11 181:22 203:13 237:1 238:21 238:21 239:7 239:19 263:10 284:25 285:25 293:5 299:9 |
| **brings**(1) 223:23 | | | | | | |
| **broad**(4) 141:20 142:2 156:9 156:19 | | | | | | |
| **broadcast**(13) 20:13 32:21 34:20 47:16 48:1 72:4 99:24 100:1 100:13 100:18 102:3 102:7 102:13 | | | | **career**(5) 51:19 74:7 74:15 74:24 155:16 | | **certainly**(11) 55:21 55:22 88:2 102:3 110:16 137:17 181:10 187:16 256:16 269:22 285:7 |
| | | | | **careerbuilder**(1) 75:8 | | |
| | | | | **carey**(1) 11:18 | | **certainty**(1) 98:23 |
| **broadcasting**(12) 21:18 24:7 32:11 32:14 34:9 35:2 35:25 37:6 39:12 47:20 49:9 117:17 | | | | **caridas**(1) 4:42 | | **certification**(1) 302:12 |
| | | | | **carlson**(5) 194:9 194:9 194:12 195:2 303:13 | | **certify**(1) 302:13 |
| **broadly**(1) 220:7 | | | | | | **cetera**(3) 84:22 84:22 207:17 |
| **broadway**(1) 2:31 | | **buy**(5) 46:25 47:8 53:22 59:19 97:13 | | **carlson's**(1) 203:18 | | **cfo**(1) 172:23 |
| **brodsky**(16) 228:8 229:13 244:10 246:22 247:1 251:14 257:21 274:19 274:24 275:3 282:22 283:23 284:16 286:10 286:25 290:20 | | **buybacks**(1) 170:22 | | **carol**(1) 5:27 | | **chachas**(12) 34:19 55:11 71:25 71:25 72:3 101:20 102:1 102:20 108:14 108:16 109:1 109:12 |
| | | **buyer**(2) 78:14 78:17 | | **carries**(3) 95:15 122:14 123:15 | | |
| | | **buyers**(1) 57:20 | | **carroon**(1) 5:4 | | |
| | | **buying**(5) 54:1 107:13 123:12 123:17 221:18 | | **carval**(2) 11:4 11:4 | | **chachas'**(2) 100:8 103:17 |
| **brodsky's**(3) 226:17 275:22 276:9 | | | | **case**(79) 1:5 49:6 17:18 18:6 18:17 34:8 44:20 57:10 69:25 71:17 71:24 74:5 74:5 120:20 128:9 140:15 145:25 146:5 154:11 181:4 198:11 225:16 225:20 227:3 227:13 227:14 227:14 227:16 227:16 227:18 227:18 227:19 227:21 227:21 227:22 232:22 233:5 234:10 234:24 235:4 236:3 236:24 237:12 239:8 241:25 242:25 243:2 244:20 245:1 248:20 249:13 251:23 252:1 252:3 252:19 257:14 259:12 259:19 260:2 261:20 264:5 264:10 264:11 267:11 272:8 272:15 275:9 286:12 286:14 287:17 289:17 290:3 290:4 290:7 290:14 290:16 293:11 293:12 | | **chad**(1) 9:15 |
| **broke**(2) 111:22 234:2 | | | | | | **chadbourn**(2) 3:33 4:24 |
| **bromberg**(1) 5:42 | | **buyout**(2) 182:8 220:16 | | | | **chair**(1) 156:3 |
| **brothers**(1) 187:3 | | **buyouts**(2) 70:25 221:2 | | | | **chaired**(1) 226:2 |
| **brought**(2) 134:12 184:10 | | **bynum**(1) 7:5 | | | | **chairman**(8) 128:6 133:6 152:4 178:17 180:8 203:20 226:19 274:1 |
| **brown**(3) 3:7 5:41 9:29 | | **calculated**(1) 71:8 | | | | |
| **bruce**(3) 4:14 245:19 276:13 | | **calculation**(8) 49:13 60:18 60:19 60:21 80:15 89:23 100:21 124:15 | | | | **challenge**(3) 252:17 264:9 283:5 |
| **bryan**(1) 6:15 | | | | | | **challenges**(1) 58:12 |
| **bryant**(1) 2:39 | | **caldor**(1) 227:13 | | | | **challenging**(1) 249:16 |
| **buckman**(1) 7:38 | | **california**(2) 157:18 160:20 | | | | **chambers**(1) 281:3 |
| **bucks**(3) 93:9 291:5 292:13 | | **call**(31) 36:11 101:12 139:6 154:15 157:12 175:12 208:11 218:3 222:7 250:8 260:12 260:15 261:15 261:24 267:23 268:1 268:18 269:3 269:5 269:7 269:11 270:10 271:14 271:25 281:2 289:4 290:9 292:5 293:7 293:17 298:18 | | | | **chance**(10) 38:18 38:25 39:25 43:6 48:23 111:1 219:19 233:14 266:7 285:17 |
| **budget**(2) 50:25 51:4 | | | | | | |
| **builder**(4) 51:19 74:7 74:15 74:25 | | | | | | **chandler**(1) 10:46 |
| **building**(1) 4:8 | | | | | | **chaney**(1) 10:12 |
| **buildup**(1) 23:23 | | | | | | **change**(33) 25:20 38:11 38:25 39:14 41:4 46:3 53:15 60:23 61:3 61:10 68:11 76:19 78:20 78:21 78:22 82:18 92:15 94:23 94:24 95:11 101:16 138:24 185:6 186:3 192:17 252:10 252:12 252:13 256:1 284:21 284:22 284:23 285:24 |
| **built**(3) 92:19 95:13 99:2 | | | | | | |
| **bullet**(6) 21:17 126:8 126:11 270:12 271:1 286:17 | | **called**(14) 112:19 112:24 123:9 150:21 150:22 151:14 157:8 216:10 260:11 288:3 288:21 290:6 290:9 290:14 | | | | |
| **bunch**(1) 81:9 | | | | | | |
| **buoname**(1) 3:20 | | | | | | |
| **burgo**(1) 2:30 | | | | | | |
| **bush**(2) 3:45 4:39 | | | | | | **change-of-contro**(1) 77:10 |

| Word | Page:Line |
| --- | --- |

**changed**(7) 25:11  25:14  25:15  25:20  25:25  96:3  100:1

**changer**(1) 233:7

**changes**(4) 58:10  86:7  98:7  298:21

**changing**(2) 95:10  99:18

**channel**(8) 55:18  55:18  55:19  55:20  57:18  57:19  173:14  178:24

**chapter**(13) 1:8  70:8  72:19  72:23  123:9  141:1  141:7  226:25  227:10  233:5  233:7  234:10  268:10

**characteristics**(3) 44:2  44:8  44:9

**characterization**(3) 150:4  150:10  209:24

**characterize**(1) 196:23

**characterized**(2) 150:6  166:12

**charge**(1) 150:23

**charged**(1) 141:11

**charlotte**(1) 224:25

**chart**(17) 20:15  23:14  39:6  39:19  40:12  50:22  60:10  60:11  61:5  61:6  61:6  64:1  70:17  106:22  292:17  292:19  295:6

**charts**(1) 106:3

**chase**(2) 8:12  8:20

**check**(2) 39:22  86:9

**chicago**(7) 1:31  3:22  10:26  10:27  30:7  144:15  165:22

**chief**(11) 41:21  128:19  129:1  130:25  132:14  133:3  140:3  140:10  165:13  165:17  187:3

**chose**(1) 176:21

**christine**(1) 9:36

**christmas**(1) 172:7

**chung**(1) 5:37

**circled**(2) 64:5  64:7

**circles**(1) 159:24

**circumstance**(1) 71:18

**cit**(2) 227:21  228:2

**citibank**(1) 6:36

**citizens**(4) 170:3  170:4  170:9  204:16

**claim**(6) 45:12  65:21  138:19  198:2  233:12  240:1

**claimed**(1) 248:6

**claimholders**(1) 244:24

**claims**(80) 133:11  134:4  135:3  135:3  135:9  135:9  135:16  138:22  141:19  145:7  145:10  146:22  150:8  164:7  165:11  167:7  167:9  167:11  167:13  167:17  167:18  167:2  181:14  181:16  181:21  182:16  182:20  183:3  183:11  191:11  191:25  228:20  231:1  232:11  233:16  233:19  234:7  236:3  239:7  241:24  242:1  242:4  242:6  242:10  243:19  244:9  250:12  263:16  263:17  268:1  269:14  284:8  284:9  286:5  288:8  293:8  294:11  295:7  295:9  295:10  295:13  295:14  296:8  296:11  296:21  296:23  296:24  296:2  297:3  298:8  299:4  299:7  299:7  299:8  299:11  299:23  300:20

**claire**(1) 10:47

**clarification**(7) 154:13  248:18  249:11  249:19  253:22  256:14  285:6

**clarified**(1) 15:23

**clarify**(6) 19:21  19:24  123:3  142:24  281:17  285:10

**clarifying**(1) 34:12

**clark**(12) 128:19  128:21  128:25  140:3  140:5  140:9  159:8  159:11  159:20  159:22  160:7  160:9

**class**(2) 139:10  139:14

**classes**(2) 131:16  190:13

**classified**(8) 51:19  74:7  76:23  78:1  78:5  78:7  79:7  79:11

**clear**(11) 16:4  67:2  88:6  101:14  154:12  168:3  216:22  228:21  277:5  298:22  298:24

**clearing**(5) 214:17  214:21  215:3  215:6  215:24

**clearly**(2) 236:17  244:20

**clears**(1) 214:22

**cleary**(1) 4:7

**clerk**(7) 12:2  55:2  111:16  222:9  222:12  222:16  222:19

**client**(6) 180:14  191:21  206:3  209:13  209:14  247:22

**clients**(2) 43:4  258:18

**clip**(8) 128:1  133:25  137:20  168:13  174:11  203:21  205:21  219:14

**clips**(10) 127:10  127:11  127:16  127:24  129:7  140:20  186:25  187:1  203:17  222:7

**clock**(1) 301:22

**close**(4) 219:4  219:10  219:22  267:18

**closed**(2) 194:20  220:8

**closely**(2) 65:12  87:24

**closest**(3) 46:1  46:2  172:8

**closing**(2) 212:20  218:24

**closings**(1) 212:7

**co-chair**(2) 187:5  191:18

**co-lead**(1) 171:4

**cobb**(2) 3:26  4:45

**cogs**(1) 132:3

**coined**(1) 234:21

**cole**(1) 1:34

**colleague**(1) 247:1

**colleagues**(3) 241:7  253:3  290:22

**collected**(1) 42:4

**colleen**(1) 1:27

**collins**(1) 8:17

**colloquy**(1) 256:7

**color**(1) 166:11

**columbian**(1) 11:25

**column**(2) 70:22  120:15

**com**(1) 227:17

**combined**(2) 61:10  242:22

**come**(33) 17:2  32:16  34:5  37:22  83:5  94:20  99:10  106:12  117:11  128:8  136:1  148:1  151:2  154:4  161:6  182:22  187:1  211:16  221:19  229:14  243:12  244:8  253:6  263:17  273:3  274:7  281:5  287:9  288:4  289:25  290:10  290:13  301:15

**comes**(2) 42:22  249:20

**comfortable**(1) 96:8

**coming**(8) 17:18  61:1  109:15  154:7  163:7  204:15  231:23  256:16

**commensurat**(2) 227:2  227:8

**comment**(1) 259:2

**commerce**(1) 224:15

**commercial**(1) 173:24

**committee**(105) 3:18  3:25  4:23  7:11  10:31  127:12  128:6  128:14  129:4  129:19  129:24  130:9  130:11  130:17  130:24  131:3  132:19  133:3  133:7  134:12  136:22  137:24  138:20  139:14  139:17  141:6  141:6  141:10  141:15  145:3  146:3  146:10  146:20  147:5  149:19  156:4  156:25  168:17  179:7  179:10  180:14  180:17  183:2  183:8  184:5  187:4  187:5  187:11  187:25  188:8  189:2  189:14  189:20  190:17  191:5  191:19  191:24  192:8  194:10  195:11  196:10  196:17  196:22  196:23  227:17  227:19  231:3  247:14  253:6  253:13  255:20  255:22  258:12  258:19  258:21  268:19  269:2  269:17  269:19  270:3  270:8  270:10  270:16  270:22  274:1  280:14  282:1  282:16  282:22  282:25  283:3  283:8  283:22  284:17  285:4  286:14  287:2  287:20  288:20  289:10  290:19  290:20  291:

**committee's**(4) 253:3  271:12  284:16  287:2

**committees**(8) 226:1  226:1  226:3  226:4  226:4  269:16  269:17  269:22

**committing**(1) 251:11

**common**(1) 123:17

**commonality**(2) 103:11  103:12

**communicat**(2) 225:18  269:23

**communicated**(4) 171:15  171:18  257:5  257:8

**communicating**(2) 289:24

**communication**(1) 210:13

**communication**(10) 173:12  178:22  194:3  196:8  196:11  196:18  196:20  204:16  258:5  258:19

**comp**(5) 19:15  75:24  77:5  77:7  119:4

**companies**(65) 26:17  26:17  30:4  32:6  32:9  34:4  34:5  34:20  34:24  35:13  38:4  38:6  38:15  42:22  46:16  55:13  55:14  57:6  74:11  74:20  74:22  76:7  76:25  77:15  79:13  82:1  82:10  82:14  82:21  83:5  83:20  83:20  83:22  85:25  86:15  90:2  90:5  90:10  90:25  100:1  100:13  105:13  105:14  105:15  105:17  105:22  105:22  106:8  106:12  106:13  107:9  107:20  109:14  109:17  109:20  109:25  110:9  198:6  199:3  199:4  199:6  199:17  199:21  224:5  263:2

**company**(131) 1:8  6:20  7:4  7:8  10:37  16:11  16:18  17:3  17:25  18:13  18:16  25:13  29:17  29:23  30:19  32:13  37:5  41:18  43:18  43:20  43:22  44:3  44:10  44:12  44:13  44:14  45:19  45:23  46:13  47:11  47:16  49:2  50:15  50:19  54:2  56:6  59:3  59:13  75:25  76:20  80:17  80:25  81:25  84:4  84:15  85:14  85:18  86:2  86:20  86:21  87:21  92:2  92:11  96:21  96:25  97:8  97:9  98:3  98:25  99:17  100:6  100:12  102:20  104:5  107:5  108:1  109:19  110:3  110:11  112:9  112:24  113:8  114:1  114:4  122:7  122:10  123:19  124:7  129:5  138:3  139:18  141:2  141:19  145:2  150:21  150:22  151:17  159:8  159:17  169:1  170:1  174:19  174:21  175:8  175:10  177:2  179:15  180:4  180:10  183:1  183:10  185:2  185:6  185:13  193:11  193:12  193:13  193:13  198:25  201:2  206:4  206:17  206:20  206:23  206:25  207:3  207:16  212:7  212:8  212:15  213:18  254:21  263:13  278:9  279:5  279:10  284:5  294:4  295:16

**company's**(6) 30:8  207:17  209:14  263:9  292:12  297:11

**company's**(4) 77:17  103:21  108:12  111:2

**comparable**(72) 25:13  29:17  29:23  30:4  30:19  32:1  32:13  34:20  34:21  34:24  35:4  35:13  37:5  38:4  38:6  41:18  46:13  49:2  55:12  55:14  55:25  56:6  57:6  59:3  74:12  74:19  74:22  75:24  76:7  76:20  76:25  77:15  77:20  79:13  80:17  81:25  82:1  82:13  83:5  83:19  83:20  84:4  85:25  86:2  86:15  86:20  86:21  90:2  90:5  90:10  91:25  92:2  96:21  96:25  98:13  98:25  99:17  100:6  100:13  102:20  105:13  105:14  112:9  114:1  114:4  120:19  188:21  199:3  199:4  199:6  199:17  199:21

**comparables**(4) 36:2  56:13  58:21  100:11

**compare**(4) 30:7  31:4  35:1  83:6

**compared**(10) 36:23  44:25  59:2  61:20  86:20  167:8  187:13  188:3  188:10  189:4

**compares**(2) 45:4  51:12

**comparing**(2) 44:15  55:15

**comparison**(7) 22:13  40:7  46:24  49:22  50:1  83:24  86:11

**compelling**(4) 100:7  101:15  101:18  102:16

**compensated**(1) 152:5

**compensation**(3) 151:4  151:7  152:7

**complaints**(1) 182:13

**complete**(2) 233:6  264:18

**completely**(5) 40:24  246:8  262:17  264:19  288:6

**complex**(5) 99:21  226:9  243:20  251:24  252:7

**complexities**(1) 249:22

**component**(3) 36:21  86:3  86:5

**comprehensiv**(5) 17:14  22:6  74:14  111:7  153:21

**comprises**(1) 295:15

**comps**(12) 33:4  43:25  44:1  44:5  44:8  75:19  76:11  87:23  103:15  118:15  118:22  120:14

**computed**(2) 32:22  122:16

**computer**(2) 217:15  217:16

**conaway**(1) 4:5

**concentration**(1) 224:16

**concept**(3) 181:3  182:1  183:19

**concepts**(1) 97:21

**conceptually**(1) 73:20

**concern**(2) 163:7  213:23

**concerned**(3) 145:8  231:3  271:9

**concerning**(4) 120:13  196:4  258:19  258:21

**concerns**(3) 220:3  220:12  220:22

**conclude**(5) 57:15  105:8  139:20  147:13  215:17

**concluded**(6) 64:13  113:15  118:1  148:3  167:14  268:2

**concluding**(1) 126:12

**conclusion**(19) 14:20  14:23  16:8  16:14  17:2  17:8  116:17  119:12  135:14  136:1  148:8  202:25  211:16  233:10  236:1  244:22  256:8  268:6  280:6

**conclusions**(20) 14:20  16:13  17:1  17:18  19:13  105:25  111:8  113:16  116:20  116:22  119:16  166:9  167:6  167:23  243:19  243:21  243:24  249:1  250:13  284:18

**concomitan**(2) 292:3  292:7

**conditions**(2) 165:25  198:1

**conducted**(4) 198:18  201:1  203:9  203:14

**conference**(4) 204:16  268:18  269:3  281:2

**conferences**(1) 108:2

**confidentiality**(5) 229:17  229:25  230:4  230:6  230:10

**confirmation**(2) 128:10  299:6

**confirmed**(1) 152:15

| Word | Page:Line |
|---|---|

**conflicts**(1) 271:12
**confused**(1) 40:21
**conlan**(3) 262:3 266:4 269:13
**connection**(29) 14:3 17:10 18:5 62:13 65:7 66:10 69:24 113:4 113:23 113:25 144:23 145:2 145:24 161:21 170:8 171:6 172:15 173:3 178:4 179:5 180:25 181:4 182:7 221:24 225:12 260:16 261:9 290:18 292:22
**consensual**(3) 226:10 227:10 279:17
**consensus**(2) 107:23 133:23
**consequence**(4) 33:18 57:8 59:17 110:19
**consequences**(1) 240:1
**consequently**(1) 68:17
**conservative**(6) 86:17 86:25 88:4 88:4 108:17 118:3

**consider**(20) 45:24 54:10 55:14 55:16 57:11 57:12 58:9 72:11 74:5 75:14 80:5 94:25 125:16 133:14 133:15 135:7 154:19 227:6 227:6 248:12

**consideration**(28) 45:15 47:3 47:4 55:10 76:6 79:5 79:18 126:15 154:16 192:6 195:7 195:13 230:17 268:25 270:18 287:1 291:24 293:4 293:15 293:18 293:19 293:22 294:8 295:24 296:2 296:25 297:22 298:5

**considerations**(2) 66:4 68:11
**considered**(15) 45:25 46:1 55:17 55:24 74:6 80:1 105:21 105:25 111:3 111:9 137:10 155:23 184:13 185:14 203:5

**considering**(5) 55:24 136:18 141:11 183:18 287:3

**consistent**(14) 24:12 34:6 42:23 69:12 71:14 71:15 71:22 72:12 73:15 96:9 98:1 257:10 270:21 279:16

**consistently**(3) 40:15 40:20 239:3
**consists**(1) 24:6
**consolidated**(2) 115:13
**consortium**(1) 57:19
**constant**(4) 49:3 60:5 118:7 297:23
**constituencies**(4) 156:5 156:10 225:19
**constituents**(1) 269:18
**construct**(1) 124:19
**constructed**(2) 284:19 285:24
**constructive**(4) 233:11 233:22 296:11
**construed**(1) 178:1
**consult**(5) 42:11 43:3 66:24 69:24 73:1
**consultancy**(4) 42:2 42:18 43:1 43:1
**consultant**(5) 146:25 147:9 147:13 148:7 148:11

**consulting**(4) 42:6 43:11 43:13 113:1
**consumer**(1) 163:23
**contacted**(1) 153:13
**contain**(2) 98:5 127:11
**contained**(4) 14:17 14:17 16:25 119:20
**contains**(1) 118:19
**contemplated**(2) 163:14 163:19
**content**(3) 43:7 150:23 150:24
**contents**(8) 130:3 130:6 130:12 130:14 130:16 130:18 130:22 217:20
**context**(18) 54:7 55:21 57:12 58:9 58:16 73:3 114:13 114:14 115:20 171:14 185:13 196:25 197:1 198:19 214:21 228:15 234:1 291:23

**contingent**(1) 198:2
**continue**(3) 106:18 110:17 141:1
**continued**(10) 2:2 3:2 4:2 5:2 6:2 7:2 8:2 9:2 10:2 11:2
**continues**(1) 103:22
**contrarian**(2) 8:48 8:49

**contribute**(1) 148:8
**contributed**(1) 151:1
**contributes**(1) 246:6

**costs**(3) 68:15 84:21 84:21
**could**(88) 12:20 14:23 15:4 21:5 26:11 26:24 27:20 27:22 35:16 35:17 38:12 39:15 41:16 41:17 44:18 45:1 49:20 62:21 64:4 64:8 64:24 67:6 74:16 77:7 80:9 81:9 81:19 83:19 86:12 86:16 87:14 87:17 87:21 87:23 88:1 92:23 96:14 98:8 99:7 99:8 99:10 99:11 112:15 116:4 118:11 126:2 128:10 129:13 133:15 134:11 137:15 159:22 159:23 164:2 164:9 175:3 175:15 178:1 184:10 189:8 189:11 189:11 190:8 191:16 192:15 193:14 193:14 203:11 206:11 206:11 212:9 223:10 245:23 252:2 257:13 268:5 268:22 278:16 279:9 280:6 284:20 288:18 288:9 288:23 288:24 288:25 292:3 300:9

**controlling**(1) 67:14
**convention**(1) 99:18
**conventions**(1) 99:15
**conversation**(9) 153:2 207:20 219:2 261:8 277:17 277:19 278:15 278:19 278:24

**conversations**(11) 149:15 149:18 149:21 157:2 157:10 180:11 190:1 211:18 272:7 273:14 278:17

**convey**(1) 220:25
**conveyance**(9) 233:12 233:13 233:22 294:12 296:12 296:13 296:14 296:23 297:?

**conveyed**(2) 135:23 293:14
**cooperate**(1) 301:18
**cooperstown**(2) 9:41 9:42
**coordinated**(1) 262:9
**coordination**(1) 262:11
**copied**(5) 209:22 210:7 219:18 221:7
**copies**(1) 121:6
**copy**(5) 127:3 142:12 176:5 239:15 258:11
**core**(11) 22:21 22:24 23:5 23:9 24:? 24:6 46:20 47:16 47:22 50:5

**corporate**(3) 131:11 225:7

**correct**(250) 13:8 13:9 13:11 13:12 13:14 13:20 13:21 13:23 13:24 14:7 14:8 14:10 14:13 14:15 16:20 16:21 17:3 17:11 17:15 17:18 17:21 19:2 21:12 21:15 21:25 22:11 22:14 22:18 22:22 23:2 23:6 23:10 23:14 23:24 23:25 24:4 24:22 25:3 25:17 25:18 25:21 26:1 26:2 26:5 27:3 27:4 27:6 27:7 27:11 27:16 28:6 28:9 28:17 28:24 29:1 29:5 29:9 29:10 29:16 31:24 32:6 32:14 32:18 33:25 34:7 35:7 37:7 37:8 37:10 39:8 39:11 40:3 40:13 40:16 41:19 41:20 45:20 46:5 46:9 46:22 47:2 47:6 47:9 47:13 47:18 49:6 49:8 49:11 49:12 50:2 50:20 50:24 51:1 51:8 51:19 51:20 51:22 51:23 52:1 52:3 56:8 56:21 58:22 58:24 59:4 59:5 59:11 59:16 60:12 60:20 61:4 61:20 62:2 62:7 62:8 62:20 65:15 71:1 71:5 71:6 74:20 74:22 74:23 74:25 75:4 75:5 75:11 75:19 76:22 76:25 77:4 77:12 77:15 77:16 80:12 80:20 80:22 81:1 81:13 82:2 82:3 82:10 83:3 83:7 83:8 83:10 83:15 87:7 88:7 88:8 88:11 88:12 88:13 88:14 88:16 89:5 89:6 89:9 89:11 90:14 91:1 91:2 91:3 91:7 91:8 92:2 92:3 93:4 95:7 96:12 97:4 99:24 99:25 100:3 100:6 101:7 101:10 101:11 101:22 102:8 102:10 102:16 102:17 102:21 102:25 103:25 104:14 106:6 106:8 106:12 107:11 107:14 107:15 107:18 107:19 108:19 109:6 109:7 109:19 110:21 110:21 112:1 113:1 113:5 114:2 115:11 116:6 116:7 116:9 125:8 125:20 125:25 134:16 135:6 139:21 144:24 147:4 147:25 150:15 154:1 155:17 157:9 158:6 158:22 162:13 166:2 167:16 168:11 168:19 176:14 176:24 183:25 185:3 186:8 186:11 203:10 203:16 205:24 230:22 234:16 248:4 256:8 261:21 265:11 281:22 282:13 284:14 294:22 302:13

**corrected**(1) 91:9
**correctly**(2) 37:12 87:1
**correctness**(1) 247:21
**cost**(2) 68:13 68:14

**couldn't**(10) 154:21 155:7 155:8 155:10 203:13 206:8 261:4 279:10 287:11 288:13

**couldn't**(2) 89:10 237:1
**council**(1) 151:1
**counsel**(37) 50:13 52:7 130:25 131:2 131:? 131:22 133:2 133:2 141:2 145:3 145:15 145:16 147:7 179:15 187:3 187:12 188:1 188:8 189:2 189:21 190:13 190:15 191:15 192:2 193:3 194:3 194:6 195:19 207:9 210:13 227:15 235:19 237:2 237:20 237:2 237:25 271:12

**counselor**(1) 134:14
**counted**(1) 74:11
**counter-designation**(1) 127:12
**countless**(1) 233:8
**counts**(1) 41:23
**couple**(15) 33:2 9:17 91:21 93:9 93:21 102:10 108:8 116:21 124:23 153:20 173:1 244:11 247:11 255:23 291:5

**couri**(1) 9:43
**course**(21) 55:12 75:13 121:16 129:9 153:20 161:4 161:22 162:8 163:16 165:3 183:23 184:1 260:15 261:14 265:2 266:11 269:11 271:14 271:25 277:6 287:2

**court**(143) 1:1 12:3 12:5 12:8 12:11 12:15 20:1 39:3 54:13 54:16 54:20 54:23 54:25 54:25 54:4 63:20 63:23 111:11 111:14 111:14 111:17 111:20 115:2 115:4 117:3 118:25 120:16 121:18 126:19 126:21 126:22 126:24 127:5 127:9 127:17 127:22 128:1 128:3 128:11 130:23 139:19 140:12 163:22 169:7 183:1 186:16 186:20 186:23 187:23 221:12 222:4 222:15 222:21 222:2 223:1 223:4 223:10 223:18 224:10 224:11 224:21 225:21 226:12 226:14 235:24 236:1 236:11 236:20 237:13 238:1 238:7 238:14 239:12 240:18 241:14 241:16 242:12 243:4 245:7 246:11 246:17 247:3 247:6 247:10 248:5 248:16 248:23 249:14 249:17 249:24 250:16 250:21 251:5 252:24 253:21 253:24 254:3 255:1 255:4 255:6 256:9 258:7 258:9 258:16 258:24 259:2 259:6 259:8 266:22 266:24 267:1 267:3 271:19 271:21 272:10 272:13 272:22 273:1 276:4 277:23 278:3 278:21 280:7 280:25 281:2 281:8 281:10 281:12 282:1 282:6 285:10 285:14 288:17 288:13 291:1 297:10 298:23 300:24 301:13 302:1 302:? 302:8

**court's**(2) 127:11 266:1
**courthouse**(1) 224:13
**courtney**(1) 8:37
**courtroom**(1) 1:9
**covad**(1) 227:16
**covenants**(1) 213:18
**cover**(6) 18:24 18:24 66:22 66:22 137:22 253:23

**covered**(2) 73:17 281:17
**covering**(1) 248:5
**crazy**(1) 264:22
**create**(11) 26:9 26:22 35:15 35:16 59:9 95:20 99:13 99:14 122:19 250:19 287:12
**created**(16) 26:12 27:19 29:14 59:25 110:23 117:24 198:8 216:19 244:6 250:15 251:5 251:7 251:13 251:14 255:15 281:19
**creates**(1) 87:11
**creating**(1) 104:22
**credibility**(1) 145:21
**credit**(3) 4:4 5:13 140:18
**creditor**(8) 177:20 181:22 261:1 269:21 269:25 270:2 275:1 300:7

**creditors**(67) 3:26 4:24 129:19 130:9 130:24 135:13 138:25 156:25 177:6 180:4 180:9 181:24 182:2 183:1 187:4 190:9 190:13 190:18 190:22 191:19 191:24 192:8 194:10 225:19 225:25 226:2 227:17 227:19 231:3 234:5 238:8 242:16 253:6 253:13 255:22 258:11 258:19 258:21 260:24 261:1 268:19 268:24 269:2 269:15 269:16 269:17 269:19 269:22 270:3 270:10 271:10 280:14 282:15 282:15 282:22 282:25 283:2 283:8 284:17 287:14 288:20 298:13 298:15 298:17 300:11 300:13 300:15

**critical**(2) 17:24 21:21
**criticism**(1) 288:10
**criticisms**(1) 258:20
**criticize**(2) 14:25 15:3
**critique**(2) 14:11 22:1
**cross**(9) 12:13 12:16 22:8 116:19 118:14 120:12 127:2 301:2 303:2

**cross-examination**(4) 115:2 116:5 121:5 267:24

**current**(17) 21:25 22:4 44:24 97:9 123:20 123:20 128:18 135:1 135:16 140:2 223:10 225:14 225:14 243:1 292:23 294:18 298:3

**currently**(4) 47:11 129:3 138:3 229:7
**custodian**(1) 216:14
**customers**(1) 42:12
**cut**(2) 260:17 261:8
**cutler**(1) 5:14
**cyclicality**(1) 47:18

**damodaran**(5) 67:3 68:7 68:23 123:2 123:? **damodaran's**(3) 66:15 66:24 68:4
**dan**(6) 1:28 222:7 222:11 222:18 266:10 303:5

**dangerous**(1) 144:20
**daniel**(6) 2:37 3:28 5:31 5:33 10:8 10:49
**daniello**(2) 209:21 209:22
**danny**(4) 283:23 288:21 288:22 288:22
**data**(39) 1:43 18:19 20:11 21:18 21:21 21:25 22:3 24:2 24:2 24:11 25:2 25:3 25:7 38:6 42:4 43:23 89:10 95:21 106:17 107:3 108:18 109:16 111:8 115:23 117:4 117:6 117:8 117:8 117:10 119:25 120:6 120:8 125:7 184:13 199:8 199:16 199:16 199:20 239:16

**date**(17) 19:10 19:12 41:13 61:16 61:16 96:9 98:20 98:25 99:10 180:13 194:25 203:12 220:11 265:8 282:22 283:13 302:19

**dated**(3) 219:20 265:7 270:9
**dates**(1) 55:21
**dating**(1) 36:17
**david**(12) 2:38 3:13 3:34 6:23 7:44 10:6 127:7 147:2 158:9 159:4 222:6 266:9

| Word | Page:Line |
|---|---|
| **davis**(6) 2:4 6:37 8:12 237:15 244:14 246:19 | |
| **day**(23) 3:19 7:18 10:31 40:25 57:1 98:22 128:12 150:12 153:9 168:18 174:18 181:1 184:13 186:12 195:17 230:7 256:15 256:20 256:20 262:12 270:22 289:9 289:1 | |
| **day-to**(1) 174:17 | |
| **days**(5) 55:22 128:13 139:9 257:23 267:3 | |
| **dcf**(32) 63:16 85:22 88:18 91:7 91:23 91:25 92:4 92:14 92:15 92:18 93:9 93:16 93:16 93:20 93:22 94:2 94:16 94:23 94:24 95:5 95:12 96:7 98:24 100:5 100:14 101:2 101:9 102:20 103:15 103:21 113:17 115:1 | |
| **dcfs**(2) 95:2 95:3 | |
| **dcl**(36) 12:21 22:9 27:24 39:18 40:8 48:16 48:18 48:21 49:21 51:7 60:3 61:7 62:1 66:14 66:15 72:17 89:1 126:2 241:21 249:21 283:17 286:16 292:15 292:25 293:3 293:18 297:22 297:22 298:14 299:15 299:19 299:23 300:2 300:14 300:15 301:9 | |
| **deal**(41) 131:21 133:21 134:7 134:8 134:16 135:12 135:12 135:24 137:8 138:9 212:14 214:3 214:17 214:21 215:1 215:3 215:6 215:6 215:7 215:10 215:24 219:21 230:1 231:5 231:17 231:21 232:5 233:25 234:1 234:1 245:5 249:12 256:22 264:22 266:7 268:21 268:22 268:25 280:13 284:6 301:23 | |
| **dealings**(3) 178:8 179:6 275:11 | |
| **deals**(4) 163:24 232:8 279:14 280:20 | |
| **dealt**(2) 80:2 171:5 | |
| **deans**(3) 214:2 214:8 214:16 | |
| **dearborn**(1) 1:30 | |
| **debenture**(2) 2:21 9:35 | |
| **debt**(14) 82:15 83:23 86:14 87:22 137:11 193:14 212:21 212:24 214:24 215:4 221:2 224:5 226:4 241:24 | |
| **debtor**(12) 12:9 17:14 127:12 130:9 150:2 150:7 158:18 232:3 256:21 265:10 270:8 288:2 | |
| **debtor's**(3) 270:19 270:24 271:11 | |
| **debtor-committee-lender**(1) 299:5 | |
| **debtors**(33) 1:11 1:24 14:3 16:7 128:7 129:19 130:25 131:1 131:2 132:11 143:10 143:14 143:16 143:19 143:22 148:15 167:1 197:13 197:21 198:7 199:23 227:15 241:12 243:1 247:14 255:20 256:3 257:5 266:4 268:17 288:12 299:10 302:4 | |
| **decade**(1) 289:20 | |
| **december**(7) 55:20 212:6 212:10 219:22 220:2 220:9 289:17 | |
| **decided**(3) 53:21 74:7 249:7 | |
| **deciding**(2) 105:4 191:9 | |
| **decision**(8) 154:3 183:9 191:22 228:7 244:6 249:16 251:8 286:12 | |
| **decision-making**(1) 251:11 | |
| **decisions**(3) 108:3 226:21 244:8 | |
| **decline**(5) 103:23 104:3 104:17 110:11 110:13 | |
| **declines**(2) 22:25 104:2 | |
| **declining**(2) 104:7 104:10 | |
| **decrease**(5) 22:20 62:6 91:11 91:14 91:15 | |
| **decreases**(1) 270:17 | |
| **dedicated**(1) 81:10 | |
| **deduct**(4) 85:20 90:14 90:18 91:18 | |
| **deem**(1) 85:5 | |
| **deeper**(2) 135:11 135:12 | |
| **defendant**(4) 145:7 281:24 284:7 284:7 | |
| **defendants**(2) 182:13 282:11 | |

| Word | Page:Line |
|---|---|
| **defense**(2) 252:14 255:24 | |
| **defenses**(1) 236:3 | |
| **defer**(1) 141:2 | |
| **deferred**(1) 237:20 | |
| **deficit**(1) 83:23 | |
| **definitely**(2) 236:8 295:11 | |
| **definition**(5) 83:14 84:16 141:14 141:16 142:3 | |
| **degree**(4) 70:5 124:9 138:18 224:15 | |
| **degrees**(1) 238:25 | |
| **delaware**(7) 1:2 1:11 1:37 2:45 12:1 274:16 274:18 | |
| **delineation**(1) 163:25 | |
| **deliver**(1) 222:14 | |
| **demand**(2) 53:1 53:3 | |
| **demanded**(1) 184:8 | |
| **demo**(1) 6:5 | |
| **demonstrate**(1) 239:25 | |
| **demonstrative**(3) 38:20 239:15 297:9 | |
| **demonstratives**(2) 20:17 48:16 116:1 | |
| **denied**(1) 280:7 | |
| **dennis**(9) 2:29 229:22 253:1 254:13 254:23 262:1 265:13 266:6 303:22 | |
| **denominator**(2) 83:10 122:19 | |
| **dense**(1) 136:5 | |
| **deny**(1) 257:16 | |
| **depending**(4) 175:19 189:8 189:12 293:11 | |
| **depends**(1) 193:18 | |
| **depict**(1) 60:4 | |
| **depicted**(1) 60:7 | |
| **depo**(1) 198:3 | |
| **deposed**(6) 149:25 169:4 233:9 259:19 259:23 259:25 | |
| **deposition**(53) 17:13 41:25 43:6 43:19 44:11 81:17 88:7 88:13 88:20 91:5 128:8 128:8 128:16 129:11 134:2 137:25 140:13 140:21 140:23 142:10 143:5 149:3 150:1 154:8 156:2 161:10 164:16 164:19 168:14 169:8 174:13 175:25 180:12 183:16 184:3 187:2 187:5 187:7 190:24 194:8 194:11 203:18 203:19 203:20 203:24 235:15 236:25 238:3 246:4 265:15 301:5 301:21 303:8 | |
| **depositions**(2) 127:10 127:15 | |
| **depress**(1) 78:25 | |
| **depresses**(2) 78:12 78:13 | |
| **depth**(1) 167:25 | |
| **derived**(4) 106:3 113:16 113:17 194:3 | |
| **deriving**(3) 111:5 130:14 130:16 | |
| **describe**(2) 117:3 120:16 | |
| **described**(16) 29:4 42:2 52:24 58:23 87:10 95:14 116:18 150:1 179:12 179:16 243:4 243:8 258:16 260:12 287:19 298:23 | |
| **description**(3) 45:9 285:4 289:5 | |
| **descriptively**(1) 87:19 | |
| **designed**(1) 251:9 | |
| **desire**(1) 268:14 | |
| **desktop**(1) 43:8 | |
| **despite**(4) 57:14 65:9 65:17 240:24 | |
| **detail**(3) 73:16 102:15 120:15 | |
| **detailed**(2) 120:15 289:5 | |
| **details**(1) 63:8 | |
| **determination**(4) 65:8 192:20 192:25 | |
| **determine**(12) 14:23 36:17 97:10 105:5 109:24 114:18 133:18 135:8 146:21 194:1 194:24 243:10 | |
| **determined**(5) 25:22 25:25 56:1 175:22 242:12 | |
| **determining**(3) 65:19 108:11 109:23 | |
| **deterred**(1) 289:15 | |
| **detrimental**(1) 300:10 | |
| **deutsch**(1) 4:27 | |

| Word | Page:Line |
|---|---|
| **deutsche**(2) 9:13 140:17 | |
| **dev**(7) 292:12 293:10 294:2 294:8 298:6 298:8 298:11 | |
| **dev's**(2) 297:24 297:25 | |
| **develop**(1) 26:24 | |
| **developed**(3) 29:3 76:18 108:20 | |
| **developing**(11) 32:25 32:25 33:5 33:6 33:8 33:17 36:9 36:12 36:13 37:9 37:11 | |
| **developments**(1) 126:15 | |
| **deviate**(1) 118:1 | |
| **dewey**(1) 4:13 | |
| **diaz**(1) 1:43 | |
| **dick**(12) 128:19 128:21 128:25 140:3 140:5 140:9 159:7 159:11 159:20 159:22 160:7 160:9 | |
| **did**(301) 14:19 15:11 15:19 15:19 17:9 17:12 17:17 17:23 18:5 18:12 18:15 18:21 19:10 22:2 22:3 22:4 23:8 25:16 25:24 30:4 30:5 30:5 32:8 32:10 32:19 32:23 34:6 35:9 35:15 36:17 38:18 39:22 40:22 42:1 42:1 44:5 44:6 44:21 45:2 45:2 45:4 46:7 46:7 46:11 46:12 46:16 46:21 47:15 47:16 48:4 48:7 48:23 48:24 50:12 52:7 52:9 54:11 55:7 56:1 56:14 69:24 70:1 70:2 70:3 70:4 73:1 74:12 75:20 75:22 75:23 77:1 78:1 80:1 81:21 81:25 82:24 82:25 83:1 84:2 86:9 86:10 87:11 88:9 88:19 88:22 89:14 89:19 89:24 90:19 90:23 91:2 91:10 91:15 92:15 101:24 101:25 103:2 105:2 105:5 105:7 105:8 105:11 106:21 108:11 108:15 109:23 112:12 113:3 113:4 113:7 113:22 114:1 115:12 115:18 115:18 115:22 116:6 116:8 116:11 117:3 117:15 117:22 118:16 118:7 118:8 121:7 121:11 121:13 124:19 130:11 130:17 131:4 131:24 131:25 132:9 132:12 132:18 133:5 133:14 135:7 135:14 135:22 138:10 139:13 139:18 143:13 143:17 143:21 144:6 144:8 144:10 144:13 144:14 144:25 146:20 147:18 148:1 148:6 148:8 148:17 148:20 148:21 149:12 150:1 152:2 153:2 153:17 153:25 154:10 154:11 154:22 155:18 155:22 156:16 156:24 157:20 157:21 157:21 160:4 160:9 160:10 160:20 160:11 160:16 160:20 161:18 162:1 162:8 163:10 164:6 164:22 164:23 166:4 164:6 166:8 166:11 166:14 166:23 167:5 167:14 167:21 170:7 170:16 170:25 171:2 171:9 173:11 173:18 174:15 175:5 175:11 175:11 175:17 177:9 177:15 179:1 179:10 179:14 179:18 185:17 185:20 185:25 186:13 187:11 187:25 188:7 188:15 189:1 190:2 190:15 191:5 191:9 191:18 192:18 192:20 193:24 194:13 195:11 197:21 197:24 199:23 200:10 201:5 201:1 202:15 205:13 205:23 206:22 207:2 207:20 207:23 208:15 221:19 224:4 228:9 228:19 228:22 229:14 230:13 230:21 231:21 231:24 232:1 232:2 232:5 232:9 232:11 232:19 233:1 233:3 233:4 234:1 235:5 236:5 236:25 237:2 237:16 243:9 243:12 243:16 243:24 244:6 247:25 248:1 250:11 251:15 251:21 251:24 252:15 252:16 254:19 | |
| **did**(68) 254:23 255:19 256:2 257:24 257:24 260:4 260:6 260:7 260:10 260:11 261:14 261:15 261:23 262:14 262:15 262:21 262:23 262:24 263:4 263:20 263:2 265:1 266:16 266:17 267:11 267:19 267:21 268:9 268:11 268:12 268:13 268:1 268:20 269:7 273:3 273:17 273:19 274:3 274:7 274:16 274:25 276:18 277:12 278:8 278:24 279:3 279:4 279:7 282:21 283:10 285:13 285:20 286:2 286:4 287:2 288:1 288:10 288:19 288:21 289:13 289:1 290:21 294:5 294:14 296:5 296:7 296:8 | |

| Word | Page:Line |
|---|---|
| **didn't**(93) 14:14 15:3 15:3 15:7 15:12 15:13 16:10 17:19 17:22 19:9 20:9 22:1 22:6 25:6 25:8 25:15 27:1 27:7 27:13 28:14 28:21 30:9 30:3 33:18 38:25 39:23 40:17 41:25 42:14 45:15 45:17 46:4 46:23 52:6 56:24 58:6 59:2 60:23 70:13 73:3 130:20 131:8 131:19 132:21 134:13 147:5 152:24 153:24 155:12 158:1 159:21 160:11 165:7 166:7 166:18 167:10 167:20 168:7 168:11 168:21 168:25 179:2 179:22 183:21 187:21 188:4 188:11 188:13 188:22 189:18 215:12 215:14 233:15 233:13 245:14 247:24 250:19 252:3 252:14 257:18 258:3 260:21 261:2 263:16 270:6 270:23 283:7 286:12 287:18 288:15 291:2 295:2 295:10 | |
| **didn't**(32) 75:21 78:21 78:22 83:25 84:23 85:3 85:5 86:7 86:7 86:16 87:4 87:4 88:10 88:13 88:15 88:21 89:13 89:19 91:18 94:10 95:21 100:4 101:18 104:23 106:12 106:23 109:16 199:19 231:11 246:21 246:25 256:1 | |
| **difference**(15) 22:16 24:15 24:16 25:5 25:11 25:13 25:19 61:15 61:18 119:24 120:3 185:15 245:20 266:8 295:25 | |
| **differences**(5) 34:25 100:12 253:8 291:18 291:21 | |
| **different**(37) 16:13 19:13 19:16 19:17 25:7 26:7 26:11 26:24 26:25 27:21 35:17 38:11 43:12 43:24 57:16 58:20 59:1 69:15 76:10 81:10 105:18 105:20 105:25 114:10 125:18 176:19 176:19 188:20 237:16 239:14 241:9 255:16 259:15 272:16 278:17 279:23 284:20 | |
| **differentiation**(1) 163:25 | |
| **difficult**(1) 220:17 | |
| **difficulty**(1) 212:20 | |
| **dig**(1) 36:15 | |
| **diligence**(2) 55:9 108:6 | |
| **diluted**(1) 67:21 | |
| **dimon**(6) 11:22 177:14 177:15 178:15 204:9 210:5 | |
| **dinner**(1) 172:11 | |
| **direct**(17) 20:15 103:8 105:9 115:25 116:18 118:20 142:17 142:21 143:8 207:4 210:24 223:6 261:19 266:1 281:4 301:2 303:2 | |
| **directed**(1) 210:2 | |
| **direction**(6) 110:17 187:11 188:1 188:8 189:2 247:17 | |
| **directionally**(2) 26:19 200:7 | |
| **directions**(1) 81:10 | |
| **directly**(3) 172:24 180:4 257:22 | |
| **director**(6) 13:15 129:1 178:3 194:9 223:15 227:25 | |
| **directors**(9) 3:19 7:13 13:16 81:14 129:4 182:23 184:7 274:2 299:7 | |
| **disagree**(3) 15:3 15:14 101:25 | |
| **disagreed**(1) 167:22 | |
| **disagreeing**(1) 15:17 | |
| **disagreement**(1) 178:10 | |
| **disagreements**(1) 178:11 | |
| **disallowance**(3) 234:8 261:5 264:1 | |
| **disclose**(4) 179:10 179:14 190:1 195:16 | |
| **disclosure**(13) 18:5 18:8 18:21 18:23 19:1 60:21 81:21 105:15 110:2 110:4 110:6 237:3 258:17 | |
| **disclosures**(1) 18:11 | |
| **disconnect**(2) 289:21 290:5 | |

| Word | Page:Line |
|---|---|

discount(34) 35:11 36:1 44:4 44:7 44:7 59:9 62:9 62:11 62:12 64:6 64:11 64:15 64:19 65:19 66:5 67:23 69:8 70:20 70:23 71:6 71:7 71:14 72:9 72:19 73:9 74:4 78:7 79:6 79:10 79:15 92:19 92:20 95:14 112:8

discounted(6) 30:15 64:2 68:18 85:14 85:15 112:19

discounting(2) 93:25 96:8

discounts(11) 65:7 66:4 68:5 70:15 71:3 71:22 72:7 72:19 73:23 73:24 74:9

discovery(6) 19:24 120:20 120:24 121:3 128:11 216:11 233:9 245:25 247:16 249:2 259:11 259:18 263:1

discu(1) 285:17

discuss(24) 54:21 154:10 155:18 155:22 167:20 216:4 218:3 230:23 252:3 258:3 267:10 273:15 273:20 274:4 282:23 285:2 286:2 286:4 288:1 288:19 289:14 290:8 301:8 301:9

discussed(19) 38:5 77:18 77:19 100:25 103:3 125:6 129:24 139:5 139:15 139:15 161:25 172:18 256:6 267:25 269:10 273:19 285:9 285:11 287:25

discussing(8) 42:15 80:2 158:13 159:6 214:8 263:20 268:25 290:7

discussion(22) 17:20 90:4 133:10 158:12 159:10 188:4 188:12 188:13 188:23 197:2 218:9 218:12 218:18 221:22 226:23 256:24 257:1 257:20 261:11 277:13 283:9 294:21

discussions(8) 79:25 190:14 196:3 197:12 228:14 232:2 256:18 260:8

disgorgement(9) 191:10 233:17 242:3 242:6 242:19 284:9 295:14 296:10 296:19

disposition(1) 142:4
dispute(1) 182:25
disregard(1) 108:17
disruption(1) 76:5
distinction(1) 15:16
distinguishing(1) 100:5
distort(1) 34:15
distressed(7) 223:21 225:4 225:5 225:8 225:12 227:11 276:24

distributable(13) 16:9 20:23 60:8 89:22 90:13 116:22 124:20 126:13 198:1 292:1 292:9 292:11 294:6

distributable-enterpris(4) 292:4 297:18 297:20 298:20

distributed(1) 53:11
distribution(2) 53:16 53:19
distributions(2) 53:14 241:20
district(1) 1:2
disturbed(1) 269:1
divergent(1) 136:18
diversified(15) 26:18 27:3 27:16 28:9 32:9 34:4 34:8 34:9 34:10 34:14 105:13 106:10 118:22 119:4

diversifieds(1) 32:23
divided(1) 91:3
division(2) 224:24 225:2
divulging(1) 189:24
dla(1) 3:4
doctrine(1) 237:4

document(66) 12:21 12:24 13:4 22:12 27:23 27:25 39:15 40:8 40:9 48:19 64:17 66:18 127:25 128:2 129:8 129:22 129:25 129:25 130:2 130:3 130:4 130:7 134:1 137:22 142:8 142:12 149:1 154:6 161:14 174:11 175:23 183:14 184:2 200:24 201:2 203:1 203:25 207:9 207:10 209:25 216:3 216:11 216:13 216:14 216:17 217:21 218:19 218:21 219:15 219:17 219:20 234:1 238:10 239:14 252:20 252:25 254:7 254:12 254:25 256:8 256:12 256:14 265:4 270:7 283:16 292:14

document's(1) 265:7

documents(7) 48:15 61:25 127:14 143:4 169:5 192:1 216:11

does(50) 24:5 30:6 31:16 31:24 31:25 32:1 35:1 42:10 42:21 67:16 78:12 79:19 87:1 90:4 93:17 94:14 95:8 97:23 101:13 104:1 104:5 107:2 163:18 164:17 176:5 183:13 184:5 193:11 206:4 210:1 216:16 224:2 224:4 226:22 229:7 237:11 246:5 248:18 253:14 265:17 266:14 276:1 276:2 276:2 278:15 282:10 283:19 299:17 300:14 300:15

doesn't(13) 37:11 49:5 164:3 164:13 168:20 168:24 188:23 193:13 215:7 237:1 249:21 284:23 285:25

doesn't(1) 93:21 102:4 145:12

doing(38) 25:15 25:16 26:13 27:10 28:11 30:3 32:4 45:15 47:12 47:15 52:10 52:15 54:8 58:24 66:23 69:24 73:1 76:17 85:3 94:17 95:23 96:1 96:21 97:1 108:8 110:7 112:5 125:17 141:11 155:12 170:23 201:24 215:8 245:9 245:11 245:13 264:6 279:17

dollars(10) 93:21 94:19 104:13 135:13 233:18 237:17 237:19 260:23 298:16 298:18

don(7) 6:25 144:8 144:10 166:24 166:25 169:2 182:20

don't(174) 14:25 14:25 16:18 18:14 18:21 18:24 18:24 18:25 19:22 20:22 23:3 25:6 26:20 36:10 39:20 43:14 43:17 45:11 45:14 46:18 46:25 48:18 52:25 53:3 53:5 53:13 53:17 53:20 56:16 57:3 57:7 57:10 59:25 63:18 71:19 132:13 132:17 133:13 134:13 136:25 137:15 138:9 139:9 139:12 139:15 142:6 143:3 143:6 143:15 144:4 144:9 145:5 145:19 145:19 147:11 149:11 154:25 155:21 156:14 156:18 158:11 159:21 163:25 164:8 164:24 165:2 168:24 170:12 170:19 171:12 171:17 171:21 171:24 172:12 172:20 174:7 174:1 174:23 175:18 177:7 177:10 178:6 178:1 179:22 181:19 182:14 183:12 185:12 189:18 189:19 189:24 190:19 191:8 192:12 192:16 192:19 192:23 196:6 199:2 199:25 200:3 200:17 200:18 200:19 200:21 201:10 201:14 201:17 203:8 204:2 204:11 204:22 204:23 205:1 205:14 205:16 205:20 206:8 206:13 206:14 206:15 206:15 207:1 207:22 208:2 208:6 208:13 208:13 208:21 209:4 210:1 210:17 210:22 211:13 211:16 211:22 212:25 212:25 215:20 217:13 218:20 219:13 219:23 216:16 236:9 236:15 239:16 246:12 249:16 256:16 257:2 259:6 272:21 275:25 278:12 280:20 281:18 288:16 288:25 289:10 290:24 296:13 300:3 300:4

donald(1) 2:6

done(49) 14:9 14:11 16:16 16:20 16:23 17:6 17:13 17:15 19:11 32:6 45:25 51:18 51:21 60:11 60:16 61:6 62:5 64:18 79:3 87:1 88:6 91:7 92:1 93:9 95:24 100:17 102:24 116:15 139:4 144:18 166:9 166:10 171:7 185:13 198:21 199:19 206:17 212:7 212:14 230:5 230:25 255:25 263:12 267:1 269:22 279:14 288:13 292:1 301:7

don't(75) 75:12 75:14 77:19 80:4 81:7 82:12 82:7 82:25 85:25 86:13 87:18 91:1 91:20 91:21 92:16 93:17 93:19 94:10 94:25 95:22 96:24 98:11 101:23 101:24 104:5 104:15 104:21 104:24 105:1 106:20 107:1 107:7 107:7 107:9 107:22 108:2 108:4 108:9 109:3 109:12 109:16 109:20 110:9 110:16 111:24 112:23 113:21 114:7 114:8 114:12 114:24 114:25 115:14 115:11 115:20 125:15 125:15 190:14 192:14 196:15 203:12 204:2 214:25 215:15 217:1 219:11 220:18 227:6 235:19 236:11 246:11 250:3 250:25 256:15 257:23

door(7) 161:5 257:1 257:12 257:15 258:3 258:18 277:20

dorr(1) 5:15
dotted-line(1) 118:23
double(1) 51:1
double-counting(3) 91:6 99:11 99:12
doubt(1) 214:16
dougherty(2) 6:28 6:29
douglas(1) 4:27
dow(2) 10:37 10:37
down(38) 13:10 13:18 14:11 24:22 28:16 36:1 38:15 38:17 38:19 38:23 40:4 40:16 40:22 49:10 50:5 64:4 103:19 126:19 142:22 154:19 155:4 160:2 161:6 162:2 163:6 221:13 249:20 251:19 266:3 266:6 269:1 290:1 290:2 290:1 291:5 293:18 294:8 296:15

downloading(1) 159:17
downplay(1) 56:18
downside(1) 193:17
dozens(2) 266:6 279:17
drag(2) 85:7 85:8
dramatic(1) 99:18
dramatically(1) 286:1
draw(2) 14:20 280:6
drive(2) 239:21 240:9
driven(5) 22:20 37:16 61:15 97:7 108:13
drives(4) 35:7 51:6 103:21 237:4
driving(2) 104:4 226:9
dropped(1) 40:19
dropped-phone-call(1) 263:23
due(2) 55:9 108:5
duff(1) 10:8
during(29) 54:14 54:17 54:21 55:9 71:4 127:2 129:19 136:21 136:22 170:18 196:5 196:11 196:18 197:1 201:15 212:9 227:10 227:24 235:15 260:15 261:14 265:2 266:2 267:8 269:10 271:13 271:24 277:6 287:2

duties(1) 190:21
duty(2) 133:15 135:8
e-mail(1) 303:22
each(16) 25:8 46:8 46:24 46:24 56:19 57:24 65:25 79:1 109:14 109:17 109:25 116:20 153:19 171:25 264:9

earlier(15) 24:10 36:16 93:7 95:14 100:9 125:24 137:13 170:3 184:17 256:6 257:12 282:14 290:21 291:1 301:6

early(4) 140:15 279:22 281:18 289:17
earned(1) 127:22
earning(1) 123:11

earnings(7) 78:13 78:23 79:22 123:18 123:20 123:21 123:22

easier(2) 87:19 221:17
easiest(1) 127:19
easily(1) 95:11
easy(2) 293:7 298:1
ebbs(1) 171:18
ebita(1) 37:19
ebitda(54) 30:23 32:22 33:7 33:8 33:15 33:18 33:24 36:12 36:15 37:12 37:13 37:17 37:18 44:16 45:8 46:8 46:12 46:12 46:13 47:19 59:24 60:4 62:2 80:6 80:16 80:16 80:18 81:9 82:9 82:18 82:20 83:3 83:6 83:9 83:9 83:12 85:20 88:1 91:19 96:22 96:23 97:1 97:19 97:25 98:14 99:15 103:23 103:24 103:1 105:19 109:18 110:6 121:1 121:8

ebitdas(2) 82:20 82:21
ebitda's(1) 83:10
economic(3) 232:15 239:25 300:6
economics(1) 185:21
economy(1) 220:17
ecro(1) 1:41
eddy(9) 175:3 175:7 175:9 175:11 177:20 207:14 211:2 212:1 212:1

educated(1) 253:6
educational(1) 224:11
effect(5) 36:22 59:23 261:15 291:4 298:9
effective(1) 96:9 98:20 98:22
effort(5) 191:5 225:1 246:7 256:7 258:3
ehmer(1) 10:23
eight-and-a-half-billion(1) 233:18
eighteen(1) 202:13
eighty(2) 252:11 252:11
eitan(1) 9:24
either(14) 38:12 43:2 63:20 78:15 87:17 172:23 181:11 205:16 229:15 236:11 239:4 255:19 287:17 293:11

elden(1) 6:28
eldersveld(1) 6:23
elect(1) 66:2
elected(1) 231:21
electronic(1) 1:49 302:14
elicit(1) 249:25
eliciting(1) 236:22
eliminate(1) 84:13
eliminated(2) 73:23 73:24
eliminating(1) 66:6
elizabeth(1) 6:45
elkins(1) 8:24
elliot(1) 2:8
elliott(3) 225:2 225:5 225:5
else(12) 38:24 49:3 53:22 57:4 60:5 83:16 154:5 174:21 184:9 184:12 250:22 301:17 302:1

email(43) 137:22 142:15 142:18 142:22 143:2 149:13 149:16 157:6 168:22 176:2 176:6 207:4 207:21 208:4 208:8 208:22 209:2 209:21 210:2 210:11 210:18 211:7 211:8 211:9 211:12 211:24 214:1 214:15 217:7 217:24 219:18 219:20 221:5 252:24 253:1 253:4 253:4 253:9 253:11 254:13 254:15 262:9 302:3

email's(1) 210:7
emails(9) 176:12 176:15 176:18 176:19 177:5 215:1 215:17 219:12 255:11

emerged(1) 109:25
emerges(1) 80:25
empirical(1) 70:14
employed(2) 96:7 223:12
employees(1) 259:19

| Word | Page:Line |
|---|---|

**employment**(5) 128:18 140:2 170:9 223:10 224:21

**encouraging**(1) 97:12

**end**(13) 28:13 28:16 35:11 59:6 93:24 153:8 222:1 225:6 225:7 228:6 244:9 251:19 274:11

**endeavor**(1) 260:7

**endeavored**(1) 260:17

**ended**(3) 47:15 47:22 115:8

**endorse**(1) 131:23

**endorsed**(2) 129:20 130:10

**endorsement**(2) 131:18 131:20

**enforce**(1) 227:5

**engage**(1) 195:11

**engaged**(4) 16:18 18:18 125:25 225:21

**engagement**(5) 12:25 13:1 13:2 13:8 13:22

**enhancement**(2) 65:24 65:24

**enough**(6) 21:10 131:8 144:20 145:19 163:1 287:13

**ensure**(2) 86:9 141:21

**enter**(1) 162:4

**entered**(2) 171:11 173:25

**enterprise**(15) 23:5 31:7 37:16 65:25 66:1 124:17 202:2 224:1 243:1 243:5 243:6 292:2 292:9 292:11 294:6

**entertain**(1) 271:19

**entertainment**(2) 159:24 161:2

**entire**(5) 18:8 81:15 141:1 192:3 273:9

**entirely**(1) 280:3

**entirety**(1) 273:23

**entities**(3) 28:9 29:8 133:5

**entitled**(5) 40:7 63:12 70:19 132:4 242:13

**entity**(2) 67:19 68:8

**entries**(6) 84:19 84:22 86:13 87:25 265:22 266:2

**entry**(3) 84:12 265:22 266:2

**environment**(1) 218:11

**eos**(2) 8:40 8:40

**ephraim**(1) 11:22

**epistemological**(1) 136:5

**equal**(3) 76:8 76:18 193:16

**equally**(2) 75:18 76:11

**equation**(1) 83:10

**equitable**(5) 234:7 234:8 261:5 261:5

**equity**(15) 63:1 63:8 65:8 65:21 67:17 68:7 68:15 68:17 77:22 151:15 152:15 193:11 224:5 230:19 291:25

**equivalent**(10) 275:3 275:4 275:22 276:1 276:1 276:1 276:2 276:2 276:3 276:9

**erected**(1) 229:20

**erens**(1) 10:34

**errors**(1) 253:8

**escapes**(1) 99:12

**escrow**(1) 287:13

**espn**(2) 150:23 150:24

**esq**(122) 1:25 1:26 1:27 1:28 1:29 1:36 2:5 2:6 2:7 2:8 2:9 2:15 2:22 2:30 2:36 2:37 2:38 2:44 3:5 3:8 3:13 3:20 3:27 3:28 3:34 3:35 3:36 3:37 3:38 3:39 3:45 3:46 3:47 4:7 4:14 4:15 4:16 4:25 4:27 4:29 4:31 4:33 4:35 4:39 4:40 4:41 4:42 4:46 5:5 5:6 5:16 5:18 5:22 5:27 5:31 5:33 5:37 5:42 5:44 6:5 6:7 6:9 6:13 6:15 6:17 6:21 6:23 6:25 6:29 6:37 6:39 6:41 6:43 6:45 7:5 7:9 7:15 7:19 7:23 7:27 7:29 7:34 7:38 7:42 7:44 7:46 8:6 8:13 8:21 8:25 8:29 8:37 8:41 8:45 8:50 9:5 9:9 9:20 9:24 9:30 9:32 9:36 9:37 9:39 9:43 9:47 10:6 10:8 10:12 10:21 10:23 10:28 10:32 10:38 10:42 10:47 10:49 11:5 11:11 11:13 11:16 11:22

**essentially**(12) 22:20 40:11 47:15 57:8 60:11 80:15 82:4 98:25 108:11 240:6 245:17 249:3

**establish**(2) 241:1 278:14

**established**(4) 125:24 128:7 189:21 267:7

**estate**(1) 270:2

**esther**(1) 5:37

**estimate**(7) 41:12 97:6 97:7 97:15 98:19 243:18 299:11

**estimated**(4) 69:8 97:19 123:19 126:13

**estimates**(5) 122:21 124:6 124:7 124:8 124:8

**estopped**(2) 264:1

**estoppel**(1) 234:22

**ethical**(2) 229:20 251:19

**evaluate**(5) 78:17 116:19 120:22 120:23 247:23

**evaluated**(1) 111:8

**evaluating**(6) 105:24 105:24 120:19 151:8 193:24 244:17

**evaluation**(2) 101:15 124:10

**even**(23) 44:19 62:10 66:1 89:19 95:5 96:6 130:4 137:11 137:18 150:12 152:24 209:4 213:7 231:21 246:20 246:21 246:21 284:22 285:24 287:10 293:6 293:7 301:20

**evening**(1) 288:22

**event**(5) 34:3 124:8 234:10 234:14 259:1

**events**(2) 294:15 300:25

**eventually**(1) 230:10

**ever**(46) 66:20 66:24 114:3 129:24 137:8 139:18 143:13 143:17 143:21 144:6 144:1 147:18 148:21 148:24 149:12 153:2 153:21 155:18 155:22 156:24 157:10 157:13 159:22 167:5 171:13 173:21 189:1 190:3 192:20 196:25 199:19 201:5 208:15 210:19 211:22 219:2 220:3 231:24 262:12 273:15 273:20 274:4 289:7 296:13 299:10 299:18

**every**(14) 14:14 14:19 14:22 25:8 40:25 67:2 151:23 153:18 169:2 172:7 274:16 274:18 274:20 279:13

**everybody**(5) 154:5 160:3 162:21 162:23 162:24

**everybody's**(1) 23:18

**everyday**(1) 163:24

**everyone**(6) 12:3 155:25 162:6 232:22 245:23 248:2

**everyone's**(1) 247:15

**everything**(10) 38:24 48:8 48:9 49:9 60:5 71:17 87:21 102:9 178:12 246:6

**evidence**(8) 70:14 102:16 237:12 250:22 253:20 256:5 256:16 267:5

**evolution**(3) 73:25 74:1 294:18

**evolved**(1) 73:19

**exact**(10) 34:17 36:11 82:18 91:14 91:21 92:18 171:17 171:24 190:19 206:8

**exactly**(12) 60:1 75:14 151:10 155:1 170:19 193:8 194:1 237:15 245:24 248:15 266:6 278:15

**examination**(11) 12:13 12:16 115:5 118:15 124:25 127:2 165:24 166:3 223:6 258:22 261:19

**examine**(1) 245:16

**examiner**(63) 17:20 17:23 18:3 64:25 65:3 66:9 113:4 137:10 166:23 167:14 167:19 167:22 180:6 231:14 231:23 232:18 232:2 233:2 233:6 233:7 233:12 233:19 233:21 234:7 234:12 242:4 243:9 243:15 243:16 243:20 244:1 244:8 244:21 247:23 250:9 250:12 251:24 254:18 255:9 255:20 259:1 260:4 260:19 260:24 263:7 263:1 263:20 264:21 268:23 269:14 270:3 270:6 281:18 281:19 282:12 282:23 282:24 294:11 294:14 295:9 298:4 298:10

**examiner's**(14) 17:17 17:22 138:16 139:19 164:17 167:6 187:10 187:24 188:6 189:15 243:19 243:23 244:18 270:16

**examiner's**(3) 112:16 112:22 113:14

**example**(6) 19:14 19:15 44:16 98:7 178:19 194:19

**exceed**(1) 121:1

**excel**(1) 253:16

**excellent**(1) 213:5

**except**(3) 29:22 127:24 250:21

**exception**(1) 59:5

**exceptions**(2) 65:9 124:10

**excerpt**(4) 62:22 64:25 69:17 72:18

**excerpts**(4) 66:15 66:25 125:2 128:8

**excess**(1) 86:24

**exchange**(3) 263:6 297:1 302:3

**exclamation**(1) 176:9

**excluded**(1) 27:14

**excluding**(5) 121:2 207:8 273:13 273:18 274:3 287:25

**exclusion**(1) 19:15

**exclusively**(1) 174:7

**excuse**(12) 29:17 33:12 34:24 38:7 46:10 58:5 90:21 93:18 114:16 126:14 129:16 161:8

**executive**(11) 21:14 128:19 129:1 131:11 140:3 140:10 155:2 155:19 155:24 175:7 177:21

**exercise**(5) 87:20 118:13 190:21 244:16 244:18

**exhaustive**(2) 165:11 233:8

**exhibit**(72) 12:21 22:9 36:25 39:3 40:7 49:21 49:21 49:22 51:7 60:3 63:6 63:11 63:12 63:15 67:6 70:17 72:15 72:23 89:1 112:18 113:6 113:12 116:2 122:1 122:2 123:4 123:5 126:3 129:13 130:13 130:19 130:22 131:6 134:4 134:24 137:21 142:9 146:14 146:16 149:2 161:7 190:25 193:22 195:4 200:23 203:22 205:22 209:16 209:1 212:4 213:13 213:16 216:2 216:3 216:7 219:15 219:17 221:3 238:20 252:21 253:2 254:5 254:10 254:25 257:7 259:5 267:5 270:8 282:18 282:23 283:17 286:16

**exhibits**(3) 123:4 303:20 303:21

**existed**(2) 41:8 262:18

**existing**(2) 78:23 214:4

**exit**(1) 287:10

**exited**(1) 287:15

**expansion**(3) 86:19 90:9 296:5

**expect**(1) 94:19

**expected**(12) 123:22 228:14 243:18 244:7 244:9 244:23 250:12 281:20 284:24 285:2 286:23 291:4

**expense**(10) 82:1 82:9 82:14 83:2 83:13 84:9 86:12 86:16 91:19 181:24

**expenses**(4) 80:11 80:16 85:19 86:15

**expensing**(1) 86:5

**experience**(15) 71:15 71:22 72:3 73:15 101:13 108:20 108:22 131:10 185:22 225:11 227:11 230:5 240:25 289:23

**examiner**(63)... [see above]

**expert**(48) 8:44 14:17 16:15 16:16 18:3 55:11 103:17 119:17 120:7 136:11 147:15 148:21 184:14 184:21 185:18 186:2 198:10 198:13 236:14 238:23 239:1 239:4 239:8 239:10 240:4 240:4 240:16 240:23 244:19 245:3 245:5 245:8 245:9 245:10 245:14 245:17 245:20 245:23 246:2 246:4 246:9 246:23 248:11 248:12 249:5 254:15 254:16 301:11

**expert's**(2) 244:25 245:13

**expertise**(2) 148:18 186:4

**experts**(4) 62:19 244:21 245:1 301:8

**explain**(10) 124:1 133:6 166:4 167:21 238:12 250:15 264:10 288:24 290:3 290:4

**explore**(1) 117:12

**expose**(1) 229:18

**exposure**(2) 295:8 296:22

**expressed**(6) 135:19 211:19 213:23 220:22 231:1 286:13

**expressing**(1) 220:12

**extend**(4) 94:3 95:18 96:17 184:6

**extensive**(3) 17:20 235:15 257:20

**extent**(21) 15:22 15:7 26:24 52:13 54:4 84:8 84:20 86:4 89:10 101:19 107:23 117:18 118:11 190:9 191:12 194:2 195:16 195:19 236:13 249:9 287:14

**extraordinarily**(1) 44:15

**extrapolate**(2) 36:19 37:14

**extrapolated**(3) 33:2 34:1 36:14

**extrapolation**(1) 34:5

**extremely**(1) 260:25

**eye**(2) 178:11 178:11

**eyes**(2) 266:10 266:15

**face**(4) 228:22 228:23 229:11 264:3

**face-to-face**(1) 264:15

**faced**(2) 145:1 149:6

**facilitate**(3) 175:15 252:18 262:19

**facility**(1) 140:18

**facing**(1) 149:14

**fact**(55) 25:12 26:12 27:6 30:21 31:10 34:14 35:12 36:4 38:10 40:11 41:7 50:4 50:18 53:7 57:14 60:16 65:9 78:7 78:20 79:9 79:19 83:9 84:25 91:9 102:19 103:20 103:22 106:24 107:5 110:10 112:12 120:6 125:12 125:22 141:5 148:9 153:3 154:17 160:2 168:21 182:23 186:1 229:16 236:16 236:19 237:12 237:24 241:6 243:6 249:1 266:17 283:7 285:24 286:15 298:10

**factor**(6) 30:15 36:9 51:6 80:1 80:7 81:13

**factored**(4) 36:20 76:5 79:22 80:6

**factoring**(1) 79:18

**factors**(8) 30:13 30:14 75:13 81:12 100:5 111:9 148:10 184:24

**facts**(4) 71:18 145:13 145:19 248:24

**factual**(1) 237:8

**fail**(1) 212:15

**failed**(2) 58:11 65:6

**failing**(2) 36:18 79:23

**fair**(31) 16:6 20:25 21:4 72:3 72:4 95:6 135:15 135:20 136:17 147:13 147:24 148:4 148:8 148:9 150:3 150:10 167:12 167:17 185:19 190:8 190:11 190:17 192:5 209:24 217:18 227:2 227:8 246:6 258:17 259:2 286:22

**fairer**(1) 135:8

**fairly**(3) 17:20 44:4 249:18

**fairness**(6) 133:21 138:8 144:17 235:8 236:24 298:7

**faith**(1) 249:8

**fall**(1) 133:18

**fallon**(1) 7:9

**faltas**(2) 6:32 6:33

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **familiar**(16) 18:15 36:5 66:18 90:6 130:3 169:10 181:3 201:23 208:6 244:16 251:16 251:17 275:8 277:7 292:19 299:13 | | **firm's**(3) 67:14 67:17 228:10 | | **for**(301) 1:2 1:24 2:4 2:21 2:35 3:4 3:12 3:18 3:25 4:4 4:23 5:4 5:13 5:25 5:30 5:41 6:4 6:28 6:32 6:36 7:4 7:11 7:21 7:41 8:4 8:9 8:12 8:24 8:27 8:31 8:36 8:40 8:44 8:48 9:4 9:8 9:13 9:23 9:35 9:41 9:46 10:4 10:11 10:16 10:20 10:22 10:26 10:31 10:37 10:41 10:46 11:4 11:11 11:16 11:21 11:25 12:9 12:13 14:3 15:25 19:14 19:15 21:18 21:21 22:24 24:15 25:5 26:22 28:23 29:1 30:15 31:18 32:11 32:16 33:12 33:14 34:10 37:6 37:15 38:10 40:6 40:18 40:22 41:23 44:2 44:6 45:22 46:1 46:2 46:8 46:18 46:20 47:4 47:5 47:19 47:25 48:2 48:8 48:11 48:11 48:13 49:2 49:5 49:9 49:9 50:8 50:19 50:20 50:25 51:1 52:2 53:8 56:17 56:24 57:5 58:7 59:13 59:18 60:12 60:13 62:2 64:11 64:15 64:19 64:24 66:6 67:12 67:13 67:21 68:9 68:14 68:14 68:18 71:17 71:22 71:25 72:2 72:19 74:15 76:12 78:22 79:11 81:18 81:22 82:9 82:14 83:25 84:7 85:16 85:19 85:22 87:23 88:18 90:20 91:13 91:13 92:5 94:12 96:5 96:23 97:20 97:24 97:25 98:3 98:7 98:9 98:10 98:15 99:15 100:8 100:9 100:21 101:15 102:18 107:6 108:4 108:16 109:2 110:21 113:7 114:11 116:2 116:10 116:17 117:3 117:4 117:25 118:15 118:16 119:4 119:11 119:17 120:9 120:16 122:1 122:18 122:20 122:21 123:25 126:12 127:6 127:17 128:21 129:18 132:25 131:1 131:1 131:2 131:16 132:25 135:18 136:20 139:10 140:5 141:7 141:15 143:5 145:25 150:13 150:19 150:23 151:5 151:22 151:25 152:5 152:12 153:14 153:19 155:23 158:7 160:24 162:25 164:8 168:13 172:9 173:9 173:13 176:9 176:17 176:19 176:25 177:10 177:17 177:25 178:3 178:23 179:12 180:3 180:11 183:5 183:10 186:14 186:18 187:13 188:2 188:10 189:4 189:15 189:21 190:13 191:6 191:10 193:2 194:7 194:10 194:19 199:16 199:20 202:5 202:12 202:15 202:19 203:1 203:13 203:15 205:10 205:17 205:21 206:7 206:9 207:15 208:23 209:3 209:6 212:16 213:7 213:11 214:9 214:17 215:24 216:13 216:14 218:3 218:3 218:9 222:5 222:7 222:16 | |
| | | **firms**(4) 68:12 69:10 136:14 259:25 | | | |
| **familiarity**(2) 18:4 18:16 | | **first**(82) 13:25 21:17 23:23 49:6 50:12 50:16 60:3 62:24 68:24 75:23 76:13 98:15 99:12 113:6 123:9 126:8 128:4 128:7 129:8 129:9 132:7 134:7 134:8 134:16 146:16 153:12 153:12 157:4 157:14 163:2 164:11 164:15 165:22 169:24 170:7 170:15 170:23 170:23 171:10 171:12 177:180:12 181:6 190:24 191:2 195:3 195:4 201:8 203:21 204:20 207:4 210:10 217:20 218:10 228:4 228:9 238:10 246:11 250:21 251:13 260:10 260:11 260:13 265:17 271:271:23 272:18 274:10 274:12 283:1 288:291:16 292:8 293:11 294:18 295:1 295:3 295:5 295:16 295:19 295:23 296:7 | | | |
| **familiarize**(1) 63:25 | | | | | |
| **family**(1) 260:13 | | | | | |
| **fancy**(1) 106:3 | | | | | |
| **far**(5) 187:1 192:15 196:15 242:20 243:13 | | | | | |
| **fargo**(1) 9:16 | | | | | |
| **favor**(1) 56:12 | | | | | |
| **favorable**(2) 180:5 260:25 | | **fiscal**(1) 122:21 | | | |
| **favored**(1) 286:4 | | **five**(10) 49:24 54:14 54:16 111:19 206:11 230:6 252:12 278:16 281:11 295:8 | | | |
| **fcc**(1) 301:10 | | | | | |
| **fearney**(1) 1:27 | | | | | |
| **features**(1) 75:14 | | | | | |
| **february**(23) 23:8 24:23 38:8 39:7 39:8 39:10 40:2 40:21 41:9 51:21 61:16 70:13 73:4 81:14 102:16 119:15 120:7 140:22 169:4 176:3 176:20 177:1 187:6 | | **five-minute**(4) 111:12 186:16 186:20 | | | |
| | | **fixed**(2) 35:19 91:24 | | | |
| | | **flag**(1) 227:16 | | **forced**(1) 231:5 | |
| **federal**(2) 245:4 245:15 | | **flags**(2) 129:2 140:16 | | **forecast**(14) 50:18 50:19 53:2 91:19 94:15 94:18 99:1 103:21 104:4 108:12 108:17 110:12 110:19 114:22 | |
| **fee**(1) 13:19 | | **flagship**(2) 31:22 32:2 | | | |
| **feedback**(6) 255:15 255:19 256:2 290:22 290:24 291:8 | | **flip**(2) 120:10 270:7 | | | |
| | | **flom**(1) 7:14 | | | |
| **feel**(2) 289:22 289:22 | | **floor**(3) 4:9 5:9 246:17 | | **forecasts**(3) 106:12 106:14 108:8 | |
| **feeling**(2) 88:3 280:13 | | **flow**(14) 30:15 38:23 46:25 47:1 47:4 53:10 53:11 53:21 64:3 68:10 88:1 96:22 103:3 241:21 | | **foregoing**(1) 302:13 | |
| **feels**(1) 294:3 | | | | **forever**(1) 163:8 | |
| **fees**(3) 13:4 178:25 179:1 | | | | **form**(17) 136:4 145:11 146:6 146:23 148:19 148:23 152:18 152:19 167:15 171:8 178:5 185:9 185:10 185:11 195:9 217:25 233:4 | |
| **feld**(4) 2:35 7:26 127:7 222:7 | | **flowing**(1) 85:13 | | | |
| **felt**(5) 35:4 77:20 185:22 230:8 267:18 | | **flows**(4) 47:9 49:14 98:5 171:18 | | | |
| **female**(1) 152:20 | | **fly**(1) 289:2 | | | |
| **fence**(1) 20:1 | | **focus**(8) 22:24 35:23 88:21 91:23 140:25 223:22 224:1 224:2 | | | |
| **few**(11) 66:23 74:14 123:8 128:23 129:9 140:7 207:15 208:9 227:13 250:9 297:8 | | | | **forma**(2) 78:18 212:16 | |
| | | | | **formal**(1) 161:13 | |
| **fiduciary**(3) 133:14 135:7 190:21 | | **focused**(5) 81:13 89:9 115:22 225:5 225:8 | | | |
| **field**(1) 73:15 | | **focusing**(2) 24:18 92:4 | | | |
| **fifty**(1) 244:11 | | **folks**(8) 153:12 158:8 175:12 175:13 210:21 233:9 289:15 300:5 | | | |
| **fifty-five**(1) 252:13 | | | | | |
| **fifty-two**(1) 252:13 | | **follow**(7) 40:17 62:4 87:24 149:12 253:9 253:11 298:10 | | | |
| **fight**(3) 187:17 249:7 249:8 | | | | | |
| **figure**(4) 54:17 99:9 133:7 301:17 | | **follow-up**(2) 160:6 166:8 | | **for**(99) 224:25 225:22 226:7 226:20 227:7 227:22 230:16 232:16 234:2 235:19 236:1 236:4 236:16 236:18 237:10 237:12 237:1 238:18 239:23 240:20 242:9 242:15 242:19 244:9 244:14 247:15 247:21 248:1 248:2 248:9 248:18 248:19 249:2 249:9 249:18 250:3 250:14 250:18 250:21 252:2 253:11 253:14 254:12 254:25 256:5 256:6 256:7 256:12 256:14 258:6 258:7 258:8 258:15 259:3 260:20 262:25 263:9 264:7 265:14 268:9 268:24 269:7 269:16 269:21 270:4 270:14 272:3 272:6 274:16 274:18 276:7 279:8 279:13 281:23 284:9 285:5 285:10 287:4 287:9 287:17 288:21 288:24 289:6 291:22 292:6 295:7 295:12 295:15 295:23 296:22 296:25 297:2 298:21 299:5 300:7 300:10 301:5 301:12 302:4 | |
| **figures**(1) 240:21 | | **following**(4) 32:21 46:10 188:5 283:12 | | | |
| **figuring**(1) 244:22 | | **follows**(1) 123:15 | | | |
| **file**(2) 162:8 197:9 | | **food**(11) 51:19 52:2 55:7 60:13 62:12 63:5 64:3 74:6 202:12 202:15 202:19 | | | |
| **filed**(10) 119:15 120:7 137:16 163:11 164:22 182:7 182:10 234:23 263:15 292:1 | | | | | |
| | | **food's**(1) 53:10 | | | |
| **filing**(2) 161:22 242:8 | | **footnote**(6) 64:10 64:12 64:12 65:14 65:16 65:17 | | | |
| **filing**(1) 296:21 | | | | | |
| **final**(2) 30:17 163:4 | | **footprint**(1) 31:24 | | | |
| **finally**(1) 268:7 | | | | | |
| **finance**(3) 69:21 99:21 224:16 | | | | | |
| **financial**(31) 20:10 21:18 24:1 25:2 25:7 30:6 31:5 58:1 58:13 113:15 119:24 120:15 131:1 131:9 132:25 133:1 136:13 146:24 147:1 147:6 147:15 148:2 192:2 194:10 198:7 225:20 240:5 253:4 253:13 283:5 284:16 | | | | | |
| **financing**(2) 98:5 220:4 | | | | | |
| **find**(19) 63:13 71:19 87:21 89:10 89:14 99:20 101:18 102:16 103:10 103:11 104:5 149:13 214:17 215:24 223:24 227:3 238:14 243:4 297:10 | | | | **friedman**(5) 2:29 7:32 77:11 262:2 262:3 | |
| | | | | **friend**(9) 158:8 159:4 176:8 176:16 177:3 177:25 205:2 205:11 208:22 | |
| | | | | | |
| **finding**(1) 88:15 | | | | **friends**(2) 161:2 172:8 | |
| **finds**(1) 24:10 | | | | | |
| **fine**(2) 146:8 290:10 | | | | | |
| **finger**(2) 2:14 8:16 | | | | | |
| **finish**(3) 192:4 257:4 281:4 | | | | | |
| **fire**(1) 162:2 | | | | | |
| **firm**(17) 67:13 67:19 67:20 68:16 107:25 113:1 153:11 153:12 153:16 153:17 223:22 224:25 229:18 229:23 251:12 253:6 277:1 | | | | | |

And continuing the second column top:

| **familiar** | | **firm's**(3) 67:14 67:17 228:10 | | | | **forman**(1) 1:34 |
| | | | | | | **formed**(2) 155:2 179:7 |
| | | | | | | **former**(1) 7:11 |
| | | | | | | **formula**(1) 64:16 |
| | | | | | | **formulated**(1) 240:8 |
| | | | | | | **formulation**(1) 190:19 |
| | | | | | | **forth**(7) 27:23 106:4 112:4 137:1 235:2 241:8 255:21 |
| | | | | | | **forthcoming**(1) 122:22 |
| | | | | | | **fortress**(1) 225:6 |
| | | | | | | **fortune**(3) 169:19 170:1 170:6 |
| | | | | | | **fortunes**(1) 193:13 |
| | | | | | | **forty**(3) 217:5 217:12 224:9 |
| | | | | | | **forum**(2) 261:7 263:22 |
| | | | | | | **forward**(23) 45:19 46:1 46:4 46:12 48:10 49:18 59:2 94:16 98:20 98:25 99:9 123:23 124:2 124:5 124:12 163:15 164:12 184:11 185:24 240:15 249:9 287:15 301:25 |
| | | | | | | **forward-looking**(7) 76:8 76:20 96:2 96:22 96:23 97:3 121:12 |
| | | | | | | **found**(12) 23:9 24:9 33:13 146:2 146:12 146:13 167:19 184:14 262:24 284:21 294:12 297:17 |
| | | | | | | **foundation**(12) 10:5 11:17 136:4 240:20 241:10 241:16 275:5 275:6 275:25 278:13 280:4 282:3 |
| | | | | | | **four**(12) 17:6 35:6 100:18 102:24 104:11 108:21 108:22 123:21 171:25 228:18 230:3 230:16 |
| | | | | | | **four-hundred-and-something**(1) 231:16 |
| | | | | | | **frame**(2) 197:4 232:4 |
| | | | | | | **framework**(1) 252:2 |
| | | | | | | **frank**(4) 4:33 10:41 10:42 204:21 |
| | | | | | | **frank's**(1) 204:17 |
| | | | | | | **frankel**(1) 9:19 |
| | | | | | | **frankly**(5) 40:22 98:21 264:12 286:9 |
| | | | | | | **fraudulent**(15) 109:21 180:24 181:14 181:15 233:11 233:13 233:22 268:10 294:12 295:10 296:12 296:13 296:14 296:23 297:3 |
| | | | | | | **free**(4) 98:3 141:21 229:24 257:9 |
| | | | | | | **fresh**(1) 81:19 |
| | | | | | | **fresh-start**(4) 80:21 80:24 81:3 81:22 |
| | | | | | | **friday**(1) 40:13 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **from**(193) 13:10  17:21  18:3  18:3  28:5 28:16  33:2  36:1  36:6  38:7  40:2  40:12 42:20  43:20  43:24  55:1  62:23  64:25  66:15 67:5  68:3  68:23  69:18  70:25  71:3  72:8 72:18  73:9  73:12  75:9  75:15  76:4  76:9 76:19  77:22  80:3  80:25  83:22  84:11  84:12 84:23  89:4  91:11  91:15  91:19  94:16  94:21 94:24  95:1  95:4  95:8  98:25  99:10  99:20 101:8  101:17  102:5  103:17  103:19  105:21 106:3  106:12  106:15  106:16  106:17  109:25 110:6  112:15  113:16  113:17  114:10 114:10  117:7  120:25  124:13  124:15  125:2 127:3  127:10  128:5  128:8  129:10  131:21 137:13  140:20  140:22  142:18  142:23  143:1 144:11  146:18  147:12  148:12  153:8  153:9 155:15  165:12  168:18  169:11  169:21  172:2 172:13  173:10  175:18  177:9  179:25  187:1 191:2  191:15  192:1  192:2  192:4  192:8 192:10  193:2  193:2  194:3  197:13  197:16 203:18  207:5  208:9  208:12  209:21  212:13 214:2  214:15  219:18  221:5  221:17  224:13 225:21  227:3  229:1  232:7  232:8  233:24 234:3  234:6  234:8  234:8  234:12  236:2 236:23  237:21  240:7  240:21  242:14  242:1 247:2  253:1  253:10  254:13  254:15  254:16 255:19  256:2  256:17  262:3  263:8  263:19 264:22  267:23  268:1  270:13  271:15  274:2 275:4  275:8  276:17  277:24  279:23  281:14 283:24  289:17  290:22  290:25  291:7  291:8 291:11  292:3  292:6  292:15  293:19  293:23 293:25  294:18  297:9  297:24  297:25  300:8 301:3  302:14 | | **front**(9) 81:15  116:1  119:18  121:22  125:3 182:4  193:21  195:3  200:23 **frontier**(13) 151:2  151:5  152:11  170:3 170:4  170:9  170:16  171:7  171:10  171:14 172:16  172:21  173:25 **fros**(1) 261:12 **frustrated**(1) 266:4 **full**(14) 24:15  67:24  68:24  164:23  164:24 165:2  222:16  242:23  260:20  261:6  261:16 293:8  298:12  298:23 **fuller**(3) 276:24  290:1  290:14 **functions**(1) 52:20 **fundamental**(2) 10:26  10:27 **fundamentally**(1) 188:20 **funded**(2) 88:11  90:8 **funding**(1) 89:16 **funds**(1) 275:4 **further**(9) 13:18  56:2  59:9  114:25  124:22 126:17  195:18  257:15  277:21 **future**(16) 45:23  45:9  76:12  99:1  106:25 107:6  107:10  107:18  107:21  111:1  111:2 114:23  135:11  154:10  154:14  154:15 **g-r-o-p-p-e-r**(1) 222:18 **gain**(2) 43:8  84:13 **game**(5) 156:14  156:16  156:20  233:7  246:6 **game-changing**(1) 234:10 **gandhi**(1) 7:42 **gannett**(4) 31:19  75:5  118:23  119:4 **gannett's**(1) 31:22 **gannett's2**(1) 75:6  75:6 **gap**(1) 268:3 **garvan**(1) 2:22 **gary**(1) 6:21 **gave**(5) 76:8  76:9  76:18  177:18  190:10 **gavin**(6) 5:22  276:19  289:16  289:17 289:20  289:21 **geddes**(1) 2:43 **gee**(2) 291:1  294:1 | **general**(25) 20:10  22:7  25:9  32:7  35:4 38:6  44:1  45:7  45:9  45:24  53:4  58:10 64:2  68:21  75:15  88:21  107:24  124:10 138:25  187:18  197:25  227:21  274:19 276:25  278:16 **generally**(21) 14:18  21:4  28:14  28:21  33:4 66:19  68:2  68:8  68:13  69:16  72:7  73:11 80:5  118:6  119:2  123:1  123:25  156:5 160:22  269:10  269:12 **generate**(1) 87:15 **generated**(1) 123:18 **gentilotti**(1) 2:21 **gentleman**(2) 185:5  186:6 **gentlemen**(1) 20:1 **george**(2) 6:28  6:29 **gerry**(1) 152:2 **get**(76) 15:11  15:12  15:19  15:19  18:15 32:19  39:23  58:18  61:24  75:9  78:8  80:18 83:6  83:16  90:9  93:17  97:6  97:14  103:6 103:24  108:3  131:21  137:6  137:7  141:17 141:20  145:3  151:4  152:12  158:17  158:18 160:2  164:5  171:9  179:1  181:22  190:7 190:11  190:17  192:5  219:3  225:17  225:21 227:2  227:8  229:13  230:6  236:8  239:10 245:5  245:16  247:8  257:24  260:7  260:24 264:6  264:7  266:10  271:17  272:21  279:14 280:14  283:4  283:8  287:20  288:13  288:13 290:6  290:21  293:6  293:21  294:13  298:15 298:17  300:13  301:17 **gets**(6) 29:11  115:16  246:4  298:12  298:16 298:17 **getting**(18) 58:11  62:1  97:16  133:23 137:13  139:1  161:5  181:24  192:1  192:2 218:21  239:6  244:25  261:8  263:7  267:18 281:3  285:3 **give**(29) 16:1  20:6  20:6  33:24  47:24  70:10 94:21  106:5  141:14  154:16  155:13  161:15 161:18  166:11  167:5  175:3  178:19  187:11 187:25  188:8  189:2  206:8  208:11  246:14 254:3  300:14  300:14  300:15 **given**(10) 35:20  41:4  41:7  111:7  146:19 189:7  213:17  235:20  245:15  284:15 **giving**(6) 92:22  139:10  139:14  146:9  204:5 298:9 **glazer**(1) 2:9 **global**(1) 6:32 **goal**(2) 135:13  286:9 **goes**(8) 38:23  64:10  293:18  293:23  293:25 294:8  294:9  298:11 **going**(90) 13:7  13:22  28:18  40:15  45:23 50:5  54:5  54:13  54:16  58:13  80:24  81:3 83:13  90:9  91:13  94:15  96:10  96:11  98:2 99:13  103:23  103:24  105:4  109:19  110:17 114:18  114:22  121:15  127:9  133:18  134:5 142:12  154:19  160:1  162:2  162:2  162:3 162:17  163:2  163:3  163:5  163:15  166:24 174:20  177:24  182:19  185:23  186:5  187:1 187:18  188:18  189:21  189:25  191:13 191:25  191:25  192:7  199:14  199:16  205:5 205:18  214:16  218:15  219:22  221:9  228:1 231:3  236:13  238:23  247:7  248:8  249:12 253:19  263:13  263:14  264:14  266:19 280:13  281:1  287:16  288:12  289:2  289:3 293:3  295:3  300:3  300:4  301:3  301:22 301:23 **golden**(3) 2:37  283:23  288:21 **goldfarb**(2) 3:46  4:41 **goldis**(1) 5:16 **goldman**(6) 5:18  7:4  7:4  7:8  224:24 **gone**(8) 38:6  38:7  38:15  38:17  38:19  41:9 105:23  297:24 | **good**(29) 12:3  12:4  12:7  12:8  12:18  12:19 41:3  75:24  100:12  126:24  126:25  127:6 135:24  160:25  161:4  161:24  161:24  162:3 163:5  178:13  178:14  178:15  184:15  223:8 223:9  224:18  249:8  255:25  284:3 **gordon**(16) 5:21  6:39  129:20  130:23 160:18  162:12  175:12  179:21  179:25  184:7 275:8  276:18  276:21  276:25  289:16 289:19 **got**(35) 15:9  15:15  16:3  54:17  80:15  96:8 123:3  158:17  160:2  171:13  175:9  186:10 193:2  209:1  215:1  217:17  224:14  233:9 238:11  240:5  245:3  245:3  245:4  257:16 257:22  257:24  260:16  262:23  263:11  291:7 291:24  291:24  293:16  293:16  301:19 **gotcha**(1) 74:18 **gotshal**(1) 7:41 **gotten**(1) 37:3 **graem**(2) 3:45  4:39 **grand**(2) 4:17  152:8 **granted**(3) 271:21  273:1  280:12 **grateful**(1) 285:5 **great**(3) 223:3  263:16  268:24 **greater**(10) 13:19  44:9  62:10  100:6  131:14 131:15  131:16  138:11  189:17  191:7 **greatest**(1) 300:12 **green**(1) 293:3 **greet**(2) 158:14  159:7 **greg**(1) 6:5 **greissman**(1) 9:47 **grew**(1) 224:12 **grippo**(1) 6:28 **gropper**(33) 222:8  222:11  222:18  223:8 224:22  227:9  232:24  235:15  239:9  240:12 241:19  250:8  252:21  254:8  259:11  265:17 270:9  271:23  273:3  276:6  277:7  277:18 277:19  277:24  278:2  281:17  285:9  285:15 287:23  296:17  301:4  301:7  303:5 **gropper's**(1) 246:20 **grounded**(1) 286:22 **group**(20) 32:17  32:24  35:24  36:10  36:19 37:21  158:2  158:4  162:7  162:9  213:4 222:7  225:6  227:14  234:24  235:1  286:16 293:17  299:19  301:9 **grouping**(1) 26:22 **groupings**(1) 105:17 **groups**(1) 181:22 **growing**(2) 65:22  65:22 **growth**(15) 43:18  43:19  43:21  43:22  44:1 44:3  44:8  44:9  44:12  44:12  44:14  44:18 105:18  105:20  121:1 **gruszka**(1) 10:28 **guess**(11) 47:20  94:21  151:25  152:15 157:14  190:6  205:1  206:15  211:6  266:6 270:15 **guessing**(1) 204:22 **guidance**(6) 106:25  107:6  187:11  188:1 188:8  189:2 **guide**(5) 43:5  43:16  45:7  186:15  186:19 **guideline**(2) 122:7  122:10 **gulf**(1) 266:8 **gump**(6) 2:35  7:26  18:18  127:7  222:6 283:24 **guy**(1) 152:21 **guys**(4) 158:17  161:3  280:18  290:4 | **had**(172) 17:13  17:14  17:24  18:16  18:18 18:19  19:11  19:17  21:10  25:25  30:16 33:21  35:5  36:15  36:22  38:6  38:7  38:8 38:13  38:15  39:25  42:20  43:6  46:2  46:8 50:4  50:11  50:13  51:21  51:24  51:24  53:4 55:10  55:24  58:11  60:16  61:20  62:5  62:16 66:2  66:9  66:24  74:13  76:10  77:17  77:18 77:19  82:8  88:16  89:10  89:20  90:4  91:7 91:19  101:1  109:25  111:22  116:13  117:4 117:13  117:15  119:23  124:20  128:13 131:18  131:19  132:15  143:17  143:25 144:16  144:18  144:19  144:22  146:13  147:6 147:23  148:3  148:7  148:18  149:15  149:18 150:22  151:23  152:17  154:2  154:5  154:13 157:2  157:10  157:13  158:3  158:4  158:11 159:24  161:20  165:5  167:2  167:13  167:18 169:24  171:13  175:3  175:15  178:25  179:6 179:11  180:13  180:16  182:23  184:14  186:4 190:6  192:25  194:3  195:7  197:12  202:8 206:17  208:5  212:7  212:14  213:1  214:23 214:23  215:10  218:5  219:19  221:2  229:16 230:1  230:21  231:17  231:20  234:18  242:4 244:8  247:15  252:6  253:4  255:16  255:21 255:25  258:25  259:22  262:12  262:13 262:24  263:6  263:10  263:12  264:19  268:8 269:12  271:15  271:16  272:7  273:14  275:11 280:11  284:5  284:5  284:15  286:11  287:15 288:4  289:18  290:17  290:23  290:25  291:3 291:11  292:9 **hadn't**(4) 38:15  38:21  70:11  168:22 **hale**(1) 5:14 **half**(9) 30:16  44:19  91:3  92:12  93:11 137:18  192:3  229:6  261:1 **half-hour**(1) 263:10 **half-year**(2) 95:16  95:19 **hand**(6) 12:13  127:4  142:12  222:10  222:10 238:25 **handed**(3) 118:17  209:17  219:17 **handful**(1) 169:5 **handle**(1) 172:22 **handled**(1) 134:5 **handwriting**(2) 265:12  265:13 **happen**(6) 114:22  168:25  189:19  213:17 213:24  264:14 **happened**(6) 175:19  195:17  260:15  284:12 295:16  296:18 **happening**(3) 114:14  171:19  291:14 **happens**(3) 93:23  289:23  294:1 **happy**(2) 103:3  231:22 **hard**(2) 99:8  301:24 **harmed**(1) 234:5 **harrisburg**(1) 1:45 **hartenstein**(14) 51:3  175:2  175:3  177:12 177:16  177:20  207:14  207:21  207:23  208:5 208:15  209:3  211:2  211:19 **hartenstein's**(1) 50:8 **has**(98) 16:16  17:20  21:6  28:8  31:24  32:2 35:12  40:2  40:7  41:9  49:8  50:15  52:19 53:7  53:8  53:10  53:11  53:15  53:18  53:24 55:23  58:15  59:19  63:6  64:18  65:3  66:14 67:7  68:13  68:24  72:3  73:6  73:23  73:24 78:8  80:10  83:9  84:13  92:18  94:1  95:17 98:14  102:9  102:13  104:10  110:12  111:1 121:25  129:24  155:21  155:25  160:6  169:6 171:7  172:4  172:7  172:16  173:8  173:21 173:25  180:22  182:15  182:17  190:24 193:16  193:16  193:21  195:3  200:23  216:7 226:20  229:1  234:21  237:19  237:23  237:24 239:8  239:16  240:8  240:10  240:11  240:11 245:21  248:13  250:22  258:10  258:16 259:21  260:1  263:1  271:4  271:12  272:14 282:3  289:8  289:21  290:5  298:9 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **hasn't**(1) 240:12 | | **heading**(2) 122:9 123:11 | | **his**(66) 28:11 28:13 28:14 28:17 28:17 28:20 40:12 62:13 63:1 64:18 69:22 100:23 101:1 101:1 101:4 101:9 102:5 108:16 108:17 112:5 115:10 118:16 147:1 147:11 147:16 150:4 167:10 167:22 172:8 172:8 185:15 185:22 187:5 204:11 207:16 211:9 214:17 215:12 215:24 216:25 217:16 217:6 217:15 217:16 219:3 235:15 236:25 237:8 238:24 239:11 240:24 244:11 245:2 247:1 253:3 258:18 260:13 261:10 262:14 262:21 266:15 267:8 267:17 272:24 290:22 301:5 | | **however**(11) 22:6 26:11 27:12 27:20 32:24 34:8 36:8 38:21 43:22 71:17 258:16 | |
| **hasn't**(1) 236:14 | | **headway**(1) 158:19 | | | | **how's**(1) 93:13 | |
| **hauer**(4) 2:35 7:26 127:7 222:6 | | **healthy**(1) 162:4 | | | | **huge**(1) 233:12 | |
| **have**(301) 14:9 15:4 16:13 18:4 18:7 19:12 19:13 19:16 19:17 19:23 24:16 26:19 27:7 27:16 27:20 29:1 29:14 29:19 29:20 30:2 30:10 30:20 30:24 31:9 31:9 31:13 31:15 31:16 31:19 31:20 31:21 32:32:13 33:18 33:20 33:21 35:3 37:3 38:18 38:25 39:6 40:5 41:13 41:17 42:15 43:5 44:1 44:18 45:10 45:12 46:1 46:23 46:24 48:23 49:5 50:25 52:6 52:13 52:18 52:18 53:1 53:22 54:6 57:3 57:11 58:8 58:9 61:14 66:20 66:24 67:15 68:8 69:22 71:8 73:19 74:2 74:4 75:13 75:15 78:3 79:3 79:9 79:9 79:12 81:7 83:16 84:7 84:14 84:16 86:3 87:1 87:2 88:6 88:15 93:20 93:23 94:10 94:14 95:9 95:2 96:16 96:24 98:6 98:8 99:14 99:22 104:23 105:18 105:19 105:20 105:20 105:22 108:109:18 111:18 111:24 111:24 112:25 114:3 114:17 114:9 114:25 116:3 116:4 119:3 119:11 119:18 119:21 121:16 121:2 125:2 126:16 126:17 127:3 127:18 128:2 129:22 129:23 130:2 130:12 130:18 131:1 132:9 132:12 132:19 136:15 136:18 138:10 140:5 143:2 143:3 144:2 145:18 147:5 148:17 152:14 153:2 155:5 156:8 156:21 159:15 160:25 161:1 164:2 164:19 165:5 166:9 166:15 166:19 166:21 166:23 167:1 168:10 169:5 169:7 170:17 170:22 171:5 171:15 171:21 172:2 172:3 172:11 172:14 172:18 173:15 173:18 174:1 175:1 176:18 177:3 177:5 177:22 178:1 178:9 178:14 178:15 179:18 179:20 180:2 180:9 180:11 181:10 181:21 181:23 182:6 182:6 183:2 185:12 185:15 186:4 187:17 187:22 188:4 188:11 188:13 188:18 188:23 189:1 189:16 189:19 192:6 192:15 193:6 193:6 193:7 193:9 195:6 195:20 197:12 197:21 198:13 198:15 198:18 199:19 200:25 202:18 202:24 203:11 203:25 204:20 204:23 204:24 204:25 205:12 205:23 206:207:9 207:20 209:7 212:25 213:2 214:12 215:20 216:3 217:12 217:23 218:12 218:1 218:17 220:1 223:16 225:11 225:24 227:9 229:3 230:2 232:2 233:5 233:20 234:23 238:6 238:21 239:18 239:1 242:8 245:9 245:11 245:14 245:23 246:1 249:8 249:22 249:23 256:15 256:17 258:1 258:20 259:11 261:11 264:3 264:7 266:4 268:18 269:19 269:21 272:2 | | **hear**(4) 256:17 264:11 268:11 302:5 | | | | **hundred**(4) 92:17 92:9 216:21 246:7 | |
| | | **heard**(11) 27:5 69:16 112:24 180:2 180:24 235:4 235:6 268:20 271:15 272:17 294:2 | | | | **hundred-and-fifty-million-d**...   230:17 | |
| | | | | | | **hundred-million**(1) 291:5 | |
| | | | | | | **hundred-pag**(1) 243:22 | |
| | | | | | | **hundredish-million-dolla**(1) 291:4 | |
| | | | | | | **hyphen**(1) 213:17 | |
| | | **hearing**(2) 135:25 278:11 | | | | **hypothesis**(1) 59:17 | |
| | | **hearsay**(8) 145:20 245:20 246:7 247:21 250:19 271:18 272:20 272:21 | | | | **hypothetical**(1) 145:12 | |
| | | | | | | **hypothetically**(1) 117:13 | |
| | | **heart**(1) 146:5 | | | | **hypotheticals**(1) 237:5 | |
| | | **hedge**(1) 225:3 | | **historical**(3) 121:12 124:2 124:16 | | **i'd**(22) 12:13 22:24 27:24 30:2 30:24 31:13 31:15 31:20 41:15 46:24 49:20 54:10 62:23 143:9 170:17 170:22 176:18 182:14 185:12 269:15 288:4 289:17 | |
| | | **heilbut**(1) 8:6 | | **history**(2) 224:21 262:22 | | | |
| | | **held**(9) 65:10 65:12 128:13 195:18 215:5 221:23 223:16 274:10 274:21 | | **hoc**(2) 226:1 226:3 | | | |
| | | | | **hold**(4) 118:6 224:4 229:7 272:10 | | | |
| | | | | **holdback**(1) 266:5 | | **i'll**(23) 16:6 25:9 36:11 39:20 65:6 128:1 140:11 171:9 172:9 191:13 191:13 220:9 246:14 248:10 250:20 257:6 271:19 275:6 278:4 278:18 278:20 285:15 301:9 | |
| | | **hellman**(1) 77:11 | | **holder**(1) 52:22 | | | |
| | | **help**(3) 209:10 214:17 215:24 | | **holders**(1) 234:13 | | | |
| | | **helpful**(8) 109:18 109:23 109:24 162:25 206:10 250:5 250:14 301:16 | | **holding**(2) 60:4 229:4 | | | |
| | | | | **holdings**(4) 22:21 68:12 75:8 232:15 | | **i'm**(105) 13:15 15:18 15:21 18:1 18:7 19:12 20:6 20:11 20:14 21:13 23:16 23:22 26:10 28:1 28:3 28:18 30:16 32:20 34:22 35:22 36:8 39:5 40:17 46:16 46:10 48:19 49:23 49:25 51:5 53:23 54:15 62:25 63:13 66:22 67:5 67:8 69:5 69:19 70:16 71:21 73:8 128:11 128:19 130:15 130:16 136:23 140:3 142:2 142:12 146:15 148:25 151:9 153:8 154:5 154:25 155:6 158:24 164:5 165:3 172:7 177:2 186:5 187:16 188:17 188:18 189:18 189:22 191:2 204:6 210:17 211:13 213:4 214:25 215:14 224:22 220:23 221:1 221:9 226:14 234:20 234:20 237:7 237:23 238:24 249:15 249:15 250:4 252:5 253:19 255:5 256:22 257:16 262:5 266:19 272:19 272:23 276:6 278:15 278:17 285:3 289:2 289:3 295:3 302:5 | |
| | | **henderson**(1) 6:11 | | **holds**(1) 297:23 | | | |
| | | **her**(18) 143:22 150:20 150:22 174:23 205:5 205:6 205:18 205:19 206:9 206:21 206:22 206:23 206:25 207:2 208:22 209:2 209:6 209:13 | | **holes**(1) 166:13 | | | |
| | | | | **home**(3) 117:9 224:17 224:18 | | | |
| | | | | **honest**(2) 204:6 204:6 | | | |
| | | **hercules**(1) 5:7 | | **honestly**(1) 204:4 | | | |
| | | **here**(53) 16:20 23:4 23:21 30:20 31:1 31:31:6 33:12 36:9 36:21 39:5 44:16 50:8 50:14 56:17 57:1 60:12 61:1 66:25 70:5 71:25 72:2 74:19 76:24 90:18 92:6 92:12 94:22 94:22 100:8 100:9 105:1 105:10 123:5 143:24 144:21 155:2 155:3 163:1 166:21 193:24 210:21 214:12 214:17 224:12 237:10 245:11 248:5 278:13 289:2 298:20 300:24 301:20 | | **honor**(96) 12:4 12:7 12:12 54:19 54:22 55:3 63:22 65:3 111:19 115:1 121:14 121:25 123:3 124:24 126:18 126:25 127:1 127:6 127:13 127:21 127:24 128:5 129:8 134:1 137:20 140:21 142:8 149:2 154:7 161:8 168:13 169:3 174:12 175:24 186:24 190:23 193:20 194:7 195:2 200:22 200:24 203:17 205:21 209:15 212:3 213:13 216:1 219:14 222:1 222:3 222:3 222:5 222:13 222:20 222:25 223:3 235:12 235:14 235:13 236:13 236:21 237:14 238:16 239:13 240:1 240:3 241:5 244:13 245:18 247:12 247:25 248:17 251:3 253:19 255:5 256:4 256:11 256:25 258:2 258:15 265:15 266:1 272:14 272:24 277:16 278:5 278:12 278:20 280:24 281:15 282:5 285:2 300:22 301:2 301:18 302:6 | | **i've**(20) 64:5 66:25 69:16 69:23 136:7 153:21 158:17 160:2 169:22 171:17 179:6 206:9 219:11 226:2 230:5 269:22 269:22 277:25 279:14 296:13 | |
| | | | | | | **i.e.**(2) 65:20 67:14 | |
| | | | | | | **i4-b**(1) 63:12 | |
| | | **hierarchy**(2) 275:18 275:19 | | | | **idea**(5) 179:20 192:6 192:7 192:19 277:12 | |
| | | **high**(19) 23:15 28:12 28:16 35:10 36:23 44:15 44:17 44:20 53:10 71:4 73:13 109:18 109:19 194:1 202:3 202:11 213:5 224:13 284:17 | | **honor's**(2) 195:3 203:22 | | **ideally**(1) 199:18 | |
| | | | | **honorable**(1) 1:18 | | **identified**(8) 56:20 168:4 168:9 216:14 218:19 258:10 261:15 303:21 | |
| | | | | **hope**(2) 177:8 259:6 | | | |
| | | | | **hopefully**(1) 199:15 | | | |
| | | **higher**(25) 30:18 33:4 44:23 59:12 59:18 67:15 80:18 80:19 86:21 88:2 117:25 125:19 138:18 203:4 239:21 243:4 243:7 297:10 297:11 297:17 297:20 297:20 298:6 298:8 | | **horse**(1) 252:5 | | **identifies**(2) 81:16 218:12 | |
| | | | | **host**(1) 272:17 | | **identify**(11) 14:24 81:20 86:12 86:15 86:16 129:13 146:6 166:14 218:9 254:12 254:25 | |
| | | | | **houlihan**(1) 158:9 | | **illinois**(1) 3:22 | |
| | | **highlighted**(1) 64:5 | | **hour**(5) 13:10 13:10 13:13 13:19 160:5 | | **illiquid**(1) 65:20 | |
| | | **highly**(10) 139:19 233:14 233:22 244:1 244:3 252:11 284:22 294:12 295:11 296:1 | | **hourly**(2) 13:6 13:20 | | **illiquidity**(4) 68:5 68:18 69:7 72:19 | |
| | | | | **hours**(2) 191:24 244:11 | | **illustrated**(1) 295:5 | |
| | | **highly-likely**(2) 296:23 297:2 | | **house**(1) 172:2 | | **imagine**(1) 93:14 | |
| | | **hilty**(1) 158:9 | | **how**(128) 13:16 13:23 16:11 16:22 17:24 18:15 25:25 26:22 28:5 30:6 31:4 31:14 32:19 33:2 33:6 34:6 34:6 35:1 36:9 36:17 38:18 38:22 42:12 43:4 45:3 47:10 50:15 52:19 56:11 78:1 78:17 78:18 78:20 79:19 80:2 80:14 82:12 82:17 92:5 92:14 93:15 93:17 93:19 99:19 106:18 107:22 114:15 114:16 114:23 115:16 116:16 120:17 120:22 120:23 124:12 128:21 132:22 133:7 137:6 140:5 148:1 150:19 152:7 156:21 160:4 166:18 166:25 167:7 167:8 171:15 171:23 174:6 175:20 189:18 189:12 191:9 195:6 198:18 200:12 206:7 206:16 206:22 208:1 208:1 208:5 222:16 224:8 225:11 237:4 237:6 240:8 242:20 247:7 249:12 250:4 252:1 255:16 256:22 257:22 259:18 260:19 261:3 263:4 263:10 268:5 268:23 269:7 272:21 276:3 278:15 280:6 284:18 284:19 284:20 285:21 285:2 285:23 288:17 288:25 289:25 290:3 290:4 | | **impact**(37) 30:16 38:9 49:6 53:24 56:18 60:4 61:10 62:1 73:22 74:3 78:18 78:19 84:14 88:2 91:20 91:20 91:22 93:8 93:20 94:1 95:1 95:17 98:7 98:8 98:11 115:20 181:14 181:15 233:4 238:13 239:19 241:13 247:23 297:10 297:14 298:22 299:19 | |
| | | **him**(56) 63:22 72:9 116:9 119:9 144:16 155:13 168:2 168:20 171:13 171:16 171:1 172:12 172:13 172:14 172:19 175:3 178:20 179:4 179:6 180:2 180:10 187:21 190:24 193:21 195:3 200:23 204:12 207:207:25 208:1 208:3 208:11 208:12 211:2 232:7 232:9 232:10 232:13 235:20 235:21 237:17 237:25 239:10 259:1 261:6 261:23 276:20 278:8 279:3 279:7 279:8 288:5 288:14 288:15 290:9 301:6 | | | | | |
| | | | | | | **impacted**(4) 33:2 84:23 279:11 279:12 | |
| | | | | | | **impacts**(3) 297:14 297:16 298:20 | |
| | | **himself**(6) 150:1 150:6 153:7 246:24 262:16 263:3 | | | | **impaired**(1) 193:15 | |
| **hazard**(1) 206:15 | | | | | | **impart**(1) 270:2 | |
| **he'll**(2) 241:10 290:6 | | | | | | **impartially**(1) 145:9 | |
| **he's**(26) 54:17 67:4 147:14 147:15 152:4 158:9 174:19 184:21 185:13 205:18 218:24 226:19 236:13 236:15 240:23 240:24 245:9 245:10 245:10 245:11 245:11 246:21 246:23 246:24 274:1 278:15 | | **hired**(3) 136:12 153:11 155:19 | | | | **imperfect**(1) 95:13 | |
| | | | | | | **imperfections**(3) 95:13 99:2 99:14 | |
| | | | | | | **implications**(1) 67:12 | |
| **head**(4) 137:19 155:16 182:11 247:24 | | | | | | **implied**(5) 70:20 70:23 71:7 71:14 117:9 | |
| **headed**(2) 154:18 154:18 | | | | **howard**(3) 3:36 288:21 288:23 | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**implies**(1) 64:14
**import**(1) 260:18
**important**(12) 52:11 52:17 175:7 175:9 184:24 248:19 264:3 269:16 269:24 279:8 279:12 283:4

**importantly**(1) 136:15
**imposed**(3) 62:12 79:21 80:24
**improper**(2) 95:20 248:1
**improvemen**(1) 197:25
**imrad**(1) 10:21
**in-person**(2) 264:15 283:2
**inaccurate**(2) 19:5 19:8
**inadequate**(3) 232:11 232:13 288:6
**inadvertently**(1) 88:17
**inappropriate**(6) 239:9 240:9 245:2 268:12 288:7 288:15

**inc**(4) 9:4 9:4 9:23 10:41
**incidentally**(1) 292:8
**include**(14) 33:5 86:16 87:4 87:5 97:23 97:25 98:2 120:20 142:4 145:12 153:23 164:6 202:15 282:10

**included**(17) 27:13 27:14 27:18 31:8 32:9 75:1 77:7 108:23 110:4 110:23 115:23 117:14 120:8 134:19 162:9 168:23 230:9

**includes**(3) 97:20 98:9 98:10
**including**(7) 119:6 142:16 156:13 178:9 209:12 270:13 272:15

**inclusion**(2) 19:14 66:3
**inclusive**(3) 36:20 85:20 86:22
**income**(2) 30:23 122:18
**incomplete**(3) 83:15 145:12 167:25
**inconceivable**(1) 268:5
**inconsistent**(1) 238:25
**inconsistently**(1) 239:3
**incorporate**(1) 255:24
**incorporated**(2) 129:2 256:1
**incorrect**(5) 33:12 34:18 109:21 139:21 280:3

**increase**(12) 22:21 51:10 82:21 83:12 94:23 125:13 125:15 198:1 243:8 292:3 292:7 297:24
**increased**(3) 23:9 24:10 25:14
**increasing**(1) 80:16
**indentured**(1) 280:17
**independenc**(1) 149:22
**independent**(14) 131:4 145:18 146:25 147:9 148:7 148:11 148:12 148:13 153:11 185:2 185:6 185:14 215:20 262:17

**independently**(1) 211:17
**index**(1) 303:1
**indexed**(3) 27:19 32:24 117:7
**indexing**(2) 29:4 117:13
**indicate**(5) 56:24 80:10 119:5 208:8 287:2
**indicated**(7) 38:13 42:6 56:18 72:7 100:11 292:9 292:10

**indicates**(4) 13:19 14:1 202:5 293:12
**indicating**(1) 207:13
**indications**(1) 80:3
**indicative**(1) 43:22
**indiscernible**(3) 145:13 152:22 272:11
**individual**(2) 71:19 248:10
**individually**(2) 153:19 227:9
**individuals**(1) 13:7
**industries**(1) 224:2
**industry**(9) 35:20 47:18 101:12 102:3 102:7 102:24 104:6 104:11 114:6

**inextricably**(1) 235:18
**infirmities**(1) 264:13
**inflation**(1) 56:12
**influence**(1) 53:19

**inform**(4) 47:7 124:12 251:8 251:11
**information**(50) 18:20 19:17 20:23 21:20 40:24 41:13 42:11 42:14 42:22 43:3 43:3 87:1 94:10 94:22 100:7 101:16 101:17 101:18 103:17 106:7 106:11 108:1 109:6 110:5 114:15 114:16 116:13 118:12 120:1 147:12 168:7 185:16 185:21 189:24 195:19 195:20 214:3 217:25 219:22 231:14 248:7 267:19

**informative**(1) 114:15
**informed**(7) 77:24 79:16 108:3 119:9 204:24 211:11 231:13

**informs**(1) 249:12
**infused**(1) 194:6
**initial**(4) 67:20 91:16 95:4 270:17
**input**(2) 300:7 300:16
**inputs**(3) 107:8 285:23 285:25
**insolvent**(2) 139:21 139:24
**instance**(11) 57:10 67:21 77:17 101:19 103:13 114:9 115:22 117:14 163:20 170:2 251:13

**instances**(9) 33:20 46:14 47:14 66:2 73:17 73:18 124:6 124:7 227:5

**instead**(2) 252:11 252:13
**instruct**(2) 187:21 195:15
**instruction**(2) 190:11 192:24
**intact**(1) 260:5
**integrity**(2) 283:6 291:11
**intellectually**(1) 247:23
**intend**(1) 247:7
**intended**(3) 60:21 119:4 120:2
**intending**(1) 247:20
**intent**(2) 118:13 256:25
**intention**(1) 286:9
**intentional**(2) 296:13 296:14
**intentionally**(1) 109:20
**intentions**(1) 162:24
**interact**(5) 172:24 172:25 173:1 173:2 225:19

**interaction**(2) 175:1 290:23
**interbrand**(2) 77:2 77:3
**interest**(35) 20:20 47:8 52:11 52:16 54:1 55:16 57:22 58:3 65:20 65:23 67:14 155:21 155:25 177:22 192:21 211:19 224:1 229:7 229:10 233:17 242:7 242:9 247:17 251:22 258:17 259:21 273:8 290:7 295:15 296:20 298:25 299:1 300:6 300:12

**interested**(7) 10:11 11:25 153:15 155:12 208:16 208:19 211:23

**interests**(3) 79:1 178:3 269:20
**interface**(1) 169:21
**interfaced**(1) 169:22
**internal**(1) 260:2
**internet**(4) 48:9 48:11 77:5 262:24
**interpreting**(1) 244:21
**interruption**(1) 127:24
**interspersed**(1) 191:14
**intertwined**(1) 235:18
**intervention**(1) 110:18
**interview**(6) 108:1 151:23 153:17 153:24 153:25 166:7

**interviewed**(12) 153:10 153:16 153:18 165:15 165:19 166:15 166:16 166:19 166:23 167:1 168:10 233:8

**interviews**(1) 168:1
**intimate**(1) 43:9

**into**(60) 45:15 45:23 54:8 54:12 55:8 55:10 55:21 56:14 58:16 59:19 64:8 65:6 75:21 76:5 79:5 79:9 79:17 79:20 79:22 80:6 80:7 84:1 84:6 84:16 85:9 85:10 85:12 85:23 86:1 89:24 92:19 99:3 107:8 107:18 114:14 122:14 123:14 126:11 126:14 162:4 173:6 184:10 189:21 189:25 242:20 253:6 253:20 256:5 256:16 256:23 269:18 269:25 270:14 271:7 286:19 298:1 298:14 299:23 300:7 300:16

**intransigent**(1) 264:19
**introduced**(1) 262:15
**introduction**(2) 175:4 175:6
**intuitively**(1) 117:25
**invest**(2) 47:1 159:22
**investigate**(1) 145:4
**investigated**(1) 234:7
**investigating**(1) 167:4
**investigation**(1) 233:8
**investing**(1) 159:15
**investment**(15) 10:27 10:27 53:8 66:16 160:25 198:5 223:19 223:23 224:24 225:1 225:6 228:4 228:10 251:8 251:11

**investments**(16) 51:8 63:2 63:3 63:9 65:9 65:11 65:11 65:21 223:23 223:24 225:5 225:8 225:12 227:11 263:2 275:12

**investor**(4) 47:7 47:8 78:14 159:19
**investors**(8) 6:32 11:4 11:4 46:25 47:4 67:22 160:24 227:7

**invests**(2) 223:21 225:3
**invisible**(1) 88:1
**invite**(1) 172:9
**invited**(9) 151:2 152:15 267:14 267:16 274:17 274:22 276:15 277:3 278:23

**involved**(30) 76:19 96:6 108:8 109:10 109:13 130:21 131:3 146:3 154:11 192:16 195:23 196:2 196:7 196:11 196:17 206:19 206:24 207:1 225:17 227:10 228:9 228:12 229:14 249:22 259:11 259:22 260:7 279:1 280:5 280:19

**involvement**(5) 212:23 213:1 213:3 220:13 225:18

**involving**(2) 74:24 268:10
**irresponsible**(5) 165:24 166:4 166:5 166:12 167:3

**isn't**(14) 21:8 25:11 25:20 38:22 39:19 44:12 48:19 57:2 139:11 210:2 240:4 246:10 294:2 294:4

**isn't**(5) 85:7 96:2 99:6 99:8 111:4
**isolation**(2) 82:23 82:24
**issuance**(2) 187:9 187:24 188:6
**issue**(20) 35:5 38:22 65:15 66:10 80:8 81:16 81:17 91:24 102:19 163:10 163:10 193:7 219:12 235:7 235:11 236:24 238:7 239:11 247:19 257:2

**issued**(5) 173:21 232:23 287:22 288:18 289:12

**issues**(9) 67:11 105:24 149:6 149:9 149:13 221:2 249:20 252:7 296:9

**issuing**(1) 97:11

**it's**(126) 12:25 15:8 25:10 29:24 38:23 40:1 40:7 42:19 43:24 44:14 44:19 45:8 47:3 47:5 47:7 52:3 52:11 52:16 53:13 55:15 57:24 58:6 59:5 60:15 63:6 63:11 63:15 63:15 63:18 63:20 64:7 64:12 65:4 66:14 66:15 69:14 70:19 71:16 71:24 72:18 73:24 127:18 137:22 145:11 145:20 145:20 146:15 146:16 146:18 151:10 151:10 152:8 161:15 162:3 167:12 169:15 170:12 172:10 175:23 177:2 178:13 190:25 192:23 196:7 196:9 196:16 196:19 199:11 199:11 200:24 201:21 203:4 203:4 209:17 214:5 215:7 216:21 219:12 219:15 219:15 221:5 221:13 222:21 224:18 233:12 233:13 233:14 233:14 233:15 235:19 236:15 236:20 238:11 239:5 239:5 239:9 239:25 240:1 245:8 247:25 248:1 248:3 248:3 248:12 248:14 248:18 248:15 249:3 249:4 253:23 254:13 256:13 257:3 259:2 259:3 263:5 263:18 264:5 268:5 272:20 276:13 282:9 283:20 288:17 294:4 294:5 301:21

**item**(3) 64:4 90:2 218:21
**items**(13) 19:16 20:25 23:4 62:17 90:1 98:5 98:6 119:8 119:9 122:17 159:2 159:5 218:25
**its**(50) 21:21 21:25 25:17 26:3 26:13 31:16 34:6 35:9 35:15 35:15 35:25 42:3 43:23 46:8 50:2 55:8 65:8 75:7 75:25 89:20 93:16 104:14 106:25 107:5 110:17 111:2 117:5 118:8 119:12 119:13 119:13 147:5 160:21 173:16 183:5 199:23 200:4 202:16 203:14 223:23 228:4 229:1 229:4 243:18 244:22 249:1 250:11 260:2 271:11 273:8

**itself**(10) 55:16 94:17 107:5 130:4 146:20 147:5 182:24 256:13 283:3 291:16

**it'll**(3) 81:6 87:15 98:22
**it's**(29) 79:22 80:5 80:6 80:25 85:7 85:8 85:19 86:8 87:14 87:19 89:1 92:10 92:20 92:21 93:9 95:1 96:10 96:11 96:22 96:23 100:17 102:23 104:21 109:18 110:25 113:1 116:2 119:15 125:19

**i'd**(11) 96:24 115:25 118:16 118:19 120:10 120:14 120:16 122:2 122:12 123:6 123:10

**i'll**(3) 103:4 107:24 220:6
**i'm**(37) 81:22 82:17 84:17 88:25 89:17 90:6 90:17 90:22 91:13 92:22 92:24 95:3 96:14 96:24 97:21 99:12 99:13 99:18 102:1 103:3 104:1 104:8 105:1 105:4 107:4 111:6 112:3 112:17 113:11 114:15 118:5 118:18 118:21 122:5 123:7 126:4 126:6
**i've**(4) 78:4 111:6 122:3 123:3
**jamal**(3) 253:2 253:10 291:10
**james**(12) 1:25 1:29 3:47 4:15 4:40 8:44 13:1 13:2 16:15 203:19 203:24 303:14

**jamie**(4) 177:12 177:13 177:14 178:15 204:15 207:15 210:3

**janet**(1) 6:11
**january**(30) 22:3 22:4 22:6 22:9 22:13 22:17 23:1 24:23 25:9 28:6 37:6 37:22 38:8 39:7 39:10 40:2 41:8 41:10 45:3 45:4 50:2 50:5 90:25 94:16 119:10 119:14 120:4 126:16 140:15 151:19

**jarashow**(1) 7:34
**jean-marie**(1) 3:8
**jeffrey**(1) 9:14
**jenner**(3) 263:8 263:19 265:19
**jessica**(1) 4:29
**jillian**(1) 6:9
**jim**(2) 12:9 63:19

| Word | Page:Line |
| --- | --- |

**jimmy**(10) 169:11 169:18 171:19 174:17 175:4 178:9 178:14 178:22 216:7 218:2

**jimmy's**(1) 169:20

**job**(11) 131:17 133:23 154:20 208:16 208:19 211:3 211:5 211:5 211:19 212:2 213:6

**jobs**(1) 271:16

**joe**(1) 10:17

**john**(2) 7:29 11:18

**johnston**(1) 4:15

**join**(1) 156:16

**joined**(5) 151:19 156:18 225:2 225:6 225:9

**joining**(2) 150:16 224:22

**joint**(3) 78:2 129:18 130:8

**jointly**(2) 1:6 65:4

**jonathan**(1) 11:13

**jones**(8) 3:19 7:18 10:31 10:37 10:37 150:12 168:18 181:11

**jordan**(1) 9:20

**joshua**(2) 4:16 8:50

**journalism**(1) 11:25

**jpm**(9) 161:20 176:9 176:25 178:1 208:23 209:3 209:17 210:20 216:3

**judge**(2) 1:18 1:19

**judgment**(11) 61:2 100:17 100:23 101:12 101:14 103:1 103:18 115:20 118:10 125:1 131:4

**judgments**(4) 17:1 101:2 116:14 139:23

**july**(6) 38:7 55:19 199:15 199:17 213:22 225:2

**jump**(1) 161:25

**jumping**(2) 162:24 163:5

**juncture**(5) 12:12 58:7 104:20 110:7 212:10

**junior**(1) 268:9

**jurisdictions**(1) 78:10

**just**(178) 14:15 15:10 15:23 18:14 18:24 20:15 23:18 24:18 24:23 27:15 28:8 29:19 30:19 34:12 34:12 34:13 36:9 36:20 36:23 37:18 38:11 42:19 44:19 46:4 47:16 48:6 48:12 49:1 49:9 49:17 51:17 52:24 57:12 61:24 64:8 66:25 67:1 70:16 72:15 73:5 75:10 76:17 81:3 81:13 83:1 88:6 90:4 91:23 92:4 94:21 94:25 95:9 95:10 95:20 96:17 97:17 98:9 101:4 101:25 106:5 108:14 110:23 115:22 117:12 117:12 117:23 118:1 118:3 118:5 120:24 123:3 124:23 128:11 129:16 131:7 131:12 133:6 136:2 137:21 138:16 140:11 143:15 150:20 155:12 155:13 155:15 158:5 159:7 159:15 159:16 160:23 162:21 162:23 163:18 164:9 165:21 166:6 166:8 166:24 167:24 168:3 176:22 178:15 179:12 179:16 181:13 183:21 191:4 191:21 192:16 193:17 193:16 204:6 204:22 205:1 206:14 208:6 208:6 209:18 211:13 211:16 211:24 214:1 214:25 215:14 217:12 219:13 220:18 220:25 222:15 227:8 230:7 234:9 238:18 239:15 241:11 243:4 243:7 246:1 246:16 247:1 247:6 248:17 249:11 250:15 250:18 252:6 253:12 253:23 253:24 257:19 257:25 259:14 261:15 261:22 267:9 267:25 268:1 268:22 269:10 270:6 271:23 276:6 281:6 281:17 287:17 289:3 291:16 292:21 293:6 295:3 295:8 298:1 298:4 298:10 298:22 300:8 301:22

**justifiable**(1) 66:3

**justification**(5) 45:22 57:4 288:9 288:24 289:6

**justify**(1) 289:1

**kalenchits**(2) 8:9 8:9

---

**kaminetzky**(17) 2:5 235:14 236:25 237:14 237:14 238:4 238:16 238:17 239:13 244:1 244:14 245:8 246:16 246:18 246:19 250:18 301:3

**kansa**(1) 6:7

**kapadia**(2) 219:18 221:5

**kaplan**(2) 7:32 262:3

**karsh**(3) 157:16 275:16 276:13

**kasowitz**(2) 2:28 9:35

**katherine**(1) 5:42

**katten**(2) 10:5 11:17

**kaye**(2) 9:20 11:10

**keep**(2) 293:7 298:1

**keeping**(1) 49:2

**ken**(2) 6:7 268:8

**kenneth**(1) 8:29

**kept**(2) 84:20 261:8

**kevin**(2) 1:18 1:26

**key**(4) 78:16 125:10 177:21 218:9

**kick**(1) 244:9

**kicked**(1) 285:22

**kicks**(1) 284:25

**kim**(1) 8:13

**kimono**(1) 252:9

**kind**(17) 43:16 158:13 159:11 159:14 160:7 161:24 181:6 181:13 205:24 226:8 245:13 247:2 261:11 263:5 263:5 263:18 288:8

**king**(3) 2:17 2:23 3:14

**kira**(1) 6:37

**kizzy**(1) 7:34

**klauder**(1) 3:13

**klee**(2) 165:10 168:2

**knew**(14) 27:9 102:6 134:16 143:15 150:20 162:17 183:25 185:20 206:21 206:21 208:12 231:18 232:7 287:16

---

**know**(301) 16:3 19:15 23:3 25:6 26:18 26:19 27:13 30:2 30:11 30:12 30:15 30:25 31:4 31:17 31:20 35:16 37:16 37:17 38:10 38:24 39:20 41:25 42:8 43:14 43:15 43:17 43:20 43:21 44:1 45:11 45:12 45:14 45:24 50:15 50:18 50:19 52:19 52:25 53:3 53:3 53:5 53:7 53:13 53:15 53:17 53:18 53:20 54:2 56:16 57:7 57:17 58:9 58:12 58:14 59:24 69:14 73:25 75:12 75:14 78:3 78:17 80:4 84:25 85:3 86:13 88:10 88:13 89:19 93:11 95:22 96:8 98:11 98:21 99:2 101:23 101:24 103:7 104:20 104:21 104:24 104:24 106:20 106:24 107:2 107:7 107:8 107:9 107:22 108:3 108:4 108:7 109:3 109:10 109:12 109:16 110:8 110:9 112:22 113:7 113:20 114:8 114:9 114:9 114:12 114:12 114:24 115:12 115:14 115:19 115:20 125:5 127:20 128:5 132:11 132:13 132:14 132:17 133:19 137:18 138:5 141:23 142:6 143:24 144:16 144:19 144:20 144:22 145:15 145:19 145:20 145:23 147:11 149:10 149:11 150:16 151:7 153:7 153:8 153:9 153:15 154:2 154:25 155:1 156:19 156:19 158:11 159:8 159:21 160:21 160:24 160:25 161:2 161:3 161:4 162:24 165:3 165:12 165:21 167:3 167:7 167:24 169:11 169:20 169:22 170:19 170:19 170:21 171:9 171:12 171:13 171:17 171:20 171:24 172:24 173:11 173:23 173:24 174:6 174:10 174:19 174:22 175:1 175:11 176:16 177:7 177:19 178:12 179:22 179:22 179:24 180:9 180:23 181:1 182:10 182:12 182:14 182:15 182:17 185:12 185:17 192:9 192:10 192:12 192:17 192:14 193:7 193:10 193:10 193:15 193:17 196:10 196:15 196:16 199:15 200:19 201:10 201:14 201:15 201:17 201:18 203:8 204:2 204:20 206:13 206:15 206:22 207:2 207:3 207:3 207:23 207:25 208:1 208:2 208:2 208:9 208:19 208:20 210:19 210:22 211:2 215:16 216:4 217:13 219:19 220:15 220:16 236:9 236:17 237:22 239:6 239:7 240:14 246:12 248:10 250:1 250:3 252:4 252:5 252:5 257:22 257:16 257:19 260:25 261:12 262:8 262:14 262:15 263:5 263:23 263:24 264:5 264:13 269:15 270:4 272:21 273:23 275:14 275:16 276:1 276:9 276:17 281:5 283:7 284:22 285:18 288:23 289:3 289:3 289:25 290:13 290:25 291:1 291:3 291:3 291:11 292:11 292:13 293:6 293:10

**know**(9) 298:14 298:18 300:1 300:3 300:4 300:5 300:7 301:14 301:16

**knowing**(2) 159:25 280:13

**knowledge**(18) 29:24 31:10 35:14 35:17 42:3 43:9 130:21 132:18 138:23 195:6 232:20 235:17 240:22 245:21 260:1 273:7 282:3 291:14

**known**(9) 69:21 98:22 124:5 124:5 206:7 206:9 208:5 234:21 289:17

**knows**(8) 101:20 102:1 102:3 127:9 155:25 162:24 179:24 237:24

**korpus**(1) 9:37

**krakauer**(1) 6:15

**kramer**(1) 9:18

**kulnis**(1) 239:20

**kurtz**(30) 128:14 137:23 147:2 227:15 232:5 260:11 260:18 261:3 261:19 262:3 264:2 265:23 266:6 266:8 266:9 266:15 267:8 268:4 268:7 268:13 269:13 273:14 277:17 277:21 278:7 278:24 279:19 279:2 288:3 288:10

**kurtz's**(1) 264:16

**la**(1) 207:14

---

**lack**(9) 64:11 64:15 70:15 71:23 72:19 167:25 167:25 168:1 280:4

**lacked**(1) 118:12

**laid**(1) 120:24

**lance**(1) 8:25

**landed**(1) 181:7

**landis**(3) 3:26 3:27 4:45

**landmark**(4) 173:11 173:13 178:22 178:24

**lanrty**(1) 1:26

**large**(4) 20:11 53:14 269:21 285:1

**larger**(3) 230:21 231:20 269:24

**largest**(6) 76:2 78:5 79:12 228:18 274:14 297:5

**last**(74) 17:6 18:2 27:5 38:18 39:22 40:3 40:13 40:17 40:19 45:25 46:25 47:3 48:23 55:6 60:15 62:16 63:7 63:11 63:13 63:15 66:23 68:23 70:9 70:22 72:17 73:5 74:3 96:20 100:8 100:18 102:9 102:24 104:11 108:8 108:21 108:22 113:14 121:4 124:4 125:21 149:25 156:2 160:4 164:16 164:19 168:12 168:13 171:1 184:2 203:14 203:19 213:15 214:15 219:14 219:15 222:17 226:3 228:1 232:12 246:20 261:19 267:8 267:17 267:22 268:7 268:11 269:7 274:12 277:16 278:7 279:20 289:20 298:9 298:22

**lasted**(1) 192:3

**late**(2) 165:25 279:22

**later**(11) 94:18 214:1 214:2 241:6 241:10 248:19 259:6 263:1 267:9 274:22 301:8

**latest**(2) 122:21 122:21

**laughter**(7) 23:19 224:19 226:13 226:15 236:7 247:5 259:7

**launch**(1) 163:2

**lauren**(1) 3:20

**laurie**(1) 5:5

**law**(6) 2:21 9:35 148:18 148:22 223:25 248:24

**lawsuit**(1) 263:14

**lawsuits**(1) 182:6

**lawyer**(6) 158:11 236:2 261:10 261:11 263:9 263:9

**lawyers**(6) 145:23 146:2 158:10 168:18 181:11 225:19

**lay**(10) 236:16 239:2 239:5 240:17 240:20 244:25 245:7 245:10 245:20 275:6

**layered**(1) 252:7

**laymen**(1) 246:23

**layton**(2) 2:14 8:18

**lazard**(77) 14:2 14:12 14:14 15:8 16:12 18:10 19:2 19:7 21:19 21:24 22:9 23:1 24:10 24:21 25:16 26:3 26:6 26:13 26:25 27:12 29:5 33:2 33:3 34:6 35:9 35:19 35:23 36:16 44:4 44:21 45:4 46:3 46:6 46:8 50:1 55:10 55:24 56:11 56:12 56:23 74:22 77:6 80:10 88:22 89:1 89:20 94:6 94:12 96:1 96:6 100:1 102:9 105:11 109:13 116:13 117:4 117:13 118:7 119:10 119:12 120:3 120:4 121:7 125:22 125:24 131:1 133:2 147:3 148:3 148:6 198:7 198:10 254:15 254:19 254:21 294:2 294:3

**lazard's**(4) 37:6 44:23 198:13 198:15

**lazard's**(3) 85:14 120:7 126:12

**lbo**(27) 135:4 141:12 141:13 141:25 142:5 143:25 144:11 144:23 145:2 145:4 145:7 145:24 146:4 146:9 150:8 165:11 167:7 182:12 259:15 259:16 262:16 262:19 265:23 268:3 282:9 284:6 289:13

**lbo-related**(4) 228:15 286:21 287:10 287:17

**lead**(3) 182:21 194:10 252:2

| Word | Page:Line |
|---|---|

**leaders**(1) 177:23
**leadership**(2) 177:21 207:17
**leading**(2) 197:4 220:2
**leads**(1) 174:21
**learn**(3) 160:20 185:4 230:13
**learned**(12) 102:9 105:11 118:12 229:15 230:16 230:24 232:4 237:21 262:23 263:1 274:22 288:4

**learning**(1) 294:23
**least**(6) 13:17 35:4 200:5 201:15 231:18 239:17

**leave**(1) 184:9
**lebouef**(1) 4:13
**leg**(1) 112:24
**lee**(31) 31:7 31:8 31:10 169:11 169:14 169:18 170:8 171:5 171:9 172:25 175:2 175:4 176:12 176:21 178:1 178:15 178:23 203:19 203:21 203:24 209:17 216:3 219:1 303:14

**lee's**(1) 174:15
**left**(7) 107:17 120:25 133:17 222:10 225:5 244:21 268:4

**leg**(1) 261:12
**legal**(6) 236:1 236:22 237:11 239:24 240:5 286:22

**lehman**(1) 58:12
**lemay**(1) 3:34
**lender**(2) 127:12 270:8
**lender's**(1) 298:7
**lenders**(20) 4:5 5:14 135:4 137:12 182:13 192:11 233:25 241:21 242:8 242:13 263:25 265:24 266:4 282:9 284:6 289:13 292:25 293:16 296:21 298:5

**length**(3) 150:20 237:2 237:5
**lengthy**(1) 301:2
**lent**(1) 252:4
**leonard**(1) 1:35
**lerman**(1) 7:37
**less**(19) 23:3 29:25 30:21 44:19 50:20 50:25 54:5 64:11 65:10 90:8 93:25 95:16 103:24 103:24 138:17 181:24 193:14 200:3 270:19

**less-meaningful**(1) 113:15
**lesser**(4) 187:13 188:2 188:9 189:3
**let**(26) 30:3 43:11 57:15 58:18 76:4 82:7 82:18 83:1 84:9 117:12 205:23 205:23 207:4 209:18 210:23 216:4 219:19 221:3 247:6 257:4 267:23 280:21 281:5 290:17 299:3 300:24

**let's**(25) 20:1 24:18 32:11 36:25 39:2 52:2 60:2 74:15 165:16 169:10 174:24 178:21 186:16 186:20 186:23 241:16 250:6 271:25 273:3 277:23 293:6 294:5 294:17 294:17 296:4

**letter**(4) 12:25 13:1 13:2 258:4
**let's**(10) 80:8 90:13 91:23 99:23 102:18 106:2 111:1 115:7 119:10 120:9

**level**(9) 2:24 33:23 58:21 65:19 71:14 102:15 247:2 249:24 284:18
**leveled**(1) 258:20
**leverage**(5) 42:12 43:23 109:14 109:19 109:25

**leverageable**(1) 43:25
**leveraged**(4) 42:3 182:7 220:16 221:1
**levin**(1) 9:18
**levy**(1) 6:41
**lexi**(1) 7:9
**lexington**(1) 2:10
**liabilities**(1) 86:18

**liability**(6) 84:1 86:14 138:11 144:22 144:22 145:1
**liang**(1) 8:29 157:13 268:8 275:14
**license**(1) 43:7
**liebentritt**(30) 1:28 6:25 132:14 142:16 142:18 142:23 143:8 143:13 143:21 149:9 149:12 149:25 150:16 150:13 162:9 165:22 167:5 167:12 167:18 167:21 168:3 168:19 168:21 179:14 182:20 262:4 262:12 262:17 269:13 273:19

**liewant**(1) 10:17
**life**(1) 208:12
**lift**(1) 41:8
**lifting**(2) 36:22 38:9
**light**(6) 231:12 232:12 264:21 270:6 270:16 294:14

**like**(46) 12:13 17:16 22:24 35:16 41:15 47:16 49:20 63:16 64:2 68:8 111:3 115:24 118:16 118:19 120:14 120:14 120:16 121:21 122:2 122:12 123:6 123:10 136:16 139:6 151:10 154:5 155:16 163:18 177:6 178:15 187:20 206:14 209:22 215:7 222:3 222:4 230:8 241:7 249:21 256:4 257:9 257:25 272:17 277:18 286:20 298:15

**liked**(1) 52:18
**likelihood**(2) 167:13 167:19
**likely**(14) 20:12 38:8 114:23 139:19 233:14 233:22 244:1 244:4 252:11 252:13 284:23 294:12 296:11 296:12

**limited**(4) 65:9 140:25 240:4 258:16
**line**(5) 37:21 176:16 182:4 202:1 214:4 214:15 248:3 293:3

**lines**(10) 33:15 36:12 37:14 42:5 72:10 137:9 204:17 221:13 266:3 292:22

**liquid**(1) 68:14
**liquidate**(1) 68:9
**liquidation**(2) 68:13 68:15
**liquidity**(2) 68:10 73:20
**list**(1) 168:20
**listed**(1) 28:9
**listening**(1) 279:24
**listing**(1) 13:6
**literally**(1) 245:12
**litigate**(3) 135:9 163:8
**litigated**(1) 135:5
**litigation**(30) 131:17 133:16 133:19 134:5 134:12 134:14 144:11 163:15 163:19 164:1 164:1 164:2 164:4 187:3 189:7 189:12 216:12 238:22 263:14 286:5 287:15 287:15 293:8 296:8 299:6 299:24 300:1 300:4 300:5 300:9

**little**(17) 13:18 33:21 64:12 69:9 73:19 79:23 117:12 184:17 186:25 193:16 214:1 220:7 223:18 225:4 232:12 240:20 296:15

**litvack**(1) 7:44
**live**(8) 222:3 247:14 252:10 253:12 253:15 254:17 254:22 282:16

**lives**(2) 208:9 208:12
**llc**(1) 6:28
**llp**(17) 1:24 2:29 3:33 4:24 4:38 4:45 5:4 5:41 7:41 8:12 8:24 9:13 9:19 9:29 10:5 11:10 11:17
**loan**(2) 173:21 225:7
**lokey**(1) 158:9
**long**(12) 128:21 137:6 140:5 150:19 160:4 165:22 191:15 206:7 208:5 223:16 231:14 269:7
**long-term**(3) 154:15 160:24 175:21

**look**(106) 12:20 13:3 14:14 14:19 14:22 21:14 22:6 22:8 22:16 22:17 25:8 27:11 27:22 27:24 31:13 31:15 32:5 33:3 36:25 37:16 38:18 39:2 39:15 40:8 43:6 43:16 43:6 43:25 45:3 48:15 48:23 48:24 49:15 51:15 52:11 52:17 56:3 60:2 60:10 61:5 61:24 62:22 62:24 63:2 63:11 64:4 64:24 65:5 66:13 66:14 67:6 68:3 68:4 68:23 69:17 70:4 70:13 70:14 70:22 71:18 73:6 76:23 78:1 78:14 81:21 88:24 92:23 93:2 99:8 103:7 103:9 105:5 106:21 108:11 108:15 109:1 111:12 111:25 112:15 112:18 113:3 113:10 113:13 121:16 123:17 124:11 125:15 126:2 136:12 161:13 164:1 170:22 176:18 178:12 182:14 199:2 209:7 215:7 238:10 271:1 283:16 286:15 289:2 289:21 292:14 294:17

**looked**(25) 14:16 14:18 18:2 25:24 27:6 38:15 40:10 48:24 69:23 70:9 70:11 70:14 72:15 81:12 81:18 95:3 96:6 98:18 105:15 110:2 120:14 183:20 229:17 259:14 282:15

**looking**(50) 18:23 20:14 28:8 29:19 30:19 37:21 45:18 46:4 46:12 47:1 47:8 47:10 49:18 59:2 64:17 69:5 70:5 70:25 101:15 101:17 103:21 106:7 107:12 109:2 127:9 130:2 134:1 142:7 148:25 160:24 172:9 174:10 174:11 176:9 176:17 176:25 177:22 178:3 182:21 183:14 192:4 203:22 208:23 209:3 210:18 227:7 248:20 264:12 295:4 297:9

**looks**(5) 39:20 40:14 63:16 64:2 209:22
**loose**(1) 200:24
**los**(3) 4:19 159:9 161:2
**lose**(1) 293:6
**losquadro**(1) 8:33
**loss**(1) 84:24
**losses**(5) 84:10 84:13 84:18 84:23 85:20
**lost**(2) 40:2 104:13
**lot**(22) 58:12 81:6 94:25 95:13 99:21 100:12 117:20 124:3 133:20 133:20 136:1 137:1 161:1 161:1 164:3 165:13 165:18 221:1 233:9 269:15 291:13 301:19

**lots**(1) 174:8
**love**(2) 177:12 207:15
**low**(7) 23:15 68:13 71:3 73:12 194:1 202:2 202:11
**lower**(13) 33:10 34:10 34:15 44:23 59:5 82:10 83:13 189:9 203:7 231:1 297:21 298:3 298:8
**lowering**(1) 30:16
**lucrative**(1) 53:8
**ludwig**(1) 6:9
**lugano**(1) 1:41
**lynch**(3) 5:4 11:10 58:11
**lynn**(1) 7:19
**lyondell**(3) 227:22 228:2 289:17
**macquarie**(2) 9:8 9:8
**made**(32) 17:24 27:1 27:2 27:15 27:17 53:13 61:20 66:9 82:8 82:18 82:20 100:22 101:4 108:14 116:25 137:4 163:1 181:10 185:15 192:25 209:5 228:7 232:15 248:7 251:9 257:11 266:10 271:13 271:24 294:1 295:8 296:20

**madlyn**(1) 11:11
**maggie**(10) 155:18 169:9 174:14 176:1 176:9 183:17 184:4 204:15 211:25 303:11

**magically**(1) 93:16
**magnitude**(1) 66:5
**mailbox**(3) 216:25 217:1 217:6
**maintain**(1) 98:17
**maintains**(1) 93:16

**major**(5) 180:9 234:12 269:18 280:11 291:17

**majority**(3) 95:16 105:16 300:6
**make**(43) 15:4 15:7 15:14 26:8 26:10 34:11 54:5 60:23 61:3 83:1 83:19 86:7 93:21 94:11 94:14 95:8 95:21 96:13 96:16 99:4 99:7 99:23 102:12 116:14 116:21 124:13 139:23 144:20 158:19 163:25 183:9 188:23 191:5 192:20 193:24 224:8 258:22 270:6 283:6 284:24 286:11 286:13 294:15

**makes**(5) 35:20 191:21 301:8 301:9 301:11
**making**(9) 29:7 40:23 80:14 87:22 87:25 251:8 272:3 298:24 299:1

**male**(3) 152:18 152:19 152:22
**manage**(4) 225:18 225:20 276:3 300:9
**managed**(1) 225:7
**management**(29) 5:26 7:22 7:22 8:5 8:5 8:24 8:28 8:28 8:32 8:32 8:49 8:49 9:42 9:42 42:15 67:15 108:2 108:2 127:8 128:9 143:10 143:14 143:18 143:22 223:12 223:20
**management's**(1) 271:21
**manages**(2) 57:21 223:20
**managing**(5) 13:15 13:16 194:9 223:15 227:25

**mandava**(6) 27:5 34:19 57:2 118:15 119:1 254:15
**mandava's**(5) 27:23 28:4 40:12 42:20
**manges**(1) 7:41
**manipulate**(2) 252:10 253:16
**many**(22) 13:16 43:24 106:18 114:10 135:3 156:21 166:18 166:25 171:23 198:18 213:4 225:11 226:3 228:19 249:19 249:21 259:19 289:9 289:9 289:19 298:19

**marc**(3) 3:39 4:25 4:31
**march**(13) 1:13 12:1 36:18 40:22 56:23 61:17 89:4 89:11 89:25 94:6 95:24 203:21 302:18
**margins**(3) 103:23 103:23 121:1
**marino**(1) 3:5
**mark**(23) 8:17 10:23 128:5 128:16 129:11 134:2 137:25 140:13 140:23 142:10 149:3 154:8 161:10 168:14 174:24 179:24 251:14 273:23 274:19 284:16 285:21 290:11 303:10

**marked**(20) 12:21 20:17 21:6 27:24 39:18 48:16 48:21 62:23 65:3 66:14 66:15 122:1 129:13 142:13 146:14 146:16 146:18 209:17 216:3 219:17

**market**(41) 1:10 3:29 5:8 20:11 21:18 24:2 25:3 25:10 25:20 32:4 41:9 55:23 57:16 57:16 61:8 65:22 76:4 76:4 76:10 99:19 101:17 102:2 105:21 113:16 114:14 116:25 117:4 118:8 119:25 122:7 124:5 126:15 174:1 198:21 199:7 199:14 214:22 215:6 215:7 215:11 218:11

**marketability**(3) 65:7 70:5 72:20
**marketplac**(2) 78:25 101:21
**markets**(4) 26:19 58:13 73:19 73:25
**marrero**(1) 4:29
**marry**(1) 246:1
**marsal**(3) 9:4 9:4 10:41
**marvin**(1) 7:19
**mat**(1) 178:10
**material**(5) 106:2 106:3 109:24 229:19 229:22

**materially**(1) 284:24

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| materials(5) 56:23 62:16 101:15 193:23 195:4 | | mediators(1) 136:12 | | million(92) 20:12 22:17 23:1 23:6 23:10 23:24 24:10 24:11 24:21 24:22 24:25 36:14 37:13 37:17 49:11 49:17 51:10 60:9 60:17 60:20 61:12 61:19 61:21 62:6 62:7 80:11 86:22 86:24 87:14 88:3 90:14 90:18 90:21 90:22 92:7 92:8 92:9 92:12 92:13 92:14 92:17 92:25 93:3 93:8 93:9 93:12 93:15 93:19 93:21 94:23 94:24 119:24 132:2 132:5 132:23 133:7 133:12 135:15 137:5 140:18 189:17 191:7 191:9 221:18 228:16 228:22 228:22 228:23 229:5 229:1 231:15 242:6 242:18 270:1 271:5 284:9 292:13 293:7 293:14 294:9 295:7 295:13 295:20 295:24 295:25 296:1 296:2 296:19 296:22 296:25 297:3 298:3 | | month(1) 24:10 | |
| math(3) 49:14 293:7 298:1 | | meet(11) 147:18 156:24 157:18 158:13 159:7 159:25 161:4 180:14 180:17 261:23 268:18 | | | | months(14) 21:11 45:25 46:2 50:12 50:16 92:20 94:18 98:16 122:21 128:23 140:7 153:20 220:1 247:15 | |
| mathematics(1) 242:11 | | | | | | | |
| mats(2) 178:20 179:4 | | meeting(88) 42:15 128:13 136:22 144:15 146:20 157:22 157:24 157:25 158:2 158:4 158:4 158:7 158:16 158:20 158:25 160:4 160:20 161:20 162:1 165:21 165:22 165:23 168:16 168:23 169:2 184:21 191:25 207:9 209:24 210:1 210:2 210:4 210:20 218:4 218:5 253:5 253:10 253:11 253:12 256:21 257:11 261:9 261:25 262:8 263:4 263:6 263:7 264:2 264:17 264:24 265:2 265:8 265:10 265:18 265:23 266:17 266:21 267:10 267:11 267:15 267:19 267:25 268:1 268:4 268:17 268:21 273:12 283:2 283:4 283:10 283:12 283:21 284:12 285:4 285:10 285:11 285:20 286:3 286:14 286:2 287:3 289:4 289:7 289:8 290:18 290:24 303:23 | | | | months(1) 124:4 | |
| matt(1) 251:14 | | | | | | more(54) 13:17 17:14 23:3 29:15 30:21 35:4 35:6 36:2 38:2 41:24 43:6 44:19 72:10 73:20 75:16 87:24 88:3 88:4 98:15 101:20 102:1 102:3 111:17 117:20 118:2 131:16 133:23 135:4 136:16 164:3 165:3 166:11 167:24 181:22 190:12 193:11 193:16 198:20 198:22 200:1 200:8 200:12 200:14 200:18 201:11 206:11 217:18 220:7 246:14 246:16 250:2 301:2 301:10 | |
| matter(12) 13:23 20:6 31:10 34:14 103:20 112:13 125:12 125:25 242:11 244:20 248:7 298:7 302:15 | | | | | | | |
| matters(1) 252:19 | | | | | | | |
| matthew(5) 4:46 7:23 9:39 10:41 10:42 | | | | | | | |
| maximize(2) 141:20 196:24 | | | | | | morgan(70) 2:4 7:41 8:12 8:20 129:20 130:9 130:24 140:16 144:18 160:16 162:14 162:19 169:11 169:18 169:20 169:22 169:25 170:2 170:8 170:16 170:20 170:21 170:25 171:7 171:10 172:16 172:25 173:1 173:3 173:6 173:8 173:13 173:16 173:21 173:25 174:8 175:4 175:13 177:3 177:19 178:8 178:12 178:23 179:11 203:20 206:5 206:17 206:20 209:6 209:12 212:13 212:20 213:23 214:23 214:23 215:5 215:23 219:9 220:3 220:12 221:24 237:15 238:17 238:18 244:14 263:11 263:12 263:14 263:16 263:17 | |
| maximized(1) 133:15 | | | | mina(2) 6:32 6:33 | |
| may(55) 12:10 12:11 12:15 16:13 19:17 20:13 25:7 26:24 33:12 35:8 36:18 53:25 55:3 55:4 57:3 58:8 67:20 68:17 73:19 73:20 73:22 74:3 75:9 75:15 77:25 81:7 81:11 99:20 103:13 115:18 121:14 122:18 126:19 127:14 203:11 203:14 222:13 222:25 223:1 223:3 245:20 248:16 251:2 253:22 258:20 258:21 259:8 270:1 273:14 276:4 282:11 285:17 287:25 290:21 301:6 | | meetings(3) 152:12 221:20 264:15 | | mind(6) 43:1 88:6 160:1 188:21 257:24 272:2 | | | |
| | | meisel(1) 1:34 | | | | | |
| | | melamed(1) 9:24 | | mine(2) 57:7 158:8 | | | |
| | | member(7) 129:3 134:22 139:17 151:24 153:18 187:4 191:18 | | minkove(1) 8:21 | | | |
| | | | | minority(23) 8:22 51:7 52:11 52:16 52:22 54:1 55:8 55:16 57:9 62:9 65:7 65:20 70:20 70:23 71:7 77:21 77:24 79:1 79:5 79:10 79:14 79:17 198:6 | | | |
| maybe(6) 36:17 42:25 45:1 131:8 154:25 171:25 | | members(10) 66:3 107:3 132:18 149:6 149:14 149:18 166:6 168:17 268:19 269:1 | | | | | |
| | | | | minus(2) 244:3 244:5 | | | |
| mayer(2) 3:7 9:29 | | | | minute(6) 32:11 54:14 54:16 76:24 94:12 290:17 | | | |
| mcclatchy(4) 28:12 31:4 76:2 107:2 | | memorize(3) 30:9 30:10 46:23 | | | | morgan's(2) 212:14 220:13 | |
| mccolm(1) 6:45 | | memory(1) 36:18 | | minutes(11) 111:19 207:15 214:2 224:12 269:9 270:9 281:7 281:8 281:11 286:15 301:1 | | morning(10) 12:3 12:4 12:7 12:8 12:18 12:19 39:23 115:14 164:21 184:18 | |
| mccormack(1) 3:35 | | memory's(1) 79:23 | | | | | |
| mccormick(2) 10:4 11:16 | | mention(3) 230:2 235:6 290:12 | | | | mortgage(1) 173:22 | |
| mccutchen(1) 9:13 | | mentioned(10) 133:6 136:25 137:4 178:21 192:12 192:14 198:2 230:20 290:21 300:8 | | mirant(1) 227:18 | | moskowitz(1) 2:8 | |
| mcdaniel(1) 2:22 | | | | missed(3) 15:5 49:23 88:18 | | mpp(1) 62:23 | |
| mcguire(1) 4:46 | | | | missing(1) 127:3 | | most(18) 20:25 21:20 40:1 41:8 47:14 65:11 72:2 100:9 119:9 136:14 139:1 153:20 199:8 199:20 199:24 259:24 287:18 301:11 | |
| mcneill(1) 5:6 | | | | misspoke(1) 93:7 | | | |
| meagher(1) 7:13 | | mergerstat(1) 64:14 | | mistakes(1) 283:7 | | | |
| mean(73) 25:24 25:25 26:3 26:6 27:19 27:19 30:7 30:9 34:9 34:10 43:2 44:17 44:19 47:20 67:17 70:19 71:16 98:2 99:8 100:21 114:7 117:8 117:10 117:12 117:15 117:18 117:19 136:7 148:12 153:7 153:20 159:15 159:21 159:23 160:23 160:25 164:13 168:24 175:18 176:22 177:2 177:9 188:12 209:13 211:7 215:1 215:3 216:16 217:7 219:11 220:15 221:1 228:22 233:12 237:8 237:9 242:14 242:17 245:12 246:20 248:18 248:24 251:24 253:4 255:2 255:2 257:19 257:22 276:1 276:2 276:3 285:13 294:2 | | merits(2) 145:10 290:7 | | misters(1) 276:25 | | mostly(1) 25:10 | |
| | | merrill(3) 5:4 11:10 58:11 | | misunderstood(1) 158:3 | | motion(3) 271:19 272:11 273:1 | |
| | | mester(1) 4:16 | | misused(1) 43:1 | | motivate(1) 156:4 | |
| | | met(7) 150:22 157:13 171:21 262:3 262:15 282:22 | | mitigate(2) 96:14 96:15 | | motivated(1) 268:14 | |
| | | | | mix(2) 35:12 173:7 | | motors(1) 227:21 | |
| | | metadata(2) 216:10 216:13 | | model(74) 95:10 238:20 240:7 240:9 240:10 240:11 240:12 241:6 243:17 243:2 244:7 244:7 244:10 245:22 246:7 246:22 246:24 247:20 248:21 249:1 250:8 250:9 250:15 250:17 250:19 251:7 251:8 251:10 251:12 251:21 252:10 252:15 253:7 253:1 253:15 253:17 253:23 254:18 255:9 255:10 255:11 255:20 255:24 256:3 256:2 256:24 257:16 257:17 257:21 258:20 258:21 259:14 281:18 282:16 282:19 282:23 282:24 283:3 284:15 284:18 284:1 284:20 284:20 284:22 284:25 285:5 285:13 285:21 285:21 285:23 285:25 290:20 291:4 291:10 | | move(16) 16:6 26:21 26:22 90:13 116:24 169:10 184:11 194:8 203:18 250:24 256:4 271:20 273:3 280:5 284:24 301:25 | |
| | | method(4) 38:5 94:17 122:8 122:10 | | | | | |
| | | methodological(1) 46:3 | | | | moved(1) 237:17 | |
| | | methodologies(7) 94:15 95:9 99:3 103:10 112:4 113:17 114:17 | | | | movement(3) 25:10 95:5 277:24 | |
| meaning(4) 149:23 214:20 227:9 266:9 | | | | | | movements(2) 25:23 26:20 | |
| meaningful(2) 33:24 164:10 | | | | | | moves(1) 237:19 | |
| meaningless(2) 26:14 26:15 | | methodology(19) 20:20 26:7 26:7 26:8 34:3 34:17 56:6 56:7 80:17 87:9 94:6 94:7 96:3 96:7 98:17 98:18 112:9 114:1 114:11 | | | | moving(2) 239:9 301:20 | |
| means(8) 216:17 216:22 216:23 217:13 244:23 276:1 277:20 284:23 | | | | | | mp-2469(1) 21:6 | |
| | | metric(1) 62:2 | | | | | |
| | | metrics(6) 30:6 55:25 60:13 61:11 120:16 119:12 | | modeling(3) 239:11 283:7 291:11 | | much(27) 13:23 38:19 38:22 45:8 51:13 92:5 92:14 109:24 111:17 117:24 118:2 136:17 146:4 152:7 153:7 155:13 189:11 189:11 200:12 206:16 209:11 209:11 230:1 230:25 256:2 263:22 276:3 | |
| meant(4) 228:23 248:23 290:18 293:4 | | | | models(8) 237:16 240:10 240:13 247:13 247:18 257:13 259:15 260:2 | | | |
| measured(1) 122:18 | | | | | | | |
| media(11) 41:21 42:1 42:3 42:4 42:9 42:12 42:21 43:4 117:25 118:6 224:5 | | meyer(1) 11:27 | | | | | |
| | | michael(3) 2:7 9:30 11:27 | | moderate(1) 44:21 | | | |
| | | michaels(4) 154:18 209:23 210:16 210:20 | | modifications(1) 94:11 | | muchin(2) 10:5 11:17 | |
| median(1) 70:19 | | michelle(2) 3:5 5:16 | | modify(1) 65:22 | | mulhern(1) 8:25 | |
| mediation(49) 128:13 129:10 141:18 161:23 162:4 162:25 164:12 187:10 187:2 188:7 189:21 195:17 195:24 196:5 196:1 196:25 197:1 251:10 256:13 256:15 256:1 256:20 256:21 257:23 258:5 261:21 273:14 273:19 274:3 274:10 274:17 274:1 274:20 274:21 274:25 276:14 276:18 277:7 277:21 278:23 283:1 284:1 284:2 286:10 288:1 288:3 288:19 289:13 292:8 | | mid-2008(1) 58:10 | | moelis(11) 194:9 194:13 199:23 200:3 200:21 201:1 201:5 201:8 202:15 203:14 253:3 | | multibillion-dolla(1) 263:13 | |
| | | mid-october(1) 155:5 | | | | multiple(57) 33:3 33:6 33:10 33:24 34:2 34:9 36:15 36:22 36:23 37:18 40:7 41:4 44:17 44:18 44:23 44:24 46:4 47:19 48:11 49:1 49:2 49:18 59:18 76:9 76:9 76:18 77:23 77:24 78:24 80:18 81:24 82:10 82:15 83:6 83:14 83:17 86:18 90:9 90:10 97:4 98:15 118:16 120:13 121:8 122:20 123:18 198:21 199:7 199:14 202:12 202:15 226:2 227:20 227:22 239:20 271:15 | |
| | | mid-sevens(1) 298:15 | | | | | |
| | | middle(2) 234:11 279:16 | | | | | |
| | | midpoint(11) 29:20 35:10 35:24 197:15 197:16 197:22 198:16 202:2 202:5 202:9 202:11 | | moment(22) 20:6 22:25 30:13 40:6 47:24 63:25 64:24 70:16 73:8 74:15 80:8 92:5 94:21 106:5 112:1 119:11 119:17 120:10 165:16 222:15 245:18 | | | |
| | | midwest(1) 31:18 | | | | | |
| | | might(26) 12:14 19:13 25:7 33:20 33:21 35:3 36:2 66:4 68:11 76:2 82:1 125:7 155:19 155:23 159:11 160:7 173:22 177:2 182:11 193:11 193:18 204:24 244:15 258:25 273:19 299:19 | | moments(4) 74:14 127:19 250:9 297:8 | | | |
| mediator(10) 129:21 130:10 130:23 131:20 132:1 133:17 135:23 191:2 191:3 274:7 | | | | money(6) 94:25 159:16 161:1 242:21 276:3 279:15 | | | |
| mediator's(5) 132:1 137:5 190:25 193:21 195:5 | | might've(1) 77:18 | | monitor(2) 213:7 213:11 | | | |
| | | mike(1) 8:41 | | montenegro(1) 9:36 | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **multiples**(40) 25:11 25:16 25:20 28:5 28:12 28:23 32:22 33:3 33:14 34:7 37:6 37:17 38:9 38:11 38:14 40:12 40:13 40:15 44:15 44:16 44:20 44:22 59:3 59:14 59:14 61:7 76:20 86:19 96:2 97:5 99:9 99:19 117:5 117:14 121:12 123:11 124:2 124:16 202:19 202:19 | | **next**(43) 37:21 47:1 47:5 60:10 60:10 61:5 76:24 97:20 97:24 98:1 98:3 98:9 98:10 122:14 123:16 123:22 127:2 128:1 129:9 133:25 134:1 137:20 137:21 140:11 140:2 161:7 172:9 174:11 175:23 183:14 186:5 186:19 186:24 187:1 205:21 208:8 222:3 252:6 254:7 265:4 270:7 271:7 283:14 | | **not**(272) 14:6 14:9 16:6 17:9 17:12 17:17 18:7 19:17 20:1 20:6 20:11 20:12 20:21 22:10 26:10 27:18 30:17 31:8 32:3 32:5 33:7 33:11 33:20 34:5 34:22 36:8 36:14 37:24 40:20 43:22 44:5 46:10 48:9 48:12 49:13 50:14 51:5 52:15 53:8 53:23 54:20 55:22 56:1 56:11 56:15 58:2 62:15 63:20 64:21 65:22 66:3 66:6 66:22 67:5 67:16 68:10 71:16 73:24 74:7 77:7 77:22 78:12 79:2 81:3 81:22 81:25 82:17 84:5 88:20 88:25 89:15 89:24 90:1 90:6 94:24 96:14 96:19 96:24 97:15 97:21 97:24 99:12 100:10 101:2 101:13 102:1 102:12 103:14 104:1 104:5 104:8 104:17 106:11 108:15 109:9 111:6 113:3 114:1 116:8 116:15 118:5 119:7 121:11 129:23 130:4 131:22 132:23 133:9 134:6 137:12 138:5 138:23 143:4 145:9 146:1 148:17 148:20 148:20 149:15 151:9 153:25 158:11 160:23 162:1 162:2 162:14 163:3 163:5 164:6 166:15 166:19 166:23 167:3 167:6 168:19 172:19 173:17 173:23 175:12 175:21 178:7 179:1 179:20 180:23 181:9 182:11 183:4 183:7 183:8 183:23 185:5 186:2 187:16 187:17 187:21 188:15 189:18 189:22 195:15 195:18 196:17 200:24 202:18 206:18 206:18 210:19 213:4 215:2 215:10 216:21 216:21 217:14 217:25 218:10 220:15 221:19 229:23 231:21 232:1 232:11 233:13 233:1 233:14 233:15 234:15 234:20 236:2 236:19 236:22 237:10 237:23 238:24 239:16 239:24 240:17 240:23 240:24 242:12 242:13 243:6 245:10 245:11 246:21 246:23 247:19 247:20 247:25 248:5 248:6 248:7 248:8 248:15 248:20 249:15 250:17 255:25 256:2 256:7 256:22 257:10 257:14 257:15 257:16 259:21 260:1 261:11 261:18 262:13 262:15 262:23 267:16 267:21 268:9 268:12 268:14 268:2 270:4 270:13 270:17 272:25 274:22 276:16 277:20 277:25 278:8 278:15 278:1 279:4 279:15 279:22 282:10 285:3 285:3 285:17 288:8 289:2 289:3 289:15 290:12 290:15 291:11 296:8 298:21 299:2 | |
| **multiplied**(1) 80:18 | | | | | | | |
| **multiply**(1) 98:14 | | | | | | | |
| **multiplying**(1) 82:4 | | **nice**(1) 172:10 | | | | | |
| **multitude**(1) 297:19 | | **nicholas**(1) 8:6 | | | | | |
| **murphy**(1) 10:47 | | **nick**(1) 7:15 | | | | | |
| **must**(2) 205:12 286:22 | | **night**(7) 18:2 38:18 39:22 48:23 62:16 70:9 73:5 | | | | | |
| **myers**(1) 5:30 | | | | | | | |
| **myrick**(1) 6:13 | | **nils**(3) 221:11 221:13 221:18 | | | | | |
| **myself**(1) 6:13 | | **nine-times-greater**(1) 111:1 | | | | | |
| | | **nineteen**(1) 241:9 | | | | | |
| **name**(9) 147:11 147:11 147:16 169:6 174:23 186:10 208:6 222:16 222:17 | | **nobody**(2) 88:15 146:11 | | | | | |
| | | **nominated**(1) 151:25 | | | | | |
| **named**(2) 158:8 238:24 | | **nomura**(2) 202:8 203:7 | | | | | |
| **names**(1) 153:13 | | **nomura's**(1) 201:23 | | | | | |
| **national**(1) 31:24 | | **non**(4) 65:11 80:15 83:12 229:22 | | | | | |
| **natural**(8) 293:5 293:12 293:21 294:9 295:21 295:25 296:1 297:21 | | **non-cash**(1) 81:25 | | | | | |
| | | **non-cash-pension**(4) 80:11 83:2 84:9 91:18 | | | | | |
| **nature**(7) 65:23 149:20 169:13 169:16 170:15 189:7 243:21 | | **non-control**(1) 20:20 | | | | | **npp**(18) 51:15 190:25 193:22 195:4 200:23 203:23 205:22 209:16 212:4 213:14 216:2 219:15 254:3 254:5 259:5 267:4 267:5 303:21 |
| | | **non-controlled**(1) 51:7 | | | | | |
| **nbc**(3) 57:21 57:21 58:2 | | **non-expert**(1) 245:14 | | | | | **npp-2470**(1) 116:2 |
| **near**(1) 266:8 | | **non-hearsay**(1) 256:6 | | | | | **npp-62**(1) 123:4 |
| **necessarily**(6) 26:21 38:22 79:2 96:19 125:6 217:14 | | **non-lbo**(1) 238:7 | | | | | **npp-86**(1) 122:2 123:5 |
| | | **non-party**(1) 10:16 | | | | | **npp-944**(1) 111:23 |
| | | **non-public**(2) 65:20 229:19 | | | | | **number**(47) 25:8 36:11 36:13 37:9 37:11 40:8 46:13 46:24 49:10 61:19 62:10 92:16 92:22 98:22 98:23 99:15 103:22 107:17 109:18 114:21 115:8 117:1 120:12 121:7 122:22 122:23 125:17 132:5 132:6 132:9 132:12 132:16 132:20 132:23 169:23 171:17 171:24 213:16 233:9 243:20 244:2 244:4 246:2 247:13 259:24 285:1 298:2 |
| **necessary**(5) 84:3 84:4 100:22 101:22 145:13 | | **non-tendered**(1) 229:11 | | | | | |
| | | **non-voting**(1) 67:21 | | | | | |
| **need**(16) 26:20 56:1 61:2 68:9 68:9 68:18 82:7 84:16 93:22 98:4 125:5 150:21 214:16 240:20 280:9 301:6 | | **none**(3) 156:23 296:25 300:21 | | | | | |
| | | **nonetheless**(1) 65:18 | | | | | |
| | | **nor**(1) 270:24 | | | | | |
| | | **normally**(3) 67:16 213:1 213:2 | | | | | **numbers**(11) 39:20 60:12 111:24 133:20 190:13 238:11 241:12 243:7 243:24 256:2 284:23 |
| **needed**(1) 266:12 | | **norman**(1) 1:36 | | | | | |
| **needless**(1) 235:23 | | **north**(3) 2:17 2:23 5:8 | | | | | **nyu**(1) 67:5 |
| **neftalis**(1) 9:18 | | **northwestern**(1) 147:14 | | | | | **o'brien**(3) 216:15 216:18 217:24 |
| **negate**(1) 66:3 | | | | | | | **oaktree**(35) 8:27 8:28 129:20 130:8 130:23 157:3 157:11 157:19 158:5 158:8 159:10 159:19 160:7 161:3 161:21 161:22 162:12 162:17 163:2 163:12 163:19 164:6 175:12 179:21 179:25 184:7 232:21 245:19 268:8 268:8 271:10 271:16 275:18 275:20 276:10 |
| **negotiate**(14) 78:18 187:12 188:2 188:9 189:3 225:22 227:5 230:4 231:17 278:8 279:4 279:19 288:14 290:13 | | | | | | | |
| | | | | **note**(6) 105:16 105:19 256:12 258:17 294:7 301:22 | | | |
| **negotiated**(7) 172:14 172:19 229:15 230:7 266:7 280:15 284:6 | | | | | | | **oaktree's**(2) 160:21 268:13 |
| | | | | **noted**(3) 27:20 55:10 77:17 | | **object**(10) 152:19 231:21 232:16 232:18 244:15 250:18 250:24 257:18 261:17 285:2 | |
| **negotiating**(7) 190:16 231:19 268:14 272:17 279:9 280:12 280:13 | | | | **noteholder**(11) 142:9 222:7 234:24 252:21 254:10 265:5 282:18 293:23 297:16 300:1 301:8 | | | |
| | | | | | | **objection**(41) 136:4 145:11 146:6 146:23 148:19 148:23 152:16 152:17 152:18 167:15 171:8 178:5 180:7 181:18 185:8 185:9 185:11 187:15 191:23 192:24 195:9 215:12 235:12 235:13 236:12 238:16 253:21 254:4 256:9 258:13 258:15 267:1 267:3 272:21 275:5 275:25 278:1 278:12 280:4 281:25 292:15 | |
| **negotiation**(2) 228:20 252:5 | | | | **noteholders**(19) 62:19 187:13 188:3 188:10 189:4 189:16 191:7 192:7 192:22 193:25 195:12 195:13 196:24 235:1 238:2 239:1 244:19 293:2 301:19 | | | |
| **negotiations**(17) 150:2 150:7 150:14 172:22 190:5 192:13 195:11 195:23 230:9 231:4 264:4 268:21 279:21 279:23 280:6 280:19 291:14 | | | | | | | |
| | | | | **notes**(27) 170:25 171:3 228:5 229:2 229:8 230:18 242:15 242:23 260:21 260:23 261:16 265:1 265:21 284:10 284:11 291:2 291:24 292:2 292:6 293:15 293:16 293:20 295:19 295:24 297:1 297:1 303:23 | | | |
| **neighborhood**(1) 270:5 | | | | | | | |
| **neil**(1) 8:33 | | | | | | | |
| **net**(1) 30:23 | | | | | | | **objectionable**(1) 236:4 |
| **network**(4) 64:3 202:12 202:16 202:20 | | | | | | | **objections**(3) 96:16 248:10 272:15 |
| **never**(31) 51:21 51:24 52:9 60:1 62:17 110:22 111:3 112:14 138:21 140:1 140:1 154:12 157:1 157:18 161:12 166:25 168:2 168:3 168:6 168:9 192:25 194:18 194:24 196:7 245:3 245:3 245:4 261:20 266:17 289:8 289:8 | | | | **nothing**(8) 80:4 102:6 107:20 124:22 154:14 162:8 237:24 250:22 | | **objective**(3) 30:10 190:10 190:16 |
| | | | | | | | **objectives**(2) 190:4 190:7 |
| | | | | | | | **obligations**(1) 86:6 |
| | | | | **noticed**(1) 45:18 | | **observations**(1) 17:24 |
| | | | | **notwithstanding**(1) 298:3 | | **observe**(1) 265:1 |
| | | | | **november**(1) 154:25 | | **observed**(1) 117:15 |
| **new**(26) 2:11 2:32 2:40 3:41 28:12 29:11 29:16 29:21 29:25 30:6 30:13 30:18 30:21 40:18 99:14 106:24 119:8 155:3 160:3 161:6 161:20 198:8 230:18 261:25 262:7 291:24 | | | | | | | **obtain**(1) 191:6 |
| | | | | | | | **obvious**(1) 214:5 |
| **news**(1) 10:37 | | | | | | | **obviously**(13) 92:18 118:12 120:21 150:24 159:16 163:8 190:7 210:13 219:12 263:1 263:22 289:22 289:22 |
| **newspapers**(1) 31:16 | | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| occasion(4) 179:5  225:24  268:18  282:21 | | okay(301) 12:6  13:25  16:6  20:3  20:8  21:5  21:9  23:17  23:23  27:22  32:4  32:11  34:19  37:2  39:24  40:20  48:5  48:20  48:22  49:20  55:16  52:2  54:19  56:3  60:23  61:5  70:4  70:14  70:16  71:21  72:7  73:6  74:15  76:15  76:17  90:13  92:4  94:13  96:20  97:18  99:1  102:18  103:6  111:10  111:20  115:15  115:2  116:15  116:24  118:5  118:14  119:17  119:23  120:9  121:11  121:14  121:14  123:2  124:1  124:22  125:21  127:17  128:2  129:7  129:22  134:10  134:15  134:18  135:1  135:2  135:25  136:9  136:21  138:14  138:20  139:23  140:20  141:10  141:24  142:4  142:1  142:12  143:2  143:7  144:2  144:6  144:14  148:6  149:17  149:20  150:25  151:4  151:14  151:19  151:25  152:3  152:14  153:2  153:6  156:15  156:21  157:6  157:13  157:24  158:3  158:13  158:10  158:15  159:3  159:5  161:18  162:14  162:22  163:17  165:1  165:7  166:14  167:17  167:21  169:1  169:3  169:13  169:16  169:24  170:5  170:11  170:15  170:25  171:5  171:15  171:22  172:2  172:4  172:11  172:1  172:18  173:6  173:9  173:15  173:18  173:21  173:24  174:6  174:24  175:5  175:14  175:23  176:8  176:12  176:20  176:14  177:5  177:11  177:15  178:7  178:19  179:4  179:7  179:14  180:1  180:12  180:22  181:3  181:6  181:9  181:9  181:12  181:20  182:2  182:10  182:12  182:25  183:5  183:8  183:13  183:23  184:17  184:20  184:24  185:4  185:25  186:1  186:5  191:4  192:10  193:5  194:7  196:10  196:20  197:12  197:24  198:4  198:10  198:24  200:1  202:1  202:8  202:15  202:18  202:24  203:1  204:3  204:12  205:2  205:13  205:15  205:17  206:1  206:11  206:22  208:8  208:14  209:1  209:8  209:20  210:6  210:9  210:23  211:15  212:19  213:2  213:6  216:10  217:17  219:24  220:10  221:4  221:17  222:21  223:2  223:14  223:18  223:22  224:2  224:4  224:8  225:11  225:24  226:5  226:11  226:20  226:23  227:9  227:24  228:2  228:4  228:7  228:12  228:21  228:24  229:4  229:7  229:13  230:10  230:13  230:20  230:23  231:6  231:9  231:23  232:2  232:7  232:9  232:17  232:22  233:1  233:4  234:11  234:17  234:23  235:1  235:4  235:6  235:10  236:21  238:4  241:14  241:17  242:2  242:3  242:11  242:20  242:25  243:3  243:12  246:14  247:9  247:11  248:16  250:11  250:7  250:23  251:3  251:13  251:21  252:9  252:20  252:23  252:24  253:14  253:18  okay(128) 254:2  254:11  254:19  254:22  254:24  255:6  255:9  255:11  255:13  255:19  258:9  258:13  259:3  259:10  259:14  259:18  259:21  260:1  260:4  260:7  261:14  261:23  262:5  262:8  262:10  263:19  264:16  264:23  265:1  265:4  265:6  265:7  265:10  265:12  265:14  265:21  266:1  266:12  266:13  266:1  267:7  267:14  268:7  268:13  269:3  269:5  269:7  270:7  270:12  270:21  271:1  271:13  272:2  272:6  272:14  273:3  273:7  273:10  273:12  273:25  274:7  274:10  274:13  274:1  274:21  274:24  275:3  275:6  275:11  275:1  275:16  275:18  275:21  276:12  276:14  276:17  276:20  277:2  277:9  277:17  277:15  277:23  278:3  278:10  279:3  279:7  279:20  280:2  280:23  281:13  281:23  282:10  283:1  283:13  283:16  283:21  283:25  284:3  286:  286:15  286:19  286:24  287:8  287:22  288:1  289:7  291:21  292:14  292:16  292:21  294:14  294:17  295:1  295:18  295:21  296:4  296:17  297:4  298:22  299:3  299:10  299:15  299:18  300:1  300:11  300:14  300:24  301:13 | one(139) 1:30  2:16  2:39  14:19  21:7  26:13  26:21  35:3  46:8  46:13  48:11  48:13  55:17  55:18  57:20  59:6  59:6  60:22  62:17  62:19  63:3  68:23  69:19  70:16  72:17  73:8  81:4  81:13  90:1  91:23  94:15  94:17  94:21  96:20  98:23  101:1  101:1  101:4  101:16  104:9  106:5  112:1  117:13  117:18  117:19  121:4  123:15  125:21  132:3  133:19  140:11  142:4  143:4  144:21  148:10  148:24  148:24  153:2  154:16  156:3  156:7  156:10  165:9  160:23  170:3  184:12  190:7  191:14  193:16  193:16  194:5  194:20  198:5  198:24  202:22  202:24  203:19  209:10  212:6  212:19  212:21  212:22  214:24  215:4  216:18  218:10  218:15  218:25  222:15  226:8  232:22  232:25  233:1  234:1  234:14  234:15  238:25  240:20  242:5  242:12  242:13  244:3  244:5  245:5  245:18  245:18  245:25  246:2  246:14  246:1  246:16  247:13  249:18  249:19  249:24  253:1  253:3  255:13  255:14  257:23  259:25  261:3  261:4  261:12  263:24  272:25  278:7  278:23  281:17  288:21  289:18  293:24  294:10  295:14  298:12  298:16  298:17  298:23 | other(110) 18:4  19:16  20:14  23:4  24:7  24:8  26:13  41:16  46:20  51:6  57:1  57:4  57:22  62:19  73:18  74:2  78:6  79:19  81:12  81:18  82:9  82:21  84:7  84:19  84:22  86:3  86:4  86:13  87:15  87:18  91:17  94:17  95:20  98:5  98:6  98:12  99:13  101:16  105:17  105:22  110:18  115:2  116:21  117:19  132:22  133:19  136:14  142:5  149:6  149:14  149:18  158:13  159:2  159:5  171:25  173:3  173:6  174:8  175:19  176:15  177:5  178:16  181:24  182:12  185:18  195:20  196:5  202:22  202:24  204:1  209:10  214:9  224:4  224:5  225:19  232:7  232:8  232:8  232:19  236:12  237:12  237:23  237:24  242:15  245:16  251:22  251:25  258:22  259:15  259:21  259:25  260:1  264:11  271:10  272:7  275:1  275:4  280:16  280:18  282:11  284:25  289:18  290:23  291:8  291:10  297:14  297:16  300:16  301:6  301:7 |
| occasions(1) 171:23 | | | | | | | |
| occur(3) 79:19  114:23  228:15 | | | | | | | |
| occurred(10) 55:19  55:20  58:15  76:3  77:12  77:23  126:16  192:17  260:12  284:5 | | | | | | | |
| occurring(1) 111:1 | | | | | | other's(1) 264:9 | |
| october(59) 19:2  19:4  19:7  19:11  19:12  19:20  19:20  20:3  20:5  20:5  20:5  21:1  21:24  21:25  22:13  22:17  22:25  28:5  37:10  37:13  38:3  39:7  44:25  46:11  50:2  56:23  89:9  89:23  89:24  90:1  91:9  94:7  95:25  119:13  119:16  120:3  120:8  125:23  126:13  126:16  128:8  140:21  146:19  155:3  201:13  219:20  254:14  256:18  257:23  279:22  283:15  283:18  283:20  287:23  288:18  290:19  291:19  292:5  292:12 | | | | | | others(9) 172:25  173:1  177:7  209:22  219:18  221:7  233:1  248:7  255:16 | |
| odd(1) 230:2 | | | | | | otherwise(4) 181:16  181:23  216:19  219:4 | |
| off(24) 34:1  35:11  37:16  44:4  71:9  71:11  97:7  108:13  115:7  131:23  131:24  136:13  136:13  136:14  161:25  162:24  163:5  176:8  176:12  176:15  182:11  208:22  260:17  261:  | | | | | | ought(4) 32:5  79:6  102:23  278:14 | |
| offer(5) 171:4  236:13  247:20  253:19 | | | | one-on-one(1) 153:19 | | our(68) 16:14  16:25  16:25  16:25  27:12  30:24  31:8  35:15  38:3  55:12  55:24  74:13  75:1  76:5  85:15  101:14  101:14  101:16  103:18  108:19  108:23  118:1  120:20  124:19  124:20  131:17  133:2  135:13  146:24  159:17  170:21  198:3  222:3  225:22  227:2  227:5  227:7  227:7  227:8  231:12  232:15  237:3  244:11  248:20  249:12  249:19  251:8  251:12  251:25  252:9  252:17  253:2  253:6  253:10  261:25  262:9  263:6  263:7  270:3  274:19  286:9  286:9  286:13  289:23  292:15  296:4  297:9  301:22 | |
| offered(9) 67:13  67:22  240:23  247:25  248:8  248:9  250:22  259:4  288:9 | | | | ones(3) 14:25  19:14  27:18 | | | |
| | | | | one's(1) 87:18 | | | |
| offering(6) 67:20  67:23  171:1  171:3  248:7  249:11 | | | | only(43) 18:1  24:14  29:22  36:8  43:7  46:8  48:11  67:21  68:10  73:4  74:10  74:22  75:1  76:6  78:3  78:3  81:19  84:17  84:23  85:23  88:17  91:24  92:20  93:9  93:20  94:24  94:24  104:8  105:4  113:9  113:11  121:8  125:17  131:23  141:14  153:24  172:13  216:17  231:13  234:2  246:23  257:4  264:14 | | | |
| offerings(2) 74:1  170:21 | | | | | | ours(1) 44:25 | |
| office(9) 3:12  253:10  262:1  262:5  262:7  262:24  288:22  289:25  290:11 | | | | onto(10) 123:15  150:12  151:2  194:8  196:4  205:22  209:15  212:3  213:13  216:1 | | our(78) 12:13  17:23  29:8  41:9  48:25  53:12  54:17  60:4  81:25  83:22  86:12  91:5  92:5  92:14  93:3  93:8  93:15  93:15  93:19  94:3  94:20  95:6  95:18  96:17  99:9  105:22  105:23  109:15  115:25  117:11  120:24  128:12  137:7  145:7  146:2  149:13  154:22  157:7  157:22  159:9  159:23  161:2  161:12  162:5  162:19  176:9  176:7  176:25  177:25  178:3  186:1  189:13  193:15  208:23  209:3  209:6  227:7  231:15  231:23  243:9  243:15  243:16  244:7  244:9  244:22  257:20  262:24  273:15  273:20  274:4  284:25  285:22  288:4  289:13  289:16  289:20  301:17  302:6 | |
| officer(9) 128:19  129:1  130:25  132:15  133:4  140:3  140:10  165:13  165:17 | | | | open(9) 153:10  161:5  184:9  233:23  252:8  257:1  257:15  258:3  277:20 | | | |
| officers(3) 184:7  271:11  299:7 | | | | opened(3) 257:11  257:15  258:18 | | | |
| offices(2) 261:25  262:9 | | | | opening(3) 235:4  239:15  240:16 | | | |
| official(3) 3:25  4:23  129:19 | | | | operated(1) 283:6 | | | |
| often(5) 68:25  69:7  75:16  171:15  225:16 | | | | operating(6) 57:20  60:12  104:3  122:17  122:17  124:4 | | outcome(5) 35:18  88:4  88:5  223:24  238:6 | |
| | | | | | | outcomes(2) 238:22  239:19 | |
| | | | | operation(1) 48:2 | | outcomes."(1) 286:23 | |
| | | | | operations(3) 49:10  57:21  141:2 | | outperforms(1) 31:11 | |
| | | | | operator(2) 58:4  58:5 | | outside(14) 79:25  80:3  146:24  153:11  184:14  195:23  196:13  196:25  197:1  275:8  284:2  288:19  291:22  291:23 | |
| | | | | operators(1) 58:2 | | | |
| | | | | opine(2) 16:11  16:22 | | | |
| | | | | opining(2) 16:7  236:15 | | outstanding(1) 229:6 | |
| | | | okay(128) 254:2  254:11  254:19  254:22 | opinion(17) 16:8  27:12  30:20  31:9  86:23  108:5  135:19  137:5  144:17  144:17  233:5  236:13  236:17  236:18  236:22  239:24  240:8 | | over(50) 25:25  39:22  40:9  42:12  43:21  44:16  51:17  58:10  58:12  64:12  67:18  68:23  69:23  70:12  71:6  71:15  71:22  74:11  75:10  83:5  84:11  84:15  86:6  103:24  104:10  104:13  108:20  108:22  122:14  123:15  123:21  137:19  152:16  153:19  162:7  175:11  178:8  183:11  191:15  191:25  191:25  217:5  217:12  229:5  229:11  272:15  283:3  292:4  298:2  300:19 | |
| | | | | opinions(3) 240:5  240:5  240:8 | | | |
| | | | | opportunities(3) 154:10  154:14  160:25 | | | |
| | | | | opportunity(5) 158:16  159:25  161:4  264:8  292:6 | | | |
| | | | | oppose(5) 231:24  243:10 | | | |
| | | | | opposed(1) 133:16 | | over-arching(1) 190:10 | |
| | | | | option(4) 68:8  183:21  183:21  184:9 | | over-weighted(2) 100:14  101:7 | |
| | | | | oral(1) 250:22 | | over-weighting(1) 101:9 | |
| | | | | orange(1) 82:5 | | overall(4) 16:7  16:22  94:23  115:21 | |
| | | | | order(16) 61:12  127:11  128:9  227:7  229:18  256:13  256:15  256:19  256:22  264:  271:16  284:8  299:13  299:16  299:19  300:8 | | overly(1) 90:6 | |
| | | | | | | overnight(1) 74:1 | |
| | | old(4) 21:21  205:2  205:11  224:8 | | | | overruled(3) 276:4  280:7  282:7 | |
| | | olinsky(1) 9:14 | | organization(1) 175:8 | | | |
| | | | | organized(1) 175:20 | | | |
| | | once(10) 150:22  164:17  198:22  200:5  201:11  201:12  201:15  249:19  290:12  298:14 | | original(10) 117:8  117:8  118:8  119:20  158:20  158:24  166:7  170:20  270:24  280:5 | | | |
| | | | | originally(1) 301:3 | | | |
| | | | | originated(1) 192:19 | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**oversee**(1) 141:2
**overstating**(1) 86:10
**overview**(1) 122:9

**own**(15) 57:24 75:25 78:3 108:19 136:1 145:18 147:5 163:3 167:8 173:22 241:12 244:11 245:13 269:20 280:18

**owned**(14) 20:13 21:19 24:8 41:16 46:16 46:18 47:25 198:6 228:16 228:18 231:15 231:16 269:25 271:4

**owner**(2) 76:2 76:2
**owners**(3) 76:1 175:10 175:17
**ownership**(2) 65:10 65:23
**owns**(3) 36:3 57:21 58:2
**o'melveny**(1) 5:30

**p.a**(1) 1:35
**p.m**(5) 126:23 126:23 142:22 218:4 302:9
**p.s**(2) 210:24 211:2
**package**(1) 81:15
**page**(118) 13:12 13:25 20:15 20:19 21:5 21:11 22:12 23:12 23:13 23:16 23:18 23:21 27:24 28:1 28:22 29:9 32:12 32:20 32:20 32:21 32:21 36:25 37:3 39:2 39:23 41:17 44:16 45:18 46:6 48:1 48:3 49:7 49:16 49:22 49:23 51:6 51:14 51:15 56:3 60:3 60:7 60:16 61:21 62:24 63:2 63:11 63:13 63:14 63:15 64:4 65:5 65:14 67:2 67:6 67:7 68:4 69:2 69:4 70:6 70:7 70:14 72:21 72:22 72:23 73:6 74:16 76:24 80:9 88:24 89:4 89:17 90:6 90:16 92:23 92:24 103:8 105:9 106:3 106:4 106:5 107:16 109:5 112:2 112:18 113:13 116:4 118:20 119:1 119:7 119:19 120:6 122:3 122:3 122:5 122:9 122:13 122:14 123:8 123:11 123:16 126:5 126:7 127:3 132:7 161:14 165:7 201:20 202:1 208:24 213:15 221:15 253:23 265:5 265:17 265:21 270:12 271:2 292:15

**pages**(8) 48:25 123:8 165:2 165:4 266:20 266:22 267:4 267:5

**paid**(13) 13:22 58:8 70:19 71:6 71:10 123:18 148:14 213:5 213:5 261:2 261:6 298:12 298:23

**paint**(1) 145:20
**pairs**(1) 292:22
**panel**(1) 204:17
**paper**(5) 21:10 32:1 247:25 253:24 253:25
**papers**(4) 32:2 87:2 87:8 245:3
**paragraph**(9) 13:18 65:17 67:11 68:24 69:3 69:4 122:12 143:9 177:8

**parallel**(1) 238:2
**parameters**(1) 189:20
**parent**(2) 59:13 293:9
**park**(3) 2:39 4:24 9:35
**parke**(1) 3:33
**part**(28) 15:8 18:10 19:1 20:11 27:10 42:25 127:19 131:17 133:14 133:23 135:7 144:4 144:19 147:12 153:22 161:16 175:2 193:9 199:2 214:24 225:1 225:25 229:20 234:1 240:15 240:15 279:24 296:18

**partially**(1) 260:12
**participate**(4) 153:3 160:11 160:16 228:19
**participated**(2) 137:12 234:4
**participation**(1) 269:8
**particular**(14) 15:7 99:4 108:9 114:11 128:2 129:25 132:4 139:25 176:22 223:22 226:5 236:3 255:23 286:2
**particularly**(3) 34:21 95:15
**parties**(21) 65:5 80:1 80:3 128:9 131:18 154:11 158:18 164:11 181:16 195:25 196: 196:22 232:19 234:3 249:22 251:22 252: 252:3 277:2 277:16 279:18
**partner**(5) 8:24 53:12 57:20 225:7 274:19

**partners**(14) 8:40 8:40 10:11 10:27 11:21 11:21 57:23 78:6 78:8 78:21 78:22 163:2 163:24 276:25

**partnership**(12) 52:3 52:5 52:7 52:11 52:17 52:20 52:23 52:24 53:12 78:2 79:2 79:25
**parts**(17) 18:9 18:23 27:9 27:16 32:5 66:21 86:3 86:5 115:19 116:21 137:16 165:23 166:3 166:5 167:3 227:20 227:22
**party**(10) 10:11 11:25 106:15 136:11 172:7 172:10 185:2 185:18 259:21 260:1

**passage**(1) 127:25
**past**(6) 16:16 122:22 122:23 173:18 275:12 279:16
**patent**(3) 45:12 45:13 187:3
**paths**(1) 260:20
**patrick**(1) 6:9
**paul**(2) 2:30 6:36
**pause**(5) 212:18 216:5 222:22 222:24 300:24

**paused**(1) 129:15
**pausing**(1) 151:8
**pay**(5) 58:6 59:18 242:23 242:24 287:13
**payment**(2) 260:20 261:16
**payments**(2) 242:7 296:20
**pe."**(1) 123:23
**pecuniary**(1) 269:20
**peer**(1) 105:21
**peers**(2) 89:16 90:8
**peg**(2) 10:38 26:23
**pennock**(1) 6:43
**pennsylvania**(1) 1:45
**pension**(31) 20:21 80:8 82:1 82:9 82:14 83:2 83:22 83:23 84:1 84:9 84:12 84:15 84:19 84:20 84:25 85:11 85:19 86:3 86:5 86:6 86:12 86:14 86:15 86:18 87:25 88:1 88:19 88:21 89:16 89:21 90:7
**pensions**(2) 82:15 85:16
**people**(26) 58:1 97:12 135:10 136:16 141:17 157:7 169:20 176:15 179:24 209: 209:10 213:5 227:4 232:25 233:8 252:16 253:16 257:10 259:24 262:18 268:24 276:20 279:9 279:15 289:24 289:24
**per**(4) 123:18 123:20 123:22 127:11
**perceived**(2) 97:7 97:8
**percent**(63) 30:16 39:11 40:4 40:4 41:23 44:7 44:22 53:11 53:13 57:22 57:24 59:1 64:6 64:11 64:14 64:15 64:16 65:10 67:17 67:18 68:16 69:8 70:19 71:4 71:4 72:8 72:9 73:12 73:13 74:11 75:7 75:10 75:16 79:13 79:14 79:15 85:23 103:19 103:19 105:5 112:8 112:9 114:1 114:3 114:11 117:15 138:17 138:17 139:2 139:6 293:9 293:9 295:8 296:22 298:8 300:13

**percentage**(6) 43:12 43:15 68:14 117:21 118:4 118:7

**percentages**(1) 75:9
**perception**(2) 156:16 209:5
**perfect**(1) 300:23
**performance**(5) 14:1 14:2 95:25 96:7 114:13
**performanc**(8) 31:5 50:12 50:20 51:1 97:9 178:25 179:2 223:22
**performed**(12) 17:8 33:11 50:15 73:2 87: 103:16 105:10 108:14 116:13 120:22 120:23 138:21
**performing**(2) 47:11 226:6
**perhaps**(3) 20:20 42:16 66:21

**period**(22) 22:4 55:23 59:1 71:1 71:5 76: 93:25 96:17 187:9 187:23 188:6 191:4 195:24 196:11 196:14 196:18 197:2 197:3 201:16 212:5 212:10 290:8

**periods**(3) 122:19 122:20 191:15
**permitted**(3) 234:14 241:4 277:17
**pernick**(1) 1:36
**perpetrated**(1) 280:20
**persistent**(1) 289:15
**person**(5) 97:12 146:8 150:13 172:21 240:17

**personal**(6) 131:10 135:14 173:15 173:18 245:21 282:3

**personally**(9) 107:1 136:1 171:21 172:1 172:12 190:15 196:2 244:10 269:5
**personnel**(3) 157:3 157:19 214:9
**persons**(1) 133:5
**perspective**(10) 43:24 95:9 101:8 105:21 169:21 172:13 179:25 218:22 219:3 234:9

**peter**(3) 8:13 9:43 10:28
**petition**(1) 194:25
**phase**(2) 58:14 58:15
**phelps**(1) 10:16
**phone**(6) 136:11 158:1 260:12 271:14 286:13 289:4

**phones**(5) 229:8 229:12 232:21 242:24 280:19

**phrase**(2) 116:16 180:24
**phrased**(1) 236:1
**pick**(5) 34:7 67:14 94:16 94:18 301:7
**pickering**(1) 5:14
**piece**(5) 36:21 40:17 43:5 253:24 253:25
**pieces**(2) 295:1 301:20
**piper**(1) 3:34
**place**(5) 58:20 59:1 124:3 131:25 222:10
**placement**(1) 74:1
**plaguing**(1) 104:6
**plainly**(1) 236:1
**plan**(71) 14:4 84:12 84:19 127:13 129:18 130:8 131:5 132:5 134:17 134:20 134:24 135:2 135:17 137:7 138:2 139:1 161:22 161:23 162:15 163:4 163:11 163:14 163:1 163:19 164:3 164:6 164:9 164:14 178:4 183:19 183:20 197:9 231:7 231:10 232:3 232:19 232:20 241:12 241:21 243:10 249:21 260:5 261:17 270:20 270:24 287: 287:6 287:12 287:18 287:19 287:21 292:1 292:15 292:23 292:23 295:25 295:25 293:2 293:3 293:18 297:22 297:22 298:1 298:3 298:14 299:5 299:15 299:23 300:2 300:14 300:15

**planning**(1) 137:13
**plans**(4) 83:23 175:19 241:2 282:11
**platform**(2) 43:23 43:25
**play**(15) 26:17 27:2 27:2 27:6 27:11 28:8 29:8 34:4 35:10 35:24 105:13 106:10 118:15 164:12 256:23

**playback**(2) 128:16 129:11 129:17 134:2 137:25 140:13 140:23 142:10 149:3 154:8 161:10 168:14 169:8 174:13 175:25 183:1 184:3 187:7 194:11 203:24 303:8

**plays**(3) 32:5 32:22 34:10
**plaza**(3) 2:24 3:40 5:7
**please**(31) 12:2 19:6 55:2 79:8 88:24 117:3 118:16 119:17 120:11 120:17 121:5 122:14 123:3 123:14 124:1 141:16 146:4 187:22 201:20 219:20 220:5 222:8 222:9 222:12 222:16 223:11 223:19 266:1 276:7 277:25 288:23

**pleased**(1) 131:22
**plenty**(1) 135:10
**point**(71) 10:22 10:22 15:4 15:14 17:23 21:17 22:2 23:11 26:11 41:12 45:1 46:8 51:14 52:9 59:13 65:6 80:14 85:6 90:15 97:1 103:18 116:10 116:12 121:4 122:25 125:21 126:8 126:11 127:20 134:10 137:4 139:25 144:8 149:1 150:13 154:7 154:16 155:15 161:24 162:4 162:25 163:5 175:24 176:9 183:6 190:3 193:20 199:12 200:22 201:2 215:9 228:13 229:1 230:15 235:2 237:16 237:16 250:25 251:15 253:20 254:20 257:20 261:23 266:15 272:4 272:9 274:13 279:4 281:5 285:6 301:10

**point-in**(1) 97:6
**point-in-time**(3) 97:6 97:14 98:18
**pointed**(1) 91:5
**pointing**(1) 37:15
**points**(4) 108:18 184:13 271:13 271:24
**polatsek**(1) 10:8
**polk**(5) 2:4 8:12 237:15 244:14 246:19
**pondering**(1) 55:6
**por**(1) 266:5
**portfolio**(2) 68:12 225:8
**portion**(19) 19:10 20:3 20:4 20:21 32:25 33:1 36:8 39:13 58:15 67:12 67:13 93:23 98:10 106:9 106:10 120:21 127:15 229:18 273:4
**portions**(1) 21:21
**position**(28) 15:2 68:8 68:9 75:6 75:7 75:11 75:12 102:12 128:24 140:8 191:19 227:7 229:2 229:21 230:21 231:9 231:20 232:14 241:1 248:14 250:1 250:2 260:21 273:5 273:8 273:9 276:2

**positions**(3) 226:25 272:16 272:17
**positive**(1) 67:5
**possibility**(3) 34:18 155:19 155:23
**possible**(9) 82:12 93:13 93:15 154:10 196:7 196:9 196:16 196:19 281:6

**possibly**(1) 13:17
**postpetition**(3) 298:25 299:1
**posture**(1) 268:14
**potential**(25) 68:18 79:25 141:12 144:11 144:22 145:1 145:6 153:14 159:19 162:17 175:10 175:17 175:17 180:5 181:15 183:23 183:25 196:4 258:1 273:15 273:20 274:5 281:24 282:11 297:10

**potentially**(3) 131:2 159:13 212:15
**potter**(1) 5:4
**power**(1) 67:16
**ppearances**(3) 1:22 2:1 4:1
**pperances**(1) 3:1
**practically**(1) 192:4
**practice**(4) 96:9 209:6 227:16 279:17
**practitioner**(1) 124:3
**prak**(1) 301:10
**pratt**(5) 69:20 69:21 121:22 122:24 123:4
**pratt's**(3) 69:18 72:12 72:18
**pre-judgment**(1) 233:17
**pre-lbo**(7) 234:4 242:20 261:1 268:24 287:14 300:13 300:14

**precedent**(23) 55:13 55:17 55:25 56:7 56:19 56:19 57:5 57:13 58:19 58:25 71:11 74:10 74:11 74:19 75:1 76:19 76:24 77:3 77:8 79:15 105:16 254:11

**precise**(4) 20:7 130:4 135:4 238:22
**precisely**(5) 206:18 244:16 244:18 245:11 245:12

**precluded**(1) 137:13
**predicated**(1) 223:25
**predicting**(2) 107:13 212:8
**predominately**(1) 173:10
**preempt**(1) 191:14

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| prefer(3) 12:5 193:19 286:8 | | problem(11) 95:19 96:4 103:13 104:6 104:19 110:16 110:21 190:6 249:8 256:16 258:1 | | public(7) 65:12 67:20 67:22 107:7 107:8 229:23 231:13 | | qureshi(22) 115:6 121:14 121:19 121:20 124:22 125:21 186:15 186:19 186:24 190:23 193:20 194:7 195:2 200:22 203:17 205:21 209:15 212:3 213:13 216:1 219:14 222:1 |
| preferred(3) 183:24 286:5 286:7 | | | | | | | |
| prejudgment(3) 242:9 242:18 295:14 | | proceed(10) 12:10 55:3 128:15 142:8 222:2 223:3 248:16 251:2 259:8 301:4 | | publicly(6) 67:19 68:12 122:7 122:10 131:23 288:5 | | radar(1) 181:7 |
| prejudice(1) 149:24 | | | | | | raise(3) 24:21 33:6 222:9 |
| preliminary(1) 89:4 | | proceedings(7) 1:17 1:49 127:19 212:18 216:5 302:9 302:15 | | publisher(1) 207:14 | | raised(2) 29:7 219:9 |
| premium(10) 56:15 58:6 58:8 64:13 67:18 70:19 71:6 71:9 76:10 77:9 | | | | publishing(27) 20:13 21:18 24:6 28:8 29:15 30:1 30:8 30:12 30:22 31:5 31:11 34:13 40:18 49:5 72:4 85:22 88:18 99:24 102:18 104:6 104:14 107:5 113:25 115:23 115:24 117:17 118:16 | | raising(1) 220:3 |
| | | produce(2) 199:14 246:7 | | | | rajinder(1) 303:3 |
| prepared(12) 14:2 16:24 19:5 19:8 19:10 19:11 62:18 112:14 126:13 127:13 185:18 241:8 | | produced(10) 1:50 87:2 216:11 241:9 256:19 259:16 259:17 260:2 279:21 279:21 | | | | ran(2) 60:1 150:23 |
| | | | | | | random(1) 289:3 |
| | | product(1) 31:22 | | pull(1) 115:25 | | randy(3) 154:18 155:4 209:23 |
| preparing(3) 45:2 89:7 143:5 | | productions(9) 128:20 128:22 128:25 140:4 140:6 140:9 159:8 159:12 159:20 | | purchased(2) 57:19 273:4 | | range(38) 13:10 25:22 28:13 28:17 28:17 29:1 29:3 29:5 29:8 29:11 29:19 32:16 35:11 35:20 35:25 36:1 36:23 37:22 37:24 37:25 38:2 38:22 39:14 59:6 71:21 72:8 73:12 100:21 100:21 100:23 101:5 117:5 117:7 117:9 117:14 126:12 197:15 241:13 |
| prepping(2) 50:13 50:13 | | | | purchasing(1) 226:21 | | |
| presence(1) 266:20 | | | | pur(22) 26:16 26:17 26:17 27:1 27:2 27:6 27:11 28:8 29:8 32:5 32:22 33:4 34:4 34:10 35:10 35:24 36:15 105:13 106:8 106:10 118:15 149:22 | | |
| present(8) 61:8 158:7 158:10 168:17 168:19 249:23 249:23 277:2 | | prof(1) 8:44 | | | | |
| | | professional(1) 206:2 | | | | |
| | | professionals(1) 133:21 | | purely(2) 33:7 96:2 | | ranged(1) 71:3 |
| presentation(13) 77:19 79:24 136:22 137:23 146:19 148:5 248:13 263:8 263:10 263:15 263:19 265:18 269:12 | | professor(12) 67:4 72:12 121:22 122:24 123:2 123:5 147:14 244:17 245:12 247:24 301:4 301:20 | | purity(2) 183:19 183:20 | | ranges(2) 25:14 80:7 |
| | | | | purported(2) 165:12 296:9 | | rate(4) 13:13 13:13 92:19 92:20 |
| | | | | purports(1) 238:20 | | rates(2) 13:6 13:20 |
| presentations(1) 77:17 | | | | purpose(10) 41:11 158:20 158:24 247:21 248:1 251:12 256:5 256:6 257:5 258:16 | | rath(3) 3:26 3:28 4:45 |
| presented(4) 134:21 249:23 299:10 299:18 | | profit(1) 33:22 | | | | rather(5) 63:25 66:4 135:5 192:6 192:21 223:25 247:1 |
| presents(1) 63:8 | | profitable(1) 30:21 | | | | |
| preserve(1) 287:12 | | progress(1) 163:2 | | purposes(6) 119:6 141:7 248:19 256:14 259:3 263:10 | | ratio(1) 123:19 |
| preserved(5) 221:12 287:19 299:3 299:20 299:23 | | progression(1) 294:15 | | | | rational(2) 56:24 74:14 |
| | | projected(1) 50:5 | | pursuant(2) 78:8 86:6 | | rationale(1) 77:16 |
| | | prospects(7) 85:13 86:2 96:14 97:8 99:10 104:22 109:21 | | pursue(1) 183:22 | | raymond(4) 8:44 13:1 13:2 16:15 |
| preserves(1) 299:5 | | | | pursued(1) 88:4 | | re-indexed(1) 117:11 |
| president(2) 129:2 174:1 | | | | pursuing(1) 190:4 | | re-review(2) 28:14 28:21 |
| press(2) 131:24 162:6 | | prominent(1) 81:17 | | put(27) 16:16 24:18 50:1 50:19 50:22 54:6 94:9 94:12 109:19 114:14 122:3 156:16 159:16 161:1 162:5 162:19 191:19 205:5 205:18 238:24 240:7 240:9 240:11 240:12 240:12 243:17 301:6 | | reach(9) 135:14 139:18 154:22 163:1 268:5 273:15 273:20 274:4 289:13 |
| pressuring(1) 271:10 | | promise(1) 290:12 | | | | |
| pretty(5) 53:8 104:17 153:7 230:1 230:25 | | promising(1) 162:19 | | | | reached(9) 157:7 229:16 230:1 230:14 230:15 233:10 289:16 289:20 297:5 |
| preview(1) 300:25 | | prongs(1) 249:17 | | | | |
| previous(9) 32:20 83:21 83:22 84:13 84:24 119:7 131:15 134:8 198:3 | | proof(1) 248:9 | | | | reaches(1) 256:8 |
| | | proper(5) 61:11 87:11 87:15 261:7 286:23 | | putting(8) 17:10 55:21 66:10 106:22 209:2 240:15 249:9 256:23 | | reaching(2) 157:22 166:9 |
| | | properly(2) 88:20 110:3 | | | | read(45) 17:9 17:17 17:22 18:5 18:8 18:10 18:12 18:14 42:14 43:8 64:8 64:10 65:6 66:20 66:21 66:22 67:1 67:2 69:22 88:22 89:7 120:24 122:14 123:14 125:24 126:11 137:15 137:17 137:18 164:16 164:19 164:21 164:22 164:23 165:7 186:5 211:9 215:18 216:23 219:11 266:12 270:13 271:7 280:9 286:19 |
| previously(3) 38:21 74:13 131:19 | | properties(5) 35:2 51:22 51:24 62:13 102:13 | | puzzling(1) 298:4 | | |
| price(9) 25:23 61:15 61:16 73:9 97:14 97:15 123:18 199:3 213:18 | | | | qualitative(1) 243:21 | | |
| | | property(2) 54:5 173:22 | | qualitatively(3) 279:23 280:10 280:21 | | |
| price-earnings(1) 123:19 | | proponent(1) 162:15 | | quality(1) 102:13 | | |
| priced(1) 233:25 | | proponents(1) 127:13 | | quantified(2) 38:21 104:15 | | readily(3) 73:20 168:1 188:21 |
| prices(4) 25:14 38:14 61:8 117:6 | | proposal(2) 132:2 185:21 | | quantify(1) 70:15 | | reading(9) 18:9 18:21 18:24 211:7 211:13 211:14 214:25 215:15 286:22 |
| pride(1) 226:8 | | propose(2) 182:16 296:6 | | quantitatively(1) 61:18 | | |
| prieto(8) 229:22 253:1 254:13 262:1 264:23 266:21 282:15 303:22 | | proposed(12) 14:3 138:3 147:21 189:15 218:2 229:16 230:23 246:12 287:17 288:1 288:20 289:14 | | quarters(1) 123:21 | | reads(2) 65:17 67:11 |
| | | | | quershi(2) 2:36 | | ready(4) 164:11 209:18 216:4 222:2 |
| prieto's(2) 265:13 265:15 | | | | querying(1) 131:7 | | real(1) 261:11 |
| primary(2) 103:8 246:25 | | proposes(1) 299:15 | | question(73) 15:6 15:10 15:13 15:18 15:22 15:23 19:12 19:22 30:3 30:25 38:22 38:25 52:15 52:15 54:18 55:6 61:14 76:14 76:11 82:8 95:3 95:8 96:20 97:17 97:23 104:21 107:4 115:15 115:16 136:21 139:13 145:11 146:23 148:19 148:23 153:1 187:20 187:22 187:23 188:5 188:14 188:15 189:1 189:1 190:2 192:23 195:15 195:18 195:22 196:1 198:3 219:8 220:5 233:13 234:13 235:21 235:21 236:1 236:17 237:8 241:11 247:4 247:20 248:25 250:3 250:20 271:24 276:7 277:24 278:16 280:9 285:9 290:17 | | realistic(3) 105:6 110:20 110:22 |
| primoff(1) 11:11 | | proposition(3) 68:21 249:2 249:10 | | | | realize(2) 46:7 244:15 |
| principal(4) 228:23 231:18 242:7 296:20 | | prosecution(1) 300:19 | | | | really(24) 43:7 111:3 133:20 134:13 155:13 206:8 206:14 208:2 208:13 208:13 219:11 220:15 220:25 231:13 237:7 240:16 244:6 263:12 263:15 263:17 267:18 284:23 285:25 294:2 |
| principal-to-principa(1) 264:4 | | prospects(1) 207:17 | | | | |
| principally(2) 57:25 89:9 | | protect(1) 141:19 | | | | |
| principals(2) 225:20 264:7 | | protected(3) 246:8 256:13 298:21 | | | | |
| principle(2) 150:1 150:7 | | prove(4) 247:21 248:3 251:9 256:7 | | | | reason(16) 31:18 33:13 56:14 96:3 100:21 139:7 139:10 139:16 155:10 155:5 174:25 179:18 188:14 236:4 248:2 249:7 |
| principles(1) 123:10 | | provide(9) 42:11 43:3 43:11 43:16 67:16 87:8 190:3 253:14 291:16 | | | | |
| print-out(1) 255:9 | | | | questioned(2) 247:16 257:17 | | |
| prior(17) 96:5 123:21 128:24 140:8 150:16 157:10 207:8 208:9 224:21 231:23 232:17 242:8 242:9 255:11 270:5 284:16 296:21 | | provided(12) 14:11 16:14 16:15 42:6 108:23 110:20 195:7 257:13 259:12 270:1 295:22 295:23 | | questioning(1) 290:25 | | reasonable(6) 29:25 36:7 38:2 94:7 191:10 191:20 |
| | | | | questions(21) 41:15 115:9 117:1 120:13 124:23 125:22 126:18 127:20 136:6 136:25 137:2 165:14 165:18 165:19 209:19 235:15 235:17 237:1 239:20 248:3 259:1 | | |
| private(7) 67:12 67:17 67:19 68:15 68:17 74:1 227:15 | | provides(4) 42:21 67:13 106:25 202:11 | | | | reasonable,"(1) 126:14 |
| | | providing(6) 43:2 43:2 107:5 123:23 214:3 253:12 | | | | reasonableness(2) 126:7 248:21 |
| privilege(4) 191:17 246:3 246:5 246:9 | | | | quick(1) 121:16 | | reasonably(9) 233:11 233:15 233:19 244:4 244:5 252:12 295:10 295:12 296:12 |
| privileged(3) 189:24 190:1 248:6 | | province(2) 236:19 240:16 | | quickly(2) 48:24 48:24 | | |
| prize(2) 236:8 236:10 | | proxy(9) 26:22 26:23 27:1 27:2 35:16 46:1 46:2 47:5 96:23 | | quite(1) 227:13 | | |
| pro(2) 78:17 212:16 | | | | quote(3) 68:3 68:23 266:5 | | reasoning(1) 250:1 |
| probability(2) 114:21 138:19 | | | | | | |
| probably(23) 18:10 19:16 39:13 41:23 69:15 87:19 87:24 88:17 136:20 144:8 144:8 146:15 151:10 170:13 170:13 171:1 182:20 182:22 230:5 244:10 270:23 283:15 290:1 | | providence(1) 77:21 | | | | |
| | | provided(4) 63:21 67:13 106:25 202:11 | | | | |
| probe(1) 245:23 | | | | | | |

| Word | Page:Line |
|---|---|
| **reasons**(8) 113:14 113:20 113:22 234:2 245:2 255:13 255:14 264:10 | |
| **rebuttal**(2) 248:20 249:12 | |
| **recalculate**(1) 121:8 | |
| **recall**(95) 13:17 18:9 18:14 18:21 18:23 18:24 18:25 28:13 28:20 31:6 33:1 34:21 34:22 34:23 36:4 36:21 37:12 38:16 46:18 55:8 57:3 59:25 60:17 62:15 72:8 72:9 77:19 79:23 80:4 91:13 91:20 91:21 92:16 100:15 114:7 114:8 118:25 119:2 120:12 121:5 133:9 133:13 136:25 137:2 137:10 137:15 137:17 138:16 138:24 139:12 143:15 144:4 144:9 145:5 147:16 156:18 160:23 164:8 164:24 168:23 168:24 170:1 174:23 176:2 177:10 180:15 183:7 183:11 189:18 190:14 190:19 190:20 190:21 192:16 192:19 196:6 197:8 199:22 199:25 200:3 200:21 202:17 203:12 204:11 205:11 205:16 212:19 212:25 215:23 220:15 266:16 278:11 281:20 290:24 | |
| **recalled**(1) 267:24 | |
| **recalls**(1) 128:11 | |
| **receive**(4) 195:13 229:22 255:19 256:2 | |
| **received**(11) 52:9 70:9 73:5 81:14 191:15 216:24 242:8 259:12 267:5 297:3 303:21 | |
| **recent**(4) 139:1 199:8 199:20 199:24 | |
| **recently**(3) 21:20 77:12 89:15 | |
| **receptive**(1) 177:16 | |
| **recess**(13) 54:14 54:17 54:25 55:1 111:14 111:15 126:22 126:23 186:17 186:21 186:22 281:12 281:14 | |
| **recognition**(1) 88:19 | |
| **recognize**(5) 12:24 40:8 65:18 217:20 265:12 | |
| **recognized**(2) 228:17 272:25 | |
| **recollection**(12) 156:15 183:13 189:14 189:19 211:10 214:12 215:20 218:17 220:20 266:14 283:19 | |
| **reconvene**(1) 126:22 | |
| **record**(21) 64:8 65:6 116:2 122:1 122:15 123:14 126:11 127:7 128:6 222:6 222:17 252:21 253:14 254:12 254:25 256:12 265:14 270:14 271:7 277:5 286:19 | |
| **record's**(2) 228:21 298:22 | |
| **recorded**(1) 1:49 | |
| **recording**(2) 1:49 302:14 | |
| **recover**(2) 237:8 242:1 | |
| **recoveries**(20) 181:17 196:24 237:6 237:9 238:7 238:13 239:20 239:21 241:8 242:15 242:18 242:19 243:3 268:9 295:21 297:16 297:19 299:11 299:20 300:10 | |
| **recovery**(40) 55:22 58:14 58:15 131:14 131:15 131:16 133:5 135:12 139:2 139:1 141:20 181:23 181:25 237:3 237:4 238:13 238:21 239:17 239:23 240:14 242:2 279:1 279:12 292:24 293:1 293:5 293:12 293:21 293:23 293:24 293:25 294:7 294:9 294:10 294:13 295:25 296:1 297:21 297:23 298:7 | |
| **recross**(2) 124:25 303:2 | |
| **recused**(1) 153:7 | |
| **red**(1) 293:1 | |
| **redacted**(5) 164:22 165:1 165:5 | |
| **redaction**(1) 270:13 | |
| **redirect**(3) 115:4 115:5 303:2 | |
| **redo**(1) 49:1 | |
| **redoing**(1) 151:9 | |
| **reduce**(3) 49:16 60:8 83:21 | |

| Word | Page:Line |
|---|---|
| **reduced**(5) 61:11 64:18 103:18 131:17 293:21 | |
| **reduces**(1) 61:19 | |
| **reduction**(7) 44:22 60:9 60:17 60:19 62:10 291:6 291:7 | |
| **refer**(11) 30:10 30:24 46:6 46:24 72:21 73:3 120:14 221:9 234:17 265:17 284:6 | |
| **reference**(10) 18:1 25:22 63:10 81:19 117:5 117:7 117:9 117:14 119:8 124:15 | |
| **referenced**(2) 63:7 234:13 | |
| **references**(1) 81:18 | |
| **referred**(13) 45:8 61:21 73:4 75:16 119:5 157:6 170:1 175:16 234:18 254:17 255:1 272:3 291:1 | |
| **referring**(16) 37:19 48:6 114:12 141:24 147:10 149:9 149:13 161:19 162:11 170:2 177:13 185:5 204:21 204:25 241:7 300:12 | |
| **refinancing**(3) 160:9 160:12 160:16 | |
| **reflect**(6) 35:12 36:2 64:18 90:24 116:25 184:5 | |
| **reflected**(8) 29:9 65:24 66:1 107:16 116:22 119:7 124:19 130:18 | |
| **reflective**(2) 199:11 199:11 | |
| **refresh**(4) 46:23 183:13 266:14 283:19 | |
| **regard**(6) 74:8 94:4 167:24 286:3 287:8 301:19 | |
| **regarding**(5) 17:24 109:6 220:13 232:3 257:21 | |
| **regional**(1) 224:25 | |
| **regret**(1) 259:6 | |
| **regulatory**(1) 234:2 | |
| **reit**(1) 151:14 | |
| **rejected**(1) 101:9 | |
| **relate**(2) 90:4 235:7 | |
| **related**(12) 18:10 24:16 42:2 89:25 98:5 110:5 149:15 158:21 159:1 167:7 167:8 280:21 | |
| **relates**(15) 24:4 24:14 29:22 74:10 84:10 84:18 84:19 86:5 90:2 91:24 93:24 120:7 127:25 128:2 265:22 | |
| **relating**(4) 18:3 19:1 24:1 91:23 | |
| **relationship**(21) 26:10 26:12 26:16 103:14 104:1 169:14 169:15 169:17 169:25 173:1 173:19 175:13 177:3 178:13 178:14 178:14 178:18 179:11 205:24 206:7 | |
| **relationships**(3) 35:5 179:15 | |
| **relative**(6) 90:7 95:1 117:9 120:22 120:23 123:9 | |
| **relatively**(4) 36:23 90:8 94:20 99:20 | |
| **release**(6) 131:24 133:11 133:12 162:6 180:6 297:2 | |
| **released**(7) 126:1 128:12 135:2 138:4 260:4 277:6 277:10 | |
| **releases**(3) 141:22 141:22 184:6 | |
| **relevant**(11) 20:12 20:14 20:22 20:24 21:1 21:3 66:4 77:25 85:5 115:16 120:17 | |
| **reliable**(1) 114:15 | |
| **relied**(15) 55:12 78:24 79:12 79:14 107:23 118:15 121:11 124:2 131:8 131:12 135:18 136:8 138:8 147:12 | |
| **relies**(1) 21:21 | |
| **reluctant**(1) 266:16 | |

| Word | Page:Line |
|---|---|
| **rely**(4) 97:5 108:16 145:15 245:20 | |
| **relying**(3) 119:13 146:24 245:24 | |
| **remain**(2) 222:9 260:5 | |
| **remained**(2) 150:13 233:23 | |
| **remaining**(2) 20:19 215:4 | |
| **remains**(1) 175:22 | |
| **remember**(60) 33:15 36:10 134:6 139:5 139:8 139:9 139:16 144:17 147:11 147:17 156:5 164:22 166:6 180:21 184:12 184:20 200:1 200:7 200:12 200:14 200:17 204:2 205:20 206:16 207:1 207:10 207:22 208:2 208:4 208:11 208:15 208:21 209:4 210:10 210:17 211:13 211:17 211:18 211:22 211:24 212:5 212:9 213:22 214:8 214:25 215:15 217:23 218:4 219:2 219:7 219:13 219:23 220:20 221:10 221:18 221:22 255:23 283:13 291:8 | |
| **remembering**(1) 210:17 | |
| **removed**(1) 124:15 | |
| **render**(1) 139:20 | |
| **renegotiate**(1) 78:15 | |
| **renewed**(1) 192:13 | |
| **reorganization**(7) 14:4 105:23 174:16 174:18 178:4 282:12 287:4 | |
| **reorganized**(2) 203:19 291:25 | |
| **repeat**(7) 19:6 35:22 79:8 181:9 220:5 245:25 276:6 | |
| **rephrase**(4) 76:14 171:9 238:2 278:20 | |
| **replicate**(2) 94:8 95:24 | |
| **report**(139) 14:16 14:17 16:12 16:25 16:25 17:10 17:11 17:18 17:22 18:3 19:1 21:6 21:19 23:12 23:13 25:9 27:13 28:23 29:9 32:12 32:12 36:17 38:3 38:4 41:17 44:25 46:6 46:11 50:11 51:15 55:1 56:4 62:23 64:25 65:3 74:17 88:19 88:22 89:1 89:4 89:8 89:9 89:11 89:20 89:23 89:24 89:25 90:16 91:16 91:16 92:10 103:17 106:4 108:23 111:10 112:1 112:2 112:16 112:22 115:8 115:10 118:8 119:8 119:13 119:15 119:16 119:18 119:20 119:21 120:3 120:6 120:7 120:8 120:25 125:24 126:14 164:17 166:13 167:2 180:6 187:10 187:24 188:7 189:15 190:25 191:2 191:3 193:21 195:5 198:10 198:13 231:14 231:23 232:18 232:23 233:2 233:6 234:12 238:23 240:7 240:12 240:13 243:9 243:15 243:16 243:22 244:18 244:21 245:3 245:6 245:10 245:14 245:17 245:23 246:2 246:9 247:23 248:11 248:12 251:24 260:4 260:1 260:19 260:24 261:13 263:7 263:21 264:21 268:23 269:14 270:3 270:6 270:16 281:19 294:14 298:4 298:10 | |
| **reported**(1) 204:12 | |
| **reporter**(2) 187:23 221:12 | |
| **reporting**(2) 167:4 167:25 | |
| **reports**(2) 97:11 240:11 | |
| **represent**(7) 130:7 216:13 220:9 267:23 292:22 292:24 293:1 | |
| **representation**(1) 257:10 | |
| **representative**(6) 150:2 150:7 156:22 156:25 196:21 288:2 | |
| **representatives**(5) 157:11 196:3 232:3 270:22 280:17 | |
| **represented**(3) 143:15 143:18 260:20 | |
| **representing**(3) 178:24 238:17 255:22 | |
| **represents**(7) 124:17 142:24 143:10 143:1 143:22 229:5 293:1 | |
| **reproduced**(1) 247:15 | |
| **reputable**(1) 108:5 | |
| **request**(5) 180:13 180:16 180:22 258:6 264:16 | |

| Word | Page:Line |
|---|---|
| **requested**(7) 60:25 210:21 259:17 261:9 269:1 283:2 289:9 | |
| **require**(3) 195:16 243:4 245:4 | |
| **required**(1) 184:8 | |
| **requires**(1) 101:12 | |
| **research**(3) 97:11 97:11 107:24 | |
| **resemblance**(1) 288:7 | |
| **reserve**(1) 301:22 | |
| **residential**(2) 151:15 152:16 | |
| **resolution**(2) 228:20 262:19 | |
| **resolutions**(2) 225:22 226:10 | |
| **resolve**(2) 264:5 286:12 | |
| **resolved**(3) 264:7 277:25 287:11 | |
| **resolving**(1) 228:15 | |
| **respect**(47) 18:1 24:21 31:3 35:24 41:18 46:16 55:13 78:9 82:24 91:25 99:17 99:18 105:18 105:19 106:8 106:25 111:7 115:23 116:20 119:1 134:4 138:14 145:7 150:2 150:8 152:11 160:6 163:20 167:22 195:12 219:5 227:3 231:9 233:21 233:23 240:10 240:22 241:1 242:14 245:7 246:5 247:17 255:20 256:11 256:24 263:11 277:9 | |
| **respected**(1) 67:4 | |
| **respects**(1) 105:12 | |
| **respond**(8) 15:21 15:24 272:12 277:25 285:12 285:14 285:15 288:10 | |
| **responded**(1) 157:8 | |
| **responding**(3) 15:21 125:23 157:23 | |
| **response**(11) 65:18 92:22 115:3 143:7 155:7 210:25 257:22 258:24 264:16 267:2 278:25 | |
| **responsibilities**(3) 225:14 225:25 226:7 | |
| **responsibility**(1) 226:20 | |
| **responsible**(1) 178:23 | |
| **rest**(3) 102:14 229:3 280:18 | |
| **restate**(1) 196:1 | |
| **restricted**(2) 54:4 73:7 | |
| **restructuring**(9) 130:25 132:15 133:3 142:3 165:13 165:17 225:17 240:24 279:14 | |
| **restructurings**(1) 279:18 | |
| **result**(30) 25:14 27:21 29:3 33:8 33:24 34:15 51:18 59:21 60:7 77:7 78:23 79:20 83:13 86:8 87:12 87:15 90:8 90:9 92:1 96:10 96:11 117:25 118:2 135:8 145:1 171:10 189:11 192:5 239:22 297:14 | |
| **resulted**(1) 200:8 | |
| **resulting**(5) 30:16 38:9 62:6 88:2 123:21 | |
| **results**(15) 26:14 27:21 52:9 60:19 92:15 103:15 103:15 114:16 114:17 117:23 124:4 124:6 124:11 124:12 284:21 | |
| **resume**(2) 186:23 281:10 | |
| **resumed**(2) 12:16 129:17 | |
| **retain**(2) 183:10 273:7 | |
| **return**(2) 227:2 227:8 | |
| **returns**(2) 84:21 84:22 | |
| **revealing**(1) 237:2 | |
| **revelatory**(1) 258:4 | |
| **revenue**(15) 33:14 34:1 43:12 43:15 103:22 104:2 104:7 104:10 104:14 105:18 110:5 110:11 110:17 110:21 121:1 | |
| **review**(16) 11:26 31:21 52:5 56:22 62:16 64:14 98:4 108:1 109:13 113:9 113:11 116:12 185:15 185:20 219:19 233:2 | |
| **reviewed**(17) 16:12 52:14 52:24 62:17 66:25 73:16 79:24 81:18 105:9 110:3 110:9 112:14 129:9 143:4 198:13 198:15 234:23 | |
| **reviewing**(6) 48:6 115:21 141:11 146:18 192:1 211:12 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|
| **revised**(9) 21:6  23:12  23:13  28:23  32:12  56:3  74:17  86:20  95:4 | | **russia**(4) 260:13  261:24  267:23  268:1 | | **schwinger**(1) 3:38 | | **senior**(35) 140:18  187:2  187:13  188:2  188:10  189:4  189:16  191:6  192:10  210:20  229:2  229:6  242:15  242:23  260:20  260:23  261:6  261:16  280:16  280:17  292:25  293:1  293:5  293:15  293:15  293:16  293:22  294:7  295:19  295:24  297:1  297:1  297:21  298:5  298:6 | |
| | | **saavedra**(1) 7:46 | | **science**(2) 95:13  224:15 | | | |
| **revision**(1) 20:20 | | **sachs**(4) 7:4  7:4  7:8  224:24 | | **scope**(1) 141:6 | | | |
| **richards**(2) 2:14  8:16 | | **safe**(1) 127:18 | | **scotland**(2) 8:36  8:36 | | | |
| **rid**(1) 62:1 | | **said**(83) 17:16  21:11  25:8  28:20  35:16  35:20  44:11  50:11  57:2  60:1  66:9  88:15  136:7  140:25  144:16  148:7  153:13  153:15  154:21  155:6  155:10  155:13  157:7  157:8  157:24  159:22  164:16  164:21  173:2  177:8  177:11  182:6  188:11  188:12  188:22  189:9  199:2  200:4  201:1  209:7  215:14  228:21  232:12  233:15  233:19  233:21  235:16  237:20  244:1  244:2  244:3  245:2  246:1  249:19  255:13  261:16  264:18  264:20  264:2  264:23  266:6  267:24  269:13  269:15  274:24  279:19  279:19  283:4  286:7  286:25  287:8  288:12  288:23  289:2  289:21  290:1  290:5  290:6  290:10  290:15  295:9  295:12  300:11 | | **scott**(2) 7:5  9:47 | | | |
| **riding**(1) 193:12 | | | | **screen**(2) 42:23  181:7 | | | |
| **rifkind**(1) 6:36 | | | | **scripps**(11) 52:3  53:11  53:15  53:21  59:12  59:19  59:20  120:9  120:21  120:22  120:23 | | **sense**(15) 26:8  26:10  35:20  58:10  93:21  94:14  95:8  188:24  232:16  270:6  294:15  294:16  295:9  301:10  301:12 | |
| **right**(178) 14:9  14:12  14:21  14:25  15:1  15:9  15:12  15:12  15:15  15:16  15:19  15:20  16:3  17:9  21:7  22:5  23:7  23:21  24:7  24:25  26:4  28:2  28:15  29:12  29:21  32:9  33:19  34:11  35:13  35:21  36:7  37:22  41:9  41:15  41:22  42:7  47:23  49:3  49:18  50:23  51:10  51:13  53:1  53:12  53:15  54:2  54:5  54:23  56:9  57:9  59:10  59:15  59:20  60:2  62:10  64:19  67:14  69:17  71:12  74:8  75:2  76:12  76:21  79:1  80:19  81:1  81:4  81:8  81:10  81:24  82:5  82:22  83:14  85:4  87:10  87:16  90:3  91:9  91:12  92:20  93:1  93:10  96:23  97:2  97:20  98:3  98:16  99:1  99:11  100:2  100:19  101:2  102:7  102:14  104:7  104:11  104:16  106:16  107:10  107:21  108:21  109:3  110:15  111:22  115:10  119:12  120:9  120:25  122:1  122:9  125:10  125:14  125:19  126:21  127:5  128:3  128:4  136:20  137:19  141:13  142:1  147:7  148:15  150:14  151:9  151:15  151:21  155:4  155:9  155:14  155:15  157:4  162:19  163:9  163:12  163:21  163:22  164:7  164:17  165:8  171:21  174:24  175:16  177:24  186:7  190:14  194:1  196:20  197:16  197:19  198:8  201:5  204:5  210:4  210:15  211:5  211:10  214:24  219:22  222:1  224:10  232:17  236:18  243:15  247:3  248:15  254:1  271:6  278:13  278:21  290:10  291:13  293:20  295:23  296:3  300:19  302:1  302:7 | | **search**(5) 153:11  153:11  153:16  153:17  262:24 | | | |
| | | | | **searched**(1) 89:10 | | **sensitive**(1) 95:12 | |
| | | | | **searching**(1) 89:14 | | **sensitivity**(1) 87:3 | |
| | | | | **seat**(2) 78:4  153:14 | | **sent**(16) 39:22  40:9  161:12  162:8  177:5  207:21  216:19  247:13  253:5  254:22  256:14  258:11  282:14  282:15  282:24  284:15 | |
| | | | | **seated**(2) 12:2  55:2  222:12 | | | |
| | | | | **second**(39) 13:5  55:16  63:2  67:11  68:25  69:19  72:22  76:1  83:25  99:13  128:12  129:16  134:17  143:9  153:17  154:12  161:14  169:3  177:11  191:3  193:21  193:22  238:19  265:21  270:12  272:9  286:16  287:22  288:3  288:18  289:12  292:8  293:12  293:17  294:19  296:4  296:9  296:18 | | **sentence**(15) 63:7  68:25  69:5  113:14  123:12  123:14  142:25  143:9  149:5  177:11  186:5  204:21  221:9  271:7  286:17 | |
| | | **sale**(8) 67:13  75:3  75:25  77:20  77:21  77:22  77:25  173:13 | | | | **senter**(1) 7:37 | |
| | | | | | | **separate**(8) 21:7  145:3  147:6  147:6  169:5  193:2  193:6  229:20 | |
| **rights**(11) 52:22  53:3  53:6  54:2  54:4  67:22  67:24  227:6  227:8  301:22 | | **saleable**(1) 218:11 | | **second-largest**(1) 270:1 | | | |
| | | **sales**(1) 73:7 | | **second-to-last**(1) 270:12 | | **separately**(3) 122:17  221:10  221:11 | |
| **rise**(2) 111:16  285:2 | | **salient**(2) 291:21  295:1 | | **secondly**(1) 240:23 | | **september**(18) 76:3  162:15  163:11  164:6  168:16  183:19  195:24  196:14  197:4  218:4  218:7  218:18  219:8  247:14  273:11  274:11  274:12  279:22 | |
| **risk**(7) 138:11  193:8  193:16  193:18  234:22  279:15  279:19 | | **sally**(1) 7:38 | | **section**(13) 13:4  13:6  14:1  18:12  21:17  63:7  68:5  70:4  72:17  81:15  122:6  132:4 | | | |
| | | **salutation**(5) 176:21  176:23  177:6  177:25  216:7 | | | | | |
| | | | | **sector**(1) 107:17 | | **serengeti**(2) 8:4  8:5 | |
| **risks**(1) 286:23 | | | | **secured**(2) 140:18  190:22 | | **series**(2) 237:5  265:22 | |
| **robert**(5) 3:38  5:44  8:45  10:4  11:16 | | **salutations**(1) 176:19 | | **securities**(4) 223:21  224:5  225:4  229:24 | | **serve**(6) 66:6  78:10  151:14  225:25  269:3  300:8 | |
| **rochester**(1) 7:27 | | **sam**(4) 149:24  154:15  180:8  218:3 | | **see**(122) 12:5  12:22  13:4  13:4  13:18  14:4  21:22  23:23  24:2  28:22  32:17  37:17  38:15  45:3  47:10  48:1  48:17  48:18  50:6  52:7  60:5  60:13  61:8  61:12  62:3  63:1  63:3  63:4  63:6  63:9  63:10  63:12  64:6  64:17  65:1  65:12  66:7  66:16  67:24  68:5  68:19  69:10  69:18  70:17  70:20  70:23  71:17  71:20  72:20  73:7  73:10  73:13  87:20  92:2  96:6  100:4  112:5  112:10  112:20  112:21  113:18  118:22  119:19  119:25  121:6  121:9  121:23  122:4  123:8  123:12  126:9  127:16  132:6  141:3  142:19  142:23  142:23  143:11  147:9  149:1  149:7  158:18  158:19  160:12  165:16  170:22  171:25  178:11  178:21  201:20  202:1  202:3  202:11  202:12  204:18  205:8  213:20  214:6  214:18  216:8  218:25  219:20  221:16  252:3  255:15  257:25  270:9  271:4  274:25  276:18  277:24  286:14  286:17  286:20  290:13  292:17  293:22  301:11 | | **served**(6) 226:2  226:3  227:15  227:17  227:19  269:15 | |
| | | **sam's**(1) 218:21 | | | | | |
| | | **same**(28) 23:18  25:16  26:18  34:13  34:17  58:21  60:22  82:18  87:23  92:21  94:5  94:21  95:10  95:25  97:21  111:24  125:6  140:21  149:5  152:21  167:17  167:24  197:2  219:22  239:2  270:5  273:18  289:19 | | | | **serves**(1) 187:4 | |
| | | | | | | **service**(7) 1:43  1:50  43:2  43:11  84:21  86:16  150:25 | |
| **rock**(1) 301:4 | | **sanity**(1) 86:9 | | | | | |
| **rock's**(1) 301:21 | | **saturday**(1) 274:11 | | | | | |
| **rockefeller**(1) 3:40 | | **saw**(7) 38:20  89:17  94:7  113:6  135:11  156:3  253:10 | | **seeing**(2) 154:20  266:14 | | **services**(10) 1:43  41:22  42:1  42:6  42:10  42:21  43:13  78:9  117:25  118:6 | |
| **rodney**(1) 2:16 | | | | **seek**(4) 181:21  183:10  227:2  232:19 | | | |
| **rogers**(1) 8:37 | | | | **seeking**(1) 196:23 | | **serving**(1) 152:5 | |
| **roitman**(1) 4:31 | | | | **seeks**(2) 223:23  223:24 | | **session**(11) 195:17  274:3  274:10  274:17  274:18  274:20  277:18  283:1  284:1  288:19  290:24 | |
| **role**(19) 130:11  130:17  132:9  132:12  132:15  132:19  143:25  144:3  144:7  150:4  155:8  155:20  155:24  174:15  177:21  206:2  225:18  226:17  262:14 | | **saying**(9) 44:12  72:9  107:10  136:17  189:18  239:1  239:6  285:13  285:16 | | **seem**(2) 238:25  256:23 | | | |
| | | | | **seemed**(2) 118:1  136:16 | | **sessions**(8) 274:21  274:25  276:15  276:18  277:2  278:8  278:23  286:10 | |
| | | | | **seems**(6) 69:9  238:21  240:13  240:18  241:3  250:23 | | | |
| **roles**(2) 156:3  156:8 | | **says**(25) 23:5  24:22  68:7  69:7  72:23  89:16  90:5  90:7  113:14  129:18  142:24  143:9  145:16  168:16  213:17  214:4  214:15  214:1  215:15  218:2  218:21  221:10  221:17  265:10  266:3 | | | | **set**(27) 27:23  28:12  28:17  35:25  36:1  38:6  39:2  60:11  68:25  69:7  97:13  106:4  117:8  117:8  117:10  120:19  175:1  186:25  209:23  226:5  235:2  261:9  265:23  268:9  268:14  278:13  289:4 | |
| **rolled**(3) 98:20  266:10  266:15 | | | | **seen**(10) 78:4  129:22  143:2  183:15  203:25  207:9  207:10  210:11  217:23  296:14 | | | |
| **room**(9) 18:19  158:17  162:13  162:16  248:2  264:7  266:10  277:25  280:15 | | | | | | | |
| | | | | **segment**(5) 32:14  37:7  48:2  106:19  108:9 | | **sets**(3) 112:4  117:7  241:8 | |
| **root**(1) 103:13 | | **scenario**(5) 105:6  110:20  110:22  110:23  239:17 | | **segments**(2) 21:19  65:22 | | **setting**(1) 210:4 | |
| **rosenblatt**(1) 3:37 | | | | **seife**(3) 3:36  288:21  289:1 | | **settle**(9) 135:9  182:16  183:2  270:4  284:8  286:8  287:18  296:8  296:9 | |
| **rosenman**(2) 10:5  11:17 | | | | **seiler**(1) 7:32 | | | |
| **rough**(1) 275:19 | | **scenarios**(6) 237:3  237:4  238:21  240:14  241:9  255:23 | | **seize**(1) 74:24 | | | |
| **roughly**(1) 270:23 | | | | **selected**(2) 117:5  151:22 | | **settled**(12) 135:4  135:16  146:22  284:7  286:14  295:2  295:7  295:12  295:15  295:16  296:22  296:25 | |
| **round**(1) 36:13 | | | | **selection**(4) 120:13  127:10  153:9  153:21 | | | |
| **rovi**(2) 45:6  45:7 | | **scene**(1) 150:12 | | **selections**(2) 26:25  118:11 | | | |
| **row**(1) 296:3 | | **schedule**(1) 302:4 | | **sell**(3) 97:13  215:4  273:8 | | | |
| **royal**(2) 8:36  8:36 | | **scheduled**(4) 289:7  289:8  289:9  301:21 | | **sell-side**(1) 97:13 | | | |
| **rudnick**(1) 5:41 | | **scheduling**(1) 301:12 | | **selling**(3) 107:13  215:2  263:3 | | | |
| **rules**(5) 68:25  69:7  69:15  245:4  245:15 | | **scholer**(1) 11:10 | | **sells**(1) 215:6 | | | |
| **run**(5) 159:24  169:19  255:22  257:24 | | **school**(3) 66:21  66:22  224:13 | | **send**(1) 168:21 | | | |
| **running**(1) 170:1 | | **schooled**(1) 8:41 | | **sending**(3) 176:2  217:24  254:15 | | | |
| **runs**(1) 276:24 | | **schott**(1) 8:41 | | | | | |
| **rural**(1) 204:16 | | **schotz**(1) 1:34 | | | | | |
| **rushabh**(1) 9:9 | | **schuylkill**(1) 1:44 | | | | | |
| **russano**(1) 2:7 | | **schwartz**(1) 8:45 | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **settlement**(120) 133:16 133:18 134:17 135:15 141:12 141:20 141:24 141:25 142:7 147:13 147:21 147:24 148:4 148:7 148:9 150:3 150:8 156:9 156:19 164:7 180:5 182:16 182:20 182:21 183:10 184:10 184:14 184:15 185:19 185:21 187:14 188:11 189:5 189:10 190:3 190:5 190:8 190:12 190:17 191:6 191:10 191:20 191:22 193:25 196:5 197:5 201:3 201:12 228:14 229:15 229:16 229:19 230:14 230:16 230:24 231:2 231:6 231:11 231:19 231:25 232:9 232:10 232:12 232:16 235:8 236:25 241:13 248:22 249:2 249:10 252:3 252:18 260:8 261:17 267:11 268:25 270:5 270:17 271:11 271:17 273:16 273:21 274:5 279:24 284:3 286:4 286:7 286:8 286:21 286:22 288:1 288:6 288:11 288:20 288:25 289:1 289:6 289:11 289:14 290:8 290:13 291:16 291:18 291:19 291:22 291:23 291:24 292:2 292:5 293:4 293:13 293:15 293:18 293:19 293:21 294:8 294:18 296:2 296:5 | | **should**(46) 26:19 26:22 40:25 67:15 67:17 67:23 79:10 97:25 98:2 98:24 100:6 100:14 116:1 116:1 119:18 119:21 145:3 166:9 166:15 166:19 166:23 167:1 168:10 179:3 183:2 183:22 190:4 200:24 219:4 219:8 219:19 233:24 233:25 234:3 234:4 234:6 241:4 247:2 248:24 252:11 252:13 261:1 270:16 281:11 288:16 288:17 290:3 | | **sir**(30) 23:16 25:5 57:18 85:11 87:16 93:21 97:23 115:25 116:24 120:21 121:11 122:12 122:12 123:5 123:24 124:16 126:19 143:2 156:2 205:25 222:19 223:14 224:8 225:12 229:4 262:5 267:8 280:9 292:15 297:4 | | **sometime**(2) 289:16 301:14<br>**sometimes**(3) 216:12 269:19 284:6<br>**somewhat**(2) 57:25 189:12<br>**somewhere**(6) 36:11 78:4 160:15 217:15 217:16 293:10 |
| | | **shouldn't**(3) 92:17 94:3 95:18<br>**should've**(1) 88:20 | | **sit**(9) 30:20 31:1 160:2 161:6 169:23 264:8 290:1 290:2 290:11 | | **soon**(1) 263:15<br>**sophisticated**(2) 78:14 78:16 |
| | | **show**(13) 28:23 37:11 42:23 51:10 63:17 63:21 104:2 120:15 127:9 127:24 247:22 252:1 257:5 | | **sitting**(7) 31:2 31:6 36:9 36:21 143:24 166:21 214:12 | | **sorry**(30) 28:1 32:20 35:22 40:17 48:19 49:23 54:15 74:18 90:22 122:6 130:15 130:16 146:15 148:24 148:25 154:25 155:6 158:24 208:24 210:7 212:9 221:1 222:20 226:14 238:17 255:5 262:6 276:6 283:18 283:20 |
| **settlements**(5) 132:5 184:22 186:2 188:19 297:5 | | **showed**(9) 38:21 39:3 86:21 88:16 121:6 124:14 211:25 281:19 284:19 | | **situation**(9) 29:14 71:19 78:20 110:20 211:17 220:19 263:23 298:11 301:25 | | |
| | | **showing**(3) 28:5 50:22 198:15<br>**shown**(3) 131:5 137:21 161:8 | | **situations**(1) 227:4 | | **sort**(8) 151:25 155:16 171:18 193:12 236:22 239:24 243:17 258:3 |
| **settling**(1) 290:16<br>**seven**(1) 283:16<br>**sevens**(1) 298:12 | | **shows**(22) 22:16 28:4 37:9 37:12 39:6 39:10 40:1 40:11 40:15 49:5 49:7 71:3 73:9 92:25 103:22 104:1 164:11 202:2 293:1 294:1 295:4 295:6 | | **six**(9) 92:20 94:18 98:16 129:2 140:16 230:3 247:15 278:16 301:21 | | **sorts**(1) 213:12 |
| | | | | **six-and-a-half-billion-dollars** 233:16 | | **sottile**(15) 3:47 4:40 235:6 235:12 235:24 235:25 255:21 258:15 258:25 285:2 285:12 285:18 290:22 290:23 290:25 |
| **several**(13) 34:23 74:3 92:7 92:9 98:5 113:14 131:18 132:3 153:10 153:13 170:1 183:15 292:13 | | **shrink**(1) 103:24<br>**side**(8) 85:22 85:25 100:1 245:16 277:24 289:18 289:19 301:6 | | **sixteen**(3) 225:13 226:3 227:11<br>**sixth**(2) 297:25 298:2<br>**size**(2) 53:19 229:10 | | |
| **shachar**(1) 8:21<br>**shamah**(1) 5:33<br>**shame**(1) 63:21 | | **side's**(1) 264:11 | | **skadden**(1) 7:13<br>**skewed**(2) 33:14 37:18 | | **sought**(5) 212:8 243:17 243:22 284:17 287:11 |
| **shannon**(1) 6:43 | | **sidley**(23) 1:24 6:4 130:24 133:2 142:24 143:10 143:13 143:15 143:18 143:22 143:24 144:10 144:18 145:1 145:6 145:9 145:16 145:17 145:23 181:11 262:1 268:21 273:12 | | **skill**(1) 226:5<br>**skip**(1) 140:11<br>**skipped**(1) 165:9<br>**slate**(1) 7:13<br>**slater**(1) 10:46 | | **sound**(3) 1:49 164:17 302:14<br>**sounds**(8) 17:16 28:15 36:5 81:7 104:15 151:21 241:7 244:16 |
| **shapiro**(22) 128:5 128:17 129:12 130:19 130:22 131:6 134:3 138:1 140:14 140:24 142:11 142:13 142:15 149:2 149:4 154:9 161:11 168:13 168:15 179:24 273:23 303:10 | | **sidley's**(2) 144:7 262:7<br>**sieger**(1) 11:18<br>**signal**(1) 178:2 | | **slip**(1) 160:1<br>**slow**(1) 296:15<br>**slow-played**(1) 230:8 | | **source**(5) 106:11 106:17 107:7 107:8 195:20 271:15 |
| **share**(16) 55:15 55:15 59:18 79:6 79:11 79:12 79:13 79:14 123:18 123:20 123:22 170:21 251:21 251:25 257:9 267:19 | | **signed**(5) 137:6 176:8 196:4 229:25 230:1 130:4 104:17 164:10 233:20 235:7 235:1 236:24 263:2 297:24 | | **small**(3) 68:14 95:5 278:4<br>**smaller**(3) 37:10 167:13 167:19<br>**smallest**(2) 57:22 58:3<br>**smith**(4) 187:2 187:8 194:8 303:12<br>**sni**(2) 121:2 121:2 | | **south**(2) 1:30 4:17<br>**space**(3) 42:3 42:4 227:12<br>**spaeder**(2) 3:44 4:38 |
| **shared**(1) 255:15<br>**shareholder**(2) 78:5 263:3<br>**shareholders**(6) 138:4 138:5 138:12 138:12 184:6 299:9 | | **significant**(13) 14:22 18:19 44:4 76:1 | | **snowstorm**(1) 177:10<br>**socialize**(3) 172:6 172:12 172:13<br>**software**(1) 150:22 | | **speak**(6) 166:7 177:12 182:4 207:15 268:18 279:18 |
| | | **significantly**(4) 37:24 38:7 44:9 121:1<br>**signing**(6) 131:24 136:12 136:13 136:14 136:19 164:8 | | **sold**(4) 67:19 77:6 215:10 273:9<br>**solid**(1) 193:10<br>**solo**(1) 162:18 | | **speaker**(1) 63:18<br>**speaking**(3) 68:22 177:16 180:4<br>**speaks**(1) 108:3 |
| **shares**(3) 67:21 67:21 67:23<br>**shaya**(1) 7:27<br>**she**(16) 143:17 143:21 150:20 150:21 150:24 155:19 155:21 155:23 155:25 169:1 174:10 174:10 205:2 205:10 205:12 214:3 | | **signs**(1) 208:22<br>**silver**(2) 10:22 10:22<br>**silverstein**(1) 5:5<br>**simes**(1) 9:30 | | **solution**(7) 104:5 104:19 104:23 104:25 105:3 105:6 110:21 | | **special**(35) 3:18 7:11 128:6 128:14 129:4 129:24 130:11 130:17 131:2 132:19 133:3 133:7 134:21 136:22 137:24 138:20 139:13 139:17 141:6 141:10 145:3 146:3 146:9 146:20 147:5 149:19 156:4 168:17 179:7 179:10 180:14 180:16 183:8 184:5 274:1 |
| **she's**(9) 183:14 206:2 206:2 206:4 209:9 209:9 209:13 209:13 214:3 | | **similar**(11) 26:20 32:3 32:23 39:20 60:18 105:11 105:15 105:24 269:12 280:11 280:22 | | **solve**(3) 110:11 110:13 110:16<br>**solvency**(3) 113:7 194:13 212:15<br>**solvent**(3) 139:24 194:19 194:25<br>**solves**(1) 257:2 | | **specific**(16) 14:19 24:23 25:6 30:12 43:10 71:18 71:24 188:4 188:12 188:13 188:23 190:12 190:13 190:14 220:20 224:2 |
| **sheet**(27) 128:12 129:10 129:18 130:13 195:8 195:8 195:14 195:25 196:4 196:22 197:7 287:22 288:4 288:18 289:12 294:19 294:19 294:24 295:2 295:5 295:16 295:19 295:23 296:5 296:7 296:9 296:18 | | **simple**(7) 68:13 117:24 118:3 122:22 240:2 241:11 242:11 | | **some**(63) 17:24 23:3 31:18 33:13 33:20 33:21 36:16 41:15 52:9 65:19 73:17 78:6 88:19 96:14 97:25 98:2 98:9 98:15 101:19 105:12 108:5 109:5 109:13 113:7 118:12 120:15 121:15 122:22 122:23 124:6 124:7 125:22 144:8 144:17 144:22 154:16 157:7 158:8 158:19 159:10 159:11 159:24 160:7 161:2 166:8 167:25 168:18 175:1 176:14 182:2 201:2 206:4 209:19 214:3 218:9 221:23 226:23 238:11 251:15 255:21 261:23 281:24 294:5 | | **specifically**(21) 20:9 22:1 33:1 33:16 34:22 42:16 45:5 46:18 53:5 54:11 57:3 57:17 62:15 106:20 114:8 133:9 136:25 149:15 168:4 168:9 190:12 |
| **sheets**(4) 277:6 279:22 280:20 292:9<br>**sheffield**(1) 10:12<br>**sheron**(1) 9:37<br>**shmikler**(1) 10:49<br>**shocking**(1) 268:22<br>**shoot**(2) 162:12 163:5<br>**short**(2) 186:16 186:21<br>**shortening**(1) 96:10<br>**shorter**(1) 186:25 | | **simplicity**(1) 294:24<br>**simply**(11) 25:19 91:3 120:24 235:25 239:16 239:25 245:19 247:22 248:12 256:12 285:2<br>**simulate**(2) 118:10 118:11<br>**since**(12) 18:16 55:23 58:16 70:13 73:19 104:14 144:19 116:11 174:1 180:22 238:1 247:3 | | | | **specifics**(2) 80:4 220:18<br>**spector**(1) 152:2<br>**spectrum**(1) 114:8<br>**speculate**(1) 204:23<br>**spell**(1) 222:17<br>**spend**(3) 13:23 42:12 43:4<br>**spent**(4) 191:24 225:4 244:10 291:13<br>**sperling**(1) 10:46 |
| **shortly**(3) 261:23 290:10 290:15<br>**shot**(1) 246:14 | | **sinclair**(2) 35:1 35:3<br>**singh**(14) 12:18 12:20 54:14 54:17 54:20 54:22 54:24 115:7 119:12 121:4 121:21 122:24 127:2 303:3 | | **somebody**(7) 17:23 59:17 61:2 75:3 145:20 249:19 257:17 | | **split**(1) 293:9<br>**spoke**(3) 232:5 261:20 288:22<br>**spoken**(2) 156:21 157:10<br>**spokesman**(1) 237:10<br>**sponsor**(1) 240:7<br>**sponsoring**(1) 287:6 |
| | | **single**(7) 151:23 153:18 253:24 274:14 277:19 279:13 297:5 | | **somehow**(2) 256:17 256:18<br>**someone**(8) 131:11 161:15 174:21 239:6 253:15 262:16 279:16 286:11 | | **spot**(1) 286:12<br>**spreadsheet**(1) 63:16<br>**spring**(2) 228:11 229:14<br>**square**(1) 2:16<br>**stake**(1) 129:20<br>**stakeholders**(1) 267:10 |
| | | **singular**(1) 224:1 | | **something**(28) 18:3 33:15 37:14 42:4 53:22 72:10 72:10 80:5 112:19 138:17 144:21 147:17 163:1 163:2 178:19 216:10 229:5 229:11 230:3 234:17 236:6 239:7 244:1 246:1 251:9 264:12 264:20 267:18 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **stand**(6) 54:25 111:14 126:22 222:8 250:25 302:8 | | **still**(19) 26:16 30:18 33:8 34:15 44:14 58:20 59:21 77:14 86:2 92:1 93:16 125:2 156:7 161:12 162:16 175:21 204:13 280:1 284:25 | | **succeed**(1) 240:1 | | **take**(99) 13:3 13:13 15:2 17:9 17:17 21:14 22:8 27:22 31:3 32:4 36:6 36:25 39:2 39:15 39:21 40:6 45:15 48:15 53:21 54:8 54:11 54:13 54:16 55:7 56:3 56:14 58:16 60:2 60:10 61:5 62:22 63:25 64:24 66:13 67:6 68:3 68:7 69:17 70:14 73:6 74:6 74:8 75:21 76:23 79:19 81:25 83:22 85:10 85:12 85:23 85:25 86:11 88:24 89:7 89:24 91:13 91:24 92:23 93:19 96:20 97:1 98:19 102:19 106:2 111:12 111:22 112:15 112:18 113:3 113:10 113:13 117:23 121:16 125:10 126:2 137:6 138:20 155:8 161:13 180:25 182:21 186:16 186:20 231:24 236:25 243:12 243:22 249:24 253:23 260:22 267:14 269:17 269:24 278:4 281:7 281:12 292:21 294:23 298:1 |
| **standing**(2) 222:9 261:12 | | | | **success**(2) 167:13 167:19 | | | |
| **standpoint**(5) 75:15 76:4 99:21 101:18 291:12 | | **stipends**(1) 152:12 | | **successful**(1) 189:8 | | | |
| | | **stipulate**(1) 257:6 | | | | | |
| **stands**(1) 192:24 | | **stipulated**(1) 128:10 | | **such**(11) 19:17 33:23 113:16 196:8 196:11 196:17 229:22 230:8 231:20 231:20 289:23 | | | |
| **stanley**(7) 7:41 144:18 263:12 263:12 263:14 263:16 263:17 | | **stipulating**(1) 257:24 | | | | | |
| | | **stock**(14) 25:14 25:23 55:15 55:15 61:15 61:16 73:7 79:14 107:13 117:6 123:17 151:11 213:17 293:19 | | **sued**(1) 45:10 | | **take-aways**(1) 234:12 |
| **stargatt**(1) 4:5 | | | | **sufficiently**(2) 15:3 15:13 | | **taken**(16) 55:10 58:11 73:9 79:5 79:9 84:16 85:9 127:11 128:8 128:10 187:6 203:20 248:13 248:14 281:14 301:20 |
| **stark**(1) 5:44 | | | | **suggest**(3) 100:5 100:14 144:25 | | | |
| **start**(9) 81:19 106:2 115:7 127:1 192:4 241:16 301:11 301:13 301:21 | | **stocks**(2) 68:14 97:13 | | **suggested**(4) 44:2 86:11 102:15 212:14 | | | |
| | | **stock"**(1) 123:12 | | **suggesting**(4) 44:2 86:11 102:15 212:14 | | | |
| **started**(4) 18:17 76:13 170:23 265:18 | | **stood**(1) 246:13 | | **suggestion**(2) 256:1 266:10 | | **takes**(2) 40:11 226:24 |
| **starters**(1) 291:22 | | **stop**(1) 83:25 | | **suggests**(1) 125:17 | | **taking**(10) 44:6 44:21 60:4 84:6 109:5 154:17 154:19 164:15 164:15 265:1 |
| **starting**(8) 12:5 70:7 116:10 116:12 161:24 162:4 189:9 193:15 | | **straight**(1) 58:18 | | **suite**(3) 3:29 3:49 4:18 | | | |
| | | **straightforward**(1) 99:20 | | **suited**(1) 105:1 | | |
| **starts**(3) 67:7 149:5 266:3 | | **strange**(2) 263:5 263:18 | | **sum**(6) 13:19 27:9 27:10 27:15 32:4 | | **talk**(21) 27:5 32:11 49:20 52:2 74:15 80:8 102:18 119:10 120:9 156:24 171:19 180:10 211:25 212:1 239:10 246:22 246:24 263:17 279:15 285:18 294:17 |
| **state**(2) 43:19 222:16 | | **strategies**(1) 223:19 | | **sum-of-the**(1) 116:20 | | | |
| **stated**(21) 17:4 29:22 57:12 66:25 88:19 88:20 92:11 100:9 100:20 103:1 104:23 110:14 110:22 242:4 248:18 249:18 256:5 270:15 271:8 286:17 286:20 | | **strauss**(4) 2:35 7:26 127:7 222:6 | | **sum-of-the-parts**(1) 115:12 | | | |
| | | **stream**(2) 78:23 79:22 | | **summarize**(1) 106:17 | | **talked**(7) 60:15 184:17 221:11 221:12 221:18 248:1 297:8 |
| | | **streams**(1) 78:13 | | **summarized**(1) 234:11 | | | |
| | | **street**(10) 1:10 1:44 2:17 2:23 3:14 3:29 3:48 4:9 5:8 208:14 | | **summary**(5) 20:15 21:15 37:5 73:7 286:24 | | **talking**(27) 18:12 34:23 34:24 34:24 50:4 74:9 83:18 92:5 99:23 118:5 141:25 142:2 159:7 165:12 170:4 197:2 203:6 209:23 217:7 233:15 233:18 251:21 265:8 289:24 290:15 291:13 294:11 |
| **statement**(29) 18:5 18:8 18:22 18:23 19:1 34:22 43:10 68:24 69:12 72:5 81:21 98:4 110:4 139:19 161:13 162:5 163:11 164:9 164:13 176:24 177:1 177:2 205:17 237:3 246:21 257:9 258:6 271:4 272:3 | | **strength**(4) 167:7 235:17 236:2 237:20 | | **summary"**(1) 69:5 | | | |
| | | **strengths**(4) 167:9 231:12 232:11 288:8 | | **sunday**(1) 274:11 | | | |
| | | **strike**(27) 169:10 169:25 176:25 181:14 181:20 185:25 225:24 238:12 241:20 243:16 255:14 259:10 261:2 267:23 271:1 271:20 272:11 273:1 276:17 280:5 283:11 283:25 286:3 291:17 294:17 297:15 300:1 | | **suneel**(1) 254:15 | | **talks**(3) 64:5 65:15 70:22 |
| **statements**(7) 40:23 105:15 108:16 110:2 110:6 181:10 235:4 | | | | **superior**(1) 119:14 120:4 | | **target**(4) 44:10 97:13 97:15 144:11 |
| | | | | **supplement**(7) 22:10 22:13 41:10 45:3 119:11 119:14 120:4 | | **tax**(1) 198:2 |
| **states**(4) 1:1 1:19 21:19 256:13 | | | | **support**(12) 87:2 141:18 162:5 163:11 164:9 164:13 164:14 164:14 164:14 249:2 250:2 287:21 | | **taylor**(1) 4:6 |
| **station**(5) 32:17 32:24 36:10 36:19 37:21 | | **string**(2) 142:16 207:5 | | | | **team**(3) 107:3 178:23 212:14 |
| **stations**(11) 32:25 33:1 33:5 33:6 33:17 33:17 36:3 36:12 36:13 37:9 37:11 | | **strip**(12) 189:10 189:15 192:7 192:14 192:21 193:9 193:19 195:8 230:17 230:18 291:24 293:13 | | | | **teck**(1) 11:5 |
| | | | | **supported**(2) 129:18 130:8 | | **telecom**(1) 227:16 |
| **statistical**(1) 111:5 | | | | **supportive**(2) 162:3 163:3 | | **telephone**(1) 157:14 |
| **statistically**(1) 111:3 | | **strohbehn**(1) 10:32 | | **suppose**(1) 24:15 | | **telephonic**(8) 4:21 5:1 6:1 7:1 8:1 9:1 10:1 11:1 |
| **statistics**(1) 43:21 | | **stromberg**(1) 4:35 | | **supposed**(3) 27:11 292:22 295:21 | | |
| **status**(4) 55:8 89:16 283:25 284:3 | | **strong**(1) 26:15 | | **suppressed**(2) 33:9 79:20 | | |
| **stays**(1) 294:7 | | **strongly**(2) 289:22 289:23 | | **suppression**(1) 266:20 | | **television**(1) 42:22 |
| **ste**(2) 1:37 3:14 | | **struck**(2) 230:2 230:7 | | **sure**(53) 18:8 19:12 20:6 20:11 26:10 30:17 34:22 35:14 39:17 46:10 53:25 55:9 64:9 66:22 72:14 81:22 88:25 92:21 96:15 97:21 99:12 101:6 102:1 104:1 104:8 111:6 120:19 128:11 136:23 140:12 150:6 151:9 153:8 154:5 156:12 165:3 189:22 196:2 220:6 234:20 237:23 238:15 238:24 250:10 256:22 266:3 278:15 278:17 283:6 285:3 291:20 292:24 296:16 | | **tell**(41) 25:9 27:17 45:1 61:2 92:10 105:1 107:24 132:24 143:13 143:17 143:21 144:5 144:10 144:14 144:20 148:6 148:21 154:13 165:21 166:18 169:13 175:5 176:20 189:20 190:15 197:24 205:13 209:11 223:10 223:18 224:10 224:21 226:17 232:9 250:11 251:5 252:24 262:21 267:11 268:13 279:7 |
| **stearn**(1) 2:15 | | **structure**(8) 78:8 79:21 188:19 218:10 223:25 227:21 227:23 242:20 | | | | | |
| **stearns**(1) 58:11 | | | | | | | |
| **steering**(1) 226:4 | | **structured**(2) 78:2 233:25 | | | | | |
| **stein**(1) 9:39 | | **structuring**(2) 145:24 146:4 | | | | | |
| **step**(87) 126:19 133:11 134:3 134:16 134:17 134:19 134:20 134:23 134:23 134:24 135:2 135:3 135:16 137:11 137:12 137:13 137:14 138:3 138:4 138:11 138:12 138:16 138:18 138:21 139:20 146:22 163:20 164:1 164:1 164:1 167:10 167:13 167:17 167:18 167:23 194:19 194:22 212:2 212:6 212:16 212:19 212:21 212:24 213:17 213:24 214:24 215:4 218:24 219:4 219:5 219:9 219:21 220:8 233:10 233:21 233:23 233:24 234:13 234:15 238:14 239:22 241:21 241:24 242:4 242:5 242:7 242:12 242:12 242:13 261:3 261:3 261:4 263:24 263:25 293:24 295:24 294:1 294:10 295:14 296:20 298:11 298:12 298:16 298:18 298:23 | | **studied**(3) 31:19 96:5 294:23 | | **surprise**(1) 241:6 | | |
| | | **studies**(1) 73:10 | | **surprised**(1) 302:5 | | **telling**(9) 28:18 162:21 162:23 205:16 208:15 211:22 212:13 219:25 291:10 |
| | | **study**(26) 14:12 14:14 15:8 16:10 16:17 16:19 16:23 19:12 19:4 19:8 19:20 20:3 20:5 20:5 21:25 30:2 30:4 37:10 73:17 73:22 79:3 80:9 95:4 95:4 112:12 233:2 | | **surrounding**(1) 71:19 | | |
| | | | | **suttonbrook**(2) 5:25 5:25 | | **tells**(1) 107:20 |
| | | **stuff**(2) 43:7 263:12 | | **swing**(3) 24:25 120:2 164:15 | | **ten**(6) 44:18 44:19 221:13 224:12 225:4 266:3 |
| | | **sub**(1) 293:9 | | **sworn**(1) 222:11 | | |
| | | **subject**(11) 204:1 238:22 238:23 239:1 239:4 239:5 239:6 239:8 248:5 248:6 248:10 | | **syndicating**(1) 212:21 | | |
| | | | | **syndication**(2) 212:24 213:8 | | **tend**(2) 124:11 225:16 |
| | | **subjects**(1) 158:13 | | **tab**(57) 12:20 22:8 27:22 28:1 37:1 39:16 40:6 48:15 49:21 49:21 60:2 61:24 61:25 62:22 64:24 66:13 66:18 63 69:17 72:17 88:24 89:1 89:3 111:25 112:15 118:17 118:19 121:16 122:3 126:2 142:8 149:1 149:1 154:6 161:8 161:8 168:12 174:11 190:25 193:22 195:3 203:22 205:22 212:3 212:13 213:1 216:1 219:15 238:10 238:11 252:20 254:24 255:4 255:4 255:5 292:14 295:3 | | **tendered**(3) 236:14 249:4 249:4 |
| | | **submit**(1) 17:5 | | | | **term**(35) 26:15 128:12 129:10 129:18 130:13 195:7 195:8 195:14 195:25 196:4 196:22 197:7 234:20 266:8 277:6 279:21 280:20 287:22 288:4 288:18 289:12 292:8 294:19 294:19 294:23 295:2 295:5 295:16 295:19 295:23 296:5 296:7 296:9 296:11 299:13 |
| | | **submitted**(4) 65:4 198:10 267:3 286:16 | | | | | |
| | | **suboptimal**(1) 231:5 | | | | | |
| | | **subordination**(3) 234:8 261:5 264:1 | | | | | |
| **step-one**(3) 263:25 284:8 295:7 | | **subsequent**(5) 43:5 81:17 89:18 268:20 273:12 | | **tabbed**(1) 24:1 | | |
| **step-two**(7) 263:3 296:8 296:10 296:10 296:19 296:23 299:9 | | | | **table**(8) 133:24 137:9 141:17 226:6 231:17 231:19 264:8 280:12 | | |
| | | **subsequently**(2) 77:6 105:11 | | | | |
| **stephen**(1) 5:6 | | **subset**(1) 281:24 | | | | **termed**(1) 282:24 |
| **stepped**(1) 155:4 | | **subsidiary**(2) 59:18 138:25 | | **tack**(1) 98:15 | | |
| **stepping**(1) 154:19 | | **substance**(4) 190:3 190:16 279:3 286:24 | | **tag**(1) 176:16 | | |
| **steps**(4) 231:24 232:18 243:12 278:4 | | **substantial**(8) 30:11 55:23 58:15 67:18 68:16 93:23 94:1 131:25 | | | | |
| | | **substantially**(2) 67:15 242:24 | | | | |
| | | **substitute**(1) 60:12 | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **terminal**(6) | 93:24 93:25 94:3 95:15 95:18 96:11 | **that**(301) | 12:22 13:4 13:7 13:8 13:13 13:19 13:23 14:4 14:16 14:23 14:25 15:6 15:7 15:8 15:13 16:13 16:20 17:2 17:3 17:5 17:8 17:13 17:16 17:23 18:4 18:7 19:4 19:6 19:7 19:10 19:14 19:21 20:9 20:21 20:21 22:4 22:12 22:16 22:20 23:9 23:14 24:1 24:2 24:4 24:9 24:11 24:12 24:14 25:5 25:7 25:12 25:16 25:19 25:20 26:3 26:3 26:13 27:1 27:2 27:6 27:7 27:12 27:15 27:17 27:20 27:25 28:11 28:13 28:14 29:7 29:8 29:21 29:25 30:2 30:11 30:17 30:17 31:3 31:7 31:24 32:4 32:17 32:19 33:2 33:10 33:14 33:17 33:23 34:3 34:11 34:18 34:19 34:21 34:22 35:3 35:5 35:7 35:10 35:11 35:12 35:12 35:14 35:17 35:19 35:22 36:1 36:2 36:3 36:4 36:5 36:8 36:17 36:20 36:20 36:21 36:22 36:22 37:3 37:9 37:24 38:4 38:5 38:5 38:8 38:10 38:11 38:13 38:14 38:14 38:16 38:17 38:20 38:20 38:25 39:3 39:6 39:13 39:21 40:1 40:14 40:15 40:17 41:8 41:8 41:13 41:19 42:3 42:4 42:13 42:14 42:20 42:21 42:22 42:23 43:10 43:21 43:23 43:24 44:2 44:11 44:17 45:8 45:13 45:13 45:15 45:20 46:4 46:17 46:22 47:18 48:1 48:7 48:17 49:5 49:6 49:13 49:23 50:1 50:4 50:5 50:6 50:13 50:19 50:19 50:22 50:23 51:4 51:6 51:12 51:13 52:19 52:23 52:23 53:22 53:24 54:7 54:8 54:10 54:12 54:18 54:20 55:8 55:10 55:10 55:23 55:24 56:1 56:14 56:16 56:20 56:24 56:24 57:14 57:15 57:20 57:25 58:6 58:7 58:15 58:22 58:24 58:25 59:3 59:4 59:5 59:10 59:12 59:17 59:19 59:21 60:1 60:5 60:13 60:16 60:16 60:17 60:23 60:24 61:3 61:7 61:8 61:10 61:11 61:12 61:16 61:17 61:17 61:19 61:21 62:3 62:9 62:14 62:16 62:16 62:17 62:20 63:4 63:6 63:7 63:9 63:10 63:12 64:1 64:5 64:5 64:6 64:8 64:10 64:17 64:18 65:1 65:9 65:12 65:15 65:17 65:21 66:7 66:16 67:13 67:17 67:24 68:1 68:5 68:9 68:19 68:21 69:4 69:10 69:12 69:12 69:18 70:4 70:20 70:23 71:3 | **that**(301) | 71:4 71:6 71:14 71:14 71:17 71:21 72:4 72:7 72:8 72:9 72:12 72:20 73:1 73:7 73:10 73:13 73:15 73:21 73:24 74:2 74:3 74:4 74:8 74:20 75:1 75:7 75:18 75:21 76:1 76:3 76:5 76:10 76:11 76:18 76:19 77:5 77:9 77:12 77:16 77:18 77:21 77:22 77:23 77:24 77:24 78:4 78:5 78:7 78:12 78:15 78:16 78:19 78:20 79:3 79:8 79:19 79:20 79:24 80:1 80:1 80:2 80:5 80:6 80:10 80:11 80:15 80:18 80:21 80:22 81:7 81:9 81:13 81:19 81:19 81:24 82:1 82:8 82:12 82:20 83:10 83:19 83:19 83:24 84:13 84:16 84:17 84:21 85:5 85:15 86:4 86:9 86:12 86:24 87:2 87:7 87:8 87:9 87:9 87:25 88:2 88:3 88:6 88:10 88:13 88:16 88:18 88:20 89:20 91:2 91:2 91:5 91:6 91:7 91:9 91:11 91:19 92:2 92:12 92:21 92:25 93:3 93:13 93:15 93:17 94:1 94:4 94:6 94:7 94:14 94:19 95:8 95:11 95:19 95:20 95:24 96:2 96:3 96:8 96:14 96:15 96:17 96:24 97:16 98:5 98:7 98:14 98:14 98:14 98:19 98:23 98:25 99:4 99:8 99:10 99:12 99:19 99:20 99:22 100:4 100:5 100:5 100:9 100:11 100:12 100:13 100:14 100:15 100:18 100:19 100:20 100:21 100:22 101:2 101:8 101:12 101:19 101:20 101:21 101:23 101:24 102:13 102:15 102:19 103:2 103:18 103:21 103:22 103:23 104:2 104:4 104:5 104:9 104:10 104:15 104:19 104:20 104:2? 105:16 105:19 105:20 105:22 106:1 106:7 106:17 107:8 107:12 107:17 107:23 107:25 108:11 108:13 108:14 108:15 108:16 108:20 108:23 109:2 109:20 110:3 110:4 110:9 110:10 110:11 110:12 110:13 110:16 110:19 110:23 110:25 111:3 112:4 112:6 112:10 112:13 112:13 112:20 112:21 113:3 113:4 113:7 113:15 113:18 114:16 114:21 115:9 115:15 115:23 116:4 116:8 116:11 116:13 116:14 116:19 116:22 117:1 117:2 117:14 117:15 117:18 117:22 118:1 118:11 118:13 118:15 118:17 119:2 119:20 119:21 119:24 119:25 120:2 120:1 120:14 120:17 120:21 120:24 120:25 121:5 121:6 121:9 121:15 121:23 122:1 122:3 122:9 122:13 122:14 123:12 123:14 123:15 123:24 124:14 124:16 124:16 124:20 125:5 125:6 | **that**(301) | 125:10 125:13 125:17 125:22 125:24 125:25 126:9 126:11 126:12 126:15 127:10 127:15 127:16 127:25 128:1 128:1 128:14 130:6 130:18 131:12 131:18 132:1 132:6 132:9 132:12 132:15 132:19 132:25 133:5 133:9 133:12 133:17 133:21 133:21 134:6 134:10 134:10 134:20 135:1 135:2 135:2 135:10 135:11 135:16 135:18 135:19 135:23 135:23 135:25 136:2 136:18 137:2 137:10 137:11 137:12 137:15 137:17 137:18 137:22 138:2 138:3 138:7 138:10 138:15 138:19 138:20 138:24 139:1 139:4 139:5 139:11 139:20 140:1 140:15 140:16 141:3 141:5 141:13 141:21 142:4 142:6 142:19 142:22 142:22 142:25 143:11 143:13 143:17 143:18 143:21 143:22 143:24 144:3 144:7 144:10 144:14 144:15 144:15 144:16 144:18 144:21 144:25 144:25 145:2 145:6 145:8 145:8 145:12 145:23 146:2 146:4 146:13 146:19 146:22 147:13 147:24 148:1 148:3 148:3 148:6 148:8 148:8 148:21 148:24 149:5 149:7 149:14 150:1 150:25 151:19 152:1 152:5 152:7 152:14 152:24 153:4 153:12 153:13 153:17 153:23 154:13 154:21 155:1 155:4 155:6 155:7 155:7 155:10 155:19 155:21 155:23 156:1 156:2 156:3 156:5 156:7 156:7 156:8 156:11 156:14 157:2 157:4 157:13 157:21 157:22 157:22 157:24 157:24 158:1 158:4 158:4 158:7 158:16 158:20 158:24 159:21 160:1 160:2 160:23 160:23 161:2 161:12 161:14 161:15 161:23 161:25 162:1 162:1 162:3 162:6 162:11 162:13 162:16 162:17 162:23 163:4 163:14 163:14 163:15 163:24 164:5 164:9 164:11 164:13 164:17 165:1 165:9 165:10 165:14 165:14 165:15 165:18 165:19 165:21 165:23 165:23 165:24 166:3 166:6 166:9 166:10 166:12 166:14 166:19 166:28 167:1 167:2 167:3 167:12 167:18 168:1 168:2 168:4 168:7 168:11 168:17 168:23 168:24 168:24 169:5 169:10 169:21 169:28 169:25 170:7 170:11 170:16 170:24 171:3 171:4 171:6 171:10 171:12 172:15 173:2 173:3 173:23 173:25 174:6 174:17 174:21 174:22 174:25 174:25 175:5 175:9 175:15 175:21 176:13 176:24 176:25 177:6 177:9 177:11 177:15 177:18 177:19 177:21 177:22 178:1 178:2 178:2 178:17 178:21 178:25 179:1 179:2 179:11 179:11 179:15 179:22 179:24 180:2 180:12 180:13 180:15 180:16 180:21 180:23 181:3 |
| **terms**(22) | 20:14 31:5 75:7 78:16 107:10 108:8 115:21 125:12 135:12 135:12 135:13 138:8 154:14 174:2 185:23 236:24 241:19 244:23 277:10 291:15 291:15 294:20 | | | | | | |
| **terrible**(2) | 260:16 261:8 | | | | | | |
| **test**(4) | 112:5 240:15 253:7 283:5 | | | | | | |
| **testified**(37) | 17:13 28:11 34:19 51:3 74:13 115:9 116:8 119:1 128:14 156:2 157:2 165:16 180:12 184:12 229:13 232:17 237:7 250:8 254:16 255:14 261:19 262:6 265:18 267:8 267:17 267:22 267:25 268:2 268:7 273:13 277:8 277:20 281:18 282:5 282:14 290:19 294:20 | | | | | | |
| **testify**(5) | 61:1 237:2 241:10 277:17 277:22 | | | | | | |
| **testifying**(4) | 61:3 236:17 239:18 240:13 | | | | | | |
| **testimony**(56) | 15:6 19:4 19:7 27:8 28:20 34:11 36:6 42:20 45:2 50:8 54:21 56:17 58:6 72:1 72:8 90:11 100:8 100:15 102:5 103:9 105:9 109:1 110:10 116:1 117:2 118:20 128:5 180:15 236:14 236:23 239:2 239:4 239:5 239:8 239:25 240:3 240:16 240:17 240:25 241:4 242:25 250:22 257:1 257:12 265:22 267:9 267:17 268:11 272:1 272:18 277:21 278:11 279:25 291:1 294:1 301:5 | | | | | | |
| **tests**(1) | 212:16 | | | | | | |
| **tev**(1) | 193:25 | | | | | | |
| **textbook**(2) | 121:22 123:2 | | | | | | |
| **textbooks**(3) | 69:21 69:22 121:15 | | | | | | |
| **tfn**(4) | 120:18 120:21 120:22 121:2 | | | | | | |
| **tfn's**(1) | 120:25 | | | | | | |
| **than**(82) | 17:14 18:4 19:18 26:13 27:21 29:16 30:1 30:18 36:21 33:4 34:10 35:13 36:3 37:10 44:9 44:19 44:23 50:20 50:25 57:16 58:20 59:12 59:19 65:10 67:15 75:16 87:18 90:8 101:21 102:2 102:4 105:24 111:1 113:17 131:15 135:5 135:9 136:17 137:8 138:12 138:17 161:23 165:3 167:13 167:19 175:19 181:22 185:18 186:25 189:10 189:17 190:12 191:7 192:7 192:21 196:5 198:20 198:22 200:1 200:14 200:18 201:11 203:4 203:7 203:7 204:1 206:11 224:1 224:6 230:21 231:2 237:24 237:25 243:7 250:2 263:23 268:22 270:19 290:23 291:10 297:11 298:13 | | | | | | |
| **thane**(3) | 194:8 194:11 303:13 | | | | | | |
| **thank**(36) | 12:15 21:5 37:15 37:20 54:19 54:23 58:5 69:6 111:13 124:22 126:17 126:19 126:20 127:5 127:17 127:23 128:3 129:3 186:24 204:8 210:4 210:7 217:3 217:19 222:5 222:19 222:23 223:2 224:18 236:21 250:5 251:3 281:13 281:15 295:4 302:7 | | | | | | |
| **thanks**(4) | 23:13 54:24 121:19 155:6 | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **that**(301) 181:6 181:6 181:10 181:14 181:20 181:21 181:21 182:1 182:6 182:19 182:25 183:4 183:5 183:7 183:12 183:18 184:5 184:9 184:9 184:12 184:13 184:13 184:13 184:18 184:20 184:21 184:21 185: 185:4 185:5 185:6 185:14 185:19 185:20 185:22 185:24 185:25 185:25 186:1 186:3 186:6 186:10 186:12 188:4 188:11 188:13 188:14 188:19 188:23 189:7 189:8 189:14 189:16 189:18 189:19 189:22 190:1 190:4 190:8 190:10 190:12 190:14 190:16 190:1 191:4 191:7 191:14 191:14 191:15 191:1 192:3 192:7 192:17 192:19 193:2 193:7 193:10 194:2 194:2 194:5 194:19 195:7 195:17 196:4 196:7 196:11 196:16 196:19 196:20 196:23 197:3 197:9 197:19 197:22 198:2 198:8 198:11 198:11 199:8 199:10 199:17 200:4 200:25 201:1 201:5 201:8 201:8 201:11 201:16 202:1 202:3 202:8 202:11 202:13 203:3 203:4 203:6 203:6 203:7 203:8 203:13 203:14 204:13 204:18 205:8 205:10 205:12 205:13 205:1 205:18 205:23 206:4 206:9 206:14 206:1 206:24 206:25 207:13 207:14 207:18 208: 208:16 208:23 209:2 209:5 209:7 209:9 209:11 209:11 209:19 210:17 211:16 211:22 211:24 211:25 212:7 212:8 212:8 212:9 212:10 212:13 212:14 212:19 213:4 213:5 213:5 213:10 213:20 214:5 214:6 214:18 214:22 215:4 215:6 215:8 215:10 215:12 215:14 215:21 216:8 216:13 216:1 216:17 216:17 216:23 217:24 217:28 219:21 219:23 219:25 220:5 220:11 220:14 220:25 221:2 221:12 221:10 222:1 223:16 223:22 225:3 225:16 225:18 225:2 225:24 226:5 226:8 226:20 227:1 227:4 227:6 227:7 228:2 228:7 228:12 228:12 228:14 228:17 229:1 229:5 229:10 229:13 229:15 229:20 229:22 229:25 230:2 230:3 230:4 230:8 230:15 230:16 230:18 230:20 230:21 231:1 231:3 231:4 231:6 231:6 231:18 231:19 232:4 232:10 232:1 232:13 232:16 232:17 232:19 232:25 233:5 233:6 233:10 233:23 233:25 234:17 234:17 234:18 234:21 235:2 235:7 235:10 235:10 235:20 235:21 235:22 235:25 236: 237:1 237:19 237:21 237:23 237:24 238:12 238:14 238:20 238:23 238:25 239: 239:7 239:11 239:15 239:16 239:19 240: 240:8 240:14 240:18 240:24 240:25 241:7 241:7 241:8 241:8 241:10 241:20 241:23 | | **that**(301) 242:4 242:7 242:9 242:12 242:14 242:14 242:21 242:22 243:4 243:7 243:12 243:16 243:21 243:24 244:2 244:3 244:4 244:5 244:7 244:10 244:15 244:16 244:17 244:18 244:23 245:4 245:15 245:22 246:1 246:5 246:6 246:21 246:22 246:24 247:22 248:3 248:6 248:8 248:14 248:18 248:20 249:2 249:4 249:7 249:8 249:10 249:11 249:20 249:24 250:2 250:2 250:3 250:8 250:20 250:25 250:25 251:9 251:1 251:10 251:12 251:18 252:2 252:2 252:12 252:14 252:16 252:18 253:4 253:1 253:11 253:16 254:25 255:13 255:14 255:15 255:25 256:1 256:6 256:7 256:12 256:13 256:17 256:18 256:22 256:23 256:24 257:1 257:2 257:5 257:6 257:9 257:11 257:11 257:12 257:12 257:15 257:20 257:21 257:23 258:18 258:20 258:25 259:6 259:10 259:14 260: 260:15 260:19 261:1 261:2 261:7 261:9 261:16 261:20 261:21 262:5 262:12 262: 262:24 263:1 263:22 264:3 264:6 264:9 264:14 264:17 264:18 264:20 264:21 264:23 265:7 265:22 265:23 266:2 266:7 266:14 266:14 266:16 267:7 267:9 267:11 267:11 267:18 267:19 267:19 267:22 267:23 267:25 267:25 268:2 268:3 268:5 268:8 268:8 268:11 268:13 268:20 268:23 268:24 269:1 269:15 269:20 269:21 269:22 269:23 269:24 270:4 270:9 270:1 270:15 270:16 270:17 270:19 270:19 270:21 270:22 271:4 271:8 271:13 271:15 271:21 271:22 271:27 273:8 273:10 274:13 274:2 274:24 275:24 276:12 276:15 276:17 276:23 276:24 277:1 277:7 277:12 277:18 277:19 277:20 277:24 278:7 278:8 278:11 278:16 279:4 279:4 279:7 279:8 279:11 279:12 279:20 279:21 279:21 279:23 279:24 280:2 280:6 280:13 280:20 281:17 281:18 281:18 281:21 281:23 282:4 282:7 282:14 282:19 283:4 283:6 283:10 283:19 283:25 284:4 284:5 284:7 284:15 284:22 284:24 285:10 285:13 285:20 285:24 286:4 286:5 286:14 286:15 286:19 286:20 286:21 286:24 287:3 287:12 287:13 287:18 287:17 287:21 287:25 288:1 288:12 288:15 288:15 289:7 289:8 289:23 290:24 290:24 291:3 291:13 291:17 292:5 292:10 292:19 293:4 293:4 293:5 293:6 293:13 293:17 293:20 294:3 294:17 294:22 295:3 295:6 295:8 295:9 295:15 295:22 296:6 296:7 296:20 297:4 297:11 297:14 | | **that's**(147) 12:21 13:9 13:12 13:21 13:24 14:8 14:10 14:13 15:18 16:21 20:12 20:17 21:4 21:12 22:7 23:7 23:15 24:23 24:25 25:18 26:5 27:4 28:2 29:10 32:7 32:18 32:21 36:6 37:8 37:19 38:25 39:15 39:18 40:22 40:22 41:1 41:11 41:20 42:9 42:25 45:9 46:3 46:22 48:2 49:6 49:8 50:24 51:5 51:18 51:20 51:23 52:1 52:15 53:1 54:4 56:8 56:11 57:1 57:10 59:11 59:16 60:7 61:4 62:8 63:21 64:21 70:7 74:23 83:8 128:1 128:2 131:5 132:4 134:24 135:6 137:8 138:2 141:22 141:22 142:3 142:12 150:3 150:10 151:17 152:9 163:4 164:13 165:12 167:16 181:8 186:11 186:1 186:18 188:22 189:25 190:9 194:5 194:6 194:7 197:9 198:24 203:10 203:17 206:9 215:1 215:15 215:17 216:11 217:4 217:4 236:19 237:11 237:15 239:1 240:9 240:24 240:25 242:22 247:1 248:2 248:15 249:13 250:4 250:5 252:20 253:16 256:18 257:22 259:24 261:22 264:6 266:12 266:22 268:1 272:25 278:13 278:19 279:1 279:19 280:2 281:22 282:13 286:9 288:16 295:23 296:2 301:16 | | **the**(301) 38:4 38:5 38:6 38:6 38:11 38:11 38:14 38:14 38:22 38:24 38:24 39:3 39:6 39:12 39:13 39:13 39:13 39:15 39:20 40:2 40:2 40:5 40:7 40:13 40:15 40:19 40:23 40:23 40:24 40:25 41:1 41:1 41:2 41:4 41:4 41:4 41:7 41:7 41:8 41:9 41:10 41:11 41:13 41:16 41:21 41:24 42:3 42:4 42:15 42:18 42:23 43:1 43:4 43:9 43:10 43:16 43:20 43:22 43:25 43:25 44:2 44:5 44:6 44:6 44:8 44:9 44:9 44:15 44:16 44:19 44:22 45:1 45:3 45:7 45:19 45:22 45:22 45:23 45:25 46:1 46:2 46:6 46:11 46:16 46:20 47:7 47:8 47:9 47:10 47:16 47:16 47:16 47:17 47:18 47:22 47:25 48:1 48:2 48:4 48:9 48:11 48:12 48:13 48:15 48:18 48:19 48:25 49:1 49:2 49:5 49:6 49:9 49:10 49:10 49:14 49:15 49:15 49:16 49:16 49:21 49:21 49:22 50:1 50:4 50:5 50:12 50:15 50:15 50:18 50:19 50:19 50:25 52:7 52:11 52:13 52:17 52:22 52:24 53:1 53:5 53:11 53:12 53:13 53:16 53:19 53:19 53:21 54:4 54:5 54:6 54:13 54:16 54:20 54:21 54:23 54:25 55:2 55:4 55:6 55:9 55:11 55:11 55:12 55:13 55:16 55:17 55:18 55:18 55:19 55:22 55:22 55:22 55:25 55:25 56:14 56:15 56:18 56:18 56:19 56:22 56:23 56:24 56:24 57:1 57:5 57:6 57:10 57:12 57:12 57:13 57:14 57:15 57:15 57:16 57:16 57:17 57:17 57:20 57:20 57:21 57:21 57:21 57:22 57:24 57:25 58:2 58:2 58:2 58:3 58:4 58:5 58:7 58:9 58:12 58:14 58:15 58:16 58:16 58:21 58:23 58:25 59:2 59:5 59:5 59:6 59:9 59:12 59:21 59:23 60:1 60:2 60:3 60:4 60:7 60:10 60:10 60:12 60:16 60:16 60:22 61:2 61:3 61:5 61:6 61:7 61:10 61:11 61:11 61:15 61:15 61:16 61:18 61:19 61:20 62:1 62:2 62:5 62:5 62:10 62:12 62:15 62:17 62:19 63:1 63:2 63:3 63:7 63:8 63:11 63:13 63:14 63:15 63:15 63:18 63:20 63:23 64:3 64:4 64:8 64:10 64:25 65:3 65:5 65:5 65:6 65:8 65:9 65:11 65:14 65:14 65:17 65:19 65:23 65:24 |
| | | **that**(21) 297:14 297:15 298:2 298:5 298:9 298:19 299:5 299:17 299:19 299:24 300:7 300:8 300:10 300:15 301:1 301:6 301:10 301:19 302:4 302:5 302:13 | | **that's**(53) 76:22 77:16 79:21 80:20 81:5 82:3 83:15 83:15 85:22 88:8 88:9 88:12 88:14 89:6 90:11 90:12 91:1 91:8 92:3 94:17 95:7 99:25 100:3 101:11 101:12 101:24 102:8 102:17 104:4 104:6 104:8 104:17 106:4 106:5 107:11 107:15 107:16 107:16 107:19 109:4 109:7 110:15 111:4 114:2 114:23 115:11 116:7 116:9 119:19 146:12 152:21 211:8 217:18 | | **the**(301) 1:1 1:2 1:18 3:12 3:18 4:8 7:37 11:25 12:12 12:3 12:5 12:8 12:9 12:11 12:13 12:15 12:20 13:3 13:3 13:6 13:7 13:13 13:18 13:19 13:19 13:25 14:2 14:3 14:12 14:14 14:16 14:19 14:25 15:2 15:2 15:6 15:8 15:16 15:18 15:21 16:7 16:7 16:8 16:11 16:11 16:12 16:16 16:18 17:2 17:3 17:6 17:6 17:7 17:8 17:14 17:17 17:20 17:20 17:22 17:23 17:25 18:1 18:22 18:3 18:5 18:7 18:8 18:10 18:12 18:12 18:13 18:15 18:16 18:21 18:23 19:1 19:1 19:2 19:4 19:5 19:7 19:8 19:9 19:10 19:12 19:14 19:19 19:19 19:22 20:1 20:3 20:4 20:4 20:5 20:10 20:12 20:14 20:15 20:17 20:19 20:20 20:25 21:5 21:7 21:17 21:17 21:20 22:4 22:5 22:8 22:8 22:9 22:13 22:13 22:16 22:16 22:17 22:20 22:21 22:24 22:25 23:1 23:3 23:9 23:11 23:18 23:23 23:23 24:4 24:6 24:9 24:11 24:12 24:14 24:15 24:16 24:16 24:18 24:19 25:9 25:11 25:11 25:12 25:13 25:13 25:14 25:16 25:19 25:20 25:20 25:22 25:22 25:24 25:25 26:3 26:6 26:12 26:13 26:14 26:18 26:22 26:23 26:24 27:5 27:7 27:9 27:10 27:12 27:15 27:15 27:17 27:19 27:21 27:22 28:5 28:8 28:9 28:12 28:12 28:16 28:21 29:4 29:4 29:11 29:15 29:16 29:17 29:23 29:25 30:6 30:7 30:9 30:10 30:12 30:13 30:13 30:14 30:17 30:18 30:19 30:21 30:23 30:25 31:4 31:10 31:11 31:18 31:20 32:1 32:5 32:8 32:13 32:13 32:16 32:20 32:21 32:22 32:22 32:23 32:24 32:25 33:2 33:3 33:3 33:4 33:5 33:6 33:6 33:8 33:10 33:11 33:11 33:13 33:14 33:17 33:23 34:1 34:3 34:5 34:7 34:8 34:9 34:10 34:13 34:14 34:14 34:15 34:17 34:20 34:20 34:23 35:4 35:6 35:9 35:9 35:10 35:10 35:12 35:12 35:13 35:14 35:15 35:17 35:20 35:24 35:25 36:1 36:1 36:2 36:2 36:3 36:8 36:9 36:10 36:12 36:16 36:16 36:19 36:22 36:22 36:23 37:5 37:6 37:9 37:10 37:11 37:12 37:12 37:13 37:16 37:16 37:17 37:19 37:21 37:21 38:2 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| the(301) 66:1 | 66:1 66:2 66:3 66:5 66:5 | the(301) 95:24 | 95:25 96:2 96:6 96:7 96:8 | the(301) 123:15 | 123:15 123:17 123:19 | the(301) 147:5 | 147:6 147:9 147:13 147:21 |

66:9 66:10 66:15 66:23 67:1 67:2 67:6
67:7 67:7 67:11 67:14 67:14 67:22 68:8
68:9 68:13 68:17 68:24 68:24 69:4 69:4
69:4 69:5 69:7 69:24 70:4 70:7 70:8
70:12 70:22 70:25 71:3 71:6 71:6 71:7
71:9 71:11 71:18 72:3 72:15 72:18 72:21
72:22 72:22 72:22 72:22 72:23 72:23
72:23 73:1 73:2 73:3 73:4 73:15 73:16
73:17 73:18 73:22 73:24 73:25 73:25
73:25 74:1 74:3 74:10 74:11 74:11 75:9
75:19 75:21 75:23 76:1 76:3 76:4 76:6
76:11 76:12 76:14 76:18 76:19 76:24 77:2
77:2 77:3 77:5 77:14 77:16 77:17 77:19
77:24 78:1 78:5 78:7 78:8 78:9 78:9 78:9
78:13 78:16 78:18 78:18 78:20 78:22
78:23 78:23 78:25 78:25 79:1 79:6 79:10
79:12 79:16 79:19 79:21 79:22 79:24
79:25 80:4 80:7 80:8 80:14 80:15 80:18
80:25 81:14 81:19 81:21 81:24 82:1 82:9
82:9 82:10 82:13 82:15 82:18 82:20 83:2
83:2 83:5 83:6 83:6 83:9 83:9 83:10
83:10 83:12 83:12 83:13 83:16 83:19
83:20 83:21 83:22 83:22 83:22 83:23
83:23 83:25 84:1 84:4 84:5 84:6 84:8
84:8 84:9 84:14 84:15 84:18 84:20 84:23
84:25 85:11 85:13 85:14 85:16 85:18
85:18 85:19 85:20 85:22 85:25 86:2 86:3
86:4 86:12 86:13 86:14 86:16 86:19 86:20
86:22 86:23 86:23 87:1 87:2 87:5 87:7
87:9 87:10 87:11 87:11 87:14 87:16 87:18
87:20 87:21 87:23 88:2 88:3 88:4 88:17
88:18 88:21 88:22 89:1 89:10 89:17 89:20
89:21 90:1 90:2 90:4 90:5 90:8 90:9
90:10 90:24 91:2 91:6 91:7 91:11 91:14
91:18 91:19 91:20 91:21 91:23 91:25
91:25 92:1 92:1 92:1 92:4 92:11 92:11
92:14 92:15 92:15 92:18 92:18 92:21
92:25 93:3 93:8 93:9 93:11 93:16 93:16
93:20 93:20 93:22 93:24 93:25 94:1 94:2
94:3 94:5 94:15 94:16 94:16 94:17 94:18
94:18 94:20 94:21 94:22 94:22 94:22
94:23 94:23 94:24 95:1 95:2 95:3 95:4
95:4 95:5 95:8 95:10 95:10 95:12 95:15
95:16 95:16 95:18

96:11 96:11 96:17 96:17 97:1 97:6 97:7
97:8 97:8 97:9 97:10 97:20 97:20 97:21
97:21 97:23 97:24 97:25 97:25 98:1 98:2
98:3 98:9 98:10 98:10 98:11 98:11 98:15
98:18 98:19 98:20 98:21 98:22 98:23 99:1
99:9 99:10 99:17 99:19 100:1 100:1 100:5
100:11 100:12 100:14 100:17 100:18
100:18 100:21 100:22 100:23 101:5 101:7
101:8 101:10 101:15 101:16 101:17 101:20 102:2
102:3 102:6 102:9 102:13 102:13 102:13
102:14 102:14 102:19 102:20 102:23
102:24 103:8 103:10 103:12 103:13 103:1
103:15 103:15 103:15 103:16 103:16
103:20 103:20 103:21 103:21 103:23
103:23 103:24 104:1 104:2 104:2 104:3
104:4 104:5 104:6 104:6 104:8 104:9
104:11 104:22 105:3 105:6 105:13 105:14
105:15 105:16 105:17 105:24 106:3 106:7
106:8 106:9 106:9 106:10 106:10 106:11
106:12 106:21 106:24 107:5 107:8 107:9
107:10 107:18 107:21 107:22 107:23
107:23 107:24 108:2 108:4 108:7 108:8
108:12 108:15 108:17 108:18 108:20
108:20 108:22 108:22 108:23 109:2 109:5
109:14 109:16 110:2 110:3 110:4 110:5
110:10 110:11 110:11 110:13 110:16
110:17 110:19 110:21 110:23 110:25 111:3
111:8 111:8 111:11 111:14 111:14 111:14
111:17 111:20 111:24 111:25 112:4 112:8
112:9 112:12 112:15 112:18 112:18 112:2
113:3 113:6 113:8 113:8 113:9 113:11
113:13 113:14 113:14 113:16 113:23 114:
114:8 114:12 114:14 114:14 114:16
114:16 114:17 114:19 114:21 114:22
114:23 115:2 115:4 115:8 115:15 115:16
115:19 115:20 115:21 115:23 116:2 116:2
116:10 116:10 116:12 116:12 116:13
116:14 116:20 116:22 116:24 117:3 117:5
117:6 117:6 117:8 117:10 117:15 117:17
117:18 117:19 117:19 117:23 118:2 118:7
118:11 118:13 118:13 118:17 118:22 119:
119:4 119:6 119:6 119:9 119:10 119:15
119:16 119:18 119:19 119:23 120:3 120:3
120:4 120:6 120:13 120:13 120:14 120:16
120:19 120:25 120:25 120:25 121:4 121:8
121:15 121:18 121:22 122:1 122:5 122:6
122:9 122:10 122:12 122:12 122:13 122:1
122:15 122:16 122:18 122:19 122:20
122:20 122:21 123:2 123:3 123:4 123:4
123:9 123:10 123:11 123:11 123:12 123:1

123:21 123:22 124:4 124:5 124:7 124:11
124:12 124:14 124:15 124:15 124:17 125:
125:2 125:6 125:10 125:12 125:12 125:14
125:15 125:16 125:17 125:22 125:22
125:23 125:24 125:25 126:7 126:7 126:8
126:11 126:19 126:21 126:22 126:24 127:
127:5 127:6 127:9 127:10 127:11 127:11
127:12 127:12 127:14 127:14 127:14
127:15 127:15 127:15 127:17 127:18
127:19 127:20 127:20 127:22 127:24
127:25 127:25 128:1 128:1 128:1 128:2
128:3 128:4 128:5 128:6 128:6 128:7
128:7 128:9 128:9 128:11 128:11 128:12
128:12 128:13 128:14 128:19 129:3 129:4
129:8 129:8 129:9 129:9 129:9 129:10
129:21 129:24 130:2 130:3 130:3 130:4
130:6 130:8 130:9 130:10 130:11 130:12
130:12 130:13 130:14 130:16 130:17
130:18 130:22 130:24 130:25 131:1 131:1
131:2 131:2 131:5 131:5 131:8 131:12
131:14 131:15 131:15 131:16 131:16
131:18 131:20 131:20 131:24 131:25 132:
132:3 132:4 132:6 132:6 132:11 132:14
132:18 132:18 132:22 133:2 133:3 133:3
133:6 133:7 133:7 133:10 133:11 133:11
133:17 133:19 133:20 133:21 133:23
133:24 133:25 134:1 134:4 134:7 134:8
134:8 134:9 134:11 134:13 134:16 134:17
134:20 134:21 134:24 135:1 135:2 135:2
135:3 135:11 135:15 135:15 135:16 135:2
136:3 136:6 136:10 136:12 136:13 136:15
136:19 136:21 136:22 136:22 137:2 137:4
137:4 137:5 137:7 137:7 137:9 137:10
137:11 137:13 137:15 137:20 137:21
137:21 137:22 137:23 137:23 137:24 138:
138:3 138:3 138:4 138:8 138:9 138:11
138:12 138:16 138:20 138:21 138:24
138:25 139:1 139:6 139:7 139:10 139:13
139:13 139:16 139:17 139:18 139:20 140:
140:11 140:12 140:15 140:20 140:20
140:21 140:21 140:25 141:1 141:6 141:6
141:6 141:10 141:10 141:12 141:13 141:1
141:17 141:18 141:19 141:22 141:25
142:2 142:5 142:5 142:7 142:7 142:17
142:22 143:4 143:7 143:8 143:10 143:13
143:16 143:18 143:22 143:25 144:4 144:1
144:23 145:1 145:2 145:5 145:3 145:4
145:7 145:9 145:11 145:11 145:15 145:19
145:21 145:23 145:24 145:25 146:3 146:4
146:4 146:6 146:8 146:9 146:9 146:14
146:15 146:16 146:18 146:19 146:20
146:21 146:23 146:23

147:24 148:4 148:5 148:7 148:9 148:10
148:13 148:19 148:19 148:23 148:23
148:25 149:1 149:5 149:19 149:20 150:1
150:2 150:3 150:7 150:8 150:8 150:12
150:13 150:16 150:21 150:24 150:25 151:2
151:4 151:5 151:7 151:14 151:22 151:23
151:25 152:3 152:4 152:15 152:16 152:17
152:18 152:21 152:25 153:8 153:8 153:9
153:9 153:11 153:12 153:12 153:14 153:16
153:17 153:19 153:20 153:24 154:3 154:4
154:6 154:10 154:20 155:1 155:3 155:8
155:10 155:14 155:15 155:18 155:22 156:3
156:3 156:4 156:7 156:10 156:10 156:14
156:16 156:18 156:20 156:25 157:4 157:6
157:22 157:22 158:1 158:2 158:16 158:17
158:20 158:23 158:24 159:17 159:24
159:25 160:1 160:12 160:16 160:20 161:3
161:5 161:7 161:8 161:14 161:14 162:7
162:9 162:15 162:25 163:4 163:7 163:11
163:18 163:19 163:20 163:22 163:23
163:23 163:23 164:6 164:12 164:14 164:14
164:15 164:15 164:17 164:21 164:22
164:23 164:24 165:1 165:2 165:5 165:7
165:11 165:22 165:23 165:23 165:25 166:3
166:6 166:7 166:8 166:13 166:14 166:22
167:2 167:6 167:6 167:7 167:8 167:9
167:10 167:12 167:14 167:15 167:18
167:19 167:22 167:23 167:24 168:4 168:12
168:12 168:13 168:16 168:17 168:17
169:3 169:5 169:5 169:7 169:13 169:16
169:16 169:20 169:23 169:24 170:7 170:15
170:15 170:22 171:6 171:10 171:12
171:14 171:16 171:17 171:24 172:15
172:21 173:6 173:11 173:13 173:18 173:24
174:11 174:11 174:16 174:19 174:21
174:25 175:8 175:8 175:10 175:10 175:11
175:12 175:13 175:16 175:17 175:19
175:23 176:6 176:16 177:5 177:7 177:8
177:11 177:13 177:18 177:23 177:24 178:4
178:5 178:9 178:10 178:20 178:22 178:23
178:24 179:1 179:2 179:4 179:7 179:10
179:10 179:15 179:23 179:24 180:3 180:4
180:5 180:6 180:8 180:9 180:13 180:16
180:24 180:25 181:6 181:8 181:10 181:11
181:13 181:14 181:15 181:15 181:16
181:21 181:22 181:23 182:4 182:4 182:7
182:11 182:12 182:15 182:17 182:21
182:22 182:22 183:1 183:1 183:1 183:2
183:5 183:8 183:10 183:14 183:21 183:23
184:2 184:5 184:10 184:12 184:14 185:2
185:4 185:6 185:9 185:10 185:11 185:13
185:13 185:15

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| the(301) | | the(301) | | the(301) | | the(301) | |
| 185:17 185:17 185:20 185:21 | | 221:23 222:1 222:1 222:4 222:6 | | 244:17 244:18 244:19 244:21 | | 268:20 268:22 268:24 269:2 | |
| 185:21 186:1 186:16 186:19 186:2 | | 222:7 222:8 222:9 222:10 222:12 222:15 | | 244:21 244:23 245:1 245:2 245:3 245:4 | | 269:5 269:7 269:10 269:11 269:14 269:14 | |
| 186:23 186:24 187:1 187:1 187:2 187:4 | | 222:16 222:16 222:19 222:21 222:23 223: | | 245:4 245:7 245:14 245:15 245:15 245:16 | | 269:16 269:17 269:18 269:18 269:21 | |
| 187:5 187:5 187:6 187:9 187:9 187:9 | | 223:4 223:10 223:18 223:22 223:23 | | 245:19 245:22 246:3 246:5 246:8 246:8 | | 269:24 269:24 269:25 270:1 270:2 270:3 | |
| 187:10 187:10 187:11 187:13 187:13 | | 224:10 224:13 224:14 224:17 224:21 | | 246:11 246:17 246:17 246:21 246:22 | | 270:3 270:5 270:5 270:6 270:7 270:10 | |
| 187:22 187:23 187:24 187:24 187:24 | | 224:23 224:24 225:1 225:6 225:7 225:16 | | 246:25 247:3 247:4 247:6 247:10 247:13 | | 270:12 270:12 270:13 270:13 270:14 | |
| 187:25 187:25 188:2 188:3 188:5 188:5 | | 225:17 225:19 225:20 225:21 226:3 226:6 | | 247:13 247:14 247:21 247:22 247:23 | | 270:16 270:16 270:17 270:18 270:19 | |
| 188:6 188:6 188:7 188:7 188:7 188:10 | | 226:8 226:12 226:14 226:19 227:3 227:11 | | 247:23 248:2 248:5 248:9 248:9 248:9 | | 270:21 270:22 270:23 271:1 271:7 271:7 | |
| 188:10 188:13 188:19 188:19 189:1 189:1 | | 227:13 227:13 227:14 227:15 227:16 | | 248:13 248:16 248:21 248:22 248:23 | | 271:9 271:11 271:12 271:13 271:19 271:21 | |
| 189:4 189:4 189:7 189:7 189:8 189:9 | | 227:16 227:17 227:17 227:18 227:19 | | 248:24 248:25 249:1 249:2 249:2 249:4 | | 271:25 271:25 272:3 272:3 272:6 272:8 | |
| 189:10 189:14 189:15 189:16 189:20 | | 227:19 227:20 227:21 227:21 227:22 | | 249:6 249:9 249:9 249:14 249:16 249:17 | | 272:9 272:10 272:13 272:15 272:17 272:18 | |
| 189:21 190:2 190:6 190:6 190:6 190:8 | | 227:22 227:24 228:1 228:6 228:9 228:15 | | 249:21 249:22 249:23 249:25 249:25 250: | | 272:18 272:19 272:20 272:25 273:1 273:8 | |
| 190:9 190:17 190:22 190:24 190:24 190:2 | | 228:15 228:16 228:17 228:18 228:20 | | 250:6 250:8 250:9 250:12 250:12 250:12 | | 273:12 274:1 274:1 274:1 274:10 274:11 | |
| 191:2 191:3 191:5 191:6 191:10 191:12 | | 228:20 228:20 228:21 229:2 229:6 229:8 | | 250:21 250:21 251:5 251:7 251:10 251:11 | | 274:11 274:11 274:13 274:24 275:4 275:6 | |
| 191:17 191:19 191:21 191:25 191:25 192: | | 229:10 229:11 229:14 229:18 229:19 | | 251:11 251:12 251:13 251:19 251:19 | | 275:8 275:12 275:18 275:19 276:4 276:6 | |
| 192:7 192:8 192:10 192:14 192:21 192:22 | | 229:21 229:21 229:21 229:23 229:23 | | 251:21 251:22 251:24 251:25 252:1 252:3 | | 276:14 276:17 276:18 276:24 276:25 277:2 | |
| 193:6 193:9 193:10 193:11 193:12 193:12 | | 229:24 229:25 230:9 230:14 230:18 230:2 | | 252:3 252:7 252:9 252:10 252:18 252:20 | | 277:5 277:6 277:6 277:9 277:20 277:21 | |
| 193:13 193:13 193:14 193:19 193:20 | | 230:23 231:3 231:4 231:6 231:6 231:10 | | 252:24 252:24 253:3 253:4 253:5 253:7 | | 277:23 277:23 277:25 278:3 278:7 278:9 | |
| 193:21 193:22 193:25 193:25 194:2 194:8 | | 231:12 231:12 231:12 231:13 231:14 | | 253:9 253:11 253:12 253:12 253:12 253:1 | | 278:13 278:19 278:21 278:23 279:4 279:9 | |
| 194:10 194:10 194:19 194:20 194:25 195: | | 231:17 231:17 231:18 231:19 231:21 | | 253:15 253:16 253:17 253:21 253:23 | | 279:9 279:10 279:11 279:13 279:15 279:15 | |
| 195:4 195:6 195:7 195:11 195:12 195:12 | | 231:23 231:24 232:2 232:3 232:3 232:5 | | 253:23 253:24 254:3 254:7 254:12 254:13 | | 279:16 279:18 279:21 279:21 279:23 | |
| 195:13 195:15 195:16 195:18 195:19 | | 232:9 232:10 232:11 232:11 232:12 232:1 | | 254:14 254:15 254:16 254:17 254:17 | | 279:24 279:25 280:5 280:7 280:9 280:12 | |
| 195:22 195:24 195:24 195:25 196:1 196:3 | | 232:14 232:16 232:17 232:18 232:20 | | 254:24 254:25 255:1 255:4 255:6 255:9 | | 280:14 280:15 280:15 280:16 280:18 | |
| 196:5 196:10 196:13 196:13 196:16 196:2 | | 232:21 232:22 232:23 232:23 233:4 233:5 | | 255:9 255:11 255:11 255:13 255:14 255:1 | | 280:18 280:19 280:20 280:20 280:25 281:2 | |
| 196:22 196:23 196:24 196:24 196:25 | | 233:6 233:7 233:10 233:10 233:12 233:19 | | 255:20 255:22 255:24 256:1 256:3 256:3 | | 281:8 281:10 281:12 281:18 281:19 | |
| 197:1 197:1 197:2 197:4 197:9 197:12 | | 233:21 233:23 233:24 233:25 233:25 234: | | 256:5 256:6 256:8 256:9 256:9 256:12 | | 281:23 282:1 282:6 282:9 282:9 282:14 | |
| 197:15 197:16 197:21 198:2 198:7 198:19 | | 234:1 234:3 234:3 234:4 234:4 234:5 | | 256:20 256:20 256:20 256:21 256:21 257: | | 282:15 282:16 282:19 282:22 282:22 | |
| 198:21 198:24 199:3 199:3 199:8 199:11 | | 234:6 234:7 234:9 234:10 234:11 234:12 | | 257:4 257:4 257:5 257:6 257:9 257:9 | | 282:23 282:24 282:25 282:25 282:25 283:1 | |
| 199:12 199:12 199:13 199:16 199:16 | | 234:13 234:13 234:14 234:20 234:20 | | 257:10 257:12 257:14 257:23 257:25 258: | | 283:2 283:3 283:4 283:8 283:12 283:14 | |
| 199:20 200:7 200:19 200:22 201:2 201:2 | | 234:23 234:23 235:1 235:1 235:2 235:4 | | 258:7 258:9 258:10 258:11 258:13 258:1 | | 283:14 283:21 283:25 284:2 284:3 284:3 | |
| 201:8 201:12 201:12 201:20 202:12 202:1 | | 235:4 235:7 235:8 235:15 235:17 235:17 | | 258:15 258:16 258:17 258:18 258:19 | | 284:5 284:6 284:7 284:7 284:8 284:10 | |
| 202:19 202:22 202:24 202:25 203:4 203:5 | | 235:17 235:20 235:24 236:1 236:2 236:5 | | 258:19 258:20 258:21 258:24 259:2 259:3 | | 284:11 284:12 284:13 284:15 284:15 | |
| 203:7 203:12 203:17 203:18 203:19 203:1 | | 236:8 236:10 236:11 236:12 236:13 236:1 | | 259:6 259:8 259:10 259:11 259:14 259:15 | | 284:16 284:17 284:18 284:18 284:18 | |
| 203:21 203:21 204:6 204:10 204:10 | | 236:19 236:20 236:24 236:24 236:25 | | 259:16 259:18 259:18 259:22 259:24 260: | | 284:24 284:25 285:4 285:5 285:5 285:6 | |
| 204:15 205:6 205:6 205:10 205:17 205:19 | | 237:3 237:4 237:4 237:7 237:7 237:9 | | 260:4 260:4 260:7 260:10 260:11 260:13 | | 285:9 285:10 285:10 285:11 285:13 285:14 | |
| 205:19 205:21 205:22 206:4 206:4 206:21 | | 237:10 237:11 237:12 237:12 237:13 | | 260:15 260:18 260:18 260:19 260:20 | | 285:17 285:20 285:21 285:21 285:22 | |
| 206:23 207:3 207:4 207:5 207:14 207:16 | | 237:15 237:17 237:18 237:24 238:1 238:1 | | 260:25 261:1 261:5 261:7 261:12 261:13 | | 285:23 285:24 285:25 286:5 286:8 286:10 | |
| 207:16 208:4 208:8 208:16 208:19 209:1 | | 238:3 238:6 238:7 238:7 238:10 238:10 | | 261:14 261:14 261:15 261:16 261:20 | | 286:11 286:11 286:12 286:12 286:13 | |
| 209:15 209:21 209:25 210:1 210:7 210:15 | | 238:12 238:13 238:13 238:13 238:22 | | 261:21 261:24 261:25 262:2 262:8 262:16 | | 286:21 286:22 286:23 286:25 287:2 287:2 | |
| 210:16 210:24 211:3 211:5 211:5 211:7 | | 238:23 238:23 238:25 239:1 239:2 239:4 | | 262:16 262:17 262:18 262:18 262:18 | | 287:10 287:12 287:13 287:14 287:15 | |
| 211:8 211:9 211:12 211:24 212:1 212:3 | | 239:5 239:5 239:8 239:12 239:14 239:15 | | 262:23 263:4 263:6 263:6 263:7 263:9 | | 287:17 287:18 287:20 287:20 287:22 288:1 | |
| 212:5 212:7 212:8 212:8 212:15 212:19 | | 239:17 239:18 239:19 239:20 239:22 | | 263:9 263:11 263:13 263:14 263:17 263:1 | | 288:2 288:3 288:4 288:6 288:7 288:8 | |
| 212:21 212:23 212:24 213:7 213:15 213:1 | | 239:25 240:3 240:8 240:9 240:15 240:16 | | 263:20 263:20 263:24 263:24 263:25 | | 288:11 288:12 288:16 288:18 288:19 | |
| 213:15 213:16 213:24 214:3 214:4 214:4 | | 240:17 240:18 240:21 240:25 240:25 241: | | 264:2 264:5 264:6 264:7 264:7 264:8 | | 288:20 288:24 289:2 289:5 289:6 289:10 | |
| 214:9 214:15 214:15 214:20 214:22 214:2 | | 241:1 241:4 241:8 241:9 241:12 241:12 | | 264:10 264:11 264:11 264:13 264:14 | | 289:11 289:12 289:13 289:14 289:17 | |
| 215:4 215:7 215:10 215:11 215:17 216:1 | | 241:19 241:20 241:20 241:21 241:21 | | 264:17 264:19 264:19 264:21 264:21 | | 289:18 289:19 289:20 290:3 290:4 290:7 | |
| 216:7 216:7 216:7 216:13 216:14 216:14 | | 242:1 242:3 242:5 242:6 242:6 242:8 | | 264:23 264:25 265:2 265:4 265:7 265:7 | | 290:7 290:12 290:14 290:18 290:18 290:20 | |
| 217:4 217:4 217:7 217:20 218:2 218:3 | | 242:12 242:13 242:15 242:17 242:19 | | 265:8 265:14 265:17 265:17 265:17 265:1 | | 290:20 290:20 291:4 291:7 291:8 291:10 | |
| 218:3 218:9 218:10 218:19 218:21 218:25 | | 242:20 242:23 242:24 242:25 243:1 243:1 | | 265:21 265:21 265:23 266:1 266:7 266:8 | | 291:13 291:15 291:15 291:15 291:17 | |
| 219:14 219:15 219:19 219:20 219:21 | | 243:3 243:4 243:6 243:7 243:9 243:10 | | 266:9 266:21 266:21 266:22 266:24 267:1 | | 291:17 291:18 291:19 291:21 291:22 | |
| 219:22 220:1 220:3 220:8 220:15 220:17 | | 243:15 243:18 243:18 243:19 243:19 | | 267:3 267:10 267:14 267:22 267:25 268:1 | | 291:23 291:23 291:23 291:25 292:2 292:2 | |
| 220:18 221:10 221:15 221:17 221:18 | | 243:20 243:23 243:23 244:1 244:2 244:7 | | 268:1 268:3 268:4 268:17 268:19 | | 292:4 292:6 292:7 | |
| 221:19 | | 244:8 244:9 244:9 244:16 | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**the**(203) 292:8 292:10 292:12 292:12 292:14 292:15 292:17 292:21 292:23 292:23 292:24 292:24 292:24 292:25 292:25 293:1 293:1 293:1 293:2 293:2 293:3 293:3 293:5 293:7 293:8 293:9 293:9 293:9 293:11 293:11 293:13 293:15 293:15 293:16 293:17 293:17 293:18 293:19 293:20 293:21 293:21 293:22 293:24 293:25 294:1 294:1 294:2 294:3 294:4 294:7 294:7 294:8 294:9 294:9 294:11 294:14 294:17 294:18 294:18 294:19 294:24 294:23 295:1 295:1 295:5 295:6 295:9 295:13 295:16 295:16 295:17 295:18 295:18 295:19 295:23 295:24 295:25 296:1 296:1 296:2 296:2 296:3 296:4 296:5 296:5 296:7 296:8 296:8 296:9 296:18 296:19 296:20 296:21 296:22 296:23 296:24 296:25 297:1 297:4 297:5 297:9 297:10 297:10 297:11 297:16 297:18 297:19 297:20 297:20 297:20 297:21 297:21 297:21 297:22 297:23 297:24 297:25 298:1 298:1 298:3 298:3 298:4 298:5 298:5 298:6 298:6 298:6 298:6 298:7 298:8 298:8 298:9 298:10 298:12 298:13 298:14 298:15 298:17 298:22 298:22 298:23 299:1 299:3 299:3 299:4 299:5 299:7 299:8 299:9 299:10 299:11 299:13 299:15 299:19 299:19 299:19 299:20 299:23 299:23 300:1 300:2 300:3 300:4 300:5 300:5 300:6 300:8 300:9 300:9 300:10 300:11 300:11 300:12 300:13 300:13 300:14 300:15 300:16 300:16 300:19 300:19 300:24 301:5 301:7 301:9 301:10 301:11 301:13 301:19 301:25 302: 302:4 302:7 302:13 302:14 302:14 302:15

**their**(71) 14:3 14:17 22:3 26:7 31:5 35:5 38:3 42:12 43:12 43:15 44:25 46:13 50:20 82:14 82:14 82:21 84:17 84:19 84:20 86:17 87:22 89:4 89:9 89:11 89:22 89:23 89:23 89:25 94:6 94:6 96:3 100:21 107:21 108:5 109:21 110:24 117:7 117:7 117:8 117:9 117:9 118:10 118:11 119:7 163:3 173:13 178:3 181:22 181:24 187:18 190:4 190:16 197:13 198:5 202:1 239:18 240:14 240:15 241:12 245:13 247:24 247:24 250:1 252:17 253:9 264:8 273:9 279:10 283:5 298:8 301:25

**theirs**(1) 56:12

**them**(70) 19:14 19:18 26:23 27:13 27:14 27:14 27:19 31:21 33:20 33:21 34:23 35:3 42:16 44:21 47:20 47:21 48:12 48:13 48:24 56:9 56:11 58:21 59:2 66:6 69:23 74:6 75:9 75:10 86:8 87:4 103:11 103:12 125:5 133:24 136:7 136:24 157:8 159:17 159:25 160:2 161:4 161:5 162:5 162:11 164:15 170:24 177:4 177:4 178:10 179:19 180:11 182:10 184:10 205:16 207:2 218:1 231:4 240:22 249:18 252:1 253:7 254:22 259:17 269:23 270:4 271:17 275:11 277:2 280:18 287:19

**themselves**(2) 253:17 280:16
**then**(82) 25:25 28:16 32:23 34:2 35:11 35:25 40:4 40:13 59:10 64:15 65:14 70:11 73:19 78:22 80:7 80:17 81:17 82:14 86:13 86:14 86:17 86:20 87:22 87:22 87:24 98:15 98:19 98:20 98:24 99:13 99:17 101:7 101:17 103:5 103:16 108:17 116:13 117:20 118:8 124:1 124:13 125:16 131:8 138:18 144:5 145:16 155:5 157:8 164:2 165:5 168:12 170:3 180:22 184:2 192:15 204:11 225:9 239:2 244:3 244:8 244:22 245:10 245:11 246:14 249:3 249:10 262:25 263:7 264:2 264:20 266:5 267:14 267:25 281:4 281:10 283:1 288:14 293:20 298:9 298:13 298:18 301:7

**theoretically**(2) 15:4 27:20
**theory**(8) 26:18 26:20 235:16 235:18 235:20 237:17 237:18 237:19

**there**(191) 12:21 14:18 18:2 19:13 21:8 21:10 21:13 25:7 25:19 26:16 28:3 38:20 39:12 46:14 48:9 48:15 49:25 57:4 62:25 66:13 67:1 67:8 67:9 67:11 69:8 69:19 70:16 73:8 75:25 77:9 81:15 84:11 86:18 88:10 90:13 90:17 91:17 91:17 91:20 95:22 100:7 100:12 102:19 103:14 103:20 104:20 105:21 105:22 105:22 105:23 112: 112:17 115:2 117:20 117:20 118:18 118:21 123:7 124:10 124:13 126:4 126:5 126:6 126:8 127:2 131:10 133:10 133:20 136:10 136:16 137:1 137:11 138:10 138:1 138:18 138:19 138:24 141:15 141:17 141:18 141:18 141:20 141:21 141:21 144:17 144:21 151:8 152:12 153:10 158:1 159:9 159:10 159:23 160:6 160:15 161:19 162:17 163:15 164:2 165:13 165:17 165:22 166:3 166:13 166:18 166:22 166:25 172:7 180:13 180:16 180:22 182:19 182:25 196:20 210:19 213:4 213:23 214:16 219:7 221:1 223:14 223:22 225:2 226:5 229:14 230:16 231:18 232:19 232:23 237:1 241:6 241:24 242:6 245:22 246:2 246:2 247:8 247:17 249:6 249:17 249:21 249:24 250:1 252:6 253:5 253:21 256:9 256:20 256:23 256:25 257:6 257:12 257:20 258:2 258:13 260:22 261:4 262:19 265:21 266:8 267:1 268:2 268:20 268:23 272:14 273:3 274:7 274:21 275:3 276:20 277:5 278:14 280:16 282:21 282:21 283:12 286:11 289:21 290:5 290:25 291:17 292:6 292:17 293:5 293:8 293:10 295:24 297:13 297:15 298:19 302:

**there's**(54) 12:21 13:6 15:16 21:7 23:3 26:16 26:17 32:24 34:17 36:10 54:6 58:14 64:4 64:16 65:5 65:14 68:4 69:15 69:17 132:5 135:10 136:11 145:21 146:11 146:12 164:2 174:20 191:16 193:8 193:9 193:9 213:16 214:1 216:10 221:9 226:23 233:14 239:16 241:6 242:25 247:1 250:23 250:24 252:14 257:20 260:23 266:5 272:21 282:2 286:17 287:16 297:23

**thereabouts**(1) 39:11
**thereafter**(1) 290:15
**thereby**(1) 80:16
**therefore**(3) 27:18 77:6 188:21
**there's**(15) 75:13 84:8 84:21 85:15 86:4 95:13 99:2 99:21 104:19 104:25 106:9 110:21 112:19 118:22 124:9

**these**(53) 30:4 38:14 41:19 48:16 48:23 48:25 51:13 58:1 61:24 66:4 73:23 74:4 80:11 82:9 82:21 106:3 106:11 106:12 107:12 108:4 109:3 109:6 109:8 109:13 109:14 109:17 109:25 110:25 119:8 125:12 134:18 150:13 158:18 184:21 186:2 192:5 202:19 213:12 214:25 219:11 226:24 233:7 247:18 257:13 262:20 263:16 266:20 270:9 271:9 295:9 296:19 297:4

**they**(195) 13:10 15:11 15:12 15:15 15:19 15:19 16:3 22:2 22:3 22:3 22:4 26:14 26:19 26:20 26:24 27:13 27:14 27:14 27:16 31:4 33:4 33:23 35:3 35:5 35:20 36:17 37:22 42:6 42:8 42:11 42:11 43:3 43:3 43:6 43:11 43:16 45:10 45:12 46:4 46:11 46:12 46:14 46:17 46:20 47:10 47:19 50:4 50:25 51:3 51:10 53:1 53:3 53:4 56:14 56:22 56:23 57:9 58:6 58:8 58:19 59:1 59:19 67:23 73:12 75:11 75:14 77:18 77:19 77:20 78:10 78:15 79:12 80:5 80:9 89:22 96:3 97:13 97:13 100:20 104:22 104:23 105:20 106:15 107:25 108: 108:2 108:3 110:3 110:16 110:23 116:1 117:11 117:15 117:18 120:23 125:6 132:2 134:11 135:23 136:15 136:18 139:4 139:21 144:8 144:21 149:19 153:10 155:3 156:14 156:18 156:19 157:8 158:11 159:15 159:11 159:22 159:23 159:23 160:11 160:25 162:1 162:8 162:16 162:17 163:25 167:10 167:14 171:2 171:4 172:24 172:25 173:1 174:4 175:18 175:20 177:22 178:25 179:11 179:1 179:18 179:20 188:21 190:4 196:19 197:22 197:24 228:18 230:6 231:2 231:2 231:4 231:17 231:20 234:3 234:6 240:11 243:6 247:24 247:25 248:1 248:1 249:1 249:3 249:10 249:23 252:7 256:22 258:18 259:17 264:7 267:18 269:24 271:15 273:9 276:3 277:10 277:12 280:10 280:12 280:14 280:15 280:21 283:10 286:20 287:14 288:13 288:14 291:24 293:6 294:5 294:12 296:24 298:13

**they'll**(1) 248:20
**they're**(22) 21:3 26:18 30:11 33:4 33:7 33:8 39:21 43:21 47:1 47:10 57:14 136:18 151:8 159:15 159:23 160:23 193:15 240:6 240:14 246:22 249:9 298:8

**they've**(7) 16:16 27:23 38:17 38:19 53:13 257:11 257:14

**they're**(10) 58:18 58:19 103:14 105:23 106:14 107:13 110:13 124:6 124:7 124:8

**they've**(2) 104:13 110:19
**thicket**(1) 136:5
**thing**(18) 64:21 78:16 88:17 95:10 96:18 125:6 155:14 155:15 232:22 232:25 238:2 239:3 245:25 246:16 260:10 260:11 273:18 281:17

**things**(20) 35:17 62:5 74:2 74:4 74:12 79:18 79:19 131:7 141:10 175:20 192:5 213:12 226:8 240:19 241:4 245:4 245:22 247:11 269:20 269:21

**think**(213) 15:10 15:23 16:4 16:8 16:24 17:4 20:10 21:4 23:16 24:14 26:15 26:16 29:24 32:20 33:13 34:1 34:9 35:3 35:4 36:5 36:6 36:10 36:15 36:20 38:2 38:20 41:3 41:23 42:2 42:25 43:4 43:6 43:19 43:20 43:22 44:1 44:6 44:25 45:7 45:8 47:3 47:3 47:7 48:9 52:9 52:16 53:24 55:6 57:11 61:8 61:13 64:2 66:25 67:4 69:14 69:16 70:9 72:2 73:18 73:21 73:25 74:12 74:13 75:2 76:2 78:13 78:16 79:22 80:6 82:7 86:11 86:24 86:25 87:11 87:14 87:18 87:19 88:17 89:17 90:5 90:6 93:22 93:22 94:21 96:7 96:13 96:24 97:5 97:10 97:10 97:22 98:4 99:2 99:3 99:7 103:12 104:21 104:22 105:1 107:20 109:23 111:5 111:6 111:18 114:11 114:13 116:8 117:19 117:23 119:8 124:12 125:16 125:28 127:18 131:3 133:17 133:25 135:10 136:7 137:4 137:16 137:20 140:25 142:7 143:3 147:17 150:25 152:2 152:8 152:14 152:24 155:4 155:13 155:21 155:25 156:14 157:3 161:7 163:1 164:10 164:16 169:2 170:13 174:10 174:20 177:10 178:1 180:8 183:21 185:25 186:25 187:19 192:14 210:1 217:4 217:5 230:5 231:11 232:15 232:22 234:12 235:19 236:15 236:18 237:18 237:18 237:19 238:1 238:1 239:5 239:13 241:5 245:1 246:18 246:19 246:20 249:17 250:14 250:25 252:4 252:11 252:12 252:14 252:15 255:2 255:2 257:11 257:14 257:17 259:2 260:12 260:16 260:21 268:12 275:19 278:13 278:14 280:3 280:10 280:21 283:14 283:15 288:16 288:17 291:3 296:13

**thinking**(11) 34:13 43:20 179:23 185:23 218:24 239:14 252:1 252:17 252:17 253:9 290:4

**third**(16) 49:16 61:6 65:17 67:6 68:25 69:5 72:22 72:23 106:15 112:18 136:11 185:1 185:18 214:4 245:14 294:1

**thirty-six**(1) 208:13

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**this**(301) 12:12 12:24 13:7 13:16 13:22 17:3 17:18 18:6 18:17 20:17 21:14 22:9 22:12 23:14 23:21 28:4 28:4 30:3 30:14 35:23 37:5 37:5 39:18 39:22 39:23 39:23 40:8 40:10 40:11 41:21 43:7 43:18 44:20 45:18 49:22 50:1 53:7 54:11 57:10 58:18 60:7 60:18 60:19 60:21 61:6 61:14 61:17 62:4 63:1 63:11 64:14 64:25 65:5 65:5 66:10 66:14 66:18 66:20 67:16 67:16 67:18 68:3 68:18 69:16 69:25 70:10 71:7 71:20 73:1 73:3 73:5 73:5 73:16 75:24 76:19 79:20 81:4 81:13 81:16 82:7 84:7 85:10 86:10 87:10 89:4 89:7 89:14 89:18 89:24 89:25 90:1 90:2 90:4 90:6 90:24 91:16 91:23 91:24 92:25 96:3 96:20 97:17 99:6 99:8 99:11 99:20 102:24 103:13 104:11 104:19 105:4 105:5 105:16 106:7 106:11 106:18 107:3 107:16 107:17 108:9 108:13 109:5 109:24 110:7 112:15 113:11 114:12 115:22 118:19 119:1 119:7 120:6 120:6 120:24 121:25 122:5 122:25 123:9 123:19 127:20 128:11 129:7 129:22 129:2 129:25 130:7 132:2 133:17 136:4 137:6 137:8 139:14 140:15 141:3 143:2 143:4 144:21 146:5 147:12 148:6 149:1 149:13 149:16 152:11 154:6 154:7 154:11 154:13 154:13 154:17 155:14 156:24 160:4 161:21 164:3 164:10 164:10 165:25 168:12 168:23 174:18 175:21 175:23 176:2 176:2 179:23 183:13 184:5 184:17 185:19 187:6 187:20 189:10 190:23 191:20 193:20 195:4 195:15 195:25 196:4 196:13 196:18 196:22 197:4 197:6 198:11 200:22 203:1 203:20 203:25 204:9 204:12 204:21 207:9 207:10 207:21 207:24 208:4 209:2 209:4 210:2 210:12 210:10 210:11 210:18 211:17 213:22 214:6 214:10 214:21 214:23 215:7 215:9 216:13 216:14 216:17 217:20 217:2 217:25 218:19 219:7 220:18 221:19 221:22 234:10 234:24 236:3 236:18 236:2 238:18 239:4 239:8 239:14 239:24 240:1 240:6 240:7 240:21 241:11 244:10 244:15 244:15 244:16 244:18 244:20 244:20 245:2 245:20 245:22 246:6 246:10 246:20 247:5 247:10 247:17 247:21 248:2 248:3 248:19 248:21 249:1 249:10 250:15 250:17 250:15 251:5 251:8 251:10 251:12 251:22 252:4 252:19 252:21 252:24 252:25 253:1 253:9 253:9 253:11 253:19 253:20

**this**(54) 254:12 254:19 255:9 256:7 256:14 256:19 256:21 256:24 257:16 257:17 257:21 257:22 257:25 258:22 259:12 259:19 261:7 261:17 263:10 263:12 263:23 264:6 264:23 265:12 266:15 267:7 267:11 271:2 271:5 271:14 271:23 277:23 282:2 283:21 284:1 284:2 286:2 287:3 288:13 289:2 289:3 289:9 289:10 290:16 290:21 293:12 293:24 294:10 294:14 295:4 295:5 297:8 300:22 302:4

**thomas**(1) 3:35

**thorough**(2) 167:4 185:20

**those**(82) 33:15 36:11 36:13 36:14 37:14 38:9 42:5 44:8 51:22 51:24 55:21 55:21 57:13 58:1 62:5 65:10 72:10 78:16 79:18 79:19 80:3 81:12 84:22 86:7 87:8 87:23 94:19 95:21 105:17 107:20 109:10 110:6 110:7 113:20 113:22 121:1 121:2 121:2 124:4 124:5 133:1 133:5 135:9 135:9 137:9 140:20 145:10 146:21 149:20 157:1 164:7 167:9 172:18 172:22 178:10 182:13 182:16 182:20 183:3 183:11 184:24 209:11 227:5 227:18 227:24 233:19 241:3 241:25 242:7 242:10 243:24 258:22 259:1 271:13 271:24 277:10 294:20 295:12 296:21 298:21 299:11 300:14

**though**(8) 66:1 86:17 95:5 139:5 148:14 204:13 215:9 231:21

**thought**(41) 21:10 37:13 46:20 53:4 56:18 99:5 99:22 118:2 136:19 137:7 154:17 157:24 161:3 165:23 166:15 167:2 167:12 167:18 188:14 231:2 232:10 232:13 252:2 252:9 252:18 255:25 260:18 260:19 260:22 264:3 266:5 269:16 269:23 272:23 279:8 279:12 283:3 288:6 288:15 290:9 291:10

**thoughts**(1) 207:16

**threatening**(1) 271:16

**three**(16) 13:17 29:8 48:16 62:5 75:25 76:9 162:7 223:17 225:9 228:1 259:20 259:22 260:17 260:20 267:3 292:22

**through**(50) 25:8 34:12 34:13 34:23 36:16 38:18 38:23 61:24 73:17 79:24 84:17 85:1 87:20 88:1 99:5 103:3 103:12 105:23 113:9 113:11 130:2 131:11 133:16 148:2 154:20 159:4 161:23 164:3 186:15 186:19 187:1 215:7 215:11 218:15 244:17 244:19 247:22 256:7 260:18 261:3 263:24 264:19 266:25 284:17 285:21 288:14 289:2 290:20 292:21

**throughout**(4) 226:23 239:18 246:3 272:15

**throwing**(1) 145:20

**thrust**(2) 240:25 249:25

**thumb**(2) 68:25 69:7

**thumbs**(1) 69:15

**thursday**(1) 283:14

**ties**(1) 149:24

**time**(124) 13:23 19:5 19:8 19:9 22:4 25:23 41:1 41:3 41:12 55:23 58:7 58:10 58:16 58:20 59:1 69:23 71:4 71:15 71:22 73:4 73:21 73:23 73:24 93:25 96:11 96:17 97:7 97:7 103:25 122:19 122:20 134:21 139:25 144:25 144:25 155:14 156:14 156:15 157:5 169:24 170:7 170:18 170:24 171:10 171:12 172:6 172:6 181:6 187:9 187:23 188:6 191:16 194:16 194:19 195:24 196:1 196:14 196:18 197:2 197:3 197:4 199:12 201:18 201:12 201:16 204:9 204:13 207:24 208:4 209:1 210:15 212:10 212:20 213:22 214:10 214:23 215:9 218:15 219:7 220:8 220:11 221:23 225:21 225:21 227:3 227:3 227:24 228:16 228:18 229:1 229:14 229:22 230:21 231:13 232:3 232:16 232:23 234:9 234:14 244:11 254:20 257:21 262:2 262:1 262:18 263:9 264:18 269:25 271:5 273:4 273:8 274:3 274:7 274:13 277:5 281:1 281:3 284:4 284:5 286:8 291:13 292:4 297:4 300:23

**timeframe**(1) 113:8

**times**(32) 28:12 29:11 29:16 29:21 29:25 30:6 30:13 30:18 30:21 40:18 44:17 44:15 44:19 59:6 59:7 59:9 106:24 156:21 162:7 171:17 171:20 171:25 183:15 190:20 198:18 202:13 202:13 202:13 214:17 228:19 260:17 289:10

**timing**(5) 57:13 57:15 57:16 58:9 95:10

**tirelessly**(1) 131:20

**title**(4) 72:22 204:11 223:14 223:16

**tlb**(1) 214:4

**tms**(6) 44:11 45:10 45:13 45:13 49:15 52:18

**to-face**(1) 264:4

**today**(24) 19:4 19:7 30:20 31:23 32:3 58:20 143:2 143:24 163:1 166:21 170:6 173:17 177:9 202:9 203:25 204:2 207:8 210:11 214:12 215:18 229:4 281:18 294:4 301:6

**today's**(3) 58:21 127:19 218:11

**together**(10) 17:10 26:23 50:1 50:19 66:7 66:10 106:22 158:18 160:8 243:17

**told**(26) 41:5 52:19 118:14 131:21 143:21 148:3 148:24 162:5 162:11 166:24 166:25 167:2 184:20 186:3 188:18 205:12 232:10 232:13 237:25 268:8 270:21 278:8 279:8 288:5 288:14 288:15

**tolerance**(1) 193:18

**tom**(4) 276:24 290:2 290:2 290:11

**tomorrow**(5) 53:21 301:14 301:17 301:23 301:24

**tomorrow's**(1) 300:25

**too**(4) 118:1 136:15 252:7 252:7

**took**(19) 28:16 35:9 35:11 35:25 44:4 58:20 59:1 75:10 79:17 91:3 110:5 117:21 126:14 158:16 159:25 230:3 232:1 290:20

**tools**(1) 245:15

**top**(17) 35:25 65:5 67:7 69:4 72:24 106:9 120:25 126:7 132:6 182:11 183:21 213:15 216:8 221:17 239:17 295:22 296:3

**topic**(4) 227:1 259:18 286:6 299:3

**topics**(4) 218:2 218:9 218:13 218:19

**torres**(2) 2:28 9:35

**tos**(1) 261:12

**total**(18) 13:20 16:9 20:11 32:17 32:24 37:21 56:7 60:8 83:6 89:22 94:1 116:22 124:20 126:13 202:2 229:4 229:10 234:9

**totally**(4) 214:5 263:11 288:7 295:11

**touch**(2) 84:23 209:2

**toward**(1) 132:6

**trade**(5) 67:17 67:23 163:23 229:24 252:5

**traded**(5) 65:20 67:20 68:12 122:7 122:10

**trader**(2) 77:20 79:16

**trades**(1) 59:13

**trading**(7) 199:3 199:7 199:12 199:16 199:20 202:12 214:5

**trailing**(3) 46:12 123:22 124:11

**transaction**(47) 55:19 55:20 56:7 57:18 57:25 58:17 58:25 68:14 71:11 74:24 75:2 75:18 75:23 75:24 76:3 77:2 77:3 77:5 77:7 77:8 77:11 77:12 77:21 79:16 79:17 143:25 144:7 146:4 146:9 166:8 182:8 192:1 194:20 213:10 213:24 214:22 220:8 220:13 220:14 232:14 233:10 234:2 234:3 234:4 234:5 234:6 259:22

**transactions**(33) 55:13 55:17 56:1 56:19 56:20 56:20 56:22 57:5 57:9 57:9 57:13 57:14 57:15 58:1 58:19 58:25 74:10 74:1 74:19 76:25 79:15 139:20 144:12 144:23 145:2 145:4 145:8 172:15 173:9 206:19 206:25 207:2 232:7

**transcriber**(1) 302:19

**transcript**(5) 1:17 1:50 28:14 28:21 302:14

**transcription**(2) 1:43 1:50

**transfer**(4) 180:24 181:14 181:15 268:11

**transmittal**(2) 258:4 282:19

**trash**(1) 108:12

**travel**(3) 55:18 55:20 274:16

**traveled**(2) 157:18 274:18

**treasurer**(1) 172:23

**treated**(1) 122:17

**treatment**(1) 138:25

**tree**(1) 244:6

**trehan**(1) 9:32

**trial**(5) 239:18 245:6 267:9 267:17 272:18

**triangulate**(2) 103:9 114:17

**trib**(2) 205:18 215:10

**tribs**(1) 205:5

**tribune**(103) 1:8 6:4 6:20 30:1 30:7 30:7 31:4 31:11 32:1 32:3 32:12 35:3 36:3 41:21 41:25 42:9 42:21 52:3 52:22 53:8 53:18 53:22 65:10 66:2 73:2 75:3 79:6 82:24 84:2 84:5 84:6 88:11 104:13 105:12 112:13 115:13 116:17 117:25 118:5 124:18 129:4 130:12 130:17 139:17 139:20 139:24 145:25 150:17 151:1 155:20 155:24 158:12 158:17 158:21 159:1 163:24 175:8 177:6 177:20 178:2 179:5 179:6 180:9 180:25 181:4 182:24 194:14 194:19 194:24 202:6 202:9 203:1 207:16 208:17 208:20 210:16 211:5 211:20 212:15 214:9 218:10 220:3 220:24 221:19 221:24 224:6 228:5 228:10 230:19 253:2 254:14 262:14 270:18 275:9 287:4 287:9 287:15 291:25 292:4 292:7 292:13 297:6 297:18

**tribune's**(9) 29:15 30:22 35:1 65:8 65:11 65:19 65:21 65:23 229:2

**tribune's**(7) 7:12 79:10 82:20 90:7 100:13 120:18 126:12

**tricadia**(2) 10:20 10:20

**tried**(8) 16:4 35:15 83:21 94:8 118:10 118:10 194:24 270:2

**tries**(1) 209:10

**trouble**(1) 146:2

**true**(3) 31:3 31:7 176:5

**trump**(1) 8:50

**trust**(12) 5:41 9:35 133:19 134:5 189:7 299:24 300:2 300:5 300:9 300:12 300:13 300:17

**trustee**(4) 3:12 3:12 134:12 300:4

**trustees**(2) 153:15 280:17

**truth**(1) 248:9

**try**(21) 83:21 97:6 97:9 98:18 98:19 99:3 99:7 103:10 103:12 114:13 118:6 146:21 160:1 190:11 199:7 239:2 239:10 250:6 288:13 296:15 301:24

**trying**(16) 63:13 95:9 97:12 97:14 97:22 164:5 175:1 192:5 219:3 220:23 240:6 246:23 246:24 249:25 257:15 257:16

**tuesday**(1) 12:1

**tuliano**(8) 62:12 62:18 62:19 64:18 112:13 112:14 115:8 115:12

**tuliano's**(2) 17:10 62:23

**tuliano's**(2) 111:10 112:1

**turmoil**(1) 58:13

**turn**(39) 13:25 22:12 28:16 28:22 32:12 40:19 41:17 72:17 74:16 112:2 116:4 117:18 117:19 117:24 117:24 118:4 118:4 118:16 118:20 119:17 120:11 121:4 121:6 122:3 123:2 123:6 126:5 201:20 221:3 236:20 252:20 254:7 254:24 263:20 265:4 265:5 291:15 296:4 299:3

**turn-around**(1) 225:1

**turned**(1) 186:1

**twelve**(3) 45:25 46:2 243:21

**twenty**(4) 198:20 202:13 230:5 230:5

**twenty-two**(1) 202:13

**twice**(1) 51:13

10/05/11 15:37:57

| Word | Page:Line |
|---|---|

**two**(69) 24:12 29:8 34:11 40:3 40:19 50:12 50:16 55:17 56:19 57:22 76:9 94:1 95:9 101:4 108:18 112:4 125:2 128:13 137:16 139:9 155:5 162:7 186:15 186:19 188:19 194:22 212:6 212:16 213:17 213:2 218:24 219:4 219:5 219:9 219:21 220:8 230:7 233:21 233:23 233:24 234:14 238:1 239:22 240:19 241:3 241:21 241:24 242:5 242:7 242:11 249:17 255:11 260:17 261:4 263:25 264:10 267:9 277:5 279:21 280:20 281:7 281:8 291:3 293:25 294:11 296:21 297:4 298:11 298:19

**two-and-a-half-billion**(1) 260:23
**type**(3) 74:8 125:7 126:9
**types**(7) 51:24 73:23 74:2 95:21 98:6 184:21 186:2

**typical**(3) 122:20 198:24 252:4
**typically**(2) 107:25 108:1
**u.s**(1) 220:17
**ucc**(1) 136:15
**uh-huh**(12) 205:4 205:7 206:16 207:7 207:19 207:23 210:19 212:12 213:19 215:18:23 221:14

**ultimate**(3) 114:17 154:3 189:11
**ultimately**(6) 103:7 114:18 125:11 161:22 191:21 225:22

**um-hum**(2) 82:19 160:4
**un-impacted**(1) 84:20
**unable**(4) 110:11 110:13 235:16 235:21
**unaffected**(1) 86:8
**unaware**(1) 294:20
**unbridgeable**(1) 268:2
**uncertainty**(1) 124:9
**under**(39) 21:17 67:11 88:10 90:7 118:22 123:11 126:7 128:9 132:4 135:1 135:16 138:2 142:8 149:1 154:6 174:11 214:6 214:10 214:13 225:4 238:10 238:21 241:9 241:21 252:20 266:20 277:12 282:11 287:17 292:2 292:14 292:25 293:2 293:18 294:20 297:22 298:14 299:23 300:2

**under-funded**(10) 82:15 84:8 84:11 84:15 85:1 85:11 86:6 86:14 86:18 87:22

**under-funding**(2) 88:10 89:20
**undercut**(2) 231:4 280:14
**underfunded**(1) 88:21
**underlying**(2) 245:22 259:22
**underperforms**(1) 31:11
**understand**(41) 17:2 19:22 73:21 76:17 77:23 78:5 80:14 85:19 87:20 93:19 99:11 131:8 134:13 135:1 136:6 138:2 147:23 162:14 162:16 174:15 180:21 181:21 182:1 185:1 185:12 186:4 188:15 191:20 240:24 246:13 248:13 252:17 254:19 264:13 268:23 275:18 278:2 288:8 288:25 289:10 294:3

**understanding**(54) 24:12 42:9 42:24 46:22 80:25 90:12 119:3 119:11 130:6 132:1 135:6 138:10 138:14 141:5 143:18 144:2 147:20 147:22 148:1 148:17 156:11 165:1 165:10 166:22 177:22 181:13 189:6 204:2 211:11 214:20 215:10 215:13 231:7 237:9 238:6 239:19 243:3 248:8 272:2 272:6 272:16 272:19 243:24 273:25 275:19 275:21 276:13 276:21 295:5 297:13 297:1 299:4 299:17 299:24

**understands**(1) 174:20
**understated**(1) 80:10
**understood**(12) 19:23 42:20 103:17 120:21 131:7 134:10 145:6 148:14 162:6 163:14 164:5 302:7

**undertake**(4) 146:20 194:13 233:1 233:2

**undertaking**(1) 199:13
**undertook**(1) 165:10
**underweight**(1) 59:2
**underwrite**(3) 170:25 214:6 214:9
**underwritten**(1) 214:24
**unfairly**(1) 271:10
**unfortunately**(1) 188:17
**unidentified**(1) 63:18
**united**(2) 1:1 1:19
**units**(1) 46:20
**university**(3) 147:14 224:14 224:23
**unknown**(49) 136:4 145:11 146:6 146:23 148:19 148:23 152:18 152:19 152:20 152:22 158:24 167:15 171:8 178:5 180:7 181:18 185:8 185:9 185:10 185:11 187:15 187:16 187:18 187:20 187:21 189:23 191:12 191:23 192:23 193:5 194:2 195:9 195:15 196:13 196:25 197:3 197:6 211:9 215:12 217:4 217:9 217:11 217:14 217:15 217:16 217:18 235:13 236:8

**unlike**(1) 247:24
**unlikely**(8) 233:11 233:15 233:19 243:3 244:5 295:10 295:11 295:12

**unprofitable**(2) 33:18 33:21
**unrealistic**(1) 110:12
**unrealized**(6) 83:21 84:10 84:13 84:18 84:23 85:20

**unreasonable**(2) 249:3 249:10
**unreasonableness**(1) 248:22
**unsecured**(16) 3:26 4:24 129:19 130:9 130:24 138:25 156:25 190:9 190:13 242:1 260:24 260:25 270:2 298:13 298:15 298:17

**unsubordinated**(2) 270:18 270:24
**until**(7) 39:23 89:15 102:6 154:20 261:20 277:25 281:1

**untold**(1) 191:24
**unusual**(7) 57:25 64:21 71:17 71:20 139:11 213:17 213:11

**unwilling**(1) 227:4
**update**(21) 22:3 22:5 24:14 37:6 39:18 40:25 41:1 41:2 41:4 41:5 41:5 41:14 81:14 90:1 94:22 117:16 118:9 200:7 200:19 201:5 201:11

**updated**(25) 16:13 21:17 21:20 23:8 24:1 24:11 25:2 25:2 28:5 28:23 38:3 38:4 41:7 61:7 89:25 116:25 117:4 117:6 117:10 119:24 200:4 201:8 201:15 201:18 294:5

**updates**(1) 107:23
**updating**(7) 19:17 20:10 24:19 32:8 40:23 41:11 62:2

**uplift**(1) 40:2
**upon**(9) 74:24 78:24 107:24 119:13 124:2 185:22 245:20 248:24 294:23

**upside**(3) 193:9 193:10 193:17
**upward**(1) 197:22
**urged**(1) 270:4
**usa**(3) 9:8 31:23 32:3
**use**(31) 25:16 27:1 34:17 37:18 41:12 45:18 46:11 46:12 48:10 49:9 56:6 56:6 76:24 78:9 100:20 107:7 113:16 116:16 118:3 125:17 175:17 176:18 176:21 199:7 199:16 199:20 240:6 248:21 249:1 258:22 270:23

**used**(46) 21:24 22:3 25:16 26:13 26:23 26:25 27:2 27:16 28:11 34:8 35:10 46:4 46:14 47:5 47:7 47:12 47:19 48:8 48:12 48:14 49:17 59:3 59:5 59:9 61:7 61:16 61:17 69:23 74:19 74:22 77:2 77:6 81:24 94:6 103:18 114:7 114:9 117:6 122:20 128:10 137:23 173:8 180:25 198:21 239:1 251:10

**uses**(2) 35:24 47:17
**using**(28) 24:11 25:2 25:2 26:3 26:6 26:6 34:4 34:15 38:5 45:22 59:14 59:23 61:7 61:10 62:2 76:11 96:2 97:4 97:19 103:10 112:4 113:17 114:15 114:19 121:8 123:20 239:2

**usually**(3) 122:16 230:6 289:23
**utilize**(1) 125:7
**utilized**(1) 34:4
**utilizing**(3) 33:23 49:1 125:13
**vacation**(1) 260:13
**vaguely**(1) 267:24
**valerio**(1) 9:15
**validated**(1) 185:23
**valuable**(3) 29:15 30:1 287:18
**valuation**(89) 14:2 14:7 14:9 14:16 16:8 16:10 16:12 16:16 16:18 17:5 19:2 23:1 29:23 30:17 36:16 40:24 41:1 41:2 41:4 41:6 41:7 41:12 45:16 45:24 46:13 47:12 49:1 49:17 52:10 52:16 54:9 57:11 61:2 63:8 64:21 66:16 66:23 67:12 79:10 80:7 84:1 95:12 99:3 103:2 111:8 113:15 114:1 114:13 115:13 115:13 115:21 116:10 116:17 119:12 119:19 120:4 120:5 120:17 122:20 123:9 124:13 126:8 138:21 197:10 197:13 198:8 198:15 198:18 199:13 199:1 199:19 199:24 200:4 201:2 201:6 201:9 201:11 201:21 201:24 202:16 203:1 203:4 203:6 203:8 203:8 203:15 293:14 299:10 299:18

**valuations**(7) 36:16 40:25 41:5 41:11 46:8 51:18 103:9

**value**(110) 16:7 16:9 16:11 16:22 17:3 23:5 24:9 24:11 35:7 38:25 39:13 40:23 41:24 45:22 51:6 53:24 58:9 60:9 64:18 65:8 65:19 66:1 67:15 68:15 68:16 68:17 69:8 71:11 78:12 78:25 79:20 80:10 80:19 83:7 85:8 85:23 86:21 89:22 93:16 93:23 93:24 93:25 94:1 94:3 95:11 95:15 96:15 96:18 96:11 96:12 97:10 98:20 113:25 116:23 120:22 121:8 124:3 124:17 124:20 125:14 125:15 126:1 133:12 146:21 187:13 188:2 188:10 189:4 189:8 189:9 189:16 197:22 198:16 199:23 200:8 202:2 224:1 228:22 233:20 239:21 243:1 243:5 243:6 243:18 244:7 244:9 250:12 279:10 279:10 281:20 284:24 285:22 292:2 292:4 292:7 292:10 292:11 293:3 294:3 294:7 297:10 297:11 297:16 297:18 297:20 298:20 298:20

**valued**(4) 33:7 33:13 51:24 202:8
**values**(7) 36:14 37:16 61:11 63:3 65:25 244:22 244:23

**valuing**(9) 17:25 29:15 45:19 69:18 74:6 96:21 97:3 112:13 198:25

**variability**(1) 117:20
**variable**(1) 118:7
**variables**(2) 122:16 122:18
**variables"**(1) 122:13
**variance**(4) 23:5 39:6 39:7 69:9
**variation**(1) 69:9
**variety**(6) 74:2 74:12 75:13 103:2 122:19 173:9

**various**(14) 13:7 30:4 63:8 73:10 95:2 98:11 127:10 167:3 218:12 241:2 244:8 244:23 275:11 285:23

**vast**(1) 105:16
**vastly**(1) 298:13
**vazquez**(1) 4:33
**venture**(2) 74:7 78:2
**ventures**(7) 51:19 76:23 78:2 78:6 78:8 79:7 79:11

**version**(13) 164:23 164:23 164:25 165:2 165:2 165:6 165:7 253:12 253:15 253:16 254:17 254:22 282:16

**versions**(1) 247:14
**versus**(5) 35:6 40:4 89:16 112:9 118:4
**very**(42) 18:7 30:11 37:18 44:17 44:17 44:20 44:20 45:7 57:16 58:8 58:20 59:1 67:4 75:24 95:5 95:12 100:11 105:11 105:18 105:20 105:25 150:20 150:20 164:10 172:10 175:7 220:16 220:17 231:3 245:19 251:17 256:2 260:21 261:2 264:3 266:16 269:1 285:1 285:1 289:22 289:23 297:24

**vice**(2) 178:16 203:19
**vice-chairman**(2) 169:18 174:19
**vice-president**(1) 187:2
**video**(24) 127:10 127:16 128:16 129:11 129:15 129:17 134:2 137:25 140:13 140:23 142:10 149:3 154:8 161:10 168:4 169:8 174:13 175:25 183:16 184:3 187:7 194:11 203:24 222:2

**view**(51) 15:8 15:19 19:16 19:18 32:7 55:25 101:16 102:23 110:25 110:25 111:2 114:22 115:16 124:17 124:19 139:18 145:18 147:20 147:23 155:15 156:7 167:5 167:8 183:5 185:3 186:3 188:20 192:25 193:1 193:2 193:6 193:7 202:18 202:22 202:24 203:3 209:1 226:25 233:4 233:6 243:18 244:25 250:11 258:4 268:3 269:13 269:14 270:3 286:13 291:18 292:12

**viewed**(2) 159:19 286:3
**viewing**(2) 250:4 290:3
**views**(13) 107:18 136:18 255:16 263:6 263:20 264:8 264:9 264:10 264:11 269:18 273:15 273:20 274:4

**viking**(1) 6:32
**vinson**(1) 8:24
**violating**(1) 45:13
**violation**(1) 256:19
**virginia**(2) 224:14 224:23
**virtue**(1) 234:5
**vis-a-vis**(1) 30:13
**vis-à-vis**(1) 102:14
**visibly**(1) 63:17
**visually**(1) 87:24
**vogue**(1) 74:3
**volume**(2) 116:2 119:19
**volunteer**(1) 168:7
**vora**(1) 9:9
**vote**(2) 153:12 154:5
**voted**(4) 134:15 134:20 136:20 153:8
**voting**(2) 67:22 67:24
**vrc**(7) 17:21 17:24 18:1 18:4 18:4 65:6 113:7

**vrc's**(2) 65:18 65:21
**wacc**(1) 93:11
**wacker**(1) 3:21
**wackerly**(1) 6:17
**wait**(1) 154:12
**waiver**(1) 234:2
**walk**(4) 16:24 260:17 264:22 289:5
**walked**(3) 261:2 263:24 285:20 289:5
**wall**(4) 145:21 208:14 229:20 251:19

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **want**(25) 35:23 54:2 67:2 68:11 78:21 78:22 116:24 142:17 143:8 152:25 154:12 204:23 206:15 211:9 236:5 249:11 250:18 252:15 256:17 268:9 278:8 279:4 286:12 290:8 291:15 | | **was**(301) 161:8 161:21 161:24 161:24 162:13 162:14 162:17 162:17 162:21 162:23 164:21 164:24 165:2 165:3 166:6 167:8 168:19 168:22 169:4 169:4 169:24 170:4 170:7 170:7 170:11 170:13 170:15 171:3 171:12 173:11 174:10 174:11 174:2 175:7 175:9 175:11 176:22 177:1 177:10 178:21 179:2 179:7 181:6 182:19 182:25 183:4 183:8 183:18 183:21 183:23 183:25 184:6 184:13 185:1 185:5 185:18 185:19 186:1 187:5 187:12 187:16 187:17 188:1 188:9 188:15 188:20 189:3 189:6 190:7 190:8 190:10 190:11 191:7 191:10 191:13 192:6 192:16 192:21 193:1 194:1 194:19 194:24 195:17 196:10 196:17 199:17 200:1 200:14 200:18 200:20 200:23 203:8 203:14 203:20 204:10 204:11 205:10 205:11 205:15 207:17 207:21 208:6 208:16 208:19 209:1 210:16 210:20 211:23 212:23 214:13 215:4 215:9 215:12 216:17 216:19 216:25 217:5 219:7 219:21 220:9 220:16 227:15 228:7 228:18 229:15 230:8 230:10 230:14 230:14 230:16 230:18 230:20 230:25 231:1 231:1 231:2 231:3 231:9 231:11 231:13 231:14 231:18 232:5 232:10 232:12 232:13 233:6 233:10 233:2 234:9 234:9 234:14 234:20 235:16 235:18 235:21 236:18 236:23 238:14 239:20 241:1 241:11 242:5 243:22 244:1 245:24 246:2 246:3 246:8 246:25 247:1 247:15 247:17 248:6 248:7 250:11 250:17 251:5 251:7 251:9 251:10 251:10 251:12 251:18 252:1 253:5 253:9 253:11 254:23 255:15 255:22 256:14 256:19 256:20 256:23 256:25 257:1 257:5 257:8 257:11 257:12 257:14 257:17 257:20 258:2 258:11 259:21 260:4 260:10 260:13 260:16 260:19 260:21 260:25 261:1 261:24 262:2 262:5 262:9 262:17 262:19 263:2 263:5 263:8 263:9 263:13 263:14 263:22 264:12 264:14 264:16 264:23 265:3 265:15 266:16 267:7 267:12 267:16 268:2 268:3 268:14 268:21 268:22 268:23 268:24 269:3 269:6 269:10 269:12 269:16 269:24 270:4 270:15 272:6 272:7 272:23 273:10 274:7 274:10 274:13 274:17 275:3 276:14 276:16 277:17 277:18 277:21 278:14 279:8 279:11 279:11 279:12 280:1 280:11 281:18 281:23 282:21 282:25 283:7 283:8 283:10 283:12 283:13 283:14 283:14 283:15 283:25 283:25 284:2 284:3 284:18 285:4 285:9 285:9 285:11 285:15 285:23 286:9 286:24 287:8 | | **way**(47) 20:9 25:22 32:8 33:11 34:13 35:9 35:19 40:14 43:3 43:20 83:6 85:18 86:2 87:10 87:11 87:15 87:16 87:17 88:15 91:7 95:23 95:24 101:16 117:22 142:5 147:6 151:1 176:13 191:16 191:21 202:22 202:22 209:3 216:18 217:4 217:5 228:9 247:7 258:4 264:6 264:14 265:17 278:13 287:9 288:16 298:21 300:10 | | **well**(244) 14:16 14:19 15:2 15:6 15:15 15:18 15:25 16:10 16:12 16:15 16:24 17:23 18:12 18:15 18:18 19:9 19:19 19:25 24:17 24:18 25:22 26:9 26:12 27:1 27:9 28:20 29:19 29:24 30:3 30:19 31:7 31:9 31:22 32:2 33:10 33:17 34:4 34:14 35:1 35:9 35:23 36:25 39:2 39:22 40:1 40:18 40:25 41:3 41:7 42:11 42:17 42:25 43:10 43:11 44:4 44:11 45:2 45:24 46:7 46:11 46:16 46:19 46:23 46:25 47:5 47:8 47:19 47:24 47:25 48:4 50:15 52:10 52:13 52:15 53:1 53:7 54:1 54:6 54:11 55:25 56:17 57:1 57:4 58:8 58:17 58:18 58:23 66:20 66:23 67:3 67:4 69:14 69:21 71:7 71:21 71:25 73:23 74:9 77:10 78:7 78:13 78:22 79:3 81:9 81:21 82:7 82:13 82:17 82:24 83:1 83:16 83:18 83:25 84:25 85:7 85:13 85:17 87:6 87:16 87:19 89:12 91:15 91:17 92:10 92:17 92:20 92:23 93:3 93:22 94:3 94:6 95:3 95:12 95:18 95:20 96:13 96:25 97:5 97:16 98:4 98:13 98:24 99:6 100:11 100:20 101:4 101:14 102:1 102:6 103:4 104:10 104:21 104:24 104:24 105:4 105:17 106:2 106:14 106:18 106:21 107:4 108:7 108:7 108:13 109:20 109:23 110:16 114:19 115:15 116:18 116:21 117:6 117:12 117:17 121:17 124:3 124:11 131:14 134:19 135:24 136:12 138:10 139:9 149:25 160:9 163:19 169:18 169:23 174:9 175:18 185:17 186:5 191:18 193:12 193:14 210:23 215:6 215:10 225:16 228:14 229:17 231:11 233:19 237:15 237:17 238:1 240:18 241:14 241:24 242:17 242:22 245:8 245:13 246:11 247:3 248:5 249:14 249:17 250:20 250:21 252:5 254:21 254:22 254:23 257:3 257:8 258:12 258:21 259:3 260:11 260:16 272:23 280:7 281:2 285:12 285:15 287:9 298:10 |
| **wanted**(38) 56:18 117:2 120:22 149:22 153:3 155:16 161:23 163:10 169:2 175:5 179:1 184:9 211:25 212:1 228:19 244:13 251:25 252:8 252:8 252:16 253:7 255:15 257:14 257:19 264:9 264:10 264:11 264:1 264:13 269:23 279:18 283:5 283:8 286:10 286:11 286:14 287:9 287:20 | | | | | | | |
| **wanting**(2) 209:23 212:1 | | | | **wayne**(3) 187:2 187:7 303:12 | | | |
| **wants**(4) 205:6 205:19 210:1 211:3 | | | | **ways**(6) 43:24 114:10 198:24 245:9 297:19 298:19 | | | |
| **wardwell**(2) 2:4 8:12 | | | | | | | |
| **warner**(2) 187:3 187:4 | | | | **we'd**(2) 171:12 261:11 | | **wells**(1) 9:46 |
| **was**(301) 14:16 14:17 14:21 15:6 17:8 18:2 18:2 19:5 19:5 19:8 19:18 19:9 20:5 20:23 22:4 25:19 26:3 26:6 26:9 27:1 27:2 27:9 27:12 29:3 30:23 31:8 31:18 33:11 33:23 34:1 34:2 34:9 34:12 34:13 34:14 35:4 35:5 36:21 36:23 37:10 37:10 37:13 37:13 37:19 38:20 39:13 40:21 40:23 41:5 41:10 43:7 43:20 44:2 44:3 44:7 44:7 44:11 44:21 48:6 48:7 48:9 48:12 48:13 49:16 50:5 50:13 50:14 52:1 55:7 55:11 55:17 55:18 56:14 56:15 56:23 56:24 57:16 57:19 58:11 58:12 58:17 58:25 59:6 59:7 59:23 62:6 62:16 72:2 73:5 75:3 75:6 75:23 75:25 76:4 76:16 77:5 77:6 77:9 77:10 77:11 77:17 77:20 77:21 77:22 79:16 79:25 80:1 80:1 81:15 81:19 86:11 86:18 88:3 88:3 88:10 88:18 89:23 89:25 90:1 91:2 91:5 91:6 91:17 91:21 92:25 93:3 95:22 95:24 96:1 96:6 96:7 96:9 100:7 100:19 101:22 103:1 103:3 103:8 103:14 105:5 108:13 108:13 109:9 109:10 109:12 109:13 109:14 109:24 110:22 112:4 112:13 113:6 115:23 116:10 116:12 117:8 117:9 117:14 117:20 118:3 118:13 118:13 119:4 119:8 119:20 120:17 120:21 121:7 125:7 126:1 127:3 128:6 128:10 128:12 128:24 129:1 129:8 130:21 131:3 131:10 131:12 131:14 131:15 131:1 131:17 131:21 131:22 132:3 132:23 133:7 133:10 133:12 133:18 133:2 133:25 134:16 134:17 134:17 134:20 134:21 135:2 135:15 135:19 135:24 136:1 136:11 136:13 136:17 137:1 137:8 137:1 137:16 137:16 137:21 138:12 138:14 138:18 138:24 139:4 139:5 139:7 139:9 139:10 139:15 139:15 139:16 139:21 139:24 140:1 140:8 140:10 140:15 141:5 141:6 141:7 141:11 141:11 141:15 142:7 142:22 144:3 144:7 144:10 144:15 144:17 144:19 144:21 146:19 147:13 147:17 147:21 147:24 148:4 148:7 148:9 148:14 148:21 148:25 149:4 149:13 150:21 150:2 150:24 151:8 152:1 153:13 153:24 154:2 154:17 154:18 154:18 155:1 155:2 155:2 155:3 155:4 155:7 155:10 156:4 157:3 157:6 157:22 157:22 157:25 158:1 158:1 158:5 158:7 158:7 158:13 158:23 159:2 159:10 159:16 160:1 160:12 160:13 161:3 161:5 | | **we'll**(15) 127:23 127:24 203:18 289:4 289:4 290:1 290:2 290:2 300:24 301:8 301:11 301:14 301:18 301:24 302:5 | | |
| | | | | **we're**(30) 54:13 54:16 58:14 70:4 161:7 162:1 162:2 162:3 163:3 163:5 170:6 205:21 214:5 214:16 233:15 236:22 244:2 245:13 249:12 250:25 251:21 257:19 285:3 289:15 290:3 290:15 294:11 298:20 301:22 301:23 | | |
| | | | | **we've**(21) 48:21 48:25 50:4 60:11 61:6 61:7 61:25 127:13 163:1 170:19 170:20 186:25 197:2 203:4 215:1 254:17 265:8 267:7 282:24 289:9 301:19 | | |
| | | | | **weaker**(1) 35:13 | | |
| | | | | **wear**(13) 234:18 234:18 234:21 235:16 235:17 235:20 237:4 237:17 237:18 237:2 238:7 238:14 290:12 | | |
| | | | | **weather**(7) 55:18 55:18 57:17 57:19 58:23 173:13 178:24 | | |
| | | | | **wednesday**(1) 283:1 | | |
| | | | | **week**(21) 27:5 60:15 100:8 149:25 232:13 260:14 261:20 267:8 267:17 267:22 268:7 268:11 272:18 274:12 274:12 277:16 278:7 279:20 283:12 283:15 284:16 | | |
| | | | | **weeks**(10) 17:6 40:3 40:19 100:18 102:10 102:24 108:21 108:22 155:5 230:3 | | |
| | | | | **weigh**(1) 248:11 | | |
| | | | | **weighed**(1) 76:6 | | |
| | | | | **weight**(6) 58:21 59:12 76:8 76:18 105:4 131:25 | | |
| **was**(26) 287:12 287:22 288:4 288:5 288:6 288:12 288:15 288:18 288:22 289:7 289:8 289:12 291:14 292:1 292:5 292:6 292:10 293:13 295:18 295:25 296:9 297:5 298:25 299:1 299:1 302:3 | | | | **weighted**(13) 57:7 57:8 59:10 75:18 76:10 76:11 77:14 100:6 102:20 113:25 114:3 115:17 122:23 | | |
| **washington**(1) 3:50 | | | | **weighting**(14) 20:13 24:16 24:18 56:25 57:5 57:6 99:23 99:24 99:24 100:2 102:18 103:18 108:18 108:19 | | |
| **wasn't**(20) 26:6 43:8 144:4 155:12 158:12 158:20 158:25 164:8 166:10 167:4 168:10 183:5 188:22 246:1 246:25 251:8 261:7 262:16 279:10 280:5 | | | | **weightings**(3) 38:24 114:7 114:9 | | |
| | | | | **weights**(1) 112:8 | | |
| **wasn't**(4) 84:3 86:9 104:22 110:22 | | | | **weil**(1) 7:41 | | |
| **waste**(1) 264:18 | | | | **weiss**(1) 6:36 | | |
| **watch**(1) 141:22 | | | | **weitman**(1) 6:21 | | |
| **watchman**(1) 227:14 | | | | **welcome**(1) 224:17 | | |
| **water**(3) 214:6 214:10 214:13 | | | | | | |
| **waterfall**(1) 239:21 | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **were**(236) 14:1  14:1  14:6  16:18  17:7 18:18  18:18  24:15  33:17  36:14  44:8  44:20 46:14  48:6  50:8  51:3  54:1  55:6  55:21 56:17  56:20  56:22  57:1  57:9  58:13  60:21 61:1  62:11  65:11  65:21  65:22  66:9  71:25 78:14  79:16  80:2  82:13  85:3  86:11  86:13 86:22  87:20  89:7  91:6  99:9  100:8  100:12 100:22  101:4  106:3  106:21  106:22  107:8 108:23  109:3  109:8  110:3  110:7  112:12 113:20  116:16  116:19  117:18  117:23 118:25  119:7  120:19  124:11  125:23  127:1 127:15  128:24  132:22  133:1  133:20  134:9 135:16  136:10  136:12  136:14  136:16 136:19  137:2  137:11  139:1  140:8  141:17 141:18  141:18  141:19  141:21  141:21  145:9 146:3  146:22  146:22  147:1  147:2  149:14 149:20  153:10  153:13  156:10  156:14 158:10  158:12  159:5  159:7  162:16  162:19 165:13  165:18  165:23  165:24  166:3  166:5 166:13  166:14  166:18  166:19  166:22  167:3 167:3  168:1  168:16  168:17  170:2  171:4 174:25  175:20  178:23  178:25  179:18  181:3 182:6  184:20  184:24  185:4  185:23  186:3 189:9  192:13  195:23  196:2  196:7  196:19 202:8  204:12  206:19  206:24  210:15  219:3 221:1  226:12  227:24  227:24  228:14  230:2 230:25  231:2  231:5  232:19  234:5  237:1 238:13  240:1  242:4  242:12  242:13  243:6 243:21  247:13  247:16  252:1  252:7  252:7 255:16  257:9  257:13  259:15  259:17  259:1 261:3  261:4  261:5  261:13  262:18  264:22 267:18  268:20  268:24  269:5  274:21  274:2 276:15  277:2  277:3  277:6  277:9  277:10 277:12  278:23  279:22  279:24  280:13 280:13  280:14  280:16  280:21  285:23 286:16  287:3  288:12  289:18  291:17  291:2 294:20  294:20  295:1  295:3  295:7  295:15 295:21  296:11  296:19  296:20  296:21 296:24  297:5  297:9  297:10  297:17  298:24 300:10  300:12  301:3 | **weren't**(14) 60:25  139:23  149:19  156:20 165:14  165:14  165:18  165:19  165:19  168:2 188:21  231:22  267:14  280:10

**weren't**(1) 100:11
**west**(2) 3:21  4:9
**we'd**(2) 87:6  87:8
**we'll**(2) 103:6  126:21
**we're**(3) 97:14  105:24  121:15
**we've**(1) 118:12
**wharton**(1) 6:36 | **what**(301) 14:11  14:17  17:7  17:14  17:16 18:9  18:14  19:19  20:3  20:3  25:5  25:24 26:22  27:21  28:18  28:20  29:14  30:23 32:23  35:20  35:23  37:10  37:19  38:24 38:25  40:11  40:20  41:25  42:9  42:13  42:1 42:21  43:10  43:12  43:15  44:20  45:4  45:6 47:15  48:4  48:6  48:7  48:25  49:6  50:11 52:22  53:3  53:5  54:2  55:14  57:1  57:4 57:4  57:17  58:16  59:23  60:1  60:4  61:3 61:5  61:20  61:25  64:17  66:9  75:6  75:16 77:14  77:22  80:7  83:1  83:16  86:9  86:13 90:5  90:6  92:9  93:23  95:23  96:6  96:25 97:7  97:8  97:10  97:13  97:14  97:22  98:2 98:11  98:13  98:21  98:24  99:1  99:9  99:15 101:24  101:25  103:2  103:12  105:3  105:8 107:8  107:9  107:12  107:13  107:20  107:25 109:2  109:14  110:13  111:4  111:9  112:22 113:20  114:6  114:11  114:15  114:16  114:1 114:21  115:20  115:22  116:10  117:3  117:7 117:9  117:12  117:15  118:7  118:13  119:3 121:7  121:21  122:2  122:5  122:6  122:12 123:10  124:11  124:19  125:7  127:13  127:23 128:18  128:24  128:24  130:6  130:11 130:17  131:4  131:21  136:24  138:14  139:7 139:10  139:16  140:2  140:8  140:8  141:5 141:14  141:16  144:2  144:6  144:14  146:22 147:21  147:22  147:23  148:11  149:9  149:1 149:20  151:7  151:10  155:10  156:15 158:23  159:5  159:14  159:17  160:21  161:1 162:7  164:5  165:19  166:24  170:11  170:12 170:15  170:22  173:6  173:10  174:15  174:2 175:19  177:9  177:18  179:2  179:21  181:1 181:16  182:21  185:13  185:17  185:23  186: 186:4  186:25  188:12  188:18  189:20 191:18  193:1  193:2  193:8  193:18  197:24 199:2  199:23  203:3  204:11  205:10  205:17 212:23  214:20  215:15  215:17  216:16 216:22  216:22  217:7  217:13  218:24  223:1 225:14  226:17  226:25  229:4  229:10 230:13  230:25  231:9  232:9  236:9  237:8 237:9  237:11  237:23  237:25  238:2  238:12 238:18  238:20  239:6  240:6  240:21  241:13 241:13  242:14  243:1  243:22  244:5  244:23 244:25  245:12  245:12  245:16  245:24  248: 248:18  248:23  249:20  249:22  249:23 249:25  250:11  252:8  252:18  252:24  252:2 253:14  254:17  255:4  257:10  258:9  258:11 260:10  260:15  260:18  261:12  264:16  266: 269:10  269:12  270:21  272:6  272:9  276:1 279:19  281:1  282:25

**what**(45) 283:13  283:25  284:3  284:5 284:12  284:19  284:21  284:22  285:4  285:9 285:11  285:13  285:22  285:22  286:24  287: 287:11  288:8  288:24  289:1  291:2  291:14 291:21  292:21  293:12  293:17  293:22  294: 294:1  295:1  295:2  295:2  295:4  295:6 295:15  295:18  296:5  296:7  296:8  296:18 298:24  300:5  301:11  301:17  301:23

**what's**(19) 31:22  42:23  45:22  60:7  129:13 151:4  169:16  171:19  174:20  214:20  216:2 241:23  244:2  245:1  246:12  248:8  273:25 293:4  299:4

**whatever**(9) 19:12  86:15  107:17  144:18 236:15  257:13  273:18  282:3  283:14

**whatsoever**(2) 160:11  294:16
**what's**(2) 114:14  114:22
**wheel**(1) 132:3 | **when**(125) 16:15  16:15  16:18  16:24  16:24 18:2  18:18  22:3  22:4  23:8  27:10  35:14 36:19  38:23  39:22  44:14  46:7  55:14  55:16 55:24  57:1  57:11  61:10  68:7  70:9  73:5 75:12  75:22  76:13  80:25  83:5  84:12  85:3 86:19  88:9  89:7  92:19  93:8  93:24  94:3 95:14  96:25  103:7  103:9  103:11  106:21 109:25  111:8  112:12  114:13  115:18  117:3 117:10  118:25  120:19  124:9  125:24  126:1 133:25  141:24  148:11  154:22  155:1  155:3 156:18  157:6  157:21  160:12  161:15  162:1 162:8  162:11  162:23  169:24  170:1  170:23 178:21  178:21  179:7  192:14  192:16  192:1 195:17  197:3  199:6  200:19  201:8  203:8 209:18  216:4  216:18  219:19  227:15  228:4 228:9  228:21  232:23  234:20  234:20  237:13 244:17  245:14  246:23  251:18  257:13 260:13  261:24  262:15  262:23  264:7  266:1 268:4  269:18  273:10  274:7  274:10  277:5 288:5  288:22  289:24  295:16  297:9  298:11 300:11  301:6

**whenever**(1) 155:1
**where**(56) 20:16  26:23  29:14  31:16  33:13 41:10  46:14  47:17  54:11  55:7  69:1  79:24 85:10  85:11  88:25  105:12  108:2  110:20 115:7  117:4  117:11  120:15  121:7  124:15 133:18  154:18  154:18  155:16  157:7  163:2 168:22  190:6  199:19  211:19  219:3  225:7 227:4  227:14  227:17  229:14  237:16  240:2 246:8  247:2  247:7  247:7  252:5  261:9 262:5  266:12  273:4  282:21  289:5  297:23 298:11  298:12

**wherever**(1) 301:15
**whether**(105) 14:21  16:3  30:20  31:10 38:10  45:12  50:18  53:7  53:15  53:18  56:2 59:14  62:15  62:18  67:18  71:21  79:5  79:9 84:11  84:14  84:25  95:22  96:22  104:21 104:24  105:5  106:24  107:2  107:4  109:12 109:24  115:19  119:12  133:10  133:11 133:15  135:8  135:15  136:2  137:10  139:18 139:24  145:23  148:17  153:3  154:2  154:3 159:10  160:7  166:22  167:6  173:24  175:20 179:20  182:12  183:9  183:18  187:12  188:1 188:9  188:25  189:3  191:9  191:20  192:20 193:25  194:18  194:24  196:10  200:1  200:7 200:14  202:18  208:19  210:19  213:24 214:13  215:23  218:5  219:4  219:7  219:9 224:5  226:24  230:13  234:13  238:6  239:3 239:21  239:22  241:11  255:16  265:1  266:1 278:14  285:3  285:10  286:3  286:4  297:13 297:15  298:24  299:15  301:8  301:9

**which**(119) 18:19  19:13  21:6  27:13  27:14 27:17  27:18  29:20  30:16  33:11  35:19  37: 38:2  39:3  44:7  48:10  49:16  51:12  51:15 54:14  54:17  55:7  56:4  57:22  60:2  61:6 62:1  62:23  69:3  71:7  76:24  77:5  77:6 77:20  78:8  79:13  79:14  79:16  80:6  81:16 85:20  85:22  86:11  87:8  87:16  88:1  89:25 95:15  96:5  98:6  98:11  103:3  104:6  105:10 108:22  111:6  116:22  118:12  119:7  119:15 119:18  120:8  120:20  123:15  126:2  128:16 123:8  131:17  131:23  135:13  137:21  155:2 159:8  161:14  166:4  183:15  190:25  193:22 195:4  199:12  203:19  203:22  207:5  208:12 209:16  212:4  212:6  212:10  220:8  225:3 231:13  234:21  238:22  243:17  245:1  248:6 248:7  254:24  255:3  255:25  260:21  260:24 265:5  268:22  268:23  268:25  270:1  270:8 271:4  283:17  288:4  290:19  291:2  292:14 293:11  293:13  295:8  296:25  298:4

**while**(4) 150:23  228:17  249:21  292:8
**white**(1) 9:46
**whittman**(3) 9:5  240:10  254:16 | **who**(87) 58:2  67:3  69:20  106:21  108:4 109:3  130:21  131:11  131:20  132:11  133:1 137:12  142:24  146:8  148:12  151:22  151:25 158:7  160:10  161:18  166:14  166:15  168:9 168:10  172:21  172:21  174:22  175:10  176:8 176:16  177:12  177:22  177:25  182:10 182:15  182:15  182:17  183:2  192:19  204:9 204:20  204:24  208:23  209:10  221:12 226:20  228:7  228:7  233:24  234:3  234:5 236:2  251:13  251:13  253:1  253:2  254:15 254:19  259:21  262:2  262:8  262:16  262:17 262:18  263:8  273:23  274:25  275:14  275:16 275:21  275:24  276:9  276:12  276:17 276:17  276:23  276:24  279:9  279:15  280:11 280:18  283:21  286:11  300:1  300:7  300:11 300:12

**who'll**(1) 300:6
**who's**(5) 147:9  244:19  300:3  300:4  301:10
**whoever**(1) 162:13
**whole**(7) 41:11  49:15  102:2  121:2  142:2 164:3  179:23

**wholly**(7) 20:13  21:19  24:8  41:16  46:16 46:18  47:25

**wholly-owned**(1) 117:19
**whom**(1) 117:19
**whose**(1) 223:24
**who's**(1) 152:20
**why**(45) 15:18  84:4  85:22  91:15  96:16 96:16  117:22  118:6  124:1  138:7  139:4 139:7  139:14  149:19  166:11  167:21  168:22 175:5  175:17  176:20  178:7  185:13  188:14 188:22  197:13  197:22  199:10  213:2  228:12 237:10  237:18  237:18  237:19  241:1 245:22  246:13  248:13  249:7  249:13  250:15 251:5  279:7  279:19  286:9  289:10

**wilderotter**(23) 142:16  142:18  142:23 143:17  150:16  155:18  169:4  169:9  174:14 176:1  177:24  183:17  184:4  186:14  186:18 205:11  205:24  206:7  207:6  207:13  208:22 209:5  303:11

**wilderotter's**(2) 169:6  206:17
**will**(38) 13:19  34:18  53:16  54:25  57:20 86:2  90:10  98:23  110:17  111:10  111:14 126:22  135:10  140:25  141:1  154:13  162:25 163:4  163:4  186:15  186:19  204:17  208:11 213:17  238:9  241:10  246:17  249:23  250:24 269:24  289:5  290:10  290:11  290:12 290:12  300:1  301:3  302:8

**willing**(3) 17:5  131:22  184:6
**wilmer**(1) 5:14
**wilmington**(12) 1:11  1:38  2:18  2:25  2:46 3:15  3:30  4:10  5:10  5:41  12:1  224:12

**wilson**(1) 9:26
**winfree**(1) 2:44
**wink**(1) 150:22
**wins**(2) 205:18
**wires**(1) 10:37
**wish**(1) 226:12 |

Word Page:Line

**with**(301) 14:3 15:3 15:18 17:10 18:1 18:4 18:6 18:15 18:16 23:22 24:12 24:21 26:21 30:7 31:3 31:20 32:16 34:5 34:6 34:7 35:5 35:6 35:24 37:22 40:24 41:18 42:11 42:15 42:16 42:24 43:4 46:16 50:14 50:14 54:21 55:13 56:4 57:13 58:21 59:5 61:10 62:13 63:25 64:10 65:8 65:9 66:10 66:18 67:21 67:23 68:1 68:12 68:15 68:21 69:12 69:13 69:24 71:15 71:22 72:12 73:15 75:18 76:6 76:20 77:9 77:14 78:6 78:9 79:25 80:2 82:24 86:4 86:8 87:9 90:6 91:25 94:2 96:6 99:10 99:17 99:18 101:19 101:23 101:25 102:19 105:17 105:19 106:2 106:7 106:25 107:25 109:13 109:17 111:6 111:7 113:4 113:6 113:23 113:25 115:7 115:23 116:20 117:10 119:1 120:8 121:15 122:17 122:24 123:24 128:14 130:3 130:4 132:2 133:21 134:4 136:2 137:23 138:14 141:11 144:16 144:23 145: 145:7 145:16 145:17 145:25 146:8 149:12 150:2 150:8 151:23 152:11 153:2 153:16 153:17 153:18 153:24 153:25 154:11 154:14 155:18 155:22 156:21 157:2 157:1 158:9 158:17 159:11 160:2 160:6 161:20 161:21 162:7 163:20 163:24 165:22 167:1 167:17 167:22 167:22 167:24 168:18 169:14 169:20 169:21 169:22 169:25 170: 170:8 170:8 170:16 170:20 170:20 170:24 171:5 171:6 171:7 171:15 171:18 172:8 172:12 172:13 172:14 172:15 172:16 172:19 172:24 172:25 173:1 173:2 173:3 173:16 173:25 174:7 174:8 175:8 175:13 175:19 176:16 177:3 177:4 177:6 177:12 177:19 178:4 178:8 178:9 178:10 178:14 178:16 178:17 178:20 179:4 179:5 179:6 179:11 179:21 180:14 180:19 180:25 181:5 181:4 182:7 182:23 185:13 185:24 187:17 189:9 191:14 193:12 193:12 193:17 194:3 194:6 195:12 195:23 195:25 196:3 196:11 197:12 197:15 197:21 201:23 202:2 205:24 206:5 206:17 206:19 207:2 207:9 207:15 207:20 209:2 209:9 209:24 210:1 210:5 210:13 210:20 211:18 214:8 216:11 216:16 216:20 217:24 218:5 218:18 219:2 219:4 221:10 221:24 222:2 224:15 225:12 225:1 225:19 227:2 227:8 227:10 228:9 229:21 230:24 231:9 231:22 232:2 233:21 233:23 235:10 235:18 238:17 240:10 240:22 241: 241:16 242:10 243:18 244:11 245:5 245:7 246:5 247:10

**with**(96) 247:17 249:8 249:12 251:14 251:16 251:17 251:17 251:22 251:25 255:21 256:11 256:16 256:21 256:22 256:24 257:10 257:10 257:14 257:21 258:19 260:13 261:23 262:1 262:2 262:3 262:22 262:25 263:2 263:11 264:2 264:17 264:21 264:24 265:10 265:18 265:23 266:4 266:10 267:10 267:19 268:4 268:17 268:18 268:19 269:2 270:21 272:7 274:25 275:8 275:11 277:7 277:17 278:9 278:24 279:4 279:9 279:13 279:16 279:18 280:2 280:19 282:22 283:2 283:6 283:21 283:23 284:6 284:7 284:13 286:3 287:9 288:1 288:14 288:20 289:3 289:19 290:1 290:2 290:7 290:11 290:14 290:18 290:18 290:23 292:19 292:23 295:17 299:11 299:13 299:18 299:20 301:4 301:7 301:9 301:19 301:23

**withdraw**(4) 205:23 212:9 257:6 258:6
**within**(15) 16:25 26:17 26:17 27:12 32:24 39:12 55:22 57:12 74:13 81:15 83:23 84:6 85:18 87:21 117:17

**without**(17) 35:14 35:16 99:11 108:25 127:24 189:23 191:16 218:15 237:1 238:12 239:9 240:7 246:9 253:23 254:3 267:3 277:19

Word Page:Line

**witness**(56) 121:15 126:20 127:2 128:4 137:21 140:22 142:7 148:25 152:21 152:2 161:8 169:3 187:22 189:25 190:24 191:13 191:24 192:25 193:4 193:6 193:21 194:5 195:10 195:22 196:15 200:23 215:14 217: 217:10 217:12 217:17 217:19 222:3 222:14 222:18 224:18 236:2 236:16 236:1 236:19 236:23 237:7 239:2 239:10 239:10 240:4 240:6 240:8 241:9 245:7 245:10 245:21 246:8 247:10 255:2 258:11

**witness's**(2) 240:21 272:19
**witnessed**(1) 196:21
**witnesses**(12) 127:14 166:14 166:18 166:22 166:25 239:17 239:23 240:9 247:16 258:23 259:22 303:2

**witnesses'**(1) 272:16
**won**(1) 287:14
**won't**(5) 227:4 248:11 248:11 281:4 300:6
**wondering**(1) 168:22
**wong**(1) 11:5
**word**(12) 15:16 42:18 42:18 43:1 91:13 161:15 161:15 161:18 175:17 190:7 221:1 290:12

**words**(8) 15:19 132:22 190:2 190:15 243:24 243:25 270:23 279:3

**work**(36) 13:7 17:6 17:7 18:6 31:10 51:21 66:23 66:24 69:25 87:2 87:8 93:17 100:1 102:23 107:25 113:7 113:9 113:23 114:13 116:12 145:16 145:16 159:16 161:1 224:2 224:25 245:3 246:5 246:25 249:4 288:16 288:17 294:5 301:24 302:4 302:6

**worked**(13) 13:16 131:20 145:24 145:24 150:21 170:19 170:20 172:16 173:13 285:22 285:23 289:18 291:11

**working**(6) 18:17 98:7 177:9 229:21 254:14 262:2

**workings**(1) 285:5
**works**(2) 237:18 253:2
**world**(2) 102:14 227:17
**worse**(3) 95:23 189:12 268:21
**worth**(3) 193:11 193:14 239:7

Word Page:Line

**would**(245) 15:2 16:19 17:5 18:7 19:12 20:11 20:22 20:23 20:25 20:25 24:16 26:8 26:14 27:16 27:21 29:20 30:10 30:17 31:3 31:7 33:10 34:3 38:10 41:3 41:3 41:5 43:2 47:20 49:9 49:10 49:16 51:13 52:13 52:18 53:22 54:8 57:4 59:18 59:19 59:21 60:8 60:17 61:20 62:9 62:10 65:22 65:23 66:3 66:6 67:16 71:8 71:11 72:10 72:11 72:12 78:15 78:17 78:17 78:18 78:20 78:23 78:25 80:2 80:5 80:6 80:7 82:10 82:15 82:17 82:21 83:16 83:19 83:24 84:16 85:13 86:24 88:2 92:12 93:6 93:11 94:17 94:19 95:20 96:16 99:14 99:15 99:22 100:5 100:14 100:20 100:24 104:9 109:23 113:16 113:17 114:21 115:15 115:19 117:11 117:18 120:20 121:21 124:12 126:11 132:23 135:4 135:8 137:6 137:18 138:4 138:5 138:19 142:4 145:8 145:9 146:2 150:3 152:14 152:24 153:15 153:23 154:3 154:16 154:19 154:23 155:5 162:5 163:15 165:5 170:23 171:24 172:21 172:21 175:10 175:20 177:12 177:15 178: 180:3 180:10 180:10 181:16 181:20 181:23 182:2 182:19 182:21 182:22 182:2 183:9 185:6 185:14 186:3 186:4 187:20 188:25 189:16 189:23 190:17 195:13 195:16 196:23 204:22 205:1 206:13 207:1 209:3 212:15 213:7 213:11 213:24 218:11 222:3 222:4 228:2 229:22 229:23 229:24 233:5 234:14 235:7 235:25 237:6 237:8 237:9 238:7 238:13 238:14 238:25 239:19 239:21 239:22 241:8 241:13 241:21 242:1 242:14 242:17 242:21 242:23 242:23 243: 243:6 243:8 244:3 244:5 244:15 245:22 249:4 250:14 252:2 252:18 256:4 256:12 258:6 258:16 261:6 261:10 261:10 261:10 261:16 264:18 268:25 275:21 276:23 276:24 277:18 281:3 281:6 284:21 285:5 285:12 286:20 287:12 287:13 287:14 288:14 297:14 297:14 297:16 298:15 298:17 300:7 301:1 302:4

**wouldn't**(18) 19:16 19:23 26:8 26:10 26:14 27:17 33:10 33:24 34:16 41:10 71:16 155:14 185:14 209:7 209:9 212:25 213:2 230:8
**wouldn't**(5) 87:25 92:18 94:19 96:16 96:1
**would've**(1) 117:24
**write**(4) 204:15 205:2 210:23 211:2
**writing**(1) 204:9
**written**(1) 64:12
**wrong**(9) 14:21 42:18 75:9 89:17 100:19 123:4 261:22 263:11 264:12

**wrongdoings**(2) 146:12 146:12
**wrongs**(1) 34:11
**wrote**(2) 216:23 266:6
**www.diazdata.com**(1) 1:47
**xerox**(1) 173:8
**xochitl**(1) 10:32
**yeah**(71) 21:2 23:15 23:22 24:14 26:20 29:22 30:9 38:17 40:4 40:10 40:20 41:23 47:5 49:14 51:17 54:7 60:21 61:15 64:7 68:2 68:22 69:15 69:16 71:16 85:8 88:17 89:9 89:17 93:11 94:21 96:1 106:14 108:16 108:19 139:6 142:14 146:11 146:1 148:25 154:5 155:22 159:22 160:15 165:5 179:9 189:23 189:25 193:4 194:5 199:9 208:24 209:13 211:8 211:11 216:21 217:2 217:10 217:16 221:6 221:8 232:8 236:9 238:4 241:5 246:18 251:7 255:3 272:20 278:21 281:9 282:6

**year**(26) 43:21 43:21 47:6 97:20 97:24 98:1 98:3 98:9 98:10 122:21 122:22 123:23 140:16 152:8 170:11 170:12 171:1 171:20 171:25 172:7 187:6 192:3 219:22 220:17 221:2 262:22

**year's**(3) 46:25 47:1 47:3

Word Page:Line

**year-end**(1) 96:1
**years**(24) 66:24 70:12 73:16 74:3 76:9 104:11 107:6 108:8 122:23 170:12 173:12 178:9 206:9 206:12 208:14 223:17 225:4 225:9 225:11 226:3 227:11 262:25 264:5 279:17
**years."**(1) 122:23
**year's**(1) 84:24
**yellow**(1) 122:3
**yes**(301) 12:25 13:5 15:11 15:22 15:25 16:1 16:19 19:3 20:19 21:16 21:23 22:11 22:19 22:23 23:4 24:3 24:5 24:8 24:20 24:24 25:1 25:4 28:7 28:10 28:25 29:2 29:6 29:13 29:18 32:10 32:15 34:8 37:23 38:1 39:9 39:12 40:14 40:21 45:21 47:14 47:21 48:4 48:7 49:4 49:19 50:3 50:7 50:21 51:2 51:9 51:11 52:4 52:18 53:9 54:3 54:22 56:5 56:10 59:22 60:18 61:23 62:4 62:11 63:23 67:10 68:6 68:22 70:21 71:2 71:13 72:25 74:21 75:1 76:22 77:8 77:13 80:13 80:23 81:2 83:4 83:11 88:23 90:4 91:4 93:2 93:5 101:8 102:11 102:22 104:18 105:7 106:17 112:25 113:2 114:5 114:20 121:18 122:11 122:16 123:1 123:25 125:9 126:1 129:6 130:5 132:8 134:9 134:25 136:23 138:6 138:13 139:3 140:19 141:4 141:8 141:9 142:20 143:1 143:12 144:13 147:14 148:10 148:16 149:8 150:9 150:11 150:18 151:6 151:13 151:16 151:18 152:6 152:10 152:23 153:15 156:6 157:5 157:20 161:17 162:10 163:13 164:18 166:2 167:16 169:12 170:6 170:10 170:10 170:19 171:2 171:4 171:22 172:3 173:5 173:10 173:10 174:3 174:5 176:4 176:11 177:17 180:18 180:20 181:2 181:8 182:1 182:3 182:5 182:9 182:18 183:20 184:16 184:19 184:23 184:25 186:9 186:11 186:13 188:15 189:1 190:10 192:23 197:11 197:18 197:20 197:23 198:9 198:12 198:17 198:23 199:1 199:5 200:6 200:9 200:11 201:4 201:7 201:19 201:22 202:4 202:7 202:14 203:2 204:14 204:19 205:9 205:25 206:6 207:19 207:25 208:10 208:25 211:1 211:4 213:9 213:11 213:21 214:7 214:19 215:19 216:9 217:9 217:11 218:14 218:16 219:1 221:16 221:21 223:4 223:12 223:20 223:24 224:12 224:23 226:2 226:8 228:3 228:25 230:12 231:8 232:21 234:25 235:3 235:9 238:9 241:22 242:6 243:2 243:11 243:20 253:1 254:9 254:13 255:12 255:18 259:13 259:17 260:9 261:25 264:25 265:3 265:9 265:20 265:25 269:4 270:11 270:15 270:25 271:3 271:8 271:15 271:24 272:1 272:5 272:13 273:6 273:24 274:9 274:15 274:23 275:2 275:13 275:17 276:9 276:11 276:22 277:8 279:1 279:2 279:6 280:25 282:17 282:20 282:24 283:20 284:14 284:15 286:18 287:1 287:5 287:7

**yes**(8) 287:24 288:3 292:18 294:25 297:7 297:12 299:14 299:25

**yesterday**(8) 38:13 39:3 40:23 50:9 50:23 51:3 103:3 135:2

**yet**(11) 39:1 59:1 102:16 221:20 246:12 247:4 250:23 251:1 285:18 298:3 301:21

**yielding**(1) 123:20
**york**(20) 2:11 2:32 2:40 3:41 28:12 29:11 29:16 29:21 29:25 30:6 30:13 30:18 30:21 40:18 106:24 160:3 161:6 161:20 261:25 262:7

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**you**(301) 12:5 12:11 12:15 12:15 12:20 12:22 12:24 13:3 13:4 13:23 13:25 14:1 14:1 14:4 14:6 14:9 14:14 14:19 14:25 15:7 15:11 15:15 15:18 15:22 15:25 15:25 16:3 16:10 16:11 16:15 16:20 16:22 16:22 17:5 17:9 17:13 17:14 17:17 17:23 18:5 18:9 18:12 18:15 18:16 18:16 18:21 18:22 19:6 19:15 19:21 19:22 19:23 20:7 21:5 21:5 21:10 21:11 21:14 21:22 21:24 22:8 22:12 23:8 23:9 23:11 23:22 24:2 24:9 24:15 24:15 24:21 25:9 25:11 25:15 25:15 25:16 25:20 25:24 25:24 26:12 26:18 26:19 27:1 27:2 27:5 27:9 27:15 27:18 27:20 27:22 27:24 28:13 28:20 28:22 28:23 29:1 29:4 29:14 29:19 29:24 30:4 30:11 30:14 30:20 30:20 30:25 30:25 31:9 31:9 31:16 31:19 31:20 32:4 32:5 32:8 32:9 32:12 32:13 32:16 32:17 32:19 33:3 33:23 33:24 34:3 34:3 34:16 34:21 35:16 35:16 35:19 35:22 35:23 36:3 36:6 36:19 37:3 37:14 37:15 37:15 37:16 37:17 37:17 37:18 37:20 38:2 38:10 38:13 38:13 38:15 38:15 38:18 38:23 38:24 39:3 39:6 39:15 39:22 40:8 40:9 40:24 41:1 41:3 41:7 41:10 41:12 41:12 41:13 41:14 41:15 41:16 41:17 41:25 42:1 42:6 42:13 42:13 42:18 43:8 43:15 43:20 43:25 44:1 44:11 44:12 44:14 44:17 45:1 45:1 45:2 45:2 45:8 45:12 45:15 45:18 45:24 46:6 46:7 46:7 47:12 47:15 47:15 47:20 47:22 47:25 47:25 48:1 48:2 48:8 48:15 48:17 48:23 49:9 49:15 49:16 49:17 49:20 50:6 50:8 50:11 50:15 50:18 50:22 51:4 51:14 51:21 51:24 51:25 52:5 52:7 52:10 52:16 52:19 52:19 53:1 53:7 53:15 53:18 53:24 54:1 54:6 54:8 54:11 54:19 54:20 54:23 55:4 55:6 55:7 55:8 55:14 56:3 56:4 56:6 56:6 56:9 56:17 56:20 57:1 57:8 57:11 57:11 57:17 57:20 58:5 58:8 58:9 58:12 58:14 58:16 58:18 58:20 58:24 59:1 59:3 59:10 59:24 59:25 60:5 60:10 60:13 60:15 60:16 60:17 60:23 61:1 61:2 61:3 61:5 61:7 61:8 61:12 61:14 61:17 61:20 61:21 61:24 62:3

**you**(301) 62:5 62:9 62:11 62:13 62:22 62:24 63:1 63:2 63:2 63:3 63:6 63:9 63:11 63:12 63:17 63:25 64:4 64:6 64:8 64:17 64:24 65:1 65:5 65:12 66:7 66:9 66:13 66:14 66:16 66:18 66:20 66:24 67:6 67:9 67:24 68:1 68:4 68:5 68:7 68:8 68:9 68:11 68:19 68:21 68:23 69:1 69:6 69:10 69:12 69:14 69:18 69:22 69:24 70:2 70:4 70:11 70:17 70:20 70:22 70:23 71:18 71:21 71:25 72:8 72:20 72:21 73:1 73:1 73:7 73:10 73:13 73:25 74:4 74:6 74:16 74:19 74:24 75:12 75:13 75:18 75:21 75:22 76:8 76:10 76:11 76:13 76:18 76:18 76:23 76:24 77:2 77:7 77:14 78:1 78:1 78:7 78:17 78:17 78:18 78:20 79:1 79:3 79:5 79:8 79:9 80:9 80:18 80:20 81:6 80:21 81:12 81:13 81:21 81:24 81:25 82:7 82:7 82:7 82:8 82:8 82:17 82:18 82:20 82:23 82:24 83:1 83:1 83:1 83:5 83:6 83:12 83:16 83:19 83:19 83:20 83:21 83:25 84:2 84:12 84:14 84:25 85:3 85:3 85:9 85:10 85:12 85:14 85:23 85:23 85:25 86:11 87:2 87:8 87:8 87:13 87:17 87:18 87:23 87:24 88:9 88:10 88:13 88:15 88:15 88:16 88:22 89:7 89:7 89:14 89:19 89:19 90:14 90:15 90:18 90:20 90:22 91:2 91:2 91:5 91:7 91:24 92:2 92:5 92:9 92:10 93:11 93:22 93:23 93:24 94:3 94:4 94:14 94:14 94:15 94:16 94:19 95:8 95:9 95:11 95:14 95:18 96:8 96:13 96:14 96:16 96:17 96:25 97:23 98:2 98:4 98:13 98:14 98:15 98:22 98:24 99:2 99:3 99:7 99:8 99:10 99:11 99:20 99:23 100:1 100:4 100:4 100:8 100:14 101:1 101:19 101:21 101:24 102:10 102:12 102:6 102:16 102:19 103:7 103:7 103:11 103:12 104:10 104:20 104:24 104:24 105:5 105:8 106:21 106:21 106:24 107:2 107:4 107:9 107:20 107:24 108:7 108:11 108:16 108:17 109:3 109:8 109:10 109:23 110:8 110:14 111:5 111:10 111:13 111:18 111:18 111:22 111:24 111:25 112:5 112:10 112:12 112:12 112:1 112:18 112:20 112:22 113:3 113:7 113:13 113:13 113:18 113:20 113:25 114:1 114:3 114:8 114:9

**you**(301) 114:12 114:21 115:8 115:9 115:9 115:12 115:25 116:1 116:4 116:4 116:5 116:5 116:8 116:8 116:11 116:16 116:25 117:1 117:2 117:3 117:3 117:4 117:12 117:16 117:22 118:6 118:8 118:14 118:16 118:17 118:19 118:22 118:25 118:25 118:25 119:3 119:11 119:18 119:18 119:2 119:23 119:24 119:25 120:10 120:12 120:14 120:14 120:15 120:16 120:24 121:21 121:7 121:9 121:11 121:11 121:21 121:21 121:22 121:23 122:2 122:5 122:12 122:14 122:24 123:6 123:8 123:10 123:12 123:14 123:24 124:2 124:14 124:16 124:22 125:2 125:3 125:5 125:7 125:13 125:17 125:21 125:22 125:24 125:24 126:2 126:5 126:5 126:9 126:11 126:17 126:19 126:19 126:20 127:5 127:17 127:23 128:3 128:5 128:21 128:24 129:3 129:13 129:13 129:22 130:2 130:3 131:4 131:12 131:25 132:6 132:9 132:11 132:14 132:22 132:23 133:6 133:6 133:14 133:19 134:5 134:10 134:15 134:21 134:21 135:1 135:7 135:14 135:22 135:25 135:25 135:26 136:2 136:2 136:6 136:21 136:24 137:2 137:10 138:2 138:10 138:24 139:9 139:18 139:23 140:5 140:8 141:3 141:14 142:12 142:15 142:19 142:23 142:24 142:24 143:2 143:4 143:7 143:10 143:13 143:17 143:21 144:2 144:6 144:10 144:14 144:16 144:19 144:20 144:21 144:25 145:6 145:8 145:14 145:15 145:18 145:22 146:2 146:2 146:14 146:19 147:12 147:16 147:18 147:23 148:1 148:3 148:6 148:11 148:11 148:14 148:17 148:21 149:20 149:10 149:12 150:3 150:16 150:25 151:20 151:4 151:9 151:14 151:19 151:22 151:25 152:5 152:12 152:14 152:14 152:17 152:22 152:24 152:25 153:2 153:3 153:7 153:8 153:9 153:15 153:25 154:2 154:3 154:10 154:13 154:22 155:6 155:7 155:7 155:10 155:10 155:16 155:18 155:22 156:2 156:3 156:5 156:7 156:8 156:16 156:19 156:21 156:24 157:2 157:7 157:7 157:7 157:8 157:10 157:17 157:18 157:21 157:21 158:4 158:5 158:17 159:5 159:8 159:19 159:21 160:20 160:21 160:2 160:4 160:13 161:4 161:12 161:13 161:14 161:15 161:18 161:19 162:11 162:11 162:14 162:19 162:24 163:1 163:10 163:14 164:5 164:16 164:16 164:19 164:21 164:21 164:22 164:22 164:23 165:3 165:7 165:12 165:16 165:21 166:11 166:18 166:21

**you**(301) 166:25 167:3 167:5 167:7 167:21 167:24 168:5 168:7 168:16 168:21 168:23 169:4 169:11 169:13 169:20 169:22 169:24 170:1 170:2 170:2 170:7 170:21 171:5 171:9 171:15 171:21 172:2 172:6 172:11 172:14 172:18 172:24 173:2 173:2 173:15 173:18 173:22 173:24 174:6 174:15 174:22 174:25 175:5 175:16 175:17 176:2 176:6 176:8 176:12 176:15 176:16 176:20 176:21 177:5 177:8 177:9 177:11 177:12 177:15 177:18 177:19 178:1 178:3 178:12 178:19 178:19 179:4 179:10 179:11 179:14 179:15 179:18 179:22 180:3 180:9 180:12 180:14 181:3 181:9 181:11 181:20 181:21 182:6 182:6 182:10 182:12 182:15 182:25 184:12 184:12 184:13 184:20 184:20 184:24 185:1 185:1 185:4 185:17 185:25 186:3 186:5 186:10 186:24 187:17 188:5 188:11 188:12 188:14 188:18 188:25 189:9 189:14 189:20 189:23 190:2 190:15 191:9 191:14 191:18 192:10 192:12 192:18 192:20 193:2 193:7 193:7 193:8 193:10 193:10 193:15 193:17 193:18 193:24 194:3 195:6 195:15 195:16 195:20 195:20 195:23 196:1 196:2 196:7 196:10 196:14 196:16 196:21 196:28 197:12 197:21 197:24 198:11 198:13 198:15 198:18 199:2 199:2 199:6 199:7 199:15 199:19 199:19 200:1 200:4 200:7 200:12 200:14 200:17 200:19 201:1 201:15 201:18 201:20 201:23 202:1 202:3 202:8 202:11 202:12 202:18 202:24 203:8 203:13 203:25 204:6 204:8 204:12 204:12 204:15 204:17 204:20 204:23 204:23 204:24 204:24 205:2 205:8 205:13 205:23 206:7 206:8 206:11 206:16 206:19 206:22 206:24 207:2 207:8 207:9 207:10 207:13 207:15 207:17 207:20 207:21 207:23 208:1 208:2 208:4 208:5 208:8 208:8 208:11 208:12 208:15 208:16 208:19 208:23 209:1 209:2 209:11 209:21 209:21 209:24 209:24 210:7 210:8 210:10 210:15 210:19 210:23 211:2 211:4 211:14 211:18 211:22 211:22 211:25 212:5 212:7 212:9 212:13 212:19 213:2 213:7 213:15 213:20 213:22 214:1 214:2 214:6 214:8 214:12 214:18 215:3 215:16 215:17 215:20 215:23 216:8 216:13 217:3 217:5 217:7 217:12 217:19 217:20 217:23 217:23 217:24 218:4 218:9 218:17 218:25 219:2 219:3 219:7 219:18 219:20 219:25 220:1 220:5 220:6 220:7 220:9 220:11 220:12 220:15 220:16

| Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|

**you**(301) 220:25 221:5 221:9 221:22 222:5 222:19 222:23 223:1 223:2 223:10 223:16 223:18 224:8 224:10 224:18 224:21 225:11 225:24 226:5 226:6 226:17 227:9 227:9 227:24 228:9 228:12 228:21 228:22 229:1 229:13 229:15 230:13 230:20 230:21 230:23 230:24 232:2 232:4 232:7 232:9 232:17 233:1 233:1 233:4 234:11 234:11 234:12 234:17 234:23 235:4 235:6 235:10 236:5 236:9 236:16 236:18 236:21 237:18 237:18 237:19 238:2 238:6 238:10 238:12 239:6 239:7 240:14 240:20 241:3 241:19 241:20 242:3 243:3 244:15 245:9 246:14 247:3 247:7 247:7 248:10 248:16 248:18 250:1 250:4 250:5 250:8 251:2 251:3 251:5 251:15 252:4 252:4 252:5 252:9 252:12 252:14 252:15 252:15 252:20 252:24 254:7 254:12 254:19 254:22 254:24 254:24 254:25 255:2 255:2 255:13 255:13 255:14 255:14 255:15 255:16 255:19 257:13 257:13 257:16 257:19 259:8 259:11 260:7 260:10 260:25 261:12 261:14 261:15 261:15 261:20 261:23 262:6 262:8 262:12 262:14 262:19 262:21 263:5 263:2 263:23 263:24 264:5 264:23 264:24 265:1 265:4 265:12 265:23 266:1 266:12 267:13 267:14 267:20 267:24 268:4 268:11 268:1 268:17 269:5 269:15 269:19 269:19 269:20 270:4 270:7 270:9 270:13 270:21 271:1 271:7 271:13 271:24 272:2 272:21 273:13 273:14 273:15 273:20 273:23 274:1 274:21 274:22 274:24 274:25 274:25 275:8 275:11 275:14 275:16 275:18 275:2 276:4 276:6 276:9 276:15 276:17 276:18 277:2 277:9 277:12 277:24 278:8 278:8 278:11 278:23 278:24 279:3 279:4 279:7 279:15 279:24 280:2 280:9 280:11 281:4 281:4 281:13 281:15 281:18 281:20 282:1 282:14 282:21 283:7 283:13 283:16 284:22 284:22 284:23 284:24 285:10 285:17 285:24 286:2 286:4 286:15 286:17 286:19 287:2 287:3 287:25 288:1 288:19 288:23 288:23 288:25 289:2 289:3 289:5 289:13 289:22 289:25 290:1 290:2 290:2 290:3 290:3 290:4 290:8 290:8 290:8 290:11 290:13 290:15 290:19 290:21 290:21 290:25 291:1 291:2 291:3 291:3 291:8 291:8 291:11 291:16 291:22 292:13 292:14 292:17 292:19 292:21 293:6 293:10 293:22 294:15 294:20 294:23 295:4 297:8 297:13 297:15 298:1 298:10 298:11 298:1 298:14 298:17 298:18 298:22 298:24

**you**(10) 299:4 299:13 299:15 299:18 300:1 300:8 300:11 300:12 301:14 302:7

**you'd**(10) 34:15 34:15 40:5 40:6 41:9 47:21 54:2 72:17 73:6 146:8

**you'll**(6) 13:4 20:6 23:23 47:24 127:16 250:25

**you're**(47) 13:22 16:6 27:10 27:10 28:18 29:14 30:23 40:20 55:14 59:14 61:1 61:3 70:6 74:9 141:24 141:25 147:9 161:12 162:11 169:10 173:3 176:24 177:8 177:13 179:23 193:12 197:9 199:13 199:14 199:1 203:6 203:13 204:9 204:21 209:18 210:4 216:4 217:5 217:7 219:21 219:25 233:18 243:13 276:4 277:7 293:11 298:2

**you've**(18) 14:11 17:2 17:6 29:7 51:18 127:22 174:1 179:12 180:24 183:15 198:2 215:18 219:19 240:5 246:13 265:18 268: 294:19

**young**(1) 4:5

**your**(301) 12:4 12:7 12:12 13:1 13:13 13:19 13:20 15:6 15:8 15:10 15:13 15:19 15:23 17:10 17:13 17:18 18:6 19:4 19:7 21:6 21:14 23:8 23:12 24:9 24:12 25:15 26:7 26:8 26:11 28:22 28:23 29:3 29:4 29:9 29:11 29:19 29:24 30:3 32:8 32:8 32:12 32:12 34:11 36:6 37:24 37:25 39:2 39:19 40:12 41:17 41:17 41:18 41:25 42:9 42:24 43:10 44:11 44:23 45:2 45:3 45:15 46:7 46:11 46:22 47:12 47:23 50:22 51:12 51:15 52:7 54:2 54:4 54:8 54:19 54:21 54:22 55:3 55:7 56:3 58:6 58:24 59:3 59:13 59:17 59:24 60:11 60:15 60:23 61: 61:11 61:21 63:22 64:25 65:3 66:11 66:21 68:12 69:13 71:15 71:22 73:15 74:16 74:16 75:22 76:17 76:20 80:9 80:17 80:25 81:24 84:1 85:3 85:9 85:10 85:11 87:2 88:7 88:9 88:9 88:13 89:7 89:14 89:19 90:11 90:16 91:5 91:13 91:15 92:10 94:4 95:3 95:4 96:13 98:13 100:17 102:23 106:4 106:22 110:10 110:25 111:19 112:1 113:4 113:6 113:9 113:22 115:1 115:16 115:25 117:16 118:8 119:17 119:20 119:2 120:3 120:4 120:10 120:13 120:17 121:14 121:25 123:3 124:1 124:15 124:17 124:24 126:18 126:25 127:1 127:3 127:6 127:13 127:20 127:23 128:5 128:18 128:24 129:8 130:6 130:21 131:10 132:1 132:18 133:14 134:1 135:7 135:19 136:1 137:20 138:14 140:2 140:8 140:21 140:25 141:5 141:16 142:8 142:17 142:21 143:5 143:8 145:18 146:15 147:1 147:20 148:8 149:1 150:25 154:7 155:6 155:16 156:2 156:11 156:15 156:16 161:8 161:15 161:15 161:18 164:1 164:19 165:10 165:17 168:13 169:3 169:13 169:25 170:3 170:9 170:18 174:12 175:16 175:24 176:8 176:12 176:15 176:1 177:25 178:2 180:12 181:7 181:13 183:13 185:6 186:3 186:24 188:16 190:23 193:1 193:3 193:11 193:18 193:20 193:22 194:3 194:7 195:2 195:3 195:19 200:22 200:24 203:17 203:22 204:1 205:10 205:17 205:21 207:4 207:8 208:22 209:1 209:5 209:15 210:24 210:24 211:11 212:3 212:23 213:13 214:20 215:9 216:1 218:3 219:14 221:3 222:1 222:2 222:3 222:5 222:9 222:10 222:13 222:16 222:17 222:20 222:25 223:3 223:10 223:14 224:10 224:21

**your**(82) 225:14 225:25 226:6 226:25 227:10 231:7 232:20 233:5 234:12 235:12 235:14 235:25 236:12 236:20 236:21 237:14 238:16 239:13 240:1 240:3 241:5 243:3 244:13 245:18 247:11 247:25 248:17 251:3 253:19 254:7 255:5 255:20 256:4 256:11 256:25 258:2 258:15 260:1 263:20 264:16 265:4 265:14 265:22 266:14 266:19 268:3 269:7 269:20 270:7 272:2 272:6 272:14 272:24 273:7 273:15 273:20 273:25 274:4 276:21 277:16 278:4 278:12 278:20 280:24 281:4 281:15 282:5 283:16 283:19 285:2 288:10 288:24 289:25 290:11 291:14 291:18 299:4 299:24 300:22 301:2 301:18 302:6

**yours**(1) 172:4

**yourself**(4) 63:25 137:3 156:3 191:19

**you'd**(2) 96:15 112:2

**you'll**(7) 105:16 105:19 119:19 120:11 121:5 121:6 123:8

**you're**(22) 76:11 80:14 82:4 83:18 88:25 90:9 91:25 92:21 95:5 96:21 96:25 97:11 97:12 97:16 97:19 97:21 97:22 98:21 102:12 102:15 107:12 109:18

**you've**(9) 88:6 91:9 100:17 101:9 102:9 102:24 108:20 111:4 112:24

**zell**(30) 149:24 151:17 152:1 152:3 152:16 152:24 153:3 153:23 153:24 153:25 154:2 154:15 154:22 155:7 180:5 180:8 205:13 205:18 214:17 215:23 218:3 218:5 218:18 219:3 221:11 221:18 221:23 262:22 262:25 299:8

**zell's**(4) 205:3 205:11 263:2 263:8

**zensky**(113) 2:38 127:6 127:7 127:18 127:23 128:4 129:7 129:16 133:25 137:20 140:11 140:20 142:7 148:25 154:6 161:7 168:12 169:3 174:10 175:23 183:14 184:2 186:14 186:18 222:5 222:6 222:13 222:20 222:25 223:3 223:5 223:7 224:20 226:16 235:20 235:23 236:20 236:21 238:5 239:12 239:13 240:19 241:5 241:15 241:17 241:18 246:17 247:6 247:9 247:11 248:15 249:25 250:7 250:20 250:24 251:3 251:4 253:19 254:6 255:5 255:7 256:4 256:17 256:25 257:4 258:2 258:8 258:10 258:17 258:24 258:25 259:9 265:14 265:16 266:19 266:23 266:25 267:6 271:22 272:10 272:12 272:14 272:23 273:2 275:6 275:7 276:8 277:16 278:4 278:6 278:18 278:20 278:22 280:8 280:24 281:1 281:6 281:9 281:11 281:13 281:15 281:16 282:5 282:8 285:7 285:8 285:14 285:16 285:19 300:22 301:1 301:16 302:3

**zero**(4) 114:10 233:14 266:6 295:15

**zloto**(2) 7:23 251:14

**zuckerman**(2) 3:44 4:38

**zul**(2) 253:2 291:10

**"for**(1) 113:14

**"lazard**(1) 126:14

**"the**(3) 21:19 122:13 122:16

**"when**(2) 123:12 123:17