# UNITED STATES BANKRUPTCY COURT
## District of Delaware

In Re:
Tribune Company
435 N. Michigan Avenue     **Chapter:** 11
Chicago, IL 60611
 **EIN:** 36−1880355
Times Mirror Corporation

*Case No*.: 08−13141−KJC

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

  A transcript of the proceeding held on 3/17/2011 was filed on 10/6/2011 . The following deadlines apply:

  The parties have seven days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 10/27/2011 .

  If a request for redaction is filed, the redacted transcript is due 11/7/2011 .

  If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 10/6/2011 unless extended by court order.

  To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

                                                               Clerk of Court

Date: 10/6/11

(ntc)