# **EXHIBIT A**



**LEVINE SULLIVAN KOCH & SCHULZ, LLP**

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

September 1, 2011                                                                                       Invoice  1272    MDS

In Reference To:  00499-003 - Mitchell v. Baltimore Sun

Client:  Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 08/01/11 | TC | Develop strategy regarding status and resolution of litigation. | 0.20<br>420.00/hr | 84.00 |
| 08/01/11 | MDS | Review proceedings in orphan's court and in bankruptcy court (.8); telephone conference with client regarding status and strategy (.6). | 1.40<br>445.00/hr | 623.00 |
| | | **For professional services rendered** | **1.60** | **$707.00** |
| | | **Total Amount of this Bill** | | **$707.00** |

## Levine Sullivan Koch & Schulz, L.L.P.

I.D. 00499-003 - MDS
Re: Mitchell v. Baltimore Sun

September 1, 2011
Invoice 1272
Page 2

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Michael D. Sullivan | 1.40 | 445.00 | 623.00 |
| Thomas Curley | 0.20 | 420.00 | 84.00 |
| **Totals** | 1.60 |  | $707.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



LEVINE SULLIVAN
KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

September 1, 2011  Invoice 1355   DAS
In Reference To: 00499-008 - General
Client: Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 08/24/11 | RP | Review invoice for privilege. | 0.40<br>445.00/hr | 178.00 |
| | | **For professional services rendered** | **0.40** | **$178.00** |
| | | **Total Amount of this Bill** | | **$178.00** |

Levine Sullivan Koch & Schulz, L.L.P.

| | | | September 1, 2011 |
|---|---|---|---|
| I.D. 00499-008 - DAS | | | Invoice 1355 |
| Re: General | | | Page 2 |

## Timekeeper Summary

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Robert Penchina | | 0.40 | 445.00 | 178.00 |
| | Totals | **0.40** | | **$178.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



LEVINE SULLIVAN KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

September 1, 2011                                                                                            Invoice 1370    RP

In Reference To: 00499-077 - Journal Publ. v. Hartford Courant

Client: Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 08/01/11 | CPB | Continue drafting privilege log. | 1.00<br>420.00/hr | 420.00 |
| 08/01/11 | MXB | Draft privilege log (7.0); analyze discovery issue (.3); review documents (.7). | 8.00<br>290.00/hr | 2,320.00 |
| 08/01/11 | RP | Review scheduling issues. | 0.30<br>445.00/hr | 133.50 |
| 08/02/11 | CPB | Telephone conference with client regarding discovery (.3); exchange email with clients regarding same (.2); review arrangements for defending depositions (.3); continue drafting privilege log (.5). | 1.30<br>420.00/hr | 546.00 |
| 08/02/11 | MXB | Continue reviewing documents. | 0.90<br>290.00/hr | 261.00 |
| 08/02/11 | MDK | Review privilege log issues and prepare same. | 4.00<br>195.00/hr | 780.00 |
| 08/02/11 | RP | Correspondence with R. Weinstein (.2); review issues relating to depositions (.3); review discovery issues (.5). | 1.00<br>445.00/hr | 445.00 |
| 08/03/11 | CPB | Exchange email and telephone conference with client regarding discovery. | 0.50<br>420.00/hr | 210.00 |
| 08/03/11 | MXB | Continue reviewing additional documents. | 1.30<br>290.00/hr | 377.00 |
| 08/03/11 | MDK | Continue to review privilege log issues and prepare same. | 4.00<br>195.00/hr | 780.00 |
| 08/03/11 | CAS | Exchange email with plaintiff's counsel regarding privilege log. | 0.10<br>420.00/hr | 42.00 |

**Levine Sullivan Koch & Schulz, L.L.P.**

I.D. 00499-077 - RP  
Re: Journal Publ. v. Hartford Courant

September 1, 2011  
Invoice 1370  
Page 2

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 08/03/11 | RP | Review issues relating to depositions (.3); draft correspondence to plaintiff regarding same (.2); review discovery issue (.3). | 0.80<br>445.00/hr | 356.00 |
| 08/04/11 | MXB | Continue reviewing additional documents. | 1.90<br>290.00/hr | 551.00 |
| 08/04/11 | MDK | Continue to review privilege log issues and prepare same. | 7.50<br>195.00/hr | 1,462.50 |
| 08/04/11 | CAS | Draft email to plaintiff's counsel regarding privilege log. | 0.10<br>420.00/hr | 42.00 |
| 08/05/11 | MXB | Revise privilege log. | 2.00<br>290.00/hr | 580.00 |
| 08/05/11 | MDK | Continue to review privilege log issues and prepare same. | 4.20<br>195.00/hr | 819.00 |
| 08/08/11 | CPB | Review and revise privilege log and confer with client regarding discovery issues. | 3.00<br>420.00/hr | 1,260.00 |
| 08/08/11 | RP | Review privilege log. | 0.50<br>445.00/hr | 222.50 |
| 08/09/11 | CPB | Review documents and privilege log. | 3.00<br>420.00/hr | 1,260.00 |
| 08/09/11 | CAS | Exchange email regarding privilege log and document production. | 0.20<br>420.00/hr | 84.00 |
| 08/09/11 | RP | Review discovery log issues (.5); telephone conference with client regarding discovery (.4); review proposed motion on consent to extend discovery period (.3). | 1.20<br>445.00/hr | 534.00 |
| 08/10/11 | RP | Exchange email with client and plaintiff regarding discovery. | 0.30<br>445.00/hr | 133.50 |
| 08/11/11 | RP | Review revised proposed motion. | 0.30<br>445.00/hr | 133.50 |
| 08/15/11 | CPB | Exchange email with client regarding discovery log issues. | 0.30<br>420.00/hr | 126.00 |
| 08/15/11 | MXB | Review documents and draft privilege log. | 4.50<br>290.00/hr | 1,305.00 |
| 08/15/11 | RP | Follow up with client regarding witnesses (.4); telephone conference with client regarding same (.3); correspondence with plaintiff regarding same (.3). | 1.00<br>445.00/hr | 445.00 |
| 08/16/11 | RP | Review scheduling orders. | 0.20<br>445.00/hr | 89.00 |

**Levine Sullivan Koch & Schulz, L.L.P.**

I.D. 00499-077 - RP  
Re: Journal Publ. v. Hartford Courant

September 1, 2011  
Invoice 1370  
Page 3

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 08/18/11 | RP | Correspondence with plaintiff regarding depositions (.2); correspond with client regarding same (.2). | 0.40<br>445.00/hr | 178.00 |
| 08/22/11 | CPB | Exchange email with client regarding discovery issues. | 0.30<br>420.00/hr | 126.00 |
| 08/22/11 | RP | Review documents. | 2.00<br>445.00/hr | 890.00 |
| 08/24/11 | MXB | Discuss discovery issues C. Beall (.2); draft memorandum regarding discovery (.3). | 0.50<br>290.00/hr | 145.00 |
| 08/24/11 | RP | Review document production issue. | 0.70<br>445.00/hr | 311.50 |
| 08/25/11 | CPB | Revise draft of privilege log and prepare same for service on opposing counsel. | 0.50<br>420.00/hr | 210.00 |
| 08/25/11 | MXB | Prepare documents for production. | 1.80<br>290.00/hr | 522.00 |
| 08/26/11 | CPB | Review supplemental production of documents. | 1.50<br>420.00/hr | 630.00 |
| 08/26/11 | MXB | Continue reviewing documents. | 2.80<br>290.00/hr | 812.00 |
| 08/29/11 | CPB | Exchange email with client regarding depositions. | 0.20<br>420.00/hr | 84.00 |
| 08/29/11 | RP | Follow up regarding deposition scheduling (.3); analyze discovery issues (1.0). | 1.30<br>445.00/hr | 578.50 |
| 08/30/11 | RP | Review email from R. Weinstein (.2); telephone conference with client regarding same (.3). | 0.50<br>445.00/hr | 222.50 |
| 08/31/11 | RP | Draft correspondence to client regarding discovery. | 0.40<br>445.00/hr | 178.00 |
| **For professional services rendered** | | | **66.30** | **$20,605.00** |

**Disbursements**

| Description | Amount |
|---|---|
| Electronic Document Management Services | 2,812.50 |
| **Total Disbursements** | **$2,812.50** |

Levine Sullivan Koch & Schulz, L.L.P.

|  |  |
|---|---|
|  | September 1, 2011 |
| I.D. 00499-077 - RP | Invoice 1370 |
| Re: Journal Publ. v. Hartford Courant | Page 4 |
| **Total Amount of this Bill** | **$23,417.50** |

**Levine Sullivan Koch & Schulz, L.L.P.**

|  |  |
|---|---|
| I.D. 00499-077 - RP<br>Re: Journal Publ. v. Hartford Courant | September 1, 2011<br>Invoice 1370<br>Page 5 |

## Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---:|---:|---:|
| Robert Penchina | 10.90 | 445.00 | 4,850.50 |
| Christopher P. Beall | 11.60 | 420.00 | 4,872.00 |
| Cameron A. Stracher | 0.40 | 420.00 | 168.00 |
| Marla D. Kelley | 19.70 | 195.00 | 3,841.50 |
| Michael Beylkin | 23.70 | 290.00 | 6,873.00 |
| **Totals** | **66.30** |  | **$20,605.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



# LEVINE SULLIVAN KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

September 1, 2011     Invoice 1329    SDB

In Reference To: 00499-080 – Tribune Company – Fee Application-Bankruptcy Retention Issues

Client: Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 08/01/11 | SDJ | Revise and file eleventh monthly fee application with local bankruptcy counsel and correspond with fee examiner regarding Ledes files. | 1.50<br>290.00/hr | 435.00 |
| 08/09/11 | SDB | Respond to email inquiry from client. | 0.20<br>445.00/hr | 89.00 |
| 08/16/11 | SDJ | Review fee examiner's final report. | 0.50<br>290.00/hr | 145.00 |
| 08/26/11 | SDJ | Exchange correspondence with local bankruptcy counsel and client regarding certificate of no objection of eleventh monthly fee application and payment processing. | 0.30<br>290.00/hr | 87.00 |
| | | **For professional services rendered** | **2.50** | **$756.00** |
| | | **Total Amount of this Bill** | | **$756.00** |

## Levine Sullivan Koch & Schulz, L.L.P.

| | | September 1, 2011 |
|---|---|---|
| I.D. 00499-080 - SDB | | Invoice 1329 |
| Re: Tribune Company - Fee Application-Bankruptcy Retention Issues | | Page 2 |

### Timekeeper Summary

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Seth D. Berlin | | 0.20 | 445.00 | 89.00 |
| Shaina D. Jones | | 2.30 | 290.00 | 667.00 |
| | **Totals** | 2.50 | | $756.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

 LEVINE SULLIVAN
KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

September 1, 2011             Invoice 1302    NES

In Reference To: 00499-084 - Sunplus Litter Citations

Client: Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 08/01/11 | NES | Telephone conference with K. Byrne and make final revisions to memorandum of understanding (.6); exchange email with client regarding same (.6). | 1.20 445.00/hr | 534.00 |
| 08/02/11 | NES | Finalize settlement agreement. | 0.30 445.00/hr | 133.50 |
| | | **For professional services rendered** | **1.50** | **$667.50** |
| | | **Total Amount of this Bill** | | **$667.50** |
| | | Previous Balance | | $28,356.30 |
| | | **Total Amount Due** | | **$29,023.80** |

**Levine Sullivan Koch & Schulz, L.L.P.**

| | September 1, 2011 |
|---|---:|
| I.D. 00499-084 - NES | Invoice 1302 |
| Re: Sunplus Litter Citations | Page 2 |

## Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---:|---:|---:|
| Nathan E. Siegel | 1.50 | 445.00 | 667.50 |
| **Totals** | **1.50** | | **$667.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605