**Wolters Kluwer** | **CT Corporation**
Corporate Legal Services

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

October 04, 2011

Daniel B. Rath
Landis Rath & Cobb LLP
919 Market Street, Suite 1800,
Wilmington, DE 19801

Re: Tribune Company, et al., Debtors, The Official Committee of Unsecured Creditors of Tribune Company, et al., Pltfs. vs. Dennis J. Fitzsimons, et al. including Caxton International, LTD, etc., Dfts.

Case No. 0813141KJC

Dear Sir/Madam:

We are herewith returning the Summons and Notice(s), Certificate(s) of Service, Orders, Complaint(s), Exhibits which we received regarding the above captioned matter.

Caxton International, LTD is not listed on our records or on the records of the State of DE.

Very truly yours,

Chris Moseder
Process Specialist

Log# 519246031

FedEx Tracking# 795260208280

cc: Delaware District - U.S. Bankruptcy Court
    824 Market Street,
    5th Floor,
    Wilmington, DE 19801