## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | **Chapter 11** |
| **TRIBUNE COMPANY, <u>et al.</u>,**[1] | **Case No. 08-13141 (KJC)** |
| Debtors. | **Jointly Administered** |
| | **Ref. Docket No. 9874** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On October 3, 2011, I caused to be served the "Notice of Amended Agenda of Matters Scheduled for Hearing on October 4, 2011 at 10:00 A.M. Before the Honorable Kevin J. Carey," dated October 3, 2011 [Docket No. 9874], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

   c. delivered via facsimile to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Eleni Kossivas

Sworn to before me this
6th day of October, 2011

Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\TRIBUNE\Affidavits\Amended Agenda_DI 9874_Aff_10-3-11_EM.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ALEXA A. BAZANOS | 1709 N. LARRABEE UNIT 3N CHICAGO IL 60614 |
| ALISON R SCHOLLY | 2137 W. HOMER CHICAGO IL 60647 |
| ANN MARIE LIPINSKI | 4919 S. WOODLAWN AVE. CHICAGO IL 60615 |
| ARDITH HILLIARD | 2870 BIRCHWOOD CIRCLE EMMAUS PA 18049 |
| AUDREY L. FARRINGTON | 1930 10TH AVENUE SACRAMENTO CA 95818 |
| BETTY ELLEN BERLAMINO | C/O WILDMAN, HARROLD, ALLEN & DIXON LLP MICHAEL DOCKTERMAN, ESQUIRE 225 WEST WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| BONNIE B HUNTER | 3801 SUMMIT VIEW DRIVE NE GRAND RAPIDS MI 49525 |
| CAROLYN HUDSPETH | 3883 TURTLE CREEK BLVD. #2018 DALLAS TX 75219 |
| CATHERINE M. HERTZ | 394 FAIRWAY POINTE CIRCLE ORLANDO FL 32828 |
| CHARLOTTE H. HALL | 1851 FORREST ROAD WINTER PARK FL 32789 |
| CHRISTOPHER C MORRILL | 66 BRUNSWICK AVE WEST HARTFORD CT 06107 |
| CHRISTOPHER REYES | C/O SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP MATTHEW R. KIPP, ESQUIRE 155 NORTH WACKER DRIVE CHICAGO IL 60606-1720 |
| CINDY DONNELLY | 203 NORMANDY RD. EDISON NJ 08820 |
| CLIFFORD L TEUTSCH | 12 SEMINARY ROAD SIMSBURY CT 06070 |
| CRAIG ALLEN | 30 NANCY DRIVE MONROE CT 06468 |
| CRANE KENNEY | C/O SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC RICHARD SALDINGER, ESQUIRE 321 N. CLARK, SUITE 800 CHICAGO IL 60654 |
| CYNTHIA BAKER | 1320 MCCAY LANE MCLEAN VA 22101 |
| DANA C. HAYES JR | 520 ASH STREET WINNETKA IL 60093 |
| DAVID A. BENNETT | 20 LAWTON AVENUE NEWINGTON CT 06111 |
| DAVID KNIFFIN | 20 THOMASINA LANE DARIEN CT 06820 |
| DAVID P MURPHY | 2611 N GREENVIEW AVENUE UNIT B CHICAGO IL 60614 |
| DEEPAK AGARWAL | 5490 W 7TH AVENUE HIALEAH FL 33012 |
| DENISE E. PALMER | 4606 W BEACH PARK DRIVE TAMPA FL 33609-3705 |
| DENNIS G O'BRIEN | 12891 EAST VASSAR DRIVE AURORA CO 80014 |
| DIANNE DONOVAN | 212 WOODLAWN ROAD BALTIMORE MD 21210 |
| DONALD M. HINMAN, JR. | 9231 SOUTH 86TH COURT HICKORY HILLS IL 60457-1705 |
| DUDLEY S. TAFT | C/O SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP MATTHEW R. KIPP, ESQUIRE 155 NORTH WACKER DRIVE CHICAGO IL 60606-1720 |
| DURHAM J. MONSMA | C/O MICHAEL P. MORTON, P.A. MICHAEL P. MORTON 1203 NORTH ORANGE STREET WILMINGTON DE 19801 |
| DURHAM J. MONSMA | C/O STEPTOE & JOHNSON MARK A. NEUBAUER, ESQUIRE 2121 AVENUE OF THE STARS, SUITE 2800, LOS ANGELES CA 90067 |
| EARL R MAUCKER | 3511 NE 26TH AVENUE LIGHTHOUSE POINT FL 33064 |
| ENRIQUE HERNANDEZ, JR. | C/O SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP MATTHEW R. KIPP, ESQUIRE 155 NORTH WACKER DRIVE CHICAGO IL 60606-1720 |
| ERIK A SMIST | 15821 TRENTON RD UPPERCO MD 21155 |
| ERNEST C. GATES | 106 HOLLY ROAD WILLIAMSBURG CA 23185 |
| F. ASHLEY ALLEN | P.O. BOX 533427 ORLANDO FL 32853 |
| FRANK W. DENIUS | C/O CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL LLP J. MICHAEL SUTHERLAND, ESQ. 901 MAIN STREET, SUITE 5500 DALLAS TX 75202 |
| GEORGE C NEJAME | 3795 WHITING MANOR LANE GLENDALE CA 91208 |
| GERALD W. AGEMA | 12630 S. TIMBERLANE DR. PALOS PARK IL 60464 |
| GLADYS M. ARROYO | 1817 WISCONSIN AVENUE BERWYN IL 60402 |
| GLENN G KRANZLEY | 839 MAGNOLIA ROAD HELLERTOWN PA 18055 |
| GORDON L. JONES | 77 LUKES WOOD RD NEW CANAAN CT 06840-2202 |
| GREG HEALY | 2919 N. SOUTHPORT AVE #3 CHICAGO IL 60657 |
| GREGORY C PEDERSEN | 3921 JOHN SHROPSHIRE WILLIAMSBURG VA 23188 |

| Claim Name | Address Information |
|---|---|
| HENRY R. BARRETT | 2036 LE DROIT DRIVE SOUTH PASADENA CA 91030 |
| HOWARD G WEINSTEIN | 12114 FAULKNER DR. OWINGS MILLS MD 21117 |
| IRA GOLDSTONE | C/O SEYFARTH SHAW LLP JON D. MEER, ESQUIRE 2029 CENTURY PARK EAST, SUITE 3300, LOS ANGELES CA 90067 |
| IRA GOLDSTONE | 420 MANHATTAN AVENUE MANHATTAN BEACH, CALIFORN IA 90266 |
| IRVING L QUIMBY JR | C/O WILDMAN, HARROLD, ALLEN & DIXON LLP MICHAEL DOCKTERMAN, ESQUIRE 225 WEST WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| JACK D KLUNDER | 15735 BIRCHWOOD STREET LA MIRANDA CA 90638 |
| JACK WHISLER | 645 LINCOLN STREET GLENVIEW IL 60025 |
| JAMES L. ELLIS | 74 GOLF ROAD #243 GOLF IL 60029-0243 |
| JAMES O'SHEA | 2242 N. LINCOLN PARK WEST APT. 3-E CHICAGO IL 60614 |
| JAMES ZERWEKH | C/O GILAM HOWARD NICANDRI DEES & GILLAM, P.A. ROBERT M. DEES, 14 EAST BAY ST. JACKSONVILLE FL 32202 |
| JANE E. HEALY | 813 GREENWOOD ST. ORLANDO FL 32801 |
| JAVIER J. ALDAPE | 207 E OHIO ST BOX 401 CHICAGO IL 60611 |
| JEFFREY CHANDLER | C/O.GIBSON, DUNN & CRUTCHER LLP JOEL A. FEUER, ESQUIRE 2029 CENTURY PARK EAST SUITE 4000 LOS ANGELES CA 90067-3026 |
| JEFFREY S LEVINE | 75 HOCKANUM BLVD. #1021 VERNON CT 06066 |
| JEROME P. MARTIN | C/O BENESCH FRIEDLANDER COPLAN & ARONOFF LLP DAVID E. KRESS, ESQUIRE ONE AMERICAN SQUARE, SUITE 2300, INDIANAPOLIS IN 46282 |
| JOHN A RIGGLE | 81 CHURCHILL DR. YORK PA 17403 |
| JOHN BIRMINGHAM | C/O WILDMAN, HARROLD, ALLEN & DIXON LLP MICHAEL DOCKTERMAN, ESQUIRE 225 WEST WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| JOHN C TWOHEY | 2715 BROADWAY EVANSTON IL 60201 |
| JOHN D. WORTHINGTON, IV | P.O. BOX 189 BEL AIR MD 21014 |
| JOHN D. WORTHINGTON, IV | P.O. BOX 147 CHURCHVILLE MD 21028 |
| JOHN F. ACANFORA | P.O. BOX 77 BREINIGSVILLE PA 18031 |
| JOHN M MANZI | 5 FRANKLIN IRVINE CA 92620 |
| JOHN WOLLNEY | 318 50TH PLACE WESTERN SPRINGS IL 60558 |
| JOSEPH F PISANI | 877 INDIAN HILL ROAD ORANGE CT 06477 |
| JULIAN G POSADA | 4343 TRIPP CHICAGO IL 60641 |
| KATHY H SKIPPER | P O BOX 272487 BOCA RATON FL 33427-2487 |
| KELLY F. BENSON | 1177 BRAMPTON PLACE HEATHROW FL 32746 |
| KENNETH J. DEPAOLA | 21313 SOUTH BOSCHOME KILDEER IL 60047 |
| KENNETH MITCHELL | 1121 S. MILITARY TRAIL APT. 172 DEERFIELD BEACH FL 33442 |
| KEVIN P SCANLON | 805 S MITCHELL AVENUE ELMHURST IL 60126 |
| KIM A MCCLEARY LA FRANCE | 1540 11TH ST. MANHATTAN BEACH CA 90266 |
| L. CLARK MOREHOUSE III | 1 OXFORD ROAD LARCHMONT NY 10538 |
| LEO C WOLINSKY | 8550 HOLLYWOOD BLVD. LOS ANGELES CA 90069 |
| LEWIS TAMAN | 221 NORTH LASALLE ROOM # 2016 CHICAGO IL 60601-1206 |
| LINDA A SCHAIBLE | 1010 SEWARD STREET EVANSTON IL 60602 |
| LINDA HUTZLER | 6715 BUSHRANGER PATH COLUMBIA MD 21046 |
| LISA E. BREWER | 203 CLAYTON DR. YORKTOWN VA 23693 |
| LOUIS J STANCAMPIANO | 2749 LAKEMOOR DRIVE ORLANDO FL 32828 |
| LOUIS MARANTO | 3703 WHITEHALL LANE HAMPSTEAD MD 21074 |
| LYNNE A SEGALL | 8436 HAROLD WAY LOS ANGELES CA 90069 |
| LYNNE ANNE ADAMSON | 1029 GREEN BAY RD WILMETTE IL 60091-1641 |
| MARC S SCHACHER | 1249 WEST DICKENS AVENUE CHICAGO IL 60614 |
| MARK HIANIK | C/O WILDMAN, HARROLD, ALLEN & DIXON LLP MICHAEL DOCKTERMAN, ESQUIRE 225 WEST WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |

| Claim Name | Address Information |
|---|---|
| MATTHEW CATANIA | 4 SHEILA DRIVE SMITHTOWN NY 11787 |
| MICHAEL A. SILVER | 210 W SCOTT ST APT E CHICAGO IL 60610 |
| MICHAEL C. FOUX | 4898 WATERFORD DRIVE MACUNGIE PA 18062 |
| MICHAEL C. GATES | 17 DRIFTWOOD LANE E SETAUKET NY 11733 |
| MICHAEL D SLASON | 241 WHITTIER CIRCLE ORLANDO FL 32806 |
| MICHAEL J MALEE | 3721 N. MILWAUKEE AVE UNIT 2 CHICAGO IL 60641 |
| MILES D. WHITE | C/O SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP MATTHEW R. KIPP, ESQUIRE 155 NORTH WACKER DRIVE CHICAGO IL 60606-1720 |
| MYRNA RAMIREZ | 4015 70TH AVENUE E. ELLENTON FL 34222 |
| OWEN YOUNGMAN | 40 KENMORE AVE. DEERFIELD IL 60015 |
| PAUL R KELLY JR | 8919 S FITZGERALD WAY MISSOURI CITY TX 77459 |
| PETER A KNAPP | C/O WILDMAN, HARROLD, ALLEN & DIXON LLP MICHAEL DOCKTERMAN, ESQUIRE 225 WEST WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| PETER D. FILICE | 9456 BURNS COURT GRANITE BAY CA 95746 |
| RANDY HANO | 5 ATKINSON LANE SUDBURY MA 01776 |
| RICHARD D MOLCHANY | 4041 HUNSICKER DRIVE WALNUTPORT PA 18088 |
| RICHARD D. FELTY | 15 BEACON STREET NATICK MA 01760 |
| RICHARD E INOUYE | 1300 POPENOE ROAD LA HABRA HEIGHTS CA 90631 |
| RICHARD ENGBERG | 608 MIDDLE RIVER DRIVE FORT LAUDERDALE FL 33304 |
| RICHARD ENGBERG | 3001 N. 50TH ST. PHOENIX AZ 85018 |
| ROBERT HOLM | 24W276 PIN OAK LANE NAPERVILLE IL 60540 |
| ROBERT J PALERMINI | 265 ARROYO PARKWAY #304 PASADENA CA 91105 |
| ROBERT K SCHREPF | P.O. BOX 96 NORTH GRANBY CT 06060 |
| ROBERT RAMSEY | 3280 N GREENVIEW AVE  #3 CHICAGO IL 60657-2126 |
| ROBERT S. MORRISON | C/O SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP MATTHEW R. KIPP, ESQUIRE 155 NORTH WACKER DRIVE CHICAGO IL 60606-1720 |
| ROGER D WILLIAMS | 21402 EMERALD DR GERMANTOWN MD 20876 |
| ROGER GOODAN | C/O.GIBSON, DUNN & CRUTCHER LLP JOEL A. FEUER, ESQUIRE 2029 CENTURY PARK EAST SUITE 4000 LOS ANGELES CA 90067-3026 |
| RONDRA MATTHEWS | C/O BLECHMAN, WOLTZ & KELLY, P.C. MICHAEL B. WAR, JONES,  ESQUIRE 701 TOWN CENTER DRIVE, SUITE 800, NEWPORT NEWS VA 23606 |
| STEPHEN D. CARVER | C/O TOBIN & TOBIN PAUL E. GASPARI, ESQUIRE 500 SANSOME ST. 8TH FL. SAN FRANCISCO CA 94111-3214 |
| STEPHEN G SANTAY | 6913 COLUMBUS AVE VAN NUYS CA 91405 |
| STEPHEN J MULDERRIG | 78 STANTON ST. DARIEN CT 06820 |
| STEPHEN M. BUDIHAS | 2865 GREEN ACRES DRIVE ALLENTOWN PA 18103 |
| SUSAN M. CONWAY | 125 LEEDS WILLIAMSBURG VA 23188 |
| TERRY JIMENEZ | 241-20 NORTHERN BOULEVARD APT # 6B DOUGLASTON NY 11363 |
| THEODORE J. BIEDRON | 404 JACKSON AVENUE GLENCOE IL 60022 |
| THOMAS S. FINKE | C/O MASSEY & GAIL LLP LEONARD A. GAIL, ESQUIRE 50 EAST WASHINGTON ST., SUITE 400 CHICAGO IL 60602 |
| TIMOTHY F WINDSOR | 4415 SEDGWICK ROAD BALTIMORE MD 21210 |
| TIMOTHY FRANKLIN | 3709 PARK OVERLOOK COURT ELLICOTT CITY MD 21042 |
| TIMOTHY L KOLLER | 5 APPLE HILL LANE YORK PA 17402 |
| TIMOTHY P. KNIGHT | C/O HANNAFAN & HANNAFAN, LTD. MICHAEL T. HANNAFAN, ESQUIRE BLAKE T. HANNAFAN, ESQUIRE ONE EAST WACKER DRIVE SUITE 2800 CHICAGO IL 60601 |
| TIMOTHY R. KENNEDY | C/O FITZPATRICK LENTZ & BUBBA PC DOUGLAS J. SMILLIE , ESQUIRE 4001 SCHOOLHOUSE LANE, P.O. BOX 219 CENTER VALLEY PA 18034-0219 |
| TOM E. EHLMANN | C/O WILDMAN, HARROLD, ALLEN & DIXON LLP MICHAEL DOCKTERMAN, ESQUIRE 225 WEST WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| VINCENT A MALCOLM | 899 OAK STREET WINNETKA IL 60093 |

| Claim Name | Address Information |
|---|---|
| WILLIAM A LANESEY | 5737 KUGLER MILL ROAD CINCINNATI OH 45236 |
| WILLIAM B. HASELDEN | 411 S. OLD WOODWARD AVE #825 BIRMINGHAM MI 48009-6649 |
| WILLIAM F. WORCHOL | 5558 S TALMAN AVE CHICAGO IL 60629-1034 |
| WILLIAM P SHAW | 15 HERON ROAD NORWALK CT 06855 |
| WILLIAM STINEHART, JR. | C/O.GIBSON, DUNN & CRUTCHER LLP JOEL A. FEUER, ESQUIRE 2029 CENTURY PARK EAST SUITE 4000 LOS ANGELES CA 90067-3026 |

Total Creditor count  131

**TRB AMD AGD 10-3-11**
Marbury L. von Briesen
401 Plumbridge Court
Timonium, MD 21093-8125

**TRB AMD AGD 10-3-11**
Carol Hoeme Walker
3561 W. Hemlock
Oxnard, CA 93035

**TRB AMD AGD 10-3-11**
Mr. Robby S. Wells
P.O. Box 345
Saunemin, IL  61769

**TRB AMD AGD 10-3-11**
Mr. Robert Wells
54 Center Street
Saunemin, IL  61769-0345

**TRB AMD AGD 10-3-11**
Stephen K. Gallagher. Esq.
Kristen E. Burgers, Esq.
Venable LLP
8010 towers Crescent Drive, Suite 300
Vienna, VA 22182

**TRB AMD AGD 10-3-11**
Mr Herbert E. Eye
HC 72 Box 36
Franklin, WV 26807

**TRB AMD AGD 10-3-11**
Ms. Debbie Anziano
State of New York
Department of Labor
Unemployment Insurance Division
Governor W. Averell Harriman State
Office Building Campus
Building 12, Room 256
Albany, NY  12240

**TRB AMD AGD 10-3-11**
Frank/Gecker LLP
Joseph D. Frank, Esquire
325 North LaSalle Street, Suite 625
Chicago, IL  60654

**TRB AMD AGD 10-3-11**
Grippo & Elden LLC
John R. McCambridge, Esquire
George R. Dougherty, Esquire
Michael W. Kazan, Esquire
111 S. Wacker Drive
Chicago IL  60606

**TRB AMD AGD 10-3-11**
Chandler Bigelow
c/o BOUCHARD MARGULES &
FRIEDLANDER, P.A.
Joel Friedlander, Esquire
Sean M. Brennecke, Esquire
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801

**TRB AMD AGD 10-3-11**
Chandler Bigelow
c/o SPERLING & SLATER
Daniel A. Shmikler, Esquire
55 West Monroe Street, Suite 3200
Chicago, IL  60603

**TRB AMD AGD 10-3-11**
Betsy D. Holden
c/o Skadden, Arps, Slate, Meagher &
 Flom LLP
Matthew R. Kipp, Esquire
155 North Wacker Drive
Chicago, Illinois  60606-1720

**TRB AMD AGD 10-3-11**
Daniel G. Kazan
c/o Dewey & LeBoeuf LLP
Therese King Nohos, Esquire
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL  60601

**TRB AMD AGD 10-3-11**
William A. Osborn
c/o Skadden, Arps, Slate, Meagher &
 Flom LLP
Matthew R. Kipp, Esquire
155 North Wacker Drive
Chicago, Illinois  60606-1720

**TRB AMD AGD 10-3-11**
John B. Rodden
130 North Waiola
La Grange, IL 60525

**TRB AMD AGD 10-3-11**
Samuel Zell
c/o Jenner & Block LLP
David J. Bradford, Esquire
Andrew W. Vail, Esquire
353 North Clark St.
Chicago, IL  60654

**TRB AMD AGD 10-3-11**
Frank/Gecker LLP
Joseph D. Frank, Esquire
325 North LaSalle Street, Suite 625
Chicago, IL  60654

**TRB AMD AGD 10-3-11**
Grippo & Elden LLC
John R. McCambridge, Esquire
George R. Dougherty, Esquire
Michael W. Kazan, Esquire
111 S. Wacker Drive
Chicago IL  60606

**EXHIBIT B**

**_Email Address_**

ams@saccullolegal.com
chriseyec@aol.com
david.klauder@usdoj.gov
Debbie.anziano@labor.state.ny.us
etrybantelser@cityofchicago.org
fhyman@mayerbrown.com
keburgers@venable.com
kovach@saccullolegal.com
leonhardt@teamrosner.com
mvbbvb@comcast.net
Ronald.Rowland@rmsna.com
rosner@teamrosner.com
skgallagher@venable.com
stevewalkergolf@gmail.com

**EXHIBIT C**

| *Name* | *Fax* |
|---|---|
| Office of the United States Trustee  Attn: David M Klauder | 302-573-6497 |
| Landis Rath & Cobb LLP  Attn: Adam G Landis | 302-467-4450 |
| Landis Rath & Cobb LLP  Attn: Matthew B McGuire | 302-467-4450 |
| Richards, Layton & Finger, P.A.  Attn: Mark D Collins | 302-498-7531 |
| Richards, Layton & Finger, P.A.  Attn: Mark D Collins | 302-651-7701 |
| Richards, Layton & Finger, P.A.  Attn: Robert J Stern Jr | 302-498-7531 |
| Richards, Layton & Finger, P.A.  Attn: Robert J Stern Jr | 302-651-7701 |
| U. S. Attorney's Office  Attn: Ellen W Slights | 302-573-6431 |
| DLA Piper LLP (US)  Attn: Stuart M Brown | 302-394-2341 |
| DLA Piper LLP (US)  Attn: R.Craig Martin | 302-394-2341 |
| DLA Piper LLP (US)  Attn: Michelle E. Marino | 302-394-2341 |
| Potter Anderson & Corroon LLP  Attn: Laurie Silverstein | 302-658-1192 |
| McCarter & English, LLP  Attn: Katherine L Mayer | 302-984-6399 |
| Wilmington Trust Company  Attn: Patrick J Healy Vice President | 302-636-4148 |
| Seitz, van Ogtrop & Green, P.A.  Attn: R Karl Hill | 302-888-0606 |
| Elliott Greenleaf  Attn: William M Kelleher | 302-656-3714 |
| Elliott Greenleaf  Attn: William M Kelleher | 302-384-9399 |
| The Rosner Law Group LLC  Attn: Frederick B Rosner | 302-351-8010 |
| The Rosner Law Group LLC  Attn: Scott J Leonhardt | 302-351-8010 |
| Cooch and Taylor, P.A.  Attn: Susan E Kaufman | 302-984-3939 |
| Cross & Simon, LLC  Attn: Christopher P Simon | 302-777-4224 |
| Cross & Simon, LLC  Attn: Joseph Grey | 302-777-4224 |
| Cozen O'Connor  Attn: Mark E Felger | 302-295-2013 |
| Archer & Greiner, P.C.  Attn: John V Fiorella | 302-777-4352 |
| Archer & Greiner, P.C.  Attn: Charles J Brown | 302-777-4352 |
| Brown Stone Nimeroff LLC  Attn: Jami B Nimeroff | 302-351-2744 |
| Pepper Hamilton LLP  Attn: David B Stratton | 302-421-8390 |
| Pepper Hamilton LLP  Attn: John H Schanne II | 302-421-8390 |
| Eckert, Seamans, Cherin & Mellott, LLC  Attn: Margaret F England | 302-425-0432 |
| Monzack Mersky McLaughlin & Browder, P.A.  Attn: Rachel B Mersky | 302-656-2769 |
| Pinckney, Harris & Weidinger, LLC  Attn: Donna Harris | 302-442-7046 |
| Hiller & Arban, LLC  Attn: Adam Hiller | 302-442-7045 |
| Bifferato LLC  Attn: Ian Connor Bifferato | 302-254-5383 |
| Bifferato LLC  Attn: Kevin G Collins | 302-254-5383 |
| Bifferato LLC  Attn: Thomas F Driscoll | 302-254-5383 |
| Bifferato LLC  Attn: J Zachary Haupt | 302-254-5383 |
| Duane Morris LLP  Attn: Michael R Lastowski | 302-657-4901 |
| Duane Morris LLP  Attn: Sommer L Ross | 302-657-4901 |
| Ashby & Geddes, P.A.  Attn: William Bowden | 302-654-2067 |
| Ashby & Geddes, P.A.  Attn: Amanda M Winfree | 302-654-2067 |
| Ashby & Geddes, P.A.  Attn: Karen B Skomorucha | 302-654-2067 |
| Pachulski Stang Ziehl & Jones LLP  Attn: Laura Davis Jones | 302-652-4400 |
| Pachulski Stang Ziehl & Jones LLP  Attn: Timothy P Cairns | 302-652-4400 |
| Young Conaway Stargatt & Taylor, LLP  Attn: Robert S Brady | 302-571-1253 |
| Young Conaway Stargatt & Taylor, LLP  Attn: M Blake Cleary | 302-571-1253 |
| Barnes & Thornburg LLP  Attn: David M Powlen | 317-231-7433 |

| | |
|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP  Attn: Joseph L Christensen | 302-655-4420 |
| Fox Rothschild LLP  Attn: Jeffrey M Schlerf | 302-656-8920 |
| Fox Rothschild LLP  Attn: John H Strock | 302-656-8920 |
| Greenberg Traurig, LLP  Attn: Dennis A Meloro | 302-661-7360 |
| Bifferato Gentilotti LLC  Attn: Garvan F McDaniel | 302-429-8600 |
| Blank Rome LLP  Attn: David W Carickhoff | 302-425-6464 |
| Duane Morris LLP  Attn: Richard W Riley | 302-657-4901 |
| Sullivan Hazeltine Allinson LLC  Attn: William Hazeltine | 302-428-8195 |
| Sullivan Hazeltine Allinson LLC  Attn: William D Sullivan | 302-428-8195 |
| Sullivan Hazeltine Allinson LLC  Attn: Elihu E Allinson III | 302-428-8195 |
| Morris, Nichols, Arsht & Tunnell LLP  Attn: Derek C Abbott | 302-658-3989 |
| Morris, Nichols, Arsht & Tunnell LLP  Attn: Curtis S Miller | 302-658-3989 |
| Ballard Spahr LLP  Attn: Christopher S Chow | 302-252-4466 |
| Ballard Spahr LLP  Attn: Leslie C Heilman | 302-252-4466 |
| Duane Morris LLP  Attn: Lawrence J Kotler | 302-657-4901 |
| Morgan, Lewis & Bockius LLP  Attn: Colm F Connolly | 302-574-3001 |
| Klehr Harrison Harvey Branzburg LLP  Attn: Michael W Yurkewicz | 302-426-9193 |
| Eckert Seamans Cherin & Mellott, LLC  Attn: Tara L Lattomus | 302-425-0432 |
| Loizides, P.A.  Attn: Christopher D Loizides | 302-654-0728 |
| Bayard, P.A.  Attn: Justin R Alberto | 302-658-6395 |
| Polsinelli Shughart PC  Attn: Christopher A Ward | 302-252-0921 |
| Tybout Redfearn and Pell  Attn: Sherry Ruggiero Fallon | 302-658-4018 |
| Phillips, Goldman & Spence, P.A.  Attn: John C Phillips | 302-655-4210 |
| Silverman McDonald & Friedman  Attn: Brian E Lutness | 302-888-2923 |
| Margolis Edelstein  Attn: James E Huggett | 302-888-1119 |
| A.M. Saccullo Legal, LLC  Attn: Anthony M Saccullo | 302-836-8787 |
| A.M. Saccullo Legal, LLC  Attn: Thomas H Kovach | 302-836-8787 |
| Sidley Austin LLP  Attn: James F Conlan | 312-853-7036 |
| Sidley Austin LLP  Attn:  Bryan Krakauer | 312-853-7036 |
| Sidley Austin LLP  Attn: Kevin T Lantry | 213-896-6600 |
| Chadbourne & Parke LLP  Attn: Howard Seife | 212-541-5369 |
| Chadbourne & Parke LLP  Attn: David M LeMay | 212-541-5369 |
| Chadbourne & Parke LLP  Attn: Douglas E Deutsche | 212-541-5369 |
| Zuckerman Spaeder LLP  Attn: Graeme W Bush | 202-822-8106 |
| Zuckerman Spaeder LLP  Attn: James  Sottile | 202-822-8106 |
| Davis Polk & Wardwell  Attn: Dennis E Glazer | 212-607-7999 |
| Davis Polk & Wardwell  Attn: Elliot Moskowitz | 212-607-7999 |
| Davis Polk & Wardwell  Attn: Michael Russano | 212-607-7999 |
| Kaye Scholer LLP  Attn: Madlyn Gleich Primoff | 212-836-6525 |
| Kaye Scholer LLP  Attn: Jane W Parver | 212-836-6525 |
| Kaye Scholer LLP  Attn: Joseph W Drayton | 212-836-6525 |
| Mayer Brown LLP  Attn: Frederick D Hyman | 212-262-1910 |
| Mayer Brown LLP  Attn: Brian Trust | 212-262-1910 |
| Mayer Brown LLP  Attn: Amit K Trehan | 212-262-1910 |
| Mayer Brown LLP  Attn: Barbara Yan | 212-262-1910 |
| Brown Rudnick LLP  Attn: Robert J Stark | 212-209-4801 |
| Brown Rudnick LLP  Attn: Martin S Siegel | 212-209-4801 |

| | |
|---|---|
| Brown Rudnick LLP  Attn: Gordon Z Novod | 212-209-4801 |
| Brown Rudnick LLP  Attn: Katherine S Bromberg | 212-209-4801 |
| Lerman Senter, PLLC  Attn: Meredith S Senter Jr | 202-429-4618 |
| Lerman Senter, PLLC  Attn: Sally A Buckman | 202-429-4618 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: Daniel H Golden | 212-872-1002 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: David M Zensky | 212-872-1002 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: Abid Qureshi | 212-872-1002 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: Deborah J Newman | 212-872-1002 |
| Friedman Kaplan Seiler & Adelman LLP  Attn: Edward A Friedman | 212-833-1250 |
| Friedman Kaplan Seiler & Adelman LLP  Attn: William P Weintraub | 212-833-1250 |
| Kasowitz, Benson, Torres & Friedman LLP  Attn: David S Rosner | 212-506-1800 |
| Kasowitz, Benson, Torres & Friedman LLP  Attn: Andrew K Glenn | 212-506-1800 |
| Kasowitz, Benson, Torres & Friedman LLP  Attn: Sheron Korpus | 212-506-1800 |
| McCarter & English, LLP  Attn: David Adler | 212-609-6921 |
| Dewey & Leboeuf LLP  Attn: Bruce Bennett | 213-621-6100 |
| Dewey & Leboeuf LLP  Attn: James O Johnston | 213-621-6100 |
| Dewey & Leboeuf LLP  Attn: Joshua M Mester | 213-621-6100 |
| Wilmer Cutler Pickering Hale and Dorr LLP  Attn: Andrew Goldman | 212-230-8888 |
| Paul, Weiss, Rifkind,Wharton & Garrison LLP  Attn: Stephen J Shimshak | 212-757-3990 |
| Paul, Weiss, Rifkind,Wharton & Garrison LLP  Attn: Andrew Gorden | 212-492-0543 |
| O'Melveny & Myers LLP  Attn: Bradley Butwin | 212-326-2061 |
| O'Melveny & Myers LLP  Attn: Daniel S Shamah | 212-326-2061 |
| O'Melveny & Myers LLP  Attn: Evan M Jones | 213-430-6407 |
| GE Capital Fleet Services  Attn: Aaron N Chapin | 312-207-6400 |
| City of Chicago; Dept. of Law  Attn: Esther Tryban Telser | 312-744-6798 |
| City of Chicago; Dept. of Law  Attn: Esther Tryban Telser | 312-744-3832 |
| United States Debt Recovery III LLP  Attn: Nathan E Jones | 775-832-5085 |
| Wildman, Harrold, Allen & Dixon LLP  Attn: Joy L Monahan | 312-416-4823 |
| Receivable Management Services Corporation  Attn: Ronald L Rowland | 410-242-4218 |
| SNR Denton US LLP  Attn: Stefanie L. Wowchuk | 312-876-7934 |
| Phelps Dunbar LLP  Attn: Mary Ellen Roy | 504-568-9130 |