# **<u>EXHIBIT A</u>**

# TRIBUNE COMPANY, ET AL.
# CLAIMS SETTLEMENT REPORT

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 1 | DOUGLAS GUETZLOE C/O FREDERIC B. O'NEAL P.O. BOX 842 WINDERMERE, FL 34786 | 4410 | 06/10/2009 | Orlando Sentinel Communications Company | Unsecured | $100,000.00 | Orlando Sentinel Communications Company | Unsecured | $1,000.00 |
| 2 | HARRIS COMMUNICATIONS BROADCAST COMMUNICATIONS DIVISION PO BOX 96776 CHICAGO, IL 60693 | 4797 | 06/11/2009 | Tribune Broadcasting Company | Unsecured | $103,865.76 | Tribune Broadcast Holdings, Inc. | Unsecured | $25,936.97 |
| | | | | | | | Tribune Television Company | Unsecured | $4,665.39 |
| | | | | | | | Tribune Television Holdings, Inc. | Unsecured | $870.30 |
| | | | | | | | Tribune Television New Orleans, Inc. | Unsecured | $5,769.15 |
| | | | | | | | Tribune Television Northwest, Inc. | Unsecured | $63,704.89 |
| | | | | | | | WGN Continental Broadcasting Company | Unsecured | $77.79 |
| | | | | | | | | Subtotal | $101,024.49 |
| 3 | HARRIS CORP BROADCAST COMMUNICATIONS DIVISION PO BOX 96776 CHICAGO, IL 60693 | 4779 | 06/11/2009 | KIAH Inc. | Unsecured | $1,857.68 | KIAH Inc. | Unsecured | $1,471.69 |
| 4 | HARRIS CORP HARRIS ALLIED BROADCAST DIV PO BOX 96776 CHICAGO, IL 60693 | 4781 | 06/11/2009 | KSWB Inc. | Unsecured | $7,897.69 | KSWB Inc. | Unsecured | $7,897.69 |
| 5 | HARRIS CORP BROADCAST COMMUNICATIONS DIVISION PO BOX 96776 CHICAGO, IL 60693 | 4783 | 06/11/2009 | Channel 40, Inc. | Unsecured | $1,724.27 | Channel 40, Inc. | Unsecured | $1,345.87 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.
# CLAIMS SETTLEMENT REPORT

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 6 | HARRIS CORP BROADCAST COMMUNICATIONS DIVISION PO BOX 96776 CHICAGO, IL 60693 | 4784 | 06/11/2009 | Channel 39, Inc. | Unsecured | $10.17 | Channel 39, Inc. | Unsecured | $7.90 |
| 7 | HARRIS CORP BROADCAST COMMUNICATIONS DIVISION PO BOX 96776 CHICAGO, IL 60693 | 4785 | 06/11/2009 | Channel 39, Inc. | Unsecured | $1,845.54 | Channel 39, Inc. | Unsecured | $1,435.41 |
| 8 | HARRIS CORP BROADCAST COMMUNICATIONS DIVISION PO BOX 96776 CHICAGO, IL 60693 | 4787 | 06/11/2009 | KTLA Inc. | Unsecured | $4,008.97 | KTLA Inc. | Unsecured | $4,005.44 |
| 9 | HARRIS CORP BROADCAST COMMUNICATIONS DIVISION PO BOX 96776 CHICAGO, IL 60693 | 4789 | 06/11/2009 | Tribune Television Company | Unsecured | $17.46 | Tribune Television Company | Unsecured | $13.55 |
| 10 | HARRIS CORP BROADCAST COMMUNICATIONS DIVISION PO BOX 96776 CHICAGO, IL 60693 | 4794 | 06/11/2009 | WPIX, Inc. | Unsecured | $85,778.43 | WPIX, Inc. | Unsecured | $69,322.98 |
| 11 | HARRIS CORP BROADCAST COMMUNICATIONS DIVISION PO BOX 96776 CHICAGO, IL 60693 | 4795 | 06/11/2009 | WDCW Broadcasting, Inc. | Unsecured | $15,025.57 | WDCW Broadcasting, Inc. | Unsecured | $7,950.19 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.
## CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 12 | HARRIS CORP BROADCAST COMMUNICATIONS DIVISION PO BOX 96776 CHICAGO, IL 60693 | 4796 | 06/11/2009 | WGN Continental Broadcasting Company | Unsecured | $8,390.10 | WGN Continental Broadcasting Company | Unsecured | $7,911.34 |
| 13 | HARRIS CORP BROADCAST COMMUNICATIONS DIVISION PO BOX 96776 CHICAGO, IL 60693 | 157000490 | 04/10/2009 | Chicagoland Television News, Inc. | Unsecured | $2,269.00 | Chicagoland Television News, Inc. | Unsecured | $2,269.00 |
| 14 | HARRIS CORP BROADCAST COMMUNICATIONS DIVISION PO BOX 96776 CHICAGO, IL 60693 | 157000480 | 04/10/2009 | Chicagoland Television News, Inc. | Unsecured | $512.35 | Chicagoland Television News, Inc. | Unsecured | $512.35 |
| 15 | HARRIS CORPORATION BROADCAST DIVISION PO BOX 96776 CHICAGO, IL 60693 | 4782 | 06/11/2009 | KSWB Inc. | Unsecured | $24,984.36 | KSWB Inc. | Unsecured | $14,323.70 |
| 16 | HARRIS CORPORATION P.O. BOX 96776 CHICAGO, IL 60693 | 4788 | 06/11/2009 | Tribune Television Company | Unsecured | $1,856.88 | Tribune Television Company | Unsecured | $1,444.26 |
| 17 | HARRIS CORPORATION 1025 W NASA BLVD A-11A MELBOURNE, FL 32919 | 4791 | 06/11/2009 | KPLR, Inc. | Unsecured | $1,538.73 | KPLR, Inc. | Unsecured | $1,194.31 |
| 18 | HARRIS CORPORATION 1025 W NASA BLVD A-11A MELBOURNE, FL 32919 | 4792 | 06/11/2009 | WTXX Inc. | Unsecured | $1,377.00 | Tribune Television Company | Unsecured | $974.29 |
| 19 | HARRIS CORPORATION BROADCAST PO BOX 96776 CHICAGO, IL 60693 | 4780 | 06/11/2009 | KIAH Inc. | Unsecured | $29.54 | KIAH Inc. | Unsecured | $23.40 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.
# CLAIMS SETTLEMENT REPORT

| NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 20 HARRIS CORPORATION BROADCAST PO BOX 96776 CHICAGO, IL 60693 | 4786 | 06/11/2009 | KTLA Inc. | Unsecured | $3,905.82 | KTLA Inc. | Unsecured | $3,037.84 |
| 21 HARRIS CORPORATION BROADCAST PO BOX 96776 CHICAGO, IL 60693 | 157000500 | 04/10/2009 | Chicagoland Television News, Inc. | Unsecured | $2,269.00 | Chicagoland Television News, Inc. | Unsecured | $2,269.00 |
| 22 LAW OFFICES OF GERALD S. SACK, LLC 836 FARMINGTON AVENUE, SUITE 109 WEST HARTFORD, CT 06119 | 6663 | 10/18/2010 | Tribune Company | Unsecured | $16,791.01 | Tribune Company | Unsecured | $8,541.01 |
| 23 MICROSOFT CORPORATION AND MICROSOFT LICENSING, GP C/O MARIA ANN MILANO - RIDDELL WILLIAMS 1001 4TH AVE STE 4500 SEATTLE, WA 98154-1192 | 4296 | 06/10/2009 | Tribune Company | Unsecured | $4,214,723.11* | Tribune Company | Unsecured | $366,800.30 |
| 24 SODEXO, INC. C/O ADRIENNE VADELL STURGES 6081 HAMILTON BOULEVARD ALLENTOWN, PA 18106 | 5580 | 06/12/2009 | The Baltimore Sun Company | Unsecured | $45,795.02 | The Baltimore Sun Company | Unsecured | $20,356.51 |

\* -- Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.
# CLAIMS SETTLEMENT REPORT

| NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 25 XEROX CORP XEROX CAPITAL SERVICES LLC ATTN: VANESSA ADAMS PO BOX 660506 DALLAS, TX 75266-9937 | 472 [1] | 02/04/2009 | Channel 40, Inc. | Unsecured | $941.75 | Channel 40, Inc. | Unsecured | $941.75 |
| | | | Chicago Tribune Company | Unsecured | $51,156.57 | Chicago Tribune Company | Unsecured | $51,156.57 |
| | | | Chicagoland Publishing Company | Unsecured | $618.15 | Chicagoland Publishing Company | Unsecured | $618.15 |
| | | | Chicagoland Television News, Inc. | Unsecured | $104.00 | Chicagoland Television News, Inc. | Unsecured | $104.00 |
| | | | KWGN Inc. | Unsecured | $1,325.04 | KWGN Inc. | Unsecured | $1,325.04 |
| | | | Los Angeles Times Communications LLC | Unsecured | $12,773.33 | Los Angeles Times Communications LLC | Unsecured | $12,773.33 |
| | | | Orlando Sentinel Communications Company | Unsecured | $6,078.29 | Orlando Sentinel Communications Company | Unsecured | $6,078.29 |
| | | | Southern Connecticut Newspapers, Inc. | Unsecured | $265.19 | Southern Connecticut Newspapers, Inc. | Unsecured | $265.19 |
| | | | Star Community Publishing Group, LLC | Unsecured | $2,291.99 | Star Community Publishing Group, LLC | Unsecured | $2,291.99 |
| | | | Sun-Sentinel Company | Unsecured | $28,199.56 | Sun-Sentinel Company | Unsecured | $28,199.56 |
| | | | The Baltimore Sun Company | Unsecured | $16,320.93 | The Baltimore Sun Company | Unsecured | $16,320.93 |
| | | | The Daily Press, Inc. | Unsecured | $8,742.23 | The Daily Press, Inc. | Unsecured | $8,742.23 |
| | | | The Hartford Courant Company | Unsecured | $3,992.44 | The Hartford Courant Company | Unsecured | $3,992.44 |
| | | | The Morning Call, Inc. | Unsecured | $7,833.40 | The Morning Call, Inc. | Unsecured | $7,833.40 |
| | | | Tribune Broadcasting Company | Unsecured | $5,120.55 | Tribune Broadcasting Company | Unsecured | $5,120.55 |
| | | | Tribune Company | Unsecured | $71,001.06 | Tribune Company | Unsecured | $71,001.06 |
| | | | Tribune Direct Marketing, Inc. | Unsecured | $9,639.34 | Tribune Direct Marketing, Inc. | Unsecured | $9,639.34 |
| | | | Tribune Media Net, Inc. | Unsecured | $219.60 | Tribune Media Net, Inc. | Unsecured | $219.60 |
| | | | Tribune Media Services, Inc. | Unsecured | $1,363.24 | Tribune Media Services, Inc. | Unsecured | $1,363.24 |
| | | | Tribune Television Company | Unsecured | $1,289.54 | Tribune Television Company | Unsecured | $1,289.54 |
| | | | Tribune Television New Orleans, Inc. | Unsecured | $932.09 | Tribune Television New Orleans, Inc. | Unsecured | $932.09 |
| | | | WGN Continental Broadcasting Company | Unsecured | $5,973.86 | WGN Continental Broadcasting Company | Unsecured | $5,973.86 |
| | | | WPIX, Inc. | Unsecured | $80.08 | WPIX, Inc. | Unsecured | $80.08 |
| | | | | Subtotal | $236,262.23 | | Subtotal | $236,262.23 |

[1] Claim 472 was modified on July 14, 2010, as reflected herein, by the Order Sustaining Debtors' Thirty Second Omnibus (Substantive) Objection to Claims (DI 5006).

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.
# CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 26 | XEROX CORP. XEROX CAPITAL SERVICES LLC ATTN: VANESSA ADAMS PO BOX 660506 DALLAS, TX 75266-9937 | 409 | 02/03/2009 | Tribune Company | Unsecured | $1,847,137.05 | Tribune Company | Unsecured | $0.00 |
| 27 | XEROX CORPORATION PO BOX 827598 PHILADELPHIA, PA 19182-7598 | 145001360 | 04/10/2009 | California Community News Corporation | Unsecured | $438.95 | California Community News Corporation | Unsecured | $438.95 |
| 28 | XEROX CORPORATION PO BOX 827598 PHILADELPHIA, PA 19182-7598 | 156002360 | 04/10/2009 | Chicagoland Publishing Company | Unsecured | $352.68 | Chicagoland Publishing Company | Unsecured | $352.68 |
| 29 | XEROX CORPORATION PO BOX 827598 PHILADELPHIA, PA 19182-7598 | 162001220 | 04/10/2009 | Eagle New Media Investments, LLC | Unsecured | $697.68 | Eagle New Media Investments, LLC | Unsecured | $697.68 |
| 30 | XEROX CORPORATION PO BOX 827598 PHILADELPHIA, PA 19182-7598 | 198086780 | 04/10/2009 | Orlando Sentinel Communications Company | Unsecured | $1,146.39 | Orlando Sentinel Communications Company | Unsecured | $1,146.39 |
| 31 | XEROX CORPORATION PO BOX 827598 DALLAS, TX 75265-0361 | 208046010 | 04/10/2009 | Sun-Sentinel Company | Unsecured | $242.56 | Sun-Sentinel Company | Unsecured | $0.00 |
| 32 | XEROX CORPORATION PO BOX 827598 PHILADELPHIA, PA 19182-7598 | 209059210 | 04/10/2009 | The Baltimore Sun Company | Unsecured | $442.02 | The Baltimore Sun Company | Unsecured | $0.00 |
| 33 | XEROX CORPORATION PO BOX 827598 PHILADELPHIA, PA 19182-7598 | 211053290 | 04/10/2009 | The Hartford Courant Company | Unsecured | $871.37 | The Hartford Courant Company | Unsecured | $440.38 |
| 34 | XEROX CORPORATION PO BOX 802555 CHICAGO, IL 60680-2555 | 227002440 | 04/10/2009 | Tribune Direct Marketing, Inc. | Unsecured | $93,546.55 | Tribune Direct Marketing, Inc. | Unsecured | $25,914.01 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.
# CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 35 | XEROX CORPORATION PO BOX 827598 PHILADELPHIA, PA 19182-7598 | 227002450 | 04/10/2009 | Tribune Direct Marketing, Inc. | Unsecured | $591.86 | Tribune Direct Marketing, Inc. | Unsecured | $591.86 |
| 36 | XEROX CORPORATION PO BOX 827598 PHILADELPHIA, PA 19182-7598 | 235002730 | 04/10/2009 | Tribune Media Net, Inc. | Unsecured | $112.10 | Tribune Media Net, Inc. | Unsecured | $112.10 |
| 37 | XEROX CORPORATION PO BOX 827598 PHILADELPHIA, PA 19182-7598 | 235002740 | 04/10/2009 | Tribune Media Net, Inc. | Unsecured | $168.24 | Tribune Media Net, Inc. | Unsecured | $168.24 |
| 38 | XEROX CORPORATION PO BOX 827598 PHILADELPHIA, PA 19182-7598 | 236149150 | 04/10/2009 | Tribune Media Services, Inc. | Unsecured | $963.00 | Tribune Media Services, Inc. | Unsecured | $963.00 |
| 39 | XEROX CORPORATION PO BOX 827598 PHILADELPHIA, PA 19182-7598 | 236149160 | 04/10/2009 | Tribune Media Services, Inc. | Unsecured | $1,227.59 | Tribune Media Services, Inc. | Unsecured | $1,227.59 |
| 40 | XEROX CORPORATION PO BOX 827598 PHILADELPHIA, PA 19182-7598 | 240001180 | 04/10/2009 | Tribune Publishing Company | Unsecured | $770.73 | Tribune Publishing Company | Unsecured | $770.73 |
| 41 | XEROX CORPORATION PO BOX 827598 PHILADELPHIA, PA 19182-7598 | 241009340 | 04/10/2009 | Tribune Television Company | Unsecured | $180.88 | Tribune Television Company | Unsecured | $180.88 |
| 42 | XEROX CORPORATION PO BOX 827598 PHILADELPHIA, PA 19182-7598 | 248010060 | 04/10/2009 | Virginia Gazette Companies, LLC | Unsecured | $44.81 | Virginia Gazette Companies, LLC | Unsecured | $44.81 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.
# CLAIMS SETTLEMENT REPORT

| NAME | CLAIM # | FILED DATE | ASSERTED | | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | CLASS | AMOUNT | | DEBTOR | CLASS | AMOUNT |
| 43 XEROX CORPORATION PO BOX 827598 PHILADELPHIA, PA 19182-7598 | 252006250 | 04/10/2009 | WGN Continental Broadcasting Company | Unsecured | $602.39 | | WGN Continental Broadcasting Company | Unsecured | $602.39 |
| | | | TOTAL | | $6,832,272.54 | | TOTAL | | $895,046.44 |

\* -- Indicates claim contains unliquidated and/or undetermined amounts