IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 9865 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                        ) ss.:
COUNTY OF NEW YORK  )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

-2-

2. On October 3, 2011, I caused to be served the "Notice of Teleconference Scheduled for October 3, 2011 at 3:00 p.m. Before the Honorable Kevin J. Carey," dated October 3, 2011 [Docket No. 9865], by causing true and correct copies to be:

   a. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

   b. delivered via facsimile to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Diane Streany

Sworn to before me this
10th day of October, 2011

_____
Notary Public

```
ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014
```

**EXHIBIT A**

EMAIL LIST

aglenn@kasowitz.com
agordon@paulweiss.com
ams@saccullolegal.com
Andrew.goldman@wilmerhale.com
atrehan@mayerbrown.com
awinfree@ashby-geddes.com
bbennett@dl.com
bennettb@hbdlawyers.com
bkrakauer@sidley.com
brian@silverman-mcdonald.psemail.com
bsullivan@sha-llc.com
btrust@mayerbrown.com
byan@mayerbrown.com
carickhoff@blankrome.com
cbifferato@bifferato.com
cbrown@archerlaw.com
cconnolly@morganlewis.com
chowc@ballardspahr.com
chriseyec@aol.com
Collins@RLF.com
Craig.martin@dlapiper.com
csimon@crosslaw.com
cward@polsinelli.com
dadler@mccarter.com
david.klauder@usdoj.gov
david.powlen@btlaw.com
dbrown@paulweiss.com
Debbie.anziano@labor.state.ny.us
dgolden@akingump.com
dharris@phw-law.com
dlemay@chadbourne.com
drosner@kasowitz.com
dsaval@brownrudnick.com
dshamah@omm.com
efriedman@fklaw.com
ejones@omm.com
ellen.slights@usdoj.gov
etrybantelser@cityofchicago.org
fhyman@mayerbrown.com
gmcdaniel@bglawde.com
heilmanl@ballardspahr.com
hseife@chadbourne.com
jalberto@bayardlaw.com
jchristensen@paulweiss.com
jconlan@sidley.com
jcp@pgslaw.com
jfiorella@archerlaw.com
jgrey@crosslaw.com
jhaupt@bifferato.com
jhuggett@margolisedelstein.com
jjohnston@dl.com
jmester@dl.com
jnimeroff@bsnlawyers.com
johnstonj@hbdlawyers.com
jschlerf@foxrothschild.com
jstrock@foxrothschild.com
kbromberg@brownrudnick.com
kcollins@bifferato.com
keburgers@Venable.com
khill@svglaw.com
kkansa@sidley.com
klantry@sidley.com
kmayer@mccarter.com
kovach@saccullolegal.com
kskomrucha@ashby-geddes.com
landis@lrclaw.com
leonhardt@teamrosner.com
LJKotler@duanemorris.com
ljones@pszjlaw.com
loizides@loizides.com
lshumejda@paulweiss.com
lsilverstein@potteranderson.com
mbcleary@ycst.com
mbillion@pszjlaw.com
mcguire@lrclaw.com
melorod@gtlaw.com
mfelger@cozen.com
Michelle.marino@dlapiper.com
mlastowski@duanemorris.com
morsej@hbdlawyers.com
mprimoff@kayescholer.com
msenter@lermansenter.com
msiegel@brownrudnick.com
mvbbvb@comcast.net
myurkewicz@klehr.com
nate@usdrllc.com
pdublin@akingump.com
raportl@pepperlaw.com
rbrady@ycst.com
rmersky@monlaw.com
Ronald.Rowland@rmsna.com
rosner@teamrosner.com
rstark@brownrudnick.com
rwriley@duanemorris.com
sbuckman@lermansenter.com
schannej@pepperlaw.com

EMAIL LIST

sfallon@trplaw.com
skatona@polsinelli.com
skaufman@coochtaylor.com
skgallagher@Venable.com
slross@duanemorris.com
slross@duanemorris.com
smcphail@paulweiss.com
sshimshak@paulweiss.com
stearn@RLF.com
stevewalkergolf@gmail.com
strattond@pepperlaw.com
stuart.brown@dlapiper.com
tcairns@pszjlaw.com
tdriscoll@bifferato.com
tlattomus@eckertseamans.com
Tribuneco.routing@dpw.com
wbowden@ashby-geddes.com
whazeltine@sha-llc.com
wmk@elliottgreenleaf.com
wweintraub@fklaw.com
zallinson@sha-llc.com

**EXHIBIT B**

FAX LIST

| Name | Fax |
|---|---|
| Wilmington Trust Company  Attn: Patrick J Healy Vice President | 302-636-4148 |
| Eckert, Seamans, Cherin & Mellott, LLC | 302-425-0432 |
| Hiller & Arban, LLC  Attn: Adam Hiller | 302-442-7045 |
| Morris, Nichols, Arsht & Tunnell LLP  Attn: Derek C Abbott | 302-658-3989 |
| Morris, Nichols, Arsht & Tunnell LLP  Attn: Curtis S Miller | 302-658-3989 |
| Silverman McDonald & Friedman  Attn: Brian E Lutness | 302-888-2923 |
| Zuckerman Spaeder LLP  Attn: Graeme W Bush | 202-822-8106 |
| Zuckerman Spaeder LLP  Attn: James Sottile | 202-822-8106 |
| GE Capital Fleet Services  Attn: Aaron N Chapin | 312-207-6400 |
| Wildman, Harrold, Allen & Dixon LLP  Attn: Joy L Monahan | 312-416-4823 |
| SNR Denton US LLP  Attn: Stefanie L. Wowchuk | 312-876-7934 |
| Phelps Dunbar LLP  Attn: Mary Ellen Roy | 504-568-9130 |