# **EXHIBIT A**

# JONES DAY

Confidential Matter                                                                                                    Page 1

---

06/01/11        K M FENTON                                      0.80                            640.00
Communicate with client regarding antitrust analysis for potential transaction (.60); review draft due diligence list and discussion with Thomas regarding same (.20).

06/01/11        R C THOMAS                                      1.60                            920.00
Review file regarding potential transaction (.60); review due diligence requests (.80); communicate with Fenton, Proger and Sims regarding same (.20).

06/02/11        K M FENTON                                      0.30                            240.00
Review draft non-disclosure agreement (.10); communicate with Thomas regarding same (.20).

06/02/11        R C THOMAS                                      1.00                            575.00
Review documents in data room and communicate with client regarding same (.40); communicate with Fenton regarding potential transaction (.20); review file regarding same (.10); review due diligence requests (.10); review non-disclosure agreement (.20).

06/03/11        K M FENTON                                      1.00                            800.00
Review background materials for antitrust analysis (.70); communicate with Thomas and Sims regarding same (.30).

06/03/11        R C THOMAS                                      1.30                            747.50
Review documents in data room and communicate with client regarding same (.40); analyze documents collected in 2009 in connection with potential transaction (.60); and communicate with Sims and Fenton regarding same (.30).

06/04/11        R C THOMAS                                      0.30                            172.50
Review financials sent by client in connection with antitrust analysis for potential transaction.

06/06/11        K M FENTON                                      1.30                          1,040.00
Review comments on common interest agreement in connection with antitrust analysis for potential transaction (.30); review draft antitrust transaction guidelines (.50); discussion with client and Thomas regarding same and antitrust timelines (.50).

06/06/11        R C THOMAS                                      1.60                            920.00
Review draft common interest agreement in connection with potential transaction (.30); draft and revise same (.70); prepare for and participate in teleconference with Fenton and client regarding antitrust analysis (.50); communicate with Sims regarding same (.10).

06/07/11        R C THOMAS                                      0.80                            460.00
Review file in connection with potential transaction (.50); communicate with Fenton regarding same (.30).

06/08/11        K M FENTON                                      0.50                            400.00
Review revised common interest agreement in connection with antitrust analysis for potential transaction (.40); communicate with Thomas regarding antitrust analysis (.10).

06/08/11        J SIMS                                          0.50                            475.00
Review materials regarding antitrust analysis.

06/08/11        R C THOMAS                                      0.30                            172.50
Review draft common interest agreement for proposed transaction (.20); and communicate with Fenton regarding same (.10).

06/09/11        R C THOMAS                                      2.50                          1,437.50
Review executed common interest agreement for proposed transaction (.20); draft antitrust strategy memo for proposed transaction (1.70); review background documents regarding same (.60).

06/10/11        K M FENTON                                      0.30                            240.00
Communicate with client regarding due diligence issue in connection with potential transaction.

06/10/11        R C THOMAS                                      2.80                          1,610.00
Draft antitrust strategy memo for proposed transaction (1.50); review background documents regarding same (1.30).

06/13/11        K M FENTON                                      0.50                            400.00
Discussions with client regarding antitrust enforcement trends (.20); review draft strategy outline (.30).

# JONES DAY

Confidential Matter                                                                                                    Page 2

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 06/13/11 | R C THOMAS | 2.20 | 1,265.00 |

Draft and revise antitrust strategy memo for proposed transaction (1.90); communicate with Sims regarding same (.30).

| 06/14/11 | K M FENTON | 0.80 | 640.00 |

Review and revise memorandum regarding antitrust analysis (.50); review comments regarding same (.30).

| 06/14/11 | J SIMS | 1.00 | 950.00 |

Review and revise memo regarding antitrust analysis (.60); attend various office conferences regarding same (.40).

| 06/14/11 | R C THOMAS | 2.90 | 1,667.50 |

Communicate with client regarding status of potential transaction (.30); communicate with Sims regarding same (.40); draft and revise antitrust strategy memo for proposed transaction (2.20).

| 06/15/11 | K M FENTON | 1.20 | 960.00 |

Conference call with client regarding potential transaction (1.00); discussions regarding joint defense agreement issues (.20).

| 06/15/11 | R C THOMAS | 3.10 | 1,782.50 |

Prepare for teleconference with client and Fenton regarding potential transaction (1.00); draft talking points for discussion with target (.50); review background documents regarding same (.70); review draft common interest agreement (.50); communicate with client regarding same (.40).

| 06/16/11 | K M FENTON | 0.30 | 240.00 |

Communicate with Thomas and Sims regarding potential transaction.

| 06/16/11 | J SIMS | 0.50 | 475.00 |

Conference with Thomas and Fenton regarding potential transaction (.30); review background documents (.20).

| 06/16/11 | R C THOMAS | 1.80 | 1,035.00 |

Draft and revise script for teleconference with target (.30); communicate with Sims and Fenton regarding same (.30); review background documents (.50); communicate with client regarding common interest agreement with target (.70).

| 06/17/11 | K M FENTON | 1.30 | 1,040.00 |

Prepare for and participate in conference call with outside counsel for target (.70); follow up discussions with client regarding same (.60).

| 06/17/11 | J SIMS | 1.00 | 950.00 |

Attend conference call with client regarding potential transaction (.70); review related documents (.30).

| 06/17/11 | R C THOMAS | 1.40 | 805.00 |

Prepare for and participate in teleconference with target regarding antitrust strategy for potential transaction (.70); review background documents (.70).

| 06/20/11 | R C THOMAS | 0.70 | 402.50 |

Draft and revise common interest agreement (.40); communicate with client regarding same (.30).

| 06/21/11 | K M FENTON | 0.30 | 240.00 |

Conference call with client and Thomas regarding antitrust call with potential target of transaction.

| 06/21/11 | R C THOMAS | 0.50 | 287.50 |

Prepare for (.20); and participate in teleconference with client and Fenton regarding proposed transaction and antitrust strategy (.30).

| 06/22/11 | K M FENTON | 0.30 | 240.00 |

Communicate with client regarding conversation with bankers in connection with potential transaction.

| 06/23/11 | K M FENTON | 0.50 | 400.00 |

Conference call with client and Sims regarding alternative deal structures for potential transaction.

| 06/23/11 | J SIMS | 1.00 | 950.00 |

Attend conference call and telephone calls with client and Fenton (.50); review background documents regarding same (.50).

| 06/23/11 | R C THOMAS | 0.20 | 115.00 |

Review documents in data room (.10); and communicate with client regarding same (.10).

# JONES DAY

Confidential Matter                                                                                                                                      Page 3

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 06/27/11 | R C THOMAS | 0.20 | 115.00 |
| | Review documents in data room and communicate with client regarding same. | | |
| 07/01/11 | R C THOMAS | 0.20 | 115.00 |
| | Review documents in data room and communicate with client regarding same. | | |
| 07/13/11 | K M FENTON | 0.80 | 640.00 |
| | Review and comment on draft summary of antitrust analysis (.50); conference call with client and Thomas regarding same (.30). | | |
| 07/13/11 | R C THOMAS | 0.40 | 230.00 |
| | Review draft note regarding antitrust provisions in connection with potential transaction (.10); and communicate with Fenton regarding same (.30). | | |
| 07/15/11 | K M FENTON | 0.50 | 400.00 |
| | Discussions regarding antitrust timeline (.20); review and comment on draft language regarding same (.30). | | |
| 07/20/11 | K M FENTON | 0.50 | 400.00 |
| | Review and comment on draft non-disclosure agreement (.20); and discussions with client and Thomas regarding same (.30). | | |
| 07/20/11 | R C THOMAS | 0.90 | 517.50 |
| | Review documents collected for antitrust analysis (.60); and communicate with Sims and Fenton regarding prior antitrust analysis for transaction (.30). | | |
| 08/01/11 | K M FENTON | 0.20 | 160.00 |
| | Communicate with client regarding due diligence team composition. | | |
| **TOTAL** | | **42.10**    USD | **28,272.50** |

# **<u>EXHIBIT B</u>**

# JONES DAY

Tribune Company                                                                                     Page 1

Confidential Matter

### DISBURSEMENT DETAIL - August 31, 2011

| Date | Timekeeper Name | Location | Amount | |
|---|---|---|---|---|
| | | | | |
| **COMPUTERIZED RESEARCH SERVICES** | | | | |
| 08/11/11 | CHI ACCOUNTING | CHI | 4.64 | |
| | Computerized research services - US COURTS AO - PACER SERVICE CENTER 4/1/11 - 6/30/11 | | | |
| | **Computerized research services Subtotal** | | | 4.64 |
| **CONFERENCE CHARGES** | | | | |
| 07/28/11 | R C THOMAS | WAS | 2.78 | |
| | Conference charges 21-Jun-2011 | | | |
| | **Conference Charges Subtotal** | | | 2.78 |
| **LONG DISTANCE CHARGES** | | | | |
| 06/23/11 | WAS ACCOUNTING | WAS | 16.35 | |
| | Long distance charges through 06/23/2011 | | | |
| 07/14/11 | K M FENTON | WAS | 3.45 | |
| | Long distance charges 23-Jun-2011 | | | |
| 07/28/11 | K M FENTON | WAS | 75.99 | |
| | Long distance charges 17-Jun-2011 | | | |
| 07/28/11 | K M FENTON | WAS | 37.25 | |
| | Long distance charges 15-Jun-2011 | | | |
| | **Long distance charges Subtotal** | | | 133.04 |
| | **Total** | | USD | 140.46 |
| | **Grand Total** | | USD | 140.46 |

# **EXHIBIT C**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### CERTIFICATION OF PHILLIP A. PROGER

Phillip A. Proger, under penalty of perjury, certifies as follows:

1. I am a partner in the law firm of Jones Day. I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules")[2] regarding the contents of applications for compensation and expenses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

CHI-1809697v1

2. I have read the Twelfth Application of Jones Day for Allowance of Compensation for the Period from June 1, 2011 through August 31, 2011 (the "Application").

3. A Jones Day attorney has reviewed the requirements of the Guidelines For Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "Guidelines") and the Local Rules, and I believe that the Application complies with the Guidelines and the Local Rules.

Dated: October 11, 2011                         /s/Phillip A. Proger
                                                Phillip A. Proger