# **EXHIBIT A**

# JONES DAY

| Plan of Reorganization Matters | | | Page 1 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 08/03/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 08/04/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 08/05/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 08/08/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 08/09/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 08/11/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 08/12/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 08/12/11 | D G HEIMAN | 2.00 | 1,950.00 |
| | Conference with Erens regarding confirmation (.50); review confirmation documents (1.50). | | |
| 08/15/11 | D G HEIMAN | 0.50 | 487.50 |
| | Confirmation follow-up conference with Erens. | | |
| 08/16/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 08/19/11 | D M HIRTZEL | 0.20 | 55.00 |
| | Review Tribune case docket and e-mail new entries to team for review of same. | | |
| 08/22/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 08/23/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 08/24/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 08/25/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 08/26/11 | B B ERENS | 0.50 | 400.00 |
| | Call with Heiman regarding case status and decision on confirmation. | | |
| 08/26/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 08/26/11 | D G HEIMAN | 1.00 | 975.00 |
| | Conferences with Shapiro (.50) and Erens (.50) regarding Judge's comments on decision on confirmation. | | |
| 08/29/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 08/30/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 08/31/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |

| **TOTAL** | | **5.80** | **USD** | **4,307.50** |
|---|---|---|---|---|

# JONES DAY

| Committee Matters/Meetings | | | Page 1 |
|---|---|---|---|

| 08/31/11 | D G HEIMAN | 0.50 | | 487.50 |
|---|---|---|---|---|

Review omnibus hearing transcript (.30); e-mail communications to Committee regarding schedule (.20).

| **TOTAL** | | **0.50** | **USD** | **487.50** |
|---|---|---|---|---|

# JONES DAY

| 08/17/11 | B B ERENS | 0.70 | | 560.00 |
|---|---|---|---|---|

Telephone call with Lantry regarding proposed process for employee indemnification (.50); telephone call with Heiman regarding same (.20).

| 08/17/11 | D G HEIMAN | 0.50 | | 487.50 |
|---|---|---|---|---|

Conference with Erens (.20); e-mail communications with Shapiro regarding employee indemnification (.30).

| 08/18/11 | D G HEIMAN | 0.50 | | 487.50 |
|---|---|---|---|---|

Conference with Shapiro regarding employee defense costs.

| 08/26/11 | D G HEIMAN | 0.50 | | 487.50 |
|---|---|---|---|---|

Conference with Erens regarding management incentive.

| **TOTAL** | | **2.20** | **USD** | **2,022.50** |
|---|---|---|---|---|

# JONES DAY

Fee Applications/Retention Preparation                                                                    Page 1

| 08/01/11 | AK DENTON | 0.20 | 50.00 |
|---|---|---|---|

Review filed June 2011 fee application (.10); update electronic files accordingly (.10).

| 08/03/11 | AK DENTON | 0.10 | 25.00 |
|---|---|---|---|

Review docket report and update electronic files with certificates of no objection.

| 08/04/11 | AK DENTON | 0.10 | 25.00 |
|---|---|---|---|

Update electronic files regarding fee applications.

| 08/05/11 | AK DENTON | 0.60 | 150.00 |
|---|---|---|---|

Review July 2011 bill (.50); communicate with Soffer (financial services) regarding same (.10).

| 08/11/11 | AK DENTON | 0.40 | 100.00 |
|---|---|---|---|

Communicate with client regarding past due notices (.10); communicate with Erens regarding same (.10); transmit July 2011 fee application to Marvin for description updates (.20).

| 08/17/11 | AK DENTON | 1.10 | 275.00 |
|---|---|---|---|

Communicate with Marvin regarding fee application summary descriptions (.10); review and revise fee application (.60); assemble exhibits to fee application and update electronic files (.30); transmit all to Tiller for his review (.10).

| 08/18/11 | L M MARVIN | 0.50 | 275.00 |
|---|---|---|---|

Review and revise fee application.

| 08/23/11 | B B ERENS | 0.50 | 400.00 |
|---|---|---|---|

Review fee examiner report (.40); telephone call with Heiman regarding the same (.10).

| 08/24/11 | B B ERENS | 1.80 | 1,440.00 |
|---|---|---|---|

Review exhibits from fee examiner (.50); telephone call with Sidley regarding process regarding the same (.50); office conference with Hoffmann regarding same (.50); telephone call with fee auditor regarding same (.30).

| 08/24/11 | J M TILLER | 2.50 | 1,250.00 |
|---|---|---|---|

Review, analyze and revise special committee fee application.

| 08/26/11 | AK DENTON | 0.10 | 25.00 |
|---|---|---|---|

Update electronic files and transmit certificate of no objection to fee application to client.

| 08/26/11 | B B ERENS | 0.50 | 400.00 |
|---|---|---|---|

Final review of fee auditor exhibits.

| 08/31/11 | B B ERENS | 0.20 | 160.00 |
|---|---|---|---|

Review July bill.

| **TOTAL** | | 8.60 | **USD** | 4,575.00 |
|---|---|---|---|---|

# JONES DAY

| Corporate Matters | | | | Page 1 |
|---|---|---|---|---|

| 08/24/11 | B B ERENS | 0.20 | | 160.00 |
|---|---|---|---|---|
| | Telephone call with Lantry regarding update regarding corporate program. | | | |
| **TOTAL** | | **0.20** | **USD** | **160.00** |

# JONES DAY

| Litigation Matters | | | Page 1 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 08/01/11 | L M MARVIN | 0.50 | 275.00 |
| | Review correspondence to court (.20); review trial exhibits for confidentiality (.30). | | |
| 08/03/11 | L M MARVIN | 0.30 | 165.00 |
| | Review correspondence regarding trial exhibits. | | |
| 08/09/11 | B B ERENS | 0.30 | 240.00 |
| | Telephone calls with Marvin (.10) and e-mails with Heiman and Sherman regarding company request on deposition designations (.20). | | |
| 08/09/11 | D G HEIMAN | 1.50 | 1,462.50 |
| | Review Wilderotter and Shapiro deposition transcripts for designations (1.00); conference with Marvin regarding same (.50). | | |
| 08/09/11 | L M MARVIN | 1.00 | 550.00 |
| | Prepare correspondence regarding confidentiality of transcripts (.40); conference with Heiman regarding same (.50); communicate with Erens regarding same (.10). | | |
| 08/09/11 | F E SHERMAN | 1.00 | 800.00 |
| | Review designated portions of Wilderotter and Shapiro deposition transcripts regarding confidentiality considerations (.80); e-mail traffic with Heiman and Erens regarding same (.20). | | |
| 08/10/11 | D G HEIMAN | 0.50 | 487.50 |
| | Conference with Shapiro regarding deposition transcripts and business status. | | |
| 08/19/11 | L M MARVIN | 0.30 | 165.00 |
| | Review e-mail correspondence regarding deposition transcripts. | | |
| **TOTAL** | | **5.40**      **USD** | **4,145.00** |

# **EXHIBIT B**

# JONES DAY

Special Committee of the Board of Directors of | Page 1

Plan of Reorganization Matters

**DISBURSEMENT DETAIL - October 31, 2011**

| Date | Timekeeper Name | Location | Amount | |
|------|-----------------|----------|--------|--|
| **AIR FARE** | | | | |
| 08/11/11 | D G HEIMAN | CLE | 564.15 | |
| | Airfare Travel to New York for meeting with Shapiro regarding case status 20-Jul-2011 | | | |
| | **Air Fare Subtotal** | | | **564.15** |
| **DUPLICATION CHARGES** | | | | |
| 08/25/11 | CLE ACCOUNTING | CLE | 15.00 | |
| | Duplication charges through 08/25/2011 | | | |
| 08/25/11 | CHI ACCOUNTING | CHI | 17.80 | |
| | Duplication charges through 08/25/2011 | | | |
| | **Duplication charges Subtotal** | | | **32.80** |
| **MILEAGE EXPENSES** | | | | |
| 08/11/11 | D G HEIMAN | CLE | 14.30 | |
| | Mileage expenses Travel to New York for meeting with Shapiro regarding case status 20-Jul-2011 26 Miles @ Rate .55 | | | |
| | **Mileage expenses Subtotal** | | | **14.30** |
| **PARKING EXPENSES** | | | | |
| 08/11/11 | D G HEIMAN | CLE | 7.00 | |
| | Parking expenses Travel to New York for meeting with Shapiro regarding case status 20-Jul-2011 | | | |
| | **Parking expenses Subtotal** | | | **7.00** |
| | **Total** | | **USD** | **618.25** |
| | **Grand Total** | | **USD** | **618.25** |

# EXHIBIT C

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF BRAD B. ERENS

Brad B. Erens, under penalty of perjury, certifies as follows:

1.     I am a partner in the law firm of Jones Day.  I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") regarding the contents of applications for compensation and expenses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Publishing Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

CHI- 1806822v1                                           -2-

2.      I have read the Twelfth Monthly Application of Jones Day for Allowance of Compensation for and for Reimbursement of Expenses for Services Performed on Behalf of the Special Committee of the Board of Directors of Tribune Company for the Period from August 1, 2011 Through August 31, 2011 (the "Application").

3.      A Jones Day attorney has reviewed the requirements of the Guidelines For Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "Guidelines") and the Local Rules, and I believe that the Application complies with the Guidelines and the Local Rules.

Dated:  October 11, 2011             _____/s/Brad B. Erens_____
                                          Brad B. Erens