# EXHIBIT A

# FEE SUMMARY

## SUMMARY OF PROFESSIONAL FEES FROM
## JUNE 1, 2011 THROUGH AUGUST 31, 2011

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Seth D. Berlin | Partner<br>First Amendment Litigation<br>Admitted 1992 | $445.00 | 4.60 | $2,047.00 |
| Robert Penchina | Partner<br>First Amendment Litigation<br>Admitted 1989 | $445.00 | 108.10 | $48,104.50 |
| Nathan E. Siegel | Partner<br>First Amendment Litigation<br>Admitted 1992 | $445.00 | 34.90 | $15,530.50 |
| Michael D. Sullivan | Partner<br>First Amendment Litigation<br>Admitted 1980 | $445.00 | 3.50 | $1,557.50 |
| Christopher P. Beall | Partner<br>First Amendment Litigation<br>Admitted 1997 | $420.00 | 76.40 | $32,088.00 |
| Thomas Curley | Partner<br>First Amendment Litigation<br>Admitted 2000 | $420.00 | .20 | $84.00 |
| Cameron A. Stracher | Of Counsel<br>First Amendment Litigation<br>Admitted 1987 | $420.00 | .60 | $252.00 |
| Alia L. Smith | Of Counsel<br>First Amendment Litigation<br>Admitted 2001 | $375.00 | .50 | $187.50 |
| Michael Beylkin | Associate<br>First Amendment Litigation<br>Admitted 2008 | $290.00 | 63.30 | $18,357.00 |

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Amba M. Datta | Associate<br>First Amendment Litigation<br>Admitted 2010 | $290.00 | 51.30 | $14,877.00 |
| Shaina D. Jones | Associate<br>First Amendment Litigation<br>Admitted 2009 | $290.00 | 17.10 | $4,959.00 |
| Scott Bailey | Paralegal<br>First Amendment Litigation<br>N/A | $195.00 | 9.10 | $1774.50 |
| Marla D. Kelley | Paralegal<br>First Amendment Litigation<br>N/A | $195.00 | 24.20 | $4,719.00 |
| Jennifer Pinkerton-Burke | Paralegal<br>First Amendment Litigation<br>N/A | $195.00 | 3.00 | $585.00 |
| **TOTALS** | | | 396.80 | $145,122.50 |
| **BLENDED RATE** | | | | 365.73 |

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD JUNE 1, 2011 THROUGH AUGUST 31, 2011

| Matter Description | Total Hours | Total Fees |
|---|---:|---:|
| Mitchell v. Baltimore Sun | 3.80 | $1,661.00 |
| Tribune-General | 5.10 | $1,144.50 |
| Baltimore Sun-General Newsroom | 1.60 | $712.00 |
| Tribune-Henke | 1.70 | $756.50 |
| Hartford Courant-Journal Publ. v. | 276.60 | $104,150.50 |
| Homestead Publ. Co.-Worsham v. | .50 | $187.50 |
| Tribune-Fee Application | 24.60 | $7,571.50 |
| Tribune-Sunplus Litter Citations | 82.90 | $28,939.00 |
| **TOTALS** | **396.80** | **$145,122.50** |

Case 08-13141-BLS   Doc 9966-2   Filed 10/12/11   Page 4 of 5

# **EXHIBIT B**

# **EXPENSE SUMMARY**

## EXPENSE SUMMARY FOR THE PERIOD
## JUNE 1, 2011 THROUGH AUGUST 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses | Time Keeper |
|---|---|---|---|
| Outside Copying | Darcel Group | $38.11 | Nathan E. Siegel |
| | Sequential, Inc. | $84.80 | Robert Penchina |
| Electronic Document Management Services | U.S. Legal Support, Inc. | $6,747.86 | Robert Penchina |
| Travel of C. Beall to Hartford, CT | N/A | $194.32 | Christopher P. Beall |
| **TOTALS** | | **$7,065.09** | |