# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM AUGUST 1, 2011 THROUGH AUGUST 30, 2011**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL bar since 1987. | $560.00 | 23.50 | $13,160.00 |
| Miller, Steven A. | Partner. Joined firm in 2006. Member of IL bar since 1979. | $690.00 | 12.40 | $8,556.00 |
| Walker-Bright, Paul R. | Partner. Joined firm in 2008. Member of IL bar since 1994 | $535.00 | .60 | $321.00 |
| Moss, J Andrew. | Partner. Joined firm in 2003. Member of IL Bar since 1999. Member of CA bar since 2003 | $520.00 | 13.20 | $6,864.00 |
| Law, Timothy P. | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $465.00 | 1.70 | $790.50 |
| Raines, Lana J. | Associate. Joined firm in 2003. Member of IL bar since 2002. | $450.00 | 13.60 | $6,120.00 |
| J. Cory Falgowski | Associate. Joined firm as associate in 2004. Member of DE bar since 2004. | $410.00 | 1.90 | $779.00 |
| Rosenfeld, David | Associate. Joined firm in 2007. Member of IL bar since 2005. | $325.00 | 1.90 | $617.50 |
| Callahan, Eileen | Paralegal since 1992. Joined firm in 1992. | $285.00 | 2.60 | $741.00 |
| Lord, John B. | Paralegal. Joined Firm in 2000. | $270.00 | 3.30 | $891.00 |
| Lankford, Lisa A. | Practice Group Specialist. Joined Firm in 2000. | $170.00 | 12.40 | $2,108.00 |
| Hamilton, Lamont D. | Case Assistant. Joined Firm in 2002. | $105.00 | 1.50 | $157.50 |
| Grand Total: | | | 88.60 | $41,105.50 |
| Blended Rate: | | | | $463.94 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $540.81 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---|---|
| Times Mirror/Reliance – 00004 | 1.90 | $902.50 |
| Insurance Counseling – 00005 | 39.10 | $20,065.50 |
| Marsh – 00008 | 2.70 | $1,065.50 |
| Fee Applications – 00009 | 29.90 | $9,775.00 |
| HR Investigation – 00011 | 15.00 | $9,297.00 |
| **TOTAL:** | **88.60** | **$41,105.50** |

# ReedSmith
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2175099
Invoice Date: September 27, 2011

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through August 31, 2011

| **NON-BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Reliance/Times Mirror 503842.00004 | $902.50 | $0.00 | $902.50 |
| RE: | Insurance Counseling 503842.00005 | $13,561.50 | $0.00 | $13,561.50 |
| RE: | Marsh 503842.00008 | $1,065.50 | $0.00 | $1,065.50 |
| | **Current Invoice Total:** | **$15,529.50** | **$0.00** | **$15,529.50** |
| **BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
| RE: | Insurance Counseling 503842.00005 | $6,504.00 | $0.00 | $6,504.00 |
| RE: | Fee Applications 503842.00009 | $9,775.00 | $332.55 | $10,107.55 |
| RE: | HR Investigation 503842.00011 | $9,297.00 | $75.14 | $9,372.14 |
| | **Current Invoice Total:** | **$25,576.00** | **$407.69** | **$25,983.69** |

INVOICE TOTAL: **$41,513.19**

### REMITTANCE COPY

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2175099)

September 27, 2011 Invoice: 2175099
RE:    Reliance/Times Mirror Page 2
        (503842.00004)

**NON-REORGANIZATION/BANKRUPTCY**
**RE:    Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/08/11 | TPL | Followed up with client regarding letter to Reliance. | 0.10 |
| 08/09/11 | TPL | Reviewed recent Liquidation Court decision and sent email to client regarding same. | 0.80 |
| 08/09/11 | JDS | Analyzed emails from T. Law, client regarding recent Liquidation Court decision. | 0.20 |
| 08/10/11 | TPL | Communications with client regarding recent decision from Liquidation Court. | 0.80 |

                TOTAL FEES:        $902.50

                Fees & Disbursements    $902.50

**NON-REORGANIZATION/BANKRUPTCY**
**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.20 | 560.00 | 112.00 |
| TPL | T.P. Law | 1.70 | 465.00 | 790.50 |
|  |  | 1.90 |  | 902.50 |

| | |
|---|---|
| September 27, 2011 | Invoice: 2175099 |
| RE:  Insurance Counseling<br>(503842.00005) | Page 3 |

## NON-REORGANIZATION/BANKRUPTCY
### RE: Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/02/11 | AJM | Communications with B. Krakauer regarding MOU and insurance settlement term sheet (.1); communications with J. Shugrue regarding same (.2); communications with C. Jackson (GreatBanc) regarding insurance term sheet (.2); communications with insurer counsel regarding same (.2); communications with client representatives regarding same (.1). | 0.80 |
| 08/02/11 | JDS | Analyzed status and follow up regarding Neil settlement documents (.3); telephone conference with A. Moss regarding same (.2); telephone conference with client regarding same (.3). | 0.80 |
| 08/03/11 | JDS | Emails with client, bankruptcy counsel and A. Moss regarding Neil settlement documentation (.3); telephone conference with A. Moss regarding same (.1). | 0.40 |
| 08/04/11 | AJM | Communications with insurer counsel and GreatBanc counsel (.2); reviewed proposed Neil side letter (.3); communications with J. Shugrue regarding same (.1); reviewed and responded to correspondence from client representatives (.2); communications with insurer counsel/representatives regarding same (.5). | 1.30 |
| 08/04/11 | JDS | Analyzed and exchanged emails with client, bankruptcy counsel and A. Moss regarding Neil settlement documents. | 0.20 |
| 08/05/11 | AJM | Reviewed email from J. Shugrue regarding Neil settlement MOU and term sheet (.1). | 0.10 |
| 08/05/11 | JDS | Analyzed revised draft insurance term sheet in connection with Neil settlement and emailed client, bankruptcy counsel and A. Moss regarding same. | 0.50 |
| 08/08/11 | JDS | Analyzed and exchanged emails with client, bankruptcy counsel regarding side letter in connection with Neil settlement. | 0.40 |
| 08/09/11 | PRW | Analyzed exclusion in Tribune liability policy and prepared e-mail to client regarding same. | 0.60 |
| 08/11/11 | AJM | Communications with counsel for insurers and GreatBanc regarding insurance settlement term sheet (.6). | 0.60 |
| 08/11/11 | JDS | Analyzed and exchanged emails with client and bankruptcy counsel regarding memo of understanding regarding Neil settlement (.3). | 0.30 |

September 27, 2011                                                            Invoice: 2175099
RE:       Insurance Counseling                                           Page 4
           (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/12/11 | AJM | Reviewed email messages from client representatives, bankruptcy counsel, insurer counsel and J. Shugrue regarding status of Neil MOU and insurance settlement term sheet (.5); communications with J. Shugrue regarding same (.1). | 0.60 |
| 08/12/11 | JDS | Analyzed revised draft settlement documents concerning Neil and DOL matters and exchanged emails with client, bankruptcy counsel, GreatBanc counsel, Zell counsel, insurers/insurer counsel and A. Moss regarding same (2.5); telephone conference and emails with Zell counsel regarding same (.2). | 2.70 |
| 08/13/11 | AJM | Analyzed emails from client representatives, bankruptcy counsel and J. Shugrue regarding finalization of Neil MOU and insurance settlement term sheet (.3). | 0.40 |
| 08/13/11 | JDS | Analyzed various proposed revisions to Neil settlement documents (.8). | 1.10 |
| 08/14/11 | LJR | Reviewed correspondence related to Neil settlement and follow up in connection with same. | 0.30 |
| 08/14/11 | JDS | Emails with client regarding Neil settlement documents. | 0.20 |
| 08/15/11 | LJR | Conferred with J. Shugrue and A. Moss regarding status of Neil settlement and follow up in connection with same (.2); conferred with A. Moss regarding same (.5); reviewed ongoing correspondence related to settlement of Neil matter (.5). | 1.20 |
| 08/15/11 | AJM | Communications with J. Shugrue, L. Raines to discuss Neil settlement and insurance payments (.5); communications with client, defense counsel and insurer representatives regarding Neil settlement (.2); teleconference with client representatives, defense counsel, claimants' counsel, insurer representatives, bankruptcy counsel and J. Shugrue to discuss Neil settlement and insurance term sheet (1.1); communications with bankruptcy counsel regarding same (.3). | 2.10 |
| 08/15/11 | JDS | Telephone conference with client, BK counsel, Neil plaintiffs' counsel, insurers, GreatBanc counsel etc. regarding revised draft MOU regarding Neil settlement (1.1); communications with A. Moss and L. Raines regarding same (.5); analyzed revised draft MOU in preparation for same (.3). | 1.90 |
| 08/16/11 | LJR | Reviewed ongoing correspondence related to Neil settlement (.4). | 0.40 |
| 08/16/11 | AJM | Reviewed revised MOU in Neil settlement (.1); reviewed email from bankruptcy counsel regarding comments on same (.1). | 0.20 |
| 08/16/11 | JDS | Telephone conference with client, BK counsel, Neil plaintiffs' counsel, insurers, etc. regarding draft MOU regarding Neil settlement (.6); analyzed proposed revisions to same (.5). | 1.10 |

September 27, 2011 Invoice: 2175099
RE:   Insurance Counseling Page 5
      (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/17/11 | JDS | Followed up with client, BK counsel regarding status of discussions concerning and revisions to Neil settlement documentation (.3); telephone conference with BK counsel regarding same (.1). | 0.40 |
| 08/18/11 | JDS | Emails with client, BK counsel regarding status and action plan for finalizing Neil settlement documents. | 0.20 |
| 08/19/11 | AJM | Communications with J. Shugrue regarding finalization of Neil settlement papers (.2); reviewed multiple email messages from client representatives, bankruptcy counsel, defense counsel, claimants' counsel and insurers regarding Neil MOU and FL insurance term sheet (.5); reviewed revisions to same (.2); reviewed emails from client representative, defense counsel and bankruptcy counsel regarding Neil settlement (.2). | 1.10 |
| 08/19/11 | JDS | Analyzed and provided comment to client, class counsel, GreatBanc counsel, insurers, BK counsel regarding revised draft Neil settlement MOU (1.7); analyzed and exchanged emails, voicemail messages with insurers, insurer counsel regarding finalizing, executing, and distributing insurance agreements related to Neil settlement (1.6); correspondence with Neil plaintiffs' counsel regarding same (.2); communications with A. Moss regarding same (.2). | 3.70 |
| 08/22/11 | JDS | Organized Neil/DOL settlement documents and prepared email to counsel for Great Banc, insurers, Zell distributing same (.7). | 0.70 |
| 08/24/11 | JDS | Follow-up with A. Moss regarding long-form settlement agreement with insurers regarding Neil/DOL (.2). | 0.20 |
| 08/26/11 | LH | Reviewed and cataloged case correspondence. | 1.50 |
| 08/30/11 | AJM | Reviewed long-form Neil settlement agreement draft from GreatBanc counsel. | 0.80 |

                      TOTAL FEES:         $13,561.50

                                    Fees & Disbursements    $13,561.50

September 27, 2011                          Invoice: 2175099
RE:      Insurance Counseling                   Page 6
         (503842.00005)

## NON-REORGANIZATION/BANKRUPTCY
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 14.50 | 560.00 | 8,120.00 |
| AJM | A.J. Moss | 7.90 | 520.00 | 4,108.00 |
| PRW | P.R. Walker-Bright | 0.60 | 535.00 | 321.00 |
| LJR | L.J. Raines | 1.90 | 450.00 | 855.00 |
| LH | L. Hamilton | 1.50 | 105.00 | 157.50 |
| | | 26.40 | | 13,561.50 |

September 27, 2011            Invoice: 2175099
RE:     Marsh            Page 7
         (503842.00008)

## NON-REORGANIZATION/BANKRUPTCY
### RE: Marsh

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/01/11 | DR | Corresponded with client and Marsh's counsel regarding security issue. | 0.20 |
| 08/02/11 | JDS | Analyzed emails between D. Rosenfield, client regarding Marsh security issues. | 0.20 |
| 08/03/11 | DR | Corresponded with client and Marsh's counsel regarding security issue (.4); drafted letter to financial institution regarding same (1.0). | 1.40 |
| 08/03/11 | JDS | Analyzed emails exchanged by D. Rosenfield, Marsh counsel C. St. Jeanos regarding security issue. | 0.20 |
| 08/09/11 | JDS | Emails with client regarding security issue in connection with prior agreement. | 0.20 |
| 08/12/11 | DR | Emails with client, J. Shugrue regarding resolution of security issue raised by Marsh. | 0.30 |
| 08/12/11 | JDS | Analyzed and exchanged emails with client, D. Rosenfield regarding correspondence concerning security related to parties' prior agreement. | 0.20 |

               TOTAL FEES:            $1,065.50

               Fees & Disbursements     $1,065.50

## NON-REORGANIZATION/BANKRUPTCY
### Fee Summary: Marsh

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.80 | 560.00 | 448.00 |
| DR | D. Rosenfield | 1.90 | 325.00 | 617.50 |
| | | 2.70 | | 1,065.50 |

September 27, 2011          Invoice: 2175099
RE:    Fee Applications          Page 8
      (503842.00009)

# REORGANIZATION/BANKRUPTCY
## RE: Fee Applications

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/02/11 | LJR | Emails with J. Shugrue regarding fee application. | 0.10 |
| 08/02/11 | JDS | Analyzed and exchanged emails with L. Raines regarding 29th Monthly Fee Application. | 0.10 |
| 08/03/11 | LL | Drafting CNO to RS's 27th Monthly Fee Application (.4); prepare service list/labels (.2); e-mail correspondence regarding RS's 29th Monthly Fee Application (.1); e-file and service of CNO to RS's 27th Monthly Fee Application (.3). | 1.00 |
| 08/03/11 | LJR | Revised invoice for June time per client instructions and followed up regarding same. | 3.50 |
| 08/08/11 | LL | Revisions to RS's 29th Monthly Fee Application. | 0.50 |
| 08/08/11 | JCF | Review of fee applications | 0.20 |
| 08/08/11 | JDS | Worked on finalizing 29th monthly fee application (.2); analyzed Fee Examiner's final recommendations regarding 7th interim fee application (.2). | 0.40 |
| 08/09/11 | LL | Revisions to RS's 29th Monthly Fee Application (.6); | 0.60 |
| 08/10/11 | LL | Revisions to RS's 29th Monthly Fee Application (.3); e-file and service of same (.8); drafting CNO's to RS's 28th Monthly & 10th Interim Fee Applications (.8). | 1.90 |
| 08/11/11 | LL | E-file and service of CNO's to RS's 28th Monthly & 10th Interim Fee Applications (.9); drafting RS's 30th Monthly Fee Application (.9). | 1.80 |
| 08/11/11 | JDS | Analyzed and prepared invoice materials for 30th monthly fee application. | 0.50 |
| 08/16/11 | LL | Reviewing fee application and interim order. | 0.80 |
| 08/16/11 | JCF | Communications with J. Shugrue regarding Supplemental Declaration relating to retention as special counsel | 0.20 |
| 08/16/11 | JDS | Emails with C. Falgowski regarding supplemental disclosure document (.2); analyzed court order regarding payment of fees in connection with 4th interim fee application (.2). | 0.40 |
| 08/17/11 | JBL | Researched and drafted supplemental disclosure of J. Shugrue per J.Falgowski. | 1.80 |
| 08/19/11 | JBL | Communicated with C. Falgowski regarding J. Shugrue declaration (.1); reviewed and revised same (.3); e-mail to E. Schaffer regarding additional disclosures (.2). | 0.60 |

September 27, 2011 Invoice: 2175099
RE:  Fee Applications Page 9
    (503842.00009)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/19/11 | JCF | Drafted supplemental declaration relating to Reed Smith retention per Rule 2014 (.9); communications with J. Lord regarding same (.1). | 1.00 |
| 08/22/11 | LL | Emails with J. Shugrue and L. Raines regarding 30th monthly. | 0.20 |
| 08/22/11 | LJR | Emails with J. Shugrue, L. Lankford regarding fee application. | 0.20 |
| 08/22/11 | JDS | Exchanged emails with L. Raines, L. Lankford regarding 30th Monthly Fee Application. | 0.20 |
| 08/23/11 | JBL | Reviewed and revised supplemental Shugrue affidavit. | 0.30 |
| 08/23/11 | LJR | Reviewed and revised invoices for 30th monthly fee application. | 2.00 |
| 08/24/11 | LJR | Communications with J. Shugrue regarding work on fee application. | 0.20 |
| 08/24/11 | JDS | Emails with L. Raines regarding 30th Monthly Fee Application. | 0.20 |
| 08/25/11 | JBL | Worked on revisions to supplemental J. Shugrue declaration. | 0.30 |
| 08/25/11 | LL | E-mail correspondence regarding invoices for 30th monthly fee application. | 0.20 |
| 08/25/11 | LJR | Analyzed and revised invoices for 30th Monthly Fee Application (1.6); coordinated formatting and finalized invoice (.5). | 2.10 |
| 08/25/11 | JDS | Worked on revising and finalizing supplemental affidavit for filing with Bankruptcy Court (.6); analyzed BK order regarding 4th Interim Fee Application (.2). | 0.80 |
| 08/26/11 | JCF | Worked on supplement Declaration of J. Shugrue. | 0.20 |
| 08/29/11 | LL | Reviewed invoice to RS's 30th Monthly Fee Application (.9); revisions to same (.3); calculations and drafting same (2.5). | 3.70 |
| 08/30/11 | LL | Revisions to RS's 30th Monthly Fee Application. | 1.50 |
| 08/30/11 | JCF | Emails with J. Shugrue regarding supplemental affidavit. | 0.20 |
| 08/30/11 | JDS | Worked on revising invoices and preparing narrative text for 30th Monthly Fee Application (.8); emails with client, C. Falgowski regarding supplemental affidavit for filing with bankruptcy court (.3). | 1.10 |
| 08/31/11 | JBL | Communicated with C. Falgowski regarding supplemental J. Shugrue Affidavit (.1); reviewed and revised same per J. Shugrue comments and additional case/client information (.2). | 0.30 |
| 08/31/11 | LL | E-mail correspondence with J. Shugrue regarding RS's 30th Monthly Fee Application. | 0.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/31/11 | JCF | Emails with J. Lord regarding supplemental affidavit of J. Shugrue. | 0.10 |
| 08/31/11 | JDS | Emails with L. Lankford regarding 30th Monthly Fee Application (.2); revised invoices in connection with same (.3). | 0.50 |

|  |  | TOTAL FEES: | $9,775.00 |

## CURRENT DISBURSEMENTS

| 08/31/2011 | Duplicating/Printing/Scanning | | 122.40 |
|---|---|---|---|
| 08/31/2011 | Outside Duplicating | | 210.15 |
| | | Total Disbursements | 332.55 |
| | | Fees & Disbursements | $10,107.55 |

**REORGANIZATION/BANKRUPTCY**
**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 4.20 | 560.00 | 2,352.00 |
| JCF | J.C. Falgowski | 1.90 | 410.00 | 779.00 |
| LJR | L.J. Raines | 8.10 | 450.00 | 3,645.00 |
| JBL | J.B. Lord | 3.30 | 270.00 | 891.00 |
| LL | L. Lankford | 12.40 | 170.00 | 2,108.00 |
| | | 29.90 | | 9,775.00 |

September 27, 2011 Invoice: 2175099
RE:   HR Investigation Page 11
       (503842.00011)

## REORGANIZATION/BANKRUPTCY
### RE:   HR Investigation

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/01/11 | SAM | Telephone conference with agency (.3); e-mail correspondence with client regarding same (.5). | 0.80 |
| 08/03/11 | SAM | E-mail correspondence with client. | 0.50 |
| 08/15/11 | SAM | Reviewed records sent by client (.9) e-mail to client (.3); preparation for meeting (1.3). | 2.50 |
| 08/16/11 | SAM | Continued preparation for meeting (.9); e-mail correspondence with client regarding same (.2). | 1.10 |
| 08/23/11 | EMC | Prepared material for S. Miller for meeting with agency. | 1.30 |
| 08/24/11 | SAM | Prepared for conference with agency. | 1.30 |
| 08/24/11 | EMC | Prepared material for S. Miller for meeting with agency. | 0.50 |
| 08/25/11 | SAM | Revised presentation and prepared for agency meeting. | 0.80 |
| 08/25/11 | EMC | Prepared material for S. Miller for meeting with agency. | 0.80 |
| 08/26/11 | SAM | Final preparation for and meeting with agency, including conferences with client regarding same. | 5.40 |

TOTAL FEES:                                                $9,297.00

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 08/31/2011 | Duplicating/Printing/Scanning | 55.00 |
| 08/31/2011 | Courier Service - Outside | 20.14 |
| | Total Disbursements | 75.14 |
| | Fees & Disbursements | $9,372.14 |

### REORGANIZATION/BANKRUPTCY
Fee Summary: HR Investigation

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| SAM | S.A. Miller | 12.40 | 690.00 | 8,556.00 |
| EMC | E.M. Callahan | 2.60 | 285.00 | 741.00 |
| | | 15.00 | | 9,297.00 |

September 27, 2011 Invoice: 2175099
RE: Insurance Counseling Page 12
(503842.00005)

## REORGANIZATION/BANKRUPTCY
### RE: Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/01/11 | LJR | Followed up with J. Shugrue regarding correspondence received from counsel for individual insured (.2); additional follow up regarding draft correspondence to insurance carrier regarding coverage for preference lawsuits (.1); followed up with counsel for individual defendant regarding same (.2). | 0.50 |
| 08/02/11 | AJM | Communications with BK counsel regarding comfort motion draft (.1). | 0.10 |
| 08/03/11 | AJM | Communications with BK counsel regarding comfort motion (.3); analyzed and commented on draft bankruptcy court motion to approve Neil settlement and lift automatic stay (1.5); telephone call with J. Shugrue regarding same (.1). | 1.90 |
| 08/04/11 | LJR | Reviewed revised invoices received from counsel for individual defendants and followed up regarding same. | 0.40 |
| 08/04/11 | AJM | Reviewed and responded to email from BK counsel regarding comfort motion (.2); reviewed revised comfort motion (.5) | 0.70 |
| 08/05/11 | AJM | Communications with BK counsel regarding comfort motion (.1). | 0.10 |
| 08/09/11 | JDS | Telephone conference with client regarding insurance issues involving pending lawsuits in bankruptcy court. | 0.10 |
| 08/11/11 | AJM | Communications with bankruptcy counsel and J. Shugrue regarding motion for approval of Neil settlement and comfort order (.3); reviewed revised motion and commented on same (.5). | 0.80 |
| 08/11/11 | JDS | Analyzed and exchanged emails with bankruptcy counsel and A. Moss regarding comfort motion regarding Neil settlement (.2). | 0.20 |
| 08/12/11 | JDS | Analyzed and revised draft comfort motion to bankruptcy court regarding Neil settlement (.8); emails with client regarding insurance notices concerning fraudulent conveyance suits (.2). | 1.00 |
| 08/13/11 | AJM | Reviewed comments from counsel on motion for approval of settlement and comfort order (.1). | 0.10 |
| 08/13/11 | JDS | Analyzed draft motion for filing in BK court regarding Neil settlement (.3). | 0.30 |
| 08/15/11 | LJR | Reviewed and analyzed correspondence and invoices received from counsel for individual defendants (.5); followed up with counsel for individual defendants regarding additional information needed (.2); reviewed policy in connection with same (.5). | 1.20 |

September 27, 2011  Invoice: 2175099
RE:     Insurance Counseling  Page 13
        (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/15/11 | AJM | Telephone call with bankruptcy counsel to discuss shareholder litigation coverage issues (.3); reviewed policies regarding same (.4). | 0.70 |
| 08/16/11 | LJR | Conferred with J. Shugrue regarding preference lawsuits and status of correspondence with insurance carriers (.4); followed up with counsel for individual defendants regarding defense invoices and insurer payment (.3); conferred with A. Moss regarding fraudulent conveyance actions and issues related to same (.3); drafted email to clients regarding status of correspondence with insurance carriers (.4). | 1.40 |
| 08/16/11 | AJM | Met with L. Raines regarding fraudulent conveyance suits (.3). | 0.30 |
| 08/16/11 | JDS | Conferred with L. Raines regarding follow up insurance coverage issues related to Preference Actions, fraudulent conveyance actions (.4). | 0.40 |
| 08/19/11 | AJM | Reviewed mark-up of bankruptcy court motion to approve and for comfort order (.5); reviewed as-filed bankruptcy court motion for approval of settlement and comfort order (.1). | 0.60 |
| 08/19/11 | JDS | Analyzed and provided comment to client, class counsel, GreatBanc counsel, insurers, BK counsel regarding draft motion for filing in BK court regarding Neil settlement (1.5). | 1.50 |
| 08/22/11 | JDS | Emails with client regarding BK court hearing on motion regarding Neil and DOL settlements (.2). | 0.20 |
| 08/24/11 | LJR | Met with J. Shugrue regarding insurance issues concerning fraudulent conveyance suits. | 0.10 |
| 08/24/11 | JDS | Met with L. Raines regarding insurance issues regarding fraudulent conveyance suits (.1). | 0.30 |

TOTAL FEES: $6,504.00

Fees & Disbursements $6,504.00

## REORGANIZATION/BANKRUPTCY
Fee Summary: Insurance Counseling

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 3.80 | 560.00 | 2,128.00 |
| AJM | A.J. Moss | 5.30 | 520.00 | 2,756.00 |
| LJR | L.J. Raines | 3.60 | 450.00 | 1,620.00 |
|  |  | 12.70 |  | 6,504.00 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2175099
Invoice Date: September 27, 2011

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through August 31, 2011

| **NON-BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Reliance/Times Mirror 503842.00004 | $902.50 | $0.00 | $902.50 |
| RE: | Insurance Counseling 503842.00005 | $13,561.50 | $0.00 | $13,561.50 |
| RE: | Marsh 503842.00008 | $1,065.50 | $0.00 | $1,065.50 |
| | **Current Invoice Total:** | **$15,529.50** | **$0.00** | **$15,529.50** |
| **BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
| RE: | Insurance Counseling 503842.00005 | $6,504.00 | $0.00 | $6,504.00 |
| RE: | Fee Applications 503842.00009 | $9,775.00 | $332.55 | $10,107.55 |
| RE: | HR Investigation 503842.00011 | $9,297.00 | $75.14 | $9,372.14 |
| | **Current Invoice Total:** | **$25,576.00** | **$407.69** | **$25,983.69** |
| | **INVOICE TOTAL:** | | | **$41,513.19** |

**INVOICE IS PAYABLE UPON RECEIPT**