# EXHIBIT C

## EXPENSE SUMMARY

BY EXPENSE CATEGORY:

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| Printing/Duplicating/Scanning | | $177.40 |
| Outside Duplicating | IKON/DLS | $210.15 |
| Courier | | $20.14 |
| **TOTAL:** | | **$407.69** |

US_ACTIVE-107333896.1-JCFALGOW

BY MATTER:

**EXPENSE SUMMARY**

| Expense Category (Examples) | Service Provider (if applicable) | Reliance/ Times Mirror – 00004 | Insurance Counseling – 00005 | Marsh - 00008 | Fee Applications – 00009 | HR Investigation – 00011 | TOTALS |
|---|---|---|---|---|---|---|---|
| Printing/Duplicating/ Scanning | | | | | $122.40 | $55.00 | $177.40 |
| Outside Duplicating | | | | | $210.15 | | $210.15 |
| Courier | | | | | | $20.14 | $20.14 |
| **TOTAL:** | | **$0.00** | **$0.00** | **$0.00** | **$332.55** | **$75.14** | **$407.69** |

US_ACTIVE-107333896 1-JCFALGOW

September 27, 2011
RE:       Fee Applications
          (503842.00009)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/31/11 | JCF | Emails with J. Lord regarding supplemental affidavit of J. Shugrue. | 0.10 |
| 08/31/11 | JDS | Emails with L. Lankford regarding 30th Monthly Fee Application (.2); revised invoices in connection with same (.3). | 0.50 |

TOTAL FEES:              $9,775.00

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 08/31/2011 | Duplicating/Printing/Scanning | 122.40 |
| 08/31/2011 | Outside Duplicating | 210.15 |
| | Total Disbursements | 332.55 |
| | Fees & Disbursements | $10,107.55 |

**REORGANIZATION/BANKRUPTCY**
**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 4.20 | 560.00 | 2,352.00 |
| JCF | J.C. Falgowski | 1.90 | 410.00 | 779.00 |
| LJR | L.J. Raines | 8.10 | 450.00 | 3,645.00 |
| JBL | J.B. Lord | 3.30 | 270.00 | 891.00 |
| LL | L. Lankford | 12.40 | 170.00 | 2,108.00 |
| | | 29.90 | | 9,775.00 |

**REORGANIZATION/BANKRUPTCY**
**RE:     HR Investigation**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/01/11 | SAM | Telephone conference with agency (.3); e-mail correspondence with client regarding same (.5). | 0.80 |
| 08/03/11 | SAM | E-mail correspondence with client. | 0.50 |
| 08/15/11 | SAM | Reviewed records sent by client (.9) e-mail to client (.3); preparation for meeting (1.3). | 2.50 |
| 08/16/11 | SAM | Continued preparation for meeting (.9); e-mail correspondence with client regarding same (.2). | 1.10 |
| 08/23/11 | EMC | Prepared material for S. Miller for meeting with agency. | 1.30 |
| 08/24/11 | SAM | Prepared for conference with agency. | 1.30 |
| 08/24/11 | EMC | Prepared material for S. Miller for meeting with agency. | 0.50 |
| 08/25/11 | SAM | Revised presentation and prepared for agency meeting. | 0.80 |
| 08/25/11 | EMC | Prepared material for S. Miller for meeting with agency. | 0.80 |
| 08/26/11 | SAM | Final preparation for and meeting with agency, including conferences with client regarding same. | 5.40 |

TOTAL FEES:                    $9,297.00

**CURRENT DISBURSEMENTS**

| | | |
|--|--|--|
| 08/31/2011 | Duplicating/Printing/Scanning | 55.00 |
| 08/31/2011 | Courier Service - Outside | 20.14 |

Total Disbursements          75.14

Fees & Disbursements      $9,372.14

**REORGANIZATION/BANKRUPTCY**
**Fee Summary: HR Investigation**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| SAM | S.A. Miller | 12.40 | 690.00 | 8,556.00 |
| EMC | E.M. Callahan | 2.60 | 285.00 | 741.00 |
| | | 15.00 | | 9,297.00 |