# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: November 2, 2011 @ 4:00 p.m. |
| | ) | Hearing Date TBD |

## ELEVENTH INTERIM FEE APPLICATION OF LAZARD FRERES & CO. LLC, INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2011 THROUGH AUGUST 31, 2011

| | |
|---|---|
| Name of Applicant: | Lazard Frères & Co. LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | March 13, 2009 nunc pro tunc December 8, 2008 |
| Application Period: | June 1, 2011 through August 31, 2011 |
| Amount of Compensation sought as actual, reasonable and necessary: | $600,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $399.72 |
| Less: Amounts Paid to Date: | ($0.00) |
| Net Amount of Compensation Requested: | $600,399.72 |

This is a: ___ monthly    _X_ interim    ___ final application.

## Summary of Fee Applications for Compensation Period

| Date & Docket No. | Period Covered | Requested Fees (A) | Requested Expenses (B) | CNO Date & Docket No. | Approved Fees (C) | Approved Expenses (D) | Amounts Paid (E) | Amount Reqursted (A+B-E) |
|---|---|---|---|---|---|---|---|---|
| 08/18/11 [9676] | 06/01/11 through 06/31/11 | $200,000.00 | $158.94 | 09/12/11 [9769] | $160,000.00 | $158.94 | $120,158.94 | $40,000.00 |
| 10/05/11 [9895] | 07/01/11 through 07/31/11 | $200,000.00 | $240.78 | Objection Deadline 10/25/11 | $0.00 | $0.00 | $0.00 | $200,240.78 |
| 10/05/11 [9896] | 08/01/11 through 08/31/11 | $200,000.00 | $0.00 | Objection Deadline 10/25/11 | $0.00 | $0.00 | $0.00 | $200,000.00 |
| Totals | 06/01/11 through 08/31/11 | $600,000.00 | $399.72 | n/a | $0.00 | $0.00 | $0.00 | $440,240.78 |

In accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Chapter 11 Professionals and Committee Members (the "Administrative Order") entered by this Court on January 15, 2009 [Docket No. 225], Lazard Frères & Co. LLC, ("Lazard") hereby submits its eleventh interim (quarterly) fee application (the "Application") seeking (i) interim approval and allowance of the full amount of the fees and expenses requested in the above-referenced monthly fee applications for the period covering June 1, 2011 through August 31, 2011 (collectively, the "Fee Applications")[1], and (ii) authorization for Tribune Company and certain of its subsidiaries and affiliates (collectively, the 'Debtors") to pay the full amounts requested in the Fee Application, including the 20% holdback of fees provided for in the Administrative Order.

WHEREFORE, Lazard respectfully requests that the Court enter the attached order and grant such further relief as is just and proper.

---

[1] Each of the Fee Applications is incorporated by reference as if set forth herein.

Dated:      October 13, 2011
            New York, New York

                                  LAZARD FRÈRES & CO. LLC

                                  /s/ David S. Kurtz
                                  David S. Kurtz
                                  Managing Director
                                  Lazard Frères & Co. LLC
                                  30 Rockefeller Plaza, 61st Floor
                                  New York, NY 10020
                                  (212/632-6000)
                                  Investment Banker and Financial Advisor
                                  to the Debtors