**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

The Tribune Company

Page: 1
08/31/2011
ACCOUNT NO:          1800-00D
STATEMENT NO:                4

Costs and Expenses

PREVIOUS BALANCE                                                                            $792.15

| | | |
|---|---|---|
| 07/15/2011 | Parcels - copy/service - Fee Applications | 103.30 |
| 08/01/2011 | Printing - July | 57.10 |
| 08/01/2011 | Pacer charges for the month of July | 15.04 |
| 08/08/2011 | Parcels - copy/service - Certificate of No Objection | 12.83 |
| | TOTAL EXPENSES | 188.27 |
| | TOTAL CURRENT WORK | 188.27 |
| | BALANCE DUE | $980.42 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

The Tribune Company

Page: 1
08/31/2011
ACCOUNT NO:      1800-07D
STATEMENT NO:      4

Fee/Employment Applications

|  |  | | HOURS |  |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $1,775.00 |
| | | | **HOURS** | |
| 07/12/2011 | | | | |
| MB | Review Tribune bills and start drafting first and second monthly applications | | 0.30 | 37.50 |
| 07/14/2011 | | | | |
| MTH | Reviewing and revising draft fee applications | | 0.30 | 112.50 |
| MB | Review Tribune bills and draft first and second monthly applications | | 2.20 | 275.00 |
| MB | Work on first and second interim applications | | 1.30 | 162.50 |
| 07/15/2011 | | | | |
| MTH | Reviewing and revising fee applications | | 0.50 | 187.50 |
| MB | Finalize and efile C&L first monthly fee application | | 0.50 | 62.50 |
| MB | Finalize and efile C&L first interim fee application | | 0.40 | 50.00 |
| MB | Finalize and efile C&L second monthly fee application | | 0.50 | 62.50 |
| MB | Finalize and efile C&L second interim fee application | | 0.40 | 50.00 |
| MB | Multiple discussions with MTH re: fee application corrections and filing | | 0.30 | 37.50 |
| 08/05/2011 | | | | |
| MB | Update fee application tracking chart with previously filed applications | | 0.20 | 25.00 |
| MB | Work on C&L CNO's for the first and second monthly and interim periods | | 0.60 | 75.00 |
| 08/08/2011 | | | | |
| MB | Finalize and efile C&L CNO's for the first and second monthly and interim periods | | 0.80 | 100.00 |
| | FOR CURRENT SERVICES RENDERED | | 8.30 | 1,237.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 7.50 | $125.00 | $937.50 |
| Mark T. Hurford | 0.80 | 375.00 | 300.00 |

Page: 2
08/31/2011
The Tribune Company

ACCOUNT NO:          1800-07D
STATEMENT NO:                    4

Fee/Employment Applications

TOTAL CURRENT WORK                                    1,237.50

BALANCE DUE                                          $3,012.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

The Tribune Company

Page: 1
08/31/2011
ACCOUNT NO:        1800-10D
STATEMENT NO:                4

Litigation

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $5,420.00 |
| 07/12/2011 | | | |
| MTH | Review correspondence from S. Tarr re status of adversary | 0.10 | 37.50 |
| 07/13/2011 | | | |
| MTH | Correspondence to and from S. Tarr re status of adversary | 0.10 | 37.50 |
| | FOR CURRENT SERVICES RENDERED | 0.20 | 75.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $375.00 | $75.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 75.00 |
| BALANCE DUE | $5,495.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

The Tribune Company

Page: 1
08/31/2011
ACCOUNT NO:        1800D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 1800-00 Costs and Expenses | | | | | |
| 792.15 | 0.00 | 188.27 | 0.00 | 0.00 | $980.42 |
| 1800-07 Fee/Employment Applications | | | | | |
| 1,775.00 | 1,237.50 | 0.00 | 0.00 | 0.00 | $3,012.50 |
| 1800-10 Litigation | | | | | |
| 5,420.00 | 75.00 | 0.00 | 0.00 | 0.00 | $5,495.00 |
| 7,987.15 | 1,312.50 | 188.27 | 0.00 | 0.00 | $9,487.92 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.