IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Date: November 2, 2011 at 4:00 P.M.**<br>**Hearing Date:** *Only if Objections are Filed* |

## NOTICE OF FEE APPLICATION

| | | |
|---|---|---|
| David Klauder, Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Stuart M. Brown, Esquire<br>Edwards Angell Palmer & Dodge<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801 | Brian Trust, Esquire<br>Amit K. Trechan, Esquire<br>Mayer Brown, LLP<br>1675 Broadway<br>New York, NY 10019 |
| Kenneth P. Kansa, Esquire<br>Jillian K. Ludwig, Esquire<br>Sidley Austin, LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | Howard Seife, Esquire<br>David M. LeMay, Esquire<br>Douglas E. Deutsch, Esquire<br>Chadbourne & Parke, LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 | Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 |
| Donald S. Bernstein, Esquire<br>James A. Florack, Esquire<br>Damian S. Schaible, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | Mark D. Collins, Esquire<br>Katisha D. Fortune, Esquire<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>Wilmington, DE 19899 | John L. Decker, Esquire<br>Stuart Maue<br>3840 McKelvey Road<br>St. Louis, MO 63044 |
| J. Kate Stickles, Esquire<br>Cole, Schotz, Meisel, Forman, &<br>Leonard, P.A.<br>1000 N. West St., Suite 1200<br>Wilmington, DE 19801 | | |

     PLEASE TAKE NOTICE**,** that on October 13, 2011, Campbell and Levine, LLC filed the **Third Interim Fee Application of Campbell & Levine, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors in Possession for the Period from June 1, 2011 through August 31, 2011** (the "Application"), which seeks approval of an interim fee application for professional

{D0213087.1 }

services rendered to the Debtors in the amount of $1,312.50, together with reimbursement of expenses in the amount of $188.27, was filed with the Court.

You are required to file a response, if any, to the Application on or before **November 2, 2011 at 4:00 p.m.** (Eastern Time).

At the same time, you must also serve a copy of the response upon Applicant so that it is received by **4:00 p.m. on November 2, 2011**:

>Mark T. Hurford
>**CAMPBELL & LEVINE, LLC**
>800 North King Street, Suite 300
>Wilmington, DE 19801
>mhurford@camlev.com

A HEARING ON THE APPLICATION WILL BE HELD AT A DATE AND TIME TO BE SCHEDULED BEFORE THE HONORABLE KEVIN J. CAREY, U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 13, 2011

>CAMPBELL & LEVINE, LLC
>
>*/s/Mark T. Hurford*
>Mark T. Hurford (I.D. #3299)
>800 North King Street, Suite 300
>Wilmington, DE  19899
>(302) 426-1900
>
>*Special Litigation Counsel to the Debtors and Debtors in Possession*

{D0213087.1 }