**June 1, 2011 to June 30, 2011 Time Detail**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Dempsey  John | 3-Jun-11 | $736.60 | 1.50 | $1,104.90 | Conference with Eddy Hartenstein regarding structure changes and follow-up subsequent report revisions regarding compensation changes. |
| Dempsey  John | 3-Jun-11 | $736.60 | 0.50 | $368.30 | Call with Jonathan Lotsoff regarding proposed structure changes and follow-up. |
| Dempsey  John | 6-Jun-11 | $736.60 | 0.50 | $368.30 | Exec benchmarking report. |
| Stencel  Amanda | 6-Jun-11 | $266.80 | 0.50 | $133.40 | Updated MIP report and exhibits with newly adjusted salary figures per Tribune's input. |
| Dempsey  John | 7-Jun-11 | $736.60 | 0.50 | $368.30 | Exec benchmarking report. |
| Dempsey  John | 8-Jun-11 | $736.60 | 0.50 | $368.30 | Exec benchmarking report. |
| Donnell  Julie | 8-Jun-11 | $301.60 | 0.75 | $226.20 | Integrate updates to compensation report based on recommended base salary and incentive targets. |
| Dempsey  John | 9-Jun-11 | $736.60 | 0.50 | $368.30 | Exec benchmarking report. |
| Mayer  Julie | 10-Jun-11 | $75.40 | 3.25 | $245.06 | Bankruptcy database research. |
| Donnell  Julie | 17-Jun-11 | $301.60 | 1.50 | $452.40 | Integrate updates into Supplemental Report based on feedback from Dave Eldersveld. |
| Dempsey  John | 22-Jun-11 | $736.60 | 1.00 | $736.60 | Preparation of revised reports. |
| Donnell  Julie | 22-Jun-11 | $301.60 | 1.00 | $301.60 | Integrate updates to the Compensation Recommendation Supplemental MIP deck based on feedback from Dave Eldersveld and Jonathan Lotsoff. |
| Dempsey  John | 23-Jun-11 | $736.60 | 1.00 | $736.60 | Preparation of revised reports. |
| Dempsey  John | 24-Jun-11 | $736.60 | 1.00 | $736.60 | Preparation of revised reports. |
| Donnell  Julie | 24-Jun-11 | $301.60 | 1.00 | $301.60 | Integrate updates to the Compensation Recommendation Supplemental MIP deck based on feedback from Dave Eldersveld and Jonathan Lotsoff. |
| Donnell  Julie | 25-Jun-11 | $301.60 | 1.00 | $301.60 | Continue updating the Compensation Recommendation Supplemental MIP deck based on feedback from Dave Eldersveld and Jonathan Lotsoff. |
| Donnell  Julie | 28-Jun-11 | $301.60 | 0.75 | $226.20 | Continue integrating updates to the Compensation Recommendation Supplemental Report. |
| | | **Totals:** | **16.75** | **$7,344.26** | |