**June 1, 2011 to June 30, 2011 Expense Detail**

| Date | Amount | Description |
|---|---|---|
| 30-Jun-11 | $112.50 | Administrative - Legal |
| **Total:** | **$112.50** | |