**July 1, 2011 to July 31, 2011 Time Detail**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Dempsey  John | 6-Jul-11 | $736.60 | 0.50 | $368.30 | Updates to the MIP report (0.25); telephone conferences with Julie Donnell and Jonathan Lotsoff regarding same (0.25). |
| Donnell  Julie | 6-Jul-11 | $301.60 | 2.50 | $754.00 | Integrate updates into 2010 MIP Report to be reviewed by Jonathan Lotsoff and Eddy Hartenstein. |
| Dempsey  John | 7-Jul-11 | $736.60 | 1.50 | $1,104.90 | Updates to the MIP report (1.0); telephone conferences with Julie Donnell and Jonathan Lotsoff regarding same (0.50). |
| Donnell  Julie | 7-Jul-11 | $301.60 | 0.50 | $150.80 | Integrate updates into 2010 MIP Report to be reviewed by Jonathan Lotsoff and Eddy Hartenstein. |
| Donnell  Julie | 8-Jul-11 | $301.60 | 1.75 | $527.80 | Continue integrating updates into 2010 MIP Report to be reviewed by Jonathan Lotsoff and Eddy Hartenstein. |
| Donnell  Julie | 12-Jul-11 | $301.60 | 1.00 | $301.60 | Integrate updates to Tribune MIP Documentation sent to Jonathan Lotsoff for review. |
| Donnell  Julie | 15-Jul-11 | $301.60 | 2.00 | $603.20 | Continue integrating updates to Tribune MIP Documentation sent to Jonathan Lotsoff for review. |
| | | **Totals:** | **9.75** | **$3,810.60** | |