**July 1, 2011 to July 31, 2011 Expense Detail**

| Date | Amount | Description |
|---|---|---|
| 7-Jul-11 | $44.90 | Travel - Meal / Dinner |
| 7-Jul-11 | $40.80 | Travel - Meal / Dinner |
| 13-Jul-11 | $18.76 | Dinner - working late |
| 13-Jul-11 | $11.00 | Taxi - working late |
| 31-Jul-11 | $3,752.46 | Administrative - Legal |
| **Total:** | **$3,867.92** | |