**August 1, 2011 to August 31, 2011 Time Detail**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Dempsey John | 9-Aug-11 | $736.60 | 0.50 | $368.30 | Edits to report to reflect updated goals. |
| Dempsey John | 11-Aug-11 | $736.60 | 1.00 | $736.60 | Additional edits to report to reflect updated goals. |
| Donnell Julie | 11-Aug-11 | $301.60 | 0.75 | $226.20 | Integrate Updates into 2011 MIP Report based on feedback from management (0.5); e-mail correspondence to Jonathan Lotsoff at Sidley regarding same (0.25). |
| Dempsey John | 12-Aug-11 | $736.60 | 0.50 | $368.30 | Call with Jonathan Lotsoff regarding BU goals and follow-up with Julie Donnell. |
| Donnell Julie | 16-Aug-11 | $301.60 | 2.25 | $678.60 | Integrate Updates into 2011 MIP Report based on feedback from management (2.0); e-mail correspondence to Jonathan Lotsoff at Sidley regarding same (0.25). |
| Donnell Julie | 18-Aug-11 | $301.60 | 0.75 | $226.20 | Integrate Updates into 2011 MIP Report based on feedback from management (0.5); e-mail correspondence to Jonathan Lotsoff at Sidley regarding same (0.25). |
| Mayer Julie | 24-Aug-11 | $75.41 | 0.75 | $56.56 | Bankruptcy database research. |
| Stencel Amanda | 25-Aug-11 | $266.80 | 1.00 | $266.80 | Make requested report title and date edits throughout 2011 MIP report and review same for consistancy throughout report. |
| | | **Totals:** | **7.50** | **$2,927.56** | |