**August 1, 2011 to August 31, 2011 Expense Detail**

| Date | Amount | Description |
|------|--------|-------------|
| 31-Aug-11 | $3,542.28 | Administrative - Legal |
| **Total:** | **$3,542.28** | |