# EXHIBIT A

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER     45394
MATTER NUMBER     10148

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

JULY 29, 2011
INVOICE # 9206654

### DOL SETTLEMENT

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2011                                         $30,572.50

DISBURSEMENTS                                                  $ 593.16

                                        TOTAL INVOICE          $31,165.66

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page

THE TRIBUNE COMPANY                                      INVOICE # 9206654
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

CLIENT NUMBER - 45394                                    JULY 29, 2011

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2011

DOL SETTLEMENT                                          MATTER NUMBER- 10148

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 6/1/2011 | DAS | 0.30 | { L210 } {A108} Conferred with ███ re issues related to ███ to support ███. | 165.00 |
| 6/2/2011 | DJB | 0.50 | { L190 } {A107} Telephone conference with ███ (.2); e-mails re ███ (.3). | 462.50 |
| 6/3/2011 | DJB | 0.20 | { L190 } {A107} E-mail to ███ and further e-mails to ███ re ███t. | 185.00 |
| 6/6/2011 | DAS | 2.00 | { L210 } {A107} Conferred with ███ re ███ and other matters related to possible ███ (.3); communicated with ███ re same (.3); reviewed ███ and edits prepared by ███ to summarize ███ in Neil re ███ and communicated re same with D. Bradford (1.00); reviewed communications related to ███ and June 7 mediation (.4). | 1,100.00 |
| 6/7/2011 | DJB | 0.80 | { L190 } {A107} Telephone conferences with ███ re ███. | 740.00 |
| 6/7/2011 | DAS | 9.30 | { L210 } {A107} Participated in ███ related to Neil and DOL issues and advised ███ re same (8.30); reviewed proposed draft ███ by plaintiffs and communicated with D. Bradford, ███ and ███ re same (1.00). | 5,115.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| 6/8/2011 | DJB | 2.00 | { L190 } {A107} Telephone conference with ███ re issues (.3); telephone conference with ███ re same (.3); reviewed ██████ (.5); office conference with D. Sondgeroth re same (.2); telephone conference with ██████ (.4); e-mail to ███ (.3). | 1,850.00 |
|---|---|---|---|---|
| 6/8/2011 | DAS | 3.70 | { L210 } {A107} Reviewed draft ██████ in Neil and discussed same with counsel for ████████ (2.50); communicated with ██████ re ████████ and discussed same with D. Bradford (.5); communicated with ██████ re schedule in Bankruptcy court and status conference on June 9 (.4); reviewed communications from counsel for ██████ re ████████ (.3). | 2,035.00 |
| 6/9/2011 | DJB | 1.30 | { L190 } {A104} Reviewed and commented on ██████ (.5); various office conferences with D. Sondgeroth re same (.5); office conference with ███ re issues (.3). | 1,202.50 |
| 6/9/2011 | DAS | 4.50 | { L210 } {A107} Edited draft ██████ of ██████ and discussed same with counsel for ████████ (4.00); reviewed revised ██████ of ██████ related to ████████ (.5). | 2,475.00 |
| 6/10/2011 | DJB | 1.50 | { L190 } {A107} Various e-mails with ██████ re settlement (.7); office conference with D. Sondgeroth re ███ issues (.5); responded to e-mails from opposing counsel re ██████ issues (.3). | 1,387.50 |
| 6/10/2011 | DAS | 5.70 | { L210 } {A103} Edited draft ██████ and conferred with counsel for ██████ re same. | 3,135.00 |
| 6/11/2011 | DJB | 0.20 | { L190 } {A107} E-mails re ██████ issues. | 185.00 |
| 6/11/2011 | DAS | 0.30 | { L210 } {A108} Conference call with counsel for ████████ re status of ███ and other ██████ matters. | 165.00 |

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

| | | | | |
|---|---|---|---|---|
| 6/13/2011 | DAS | 1.90 | { L210 } {A108} Communicated with ██████ and ██████ re position of ███ in connection with settlement of claims (.4); drafted summary of same and discussed same with D. Bradford (.3); communicated with ███ re draft ███ and issues related to ██████ (.4); reviewed communications with ████ re issues (.3); reviewed example ████ motion provided by ███ and discussed same with ██ ██ (.5). | 1,045.00 |
| 6/14/2011 | DJB | 1.20 | { L190 } {A107} Telephone conference ████ ████ re DOL issues (.4); telephone conference with ████ re same (.2); reviewed and commented on ████ (.6). | 1,110.00 |
| 6/14/2011 | DAS | 3.30 | { L210 } {A108} Communicated with counsel for ██████ re various issues related to potential settlement with Neil plaintiffs and DOL (2.20); communicated with ██████ re ██████ (.7); reviewed revised draft ████ prepared by ████ counsel (.4). | 1,815.00 |
| 6/15/2011 | DJB | 2.40 | { L190 } {A106} Telephone conference with ██████ issues (.7); telephone conference with ████ re same (.5); edited ████ (.3); reviewed draft of ███ and further edits to same (.5); telephone conference with ████ re same (.2); reviewed further revised draft re ███ issues and commented on same (.2). | 2,220.00 |
| 6/15/2011 | DAS | 4.60 | { L210 } {A106} Communicated with ██████ ██████ (1.20); reviewed draft ████ and provided comments on same to ███ group (1.80); edited list of ██████ with current draft and circulated same to ████ (.4); conference call with other counsel ██████ in Neil re proposed ███ and other issues related to settlement (.4); reviewed communications re same (.8). | 2,530.00 |

LAW OFFICES
### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page

| | | | | |
|---|---|---|---|---|
| 6/16/2011 | DAS | 3.00 | { L210 } {A106} Communicated with ████ ████ re drafts of ████ and ████ related to settlement to develop same and to analyze issues related to settlement and edited same. | 1,650.00 |
| | | 48.70 | PROFESSIONAL SERVICES | $30,572.50 |

## DISBURSEMENTS

| | | |
|---|---|---|
| 5/20/2011 | Database Research | 76.73 |
| 5/31/2011 | Out of Town Travel (Air), D. Bradford, 05/03-04/11, Philadelphia (Mediation) | 473.58 |
| 6/10/2011 | In-City Transportation | 42.85 |
| | TOTAL DISBURSEMENTS | $ 593.16 |

## INVOICE TOTAL

$31,165.66

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 10.10 | 925.00 | 9,342.50 |
| DOUGLAS A. SONDGEROTH | 38.60 | 550.00 | 21,230.00 |
| TOTAL | 48.70 | | $30,572.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER    45394
MATTER NUMBER   10113

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

JULY 29, 2011
INVOICE # 9206652

### GENERAL MATTERS

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2011 — $ 185.00

DISBURSEMENTS — $0.00

TOTAL INVOICE — $ 185.00

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE    Federal Identification No. 36-2192554

LAW OFFICES

Page 1

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO,  IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9206652

JULY 29, 2011

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2011

GENERAL MATTERS

MATTER NUMBER- 10113

| | | | | |
|---|---|---|---|---|
| 6/20/2011 | DJB | 0.20 | { L190 } {A103} Edited auditor's response letter. | 185.00 |
| | | 0.20 | PROFESSIONAL SERVICES | $ 185.00 |

**INVOICE TOTAL**                                          **$ 185.00**

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | .20 | 925.00 | 185.00 |
| TOTAL | 0.20 | | $ 185.00 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER     45394
MATTER NUMBER     10113

THE TRIBUNE COMPANY                                    SEPTEMBER 30, 2011
435 NORTH MICHIGAN AVENUE                              INVOICE # 9211129
SUITE 600
CHICAGO,  IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

## GENERAL MATTERS

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2011                                              $ 300.00

DISBURSEMENTS                                                         $0.00

                              TOTAL INVOICE                          $ 300.00

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO,  IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9211129

SEPTEMBER 30, 2011

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2011

GENERAL MATTERS

MATTER NUMBER- 10113

| 8/3/2011 | CJR | 0.50 | { L110 } {A104} Reviewed and prepared ▮▮▮ to and from ▮▮ re ▮▮▮▮ (.2); reviewed files re same (.3). | 300.00 |
| | | 0.50 | PROFESSIONAL SERVICES | $ 300.00 |

**INVOICE TOTAL**                                                    **$ 300.00**

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| CARLA J. ROZYCKI | .50 | 600.00 | 300.00 |
| TOTAL | 0.50 | | $ 300.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER    45394
MATTER NUMBER    10229

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO,  IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

JULY 29, 2011
INVOICE # 9206657

## DISCOVERY REQUESTS RE ORACLE LITIGATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2011                                $13,106.50

DISBURSEMENTS                                       $ 18.18

TOTAL INVOICE         $13,124.68

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE         Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page

THE TRIBUNE COMPANY                                         INVOICE # 9206657
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

CLIENT NUMBER - 45394                                       JULY 29, 2011

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2011

DISCOVERY REQUESTS RE ORACLE LITIGATION                    MATTER NUMBER- 10229

| 5/2/2011 | DJB | 0.20 | { L190 } {A107} Telephone conference with █████ re █████ (.1); e-mail to █████ re same (.1). | 185.00 |
|----------|-----|------|---|--------|
| 6/1/2011 | SKM | 0.70 | { L140 } {A110} Corresponded with vendor re document review platform and pricing (.1); organized █████ documents for attorney review (.6). | 196.00 |
| 6/1/2011 | DAS | 1.60 | { L210 } {A104} Reviewed materials re █████ to Tribune (.8); drafted portions of █████ re same (.8). | 880.00 |
| 6/2/2011 | DJB | 0.50 | { L190 } {A106} Telephone conference with █████ re document production (.3); e-mail re same (.2). | 462.50 |
| 6/2/2011 | DAS | 0.60 | { L210 } {A104} Reviewed communications with █████ re █████ and █████ for response to Oracle subpoena and conferred with D. Bradford re same. | 330.00 |
| 6/6/2011 | SKM | 2.20 | { L140 } {A110} Gathered and organized █████ for attorney review. | 616.00 |
| 6/6/2011 | DAS | 1.20 | { L210 } {A103} Coordinated review of █████ in response to Oracle subpoena (1.00); conferred with █████ re same (.2). | 660.00 |
| 6/8/2011 | SYR | 0.10 | { L190 } {A105} Telephone conference with D. Sondgeroth re re review of █████. | 25.00 |
| 6/8/2011 | SYR | 3.20 | { L190 } {A104} Reviewed █████ for responsiveness to Oracle subpoena. | 800.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                 Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 6/8/2011 | DAS | 0.30 | { L210 } {A105} Conferred with ▮ re review of ▮ in response to Oracle subpoena. | 165.00 |
| 6/9/2011 | SYR | 9.00 | { L190 } {A104} Reviewed ▮ for responsiveness to Oracle subpoena. | 2,250.00 |
| 6/9/2011 | DAS | 1.40 | { L210 } {A103} Edited ▮ to Oracle subpoena (1.20); conferred with ▮ re status of case (.2) | 770.00 |
| 6/10/2011 | SYR | 2.00 | { L190 } {A104} Reviewed ▮ to Oracle subpoena. | 500.00 |
| 6/10/2011 | DAS | 0.20 | { L210 } {A106} Conferred with ▮ re status of case (.1); conferred with ▮ re status of document review (.1). | 110.00 |
| 6/13/2011 | DAS | 0.90 | { L210 } {A103} Edited ▮ to Oracle subpoena and sent same to ▮ (.5); reviewed ▮ comments on same (.4). | 495.00 |
| 6/14/2011 | DAS | 0.50 | { L210 } {A106} Conferred with ▮ re ▮ to Oracle subpoena and review of documents pursuant to same. | 275.00 |
| 6/16/2011 | SKM | 1.50 | Reviewed and revised document ▮. | 420.00 |
| 6/17/2011 | DAS | 1.30 | { L210 } {A103} Edited ▮ to Rimini subpoena (.8); conferred with ▮ re same and re confidentiality issues (.50). | 715.00 |
| 6/17/2011 | SKM | 1.30 | { L140 } {A110} Organized ▮ documents for review for production. | 364.00 |
| 6/20/2011 | SKM | 1.00 | { L140 } {A110} Prepared documents for production. | 280.00 |
| 6/20/2011 | DAS | 1.50 | { L210 } {A104} Conferred with ▮ re response to Oracle subpoena (.2); edited ▮ to same and finalized same for service on Oracle (.8); reviewed documents to confirm production (.5). | 825.00 |
| 6/21/2011 | SKM | 1.40 | { L320 } {A110} Reviewed and organized documents for production. | 392.00 |
| 6/22/2011 | SKM | 3.20 | { L320 } {A110} Reviewed and organized documents for production. | 896.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

Page ?

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 6/22/2011 | DAS | 0.90 | { L210 } {A103} Finalized production and transmittal communication to counsel for Oracle (.7); served documents responsive to Oracle's subpoena and objections thereto (.2). | 495.00 |
|---|---|---|---|---|
| | | 36.70 | PROFESSIONAL SERVICES | $13,106.50 |

**DISBURSEMENTS**

| 5/27/2011 | UPS | 8.69 |
|---|---|---|
| 6/1/2011 | Photocopy and Related Expenses | 1.89 |
| 6/2/2011 | Special Messenger Service | 6.50 |
| 6/22/2011 | Photocopy Expense | 1.10 |
| 6/28/2011 | Photocopy and Related Expenses | 247.50 |
| 6/28/2011 | Photocopy and Related Expenses | -247.50 |
| | TOTAL DISBURSEMENTS | $ 18.18 |

**INVOICE TOTAL** $13,124.68

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | .70 | 925.00 | 647.50 |
| DOUGLAS A. SONDGEROTH | 10.40 | 550.00 | 5,720.00 |
| SHAWN K. MCGEE | 11.30 | 280.00 | 3,164.00 |
| SONYA Y. REED | 14.30 | 250.00 | 3,575.00 |
| TOTAL | 36.70 | | $13,106.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER     45394
MATTER NUMBER     10229

THE TRIBUNE COMPANY                                      AUGUST 31, 2011
435 NORTH MICHIGAN AVENUE                          INVOICE # 9208868
SUITE 600
CHICAGO,  IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

### DISCOVERY REQUESTS RE ORACLE LITIGATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2011                                                    $0.00

DISBURSEMENTS                                                       $1,677.50

                              TOTAL INVOICE            $1,677.50

LAW OFFICES

Page 1

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO,  IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9208868

AUGUST 31, 2011

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2011

DISCOVERY REQUESTS RE ORACLE LITIGATION

MATTER NUMBER- 10229

## DISBURSEMENTS

| | | |
|---|---|---:|
| 6/28/2011 | Photocopy and Related Expenses | 247.50 |
| 6/29/2011 | Photocopy and Related Expenses | 345.00 |
| 7/13/2011 | Photocopy and Related Expenses | 1,085.00 |
| | TOTAL DISBURSEMENTS | $1,677.50 |

**INVOICE TOTAL**                                                    **$1,677.50**

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER     45394
MATTER NUMBER     10229

THE TRIBUNE COMPANY                      SEPTEMBER 30, 2011
435 NORTH MICHIGAN AVENUE          INVOICE # 9211133
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

## DISCOVERY REQUESTS RE ORACLE LITIGATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2011                              $0.00

DISBURSEMENTS                             $ 500.00

                 TOTAL INVOICE       $ 500.00

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9211133

SEPTEMBER 30, 2011

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2011

DISCOVERY REQUESTS RE ORACLE LITIGATION

MATTER NUMBER- 10229

## DISBURSEMENTS

| 7/31/2011 | Outside Professional Services (Document Technologies – Document Production in Response to Subpoena) | 500.00 |
|---|---|---|
| | TOTAL DISBURSEMENTS | $ 500.00 |

## INVOICE TOTAL

$ 500.00

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER    45394
MATTER NUMBER    10164

THE TRIBUNE COMPANY            JULY 29, 2011
435 NORTH MICHIGAN AVENUE       INVOICE # 9206656
SUITE 600
CHICAGO,  IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

## FEE APPLICATION

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2011 | $1,062.50 |
| DISBURSEMENTS | $ 9.84 |
| TOTAL INVOICE | $1,072.34 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO,  IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9206656

JULY 29, 2011

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2011

FEE APPLICATION

MATTER NUMBER- 10164

| | | | | |
|---|---|---|---|---|
| 6/14/2011 | LSR | 1.30 | { L210 } {A103} Drafted March/April fee application. | 565.50 |
| 6/20/2011 | MXP | 1.90 | { L210 } {A103} Prepared exhibits for Jenner & Block's March and April 2011 monthly fee application (1.5); updated time summary chart in same (.4). | 323.00 |
| 6/27/2011 | LSR | 0.40 | { L210 } {A104} Conducted final review of March/April fee application. | 174.00 |
| | | 3.60 | PROFESSIONAL SERVICES | $1,062.50 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| 4/6/2011 | Pacer Charges | 9.84 |
| | TOTAL DISBURSEMENTS | $ 9.84 |

**INVOICE TOTAL**

$1,072.34

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| LANDON S. RAIFORD | 1.70 | 435.00 | 739.50 |
| MARC A. PATTERSON | 1.90 | 170.00 | 323.00 |
| TOTAL | 3.60 | | $1,062.50 |

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER     45394
MATTER NUMBER     10164

THE TRIBUNE COMPANY                                  AUGUST 31, 2011
435 NORTH MICHIGAN AVENUE                     INVOICE # 9208867
SUITE 600
CHICAGO,  IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

**FEE APPLICATION**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2011                                                $1,588.00

DISBURSEMENTS                                                              $0.00

                 TOTAL INVOICE            $1,588.00

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY                                    INVOICE # 9208867
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

                                                       AUGUST 31, 2011

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2011

FEE APPLICATION                                   MATTER NUMBER- 10164

| Date | | Hours | | Amount |
|------|------|------|------|------|
| 7/11/2011 | LSR | 0.90 | { L210 } {A103} Drafted May fee application (.4); drafted 10th Quarterly fee application (.5). | 391.50 |
| 7/12/2011 | LSR | 1.10 | { L210 } {A103} Continued drafting 10th Quarterly fee application. | 478.50 |
| 7/13/2011 | MXP | 1.40 | { L210 } {A103} Prepared exhibits for Jenner & Block's May 2011 Monthly Fee Application (1.0); updated time summary chart in same (.4). | 238.00 |
| 7/13/2011 | MXP | 1.80 | { L210 } {A103} Prepared exhibits for Jenner & Block's 10th Quarterly Fee Application (1.5); updated time summary chart in same (.3). | 306.00 |
| 7/14/2011 | LSR | 0.40 | { L210 } {A104} Reviewed 10th Quarterly fee application. | 174.00 |
| | | 5.60 | PROFESSIONAL SERVICES | $1,588.00 |

**INVOICE TOTAL**                                          **$1,588.00**

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| LANDON S. RAIFORD | 2.40 | 435.00 | 1,044.00 |
| MARC A. PATTERSON | 3.20 | 170.00 | 544.00 |
| TOTAL | 5.60 | | $1,588.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER      45394
MATTER NUMBER      10164

THE TRIBUNE COMPANY                                SEPTEMBER 30, 2011
435 NORTH MICHIGAN AVENUE                         INVOICE # 9211132
SUITE 600
CHICAGO,  IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

**FEE APPLICATION**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2011                                        $1,406.00

DISBURSEMENTS                                                  $ 22.36

                              TOTAL INVOICE                    $1,428.36

Page 1

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO,  IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9211132

SEPTEMBER 30, 2011

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2011

FEE APPLICATION

MATTER NUMBER- 10164

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 8/2/2011 | DAS | 0.50 | { L210 } {A104} Reviewed materials related to Jenner's fees to prepare invoices for submission to the court. | 275.00 |
| 8/3/2011 | LSR | 2.60 | { L210 } {A103} Edited response to Fee Examiner re Fifth Quarterly Fee Application (1.5); edited response to Fee Examiner re Sixth and Seventh Quarterly Fee Applications (1.1). | 1,131.00 |
| | | 3.10 | PROFESSIONAL SERVICES | $1,406.00 |

## DISBURSEMENTS

| | | |
|---|---|---|
| 8/31/2011 | Westlaw Research | 22.36 |
| | TOTAL DISBURSEMENTS | $ 22.36 |

## INVOICE TOTAL

$1,428.36

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DOUGLAS A. SONDGEROTH | .50 | 550.00 | 275.00 |
| LANDON S. RAIFORD | 2.60 | 435.00 | 1,131.00 |
| TOTAL | 3.10 | | $1,406.00 |

Federal Identification No. 36-2192554

# EXHIBIT B

## SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---|
| Database Research | $76.73 |
| In-City Transportation | $42.85 |
| Out of Town Travel (Air), D. Bradford, 05/03-04/11, Philadelphia (Mediation) | $473.58 |
| Outside Professional Services (Document Technologies – Document Production in Response to Subpoena) | $500.00 |
| Pacer Charges | $9.84 |
| Photocopy and Related Expenses | $1,680.49 |
| Special Messenger Service | $6.50 |
| UPS | $8.69 |
| Westlaw Research | $22.36 |
| **Total** | **$2,821.04** |