# EXHIBIT A



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

Invoice No. 1894429
0276 12575 / 12575-000028
W1ST

The Baltimore Sun
501 North  Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through August 31, 2011

### Guild Labor Matters 0000001483

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/10/11 | K. Michaels | C300 | 0 | Review of draft settlement agreement from A. Barnes regarding E. Gunts (.20); drafting e-mail correspondence in response to same (.10). | 0.30 | 174.00 |
| 08/11/11 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding revision to E. Gunts settlement agreement. | 0.20 | 116.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.50 | |
| **Total Fees** | | $290.00 |
| **Less Discount** | | ($29.00) |
| **Total Fees After Discount** | | $261.00 |



Baltimore Sun

## Timekeeper Summary

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 0.50 | hours at | $580.00 | per hour |

**Total Disbursements**      0.00

**Total Amount Due**      $261.00



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1894429
0276 12575 / 12575-000028
Guild Labor Matters 0000001483

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $290.00 |
| Less Discount | ($29.00) |
| Total Fees after Discount | $261.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $261.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

Invoice No. 1894430
0276 12575 / 12575-000301
W1ST

The Baltimore Sun
501 North  Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through August 31, 2011

### Photographer(s) Recall Grievance: Case No. 16 300 00214 11

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/01/11 | K. Michaels | L110 | 0 | E-mail correspondence from and to A. Barnes regarding 1993 negotiations. | 0.10 | 58.00 |
| 08/01/11 | K. Michaels | L110 | 0 | Review of outline of case history from A. Barnes. | 0.20 | 116.00 |
| 08/01/11 | K. Michaels | L110 | 0 | Telephone conference with A. Barnes, S. Davis and D. Morrison regarding preparation for arbitration hearing. | 0.80 | 464.00 |
| 08/02/11 | K. Michaels | C300 | 0 | Review of case files from prior freelancer arbitration to determine data pulled on use of freelancers and use of managers to do bargaining unit work. | 3.30 | 1,914.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/03/11 | K. Michaels | L120 | 0 | Review of e-mail correspondence from arbitrator regarding rescheduling hearing; review of e-mail correspondence from Union counsel regarding same; drafting e-mail correspondence to arbitrator regarding same. | 0.10 | 58.00 |
| 08/07/11 | K. Michaels | L110 | 0 | Review of all freelancer consolidation arbitration files (5.00) and D. Sanchez arbitration files (3.00), including exhibits used in arbitrations to compile data. | 8.00 | 4,640.00 |
| 08/08/11 | K. Michaels | L110 | 0 | Telephone conference with A. Barnes, S. Davis, and D. Morrison regarding preparation for arbitration hearing. | 0.70 | 406.00 |
| 08/09/11 | K. Michaels | C200 | 0 | Review of Newspaper Association of America arbitration decisions for cases interpreting provisions of the Guild contract. | 3.60 | 2,088.00 |
| 08/10/11 | K. Michaels | L120 | 0 | Review of e-mail correspondence from R. Paul, Guild counsel, regarding response to Company's information request. | 0.20 | 116.00 |
| 08/11/11 | K. Michaels | C200 | 0 | Review of Newspaper Association of America arbitration decisions to determine meaning of provisions of Guild contract. | 3.30 | 1,914.00 |
| 08/12/11 | K. Michaels | L410 | 0 | Drafting witness outlines of S. Davis, E. Hewitt and A. Barnes. | 6.00 | 3,480.00 |
| 08/22/11 | K. Michaels | L110 | 0 | Telephone conference with A. Barnes, S. Davis, E. Hewitt and D. Morrison regarding fact gathering for arbitration hearing. | 1.00 | 580.00 |
| 08/22/11 | K. Michaels | L110 | 0 | Review of e-mail correspondence from A. Barnes containing S. Davis research into byline count. | 0.10 | 58.00 |



Invoice No. 1894430

Page 3

Baltimore Sun

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/23/11 | K. Michaels | L120 | 0 | Drafting e-mail correspondence to R. Paul, Guild counsel, regarding inquiry as to when Company will receive requested documents. | 0.10 | 58.00 |
| 08/26/11 | K. Michaels | L110 | 0 | Telephone conference with A. Barnes regarding preparation for arbitration meeting on September 1. | 0.50 | 290.00 |
| 08/27/11 | K. Michaels | L410 | 0 | Drafting witness direct examination outlines of E. Hewitt (1.00), S. Davis (1.00) and B. Hamilton (2.00). | 4.00 | 2,320.00 |
| 08/28/11 | K. Michaels | L110 | 0 | Review of documents produced from Guild to the Sun. | 0.50 | 290.00 |
| 08/29/11 | K. Michaels | C200 | 0 | Research Newspaper Association of America decisions to be used in arbitration hearing and post-hearing brief. | 4.40 | 2,552.00 |
| 08/29/11 | K. Michaels | C300 | 0 | Review of e-mail correspondence from A. Barnes with attached publisher's proposals. | 0.50 | 290.00 |
| 08/29/11 | K. Michaels | C300 | 0 | Review of Sunburst bargaining information. | 1.50 | 870.00 |
| 08/30/11 | K. Michaels | C300 | 0 | Drafting outline of information needed to be obtained from witnesses at September 1 meeting. | 2.00 | 1,160.00 |

**Total Hours**                                                                           40.90

**Total Fees**                                                                            $23,722.00

**Less Discount**                                                                         ($2,372.20)

**Total Fees After Discount**                                                             $21,349.80

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 40.90 | hours at | $580.00 | per hour |



Baltimore Sun

**Total Disbursements**                                              0.00

**Total Amount Due**                                          $21,349.80



# SEYFARTH SHAW LLP
**ATTORNEYS**

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1894430
0276 12575 / 12575-000301
Photographer(s) Recall Grievance: Case No. 16 300
00214 11

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $23,722.00 |
| Less Discount | ($2,372.20) |
| Total Fees after Discount | $21,349.80 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $21,349.80 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

Invoice No. 1894456
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through August 31, 2011

### Bankruptcy Fee Application 0000001891

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/02/11 | J. McManus | B110 | 0 | Review/respond to K. Stickles email communication regarding hearing on interim fee applications and fee examiner reports (.10); attend to fee payment matters (.20). | 0.30 | 82.50 |
| 08/03/11 | J. McManus | B110 | 0 | Prepare Twenty-First Monthly Fee Application (.80); conference with A. Shepro regarding assistance with same (.10). | 0.90 | 247.50 |
| 08/03/11 | A. Shepro | B160 | 0 | Start edits on the compensation by attorney in the Twenty-First Monthly Fee Application. | 0.80 | 80.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 08/04/11 | J. McManus | B110 | 0 | Discuss revisions to Twenty-First Monthly Fee Application with A. Shepro (.10); review/revise pleading charts regarding same (.40); review time detail for redaction purposes (.40); conference with J. Sherman regarding same (.10). | 1.00 | 275.00 |
| 08/04/11 | A. Shepro | B160 | 0 | Finish edits to compensation by matter and the pleading in the Twenty-First Monthly Fee Application. | 1.40 | 140.00 |
| 08/05/11 | J. Sherman | C300 | 0 | Review and redact invoices for privilege in connection with Twenty-First Monthly Fee Application. | 0.50 | 347.50 |
| 08/05/11 | J. McManus | B110 | 0 | Revise Twenty-First Monthly Fee Application. | 0.60 | 165.00 |
| 08/10/11 | J. McManus | B110 | 0 | Revise exhibit portion of Twenty-First Monthly Fee Application. | 0.70 | 192.50 |
| 08/15/11 | J. McManus | B110 | 0 | Finalize Twenty-First Monthly Fee Application pleading (.70); additional review of time detail, per court standards, to include as exhibit to Twenty-First Application (.60); edit fee application (.40). | 1.70 | 467.50 |
| 08/16/11 | J. McManus | B110 | 0 | Further edits to spreadsheet of response to Fee Examiner's Report on Seyfarth's Third Fee Application (.70); further edits to spreadsheet of response to Fee Examiner's Report on Seyfarth's Fourth Fee Application (.70); conference with A. Dalton regarding same (.10). | 1.50 | 412.50 |
| 08/17/11 | J. McManus | B110 | 0 | Revise response to fee examiner report concerning the Fourth Quarterly Fee Application. | 0.50 | 137.50 |



Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/18/11 | J. McManus | B110 | 0 | Revise Exhibit F to Response to Fee Examiner's Report regarding Third Fee Application (.40); revise Exhibit E to Response to Fee Examiner's Report regarding Fourth Fee Application (.40); conference with timekeepers' regarding revisions to include more descriptive time entries in order to be awarded payment (.30). | 1.10 | 302.50 |
| 08/19/11 | J. McManus | B110 | 0 | Prepare Twenty-Second Monthly Fee Application. | 0.70 | 192.50 |
| 08/22/11 | J. McManus | B110 | 0 | E-mails to timekeepers requesting back-up to support response to Fee Examiner's Report on Third Quarterly Fee Application (.20); revise response spreadsheet accordingly (.60). | 0.80 | 220.00 |
| 08/23/11 | J. McManus | B110 | 0 | Conference with D. Hyan and J. Meer regarding revisions to Third and Fourth Quarterly Fee Application Reports (.20); revise same (.60); review/redact time detail for Twenty-Second Monthly Fee Application (.60). | 1.40 | 385.00 |
| 08/24/11 | A. Banas | B160 | 0 | Conference with J. McManus on potential need to appear at August 25, 2011 Omnibus Fee Hearing on Fee for the Fourth Interim Fee Period (September - December 2009). | 0.10 | 38.50 |
| 08/24/11 | J. McManus | B110 | 0 | Communications with local counsel and Seyfarth counsel regarding preparation for omnibus hearing including fees (.20); review fee order regarding same and assemble related pleadings in preparation for hearing (.10); attend to fee payment matters (.10); prepare response to Fee Examiner's Report on Seyfarth's Fifth Quarterly Fee Application (.50). | 0.90 | 247.50 |
| 08/29/11 | J. Sherman | L120 | 0 | Review and redaction of August invoices for purposes of privilege in connection with Twenty-Second Monthly Fee Application. | 0.50 | 347.50 |



SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1894456

Page 4

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/31/11 | J. McManus | B110 | 0 | Prepare pleading portion of Twenty-Second Monthly Fee Application (.50); confer with A. Shepro regarding revisions to pleading charts/exhibits (.10). | 0.60 | 165.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 16.00 | |
| **Total Fees** | | | $4,446.00 |
| **Less Discount** | | | ($444.60) |
| **Total Fees After Discount** | | | $4,001.40 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 1.00 | hours at | $695.00 | per hour |
| A. Banas | Associate | - | 0.10 | hours at | $385.00 | per hour |
| J. McManus | Paralegal | - | 12.70 | hours at | $275.00 | per hour |
| A. Shepro | Legal Asst. | - | 2.20 | hours at | $100.00 | per hour |

| Date | Disbursements | Value |
|------|--------------|-------|
| | **Long Distance Telephone** | |
| 08/12/11 | Long Distance Telephone | 0.52 |
| | **Online Research** | |
| 08/11/11 | Online Research - PACER SERVICE CENTER Charges for 2nd Quarter 2011 | 4.80 |
| 08/16/11 | Online Research - PACER SERVICE CENTER Pacer Charges 04/01/11 to 06/30/11 | 18.72 |
| 08/16/11 | Online Research - PACER SERVICE CENTER Pacer Charges 04/01/11 to 06/30/11 | 29.20 |

| | |
|---|---|
| **Total Disbursements** | 53.24 |
| **Total Amount Due** | $4,054.64 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1894456
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $4,446.00 |
| Less Discount | ($444.60) |
| Total Fees after Discount | $4,001.40 |
| Total Disbursements | 53.24 |
| Total Fees and Disbursements This Statement | $4,054.64 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

Invoice No. 1894460
0276 11089 / 11089-000034
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through August 31, 2011

### Debra Holmes v. Tribune Direct Marketing, Inc. and Ray Hoshell; Case No. 09cv5177

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/01/11 | N. Riesco | L120 | 0 | Review settlement agreement (.10); communications with J. Osick and J. Pittacora regarding same (.10). | 0.20 | 80.00 |
| 08/09/11 | N. Riesco | L120 | 0 | Various communications with J. Pittacora and T. Kersha regarding settlement and stipulation for dismissal (.40); email to J. Osick regarding same (.10). | 0.50 | 200.00 |
| 08/10/11 | N. Riesco | L230 | 0 | Attend status hearing (1.00); communication with J. Osick regarding same (.10). | 1.10 | 440.00 |
| 08/15/11 | N. Riesco | L230 | 0 | Review court order and communications with client regarding same. | 0.10 | 40.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 1894460

Page 2

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/16/11 | N. Riesco | L160 | 0 | Communications with opposing counsel concerning settlement agreement (.20); communications with J. Osick regarding settlement order (.10). | 0.30 | 120.00 |
| 08/17/11 | N. Riesco | L160 | 0 | Communications with J. Osick (.30); draft letter to J. Osick enclosing W-9 and settlement agreement (.10). | 0.40 | 160.00 |
| 08/23/11 | N. Riesco | P230 | 0 | Communication with T. Kersha regarding settlement agreement and checks. | 0.10 | 40.00 |
| 08/31/11 | N. Riesco | L160 | 0 | Call from G. Silva regarding settlement checks (.20); draft letter to opposing counsel enclosing settlement checks and fully executed agreement (.20). | 0.40 | 160.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 3.10 | |
| **Total Fees** | | | $1,240.00 |
| **Less Discount** | | | ($124.00) |
| **Total Fees After Discount** | | | $1,116.00 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| N. Riesco | Associate | - | 3.10 | hours at | $400.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Copying | 2.10 |
| **Total Disbursements** | 2.10 |
| **Total Amount Due** | $1,118.10 |



SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1894460
0276 11089 / 11089-000034
Debra Holmes v. Tribune Direct Marketing, Inc. and
Ray Hoshell; Case No. 09cv5177

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,240.00 |
| Less Discount | ($124.00) |
| Total Fees after Discount | $1,116.00 |
| Total Disbursements | 2.10 |
| Total Fees and Disbursements This Statement | $1,118.10 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

<div align="right">

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

</div>

September 9, 2011

<div align="right">

Invoice No. 1894462
0276 11089 / 11089-000037
W1ST

</div>

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

---

For legal services rendered through August 31, 2011

### Tamesa Falkner v.; Case No. 11 cv 5166

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/16/11 | E. McLaughlin | L211 | | Review complaint allegations. | 0.20 | 121.00 |
| 08/19/11 | E. McLaughlin | L211 | 0 | Review complaint (.10); telephone conference with J. Osick regarding allegations (.20). | 0.30 | 181.50 |
| 08/22/11 | E. McLaughlin | L212 | 0 | Review documents from EEOC file (.50); draft answer (.80). | 1.30 | 786.50 |
| 08/23/11 | E. McLaughlin | L120 | 0 | Meeting with witness on matter (1.00); prepare for same (.30); revise answer (.80). | 2.10 | 1,270.50 |
| 08/23/11 | A. Choren Workman | L120 | 0 | Conference with E. McLaughlin regarding T. Falkner's complaint and answer to complaint. | 0.40 | 132.00 |
| 08/24/11 | E. McLaughlin | L120 | 0 | Revise answer (.50); draft corporate disclosure statement (.10); draft memo on meeting with Abernathy and revise same (.90). | 1.50 | 907.50 |



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/24/11 | A. Choren Workman | L120 | 0 | Conference with E. McLaughlin regarding answer to complaint (.20); revise and finalize answer to plaintiff's complaint (.20); review plaintiff's complaint (.50); revise and finalize corporate disclosure statement (.20); review Tribune's EEOC documents regarding plaintiff (.40); prepare Freedom of Information Act request to EEOC (.20); finalize appearances to file with answer (.20); review client documents regarding plaintiff (.70); email correspondence to J. Osick regarding filed answer and corporate disclosure statement (.20). | 2.80 | 924.00 |
| 08/26/11 | E. McLaughlin | L160 | 0 | Telephone conference with opposing counsel on settlement. | 0.20 | 121.00 |
| 08/29/11 | E. McLaughlin | L160 | 0 | Attention to settlement and subpoena of records from temp agency. | 0.10 | 60.50 |
| 08/31/11 | E. McLaughlin | L120 | 0 | Meeting with A. Workman to discuss settlement, subpoena from temp agency and Guzman's requirements prior to status. | 0.50 | 302.50 |
| 08/31/11 | A. Choren Workman | B110 | 0 | Conference with E. McLaughlin regarding subpoena to Addison Search and case strategy for settlement (.40); prepare subpoena to Addison Search for records relating to plaintiff (.70). | 1.10 | 363.00 |

| | | |
|---|---|---|
| **Total Hours** | 10.50 | |
| **Total Fees** | | $5,170.00 |
| **Less Discount** | | ($517.00) |
| **Total Fees After Discount** | | $4,653.00 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. McLaughlin | Partner | - | 6.20 | hours at | $605.00 | per hour |
| A. Choren Workman | Associate | - | 4.30 | hours at | $330.00 | per hour |



Tribune Company

**Total Disbursements**                                                                                          0.00

**Total Amount Due**                                                                                      $4,653.00



**SEYFARTH**
**ATTORNEYS SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1894462
0276 11089 / 11089-000037
Tamesa Falkner v.; Case No. 11 cv 5166

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $5,170.00 |
| Less Discount | ($517.00) |
| Total Fees after Discount | $4,653.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $4,653.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

Invoice No. 1894491
0276 68308 / 68308-000002
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through August 31, 2011

### Allen v. am New York

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/01/11 | E. Cerasia II | L160 | 0 | Email with all counsel regarding revisions to settlement papers (.20); review various revisions (.50). | 0.70 | 511.00 |
| 08/01/11 | A. Warshaw | L160 | 0 | Review M. Palmer's proposed revisions to settlement papers. | 0.60 | 213.00 |
| 08/02/11 | E. Cerasia II | L160 | 0 | Emails with all counsel regarding revisions to settlement papers (.20); telephone conference with A. Warshaw regarding open issues regarding release language in claim form (.10); telephone conference with C. Kline and A. Warshaw regarding delivery defendants' request to include new "whereas" clause language regarding indemnification (.10); telephone conference with D. Warner, C. Kline and A. Warshaw regarding same and release language in Claim Form (.40). | 0.80 | 584.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/02/11 | A. Warshaw | L160 | 0 | Telephone conference with D. Warner, E. Cerasia and C. Kline regarding strategy and revisions to settlement papers (.30); email with M. Palmer regarding legal support for claimants submitting W-9 IRS forms to receive settlement funds (.30); telephone conference with E. Cerasia (.20); E. Cerasia with C. Kline regarding strategy in revising settlement papers (.10); telephone conferences with E. Cerasia, C. Kline, D. Warner, and M. Palmer regarding revisions to settlement papers (1.10). | 2.00 | 710.00 |
| 08/03/11 | E. Cerasia II | L160 | 0 | Review and revise latest draft of settlement papers (.70); emails with all counsel regarding revisions to settlement papers (.40); telephone conference with D. Warner, and M. Palmer, regarding skip trace for certain "missing" opt-ins (.40). | 1.50 | 1,095.00 |
| 08/03/11 | A. Warshaw | L160 | 0 | Review motion papers to bankruptcy court prepared by C. Kline in furtherance of settlement. | 0.40 | 142.00 |
| 08/04/11 | E. Cerasia II | L160 | 0 | Emails with all counsel regarding M. Palmer's latest revision to paragraph 2(m) of settlement agreement (.50); telephone conference with C. Kline regarding finalizing settlement issues and her discussion with committee regarding grounds for cash settlement (.20). | 0.70 | 511.00 |
| 08/15/11 | E. Cerasia II | L160 | 0 | Review email from M. Palmer regarding questions as to settlement and common fund, and email with C. Kline regarding same. | 0.20 | 146.00 |
| 08/16/11 | E. Cerasia II | L160 | 0 | Telephone conference with C. Kline regarding M. Palmer's belated issues as to structure of settlement. | 0.20 | 146.00 |


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 1894491

Page 3

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/18/11 | E. Cerasia II | L160 | 0 | Email correspondence with C. Kline regarding no objections to preliminary approval of settlement (.10); email correspondence with C. Kline and M. Palmer regarding issues with claims-made formula (.10). | 0.20 | 146.00 |
| 08/22/11 | E. Cerasia II | L160 | 0 | Email correspondence with C. Kline and all counsel regarding no objections filed to motion for preliminary approval, need for named plaintiffs to file consent forms, and next steps. | 0.20 | 146.00 |
| 08/23/11 | A. Warshaw | L230 | 0 | Telephone conference with court service regarding telephone appearance by E. Cerasia at District of Delaware Bankruptcy Court hearing to approve settlement papers. | 0.20 | 71.00 |
| 08/24/11 | E. Cerasia II | L160 | 0 | Emails with all counsel regarding preliminary hearing/conference moved to 2:30 pm on August 25 and scheduling of final settlement conference on February 15, 2012 (.10); emails with all counsel regarding Court signing Order of preliminary approval of settlement (.10). | 0.20 | 146.00 |
| 08/30/11 | E. Cerasia II | L160 | 0 | Review and revise final newspaper publication notice (.10); review timeline prepared for claims process deadlines (.10). | 0.20 | 146.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Hours** | | | | | 8.10 | |
| **Total Fees** | | | | | | $4,713.00 |
| **Less Discount** | | | | | | ($471.30) |
| **Total Fees After Discount** | | | | | | $4,241.70 |

**Timekeeper Summary**

| E. Cerasia II | Partner | - | 4.90 | hours at | $730.00 | per hour |
|---------------|---------|---|------|----------|---------|----------|
| A. Warshaw | Associate | - | 3.20 | hours at | $355.00 | per hour |


**SEYFARTH**
ATTORNEYS **SHAW**LLP

Invoice No. 1894491

Page 4

Tribune Company

| Disbursements | Value |
|---|---|
| Copying | 0.80 |
| Copying | 3.10 |
| Copying | 25.20 |
| Courier/Messenger Inv#: 760050854 Date Sent: 08/12/2011 Sender: Edward Cerasia II Airbill: 492865048153 Kenneth J. Rubinstein Haynes and Boone LLP 30 Rockefeller Plaza NEW YORK CITY, NY 10112 | 18.01 |
| Long Distance Telephone | 4.71 |

**Total Disbursements** 51.82

**Total Amount Due** $4,293.52



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1894491
0276 68308 / 68308-000002
Allen v. am New York

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $4,713.00 |
| Less Discount | ($471.30) |
| Total Fees after Discount | $4,241.70 |
| Total Disbursements | 51.82 |
| Total Fees and Disbursements This Statement | $4,293.52 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

Invoice No. 1894543
0276 68308 / 68308-000003
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through August 31, 2011

**Karen Scott v. WPIX**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/01/11 | E. Cerasia II | L240 | 0 | Draft/revise Rule 56.1 statement (2.40); review deposition transcripts regarding facts for Rule 56.1 statement (.30). | 2.70 | 1,971.00 |
| 08/01/11 | M. Deker | C200 | 0 | Research case law regarding appearance in media related employment cases. | 1.90 | 655.50 |
| 08/01/11 | A. Cabrera | L120 | 0 | Review additional research regarding allegations of inconsistent statements creating pretext (.80); review emails sent to K. Scott regarding decline in ratings over the years and include in Rule 56.1 statement (4.00). | 4.80 | 2,112.00 |
| 08/02/11 | J. Chylinski | L243 | 0 | Revise and edit memorandum of law in support of summary judgment. | 4.60 | 1,679.00 |
| 08/02/11 | A. Cabrera | L250 | 0 | Revise Rule 56.1 statement. | 6.50 | 2,860.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/03/11 | E. Cerasia II | L240 | 0 | Draft/revise latest draft of Rule 56.1 statement, including review of deposition transcripts (1.80); begin to review/revise draft of summary judgment brief (.60). | 2.40 | 1,752.00 |
| 08/03/11 | J. Chylinski | L243 | 0 | Revise and edit memorandum of law in support of summary judgment. | 3.50 | 1,277.50 |
| 08/03/11 | A. Cabrera | L120 | 0 | Revise Rule 56.1 statement. | 6.00 | 2,640.00 |
| 08/04/11 | E. Cerasia II | L240 | 0 | Draft/revise summary judgment brief. | 2.00 | 1,460.00 |
| 08/04/11 | A. Cabrera | L250 | 0 | Revise Rule 56.1 statement. | 6.20 | 2,728.00 |
| 08/05/11 | E. Cerasia II | L240 | 0 | Draft/revise latest version of summary judgment brief (3.20); revise latest draft of Rule 56.1 statement (1.00). | 4.20 | 3,066.00 |
| 08/05/11 | J. Chylinski | L243 | 0 | Research management's belief that plaintiff was "not the right person for the job" as a legitimate nondiscriminatory reason supporting termination (1.20); research for cases holding that in determining the appropriateness of a grant of summary judgment, the Court may rely only on admissible evidence (1.10). | 2.30 | 839.50 |
| 08/05/11 | A. Cabrera | L250 | 0 | Revise Rule 56.1 statement to include additional support from the record (8.50); review summary judgment draft for consistence with Rule 56.1 statement (.80). | 9.30 | 4,092.00 |
| 08/06/11 | J. Chylinski | L243 | 0 | Draft statement of facts for memorandum of law in support of summary judgment. | 2.40 | 876.00 |
| 08/07/11 | E. Cerasia II | L240 | | Revise latest draft of Rule 56.1 Statement (1.20); draft/revise latest version of summary judgment brief (3.40). | 4.60 | 3,358.00 |



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/08/11 | E. Cerasia II | L240 | 0 | Review/analyze recent Second Circuit case law for arguments in summary judgment brief (.60); continue to draft/revise latest versions of summary judgment brief (7.30); and Rule 56.1 statement (1.80). | 9.70 | 7,081.00 |
| 08/08/11 | J. Chylinski | L243 | 0 | Review and analysis of summary judgment brief for content. | 0.90 | 328.50 |
| 08/08/11 | A. Cabrera | L120 | 0 | Provide comment on memorandum of law in support of summary judgment (1.50); draft/revise Rule 56.1 statement before submission to the client (10.20). | 11.70 | 5,148.00 |
| 08/08/11 | I. Rose | L120 | 0 | Research Judge Pauley decisions involving age discrimination post Gross v. FBL Financial Services, Inc. (1.30); research "significantly younger" standard for age discrimination cases in Second Circuit (1.00). | 2.30 | 644.00 |
| 08/09/11 | E. Cerasia II | L240 | 0 | Continue to revise latest versions of summary judgment brief (2.00); Rule 56.1 statement, including review of discovery record for same (6.50); telephone conference and email correspondence with A. Foran regarding revisions to brief (.20). | 8.70 | 6,351.00 |
| 08/09/11 | A. Cabrera | L250 | 0 | Revise Rule 56.1 statement. | 3.00 | 1,320.00 |
| 08/09/11 | A. Balint | L243 | 0 | Review/confirm fact cites in Rule 56.1 statement. | 0.60 | 138.00 |
| 08/10/11 | E. Cerasia II | L240 | 0 | Revise C. Davis declaration (.30); revise latest version of Rule 56.1 statement (2.70); edit summary judgment brief (.30); email correspondence with A. Foran regarding revisions to prima facie argument in brief (.20). | 3.50 | 2,555.00 |
| 08/10/11 | J. Chylinski | L243 | 0 | Draft declaration of C. Davis in support of motion for summary judgment. | 1.10 | 401.50 |

# SEYFARTH
### ATTORNEYS SHAW LLP

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/10/11 | A. Balint | L243 | 0 | Review fact cites in Rule 56.1 statement. | 8.00 | 1,840.00 |
| 08/11/11 | E. Cerasia II | L240 | 0 | Revise summary judgment brief (1.50); Rule 56.1 statement (4.70); my declaration (.30); review transcripts for record support (.60). | 7.10 | 5,183.00 |
| 08/11/11 | J. Chylinski | L243 | 0 | Revise and edit memorandum of law in support of motion for summary judgment (2.20); prepare supporting documentation to motion for summary judgment (1.40); revise and edit statement of facts and review same for citation to facts (3.60). | 7.20 | 2,628.00 |
| 08/11/11 | A. Cabrera | L250 | 0 | Review and revise Rule 56.1 statement (2.00); revise memorandum of law in support of summary judgment (1.80). | 3.80 | 1,672.00 |
| 08/11/11 | A. Balint | L243 | 0 | Review fact cites in 56.1 statement; edit 56.1 statement; draft declaration of E. Cerasia; organize exhibits to E. Cerasia declaration; cite-check, shephardize and bluebook memorandum of law; draft notice of motion. | 12.00 | 2,760.00 |
| 08/11/11 | C. Ylagan | L190 | 0 | Redact K. Scott 1-26 deposition in connection with a summary judgment motion filing. | 2.70 | 648.00 |
| 08/11/11 | N. Puzio | L243 | 0 | Review and prepare relevant pages of deposition testimony for summary judgment motion. | 2.50 | 562.50 |
| 08/12/11 | E. Cerasia II | L240 | | Final revisions to summary judgment papers. | 4.10 | 2,993.00 |
| 08/12/11 | J. Chylinski | L243 | 0 | Revise and edit memorandum in support of summary judgment. | 1.50 | 547.50 |
| 08/12/11 | A. Cabrera | L250 | 0 | Final review and edits to memorandum of law and Rule 56.1 statement in support of motion for summary judgment. | 5.00 | 2,200.00 |



Tribune Company

| <u>Date</u> | <u>Timekeeper</u> | <u>Task</u> | <u>Activity</u> | <u>Description</u> | <u>Hours</u> | <u>Value</u> |
|---|---|---|---|---|---|---|
| 08/12/11 | A. Balint | L243 | 0 | Organize exhibits to E. Cerasia declaration and prepare all final summary judgment papers for filing and service. | 6.40 | 1,472.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 165.20 | |
| **Total Fees** | | | $77,839.50 |
| **Less Discount** | | | <u>($7,783.95)</u> |
| **Total Fees After Discount** | | | $70,055.55 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 49.00 | hours at | $730.00 | per hour |
| M. Deker | Associate | - | 1.90 | hours at | $345.00 | per hour |
| J. Chylinski | Associate | - | 23.50 | hours at | $365.00 | per hour |
| A. Cabrera | Associate | - | 56.30 | hours at | $440.00 | per hour |
| A. Balint | Paralegal | - | 27.00 | hours at | $230.00 | per hour |
| C. Ylagan | Paralegal | - | 2.70 | hours at | $240.00 | per hour |
| N. Puzio | Paralegal | - | 2.50 | hours at | $225.00 | per hour |
| I. Rose | Staff Attorney | - | 2.30 | hours at | $280.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Courier/Messenger | 18.01 |
| Copying | 352.00 |
| Online Research | 1,921.51 |
| Deposition Transcripts | 417.85 |
| **Total Disbursements** | <u>2,709.37</u> |
| **Total Amount Due** | <u>$72,764.92</u> |



**SEYFARTH**
**ATTORNEYS  SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1894543
0276 68308 / 68308-000003
Karen Scott v. WPIX

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $77,839.50 |
| Less Discount | ($7,783.95) |
| Total Fees after Discount | $70,055.55 |
| Total Disbursements | 2,709.37 |
| Total Fees and Disbursements This Statement | $72,764.92 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name:  Bank of America |
| Chicago, IL 60693 | Account Name:  Seyfarth Shaw LLP Operating Account |
| | Account Number:  5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number:  026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number:  081-904-808 |
| 3807 Collections Center Drive | Swift Code:  BOFAUS3N |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

Invoice No. 1894545
0276 68308 / 68308-000007
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through August 31, 2011

### Sal Marchiano v. Betty Ellen Berlamino

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|------------|------|----------|-------------|-------|-------|
| 08/01/11 | A. Ianni | L430 | 0 | Prepare email to A. Foran regarding extension of scheduling order (.30); telephone conference with L. Pearson regarding same (.30). | 0.60 | 213.00 |
| 08/05/11 | A. Ianni | L430 | 0 | Correspondence with L. Pearson regarding extension of scheduling order. | 0.10 | 35.50 |
| 08/10/11 | A. Ianni | L430 | 0 | Draft letter to Judge Sand regarding extension of scheduling order. | 0.60 | 213.00 |
| 08/12/11 | E. Cerasia II | L390 | 0 | Revise draft of joint letter from counsel to court regarding discovery extension in light of pending motion by K. Scott to dismiss third-party complaint. | 0.20 | 146.00 |
| 08/12/11 | A. Ianni | L430 | 0 | Revise letter to Judge Sand regarding discovery extension to include comments from all counsel. | 0.40 | 142.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/15/11 | E. Cerasia II | L120 | 0 | Revise new draft of letter to court regarding discovery extension. | 0.10 | 73.00 |
| 08/15/11 | A. Ianni | L430 | 0 | Correspondence with L. Pearson regarding scheduling extension. | 0.10 | 35.50 |
| 08/18/11 | A. Ianni | L430 | 0 | Telephone conference with L. Pearson regarding extension of scheduling order (.10); revise letter regarding same (.10). | 0.20 | 71.00 |
| 08/19/11 | A. Ianni | L430 | 0 | Correspondence with L. Pearson regarding extension of scheduling order. | 0.10 | 35.50 |
| 08/25/11 | A. Ianni | L430 | 0 | Communications with K. Rubinstein and S. Jacobson regarding letter to Judge Sand regarding extension of scheduling order. | 0.10 | 35.50 |
| 08/26/11 | A. Ianni | L430 | 0 | Correspondence with K. Rubinstein, S. Jacobson and L. Pearson regarding extension of scheduling order. | 0.10 | 35.50 |

**Total Hours** 2.60

**Total Fees** $1,035.50

**Less Discount** ($103.55)

**Total Fees After Discount** $931.95

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 0.30 | hours at | $730.00 | per hour |
| A. Ianni | Associate | - | 2.30 | hours at | $355.00 | per hour |

**Disbursements**                                    **Value**

Courier/Messenger                                    10.88



Tribune Company

| **Disbursements** | **Value** |
|---|---|
| Online Research | 5.36 |
| **Total Disbursements** | 16.24 |
| **Total Amount Due** | $948.19 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1894545
0276 68308 / 68308-000007
Sal Marchiano v. Betty Ellen Berlamino

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $1,035.50 |
| Less Discount | ($103.55) |
| Total Fees after Discount | $931.95 |
| Total Disbursements | 16.24 |
| Total Fees and Disbursements This Statement | $948.19 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



# SEYFARTH
ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

Invoice No. 1894546
0276 68308 / 68308-000008
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through August 31, 2011

## Watkins v. WPIX, Inc.

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/03/11 | E. Cerasia II | L190 | 0 | Email correspondence with E. Gutierrez (EEOC) regarding status of investigation. | 0.10 | 73.00 |
| 08/04/11 | E. Cerasia II | L110 | 0 | Email correspondence and telephone conference with E. Gutierrez (EEOC) regarding status of investigation, Watkins' new $5m demand/new allegations of retaliation, and EEOC's request that he submit amended charge (.80); email with A. Foran regarding same and next steps (.20). | 1.00 | 730.00 |
| 08/05/11 | E. Cerasia II | L110 | 0 | Prepare email memo to A. Foran regarding my telephone conversation with E. Gutierrez (EEOC) about Watkins' new allegations of retaliation, preliminary assessment of same, and next steps relating to EEOC's upcoming investigation of new allegations. | 0.90 | 657.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/09/11 | E. Cerasia II | L120 | 0 | Telephone conference with A. Foran regarding internal discussions about pursuing mediation and strategy/risks associated with same. | 0.30 | 219.00 |
| 08/15/11 | E. Cerasia II | L160 | 0 | Telephone conference with A. Foran regarding strategy for pursuing mediation, and voice mail to C. Davis (Watkins' counsel) regarding same. | 0.10 | 73.00 |
| 08/18/11 | E. Cerasia II | L160 | 0 | Telephone conference with C. Davis (Watkins' attorney) regarding potential mediation (.10); telephone conference with A. Foran and B. Carey regarding strategy for mediation and implementing personnel decisions as to new show (.50); telephone conference with A. Foran, E. Meyrowitz and B. Carey regarding same (.40). | 1.00 | 730.00 |
| 08/26/11 | E. Cerasia II | L160 | 0 | Telephone conferences and email correspondence with C. Davis regarding Watkins' agreement to pursue mediation and potential mediators (.30); emails with A. Foran regarding same (.10). | 0.40 | 292.00 |
| 08/30/11 | E. Cerasia II | L160 | 0 | Email correspondence with C. Davis regarding potential mediators. | 0.10 | 73.00 |
| 08/31/11 | E. Cerasia II | L160 | 0 | Communicate with JAMS regarding mediator availability and rates (.20); e-mail correspondence with A. Foran regarding same (.10); telephone conference with A. Foran and B. Carey regarding same and selection of mediator (.20); e-mail correspondence with C. Davis regarding availability and rates for JAMS mediators (.10). | 0.50 | 365.00 |

| | | |
|---|---|---|
| **Total Hours** | 4.40 | |
| **Total Fees** | | $3,212.00 |
| **Less Discount** | | ($321.20) |
| **Total Fees After Discount** | | $2,890.80 |



Tribune Company

## Timekeeper Summary

| E. Cerasia II | Partner | - | 4.40 | hours at | $730.00 | per hour |
|---|---|---|---|---|---|---|

| Disbursements | Value |
|---|---|
| Long Distance Telephone | 18.33 |
| Taxi - EDWARD CERASIA II taxi- eeoc interview 07/20/11 | 15.00 |
| Travel - EDWARD CERASIA II train fare - meeting w/j housman 07/09/11 | 4.50 |
| Travel - EDWARD CERASIA II train fare to/from eeoc 07/21/11 | 4.50 |
| **Total Disbursements** | 42.33 |
| **Total Amount Due** | $2,933.13 |



# SEYFARTH SHAW LLP
**ATTORNEYS**

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1894546
0276 68308 / 68308-000008
Watkins v. WPIX, Inc.

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $3,212.00 |
| Less Discount | ($321.20) |
| Total Fees after Discount | $2,890.80 |
| Total Disbursements | 42.33 |
| Total Fees and Disbursements This Statement | $2,933.13 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

Invoice No. 1894551
0276 68308 / 68308-000010
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through August 31, 2011

### WPIX and B.E. Berlamino General

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/17/11 | E. Cerasia II | L190 | 0 | Email with A. Foran regarding employee request to be considered for new position. | 0.20 | 146.00 |
| 08/18/11 | E. Cerasia II | L190 | 0 | Telephone conference with A. Foran and B. Carey regarding strategy for responding to employee's recent inquiry/expression of interest in job at WPIX. | 0.50 | 365.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.70 | |
| **Total Fees** | | $511.00 |
| **Less Discount** | | ($51.10) |
| **Total Fees After Discount** | | $459.90 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

## **Timekeeper Summary**

| E. Cerasia II | Partner | - | 0.70 | hours at | $730.00 | per hour |
| --- | --- | --- | --- | --- | --- | --- |

**Total Disbursements**                                                                                          0.00

**Total Amount Due**                                                                                          $459.90

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1894551
0276 68308 / 68308-000010
WPIX and B.E. Berlamino General

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $511.00 |
| Less Discount | ($51.10) |
| Total Fees after Discount | $459.90 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $459.90 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

Invoice No. 1894431
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through August 31, 2011

### JoAnn Parker v.; Case No. 2009L010092 0000001909

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/02/11 | N. Riesco | L230 | 0 | Attend hearing on motion for extension of time (.50); review court order regarding same (.10). | 0.60 | 240.00 |
| 08/31/11 | N. Riesco | L190 | 0 | Review plaintiff's motion for extension of time to file opposition to motion for summary judgment. | 0.10 | 40.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.70 | |
| **Total Fees** | | $280.00 |
| **Less Discount** | | ($28.00) |
| **Total Fees After Discount** | | $252.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Chicago Tribune Company

**Timekeeper Summary**

| N. Riesco | Associate | - | 0.70 | hours at | $400.00 | per hour |
|-----------|-----------|---|------|----------|---------|----------|

**Total Disbursements**                                                0.00

**Total Amount Due**                                                $252.00



ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1894431
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $280.00 |
| Less Discount | ($28.00) |
| Total Fees after Discount | $252.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $252.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 South Dearborn
Suite 2400
Chicago, Illinois 60603-5577
(312) 460-5000
Federal ID 36-2152202

Atlanta
Boston
Chicago
Houston
Los Angeles
New York
Sacramento
San Francisco
Washington, D.C.
Brussels

September 9, 2011

Invoice No. 1894463
0276 36078 / 36078-000011
W1ST

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

---

For legal services rendered through August 31, 2011

**East Coast Properties**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 08/01/11 | T. Haley | C300 | 0 | Analyze recent Sacramento class decision and correspondence to D. Bralow regarding same. | 1.00 | 670.00 |
| 08/01/11 | T. Haley | C300 | 0 | Correspondence to T. Thomas, B. Gulick and D. Bralow responding to home delivery contract questions and review of agreement regarding same. | 1.50 | 1,005.00 |
| 08/03/11 | T. Haley | C300 | 0 | Review correspondence from B. Gurlich regarding substitution issues. | 0.10 | 67.00 |
| 08/03/11 | T. Haley | C300 | 0 | Telephone conference with D. Bralow and circulation managers regarding issues with home delivery contract. | 0.50 | 335.00 |
| 08/09/11 | T. Haley | C300 | 0 | Revise home delivery, single copy, warehouse license, and handheld lease agreements (2.00); correspondence with D. Bralow regarding same (.30). | 2.30 | 1,541.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company/Olson

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/11/11 | T. Haley | C300 | 0 | Telephone conference with D. Bralow regarding distribution issues and agreements. | 0.30 | 201.00 |
| 08/11/11 | T. Haley | C300 | 0 | Locate and forward Edwards decision to D. Bralow. | 0.20 | 134.00 |
| 08/22/11 | T. Haley | C300 | 0 | Telephone conference with D. Bralow regarding converting to large distributorship. | 0.30 | 201.00 |
| 08/22/11 | T. Haley | C300 | 0 | Draft memorandum outlining legal risks and benefits of converting to large distributorships. | 1.80 | 1,206.00 |
| 08/30/11 | C. Olson | L120 | 0 | Review e-mail and comments by T. Haley (.30); telephone conference with T. Haley regarding additional considerations and proposed plan (.20). | 0.50 | 345.00 |
| 08/30/11 | T. Haley | C300 | 0 | Telephone conference with D. Bralow regarding Hartford conversion to large distributors. | 0.30 | 201.00 |
| 08/30/11 | T. Haley | C300 | 0 | Telephone conference with C. Olson regarding issues regarding Hartford conversion to large distributors. | 0.20 | 134.00 |
| 08/31/11 | C. Olson | L120 | 0 | Discussion with T. Haley regarding D. Bralow's request for information. | 0.30 | 207.00 |

**Total Hours**                                          9.30

**Total Fees**                                          $6,247.00

**Less Discount**                                       ($624.70)

**Total Fees After Discount**                           $5,622.30

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| C. Olson | Partner | - | 0.80 | hours at | $690.00 | per hour |
| T. Haley | Sr Partner I | - | 8.50 | hours at | $670.00 | per hour |



Tribune Company/Olson

| Disbursements | Value |
|---|---|
| Travel -  AMERICAN EXPRESS Haley/Timothy F Chicago/Ohare-Orlando/Intl -Chicago/Ohare 06/26/2011 | 516.40 |
| **Total Disbursements** | 516.40 |
| **Total Amount Due** | $6,138.70 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

Invoice No. 1894463
0276 36078 / 36078-000011
East Coast Properties

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $6,247.00 |
| Less Discount | ($624.70) |
| Total Fees after Discount | $5,622.30 |
| Total Disbursements | 516.40 |
| Total Fees and Disbursements This Statement | $6,138.70 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:**<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | **PAYMENT BY WIRE TO:**<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

Invoice No. 1894434
0276 15827 / 15827-000019
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4001
Attn: Alissa L. Jubelirer, Legal Dept.

For legal services rendered through August 31, 2011

### Jeff Apodaca v. KTLA5, Tribune Company, Case No. BC448838

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/10/11 | D. Sable | L190 | 0 | Telephone conference with D. Blumberg regarding potential settlement. | 0.40 | 136.00 |
| 08/11/11 | D. Sable | L190 | 0 | Telephone conferences with J. Powers and D. Blumberg regarding settlement. | 0.50 | 170.00 |
| 08/17/11 | D. Sable | L190 | 0 | E-mail correspondence and telephone conference with J. Powers regarding plaintiff's offer to compromise. | 0.20 | 68.00 |
| 08/17/11 | D. Sable | L190 | 0 | Prepare written response to plaintiff's offer to compromise to D. Blumberg. | 0.70 | 238.00 |
| 08/24/11 | D. Sable | L190 | 0 | E-mail correspondence with J. Powers regarding telephone discussion with plaintiff's counsel and settlement status. | 0.40 | 136.00 |



KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/30/11 | D. Sable | L190 | 0 | E-mail correspondence and telephone conference with J. Powers regarding settlement offers and Uniform Commercial Code provisions relating to payment on stale checks. | 0.60 | 204.00 |
| 08/31/11 | D. Sable | L190 | 0 | Prepare letter to M. Blumberg regarding settlement offers and discuss same telephonically. | 0.60 | 204.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 3.40 | |
| **Total Fees** | | | $1,156.00 |
| **Less Discount** | | | ($115.60) |
| **Total Fees After Discount** | | | $1,040.40 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| D. Sable | Associate | - | 3.40 | hours at | $340.00 | per hour | |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Copying | 1.20 |
| Facsimile | 10.00 |
| Subpoena Fees - TITAN LEGAL SERVICES 7/19 | 27.19 |
| **Total Disbursements** | 38.39 |
| **Total Amount Due** | $1,078.79 |



<div align="right">

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

</div>

September 9, 2011

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4001
Attn: Alissa L. Jubelirer, Legal Dept.

<div align="right">

Invoice No. 1894434
0276 15827 / 15827-000019
Jeff Apodaca v. KTLA5, Tribune Company, Case No.
BC448838

</div>

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $1,156.00 |
| Less Discount | ($115.60) |
| Total Fees after Discount | $1,040.40 |
| Total Disbursements | 38.39 |
| Total Fees and Disbursements This Statement | $1,078.79 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

Invoice No. 1894449
0276 33175 / 33175-000023
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through August 31, 2011

**Clement, Jayne (Plaintiffs) v. Tribune Company, Tribune Interactive, Inc., Tribune Media Net, Inc., LA Times Comm., LLC, LA Times; Case No. BC390943 - 0000001813**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/11/11 | T. Hix | L120 | | Receive and review correspondence from Court of Appeal regarding need to file statement of bankruptcy status. | 0.20 | 100.00 |
| 08/12/11 | T. Hix | L120 | 0 | Review/analyze correspondence from court of appeal regarding status update on bankruptcy (.10); email to client and bankruptcy counsel regarding same (.20). | 0.30 | 150.00 |
| 08/16/11 | M. Sank | L120 | 0 | Prepare letter to California Court of Appeal in response to court's request for update as to status of bankruptcy proceedings. | 0.50 | 195.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/17/11 | M. Sank | L120 | 0 | Prepare letter to California Court of Appeal in response to court's request for update as to status of bankruptcy proceedings. | 0.80 | 312.00 |
| 08/17/11 | T. Hix | L120 | 0 | Review and revise letter brief to Court of Appeal regarding bankruptcy stay. | 0.30 | 150.00 |

| | | |
|---|---|---|
| **Total Hours** | | 2.10 |
| **Total Fees** | | $907.00 |
| **Less Discount** | | ($90.70) |
| **Total Fees After Discount** | | $816.30 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| M. Sank | Associate | - | 1.30 | hours at | $390.00 | per hour |
| T. Hix | Partner | - | 0.80 | hours at | $500.00 | per hour |

| Date | Disbursements | Value |
|------|--------------|-------|
| | **Courier/Messenger** | |
| 08/23/11 | Courier/Messenger Inv#: 760795025 Date Sent: 08/23/2011 Sender: Clleen Reid-Rose Airbill: 982650728339 The Honorable Gregory Alarcon Los Angeles Superior Court Department 36 LOS ANGELES, CA 90012 | 10.88 |
| 08/23/11 | Courier/Messenger Inv#: 760795025 Date Sent: 08/23/2011 Sender: Clleen Reid-Rose Airbill: 982650728361 District Attorneys Office County of Los Angeles 210 West Temple Street LOS ANGELES, CA 90012 | 10.88 |
| 08/23/11 | Courier/Messenger Inv#: 760795025 Date Sent: 08/23/2011 Sender: Clleen Reid-Rose Airbill: 982650728350 Ronald A. Reiter Office of the Attorney General Consumer Law Section SAN FRANCISCO, CA 94102 | 14.93 |

**Long Distance Telephone**



Los Angeles Times (Sherman)

| 08/17/11 | Long Distance Telephone | 3.15 |
|---|---|---|

**Total Disbursements** 39.84

**Total Amount Due** $856.14



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1894449
0276 33175 / 33175-000023
Clement, Jayne (Plaintiffs) v. Tribune Company,
Tribune Interactive, Inc., Tribune Media Net, Inc., LA
Times Comm., LLC, LA Times; Case No. BC390943 -
0000001813

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $907.00 |
| Less Discount | ($90.70) |
| Total Fees after Discount | $816.30 |
| Total Disbursements | 39.84 |
| Total Fees and Disbursements This Statement | $856.14 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

Invoice No. 1894453
0276 33175 / 33175-000025
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through August 31, 2011

### Jose Luis Velazquez v. California Community News Corporation; Case No. KC060599

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/01/11 | L. O'Hara | L160 | 0 | Conference with M. Michel regarding additional facts needed for mediation brief (.3); review deposition transcripts (.90); draft mediation brief (2.10). | 3.30 | 1,897.50 |
| 08/02/11 | L. O'Hara | L120 | 0 | Telephone conference with L. Bugarin regarding witnesses' review of deposition transcripts and additional information needed for mediation brief. | 0.30 | 172.50 |
| 08/02/11 | L. O'Hara | L160 | 0 | Communicate with M. Michel regarding additional information for mediation brief (.20); draft mediation brief (3.00) | 3.20 | 1,840.00 |
| 08/03/11 | L. O'Hara | L160 | 0 | Further revisions to mediation brief. | 0.50 | 287.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


**SEYFARTH SHAW** LLP
ATTORNEYS

Invoice No. 1894453

Page 2

Los Angeles Times (Sherman)

| <u>Date</u> | <u>Timekeeper</u> | <u>Task</u> | <u>Activity</u> | <u>Description</u> | <u>Hours</u> | <u>Value</u> |
|---|---|---|---|---|---|---|
| 08/03/11 | J. Anthony | L190 | 0 | Email and voicemail with L. O'Hara regarding mediation and plaintiff's medical records. | 0.10 | 41.00 |
| 08/04/11 | L. O'Hara | L160 | 0 | Communication from opposing counsel regarding possible global settlement. | 0.20 | 115.00 |
| 08/04/11 | J. Anthony | L320 | 0 | Email with L. O'Hara regarding obtaining documents from plaintiff's counsel. | 0.10 | 41.00 |
| 08/05/11 | L. O'Hara | L160 | 0 | Communicate with client and workers' compensation counsel regarding issues regarding global settlement. | 0.50 | 287.50 |
| 08/05/11 | L. O'Hara | L330 | 0 | Communicate with R. Klein regarding his deposition transcript. | 0.40 | 230.00 |
| 08/08/11 | L. O'Hara | L160 | 0 | Review e-mail from M. Michel and further revisions to mediation brief (.5); direction to J. Anthony regarding cases needed for legal argument in mediation brief (.3). | 0.80 | 460.00 |
| 08/08/11 | J. Anthony | L320 | 0 | Conference with L. O'Hara regarding obtaining documents from plaintiff. | 0.40 | 164.00 |
| 08/09/11 | L. O'Hara | L330 | 0 | Review errata sheets received from Company witnesses regarding their deposition transcripts. | 0.30 | 172.50 |
| 08/10/11 | L. O'Hara | L330 | 0 | Correspondence to opposing counsel regarding changes to deposition transcripts. | 0.20 | 115.00 |
| 08/12/11 | J. Anthony | L320 | 0 | Telephone conference with opposing counsel regarding status of production of tapes and plaintiff's notes. | 0.20 | 82.00 |
| 08/15/11 | L. O'Hara | L350 | 0 | Direction to J. Anthony regarding preparation of motion to compel and communicating with opposing counsel regarding same (.40); review and revise correspondence to opposing counsel regarding same (.80). | 1.20 | 690.00 |



SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1894453

Page 3

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/15/11 | J. Anthony | L190 | 0 | Email and telephone conference with opposing counsel regarding document dispute (1.00); email and telephone conference with L. O'Hara regarding document dispute (.70); prepare rmeet-and-confer letter to opposing counsel regarding document dispute (3.50). | 5.20 | 2,132.00 |
| 08/16/11 | L. O'Hara | L120 | 0 | Review/revise correspondence to opposing counsel regarding meet and conference regarding plaintiff's notes and audiotapes. | 0.40 | 230.00 |
| 08/16/11 | J. Anthony | L190 | 0 | Edit meet and confer letter before execution and mailing. | 0.50 | 205.00 |
| 08/18/11 | L. O'Hara | L120 | 0 | Follow-up e-mails with opposing counsel regarding meet and confer on tapes and personal notes. | 0.20 | 115.00 |
| 08/22/11 | J. Anthony | L430 | 0 | Prepare edits to mediation brief. | 3.70 | 1,517.00 |
| 08/24/11 | J. Anthony | L430 | 0 | Edit mediation brief. | 0.30 | 123.00 |
| 08/30/11 | L. O'Hara | L120 | 0 | Follow-up communication with opposing counsel regarding possibility of global settlement. | 0.20 | 115.00 |
| 08/30/11 | L. O'Hara | L310 | 0 | Communicate with J. Anthony regarding plaintiff's failure to meet deadline for producing documents and tapes and motion to compel deadline. | 0.10 | 57.50 |
| 08/30/11 | J. Anthony | L120 | 0 | Email with L. O'Hara regarding motion to compel documents. | 0.10 | 41.00 |
| 08/31/11 | L. O'Hara | L160 | 0 | Communicate with plaintiff's civil counsel, workers' compensation counsel and A. Foran regarding status of attempting to arrange for global settlement. | 0.50 | 287.50 |
| 08/31/11 | L. O'Hara | L310 | 0 | Communicate with J. Anthony regarding plaintiff's repeated failure to meet deadlines for production of tapes and notes and preparation of motion to compel in light of same; communicate with A. Foran regarding same. | 0.80 | 460.00 |



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/31/11 | J. Anthony | L120 | 0 | Teleconference with L. O'Hara regarding motion to compel documents. | 0.20 | 82.00 |
| 08/31/11 | J. Anthony | L120 | 0 | Email with L. O'Hara regarding motion to compel documents. | 0.10 | 41.00 |
| 08/31/11 | J. Anthony | L120 | 0 | Email with L. Zabriskie regarding status and strategy. | 0.10 | 41.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 24.10 | |
| **Total Fees** | | | $12,042.50 |
| **Less Discount** | | | ($1,204.25) |
| **Total Fees After Discount** | | | $10,838.25 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L. O'Hara | Partner | - | 13.10 | hours at | $575.00 | per hour |
| J. Anthony | Associate | - | 11.00 | hours at | $410.00 | per hour |

| Disbursements | Value |
|---------------|-------|
| Copying | 31.80 |
| Courier/Messenger Inv#: 759211763 Date Sent: 08/05/2011 Sender: Jodi L. Snyder Airbill: 982650724274 Lorraine OHara Seyfarth Shaw 2029 Century Park East LOS ANGELES, CA 90067 | 9.80 |
| Courier/Messenger Inv#: 759211763 Date Sent: 08/05/2011 Sender: Jodi L. Snyder Airbill: 982650724285 Lorraine OHara Seyfarth Shaw 2029 Century Park East LOS ANGELES, CA 90067 | 9.80 |
| Courier/Messenger Inv#: 759211763 Date Sent: 08/06/2011 Sender: Jodi L. Snyder Airbill: 982650724263 Lorraine OHara Seyfarth Shaw 2029 Century Park East LOS ANGELES, CA 90067 | 9.80 |
| Filing Fees - BANK OF AMERICA LASC Criminal Index search for J. Anthony | 4.75 |



Los Angeles Times (Sherman)

| Disbursements | Value |
|---|---|
| Filing Fees - BANK OF AMERICA LASC Criminal Index search for J. Anthony | 4.75 |
| Filing Fees - BANK OF AMERICA LASC Criminal Index search for J. Anthony | 4.75 |
| Long Distance Telephone | 0.70 |
| Online Research - LEXISNEXIS RISK SOLUTIONS GA INC. FKA CHOICEPOINT PUBLIC 6/30 | 6.35 |
| Subpoena Fees - TITAN LEGAL SERVICES | 66.43 |
| Subpoena Fees - TITAN LEGAL SERVICES | 66.43 |
| Subpoena Fees - TITAN LEGAL SERVICES | 66.43 |
| Subpoena Fees - TITAN LEGAL SERVICES | 66.43 |

**Total Disbursements**                                                348.22

**Total Amount Due**                                             $11,186.47



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1894453
0276 33175 / 33175-000025
Jose Luis Velazquez v. California Community News
Corporation; Case No. KC060599

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $12,042.50 |
| Less Discount | ($1,204.25) |
| Total Fees after Discount | $10,838.25 |
| Total Disbursements | 348.22 |
| Total Fees and Disbursements This Statement | $11,186.47 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

Invoice No. 1894559
0276 17832 / 17832-000034
W1ST

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA  90012

For legal services rendered through August 31, 2011

## Country Club Matter 0000001901

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/01/11 | S. Carlson | L120 | 0 | Review of communications regarding decommissioning and conversion strategy for circulation and other information. | 0.20 | 114.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.20 | |
| **Total Fees** | | $114.00 |
| **Less Discount** | | ($11.40) |
| **Total Fees After Discount** | | $102.60 |

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| S. Carlson | Partner | - | 0.20 | hours at | $570.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times

**Total Disbursements**                                                                    0.00

**Total Amount Due**                                                                    $102.60



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA 90012

Invoice No. 1894559
0276 17832 / 17832-000034
Country Club Matter 0000001901

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $114.00 |
| Less Discount | ($11.40) |
| Total Fees after Discount | $102.60 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $102.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

Invoice No. 1894432
0276 66929 / 66929-000002
W1ST

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through August 31, 2011

### Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune Company; Tribune Broadcasting Company; Case No. BC 406704 0000001902

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/22/11 | J. Meer | L190 | 0 | Telephone conference with K. Lantry regarding separate settlement agreement following negotiation of settlement with plaintiff (.30); revise same (.60). | 0.90 | 531.00 |
| 08/23/11 | J. Meer | L160 | 0 | Review supplemental settlement agreement from K. Lantry (.80); exchange emails with K. Lantry (.10); prepare proposed revisions regarding supplemental settlement agreement (.40). | 1.30 | 767.00 |

**Total Hours**                                            2.20

**Total Fees**                                           $1,298.00

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**  ## SHAW LLP

Invoice No. 1894432

Page 2

Ira H. Goldstone

| | | |
|---|---|---:|
| **Less Discount** | | ($129.80) |
| **Total Fees After Discount** | | $1,168.20 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J. Meer | Partner | - | 2.20 | hours at | $590.00 | per hour | |

| | |
|---|---:|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $1,168.20 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 9, 2011

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1894432
0276 66929 / 66929-000002
Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune Company; Tribune Broadcasting Company; Case No. BC 406704 0000001902

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,298.00 |
| Less Discount | ($129.80) |
| Total Fees after Discount | $1,168.20 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,168.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |