# EXHIBIT A

# FEE SUMMARY

## SUMMARY OF PROFESSIONAL FEES
## FROM JUNE 1, 2011 THROUGH AUGUST 31, 2011

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Edward Cerasia II | Partner<br>Labor & Employment<br>Admitted 1991 | $730.00 | 124.70 | $91,031.00 |
| Jeremy Sherman | Partner<br>Labor & Employment<br>Admitted 1976 | $695.00 | 13.00 | $9,035.00 |
| Camille Olson | Partner<br>Labor & Employment<br>Admitted 1983 | $690.00 | .80 | $552.00 |
| Timothy Haley | Partner<br>Labor & Employment<br>Admitted 1978 | $670.00 | 121.30 | $81,271.00 |
| Ellen McLaughlin | Partner<br>Labor & Employment<br>Admitted 1981 | $605.00 | 6.20 | $3,751.00 |
| Jon Meer | Partner<br>Labor & Employment<br>Admitted 1989 | $590.00 | 2.50 | $1,475.00 |
| Kristin Michaels | Partner<br>Labor & Employment<br>Admitted 1991 | $570.00 | 48.30 | $28,014.00 |
| Lorraine O'Hara | Partner<br>Labor & Employment<br>Admitted 1988 | $575.00 | 81.10 | $46,632.50 |
| Laura Shelby | Partner<br>Labor & Employment<br>Admitted 1996 | $575.00 | .80 | $460.00 |
| Gerald Pauling II | Partner<br>Labor & Employment<br>Admitted 1992 | $570.00 | 8.10 | $4,617.00 |
| Scott Carlson | Partner<br>Litigation<br>Admitted 1995 | $570.00 | 1.90 | $1,083.00 |
| Paul Drizner | Partner<br>Corporate<br>Admitted 1988 | $570.00 | .30 | $171.00 |
| David Baffa | Partner<br>Labor & Employment<br>Admitted 1995 | $505.00 | .50 | $252.50 |

46429/0001-7977630v1

| Timothy Hix | Partner<br>Labor & Employment<br>Admitted 2003 | $500.00 | 2.30 | $1,150.00 |
|---|---|---|---|---|
| Ann Marie Zalatel | Partner<br>Labor & Employment<br>Admitted 1998 | $465.00 | .20 | $93.00 |
| Timothy Rusche | Partner<br>Labor & Employment<br>Admitted 2000 | $460.00 | 1.00 | $460.00 |
| Anjanette Cabrera | Associate<br>Labor & Employment<br>Admitted 2000 | $440.00 | 139.60 | $61,424.00 |
| John Anthony | Associate<br>Labor & Employment<br>Admitted 2005 | $410.00 | 50.70 | $20,787.00 |
| Natascha Riesco | Associate<br>Labor & Employment<br>Admitted 2007 | $400.00 | 85.60 | $34,240.00 |
| Max Sank | Associate<br>Labor & Employment<br>Admitted 2000 | $390.00 | 16.30 | $6,357.00 |
| Andrew Banas | Associate<br>Bankruptcy<br>Admitted 2005 | $385.00 | .10 | $38.50 |
| Jeremi Chylinksi | Associate<br>Labor & Employment<br>Admitted 2001 | $365.00 | 51.30 | $18,724.50 |
| Allison Ianni | Associate<br>Labor & Employment<br>Admitted 2008 | $355.00 | 38.90 | $13,809.50 |
| Aaron Warshaw | Associate<br>Labor & Employment<br>Admitted 2008 | $355.00 | 31.40 | $11,147.00 |
| Maayan Deker | Associate<br>Labor & Employment<br>Admitted 2011 | $345.00 | 8.40 | $2,898.50 |
| Daniel Sable | Associate<br>Litigation<br>Admitted 2006 | $340.00 | 14.00 | $4,760.00 |
| Ashley Workman | Associate<br>Labor & Employment<br>Admitted 2008 | $330.00 | 4.30 | $1,419.00 |
| Alexis Hawley | Associate<br>Labor & Employment<br>Admitted 2009 | $305.00 | 8.90 | $2,714.50 |

| Name | Title / Department | Rate | Hours | Amount |
|---|---|---|---|---|
| Malerie Halperin | Paralegal<br>Labor & Employment<br>N/A | $285.00 | 5.60 | $1,596.00 |
| Israel Rose | Staff Attorney<br>Labor & Employment<br>N/A | $280.00 | 15.00 | $4,200.00 |
| Jennifer McManus | Paralegal<br>Bankruptcy<br>N/A | $275.00 | 26.60 | $7,315.00 |
| Carolyn Ylagan | Paralegal<br>Litigation<br>N/A | $240.00 | 2.70 | $648.00 |
| Alayna Balint | Paralegal<br>Labor & Employment<br>N/A | $230.00 | 31.90 | $7,337.00 |
| Nadine Puzio | Paralegal<br>Labor & Employment<br>N/A | $225.00 | 2.50 | $562.50 |
| Beth Bernstein | Librarian<br>N/A | $180.00 | 1.40 | $252.00 |
| Lowell Sapiagao | IT Staff<br>N/A | $130.00 | 2.80 | $364.00 |
| Alice Shepro | Case Assistant<br>Bankruptcy<br>N/A | $100.00 | 16.10 | $1,610.00 |
| **TOTALS** | | | 967.10 | $472,251.50 |
| **Less discount** | | | | ($47,225.10) |
| | | | | $425,026.40 |
| **BLENDED RATE** | | $433.48 | | |

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD
## FROM JUNE 1, 2011 THROUGH AUGUST 31, 2011

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Baltimore Sun - Labor-General (12575-01) | 1.60 | $1,112.00 |
| Baltimore Sun – Guild Labor (12575-28) | .90 | $522.00 |
| Baltimore Sun - Photographer (s) (12575-301) | 47.40 | $27,492.00 |
| Chicago Tribune - JoAnn Parker v. (57634-06) | 66.20 | $27,126.00 |
| Tribune - Labor General (11089-01) | .50 | $252.50 |
| Tribune - Debra Holmes (11089-4) | 27.50 | $11,731.00 |
| Tribune - Tamesa Falkner (11089-37) | 10.50 | $5,170.00 |
| Tribune - Bankruptcy Fee Application (36377-07) | 46.20 | $11,326.50 |
| Tribune - Project Media (36377-09) | 8.00 | $5,560.00 |
| Tribune - Allen v. am New York (68308-02) | 66.60 | $36,078.00 |
| Tribune - Karen Scott v. WPIX (68308-03) | 292.90 | $134,205.50 |
| Tribune - Sal Marchiano v. Betty Ellen (68308-07) | 39.10 | $12,955.50 |
| Tribune - Watkins v. WPIX (68308-08) | 25.30 | $18,237.00 |
| Tribune Company - Larry Hoff v. WPIX (68308-09) | 24.40 | $10,087.50 |
| Tribune Company - WPIX General (68308-10) | .90 | $582.00 |
| Tribune - East Coast Properties (36078-11) | 131.30 | $84,708.50 |
| Tribune - Jeff Apodaca v. KTLA5 (15827-19) | 14.80 | $5,220.00 |
| Los Angeles Times - Clement, Jayne (33175-20) | 17.40 | $7,010.00 |
| Los Angeles Times - Clement, Jayne (Plaintiffs) (33175-23) | 2.20 | $957.00 |
| Los Angeles Times - Jose Luis Velazquez (33175-25) | 139.00 | $69,360.50 |
| Los Angeles Times - Country Club (17832-34) | 1.90 | $1,083.00 |
| Tribune Company - Chris Neuman v. Ira Goldstone (66929-02) | 2.50 | $1,475.00 |
| **TOTALS** | **967.1** | **$472,251.50** |
| **Less Discount** | | **($47,225.10)** |
| | | **$425,026.40** |

Case 08-13141-BLS    Doc 9987-2    Filed 10/14/11    Page 6 of 7

# EXHIBIT B

# EXPENSE SUMMARY

46429/0001-7977630v1

## EXPENSE SUMMARY FOR THE PERIOD
## JUNE 1, 2011 THROUGH AUGUST 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Long Distance Telephone | | $84.05 |
| Copying @ .10/page | | $781.60 |
| Facsimile @ $1.00/page | | $33.50 |
| Online Research | | $4,794.44 |
| Courier/Messenger | | $169.88 |
| Travel | | $3,386.96 |
| Local Travel | | $146.67 |
| Taxi | | $190.95 |
| Meals | | $191.63 |
| Parking | | $34.00 |
| Filing Fees | | $14.25 |
| Deposition Transcripts | | $1,657.26 |
| Attorney Services | | $59.50 |
| Postage | | $2.76 |
| Docketing Services | | $150.00 |
| Subpoena Fees | | $292.91 |
| Other | | $3.50 |
| **TOTALS** | | **$11,993.86** |

46429/0001-7977630v1