**<u>EXHIBIT A</u>**

# SITRICK AND COMPANY

**MONTHLY FEE STATEMENT**
**For the time period**
**March 1, 2011 through March 31, 2011**

---

## PROFESSIONAL SERVICES

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 3/28/2011 | MSS | Review email (.5), review news clips (.6). | 1.10 | $984.50 |
| 3/29/2011 | MSS | Review email (.2), review news clips (.1); discussion with Gary W. (.2) | 0.50 | $447.50 |
| 3/31/2011 | MSS | Review materials prior to meeting with Gary Weitman (.7); meeting with Gary (.4). | 1.10 | $984.50 |
| **SUBTOTAL:** | | | **[2.70** | **$2,416.50]** |
| **TOTAL TIME CHARGES** | | | **2.70** | **$2,416.50** |

**<u>EXHIBIT B</u>**

**SITRICK AND COMPANY**

**MONTHLY FEE STATEMENT**
**FOR THE TIME PERIOD**
**MARCH 1, 2011 THROUGH MARCH 31, 2011**

---

**EXPENSES**

|  |  | Qty/Price |  |
|---|---|---|---|
| | **OTHER** | | |
| 3/30/2011 | Arent Fox LLP | 1 | 2,376.00 |
| | Invoice# 1310850 | $2,376.00 | |
| | March 2011 | | |
| | **SUBTOTAL:** | | **[2,376.00]** |
| | **TOTAL ADDITTIONAL CHARGES:** | | **$2,376.00** |