# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>                        Debtors. | Chapter 11<br><br>Cases No. 08-13141 (KJC)<br>Jointly Administered<br><br>**Docket Ref. No. 9811** |

## CERTIFICATION OF COUNSEL REGARDING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUTHORITY TO DISMISS CERTAIN INSIDER PREFERENCE ACTIONS PURSUANT TO 11 U.S.C. § 363(B) AND FED. R. OF BANKR. PRO. 6004 AND 7041

1. On September 23, 2011, the Official Committee of Unsecured Creditors of Tribune Company (the "Committee") filed its Motion for Authority to Dismiss Certain Insider Preference Actions Pursuant to Section 363(B) and Federal Rules of Bankruptcy Procedure 6004 and 7041 (the "Motion")[1] [Docket No. 9811]. Objections to the relief requested in the Motion were to be filed and served no later than October 12, 2011 at 4:00 p.m. (ET).

2. Counsel to the Committee certifies that a review of the Court's docket in these cases reflects that no objection or other response to the Motion has been filed as of the date hereof.

3. Counsel to the Committee has removed certain defendants who are no longer Tribune employees from the form of the proposed order granting the relief requested in the Motion (the "Original Order"). The basis for the relief sought in the Motion is not applicable to these individuals because they are no longer Tribune employees. The specific defendants who the Committee has removed from the Original Order are: John D. Worthington IV, Roger D. Williams, Cam B. Trinh and Alice T. Iskra. A revised form of proposed order is attached hereto

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

{698.001-W0017076.}

as Exhibit A (the "Revised Order"). A blacklined form of the Revised Order reflecting the changes made to the Original Order is attached hereto as Exhibit B.

4.      Counsel to the Committee respectfully requests that the Court enter the Revised Order at its earliest convenience.

Dated: October 14, 2011  
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *(signature)*

Adam G. Landis (No. 3407)  
Richard S. Cobb (No. 3157)  
James S. Green, Jr. (No. 4406)  
J. Landon Ellis (No. 4852)  
919 Market Street, Suite 1800  
Wilmington, Delaware 19801  
Telephone: (302) 467-4400  
Facsimile: (302) 467-4450

*Counsel to the Official Committee of Unsecured Creditors*

- and -

Graeme W. Bush  
James Sottile  
**ZUCKERMAN SPAEDER LLP**  
1800 M Street, Suite 1000  
Washington, DC 20036  
Telephone: (202) 778-1800  
Facsimile: (202) 822-8106

*Special Counsel to the Official Committee of Unsecured Creditors*