# EXHIBIT B

**Blackline Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Cases No. 08-13141 (KJC) Jointly Administered |
| Debtors. | |

**ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUTHORITY TO DISMISS CERTAIN INSIDER PREFERENCE ACTIONS PURSUANT TO 11 U.S.C. § 363(B) AND FED. R. OF BANKR. PRO. 6004 AND 7041**

Upon consideration of the Motion of the Official Committee of Unsecured Creditors (the "**Committee**") for Authority to Dismiss Certain Insider Preference Actions Pursuant to 11 U.S.C. § 363(b) and Fed. R. of Bankr. Pro. 6004 and 7041 (the "**Motion**")[1]; and it appearing that good and sufficient notice of the Motion was given and that no other or further notice is necessary; and upon the record in these chapter 11 cases and adversary proceedings; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors and within the sound business judgment of the Committee; and after due deliberation thereon; it is hereby:

ORDERED, that the Motion is granted; and it is further

ORDERED, that pursuant to (i) Section 363(b) of the United States Bankruptcy Code, (ii) Rule 6004 of the Federal Rules of Bankruptcy Procedure and (iii) Rule 41 of the Federal Rules of Civil Procedure, made applicable by Bankruptcy Rule 7004(a)(1), the Committee is authorized to dismiss the Threshold Insider Preference Actions listed on **Exhibit 1** hereto; and it is further

ORDERED that the Committee shall file a copy of this Order on the docket of each of the Threshold Insider Preference Actions and such filing shall be considered sufficient notice of

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Preference Standing Motion.

{698.001-W~~0017116~~ 0017120.}

dismissal of the associated adversary proceeding pursuant to Rule 41 of the Federal Rules of Civil Procedure, made applicable by Bankruptcy Rule 7004(a)(1); and it is further

ORDERED, that the Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: October __, 2011

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

# EXHIBIT 1

## List of Threshold Insider Preference Actions

| Defendant First Name | Defendant Last Name | Adversary Case No. | Amount of Claim |
|---|---|---|---|
| William C. | O'Donovan | 10-55652 | $48,194.11 |
| Justo | Rey | 10-55630 | $48,194.11 |
| Henry M. | Segal | 10-55640 | $43,542.30 |
| ~~John D.~~ | ~~Worthington IV~~ | ~~10-55670~~ | ~~$42,693.00~~ |
| ~~Roger D.~~ | ~~Williams~~ | ~~10-55662~~ | ~~$42,003.10~~ |
| Judith A. | Juds | 10-55748 | $41,682.76 |
| Anne S. | Kelly | 10-55751 | $41,353.21 |
| Michael E. | Weiner | 10-55679 | $39,642.99 |
| Robert | Christie | 10-55728 | $31,091.87 |
| Chris L. | Fricke | 10-55726 | $28,800.17 |
| ~~Cam B.~~ | ~~Trinh~~ | ~~10-55664~~ | ~~$28,800.17~~ |
| Feli M. | Wong | 10-55668 | $28,800.17 |
| Karlene W. | Goller | 10-55739 | $26,440.06 |
| Robin A. | Mulvaney | 10-55789 | $26,440.06 |
| Charles F. | Ray | 10-55626 | $26,440.06 |
| Patricia G. | Cazeaux | 10-55727 | $20,180.64 |
| Sharon A. | Silverman | 10-55649 | $20,180.64 |
| ~~Alice T.~~ | ~~Iskra~~ | ~~10-55741~~ | ~~$6,743.75~~ |
| Laura L. | Tarvainen | 10-55644 | $3,750.00 |

Document comparison by Workshare Compare on Wednesday, October 12, 2011 4:04:48 PM

| Input: | |
|---|---|
| Document 1 ID | file://S:\WDOX\LRCDocs\698\001\ORD\W0017116.DOC |
| Description | W0017116 |
| Document 2 ID | file://S:\WDOX\LRCDocs\698\001\ORD\W0017120.DOC |
| Description | W0017120 |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 2 |
| Deletions | 18 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 20 |