## EXHIBIT A

Error! Unknown document property name.

## EXHIBIT A

# SITRICK AND COMPANY

**MONTHLY FEE STATEMENT**
For the time period
April 1, 2011 through April 30, 2011

## PROFESSIONAL SERVICES

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/13/2011 | MSS | Review news articles (.2), review and respond to email re: inaccuracy in Bloomberg story (.3); follow up re: same (.1). | 0.60 | $537.00 |
| 4/14/2011 | MSS | Review and respond to various emails re: media coverage (.5); corrections, follow up re: same (.1). | 0.60 | $537.00 |
| **SUBTOTAL:** | | | [1.20 | $1,074.00] |
| **TOTAL TIME CHARGES** | | | 1.20 | $1,074.00 |