## EXHIBIT A

**Revised Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket Nos. 9788 and ___ |

## ORDER PARTIALLY SUSTAINING DEBTORS' FORTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Debtors' Forty-Sixth Omnibus (Non-Substantive) Objection to Claims, by which the Debtors[2] request the entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

1, disallowing or modifying, as applicable, the Disputed Claims set forth on Exhibit A, Exhibit B, Exhibit C, Exhibit D and Exhibit E hereto; and upon consideration of the Rodden Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained as modified herein; and it is further

ORDERED that the Amended Claims set forth on the attached Exhibit A are hereby disallowed in their entirety; and it is further

ORDERED the Duplicate Claims set forth on the attached Exhibit B are hereby disallowed in their entirety; and it is further

ORDERED that the Late-Filed Claim set forth on the attached Exhibit C is hereby disallowed in its entirety; and it is further

ORDERED that the Modified Debtor Claims set forth on the attached Exhibit D are hereby modified so that each such claim is reassigned to the Debtor specified under the column heading "Modified Debtor;" and it is further

ORDERED that the Insufficient Documentation Claims set forth on the attached Exhibit E are hereby disallowed in their entirety; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that nothing set forth herein shall affect the parties' rights with respect to those claims identified as "Surviving Claims" or "Modified Debtor Claims" on Exhibits A, B or D attached hereto, and the parties' rights with respect to the "Surviving Claims" and "Modified Debtor Claims" are reserved provided, however, that each of the claims identified

as "Surviving Claims" on <u>Exhibit A</u> attached hereto is deemed timely filed to the extent that it relates back to a claim which was filed on or before the applicable Bar Date; and it is further

ORDERED, that solely with respect to the Debtors' Objections to Claim No. 6555 of the Department of the Treasury, Internal Revenue Service, the Objection is continued to the next omnibus hearing date scheduled in these chapter 11 cases, being November 22, 2011 at 2:00 p.m. (prevailing Eastern Time), or such other date and time as the Court directs or the parties consent, and the parties reserve all rights with respect to such Claim and the Objections thereto; and it is further

ORDERED that the relief granted herein is without prejudice to the Debtors' rights to amend, modify, or supplement the Objection, and to file additional objections to claims asserted in these chapter 11 cases; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2011

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

# EXHIBIT A

# Amended Claims

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 46: EXHIBIT A – AMENDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE BUREAU OF COMPLIANCE PO BOX 280946 HARRISBURG, PA 17128-0946 | 02/25/2011 | 08-13212 | 6701 | $711.00 | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE BUREAU OF COMPLIANCE PO BOX 280946 HARRISBURG, PA 17128-0946 | 05/16/2011 | 08-13212 | 6769 | $315,077.00 |
| 2 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE RECOVERY/BANKRUPTCY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | 06/11/2009 | 08-13223 08-13241 Subtotal | 4834[1] | $3,204.47 $88.53 $3,293.00 | FEDEX TECHCONNECT AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE RECOVERY/BANKRUPTCY 3965 AIRWAYS BLVD., MODULE G, 3RD FLOOR MEMPHIS, TN 38115 | 07/14/2011 | 08-13223 | 6789 | $3,231.12 |
| 3 | HONORWAY INVESTMENT CORPORATION RE: SAN FRANCISCO 388 MARKET 388 MARKET STREET SUITE 1568 SAN FRANCISCO, CA 94111 | 07/10/2009 | 08-13185 | 6052 | $95,448.00 | HONORWAY INVESTMENT CORPORATION RE: SAN FRANCISCO 388 MARKET 388 MARKET STREET SUITE 1568 SAN FRANCISCO, CA 94111 | 09/06/2011 | 08-13141 | 6799 | $80,039.54 |

---

[1] Debtor was ordered modified to Tribune Broadcasting Company and Tribune Television Company on the 41st Omnibus Objection Exhibit D - Claims Asserted Against No Debtor or Improper Debtor.

* – Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 4

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 46: EXHIBIT A -- AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 4  NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/08/2010 | 08-13254 | 6558 | $1,225.30* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 09/06/2011 | 08-13254 | 6800 | $2,343.90 |
| 5  NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 02/03/2011 | 08-13225 | 6688 | $1,411.48* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/18/2011 | 08-13225 | 6790 | $3,781.61 |
| 6  PRESSROOM SOLUTIONS INC 3700 W 7TH ST FORT WORTH, TX 76107-2536 | 04/20/2009 | 08-13185 | 1094 | $3,120.56 | PRESSROOM SOLUTIONS, INC. C/O AREYA HOLDER, TRUSTEE LAW OFFICE OF AREYA HOLDER, P.C. 800 W AIRPORT FREEWAY, SUITE 414 IRVING, TX 75062 | 09/09/2011 | 08-13185 | 6803 | $3,120.56 |

\* -- Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 46: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 7 PRESSROOM SOLUTIONS INC 3700 W 7TH ST FORT WORTH, TX 76107-2536 | 04/20/2009 | 08-13145 | 1136 | $3,259.47 | PRESSROOM SOLUTIONS, INC. C/O AREYA HOLDER, TRUSTEE LAW OFFICE OF AREYA HOLDER, P.C. 800 W AIRPORT FREEWAY, SUITE 414 IRVING, TX 75062 | 09/09/2011 | 08-13145 | 6804 | $3,259.47 |
| 8 SCHETTINO, MACARIO BELISARIO DOMINGUEZ 48 COL VILLA COYOACAN DF MEXICO, 4000 | 05/01/2009 | 08-13175 | 2212 [2] | $2,850.00 | SCHETTINO, MACARIO BELISARIO DOMINGUEZ 48 COL VILLA COYOACAN MEXICO, 4000 MEXICO | 06/07/2011 | 08-13175 | 6777 | $750.00 |
| 9 SONY PICTURES TELEVISION INC. KATHLEEN HALLINAN, ESQ. 10202 WEST WASHINGTON BOULEVARD CULVER CITY, CA 90232-3195 | 06/12/2009 | 08-13148 | 5151 | $241,129.02 | SONY PICTURES TELEVISION INC. KATHLEEN HALLINAN, ESQ. 10202 WEST WASHINGTON BOULEVARD CULVER CITY, CA 90232-3195 | 07/21/2011 | 08-13148 | 6791 | $349,462.35 |

---

[2] Claim was ordered allowed for $2,850.00 on the 32nd Omnibus Objection Exhibit A - Claims to Reduce and Allow.

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 46: EXHIBIT A -- AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 10 | SONY PICTURES TELEVISION INC. KATHLEEN HALLINAN, ESQ. 10202 WEST WASHINGTON BOULEVARD CULVER CITY, CA 90232-3195 | 06/12/2009 | 08-13180 | 5154 | $103,580.65 | SONY PICTURES TELEVISION INC. KATHLEEN HALLINAN, ESQ. 10202 WEST WASHINGTON BOULEVARD CULVER CITY, CA 90232-3195 | 07/21/2011 | 08-13180 | 6792 | $188,080.65 |
| 11 | SONY PICTURES TELEVISION INC. KATHLEEN HALLINAN, ESQ. 10202 WEST WASHINGTON BOULEVARD CULVER CITY, CA 90232-3195 | 06/12/2009 | 08-13241 | 5157 | $235,502.63 | SONY PICTURES TELEVISION INC. KATHLEEN HALLINAN, ESQ. 10202 WEST WASHINGTON BOULEVARD CULVER CITY, CA 90232-3195 | 07/21/2011 | 08-13241 | 6793 | $262,585.96 |
| | | | | TOTAL | $691,531.11 | | | | | |

* -- Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT B

# Duplicate Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 46: EXHIBIT B - DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 ARMSTEAD, BLISSE 225 REFLECTION DRIVE WILLIAMSBURG, VA 23188 | 07/13/2009 | 08-13248 | 6066 | $5,788.71 | ARMSTEAD, BLISS E 225 REFLECTION DRIVE WILLIAMSBURG, VA 23188 | 04/30/2009 | 08-13248 | 2165 | $5,788.71 |
| 2 BIRDWELL, JERRELL 14 DAIRY GAP ROAD ASHEVILLE, NC 28804 | 06/09/2009 | 08-13183 | 4191 | $235,265.18 | BIRDWELL, JERRELL 14 DAIRY GAP ROAD ASHEVILLE, NC 28804 | 06/10/2009 | 08-13183 | 4417 | $235,265.18 |
| 3 BROWN, JEROLENE 3054 JOLLY POND ROAD WILLIAMSBURG, VA 23188 | 07/24/2009 | 08-13248 | 6115 | $4,091.62 | BROWN, JEROLENE 3054 JOLLY POND ROAD WILLIAMSBURG, VA 23188 | 04/27/2009 | 08-13248 | 1825 | $4,091.62 |
| 4 GALAUSKAS, JAMES 14 N ORCHARD ROUND LAKE, IL 60073 | 07/06/2009 | 08-13152 | 6028 | $8,511.75 | GALAUSKAS, JAMES 14 N ORCHARD ROUND LAKE, IL 60073 | 05/11/2009 | 08-13152 | 2699 | $8,511.75 |
| 5 ZERWEKH, JAMES D 401 CLEARWATER DR PONTE VEDRA, FL 32082-4176 | 07/13/2009 | 08-13184 | 6082 | $245,115.35 | ZERWEKH, JAMES D 401 CLEARWATER DR PONTE VEDRA, FL 32082-4176 | 06/10/2009 | 08-13184 | 4413 | $245,115.35 |
| | | | TOTAL | $498,772.61 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

# EXHIBIT C

## Late-Filed Claim

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 46: EXHIBIT C – LATE FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | OREGON DEPARTMENT OF REVENUE MARIA E. ROYSTON, BANKRUPTCY REVENUE BUILDING 955 CENTER STREET NE SALEM, OR 97301-2555 | 08-13141 | Tribune Company | 07/05/2011 | 6787 | $23,373.88 | Late-Filed Claim |
| | | | | TOTAL | | $23,373.88 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

# EXHIBIT D

## Modified Debtor Claims

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 46: EXHIBIT D – MODIFIED DEBTOR CLAIMS

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 808 | 6M BUILDERS 1183 WENTWORTH ROAD YORK, PA 17408 | 03/23/2009 | $515.00 | 08-13253 | WLVI Inc. [1] | 08-13241 | Tribune Television Company | $515.00 |
| 2 | 748 | ENTERCOM COMMUNICATION - SAN FRANCISCO 201 THIRD STREET, 12TH FLOOR SAN FRANCISCO, CA 94103 | 03/16/2009 | $15,317.00 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $15,317.00 |
| 3 | 4843 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE REVENUE/BANKRUPT CY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | 06/11/2009 | $5,922.08 | 08-13184 08-13252 | KWGN Inc. WGN Continental Broadcasting Company [2] | 08-13184 08-13244 08-13252 | KWGN Inc. Tribune Television New Orleans, Inc. WGN Continental Broadcasting Company | $143.53 $875.99 $4,902.56 |
| | | | | | | | | Total | $5,922.08 |
| 4 | 3303 | KIFM-FM C/O SZABO ASSOCAITES, INC. 3355 LENOX ROAD NE, 9TH FL ATLANTA, GA 30326 | 05/22/2009 | $5,295.50 | 08-13223 | Tribune Broadcasting Company | 08-13182 | KSWB Inc. | $5,295.50 |

[1] Debtor was ordered modified to WLVI Inc. on the 12th Omnibus Objection Exhibit A – Claims Asserted Against No Debtor or Improper Debtor.
[2] Debtor was ordered modified to KWGN Inc. and WGN Continental Broadcasting Company on the 31st Omnibus Objection Exhibit A Claims Asserted Against No Debtor or Improper Debtor.

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 46: EXHIBIT D – MODIFIED DEBTOR CLAIMS

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 5 | 759 | KSAN, KFOG, KNBR RADIO<br>55 HAWTHORNE ST.,<br>10TH FLOOR<br>SAN FRANCISCO, CA 94105 | 03/17/2009 | $30,217.50 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $30,217.50 |
| 6 | 571 | KVTO-AM<br>ATTN: ACCOUNTING<br>55 HAWTHORNE ST.,<br>STE 900<br>SAN FRANCISCO, CA 94105 | 02/26/2009 | $3,060.00 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $3,060.00 |
| 7 | 642 | LEXINGTON GROUP, INC.<br>380 UNION ST.<br>WEST SPRINGFIELD, MA 01089 | 03/06/2009 | $3,012.78 | 08-13211 | The Hartford Courant Company [3] | 08-13191<br>08-13211<br>08-13241 | New Mass. Media, Inc.<br>The Hartford Courant Company<br>Tribune Television Company<br><br>Total | $555.04<br>$1,132.70<br>$1,324.04<br><br>$3,012.78 |
| 8 | 2481 | PRUDENTIAL JA&A<br>23925 PARK SORRENTO<br>CALABASAS, CA 91302 | 05/06/2009 | $50.00 | 08-13185 | Los Angeles Times Communications LLC [4] | 08-13141 | Tribune Company | $50.00 |
| 9 | 2483 | PRUDENTIAL JA&A<br>16810 VENTURA BLVD.<br>ENCINO, CA 91436 | 05/06/2009 | $0.00 | 08-13185 | Los Angeles Times Communications LLC [5] | 08-13141 | Tribune Company | $46.20 |

[3] Debtor was ordered modified to The Hartford Courant Company on the 16th Omnibus Objection Exhibit A – Claims Asserted Against No Debtor or Improper Debtor.
[4] Debtor was ordered modified to Los Angeles Times Communications LLC on the 31st Omnibus Objection Exhibit A – Claims Asserted Against No Debtor or Improper Debtor.
[5] Debtor was ordered modified to Los Angeles Times Communications LLC on the 32nd Omnibus Objection Exhibit B – Claims to Reduce and Allow and Asserted Against No Debtor or Improper Debtor.

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 46: EXHIBIT D – MODIFIED DEBTOR CLAIMS

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CLAIM AMOUNT | CASE NUMBER(S) | MODIFIED DEBTOR(S) |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 2484 | PRUDENTIAL JA&A 8687 MELROSE AVE STE NO. B-110 LOS ANGELES, CA 90069 | 05/06/2009 | $0.00 | 08-13185 | Los Angeles Times Communications LLC [6] | $30.80 | 08-13141 | Tribune Company |
| 11 | 2346 | UNIVISION COMMUNICATIONS INC. MELISSA LOPEZ 1777 NE LOOP 410, SUITE 400 SAN ANTONIO, TX 78217 | 05/04/2009 | $4,250.00 | 08-13141 | Tribune Company | $4,250.00 | 08-13180 | KIAH Inc. |
| 12 | 6209 | WCCC 1039 ASYLUM AVE BOYD ARNOLD HARTFORD, CT 61052432 | 09/10/2009 | $20,871.75 | | No Debtor Asserted | $20,871.75 | 08-13241 | Tribune Television Company |

---

[6] Debtor was ordered modified to Los Angeles Times Communications LLC on the 32nd Omnibus Objection Exhibit B – Claims to Reduce and Allow and Asserted Against No Debtor or Improper Debtor.

\* - Indicates claim contains unliquidated and/or undetermined amounts

# **EXHIBIT E**

## **Insufficient Documentation Claims**

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 46: EXHIBIT E – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BROOK, CAROL A<br>1453 W WINONA STREET<br>CHICAGO, IL 60640 | 08-13152 | Chicago Tribune Company | 06/18/2009 | 5890 | Undetermined | Asserted basis for claim is "spouse of former employee." No supporting documentation is attached and no amount is asserted as being due. The Debtors' books and records do not reveal any basis for the claim. |
| 2 | CHERNOK, ELINOR<br>68 THEODORE DRIVE<br>CORAM, NY 11727 | | No Debtor Asserted | 04/22/2009 | 1337 | $300.00 | No supporting documentation is attached, and no basis for any claim is asserted. The Debtors' books and records do not reveal any basis for the claim. |
| 3 | HERMAN, ROBIN<br>770 29TH ST APT 717<br>BOULDER, CO 80303-2342 | 08-13141 | Tribune Company | 02/17/2009 | 534 | $925.00 | Asserted basis for claim is wages. Documentation attached to claim does not indicate what period of wages were unpaid. The Debtors' books and records do not reveal any prepetition wages are due to claimant. |
| | | | | | TOTAL | $1,225.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts