UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141-KJC |
| Debtors. | Jointly Administered |

EXHIBIT "A" TO NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON OCTOBER 19, 2011 AT 2:00 P.M.
BEFORE THE HONORABLE KEVIN J. CAREY

1. Notice of Hearing on Monthly Fee Requests and Quarterly Fee Application Requests for the Fifth Interim Fee Period (Filed August 31, 2011, 2011) (Docket No. 9735)

**Fee Applications**:

A. Cole, Schotz, Meisel, Forman & Leonard, P.A.

1. Fifth Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2009 through February 28, 2010 (Filed April 16, 2010) (Docket No. 4081)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-7975555v1

2. Certification of No Objection Regarding Fifth Interim Fee Application (Filed May 10, 2010) (Docket No. 4302)

3. Twelfth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2009 through December 31, 2009 (Filed February 9, 2010) (Docket No. 3351)

4. Certification of No Objection Regarding Twelfth Monthly Fee Application (Filed March 4, 2010) (Docket No. 3681)

5. Thirteenth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2010 through January 31, 2010 (Filed February 19, 2010) (Docket No. 3511)

6. Certification of No Objection Regarding Thirteenth Monthly Fee Application (Filed March 12, 2010) (Docket No. 3722)

7. Fourteenth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2010 through February 28, 2010 (Filed April 7, 2010) (Docket No. 3966)

8. Certification of No Objection Regarding Fourteenth Monthly Fee Application (Filed April 29, 2010) (Docket No. 4207)

9. Fee Examiner's Final Report Regarding Fifth Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A. (Filed September 22, 2011) (Docket No. 9805)

B. Sidley Austin LLP

1. Fifth Quarterly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of December 1, 2009 through February 28, 2010 (Filed April 15, 2010) (Docket No. 4059)

2. Certification of No Objection Regarding Fifth Quarterly Fee Application (Filed May 10, 2010) (Docket No. 4292)

3. Twelfth Monthly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of December 1, 2009 through December 31, 2009 (Filed February 17, 2010) (Docket No. 3458)

4. Certification of No Objection Regarding Twelfth Monthly Fee Application (Filed March 11, 2010) (Docket No. 3712)

5. Thirteenth Monthly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of January 1, 2010 through January 31, 2010 (Filed March 9, 2010) (Docket No. 3701)

6. Certification of No Objection Regarding Thirteenth Monthly Fee Application (Filed April 5, 2010) (Docket No. 3936)

7. Fourteenth Monthly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of February 1, 2010 through February 28, 2010 (Filed March 31, 2010) (Docket No. 3904)

8. Certification of No Objection Regarding Fourteenth Monthly Fee Application (Filed April 22, 2010) (Docket No. 4137)

9. Fee Examiner's Final Report Regarding Fifth Quarterly Fee Application of Sidley Austin LLP (Filed October 11, 2011) (Docket No. 9953)

C. Alvarez & Marsal North America

1. Fifth Interim Fee Application of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period December 1, 2009 through February 28, 2010 (Filed April 14, 2010) (Docket No. 4036)

2. Certification of No Objection Regarding Fifth Interim Fee Application (Filed May 10, 2010) (Docket No. 4290)

3. Twelfth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period from December 1, 2009 through December 31, 2009 (Filed February 19, 2010) (Docket No. 3508)

4. Certification of No Objection Regarding Twelfth Monthly Fee Statement (Filed March 12, 2010) (Docket No. 3721)

5. Thirteenth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period from January 1, 2010 through January 31, 2010 (Filed March 16, 2010) (Docket No. 3742)

6. Certification of No Objection Regarding Thirteenth Monthly Fee Statement (Filed April 5, 2010) (Docket No. 3972)

7. Fourteenth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period from February 1, 2010 through February 28, 2010 (Filed April 9, 2010) (Docket No. 3985)

8. Certification of No Objection Regarding Fourteenth Monthly Fee Statement (Filed May 4, 2010) (Docket No. 4232)

9. Fee Examiner's Final Report Regarding Fifth Interim Fee Application of Alvarez & Marsal North America, LLC (Filed February 4, 2011) (Docket No. 7785)

D. Daniel J. Edelman, Inc.

1. Fourth Quarterly Fee Application of Daniel J. Edelman, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Corporate Communications and Investor Relations Consultants for the Debtors and Debtors-in-Possession for the Period December 1, 2009 through February 28, 2010 (Filed April 14, 2010) (Docket No. 4038)

2. Certification of No Objection Regarding Fourth Quarterly Application (Filed May 10, 2010) (Docket No. 4291)

3. Tenth Monthly Application of Daniel J. Edelman, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for General Real Estate and Related Matters for the Period from January 1, 2010 through January 31, 2010 (Filed March 8, 2010) (Docket No. 3688)

4. Certification of No Objection Regarding Tenth Monthly Application (Filed April 5, 2010) (Docket No. 3935)

5. Eleventh Monthly Application for Allowance of Compensation and Reimbursement of Expenses of Daniel J. Edelman, Inc., Corporate Communications and Investor Relations Consultants for the Debtors and Debtors in Possession, for Services Rendered and Expenses Incurred for the Period February 1, 2010 through February 28, 2010 (Filed April 7, 2010) (Docket No. 3967)

4

6. Certification of No Objection Regarding Eleventh Monthly Application (Filed April 29, 2010) (Docket No. 4208)

7. Fee Examiner's Final Report Regarding Fourth Quarterly Fee Application of Daniel J. Edelman, Inc. (Filed December 6, 2010) (Docket No. 7040)

E. Dow Lohnes PLLC

1. Third Interim Fee Application of Dow Lohnes PLLC, Special Regulatory Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2009 through February 28, 2010 (Filed April 15, 2010) (Docket No. 4060)

2. Certification of No Objection Regarding Third Interim Application (Filed May 10, 2010) (Docket No. 4293)

3. Seventh Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Regulatory Counsel to Debtors and Debtors in Possession for the Period of December 1, 2009 through December 31, 2009 (Filed January 25, 2010) (Docket No. 3196)

4. Certification of No Objection Regarding Seventh Monthly Application (Filed February 18, 2010) (Docket No. 3486)

5. Eighth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Regulatory Counsel to Debtors and Debtors in Possession for the Period of January 1, 2010 through January 31, 2010 (Filed February 23, 2010) (Docket No. 3522)

6. Certification of No Objection Regarding Eighth Monthly Application (Filed March 17, 2010) (Docket No. 3750)

7. Ninth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Regulatory Counsel to Debtors and Debtors in Possession for the Period of February 1, 2010 through February 28, 2010 (Filed March 22, 2010) (Docket No. 3818)

8. Certification of No Objection Regarding Ninth Monthly Application (Filed April 14, 2010) (Docket No. 4043)

9. Fee Examiner's Final Report Regarding Third Interim Fee Application of Dow Lohnes PLLC (Filed February 15, 2011) (Docket No. 7965)

F.  Ernst & Young LLP

   1. Third Quarterly Fee Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, and Marketing Survey Services for the Debtors and Debtors in Possession for the Period from December 1, 2009 through February 28, 2010 (Filed October 20, 2010) (Docket No. 6047)

   2. Certification of No Objection Regarding Third Quarterly Fee Application (Filed November 12, 2010) (Docket No. 6429)

   3. Combined Seventh, Eighth and Ninth Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, and Marketing Survey Services for the Debtors and Debtors in Possession for the Period from December 1, 2009 through February 28, 2010 (Filed October 20, 2010) (Docket No. 6045)

   4. Certification of No Objection Regarding Combined Seventh, Eighth and Ninth Monthly Application (Filed November 12, 2010) (Docket No. 6427)

   5. Fee Examiner's Final Report Regarding Third Quarterly Fee Application of Ernst & Young LLP (Filed August 5, 2011) (Docket No. 9628)

G.  Jenner & Block LLP

   1. Fifth Quarterly Application of Jenner Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2009 through February 28, 2010 (Filed April 15, 2010) (Docket No. 4066)

   2. Certification of No Objection Regarding Fifth Quarterly Application (Filed May 10, 2010) (Docket No. 4294)

   3. Monthly Application of Jenner Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2009 through December 31, 2009 (Filed February 17, 2010) (Docket No. 3463)

   4. Certification of No Objection Regarding Monthly Application (Filed March 11, 2010) (Docket No. 3713)

   5. Monthly Application of Jenner Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2010 through January 31, 2010 (Filed March 25, 2010) (Docket No. 3850)

6. Certification of No Objection Regarding Monthly Application (Filed April 19, 2010) (Docket No. 4108)

7. Monthly Application of Jenner Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2010 through February 28, 2010 (Filed April 9, 2010) (Docket No. 3986)

8. Certification of No Objection Regarding Monthly Application (Filed May 4, 2010) (Docket No. 4233)

9. Fee Examiner's Final Report Regarding Fifth Quarterly Application of Jenner & Block LLP (Filed September 26, 2011) (Docket No. 9813)

H. Lazard Frères & Co. LLC

1. Fifth Interim Fee Application of Lazard Frères & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2009 through February 28, 2010 (Filed April 15, 2010) (Docket No. 4073)

2. Certification of No Objection Regarding Fifth Interim Fee Application (Filed May 10, 2010) (Docket No. 4301)

3. Twelfth Monthly Application of Lazard Frères & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2009 through December 31, 2009 (Filed April 15, 2010) (Docket No. 4070)

4. Certification of No Objection Regarding Twelfth Monthly Application (Filed May 10, 2010) (Docket No. 4298)

5. Thirteenth Monthly Application of Lazard Frères & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2010 through January 31, 2010 (Filed April 15, 2010) (Docket No. 4071)

6. Certification of No Objection Regarding Thirteenth Monthly Application (Filed May 10, 2010) (Docket No. 4299)

7. Fourteenth Monthly Application of Lazard Frères & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2010 through February 28, 2010 (Filed April 15, 2010) (Docket No. 4072)

46429/0001-7975555v1

8. Certification of No Objection Regarding Fourteenth Monthly Application (Filed May 10, 2010) (Docket No. 4300)

9. Fee Examiner's Final Report Regarding Fifth Interim Fee Application of Lazard Frères & Co. LLC (Filed September 22, 2011) (Docket No. 9806)

I. McDermott Will & Emery

1. Fifth Quarterly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2009 through February 28, 2010 (Filed June 30, 2010) (Docket No. 4907)

2. Certification of No Objection Regarding Fifth Quarterly Fee Application (Filed July 23, 2010) (Docket No. 5108)

3. Monthly Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2009 through December 31, 2009 (Filed June 7, 2010) (Docket No. 4710)

4. Certification of No Objection Regarding Monthly Application (Filed June 30, 2010) (Docket No. 4914)

5. Monthly Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2010 through January 31, 2010 (Filed June 7, 2010) (Docket No. 4711)

6. Certification of No Objection Regarding Monthly Application (Filed June 30, 2010) (Docket No. 4915)

7. Monthly Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2010 through February 28, 2010 (Filed June 7, 2010) (Docket No. 4712)

8. Certification of No Objection Regarding Monthly Application (Filed June 30, 2010) (Docket No. 4916)

9. Fee Examiner's Final Report Regarding Fifth Quarterly Application of McDermott Will & Emery LLP (Filed February 9, 2011) (Docket No. 7874)

8

J.  Paul, Hastings, Janofsky & Walker LLP

1. Fifth Interim Fee Application Request of Paul, Hastings, Janofsky & Walker LLP for the Period December 1, 2009 through February 28, 2010 (Filed April 15, 2010) (Docket No. 4067)

2. Certification of No Objection Regarding Fifth Interim Fee Application Request (Filed May 10, 2010) (Docket No. 4295)

3. Twelfth Monthly Application of Paul, Hastings, Janofsky & Walker LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for General Real Estate and Related Matters for the Period from December 1, 2009 through December 31, 2009 (Filed January 28, 2010) (Docket No. 3254)

4. Certification of No Objection Regarding Twelfth Monthly Application (Filed February 19, 2010) (Docket No. 3510)

5. Thirteenth Monthly Application of Paul, Hastings, Janofsky & Walker LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for General Real Estate and Related Matters for the Period from January 1, 2010 through January 31, 2010 (Filed March 3, 2010) (Docket No. 3678)

6. Certification of No Objection Regarding Thirteenth Monthly Application (Filed March 25, 2010) (Docket No. 3852)

7. Fourteenth Monthly Application of Paul, Hastings, Janofsky & Walker LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for General Real Estate and Related Matters for the Period from February 1, 2010 through February 28, 2010 (Filed March 26, 2010) (Docket No. 3869)

8. Certification of No Objection Regarding Fourteenth Monthly Application (Filed April 19, 2010) (Docket No. 4109)

9. Fee Examiner's Final Report Regarding Fifth Interim Fee Application of Paul, Hastings, Janofsky & Walker LLP (Filed August 3, 2011) (Docket No. 9599)

K.  PricewaterhouseCoopers LLP

1. Fifth Interim Fee Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period December 1, 2009 through February 28, 2010 (Filed April 15, 2010) (Docket No. 4069)

2. Certification of No Objection Regarding Fifth Interim Fee Application (Filed May 10, 2010) (Docket No. 4297)

3. Twelfth Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period December 1, 2009 through December 31, 2009 (Filed February 19, 2010) (Docket No. 3506)

4. Certification of No Objection Regarding Twelfth Monthly Application (Filed March 12, 2010) (Docket No. 3720)

5. Thirteenth Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period January 1, 2019 through February 28, 2019 (Filed April 15, 2010) (Docket No. 4068)

6. Certification of No Objection Regarding Thirteenth Monthly Application (Filed May 10, 2010) (Docket No. 4296)

7. Fee Examiner's Final Report Regarding Fifth Interim Fee Application of PricewaterhouseCoopers LLP (Filed June 23, 2011) (Docket No. 9315)

L. Reed Smith LLP

1. Fifth Interim Application of Reed Smith LLP, Special Counsel for Certain Insurance Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period December 1, 2009 through February 28, 2010 (Filed May 3, 2010) (Docket No. 4221)

2. Certification of No Objection Regarding Fifth Interim Fee Application (Filed June 2, 2010) (Docket No. 4660)

3. Eleventh Monthly Application of Reed Smith LLP, Special Counsel for Certain Insurance Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period December 1, 2009 through December 31, 2009 (Filed February 18, 2010) (Docket No. 3473)

4. Certification of No Objection Regarding Eleventh Monthly Fee Application (Filed April 5, 2010) (Docket No. 3932)

5. Twelfth Monthly Application of Reed Smith LLP, Special Counsel for Certain Insurance Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period January 1, 2010 through January 31, 2010 (Filed March 9, 2010) (Docket No. 3696)

10

6. Certification of No Objection Regarding Twelfth Monthly Fee Application (Filed April 5, 2010) (Docket No. 3933)

7. Thirteenth Monthly Application of Reed Smith LLP, Special Counsel for Certain Insurance Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period February 1, 2010 through February 28, 2010 (Filed April 5, 2010) (Docket No. 3940)

8. Certification of No Objection Regarding Thirteenth Monthly Fee Application (Filed June 2, 2010) (Docket No. 4659)

9. Fee Examiner's Final Report Regarding Fifth Interim Fee Application of Reed Smith LLP (Filed February 8, 2011) (Docket No. 7858)

M. Mercer (US) Inc.

1. Fifth Quarterly Application of Mercer (US) Inc. as Compensation Consultant to the Debtors Seeking Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period of December 1, 2009 through February 28, 2010 (Filed April 14, 2010) (Docket No. 4044)

2. Certification of No Objection Regarding Fifth Quarterly Fee Application (Filed August 12, 2010) (Docket No. 5359)

3. Twelfth Monthly Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period of December 1, 2009 through December 31, 2009 (Filed April 14, 2010) (Docket No. 4037)

4. Certification of No Objection Regarding Twelfth Monthly Fee Application (Filed August 12, 2010) (Docket No. 5356)

5. Thirteenth Monthly Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period of January 1, 2010 through January 31, 2010 (Filed April 14, 2010) (Docket No. 4039)

6. Certification of No Objection Regarding Thirteenth Monthly Fee Application (Filed August 12, 2010) (Docket No. 5357)

7. Fourteenth Monthly Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period of February 1, 2010 through February 28, 2010 (Filed April 14, 2010) (Docket No. 4041)

8. Certification of No Objection Regarding Fourteenth Monthly Fee Application (Filed August 12, 2010) (Docket No. 5358)

9. Fee Examiner's Final Report Regarding Fifth Quarterly Fee Application of Mercer (US) Inc. (Filed October 10, 2011) (Docket No. 9941)

N. Seyfarth Shaw LLP

1. Second Quarterly Fee Application of Seyfarth Shaw LLP for Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors in the Ordinary Course of Business for the Period of December 1, 2009 through February 28, 2010 (Filed April 22, 2010) (Docket No. 4139)

2. Certification of No Objection Regarding Second Quarterly Application (Filed May 18, 2010) (Docket No. 4455)

3. Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors in the Ordinary Course of Business for the Period of December 1, 2009 through December 31, 2009 (Filed March 18, 2010) (Docket No. 3755)

4. Certification of No Objection Regarding Monthly Fee Application (Filed April 13, 2010) (Docket No. 4021)

5. Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors in the Ordinary Course of Business for the Period of January 1, 2010 through January 31, 2010 (Filed March 18, 2010) (Docket No. 3756)

6. Certification of No Objection Regarding Monthly Fee Application (Filed April 13, 2010) (Docket No. 4022)

7. Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors in the Ordinary Course of Business for the Period of February 1, 2010 through February 28, 2010 (Filed April 16, 2010) (Docket No. 4089)

8. Certification of No Objection Regarding Monthly Fee Application (Filed May 10, 2010) (Docket No. 4303)

9. Fee Examiner's Final Report Regarding Second Quarterly Fee Application of Seyfarth Shaw LLP (Filed September 26, 2011) (Docket No. 9812)

O.  Stuart Maue

   1. Fourth Interim Quarterly Fee Request as Fee Examiner for December 1, 2009 through February 28, 2010 (Filed April 14, 2010) (Docket No. 4028)

   2. Certification of No Objection Regarding Fourth Interim Application (Filed May 7, 2010) (Docket No. 4255)

   3. Ninth Monthly Fee Application for Compensation for period December 1, 2009 through December 31, 2009 (Filed January 26, 2010) (Docket No. 3221)

   4. Certification of No Objection Regarding Ninth Monthly Fee Application (Filed February 16, 2010) (Docket No. 3419)

   5. Tenth Monthly Application for Compensation for period January 1, 2010 through January 31, 2010 (Filed February 26, 2010) (Docket No. 3540)

   6. Certification of No Objection Regarding Tenth Monthly Fee Application (Filed March 22, 2010) (Docket No. 3799)

   7. Eleventh Monthly Application for Compensation for period February 1, 2010 through February 28, 2010 (Filed March 26, 2010) (Docket No. 3867)

   8. Certification of No Objection Regarding Eleventh Monthly Fee Application (Filed April 19, 2010) (Docket No. 4103)

P.  Chadbourne & Parke LLP

   1. Fifth Interim Application for Compensation for December 1, 2009 through February 28, 2010 (Filed April 15, 2010) (Docket No. 4053)

   2. Twelfth Monthly Application for Compensation for period December 1, 2009 through December 31, 2009 (Filed January 25, 2010) (Docket No. 3197)

   3. Certification of No Objection Regarding Twelfth Monthly Fee Application (Filed February 18, 2010) (Docket No. 3480)

   4. Thirteenth Monthly Application for Compensation for period January 1, 2010 through January 31, 2010 (Filed February 25, 2010) (Docket No. 3534)

   5. Certification of No Objection Regarding Thirteenth Monthly Fee Application (Filed March 19, 2010) (Docket No. 3788)

13

6. Fourteenth Monthly Application for Compensation for period February 1, 2010 through February 28, 2010 (Filed March 26, 2010) (Docket No. 3865)

7. Certification of No Objection Regarding Fourteenth Monthly Fee Application (Filed April 19, 2010) (Docket No. 4107)

8. Fee Examiner's Final Report Regarding Fifth Interim Application of Chadbourne & Parke LLP (Filed January 11, 2011) (Docket No. 7447)

Q. Landis Rath & Cobb LLP

1. Fifth Interim Application for Compensation for December 1, 2009 through February 28, 2010 (Filed April 15, 2010) (Docket No. 4054)

2. Twelfth Monthly Application for Compensation for period December 1, 2009 through December 31, 2009 (Filed January 27, 2010) (Docket No. 3250)

3. Certification of No Objection Regarding Twelfth Monthly Fee Application (Filed February 18, 2010) (Docket No. 3481)

4. Thirteenth Monthly Application for Compensation for period January 1, 2010 through January 31, 2010 (Filed February 26, 2010) (Docket No. 3541)

5. Certification of No Objection Regarding Thirteenth Monthly Fee Application (Filed March 22, 2010) (Docket No. 3815)

6. Fourteenth Monthly Application for Compensation for period February 1, 2010 through February 28, 2010 (Filed March 25, 2010) (Docket No. 3853)

7. Certification of No Objection Regarding Fourteenth Monthly Fee Application (Filed April 16, 2010) (Docket No. 4087)

8. Fee Examiner's Final Report Regarding Fifth Interim Fee Application of Landis Rath & Cobb LLP (Filed April 20, 2011) (Docket No. 8705)

R. AlixPartners, LLP

1. Fifth Interim Application for Compensation for December 1, 2009 through February 28, 2010 (Filed April 15, 2010) (Docket No. 4055)

2. Twelfth Monthly Application for Compensation for period December 1, 2009 through December 31, 2009 (Filed January 25, 2010) (Docket No. 3193)

14

3. Certification of No Objection Regarding Twelfth Monthly Fee Application (Filed February 18, 2010) (Docket No. 3479)

4. Thirteenth Monthly Application for Compensation for period January 1, 2010 through January 31, 2010 (Filed February 25, 2010) (Docket No. 3535)

5. Certification of No Objection Regarding Thirteenth Monthly Fee Application (Filed March 19, 2010) (Docket No. 3789)

6. Fourteenth Monthly Application for Compensation for period February 1, 2010 through February 28, 2010 (Filed March 25, 2010) (Docket No. 3854)

7. Certification of No Objection Regarding Fourteenth Monthly Fee Application (Filed April 16, 2010) (Docket No. 4088)

8. Fee Examiner's Final Report Regarding Fifth Interim Fee Application of AlixPartners, LLP (Filed February 10, 2011) (Docket No. 7887)

S. Moelis & Company LLC

1. Fifth Interim Application for Compensation for December 1, 2009 through February 28, 2010 (Filed April 15, 2010) (Docket No. 4056)

2. Twelfth Monthly Application for Compensation for period December 1, 2009 through December 31, 2009 (Filed February 3, 2010) (Docket No. 3300)

3. Certification of No Objection Regarding Twelfth Monthly Fee Application (Filed February 25, 2010) (Docket No. 3537)

4. Thirteenth Monthly Application for Compensation for period January 1, 2010 through January 31, 2010 (Filed March 10, 2010) (Docket No. 3704)

5. Certification of No Objection Regarding Thirteenth Monthly Fee Application (Filed April 1, 2010) (Docket No. 3918)

6. Fourteenth Monthly Application for Compensation for period February 1, 2010 through February 28, 2010 (Filed April 7, 2010) (Docket No. 3961)

7. Certification of No Objection Regarding Fourteenth Monthly Fee Application (Filed April 29, 2010) (Docket No. 4202)

8. Fee Examiner's Final Report Regarding Fifth Interim Fee Application of Moelis & Company LLC (Filed September 14, 2010) (Docket No. 5696)

T. <u>Zuckerman Spaeder LLP</u>

1. Second Interim Application for Compensation for December 1, 2009 through February 28, 2010 (Filed April 15, 2010) (Docket No. 4064)

2. Certification of No Objection Regarding Second Interim Application (Filed May 7, 2010) (Docket No. 4258)

3. Fifth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses for period December 1, 2009 through December 31, 2009 (Filed February 5, 2010) (Docket No. 3319)

4. Certification of No Objection Regarding Fifth Monthly Fee Application (Filed March 2, 2010) (Docket No. 3652)

5. Sixth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses for period January 1, 2010 through January 31, 2010 (Filed March 5, 2010) (Docket No. 3685)

6. Certification of No Objection Regarding Sixth Monthly Fee Application (Filed April 6, 2010) (Docket No. 3947)

7. Seventh Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses for period February 1, 2010 through February 28, 2010 (Filed April 12, 2010) (Docket No. 4011)

8. Certification of No Objection Regarding Seventh Monthly Fee Application (Filed May 7, 2010) (Docket No. 4254)

9. Fee Examiner's Final Report Regarding Second Interim Fee Application of Zuckerman Spaeder LLP (Filed August 15, 2011) (Docket No. 9661)

U. <u>Committee Members</u>

1. Ninth Monthly Application for Compensation of Committee Members for Reimbursement of Expenses for January 1, 2010 through January 31, 2010 (Filed February 25, 2010) (Docket No. 3536)

2. Certification of No Objection Regarding Application (Filed March 19, 2010) (Docket No. 3790)

3. Fee Auditor's Final Report for Official Committee of Unsecured Creditors Ninth Monthly Application (Filed July 15, 2010) (Docket No. 5043)

46429/0001-7975555v1