## EXHIBIT A

## Summary of Fee Applications for Compensation Period

| Date Filed | Period Covered | Total Amount Requested | | Total Amount Approved to Date via Certification of No Objection | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (@ 80%) | Expenses (@ 100%) | Fees (@ 20%) |
| Filed concurrently herewith | 8/26/10 – 9/30/10 | $56,917.00 | $2,694.63 | $0.00 | $0.00 | $11,383.40 |
| Filed concurrently herewith | 10/1/10 – 10/31/10 | $28,358.50 | $0.00 | $0.00 | $0.00 | $5,671.70 |
| **Total:** | | **$85,275.50** | **$2,694.63** | **$0.00** | **$0.00** | **$17,055.10** |

3

## EXHIBIT B

# SITRICK AND COMPANY

**INTERIM FEE STATEMENT**
**For the time period**
**August 26, 2010 through November 30, 2010**

## PROFESSIONAL SERVICES

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/26/2010 | AD | Email to and from L. Phelps (.4). Media research of all coverage in past 60 days. Compiled, forwarded to MSS (1.1). | 1.50 | $277.50 |
| | LCN | Research and compile relevant clips from Poynter Online per L. Phelps. | 0.60 | $111.00 |
| 8/26/2010 | LMP | Conference call with MSS and client. | 0.50 | $397.50 |
| | MSS | Conference call with L. Phelps and client. | 0.50 | $447.50 |
| 8/27/2010 | LMP | Conference call with MSS and client; follow up re: same (.9). Review prior media clip and other materials (.5) | 1.40 | $1,113.00 |
| | MSS | Conference call with L .Phelps and client, follow up re: same (.9); review materials (.6) | 1.50 | $1,342.50 |
| 8/29/2010 | LMP | Strategy discussions with MSS. | 0.50 | $397.50 |
| | MSS | Strategy discussion with L. Phelps. | 0.50 | $447.50 |
| 8/30/2010 | LMP | Travel to airport; travel from LA to Chicago for meeting on August 31. | 6.90 | $2,742.75 |
| | LMP | Review various materials (1.2); prepare memo/plan (2.4) | 3.60 | $2,862.00 |
| 8/31/2010 | LMP | Additional review of materials (1.2); attend meeting with MSS, Gary and Jeff (3.4). | 4.60 | $3,657.00 |
| 8/31/2010 | LMP | Travel to LA. | 6.80 | $2,703.00 |
| | MSS | Additional review of materials (.7); attend meeting with L. Phelps, Gary and Jeff; follow up strategy discussions re: same (3.4); | 4.10 | $3,669.50 |
| | MSS | Travel to Chicago from NY; travel to meeting with Gary Weitman, Jeff and L. Phelps. | 5.90 | $2,640.25 |
| | MSS | Travel from Chicago to LA. | 6.80 | $3,043.00 |
| 9/1/2010 | LCN | Pull relevant media clips per MSS. | 0.50 | $92.50 |

Interim Fee Statement: August 26, 2010 through November 30, 2010
Page 2 of 5

| | | | | |
|---|---|---|---|---|
| 9/3/2010 | MSS | Review materials (.6); work on media plan (1.8); discussion with board member (.4). | 2.80 | $2,506.00 |
| 9/5/2010 | LMP | Research for media plan (.5); review and comment on draft revised communication plan (1); add additional material (.4); return to MSS (.1); research public affairs forums in several cities re: same (1.3). | 3.30 | $2,623.50 |
| 9/8/2010 | LMP | Review emails re: communication plan. | 0.30 | $238.50 |
| 9/8/2010 | MSS | Review various materials (.4); and work on communications plan (.2.2). | 2.60 | $2,327.00 |
| 9/10/2010 | JCB | Draft for L. Phelps bullet points re: various rumors in the news. | 1.00 | $595.00 |
| | MSS | Discussions with board member (.5); discussions with media (.7) ; discussions with Gary Weitman (.6), review and respond to various email (.8) | 2.60 | $2,327.00 |
| | JST | Research for MSS and J. Bates. | 0.30 | $55.50 |
| 9/12/2010 | LMP | Review emails re: ITV article. | 0.30 | $238.50 |
| 9/13/2010 | BDG | Call with MSS, Jeff and client (1); review various materials (.3) | 1.30 | $715.00 |
| | LMP | Conference call with client and MSS (1); emails re: news coverage of BK issues and follow up to same (.3) | 1.30 | $1,033.50 |
| | MSS | Review various materials (.6); participate in conference call with Gary, Jeff, L. Phelps and B. Glicklich (.9); discussions with board member (.4); discussions with media (.6 | 2.50 | $2,237.50 |
| 9/13/2010 | JST | Research for MSS. | 0.30 | $55.50 |
| 9/14/2010 | MSS | Review and respond to email (.5); discussions with board member (.9); discussions and emails with various media (2.2) | 3.60 | $3,222.00 |
| 9/15/2010 | MSS | Review and respond to email (.8); call to media (.4); discussions with Gary (.5); review and comment on note re: news article (1). | 2.70 | $2,416.50 |
| 9/16/2010 | MSS | Multiple conversations and emails re: media with Gary Weitman (3.8); discussions with Randy Michaels, lawyers and individually with Gary (2.8); review various materials (.1); discussions with board member (.6 | 7.30 | $6,533.50 |
| 9/20/2010 | MSS | Review and respond to email (.7); discussion with media and board member (.6) | 1.30 | $1,163.50 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 9/22/2010 | MSS | Discussions with reporter (.4); discussion with reporter and board member (.7); follow up re: same (.3). | 1.40 | $1,253.00 |
| 9/23/2010 | MSS | Follow up with reporter. | 0.30 | $268.50 |
| 9/25/2010 | MSS | Review materials in advance of call with Don (.2); participate in call (.3); review and respond to email from Gary (.2). | 0.70 | $626.50 |
| 9/28/2010 | MSS | Strategy discussion with Gary on media inquiries. | 0.60 | $537.00 |
| 10/1/2010 | MSS | Call with Gary W (.5); review and respond to email (.5); call to Don L (.3) | 1.30 | $1,163.50 |
| 10/4/2010 | MSS | Discussions with Gary Weitman (.9); review and respond to email (.3) | 1.20 | $1,074.00 |
| 10/5/2010 | MSS | Various discussions with Gary (1.2); review and analyze media stories (1); review and respond to email (.5). | 2.70 | $2,416.50 |
| 10/6/2010 | LMP | Review articles on Tribune Co (1.2); research various editorial policies (1.1); provide information to MSS (.4); review and edit draft letter for client to send to media (1); review social media report on pickup of stories (.9) discuss with MSS (.4); Review final draft of letter send by client (.5) | 5.50 | $4,372.50 |
| | MSS | Review and respond to email (.4); review policies on sourcing from various news media (1.6); work on various iterations of letters to media (5.2); discussions with Gary and Jeff (2.1); review various materials (1). | 10.30 | $9,218.50 |
| 10/7/2010 | MSS | Various discussions re: news stories (2.7); work on iterations of letters (4.8) | 7.50 | $6,712.50 |
| 10/8/2010 | MSS | Review letter again, discussion with Gary. | 1.30 | $1,163.50 |
| 10/11/2010 | MSS | Review and respond to email from Gary (1.2); review media column (.2); discussions re: same (.5). | 1.90 | $1,700.50 |
| 10/12/2010 | MSS | Review email from Gary W. | 0.10 | $89.50 |
| 10/13/2010 | MSS | Discussion with Gary W and Jeff Z re: internal Tribune matter. | 0.50 | $447.50 |

|  |  |  |
|---|---|---|
| **SUBTOTAL:** | [115.00 | $85,275.50] |
| **TOTAL TIME CHARGES** | 115.00 | $85,275.50 |

# EXHIBIT C

## EXPENSES

| | Qty/Price | |
|---|---|---|
| **AIRFARE** | | |
| 8/30/2010 American Airlines<br>Date of Travel: Aug. 30, 2010<br>Lew Phelps - LAX/ORD | 1<br>$662.00 | 662.00 |
| Delta Airlines<br>Date of Travel: Aug. 31, 2010<br>Lew Phelps – ORD/LAX | 1<br>$662.00 | 662.00 |
| Delta Airlines<br>Date of Travel: Aug. 31, 2010<br>Michael Sitrick – ORD/LAX | 1<br>$662.00 | 662.00 |
| 8/31/2010 Delta Airlines<br>Date of Travel: Aug. 31, 2010<br>Michael Sitrick – LAX/ORD | 1<br>$326.00 | 326.00 |
| **SUBTOTAL:** | | **[2,312.00]** |
| **CONFERENCE CALLS** | | |
| 9/30/2010 Adigo<br>Invoice: 20101001150691<br>Date of Service: September 2010<br>Lew Phelps | 1<br>$34.15 | 34.15 |
| **SUBTOTAL:** | | **[34.15]** |
| **LODGING** | | |
| 8/30/2010 Expense Report<br>Lewis Phelps<br>8/30/10<br>Intercontinental Hotel - Lewis Phelps | 1<br>$206.57 | 206.57 |
| **SUBTOTAL:** | | **[206.57]** |
| **MEALS** | | |
| 8/30/2010 Expense Report<br>Lewis Phelps<br>8/30/10<br>Intercontinental Hotel - Meals | 1<br>$88.46 | 88.46 |
| Expense Report<br>Lewis Phelps<br>8/30/10<br>United Airlines – Drink | 1<br>$12.00 | 12.00 |
| **SUBTOTAL:** | | **[100.46]** |

### MILEAGE

| | | | |
|---|---|---|---|
| 8/30/2010 | Expense Report<br>Lewis Phelps<br>8/30/10<br>Mileage to Airport | 1<br>$13.50 | 13.50 |

**SUBTOTAL:**                                                           **[13.50]**

### ON-LINE RESEARCH

| | | | |
|---|---|---|---|
| 8/30/2010 | Expense Report<br>Lewis Phelps<br>8/30/10<br>Intercontinental Hotel - Internet | 1<br>$17.95 | 17.95 |

**SUBTOTAL:**                                                           **[17.95]**

### OTHER

| | | | |
|---|---|---|---|
| 8/30/2010 | Expense Report<br>Lewis Phelps<br>8/30/10<br>Intercontinental Hotel - Tips | 1<br>$10.00 | 10.00 |

**SUBTOTAL:**                                                           **[10.00]**

**TOTAL ADDITIONAL CHARGES**                                      **$2,694.63**