## EXHIBIT A

LA/483514.1

# SITRICK AND COMPANY

### INTERIM FEE STATEMENT
For the time period
December 1, 2010 through February 28, 2011

## PROFESSIONAL SERVICES

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 2/1/2011 | MSS | Review email (.2), review materials (.1). | 0.30 | $268.50 |
| 2/2/2011 | MSS | Review email (.2), review materials (.1). | 0.30 | $268.50 |
| 2/3/2011 | MSS | Review email (.1), news clips (.2). | 0.30 | $268.50 |
| **SUBTOTAL:** | | | [0.90 | $805.50] |
| **TOTAL TIME CHARGES** | | | 0.90 | $805.50 |