## EXHIBIT A

LA/483162.1

## Summary of Fee Applications for Compensation Period

|  |  | Total Amount Requested | | Total Amount Approved to Date via Certification of No Objection | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees (@ 80%) | Expenses (@ 100%) | Fees (@ 20%) |
| Filed concurrently herewith | 3/1/11 – 3/31/11 | $2,416.50 | $2,376.00 | $0.00 | $0.00 | $483.30 |
| Filed concurrently herewith | 4/1/11 – 4/30/11 | $1,074.00 | $0.00 | $0.00 | $0.00 | $214.80 |
| None required | 5/1/11 – 5/31/11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total:** | | **$3,490.50** | **$2,376.00** | **$0.00** | **$0.00** | **$698.10** |

3

## EXHIBIT B

LA/483162.1

# SITRICK AND COMPANY

**INTERIM FEE STATEMENT**
**For the time period**
**March 1, 2011 through May 31, 2011**

## PROFESSIONAL SERVICES

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/28/2011 | MSS | Review email (.5), review news clips (.6). | 1.10 | $984.50 |
| 3/29/2011 | MSS | Review email (.2), review news clips (.1); discussion with Gary W. (.2) | 0.50 | $447.50 |
| 3/31/2011 | MSS | Review materials prior to meeting with Gary Weitman (.7); meeting with Gary (.4). | 1.10 | $984.50 |
| 4/13/2011 | MSS | Review news articles (.2), review and respond to email re: inaccuracy in Bloomberg story (.3); follow up re: same (.1). | 0.60 | $537.00 |
| 4/14/2011 | MSS | Review and respond to various emails re: media coverage (.5); corrections, follow up re: same (.1). | 0.60 | $537.00 |
| **SUBTOTAL:** | | | [3.90 | $3,490.50] |
| **TOTAL TIME CHARGES** | | | 3.90 | $3,490.50 |

**<u>EXHIBIT C</u>**

Monthly Fee Statement: October 1, 2010 through October 31, 2010
Page 2 of 2

**EXPENSES**

|  |  | Qty/Price |  |
|---|---|---|---|
| | **OTHER** | | |
| 3/30/2011 | Arent Fox LLP<br>Invoice# 1310850<br>March 2011 | 1<br>$2,376.00 | 2,376.00 |
| | **SUBTOTAL:** | [2,376.00] | |
| | **TOTAL ADDITIONAL CHARGES:** | | **$2,376.00** |