**EXHIBIT A**

# SITRICK AND COMPANY

**MONTHLY FEE STATEMENT**
For the time period
June 1, 2011 through June 30, 2011

## PROFESSIONAL SERVICES

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
| 6/24/2011 | MSS | Review email from Gary Weitman; discussion with Gary on case. | | 0.30 | $268.50 |
| 6/27/2011 | MSS | Review and analyze news coverage; review and respond to email re: same. | | 0.20 | $179.00 |
| 6/28/2011 | MSS | Review and respond to emails; review and analyze news articles. | | 0.30 | $268.50 |
| | **SUBTOTAL:** | | | [0.80 | $716.00] |
| | **TOTAL TIME CHARGES** | | | 0.80 | $716.00 |

**EXHIBIT B**

LA/499742.1

# SITRICK AND COMPANY

## MONTHLY FEE STATEMENT
### For the time period
### June 1, 2011 through June 30, 2011

### EXPENSES

Qty/Price

**POSTAGE AND DELIVERY**

| Date | Description | Qty/Price | Amount |
|---|---|---|---|
| 6/30/2011 | FedEx<br>Invoice Number: 7-555-46938<br>Date of Service: 06/24/2011<br>Sitrick And Company to Brenda Adrian | 1<br>$30.58 | 30.58 |

**SUBTOTAL:** [30.58]

**TOTAL ADDITIONAL CHARGES:** $30.58