## EXHIBIT A

## Summary of Fee Applications for Compensation Period

| Date Filed | Period Covered | Total Amount Requested | | Total Amount Approved to Date via Certification of No Objection | | Holdback Fees Requested |
| | | Fees | Expenses | Fees (@ 80%) | Expenses (@ 100%) | Fees (@ 20%) |
|---|---|---|---|---|---|---|
| Filed concurrently herewith | 6/1/11 – 6/30/11 | $716.00 | $30.58 | $0.00 | $0.00 | $143.20 |
| Not filed as no fees were incurred | 7/1/11 – 7/33/11 | $0.00 | $176.00 | $0.00 | $0.00 | $0.00 |
| Not filed as no fees were incurred | 8/1/11 – 8/31/11 | $0.00 | $579.49 | $0.00 | $0.00 | $0.00 |
| **Total:** | | **$716.00** | **$786.07** | **$0.00** | **$0.00** | **$143.20** |

3

**EXHIBIT B**

# SITRICK AND COMPANY

**INTERIM FEE STATEMENT**
**For the time period**
**June 1, 2011 through August 31, 2011**

## PROFESSIONAL SERVICES

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/24/2011 | MSS | Review email from Gary Weitman; discussion with Gary on case. | 0.30 | $268.50 |
| 6/27/2011 | MSS | Review and analyze news coverage; review and respond to email re: same. | 0.20 | $179.00 |
| 6/28/2011 | MSS | Review and respond to emails; review and analyze news articles. | 0.30 | $268.50 |
| **SUBTOTAL:** | | | **[0.80** | **$716.00]** |
| **TOTAL TIME CHARGES** | | | **0.80** | **$716.00** |

# EXHIBIT C

## EXPENSES

| | | Qty/Price | |
|---|---|---|---|
| | **OTHER** | | |
| 7/31/2011 | Arent Fox LLP<br>Invoice# 1327665<br>June 2011 | 1<br>$176.00 | 176.00 |
| 8/27/2011 | Arent Fox LLP<br>Invoice# 1332570<br>July 2011 | 1<br>$579.49 | 579.49 |
| | **SUBTOTAL:** | | **[755.49]** |
| | **POSTAGE AND DELIVERY** | | |
| 6/30/2011 | FedEx<br>Invoice Number: 7-555-46938<br>Date of Service: 06/24/2011<br>Sitrick And Company to Brenda Adrian | 1<br>$30.58 | 30.58 |
| | **SUBTOTAL:** | | **[30.58]** |
| | **TOTAL ADDITIONAL CHARGES** | | **$786.07** |