## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------
In re:                              )   Chapter 11
                                    )
TRIBUNE COMPANY, et al.,            )   Case No. 08-13141 (KJC)
                                    )
            Debtor.                 )   Jointly Administered
                                    )
-----------------------------------------
```

### NOTICE OF APPEARANCE
### AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Rosenthal, Monhait & Goddess, P.A. hereby

appears as Delaware counsel and Entwistle & Cappucci LLP hereby appears as principal

counsel, in the above-captioned case, on behalf of the individuals and entities on the attached

*Schedule A* ("Gabelli Entities") and pursuant to Sections 342(a) and 1109(b) of the Bankruptcy

Code, 11 U.S.C. §§ 342(a) and 1109(b), and Federal Rules of Bankruptcy Procedure 2002 and

9010, requests that all notices and all papers served in this case be given to and served upon:

Norman M. Monhait, Esquire
ROSENTHAL, MONHAIT & GODDESS, PA
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, Delaware 19899
Telephone:  (302) 656-4433
Facsimile:  (302) 658-7567
E-mail:  nmonhait@rmgglaw.com

- and -

Vincent R. Cappucci, Esquire
Jordan A. Cortez, Esquire
ENTWISTLE & CAPPUCCI LLP
280 Park Avenue, 26th Floor West
New York, New York 10017
Telephone:  (212) 894-7200
Facsimile:  (212) 894-7272
E-mail:  vcappucci@entwistle-law.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the

notices and papers specifically referred to in the Bankruptcy Rules and Bankruptcy Code

provisions specified above, but also includes, without limitation, any and all notices, motions,

applications, orders, petitions, pleadings, requests, complaints, demands, statements, certificates,

affidavits, exhibits, reports, or schedules, whether formal or informal, and whether transmitted or

conveyed by mail, courier, hand-delivery, telephone, facsimile, electronic mail, or otherwise.

Dated:  October 18, 2011

Respectfully submitted,

Norman M. Monhait, Esquire (DE 1040)
ROSENTHAL, MONHAIT & GODDESS, PA
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, Delaware 19899
Telephone:  (302) 656-4433
Facsimile:  (302) 658-7567
E-mail:  nmonhait@rmgglaw.com

and

Vincent R. Cappucci, Esquire
Jordan A. Cortez, Esquire
ENTWISTLE & CAPPUCCI LLP
280 Park Avenue, 26th Floor West
New York, New York 10017
Telephone:  (212) 894-7200
Facsimile:  (212) 894-7272
E-mail:  vcappucci@entwistle-law.com

*Attorneys for the Gabelli Entities*

# SCHEDULE A

AAUN Endowment Fund Inc., GAMCO Account
Abby D Pratt Trust 1997 U/A 11/17/97, Managed By Gabelli
Allison, Simin N Gabelli Mid Cap Value
Aqua America-Gabelli Asset Management
Assumption Seminary Endowment Holding Funds GAMCO
Bedford First Unitarian Church New Consolidate Endowment Fund
Blee Robert Mkt: Gabelli GAMCO
Brian Vaillancourt 2006 Revoc DTD 11/15/06 MKT: Gabelli GAMCO
Britton Timothy C Pledged TO ML Lender GAMCO C/O Advisory Services Inc.
CBS Master Trust
Chan, Mr. Clinton, Gabelli Asset Management Company
Charles R Shoemate 2006 Trust Gabelli
Clarke John and Margaret Clarke JTWROS Gabelli
Community Loan Fund of NJ Inc. Gabelli ACV
Conair Corporation
Cramer, Mr. Cliffords, GAMCO Account
Crate Nocatee-Manatee Company Ltd. A Partnership PAS/Gabelli
Ehrhart, John H., Gabelli Managed Account
Enco Materials Inc. Pension Plan Trust 03/06/1964 Thomas E. Potts Jr. TTEE, Gabelli Managed
EQ Advisors Trust - EQ/GAMCO
First Unitarian CH New Bedford Consolidate Endowment Fund Gabelli Socially Responsible
Fordham University
Foss L. Theodore, Managed By Gabelli SRI Value
Francesco Jerry M and Lucille M Francesco JTWROS, Managed By Gabelli
Francesco Jerry M Lucille M Francesco JTWROS, Managed By Gabelli
William E. Babcox TTEE Trust U/A DTD 09/23/1994 Gabelli
Gabelli Asset Management, Inc.
Gabelli Asset Management Company
Gabelli Associates Fund
Gabelli Associates Limited C/O Fortis FD SVCS Cayman Ltd.
Gabelli AVG Price 1 Gabelli & Company Inc.
Gabelli AVG Price 2 Gabelli & Company Inc.
Gabelli Capital Series Funds Inc.
Gabelli & Company, Inc.
Gabelli Equity Series Funds Inc.
Gabelli Funds Inc. (Gabelli ABC Fund)
Gabelli Funds Inc. (Gabelli Funds Inc)
Gabelli Funds Inc. (Gabelli)
Gabelli Funds Inc. (The Gabelli Asset Fund)
Gabelli Funds Inc. (The Gabelli Equity Inc FD)
Gabelli Funds Inc. (The Gabelli Global Multimed TR)
Gabelli Funds LLC Bruce N Alpert Ceo
Gabelli Investor Funds Inc.
Gabelli Multimedia Part LP
Gabelli Performance Partnership
Gabelli Value Fund Inc.
Gabelli Cap-Mont LP - A Partnership Richard Donahue
Grantor Trust TTEE Elisa Gabelli Trust UA DTD 00/00/00
Grantor Trust TTEE Mathew Gabelli Trust UA DTD 00/00/00
GAMCO Long Beach Medical Center Pension Plan U/A/D 1/1/87 Barry Stern CFO
GAMCO The Komanoff Center Pension Plan U/A/D 1/1/87 Barry Stern CFO
GAMCO Asset Management Inc., Douglas R. Jamieson, President
GAMCO Investors Inc.

Golombek Leonard H CGM IRA Custodian Gabelli
Harrah John A. David Cox TTEES John A. Harrah Charit Remain Trust UAD 09/06/95 - Gabelli
Hofmann Bruno Gabelli US Portfolio
Institute Webb Gabelli - R.C. Olsen Jr.
Ironworkers-Laborers Pension Plan Of Cumberland MD UAD 8/1/1965 (Gabelli)
Irsay James S SIAP Gabelli Managed Acct
Irving Jeffrey A Gabelli Asset Management
Jeffry F Rubin Et Al TTEES Abington Orthopaedic SPEC PC RET PL DTD 5/1/80 Gabelli Portfolio
Johnson, Richard P., Gabelli Asset Management
Joseph C Connors TTEE U/A DTD 02/08/2005 Joseph C Connors Revocable Trust - Gabelli
Kuster Don IMS/Gabelli
Lazar Janet, Gabelli Asset Management, Inc.
Leonette Foundation, Gabelli Account
Long Beach Medical Center TTE Douglas Melzer GAMCO
Mackler Stephen Gabelli
Marshfield Clinic Master Trust
Merrill Lynch Trust Company TTEE FBO Ulbrich Stainless Steels Salaried/Spa Gabelli
Mid Atlantic SEC Partnership A Partnership (GAMCO) MAFM General Partner
MLPF& S CUST FPO Orestes J Mihaly IRRA FBO Orestes J Mihaly Gabelli Asset Mgmt
Moore David J Pledged TO ML Lender Gabelli
Nappi Karyn GAMCO Investors, Inc.
Nappi Karen Gabelli & Company, Inc.
Nappi Karen M. Gabelli Asset Management Company
Nelson Robert B CGM IRA Rollover Custodian GAMCO-Value Equity
New Century Partners LP C/O Gabelli & Company, Inc.
Norsic Jr. Emil R. and Rene L. De Benedette JTWROS Gabelli Asset Management Co.
O'Donnell Janet CGM IRA Custodian -GAMCO Investors, Inc.
Oliver Sprinkler Co. Inc. PSP David Oliver & Richard Oliver TTEES U/A DTD 7/31/74 - Gabelli
Pring Lordes, GAMCO Investors, Inc.
RAJ Associates Family Limited Partnership Pledged TO ML Lender Gabelli Asset Mgmt
RB&W/GAMCO, Elizabeth Boris
RCCI Management LLC Gabelli Asset Management Co Pledged TO ML Lender
Scanlon Edward Leo and Andree Scanlon TIC, Gabelli Managed
Sena Vick TTEE FBO Thomas J. Vick Family TRUS U/A/D 09-07-2004 Gabelli Account
Shane Martha P MKT: Gabelli GAMCO
Silverstein - Gabelli Ronnie Custodian
Sisters of the Resurrection, Gabelli Portfolio, Mount St. Joseph
Sulick Peter, GAMCO Account
The Hall-Perrine Foundation, GAMCO Account
The Komanoff Center for Geriat TTE Douglas Melzer, GAMCO Account
The Gabelli Asset Fund
The Gabelli Dividend & Income Trust
The Gabelli Equity Trust Inc.
The Gabelli Global Deal Fund
The Gabelli Global Multimedia Trust Inc.
The Gabelli Healthcare & Wellness Trust
The Gabelli Value Fund Inc.
Tofalli, Kimberly and Christopher, Tofalli, JT TEN MKT: Gabelli GAMCO
Trimark Associates LLC, Gabelli Asset Management, Inc.
University Of Alabama Health Services Foundation Deferred Compensation Account GAMCO Investors, Inc.
Suggest III
Vincent Camuto Gabelli Value Vincent Camuto
Wallman Richard F and Amy Wallman ATBE Gabelli
Wheeler Jr. R Channing Robert Channing Wheeler TTEE R Channing Wheeler Jr. 2005 REV TR U/A DTD
01/12/2006 MKT: Gabelli Asset Management, Inc.
Young, Shirley C/O Shirley Young Associates, Gabelli Managed Account