## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | **Chapter 11** |
| **TRIBUNE COMPANY, <u>et al.</u>,**[1] | **Case No. 08-13141 (KJC)** |
| Debtors. | **Jointly Administered** |
| | **Ref. Docket No. 9999** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK ) 
) ss.: 
COUNTY OF NEW YORK )

ELENI MANNERS, being duly sworn, deposes and says:

1.  I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On October 17, 2011, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on October 19, 2011 at 2:00 P.M. Before the Honorable Kevin J. Carey," dated October 17, 2011 [Docket No. 9999], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

   c. delivered via facsimile to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Eleni Manners

Sworn to before me this
19th day of October, 2011

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| 6M BUILDERS | 1183 WENTWORTH ROAD YORK PA 17408 |
| ARMSTEAD, BLISSE | 225 REFLECTION DRIVE WILLIAMSBURG VA 23188 |
| BIRDWELL, JERRELL | 14 DAIRY GAP ROAD ASHEVILLE NC 28804 |
| BROOK, CAROL A | 1453 W WINONA STREET CHICAGO IL 60640 |
| BROWN, JEROLENE | 3054 JOLLY POND ROAD WILLIAMSBURG VA 23188 |
| CHERNOK, ELINOR | 68 THEODORE DRIVE CORAM NY 11727 |
| COMMONWEALTH OF PENNSYLVANIA | DEPARTMENT OF REVENUE BUREAU OF COMPLIANCE PO BOX 280946 HARRISBURG PA 17128-0946 |
| DEPARTMENT OF THE TREASURY - IRS | INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA PA 19114 |
| ENTERCOM COMMUNICATION - SAN FRANCISCO | 201 THIRD STREET, 12TH FLOOR SAN FRANCISCO CA 94103 |
| FEDEX CUSTOMER INFORMATION SERVICE | AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE REVENUE/BANKRUPTCY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS TN 38116 |
| GALAUSKAS, JAMES | 14 N ORCHARD ROUND LAKE IL 60073 |
| HERMAN, ROBIN | 770 29TH ST APT 717 BOULDER CO 80303-2342 |
| HONORWAY INVESTMENT CORPORATION | RE: SAN FRANCISCO 388 MARKET 388 MARKET STREET SUITE 1568 SAN FRANCISCO CA 94111 |
| KIFM-FM | C/O SZABO ASSOCAITES, INC. 3355 LENOX ROAD NE, 9TH FL ATLANTA GA 30326 |
| KSAN, KFOG, KNBR RADIO | 55 HAWTHORNE ST., 10TH FLOOR SAN FRANCISCO CA 94105 |
| KVTO-AM | ATTN: ACCOUNTING 55 HAWTHORNE ST., STE 900 SAN FRANCISCO CA 94105 |
| LEXINGTON GROUP, INC. | 380 UNION ST. WEST SPRINGFIELD MA 01089 |
| NEW YORK STATE DEPARTMENT OF TAXATION | AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 |
| OREGON DEPARTMENT OF REVENUE | MARIA E. ROYSTON, BANKRUPTCY REVENUE BUILDING 955 CENTER STREET NE SALEM OR 97301-2555 |
| PRESSROOM SOLUTIONS INC | 3700 W 7TH ST FORT WORTH TX 76107-2536 |
| PRUDENTIAL JA&A | 8687 MELROSE AVE STE NO.B-110 LOS ANGELES CA 90069 |
| PRUDENTIAL JA&A | 23925 PARK SORRENTO CALABASAS CA 91302 |
| PRUDENTIAL JA&A | 16810 VENTURA BLVD. ENCINO CA 91436 |
| SCHETTINO, MACARIO | BELLSARIO DOMINGUEZ 48 COL VILLA COYOACAN DF MEXICO 4000 |
| SONY PICTURES TELEVISION INC. | KATHLEEN HALLINAN, ESQ. 10202 WEST WASHINGTON BOULEVARD CULVER CITY CA 90232-3195 |
| UNIVISION COMMUNICATIONS INC. | MELISSA LOPEZ 1777 NE LOOP 410, SUITE 400 SAN ANTONIO TX 78217 |
| WCCC | 1039 ASYLUM AVE BOYD ARNOLD HARTFORD CT 61052432 |
| ZERWEKH, JAMES D | 401 CLEARWATER DR PONTE VEDRA FL 32082-4176 |

**Total Creditor count  28**

| Claim Name | Address Information |
|---|---|
| BRINK, JENNY L. | STONERIDGE RETIREMENT CENTER 186 JERRY BROWNE ROAD, UNIT # 5406 MYSTIC CT 06355 |
| BUCKINGHAM, JIM J | CUST JUSTIN BUCKINGHAM UTMA OH 2600 SPRINGMILL RD FINDLAY OH 45840-2860 |
| CASTELLUZZO, RENEE | 728 W. JACKSON BLVD #1205 CHICAGO IL 60661 |
| CHASE, PETER | 2555 N. CLARK STREET , #1006 CHICAGO IL 60614 |
| CITY OF NORWALK | TAX COLLECTOR 125 EAST AVENUE NORWALK CT 06851 |
| GIORDANO, THOMAS | 146 HIGH ST APT 110 MILFORD CT 06460 |
| HARRIS COUNTY | TREASURER 1001 PRESTON        STE 652 HOUSTON TX 77002 |
| JAMESON REALTY GROUP | 425 W NORTH AVE CHICAGO IL 60610-1139 |
| KEMPSTER, NORMAN | 7505 DEMOCRACY BLVD APT 114 BETHESDA MD 20817 |
| LOCHRIDGE, MICHAEL W | 782 SWAYING PALM DRIVE APOPKA FL 32712 |
| MCCANCE, VICKI J | PO BOX 81284 SIMPSONVILLE SC 29680-0022 |
| MCGUIRE, MARK E. | 519 ORCHARD LANE WINNETKA IL 60093 |
| OHIO DEPARTMENT OF TAXATION | BANKRUPTCY DIVISION P.O. BOX 530 COLUMBUS OH 43216 |
| RICE, CARL | 615 PARKWOOD AVE PARK RIDGE IL 60068-2229 |
| WAL-MART STORES, INC. | C/O CHARLES B. HENDRICKS CAVAZOS, HENDRICKS, POIROT & SMITHAM, PC 900 JACKSON ST., STE 570 – FOUNDERS SQ DALLAS TX 75202-4425 |

**Total Creditor count  15**

**TRB AGENDA 10-17-11**
Marbury L. von Briesen
401 Plumbridge Court
Timonium, MD 21093-8125

**TRB AGENDA 10-17-11**
Carol Hoeme Walker
3561 W. Hemlock
Oxnard, CA 93035

**TRB AGENDA 10-17-11**
Mr Herbert E. Eye
HC 72 Box 36
Franklin, WV 26807

**TRB AGENDA 10-17-11**
Stephen K. Gallagher. Esq.
Kristen E. Burgers, Esq.
Venable LLP
8010 towers Crescent Drive, Suite 300
Vienna, VA 22182

**TRB AGENDA 10-17-11**
Chuck Jackson, Esquire
Morgan Lewis & Bockius LLP
77 West Wacker Drive, Suite 745
Chicago, IL 60601-5094

**TRB AGENDA 10-17-11**
Ray Renzer, Esquire
Barack Ferrazzano
200 W Madison St., Suite 3900
Chicago, IL 60606-3459

**TRB AGENDA 10-17-11**
Michael Schloss Counsel for Financial Litigation
U.S. Department of Labor
Office of the Solicitor
Plan Benefits Security Division
P.O. Box 1914
Washington, D.C.  20013

**TRB AGENDA 10-17-11**
Dan Feinberg, Esquire
Lewis, Feinberg, Lee, Renaker &
 Jackson, P.C.
476 - 9th Street
Oakland, CA 94607

**TRB AGENDA 10-17-11**
Michael M. Mulder, Esquire
Meites Mulder & Glink
321 South Plymouth Court, Suite 1250
Chicago, IL  60604

**TRB AGENDA 10-17-11**
David J Bradford, Esquire
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456

**TRB AGENDA 10-17-11**
Brownyn DeWitt
Federal Insurance Company / Chubb Group of
Insurance Companies
15 Mountain View Road
Warren, NJ  07059

**TRB AGENDA 10-17-11**
Daniel C. Lynch
U.S. Specialty Insurance Company / HCC
Global Financial Products
8 Forest Park Drive
PO Box 4018
Farmington, CT 06034

**TRB AGENDA 10-17-11**
Mary Catherine Martin, Esquire
Wiley Rein
1776 K Street NW
Washington, D.C.  20006

**TRB AGENDA 10-17-11**
George Carver
St. Paul Mercury Insurance Company / St.
Paul Travelers, Inc.
385 Washington Street,
St. Paul, MN 55102-1296

**TRB AGENDA 10-17-11**
Doug Noah, Esquire
Wilson Elser
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, TX  75202-3758

**TRB AGENDA 10-17-11**
Chartis
Attention: Jessica Lermond, Complex
 Claim Director
175 Water Street
New York, NY 10038

**TRB AGENDA 10-17-11**
Doug Hinson, Esquire
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

**TRB AGENDA 10-17-11**
Joseph A. Bailey, III, Esquire
Drinker Biddle & Reath LLP
1500 K Street, N.W.
Washington, D.C.  20005-1209

**TRB AGENDA 10-17-11**
Yonatan Gelblum, Esquire
Trial Attorney, Tax Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 227
Washington, D.C. 20044

**TRB AGENDA 10-17-11**
Mr. Robby S. Wells
P.O. Box 345
Saunemin, IL  61769

**TRB AGENDA 10-17-11**
Mr. Robert Wells
54 Center Street
Saunemin, IL  61769-0345

**EXHIBIT B**

**Email Address**

ams@saccullolegal.com
bdewitt@chubb.com
charles.jackson@morganlewis.com
chriseyec@aol.com
dbradford@jenner.com
ddavidson@morganlewis.com
dfeinberg@lewisfeinberg.com
dlynch@hcc-global.com
Doug.Hinson@alston.com
douglas.noah@wilsonelser.com
dsondgeroth@jenner.com
GCARVER@travelers.com
gerson.leonard@dol.gov
ggsmith@chubb.com
goldberg.elizabeth@dol.gov
henri.christine@dol.gov
Jessica.Lermond@chartisinsurance.com
john.hockenbury@dbr.com
joseph.bailey@dbr.com
keburgers@venable.com
kmelvin@wileyrein.com
kovach@saccullolegal.com
Leonhardt@teamrosner.com
mmartin@wileyrein.com
mmmulder@mmmglaw.com
mvbbvb@comcast.net
Peter.N.Scharff@irscounsel.treas.gov
RAY.REZNER@bfkn.com
ronald.rowland@rmsna.com
rosner@teamrosner.com
schloss.michael@dol.gov
skgallagher@venable.com
stevewalkergolf@gmail.com
Vincent.ansiaux@wilsonnelser.com
Yonatan.Gelblum@usdoj.gov

**EXHIBIT C**

| **Name** | **Fax** |
|---|---|
| A.M. Saccullo Legal, LLC  Attn: Anthony M Saccullo | 302-836-8787 |
| A.M. Saccullo Legal, LLC  Attn: Thomas H Kovach | 302-836-8787 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: Abid Qureshi | 212-872-1002 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: Daniel H Golden | 212-872-1002 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: David M Zensky | 212-872-1002 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: Deborah J Newman | 212-872-1002 |
| AlixPartners, LLP  Attn: Alan D. Holtz | 212-490-1344 |
| Alston & Bird  Attn: H.Douglas Hinson | 404-253-8663 |
| Alston & Bird  Attn: Leslie Salcedo | 212-210-9444 |
| Alvarez & Marsal North America LLC  Attn: Brian Whittman | 312-803-1875 |
| Alvarez & Marsal North America LLC  Attn: Matthew Frank | 312-277-7562 |
| Archer & Greiner, P.C.  Attn: Charles J Brown | 302-777-4352 |
| Archer & Greiner, P.C.  Attn: John V Fiorella | 302-777-4352 |
| Ashby & Geddes, P.A.  Attn: Amanda M Winfree | 302-654-2067 |
| Ashby & Geddes, P.A.  Attn: Karen B Skomorucha | 302-654-2067 |
| Ashby & Geddes, P.A.  Attn: William Bowden | 302-654-2067 |
| Ballard Spahr LLP  Attn: Christopher S Chow | 302-252-4466 |
| Ballard Spahr LLP  Attn: Leslie C Heilman | 302-252-4466 |
| Barack Ferrazzano  Attn: Ray Renzer | 312984-3150 |
| Barnes & Thornburg LLP  Attn: David M Powell | 317-231-7433 |
| Bayard, P.A.  Attn: Justin R Alberto | 302-658-6395 |
| Bifferato Gentilotti LLC  Attn: Garvan F McDaniel | 302-429-8600 |
| Bifferato LLC  Attn: Ian Connor Bifferato | 302-254-5383 |
| Bifferato LLC  Attn: J Zachary Haupt | 302-254-5383 |
| Bifferato LLC  Attn: Kevin G Collins | 302-254-5383 |
| Bifferato LLC  Attn: Thomas F Driscoll | 302-254-5383 |
| Blank Rome LLP  Attn: David W Carickhoff | 302-425-6464 |
| Brown Rudnick LLP  Attn: Gordon Z Novod | 212-209-4801 |
| Brown Rudnick LLP  Attn: Martin S Siegel | 212-209-4801 |
| Brown Rudnick LLP  Attn: Robert J Stark | 212-209-4801 |
| Brown Stone Nimeroff LLC  Attn: Jami B Nimeroff | 302-351-2744 |
| Burke, Warren, MacKay & Serritella, PC  Attn: Edward J. Lesniak | 312-840-7900 |
| Chadbourne & Parke LLP  Attn: David M LeMay | 212-541-5369 |
| Chadbourne & Parke LLP  Attn: Douglas E Deutsche | 212-541-5369 |
| Chadbourne & Parke LLP  Attn: Howard Seife | 212-541-5369 |
| Chartis  Attn: Jessica Lermond | 212-458-7081 |
| City of Chicago; Dept. of Law  Attn: Esther Tryban Telser | 312-744-6798 |
| City of Chicago; Dept. of Law  Attn: Esther Tryban Telser | 312-744-3832 |
| Cooch and Taylor, P.A.  Attn: Susan E Kaufman | 302-984-3939 |
| Cotchett, Pitre & McCarthy  Attn: Joseph W. Cotchett | 650-697-0577 |
| Cotchett, Pitre & McCarthy  Attn: Philip L. Gregory | 650-697-0577 |
| Cozen O'Connor  Attn: Mark E Felger | 302-295-2013 |
| Cross & Simon, LLC  Attn: Christopher P Simon | 302-777-4224 |
| Cross & Simon, LLC  Attn: Joseph Grey | 302-777-4224 |
| Daniel J. Edelman, Inc.  Attn: Jeffrey R. Zilka | 312-240-2905 |
| Davis Polk & Wardwell  Attn: Dennis E Glazer | 212-607-7999 |
| Davis Polk & Wardwell  Attn: Elliot Moskowitz | 212-607-7999 |
| Davis Polk & Wardwell  Attn: Michael Russano | 212-607-7999 |
| Dewey & Leboeuf LLP  Attn: Bruce Bennett | 213-621-6100 |

| **Name** | **Fax** |
|---|---|
| Dewey & Leboeuf LLP  Attn: James O Johnston | 213-621-6100 |
| Dewey & Leboeuf LLP  Attn: Joshua M Mester | 213-621-6100 |
| DLA Piper LLP (US)  Attn: Michelle E. Marino | 302-394-2341 |
| DLA Piper LLP (US)  Attn: R.Craig Martin | 302-394-2341 |
| DLA Piper LLP (US)  Attn: Stuart M Brown | 302-394-2341 |
| Dow Lohnes PLLC  Attn: Chrestopher L. Meazell | 770-730-6188 |
| Drinker Biddle & Reath LLP  Attn: Joseph A. Bailey, III | 202-842-8465 |
| Duane Morris LLP  Attn: Lawrence J Kotler | 302-657-4901 |
| Duane Morris LLP  Attn: Michael R Lastowski | 302-657-4901 |
| Duane Morris LLP  Attn: Richard W Riley | 302-657-4901 |
| Duane Morris LLP  Attn: Sommer L Ross | 302-657-4901 |
| Eckert Seamans Cherin & Mellott, LLC  Attn: Tara L Lattomus | 302-425-0432 |
| Eckert, Seamans, Cherin & Mellott, LLC | 302-425-0432 |
| Elliott Greenleaf  Attn: William M Kelleher | 302-656-3714 |
| Elliott Greenleaf  Attn: William M Kelleher | 302-384-9399 |
| Federal Insurance Company/Chubb Group of Insurance Companies  Attn: Brownyn DeWitt | 860-676-3027 |
| Fox Rothschild LLP  Attn: Jeffrey M Schlerf | 302-656-8920 |
| Fox Rothschild LLP  Attn: John H Strock | 302-656-8920 |
| Freeborn & Peters, LLP  Attn: Aaron L. Hammer | 312-360-6995 |
| Friedman Kaplan Seiler & Adelman LLP  Attn: Edward A Friedman | 212-833-1250 |
| Friedman Kaplan Seiler & Adelman LLP  Attn: William P Weintraub | 212-833-1250 |
| GE Capital Fleet Services  Attn: Aaron N Chapin | 312-207-6400 |
| Greenberg Traurig, LLP  Attn: Dennis A Meloro | 302-661-7360 |
| Hiller & Arban, LLC  Attn: Adam Hiller | 302-442-7045 |
| Jenner & Block LLP  Attn: Andrew W. Vail | 312-527-0484 |
| Jenner & Block LLP  Attn: Catherine L. Steege | 312-527-0484 |
| Jenner & Block LLP  Attn: David J. Bradford | 312-527-0484 |
| Jenner & Block LLP  Attn: Landon S. Raiford | 312-840-8763 |
| K&L Gates LLP  Attn: Jeffrey N. Rich | 212-536-3901 |
| Kasowitz, Benson, Torres & Friedman LLP  Attn: Andrew K Glenn | 212-506-1800 |
| Kasowitz, Benson, Torres & Friedman LLP  Attn: David S Rosner | 212-506-1800 |
| Kasowitz, Benson, Torres & Friedman LLP  Attn: Sheron Korpus | 212-506-1800 |
| Kaye Scholer LLP  Attn: Jane W Parver | 212-836-6525 |
| Kaye Scholer LLP  Attn: Joseph W Drayton | 212-836-6525 |
| Kaye Scholer LLP  Attn: Madlyn Gleich Primoff | 212-836-6525 |
| Klehr Harrison Harvey Branzburg LLP  Attn: Michael W Yurkewicz | 302-426-9193 |
| Landis Rath & Cobb LLP  Attn: Adam G Landis | 302-467-4450 |
| Landis Rath & Cobb LLP  Attn: Matthew B McGuire | 302-467-4450 |
| Lazard Freres & Co. LLC  Attn: Bradley Dunn | 212-332-1757 |
| Lerman Senter, PLLC  Attn: Meredith S Senter Jr | 202-429-4618 |
| Lerman Senter, PLLC  Attn: Sally A Buckman | 202-429-4618 |
| Lewis, Feinberg, Lee, et al.  Attn: Angela K. Jongco | 510-839-7839 |
| Lewis, Feinberg, Lee, et al.  Attn: Daniel Feinberg | 510-839-7839 |
| Lewis, Feinberg, Lee, et al.  Attn: Nina Wasow | 510-839-7839 |
| Lewis, Feinberg, Lee, et al.  Attn: Todd Jackson | 510-839-7839 |
| Loizides, P.A.  Attn: Christopher D Loizides | 302-654-0728 |
| Margolis Edelstein  Attn: James E Huggett | 302-888-1119 |
| Mayer Brown LLP  Attn: Amit K Trehan | 212-262-1910 |
| Mayer Brown LLP  Attn: Barbara Yan | 212-262-1910 |

| **Name** | **Fax** |
|---|---|
| Mayer Brown LLP  Attn: Brian Trust | 212-262-1910 |
| Mayer Brown LLP  Attn: Frederick D Hyman | 212-262-1910 |
| McCarter & English, LLP  Attn: David Adler | 212-609-6921 |
| McCarter & English, LLP  Attn: Katherine L Mayer | 302-984-6399 |
| McDermott Will & Emery  Attn: Jared Zajac | 212-547-5444 |
| Meites, Mulder, Mollica & Glink  Attn: Michael M. Mulder | 312-263-2942 |
| Meites, Mulder, Mollica & Glink  Attn: Paul W. Mollica | 312-263-2942 |
| Meites, Mulder, Mollica & Glink  Attn: Thomas R. Meites | 312-263-2942 |
| Milbank, Tweed, Hadley & McCloy LLP  Attn: Alan J. Stone | 212-822-5285 |
| Milbank, Tweed, Hadley & McCloy LLP  Attn: Sarah A. Sulkowski | 202-263-7586 |
| Moelis & Company LLC  Attn: Jens Olson | 212-880-4260 |
| Moelis & Company LLC  Attn: Sandhya Sistla | 212-880-4260 |
| Monzack Mersky McLaughlin & Browder, P.A.  Attn: Rachel B Mersky | 302-656-2769 |
| Morgan, Lewis & Bockius LLP  Attn: Charles C. Jackson | 312-324-1001 |
| Morgan, Lewis & Bockius LLP  Attn: Colm F Connolly | 302-574-3001 |
| Morgan, Lewis & Bockius LLP  Attn: Menachem O. Zelmanovitz | 212-309-6001 |
| Morgan, Lewis & Bockius LLP  Attn: Theodore M. Becker | 312-324-1001 |
| Morris, Nichols, Arsht & Tunnell LLP  Attn: Curtis S Miller | 302-658-3989 |
| Morris, Nichols, Arsht & Tunnell LLP  Attn: Derek C Abbott | 302-658-3989 |
| O'Melveny & Myers LLP  Attn: Bradley Butwin | 212-326-2061 |
| O'Melveny & Myers LLP  Attn: Daniel S Shamah | 212-326-2061 |
| O'Melveny & Myers LLP  Attn: Evan M Jones | 213-430-6407 |
| Office of the United States Trustee  Attn: David M Klauder | 302-573-6497 |
| Pachulski Stang Ziehl & Jones LLP  Attn: Laura Davis Jones | 302-652-4400 |
| Pachulski Stang Ziehl & Jones LLP  Attn: Timothy P Cairns | 302-652-4400 |
| Paul Hastings LLP  Attn: Katie A. Traxler | 213-627-0705 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP  Attn: Joseph L Christensen | 302-655-4420 |
| Paul, Weiss, Rifkind,Wharton & Garrison LLP  Attn: Andrew Gorden | 212-492-0543 |
| Paul, Weiss, Rifkind,Wharton & Garrison LLP  Attn: Stephen J Shimshak | 212-757-3990 |
| Pepper Hamilton LLP  Attn: David B Stratton | 302-421-8390 |
| Pepper Hamilton LLP  Attn: John H Schanne II | 302-421-8390 |
| Phillips, Goldman & Spence, P.A.  Attn: John C Phillips | 302-655-4210 |
| Pinckney, Harris & Weidinger, LLC  Attn: Donna Harris | 302-442-7046 |
| Polsinelli Shughart PC  Attn: Christopher A Ward | 302-252-0921 |
| Potter Anderson & Corroon LLP  Attn: Laurie Silverstein | 302-658-1192 |
| PricewaterhouseCoopers LLP  Attn: Shonda M. Finseth | 813-637-4271 |
| PricewaterhouseCoopers LLP  Attn: William T. England | 813-637-4271 |
| Proskauer Rose LLP  Attn: Stephen L. Ratner | 212-969-2900 |
| Receivable Management Services Corporation  Attn: Ronald L Rowland | 410-242-4218 |
| Reed Smith LLP  Attn: J.Cory Falgowski | 302-778-7575 |
| Richards, Layton & Finger, P.A.  Attn: Mark D Collins | 302-498-7531 |
| Richards, Layton & Finger, P.A.  Attn: Mark D Collins | 302-651-7701 |
| Richards, Layton & Finger, P.A.  Attn: Robert J Stern Jr | 302-498-7531 |
| Richards, Layton & Finger, P.A.  Attn: Robert J Stern Jr | 302-651-7701 |
| Seitz, van Ogtrop & Green, P.A.  Attn: R Karl Hill | 302-888-0606 |
| Seyfarth Shaw LLP  Attn: Jennifer M. McManus | 312-460-7360 |
| Seyfarth Shaw LLP  Attn: Jeremy Sherman | 312-460-7360 |
| Sidley Austin LLP  Attn:  Bryan Krakauer | 312-853-7036 |
| Sidley Austin LLP  Attn: James F Conlan | 312-853-7036 |

| Name | Fax |
|------|-----|
| Sidley Austin LLP  Attn: Jillian K. Ludwig | 312-853-7036 |
| Sidley Austin LLP  Attn: Kenneth P. Kansa | 312-853-7036 |
| Sidley Austin LLP  Attn: Kevin T Lantry | 213-896-6600 |
| Silverman McDonald & Friedman  Attn: Brian E Lutness | 302-888-2923 |
| SNR Denton US LLP  Attn: Stefanie L. Wowchuk | 312-876-7934 |
| Stuart Maue  Attn: Andrews Dalton | 314-291-6546 |
| Sullivan Hazeltine Allinson LLC  Attn: Elihu E Allinson III | 302-428-8195 |
| Sullivan Hazeltine Allinson LLC  Attn: William D Sullivan | 302-428-8195 |
| Sullivan Hazeltine Allinson LLC  Attn: William Hazeltine | 302-428-8195 |
| The Rosner Law Group LLC  Attn: Frederick B Rosner | 302-351-8010 |
| The Rosner Law Group LLC  Attn: Scott J Leonhardt | 302-351-8010 |
| Tybout Redfearn and Pell  Attn: Sherry Ruggiero Fallon | 302-658-4018 |
| U. S. Attorney's Office  Attn: Ellen W Slights | 302-573-6431 |
| U.S. Specialty Insurance Company/HCC Global Financial Products  Attn: David C. Lynch | 860-676-1737 |
| United States Debt Recovery III LLP  Attn: Nathan E Jones | 775-832-5085 |
| United States Dept. of Justice  Attn: Yonatan Gelblum | 202-514-6866 |
| United States Dept. of Labor  Attn: Christine Z. Heri | 312-353-5698 |
| United States Dept. of Labor  Attn: Elizabeth Goldberg | 202-693-5610 |
| United States Dept. of Labor  Attn: Leonard H. Gerson | 202-693-5610 |
| United States Dept. of Labor  Attn: Michael Schloss | 202-693-5610 |
| Weil, gotshal & Manges LLP  Attn: Andrea C. Saavedra | 212-310-8007 |
| Weil, gotshal & Manges LLP  Attn: Ashish Gandhi | 212-310-8007 |
| Weil, gotshal & Manges LLP  Attn: David G. Litvack | 212-310-8007 |
| Weil, gotshal & Manges LLP  Attn: Jonathan D. Polkes | 212-310-8007 |
| Wildman, Harrold, Allen & Dixon LLP  Attn: Joy L Monahan | 312-416-4823 |
| Wiley Rein  Attn: Mary Catherine Martin | 202-719-7049 |
| Wilmer Cutler Pickering Hale and Dorr LLP  Attn: Andrew Goldman | 212-230-8888 |
| Wilmington Trust Company  Attn: Patrick J Healy Vice President | 302-636-4148 |
| Wilson Elser  Attn: R. Douglas Noah, Jr. | 214-698-1101 |
| Womble Carlyle Sandridg & Rice PLLC  Attn: Francis A. Monaco, Jr. | 302-661-7730 |
| Womble Carlyle Sandridg & Rice PLLC  Attn: Thomas M. Horan | 302-661-7730 |
| Young Conaway Stargatt & Taylor, LLP  Attn: M Blake Cleary | 302-571-1253 |
| Young Conaway Stargatt & Taylor, LLP  Attn: Robert S Brady | 302-571-1253 |
| Zuckerman Spaeder LLP  Attn: Andrew Goldfarb | 202-822-8106 |
| Zuckerman Spaeder LLP  Attn: Graeme W Bush | 202-822-8106 |
| Zuckerman Spaeder LLP  Attn: James  Sottile | 202-822-8106 |