IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

   Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 19th day of October, 2011, she caused a copy of the following:

**CERTIFICATE OF NO OBJECTION RE DOCKET NO. 9818**

to be served upon the parties identified on the attached list in the manner indicated.

_____
Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 19th day of October, 2011.

_____
Notary Public
My Commission Expires: 12/1/12

CASSANDRA D. LEWICKI
Notary Public - State of Delaware
My commission expires Dec. 1, 2012

{698.001-W0017219.}

**Tribune Company, et al.**
**Case No. 08-13141 (KJC)**

**Service List**

*Via Hand Delivery*
(Counsel to Debtors)
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to Debtors)
Bryan Krakauer, Esq.
James F. Conlan, Esq.
Kenneth P. Kansa, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

*Via First Class Mail*
(Counsel to JPMorgan Chase Bank, N.A.)
Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

*Via Hand Delivery*
(Counsel to Barclays Bank PLC)
Stuart M. Brown, Esq.
R. Craig Martin, Esq.
Michelle E. Marino, Esq.
DLA Piper LLP (US)
919 N. Market Street, Suite 1500
Wilmington, DE 19801

*Via Hand Delivery*
(Counsel to JPMorgan Chase Bank, N.A.)
Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, PA
920 North King Street
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to Barclays)
Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019

*Via Hand Delivery*
David M. Klauder, Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

*Via First Class Mail*
John L. Decker, Esq.
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044

*Via First Class Mail*
Mr. Vince Garlati
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611