# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** October 19, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| BRYAN KRAKAUER | Sidley Austin | Tribune Debtors |
| John O. Shugrue | Reed Smith | Tribune Debtors |
| James Bendernagel | Sidley Austin LLP | Tribune Company |
| Jillian Ludwig | Sidley Austin LLP | " |
| Kate Sherlock | Cole Schotz | " |
| Leonard Gerson | U.S. Dept of Labor | U.S. Dept of Labor |
| Adam Landis | Landis Rath & Cobb | Creditors' Committee |
| Dan Rath | " | " |
| Douglas Deutsch | Chadbourne & Parke | " |
| Andrew Goldfarb | Zuckerman Spaeder | " |
| Thomas Hogan | Womble Carlyle | Great Banc |
| Amanda Steele | Richards Layton + Finger | JPMorgan |
| Blake Cleary | Young Conaway Stargatt | Credit Agreement Lenders |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** October 19, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laurie Selber Silverstein | Potter Anderson Corroon | Merrill Lynch |
| David Klauder | U.S. Trustee | |
| J. Zachary Haupt | Bifferato LLC | Eriza Ramunts (Neil et al) U.S. Trustee |
| | | |
| | | |

# Court Conference

**U.S. Bankruptcy Court-Delaware**

**Confirmed Telephonic Appearance Schedule**

**Honorable Kevin J. Carey #5**

Calendar Date: 10/19/2011
Calendar Time: 02:00 PM ET

Amended Calendar 10/19/2011 09:14 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4531794 | Jonathan Agudelo | (212) 836-8369 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4458819 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Plaintiff(s), SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4529744 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4529908 | Jessica Boelter | 312-853-7030 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4528800 | Justin Brass | (203) 708-5847 | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4531733 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4529763 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4529783 | Andrew Caridas | 202-778-1855 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4531741 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4496524 | Andrew Dalton | 314-291-3030 | Stuart Maue | Examiner, Stuart Maue / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4527426 | Deborah S. Davidson | (215) 963-5000 | Morgan Lewis Bockius LLP | Creditor, Great Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4529702 | Douglas Deutsch | 212-408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4530017 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson Kempner / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4522970 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, Former Directors & Officers / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4530169 | David Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Creditor, Arrowgrass Capital Services / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4455762 | Laura J. Eisele | (248) 204-0675 | AlixPartners, LLC ( ALL OFFICES ) | Debtor, Tribune Company / LIVE |

| | | | | | |
|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4529964 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4534777 | Lexi Fallon | (212) 902-0791 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4483677 | Joseph Frank | (312) 276-1400 ext. 1432 | Frank Gecker LLP | Defendant(s), Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4527006 | Matthew Frank | (312) 371-9955 | Alvarez & Marsal LLC. | Interested Party, Matthew Frank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4529673 | Igor Fuks | (212) 303-9453 | Halcyon Asset Management | Creditor, Halcyon Asset Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4530997 | Daniel H. Golden | 212-872-1000 | Akin Gump Strauss Hauer & Feld | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4529775 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4531990 | Scott Greissman | (212) 819-8567 | White & Case | Creditor, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4534835 | Peter Gruszka | 312-416-4215 | Chicago Fundamental Investment | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4483682 | Reed Heiligman | (312) 276-1432 | Frank Gecker LLP | Defendant(s), Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4527449 | Charles C. Jackson | (312) 324-1157 | Morgan Lewis & Bockius LLP | Creditor, Great Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4534804 | James O. Johnston | 213-621-6030 | Dewey & LeBoeuf LLP | Creditor, Credit Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4534806 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4532724 | Ken Kansa | 312-853-7163 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4520260 | Arthur Kavalis | (708) 655-4415 | Nomura Securities | Interested Party, Nomura Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4527621 | Kevin Lantry | (213) 896-6022 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4529712 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4529950 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4532104 | David Litvack | (212) 310-8361 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4529737 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4534810 | Joshua M. Mester | 213-621-6016 | Dewey & LeBoeuf LLP | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4529922 | David Miles | 202-736-8556 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4529941 | Kerriann Mills | 312-853-0036 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4531743 | Shachar Minkove | (212) 834-7174 | JPMorgan Chase Bank, N.A. | Interested Party, Shachar Minkove / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4529930 | Brett Myrick | (312) 853-1049 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4376250 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigalo / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4529002 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4531790 | Jane Parver | (212) 836-8510 | Kaye Scholer LLP | Creditor, Merril Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4528857 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Creditor, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4532315 | Ray G. Rezner | (312) 984-3100 | Barack Ferrazzano Kirschbaum & | Debtor, Great Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4529725 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4534784 | Thomas E. Ross | (202) 736-8374 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4532095 | Andrea Saavedra | (212) 310-8544 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4529679 | Damian Schaible | (212) 450-4000 | Davis Polk & Wardwell LLP | Creditor, JP Morgan Chase Bank, N.A. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4532756 | Mike J. Schott | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4529685 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4529875 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4530522 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4529802 | Sandhya Sistla | (212) 883-3832 | Moelis & Company | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4529753 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4529212 | Alan Stone | (212) 530-5285 | Milbank, Tweed, Hadley & McCloy, | Creditor, Amalgamated Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4374220 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4487159 | John W. Weiss | (212) 210-9412 | Alston & Bird, LLP | Interested Party, Ernst & Young LLP / LIVE |
| Tribune Company | 08-13141 | Hearing | 4529982 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4531839 | Jamila Willis | (212) 209-4850 | Brown Rudnick LLP | Creditor, Welmington Trust / LISTEN ONLY |

| Tribune Company | 08-13141 | Hearing | 4529891 | Stefanie L. Wowchuk | 312-876-2569 | SNR Denton US LLP | Debtor, SNR Denton US LLP / LIVE |
| Tribune Company | 08-13141 | Hearing | 4534868 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Matthew A Zloto / LISTEN ONLY |