# TRIBUNE COMPANY, et al.
## Case No. 08-13141 (KJC)
### Exhibit "A" to Omnibus Order Approving Fee Applications
### for the Compensation Period December 1, 2009 - February 28, 2010

| APPLICANT AND TITLE | DKT. NO. | INTERIM FEES APPROVED | INTERIM EXPENSES APPROVED | TOTAL AMOUNT APPROVED |
|---|---|---|---|---|
| **Debtors' Professionals** | | | | |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. (Counsel to Debtors) | 4081 | $312,939.50 | $13,336.13 | $326,275.63 |
| Sidley Austin LLP (Counsel to Debtors) | 4059 | $5,412,303.00 | $201,565.16 | $5,613,868.16 |
| Alvarez & Marsal North America (Restructuring Advisors to Debtors) | 4036 | $1,685,020.00 | $7,242.51 | $1,692,262.51 |
| Daniel J. Edelman, Inc. (Corporate Communications and Investor Relations Consultants to Debtors) | 4038 | $32,577.50 | $0.00 | $32,577.50 |
| Dow Lohnes PLLC (Special Regulatory Counsel) | 4060 | $586,730.00 | $3,023.45 | $589,753.45 |
| Ernst & Young LLP (Valuation and Business Modeling, and Marketing Survey Services) | 6047 | $22,400.00 | $0.00 | $22,400.00 |
| Jenner & Block LLP (Special Counsel for Certain Litigation Matters for Debtors) | 4066 | $184,470.50 | $2,475.20 | $186,945.70 |
| Lazard Frères & Co. LLC (Investment Bankers to Debtors) | 4073 | $600,000.00 | $33,982.12 | $633,982.12 |
| McDermott Will & Emery LLP (Special Counsel for General Domestic Legal Matters for Debtors) | 4907 | $817,040.50 | $1,776.92 | $818,817.42 |
| Paul Hastings LLP, successor in interest to Paul, Hastings, Janofsky & Walker LLP (Special Counsel for General Real Estate for Debtors) | 4067 | $31,799.50 | $3,992.56 | $35,792.06 |
| PricewaterhouseCoopers LLP (Compensation and Tax Advisors and Independent Auditors to Debtors) | 4069 | $974,638.00 | $29,549.32 | $1,004,187.32 |
| Reed Smith LLP (Special Counsel for Certain Litigation Matters for Debtors) | 4221 | $73,479.50 | $1,626.93 | $75,106.43 |
| Mercer (US) Inc. (Compensation Consultants to Debtors) | 4044 | $50,402.00 | $15,058.97 | $65,460.97 |
| Seyfarth Shaw LLP (Employment Litigation Counsel to Debtors) | 4139 | $311,061.35 | $12,061.41 | $323,122.76 |
| **Fee Examiner** | | | | |
| Stuart Maue (Fee Examiner) | 4028 | $196,690.00 | $1,337.71 | $198,027.71 |
| **Creditors' Committee's Professionals** | | | | |
| Chadbourne & Parke LLP (Counsel to Committee) | 4053 | $4,973,445.00 | $224,530.37 | $5,197,975.37 |
| Landis Rath & Cobb LLP (Co-Counsel to Committee) | 4054 | $346,584.00 | $31,717.63 | $378,301.63 |
| AlixPartners, LLP (Financial Advisor to Committee) | 4055 | $1,015,535.00 | $5,218.09 | $1,020,753.09 |
| Moelis & Company LLC (Financial Advisor and Investment Banker to Committee) | 4056 | $600,000.00 | $7,356.08 | $607,356.08 |
| Zuckerman Spaeder LLP (Special Counsel to Committee) | 4064 | $998,432.25 | $1,028,318.80 | $2,026,751.05 |
| **Committee Members** | | | | |
| Committee Members [Buena Vista Television, Gabrielle Davis; Warner Brothers, Wayne M. Smith; Washington-Baltimore Newspaper Guild, Local 32035, William Salganik; Counsel to Washington-Baltimore Newspaper Guild, Local 32035, Robert E. Paul, Esquire] | 3536 | $0.00 | $5,281.95 | $5,281.95 |

#7865270.1