# EXHIBIT A

## Amended Claims

CH1 6284517v.1
46429/0001-7979916v1

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 46: EXHIBIT A – AMENDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE BUREAU OF COMPLIANCE PO BOX 280946 HARRISBURG, PA 17128-0946 | 02/25/2011 | 08-13212 | 6701 | $711.00 | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE BUREAU OF COMPLIANCE PO BOX 280946 HARRISBURG, PA 17128-0946 | 05/16/2011 | 08-13212 | 6769 | $315,077.00 |
| 2 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE RECOVERY/BANKRUPTCY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | 06/11/2009 | 08-13223 08-13241 | 4834 [1] Subtotal | $3,204.47 $88.53 $3,293.00 | FEDEX TECHCONNECT AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE RECOVERY/BANKRUPTCY 3965 AIRWAYS BLVD., MODULE G, 3RD FLOOR MEMPHIS, TN 38115 | 07/14/2011 | 08-13223 | 6789 | $3,231.12 |
| 3 | HONORWAY INVESTMENT CORPORATION RE: SAN FRANCISCO 388 MARKET 388 MARKET STREET SUITE 1568 SAN FRANCISCO, CA 94111 | 07/10/2009 | 08-13185 | 6052 | $95,448.00 | HONORWAY INVESTMENT CORPORATION RE: SAN FRANCISCO 388 MARKET 388 MARKET STREET SUITE 1568 SAN FRANCISCO, CA 94111 | 09/06/2011 | 08-13141 | 6799 | $80,039.54 |

[1] Debtor was ordered modified to Tribune Broadcasting Company and Tribune Television Company on the 41st Omnibus Objection Exhibit D - Claims Asserted Against No Debtor or Improper Debtor.

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 46: EXHIBIT A -- AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 4 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/08/2010 | 08-13254 | 6558 | $1,225.30* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 09/06/2011 | 08-13254 | 6800 | $2,343.90 |
| 5 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 02/03/2011 | 08-13225 | 6688 | $1,411.48* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/18/2011 | 08-13225 | 6790 | $3,781.61 |
| 6 PRESSROOM SOLUTIONS INC 3700 W 7TH ST FORT WORTH, TX 76107-2536 | 04/20/2009 | 08-13185 | 1094 | $3,120.56 | PRESSROOM SOLUTIONS, INC. C/O AREYA HOLDER, TRUSTEE LAW OFFICE OF AREYA HOLDER, P.C. 800 W AIRPORT FREEWAY, SUITE 414 IRVING, TX 75062 | 09/09/2011 | 08-13185 | 6803 | $3,120.56 |

* -- Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 46: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 7 | PRESSROOM SOLUTIONS INC<br>3700 W 7TH ST<br>FORT WORTH, TX 76107-2536 | 04/20/2009 | 08-13145 | 1136 | $3,259.47 | PRESSROOM SOLUTIONS, INC.<br>C/O AREYA HOLDER, TRUSTEE<br>LAW OFFICE OF AREYA HOLDER, P.C.<br>800 W AIRPORT FREEWAY, SUITE 414<br>IRVING, TX 75062 | 09/09/2011 | 08-13145 | 6804 | $3,259.47 |
| 8 | SCHETTINO, MACARIO<br>BELISARIO DOMINGUEZ 48<br>COL VILLA COYOACAN<br>DF<br>MEXICO, 4000 | 05/01/2009 | 08-13175 | 2212 [2] | $2,850.00 | SCHETTINO, MACARIO<br>BELISARIO DOMINGUEZ 48<br>COL VILLA COYOACAN<br>MEXICO, 4000<br>MEXICO | 06/07/2011 | 08-13175 | 6777 | $750.00 |
| 9 | SONY PICTURES TELEVISION INC.<br>KATHLEEN HALLINAN, ESQ.<br>10202 WEST WASHINGTON BOULEVARD<br>CULVER CITY, CA 90232-3195 | 06/12/2009 | 08-13148 | 5151 | $241,129.02 | SONY PICTURES TELEVISION INC.<br>KATHLEEN HALLINAN, ESQ.<br>10202 WEST WASHINGTON BOULEVARD<br>CULVER CITY, CA 90232-3195 | 07/21/2011 | 08-13148 | 6791 | $349,462.35 |

---

[2] Claim was ordered allowed for $2,850.00 on the 32nd Omnibus Objection Exhibit A – Claims to Reduce and Allow.

\* – Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 46: EXHIBIT A -- AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 10 | SONY PICTURES TELEVISION INC. KATHLEEN HALLINAN, ESQ. 10202 WEST WASHINGTON BOULEVARD CULVER CITY, CA 90232-3195 | 06/12/2009 | 08-13180 | 5154 | $103,580.65 | SONY PICTURES TELEVISION INC. KATHLEEN HALLINAN, ESQ. 10202 WEST WASHINGTON BOULEVARD CULVER CITY, CA 90232-3195 | 07/21/2011 | 08-13180 | 6792 | $188,080.65 |
| 11 | SONY PICTURES TELEVISION INC. KATHLEEN HALLINAN, ESQ. 10202 WEST WASHINGTON BOULEVARD CULVER CITY, CA 90232-3195 | 06/12/2009 | 08-13241 | 5157 | $235,502.63 | SONY PICTURES TELEVISION INC. KATHLEEN HALLINAN, ESQ. 10202 WEST WASHINGTON BOULEVARD CULVER CITY, CA 90232-3195 | 07/21/2011 | 08-13241 | 6793 | $262,585.96 |
| | | | | TOTAL | $691,531.11 | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts