# EXHIBIT B

## Duplicate Claims

CHI 6284517v.1
46429/0001-7979916v1

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 46: EXHIBIT B - DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 ARMSTEAD, BLISSE<br>225 REFLECTION DRIVE<br>WILLIAMSBURG, VA 23188 | 07/13/2009 | 08-13248 | 6066 | $5,788.71 | ARMSTEAD, BLISS E<br>225 REFLECTION DRIVE<br>WILLIAMSBURG, VA 23188 | 04/30/2009 | 08-13248 | 2165 | $5,788.71 |
| 2 BIRDWELL, JERRELL<br>14 DAIRY GAP ROAD<br>ASHEVILLE, NC 28804 | 06/09/2009 | 08-13183 | 4191 | $235,265.18 | BIRDWELL, JERRELL<br>14 DAIRY GAP ROAD<br>ASHEVILLE, NC 28804 | 06/10/2009 | 08-13183 | 4417 | $235,265.18 |
| 3 BROWN, JEROLENE<br>3054 JOLLY POND ROAD<br>WILLIAMSBURG, VA 23188 | 07/24/2009 | 08-13248 | 6115 | $4,091.62 | BROWN, JEROLENE<br>3054 JOLLY POND ROAD<br>WILLIAMSBURG, VA 23188 | 04/27/2009 | 08-13248 | 1825 | $4,091.62 |
| 4 GALAUSKAS, JAMES<br>14 N ORCHARD<br>ROUND LAKE, IL 60073 | 07/06/2009 | 08-13152 | 6028 | $8,511.75 | GALAUSKAS, JAMES<br>14 N ORCHARD<br>ROUND LAKE, IL 60073 | 05/11/2009 | 08-13152 | 2699 | $8,511.75 |
| 5 ZERWEKH, JAMES D<br>401 CLEARWATER DR<br>PONTE VEDRA, FL 32082-4176 | 07/13/2009 | 08-13184 | 6082 | $245,115.35 | ZERWEKH, JAMES D<br>401 CLEARWATER DR<br>PONTE VEDRA, FL 32082-4176 | 06/10/2009 | 08-13184 | 4413 | $245,115.35 |
| | | | TOTAL | $498,772.61 | | | | | |

*  - Indicates claim contains unliquidated and/or undetermined amounts