# EXHIBIT D

## Modified Debtor Claims

CH1 6284517v.1
46429/0001-7979916v1

## TRIBUNE COMPANY, ET AL.

### OMNIBUS OBJECTION 46: EXHIBIT D – MODIFIED DEBTOR CLAIMS

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 6M BUILDERS<br>1183 WENTWORTH ROAD<br>YORK, PA 17408 | 03/23/2009 | $515.00 | 08-13253 | WLVI Inc.[1] | 08-13241 | Tribune Television Company | $515.00 |
| 2 | ENTERCOM COMMUNICATION -<br>SAN FRANCISCO<br>201 THIRD STREET, 12TH FLOOR<br>SAN FRANCISCO, CA 94103 | 03/16/2009 | $15,317.00 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $15,317.00 |
| 3 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | 06/11/2009 | $5,922.08 | 08-13184<br>08-13252 | KWGN Inc.<br>WGN Continental Broadcasting Company[2] | 08-13184<br>08-13244<br>08-13252 | KWGN Inc.<br>Tribune Television New Orleans, Inc.<br>WGN Continental Broadcasting Company<br><br>Total | $143.53<br>$875.99<br><br>$4,902.56<br><br>$5,922.08 |
| 4 | KIFM-FM<br>C/O SZABO ASSOCAITES, INC.<br>3355 LENOX ROAD NE, 9TH FL<br>ATLANTA, GA 30326 | 05/22/2009 | $5,295.50 | 08-13223 | Tribune Broadcasting Company | 08-13182 | KSWB Inc. | $5,295.50 |

[1] Debtor was ordered modified to WLVI Inc. on the 12th Omnibus Objection Exhibit A – Claims Asserted Against No Debtor or Improper Debtor.
[2] Debtor was ordered modified to KWGN Inc. and WGN Continental Broadcasting Company on the 31st Omnibus Objection Exhibit A Claims Asserted Against No Debtor or Improper Debtor.

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 46: EXHIBIT D – MODIFIED DEBTOR CLAIMS

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 759 | KSAN, KFOG, KNBR RADIO<br>55 HAWTHORNE ST., 10TH FLOOR<br>SAN FRANCISCO, CA 94105 | 03/17/2009 | $30,217.50 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $30,217.50 |
| 571 | KVTO-AM<br>ATTN: ACCOUNTING<br>55 HAWTHORNE ST., STE 900<br>SAN FRANCISCO, CA 94105 | 02/26/2009 | $3,060.00 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $3,060.00 |
| 642 | LEXINGTON GROUP, INC.<br>380 UNION ST.<br>WEST SPRINGFIELD, MA 01089 | 03/06/2009 | $3,012.78 | 08-13211 | The Hartford Courant Company [3] | 08-13191<br>08-13211<br><br>08-13241<br><br>Total | New Mass. Media, Inc.<br>The Hartford Courant Company<br>Tribune Television Company | $555.44<br>$1,132.70<br><br>$1,324.64<br><br>$3,012.78 |
| 2481 | PRUDENTIAL JA&A<br>23925 PARK SORRENTO<br>CALABASAS, CA 91302 | 05/06/2009 | $50.00 | 08-13185 | Los Angeles Times Communications LLC [4] | 08-13141 | Tribune Company | $50.00 |
| 2483 | PRUDENTIAL JA&A<br>16810 VENTURA BLVD.<br>ENCINO, CA 91436 | 05/06/2009 | $0.00 | 08-13185 | Los Angeles Times Communications LLC [5] | 08-13141 | Tribune Company | $46.20 |

---

[3] Debtor was ordered modified to The Hartford Courant Company on the 16th Omnibus Objection Exhibit A – Claims Asserted Against No Debtor or Improper Debtor.
[4] Debtor was ordered modified to Los Angeles Times Communications LLC on the 31st Omnibus Objection Exhibit A – Claims Asserted Against No Debtor or Improper Debtor.
[5] Debtor was ordered modified to Los Angeles Times Communications LLC on the 32nd Omnibus Objection Exhibit B – Claims to Reduce and Allow and Asserted Against No Debtor or Improper Debtor.

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 46: EXHIBIT D – MODIFIED DEBTOR CLAIMS

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2484 | PRUDENTIAL JA&A 8687 MELROSE AVE STE NO.B-110 LOS ANGELES, CA 90069 | 05/06/2009 | $0.00 | 08-13185 | Los Angeles Times Communications LLC [6] | 08-13141 | Tribune Company | $30.80 |
| 2346 | UNIVISION COMMUNICATIONS INC. MELISSA LOPEZ 1777 NE LOOP 410, SUITE 400 SAN ANTONIO, TX 78217 | 05/04/2009 | $4,250.00 | 08-13141 | Tribune Company | 08-13180 | KIAH Inc. | $4,250.00 |
| 6209 | WCCC 1039 ASYLUM AVE BOYD ARNOLD HARTFORD, CT 61052432 | 09/10/2009 | $20,871.75 | | No Debtor Asserted | 08-13241 | Tribune Television Company | $20,871.75 |

[6] Debtor was ordered modified to Los Angeles Times Communications LLC on the 32nd Omnibus Objection Exhibit B – Claims to Reduce and Allow and Asserted Against No Debtor or Improper Debtor.

\* - Indicates claim contains unliquidated and/or undetermined amounts