# EXHIBIT E

## Insufficient Documentation Claims

CH1 6284517v.1
46429/0001-7979916v1

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 46: EXHIBIT E -- INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BROOK, CAROL A<br>1453 W WINONA STREET<br>CHICAGO, IL 60640 | 08-13152 | Chicago Tribune Company | 06/18/2009 | 5890 | Undetermined | Asserted basis for claim is "spouse of former employee." No supporting documentation is attached and no amount is asserted as being due. The Debtors' books and records do not reveal any basis for the claim. |
| 2 | CHERNOK, ELINOR<br>68 THEODORE DRIVE<br>CORAM, NY 11727 | | No Debtor Asserted | 04/22/2009 | 1337 | $300.00 | No supporting documentation is attached, and no basis for any claim is asserted. The Debtors' books and records do not reveal any basis for the claim. |
| 3 | HERMAN, ROBIN<br>770 29TH ST APT 717<br>BOULDER, CO 80303-2342 | 08-13141 | Tribune Company | 02/17/2009 | 534 | $925.00 | Asserted basis for claim is wages. Documentation attached to claim does not indicate what period of wages were unpaid. The Debtors' books and records do not reveal any prepetition wages are due to claimant. |
| | | | | | TOTAL | $1,225.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts