```
                IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF DELAWARE


IN RE:                            )   Case No. 08-13141(KJC)
                                  )   (Jointly Administered)
                                  )
TRIBUNE COMPANY, et al.,          )   Chapter 11
                                  )
                                  )
        Debtors.                  )   Courtroom 5
                                  )   824 Market Street
                                  )   Wilmington, Delaware
                                  )
                                  )   October 19, 2011
                                  )   2:00 p.m.


                      TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
                   UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtor:              Sidley Austin, LLP
                         BY: BRYAN KRAKAUER, ESQ.
                         BY: JAMES BENDERNAGEL, ESQ.
                         BY: JILLIAN LUDWIG, ESQ.
                         One South Dearborn
                         Chicago, IL  60603
                         (312) 853-7000

                         Cole, Schotz, Meisel, Forman
                         & Leonard, P.A.
                         BY: KATE STICKLES, ESQ.
                         500 Delaware Avenue, Suite 410
                         Wilmington, DE  19801
                         (302) 652-3131

                         Reed Smith
                         BY: JOHN D. SHUGRUE, ESQ.
                         10 South Wacker Drive, 40th Floor
                         Chicago, IL  60606
                         (312) 207-1000

ECRO:                    AL LUGANO

Transcription Service:   DIAZ DATA SERVICES
                         331 Schuylkill Street
                         Harrisburg, Pennsylvania 17110
                         (717) 233-6664
                         www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

```
APPEARANCES:
(Continued)

For Official Committee          Landis, Rath & Cobb
of Unsecured Creditors:         BY: ADAM LANDIS, ESQ.
                                BY: DAN RATH, ESQ.
                                919 Market Street, Suite 1800
                                Wilmington, DE 19801
                                (302) 467-4400

                                Chadbourne & Parke, LLP
                                BY: DOUGLAS DEUTSCH, ESQ.
                                30 Rockefeller Plaza
                                New York, NY 10112
                                (212) 408-5100

                                Zuckerman Spaeder
                                BY: ANDREWS GOLDFARB, ESQ.
                                1800 M Street, NW
                                Suite 1000
                                Washington, DC 20036
                                (202) 778-1800

For Credit Agreement            Young Conaway Stargatt &
Lenders:                        Taylor
                                BY: BLAKE CLEARY, ESQ.
                                The Brandywine Building
                                1000 West Street, 17th Floor
                                P.O. Box 391
                                Wilmington, DE  19801
                                (302) 571-6600

For U.S. Trustee:               Office of the U.S. Trustee
                                BY: DAVID KLAUDER, ESQ.
                                844 King Street, Suite 2207
                                Lockbox 35
                                Wilmington, DE  19801
                                (302) 573-6491

For Great Banc:                 Womble Carlyle
                                BY: THOMAS M. HORAN, ESQ.
                                222 Delaware Avenue, Ste. 1501
                                Wilmington, DE  19801
                                (302) 252-4339
```

```
APPEARANCES:
(Continued)

For JP Morgan:                  Richards Layton & Finger
                                BY: AMANDA STEELE, ESQ.
                                One Rodney Square
                                920 North King Street
                                Wilmington, DE  19801
                                (302) 651-7700


For Merrill Lynch:              Potter Anderson & Carroon, LLP
                                BY: LAURIE SILVERSTEIN, ESQ.
                                Hercules Plaza
                                1313 North Market Street
                                6th Floor
                                Wilmington, DE  19801
                                (302) 984-6033


For ERISA (Neil, etc.):         Bifferato LLC
                                BY: J. ZACHARY HAUPT, ESQ.
                                800 North King Street
                                Wilmington, DE  19801
                                (302) 429-1900

TELEPHONIC APPEARANCES:

For JP Morgan:                  Davis Polk & Wardwell
                                BY: DOUGLAS SCHAIBLE, ESQ.
                                (212) 450-4000


For Official Committee          Chadbourne & Parke, LLP
of Unsecured Creditors:         BY: THOMAS MCCORMACK, ESQ.
                                (212) 408-5100
                                BY: DOUGLAS DEUTSCH, ESQ.
                                (212) 408-5169
                                BY: MARC ASHLEY, ESQ.
                                (212) 408-5194
                                BY: MARC ROITMAN, ESQ.
                                (212) 408-5271
                                BY: HOWARD SEIFE, ESQ.
                                (212) 408-5361
                                BY: DAVID LEMAY, ESQ.
                                (212) 408-5100

                                Zuckerman Spaeder
                                BY: GRAEM BUSH, ESQ.
                                BY: ANDREW CARIDAS, ESQ.
                                (202) 778-1855
                                BY: JAMES SOTTILE, ESQ.
                                (202) 778-1800
```

```
TELEPHONIC APPEARANCES:
(Continued)

For Official Committee        Moelis & Company
of Unsecured Creditors:       BY: SANDHYA SISTLA, ESQ.
                              (212) 883-3832

For Aurelius:                 MATTHEW A. ZLOTO, ESQ.
                              (646) 445-6518

For Credit Lenders:           Dewey & LeBoeuf, LLP
                              BY: JOSHUA MESTAR, ESQ.
                              (213) 621-6016
                              BY: JAMES JOHNSTON, ESQ.
                              (213) 621-6030

For Bank of America:          O'Melveny & Myers (New York)
                              BY:  DANIEL S. SHAMAH, ESQ.
                              (212) 326-2138

For Citigroup:                Paul Weiss Rifkind Wharton
                              BY: SHANNON PENNOCK, ESQ.
                              (212) 373-3000

For Tribune:                  Sidley Austin
                              BY: JESSICA BOELTER, ESQ.
                              (312) 853-7030
                              BY: KEVIN LANTRY, ESQ.
                              (213) 896-6022
                              BY: KEN KANSA, ESQ.
                              (312) 853-7163
                              BY: DAVID MILES, ESQ.
                              (202) 736-8556
                              BY: BRETT MYRICK, ESQ.
                              (312) 853-1049
                              BY: THOMAS E. ROSS, ESQ.
                              (202) 736-8374
                              BY: KERRIANN MILLS, ESQ.
                              (312) 853-0036

                              Tribune Company
                              BY: DAVE ELDERSVELD, ESQ.
                              (312) 222-4707
                              BY: DON LIEBENTRITT, ESQ.
                              (312) 222-3651
                              BY: MICHAEL O'NEAL, ESQ.
                              (312) 222-3490
                              BY: GARY WEITMAN, ESQ.
                              (312) 222-3394
```

```
TELEPHONIC APPEARANCES:
(Continued)

For Tribune:                    Alix Partners, LLC
                                BY: LAURA J. EISELE, ESQ.
                                (248) 204-0675

For Merrill Lynch:              Kaye Scholer, LLP
                                BY: JANE PARVER, ESQ.
                                (212) 836-8510
                                BY: JONATHAN AGUDELO, ESQ.
                                (212) 836-8360

For Morgan Stanley:             Weil, Gotshal & Manges, LLP
                                BY: ANDREA SAAVEDRA, ESQ.
                                (212) 310-8544
                                BY: DAVID LITVACK, ESQ.
                                (212) 310-8361

For Employee Compensation       Frank Gecker, LLP
Group:                          BY: REED HELLIGMAN, ESQ.
                                (312) 276-1400
                                BY: JOSEPH FRANK, ESQ.
                                (312) 276-1400

For Dow Jones News Wires:       Dow Jones & Co.
                                BY: PEG BRICKLEY, ESQ.
                                (215) 462-0953

For EGI-TRB:                    Jenner & Block, LLP
                                BY: ANDREW VAIL, ESQ.
                                (312) 840-8688

For Great Banc Trust Co.:       Morgan Lewis & Brockius, LLP
                                BY: DEBORAH DAVIDSON, ESQ.
                                (215) 963-5000
                                BY: CHARLES JACKSON, ESQ.
                                (312) 324-1157

For Amalgamated Bank:           Milbank Tweed Hadley & McCloy
                                BY: ALAN STONE, ESQ.
                                (212) 530-8978

For Goldman Sachs & Co:         BY: LEXI FALLON, ESQ.
                                (212) 902-0791

For SuttonBrook Capital         BY: CAROL L. BALE
Management:                     (212) 588-6640
```

```
TELEPHONIC APPEARANCES:
(Continued)

For Bank of America:            BY: ESTHER CHUNG
                                (646) 855-6705

For Former Directors &          Grippo & Elden, LLC
Officers:                       BY: GEORGE DOUGHERTY, ESQ.
                                (312) 704-7000

For Davidson & Kempner:         DK Partners
                                BY: EPHRAIM DIAMOND
                                (646) 282-5841

For Bigalo:                     Sperling & Slater
                                BY: GWEN NOLAN, ESQ.
                                (312) 641-3200

For Wilmington Trust:           Brown Rudnick, LLP
                                BY: JAMILA WILLIS, ESQ.
                                (212) 209-4850

For Robert McCormick            Katten Muchin Rosenman LLP
Foundation & Cantigny           BY: JOHN SIEGER, ESQ.
Foundation:                     (312) 902-5294

For SNR Denton:                 BY: STEFANIE L. WOWCHUK
                                (312) 876-2569

For Arrowgrass Partners:        BY: DAVID DUNN
                                (212) 584-5946

For Matthew Frank:              Alvarez & Marsal, LLC
                                BY: MATTHEW FRANK, ESQ.
                                (312) 371-9955

For Halcyon Asset Management:   BY: IGOR FUKS
                                (212) 303-9453

For Wells Fargo Bank:           White & Case
                                BY: SCOTT GREISSMAN, ESQ.
                                (212) 819-8567

For Chicago Fundamental         BY: PETER GRUSZKA
Investment Partners:            (312) 416-4215

For Nomura Securities:          BY: ARTHUR KAVALIS
                                (212) 667-2370
```

```
TELEPHONIC APPEARANCES:
(Continued)

For Stuart Maue:          BY: ANDREW DALTON
                          (314) 291-3030

For Anna Kalenchitis:     BY: ANNA KALENCHITIS
                          (212) 723-1808

For Schachar Minkove:     JP Morgan Chase Bank
                          BY: SCHACHAR MINKOVE
                          (212) 834-7174
```

1

1  WILMINGTON, DELAWARE, WENESDAY, OCTOBER 19, 2011, 2:02 P.M.

2  THE CLERK:  All rise.  Be seated, please.

3  THE COURT:  Good morning, everyone.

4  MS. STICKLES:  Good afternoon, Your Honor.  Kate Stickles from Cole Schotz on behalf of the debtors, Tribune Company.

7  The debtors filed an agenda with the Court indicating that Agenda Items 1 through 6 which relate to claims objections are continued and are not going forward.

10  Agenda Item 7, the committees' motion to compel is adjourned to October 31 at 2:30.

12  Certifications were filed with respect to Agenda Items 8 through 12.

14  We understand with respect to Agenda Item 9, Your Honor, wants the SNR fee application reviewed and a report filed by the fee examiner.

17  THE COURT:  I do.

18  MS. STICKLES:  Your Honor, counsel for SNR and the fee examiner are on the phone.  Once that process is complete, we don't know if you want to submit back to the Court on certification or schedule it for another hearing.

22  THE COURT:  If there are no questions or issues with the fee examiner, I'd be happy to consider it under certification.  If I have questions, I'll let you know.

25  MS. STICKLES:  Okay.  Your Honor, we didn't know

1  if there were any other questions you had with respect to
2  Agenda Items 8 through 12.
3              THE COURT:  No.
4              MS. STICKLES:  Skipping ahead to Item 15.  A
5  certification was filed with respect to the monthly and
6  quarterly fee applications for the fifth interim fee period.
7              And the remaining two items that are going
8  forward today are Item 13, the debtors' motion for an order
9  authorizing debtors to enter into ERISA claim settlement.
10             And Item 14, the debtors' motion for an order
11 authorizing Tribune Company to enter into IRS pension claim
12 settlement.  Mr. Krakauer of Sidley Austin is here to
13 address the Court.
14             THE COURT:  Very well.
15             MR. KRAKAUER:  Good afternoon, Your Honor.  Bryan
16 Krakauer on behalf of the Tribune debtors.
17             I think it might be most helpful if I address
18 both Items 13 and 14, the two motions together since they
19 are interrelated.
20             The first motion is a motion for settlement of
21 ERISA claim issues in connection with the Neil litigation.
22 And it's a settlement with Neil, with the parties to that
23 litigation.  Also with the Department of Labor and also with
24 the insurers.  And in connection with the insurance
25 companies, it's relating to their fiduciary policy which is

1   different than the DNO policy which is not impacted by this
2   settlement.  And the fiduciary policy is for persons acting
3   in a fiduciary capacity with respect to the various ERISA
4   plans here.
5           And then second, the settlement is with respect
6   to the IRS claims, these are the IRS claims that relate to
7   the ESOP and to ERISA issues.  And both of those settlements
8   are interrelated.  First, they were part -- they were both
9   part of the mediation that was sent over to Judge Gross to
10  be mediated together.  The IRS settlement is also a
11  condition to the Neil settlement in the sense that the Neal
12  settlement really can't go forward unless the IRS settlement
13  is done -- is also done because of some of the claims the
14  IRS has.  And third, they relate to the same nexus of
15  issues.  They're all related to the steps for ESOP and any
16  ERISA issues, especially with that.
17          We've submitted detailed affidavits in support of
18  both the motions.  There have not been any objections that
19  are filed, that have been filed to either of the motions at
20  this point so they are not opposed.  There also is a hearing
21  that has been scheduled for this Monday in the District
22  Court contingent upon the approval of these motions.  So if
23  these motions are approved, what would happen Monday is the
24  plaintiffs in the class action case would go before Judge
25  Palmier and seek preliminary approval of the class action

1 settlement.  And then that would go out on notice to all the
2 parties in the class action and then there would be a final
3 hearing maybe late in the year or early next year to get it
4 done.
5         So that's the process.  Mr. Liebentritt is here
6 in the courtroom if the Court thinks it's necessary to
7 either have a proffer or any testimony, but from our
8 standpoint, we're happy to rely on the affidavits, if that's
9 okay with the Court.
10         THE COURT:  Well would you like to move the
11 affidavits formally into evidence?
12         MR. KRAKAUER:  Yes, I would, Your Honor.
13         THE COURT:  Is there any objection?
14             (No audible response.)
15         THE COURT:  Admitted without objection.  I've
16 reviewed the submission and don't have any questions, but
17 would open up the floor if the debtor is finished with its
18 presentation and ask if anyone wishes to be heard in
19 connection with either proposed settlement.
20         MR. KRAKAUER:  I'll have one comment at the end,
21 Your Honor permits --
22         THE COURT:  Certainly.  Does anyone else wish to
23 be heard?
24         MR. DEUTSCH:  Good afternoon, Your Honor.  Doug
25 Deutsch from Chadbourne & Park on behalf of the official

1   committee of unsecured creditors.

2              Your Honor, I just wanted to assure you that

3   we've been involved in the settlement of both the Neil, the

4   ERISA litigation and the IRS every step of the way.  Have

5   attended as an actual unofficial participation at the

6   mediation, and think that ultimately and to cut to the

7   chase, that the settlement is a good one that resolves some

8   difficult issues for a relatively modest sum.  And also

9   addresses down the road there will be of course ongoing

10  attorney fees and the like over again, very difficult issues

11  to resolve.

12             So the committee supports this, these two

13  settlements and supports the debtors' motions today.

14             THE COURT:  Thank you.  Does anyone else wish to

15  be heard?

16                  (No audible response.)

17             THE COURT:  I hear no further response.  Mr.

18  Krakauer?

19             MR. KRAKAUER:  Yes, Your Honor.  Just some

20  related items.  First, in terms of the plan reorganization

21  with this settlement just so we can all keep track, the IRS

22  objections to the plan of reorganization have been

23  previously resolved prior to the settlement.  The same with

24  Great Banc.  Great Banc had filed an objection.  Part of it

25  had been resolved at confirmation and part of it was

1  resolved by us filing a plan amendment.  So their plan
2  objections are now finished.  And with this settlement, we
3  are also resolving the Department of Labor objection to the
4  plan or organization.
5          Part of the settlement does involve an amendment
6  to the plan.  And basically, what the amendment does is if
7  for some reason unrelated to the DOL's action, the class
8  action settlement doesn't get done for some reason, we
9  worked out a provision in the plan that would basically
10 preserve the various rights of the parties with respect to
11 the DOL and the debtor and various other parties so that the
12 claim issue if it has to be back determined, it could be
13 determined and it wouldn't stop the plan process.  So we
14 will have a short amendment to the plan to take care of that
15 which we would file.
16         THE COURT:  Well when would you anticipate filing
17 such an amendment?
18         MR. KRAKAUER:  Your Honor, we can filed it now.
19 We could file it this afternoon.  I could hand you a copy of
20 what we worked out.
21         THE COURT:  I would appreciate that.
22         MR. KRAKAUER:  Okay.
23         THE COURT:  Because I literally am within days of
24 issuing an opinion on confirmation.
25         MR. KRAKAUER:  Okay.  I will hand it up, if

1   that's okay.

2              THE COURT:  Thank you.  Okay.  Now I take it that

3   either because of the 9019 process or that the amendments

4   doesn't adversely impact, but rather enhances the plan and

5   treatment of those affected or doesn't affect others, that

6   no further process in connection with confirmation is

7   required.

8              MR. KRAKAUER:  That's correct, Your Honor.

9              THE COURT:  Okay.  And I'll ask for comments from

10  the others in a moment, but does the debtor have any reason

11  to believe that any party of which it is aware disagrees

12  with that?

13             MR. KRAKAUER:  I do not, Your Honor.

14             THE COURT:  Okay.  Does anyone else wish to be

15  heard on that issue?

16             MR. GOLDEN:  Your Honor, it's Daniel Golden,

17  Akin, Gump, Strauss, Hauer & Feld, counsel for the

18  noteholder plan proponents.

19             You may recall that with respect to the DOL, we

20  had previously resolved their objection to the noteholder

21  plan by a reservation of rights.  My working assumption is

22  that now that they've reached a final agreement with the

23  company, that that settlement will be equally applicable to

24  the noteholder plan and, therefore, subject to maybe having

25  to make a similar type amendment and I haven't seen the

1   amendment that Mr. Krakauer has just handed up to the Court
2   and I'm sure he'll send us a copy forthwith.  That we --
3   that the noteholder plan will be in the same position as the
4   DCL plan vis-a-vis these two settlements to the extent that
5   they're approved.
6              THE COURT:  Okay.  Then I would ask that assuming
7   I sign those orders today, that both parties make whatever
8   filings they need to make as quickly as possible.
9              MR. KRAKAUER:  Yes, Your Honor, absolutely.
10             MR. GOLDEN:  We'll do that, Your Honor.
11             THE COURT:  All right, thank you.  Does anyone
12  else wish to be heard?
13                  (No audible response.)
14             THE COURT:  Okay.  Do you have forms of order for
15  me?  Thank you.  Based upon the record that's been made, I
16  am of the view that the debtor has satisfied the Martin
17  Standards.  These are complicated issues which I think have
18  been resolved appropriately.  And also, I think will enhance
19  the confirmation process as well.  Both orders have been
20  signed.  Is there anything further for today?
21             MR. KRAKAUER:  Not for the debtors, Your Honor.
22             THE COURT:  Thank you all very much.  That
23  concludes this hearing.  Court will stand adjourned.
24       (Whereupon, at 2:13 p.m., the hearing was adjourned.)
25

1                         CERTIFICATION

2          I certify that the foregoing is a correct

3    transcript from the electronic sound recording of the

4    proceedings in the above-entitled matter.

5

6

7    _____          19 October 2011
8    Traci L. Calaman, Transcriber                Date
9

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **08-13141(kjc)**(1) 1:5 | | **austin**(3) 1:25 4:25 9:12 | | **conaway**(1) 2:24 | | **electronic**(2) 1:55 16:3 | |
| **aboveentitled** (1) 16:4 | | **authorizing**(2) 9:9 9:11 | | **concludes**(1) 15:23 | | **else**(4) 11:22 12:14 14:14 15:12 | |
| **absolutely**(1) 15:9 | | **avenue**(2) 1:36 2:42 | | **condition**(1) 10:11 | | **employee**(1) 5:20 | |
| **acting**(1) 10:2 | | **aware**(1) 14:11 | | **confirmation**(4) 12:25 13:24 14:6 15:19 | | **end**(1) 11:20 | |
| **action**(5) 10:24 10:25 11:2 13:7 13:8 | | **back**(2) 8:20 13:12 | | **connection**(4) 9:21 9:24 11:19 14:6 | | **enhance**(1) 15:18 | |
| **actual**(1) 12:5 | | **bale**(1) 5:47 | | **consider**(1) 8:23 | | **enhances**(1) 14:4 | |
| **adam**(1) 2:5 | | **banc**(4) 2:40 5:34 12:24 12:24 | | **contingent**(1) 10:22 | | **enter**(2) 9:9 9:11 | |
| **address**(2) 9:13 9:17 | | **bank**(5) 4:17 5:40 6:4 6:40 7:10 | | **continued**(7) 2:2 3:2 4:2 5:2 6:2 7:2 8:9 | | **ephraim**(1) 6:12 | |
| **addresses**(1) 12:9 | | **bankruptcy**(2) 1:1 1:21 | | **copy**(2) 13:19 15:2 | | **equally**(1) 14:23 | |
| **adjourned**(3) 8:11 15:23 15:24 | | **based**(1) 15:15 | | **correct**(2) 14:8 16:2 | | **erisa**(7) 3:19 9:9 9:21 10:3 10:7 10:16 | |
| **administered**(1) 1:6 | | **basically**(2) 13:6 13:9 | | **could**(3) 13:12 13:19 13:19 | | **esop**(2) 10:7 10:15 | |
| **admitted**(1) 11:15 | | **because**(3) 10:13 13:23 14:3 | | **counsel**(2) 8:18 14:17 | | **especially**(1) 10:16 | |
| **adversely**(1) 14:4 | | **been**(9) 10:18 10:19 10:21 12:3 12:22 | | **course**(1) 12:9 | | **esq**(61) 1:26 1:27 1:28 1:35 1:41 2:5 2:6 | |
| **affect**(1) 14:5 | | 12:25 15:15 15:18 15:19 | | **court**(30) 1:1 8:3 8:7 8:17 8:21 8:22 9:3 | | 2:12 2:18 2:26 2:34 2:41 3:5 3:12 3:20 | |
| **affected**(1) 14:5 | | | | 9:13 9:14 10:22 11:6 11:9 11:10 11:13 | | 3:28 3:32 3:34 3:36 3:38 3:40 3:42 3:46 | |
| **affidavits**(3) 10:17 11:8 11:11 | | **before**(2) 1:20 10:24 | | 11:15 11:22 12:14 12:17 13:16 13:21 | | 3:47 3:49 4:5 4:8 4:12 4:14 4:18 4:22 | |
| **afternoon**(4) 8:4 9:15 11:24 13:19 | | **behalf**(3) 8:5 9:16 11:25 | | 13:23 14:2 14:9 14:14 15:1 15:6 15:11 | | 4:26 4:28 4:30 4:32 4:34 4:36 4:38 4:42 | |
| **again**(1) 12:10 | | **believe**(1) 14:11 | | 15:14 15:22 15:23 | | 4:44 4:46 4:48 5:5 5:9 5:11 5:15 5:17 | |
| **agenda**(6) 8:7 8:8 8:10 8:12 8:14 9:2 | | **bendernagel**(1) 1:27 | | | | 5:21 5:23 5:27 5:31 5:35 5:37 5:41 5:44 | |
| **agreement**(2) 2:24 14:22 | | **bifferato**(1) 3:19 | | **courtroom**(2) 1:11 11:6 | | 6:8 6:16 6:20 6:24 6:34 6:41 | |
| **agudelo**(1) 5:11 | | **bigalo**(1) 6:15 | | **credit**(2) 2:24 4:11 | | | |
| **ahead**(1) 9:4 | | **blake**(1) 2:26 | | **creditors**(4) 2:5 3:32 4:5 12:1 | | **esther**(1) 6:4 | |
| **akin**(1) 14:17 | | **block**(1) 5:30 | | **cut**(1) 12:6 | | **etc.**(1) 3:19 | |
| **alan**(1) 5:41 | | **boelter**(1) 4:26 | | **dalton**(1) 7:4 | | **every**(1) 12:4 | |
| **alix**(1) 5:4 | | **both**(7) 9:18 10:7 10:8 10:18 12:3 15:7 | | **dan**(1) 2:6 | | **everyone**(1) 8:3 | |
| **all**(6) 8:2 10:15 11:1 12:21 15:11 15:22 | | 15:19 | | **daniel**(2) 4:18 14:16 | | **evidence**(1) 11:11 | |
| **also**(8) 9:23 9:23 10:10 10:13 10:20 12:8 | | | | **data**(1) 1:48 | | **examiner**(3) 8:16 8:19 8:23 | |
| 13:3 15:18 | | **box**(1) 2:29 | | **date**(1) 16:8 | | **extent**(1) 15:4 | |
| | | **brandywine**(1) 2:27 | | **dave**(1) 4:42 | | **fallon**(1) 5:44 | |
| **alvarez**(1) 6:33 | | **brett**(1) 4:34 | | **david**(5) 2:34 3:42 4:32 5:17 6:30 | | **fargo**(1) 6:40 | |
| **amalgamated**(1) 5:40 | | **brickley**(1) 5:27 | | **davidson**(2) 5:35 6:11 | | **fee**(6) 8:15 8:16 8:19 8:23 9:6 9:6 | |
| **amanda**(1) 3:5 | | **brockius**(1) 5:34 | | **davis**(1) 3:27 | | **fees**(1) 12:10 | |
| **amendment**(7) 13:1 13:5 13:6 13:14 13:17 | | **brown**(1) 6:19 | | **days**(1) 13:23 | | **feld**(1) 14:17 | |
| 14:25 15:1 | | **bryan**(2) 1:26 9:15 | | **dcl**(1) 15:4 | | **fiduciary**(3) 9:25 10:2 10:3 | |
| | | **building**(1) 2:27 | | **dearborn**(1) 1:29 | | **fifth**(1) 9:6 | |
| **amendments**(1) 14:3 | | **bush**(1) 3:46 | | **deborah**(1) 5:35 | | **file**(2) 13:15 13:19 | |
| **america**(2) 4:17 6:4 | | **but**(4) 11:7 11:16 14:4 14:10 | | **debtor**(5) 1:25 11:17 13:11 14:10 15:16 | | **filed**(8) 8:7 8:12 8:16 9:5 10:19 10:19 | |
| **and**(39) 8:9 8:15 8:18 9:5 9:7 9:10 9:18 | | **calaman**(1) 16:8 | | **debtors**(9) 1:11 8:5 8:7 9:8 9:9 9:10 9:16 | | 12:24 13:18 | |
| 9:22 9:23 9:24 10:2 10:5 10:7 10:7 10:14 | | **can**(2) 12:21 13:18 | | 12:13 15:21 | | | |
| 10:15 10:25 11:1 11:2 11:16 11:18 12:4 | | **can't**(1) 10:12 | | | | **filing**(2) 13:1 13:16 | |
| 12:6 12:6 12:8 12:10 12:13 12:25 13:2 | | **cantigny**(1) 6:24 | | **delaware**(5) 1:2 1:13 1:36 2:42 8:1 | | **filings**(1) 15:8 | |
| 13:6 13:11 13:11 13:13 14:4 14:9 14:24 | | **capacity**(1) 10:3 | | **denton**(1) 6:27 | | **final**(2) 11:2 14:22 | |
| 14:25 15:2 15:18 | | **capital**(1) 5:47 | | **department**(2) 9:23 13:3 | | **finger**(1) 3:4 | |
| | | **care**(1) 13:14 | | **detailed**(1) 10:17 | | **finished**(2) 11:17 13:2 | |
| **anderson**(1) 3:11 | | **carey**(1) 1:20 | | **determined**(2) 13:12 13:13 | | **first**(3) 9:20 10:8 12:20 | |
| **andrea**(1) 5:15 | | **caridas**(1) 3:47 | | **deutsch**(4) 2:12 3:34 11:24 11:25 | | **floor**(4) 1:42 2:28 3:15 11:17 | |
| **andrew**(3) 3:47 5:31 7:4 | | **carlyle**(1) 2:40 | | **dewey**(1) 4:11 | | **for**(60) 1:2 1:25 2:4 2:24 2:33 2:40 3:4 | |
| **andrews**(1) 2:18 | | **carol**(1) 5:47 | | **diamond**(1) 6:12 | | 3:11 3:19 3:27 3:31 4:4 4:8 4:11 4:17 | |
| **anna**(2) 7:7 7:7 | | **carroon**(1) 3:11 | | **diaz**(1) 1:48 | | 4:21 4:25 5:4 5:8 5:14 5:20 5:26 5:30 | |
| **another**(1) 8:21 | | **case**(3) 1:5 6:40 10:24 | | **didn't**(1) 8:25 | | 5:34 5:40 5:44 5:47 6:4 6:7 6:11 6:15 | |
| **anticipate**(1) 13:16 | | **certainly**(1) 11:22 | | **different**(1) 10:1 | | 6:19 6:23 6:27 6:30 6:33 6:37 6:40 6:44 | |
| **any**(8) 9:1 10:15 10:18 11:7 11:13 11:16 | | **certification**(4) 8:21 8:24 9:5 16:1 | | **difficult**(2) 12:8 12:10 | | 6:47 7:4 7:7 7:10 8:18 8:21 9:6 9:8 9:10 | |
| 14:10 14:11 | | **certifications**(1) 8:12 | | **directors**(1) 6:7 | | 9:20 10:2 10:15 10:21 12:8 13:7 13:8 | |
| | | **certify**(1) 16:2 | | **disagrees**(1) 14:11 | | 14:9 14:17 15:14 15:20 15:21 | |
| **anyone**(5) 11:18 11:22 12:14 14:14 15:11 | | **chadbourne**(3) 2:11 3:31 11:25 | | **district**(2) 1:2 10:21 | | | |
| **anything**(1) 15:20 | | **chapter**(1) 1:8 | | **dno**(1) 10:1 | | **foregoing**(1) 16:2 | |
| **appearances**(5) 3:25 4:1 5:1 6:1 7:1 | | **charles**(1) 5:37 | | **does**(7) 11:22 12:14 13:5 13:6 14:10 14:1 | | **formally**(1) 11:11 | |
| **applicable**(1) 14:23 | | **chase**(2) 7:10 12:7 | | 15:11 | | **forman**(1) 1:33 | |
| **application**(1) 8:15 | | **chicago**(3) 1:30 1:43 6:44 | | | | **former**(1) 6:7 | |
| **applications**(1) 9:6 | | **chung**(1) 6:4 | | **doesn't**(3) 13:8 14:4 14:5 | | **forms**(1) 15:14 | |
| **appreciate**(1) 13:21 | | **citigroup**(1) 4:21 | | **dol**(2) 13:11 14:19 | | **forthwith**(1) 15:2 | |
| **appropriately**(1) 15:18 | | **claim**(4) 9:9 9:11 9:21 13:12 | | **dol's**(1) 13:7 | | **forward**(3) 8:9 9:8 10:12 | |
| **approval**(2) 10:22 10:25 | | **claims**(4) 8:9 10:6 10:6 10:13 | | **don**(1) 4:44 | | **foundation**(2) 6:24 6:25 | |
| **approved**(2) 10:23 15:5 | | **class**(4) 10:24 10:25 11:2 13:7 | | **don't**(2) 8:20 11:16 | | **frank**(4) 5:20 5:23 6:33 6:34 | |
| **are**(15) 8:9 8:9 8:19 8:22 9:7 9:8 9:19 | | **cleary**(1) 2:26 | | **done**(4) 10:13 10:13 11:4 13:8 | | **from**(5) 8:5 11:7 11:25 14:9 16:3 | |
| 10:6 10:8 10:19 10:20 10:23 13:2 13:3 | | **clerk**(1) 8:2 | | **doug**(1) 11:24 | | **fuks**(1) 6:37 | |
| 15:17 | | **cobb**(1) 2:4 | | **dougherty**(1) 6:8 | | **fundamental**(1) 6:44 | |
| | | **cole**(2) 1:33 8:5 | | **douglas**(3) 2:12 3:28 3:34 | | **further**(3) 12:17 14:6 15:20 | |
| **arrowgrass**(1) 6:30 | | **comment**(1) 11:20 | | **dow**(2) 5:26 5:26 | | **gary**(1) 4:48 | |
| **arthur**(1) 6:47 | | **comments**(1) 14:9 | | **down**(1) 12:9 | | **gecker**(1) 5:20 | |
| **ashley**(1) 3:36 | | **committee**(5) 2:4 3:31 4:4 12:1 12:12 | | **drive**(1) 1:42 | | **george**(1) 6:8 | |
| **ask**(3) 11:18 14:9 15:6 | | **committees**(1) 8:10 | | **dunn**(1) 6:30 | | **get**(2) 11:3 13:8 | |
| **asset**(1) 6:37 | | **companies**(1) 9:25 | | **early**(1) 11:3 | | **going**(2) 8:9 9:7 | |
| **assuming**(1) 15:6 | | **company**(6) 1:8 4:4 4:41 8:6 9:11 14:23 | | **ecro**(1) 1:46 | | **golden**(3) 14:16 14:16 15:10 | |
| **assumption**(1) 14:21 | | **compel**(1) 8:10 | | **egi-trb**(1) 5:30 | | **goldfarb**(1) 2:18 | |
| **assure**(1) 12:2 | | **compensation**(1) 5:20 | | **eisele**(1) 5:5 | | **goldman**(1) 5:44 | |
| **attended**(1) 12:5 | | **complete**(1) 8:20 | | **either**(4) 10:19 11:7 11:19 14:3 | | **good**(5) 8:3 8:4 9:15 11:24 12:7 | |
| **attorney**(1) 12:10 | | **complicated**(1) 15:17 | | **elden**(1) 6:7 | | **gotshal**(1) 5:14 | |
| **audible**(3) 11:14 12:16 15:13 | | | | **eldersveld**(1) 4:42 | | **graem**(1) 3:46 | |
| **aurelius**(1) 4:8 | | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **great**(4) | 2:40 5:34 12:24 12:24 | **joseph**(1) | 5:23 | **moment**(1) | 14:10 | **plan**(15) | 12:20 12:22 13:1 13:1 13:4 13:6 13:9 13:13 13:14 14:4 14:18 14:21 14:24 15:3 15:4 |
| **greissman**(1) | 6:41 | **joshua**(1) | 4:12 | **monday**(2) | 10:21 10:23 | | |
| **grippo**(1) | 6:7 | **judge**(4) | 1:20 1:21 10:9 10:24 | **monthly**(1) | 9:5 | | |
| **gross**(1) | 10:9 | **just**(4) | 12:2 12:19 12:21 15:1 | **morgan**(5) | 3:4 3:27 5:14 5:34 7:10 | | |
| **group**(1) | 5:21 | **kalenchitis**(2) | 7:7 7:7 | **morning**(1) | 8:3 | **plans**(1) | 10:4 |
| **gruszka**(1) | 6:44 | **kansa**(1) | 4:30 | **most**(1) | 9:17 | **plaza**(2) | 2:13 3:13 |
| **gump**(1) | 14:17 | **kate**(2) | 1:35 8:4 | **motion**(5) | 8:10 9:8 9:10 9:20 9:20 | **please**(1) | 8:2 |
| **gwen**(1) | 6:16 | **katten**(1) | 6:23 | **motions**(6) | 9:18 10:18 10:19 10:22 10:23 12:13 | **point**(1) | 10:20 |
| **had**(4) | 9:1 12:24 12:25 14:20 | **kavalis**(1) | 6:47 | | | **policy**(3) | 9:25 10:1 10:2 |
| **hadley**(1) | 5:40 | **kaye**(1) | 5:8 | | | **polk**(1) | 3:27 |
| **halcyon**(1) | 6:37 | **keep**(1) | 12:21 | **move**(1) | 11:10 | **position**(1) | 15:3 |
| **hand**(2) | 13:19 13:25 | **kempner**(1) | 6:11 | **much**(1) | 15:22 | **possible**(1) | 15:8 |
| **handed**(1) | 15:1 | **ken**(1) | 4:30 | **muchin**(1) | 6:23 | **potter**(1) | 3:11 |
| **happen**(1) | 10:23 | **kerriann**(1) | 4:38 | **myers**(1) | 4:17 | **ppearances**(3) | 1:23 2:1 3:1 |
| **happy**(2) | 8:23 11:8 | **kevin**(2) | 1:20 4:28 | **myrick**(1) | 4:34 | **preliminary**(1) | 10:25 |
| **harrisburg**(1) | 1:50 | **king**(3) | 2:35 3:7 3:21 | **neal**(1) | 10:11 | **presentation**(1) | 11:18 |
| **has**(5) | 10:14 10:21 13:12 15:1 15:16 | **klauder**(1) | 2:34 | **necessary**(1) | 11:6 | **preserve**(1) | 13:10 |
| **hauer**(1) | 14:17 | **know**(3) | 8:20 8:24 8:25 | **need**(1) | 15:8 | **previously**(2) | 12:23 14:20 |
| **haupt**(1) | 3:20 | **krakauer**(16) | 1:26 9:12 9:15 9:16 11:12 11:20 12:18 12:19 13:18 13:22 13:25 14:8 14:13 15:1 15:9 15:21 | **neil**(5) | 3:19 9:21 9:22 10:11 12:3 | **prior**(1) | 12:23 |
| **have**(13) | 8:24 10:18 10:19 11:7 11:16 11:20 12:4 12:22 13:14 14:10 15:14 15:17 15:19 | | | **new**(2) | 2:14 4:17 | **proceedings**(3) | 1:19 1:55 16:4 |
| | | | | **news**(1) | 5:26 | **process**(6) | 8:19 11:5 13:13 14:3 14:6 |
| | | | | **next**(1) | 11:3 | **produced**(1) | 1:56 |
| **haven't**(1) | 14:25 | **labor**(2) | 9:23 13:3 | **nexus**(1) | 10:14 | **proffer**(1) | 11:7 |
| **having**(1) | 14:24 | **landis**(2) | 2:4 2:5 | **nolan**(1) | 6:16 | **proponents**(1) | 14:18 |
| **he'll**(1) | 15:2 | **lantry**(1) | 4:28 | **nomura**(1) | 6:47 | **proposed**(1) | 11:19 |
| **hear**(1) | 12:17 | **late**(1) | 11:3 | **north**(3) | 3:7 3:14 3:21 | **provision**(1) | 13:9 |
| **heard**(5) | 11:18 11:23 12:15 14:15 15:12 | **laura**(1) | 5:5 | **not**(6) | 8:9 10:1 10:18 10:20 14:13 15:21 | **quarterly**(1) | 9:6 |
| **hearing**(5) | 8:21 10:20 11:3 15:23 15:24 | **laurie**(1) | 3:12 | **noteholder**(4) | 14:18 14:20 14:24 15:3 | **questions**(4) | 8:22 8:24 9:1 11:16 |
| **helligman**(1) | 5:21 | **layton**(1) | 3:4 | **notice**(1) | 11:1 | **quickly**(1) | 15:8 |
| **helpful**(1) | 9:17 | **leboeuf**(1) | 4:11 | **now**(4) | 13:2 13:18 14:2 14:22 | **rath**(2) | 2:4 2:6 |
| **hercules**(1) | 3:13 | **lemay**(1) | 3:42 | **o'melveny**(1) | 4:17 | **rather**(1) | 14:4 |
| **here**(3) | 9:12 10:4 11:5 | **lenders**(2) | 2:25 4:11 | **o'neal**(1) | 4:46 | **reached**(1) | 14:22 |
| **honor**(17) | 8:4 8:15 8:18 8:25 9:15 11:12 11:21 11:24 12:2 12:19 13:18 14:8 14:13 14:16 15:9 15:10 15:21 | **leonard**(1) | 1:34 | **objection**(5) | 11:13 11:15 12:24 13:3 14:20 | **really**(1) | 10:12 |
| | | **let**(1) | 8:24 | **objections**(4) | 8:9 10:18 12:22 13:2 | **reason**(3) | 13:7 13:8 14:10 |
| | | **lewis**(1) | 5:34 | **october**(4) | 1:15 8:1 8:11 16:7 | **recall**(1) | 14:19 |
| | | **lexi**(1) | 5:44 | **office**(1) | 2:33 | **record**(1) | 15:15 |
| **honorable**(1) | 1:20 | **liebentritt**(2) | 4:44 11:5 | **officers**(1) | 6:8 | **recorded**(1) | 1:55 |
| **horan**(1) | 2:41 | **like**(2) | 11:10 12:10 | **official**(4) | 2:4 3:31 4:4 11:25 | **recording**(2) | 1:55 16:3 |
| **howard**(1) | 3:40 | **literally**(1) | 13:23 | **okay**(10) | 8:25 11:9 13:22 13:25 14:1 14:2 14:9 14:14 15:6 15:14 | **reed**(2) | 1:40 5:21 |
| **i'd**(1) | 8:23 | **litigation**(3) | 9:21 9:23 12:4 | | | **relate**(3) | 8:8 10:6 10:14 |
| **i'll**(3) | 8:24 11:20 14:9 | **litvack**(1) | 5:17 | | | **related**(2) | 10:15 12:20 |
| **i'm**(1) | 15:2 | **llc**(4) | 3:19 5:4 6:7 6:33 | **once**(1) | 8:19 | **relating**(1) | 9:25 |
| **i've**(1) | 11:15 | **llp**(12) | 1:25 2:11 3:11 3:31 4:11 5:8 5:14 5:20 5:30 5:34 6:19 6:23 | **one**(4) | 1:29 3:6 11:20 12:7 | **relatively**(1) | 12:8 |
| **igor**(1) | 6:37 | | | **ongoing**(1) | 12:9 | **rely**(1) | 11:8 |
| **impact**(1) | 14:4 | | | **open**(1) | 11:17 | **remaining**(1) | 9:7 |
| **impacted**(1) | 10:1 | **lockbox**(1) | 2:36 | **opinion**(1) | 13:24 | **reorganization**(2) | 12:20 12:22 |
| **indicating**(1) | 8:8 | **ludwig**(1) | 1:28 | **opposed**(1) | 10:20 | **report**(1) | 8:15 |
| **insurance**(1) | 9:24 | **lugano**(1) | 1:46 | **order**(3) | 9:8 9:10 15:14 | **required**(1) | 14:7 |
| **insurers**(1) | 9:24 | **lynch**(2) | 3:11 5:8 | **orders**(2) | 15:7 15:19 | **reservation**(1) | 14:21 |
| **interim**(1) | 9:6 | **made**(1) | 15:15 | **organization**(1) | 13:4 | **resolve**(1) | 12:11 |
| **interrelated**(2) | 9:19 10:8 | **make**(3) | 14:25 15:7 15:8 | **other**(2) | 9:1 13:11 | **resolved**(5) | 12:23 12:25 13:1 14:20 15:18 |
| **into**(3) | 9:9 9:11 11:11 | **management**(2) | 5:48 6:37 | **others**(2) | 14:5 14:10 | **resolves**(1) | 12:7 |
| **investment**(1) | 6:45 | **manges**(1) | 5:14 | **our**(1) | 11:7 | **resolving**(1) | 13:3 |
| **involve**(1) | 13:5 | **marc**(2) | 3:36 3:38 | **out**(3) | 11:1 13:9 13:20 | **respect**(8) | 8:12 8:14 9:1 9:5 10:3 10:5 13:10 14:19 |
| **involved**(1) | 12:3 | **market**(3) | 1:12 2:7 3:14 | **over**(2) | 10:9 12:10 | | |
| **irs**(8) | 9:11 10:6 10:6 10:10 10:12 10:14 12:4 12:21 | **marsal**(1) | 6:33 | **p.a**(1) | 1:34 | | |
| | | **martin**(1) | 15:16 | **p.m**(3) | 1:16 8:1 15:24 | **response**(4) | 11:14 12:16 12:17 15:13 |
| | | **matter**(1) | 16:4 | **p.o**(1) | 2:29 | **reviewed**(2) | 8:15 11:16 |
| **issue**(2) | 13:12 14:15 | **matthew**(3) | 4:8 6:33 6:34 | **palmier**(1) | 10:25 | **richards**(1) | 3:4 |
| **issues**(8) | 8:22 9:21 10:7 10:15 10:16 12:8 12:10 15:17 | **maue**(1) | 7:4 | **park**(1) | 11:25 | **rifkind**(1) | 4:21 |
| | | **may**(1) | 14:19 | **parke**(2) | 2:11 3:31 | **right**(1) | 15:11 |
| | | **maybe**(2) | 11:3 14:24 | **part**(5) | 10:8 10:9 12:24 12:25 13:5 | **rights**(2) | 13:10 14:21 |
| **issuing**(1) | 13:24 | **mccloy**(1) | 5:40 | **participation**(1) | 12:5 | **rise**(1) | 8:2 |
| **it's**(4) | 9:22 9:25 11:6 14:16 | **mccormack**(1) | 3:32 | **parties**(5) | 9:22 11:2 13:10 13:11 15:7 | **road**(1) | 12:9 |
| **item**(5) | 8:10 8:14 9:4 9:8 9:10 | **mccormick**(1) | 6:23 | **partners**(4) | 5:4 6:11 6:30 6:45 | **robert**(1) | 6:23 |
| **items**(6) | 8:8 8:13 9:2 9:7 9:18 12:20 | **mediated**(1) | 10:10 | **party**(1) | 14:11 | **rockefeller**(1) | 2:13 |
| **its**(1) | 11:17 | **mediation**(2) | 10:9 12:6 | **parver**(1) | 5:9 | **rodney**(1) | 3:6 |
| **jackson**(1) | 5:37 | **meisel**(1) | 1:33 | **paul**(1) | 4:21 | **roitman**(1) | 3:38 |
| **james**(3) | 1:27 3:49 4:14 | **merrill**(2) | 3:11 5:8 | **peg**(1) | 5:27 | **rosenman**(1) | 6:23 |
| **jamila**(1) | 6:20 | **mestar**(1) | 4:12 | **pennock**(1) | 4:22 | **ross**(1) | 4:36 |
| **jane**(1) | 5:9 | **michael**(1) | 4:46 | **pennsylvania**(1) | 1:50 | **rudnick**(1) | 6:19 |
| **jenner**(1) | 5:30 | **might**(1) | 9:17 | **pension**(1) | 9:11 | **saavedra**(1) | 5:15 |
| **jessica**(1) | 4:26 | **milbank**(1) | 5:40 | **period**(1) | 9:6 | **sachs**(1) | 5:44 |
| **jillian**(1) | 1:28 | **miles**(1) | 4:32 | **permits**(1) | 11:21 | **same**(3) | 10:14 12:23 15:3 |
| **john**(2) | 1:41 6:24 | **mills**(1) | 4:38 | **persons**(1) | 10:2 | **sandhya**(1) | 4:5 |
| **johnston**(1) | 4:14 | **minkove**(2) | 7:10 7:11 | **peter**(1) | 6:44 | **satisfied**(1) | 15:16 |
| **jointly**(1) | 1:6 | **modest**(1) | 12:8 | **phone**(1) | 8:19 | **schachar**(2) | 7:10 7:11 |
| **jonathan**(1) | 5:11 | **moelis**(1) | 4:4 | **plaintiffs**(1) | 10:24 | **schaible**(1) | 3:28 |
| **jones**(2) | 5:26 5:26 | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|
| **schedule**(1) | 8:21 | **terms**(1) | 12:20 | **very**(3) | 9:14  12:10  15:22 |
| **scheduled**(1) | 10:21 | **testimony**(1) | 11:7 | **view**(1) | 15:16 |
| **scholer**(1) | 5:8 | **than**(1) | 10:1 | **vis-a-vis**(1) | 15:4 |
| **schotz**(2) | 1:33  8:5 | **thank**(5) | 12:14  14:2  15:11  15:15  15:22 | **wacker**(1) | 1:42 |
| **schuylkill**(1) | 1:49 | **that**(41) | 8:8  8:19  9:7  9:22  10:6  10:9  10:11  10:16  10:18  10:19  10:21  11:1  12:2  12:6  12:7  12:7  13:9  13:11  13:14  13:21  14:2  14:3  14:5  14:11  14:12  14:15  14:19  14:22  14:22  14:23  14:23  15:1  15:2  15:3  15:4  15:6  15:7  15:10  15:16  15:22  16:2 | **want**(1) | 8:20 |
| **scott**(1) | 6:41 | | | **wanted**(1) | 12:2 |
| **seated**(1) | 8:2 | | | **wants**(1) | 8:15 |
| **second**(1) | 10:5 | | | **wardwell**(1) | 3:27 |
| **securities**(1) | 6:47 | | | **was**(4) | 9:5  10:9  12:25  15:24 |
| **seek**(1) | 10:25 | | | **washington**(1) | 2:21 |
| **seen**(1) | 14:25 | | | **way**(1) | 12:4 |
| **seife**(1) | 3:40 | **that's**(5) | 11:5  11:8  14:1  14:8  15:15 | **we'll**(1) | 15:10 |
| **send**(1) | 15:2 | **the**(148) | 1:1  1:2  1:20  2:27  2:33  8:2  8:3  8:5  8:7  8:7  8:10  8:15  8:16  8:17  8:19  8:19  8:20  8:22  8:23  9:3  9:5  9:6  9:7  9:8  9:10  9:13  9:14  9:16  9:18  9:20  9:21  9:22  9:23  9:24  9:24  10:1  10:2  10:3  10:5  10:6  10:6  10:7  10:9  10:10  10:11  10:11  10:11  10:12  10:13  10:13  10:14  10:15  10:18  10:19  10:21  10:22  10:23  10:24  10:25  11:1  11:2  11:3  11:5  11:6  11:6  11:8  11:9  11:10  11:10  11:13  11:15  11:16  11:17  11:17  11:20  11:22  11:25  12:3  12:3  12:3  12:4  12:4  12:5  12:6  12:7  12:9  12:10  12:12  12:13  12:14  12:17  12:20  12:21  12:22  12:23  12:23  13:3  13:3  13:5  13:6  13:6  13:7  13:7  13:9  13:10  13:10  13:11  13:11  13:13  13:14  13:16  13:21  13:23  14:2  14:3  14:3  14:4  14:9  14:10  14:10  14:14  14:17  14:19  14:20  14:22  14:24  14:25  15:1  15:3  15:3  15:3  15:4  15:6  15:11  15:14  15:15  15:16  15:16  15:16  15:19  15:21  15:22  15:24  16:2  16:3  16:3  16:4 | **we're**(1) | 11:8 |
| **send**(1) | 15:2 | | | **we've**(2) | 10:17  12:3 |
| **sense**(1) | 10:11 | | | **weil**(1) | 5:14 |
| **sent**(1) | 10:9 | | | **weiss**(1) | 4:21 |
| **service**(2) | 1:48  1:56 | | | **weitman**(1) | 4:48 |
| **services**(1) | 1:48 | | | **well**(4) | 9:14  11:10  13:16  15:19 |
| **settlement**(20) | 9:9  9:12  9:20  9:22  10:2  10:5  10:10  10:11  10:12  10:12  11:1  11:19  12:3  12:7  12:21  12:23  13:2  13:5  13:8  14:23 | | | **wells**(1) | 6:40 |
| | | | | **wenesday**(1) | 8:1 |
| | | | | **were**(4) | 8:12  9:1  10:8  10:8 |
| | | | | **west**(1) | 2:28 |
| | | | | **wharton**(1) | 4:21 |
| **settlements**(3) | 10:7  12:13  15:4 | | | **what**(3) | 10:23  13:6  13:20 |
| **shamah**(1) | 4:18 | | | **whatever**(1) | 15:7 |
| **shannon**(1) | 4:22 | | | **when**(1) | 13:16 |
| **short**(1) | 13:14 | | | **whereupon**(1) | 15:24 |
| **shugrue**(1) | 1:41 | | | **which**(6) | 8:8  9:25  10:1  13:15  14:11  15:17 |
| **sidley**(3) | 1:25  4:25  9:12 | | | **white**(1) | 6:40 |
| **sieger**(1) | 6:24 | | | **will**(7) | 12:9  13:14  13:25  14:23  15:3  15:18  15:23 |
| **sign**(1) | 15:7 | **their**(3) | 9:25  13:1  14:20 | | |
| **signed**(1) | 15:20 | **then**(4) | 10:5  11:1  11:2  15:6 | | |
| **silverstein**(1) | 3:12 | **there**(8) | 8:22  9:1  10:18  10:20  11:2  11:13  12:9  15:20 | **willis**(1) | 6:20 |
| **similar**(1) | 14:25 | | | **wilmington**(11) | 1:13  1:37  2:8  2:30  2:37  2:43  3:8  3:16  3:22  6:19  8:1 |
| **since**(1) | 9:18 | | | | |
| **sistla**(1) | 4:5 | | | | |
| **skipping**(1) | 9:4 | | | **wires**(1) | 5:26 |
| **slater**(1) | 6:15 | **therefore**(1) | 14:24 | **wish**(4) | 11:22  12:14  14:14  15:12 |
| **smith**(1) | 1:40 | **these**(6) | 10:6  10:22  10:23  12:12  15:4 | **wishes**(1) | 11:18 |
| **snr**(3) | 6:27  8:15  8:18 | **they**(6) | 9:18  10:8  10:8  10:14  10:20  15:8 | **with**(26) | 8:7  8:12  8:14  8:23  9:1  9:5  9:21  9:22  9:22  9:23  9:23  9:24  10:3  10:5  10:16  11:9  11:17  11:19  12:21  12:23  13:2  13:10  14:6  14:12  14:19  14:22 |
| **some**(5) | 10:13  12:7  12:19  13:7  13:8 | **they're**(2) | 10:15  15:5 | | |
| **sottile**(1) | 3:49 | **they've**(1) | 14:22 | | |
| **sound**(2) | 1:55  16:3 | **think**(4) | 9:17  12:6  15:17  15:18 | | |
| **south**(2) | 1:29  1:42 | **thinks**(1) | 11:6 | | |
| **spaeder**(2) | 2:17  3:45 | **third**(1) | 10:14 | **within**(1) | 13:23 |
| **sperling**(1) | 6:15 | **this**(8) | 10:1  10:20  10:21  12:12  12:21  13:2  13:19  15:23 | **without**(1) | 11:15 |
| **square**(1) | 3:6 | | | **womble**(1) | 2:40 |
| **stand**(1) | 15:23 | | | **worked**(2) | 13:9  13:20 |
| **standards**(1) | 15:17 | | | **working**(1) | 14:21 |
| **standpoint**(1) | 11:8 | **thomas**(3) | 2:41  3:32  4:36 | **would**(12) | 10:23  10:24  11:1  11:2  11:10  11:12  11:17  13:9  13:15  13:16  13:21  15:6 |
| **stanley**(1) | 5:14 | **those**(3) | 10:7  14:5  15:7 | | |
| **stargatt**(1) | 2:24 | **through**(3) | 8:8  8:13  9:2 | | |
| **states**(2) | 1:1  1:21 | **today**(4) | 9:8  12:13  15:7  15:20 | | |
| **ste**(1) | 2:42 | **together**(2) | 9:18  10:10 | **wouldn't**(1) | 13:13 |
| **steele**(1) | 3:5 | **traci**(1) | 16:8 | **wowchuk**(1) | 6:27 |
| **stefanie**(1) | 6:27 | **track**(1) | 12:21 | **www.diazdata.com**(1) | 1:52 |
| **step**(1) | 12:4 | **transcriber**(1) | 16:8 | **year**(2) | 11:3  11:3 |
| **steps**(1) | 10:15 | **transcript**(3) | 1:19  1:56  16:3 | **yes**(3) | 11:12  12:19  15:9 |
| **stickles**(6) | 1:35  8:4  8:5  8:18  8:25  9:4 | **transcription**(2) | 1:48  1:56 | **york**(2) | 2:14  4:17 |
| **stone**(1) | 5:41 | **treatment**(1) | 14:5 | **you**(14) | 8:20  8:24  9:1  11:10  12:2  12:14  13:16  13:19  14:2  14:19  15:11  15:14  15:15  15:22 |
| **stop**(1) | 13:13 | **tribune**(7) | 1:8  4:25  4:41  5:4  8:5  9:11  9:16 | | |
| **strauss**(1) | 14:17 | **trust**(2) | 5:34  6:19 | | |
| **street**(9) | 1:12  1:49  2:7  2:19  2:28  2:35  3:7  3:14  3:21 | **trustee**(2) | 2:33  2:33 | **young**(1) | 2:24 |
| | | **tweed**(1) | 5:40 | **your**(17) | 8:4  8:14  8:18  8:25  9:15  11:12  11:21  11:24  12:2  12:19  13:18  14:8  14:13  14:16  15:9  15:10  15:21 |
| **stuart**(1) | 7:4 | **two**(4) | 9:7  9:18  12:12  15:4 | | |
| **subject**(1) | 14:24 | **type**(1) | 14:25 | | |
| **submission**(1) | 11:16 | **u.s**(2) | 2:33  2:33 | | |
| **submit**(1) | 8:20 | **ultimately**(1) | 12:6 | **zachary**(1) | 3:20 |
| **submitted**(1) | 10:17 | **under**(1) | 8:23 | **zloto**(1) | 4:8 |
| **such**(1) | 13:17 | **understand**(1) | 8:14 | **zuckerman**(2) | 2:17  3:45 |
| **suite**(4) | 1:36  2:7  2:20  2:35 | **united**(2) | 1:1  1:21 | | |
| **sum**(1) | 12:8 | **unless**(1) | 10:12 | | |
| **support**(1) | 10:17 | **unofficial**(1) | 12:5 | | |
| **supports**(2) | 12:12  12:13 | **unrelated**(1) | 13:7 | | |
| **sure**(1) | 15:2 | **unsecured**(4) | 2:5  3:32  4:5  12:1 | | |
| **suttonbrook**(1) | 5:47 | **upon**(2) | 10:22  15:15 | | |
| **take**(2) | 13:14  14:2 | **vail**(1) | 5:31 | | |
| **taylor**(1) | 2:25 | **various**(3) | 10:3  13:10  13:11 | | |
| **telephonic**(5) | 3:25  4:1  5:1  6:1  7:1 | | | | |