# Notice Recipients

District/Off: 0311−1  User: Brandon  Date Created: 10/20/2011
Case: 08−13141−KJC  Form ID: ntcBK  Total: 22

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Bryan Krakauer | bkrakauer@sidley.com |
| aty | Michael A. Henry | mhenry@grossmcginley.com |
| aty | Patricia K. Smoots | psmoots@mcguirewoods.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Tribune Company | 435 N. Michigan Avenue | Chicago, IL 60611 | | |
| aty | Carl D. Neff | Ciardi Ciardi &Astin | 919 N. Market Street | Suite 700 | Wilmington, DE 19801 U.S.A. |
| aty | Carl D. Neff | Ciardi Ciardi &Astin | 919 N. Market Street | Suite 700 | Wilmington, DE 19801 U.S.A. |
| aty | Edward Cerasia, II | Seyfarth Shaw LLP | 620 Eighth Avenue | 32nd Floor | New York, NY 10018 |
| aty | George R. Dougherty | Grippo &Elden LLC | 111 S. Wacker Drive | Chicago, IL 60606 | |
| aty | J. Kate Stickles | Cole, Schotz, Meisel, Forman &Leonard, | 500 Delaware Avenue, Suite 1410 | Wilmington, DE 19801 | |
| aty | J. Kate Stickles | Cole, Schotz, Meisel, Forman &Leonard, | 500 Delaware Avenue, Suite 1410 | Wilmington, DE 19801 | |
| aty | James F. Conlan | Sidley Austin LLP | One South Dearborn Street | Chicago, IL 60603 | |
| aty | Jared D. Zajac | McDermott Will &Emery LLP | 340 Madison Avenue | New York, NY 10173−0002 | |
| aty | John H. Strock, III | Fox Rothschild LLP | 919 N. Market St., Suite 1300 | P.O Box 2323 | Wilmington, DE 19899−2323 |
| aty | John R. McCambridge | Grippo &Elden | 111 S. Wacker Drive | Chicago, IL 60606 | |
| aty | Michael W. kazan | Grippo &Elden LLC | 111 S. Wacker Drive | Chicago, IL 60606 | |
| aty | Norman L. Pernick | Cole, Schotz, Meisel, Forman &Leonard, | 500 Delaware Avenue,Suite 1410 | Wilmington, DE 19801 | |
| aty | Patrick J. Reilley | Cole, Schotz, Meisel, Forman &Leonard, | 500 Delaware Avenue, Suite 1410 | Wilmington, DE 19801 | |
| aty | Patrick T. Nash | Grippo &Elden | 111 S. Wacker Drive | Chicago, IL 60606 | |
| aty | Patrick Theodore Garvey | Johnson &Bell, Ltd | 33 W. Monroe, Suite 2700 | Chicago, IL 60603 | |
| aty | Robert S. Brady | Young, Conaway, Stargatt &Taylor | The Brandywine Bldg. | 1000 West Street, 17th Floor | PO Box 391  Wilmington, DE 19899−0391 |
| aty | Stephen Novack | Novack and Macey LLP | 100 North Riverside Plaza | Chicago, IL 312−419−6900  312−419−6928 | |

TOTAL: 18