UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY, *et al.*,

Debtors.

)
) Chapter 11
)
) Case No. 08-13141 (KJC)
)
) Jointly Administered
)
)
) Re: Dkt. No. 10030

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   :
                    : SS.
NEW CASTLE COUNTY   :

Tamara L. Moody, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Blank Rome LLP, and that on October 20, 2011 she caused the following document to be served upon the parties listed on the attached service list in the manner indicated thereon:

- Limited Objection to the Committee's Proposed Fourth Order Amending the Definition of "Terminating Event" [Dkt. No. 10030]

Date: October 20, 2011

BLANK ROME LLP

_____
Tamara L. Moody, Paralegal
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

SWORN TO AND SUBSCRIBED before me this 20th day of October 2011

_____
Notary Public

MARY C. LEVAN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires May 11, 2013

## Service List

**Via Facsimile**
Adam G. Landis
Daniel B. Rath
James S. Green, Jr.
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801
*Fax: 302-467-4450*

Graeme W. Bush
James Sottile
Andrew Goldfarb
Zuckerman Spaeder LLP
1800 M Street, Ste. 1000
Washington, DC 20036
*Fax: 202-822-8106*