# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT REGARDING THE
## SEVENTH QUARTERLY APPLICATION OF JENNER & BLOCK LLP

Stuart Maue (the "**Fee Examiner**") submits this Final Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") in connection with the *Seventh Quarterly Application of Jenner & Block LLP* [Docket No. 5990] (the "**Fee Application**"). The Fee Application seeks approval of fees that total $593,565.00 and reimbursement of expenses that total $16,674.88 for the period from June 1, 2010 through

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

August 31, 2010.  Jenner & Block LLP ("**Jenner**") serves as special counsel to the Debtors for certain litigation matters.

**Background**

1.      On December 8, 2008 (the "**Petition Date**"), Tribune Company and its listed subsidiaries and affiliates (each a "**Debtor**" and collectively the "**Debtors**") each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.  Under this Court's *Order Directing Joint Administration Chapter 11 Cases* dated December 10, 2009 [Docket No. 43], these cases are being jointly administered pursuant to Rule 1015(b) of the Bankruptcy Rules.

2.      On December 26, 2008, the Debtors filed the *Application for an Order Authorizing Debtors and Debtors in Possession to Retain Jenner & Block LLP as Special Counsel for Certain Litigation Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107, Nunc Pro Tunc to the Petition Date* [Docket No. 142] (the "**Retention Application**").  By order dated February 20, 2009, this Court approved the Retention Application (the "**Initial Retention Order**").

3.      On April 28, 2009, the Court entered an Order (the "**Supplemental Retention Order**") [Docket No. 1097] approving the *Debtors' Supplemental Application for an Order Expanding the Scope of the Retention of Jenner & Block LLP as Special Counsel for Certain Litigation Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107, Nunc Pro Tunc to March 5, 2009* (the "**Supplemental Retention Application**").  The Supplemental Retention Application sought clarification of the scope of Jenner's representation to allow Jenner to assist the Debtors with responding to a subpoena issued by the Department of Labor on March 2, 2009.  Jenner continues to advise and assist the Debtors in connection with the DOL inquiry.

4.      Jenner submitted the Fee Application pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, (January 15, 2009) [Docket No. 225] (the "**Interim Compensation Order**").

**Applicable Standards**

5.      In light of the size and complexity of these Chapter 11 cases, this Court appointed the Fee Examiner "to act as a special consultant to the Court for professional fee and expense analysis and review, as described in [the Fee Examiner Order]" and observed that "it is necessary to establish uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and guidelines." *Fee Examiner Order* ¶¶ 1, 3.

6.      The Fee Examiner reviewed the Fee Application for compliance with sections 330 and 331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**"). In addition, the Fee Examiner reviewed the Fee Application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

7.      Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals "reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A).* In evaluating the amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has

demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F).*

8.      A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses were necessary, reasonable, and actually incurred.  A fee application must comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules.   Moreover, the exercise of billing judgment by attorneys is ethically mandated; it is an inherent and unavoidable component of every fee application.   A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

9.      The Fee Examiner completed the preliminary evaluation of the Fee Application, the Retention Application, the Retention Order, the Supplemental Retention Application, the Supplemental Retention Order, the Interim Compensation Order, and all related filings, and provided a Preliminary Report to Jenner for review and comment.   Jenner provided a written response to the Fee Examiner. After evaluation of the additional information provided by Jenner, the Fee Examiner submits this Final Report for the Court's consideration.   This Final Report is in a format designed to quantify and present factual data relevant to whether the requested fees and expenses of the applicant meet the applicable standards of section 330 of the Bankruptcy Code and Local Rule 2016-2, and will also inform the Court of all proposed consensual resolutions of the fee and/or expense reimbursement request for the professional and the basis for such proposed consensual resolution.

## DISCUSSION OF FINDINGS

### Technical Requirements

10.      **Reconciliation of Fees and Expenses.**   The Fee Examiner compared the total amount of fees and expenses requested in the Fee Application ("**Fees Requested**" and "**Expenses Requested**") to the fees and expenses actually documented in the electronic and/or hard copy data received from the

firm ("**Fees Computed**" and "**Expenses Computed**").  The Fee Examiner determined that the Fees Computed exceed the Fees Requested by $824.00, resulting in an apparent undercharge.  The discrepancy is the result of task hours within several entries that do not equal the time billed for the entries as a whole, as displayed in **Exhibit A**.  In its Response, Jenner stated the undercharge was due to a computational error and requested it be allowed the full amount of fees set forth in the Application, which would result in an increase in awarded fees of $824.00.

The Fee Examiner determined there is no discrepancy between the Expenses Requested and the Expenses Computed.  The figures in this report and the accompanying exhibits reflect Fees Computed and Expenses Computed.

11.     **Block Billing.**     The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment." *Local Rule 2016-2(d)(vii)*.  The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." *UST Guidelines* ¶(b)(4)(v).[2]  With minimal exceptions, Jenner did not block bill time entries.

12.     **Time Increments.**     The Local Rules provide that "[a]ctivities shall be billed in tenths of an hour (six (6) minutes)." *Local Rule 2016-2(d)(iv)*.  The UST Guidelines further provide that time entries "should be kept contemporaneously with the services rendered in time periods of tenths of an hour." *UST Guidelines* ¶(b)(4)(v).  On three occasions, Jenner timekeepers utilized quarter hour time increments; the entries were displayed in **Exhibit B**, in the Preliminary Report.  The Fee Examiner requested Jenner bill all activities in tenth of an hour increments in future applications.  Exhibit B is not included in the Final Report.

---

[2] The judicial response to block billing varies.  Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g.*, *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g.*, *In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007).  Across the board cuts range from five to 100 percent.  *See id.* at 495 n.7 and cases cited.

## Review of Fees

13.    **Firm Staffing.**    The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11." *UST Guidelines ¶(b)(1)(iii)*.  The Fee Application provided the names, positions, and hourly rates of the 36 Jenner professionals and paraprofessionals who billed to this matter, consisting of 8 partners, 10 associates, 2 staff attorneys, 7 paralegals, and 9 litigation support and database technology personnel.  A summary of hours and fees billed by each timekeeper is displayed in **Exhibit C**.

The firm billed a total of 1,263.95 hours with associated fees of $594,389.00.[3]  The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 341.50 | 27% | $242,992.50 | 41% |
| Associate | 735.05 | 58% | 307,795.00 | 52% |
| Staff Attorney | 12.40 | * | 3,039.00 | * |
| Paralegal | 117.30 | 9% | 24,695.00 | 4% |
| Litigation Support/Database Technology | 57.70 | 5% | 15,867.50 | 3% |
| TOTAL | 1,263.95 | 100% | $594,389.00 | 100% |

* Less than 1%

The blended hourly rate for the Jenner professionals is $508.59 and the blended hourly rate for professionals and paraprofessionals is $470.26.

14.    **Hourly Rate Increases.**    Jenner did not increase the hourly rate of any firm timekeeper during the interim period.

15.    **Timekeepers' Roles.**    A court may not allow compensation of fees for duplicative or unnecessary services. *See 11 U.S.C. § 330(4)*.  With this directive in mind, the Fee Examiner reviewed

---

[3] This amount reflects the Fees Computed.

the billing entries of each timekeeper to evaluate his or her contribution to the representation, including a comparison to others' efforts. On the whole, each timekeeper appeared to perform either core team responsibilities necessary to the engagement, or performed limited but discrete, necessary, and/or fungible tasks that did not appear to be duplicated by other professionals. In the Preliminary Report, the Fee Examiner requested from Jenner additional information regarding the necessity of the work performed by four attorneys, and whether the limited work performed by the individuals in question was duplicative of the efforts of firm personnel more deeply involved in the Tribune matters. The questioned time entries were provided to Jenner in **Exhibit D** to the Preliminary Report.

In response, Jenner provided additional detail regarding the experience, role, and necessity of three of the attorneys in question. The firm agreed to voluntarily waive the fees invoiced by the other attorney, a sum of $225.00, and the Fee Examiner makes no recommendation for an additional reduction. Exhibit D is omitted from this report.

16. **Meetings, Conferences, Hearings, and Other Events.** The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" *Local Rule 2016-2(d)(ix)*, and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v)*. While it may be appropriate to have multiple attendees at some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.

The Fee Examiner identified several occasions where multiple Jenner timekeepers attended the same meeting, conference, hearing, or other event. Contrary to Local Rules and UST Guidelines, neither the Fee Application nor the activity descriptions explained the role of each participant or the need for multiple attendees. The entries, totaling 26.90 hours with $18,037.00 in associated fees, were presented to Jenner in **Exhibit E** to the Preliminary Report. In each instance

where multiple timekeepers attended a meeting, conference hearing or other event, the Fee Examiner identified the timekeeper who appeared most responsible for the matter or the particular event (*i.e.*, the attorney leading rather than observing a conference).   The potentially duplicative and unnecessary timekeepers' entries total 15.80 hours with $9,145.00 in associated fees, and are highlighted in bold and marked with an ampersand [&] in the exhibit.   The Fee Examiner requested that the firm provide what the Local Rules and UST Guidelines mandate -- an explanation of the duplicative attendees' roles and comment on the necessity of the multiple attendees for each event.

Jenner responded to the Fee Examiner's request by providing a detailed explanation of the firm's staffing of the Tribune cases, the necessity of multiple timekeepers attending certain meetings and events, and the nature and purpose of various categories of meetings and calls.   Given the information provided, the Fee Examiner makes no recommendation for a fee reduction.   Exhibit E is omitted from this report.

17.    **Intraoffice Conferences.**   Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel.   The Fee Examiner identified billing activities by Jenner timekeepers describing intraoffice conferences totaling 86.15 hours with $40,385.25 in associated fees, or approximately 7% of the Fees Computed, were presented to Jenner in **Exhibit F** to the Preliminary Report.   The Fee Examiner observed that in certain instances, two or more timekeepers invoiced fees associated with the same intraoffice conference.   The entries describing intraoffice conferences invoiced by two or more firm personnel total 28.50 hours with $15,403.00 in associated fees and are highlighted in bold and marked with an ampersand [&] in the exhibit.    The Fee Examiner requests that Jenner strive to eliminate unnecessary intraoffice conferencing, but will not make a recommendation for a fee reduction. Exhibit F is omitted from this report.

18.    **Complete and Detailed Task Descriptions.**   Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any

portion thereof, is actual, reasonable and necessary." The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each activity description "shall include the type of activity (*e.g.*, phone call, research)," each activity description "shall include the subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix)*. The UST Guidelines provide that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v)*. With minimal exceptions, Jenner complied with the applicable rules regarding descriptive time entries.

19.    **Administrative Activities.** Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm. The Fee Examiner did not identify any fee entries describing administrative activities.

20.    **Clerical Activities.** Clerical activities are tasks that do not require legal acumen and may be effectively performed by administrative assistants, secretaries, or support personnel[4] or otherwise have a market value less than the hourly rate charged by the firm. The Fee Examiner reviewed each timekeeper's billing activities and identified entries describing clerical activities including but not limited to organizing materials, converting document formats, and uploading documents. The questioned entries were provided to Jenner in **Exhibit G** to the Preliminary Report and total 158.70 hours with $36,949.50 in associated fees. The Fee Examiner informed the firm of the intent to recommend that clerical activities be paid at the rate of $80.00 per hour.

---

[4] "Duties appropriate for office staff are considered part of a professional's overhead expenses and may not be billed to the estate." *Fibermark*, 349 B.R. at 397; *In re Korea Chosun Daily Times, Inc.*, 337 B.R. 758 769 (Bankr. E.D.N.Y. 2005) (overhead not compensable); *but see Bennett Funding*, 213 B.R. at 247-48 (discussing differing approaches to clerical work at professional rates). These overhead activities may include: mailing; photocopying, word processing (including the creation of templates), formatting, creating spreadsheets, printing, organizing files, checking for docket updates, creating binders, and secretarial overtime. *Fibermark*, 349 B.R. at 396-97.

Rather than address the specific activities and/or individuals set forth in the exhibit, Jenner responded to the Preliminary Report by incorrectly asserting that the Fee Examiner applied a rule that all time billed by paralegals, no matter how technical, complex or unique, should be charged at $80.00 per hour. Even a superficial review of the Fee Examiner's reports and exhibits (both for Jenner and other case professionals) proves the firm's assertion untrue. The issue is based on the activities described in the fee entries; other factors including the timekeeper's position, role, and hourly rate are also analyzed to provide context to the task description.

Organizing materials, converting document formats, and uploading documents is not legal work or traditional paralegal work[5] and should not be compensated at Jenner's paralegal rates. Most of the questioned tasks require no legal training or acumen, consist of firm overhead, and from the description provided should not have been billed. However, the Fee Examiner applies a rate of $80.00 per hour rather than recommending a reduction of the entire amount given that certain activities may require a level of training and knowledge of the case.

The burden of proof is always on the fee applicant to prove each component of the fee application, including reasonableness. *See e.g., In re Northwest Airlines Corp.*, 382 B.R. 632, 645 (Bankr. S.D.N.Y. 2008) (citation omitted). Through the Fee Application and the firm's response to the Preliminary Report, Jenner did not meet its burden regarding the questioned activities. The Fee Examiner recommends a fee reduction in the amount of $24,253.50, an amount computed by reducing to $80.00 per hour the rate applied to the entries displayed in the attached Exhibit G.

---

[5] The American Bar Association Standing Committee on Legal Assistants defined a paralegal or legal assistant as follows:

[A] person, qualified through education, training, or work experience, who is employed or retained by a lawyer, law office, governmental agency, or other entity in a capacity or function which involves the performance, under the ultimate direction and supervision of an attorney, of specifically-delegated substantive legal work, which work, for the most part, requires a sufficient knowledge of legal concepts that, absent such assistance, the attorney would perform the task. American Bar Association Standing Committee on Legal Assistants: Position paper on the Question of Legal Assistant Licensure or Certification, at 4. December 10, 1985.

21.    **Travel.**  The Local Rules provide that nonworking travel time "shall be separately described and may be billed at no more than 50% of regular hourly rates." *Local Rule 2016-2(d)(viii)*. Jenner did not submit time entries describing travel.

22.    **Jenner Retention/Compensation.**  Jenner billed 42.40 hours with associated fees of $13,736.50 to prepare the firm's retention documents and applications for compensation, approximately 2% of the Fees Computed.  The fee entries describing Jenner's retention/compensation activities are displayed in **Exhibit H**, which is attached hereto for the Court's reference.

### Review of Expenses

23.    **Itemization of Expenses.**  The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual incurring the expense, if available." *Local Rule 2016-2(e)(i-ii)*.  The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.  Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines ¶(b)(5)(iii)*.  Jenner provided an itemization for its expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

24.    **Photocopies.**  The Local Rules provide that copying charges shall not exceed $0.10 per page. *Local Rule 2016-2(e)(iii)*.  Jenner stated in the Fee Application that the firm's standard rate for duplication is $0.09 per page.  However, of the 40 charges for photocopies, 30 are not divisible by $0.09.  The Fee Examiner requested that Jenner provide the number of pages included in each copy charge and the method of calculation for the photocopy expenses.  The Fee Examiner also requested

additional information regarding the charges in the categories: "Photocopy and Related Expense" and "Network Printing," including the method of calculation for the charges.

In response, Jenner explained that the firm's standard rate for duplication is $0.09 per page, and during the Fee Period Jenner's standard photocopy rate was $0.06 per page for scanning, and $0.10 per page for black and white reproductions. In the future, the Fee Examiner requests that Jenner provide a detailed accounting of its copying charges which includes the number of copies, type of copy charge, and amount charged (i.e. $0.09 duplication, $0.06 scanning, $0.10 reproductions, and/or outside vendor).

25. **Computer Assisted Legal Research.** The Local Rules provide that computer assisted legal research charges "shall not be more than the actual cost." *Local Rule 2016-2 (e)(iii)*. The Fee Application stated "[w]ith respect to legal research expenses, charges to Jenner by Lexis/Nexis and Westlaw are based on the actual number and scope of searches."

CONCLUSION

The Fee Examiner submits this final report regarding the Application and the fees and expenses discussed above. The Fee Examiner recommends the approval of fees in the amount of $569,910.50 ($593,565.00 minus $23,654.50) and reimbursement of expenses in the amount of $16,674.88 for the period June 1, 2010 through August 31, 2010. The findings are summarized in the attached Appendix A.

Respectfully submitted,

STUART MAUE

By: _____
John F. Theil, Esq.
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone: (314) 291-3030
Facsimile: (314) 291-6546
tribunebkr@smmj.com

Fee Examiner

## APPENDIX A

**JENNER & BLOCK LLP**

### SUMMARY OF FINDINGS

#### Seventh Quarterly Application (June 1, 2010 through August 31, 2010)

##### A.    Amounts Requested and Computed

| | | |
|---|---:|---:|
| Fees Requested | $593,565.00 | |
| Expenses Requested | 16,674.88 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $610,239.88 |
| | | |
| Fees Computed | $594,389.00 | |
| Expenses Computed | 16,674.88 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $611,063.88 |
| | | |
| Discrepancy in Fees | ($    824.00) | |
| | | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | ($    824.00) |

##### B.    Recommended Fee Allowance and Expense Reimbursement

| | | |
|---|---:|---:|
| Fees Requested | $593,565.00 | |
| *Discrepancy in Fees* | *$    824.00* | |
| *Agreed Reduction for Questioned Timekeepers* | *(225.00)* | |
| *Recommended Reduction for Clerical Activities* | *(24,253.50)* | |
| Subtotal | *($23,654.50)* | |
| | | |
| RECOMMENDED FEE ALLOWANCE | | $569,910.50 |
| | | |
| Expenses Requested | $16,674.88 | |
| | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | 16,674.88 |
| | | |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | $586,585.38 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 21st day of October, 2011.

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE  19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Mr. James F. Conlan
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE  19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY  10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

David J. Bradford, Esq.
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL  60611-7603

John F. Theil, Esq.

**EXHIBIT A**
**Discrepancy Schedule**
**Jenner & Block LLP**

| Invoice Number | Entry Number | Timekeeper Name | Entry Date | Rate | Hours Billed | Hours Computed | Fees Billed | Fees Computed | Hour Difference | Fee Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 9178357 | 142 | Biller | 08/10/10 | $370.00 | 3.70 | 3.50 | $ 1,369.00 | $ 1,295.00 | 0.20 | $ 74.00 |
| 9178357 | 280 | Sondgeroth | 08/16/10 | $540.00 | 5.30 | 5.25 | $ 2,862.00 | $ 2,835.00 | 0.05 | 27.00 |
| | | | | | | | | **Total Overcharges** | **0.25** | **$ 101.00** |
| | | | | | | | | | | |
| 9178357 | 428 | Bradford | 08/25/10 | $925.00 | 0.50 | 1.50 | $ 462.50 | $ 1,387.50 | (1.00) | $ (925.00) |
| | | | | | | | | **Total Undercharges** | **(1.00)** | **$ (925.00)** |
| | | | | | | | | | | |
| | | | | | | | | **Net Total Discrepancy** | **(0.75)** | **$ (824.00)** |

EXHIBIT C

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Jenner & Block LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| DJB | Bradford, David J. | PARTNER | $925.00 | $925.00 | 110.20 | $101,935.00 |
| DCL | Layden, David C. | PARTNER | $600.00 | $600.00 | 133.30 | $79,980.00 |
| DW | Weiss, Daniel J. | PARTNER | $600.00 | $600.00 | 65.60 | $39,360.00 |
| MZH | Hankin, Marc B. | PARTNER | $750.00 | $750.00 | 17.20 | $12,900.00 |
| BMY | Yusim, Bradley M. | PARTNER | $545.00 | $545.00 | 12.00 | $6,540.00 |
| CS | Steege, Catherine L. | PARTNER | $775.00 | $775.00 | 1.60 | $1,240.00 |
| DMG | Greenwald, David M. | PARTNER | $625.00 | $625.00 | 1.30 | $812.50 |
| VEL | Lazar, Vincent E. | PARTNER | $750.00 | $750.00 | 0.30 | $225.00 |
| | No. of Billers for Position: 8 | Blended Rate for Position: | $711.54 | | 341.50 | $242,992.50 |
| | | | | % of Total: | 27.02% | % of Total: 40.88% |
| WAT | Thomson, Wade A. | ASSOCIATE | $510.00 | $510.00 | 122.00 | $62,220.00 |
| DFM | McMeyer, Douglas F. | ASSOCIATE | $370.00 | $370.00 | 157.30 | $58,201.00 |
| DAS | Sondgeroth, Douglas A. | ASSOCIATE | $540.00 | $540.00 | 75.85 | $40,959.00 |
| KAP | Palazzolo, Kyle A. | ASSOCIATE | $370.00 | $370.00 | 98.70 | $36,519.00 |
| NAK | Kurk, Nicholas A. | ASSOCIATE | $400.00 | $400.00 | 80.60 | $32,240.00 |
| BLD | Dougherty, Brian L. | ASSOCIATE | $370.00 | $370.00 | 70.10 | $25,937.00 |
| SEB | Biller, Sofia E. | ASSOCIATE | $370.00 | $370.00 | 55.60 | $20,572.00 |
| BJW | Wilson, Brian J. | ASSOCIATE | $400.00 | $400.00 | 34.00 | $13,600.00 |
| LSR | Raiford, Landon S. | ASSOCIATE | $370.00 | $370.00 | 26.70 | $9,879.00 |
| AWV | Vail, Andrew W. | ASSOCIATE | $540.00 | $540.00 | 14.20 | $7,668.00 |
| | No. of Billers for Position: 10 | Blended Rate for Position: | $418.74 | | 735.05 | $307,795.00 |
| | | | | % of Total: | 58.15% | % of Total: 51.78% |
| AAM | Moeller, Anthony A. | STAFF ATTORNEY | $235.00 | $235.00 | 7.40 | $1,739.00 |
| ML | Lovernick, Michael | STAFF ATTORNEY | $260.00 | $260.00 | 5.00 | $1,300.00 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $245.08 | | 12.40 | $3,039.00 |
| | | | | % of Total: | 0.98% | % of Total: 0.51% |
| SKM | McGee, Shawn K. | PARALEGAL | $275.00 | $275.00 | 35.00 | $9,625.00 |

EXHIBIT C

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### Jenner & Block LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| DOG | Garcia, Daniel O. | PARALEGAL | $160.00 | $160.00 | 28.60 | $4,576.00 |
| KW | Waldmann, Kenneth S. | PARALEGAL | $170.00 | $170.00 | 20.60 | $3,502.00 |
| MHM | Matlock, Michael H. | PARALEGAL | $275.00 | $275.00 | 8.50 | $2,337.50 |
| MXP | Patterson, Marc A. | PARALEGAL | $170.00 | $170.00 | 11.10 | $1,887.00 |
| PXR | Ramos, Panagiota | PARALEGAL | $170.00 | $170.00 | 9.00 | $1,530.00 |
| LTY | Yap, Lowell T. | PARALEGAL | $275.00 | $275.00 | 4.50 | $1,237.50 |
| | No. of Billers for Position: 7 | Blended Rate for Position: | $210.53 | | 117.30 | $24,695.00 |
| | | | | | % of Total: 9.28% | % of Total: 4.15% |
| DQH | Huerta, Danny A. | LIT SUPP/DB TEC | $275.00 | $275.00 | 21.40 | $5,885.00 |
| MDC | Cichy, Michael D. | LIT SUPP/DB TEC | $275.00 | $275.00 | 12.50 | $3,437.50 |
| DBB | Biemer, Daniel | LIT SUPP/DB TEC | $275.00 | $275.00 | 7.00 | $1,925.00 |
| ZM | Master, Zulaikha | LIT SUPP/DB TEC | $275.00 | $275.00 | 6.00 | $1,650.00 |
| MS | Small, Margaret | LIT SUPP/DB TEC | $275.00 | $275.00 | 6.00 | $1,650.00 |
| LIM | Manheimer, Lory I. | LIT SUPP/DB TEC | $275.00 | $275.00 | 1.30 | $357.50 |
| RRO | Ohton Jr., Robert R. | LIT SUPP/DB TEC | $275.00 | $275.00 | 1.30 | $357.50 |
| DG | Gardner, Daryl | LIT SUPP/DB TEC | $275.00 | $275.00 | 1.20 | $330.00 |
| LCW | Waxell, Leah C. | LIT SUPP/DB TEC | $275.00 | $275.00 | 1.00 | $275.00 |
| | No. of Billers for Position: 9 | Blended Rate for Position: | $275.00 | | 57.70 | $15,867.50 |
| | | | | | % of Total: 4.57% | % of Total: 2.67% |
| | Total No. of Billers: 36 | Blended Rate for Report: | $470.26 | | 1,263.95 | $594,389.00 |

EXHIBIT G

CLERICAL ACTIVITIES

Jenner & Block LLP

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Biemer, D | 7.00 | 1,925.00 | 560.00 | 1,365.00 |
| Cichy, M | 12.50 | 3,437.50 | 1,000.00 | 2,437.50 |
| Garcia, D | 28.60 | 4,576.00 | 2,288.00 | 2,288.00 |
| Gardner, D | 1.20 | 330.00 | 96.00 | 234.00 |
| Huerta, D | 21.40 | 5,885.00 | 1,712.00 | 4,173.00 |
| Manheimer, L | 1.30 | 357.50 | 104.00 | 253.50 |
| Master, Z | 6.00 | 1,650.00 | 480.00 | 1,170.00 |
| Matlock, M | 0.40 | 110.00 | 32.00 | 78.00 |
| McGee, S | 35.00 | 9,625.00 | 2,800.00 | 6,825.00 |
| Moeller, A | 7.40 | 1,739.00 | 592.00 | 1,147.00 |
| Ohton Jr., R | 1.30 | 357.50 | 104.00 | 253.50 |
| Ramos, P | 9.00 | 1,530.00 | 720.00 | 810.00 |
| Small, M | 6.00 | 1,650.00 | 480.00 | 1,170.00 |
| Waldmann, K | 20.60 | 3,502.00 | 1,648.00 | 1,854.00 |
| Waxell, L | 1.00 | 275.00 | 80.00 | 195.00 |
| | 158.70 | $36,949.50 | $12,696.00 | $24,253.50 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| DOL Subpoena | 8.60 | 1,598.50 | 688.00 | 910.50 |
| ESOP/Stay Issues | 3.90 | 705.00 | 312.00 | 393.00 |
| Morgan Stanley Swap | 146.20 | 34,646.00 | 11,696.00 | 22,950.00 |
| | 158.70 | $36,949.50 | $12,696.00 | $24,253.50 |

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT G

CLERICAL ACTIVITIES

Jenner & Block LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Biemer, D | 08/17/10   Tue 9178357/335 | 0.50 | 0.50 | 137.50 | 40.00 | 97.50 | | MATTER NAME: Morgan Stanley Swap 1 (L190) {A110} WORKED ON SEPARATING REPLACEMENT DOCUMENTS FROM NEW DOCUMENTS RECEIVED IN INCOMING PRODUCTION AND UPDATING DATABASE. |
| | 08/19/10   Thu 9178357/386 | 4.50 | 4.50 | 1,237.50 | 360.00 | 877.50 | | MATTER NAME: Morgan Stanley Swap 1 (L140) {A110} BEGAN IMPORTING [REDACTED]. |
| | 08/20/10   Fri 9178357/401 | 0.50 | 0.50 | 137.50 | 40.00 | 97.50 | | MATTER NAME: Morgan Stanley Swap 1 (L140) {A110} COMPLETED IMPORTING [REDACTED] DATABASE. |
| | 08/24/10   Tue 9178357/427 | 0.70 | 0.70 | 192.50 | 56.00 | 136.50 | | MATTER NAME: Morgan Stanley Swap 1 (L190) {A110} LOADED [REDACTED] REPLACEMENT PRODUCTION IMAGES AND REMOVED PREVIOUS COPIES FROM NETWORK. |
| | 08/26/10   Thu 9178357/444 | 0.80 | 0.80 | 220.00 | 64.00 | 156.00 | | MATTER NAME: Morgan Stanley Swap 1 (L140) {A110} COMPLETED LOADING INCOMING PRODUCTION INTO CASELOGISTIX REVIEW PLATFORM. |
| | TOTAL FOR TIMEKEEPER: | | 7.00 | $1,925.00 | $560.00 | $1,365.00 | | |
| | NUMBER OF ENTRIES: | 5 | | | | | | |
| Cichy, M | 08/04/10   Wed 9178357/39 | 3.00 | 1.50 1.50 | 412.50 412.50 | 120.00 120.00 | 292.50 292.50 | | MATTER NAME: Morgan Stanley Swap 1 (L190) {A110} CONVERTED PROVIDED PRODUCTION DOCUMENTS TO TIFF: 2 NORMALIZED PRODUCTION DATA FOR DATA LOAD. |
| | 08/05/10   Thu 9178357/61 | 3.00 | 1.50 1.50 | 412.50 412.50 | 120.00 120.00 | 292.50 F 292.50 F | | MATTER NAME: Morgan Stanley Swap 1 (L190) {A110} LOADED DOCUMENTS INTO REVIEW DATABASE PLATFORM (1.5): 2 PERFORMED DATA NORMALIZATION OPERATIONS OF LOADED DATA (1.5). |
| | 08/05/10   Thu 9178357/62 | 0.50 | 0.50 | 137.50 | 40.00 | 97.50 | | MATTER NAME: Morgan Stanley Swap 1 (L190) {A110} FINALIZED REVIEW DOCUMENT IMAGES IN DATABASE. |
| | 08/11/10   Wed 9178357/172 | 3.00 | 1.00 1.00 1.00 | 275.00 275.00 275.00 | 80.00 80.00 80.00 | 195.00 F 195.00 F 195.00 F | | MATTER NAME: Morgan Stanley Swap 1 (L140) {A110} GENERATED OCR FOR PROVIDED PRODUCTIONS (1.0): 2 PERFORMED TRIAGE AND DATA NORMALIZATION OF PROVIDED PRODUCTIONS (1.0): 3 LOADED PRODUCTIONS INTO REVIEW DATABASE (1.0). |
| | 08/12/10   Thu 9178357/210 | 3.00 | 1.50 1.50 | 412.50 412.50 | 120.00 120.00 | 292.50 F 292.50 F | | MATTER NAME: Morgan Stanley Swap 1 (L190) {A110} PERFORMED DATA NORMALIZATION OF RECEIVED PRODUCTION DOCUMENTS (1.5): 2 LOADED PRODUCTION DOCUMENTS INTO REVIEW DATABASE (1.5). |

~  See the last page of exhibit for explanation

*  Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT G

CLERICAL ACTIVITIES

Jenner & Block LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Cichy, M | TOTAL FOR TIMEKEEPER: | 12.50 | | $3,437.50 | $1,000.00 | $2,437.50 | | |
| | NUMBER OF ENTRIES: 5 | | | | | | | |
| Garcia, D | 07/30/10   Fri 9178357/1 | 0.70 | 0.70 | 112.00 | 56.00 | 56.00 | | MATTER NAME: Morgan Stanley Swap 1 {L190} {A110} REVIEWED [REDACTED] AND CIRCULATED SAME [REDACTED] TO S. MCGEE. |
| | 08/12/10   Thu 9178357/207 | 3.40 | 2.40 1.00 | 384.00 160.00 | 192.00 80.00 | 192.00 80.00 | F F | MATTER NAME: Morgan Stanley Swap 1 {L140} {A110} REVIEWED CASELOGISTIX DATABASE [REDACTED] (2.4); 2 ASSEMBLED BINDER RE SAME (1.0). |
| | 08/13/10   Fri 9178357/236 | 8.50 | 2.80 3.00 0.20 2.00 0.50 | 448.00 480.00 32.00 320.00 80.00 | 224.00 240.00 16.00 160.00 40.00 | 224.00 240.00 16.00 160.00 40.00 | F F F F F | MATTER NAME: Morgan Stanley Swap 1 {L140} {A110} ASSEMBLED DOCUMENTS [REDACTED] (2.8); 2 PREPARED BINDERS RE SAME AND REVIEWED FOR ACCURACY (3.0); 3 CONFERRED WITH A. MOELLER RE ACCESS TO CASELOGISTIX DATABASE (0.2); 4 PULLED [REDACTED] AND ASSEMBLED SAME INTO BINDERS (2.0); 5 REVIEWED SAME FOR ACCURACY AND DELIVERED TO COPIES TO TEAM (0.5). |
| | 08/16/10   Mon 9178357/302 | 6.00 | 1.70 1.30 1.00 1.70 0.30 | 272.00 208.00 160.00 272.00 48.00 | 136.00 104.00 80.00 136.00 24.00 | 136.00 104.00 80.00 136.00 24.00 | F F F F F | MATTER NAME: Morgan Stanley Swap 1 {L140} {A110} ASSEMBLED COMBINED BINDER [REDACTED] (1.7); 2 DRAFTED INDEX RE SAME (1.3); 3 REVIEWED [REDACTED] (1.0); 4 ASSEMBLED BINDERS [REDACTED] (1.7); 5 CONFERRED WITH S. MCGEE RE PROJECT STATUS (0.3). |
| | 08/17/10   Tue 9178357/329 | 3.00 | 0.30 2.50 0.20 | 48.00 400.00 32.00 | 24.00 200.00 16.00 | 24.00 200.00 16.00 | F F F | MATTER NAME: Morgan Stanley Swap 1 {L140} {A110} REVIEWED CASELOGISTIX DATABASE [REDACTED] (0.3); 2 PULLED [REDACTED] FROM CASELOGISTIX DATABASE AND SAVED SAME TO L DRIVE (2.5); 3 CONFERRED WITH DIGITAL DOCUMENT CENTER RE BLOWBACK [REDACTED] AS DIRECTED BY S. MCGEE (0.2). |
| | 08/18/10   Wed 9178357/363 | 4.50 | 1.80 1.70 1.00 | 288.00 272.00 160.00 | 144.00 136.00 80.00 | 144.00 136.00 80.00 | F F F | MATTER NAME: Morgan Stanley Swap 1 {L140} {A110} ASSEMBLED BINDERS RE [REDACTED] (1.8); 2 CONDUCTED SEARCHES IN CASELOGISTIX FOR [REDACTED] (1.7); 3 SUPPLEMENTED BINDERS AND REVIEWED FOR ACCURACY (1.0). |
| | 08/19/10   Thu 9178357/383 | 2.50 | 1.60 0.90 | 256.00 144.00 | 128.00 72.00 | 128.00 72.00 | F F | MATTER NAME: Morgan Stanley Swap 1 {L140} {A110} PULLED DOCUMENTS [REDACTED] AND SAVED TO L DRIVE IN PREPARATION FOR BLOWBACK (1.6); 2 REVIEWED [REDACTED] FOR S. MCGEE REVIEW (0.9). |
| | TOTAL FOR TIMEKEEPER: | 28.60 | | $4,576.00 | $2,288.00 | $2,288.00 | | |
| | NUMBER OF ENTRIES: 7 | | | | | | | |
| Gardner, D | 08/25/10   Wed 9178357/434 | 1.20 | | | | | | MATTER NAME: Morgan Stanley Swap |

~ See the last page of exhibit for explanation

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT G

CLERICAL ACTIVITIES

Jenner & Block LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | – | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Gardner, D | TOTAL FOR TIMEKEEPER: | 1.20 | | $330.00 | $96.00 | $234.00 | | |
| | NUMBER OF ENTRIES: | 1 | | | | | | |
| Huerta, D | 07/30/10  Fri 9175921/17 | 0.90 | 0.20 | 55.00 | 16.00 | 39.00 | F | *MATTER NAME: Morgan Stanley Swap* <br> 1 [L140] {A110] UPDATED CASELOGISTIX DATABASE AND [REDACTED] TO [REDACTED] AND COMMUNICATED WITH S. MCGEE RE (.2); |
| | | | 0.70 | 192.50 | 56.00 | 136.50 | F | 2 PREPARED CASELOGISTIX REVIEW FOLDER FOR [REDACTED] AND LOADED DOCUMENTS INTO SAME (.7). |
| | 08/05/10  Thu 9178357/60 | 0.50 | 0.50 | 137.50 | 40.00 | 97.50 | F | *MATTER NAME: Morgan Stanley Swap* <br> 1 [L140] {A110] COMMUNICATED WITH S. MCGEE AND PREPARED REQUEST FOR CREATION OF NEW SHAREPOINT SITE AND ADDED CASE TEAM USERS TO SAME SITE. |
| | 08/06/10  Fri 9178357/77 | 1.30 | 0.20 | 55.00 | 16.00 | 39.00 | F | *MATTER NAME: Morgan Stanley Swap* <br> 1 [L140] {A110] COMMUNICATED WITH S. MCGEE RE [REDACTED] PRODUCTION DOCUMENTS TO BE LOADED INTO DATABASE (.20); |
| | | | 0.20 | 55.00 | 16.00 | 39.00 | F | 2 COMMUNICATED WITH DATA MANAGEMENT TEAM RE SAME (.20). |
| | | | 0.40 | 110.00 | 32.00 | 78.00 | F | 3 REVIEWED SAME DISKS AND HARD DRIVE IN PREPARATION FOR LOADING INTO DATABASE (.40) |
| | | | 0.30 | 82.50 | 24.00 | 58.50 | F | 4 COMMUNICATED WITH CASE TEAM RE PASS-WORD PROTECTED [REDACTED] PRODUCTION DISK AND RECEIVED PASSWORD INFORMATION (.30); |
| | | | 0.20 | 55.00 | 16.00 | 39.00 | F | 5 GRANTED SHAREPOINT ACCESS TO P. RAMOS AND K. WALDMAN (.20). |
| | 08/09/10  Mon 9178357/123 | 1.80 | 0.20 | 55.00 | 16.00 | 39.00 | F | *MATTER NAME: Morgan Stanley Swap* <br> 1 [L140] {A110] PROVIDED K. PALAZZOLO WITH ACCESS TO CASELOGISTIX (.20); |
| | | | 0.90 | 247.50 | 72.00 | 175.50 | F | 2 EXPORTED [REDACTED] PRODUCTION DOCUMENTS (RECEIVED ON HARD DRIVE AND DISKS) TO NETWORK FOR IMPORT TO DATABASE (.90); |
| | | | 0.50 | 137.50 | 40.00 | 97.50 | F | 3 COMMUNICATED WITH DATA MANAGEMENT TEAM RE IMPORT OF [REDACTED] PRODUCTION DOCUMENTS TO DATABASE (.50); |
| | | | 0.20 | 55.00 | 16.00 | 39.00 | F | 4 COMMUNICATED WITH W. THOMSON RE SAME (.20). |
| | 08/09/10  Mon 9178357/124 | 0.50 | 0.30 | 82.50 | 24.00 | 58.50 | F | *MATTER NAME: Morgan Stanley Swap* <br> 1 [L140] {A110] COMMUNICATED WITH DATA MANAGEMENT TEAM RE INCOMPLETE VOLUME OF [REDACTED] PRODUCTION DOCUMENTS (.3); |
| | | | 0.20 | 55.00 | 16.00 | 39.00 | F | 2 COMMUNICATED WITH [REDACTED] RE SAME AND REQUESTED RE-DELIVERY OF SAME PRODUCTION VOLUME (.2). |
| | 08/10/10  Tue 9178357/145 | 1.50 | 0.75 | 206.25 | 60.00 | 146.25 | F | *MATTER NAME: Morgan Stanley Swap* <br> 1 [L140] {A110] COMMUNICATED WITH DATA MANAGEMENT TEAM RE LOADING OF [REDACTED] PRODUCTION DOCUMENTS FROM DISCS AND HARD DRIVE INTO DATABASE (.75); |
| | | | 0.50 | 137.50 | 40.00 | 97.50 | F | 2 COMMUNICATED WITH CASE TEAM RE SAME (.50); |
| | | | 0.25 | 68.75 | 20.00 | 48.75 | F | 3 PROVIDED D. LAYDEN WITH ACCESS TO SHAREPOINT SITE (.25). |
| | 08/10/10  Tue 9178357/146 | 0.50 | 0.50 | 137.50 | 40.00 | 97.50 | | *MATTER NAME: Morgan Stanley Swap* <br> 1 [L190] {A110] REVIEWED [REDACTED] REPLACEMENT PRODUCTION DISC RECEIVED FROM [REDACTED] AND IMPORTED SAME TO NETWORK IN PREPARATION FOR LOADING INTO DATABASE. |
| | 08/11/10  Wed 9178357/169 | 1.80 | 1.00 | 275.00 | 80.00 | 195.00 | F | *MATTER NAME: Morgan Stanley Swap* <br> 1 [L140] {A110] COMMUNICATED WITH DATA MANAGEMENT TEAM RE LOADING OF [REDACTED] DOCUMENTS INTO DATABASE (1.00); |
| | | | 0.50 | 137.50 | 40.00 | 97.50 | F | 2 COMMUNICATED WITH A. MOELLER RE SAME IN PREPARATION FOR COVERING LOADING PROJECT (.50) |
| | | | 0.30 | 82.50 | 24.00 | 58.50 | F | 3 COMMUNICATED WITH CASE TEAM RE STATUS OF SAME LOADING PROJECT (.30). |

–  See the last page of exhibit for explanation

*  Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT G

CLERICAL ACTIVITIES

Jenner & Block LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Huerta, D | 08/17/10   Tue 9178357/333 | 2.50 | 0.30 | 82.50 | 24.00 | 58.50 | F | *MATTER NAME: Morgan Stanley Swap* 1 [L140] {A110} REVIEWED COMMUNICATIONS BETWEEN A. MOELLER AND S. MCGEE RE [REDACTED] DATABASE (.30); |
| | | | 0.90 | 247.50 | 72.00 | 175.50 | F | 2 REVIEWED [REDACTED] SEARCHES AND SAVED SEARCH RESULTS FOR S. MCGEE'S REVIEW (.90); |
| | | | 0.50 | 137.50 | 40.00 | 97.50 | F | 3 PREPARED TAG OF SAME SEARCH RESULTS AND PREPARED BLOWBACK SET OF SAME DOCUMENTS (.50); |
| | | | 0.40 | 110.00 | 32.00 | 78.00 | F | 4 COMMUNICATED WITH S. MCGEE RE SAME (.40); |
| | | | 0.20 | 55.00 | 16.00 | 39.00 | F | 5 PROVIDED B. YUSIM WITH ACCESS TO SHAREPOINT SITE (.20); |
| | | | 0.20 | 55.00 | 16.00 | 39.00 | F | 6 PROVIDED B. DOUGHERTY ACCESS TO CASELOGISTIX DATABASE (.20). |
| | 08/18/10   Wed 9178357/365 | 0.80 | 0.80 | 220.00 | 64.00 | 156.00 | F | *MATTER NAME: Morgan Stanley Swap* 1 [L140] {A110} PREPARED [REDACTED] DOCUMENTS [REDACTED] TO BE COPIED AND IMPORTED INTO DATABASE FROM DIFFERENT CASELOGISTIX DATABASE. |
| | 08/18/10   Wed 9178357/366 | 1.20 | 0.50 | 137.50 | 40.00 | 97.50 | F | *MATTER NAME: Morgan Stanley Swap* 1 [L190] {A110} CONDUCTED QUALITY CONTROL CHECKS TO CONFIRM [REDACTED] DOCUMENTS WERE LOADED (.5); |
| | | | 0.70 | 192.50 | 56.00 | 136.50 | F | 2 CONDUCTED SEARCH FOR [REDACTED] DOCUMENTS AND SAVED SEARCH RESULTS FOR S. MCGEE'S REVIEW (.7). |
| | 08/19/10   Thu 9178357/385 | 0.50 | 0.30 | 82.50 | 24.00 | 58.50 | F | *MATTER NAME: Morgan Stanley Swap* 1 [L140] {A110} COMMUNICATED WITH DATA MANAGEMENT TEAM RE [REDACTED] DOCUMENTS [REDACTED] BEING COPIED AND IMPORTED INTO DATABASE FROM DIFFERENT CASELOGISTIX DATABASE (.30); |
| | | | 0.20 | 55.00 | 16.00 | 39.00 | F | 2 COMMUNICATED WITH S. MCGEE RE SAME (.20). |
| | 08/20/10   Fri 9178357/400 | 1.30 | 0.60 | 165.00 | 48.00 | 117.00 | F | *MATTER NAME: Morgan Stanley Swap* 1 [L140] {A110} COMMUNICATED WITH DATA MANAGEMENT TEAM RE IMPORT OF [REDACTED] PRODUCTION DOCUMENTS AND [REDACTED] (.60); |
| | | | 0.50 | 137.50 | 40.00 | 97.50 | F | 2 CONDUCTED QUALITY CONTROL CHECKS TO CONFIRM PRODUCTION DOCUMENTS WERE COPIED AND IMPORTED CORRECTLY (.50); |
| | | | 0.20 | 55.00 | 16.00 | 39.00 | F | 3 COMMUNICATED WITH S. MCGEE RE SAME (.20). |
| | 08/23/10   Mon 9178357/419 | 0.70 | 0.50 | 137.50 | 40.00 | 97.50 | F | *MATTER NAME: Morgan Stanley Swap* 1 [L140] {A110} CONDUCTED QUALITY CONTROL CHECKS TO CONFIRM MARKUP PDFS FOR [REDACTED] DOCUMENTS, EXPORTED FROM [REDACTED] CASELOGISTIX DATABASE, WERE LOADED CORRECTLY (.50); |
| | | | 0.20 | 55.00 | 16.00 | 39.00 | F | 2 COMMUNICATED WITH S. MCGEE RE SAME (.20). |
| | 08/24/10   Tue 9178357/426 | 1.30 | 0.50 | 137.50 | 40.00 | 97.50 | F | *MATTER NAME: Morgan Stanley Swap* 1 [L190] {A110} REVIEWED [REDACTED] PRODUCTION DOCUMENTS AND PREPARED SAME TO BE LOADED INTO DATABASE (.5); |
| | | | 0.30 | 82.50 | 24.00 | 58.50 | F | 2 COMMUNICATED WITH DATA MANAGEMENT TEAM RE SAME (.3); |
| | | | 0.50 | 137.50 | 40.00 | 97.50 | F | 3 CONDUCTED QUALITY CONTROL CHECKS TO CONFIRM [REDACTED] UPDATED PRODUCTION DOCUMENTS WERE LOADED (.5). |
| | 08/25/10   Wed 9178357/435 | 0.30 | 0.30 | 82.50 | 24.00 | 58.50 | | *MATTER NAME: Morgan Stanley Swap* 1 [L140] {A110} COMMUNICATED WITH S. MCGEE RE DISK OF NEW PRODUCTION DOCUMENTS [REDACTED]. |
| | 08/25/10   Wed 9178357/436 | 0.80 | 0.70 | 192.50 | 56.00 | 136.50 | F | *MATTER NAME: Morgan Stanley Swap* 1 [L190] {A110} REVIEWED [REDACTED] PRODUCTION DOCUMENTS AND PREPARED SAME TO BE LOADED INTO DATABASE (.7); |
| | | | 0.10 | 27.50 | 8.00 | 19.50 | F | 2 COMMUNICATED WITH DATA MANAGEMENT TEAM RE SAME (.1). |

~  See the last page of exhibit for explanation

EXHIBIT G

CLERICAL ACTIVITIES

Jenner & Block LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Huerta, D | 08/26/10   Thu 9178357/442 | 1.50 | 0.30 | 82.50 | 24.00 | 58.50 | F | *MATTER NAME: Morgan Stanley Swap* 1 {L140} {A110} COMMUNICATED WITH S. MCGEE RE [REDACTED] PRODUCTION DOCUMENTS (.30) |
| | | | 0.60 | 165.00 | 48.00 | 117.00 | F | 2 PREPARED SAME PRODUCTION DOCUMENTS TO BE LOADED INTO DATABASE (.60) |
| | | | 0.20 | 55.00 | 16.00 | 39.00 | F | 3 COMMUNICATED WITH DATA MANAGEMENT TEAM RE SAME (.20) |
| | | | 0.30 | 82.50 | 24.00 | 58.50 | F | 4 CONDUCTED QUALITY CONTROL CHECKS (.30) |
| | | | 0.10 | 27.50 | 8.00 | 19.50 | F | 5 COMMUNICATED WITH S. MCGEE RE SAME (.10) |
| | 08/26/10   Thu 9178357/443 | 0.70 | 0.60 | 165.00 | 48.00 | 117.00 | F | *MATTER NAME: Morgan Stanley Swap* 1 {L140} {A110} REVIEWED AND PREPARED [REDACTED] PRODUCTION DOCUMENTS TO BE LOADED INTO DATABASE (.6) |
| | | | 0.10 | 27.50 | 8.00 | 19.50 | F | 2 COMMUNICATED WITH DATA MANAGEMENT TEAM RE SAME (.1) |
| | 08/27/10   Fri 9178357/448 | 1.00 | 0.30 | 82.50 | 24.00 | 58.50 | F | *MATTER NAME: Morgan Stanley Swap* 1 {L190} {A110} CONDUCTED QUALITY CONTROL CHECK OF [REDACTED] PRODUCTION DOCUMENTS LOADED INTO DATABASE (.3) |
| | | | 0.50 | 137.50 | 40.00 | 97.50 | F | 2 PREPARED [REDACTED] PRODUCTION DOCUMENTS TO BE LOADED INTO DATABASE (.5) |
| | | | 0.20 | 55.00 | 16.00 | 39.00 | F | 3 COMMUNICATED WITH DATA MANAGEMENT TEAM RE SAME (.2) |
| | TOTAL FOR TIMEKEEPER: | | 21.40 | $5,885.00 | $1,712.00 | $4,173.00 | | |
| | NUMBER OF ENTRIES: | 20 | | | | | | |
| Manheimer, L | 06/09/10   Wed 9173377/6 | 1.30 | 1.30 | 357.50 | 104.00 | 253.50 | | *MATTER NAME: DOL Subpoena* 1 {L140} {A110} SEARCHED DATABASES FOR DOCUMENTS PER CASE TEAM. |
| | TOTAL FOR TIMEKEEPER: | | 1.30 | $357.50 | $104.00 | $253.50 | | |
| | NUMBER OF ENTRIES: | 1 | | | | | | |
| Master, Z | 08/04/10   Wed 9178357/38 | 0.50 | 0.50 | 137.50 | 40.00 | 97.50 | | *MATTER NAME: Morgan Stanley Swap* 1 {L190} {A110} PERFORMED LEVEL TWO QUALITY CHECK ON CONVERSION LOAD. |
| | 08/10/10   Tue 9178357/147 | 1.50 | 1.00 | 275.00 | 80.00 | 195.00 | F | *MATTER NAME: Morgan Stanley Swap* 1 {L140} {A110} STARTED TO PREPARE PRODUCTION DOCUMENTS RECEIVED TO LOAD INTO CASELOGISTIX (1.0) |
| | | | 0.50 | 137.50 | 40.00 | 97.50 | F | 2 QUALITY CHECKED SAME (.5) |
| | 08/11/10   Wed 9178357/170 | 0.50 | 0.50 | 137.50 | 40.00 | 97.50 | | *MATTER NAME: Morgan Stanley Swap* 1 {L140} {A110} PERFORMED LEVEL TWO QUALITY CHECK ON CONVERSION LOAD. |
| | 08/11/10   Wed 9178357/171 | 1.50 | 1.00 | 275.00 | 80.00 | 195.00 | F | *MATTER NAME: Morgan Stanley Swap* 1 {L140} {A110} WORKED WITH M. CICHY TO LOAD PRODUCTION DOCUMENTS RECEIVED INTO CASELOGISTIX (1.0) |
| | | | 0.50 | 137.50 | 40.00 | 97.50 | F | 2 QUALITY CHECKED SAME (.5) |

~  See the last page of exhibit for explanation

\* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT G

CLERICAL ACTIVITIES

Jenner & Block LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | – | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Master, Z | 08/16/10   Mon 9178357/304 | 1.00 | 0.50 0.50 | 137.50 137.50 | 40.00 40.00 | 97.50 97.50 | F F | *MATTER NAME: Morgan Stanley Swap* 1 (L190) (A110) COMPLETED LOADING PRODUCTION DOCUMENTS RECEIVED INTO CASELOGISTIX (.5): 2 QUALITY CHECKED SAME (.5). |
| | 08/17/10   Tue 9178357/334 | 1.00 | 0.50 0.50 | 137.50 137.50 | 40.00 40.00 | 97.50 97.50 | F F | *MATTER NAME: Morgan Stanley Swap* 1 (L190) (A110) LOADED PRODUCTION DOCUMENTS RECEIVED INTO CASELOGISTIX (.5): 2 QUALITY CHECKED SAME (.5). |
| | TOTAL FOR TIMEKEEPER: | 6.00 | | $1,650.00 | $480.00 | $1,170.00 | | |
| | NUMBER OF ENTRIES:    6 | | | | | | | |
| Matlock, M | 06/07/10   Mon 9173376/1 | 1.50 | 0.40 | 110.00 | 32.00 | 78.00 | F F F | *MATTER NAME: ESOP/Stay Issues* 1 (L210) (A104) REVIEWED DOCKET AND OBTAINED COPY OF DISCLOSURE STATEMENT AND ALL EXHIBITS (.4): 2 WORKED ON ASSEMBLING EXHIBITS INTO SINGLE DOCUMENT WITH STATEMENT (.7): 3 PREPARED SAME FOR DUPLICATION AND DISTRIBUTION (.4) |
| | TOTAL FOR TIMEKEEPER: | 0.40 | | $110.00 | $32.00 | $78.00 | | |
| | NUMBER OF ENTRIES:    1 | | | | | | | |
| McGee, S | 08/06/10   Fri 9178357/76 | 1.50 | 1.50 | 412.50 | 120.00 | 292.50 | | *MATTER NAME: Morgan Stanley Swap* 1 (L140) (A110) GATHERED AND ORGANIZED [REDACTED]. |
| | 08/10/10   Tue 9178357/144 | 1.00 | 1.00 | 275.00 | 80.00 | 195.00 | | *MATTER NAME: Morgan Stanley Swap* 1 (L140) (A110) GATHERED [REDACTED] REVIEW. |
| | 08/12/10   Thu 9178357/208 | 8.50 | 5.00 2.50 1.00 | 1,375.00 687.50 275.00 | 400.00 200.00 80.00 | 975.00 487.50 195.00 | F F F | *MATTER NAME: Morgan Stanley Swap* 1 (L140) (A110) GATHERED AND ORGANIZED DOCUMENTS FOR ATTORNEYS' REVIEW (5.0): 2 GATHERED AND ORGANIZED [REDACTED] (2.5): 3 MET WITH D. BRADFORD RE [REDACTED] DOCUMENTS (1.0). |
| | 08/13/10   Fri 9178357/237 | 5.80 | 5.00 0.80 | 1,375.00 220.00 | 400.00 64.00 | 975.00 156.00 | F F | *MATTER NAME: Morgan Stanley Swap* 1 (L140) (A110) REVIEWED AND ORGANIZED DOCUMENTS FOR ATTORNEY REVIEW (5.0): 2 MET WITH D. BRADFORD RE [REDACTED] (.8). |
| | 08/15/10   Sun 9178357/275 | 2.00 | 2.00 | 550.00 | 160.00 | 390.00 | | *MATTER NAME: Morgan Stanley Swap* 1 (L140) (A110) GATHERED AND ORGANIZED DOCUMENTS FOR ATTORNEY REVIEW. |
| | 08/16/10   Mon 9178357/303 | 6.00 | 3.00 3.00 | 825.00 825.00 | 240.00 240.00 | 585.00 585.00 | F F | *MATTER NAME: Morgan Stanley Swap* 1 (L140) (A110) REVIEWED AND ORGANIZED [REDACTED] (3.0): 2 REVIEWED AND ORGANIZED DOCUMENTS [REDACTED] (3.0). |

– See the last page of exhibit for explanation

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT G  PAGE 7 of 13

EXHIBIT G

CLERICAL ACTIVITIES

Jenner & Block LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *MATTER NAME: Morgan Stanley Swap* |
| McGee, S | 08/17/10  Tue 9178357/330 | 3.00 | 3.00 | 825.00 | 240.00 | 585.00 | | 1 (L140) (A110) GATHERED AND ORGANIZED DOCUMENTS [REDACTED]. |
| | | | | | | | | *MATTER NAME: Morgan Stanley Swap* |
| | 08/18/10  Wed 9178357/364 | 3.50 | 3.50 | 962.50 | 280.00 | 682.50 | | 1 (L140) (A110) GATHERED AND ORGANIZED DOCUMENTS [REDACTED]. |
| | | | | | | | | *MATTER NAME: Morgan Stanley Swap* |
| | 08/19/10  Thu 9178357/384 | 1.70 | 1.70 | 467.50 | 136.00 | 331.50 | | 1 (L140) (A110) GATHERED AND ORGANIZED DOCUMENTS FOR [REDACTED]. |
| | | | | | | | | *MATTER NAME: Morgan Stanley Swap* |
| | 08/20/10  Fri 9178357/399 | 2.00 | 2.00 | 550.00 | 160.00 | 390.00 | | 1 (L140) (A110) ORGANIZED DOCUMENT PRODUCTIONS FOR ATTORNEY REVIEW. |
| TOTAL FOR TIMEKEEPER: | | | 35.00 | $9,625.00 | $2,800.00 | $6,825.00 | | |
| NUMBER OF ENTRIES: | | 10 | | | | | | |
| | | | | | | | | *MATTER NAME: Morgan Stanley Swap* |
| Moeller, A | 08/11/10  Wed 9178357/166 | 0.80 | 0.80 | 188.00 | 64.00 | 124.00 | | 1 (L140) (A110) CORRESPONDED WITH D. HUERTA AND Z. MASTER RE WHETHER PDFS HAD EXTRACTED TEXT AND REVIEWED DOCUMENTS RE SAME. |
| | | | | | | | | *MATTER NAME: Morgan Stanley Swap* |
| | 08/12/10  Thu 9178357/204 | 4.30 | 0.50 | 117.50 | 40.00 | 77.50 | F | 1 (L140) (A110) CONDUCTED QUALITY CONTROL REVIEW OF DOCUMENTS LOADED TO CASELOGISTIX (.5); |
| | | | 0.50 | 117.50 | 40.00 | 77.50 | F | 2 CREATED SHAREPOINT ACCESS FOR L. YOUNG AND ADVISED K. WALDMAN RE THE SAME (.5); |
| | | | 0.50 | 117.50 | 40.00 | 77.50 | F | 3 CREATED NEW REVIEW TAGS IN THE CASELOGISTIX DATABASE AND ADVISED S. MCGEE RE THE SAME (.5); |
| | | | 0.30 | 70.50 | 24.00 | 46.50 | F | 4 UPDATED S. BILLER'S REVIEW STATUS FROM EARLY CASE ASSESSMENT TO PRIMARY REVIEW AND CORRESPONDED WITH S. MCGEE RE THE SAME (.3); |
| | | | 0.20 | 47.00 | 16.00 | 31.00 | F | 5 CORRESPONDED WITH W. THOMPSON RE ASSIGNING REVIEW SETS (.2); |
| | | | 0.20 | 47.00 | 16.00 | 31.00 | F | 6 ADVISED S. BILLER RE RUNNING SEARCHES IN CASELOGISTIX (.2); |
| | | | 1.00 | 235.00 | 80.00 | 155.00 | F | 7 EXPORTED DOCUMENTS FOR ATTORNEY REVIEW AND ADVISED S. MCGEE RE THE SAME (1.0); |
| | | | 0.50 | 117.50 | 40.00 | 77.50 | F | 8 PREPARED DOCUMENT TIFF CONVERSIONS FOR ATTORNEY REVIEW (.5); |
| | | | 0.30 | 70.50 | 24.00 | 46.50 | F | 9 CREATED CASELOGISTIX ACCESS FOR D. SONDGEROTH, AND ADVISED S. MCGEE RE THE SAME (.3); |
| | | | 0.30 | 70.50 | 24.00 | 46.50 | F | 10 ADVISED W. THOMPSON, S. BILLER AND D. SONDGEROTH RE THE ORGANIZATION OF THE DOCUMENTS IN CASELOGISTIX (.3). |
| | | | | | | | | *MATTER NAME: Morgan Stanley Swap* |
| | 08/12/10  Thu 9178357/205 | 0.30 | 0.30 | 70.50 | 24.00 | 46.50 | | 1 (L190) (A110) CREATED CASELOGISTIX ACCESS FOR D. GARCIA. |
| | | | | | | | | *MATTER NAME: Morgan Stanley Swap* |
| | 08/13/10  Fri 9178357/234 | 0.50 | 0.30 | 70.50 | 24.00 | 46.50 | F | 1 (L140) (A110) CONDUCTED QUALITY CONTROL REVIEW OF DOCUMENT TIFF CONVERSIONS PREPARED FOR ATTORNEY REVIEW (.3); |
| | | | 0.10 | 23.50 | 8.00 | 15.50 | F | 2 ADVISED D. GARCIA RE ACCESS TO CASELOGISTIX (.1); |
| | | | 0.10 | 23.50 | 8.00 | 15.50 | F | 3 ADVISED D. MCMEYER RE ACCESS TO CASELOGISTIX (.1). |

~  See the last page of exhibit for explanation

*  Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT G

CLERICAL ACTIVITIES

Jenner & Block LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Moeller, A | 08/15/10   Sun 9178357/273 | 0.40 | 0.40 | 94.00 | 32.00 | 62.00 | | *MATTER NAME: Morgan Stanley Swap* <br> 1 [L140] {A110} CREATED CASELOGISTIX ACCESS FOR D. LAYDEN AND ADVISED S. MCGEE RE THE SAME. |
| | 08/16/10   Mon 9178357/300 | 1.10 | 1.10 | 258.50 | 88.00 | 170.50 | | *MATTER NAME: Morgan Stanley Swap* <br> 1 [L140] {A110} EXPORTED DOCUMENTS FOR ATTORNEY REVIEW AND ADVISED S. MCGEE RE THE SAME. |
| | TOTAL FOR TIMEKEEPER: | 7.40 | | $1,739.00 | $592.00 | $1,147.00 | | |
| | NUMBER OF ENTRIES: | 6 | | | | | | |
| Ohton Jr., R | 08/11/10   Wed 9178357/168 | 0.30 | 0.30 | 82.50 | 24.00 | 58.50 | | *MATTER NAME: Morgan Stanley Swap* <br> 1 [L140] {A110} PERFORMED TIFF CONVERSION OF SELECT DOCUMENTS FROM THE CASELOGISTIX LIBRARY, [REDACTED] |
| | 08/12/10   Thu 9178357/209 | 0.50 | 0.30 | 82.50 | 24.00 | 58.50 | F | *MATTER NAME: Morgan Stanley Swap* <br> 1 [L140] {A110} PERFORMED TIFF CONVERSION OF SELECT DOCUMENTS FROM THE CASELOGISTIX LIBRARY, [REDACTED] (CONTINUATION) (.3): |
| | | | 0.20 | 55.00 | 16.00 | 39.00 | F | 2 LOADED DATA VOLUME, ""CLX20100812"" INTO THE SAME LIBRARY (.2). |
| | 08/17/10   Tue 9178357/331 | 0.50 | 0.50 | 137.50 | 40.00 | 97.50 | | *MATTER NAME: Morgan Stanley Swap* <br> 1 [L190] {A110} REPLACED IMAGES FOR 2730 DOCUMENTS WITHIN THE CASELOGISTIX LIBRARY [REDACTED] |
| | TOTAL FOR TIMEKEEPER: | 1.30 | | $357.50 | $104.00 | $253.50 | | |
| | NUMBER OF ENTRIES: | 3 | | | | | | |
| Ramos, P | 06/09/10   Wed 9173376/5 | 2.50 | 2.50 | 425.00 | 200.00 | 225.00 | | *MATTER NAME: ESOP/Stay Issues* <br> 1 [L140] {A110} ORGANIZED AND ASSEMBLED INSURANCE POLICIES BINDERS FOR D. GREENWALD REVIEW. |
| | 06/22/10   Tue 9173377/17 | 0.50 | 0.50 | 85.00 | 40.00 | 45.00 | | *MATTER NAME: DOL Subpoena* <br> 1 [L140] {A110} SEARCHED AND RETRIEVED DOCUMENT [REDACTED]. |
| | 07/13/10   Tue 9175918/4 | 2.00 | 2.00 | 340.00 | 160.00 | 180.00 | | *MATTER NAME: DOL Subpoena* <br> 1 [L140] {A110} REVIEWED AND GATHERED [REDACTED] PRODUCTION DOCUMENTS AND PREPARED DISK RE SAME TO [REDACTED] PER S. MCGEE REQUEST. |
| | 08/04/10   Wed 9178357/37 | 1.00 | 1.00 | 170.00 | 80.00 | 90.00 | | *MATTER NAME: Morgan Stanley Swap* <br> 1 [L190] {A110} SEARCHED AND RETRIEVED [REDACTED] PRODUCTION DOCUMENTS IN CASELOGISTIX DATABASE PER S. MCGEE REQUEST. |

~  See the last page of exhibit for explanation

*  Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT G

CLERICAL ACTIVITIES

Jenner & Block LLP

| TIMEKEEPER NAME | DATE | | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| Ramos, P | 08/25/10 9178357/433 | Wed | 2.00 | 1.00 1.00 | 170.00 170.00 | 80.00 80.00 | 90.00 F 90.00 F | | MATTER NAME: Morgan Stanley Swap 1 [L190] {A110} SEARCHED AND RETRIEVED [REDACTED] FROM CASELOGISTIX (1.0); 2 GATHERED AND ORGANIZED SAME FOR D. MCMEYER REVIEW PER S. MCGEE REQUEST (1.0). |
| | 08/26/10 9178353/5 | Thu | 1.00 | 1.00 | 170.00 | 80.00 | 90.00 | | MATTER NAME: ESOP/Stay Issues 1 [L140] {A110} SEARCHED AND RETRIEVED VARIOUS CORRESPONDENCE RELATING TO DISCOVERY PER S. MCGEE REQUEST. |
| | TOTAL FOR TIMEKEEPER: | | | 9.00 | $1,530.00 | $720.00 | $810.00 | | |
| | NUMBER OF ENTRIES: | 6 | | | | | | | |
| Small, M | 08/09/10 9178357/125 | Mon | 2.50 | 2.50 | 687.50 | 200.00 | 487.50 | | MATTER NAME: Morgan Stanley Swap 1 [L190] {A110} BEGAN CONVERTING, NUMBERING, LOADING AND QUALITY CHECKING TWO SEPARATE VOLUMES OF PRODUCTION DATA TO CASELOGISTICS. |
| | 08/13/10 9178357/238 | Fri | 0.50 | 0.50 | 137.50 | 40.00 | 97.50 | | MATTER NAME: Morgan Stanley Swap 1 [L140] {A110} BEGAN PERFORMING SECOND LEVEL QUALITY CONTROL CHECKS ON SELECTIVE DOCUMENTS THAT WERE CONVERTED TO TIFF FORMAT THEN IMAGES LINKED AND TEXT LOADED INTO THE DATABASE. |
| | 08/13/10 9178357/239 | Fri | 1.00 | 1.00 | 275.00 | 80.00 | 195.00 | | MATTER NAME: Morgan Stanley Swap 1 [L190] {A110} BEGAN PERFORMING SECOND LEVEL QUALITY CONTROL CHECKS ON PRODUCTION DATA AND ENDORSED IMAGES LOADED FOR REVIEW. |
| | 08/18/10 9178357/367 | Wed | 1.00 | 1.00 | 275.00 | 80.00 | 195.00 | | MATTER NAME: Morgan Stanley Swap 1 [L190] {A110} BEGAN PERFORMING SECOND LEVEL QUALITY CONTROL CHECKS ON DATA OVERLAID ON THE DATABASE. |
| | 08/25/10 9178357/437 | Wed | 0.50 | 0.50 | 137.50 | 40.00 | 97.50 | | MATTER NAME: Morgan Stanley Swap 1 [L190] {A110} BEGAN PERFORMING SECOND LEVEL QUALITY CONTROL CHECKS ON PRODUCTION DATA AND ENDORSED IMAGES LOADED FOR REVIEW. |
| | 08/27/10 9178357/449 | Fri | 0.30 | 0.30 | 82.50 | 24.00 | 58.50 | | MATTER NAME: Morgan Stanley Swap 1 [L190] {A110} BEGAN CONVERTING AND TROUBLESHOOTING NEW DOCUMENTS THEN LOADING, QUALITY CHECKING AND PREPARING SECOND LEVEL QUALITY CHECK REQUEST FOR REVIEW IN CASELOGISTICS. |
| | 08/29/10 9178357/450 | Sun | 0.20 | 0.20 | 55.00 | 16.00 | 39.00 | | MATTER NAME: Morgan Stanley Swap 1 [L190] {A110} BEGAN QUALITY CHECKING AND LOADING REVIEW OR ENDORSED DATA AND IMAGES. |
| | TOTAL FOR TIMEKEEPER: | | | 6.00 | $1,650.00 | $480.00 | $1,170.00 | | |
| | NUMBER OF ENTRIES: | 7 | | | | | | | |

Waldmann, K

~ See the last page of exhibit for explanation

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT G

CLERICAL ACTIVITIES

Jenner & Block LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MATTER NAME: *DOL Subpoena* |
| Waldmann, K | 06/21/10   Mon 9173377/12 | 3.00 | 2.00 | 340.00 | 160.00 | 180.00 | F | 1 {L140} {A110} WORKED ON SCANNING CORRESPONDENCE FILES PER S. MCGEE'S REQUEST AND FOR ATTORNEY REVIEW (2.0); |
| | | | 0.70 | 119.00 | 56.00 | 63.00 | F | 2 PREPARED INDEX OF MATERIALS RECEIVED FROM D. SONDGEROTH IN [REDACTED] (.7); |
| | | | 0.30 | 51.00 | 24.00 | 27.00 | F | 3 MET WITH P. RAMOS RE CASE FILE ORGANIZATION (.3). |
| | 06/22/10   Tue 9173377/15 | 1.00 | 1.00 | 170.00 | 80.00 | 90.00 | | MATTER NAME: *DOL Subpoena*<br>1 {L140} {A110} COMPLETED INDEXING OF BINDER RE [REDACTED] MATERIALS FOR [REDACTED]. |
| | 06/23/10   Wed 9173377/18 | 0.80 | 0.80 | 136.00 | 64.00 | 72.00 | | MATTER NAME: *DOL Subpoena*<br>1 {L140} {A110} WORKED ON REVISING INDEX AND BINDERS [REDACTED] PER D. SONDGEROTH'S INSTRUCTIONS. |
| | 06/29/10   Tue 9173380/16 | 0.50 | 0.50 | 85.00 | 40.00 | 45.00 | | MATTER NAME: *Morgan Stanley Swap*<br>1 {L140} {A110} REVIEWED CASE FILES FOR MATERIALS RESPONSIVE TO S. BILLER'S REQUEST AND ARRANGED FOR DUPLICATION AND SCANNING OF SAME. |
| | 08/09/10   Mon 9178357/101 | 0.50 | 0.50 | 85.00 | 40.00 | 45.00 | | MATTER NAME: *Morgan Stanley Swap*<br>1 {L140} {A110} REVIEWED CASE FILES [REDACTED] AND ARRANGED FOR SCANNING OF SAME [REDACTED]. |
| | 08/10/10   Tue 9178357/126 | 0.50 | 0.50 | 85.00 | 40.00 | 45.00 | | MATTER NAME: *Morgan Stanley Swap*<br>1 {L140} {A110} ARRANGED FOR SCANNING OF [REDACTED] DOCUMENTS BINDER MATERIALS RECEIVED FROM S. MCGEE. |
| | 08/12/10   Thu 9178357/173 | 2.00 | 2.00 | 340.00 | 160.00 | 180.00 | | MATTER NAME: *Morgan Stanley Swap*<br>1 {L140} {A110} WORKED ON UPDATING SHAREPOINT SITE RE [REDACTED] DOCUMENTS RECEIVED FROM S. BILLER. |
| | 08/16/10   Mon 9178357/276 | 5.00 | 5.00 | 850.00 | 400.00 | 450.00 | | MATTER NAME: *Morgan Stanley Swap*<br>1 {L140} {A110} WORKED ON PREPARING [REDACTED] BINDERS [REDACTED] PER S. MCGEE'S INSTRUCTIONS. |
| | 08/17/10   Tue 9178357/305 | 2.50 | 2.30 | 391.00 | 184.00 | 207.00 | F | MATTER NAME: *Morgan Stanley Swap*<br>1 {L140} {A110} WORKED ON PREPARATION OF [REDACTED] BINDER RESPONSIVE TO S. MCGEE'S INSTRUCTIONS (2.3); |
| | | | 0.20 | 34.00 | 16.00 | 18.00 | F | 2 ARRANGED FOR DUPLICATION OF [REDACTED] BINDERS FOR ATTORNEY REVIEW (.2). |
| | 08/18/10   Wed 9178357/336 | 0.30 | 0.30 | 51.00 | 24.00 | 27.00 | | MATTER NAME: *Morgan Stanley Swap*<br>1 {L140} {A110} ARRANGED FOR DUPLICATION OF [REDACTED] BINDER PER S. MCGEE'S REQUEST. |
| | 08/19/10   Thu 9178357/368 | 0.50 | 0.50 | 85.00 | 40.00 | 45.00 | | MATTER NAME: *Morgan Stanley Swap*<br>1 {L140} {A110} ARRANGED FOR DUPLICATION OF [REDACTED] BINDERS AND DISTRIBUTED SAME TO REVIEWING ATTORNEYS PER S. MCGEE'S REQUEST. |

~ See the last page of exhibit for explanation

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT G

CLERICAL ACTIVITIES

Jenner & Block LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *MATTER NAME: Morgan Stanley Swap* |
| Waldmann, K | 08/20/10   Fri 9178357/387 | 3.50 | 3.50 | 595.00 | 280.00 | 315.00 | | 1 [L140] [A110] WORKED ON UPDATING AND REVISING CASE SHAREPOINT SITE FOR CASE PREPARATION AND CASE TEAM REVIEW. |
| | | | | | | | | *MATTER NAME: Morgan Stanley Swap* |
| | 08/31/10   Tue 9178357/451 | 0.50 | 0.50 | 85.00 | 40.00 | 45.00 | | 1 [L140] REVIEWED CASE FILES FOR MATERIAL [REDACTED]. |
| | TOTAL FOR TIMEKEEPER: | 20.60 | | $3,502.00 | $1,648.00 | $1,854.00 | | |
| | NUMBER OF ENTRIES: | 13 | | | | | | |
| | | | | | | | | *MATTER NAME: Morgan Stanley Swap* |
| Waxell, L | 08/17/10   Tue 9178357/332 | 1.00 | 0.80 | 220.00 | 64.00 | 156.00 | F | 1 [L140] [A110] PROVIDED USERS WITH CASELOGISTICS ACCESS AND UPDATED USER PROFILES AS REQUESTED BY THE ASSIGNED CASE MANAGER (.8); |
| | | | 0.20 | 55.00 | 16.00 | 39.00 | F | 2 ANSWERED VARIOUS QUESTIONS (.2) |
| | TOTAL FOR TIMEKEEPER: | 1.00 | | $275.00 | $80.00 | $195.00 | | |
| | NUMBER OF ENTRIES: | 1 | | | | | | |
| TOTAL: NUMBER OF ENTRIES | 92 | 158.70 | | $36,949.50 | $12,696.00 | $24,253.50 | | |

~  See the last page of exhibit for explanation

*  Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT G

CLERICAL ACTIVITIES

Jenner & Block LLP

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Biemer, D | 7.00 | 1,925.00 | 560.00 | 1,365.00 |
| Cichy, M | 12.50 | 3,437.50 | 1,000.00 | 2,437.50 |
| Garcia, D | 28.60 | 4,576.00 | 2,288.00 | 2,288.00 |
| Gardner, D | 1.20 | 330.00 | 96.00 | 234.00 |
| Huerta, D | 21.40 | 5,885.00 | 1,712.00 | 4,173.00 |
| Manheimer, L | 1.30 | 357.50 | 104.00 | 253.50 |
| Master, Z | 6.00 | 1,650.00 | 480.00 | 1,170.00 |
| Matlock, M | 0.40 | 110.00 | 32.00 | 78.00 |
| McGee, S | 35.00 | 9,625.00 | 2,800.00 | 6,825.00 |
| Moeller, A | 7.40 | 1,739.00 | 592.00 | 1,147.00 |
| Ohton Jr., R | 1.30 | 357.50 | 104.00 | 253.50 |
| Ramos, P | 9.00 | 1,530.00 | 720.00 | 810.00 |
| Small, M | 6.00 | 1,650.00 | 480.00 | 1,170.00 |
| Waldmann, K | 20.60 | 3,502.00 | 1,648.00 | 1,854.00 |
| Waxell, L | 1.00 | 275.00 | 80.00 | 195.00 |
| | 158.70 | $36,949.50 | $12,696.00 | $24,253.50 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| DOL Subpoena | 8.60 | 1,598.50 | 688.00 | 910.50 |
| ESOP/Stay Issues | 3.90 | 705.00 | 312.00 | 393.00 |
| Morgan Stanley Swap | 146.20 | 34,646.00 | 11,696.00 | 22,950.00 |
| | 158.70 | $36,949.50 | $12,696.00 | $24,253.50 |

(–) REASONS FOR TASK HOUR ASSIGNMENTS

F       FINAL BILL

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT H

JENNER RETENTION/COMPENSATION

Jenner & Block LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bradford, D | 2.00 | 1,850.00 |
| Matlock, M | 7.00 | 1,925.00 |
| Patterson, M | 11.10 | 1,887.00 |
| Raiford, L | 16.60 | 6,142.00 |
| Sondgeroth, D | 1.00 | 540.00 |
| Steege, C | 0.20 | 155.00 |
| Yap, L | 4.50 | 1,237.50 |
| | 42.40 | $13,736.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee Application | 42.40 | 13,736.50 |
| | 42.40 | $13,736.50 |

EXHIBIT H
JENNER RETENTION/COMPENSATION
Jenner & Block LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 06/04/10 Fri | Matlock, M 9173379/1 | 2.30 | 2.30 | 632.50 | | 1 | MATTER NAME: *Fee Application* (L210) (A110) WORKED ON COMPILING CUMULATIVE DATA FOR FEE APPLICATIONS. |
| 06/21/10 Mon | Raiford, L 9173379/2 | 0.20 | 0.20 | 74.00 | | 1 | MATTER NAME: *Fee Application* (L210) (A103) DRAFTED APRIL FEE APPLICATION. |
| 06/24/10 Thu | Bradford, D 9173379/3 | 0.30 | 0.30 | 277.50 | | 1 | MATTER NAME: *Fee Application* (L190) (A104) REVIEWED PRIOR DECLARATIONS AND SUBMISSIONS. |
| 06/24/10 Thu | Raiford, L 9173379/4 | 0.30 | 0.30 | 111.00 | | 1 | MATTER NAME: *Fee Application* (L210) (A103) DRAFTED APRIL FEE APPLICATION. |
| 06/28/10 Mon | Bradford, D 9173379/5 | 0.50 | 0.50 | 462.50 | | 1 | MATTER NAME: *Fee Application* (L190) (A105) VARIOUS E-MAILS RE DISCLOSURE AFFIDAVIT. |
| 06/28/10 Mon | Raiford, L 9173379/6 | 0.20 | 0.20 | 74.00 | | 1 | MATTER NAME: *Fee Application* (L210) (A103) CONTINUED DRAFTING APRIL FEE APPLICATION. |
| 06/29/10 Tue | Raiford, L 9173379/7 | 1.50 | 1.50 | 555.00 | | 1 | MATTER NAME: *Fee Application* (L210) (A103) CONTINUED DRAFTING APRIL FEE APPLICATION. |
| 06/30/10 Wed | Patterson, M 9173379/8 | 2.70 | 2.70 | 459.00 | | 1 | MATTER NAME: *Fee Application* (L210) (A110) PREPARED EXHIBITS TO JENNER'S APRIL 2010 FEE APPLICATION. |
| 07/06/10 Tue | Bradford, D 9175920/1 | 0.50 | 0.50 | 462.50 | | 1 | MATTER NAME: *Fee Application* (L190) (A104) ANALYZED INDEMNITY AND DISCLOSURE ISSUES. |
| 07/06/10 Tue | Raiford, L 9175920/2 | 0.20 | 0.20 | 74.00 | | 1 | MATTER NAME: *Fee Application* (L210) (A104) FINAL REVIEW OF TRIBUNE APRIL FEE APPLICATION. |
| 07/09/10 Fri | Raiford, L 9175920/3 | 1.30 | 1.30 | 481.00 | | 1 | MATTER NAME: *Fee Application* (L210) (A103) DRAFTED MAY FEE APPLICATION. |
| 07/11/10 Sun | Raiford, L 9175920/4 | 1.00 | 1.00 | 370.00 | | 1 | MATTER NAME: *Fee Application* (L210) (A103) DRAFTED SIXTH QUARTERLY FEE APPLICATION. |
| 07/12/10 Mon | Matlock, M 9175920/5 | 0.90 | 0.90 | 247.50 | | 1 | MATTER NAME: *Fee Application* (L210) (A103) WORKED ON PREPARING EXHIBITS FOR MONTHLY FEE STATEMENT. |

~  See the last page of exhibit for explanation

EXHIBIT H
JENNER RETENTION/COMPENSATION
Jenner & Block LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|-----------|---|---|-------------|
| 07/12/10 Mon | Railford, L 9175920/6 | 0.20 | 0.20 | 74.00 | | | 1 | MATTER NAME: Fee Application<br>(L210) (A103) CONTINUED DRAFTING SIXTH QUARTERLY FEE APPLICATION. |
| 07/13/10 Tue | Matlock, M 9175920/7 | 3.80 | 3.80 | 1,045.00 | | | 1 | MATTER NAME: Fee Application<br>(L210) (A103) WORKED ON DRAFTING, PROOFREADING AND REVISING EXHIBITS FOR QUARTERLY FEE APPLICATION. |
| 07/14/10 Wed | Bradford, D 9175920/9 | 0.20 | 0.20 | 185.00 | | | 1 | MATTER NAME: Fee Application<br>(L190) (A103) EDITED QUARTERLY FEE SUBMISSION. |
| 07/14/10 Wed | Railford, L 9175920/10 | 1.10 | 1.10 | 407.00 | 0.70<br>0.40 | F<br>F | 1<br>2 | MATTER NAME: Fee Application<br>(L210) (A103) REVISED SIXTH QUARTERLY FEE APPLICATION (.7);<br>EDITED MAY FEE APPLICATION (.4). |
| 07/14/10 Wed | Yap, L 9175920/8 | 4.50 | 4.50 | 1,237.50 | 3.00<br>0.80<br>0.70 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee Application<br>(L210) (A103) PREPARED QUARTERLY TIME AND DISBURSEMENT SUMMARY RE SIXTH QUARTERLY FEE APPLICATION (3.00);<br>REVIEWED AND UPDATED FEE APPLICATION COVER SHEET (.80);<br>PREPARED EXHIBITS A AND B TO SAME (.70). |
| 07/15/10 Thu | Railford, L 9175920/11 | 2.60 | 2.60 | 962.00 | | | 1 | MATTER NAME: Fee Application<br>(L210) (A103) DRAFTED RESPONSE TO FEE EXAMINERS' PRELIMINARY REPORT RE JENNER'S FOURTH QUARTERLY FEE APPLICATION. |
| 07/26/10 Mon | Railford, L 9175920/12 | 1.00 | 1.00 | 370.00 | | | 1 | MATTER NAME: Fee Application<br>(L210) (A103) DRAFTED RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT RE FOURTH QUARTERLY FEE APPLICATION. |
| 07/28/10 Wed | Patterson, M 9175920/13 | 3.90 | 3.90 | 663.00 | | | 1 | MATTER NAME: Fee Application<br>(L210) (A103) PREPARED REDACTED AND NON-REDACTED VERSION OF EXHIBIT TO JENNER'S SIXTH FEE APPLICATION. |
| 07/29/10 Thu | Patterson, M 9175920/14 | 1.90 | 1.90 | 323.00 | | | 1 | MATTER NAME: Fee Application<br>(L210) (A103) CONTINUED PROJECT OF PREPARING REDACTED AND NON-REDACTED VERSION OF EXHIBIT TO JENNER'S SIXTH FEE APPLICATION. |
| 07/29/10 Thu | Railford, L 9175920/15 | 0.30 | 0.30 | 111.00 | | | 1 | MATTER NAME: Fee Application<br>(L210) (A103) DRAFTED JENNER'S JULY FEE APPLICATION. |
| 08/02/10 Mon | Railford, L 9178356/1 | 0.40 | 0.40 | 148.00 | | | 1 | MATTER NAME: Fee Application<br>(L120) (A103) DRAFTED EMAIL TO FEE EXAMINER RE SIXTH QUARTERLY FEE APPLICATION. |
| 08/03/10 Tue | Sondgeroth, D 9178356/2 | 0.50 | 0.50 | 270.00 | | | 1 | MATTER NAME: Fee Application<br>(L210) (A104) REVIEWED BILLS FOR PRIVILEGED INFORMATION AND REVIEWED PROPOSED REDACTIONS RE SAME. |

~ See the last page of exhibit for explanation

EXHIBIT H

JENNER RETENTION/COMPENSATION

Jenner & Block LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 08/05/10 Thu | Steege, C 9178356/3 | 0.20 | 0.20 | 155.00 | | | 1 | *MATTER NAME: Fee Application*<br>(L120) (A104) REVIEWED AND REVISED RESPONSE RE FEE EXAMINER. |
| 08/08/10 Sun | Bradford, D 9178356/4 | 0.50 | 0.50 | 462.50 | | | 1 | *MATTER NAME: Fee Application*<br>(L190) (A104) REVIEWED FEE EXAMINER RESPONSE. |
| 08/11/10 Wed | Raiford, L 9178356/5 | 2.10 | 2.10 | 777.00 | 0.70 1.40 | F F | 1 2 | *MATTER NAME: Fee Application*<br>(L210) (A103) EDITED RESPONSE TO FEE EXAMINER RE JENNER'S FOURTH QUARTERLY FEE APPLICATION (.7);<br>DRAFTED JUNE FEE APPLICATION (1.4). |
| 08/12/10 Thu | Patterson, M 9178356/6 | 2.60 | 2.60 | 442.00 | 1.00 1.60 | F F | 1 2 | *MATTER NAME: Fee Application*<br>(L210) (A110) PREPARED EXHIBITS TO JENNER'S JUNE 2010 FEE APPLICATION (1.0);<br>UPDATED FEE APPLICATION RE SAME (1.6). |
| 08/12/10 Thu | Raiford, L 9178356/7 | 0.30 | 0.30 | 111.00 | | | 1 | *MATTER NAME: Fee Application*<br>(L210) (A103) DRAFTED SUPPLEMENTAL DISCLOSURE FOR D. BRADFORD. |
| 08/17/10 Tue | Raiford, L 9178356/8 | 0.20 | 0.20 | 74.00 | | | 1 | *MATTER NAME: Fee Application*<br>(L210) (A103) EDITED JUNE FEE APPLICATION. |
| 08/20/10 Fri | Raiford, L 9178356/9 | 0.40 | 0.40 | 148.00 | | | 1 | *MATTER NAME: Fee Application*<br>(L210) (A104) REVIEWED JUNE FEE APPLICATION. |
| 08/24/10 Tue | Raiford, L 9178356/10 | 0.80 | 0.80 | 296.00 | 0.30 0.50 | F F | 1 2 | *MATTER NAME: Fee Application*<br>(L210) (A104) REVIEWED FEE EXAMINER'S INITIAL REPORT RE FIFTH QUARTERLY FEE APPLICATION (.3);<br>PREPARED RESPONSE TO SAME (.5). |
| 08/25/10 Wed | Sondgeroth, D 9178356/11 | 0.50 | 0.50 | 270.00 | | | 1 | *MATTER NAME: Fee Application*<br>(L210) (A104) REVIEWED INVOICES TO REVIEW PROPOSED REDACTIONS PRIOR TO FILING. |
| 08/26/10 Thu | Raiford, L 9178356/12 | 0.80 | 0.80 | 296.00 | | | 1 | *MATTER NAME: Fee Application*<br>(L210) (A103) DRAFTED RESPONSE TO FEE EXAMINER'S REPORT TO FIFTH QUARTERLY FEE APPLICATION. |
| 08/27/10 Fri | Raiford, L 9178356/13 | 0.40 | 0.40 | 148.00 | | | 1 | *MATTER NAME: Fee Application*<br>(L210) (A104) EDITED RESPONSE TO FEE EXAMINER'S REPORT TO FIFTH QUARTERLY FEE APPLICATION. |
| 08/30/10 Mon | Raiford, L 9178356/14 | 1.30 | 1.30 | 481.00 | | | 1 | *MATTER NAME: Fee Application*<br>(L210) (A103) EDITED RESPONSE TO FEE EXAMINER'S REPORT RE FIFTH QUARTERLY FEE APPLICATION. |

~ See the last page of exhibit for explanation

EXHIBIT H

JENNER RETENTION/COMPENSATION

Jenner & Block LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
|      |                 |             | 42.40 | $13,736.50 |  |  |  |
| Total |                |             |       |      |            |   |             |
| Number of Entries: | 37 |          |       |      |            |   |             |

EXHIBIT H

JENNER RETENTION/COMPENSATION

Jenner & Block LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bradford, D | 2.00 | 1,850.00 |
| Matlock, M | 7.00 | 1,925.00 |
| Patterson, M | 11.10 | 1,887.00 |
| Raiford, L | 16.60 | 6,142.00 |
| Sondgeroth, D | 1.00 | 540.00 |
| Steege, C | 0.20 | 155.00 |
| Yap, L | 4.50 | 1,237.50 |
| | 42.40 | $13,736.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee Application | 42.40 | 13,736.50 |
| | 42.40 | $13,736.50 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL