# **EXHIBIT A**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2297302 |
| Invoice Date: | 09/30/2011 |

## Remittance Copy
### Billing for services rendered through 08/31/2011

| | | |
|---|---|---|
| Total by Matter | | |
| 0021 Post Closing Matters | $ 22,872.58 | |
| Total Services | | $ 22,853.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 19.58 |
| **Total This Invoice** | | **$ 22,872.58** |

| Invoice | Date | |
|---|---|---|
| 2097977 | 02/26/2010 | 2,198.90 |
| 2124264 | 03/18/2010 | 473.60 |
| 2119083 | 04/29/2010 | 3,466.80 |
| 2129485 | 05/27/2010 | 4,521.10 |
| 2133213 | 06/10/2010 | 991.00 |
| 2146477 | 07/21/2010 | 10.00 |
| 2159177 | 08/27/2010 | 648.40 |
| 2169701 | 09/27/2010 | 881.90 |
| 2180989 | 10/27/2010 | 1,392.30 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client:        022182
Invoice:       2297302
Invoice Date:  09/30/2011

| Invoice | Date | |
|---------|------|--|
| 2193510 | 11/19/2010 | 88.80 |
| 2202007 | 12/08/2010 | 821.40 |
| 2212869 | 01/26/2011 | 1,561.25 |
| 2225181 | 02/28/2011 | 11,766.15 |
| 2234858 | 03/30/2011 | 18,437.00 |
| 2245691 | 04/29/2011 | 6,885.11 |
| 2254097 | 05/23/2011 | 1,380.50 |
| 2268396 | 06/30/2011 | 8,983.50 |
| 2286424 | 07/28/2011 | 25,189.14 |
| 2294690 | 08/29/2011 | 75,786.52 |

Total Outstanding Balance                                165,483.37

Total Balance Due                                       $ 188,355.95

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington D.C

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2297302 |
| Invoice Date: | 09/30/2011 |

## Client Copy
### Billing for services rendered through 08/31/2011

Total by Matter
    0021 Post Closing Matters                                    $ 22,872.58

Total Services                                                              $ 22,853.00

Total Costs and Other Charges Posted Through Billing Period                      19.58

## Total This Invoice                                             **$ 22,872.58**

| Invoice | Date | |
|---|---|---|
| 2097977 | 02/26/2010 | 2,198.90 |
| 2124264 | 03/18/2010 | 473.60 |
| 2119083 | 04/29/2010 | 3,466.80 |
| 2129485 | 05/27/2010 | 4,521.10 |
| 2133213 | 06/10/2010 | 991.00 |
| 2146477 | 07/21/2010 | 10.00 |
| 2159177 | 08/27/2010 | 648.40 |
| 2169701 | 09/27/2010 | 881.90 |
| 2180989 | 10/27/2010 | 1,392.30 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2297302 |
| Invoice Date: | 09/30/2011 |

| Invoice | Date | |
|---------|------|---|
| 2193510 | 11/19/2010 | 88.80 |
| 2202007 | 12/08/2010 | 821.40 |
| 2212869 | 01/26/2011 | 1,561.25 |
| 2225181 | 02/28/2011 | 11,766.15 |
| 2234858 | 03/30/2011 | 18,437.00 |
| 2245691 | 04/29/2011 | 6,885.11 |
| 2254097 | 05/23/2011 | 1,380.50 |
| 2268396 | 06/30/2011 | 8,983.50 |
| 2286424 | 07/28/2011 | 25,189.14 |
| 2294690 | 08/29/2011 | 75,786.52 |

Total Outstanding Balance                                       165,483.37

Total Balance Due                                          $ 188,355.95

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

09/30/2011

Invoice: 2297302
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan Ave
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0021        Post Closing Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/07/11 | S. Hoeft, P.C. | 1.50 | Review Ricketts claim (.7); revise submission to arbitrator (.8). |
| 07/08/11 | S. Hoeft, P.C. | 0.80 | Revise submission to arbitrators. |
| 07/11/11 | S. Hoeft, P.C. | 0.50 | Review cases re estoppel. |
| 08/04/11 | B. Gruemmer | 2.50 | Researching various questions asked by E&Y (.90); drafting response to E&Y (1.60). |
| 08/04/11 | C. Parker | 1.30 | Research re response to E&Y request for additional information (.60); draft response to E&Y (70). |
| 08/06/11 | C. Parker | 0.30 | Review E&Y award agreement. |
| 08/08/11 | R. Harris | 0.50 | Review E&Y Award. |
| 08/09/11 | B. Gruemmer | 1.00 | Reviewing and revising letter to Ricketts regarding Award and amount due. |
| 08/10/11 | B. Gruemmer | 0.50 | Follow up on various working capital issues. |
| 08/10/11 | C. Parker | 3.80 | Draft demand letter for payment in regards to Ernst & Young award for payment (2.60); prepare mailing to buyer counsel (.40); revise demand letter (.80). |
| 08/11/11 | R. Harris | 0.60 | Review Cubs Amendment to Credit Agreement and related docs. |
| 08/11/11 | B. Rubin | 0.40 | Correspondence with A. Whiteway regarding refinancing issues (.4). |
| 08/11/11 | A. Whiteway | 2.90 | Email to Mr. Gruemmer regarding loan documents (.30); review and analysis of loan documents (2.60). |
| 08/12/11 | A. Whiteway | 2.60 | Review and analysis of loan documents (.40); draft summary of loan amendments (2.20). |
| 08/18/11 | R. Harris | 0.50 | Draft Indemnification Claim notice to Ricketts regarding David Taylor matter. |
| 08/21/11 | R. Harris | 0.20 | Review dismissal of Bogie Claim. |
| 08/22/11 | R. Harris | 0.20 | Review dismissal of Bogie matter (.1); correspondence |

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

| | | |
|---|---|---|
| Client: | 022182 |
| Invoice: | 2297302 |
| Invoice Date: | 09/30/2011 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | with Cubs regarding same (.1). |
| 08/23/11 | B. Rubin | 0.80 | Review and analyze memo regarding refinancing (.6); correspondence with client regarding same (.2). |
| 08/24/11 | A. Whiteway | 1.20 | Correspondence with client regarding loan documents (.4); telephone conference with Mr. Gelblum regarding settlement offer (.8). |
| 08/25/11 | B. Gruemmer | 0.50 | Call with Tribune on Credit Agreement documents. |
| 08/25/11 | B. Rubin | 0.90 | Preparation for and conference call with clients regarding amendments to loan documents (.9). |
| 08/25/11 | A. Whiteway | 1.60 | Draft letter to Jon Griefenkamp regarding loan documents (.7); telephone conference with Mr. Larsen regarding loan amendments (.9). |
| 08/26/11 | A. Whiteway | 2.60 | Review LLC provisions and credit agreement (2.20); draft letter to Jon Griefenkamp regarding same (.40). |
| 08/29/11 | B. Gruemmer | 0.30 | Brief review of letter to Cubs regarding Credit Agreement Amendment. |
| 08/29/11 | R. Harris | 0.20 | (Cuebas matter) Review legal waiver letter regarding Cuebas matter. |
| 08/29/11 | B. Rubin | 0.80 | Review and edit letter regarding Loan Document amendments (.8). |
| 08/29/11 | A. Whiteway | 1.30 | Review revisions to letter to Cubs regarding loan amendments. |
| 08/30/11 | B. Rubin | 0.30 | Review and comment on revised draft letter regarding amendments to loan documents (.3). |
| 08/30/11 | A. Whiteway | 1.60 | Correspondence to J. Griefenkamp regarding loan amendment (.70); review comments to loan amendment (.90). |

| | **Total Hours** | **32.20** | | **Total For Services** | **$22,853.00** |
|---|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| B. Gruemmer | 4.80 | 750.00 | 3,600.00 |
| R. Harris | 2.20 | 575.00 | 1,265.00 |
| S. Hoeft, P.C. | 2.80 | 785.00 | 2,198.00 |
| C. Parker | 5.40 | 295.00 | 1,593.00 |

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

| | | | |
|---|---|---|---|
| Client: | 022182 |
| Invoice: | 2297302 |
| Invoice Date: | 09/30/2011 |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| B. Rubin | 3.20 | 965.00 | 3,088.00 |
| A. Whiteway | 13.80 | 805.00 | 11,109.00 |
| **Totals** | **32.20** | | **$22,853.00** |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---|
| 07/26/11 | Messenger/Courier<br>VENDOR: GX Green Express Inc; INVOICE#: 24621;<br>DATE: 7/29/2011 - 7/21/11 to 7/29/11 | 10.98 |
| 08/18/11 | Photocopy<br>Device 01CHI16C. 06395 | 7.80 |
| 08/18/11 | Photocopy<br>Device 01CHI29C. 06395 | 0.80 |

| | |
|---|---|
| **Total Costs and Other Charges** | **$19.58** |
| **Total This Invoice** | **$22,872.58** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
Invoice: 2297302

09/30/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| B. Gruemmer | 4.80 | 750.00 | 3,600.00 |
| R. Harris | 2.20 | 575.00 | 1,265.00 |
| S. Hoeft, P.C. | 2.80 | 785.00 | 2,198.00 |
| C. Parker | 5.40 | 295.00 | 1,593.00 |
| B. Rubin | 3.20 | 965.00 | 3,088.00 |
| A. Whiteway | 13.80 | 805.00 | 11,109.00 |
| **Totals** | **32.20** | | **$22,853.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2288726 |
| Invoice Date: | 09/30/2011 |

## Remittance Copy
### Billing for services rendered through 08/31/2011

Total by Matter
   0041 Welfare Plans                                             $ 2,414.00
   Client/Reference Number: 0000000848

Total Services                                                          $ 2,414.00

Total Costs and Other Charges Posted Through Billing Period              0.00

**Total This Invoice**                                      **$ 2,414.00**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2058205 | 10/29/2009 | 449.36 |
| 2068574 | 11/30/2009 | 345.42 |
| 2076388 | 12/09/2009 | 237.94 |
| 2088346 | 01/01/2010 | 1,238.50 |
| 2097371 | 02/26/2010 | 902.80 |
| 2105402 | 03/18/2010 | 195.20 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 | |
| Invoice: | 2288726 | |
| Invoice Date: | 09/30/2011 | |

| Invoice | Date | |
|---|---|---|
| 2119072 | 04/29/2010 | 650.20 |
| 2128403 | 05/24/2010 | 231.70 |
| 2133205 | 06/10/2010 | 1,407.10 |
| 2146468 | 07/21/2010 | 4,089.20 |
| 2159143 | 08/27/2010 | 2,323.00 |
| 2169691 | 09/24/2010 | 1,007.10 |
| 2181810 | 10/27/2010 | 577.60 |
| 2193507 | 11/19/2010 | 820.60 |
| 2200560 | 12/08/2010 | 73.20 |
| 2212860 | 01/26/2011 | 1,125.70 |
| 2225163 | 02/28/2011 | 2,272.00 |
| 2234849 | 03/30/2011 | 781.00 |
| 2245685 | 04/29/2011 | 1,988.00 |
| 2254092 | 05/23/2011 | 3,064.00 |
| 2268381 | 06/30/2011 | 3,679.50 |
| 2276793 | 07/28/2011 | 710.00 |
| 2286482 | 08/29/2011 | 1,511.00 |

Total Outstanding Balance                               64,327.42

Total Balance Due                                       $ 66,741.42

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2288726 |
| Invoice Date: | 09/30/2011 |

## Client Copy
### Billing for services rendered through 08/31/2011

| Total by Matter | | |
|---|---|---|
| 0041 Welfare Plans | $ 2,414.00 | |
| Client/Reference Number: 0000000848 | | |

| | |
|---|---|
| Total Services | $ 2,414.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 2,414.00** |

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2058205 | 10/29/2009 | 449.36 |
| 2068574 | 11/30/2009 | 345.42 |
| 2076388 | 12/09/2009 | 237.94 |
| 2088346 | 01/01/2010 | 1,238.50 |
| 2097371 | 02/26/2010 | 902.80 |
| 2105402 | 03/18/2010 | 195.20 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2288726
Invoice Date:  09/30/2011

| Invoice | Date | |
|---------|------|--|
| 2119072 | 04/29/2010 | 650.20 |
| 2128403 | 05/24/2010 | 231.70 |
| 2133205 | 06/10/2010 | 1,407.10 |
| 2146468 | 07/21/2010 | 4,089.20 |
| 2159143 | 08/27/2010 | 2,323.00 |
| 2169691 | 09/24/2010 | 1,007.10 |
| 2181810 | 10/27/2010 | 577.60 |
| 2193507 | 11/19/2010 | 820.60 |
| 2200560 | 12/08/2010 | 73.20 |
| 2212860 | 01/26/2011 | 1,125.70 |
| 2225163 | 02/28/2011 | 2,272.00 |
| 2234849 | 03/30/2011 | 781.00 |
| 2245685 | 04/29/2011 | 1,988.00 |
| 2254092 | 05/23/2011 | 3,064.00 |
| 2268381 | 06/30/2011 | 3,679.50 |
| 2276793 | 07/28/2011 | 710.00 |
| 2286482 | 08/29/2011 | 1,511.00 |

Total Outstanding Balance                    64,327.42

Total Balance Due                            $ 66,741.42

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

09/30/2011

Invoice: 2288726
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0041          Welfare Plans
                      Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/23/11 | A. Gordon | 0.30 | Conference call with S. O'Connor and K. Dansart regarding retiree medical and Age 26 dependents. |
| 08/26/11 | A. Gordon | 1.30 | Review UHC's edits to the ASO-LTD agreement for R. DeBoer. |
| 08/26/11 | A. Gordon | 0.50 | Draft e-mail to R. DeBoer regarding LTD contract changes. |
| 08/26/11 | A. Gordon | 0.50 | Review UHC's edits to the ASO-LTD agreement for R. DeBoer. |
| 08/26/11 | A. Gordon | 0.50 | Draft e-mail to R. DeBoer regarding ASO-STD. |
| 08/28/11 | A. Gordon | 0.30 | Respond to e-mail from S. O'Connor regarding signing the UHC disability contracts. |

| | Total Hours | 3.40 | Total For Services | $2,414.00 |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Gordon | 3.40 | 710.00 | 2,414.00 |
| **Totals** | **3.40** | | **$2,414.00** |
| | | Total This Invoice | **$2,414.00** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2288726

09/30/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Gordon | 3.40 | 710.00 | 2,414.00 |
| **Totals** | **3.40** | | **$2,414.00** |

U.S. practice conducted through McDermott Will & Emery LLP

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2297295 |
| Invoice Date: | 09/30/2011 |

---

## Remittance Copy
### Billing for services rendered through 08/31/2011

---

Total by Matter
0047 ESOP                                              $ 87,045.24
Client/Reference Number: 0000001574

Total Services                                                      $ 87,032.00

Total Costs and Other Charges Posted Through Billing Period                    13.24

**Total This Invoice**                                              **$ 87,045.24**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2297295 |
| Invoice Date: | 09/30/2011 |

## Client Copy
### Billing for services rendered through 08/31/2011

Total by Matter
    0047 ESOP
    Client/Reference Number: 0000001574          $ 87,045.24

Total Services          $ 87,032.00

Total Costs and Other Charges Posted Through Billing Period      13.24

**Total This Invoice**          **$ 87,045.24**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

09/30/2011

Invoice: 2297295
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0047        ESOP
                    Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/01/11 | P. Compernolle | 6.60 | Review drafts of memorandum of understanding in settlement of Neil litigation (2.00); telephone conference with Krakauer regarding same (.80); review excise tax issues (1.40); review emails and attachments thereto sent by W. Merten regarding beneficiaries of settlement account (1.20); review notices to settlement class (1.20). |
| 08/01/11 | W. Merten | 4.30 | Review email from Dan Feinberg regarding memorandum of understanding (.10). Review email from Bryan Krakauer and further email from Dan Feinberg regarding memorandum of understanding (.20). Communication with Bryan Krakauer regarding same and regarding response from Department of Labor (.20). Draft email to Dan Feinberg regarding memorandum of understanding (.10). Review email from Deborah Davidson regarding manner in which Tribune will invest settlement allocations once money is moved into 401(k) accounts (.10). Review as to settlement/Department of Labor counter-offer attachment sent by Bryan Krakauer (.80). Review email from Davis Polk regarding response from Chadbourne; review related response from Andrea Whiteway (.10). Review email from Don Liebentritt regarding agreement with Internal Revenue Service (.10). Telephone call from Dan Feinberg regarding memorandum of understanding (.10). Review email from Bryan Krakauer regarding draft class notice (.10). Analysis regarding settlement/Department of Labor counter-offer attachments (.70). Review email from |

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2297295
Invoice Date: 09/30/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Kevin Dansart regarding manner in which Section 401(k) dollars from ESOP will be invested; send email regarding same to Deborah Davidson (.10). Call to Dan Feinberg regarding follow-up regarding class lists (.20); review email from Dan Feinberg regarding same (.10). Draft email to Paul Compernolle regarding same (.20). Review reply email from Paul Compernolle regarding same (.10). Review email from Blake Rubin regarding settlement (.10). Prepare for call with Bryan Krakauer and others regarding memorandum of understanding (.20); engage in call with Chuck Jackson, Blake Rubin, Andrea Whiteway, David Bradford, Bryan Krakauer, Paul Compernolle, and Ray Resner regarding Department of Labor's modifications to memorandum of understanding (.70). |
| 08/01/11 | L. Granados | 1.80 | Review draft DOL settlement (.70); research regarding same (1.10). |
| 08/01/11 | R. Fernando | 0.50 | Review plan document and amendments (.20); draft chart in connection with analyzing the impact of the current "spouse" definition under the plan (.30). |
| 08/02/11 | P. Compernolle | 3.90 | Research on investment of settlement proceeds (1.60); telephone conference with K. Dansart regarding accounting issues (.40); research regarding plan asset regulations for escrow (1.30); email to M. Melgarajo regarding same (.60). |
| 08/02/11 | N. Ross | 0.30 | Discussed settlement mechanics with P. Compernolle. |
| 08/02/11 | W. Merten | 1.50 | Review email from Andrea Whiteway regarding Department of Labor and IRS settlements (.10). Review email from Andrea Whiteway regarding proposed insert to Department of Labor's draft memorandum of understanding Section 12; related follow-up email with A. Whiteway (.20). Review email from Dan Feinberg regarding surviving spouse as "beneficiary." (.10) Review emails from Andrea Whiteway and Bryan Krakauer regarding 2007 tax year (.10). Review of draft class notice (.30). Review email from Andrea Whiteway regarding flow of funds anticipated in memorandum of understanding (.10). Review Ray Resner's response to |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2297295
Invoice Date:  09/30/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Department of Labor as to memorandum of understanding (on behalf of GreatBanc). (.10) Review email from Andrea Whiteway regarding modified Section 12 of memorandum of understanding; review related communications between Don Liebentritt and Andrea Whiteway regarding same. (.10) Review email from Andrea Whiteway regarding update as to Department of Labor/IRS settlement. (.10) Review email from Pat Shanahan regarding Department of Labor and IRS settlements (.10); review related correspondence from Don Liebentritt (.10). Review email from Bryan Krakauer regarding closing 2007. (.10). |
| 08/02/11 | S. Schaefer | 0.30 | Review correspondence from P. Compernolle and attachments regarding the allocation of settlement proceeds within the ESOP. |
| 08/02/11 | J. Holdvogt | 1.80 | Research and review DOL guidance re: qualified default investment alternatives and issues related to ESOP transfer. |
| 08/03/11 | P. Compernolle | 1.50 | Revised drafts of memorandum of understanding in settlement of Neil case. |
| 08/03/11 | W. Merten | 1.30 | Review email from Brian Krakauer with revise department of labor memorandum of understanding (.10); conversation with Brian Krakauer regarding Section 12 c) of MOU. (.4) Review related emails and send responses to Brian Krakauer and Andrea Whiteway regarding memorandum of understanding. (.1) Review emails from Brian Krakauer and Don Liebentitt regarding memorandum of understanding. (.1). Review emails Brian Krakauer and Andrea Whiteway regarding same (.1). Review email from Dan Feinberg regarding class size (.10); related review of correspondence from Paul Compernolle, Kevin Dansart and Dan Feinberg regarding same (.2). Review email from Blake Rubin regarding settlement number. (.1) Review email from Brian Krakauer regarding independent fiduciaries. (.1) |
| 08/04/11 | W. Boies, P.C. | 0.30 | Draft email to Merten on proposed independent fiduciaries. |
| 08/04/11 | P. Compernolle | 1.00 | Review emails from W. Merten on revisions to |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2297295
Invoice Date:  09/30/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | settlement notices. |
| 08/04/11 | W. Merten | 0.80 | Draft email to Bill Boies regarding fiduciary candidates advanced by plaintiffs (.10). Telephone call to Bryan Krakauer regarding fiduciary candidates (.10). Review email from Doug Sondgeroth regarding comments as to notice to plaintiff class (.10). Call to Bryan Krakauer regarding McDermott Will & Emery's familiarity with two independent fiduciary candidates advanced by plaintiffs (.20). Review emails from Bill Boies and Nancy Ross regarding plaintiff candidates (.10). Telephone call from Bryan Krakauer regarding message as to fiduciaries and regarding conversations with Department of Labor (.20) |
| 08/05/11 | P. Compernolle | 0.80 | Review revised memorandum of understanding in Neil litigation. |
| 08/05/11 | W. Merten | 1.60 | Review email from Deborah Davidson regarding side letter. Review attached side letter. (.10) Review email from D. Davidson regarding Memorandum of Understanding. (.10) Review related correspondence from David Bradford, Bryan Krakhauer regarding same. (.10) Review email from B. Krakauer to Don Liebentritt and D. Eldersveld regarding names given by plaintiffs as independent fiduciaries. (.10) Review email from Blake Rubin regarding most recent conversation with Yonaton Gelbulm. (.10) Review email from B. Krakauer to D. Davidson regarding resolution reached with Department of Labor and regarding Memorandum of Understanding being modified for review. (.10) Review email from D. Bradford to D. Davidson regarding Memorandum of Understanding. (.10) Review email regarding modified Memorandum of Understanding from B. Krakhauer (.20); review modified Memorandum of Understanding (.30). Review email from D. Davidson regarding redlined Memorandum of Understanding. (.10) Review revised memorandum of understanding (.30) |
| 08/08/11 | P. Compernolle | 1.00 | Revised memorandum of understanding in Neil litigation. |
| 08/08/11 | W. Merten | 2.90 | Review email from Michael Schloss regarding |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2297295 |
| Invoice Date: | 09/30/2011 |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | memorandum of understanding (.10); review related email from Andrea Whiteway and Blake Rubin regarding same (.10); send reply email to A. Whiteway. (.10) Review email from Deborah Davidson regarding side letter. (.10) Review email from A. Whiteway to Don Liebentritt regarding same. (.10) Review email from Dan Feinberg regarding class counsel's markup of clean copy of Memorandum of Understanding circulated on August 5. (.10) Review as to marked copy of Memorandum of Understanding. (.40) Review Department of Labor mark-up. (.20) Review emails from Bryan Krakhauer, D. Liebentritt and B. Rubin regarding proposed language from Memorandum of Understanding. (.20) Review email from D. Davidson regarding modified Memorandum of Understanding. (.10) Review email from A. Whiteway regarding modified Memorandum of Understanding. (.10) Review email from D. Feinberg regarding comments to update Memorandum of Understanding sent by D. Davidson. (.10) Review email from M. Schloss regarding same. (.10) Review email from Joseph Bailey to D. Feinberg regarding same. (.10) Review email from B. Krakhauer regarding "tweaks" to IRS settlement. (.10) Review email from M. Schloss regarding late dispersion of Memorandum of Understanding. (.10) Review modified follow-up email from M. Schloss regarding same. (.10) Review emails between J. Bailey and D. Feinberg regarding side letter. Review follow-up emails from (a) B. Krakhauer to M. Schloss, and (b) D. Davidson to all parties. (.20) Continue review of Memorandum of Understanding drafts. (.50) |
| 08/08/11 | L. Granados | 0.30 | Review draft of DOL settlement. |
| 08/09/11 | P. Compernolle | 1.80 | Review revised memorandum of understanding in settlement of Neil litigation. |
| 08/09/11 | W. Merten | 2.60 | Review email from Yonatan Gelblum regarding settlement. (.10) Review emails from Michael Schloss regarding differences between Department of Labor proposal and language provided by Bryan Krakhauer. |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2297295
Invoice Date: 09/30/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | (.20) Review email from Joseph Bailey regarding Section 16(m) of Memorandum of Understanding. (.10) Review email from J. Bailey regarding tweaked version of revised Memorandum of Understanding language. (.10) Review emails from D. Polk and B. Krakhauer regarding same. (.20) Review emails from D. Polk, MWE and B. Krakhauer regarding tax portion of Memorandum of Understanding. (.10) Call with P. Shanahan, Monica Melgarejo, David Eldersveld, A. Whiteway, Luis Granados, and Blake Rubin regarding IRS settlement. (.60) Telephone conversation with B. Krakhauer regarding Department of Labor points of discussion with regard to Memorandum of Understanding. (.10) Review as to revised Memorandum of Understanding (from front to back). (1.10) |
| 08/10/11 | P. Compernolle | 1.40 | Review various revisions to memorandum of understanding in Neil litigation. |
| 08/10/11 | W. Merten | 3.30 | Continue review and revision of revised memorandum of understanding. (1.7) Telephone conversation with Louis Granados regarding same. (.2). Review related emails from Andrea Whiteway and Brian Krakauer regarding tax reference in memorandum of understanding. (.1) Review mail from Brian Krakauer regarding changing terms in certain places within the memorandum of understanding. (.1) Review emails from Brian Krakauer regarding continued correspondence with Davis Polk regarding memorandum of understanding. (.1) Review email from Andrea Whiteway to Brian Krakauer regarding valuation reports. (.1) Send related email to Andrea Whiteway regarding same. Review email from Andrea Whiteway regarding her conversations with Davis Polk. Review reply emails from Brian Krakauer regarding same. (.1) Telephone conversations with Brian Krakauer regarding comments sent to him with regard to front-to-back review of memorandum of understanding. (.3) Review mark-up of memorandum of understanding sent by Brian Krakauer. (.3) Review related email from Debra Davidson regarding same. (.1) Review email |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2297295 |
| Invoice Date: | 09/30/2011 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | from Brian Krakauer regarding settlement motion. (.1) Review related email from Brian Krakauer regarding suggested modification to language within memorandum of understanding. (.1) |
| 08/11/11 | P. Compernolle | 3.50 | Review various drafts of memorandum of understanding in settlement of Neil litigation (2.80); review court pleadings for approval of memorandum of understanding (.70). |
| 08/11/11 | W. Merten | 5.60 | Review email from Michael Schloss regarding memorandum of understanding; related follow up with Schloss regarding same. (.2)  Email from Brian Krakauer regarding settlement motion. (.1)   Review email from Brian Krakauer to Michael Schloss regarding memorandum of understanding. (.1)  Review and revisions as to settlement motion (3.1). Review email from Dan Feinberg regarding same. (.1)  Review as to plaintiff's comments regarding draft motion. (.3)  Review draft motion prepared by Neil plaintiff's. (.1) Review Department of Labor proposed revisions to memorandum of understanding and proposed order as to bankruptcy's court approval of memorandum of understanding. (.3) Review email from Joe Bailey to Brian Krakauer regarding lender's concerns and related memorandum of understanding language brought forward same to McDermott attorney's. (.1)  Review email from Joe Bailey regarding side letter. (.1)  Telephone call from Joe Ludwig's Sidley (regarding questions raised). (.1)  Review emails regarding side letter (from Joe Bailey, Dan Feinberg and Kimberly Melvin). (.1)  Review emails between Dan Feinberg and Brian Krakauer regarding side letter. (.3)  Review email from Brian Krakauer regarding further modifications to memorandum of understanding reflecting discussions with the Department of Labor and minor clean-up points. (.1)  Review further drafts of memorandum of understanding. (.2)  Review emails regarding further modified versions of memorandums of understanding; review modified versions. (.2)  Review email from Don Liebentritt regarding future  coverage for |

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2297295
Invoice Date: 09/30/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | insureds.  Review response email from Andrew Moss regarding same. (.1) |
| 08/11/11 | S. Schaefer | 1.80 | Review memorandum of understanding. (.5)  Review of matter for ESOP allocation. (.5)  Discussion with Bill Merten regarding the settlement of DOL matters. (.8) |
| 08/12/11 | P. Compernolle | 6.00 | Review various revised drafts of memorandum of understanding (3.40) and motion for bankruptcy court approval (2.60). |
| 08/12/11 | W. Merten | 7.50 | Review email from John Shugrue regarding side letter. (.1)  Review email from Brian Krakauer regarding settlement motion. (.1)  Review email from Deborah Davidson regarding memorandum of understanding (.10); review as to email from Joseph Bailey regarding side letter (.1)  Continue work on mark-up of motion. (2.8)  Review and revise attachments to settlement motion (2.0). Review email from Jill Ludwig regarding motion for appeal of Neil/Doll settlement (.30); review as to attachment (1.90); Reviewed email from Andrea Whiteway regarding same (.1). |
| 08/13/11 | P. Compernolle | 2.00 | Review emails and drafts of memorandum of understanding in settlement of Neil litigation and related documents. |
| 08/13/11 | W. Merten | 1.90 | Review email from Joe Ludwig regarding revised motion and declaration (.10); review as to attachments to email. (.20)  Draft related emails to Joe Ludwig and Paul Compernolle regarding same (.40). Review email from Don Liebentritt regarding paragraphs in memorandum of understanding and settlement motion. (.20)  Review related email from Joe Ludwig regarding revisions.  (.10)  Review related email from John Shugrue regarding same. (.10)  Review follow-on email from James Bendernagel regarding same. (.20)  Review email from Paul Compernolle regarding same. (.20)  Review related emails from Bryan Krakauer regarding same. (.20)  Draft email to Paul Compernolle regarding document comments. (.10)  Review email from Don Liebentritt regarding comments (.10). |
| 08/14/11 | W. Merten | 0.50 | Review email from Bryan Krakauer regarding proposed |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2297295
Invoice Date:  09/30/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | mark-up to release language by the UCC and proposed addition to the end of Section 16(m) of revised draft memorandum of understanding (.10); review related attachment (.20). Review email from Don Liebentritt regarding UCC's willing to release claims (.10). Review Bryan Krakauer's response to same (.10). |
| 08/15/11 | P. Compernolle | 1.30 | Review emails and drafts of memorandum of understanding. |
| 08/15/11 | W. Merten | 1.20 | Meet with Paul Compernolle regarding email from Bryan Krakauer in regarding modification to the Zell release language. (.3) Review as to memorandum of understanding. (.9) |
| 08/16/11 | P. Compernolle | 1.60 | Review revisions to memorandum of understanding in settlement of litigation. |
| 08/16/11 | W. Merten | 2.10 | Call from Bryan Krakauer as to update regarding memorandum of understanding. (.10) Review email from Bryan Krakauer and related attachment regarding same. (.10) Draft email to Bryan Krakauer regarding memorandum of understanding. (.10) Call with Bryan regarding negotiations and current status with regard to same (.20). Send related email to Blake Rubin, Andrea Whiteway, Luis Granados and Paul Compernolle regarding same (.40); review of related email from Paul Compernolle regarding same. (.20) Call with Paul Compernolle regarding revisions. (.10) Telephone call from Bryan Krakauer regarding revisions. (.10) Review email from Paul Compernolle regarding memorandum of understanding. (.10) Review email from Monica Melgarejo regarding Tribune's S corporate election for memorandum of understanding and motion. (.10) Review follow-up email from Paul Compernolle regarding same. (.10) Review as to memorandum of understanding drafts. (.50) |
| 08/17/11 | P. Compernolle | 0.50 | Revised memorandum of understanding. |
| 08/17/11 | W. Merten | 0.10 | Review email from Bryan Krakhauer regarding mutual releases between GreatBanc and Tribune in Section 16(m) of Memorandum of Understanding. (.10) |
| 08/18/11 | P. Compernolle | 0.50 | Review revised memorandum of understanding. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2297295
Invoice Date:  09/30/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/18/11 | W. Merten | 0.70 | Review email from Bryan Krakhauer regarding revisions to memorandum of understanding (.1); review revised memorandum of understanding. (.1) Related call to Paul Compernolle regarding same (.1); drafting related email to P. Compernolle regarding same. (.3) Review email from Jill Ludwig regarding revised memorandum of understanding. (.1) |
| 08/19/11 | P. Compernolle | 2.00 | Review revised settlement documents (memorandum of understanding, motion to court, Liebentritt declaration, insurance document). |
| 08/19/11 | W. Merten | 3.90 | Review regarding revised Memorandum of Understanding, settlement, supporting declaration (1.10). Review emails from Chuck Jackson regarding GreatBanc proposed final changes to Memorandum of Understanding (.20) Review emails from John Shugrue regarding same (.10). Review follow-up email and attachment from Chuck Jackson regarding same (.10). Review emails from John Shugrue regarding modification to Memorandum of Understanding. (.20). Review email from Jill Ludwig and attached marked revision of Memorandum of Understanding (.20). Review email from John Shugrue regarding Sidley's proposed revisions as to point John made as to identity of the Insured under the Policy (.30). Review email from Jill Ludwig regarding mark-up of motion. (.30). Review email from Blake Rubin regarding correspondence with Yonatan Gelblum regarding revisions (.10). Review email from Paul Compernolle regarding revised Memorandum of Understanding and related documentation (.10). Review as to same (.20). Review email from Jill Ludwig regarding revised version of Memorandum of Understanding (.10); review email from Paul Compernolle regarding same (.10). Review email from Jill Ludwig regarding fully executed Memorandum of Understanding (.20). Review email from Doug Sondgeroth regarding (i) importance of motion indicating that Palmeyer's motion on summary judgment was directed at GreatBanc and (ii) suggesting revisions to |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2297295
Invoice Date:  09/30/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | paragraph 14. (.20).  Review email from Dan Feinberg regarding proposed change to paragraphs 12 and 14 (.20). Review email from Jill Ludwig regarding Exhibit A of Memorandum of Understanding (.20). |
| 08/22/11 | P. Compernolle | 0.80 | Review final memorandum of understanding and related documents. |
| 08/22/11 | P. Compernolle | 1.00 | Draft amendment for transfer of settlement accounts. |
| 08/22/11 | W. Merten | 0.60 | Review related email from Paul Componolle regarding settlement outcomes. (.2) Review emails from Blake Rubin regarding settlement. (.3)  Review related email from Bryan Krakauer regarding same. (.1) |
| 08/22/11 | R. Fernando | 0.30 | Review plan document and due diligence chart in connection with same. |
| 08/22/11 | B. Tiemann | 1.20 | Analyze definition of spouse and plan provisions impacted by definition (.30); draft chart summarizing analysis (.90). |
| 08/23/11 | P. Compernolle | 0.50 | Review and revise amendment for allocation of settlement proceeds and transfer to Savings Plan. |
| 08/24/11 | P. Compernolle | 0.80 | Review and revise plan amendment for allocation of settlement proceeds. |
| 08/24/11 | W. Merten | 1.10 | Meet with Paul Compernolle regarding conversation with Don Liebentriett, Dave Aldersveld, Monica Melegarejo, Blake Rubin and Andrea Whiteway regarding settlement with IRS. (.20)  Review email from Blake Rubin regarding conversation with Yonatan Gelblum (IRS) regarding settlement. (.10)  Review email from Y. Gelblum regarding response from supervisor. (.10) Review email from Bryan Krakhauer regarding identity of party that actually retains the independent fiduciary. (.10)  Correspondence with Luis Granados regarding special fiduciary. (.10)  Review of prohibited transaction exemption, memorandum of understanding and emails with regard to appointment of special fiduciary. (.50) |
| 08/25/11 | P. Compernolle | 3.00 | Review documents regarding independent fiduciary (.80); draft trust amendment regarding same (1.50); review and revise plan amendment regarding same (.70). |
| 08/25/11 | W. Merten | 0.80 | Review email from P. Compernolle regarding powers of Employee Benefits Committee regarding appointment. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2297295
Invoice Date:  09/30/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/25/11 | S. Schaefer | 0.20 | (.10) Review email from Luis Granados regarding fiduciary appointment. (.10) Conversation with Bryan Krakauer regarding same and regarding timing as to steps to be taken through the end of the year. (.60) Discussions with Paul Compernolle regarding amendments to the plan to incorporate the litigation settlement. |
| 08/26/11 | P. Compernolle | 2.00 | Begin review of Settlement Agreement. |
| 08/26/11 | W. Merten | 0.30 | Review email from Deborah Davidson regarding settlement agreement. (.10) Conversation with Paul Compernolle regarding settlement agreement. (.20) |
| 08/26/11 | S. Schaefer | 0.50 | Discussions with Bill Merten regarding long form settlement agreement order. |
| 08/29/11 | P. Compernolle | 2.50 | Review draft settlement agreement. |
| 08/29/11 | W. Merten | 3.60 | Review as to settlement agreement (2.10). Review email from Paul Compernolle regarding settlement agreement (.10). Draft email to Blake Rubin and Andrea Whiteway regarding same (.10). Review email from Blake Rubin regarding communication with Yonaton Gelblum regarding settlement (.10). Review related response from Pat Shanahan regarding same (.10). Call with Debbie Davidson (Morgan Lewis) regarding settlement agreement (.10). Review email from Blake Rubin to Peter Scharff as to settlement offer (.10). Review related email from Blake Rubin to Pat Shanahan, Monica Melgarejo, Dave Eldersveld, Don Liebentritt and Bryan Krakauer regarding settlement (.10). Review related correspondence between Blake Rubin, Bryan Krakauer and Don Liebentritt (.10); review email from Blake Rubin regarding Pete Scharff's call regarding settlement (.10). Review follow-up email from Blake Rubin and Bryan Krakauer regarding date of draft closing agreement with IRS and email from Bryan Krakauer regarding IRS settlement (.10). Review email from Dan Feinberg regarding memorandum of understanding Section V(f) (.10). Review email from Andrea Whiteway regarding her review of settlement agreement (.10). Review email from Blake Rubin regarding (i) executing |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2297295 |
| Invoice Date: | 09/30/2011 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | closing agreement prior to receiving bankruptcy court approval and (ii) additional provisions to be included in closing agreement (.10). Conversation with Debbie Davidson regarding settlement agreement (.20). |
| 08/29/11 | S. Schaefer | 1.30 | Review settlement agreement. |
| 08/29/11 | B. Tiemann | 0.30 | Draft memo summarizing analysis of plan's spousal definition and options for administering benefits for same-sex spouses. |
| 08/30/11 | P. Compernolle | 1.10 | Review open issues in settlement agreement (.80); review plan amendment (.30). |
| 08/30/11 | W. Merten | 1.40 | Telephone call to Debbie Davidson regarding settlement agreement (.20). Review email from Paul Compernolle regarding class list (.10). Telephone conversation with Debbie Davidson regarding settlement agreement (.20). Review as to email from Andrea Whiteway and McDermott settlement comments in light of same (.20). Draft related email to Andrea Whiteway regarding same (.30). Review email from Debbie Davidson regarding settlement (.10). Review email from Doug Sondgeroth (.10). Review email from Doug Sondgeroth (Jenner) regarding Settlement Agreement comments (.20). |
| 08/31/11 | P. Compernolle | 0.80 | Review revisions to settlement agreement. |
| 08/31/11 | S. Schaefer | 1.00 | Review plan amendment incorporating class action settlement. |

| | **Total Hours** | **109.40** | **Total For Services** | **$87,032.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| W. Boies, P.C. | 0.30 | 845.00 | 253.50 |
| P. Compernolle | 47.90 | 810.00 | 38,799.00 |
| R. Fernando | 0.80 | 625.00 | 500.00 |
| L. Granados | 2.10 | 730.00 | 1,533.00 |
| J. Holdvogt | 1.80 | 500.00 | 900.00 |
| W. Merten | 49.60 | 810.00 | 40,176.00 |
| N. Ross | 0.30 | 815.00 | 244.50 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2297295
Invoice Date:  09/30/2011

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| S. Schaefer | 5.10 | 810.00 | 4,131.00 |
| B. Tiemann | 1.50 | 330.00 | 495.00 |
| **Totals** | **109.40** | | **$87,032.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 07/01/11 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #28823413; INVOICE DATE: 08/01/11; Call Date: 07/01/11; Order #30190380; Host NAME: Bill Merten | 2.78 |
| 07/01/11 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #28823414; INVOICE DATE: 08/01/11; Call Date: 07/01/11; Order #30190381; Host NAME: Bill Merten | 8.66 |
| 08/30/11 | Telecommunications<br>Ext. 37402 called CHICAGO, (312) 324-1159. | 0.15 |
| 08/30/11 | Telecommunications<br>Ext. 37402 called CHICAGO, (773) 315-2619. | 0.15 |
| 08/31/11 | Telecommunications<br>Ext. 37402 called CHICAGO, (312) 324-1159. | 1.50 |

**Total Costs and Other Charges**    **$13.24**

**Total This Invoice**    **$87,045.24**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2297295

09/30/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| W. Boies, P.C. | 0.30 | 845.00 | 253.50 |
| P. Compernolle | 47.90 | 810.00 | 38,799.00 |
| R. Fernando | 0.80 | 625.00 | 500.00 |
| L. Granados | 2.10 | 730.00 | 1,533.00 |
| J. Holdvogt | 1.80 | 500.00 | 900.00 |
| W. Merten | 49.60 | 810.00 | 40,176.00 |
| N. Ross | 0.30 | 815.00 | 244.50 |
| S. Schaefer | 5.10 | 810.00 | 4,131.00 |
| B. Tiemann | 1.50 | 330.00 | 495.00 |
| **Totals** | **109.40** | | **$87,032.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2297310 |
| Invoice Date: | 09/30/2011 |

## Remittance Copy
### Billing for services rendered through 08/31/2011

Total by Matter
    0507 Newsday                                    $ 1,475.65
    Client/Reference Number: 0000001849

Total Services                                         $ 975.00

Total Costs and Other Charges Posted Through Billing Period       500.65

**Total This Invoice**                                    **$ 1,475.65**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2297310 |
| Invoice Date: | 09/30/2011 |

## Client Copy
### Billing for services rendered through 08/31/2011

Total by Matter
    0507 Newsday                                       $ 1,475.65
    Client/Reference Number: 0000001849

Total Services                                                     $ 975.00

Total Costs and Other Charges Posted Through Billing Period         500.65

**Total This Invoice**                                       **$ 1,475.65**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

09/30/2011

Invoice: 2297310
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0507        Newsday
                    Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/29/11 | B. Gruemmer | 0.50 | Call with D. Eldersveld regarding deposit (.20); reviewing Formation Agreement for treatment of deposit (.30). |
| 08/30/11 | B. Gruemmer | 0.80 | Further review of Formation Agreement regarding Deposit (.50); email to D. Eldersveld on same (.30). |

| | Total Hours | 1.30 | Total For Services | $975.00 |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| B. Gruemmer | 1.30 | 750.00 | 975.00 |
| **Totals** | **1.30** | | **$975.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 07/31/11 | Computer Hosting Fees<br>July monthly charge for data storage and hosting, Relativity Hosting 58.9 GBs. | 500.65 |

| | Total Costs and Other Charges | $500.65 |
|--|--|--|
| | Total This Invoice | $1,475.65 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2297310
Invoice Date:  09/30/2011

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2297310

09/30/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| B. Gruemmer | 1.30 | 750.00 | 975.00 |
| **Totals** | **1.30** | | **$975.00** |

U.S. practice conducted through McDermott Will & Emery LLP

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2297300 |
| Invoice Date: | 09/30/2011 |

## Remittance Copy
### Billing for services rendered through 08/31/2011

Total by Matter
    0515 Chapter 11 Restructuring             $ 202,781.13

Total Services                                       $ 202,606.50

Total Costs and Other Charges Posted Through Billing Period        174.63

**Total This Invoice**                                 **$ 202,781.13**

| Invoice | Date | |
|---|---|---|
| 1987660 | 04/13/2009 | 8,878.50 |
| 2049463 | 06/30/2009 | 135,250.03 |
| 2058215 | 10/29/2009 | 1,108.36 |
| 2068587 | 11/30/2009 | 4,054.84 |
| 2076400 | 12/09/2009 | 4,575.18 |
| 2096277 | 01/26/2010 | 27,049.60 |
| 2096742 | 02/26/2010 | 52,568.00 |
| 2105410 | 03/18/2010 | 35,432.20 |
| 2119079 | 04/29/2010 | 8,961.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S practice conducted through McDermott Will & Emery LLP

Boston Brussels Chicago Düsseldorf Houston London Los Angeles Miami Milan Munich New York Orange County Paris Rome Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 | |
| Invoice: | 2297300 | |
| Invoice Date: | 09/30/2011 | |

| Invoice | Date | |
|---------|------|--|
| 2128648 | 05/24/2010 | 8,399.40 |
| 2133210 | 06/10/2010 | 13,380.70 |
| 2146476 | 07/21/2010 | 22,130.30 |
| 2159145 | 08/27/2010 | 44,177.00 |
| 2169700 | 09/24/2010 | 25,085.70 |
| 2180988 | 10/27/2010 | 26,669.40 |
| 2193509 | 11/19/2010 | 38,668.40 |
| 2200564 | 12/08/2010 | 38,646.00 |
| 2212867 | 01/26/2011 | 43,131.70 |
| 2225179 | 02/28/2011 | 234,051.09 |
| 2234856 | 03/30/2011 | 286,343.46 |
| 2245689 | 04/29/2011 | 206,683.16 |
| 2262856 | 05/23/2011 | 223,250.28 |
| 2268391 | 06/30/2011 | 145,973.76 |
| 2276795 | 07/28/2011 | 339,470.57 |
| 2286485 | 08/29/2011 | 324,518.98 |

Total Outstanding Balance                                    2,298,457.61

Total Balance Due                                        $ 2,501,238.74

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2297300 |
| Invoice Date: | 09/30/2011 |

### Client Copy
### Billing for services rendered through 08/31/2011

Total by Matter
　　0515 Chapter 11 Restructuring                     $ 202,781.13

Total Services                                                    $ 202,606.50

Total Costs and Other Charges Posted Through Billing Period          174.63

## Total This Invoice                                          $ 202,781.13

| Invoice | Date | |
|---|---|---|
| 1987660 | 04/13/2009 | 8,878.50 |
| 2049463 | 06/30/2009 | 135,250.03 |
| 2058215 | 10/29/2009 | 1,108.36 |
| 2068587 | 11/30/2009 | 4,054.84 |
| 2076400 | 12/09/2009 | 4,575.18 |
| 2096277 | 01/26/2010 | 27,049.60 |
| 2096742 | 02/26/2010 | 52,568.00 |
| 2105410 | 03/18/2010 | 35,432.20 |
| 2119079 | 04/29/2010 | 8,961.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2297300
Invoice Date:  09/30/2011

| Invoice | Date | |
|---------|------|---|
| 2128648 | 05/24/2010 | 8,399.40 |
| 2133210 | 06/10/2010 | 13,380.70 |
| 2146476 | 07/21/2010 | 22,130.30 |
| 2159145 | 08/27/2010 | 44,177.00 |
| 2169700 | 09/24/2010 | 25,085.70 |
| 2180988 | 10/27/2010 | 26,669.40 |
| 2193509 | 11/19/2010 | 38,668.40 |
| 2200564 | 12/08/2010 | 38,646.00 |
| 2212867 | 01/26/2011 | 43,131.70 |
| 2225179 | 02/28/2011 | 234,051.09 |
| 2234856 | 03/30/2011 | 286,343.46 |
| 2245689 | 04/29/2011 | 206,683.16 |
| 2262856 | 05/23/2011 | 223,250.28 |
| 2268391 | 06/30/2011 | 145,973.76 |
| 2276795 | 07/28/2011 | 339,470.57 |
| 2286485 | 08/29/2011 | 324,518.98 |

Total Outstanding Balance                          2,298,457.61

Total Balance Due                                $ 2,501,238.74

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

09/30/2011

Invoice: 2297300
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0515        Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/01/11 | J. Zajac | 0.30 | Review CNO (.1); review notice of hearing (.1); emails with M. Simons re LEDES files (.1). |
| 08/01/11 | B. Rubin | 5.80 | Research and analysis regarding 502(l) issue (1.3); correspondence with clients and co-counsel regarding MOU (.8); review and comment on draft MOU (1.3); preparation for and conference call with clients regarding MOU (.6); preparation for and negotiating call with DOJ (1.2); memo to clients regarding same (.6). |
| 08/01/11 | A. Whiteway | 6.60 | Preparation for and telephone conference with DOJ regarding valuation issues and counteroffer (1.2); telephone conference with creditors counsel regarding same (.6);  review and comment on MOU (.9); correspondence with client regarding same (.9); correspondence with co-counsel regarding same (.6); telephone conference with client regarding same (.3); research and revise memo regarding settlement proceeds (2.1). |
| 08/01/11 | E. Ma | 1.80 | Update research memorandum regarding tax consequences of settlement payments. |
| 08/02/11 | J. Zajac | 4.40 | Prepare June fee statement (2.1); review invoices re following bankruptcy rules for fee statements (2.3). |
| 08/02/11 | B. Rubin | 1.70 | Review and comment on MOU (.6); correspondence with client and Sidley regarding same (.8); review and comment on class notice (.3). |
| 08/02/11 | A. Whiteway | 5.80 | Review DOL MOU (.3); draft insert to MOU (1.2); correspondence with client regarding MOU (1.9); correspondence with co-counsel regarding same (.2); review and comment on research memo regarding tax |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2297300
Invoice Date:  09/30/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | issues (1.3); telephone conference with client regarding same (.9). |
| 08/02/11 | A. Blair-Stanek | 0.70 | Read cases regarding bankruptcy ownership of preference claims. |
| 08/03/11 | J. Zajac | 3.00 | Review interim comp order re hold back (.2); emails with B. Rubin re same (.3); call with local counsel re upcoming hearing (.1); email M. Simons re fee statements (.1); draft June fee statement (2.3). |
| 08/03/11 | B. Rubin | 4.70 | Review and comment on MOU (.8); preparation for and negotiations with DOJ (1.1); memo to client regarding same (.4); review and edit memo regarding settlement issues (2.4). |
| 08/03/11 | A. Whiteway | 6.40 | Revise workplan (.9); review settlement tax memo (1.3); preparation for and telephone conference with Mr. Gelblum from DOJ (1.9); correspond with client regarding same (.4); review MOU draft language (1.3); correspond with co-counsel regarding same (.6). |
| 08/03/11 | M. Wilder | 0.40 | Telephone call to Mary Brewer of IRS (.1); review status of ruling request and bankruptcy (.3). |
| 08/03/11 | A. Blair-Stanek | 3.50 | Read additional cases regarding preference ownership (.60); redraft portions of memorandum relating to preferences (1.30); write section justifying use of Grodt & McKay factors (1.20); incorporate additional earlier comments from B. Rubin (.40). |
| 08/04/11 | B. Rubin | 5.50 | Preparation for and conference call with clients regarding workplan issues (.7); review and comment on memo regarding litigation trust issues (3.3); correspondence with client and Sidley regarding MOU issues (.4); review and comment on memo regarding settlement issues (1.1). |
| 08/04/11 | A. Whiteway | 4.40 | Preparation for and telephone conference with client regarding emergence tax planning (1.9); review class notice comments (.6); review and comment on litigation trust tax issues (1.9). |
| 08/04/11 | J. Finkelstein | 1.20 | Conference with Tribune regarding emergence tax issues. |
| 08/04/11 | A. Blair-Stanek | 6.70 | Consider alternative theories for tax ownership of claims in bankruptcy context (1.90); redraft all six tax ownership discussions to reflect this (3.60); analysis regarding preference-equivalency of Morgan Stanley swap claim |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2297300
Invoice Date:  09/30/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | (1.20). |
| 08/05/11 | J. Zajac | 1.30 | Draft fee statement (1.1); emails to M.Simons re LEDES files (.2). |
| 08/05/11 | B. Rubin | 4.80 | Correspondence with DOJ regarding ESOP issues (.4); correspondence with client regarding same (.4); conference calls with client and Sidley regarding MOU (.9); review and comment on draft MOU (.4); review and edit memo regarding settlement issues (2.7). |
| 08/05/11 | A. Whiteway | 2.90 | Review revised MOU and comment on language (1.2); correspond with DOJ regarding ESOP (.9); correspond with co-counsel regarding same (.4); telephone conference with co-counsel regarding same (.4). |
| 08/05/11 | A. Blair-Stanek | 6.40 | Analysis regarding ownership in light of insight from redrafting section on ownership of disallowance claims (2.10); redraft ownership sections (4.30). |
| 08/08/11 | J. Zajac | 0.50 | Review CNOs(.2); review prior fee statements re same (.2); email to B. Rubin re same (.1). |
| 08/08/11 | B. Rubin | 2.60 | Review and comment on MOU (.8); correspondence with client and Sidley regarding same (1.1); correspondence with DOJ regarding ESOP (.7). |
| 08/08/11 | A. Whiteway | 7.40 | Telephone conference with co-counsel regarding settlement (.9); review and comment on draft settlement (1.9); correspond with co-counsel regarding same (.9); correspond with DOJ regarding settlement (.9); review valuation analysis and tax issues (2.8). |
| 08/09/11 | P. Levine | 0.30 | Research section 355(e). |
| 08/09/11 | B. Rubin | 5.90 | Preparation for and conference call with clients regarding DOJ negotiation (.7); correspondence with client and Sidley regarding same (.6); conference calls with creditor representatives regarding emergence issues (.6); correspondence with creditor representatives regarding same (.4); review and edit memo regarding basis issues (2.4); research and analysis regarding basis issues (1.2). |
| 08/09/11 | A. Whiteway | 7.90 | Review MOU Settlement language (2.3); conferences with client and co-counsel regarding same (2.9); review litigation trust memo (1.4); analysis of tax issues in settlement (1.3). |
| 08/10/11 | B. Rubin | 5.30 | Review and comment on motion (1.8); correspondence |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2297300
Invoice Date: 09/30/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | with Sidley and clients regarding same (.4); review and edit memo regarding tax accruals (3.1). |
| 08/10/11 | A. Whiteway | 6.60 | Correspond with co-counsel regarding settlement (.9); telephone conference with Davis Polk regarding same (.9); review and comment on settlement related documents (3.2); review valuation analysis from epiq (1.3); draft updates to emergence tax planning memo (.3). |
| 08/11/11 | J. Zajac | 0.70 | Prepare LEDES files for fee examiner(.5); email M. Simons re same (.2). |
| 08/11/11 | B. Rubin | 5.40 | Review IRS Proof of Claim (.7); correspondence with Davis Polk regarding same (.4); review and analyze valuation reports (1.2); review and comment on motion (.7); correspondence with Sidley and clients regarding same (.9); negotiate changes to motion (.7); review and comment on MOU (.8). |
| 08/11/11 | A. Whiteway | 5.20 | Telephone conference with Sidley regarding motion (.4); review and comment on court filing documents (1.6); review valuation analysis (1.4); telephone conference with Sam Dimon regarding same (.3); correspond with Davis Polk regarding settlement (.6); conference with co-counsel regarding same (.9). |
| 08/11/11 | A. Blair-Stanek | 2.10 | Incorporate revisions into claims transfer memorandum (.40); modify to reflect substantive critiques (1.70). |
| 08/12/11 | B. Rubin | 5.40 | Preparation for and conference call with clients regarding workplan issues (.7); review and analyze analyst's reports (2.1); preparation for and conference call with Sidley regarding ESOP issues (.7); review and comment on declaration (.9); correspondence with DOJ regarding ESOP issues (.4); correspondence with client and other settlement parties regarding ESOP issues (.6). |
| 08/12/11 | A. Whiteway | 6.20 | Correspond with co-counsel regarding settlement (.4); correspond with creditors committee regarding same (.3); review and comment on DOL markup (1.2); review and comment on motion (.7); review valuation analysis (1.2); telephone conference with client regarding emergence tax planning and DOJ response (1.2); draft correspondence with DOJ regarding response (1.2). |
| 08/12/11 | J. Finkelstein | 3.80 | Review valuation analysis and conference with Tribune |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2297300
Invoice Date:  09/30/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | regarding same (2.9); conference with Tribune regarding emergence tax issues (.9). |
| 08/12/11 | M. Wilder | 0.70 | Discuss issues arising from ownership of claims in bankruptcy with A. Blair-Stanek. |
| 08/12/11 | A. Blair-Stanek | 5.10 | Revise reasoning for relying on Grodt & McKay factors (2.40); research additional theory on claim ownership (1.30); use different cases to illustrate origin of the claim doctrine (.80); add transitional language foreshadowing conclusions (.60). |
| 08/13/11 | B. Rubin | 0.80 | Review and comment on MOU (.4); correspondence with clients and representatives of other parties regarding same (.4). |
| 08/14/11 | B. Rubin | 0.90 | Review and comment on MOU (.5); correspondence with clients and representatives of other parties regarding same (.4). |
| 08/15/11 | J. Zajac | 0.70 | Email M. Simons re LEDES files (.1); prepare LEDES files (.1); email fee examiner re recent fee statements (.1); review proposed order re upcoming fee hearing (.3); email to local counsel re same (.1). |
| 08/15/11 | B. Rubin | 5.30 | Correspondence with Sidley and client regarding settlement (1.1); review and comment on Settlement Motion (1.2); preparation for and conference call with Oaktree representatives regarding same (.8); review and comment on memo regarding liability floor (2.2). |
| 08/15/11 | J. Finkelstein | 0.60 | Discuss tax issues memo with co-counsel. |
| 08/15/11 | M. Wilder | 0.80 | Discuss settlement of litigation claims with A. Blair-Stanek. |
| 08/15/11 | A. Blair-Stanek | 2.70 | Draft memo section regarding whether claims (if owned by Creditors) are part of the debt instrument. |
| 08/16/11 | B. Rubin | 4.30 | Review and edit memo regarding tax accrual issues (2.4); review and comment on MOU and Settlement Motion (1.6); correspondence with client regarding DOJ issues (.3). |
| 08/16/11 | J. Finkelstein | 2.60 | Review tax issues memo. |
| 08/16/11 | M. Wilder | 0.40 | Emails with A. Blair-Stanek about settlement issues. |
| 08/16/11 | A. Blair-Stanek | 3.10 | Read authorities relevant to whether Claims are part of same asset as Tribune debt in Creditors' hand (1.40); draft description of theory based on these authorities (1.70). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2297300
Invoice Date:  09/30/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/17/11 | G. Chan | 0.60 | Review section 1017(b)(2) memo regarding federal and state tax accruals. |
| 08/17/11 | B. Rubin | 4.90 | Review and comment on MOU and motion (.8); follow up email with M. Wilder regarding PLR (.2); review and comment on global settlement memo (1.6); prepare work plan update and circulate (.6); review and edit memo regarding state tax liabilities (1.7). |
| 08/17/11 | A. Whiteway | 2.30 | Review and comment on draft MOU and Motion. |
| 08/17/11 | J. Finkelstein | 3.60 | Review and comment on tax issues memo. |
| 08/17/11 | M. Wilder | 0.20 | Telephone calls to IRS regarding PLR (.2). |
| 08/17/11 | A. Blair-Stanek | 1.80 | Add theories of creditor treatment to claims transfer memorandum (.30); revise conclusions to reflect latest thinking (.90); revise memo (.60). |
| 08/18/11 | A. Whiteway | 2.30 | Review MOU drafts and correspondence (1.1); prepare for and telephone conference with client regarding emergence tax planning (.4); telephone Mr. Gelblum regarding ESOP issues (.8). |
| 08/18/11 | J. Finkelstein | 2.20 | Conference with Tribune regarding emergence tax issues (.9); correspondence with co-counsel regarding settlement issues (.2); review and comment on tax issues memo (1.1). |
| 08/19/11 | R. Greenhouse | 0.30 | Review regarding settlement. |
| 08/19/11 | J. Zajac | 0.20 | Emails with H. Rosaro re: upcoming fee hearing (.1); email from M. Simons re: July fee statement. |
| 08/19/11 | G. Chan | 0.60 | Draft section 1017(b)(2) memo regarding accruals for state and federal tax liabilities. |
| 08/19/11 | B. Rubin | 5.10 | Review and edit memo regarding tax accruals (1.3); research and analysis regarding tax accrual issues (.8); preparation for and conference call with co-counsel regarding emergence tax issues (1.1); review and comment on settlement documents (.7); correspondence with client and Sidley regarding same (.4); conference call with DOJ personnel regarding same (.4); correspondence with client regarding IRS claims (.4). |
| 08/19/11 | J. Finkelstein | 2.00 | Review and comment on tax issues memo. |
| 08/19/11 | M. Wilder | 0.50 | Phone calls with IRS regarding debt issuance costs (.5). |
| 08/22/11 | B. Rubin | 3.00 | Correspondence with DOJ and client regarding settlement issues (.9); review and edit memo regarding |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2297300
Invoice Date:  09/30/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | emergence issues (2.1). |
| 08/22/11 | A. Whiteway | 1.20 | Correspondence with DOJ regarding ESOP issues (.6); correspondence with client and co-counsel regarding same (.6). |
| 08/23/11 | R. Greenhouse | 0.30 | Telephone call with B. Rubin regarding estimate of litigation costs for ESOP and settlement offer. |
| 08/23/11 | B. Rubin | 3.20 | Preparation for and conference call with client regarding DOJ settlement (.7); correspondence with client regarding same (.3); review and edit memo regarding emergence issues (2.2). |
| 08/24/11 | J. Zajac | 3.10 | Review notice of hearing (.1); email from local counsel re fee order (.1); review prebills to ensure compliance with bankruptcy rules (2.9). |
| 08/24/11 | B. Rubin | 4.70 | Preparation for and conference call with DOJ regarding settlement (.7); memo to DOJ (.8); correspondence with client regarding same (.4); update workplan (.6); review and edit memo regarding emergence issues (2.2). |
| 08/24/11 | M. Wilder | 1.50 | Emails with A. Blair-Stanek regarding settlement issues (1.0); review section 1017 memo (.5). |
| 08/24/11 | A. Blair-Stanek | 0.30 | Review authorities on taxability of claim transfers (Issue 3). |
| 08/25/11 | J. Zajac | 2.30 | Draft summary of fee order for B. Rubin (.4); call with B. Rubin re same (.1); review prebills to ensure compliance with bankruptcy rules (1.8). |
| 08/25/11 | B. Rubin | 4.10 | Preparation for and conference call with clients regarding emergence issues (.7); conference with co-counsel regarding possible transaction (.4); correspondence with client and DOJ regarding settlement (.6); review and edit memo regarding emergence issues (2.4). |
| 08/25/11 | A. Whiteway | 2.40 | Preparation for and telephone conference with client regarding emergence workplan (.7); correspondence with Mr. Gelblum regarding settlement offer (.8); correspondence with client regarding same (.9). |
| 08/26/11 | G. Chan | 1.60 | Review B. Rubin and J. Finkelstein comments to section 1017(b)(2) memo for federal and state tax accruals (0.7); revise memo regarding same (0.9). |
| 08/26/11 | B. Rubin | 3.90 | Review and comment on settlement agreement (1.3); correspondence with client regarding same (.3); review |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2297300
Invoice Date:    09/30/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | and edit memo regarding possible transaction (2.3). |
| 08/29/11 | R. Greenhouse | 0.50 | Draft summary to B. Rubin regarding closing agreement option. |
| 08/29/11 | J. Zajac | 0.20 | Emails with M. Simons re June fee statement (.2). |
| 08/29/11 | B. Rubin | 5.20 | Correspondence with DOJ regarding settlement issues (.9); conference with co-counsel and client regarding response to DOJ (.7); memo to IRS (.8); review and comment on settlement agreement (.6); review comments with co-counsel (.6); correspondence with Sidley and client regarding bankruptcy interest accrual and process issues (.9); conference calls with IRS regarding settlement (.7). |
| 08/29/11 | A. Whiteway | 2.20 | Correspondence regarding settlement with DOJ (.8); correspond with client regarding same (.8); correspondence with IRS regarding closing agreement (.6). |
| 08/29/11 | M. Wilder | 0.50 | Review restructuring proposal (.20); and PLR process (.3). |
| 08/30/11 | S. Wells, P.C. | 0.80 | Meeting regarding resolution strategy. |
| 08/30/11 | P. Levine | 1.00 | Conference with B. Rubin, A. Whiteway, S. Wells, J. Finkelstein, M. Wilder, T. Shuman regarding ruling request. |
| 08/30/11 | T. Shuman | 1.10 | Research regarding potential transaction. |
| 08/30/11 | B. Rubin | 5.40 | Preparation for and meeting with co-counsel regarding possible transaction; (.7) develop issues and strategy for approach to IRS (1.6); research and analysis regarding same (1.1) follow up email with IRS regarding PLR (.3); review and edit memo regarding emergence issues (1.7). |
| 08/30/11 | A. Whiteway | 3.80 | Review and comment on settlement agreement (1.4); correspond with co-counsel regarding settlement agreement (.6); conference with co-counsel regarding post-emergence tax planning issues (1.8). |
| 08/30/11 | J. Finkelstein | 4.30 | Review and analysis regrading post-emergence issues (3.7); conference with creditor counsel regarding settlement issues (.6). |
| 08/30/11 | M. Wilder | 2.20 | Review and analyze regulations applicable to proposed restructuring (1.0); review draft submission (1.20). |
| 08/31/11 | P. Levine | 0.30 | Review email regarding IRS ruling. |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2297300 |
| Invoice Date: | 09/30/2011 |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/31/11 | J. Zajac | 0.20 | Email with M. Simons re July fee statement (.1); email with B. Rubin re same (.1). |
| 08/31/11 | G. Chan | 2.30 | Revise section 1017(b)(2) memo regarding accruals for federal and state taxes and pension obligations. |
| 08/31/11 | B. Rubin | 4.90 | Respond to client inquiry regarding indemnification issues (.8); research and analysis regarding issues raised by possible transaction (1.8); review and comment on memo regarding issues raise by possible transaction (.8); prepare workplan update (.6); follow up email with A. Whiteway regarding status of work plan issues (.6); conference call with Sidley regarding emergence issues (.3). |
| 08/31/11 | A. Whiteway | 1.10 | Correspond with co-counsel regarding settlement agreement (.7); correspondence with co-counsel regarding post-emergence tax planning issues (.4). |
| 08/31/11 | M. Wilder | 1.80 | Review debt issuance  PLR status (.4); draft email summary of impact of ruling request on proposed restructuring (1.4). |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | **267.60** | | **Total For Services** | **$202,606.50** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Blair-Stanek | 32.40 | 360.00 | 11,664.00 |
| G. Chan | 5.10 | 390.00 | 1,989.00 |
| J. Finkelstein | 20.30 | 635.00 | 12,890.50 |
| R. Greenhouse | 1.10 | 780.00 | 858.00 |
| P. Levine | 1.60 | 895.00 | 1,432.00 |
| E. Ma | 1.80 | 390.00 | 702.00 |
| B. Rubin | 102.80 | 965.00 | 99,202.00 |
| T. Shuman | 1.10 | 440.00 | 484.00 |
| S. Wells, P.C. | 0.80 | 895.00 | 716.00 |
| A. Whiteway | 74.70 | 805.00 | 60,133.50 |
| M. Wilder | 9.00 | 745.00 | 6,705.00 |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2297300
Invoice Date:  09/30/2011

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| J. Zajac | 16.90 | 345.00 | 5,830.50 |
| **Totals** | **267.60** | | **$202,606.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 06/30/11 | Messenger/Courier<br>VENDOR: Washington Express Visas; INVOICE#: 66651; DATE: 6/30/2011 - Delivery Services | 19.08 |
| 07/07/11 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #28856619; INVOICE DATE: 08/01/11; Call Date: 07/07/11; Order #30224117; Host NAME: Andrea Whiteway | 6.32 |
| 07/08/11 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #28864963; INVOICE DATE: 08/01/11; Call Date: 07/08/11; Order #30232695; Host NAME: Blake Rubin | 34.70 |
| 07/14/11 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #28910067; INVOICE DATE: 08/01/11; Call Date: 07/14/11; Order #30278585; Host NAME: Andrea Whiteway | 5.46 |
| 07/26/11 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #28994552; INVOICE DATE: 08/01/11; Call Date: 07/26/11; Order #30364293; Host NAME: Andrea Whiteway | 6.75 |
| 07/27/11 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #29003826; INVOICE DATE: 08/01/11; Call Date: 07/27/11; Order #30373710; Host NAME: Andrea Whiteway | 29.66 |
| 07/28/11 | Telecommunications | 5.14 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2297300
Invoice Date:  09/30/2011

| Date | Description | Amount |
|------|-------------|--------|
| | VENDOR: Conference Plus, Incorporated; INVOICE #29015769; INVOICE DATE: 08/01/11; Call Date: 07/28/11; Order #30385801; Host NAME: Andrea Whiteway | |
| 08/03/11 | Telecommunications<br>Ext. 75639 called WILMINGTON, (302) 651-2010. | 0.15 |
| 08/04/11 | Computer Research<br>Pacer Quarterly Billing Cycle, 4/1/11 - 6/30/11. | 38.72 |
| 08/12/11 | Telecommunications<br>Ext. 68425 called CHICAGO, (312) 853-7515. | 0.15 |
| 08/12/11 | Telecommunications<br>Ext. 68425 called ANNAPOLIS, (410) 990-9652. | 0.30 |
| 08/12/11 | Telecommunications<br>Ext. 68425 called CHICAGO, (312) 222-3017. | 2.25 |
| 08/12/11 | Telecommunications<br>Ext. 68425 called CHICAGO, (312) 222-4707. | 4.80 |
| 08/12/11 | Telecommunications<br>Ext. 68425 called CHICAGO, (312) 853-7515. | 0.30 |
| 08/15/11 | Telecommunications<br>Ext. 68424 called LOS ANGELES, (213) 621-6016. | 1.65 |
| 08/15/11 | Telecommunications<br>Ext. 68424 called BELGIUM, (262) 285-4940. | 1.80 |
| 08/15/11 | Telecommunications<br>Ext. 68424 called BALTIMORE, (410) 499-2182. | 1.65 |
| 08/15/11 | Telecommunications<br>Ext. 68424 called BELGIUM, (262) 285-4940. | 0.15 |
| 08/15/11 | Telecommunications<br>Ext. 68424 called BELGIUM, (262) 285-4940. | 0.90 |
| 08/17/11 | Telecommunications<br>Ext. 68424 called BALTIMORE, (410) 499-2182. | 3.30 |
| 08/18/11 | Telecommunications<br>Ext. 68424 called BALTIMORE, (410) 499-2182. | 0.15 |
| 08/19/11 | Telecommunications<br>Ext. 68424 called BALTIMORE, (410) 499-2182. | 1.80 |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2297300
Invoice Date: 09/30/2011

| Date | Description | Amount |
|------|-------------|--------|
| 08/25/11 | Telecommunications<br>Ext. 68424 called BALTIMORE, (410) 499-2182. | 1.35 |
| 08/30/11 | Telecommunications<br>Ext. 68426 called NEW YORK, (212) 408-5128. | 0.45 |
| 08/30/11 | Telecommunications<br>Ext. 68560 called BALTIMORE, (410) 499-2182. | 7.65 |

**Total Costs and Other Charges**    **$174.63**

**Total This Invoice**    **$202,781.13**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2297300

09/30/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Blair-Stanek | 32.40 | 360.00 | 11,664.00 |
| G. Chan | 5.10 | 390.00 | 1,989.00 |
| J. Finkelstein | 20.30 | 635.00 | 12,890.50 |
| R. Greenhouse | 1.10 | 780.00 | 858.00 |
| P. Levine | 1.60 | 895.00 | 1,432.00 |
| E. Ma | 1.80 | 390.00 | 702.00 |
| B. Rubin | 102.80 | 965.00 | 99,202.00 |
| T. Shuman | 1.10 | 440.00 | 484.00 |
| S. Wells, P.C. | 0.80 | 895.00 | 716.00 |
| A. Whiteway | 74.70 | 805.00 | 60,133.50 |
| M. Wilder | 9.00 | 745.00 | 6,705.00 |
| J. Zajac | 16.90 | 345.00 | 5,830.50 |
| **Totals** | **267.60** | | **$202,606.50** |

U.S. practice conducted through McDermott Will & Emery LLP

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2297301 |
| Invoice Date: | 09/30/2011 |

## Remittance Copy
**Billing for services rendered through 08/31/2011**

Total by Matter
    0516 Perfect Market, Inc.      $ 172.50

Total Services      $ 172.50

Total Costs and Other Charges Posted Through Billing Period      0.00

**Total This Invoice**      **$ 172.50**

| Invoice | Date | |
|---|---|---|
| 2127445 | 01/26/2010 | 443.42 |
| 2094480 | 02/19/2010 | 50,000.00 |
| 2096743 | 02/26/2010 | 7,302.90 |
| 2105412 | 03/18/2010 | 6,303.30 |
| 2200565 | 12/08/2010 | 154.50 |
| 2212868 | 01/26/2011 | 341.80 |
| 2234857 | 03/30/2011 | 370.50 |
| 2245690 | 04/29/2011 | 1,533.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2297301 |
| Invoice Date: | 09/30/2011 |

Total Outstanding Balance                                  66,449.42

Total Balance Due                                      $ 66,621.92

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2297301 |
| Invoice Date: | 09/30/2011 |

## Client Copy
### Billing for services rendered through 08/31/2011

Total by Matter
    0516 Perfect Market, Inc.　　　　　　　　　　　　$ 172.50

Total Services　　　　　　　　　　　　　　　　　　　　　　$ 172.50

Total Costs and Other Charges Posted Through Billing Period　　　0.00

**Total This Invoice**　　　　　　　　　　　　　　　　**$ 172.50**

| Invoice | Date | |
|---|---|---|
| 2127445 | 01/26/2010 | 443.42 |
| 2094480 | 02/19/2010 | 50,000.00 |
| 2096743 | 02/26/2010 | 7,302.90 |
| 2105412 | 03/18/2010 | 6,303.30 |
| 2200565 | 12/08/2010 | 154.50 |
| 2212868 | 01/26/2011 | 341.80 |
| 2234857 | 03/30/2011 | 370.50 |
| 2245690 | 04/29/2011 | 1,533.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2297301
Invoice Date:  09/30/2011

Total Outstanding Balance                                          66,449.42

Total Balance Due                                              $ 66,621.92

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

09/30/2011

Invoice: 2297301
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0516        Perfect Market, Inc.

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/02/11 | R. Harris | 0.30 | Review Perfect Market Audit Committee Charter and provide comments. |
| | **Total Hours** | **0.30** | **Total For Services**     **$172.50** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Harris | 0.30 | 575.00 | 172.50 |
| **Totals** | **0.30** | | **$172.50** |
| | | **Total This Invoice** | **$172.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2297301

09/30/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Harris | 0.30 | 575.00 | 172.50 |
| **Totals** | **0.30** | | **$172.50** |

U.S. practice conducted through McDermott Will & Emery LLP

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2297303 |
| Invoice Date: | 09/30/2011 |

---

## Remittance Copy
### Billing for services rendered through 08/31/2011

---

0520 All Direct Mail Services, Inc.

| | |
|---|---:|
| Total Services | $ 214.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 214.00** |

| Invoice | Date | |
|---|---|---:|
| 2159146 | 08/27/2010 | 424.20 |
| 2169702 | 09/24/2010 | 393.60 |
| 2180990 | 10/27/2010 | 1,866.60 |
| 2193511 | 11/19/2010 | 3,621.20 |
| 2200566 | 12/08/2010 | 4,018.30 |
| 2212870 | 01/26/2011 | 5,544.40 |
| 2226977 | 02/28/2011 | 40,758.44 |
| 2234859 | 03/30/2011 | 1,084.63 |
| 2245692 | 04/29/2011 | 6,754.25 |
| 2254098 | 05/23/2011 | 5,643.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2297303
Invoice Date:   09/30/2011

Total Outstanding Balance                              70,109.12

Total Balance Due                                   $ 70,323.12

U.S. practice conducted through McDermott Will & Emery LLP.

Boston   Brussels   Chicago   Düsseldorf   Houston   London   Los Angeles   Miami   Milan   Munich   New York   Orange County   Paris   Rome   Silicon Valley   Washington D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2297303 |
| Invoice Date: | 09/30/2011 |

## Client Copy
### Billing for services rendered through 08/31/2011

0520 All Direct Mail Services, Inc.

| | |
|---|---|
| Total Services | $ 214.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 214.00** |

| Invoice | Date | |
|---|---|---|
| 2159146 | 08/27/2010 | 424.20 |
| 2169702 | 09/24/2010 | 393.60 |
| 2180990 | 10/27/2010 | 1,866.60 |
| 2193511 | 11/19/2010 | 3,621.20 |
| 2200566 | 12/08/2010 | 4,018.30 |
| 2212870 | 01/26/2011 | 5,544.40 |
| 2226977 | 02/28/2011 | 40,758.44 |
| 2234859 | 03/30/2011 | 1,084.63 |
| 2245692 | 04/29/2011 | 6,754.25 |
| 2254098 | 05/23/2011 | 5,643.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2297303
Invoice Date:  09/30/2011

Total Outstanding Balance                                    70,109.12

Total Balance Due                                          $ 70,323.12

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

09/30/2011

Invoice: 2297303
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0520        All Direct Mail Services, Inc.

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/02/11 | A. Turney | 0.40 | Revise Bill of Sale. |

|  | Total Hours | 0.40 | Total For Services | $214.00 |
|--|-------------|------|--------------------|---------|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Turney | 0.40 | 535.00 | 214.00 |
| Totals | 0.40 |  | $214.00 |
|  |  | Total This Invoice | $214.00 |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2297303

09/30/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Turney | 0.40 | 535.00 | 214.00 |
| **Totals** | **0.40** | | **$214.00** |

U.S. practice conducted through McDermott Will & Emery LLP

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2297304 |
| Invoice Date: | 09/30/2011 |

## Remittance Copy
### Billing for services rendered through 08/31/2011

Total by Matter
    0522 Baltimore Sun Mailers Pension Plan      $ 1,903.00

Total Services      $ 1,903.00

Total Costs and Other Charges Posted Through Billing Period      0.00

**Total This Invoice**      **$ 1,903.00**

| Invoice | Date | |
|---|---|---|
| 2210516 | 11/10/2010 | 823.80 |
| 2212873 | 01/26/2011 | 143.00 |
| 2239045 | 02/28/2011 | 15,875.00 |
| 2234860 | 03/30/2011 | 7,829.30 |
| 2245693 | 04/29/2011 | 6,390.50 |
| 2268385 | 06/30/2011 | 1,437.95 |
| 2276797 | 07/28/2011 | 125.00 |
| 2286487 | 08/29/2011 | 4,092.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston Brussels Chicago Düsseldorf Houston London Los Angeles Miami Milan Munich New York Orange County Paris Rome Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2297304
Invoice Date:  09/30/2011

Total Outstanding Balance                          36,717.05

Total Balance Due                               $ 38,620.05

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2297304 |
| Invoice Date: | 09/30/2011 |

## Client Copy
### Billing for services rendered through 08/31/2011

Total by Matter
    0522 Baltimore Sun Mailers Pension Plan             $ 1,903.00

Total Services                                $ 1,903.00

Total Costs and Other Charges Posted Through Billing Period        0.00

**Total This Invoice**                           **$ 1,903.00**

| Invoice | Date | |
|---|---|---|
| 2210516 | 11/10/2010 | 823.80 |
| 2212873 | 01/26/2011 | 143.00 |
| 2239045 | 02/28/2011 | 15,875.00 |
| 2234860 | 03/30/2011 | 7,829.30 |
| 2245693 | 04/29/2011 | 6,390.50 |
| 2268385 | 06/30/2011 | 1,437.95 |
| 2276797 | 07/28/2011 | 125.00 |
| 2286487 | 08/29/2011 | 4,092.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2297304 |
| Invoice Date: | 09/30/2011 |

Total Outstanding Balance                                          36,717.05

Total Balance Due                                                $ 38,620.05

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

09/30/2011

Invoice: 2297304
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0522        Baltimore Sun Mailers Pension Plan

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/01/11 | R. Fernando | 0.50 | Review plan document and amendments (.20); draft chart in connection with analyzing the impact of the current "spouse" definition under the plan (.30). |
| 08/03/11 | R. Fernando | 1.50 | Draft updates to conformed copy of plan restatement (.40); draft emails to T. Manning regarding status of determination letter filing and previously adopted amendments (.40); update plan document and amendment chart in connection with analysis of "spouse" definition under plan (.70). |
| 08/04/11 | R. Fernando | 0.20 | Review and respond to emails from T. Manning regarding status of determination letter filing. |
| 08/23/11 | B. Tiemann | 1.30 | Analyze definition of spouse and plan provisions impacted by definition (.50); draft chart summarizing analysis (.80). |
| 08/29/11 | B. Tiemann | 0.30 | Draft memo summarizing analysis of plan's spousal definition and options for administering benefits for same-sex spouses. |

|  | **Total Hours** | **3.80** | **Total For Services** | **$1,903.00** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Fernando | 2.20 | 625.00 | 1,375.00 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2297304
Invoice Date:  09/30/2011

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| B. Tiemann | 1.60 | 330.00 | 528.00 |
| **Totals** | **3.80** | | **$1,903.00** |
| | | **Total This Invoice** | **$1,903.00** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2297304

09/30/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| R. Fernando | 2.20 | 625.00 | 1,375.00 |
| B. Tiemann | 1.60 | 330.00 | 528.00 |
| **Totals** | **3.80** | | **$1,903.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2297306 |
| Invoice Date: | 09/30/2011 |

### Remittance Copy
**Billing for services rendered through 08/31/2011**

Total by Matter
    0527 2009 Audit          $ 165,889.00

Total Services      $ 164,095.00

Total Costs and Other Charges Posted Through Billing Period      1,794.00

**Total This Invoice**      **$ 165,889.00**

| Invoice | Date | |
|---|---|---|
| 2225195 | 02/28/2011 | 15,796.50 |
| 2234863 | 03/30/2011 | 49,850.40 |
| 2245697 | 04/29/2011 | 436,341.19 |
| 2254101 | 05/23/2011 | 308,275.82 |
| 2268392 | 06/30/2011 | 240,372.88 |
| 2276798 | 07/28/2011 | 249,068.90 |
| 2286488 | 08/29/2011 | 180,283.42 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2297306
Invoice Date:   09/30/2011

Total Outstanding Balance                              1,479,989.11

Total Balance Due                              $ 1,645,878.11

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2297306 |
| Invoice Date: | 09/30/2011 |

## Client Copy
### Billing for services rendered through 08/31/2011

| | | |
|---|---|---|
| Total by Matter | | |
| 0527 2009 Audit | $ 165,889.00 | |
| Total Services | | $ 164,095.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 1,794.00 |
| **Total This Invoice** | | **$ 165,889.00** |

| Invoice | Date | |
|---|---|---|
| 2225195 | 02/28/2011 | 15,796.50 |
| 2234863 | 03/30/2011 | 49,850.40 |
| 2245697 | 04/29/2011 | 436,341.19 |
| 2254101 | 05/23/2011 | 308,275.82 |
| 2268392 | 06/30/2011 | 240,372.88 |
| 2276798 | 07/28/2011 | 249,068.90 |
| 2286488 | 08/29/2011 | 180,283.42 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2297306 |
| Invoice Date: | 09/30/2011 |

Total Outstanding Balance                                          1,479,989.11

Total Balance Due                                          $ 1,645,878.11

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

09/30/2011

Invoice: 2297306
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0527          2009 Audit

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/01/11 | A. Whiteway | 1.50 | Analysis regarding Cubs document production issues. |
| 08/01/11 | B. Newgard | 8.60 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/01/11 | N. LeBeau | 7.60 | Second Level Review of Documents  in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 08/01/11 | Q. McElhaney | 7.40 | Second level reviewed documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/02/11 | P. McCurry | 0.10 | Emails with staff attorneys re document review (0.1). |
| 08/02/11 | B. Newgard | 8.40 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/02/11 | N. LeBeau | 7.70 | Second Level Review of Documents  in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 08/02/11 | Q. McElhaney | 7.60 | Second level reviewed documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/03/11 | P. McCurry | 0.90 | Answer questions from staff attorneys regarding document review (0.9). |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2297306
Invoice Date:  09/30/2011

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/03/11 | B. Rubin | 1.60 | Respond to document production issues (1.6). |
| 08/03/11 | A. Whiteway | 0.90 | Review clawback issue. |
| 08/03/11 | B. Newgard | 8.40 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/03/11 | Q. McElhaney | 7.20 | Second level reviewed documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/04/11 | P. McCurry | 0.20 | Respond to questions from staff attorneys re document review (0.2). |
| 08/04/11 | B. Rubin | 0.60 | Respond to document production issues (.6). |
| 08/04/11 | A. Whiteway | 0.80 | Telephone conference with client regarding data collection issues. |
| 08/04/11 | B. Newgard | 3.00 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/04/11 | Q. McElhaney | 7.40 | Second level reviewed documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/05/11 | B. Rubin | 0.90 | Respond to document production issues (.9). |
| 08/05/11 | A. Whiteway | 0.80 | Meeting with P. McCurry regarding data collection issues. |
| 08/05/11 | N. LeBeau | 7.80 | Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 08/05/11 | Q. McElhaney | 6.00 | Second level reviewed documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/07/11 | Q. McElhaney | 3.20 | Second level reviewed documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2297306
Invoice Date:  09/30/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/08/11 | B. Newgard | 2.20 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/08/11 | N. LeBeau | 8.10 | Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 08/08/11 | Q. McElhaney | 7.00 | Second level reviewed documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/09/11 | B. Rubin | 0.60 | Respond to document production issues (.6). |
| 08/09/11 | B. Newgard | 8.80 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/09/11 | N. LeBeau | 8.80 | Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 08/09/11 | Q. McElhaney | 7.70 | Second level reviewed documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/10/11 | B. Rubin | 0.80 | Respond to privilege and responsiveness issues (.8). |
| 08/10/11 | B. Newgard | 8.70 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/10/11 | N. LeBeau | 8.00 | Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 08/10/11 | Q. McElhaney | 7.40 | Second level reviewed documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 | |
| Invoice: | 2297306 | |
| Invoice Date: | 09/30/2011 | |

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/11/11 | P. McCurry | 0.20 | Calls regarding status of Cubs review with A. Whiteway (0.2). |
| 08/11/11 | B. Rubin | 0.60 | Correspondence with P. McCurry regarding document production issues (.6). |
| 08/11/11 | A. Whiteway | 0.40 | Correspond with co-counsel regarding document review. |
| 08/11/11 | B. Newgard | 8.40 | Run targeted searches and conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/11/11 | N. LeBeau | 7.00 | Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 08/11/11 | Q. McElhaney | 6.90 | Second level reviewed documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/12/11 | R. Greenhouse | 0.30 | Review emails from P. McCurry regarding Nixon Peabody document production. |
| 08/12/11 | P. McCurry | 0.20 | Conduct second level review (0.2). |
| 08/12/11 | A. Whiteway | 0.80 | Analysis of IDR responses (.60); conference with client regarding same (.20). |
| 08/12/11 | B. Newgard | 7.20 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/12/11 | N. LeBeau | 8.70 | Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 08/12/11 | Q. McElhaney | 7.50 | Second level reviewed documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/13/11 | N. LeBeau | 4.40 | Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2297306
Invoice Date: 09/30/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | the Partnership Transaction |
| 08/13/11 | Q. McElhaney | 1.30 | Second level reviewed documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/14/11 | B. Newgard | 3.40 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/14/11 | N. LeBeau | 5.10 | Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 08/15/11 | R. Greenhouse | 0.50 | Discussion with P. McCurry regarding documents. |
| 08/15/11 | P. McCurry | 0.40 | Conduct second level review (0.4). |
| 08/15/11 | B. Rubin | 1.20 | Respond to privilege log issues (1.2). |
| 08/15/11 | B. Newgard | 5.40 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/15/11 | N. LeBeau | 5.10 | Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 08/15/11 | Q. McElhaney | 5.50 | Second level reviewed documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/16/11 | R. Greenhouse | 2.00 | Review privilege log (1.70); telephone call with P. McCurry regarding privilege review (.30). |
| 08/16/11 | P. McCurry | 2.40 | Conduct second level review. |
| 08/16/11 | B. Rubin | 1.10 | Respond to privilege log issues (.7); conference with co-counsel regarding response to Nixon Peabody (.4). |
| 08/16/11 | B. Newgard | 0.80 | Conference call with R. Greenhouse and P. McCurry regarding documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2297306
Invoice Date:  09/30/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/16/11 | B. Newgard | 0.50 | Meeting with P. McCurry to discuss documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/16/11 | B. Newgard | 7.90 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/16/11 | N. LeBeau | 8.20 | Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 08/16/11 | Q. McElhaney | 7.10 | Second level reviewed documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/17/11 | R. Greenhouse | 0.50 | Telephone call with B. Rubin and A. Whiteway regarding Nixon Peabody files. |
| 08/17/11 | P. McCurry | 0.90 | Review tax documents (0.9). |
| 08/17/11 | B. Rubin | 1.40 | Respond to privilege issues (.7); correspondence with Nixon Peabody regarding same (.3); conference with co-counsel regarding response to Nixon Peabody (.4). |
| 08/17/11 | A. Whiteway | 0.90 | Conference with Mr. Rubin regarding privilege issues (.60); correspondence with Nixon Peabody regarding IDR responses (.30). |
| 08/17/11 | B. Newgard | 9.60 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/17/11 | N. LeBeau | 8.40 | Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 08/17/11 | Q. McElhaney | 6.30 | Second level reviewed documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/18/11 | R. Greenhouse | 0.50 | Telephone call with P. McCurry regarding document |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2297306
Invoice Date: 09/30/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | review. |
| 08/18/11 | P. McCurry | 1.80 | Calls with M. Melgarejo re tax documents (1.1); review tax documents (0.7). |
| 08/18/11 | B. Rubin | 5.40 | Respond to Nixon Peabody issues (.6); preparation for and conference call with clients regarding workplan issues (.6); correspondence with clients regarding DOJ issues (.3); review and edit memo regarding litigation trust issues (2.8); review and comment on MOU and motion (1.1). |
| 08/18/11 | A. Whiteway | 1.10 | Draft correspondence to client regarding privilege issues. |
| 08/18/11 | B. Newgard | 8.60 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/18/11 | N. LeBeau | 6.80 | Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 08/18/11 | Q. McElhaney | 6.10 | Second level reviewed documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/19/11 | B. Rubin | 0.60 | Respond to privilege log issues (.6). |
| 08/19/11 | B. Newgard | 7.80 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/19/11 | N. LeBeau | 7.10 | Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 08/19/11 | Q. McElhaney | 7.40 | Second level reviewed documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction; communicated with case team. |
| 08/20/11 | B. Newgard | 1.20 | Conduct second level review of documents in response to Information Document Requests issued by the Internal |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2297306
Invoice Date:  09/30/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/20/11 | N. LeBeau | 4.60 | Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 08/21/11 | B. Newgard | 2.90 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/21/11 | N. LeBeau | 5.60 | Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 08/21/11 | Q. McElhaney | 3.30 | Second level reviewed documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/22/11 | P. McCurry | 0.50 | Review tax documents (0.5). |
| 08/22/11 | B. Newgard | 11.90 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/22/11 | N. LeBeau | 8.20 | Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 08/22/11 | Q. McElhaney | 7.50 | Second level reviewed documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/23/11 | B. Newgard | 10.90 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/23/11 | N. LeBeau | 7.00 | Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2297306
Invoice Date:  09/30/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | the Partnership Transaction |
| 08/23/11 | Q. McElhaney | 7.30 | Second level reviewed documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/24/11 | B. Newgard | 8.60 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/24/11 | N. LeBeau | 8.40 | Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 08/24/11 | Q. McElhaney | 7.30 | Second level reviewed documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/25/11 | B. Rubin | 0.80 | Respond to privilege log issues (.8). |
| 08/25/11 | A. Whiteway | 0.40 | Correspondence with Nixon Peabody regarding response (.2); telephone conference with client regarding same (.2). |
| 08/25/11 | B. Newgard | 8.60 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/25/11 | N. LeBeau | 7.60 | Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 08/25/11 | Q. McElhaney | 7.00 | Second level reviewed documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/26/11 | R. Greenhouse | 0.30 | Telephone call with P. McCurry regarding document and production. |
| 08/26/11 | P. McCurry | 2.00 | Review tax-related documents (2.0). |
| 08/26/11 | B. Rubin | 0.90 | Respond to document production issues (.9). |
| 08/26/11 | B. Newgard | 7.10 | Conduct second level review of documents in response to |

# McDermott
# Will & Emery

Tribune Company

Client:     020336
Invoice:    2297306
Invoice Date:  09/30/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/26/11 | B. Newgard | 0.50 | Meeting with P. McCurry to discuss the progress of the review as well as loading and reviewing documents from new custodians. |
| 08/26/11 | Q. McElhaney | 3.50 | Second level reviewed documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/26/11 | D. Gardner | 1.50 | Email communications with P. McCurry and Bant Newgard to schedule production meeting (.20); meet with P. McCurry and Bant Newgard to go over transition of data and productions outcoming and reviews (.70); examine public searches in Relativity (.60). |
| 08/27/11 | N. LeBeau | 2.10 | Second Level Review of Documents  in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 08/28/11 | B. Newgard | 1.90 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/28/11 | N. LeBeau | 3.20 | Second Level Review of Documents  in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 08/29/11 | P. McCurry | 1.50 | Review tax-related document (0.8); review regarding IT aspects of document review (0.7). |
| 08/29/11 | B. Rubin | 0.70 | Respond to privilege issues (.7). |
| 08/29/11 | B. Newgard | 9.30 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/29/11 | N. LeBeau | 8.60 | Second Level Review of Documents  in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2297306 |
| Invoice Date: | 09/30/2011 |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/29/11 | Q. McElhaney | 7.40 | Second level reviewed documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/29/11 | D. Gardner | 4.50 | Work with vendor Landmark to determine all data received and Relativity loads (.90); work with vendor to process data and load to ftp site (1.30); find and update admin searches for culling and production (1.80); email communications with P. McCurry and B. Newgard regarding document batches (.40). |
| 08/30/11 | R. Greenhouse | 0.50 | Review tax documents. |
| 08/30/11 | P. McCurry | 0.30 | Review tax documents (0.3). |
| 08/30/11 | B. Rubin | 1.10 | Respond to document production and privilege issues (1.1). |
| 08/30/11 | B. Newgard | 6.90 | Run targeted searches and conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/30/11 | N. LeBeau | 8.30 | Second Level Review of Documents  in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 08/30/11 | Q. McElhaney | 7.00 | Second level reviewed documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 08/30/11 | D. Gardner | 3.70 | Download new discovery documents from ftp site (.80); copied to the Relativity server (.50); load DAT file  and associated images into Relativity (1.10); perform quality control check and released data to case team for review (.40); perform keyword search and batch documents (.90). |
| 08/31/11 | P. McCurry | 1.20 | Call with R. Greenhouse re privilege determinations (0.4); review tax documents (0.8). |
| 08/31/11 | B. Newgard | 3.20 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2297306 |
| Invoice Date: | 09/30/2011 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | the Cubs partnership transaction. |
| 08/31/11 | N. LeBeau | 7.10 | Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 08/31/11 | Q. McElhaney | 7.00 | Second level reviewed documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |

| | Total Hours | 579.30 | Total For Services | $164,095.00 |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| D. Gardner | 9.70 | 330.00 | 3,201.00 |
| R. Greenhouse | 4.60 | 780.00 | 3,588.00 |
| N. LeBeau | 179.50 | 245.00 | 43,977.50 |
| P. McCurry | 12.60 | 360.00 | 4,536.00 |
| Q. McElhaney | 166.30 | 245.00 | 40,743.50 |
| B. Newgard | 180.70 | 245.00 | 44,271.50 |
| B. Rubin | 18.30 | 965.00 | 17,659.50 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2297306
Invoice Date:  09/30/2011

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Whiteway | 7.60 | 805.00 | 6,118.00 |
| **Totals** | **579.30** | | **$164,095.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 07/29/11 | Document Services<br>VENDOR: @Legal Discovery LLC; INVOICE#: 1693;<br>DATE: 7/29/2011 - Full processing Tiff Conversion | 1,794.00 |

**Total Costs and Other Charges**    **$1,794.00**

**Total This Invoice**    **$165,889.00**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2297306

09/30/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| D. Gardner | 9.70 | 330.00 | 3,201.00 |
| R. Greenhouse | 4.60 | 780.00 | 3,588.00 |
| N. LeBeau | 179.50 | 245.00 | 43,977.50 |
| P. McCurry | 12.60 | 360.00 | 4,536.00 |
| Q. McElhaney | 166.30 | 245.00 | 40,743.50 |
| B. Newgard | 180.70 | 245.00 | 44,271.50 |
| B. Rubin | 18.30 | 965.00 | 17,659.50 |
| A. Whiteway | 7.60 | 805.00 | 6,118.00 |
| **Totals** | **579.30** | | **$164,095.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2297307 |
| Invoice Date: | 09/30/2011 |

## Remittance Copy
### Billing for services rendered through 08/31/2011

0529 Local TV

| | |
|---|---|
| Total Services | $ 8,631.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 8,631.00** |

| Invoice | Date | |
|---|---|---|
| 2254103 | 05/23/2011 | 10,397.40 |
| 2268387 | 06/30/2011 | 882.00 |
| 2276799 | 07/28/2011 | 6,615.00 |
| 2286489 | 08/29/2011 | 9,135.00 |

| | |
|---|---|
| Total Outstanding Balance | 27,029.40 |
| Total Balance Due | $ 35,660.40 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will&Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2297307 |
| Invoice Date: | 09/30/2011 |

## Client Copy
### Billing for services rendered through 08/31/2011

0529 Local TV

| | |
|---|---|
| Total Services | $ 8,631.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 8,631.00** |

| Invoice | Date | |
|---|---|---|
| 2254103 | 05/23/2011 | 10,397.40 |
| 2268387 | 06/30/2011 | 882.00 |
| 2276799 | 07/28/2011 | 6,615.00 |
| 2286489 | 08/29/2011 | 9,135.00 |

| | |
|---|---|
| Total Outstanding Balance | 27,029.40 |
| Total Balance Due | $ 35,660.40 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will&Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

09/30/2011

Invoice: 2297307
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0529          Local TV

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/02/11 | M. Lee | 2.00 | Conference call with S. Karottki regarding revised license agreement (.20); review multiple emails from S. Karottki regarding same (.30); prepare email to S. Karottki regarding same (.20); review email from S. Karottki regarding MSA (.10); general review MSA documents (1.20). |
| 08/04/11 | M. Lee | 5.50 | Revise License Agreement (5.10); draft email to S. Karottki regarding same (.40). |
| 08/10/11 | M. Lee | 0.10 | Review email from S. Karottki regarding license agreement; prepare email to S. Karottki regarding same. |
| 08/11/11 | M. Lee | 0.10 | Review email from S. Karottki regarding assumption agreements. |
| 08/11/11 | M. Lee | 2.00 | Draft of multiple assumption agreements to be attached as exhibits to license agreement. |
| 08/12/11 | M. Lee | 4.00 | Prepare email to S. Karottki regarding license agreement (.30); draft various assumption agreements to be attached to license agreement (3.60); prepare email to S. Karottki regarding same (.10). |

|  | **Total Hours** | **13.70** | **Total For Services** | **$8,631.00** |
|--|-----------------|-----------|------------------------|---------------|

# McDermott
# Will&Emery

Tribune Company

Client:          020336
Invoice:         2297307
Invoice Date:    09/30/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| M. Lee | 13.70 | 630.00 | 8,631.00 |
| **Totals** | **13.70** | | **$8,631.00** |
| | | **Total This Invoice** | **$8,631.00** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2297307

09/30/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| M. Lee | 13.70 | 630.00 | 8,631.00 |
| **Totals** | **13.70** | | **$8,631.00** |

U.S. practice conducted through McDermott Will & Emery LLP