# EXHIBIT A

# FEE AND EXPENSE DETAIL

# SNR DENTON 口

SNR Denton US LLP
233 South Wacker Drive
Suite 7600
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

August 16, 2011

**Invoice No. 1317247**

Client/Matter: 09721775-0060

UNIVERSITY OF ILLINOIS – FOIA MATTER

Payment Due Upon Receipt

---

Total This Invoice                                    $        51,880.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4084-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars – Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⫟

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

August 16, 2011

Invoice No. 1317247

Client/Matter:  09721775-0060

UNIVERSITY OF ILLINOIS - FOIA MATTER

For Professional Services Rendered through July 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/05/11 | N. Spears | 0.70 | L120 | , | Draft email to David Schultz at Levine Sullivan, ▓▓▓▓▓▓ (.40); e-mail with Karen Flax and Brendan Healey regarding same (.20); check ▓▓▓▓▓ in Seventh Circuit rules (.10). |
| 07/05/11 | K. Rodriguez | 0.30 | L520 | | Research ▓▓▓▓▓▓▓▓▓▓ |
| 07/06/11 | K. Rodriguez | 0.40 | L120 | | Research former Senator James Buckley, FERPA sponsor, in ▓▓▓▓▓▓ |
| 07/06/11 | N. Spears | 1.00 | L120 | | Phone conference with K. Flax, D. Schulz ▓▓▓▓▓ (.4); phone conference and e-mail with D. Bralow and K. Flax re: same (.4); review AZ case reported in MLRC newsletter (.20). |
| 07/06/11 | J. Klenk | 0.20 | L120 | | Teleconference Natalie Spears re: Senator Buckley answers. |
| 07/06/11 | G. Naron | 0.80 | L120 | | Review file, emails (.1); teleconfs NJSpears, D Schulz, K Flax, B Healey ▓▓▓▓▓▓▓ |
| 07/07/11 | G. Naron | 0.10 | L120 | | Review emails ▓▓▓▓▓▓▓▓ |
| 07/07/11 | N. Spears | 0.50 | L120 | | Phone conferences w/D. Bralow re: amicus brief and email re: same (.40); email from re: amicus brief (.10). |

2

UNIVERSITY OF ILLINOIS - FOIA MATTER

August 16, 2011

Matter: 09721775-0060
Invoice No.: 1317247

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/08/11 | N. Spears | 1.40 | L120 | | Conference w/G. Ostfeld at Greenberg re: amicus inquiry from Epic and other amicus briefs and approval of same (.30); phone conference w/Epic re: amicus (.30); research same (.30); phone conference w/D. Bralow re: amicus effort and call w/F. Lomonte (.50). |
| 07/10/11 | G. Naron | 0.20 | L120 | | Review corresp. from possible 7th Cir. amici (.10); email NJSpears re same (.10). |
| 07/11/11 | G. Naron | 0.30 | L120 | | Review Student Press white paper; emails re possible 7th Cir. amici. |
| 07/11/11 | N. Spears | 0.50 | L120 | | Email w/D. Bralow re: amicus (.30); email w/F. Lomonte re: briefs (.10); email w/G. Naron re: record (.10). |
| 07/12/11 | N. Spears | 0.50 | L120 | | Conference w/D. Bralow and K. Flax via email re: amicus brief and reciprocity w/U of I (.20); email w/G. Ostfeld re: same (.20); conference w/J. Klenk re: amicus support (.10). |
| 07/12/11 | G. Naron | 0.40 | L120 | | Review record on appeal, emails opposing counsel, N. Spears re: appendix (.2); teleconferences, emails N. Spears, J. Klenk re: appellate strategy, amicus support (.2). |
| 07/13/11 | G. Naron | 2.20 | L520 | | Review, analyze University opening brief; review file re: same (1.4); memo re: same (.7); emails N. Spears, J. Klenk, K. Rodriguez, F. Lomonte re: same (.1). |
| 07/13/11 | N. Spears | 0.50 | L120 | | Emails and analysis re: U of I brief filed. |
| 07/13/11 | J. Klenk | 0.20 | L120 | | Teleconference with N. Spears (.1); teleconference with G. Naron (.1). |
| 07/14/11 | J. Klenk | 1.30 | L120 | | Review of U of I brief (.7); teleconference with G. Naron (.2); work on amicus issues (.4). |

3

UNIVERSITY OF ILLINOIS - FOIA MATTER

Matter: 09721775-0060
Invoice No.: 1317247

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/14/11 | G. Naron | 4.80 | L520 | | Review, analyze University opening brief; review file re: same (.8); research, review authorities re: same (2.9); draft appellee brief (1.1). |
| 07/15/11 | G. Naron | 6.20 | L520 | | Research, review authorities re: arguments for appellate brief (2.8); draft appellee brief (3.2); teleconferences J. Klenk, N. Spears re: same (.2). |
| 07/15/11 | N. Spears | 0.20 | L120 | | Phone conference with G. Naron re: strategy. |
| 07/17/11 | G. Naron | 2.20 | L520 | | Research re: arguments for appellate brief (1.0); draft appellee brief (1.2). |
| 07/18/11 | G. Naron | 7.00 | L520 | | Research, review file re: arguments for appellate brief (2.5); draft appellee brief (4.5). |
| 07/18/11 | J. Klenk | 0.50 | L520 | | Emails and teleconferences re: amicus brief. |
| 07/19/11 | J. Klenk | 1.90 | L520 | | Teleconference with J. Simon re: amici brief (.1); emails N. Spears, G. Naron (.2); review FERPA cases (1.2); teleconference with G. Naron (.4). |
| 07/19/11 | N. Spears | 0.30 | L190 | | E-mail from G. Ostfeld (.1); read and respond to e-mail from RCFP and D. Bralow (.1); follow-up call with J. Klenk re: other amici calls (.1). |
| 07/19/11 | G. Naron | 8.20 | L520 | | Review file, University's brief and appendix (1.4); research re arguments for appellate brief (2.2); draft appellee brief (4.6). |
| 07/20/11 | G. Naron | 7.30 | L520 | | Research re arguments for appellate brief (1.1); draft appellee's brief (2.3); review, analyze amicus briefs in support of appellant (.9); research re jurisdictional issue raised in DOJ brief (1.8); memo re same (1.2) |
| 07/20/11 | J. Klenk | 1.30 | L520 | | Review amici briefs (.9); emails G. Naron (.4). |

4

UNIVERSITY OF ILLINOIS - FOIA MATTER

Matter: 09721775-0060
Invoice No.: 1317247

August 16, 2011

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 07/21/11 | J. Klenk | 4.40 | L520 | | Teleconferences G. Naron (.2); email K. Flax (.2); teleconference with N. Spears (.2); work on budget (.3); work on brief (3.5). |
| 07/21/11 | G. Naron | 6.70 | L520 | | Review record, draft appellee's brief (3.7); review, analyze amicus briefs in support of appellant (.8); research re jurisdictional issue raised in DOJ brief (1.2); memo re same (.9); teleconfs JAKlenk re appeal strategy (.1) |
| 07/22/11 | G. Naron | 4.50 | L520 | | Research re jurisdictional issue raised in DOJ brief (.8), draft memo re same (.7); review file, cases; draft appellee's brief (2.5); teleconfs, emails JAKlenk re appeal arguments (.5) |
| 07/22/11 | J. Klenk | 5.30 | L520 | | Teleconferences with G. Naron (.6); review key cases, Naron draft, legislative history (4.3); teleconference with N. Spears (.2); teleconference with K. Flax (.2). |
| 07/25/11 | G. Naron | 0.20 | L510 | | Review further consideration of arguments for appellee's brief. |
| 07/25/11 | J. Klenk | 4.50 | L520 | | Work on Seventh Circuit brief (4.2); teleconference with G. Naron (.3). |
| 07/26/11 | J. Klenk | 3.50 | L520 | | Teleconference with D. Bralow, M. Caramancia re: amici brief (.4); revise draft (2.9); emails re: call (.2). |
| 07/26/11 | G. Naron | 0.30 | L520 | | Teleconferences J. Klenk re: arguments for appellee's brief. |
| 07/27/11 | J. Klenk | 3.40 | L520 | | Revise FERPA application argument (3.1); email re: Hippa preemption (.3). |
| 07/28/11 | J. Klenk | 4.10 | L520 | | Finish revision of FERPA argument (4.1). |
| 07/29/11 | J. Klenk | 2.60 | L520 | | Review amicus briefs of Department of Justice, Education amici (1.4); outline new educational record argument (1.2). |
| 07/29/11 | G. Naron | 0.20 | L520 | | Review statutes; emails J. Klenk re: arguments for appellee's brief. |
| Total Hours | | 91.10 | | | |

5

UNIVERSITY OF ILLINOIS - FOIA MATTER

August 16, 2011

Matter: 09721775-0060
Invoice No.: 1317247

Fee Amount                                                                $51,866.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $650.00 | 33.20 | $21,580.00 |
| N. Spears | $575.00 | 5.60 | $3,220.00 |
| G. Naron | $520.00 | 51.60 | $26,832.00 |
| K. Rodriguez | $335.00 | 0.70 | $234.50 |
| Totals | | 91.10 | $51,866.50 |

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|---|---|---|
| 4/8/2011 | Ground Transportation NATALIE J SPEARS 4/8/11 PARKING AT MERCHANDISE MART FOR U OF I ME | 14.00 |
| | SUBTOTAL | 14.00 |
| | Total Disbursements | $14.00 |

| | | |
|---|---|---|
| Fee Total | $ | 51,866.50 |
| Disbursement Total | $ | 14.00 |
| Invoice Total | $ | 51,880.50 |

6

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

August 16, 2011

**Invoice No. 1317249**

Client/Matter: 09721775-0066

BRYAN AND CYNTHIA LINDGREN

Payment Due Upon Receipt

---

Total This Invoice                                     $        2,272.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4084-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON 刁

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

August 16, 2011

Invoice No. 1317249

Client/Matter:  09721775-0066

BRYAN AND CYNTHIA LINDGREN

For Professional Services Rendered through July 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/06/11 | K. Rodriguez | 0.50 | L310 | | Review and analyze Advocate's responses to interrogatories and document requests. |
| 07/11/11 | N. Spears | 0.30 | L120 | | Email from K. Flax re: reporter leaving Tribune (.10); email from Plaintiffs' counsel re: discovery (.20). |
| 07/11/11 | K. Rodriguez | 0.70 | L320 | | Review and analyze plaintiffs' responses to Advocate's discovery requests. |
| 07/12/11 | N. Spears | 0.40 | L120 | | Review K. Rodriguez summary of plaintiffs' discovery responses (.20); conference re: ultimatum to plaintiff on timing of dismissal prior to status of 7/28 (.20). |
| 07/13/11 | K. Rodriguez | 0.20 | L120 | | Confer with N. Spears regarding strategy in addressing dismissal with plaintiffs' counsel prior to next status hearing. |
| 07/15/11 | N. Spears | 0.30 | L120 | | Update from K. Rodriguez (.2); read e-mail from plaintiffs' counsel (.1). |
| 07/22/11 | K. Rodriguez | 0.20 | L120 | | Correspondence with co-defendants' counsel regarding upcoming status hearing on 7/27. |
| 07/25/11 | K. Rodriguez | 0.30 | L120 | | Confer with N. Spears regarding strategy for summary judgment and discovery response timing. |
| 07/25/11 | N. Spears | 0.60 | L120 | | Read plaintiffs' letter re: refusal to drop Tribune as a defendant (.1); confer with J. Klenk re: same and summary judgment (.2); meeting with K. Rodriguez re: drafting summary judgment and attending status conference on July 28 (.3). |

2

BRYAN AND CYNTHIA LINDGREN

August 16, 2011

Matter: 09721775-0066
Invoice No.: 1317249

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/27/11 | K. Rodriguez | 2.10 | L450 | | Attend discovery status hearing. |
| Total Hours | | 5.60 | | | |
| Fee Amount | | | | | $2,260.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| N. Spears | $575.00 | 1.60 | $920.00 |
| K. Rodriguez | $335.00 | 4.00 | $1,340.00 |
| Totals | | 5.60 | $2,260.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| | Document reproduction | | 11.80 |
| | | SUBTOTAL | 11.80 |
| | Misc. Duplicating | | 0.20 |
| | | SUBTOTAL | 0.20 |
| | Total Disbursements | | $12.00 |

| | | |
|--|--|--|
| Fee Total | $ | 2,260.00 |
| Disbursement Total | $ | 12.00 |
| Invoice Total | $ | 2,272.00 |

3

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

August 16, 2011

**Invoice No. 1317251**

Client/Matter: 09721775-0070

CIRCULATION
0000000809

Payment Due Upon Receipt

---

Total This Invoice                              $        280.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4084-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

August 16, 2011

**Invoice No. 1317251**

Client/Matter:  09721775-0070

CIRCULATION
0000000809

For Professional Services Rendered through July 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/26/11 | J. Klenk | 0.40 | L120 | | Teleconference with K. Flax re: Tribune local distributor issue (.2); teleconference with L. Bruno re: same (.2). |
| Total Hours | | 0.40 | | | |
| Fee Amount | | | | | $260.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 0.40 | $260.00 |
| Totals | | 0.40 | $260.00 |

| | | |
|---|---|---|
| Fee Total | $ | 260.00 |
| Invoice Total | $ | 260.00 |

2

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 16, 2011

**Invoice No. 1317253**

Client/Matter: 09721775-0006

Reporter's Subpoena – McCullough

Payment Due Upon Receipt

Total This Invoice                                    $        2,584.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON 🔲

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 16, 2011

Invoice No. 1317253

Client/Matter:  09721775-0006

Reporter's Subpoena – McCullough

For Professional Services Rendered through July 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/26/11 | J. Klenk | 0.10 | | | Teleconference with N. Spears re: McCullough subpoena. |
| 07/28/11 | J. Klenk | 0.40 | | | Teleconference with K. Flax re: McCullough subpoena (.2); teleconference with S. Fifer re: same (.2). |
| 07/28/11 | K. Rodriguez | 0.20 | L120 | | Review subpoena▮▮▮▮▮▮ |
| 07/28/11 | S. Fifer | 1.00 | L120 | | Review subpoena; telecon K. Flax and J. Klenk. Review articles. |
| 07/28/11 | S. Fifer | 1.00 | | | Review subpoena; telecon K. Flax and J. Klenk.  Review articles. |
| 07/29/11 | S. Fifer | 1.40 | | | Telecon K. Flax and D. Schulz re procedures; telecon ASA Escarcida (DeKalb Cty) |
| 07/29/11 | K. Rodriguez | 0.20 | L120 | | Strategize with S. Fifer regarding exhaustion argument for reporter's privilege motion to quash. |

| | | | |
|---|---|---|---|
| Total Hours | | 4.30 | |
| Fee Amount | | | $2,584.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 0.50 | $325.00 |
| S. Fifer | $625.00 | 3.40 | $2,125.00 |
| K. Rodriguez | $335.00 | 0.40 | $134.00 |
| Totals | | 4.30 | $2,584.00 |

2

Reporter's Subpoena - McCullough

August 16, 2011

Matter: 09721775-0006
Invoice No.: 1317253

| | | |
|---|---|---|
| Fee Total | $ | 2,584.00 |
| Invoice Total | $ | 2,584.00 |

3

# SNR DENTON 司

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

August 17, 2011

**Invoice No. 1317880**

Client/Matter: 09721775-0003

Joseph Mahr

Payment Due Upon Receipt

---

Total This Invoice                                      $        1,105.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

August 17, 2011

Invoice No. 1317680

Client/Matter: 09721775-0003

Joseph Mahr

For Professional Services Rendered through July 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/15/11 | K. Rodriguez | 0.30 | L120 | | Prepare for hearing on City's motion to strike PAC's response brief. |
| 07/18/11 | K. Rodriguez | 1.30 | L450 | A109 | Attend hearing on the City's motion to strike PAC's response to City's judgment on the pleadings (1.1); Draft update regarding same (.2). |
| 07/25/11 | K. Rodriguez | 0.40 | L250 | | Review response to City's motion to strike and finalize for filing. |
| 07/28/11 | K. Rodriguez | 1.30 | L450 | | Attend hearing regarding City's motion to strike PAC's response brief. |

Total Hours    3.30

Fee Amount    $1,105.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| K. Rodriguez | $335.00 | 3.30 | $1,105.50 |
| Totals | | 3.30 | $1,105.50 |

Fee Total    $   1,105.50

Invoice Total    $   1,105.50

2

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 12, 2011

**Invoice No. 1315912**

Client/Matter: 09722405-0012

SMARTFOCUS GROUP PLC
TRIBUNE CONTACT:  RITA DEBOER

Payment Due Upon Receipt

---

Total This Invoice                                              $        1,485.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 12, 2011

**Invoice No. 1315912**

Client/Matter:  09722405-0012

SMARTFOCUS GROUP PLC
TRIBUNE CONTACT:  RITA DEBOER

For Professional Services Rendered through July 31, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 07/07/11 | M. Petry | 0.50 | 275.00 | Review and comment on termination for convenience fees. |
| 07/08/11 | M. Petry | 2.20 | 1,210.00 | Review and revise smartFocus agreement [1.5 hrs]; review and update smartFocus Exhibit B [0.75 hrs]. |
| Total Hours | | 2.70 | | |
| Fee Amount | | | | $1,485.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Petry | $550.00 | 2.70 | $1,485.00 |
| Totals | | 2.70 | $1,485.00 |

| | | |
|---|---|---|
| Fee Total | $ | 1,485.00 |
| Invoice Total | $ | 1,485.00 |

2

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
Rita DeBoer
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 12, 2011

**Invoice No. 1315913**

Client/Matter: 09722405-0014

AgreeYa Solutions
TRIBUNE CONTACT: Rita DeBoer

Payment Due Upon Receipt

---

Total This Invoice                                              $        9,085.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

anrdenton.com

TRIBUNE COMPANY
Rita DeBoer
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 12, 2011

**Invoice No. 1315913**

Client/Matter:  09722405-0014

AgreeYa Solutions
TRIBUNE CONTACT:  Rita DeBoer

For Professional Services Rendered through July 31, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/05/11 | R. Gullikson | 0.80 | 460.00 | Review Statement of Work draft from Tribune business teams and redline to address version control issues. |
| 07/05/11 | R. Gullikson | 0.70 | 402.50 | Call with J. Xanders, B. Healey, K. Jurgeto and S. Bruner re Statement of Work revisions and open issues. |
| 07/05/11 | R. Gullikson | 1.80 | 1,035.00 | Revise Statement of Work to include S. Bruner's revisions and consolidate changes and to address open issues. |
| 07/05/11 | R. Gullikson | 0.50 | 287.50 | Review emails and contract language to develop possible approaches to guaranty by AgreeYa Solutions in Statement of Work with AgreeYa Mobliity. |
| 07/06/11 | R. Gullikson | 0.80 | 460.00 | Status call with D. Schuster, J. Xanders, K. Jurgeto, B. Healey, E. Smith, E. Nakamura and M. White re open issues in AgreeYa documents and Samsung documents and also discussed approach with Huawei. |
| 07/06/11 | R. Gullikson | 1.20 | 690.00 | Revise Statement of Work to address open issues and add resource profiles. |
| 07/06/11 | R. Gullikson | 0.30 | 172.50 | Multiple emails re guaranty issue. |
| 07/07/11 | R. Gullikson | 1.30 | 747.50 | Revise Master Services Agreement and Statement of Work with AgreeYa per emails from Tribune and calls. |
| 07/07/11 | R. Gullikson | 0.30 | 172.50 | Email and call with D. Clark re guaranty and joint and several liability language. |
| 07/07/11 | R. Gullikson | 0.30 | 172.50 | Revise Master Services Agreement and Statement of Work to address guaranty enforceability issue. |

2

AgreeYa Solutions
TRIBUNE CONTACT: Rita DeBoer

August 12, 2011

Matter: 09722405-0014
Invoice No.: 1315913

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/07/11 | R. Gullikson | 0.80 | 460.00 | Brief call with J. Xanders and revised Master Services Agreement and Statement of Work accordingly with respect to AgreeYa Solutions and AgreeYa Mobility liability. |
| 07/07/11 | R. Gullikson | 1.00 | 575.00 | Call with J. Xanders and B. Healey re Master Services Agreement and Statement of Work issues. |
| 07/07/11 | R. Gullikson | 0.30 | 172.50 | Revise Statement of Work and Form of Statement of Work in Master Services Agreement to differentiate between SOWs with services performed by different AgreeYa entities. |
| 07/07/11 | R. Gullikson | 0.80 | 460.00 | Revise Master Services Agreement to address issues raised by J. Xanders and B. Healey. |
| 07/08/11 | R. Gullikson | 0.80 | 460.00 | Revise Statement of Work in accordance with call with J. Xanders and B. Healey. |
| 07/13/11 | R. Gullikson | 0.50 | 287.50 | Revising Statement of Work and draft email with analysis of open issues. |
| 07/14/11 | R. Gullikson | 0.30 | 172.50 | Revised Statement of Work per D. Schuster's comments and drafted email to client asking for clarification. |
| 07/25/11 | R. Gullikson | 0.20 | 115.00 | Call with D. Schuster, K. Jurgeto and J. Xanders re open issues in Statement of Work with AgreeYa. |
| 07/25/11 | R. Gullikson | 0.30 | 172.50 | Revising Statement of Work for Widgets with AgreeYa. |
| 07/27/11 | R. Gullikson | 0.30 | 172.50 | Call with J. Xanders, K. Jurgeto, B. Healey, E. Nakamura and M. Hendershot re status of tablet matters. |
| 07/27/11 | R. Gullikson | 1.50 | 862.50 | Revised AgreeYa Statement of Work twice and drafted several emails with contract language and analysis of issue related to fees, resources and approach. |
| 07/31/11 | R. Gullikson | 1.00 | 575.00 | Draft/revise Statement of Work for QA Services. |
| Total Hours | | 15.80 | | |
| Fee Amount | | | | $9,085.00 |

3

AgreeYa Solutions
TRIBUNE CONTACT:  Rita DeBoer

August 12, 2011

Matter: 09722405-0014
Invoice No.: 1315913

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| R. Gullikson | $575.00 | 15.80 | $9,085.00 |
| Totals | | 15.80 | $9,085.00 |

| | | |
|---|---|---|
| Fee Total | $ | 9,085.00 |
| Invoice Total | $ | 9,085.00 |

4

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
JULIE XANDERS
202 WEST FIRST STREET
LOS ANGELES, CA 90012
USA

August 12, 2011

**Invoice No. 1315914**

Client/Matter: 09722405-0016

FUTUREWEI D/B/A HUAWEI TECHNOLOGIES (USA)
TRIBUNE CONTACT:  JULIE XANDERS

Payment Due Upon Receipt

---

Total This Invoice                                     $        460.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this Invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⊓

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
JULIE XANDERS
202 WEST FIRST STREET
LOS ANGELES, CA 90012
USA

August 12, 2011

**Invoice No. 1315914**

Client/Matter:  09722405-0016

FUTUREWEI D/B/A HUAWEI TECHNOLOGIES (USA)
TRIBUNE CONTACT: JULIE XANDERS

For Professional Services Rendered through July 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 7/5/11 | R. Gullikson | 0.50 | Begin drafting Master Services Agreement. |
| 7/13/11 | R. Gullikson | 0.30 | Drafting Master Agreement. |
| Total Hours | | 0.80 | |
| Fee Amount | | | $460.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $575.00 | 0.80 | $460.00 |
| Totals | | 0.80 | $460.00 |

| | | |
|---|---|---|
| Fee Total | $ | 460.00 |
| Invoice Total | $ | 460.00 |

2

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
JULIE XANDERS
202 WEST FIRST STREET
LOS ANGELES, CA 90012
USA

August 12, 2011

**Invoice No. 1315915**

Client/Matter: 09722405-0017

T-MOBILE, CONTRACT WITH
TRIBUNE CONTACT: JULIE XANDERS

Payment Due Upon Receipt

---

Total This Invoice                                    $        125.00

Please return this page with your payment

In the case of mail deliveries to:          In the case of overnight deliveries to:
SNR Denton US LLP                                SNR Denton US LLP
Dept. 3078                    OR               Attention: Accounting
Carol Stream, IL 60132-3078                    233 South Wacker Drive
                                               Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
JULIE XANDERS
202 WEST FIRST STREET
LOS ANGELES, CA 90012
USA

August 12, 2011

**Invoice No. 1315915**

Client/Matter:  09722405-0017

T-MOBILE, CONTRACT WITH
TRIBUNE CONTACT:  JULIE XANDERS

For Professional Services Rendered through July 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 7/29/11 | S. Fifer | 0.20 | Review emails re T-Mobile existing agreement. |
| Total Hours | | 0.20 | |
| Fee Amount | | | $125.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Fifer | $625.00 | 0.20 | $125.00 |
| Totals | | 0.20 | $125.00 |

| | | |
|---|---|---|
| Fee Total | $ | 125.00 |
| Invoice Total | $ | 125.00 |

2

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: RITA DEBOER
THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

August 12, 2011

**Invoice No. 1315916**

Client/Matter: 09722405-0030

GENERAL ADVICE
TRIBUNE CONTACT: RITA DEBOER

Payment Due Upon Receipt

---

Total This Invoice                              $        575.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: RITA DEBOER
THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

August 12, 2011

**Invoice No. 1315916**

Client/Matter:  09722405-0030

GENERAL ADVICE
TRIBUNE CONTACT: RITA DEBOER

For Professional Services Rendered through July 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 7/13/11 | R. Gullikson | 0.50 | Status call re tablet project with Tribune team. |
| 7/20/11 | R. Gullikson | 0.50 | Status call re tablet project with E. Nakamura, J. Xanders, K. Jurgeto and B. Healey. |
| Total Hours | | 1.00 | |
| Fee Amount | | | $575.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $575.00 | 1.00 | $575.00 |
| Totals | | 1.00 | $575.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 575.00 | |
| Invoice Total | $ | 575.00 | |

2

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DeBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 12, 2011

**Invoice No. 1315917**

Client/Matter: 09722405-0058

INFOSYS TECHNOLOGIES LIMITED
TRIBUNE CONTACT: RITA DeBOER

Payment Due Upon Receipt

Total This Invoice                                       $        990.00

Please return this page with your payment

| In the case of mail deliveries to:. | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DeBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 12, 2011

**Invoice No. 1315917**

Client/Matter: 09722405-0058

INFOSYS TECHNOLOGIES LIMITED
TRIBUNE CONTACT: RITA DeBOER

For Professional Services Rendered through July 31, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/26/11 | M. Petry | 1.80 | 990.00 | Review and revise Infosys Statements of Work, including SOW002 (1.0) and SOW 003 (0.8). |

| | | | |
|---|---|---|---|
| Total Hours | | 1.80 | |
| Fee Amount | | | $990.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Petry | $550.00 | 1.80 | $990.00 |
| Totals | | 1.80 | $990.00 |

| | | |
|---|---|---|
| Fee Total | $ | 990.00 |
| Invoice Total | $ | 990.00 |

2

# SNR DENTON 과

SNR Denton US LLP
233 South Wacker Drive
Suite 7600
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 12, 2011

**Invoice No. 1315918**

Client/Matter: 09722405-0061

SAMSUNG ELECTRONICS, CO., LTD.
TRIBUNE CONTACT:  RITA DEBOER

Payment Due Upon Receipt

---

Total This Invoice                                          $        2,472.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars – Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
·R. Gullikson
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 12, 2011

**Invoice No. 1315918**

Client/Matter:  09722405-0061

SAMSUNG ELECTRONICS, CO., LTD.
TRIBUNE CONTACT: RITA DEBOER

For Professional Services Rendered through July 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 7/7/11 | R. Gullikson | 0.70 | Call with M. White re open issues in Statement of Work. |
| 7/7/11 | R. Gullikson | 1.30 | Revised Statement of Work to address open issues and comments from M. White. |
| 7/13/11 | R. Gullikson | 0.20 | Review pricing email from D. Schuster and email to Tribune requesting clarification with analysis of issue. |
| 7/15/11 | R. Gullikson | 0.30 | Provide redline of Samsung draft to Tribune and review for changes. |
| 7/25/11 | R. Gullikson | 0.20 | Call with D. Schuster, K. Jurgeto and J. Xanders re open issues in Statement of Work with Samsung. |
| 7/25/11 | R. Gullikson | 1.30 | Revising Statement of Work for Samsung per instructions on call. |
| 7/26/11 | R. Gullikson | 0.30 | Emails from J. Xanders and D. Schuster re Statement of Work with Samsung and revise Statement of Work accordingly. |

Total Hours            4.30

Fee Amount                                                    $2,472.50

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| R. Gullikson | $575.00 | 4.30 | $2,472.50 |
| Totals | | 4.30 | $2,472.50 |

2

SAMSUNG ELECTRONICS, CO., LTD.
TRIBUNE CONTACT:  RITA DEBOER

August 12, 2011

Matter: 09722405-0061
Invoice No.: 1315918

| | | |
|---|---|---|
| Fee Total | $ | 2,472.50 |
| Invoice Total | $ | 2,472.50 |

3

# SNR DENTON 🏛

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

August 17, 2011

**Invoice No. 1317887**

Client/Matter: 09723590-0013

JENNIFER KELLEY, ET AL.

Payment Due Upon Receipt

Total This Invoice                                        $            892.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

August 17, 2011

**Invoice No. 1317887**

Client/Matter:  09723590-0013

JENNIFER KELLEY, ET AL.

For Professional Services Rendered through July 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 07/05/11 | N. Spears | 0.40 | L120 | | Draft and email with insurance company contact regarding status (.40) |
| 07/25/11 | K. Rodriguez | 0.80 | L310 | | Review medical records for Plaintiff Leigh LaCroix (.6); Confer with N. Spears regarding status conference set for 7/28 (.2). |
| 07/27/11 | K. Rodriguez | 0.30 | L410 | | Confer with Plaintiffs' counsel regarding scheduling of Plaintiffs' depositions (.2); Confer with N. Spears regarding same (.1). |
| 07/28/11 | K. Rodriguez | 0.80 | L450 | | Attend discovery status hearing. |
| Total Hours | | 2.30 | | | |
| Fee Amount | | | | | $866.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $575.00 | 0.40 | $230.00 |
| K. Rodriguez | $335.00 | 1.90 | $636.50 |
| Totals | | 2.30 | $866.50 |

2

JENNIFER KELLEY, ET AL.

August 17, 2011

Matter: 09723590-0013
Invoice No.: 1317887

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| 4/26/2011 | Court Costs - - | DOCKET PETTY CASH Court Costs | (20.00) |
| | | SUBTOTAL | (20.00) |
| 7/27/2011 | Local Transportation KRISTEN C RODRIGUEZ CAB FROM COURT | | 6.00 |
| | | SUBTOTAL | 6.00 |
| 6/17/2011 | Witness Fees - - | DOCKET PETTY CASH Witness Fee | 20.00 |
| 6/17/2011 | Witness Fees - - | DOCKET PETTY CASH Witness Fee | 20.00 |
| | | SUBTOTAL | 40.00 |
| | Total Disbursements | | $26.00 |

| | | | |
|--|--|--|--|
| Fee Total | $ | 866.50 | |
| Disbursement Total | $ | 26.00 | |
| Invoice Total | $ | 892.50 | |

3

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

April 18, 2011

Invoice No. 1288163

Client/Matter: 09723590-0013

JENNIFER KELLEY, ET AL.

Payment Due Upon Receipt

---

Total This Invoice                                      $        3,190.80

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

April 18, 2011

Invoice No. 1288163

Client/Matter:  09723590-0013

JENNIFER KELLEY, ET AL.

For Professional Services Rendered through March 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/01/11 | M. Winer | 11.00 | L140 | | Review all-day security footage from three locations and draft chart detailing plaintiffs' and other key individuals' activity as captured on security footage (10.50); confer with K. Rodriguez regarding same (.50). |
| 03/01/11 | N. Spears | 0.20 | L120 | | Confer w/K. Rodriguez re: review of security footage (.20). |
| 03/01/11 | K. Rodriguez | 1.60 | L390 | | Confer with M. Winer (paralegal) to introduce him key individuals to identify on security footage review (.8); Confer with M. Winer regarding various issues on security footage review (.3); Review selected security footage (.3); Confer with N. Spears regarding result of footage review (.2). |
| 03/02/11 | K. Rodriguez | 0.20 | L390 | | Confer with M. Winer concerning final chart summarizing security footage. |
| 03/02/11 | M. Winer | 7.00 | L140 | | Review all-day security footage from three locations and draft chart detailing plaintiffs' and other key individuals' activity as captured on security footage (6.50); confer with K. Rodriguez regarding same (.50). |
| 03/15/11 | K. Rodriguez | 1.00 | L350 | | Draft motion for rule to show cause when plaintiffs had yet to produce documents two weeks after court-ordered deadline. |
| 03/16/11 | K. Rodriguez | 0.10 | L350 | | Finalize motion for rule to show cause for filing. |
| 03/17/11 | K. Rodriguez | 0.10 | L320 | | Correspondence with L. Washburn concerning discovery status and security footage review. |

2

JENNIFER KELLEY, ET AL.

April 18, 2011

Matter: 09723590-0013
Invoice No.: 1288163

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/23/11 | K. Rodriguez | 0.20 | L350 | | Confer with counsel for plaintiffs regarding defendants' position during motion for rule to show cause hearing. |
| 03/25/11 | N. Spears | 0.30 | L120 | | Analyze plaintiffs' discovery responses. |
| 03/25/11 | K. Rodriguez | 0.30 | L310 | | Review documents produced by plaintiffs (.2); Confer with counsel for plaintiffs' in advance of hearing on motion for rule to show cause (.1). |
| 03/28/11 | K. Rodriguez | 0.40 | L310 | | Confer with Plaintiffs' counsel in advance of hearing scheduled for 3/29 regarding future status dates and discovery cut off times (.2); Finalize review of recently produced documents by Plaintiffs to confirm compliance with court order requiring production (.2). |
| 03/29/11 | K. Rodriguez | 1.00 | L350 | | Attend hearing on motion for rule to show cause. |

| | | | |
|---|---|---|---|
| Total Hours | | 23.40 | |
| Fee Amount | | | $2,974.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| N. Spears | $570.00 | 0.50 | $285.00 |
| K. Rodriguez | $310.00 | 4.90 | $1,519.00 |
| M. Winer | $65.00 | 18.00 | $1,170.00 |
| Totals | | 23.40 | $2,974.00 |

3

JENNIFER KELLEY, ET AL.

April 18, 2011

Matter: 09723590-0013
Invoice No.: 1288163

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| | Document reproduction | | 61.80 |
| | | SUBTOTAL | 61.80 |
| 3/14/2011 | Outside Professional Services - - VERITEXT NEW YORK REPORTING CO. ATTENDANCE TO COURT PROCEEDINGS ON 2/7/11 - NO TRANSCRIPT | | 155.00 |
| | | SUBTOTAL | 155.00 |
| | Total Disbursements | | $216.80 |

| | | |
|---|---|---|
| Fee Total | $ | 2,974.00 |
| Disbursement Total | $ | 216.80 |
| Invoice Total | $ | 3,190.80 |

4

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

June 14, 2011

**Invoice No. 1296381**

Client/Matter: 09723590-0013

JENNIFER KELLEY, ET AL.

Payment Due Upon Receipt

---

Total This Invoice                                    $         6,188.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⏚

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

June 14, 2011

**Invoice No. 1296381**

Client/Matter:  09723590-0013

JENNIFER KELLEY, ET AL.

For Professional Services Rendered through April 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 04/05/11 | K. Rodriguez | 0.70 | L310 | | Draft cover letters and subpoenas to plaintiffs' medical providers to obtain information regarding plaintiffs' alleged damages. |
| 04/06/11 | K. Rodriguez | 0.10 | L310 | | Confer with plaintiffs' counsel to request that plaintiffs' update their signed releases for their medical records. |
| 04/07/11 | K. Rodriguez | 5.90 | L240 | | Review complaint (.3); Review interrogatory answers regarding ▓▓▓▓▓▓▓ Update research ▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ misrepresentation count (▓▓▓); Draft ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓). |
| 04/07/11 | N. Spears | 1.40 | L120 | | Phone conference w/L. Washburn re: release issues (.30); review of same and of recent case law re: same (1.10). |
| 04/08/11 | K. Rodriguez | 0.80 | L240 | | Update research in support of motion for summary judgment on negligent misrepresentation and battery claim. |
| 04/12/11 | N. Spears | 0.50 | L120 | | Analyze research and related release issues. |
| 04/13/11 | S. Fifer | 0.80 | L120 | | Analyze release issues (.80). |
| 04/13/11 | N. Spears | 0.50 | L120 | | Email w/L. Washburn re: release research and issues (.20); conference w/S. Fifer re: same (.30). |
| 04/18/11 | K. Rodriguez | 0.40 | L310 | | Correspondence with Plaintiffs' counsel ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ (.2); Revise letters and subpoenas to plaintiffs' doctors (.2). |

2

JENNIFER KELLEY, ET AL.

June 14, 2011

Matter: 09723590-0013
Invoice No.: 1296381.

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 04/19/11 | N. Spears | 0.20 | L120 | | Review letters ~~redacted~~ |
| 04/19/11 | N. Spears | 0.30 | L120 | | Conference w/S. Fifer re: release issues. |
| 04/20/11 | K. Rodriguez | 0.50 | L320 | | Draft and revise cover letter to plaintiffs' counsel accompanying production of security footage cds (.3); Prepare security footage for production (.2). |
| 04/22/11 | K. Rodriguez | 0.20 | L310 | | Prepare additional subpoenas to plaintiffs' medical providers. |
| 04/25/11 | K. Rodriguez | 0.20 | L310 | | Revise letters issued to plaintiffs Jessica Beers' and Mariah Cox's eight medical providers. |
| 04/26/11 | K. Rodriguez | 0.20 | L390 | | Review documents received from one of plaintiffs' medical providers. |
| 04/27/11 | K. Rodriguez | 0.10 | L320 | | Confer with one of plaintiffs' medical providers concerning status of return of subpoenaed documents. |
| 04/28/11 | N. Spears | 0.30 | L110 | | E-mail with L. Washburn re: release and issues. |
| 04/29/11 | K. Rodriguez | 0.20 | L320 | | Confer with one of plaintiffs' medical providers in response to questions regarding subpoena for medical records. |
| 04/29/11 | S. Fifer | 0.60 | L120 | | Analyze release related issues. |

| Total Hours | | 13.90 | | | |
| Fee Amount | | | | | $5,830.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 3.20 | $1,840.00 |
| S. Fifer | $625.00 | 1.40 | $875.00 |
| K. Rodriguez | $335.00 | 9.30 | $3,115.50 |

3

JENNIFER KELLEY, ET AL.

June 14, 2011

Matter: 09723590-0013
Invoice No.: 1296381

| Totals | | 13.90 | $5,830.50 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 4/20/2011 | Court Costs - - | DOCKET PETTY CASH Process Service Fees | 20.00 |
| 4/20/2011 | Court Costs - - | DOCKET PETTY CASH Process Service Fees | 20.00 |
| 4/20/2011 | Court Costs - - | DOCKET PETTY CASH Process Service Fees | 20.00 |
| 4/20/2011 | Court Costs - - | DOCKET PETTY CASH Process Service Fees | 20.00 |
| 4/20/2011 | Court Costs - - | DOCKET PETTY CASH Process Service Fees | 20.00 |
| 4/20/2011 | Court Costs - - | DOCKET PETTY CASH Process Service Fees | 20.00 |
| 4/20/2011 | Court Costs - - | DOCKET PETTY CASH Process Service Fees | 20.00 |
| 4/20/2011 | Court Costs - - | DOCKET PETTY CASH Process Service Fees | 20.00 |
| 4/20/2011 | Court Costs - - | DOCKET PETTY CASH Process Service Fees | 20.00 |
| 4/20/2011 | Court Costs - - | DOCKET PETTY CASH Process Service Fees | 20.00 |
| 4/20/2011 | Court Costs - - | DOCKET PETTY CASH Process Service Fees | 20.00 |
| 4/20/2011 | Court Costs - - | DOCKET PETTY CASH Process Service Fees | 20.00 |
| | | SUBTOTAL | 240.00 |
| | Document reproduction | | 3.80 |
| | | SUBTOTAL | 3.80 |
| | Misc. Postage | | 114.20 |
| | | SUBTOTAL | 114.20 |
| | Total Disbursements | | $358.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 5,830.50 | |
| Disbursement Total | $ | 358.00 | |
| Invoice Total | $ | 6,188.50 | |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

BALTIMORE SUN
ATTN: RITA DEBOER
C/O TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

April 13, 2011

**Invoice No. 1286496**

Client/Matter: 09112486-0001

CRUMBLING CONCRETE

Payment Due Upon Receipt

---

Total This Invoice                                     $        2,497.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

BALTIMORE SUN
ATTN: RITA DEBOER
C/O TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

April 13, 2011

**Invoice No. 1286496**

Client/Matter:  09112486-0001

CRUMBLING CONCRETE

For Professional Services Rendered through March 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|------------|-------|-----------|
| 3/1/11 | M. Dajani | 4.50 | Review construction contract and revise same. |
| Total Hours | | 4.50 | |
| Fee Amount | | | $2,497.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| M. Dajani | $555.00 | 4.50 | $2,497.50 |
| Totals | | 4.50 | $2,497.50 |

| | | |
|---|---|---|
| Fee Total | $ | 2,497.50 |
| Invoice Total | $ | 2,497.50 |

# SNR DENTON 司

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

April 14, 2011

**Invoice No. 1287142**

Client/Matter: 09722405-0057

VARICENT, CONTRACT WITH
TRIBUNE CONTAACT: RITA DEBOER

Payment Due Upon Receipt

Total This Invoice                                              $        156.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

'

April 14, 2011

**Invoice No. 1287142**

Client/Matter:  09722405-0057

VARICENT, CONTRACT WITH
TRIBUNE CONTAACT: RITA DEBOER

For Professional Services Rendered through March 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/17/11 | M. Petry | 0.30 | Review change requests. |
| Total Hours | | 0.30 | |
| Fee Amount | | | $156.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Petry | $520.00 | 0.30 | $156.00 |
| Totals | | 0.30 | $156.00 |

| | | |
|--|--|--|
| Fee Total | $ | 156.00 |
| Invoice Total | $ | 156.00 |

2

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE BROADCASTING COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 1900
CHICAGO, IL  60611

June 14, 2011

**Invoice No. 1299329**

Client/Matter: 09723590-0001

WPIX

Payment Due Upon Receipt

---

| | | |
|---|---|---|
| Total This Invoice | $ | 2,425.00 |

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⫐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE BROADCASTING COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 1900
CHICAGO, IL 60611

June 14, 2011

**Invoice No. 1299329**

Client/Matter:  09723590-0001

WPIX

For Professional Services Rendered through April 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 04/13/11 | S. Fifer | 0.80 | L120 | | Draft general program release and supplement (.80). |
| 04/13/11 | N. Spears | 1.50 | L120 | | Edit releases (1.50). |
| 04/25/11 | S. Fifer | 0.30 | L120 | | Analyze specialized releases and forward template to Ms. Spears re "expert" guests and interrelationship with ordinary guests on talk-format production (.30). |
| 04/29/11 | S. Fifer | 1.40 | L120 | | Work on specialized releases for Lisa Washburn. |
| Total Hours | | 4.00 | | | |
| Fee Amount | | | | | $2,425.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 1.50 | $862.50 |
| S. Fifer | $625.00 | 2.50 | $1,562.50 |
| Totals | | 4.00 | $2,425.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 2,425.00 | |
| Invoice Total | $ | 2,425.00 | |

2

# SNR DENTON 🔲

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

March 16, 2011

**Invoice No. 1281369**

Client/Matter: 09803290-0004

CHICAGO MAGAZINE/EDITORIAL

Payment Due Upon Receipt

---

Total This Invoice                                    $           564.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

March 16, 2011

**Invoice No. 1281369**

Client/Matter:  09803290-0004

CHICAGO MAGAZINE/EDITORIAL

For Professional Services Rendered through February 28, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/08/11 | N. Spears | 0.40 | L120 | | Review and analyze subpoena re: 2006 B. Smith article (.20); phone conference w/D. Babcock re: same (.10); conference w/K. Rodriguez re: letter to plaintiffs' counsel (.10). |
| 02/09/11 | K. Rodriguez | 0.70 | L190 | | Review docket sheet in underlying case for B. Smith subpoena (.2); Draft letter objecting to B. Smith subpoena to issuing attorney (.3); Investigate attorney issuing B. Smith subpoena (.2). |
| 02/10/11 | N. Spears | 0.20 | L120 | | Edit letter to plaintiffs' counsel. |
| Total Hours | | 1.30 | | | |
| Fee Amount | | | | | $564.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $550.00 | 0.60 | $330.00 |
| K. Rodriguez | $335.00 | 0.70 | $234.50 |
| Totals | | 1.30 | $564.50 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 564.50 | |
| Invoice Total | $ | 564.50 | |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

June 21, 2011

**Invoice No. 1302850**

Client/Matter: 09803290-0004

EDITORIAL

Payment Due Upon Receipt

---

Total This Invoice                                    $           88.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON 司

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

June 21, 2011

**Invoice No. 1302850**

Client/Matter:   09803290-0004

EDITORIAL

For Professional Services Rendered through May 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/06/11 | N. Spears | 0.10 | L120 | | Phone conference w/K. Flax re: subpoena status and follow up letter. |
| 05/06/11 | K. Rodriguez | 0.10 | L120 | | Correspondence regarding follow up letter to counsel issuing subpoena to reporter B. Smith. |
| Total Hours | | 0.20 | | | |
| Fee Amount | | | | | $88.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| N. Spears | $550.00 | 0.10 | $55.00 |
| K. Rodriguez | $335.00 | 0.10 | $33.50 |
| Totals | | 0.20 | $88.50 |

| | | |
|---|---|---|
| Fee Total | $ | 88.50 |
| Invoice Total | $ | 88.50 |

# EXHIBIT B

# FEE SUMMARY

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
JULY 1, 2011 THROUGH JULY 31, 2011**

| Name of Professional/Individual | Year of Admission | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Mona Dajani | 1996 | Partner/Real Estate | $555.00 | 4.5 | $2,497.50 |
| Sam Fifer | 1974 | Partner/Intellectual Property | $625.00 | 7.5 | $4,687.50 |
| Rosemary Gullikson | 1994 | Partner/Corporate | $575.00 | 21.9 | $12,592.50 |
| James Klenk | 1974 | Partner/Intellectual Property | $650.00 | 34.1 | $22,165.00 |
| Greg Naron | 1991 | Counsel | $520.00 | 51.6 | $26,832.00 |
| Mark Petry | 2002 | Partner/Corporate | $550.00/ $520.00 | 4.5/ 0.3 | $2,475.00/ $156.00 |
| Natalie Spears | 1995 | Partner/Litigation | $575.00/ $570.00/ $550.00 | 12.3/ 0.5 0.2 | $7,072.50/ $285.00/ $385.00 |
| Kristin Rodriguez | 2009 | Associate/Litigation | $335.00/ $310.00 | 20.4/ 4.9 | $6,834.00/ $1,519.00 |
| M. Winer | N/A | Contract Paralegal | $65.00 | 18.00 | $1,170.00 |
| **BLENDED RATE** | | | **$480.31** | | |
| **TOTAL** | | | | **181.2** | **$88,671.00** |

**COMPENSATION BY PROJECT CATEGORY**
**JULY 1, 2011 THROUGH JULY 31, 2011**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| University of Illinois - FOIA Matter | 91.1 | $51,866.50 |
| Bryan and Cynthia Lindgren | 5.6 | $2,260.00 |
| Circulation | 0.4 | $260.00 |
| Reporter's Subpoena - McCullough | 4.3 | $2,584.00 |
| Joseph Mahr | 3.3 | $1,105.50 |
| T-Mobile | 0.2 | $125.00 |
| Smartfocus Group | 2.7 | $1,485.00 |
| AgreeYa Solutions | 15.8 | $9,085.00 |
| Infosys Technologies Ltd. | 1.8 | $990.00 |
| Futurewei d/b/a Huawei | 0.8 | $460.00 |
| General Advice | 1.0 | $575.00 |
| Samsung Electronics | 4.3 | $2,472.50 |
| Jennifer Kelley, et al. | 39.6 | $9,671.00 |
| Sun Sentinel | 4.5 | $2,497.50 |
| Chicago Magazine - Editorial | 1.5 | $653.00 |
| Contract with Varicent | 0.3 | $156.00 |
| WPIX | 4.0 | $2,425.00 |
| **TOTAL** | **181.2** | **$88,671.00** |

# **EXHIBIT C**

# **EXPENSE DETAIL**

46429/0001-7999771v1

**EXPENSE SUMMARY FOR THE PERIOD FROM
JULY 1, 2011 THROUGH JULY 31, 2011**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Ground Transport | | $ 20.00 |
| Misc. Duplicating | | $ 00.20 |
| Document Reproduction | | $ 77.40 |
| Misc. Court Costs | | $ 260.00 |
| Court Reporting Services | Veritext New York Reporting Co. | $ 155.00 |
| Misc. Postage | | $114.20 |
| **Total** | | **$ 626.80** |

**EXPENSE SUMMARY FOR THE PERIOD FROM
JULY 1, 2011 THROUGH JULY 31, 2011**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Ground Transport | | $ 20.00 |
| Misc. Duplicating | | $ 00.20 |
| Document Reproduction | | $ 77.40 |
| Misc. Court Costs | | $ 260.00 |
| Court Reporting Services | Veritext New York Reporting Co. | $ 155.00 |
| Misc. Postage | | $114.20 |
| **Total** | | **$ 626.80** |