# EXHIBIT A

# FEE AND EXPENSE DETAIL

# SNR DENTON ⫐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

September 14, 2011

**Invoice No. 1323128**

Client/Matter: 09721775-0060

UNIVERSITY OF ILLINOIS - FOIA MATTER

Payment Due Upon Receipt

---

Total This Invoice                                    $        14,351.20

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

September 14, 2011

**Invoice No. 1323128**

Client/Matter:   09721775-0060

UNIVERSITY OF ILLINOIS - FOIA MATTER

For Professional Services Rendered through August 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/01/11 | J. Klenk | 3.20 | L520 | | Teleconferences with Nancy Henry r: Univ. of Illinois disclosures (.2); work on brief (2.4); teleconferences with G. Naron (.4); teleconference with K. Flax (.2). |
| 08/01/11 | G. Naron | 3.70 | L520 | | Review file, research re privacy arguments for appellee's brief (1.8); teleconferences, emails J. Klenk re: same (.2); review, edit draft appellee brief (1.7). (1.85 No Charge). |
| 08/02/11 | G. Naron | 3.20 | L520 | | Review file, edit draft appellee brief (2.4); further research re: same (.6); teleconferences, emails J. Klenk re: same (.2). (1.6 No Charge). |
| 08/02/11 | J. Klenk | 1.60 | L520 | | Review jurisdictional research and revise this point in brief (1.1); teleconference with G. Naron (.2); teleconference with LaMonte (.3). |
| 08/03/11 | J. Klenk | 2.30 | L520 | | Email F. LaMonte at Student Press and teleconference re: same (.4); message to Reporter Committee (.2); teleconference with D. Bralow (.4); revise brief (1.3). |
| 08/03/11 | G. Naron | 1.80 | L520 | | Review file, cases; edit draft appellee brief (1.6); teleconferences, emails J. Klenk re: same (.2). (.9 No Charge). |
| 08/04/11 | G. Naron | 0.10 | L520 | | Review file, emails re: draft appellee brief. (.05 No Charge). |
| 08/04/11 | J. Klenk | 0.20 | L520 | | Email D. Bralow (.2). |

2

**UNIVERSITY OF ILLINOIS - FOIA MATTER**

September 14, 2011

Matter: 09721775-0060
Invoice No.: 1323128

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/05/11 | J. Klenk | 3.00 | L520 | | Email with F. LaMonte comments (.3); teleconference with G. Naron re: waiver (.2); emails G.Naron (.2); email M. Carmanica at Reporter's Committee (.2); revisions to brief (.4); email LaMonte (.1); revisions re: record on appeal (1.6). |
| 08/05/11 | G. Naron | 1.80 | L520 | | Review file, cases, law review articles; analyze comments on appellee brief (.5); emails J. Klenk, N. Spears re: draft appellee brief (.2); edit draft brief to incorporate comments, additional authority (1.1). (.9 No Charge). |
| 08/06/11 | G. Naron | 1.80 | L520 | | Review file, further research, analysis re: appeal; emails J. Klenk re: same. (.9 No Charge). |
| 08/08/11 | G. Naron | 0.30 | L520 | | Review file, email comments, edit draft appellee brief. (.15 No Charge). |
| 08/08/11 | J. Klenk | 2.10 | L520 | | Email B. Healey (.2); emails Jodi Cohen (.3); emails K. Flax/D. Bralow (.2); teleconference with G. Naron (.2); incorporate Cohen comments (.3); review state FOIA case (.9). |
| 08/09/11 | K. Rodriguez | 0.20 | L520 | | Review draft of appellee brief. (No Charge). |
| 08/09/11 | G. Naron | 1.30 | L520 | | Review file, cases, court rules (.3); edit draft appellee brief (.8); telephone conferences, emails J. Klenk (.2). (.65 No Charge). |
| 08/10/11 | G. Naron | 0.20 | L520 | | Review file, edit draft appellee brief; telephone conferences, emails J. Klenk, K. Rodriguez. (.10 No Charge). |
| 08/10/11 | K. Rodriguez | 0.20 | L520 | | Review key cases cited in draft of appellee brief to confirm continued validity. (No Charge). |
| 08/11/11 | K. Rodriguez | 8.40 | L520 | | Analyze key cases cited in draft of appellee brief to confirm continued validity (3.9); Review, edit, and cite check appellee brief (4.5). (No Charge). |

3

UNIVERSITY OF ILLINOIS - FOIA MATTER

September 14, 2011

Matter: 09721775-0060
Invoice No.: 1323128

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/11/11 | G. Naron | 0.60 | L520 | A104 | Review file, edit draft appellee brief; emails J. Klenk, K. Rodriguez re same. (.30 No Charge). |
| 08/12/11 | G. Naron | 0.70 | L520 | A104 | Review file, edit draft appellee brief; emails J. Klenk, K. Rodriguez re same. (.35 No Charge). |
| 08/12/11 | K. Rodriguez | 1.60 | L520 | | Revise and finalize appellee brief for filing. (No Charge). |
| 08/16/11 | G. Naron | 0.50 | L520 | | Review draft amicus brief, draft proposed revisions; email J, Klenk, N. Spears re: same. (.25 No Charge). |
| 08/17/11 | J. Klenk | 0.90 | L520 | | Review amicus brief (.7); emails D. Bralow, G. Naron (.2). |
| 08/19/11 | G. Naron | 0.10 | L520 | | Review as-filed amicus brief. (.05 No Charge). |
| 08/25/11 | G. Naron | 0.50 | L510 | | Review, analyze recent Seventh Circuit case re: federal jurisdiction, memo re: same. (.25 No Charge). |
| 08/26/11 | G. Naron | 3.60 | L520 | | Review, analyze U of I reply brief on appeal (1.3); review file, cases re: same (.8); memo re: same (1.5). (1.8 No Charge). |
| 08/26/11 | K. Rodriguez | 0.10 | L520 | | Correspondence regarding U of I's reply brief. (No Charge). |
| 08/28/11 | J. Klenk | 0.20 | L520 | | Email from G. Naron re: U of I reply brief. |
| 08/29/11 | K. Rodriguez | 0.10 | L520 | | Correspondence regarding oral argument in the 7th Circuit. (No Charge). |
| 08/31/11 | G. Naron | 0.20 | L120 | | Review, analyze University of Illinois reply brief on appeal, memo regarding same. (.10 No Charge). |

| | | | | | |
|------|-----------|-------|------|----------|-----------|
| Total Hours | | 44.50 | | | |
| Fee Amount | | | | | $22,934.00 |
| "No Charge" as Detailed Above: | | | | | ($8,855.00) |
| Fee Total | | | | | $14,079.00 |

4

UNIVERSITY OF ILLINOIS - FOIA MATTER

September 14, 2011

Matter: 09721775-0060
Invoice No.: 1323128

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $650.00 | 13.50 | $8,775.00 |
| G. Naron | $520.00 | 20.40 | $10,608.00 |
| K. Rodriguez | $335.00 | 10.60 | $3,551.00 |
| Totals | | 44.50 | $22,934.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document reproduction | | 258.70 |
| | | SUBTOTAL | 258.70 |
| 7/6/2011 | Miscellaneous Hard - - CONFERENCE CALL | AMERICAN TELECONFERENCING SERVICES | 13.50 |
| | | SUBTOTAL | 13.50 |
| | Total Disbursements | | $272.20 |

| | | |
|---|---|---|
| Fee Total | $ | 14,079.00 |
| Disbursement Total | $ | 272.20 |
| Invoice Total | $ | 14,351.20 |

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

~~CHICAGO TRIBUNE COMPANY~~
~~ATTN: KAREN FLAX~~
~~LOCATION: 11000~~
P.O. BOX 118250
CHICAGO, IL 60611-8250

September 14, 2011

Invoice No. 1323136

Client/Matter: 09721775-0018

EDDIE JOHNSON
0000001504

Payment Due Upon Receipt

Total This Invoice                     $        2,119.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Kienk
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

September 14, 2011

Invoice No. 1323136

Client/Matter:  09721775-0018

EDDIE JOHNSON
0000001504

For Professional Services Rendered through August 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/12/11 | J. Klenk | 0.20 | L110 | | Review Second District case. |
| 08/16/11 | G. Naron | 0.70 | L120 | | Teleconferences J. Klenk re: actual malice defense (.1); review memo re: same (.1); research, analysis of same (.5). |
| 08/16/11 | J. Klenk | 0.10 | L160 | | Conference with Karen Flax re: ███████████ (.1). |
| 08/17/11 | J. Klenk | 0.10 | L110 | | Conferences N. Henry re: records search. |
| 08/19/11 | J. Klenk | 1.10 | L160 | | Review settlement correspondence (.3); review updated Lexis Nexis search (.8). |
| 08/30/11 | J. Klenk | 1.20 | L110 | | Review internet searches with material since December, 2008. |

| Total Hours | 3.40 | |
|---|---|---|
| Fee Amount | | $2,119.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 2.70 | $1,755.00 |
| G. Naron | $520.00 | 0.70 | $364.00 |
| Totals | | 3.40 | $2,119.00 |

2

EDDIE JOHNSON
0000001504

September 14, 2011

Matter: 09721775-0018
Invoice No.: 1323136

| | | |
|---|---|---|
| Fee Total | $ | 2,119.00 |
| Invoice Total | $ | 2,119.00 |

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

September 14, 2011

Invoice No. 1323140

Client/Matter: 09721775-0066

BRYAN AND CYNTHIA LINDGREN

Payment Due Upon Receipt

Total This Invoice                                           $        5,724.70

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⫐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

September 14, 2011

Invoice No. 1323140

Client/Matter: 09721775-0066

BRYAN AND CYNTHIA LINDGREN

For Professional Services Rendered through August 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/26/11 | N. Spears | 0.40 | L120 | | Read letter from plaintiffs' counsel re: refusal to dismiss (.20); email K. Flax re: same (.20). |
| 08/02/11 | N. Spears | 0.30 | L120 | | Email w/D. Dunn re: strategy. |
| 08/02/11 | J. Klenk | 0.40 | L150 | | Teleconference with N. Spears re: case and alternatives to save costs (.4). |
| 08/05/11 | K. Rodriguez | 0.20 | L390 | | Review 201k correspondence between Advocate and plaintiffs. |
| 08/08/11 | N. Spears | 0.60 | L120 | | Call w/D. Dunn re: R. 222 Affidavit issue ███████████ (.40); conference w/K. Rodriguez re: status hearing and new dates for discovery and status (.20). |
| 08/09/11 | K. Rodriguez | 0.10 | L450 | | Draft update to K. Flax regarding last status hearing. |
| 08/17/11 | K. Rodriguez | 2.20 | L310 | | Draft responses to Plaintiffs' first set of interrogatories (1.4); Draft responses to Plaintiffs' first set of document requests (.8). |
| 08/18/11 | K. Rodriguez | 0.70 | L301 | | Revise responses to plaintiffs' first set of interrogatories (.4); Revise responses to plaintiffs' first set of document requests (.3). |
| 08/18/11 | N. Spears | 0.40 | L120 | | Review discovery and edit same. |
| 08/19/11 | N. Spears | 0.30 | L120 | | Revise discovery responses. |
| 08/19/11 | K. Rodriguez | 2.00 | L301 | | Revise responses to plaintiff's first set of interrogatories and document requests (1.7); Confer with N. Spears regarding same (.3). |

2

BRYAN AND CYNTHIA LINDGREN

September 14, 2011

Matter: 09721775-0066
Invoice No.: 1323140

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/22/11 | K. Rodriguez | 0.20 | L310 | A104 | Correspondence with M. Riske (reporter) concerning responses to Plaintiff's discovery requests. |
| 08/23/11 | K. Rodriguez | 1.10 | L310 | | Call with M. Riske (reporter) regarding responses to interrogatories and document requests (.5); Follow-up correspondence with M. Riske regarding same (.1); Revise interrogatory responses and document requests based on call with M. Riske (.5). |
| 08/24/11 | K. Rodriguez | 0.60 | L120 | | Review recent intrusion case cited by judge during last hearing (.2); Call to plaintiff's counsel seeking extension on discovery responses (.1); Confer with N. Spears regarding revised interrogatory responses (.3). |
| 08/25/11 | K. Rodriguez | 0.40 | L120 | | Follow up correspondence with M. Riske (reporter) (.2); Review Sun Times' motion for a protective order (.2). |
| 08/26/11 | K. Rodriguez | 0.40 | L120 | | Draft memo to file regarding failure to file Rule 222 affidavit and impact on potential damages. |
| 08/29/11 | K. Rodriguez | 0.20 | L120 | | Attention to emails regarding defense counsel meeting and emails from judge and co-defendants in advance of 8/31 hearing. |
| 08/30/11 | K. Rodriguez | 0.50 | L310 | | Call with plaintiff's counsel regarding further extension of time to answer discovery requests (.2); Review Advocate's discovery responses and motion for disclosure of settlement agreement with AWLS (.3). |
| 08/30/11 | N. Spears | 0.90 | L120 | | Phone conference w/K. Seday re: extension (.20); call to K. Flax re: same (.10); review affidavit and various pleadings briefing on issues that could impact Tribune's anticipated summary judgment motion (.60). |

BRYAN AND CYNTHIA LINDGREN

September 14, 2011

Matter: 09721775-0066
Invoice No.: 1323140

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/31/11 | K. Rodriguez | 1.90 | L450 | | Attend discovery status hearing in municipal court (1.7); Confer with counsel for Sun Times regarding same in advance of hearing (.2). |

| | | | | | |
|---|---|---|---|---|---|
| Total Hours | | 13.80 | | | |
| Fee Amount | | | | | $5,445.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 0.40 | $260.00 |
| N. Spears | $575.00 | 2.90 | $1,667.50 |
| K. Rodriguez | $335.00 | 10.50 | $3,517.50 |
| Totals | | 13.80 | $5,445.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Document reproduction | | 9.70 |
| | | SUBTOTAL | 9.70 |
| | Specialized Document Processing Services | | 270.00 |
| | | SUBTOTAL | 270.00 |
| | Total Disbursements | | $279.70 |

| | | |
|---|---|---|
| Fee Total | $ | 5,445.00 |
| Disbursement Total | $ | 279.70 |
| Invoice Total | $ | 5,724.70 |

4

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-8306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

September 14, 2011

**Invoice No. 1323145**

Client/Matter: 09721775-1003

EDITORIAL-GENERAL
0000001492

Payment Due Upon Receipt

---

Total This Invoice                           $         345.00

Please return this page with your payment

| In the case of mail deliveries to:<br>SNR Denton US LLP<br>Dept. 3078<br>Carol Stream, IL 60132-3078 | OR | In the case of overnight deliveries to:<br>SNR Denton US LLP<br>Attention: Accounting<br>233 South Wacker Drive<br>Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON 🗗

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

September 14, 2011

**Invoice No. 1323145**

Client/Matter:  09721775-1003

EDITORIAL-GENERAL
0000001492

For Professional Services Rendered through August 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/25/11 | N. Spears | 0.60 | L120 | | Phone conference and email w/K. Flax and M. O'Connor re: Gettleman trial closure and review docket sheet (.30); call to Gettleman's chambers (.10); follow up email w/M. O'Connor (.20). |

| | | | |
|---|---|---|---|
| Total Hours | | 0.60 | |
| Fee Amount | | | $345.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 0.60 | $345.00 |
| Totals | | 0.60 | $345.00 |

| | | |
|---|---|---|
| Fee Total | $ | 345.00 |
| Invoice Total | $ | 345.00 |

2

# SNR DENTON 刀

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

September 14, 2011

**Invoice No. 1323147**

Client/Matter: 09721775-0008

Reporter's Subpoena - Gary Marx

Payment Due Upon Receipt

---

| | | |
|---|---|---|
| Total This Invoice | $ | 460.00 |

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⫐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

September 14, 2011

**Invoice No. 1323147**

Client/Matter:  09721775-0008

Reporter's Subpoena – Gary Marx

For Professional Services Rendered through August 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/15/11 | N. Spears | 0.20 | L120 | | Email w/K. Flax re: subpoena from Brendan Max. |
| 08/24/11 | N. Spears | 0.20 | L120 | | Call w/B. Max re: G. Marx subpoena and review email from K. Flax re: same. |
| 08/25/11 | N. Spears | 0.20 | L120 | | Call to/from B. Max. |
| 08/26/11 | N. Spears | 0.10 | L120 | | Call to B. Max. |
| 08/30/11 | N. Spears | 0.10 | L120 | | Call from/to B. Max. |
| Total Hours | | 0.80 | | | |
| Fee Amount | | | | | $460.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 0.80 | $460.00 |
| Totals | | 0.80 | $460.00 |

| | | |
|---|---|---|
| Fee Total | $ | 460.00 |
| Invoice Total | $ | 460.00 |

# SNR DENTON ⫍

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

September 14, 2011

**Invoice No. 1323148**

Client/Matter: 09721775-0007

Roberto Rivera

Payment Due Upon Receipt

---

Total This Invoice                                    $         287.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⫢

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

September 14, 2011

**Invoice No. 1323148**

Client/Matter:  09721775-0007

Roberto Rivera

For Professional Services Rendered through August 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/23/11 | N. Spears | 0.30 | L120 | | Email w/K. Flax re: service of the complaint and litigation hold. |
| 08/29/11 | N. Spears | 0.20 | L120 | | Discuss lawsuit and response to same with J. Klenk. |
| Total Hours | | 0.50 | | | |
| Fee Amount | | | | | $287.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 0.50 | $287.50 |
| Totals | | 0.50 | $287.50 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 287.50 | |
| Invoice Total | $ | 287.50 | |

2

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

September 14, 2011

**Invoice No. 1323150**

Client/Matter: 09721775-0002

Kevin McAndrew  Subpoena

Payment Due Upon Receipt

---

Total This Invoice                                    $        43.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

September 14, 2011

**Invoice No. 1323150**

Client/Matter:  09721775-0002

Kevin McAndrew  Subpoena

---

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 6/21/2011 | Local Transportation KRISTEN C RODRIGUEZ CAB TO/FROM COURT FOR HEARING | | 19.00 |
| | | SUBTOTAL | 19.00 |
| 6/21/2011 | Outside Professional Services - - FUNKHOUSER VEGOSEN LIEBMAN & DUNN Tribune share of transcript of McAndrew hearing | | 24.00 |
| | | SUBTOTAL | 24.00 |
| | Total Disbursements | | $43.00 |

| | | |
|---|---|---|
| Disbursement Total | $ | 43.00 |
| Invoice Total | $ | 43.00 |

# SNR DENTON 🔲

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

September 14, 2011

**Invoice No. 1323151**

Client/Matter: 09721775-0070

CIRCULATION
0000000809

Payment Due Upon Receipt

| | | |
|---|---|---|
| Total This Invoice | $ | 1,625.00 |

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars – Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

September 14, 2011

**Invoice No. 1323151**

Client/Matter:  09721775-0070

CIRCULATION
0000000809

For Professional Services Rendered through August 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/01/11 | J. Klenk | 0.90 | L110 | | Teleconference with K. Flax re: Mayor of Oakbrook Terrace (.3); review voicemail (.1); teleconferences with L. Bruno (.2); obtain and review Oakbrook licenses (.3). |
| 08/02/11 | J. Klenk | 1.60 | L110 | | Review key circulation cases on letter (.4); teleconference with L. Bruno (.2); teleconference with K. Flax (.2); emails L. Bruno (.4); draft letter for K. Flax and talking points (.4). |

| | | |
|---|---|---|
| Total Hours | 2.50 | |
| Fee Amount | | $1,625.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| J. Klenk | $650.00 | 2.50 | $1,625.00 |
| Totals | | 2.50 | $1,625.00 |

| | | |
|---|---|---|
| Fee Total | $ | 1,625.00 |
| Invoice Total | $ | 1,625.00 |

2

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVE
CHICAGO, IL 60611
USA

September 15, 2011

Invoice No. 1323157

Client/Matter: 09721775-0006

Reporter's Subpoena - McCullough

Payment Due Upon Receipt

---

Total This Invoice                                        $         7,601.40

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅁

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-8306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVE
CHICAGO, IL 60611
USA

September 15, 2011

Invoice No. 1323157

Client/Matter:  09721775-0006

Reporter's Subpoena - McCullough

For Professional Services Rendered through August 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/01/11 | K. Rodriguez | 0.60 | L120 | | Review AP article (.2); Review reporter notes (.3); Correspondence with S. Fifer regarding draft of motion to quash (.1). |
| 08/02/11 | K. Rodriguez | 1.10 | L250 | | Draft and revise motion to quash subpoenas (.9); Emails and calls with S. Fifer regarding same (.2). |
| 08/03/11 | S. Fifer | 0.80 | L210 | | Revise Motion to Quash (.60); email to Ms. K. Flax re draft (.20). |
| 08/03/11 | K. Rodriguez | 0.40 | L120 | | Review and edit motion to quash (.2); Confer with S. Fifer regarding same (.2). |
| 08/04/11 | K. Rodriguez | 0.80 | L240 | | Revise and finalize motion to quash for filing (.6); Assist in preparations for hearing and field media inquiries regarding same (.2). |
| 08/04/11 | S. Fifer | 1.10 | L210 | | Final edits to Motion to Quash (.60); prepare exhibits for filing and service (.20). Emails to ASA and Public Defender re same (.30). |
| 08/08/11 | S. Fifer | 4.00 | L450 | | Present Motion to Quash in Sycamore courthouse (1.60); travel to and return from Sycamore (2.40). |
| 08/09/11 | K. Rodriguez | 0.20 | L110 | | Investigate existence of recording of non-attorney visits to inmates at King County jail in Seattle in support of motion to quash subpoena. |
| 08/10/11 | K. Rodriguez | 3.30 | L240 | | Draft and revise memorandum of law in support of motion to quash. |
| 08/10/11 | S. Fifer | 0.80 | L250 | | Revise draft of supporting brief. |
| 08/12/11 | S. Fifer | 0.80 | L250 | | Revise memo of law. |

2

Reporter's Subpoena - McCullough

September 15, 2011

Matter: 09721775-0006
Invoice No.: 1323157

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/12/11 | K. Rodriguez | 1.30 | L240 | | Revise memorandum of law in support of motion to quash subpoenas. |
| 08/15/11 | K. Rodriguez | 0.07 | L240 | | Edit and finalize motion to quash and memorandum of law in support thereof (.8); Draft letter to judge to accompany opening motion to quash (.2); Compile courtesy copies of cases cited in support of motion to quash (.2). |
| 08/15/11 | S. Fifer | 0.10 | L250 | | Finalize brief, letter, package to court and counsel. |
| 08/16/11 | S. Fifer | 0.10 | L430 | | Email to Sycamore counsel (People and Pub.Defender) re filing and service. |

| | | | | | |
|---|---|---|---|---|---|
| Total Hours | | 15.47 | | | |
| Fee Amount | | | | | $7,416.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Fifer | $625.00 | 7.70 | $4,812.50 |
| K. Rodriguez | $335.00 | 7.77 | $2,603.50 |
| Totals | | 15.47 | $7,416.00 |

Reporter's Subpoena - McCullough

September 15, 2011

Matter: 09721775-0006
Invoice No.: 1323157

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Color Copies | | 10.00 |
| | | SUBTOTAL | 10.00 |
| | Document reproduction | | 24.40 |
| | | SUBTOTAL | 24.40 |
| | Misc. Duplicating | | 1.00 |
| | | SUBTOTAL | 1.00 |
| 8/17/2011 | Outside Professional Services - - UNITED PROCESSING INC INVOICE 120755 FILING FEE | | 150.00 |
| | | SUBTOTAL | 150.00 |
| | Total Disbursements | | $185.40 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 7,416.00 |
| Disbursement Total | $ | 185.40 |
| Invoice Total | $ | 7,601.40 |

4

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

September 14, 2011

**Invoice No. 1323200**

Client/Matter: 09803290-0004

EDITORIAL

Payment Due Upon Receipt

---

Total This Invoice                           $         330.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

September 14, 2011

**Invoice No. 1323200**

Client/Matter: 09803290-0004

EDITORIAL

For Professional Services Rendered through August 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/04/11 | N. Spears | 0.30 | L120 | | Call from C. Larsen, outside counsel for CBS, re: L. Hahn article. |
| 08/08/11 | N. Spears | 0.30 | L120 | | Email to K. Flax re: call from C. Larsen re: L. Hahn and Amy Jacobson case (.20); phone conference w/K. Flax re: same (.10). |
| Total Hours | | 0.60 | | | |
| Fee Amount | | | | | $330.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $550.00 | 0.60 | $330.00 |
| Totals | | 0.60 | $330.00 |

| | | |
|---|---|---|
| Fee Total | $ | 330.00 |
| Invoice Total | $ | 330.00 |

2

# SNR DENTON 🔳

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
Rita DeBoer
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

September 9, 2011

**Invoice No. 1321663**

Client/Matter: 09722405-0014

AgreeYa Solutions
TRIBUNE CONTACT: Rita DeBoer

Payment Due Upon Receipt

---

Total This Invoice                                         $        2,875.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
Rita DeBoer
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

September 9, 2011

**Invoice No. 1321663**

Client/Matter:  09722405-0014

AgreeYa Solutions
TRIBUNE CONTACT:  Rita DeBoer

For Professional Services Rendered through August 31, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/02/11 | R. Gullikson | 0.20 | 115.00 | Review Statement of Work draft from AgreeYa re Widget development. |
| 08/02/11 | R. Gullikson | 0.30 | 172.50 | Review comments to Statement of Work for QA from Tribune team. |
| 08/03/11 | R. Gullikson | 0.50 | 287.50 | Call with L. Robertson, J. Xanders and K. Jurgeto re open issues in AgreeYa Statement of Work for Widgets draft from vendor, Statement of Work for QA services and Statement of Work for POC. |
| 08/03/11 | R. Gullikson | 0.50 | 287.50 | Revise Statement of Work for Widget development per call with client team. |
| 08/03/11 | R. Gullikson | 0.50 | 287.50 | Revise Statement of Work for QA Services per call with client team. |
| 08/03/11 | R. Gullikson | 0.20 | 115.00 | Status call on all project agreements with J. Xanders, E. Nakamura and K. Jurgeto. |
| 08/03/11 | R. Gullikson | 1.00 | 575.00 | Revised Statement of Work for POC Application development per call with Tribune. |
| 08/10/11 | R. Gullikson | 0.20 | 115.00 | Draft email with contract language for D. Schuster re remedies if vendor increases resources without consent. |
| 08/24/11 | R. Gullikson | 0.30 | 172.50 | Reviewed revised Widget Statement of Work and comments (.20); call with K. Jurgeto re revisions to Widget Statement of Work (.10). |
| 08/24/11 | R. Gullikson | 0.30 | 172.50 | Revised Widget Statement of Work further, creating execution copy. |
| 08/24/11 | R. Gullikson | 0.20 | 115.00 | Additional changes to Widget Statement of Work per email from K. Jurgeto. |
| 08/26/11 | R. Gullikson | 0.30 | 172.50 | Emails to and from K. Jurgeto re Widget Statement of Work and revisions made by AgreeYa. |

AgreeYa Solutions
TRIBUNE CONTACT: Rita DeBoer

September 9, 2011

Matter: 09722405-0014
Invoice No.: 1321663

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/26/11 | R. Gullikson | 0.50 | 287.50 | Revise Statement of Work accordingly, preparing execution copy. |
| Total Hours | | 5.00 | | |
| Fee Amount | | | | $2,875.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $575.00 | 5.00 | $2,875.00 |
| Totals | | 5.00 | $2,875.00 |

| | | |
|---|---|---|
| Fee Total | $ | 2,875.00 |
| Invoice Total | $ | 2,875.00 |

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
JULIE XANDERS
202 WEST FIRST STREET
LOS ANGELES, CA 90012
USA

September 9, 2011

**Invoice No. 1321664**

Client/Matter: 09722405-0016

FUTUREWEI D/B/A HUAWEI TECHNOLOGIES (USA)
TRIBUNE CONTACT: JULIE XANDERS

Payment Due Upon Receipt

---

Total This Invoice                                  $        1,495.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
JULIE XANDERS
202 WEST FIRST STREET
LOS ANGELES, CA 90012
USA

September 9, 2011

**Invoice No. 1321664**

Client/Matter:  09722405-0016

FUTUREWEI D/B/A HUAWEI TECHNOLOGIES (USA)
TRIBUNE CONTACT:  JULIE XANDERS

For Professional Services Rendered through August 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 8/2/11 | R. Gullikson | 0.20 | Emails and call with J. Xanders about Tribune business needs. |
| 8/2/11 | R. Gullikson | 1.50 | Review Joint Development Agreement from Huawei (.75); draft issues list (.75). |
| 8/2/11 | R. Gullikson | 0.10 | Call with J. Xanders re issues list. |
| 8/18/11 | R. Gullikson | 0.30 | Call with J. Xanders re issues related to disclosure of proprietary code to Huawei and Huawei's Chinese affiliate. |
| 8/18/11 | R. Gullikson | 0.50 | Review Non-Disclosure Agreement with Huawei (.20); draft email that will be sent by Tribune to Huawei prior to disclosure of proprietary code to Huawei and Huawei's Chinese affiliate (.30). |

| | | |
|---|---|---|
| Total Hours | 2.60 | |
| Fee Amount | | $1,495.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $575.00 | 2.60 | $1,495.00 |
| Totals | | 2.60 | $1,495.00 |

| | | |
|---|---|---|
| Fee Total | $ | 1,495.00 |
| Invoice Total | $ | 1,495.00 |

2

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
JULIE XANDERS
202 WEST FIRST STREET
LOS ANGELES, CA 90012
USA

September 9, 2011

**Invoice No. 1321665**

Client/Matter: 09722405-0017

T-MOBILE, CONTRACT WITH
TRIBUNE CONTACT:  JULIE XANDERS

Payment Due Upon Receipt

---

Total This Invoice                                    $        460.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
JULIE XANDERS
202 WEST FIRST STREET
LOS ANGELES, CA 90012
USA

September 9, 2011

**Invoice No. 1321665**

Client/Matter:  09722405-0017

T-MOBILE, CONTRACT WITH
TRIBUNE CONTACT: JULIE XANDERS

For Professional Services Rendered through August 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 8/2/11 | R. Gullikson | 0.80 | Review and revise Letter of Intent from J. Xanders. |
| Total Hours | | 0.80 | |
| Fee Amount | | | $460.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $575.00 | 0.80 | $460.00 |
| Totals | | 0.80 | $460.00 |

| | | |
|---|---|---|
| Fee Total | $ | 460.00 |
| Invoice Total | $ | 460.00 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: RITA DEBOER
THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

September 9, 2011

**Invoice No. 1321668**

Client/Matter: 09722405-0030

GENERAL ADVICE
TRIBUNE CONTACT: RITA DEBOER

Payment Due Upon Receipt

---

Total This Invoice                                              $        1,322.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: RITA DEBOER
THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

September 9, 2011

**Invoice No. 1321668**

Client/Matter: 09722405-0030

GENERAL ADVICE
TRIBUNE CONTACT: RITA DEBOER

For Professional Services Rendered through August 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 8/10/11 | R. Gullikson | 1.00 | Status call with D. Schuster, B. Healey, M. Hendershot, K. Jurgeto, E. Nakamura re status of all vendor documentation (Huawei, Samsung, T-Mobile) and services in connection with the tablet project. |
| 8/25/11 | R. Gullikson | 1.00 | Meeting at the Tribune with D. Schuster, B. Healey, M. Hendershot and J. Xanders and K. Jungeto re status of tablet project and new directors. |
| 8/31/11 | R. Gullikson | 0.30 | Status call with B. Healey, J. Xanders, K. Jurgeto, M. Hendershot regarding tablet project. |
| Total Hours | | 2.30 | |
| Fee Amount | | | $1,322.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $575.00 | 2.30 | $1,322.50 |
| Totals | | 2.30 | $1,322.50 |

| | | |
|---|---|---|
| Fee Total | $ | 1,322.50 |
| Invoice Total | $ | 1,322.50 |

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
BRENDAN J. HEALEY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

September 9, 2011

**Invoice No. 1321767**

Client/Matter: 09722405-0064

COMMERCIAL CO-VENTURES
TRIBUNE CONTACT:  BRENDAN J. HEALEY

Payment Due Upon Receipt

---

Total This Invoice                                           $          1,282.00

---

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
BRENDAN J. HEALEY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

September 9, 2011

**Invoice No. 1321767**

Client/Matter:  09722405-0064

COMMERCIAL CO-VENTURES
TRIBUNE CONTACT:  BRENDAN J. HEALEY

For Professional Services Rendered through August 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 8/16/11 | W. Gantz | 0.40 | Communications with Tribune re: Susan B. Komen event and background, potential applicability of Illinois provisions and statutes. |
| 8/18/11 | W. Gantz | 0.20 | Communications with Tribune counsel re potential application of Illinois solicitation for charities act and potential exposure and requirements of reporting and licensing (.2). |
| 8/18/11 | B. May | 0.90 | Conference with W. Gantz and C.A. Been re Illinois Solicitations for Charity Act as it applies to the Tribune facts. |
| 8/18/11 | B. May | 1.10 | Analysis of the following issues as applied against the Illinois Solicitations for Charity Act: (i) messaging to consumers on ticket and marketing collateral, (ii) filing and registration requirements, and (iii) possible advertising disclosure requirements. |

| Total Hours | 2.60 | |
|---|---|---|
| Fee Amount | | $1,282.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| B. May | $455.00 | 2.00 | $910.00 |
| W. Gantz | $620.00 | 0.60 | $372.00 |
| Totals | | 2.60 | $1,282.00 |

2

COMMERCIAL CO-VENTURES
TRIBUNE CONTACT: BRENDAN J. HEALEY

September 9, 2011

Matter: 09722405-0064
Invoice No.: 1321767

| | | |
|---|---|---|
| Fee Total | $ | 1,282.00 |
| Invoice Total | $ | 1,282.00 |

# SNR DENTON 🔲

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

September 13, 2011

**Invoice No. 1322379**

Client/Matter: 09723590-0013

JENNIFER KELLEY, ET AL.

Payment Due Upon Receipt

Total This Invoice                                    $         373.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON 🛐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

September 13, 2011

**Invoice No. 1322379**

Client/Matter:  09723590-0013

JENNIFER KELLEY, ET AL.

For Professional Services Rendered through August 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/25/11 | N. Spears | 0.30 | L120 | | Review email from plaintiffs' counsel and deposition schedule. |
| 08/25/11 | K. Rodriguez | 0.20 | L120 | | Draft case update for L. Washburn. |
| 08/26/11 | K. Rodriguez | 0.20 | L120 | | Correspondence with E. Howard concerning status of case. |
| 08/29/11 | K. Rodriguez | 0.20 | L120 | | Correspondence with plaintiffs' counsel regarding depositions of plaintiffs. |

| | | | |
|---|---|---|---|
| Total Hours | | 0.90 | |
| Fee Amount | | | $373.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 0.30 | $172.50 |
| K. Rodriguez | $335.00 | 0.60 | $201.00 |
| Totals | | 0.90 | $373.50 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 373.50 | |
| Invoice Total | $ | 373.50 | |

2

# EXHIBIT B

# FEE SUMMARY

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

| Name of Professional/Individual | Year of Admission | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Sam Fifer | 1974 | Partner/Intellectual Property | $625.00 | 7.7 | $4,812.50 |
| William Gantz | 1990 | Partner/Litigation | $620.00 | 0.6 | $372.00 |
| Rosemary Gullikson | 1994 | Partner/Corporate | $575.00 | 10.7 | $6,152.50 |
| James Klenk | 1974 | Partner/Intellectual Property | $650.00 | 19.1 | $12,415.00 |
| Belinda May | 1990 | Partner/Public Law & Policy Strategies | $455.00 | 2.0 | $910.00 |
| Greg Naron | 1991 | Counsel | $520.00 | 10.9 | $5,668.00 |
| Natalie Spears | 1995 | Partner/Litigation | $575.00/ $550.00 | 5.1/ 0.6 | $2,932.50/ $330.00 |
| Kristin Rodriguez | 2009 | Associate/Litigation | $335.00 | 18.87 | $6,322.00 |
| **BLENDED RATE** | | | $542.81 | | |
| **TOTAL** | | | | 75.57 | $39,914.50 |

**COMPENSATION BY PROJECT CATEGORY**
**AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| University of Illinois - FOIA Matter | 23.7 | $14,079.00 |
| Bryan and Cynthia Lindgren | 13.8 | $5,445.00 |
| Circulation | 2.5 | $1,625.00 |
| Reporter's Subpoena - McCullough | 15.47 | $7,416.00 |
| Roberto Rivera | 0.5 | $287.50 |
| Reporter's Subpoena - Gary Marx | 0.8 | $460.00 |
| Eddie Johnson | 3.4 | $2,119.00 |
| Editorial - General (Chicago Magazine) | 0.60 | $330.00 |
| Editorial - General | 0.6 | $345.00 |
| T-Mobile | 0.8 | $460.00 |
| AgreeYa Solutions | 5.0 | $2,875.00 |
| Futurewei d/b/a Huawei | 2.6 | $1,495.00 |
| General Advice | 2.3 | $1,282.00 |
| Commercial Co-Ventures | 2.6 | $1,282.00 |
| Jennifer Kelley, et al. | 0.9 | $373.50 |
| **TOTAL** | **75.57** | **$39,914.50** |

# EXHIBIT C

# EXPENSE DETAIL

**EXPENSE SUMMARY FOR THE PERIOD FROM**
**AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Teleconferencing | American Teleconferencing Services | $13.50 |
| Document Processing Services | | $270.00 |
| Color Copying | | $10.00 |
| Document Reproduction | | $292.80 |
| Misc. Duplicating | | $1.00 |
| Filing/Court Fees | | $150.00 |
| Local Transportation | | $19.00 |
| Transcript | | $24.00 |
| **Total** | | **$780.30** |