# EXHIBIT B

## Claim No. 6798

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

| Name of Debtor: *Chicago Tribune Company* | Case Number: *08-13152* |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:
*Joann Parker*
*27 North Lockwood*
*Chicago, Illinois 60644*
Telephone number: *708-699-0463*

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
*(If known)*

Filed on:_____

Name and address where payment should be sent (if different from above):
*Same*

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ *undetermined*

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** *Employment discrimination - See Addendum*
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property:$_____   Annual Interest Rate____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____     Basis for perfection: _____

Amount of Secured Claim: $_____     Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)          0000006798

Date: *8/29/11*

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Joann Parker*

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

FOR COURT USE ONLY
FILED | RECEIVED
SEP 01 2011
EPIQ BANKRUPTCY SOLUTIONS, LLC

## ADDENDUM TO PROOF OF CLAIM

Joann Parker was listed by her former employer, the Debtor, Chicago Tribune Company, on its Schedule as an unsecured creditor, under claim # 152074850, in the amount of $2,35. In August, 2009 Joann Parker filed, pro se, a cause of action against the Debtor for employment discrimination based upon race and age for actions by the Debtor from August 2008 until February, 2009. In August, 2010 Joann Parker filed, pro se, a cause of action against the Debtor for employment discrimination based upon violation of the American with Disabilities Act, for actions by the Debtor from August 2008 until February, 2009. Both causes were consolidated before the United States District Court for the Northern District of Illinois, Eastern Division, under case No. 1:10-cv-01457. The value of Joann Parker's claim for alleged discriminatory conduct before the Debtor filed for bankruptcy is undetermined, but Joann Parker asserts a claim in the amount of $125,000.00.

Schedule package pickup right from your home or office at usps.com/pickup

Print postage online - Go to usps.com/postageonline

**PLEASE PRESS FIRMLY**

**PLEASE PRESS FIRMLY**



$5.65

# PRIORITY MAIL®

**UNITED STATES POSTAL SERVICE**

## Flat Rate
## Mailing Envelope

*For Domestic and International Use*

*Visit us at usps.com*

Any amount of mailable material may be enclosed, as long as the envelope is not modified, and the contents are entirely confined within the envelope with the adhesive provided as the means of closure.

INTER...          ...ONS APPLY:

4-PO...
INTE...

Cust...
inte...
or a...



From/Expéditeur: Joann Parker
27 North Lockwood
Chicago, Illinois 606...

RECEIVED
SEP 01 2011

To/Destinataire: Tribune Company Claims Processing
Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

Country of Destination/Pays de destination:


Recycled Paper

Please recycle.