

## Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

February 28, 2011
Invoice No. 5954329

### FEBRUARY INVOICE FOR
### STATEMENT OF
### SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000368
Beverly Hills Surgery Center
0000001927

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 01/28/11 | L. Kohn | 2.00 | Research regarding notice of related filing |
| 01/31/11 | L. Kohn | 0.80 | Draft notice of related case |
|  | Total Hours Worked | 2.80 |  |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $840.00 |
| Less Agreed Discount | (84.00) |
| Adjusted Current Services | 756.00 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $756.00 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



Los Angeles Times Communications LLC
Invoice No. 5954329
Page No. 2

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Associate** | | | |
| Kohn, L. | 2.80 | 270.00 | 756.00 |
| Total | 2.80 | | 756.00 |
| Total All Classes | 2.80 | | $756.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $21,653.46 |
| Current Invoice | $756.00 |
| Total Balance Due This Matter | $22,409.46 |

Kelli Sager



## Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

February 28, 2011
Invoice No. 5954330

FEBRUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:    0026175-000369
DCFS
0000001920

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 01/03/11 | K. Sager | 0.10 | Discussion with J. Glasser regarding status |
| 01/21/11 | J. Glasser | 1.20 | Call with Ms. Goller, Mr. Therolf, and Los Angeles County Counsel and Department of Child and Family Services officials regarding various requests relating to foster family agencies (.7); review records and draft SB39 writ petition (.5) |
| 01/24/11 | J. Glasser | 1.80 | Review records, research and draft writ petition |
| 01/25/11 | J. Glasser | 5.70 | Research and draft SB 39 writ petition |
| 01/26/11 | J. Glasser | 0.40 | Call with Mr. Therolf regarding SB 39 writ petition and related revising of writ petition and communicate with K. Sager |
| | Total Hours Worked | 9.20 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



Los Angeles Times Communications LLC
Invoice No. 5954330
Page No. 2

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $3,015.50 |
| Less Agreed Discount | (301.55) |
| Adjusted Current Services | 2,713.95 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $2,713.95 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 0.10 | 522.00 | 52.20 |
| Total | 0.10 | | 52.20 |
| **Associate** | | | |
| Glasser, J. | 9.10 | 292.50 | 2,661.75 |
| Total | 9.10 | | 2,661.75 |
| Total All Classes | 9.20 | | $2,713.95 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $6,078.71 |
| Current Invoice | $2,713.95 |
| Total Balance Due This Matter | $8,792.66 |

Kelli Sager



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

February 28, 2011
Invoice No. 5954331

FEBRUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:        0026175-000379
Bankruptcy
0000001932

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|--------------------------|
| 01/05/11 | K. Sager | 0.20 | Communicate with Karlene Goller (0.1); communicate with Jim Waggoner (0.1) |
| 01/26/11 | M. Bradley | 1.00 | Revise October fee application |
| 01/27/11 | M. Bradley | 3.40 | Draft fee and cost charts for fee application (November) |
| 01/31/11 | M. Bradley | 2.70 | Prepare fee and cost charts for fee application (December) |
| | Total Hours Worked | 7.30 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



Los Angeles Times Communications LLC
Invoice No. 5954331
Page No. 2

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $1,358.50 |
| Less Agreed Discount | (135.85) |
| Adjusted Current Services | 1,222.65 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $1,222.65 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 0.20 | 522.00 | 104.40 |
| Total | 0.20 | | 104.40 |
| **Paralegal** | | | |
| Bradley, M. | 7.10 | 157.50 | 1,118.25 |
| Total | 7.10 | | 1,118.25 |
| Total All Classes | 7.30 | | $1,222.65 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $7,984.50 |
| Current Invoice | $1,222.65 |
| Total Balance Due This Matter | $9,207.15 |

Kelli Sager


# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Julie Xanders, Esq.
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

February 28, 2011
Invoice No. 5954335

FEBRUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:         0026175-000383
Adjudication Matters

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 01/03/11 | K. Henry | 0.30 | Draft proposed order setting hearing date on adjudication petition |
| 01/05/11 | K. Henry | 0.80 | Draft publication document and publication instructions |
| 01/06/11 | K. Henry | 0.20 | Communications with Mr. Davis regarding publication of adjudication materials |
|  | Total Hours Worked | 1.30 |  |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Filing fee - - APEX ATTORNEY SERVICES INC - 12/23/10 LASC per Y. Godson | 1 | 63.00 |
| Filing fee - - APEX ATTORNEY SERVICES INC - 1/13/11 LASC per Y. Godson | 1 | 48.00 |
| Filing fee - - APEX ATTORNEY SERVICES INC - 1/5/11 LASC per Y. Godson | 1 | 45.50 |
| Outside delivery service - - APEX ATTORNEY SERVICES INC - 1/4/11 LASC per Y. Godson | 1 | 28.00 |
| Outside search service - - APEX ATTORNEY SERVICES INC - 10/15/10 OCSC per Y. Godson | 1 | 486.00 |
| Outside search service - - 12/14/10 LASC Online | 1 | 15.00 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

**Davis Wright Tremaine LLP**

Los Angeles Times Communications LLC
Invoice No. 5954335
Page No. 2

| | |
|---|---|
| Total Current Disbursements | $685.50 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $487.50 |
| Less Agreed Discount | (48.75) |
| Adjusted Current Services | 438.75 |
| Total Current Disbursements | 685.50 |
| | ---------------- |
| Total Current Invoice | $1,124.25 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Associate** | | | |
| Henry, K. | 1.30 | 337.50 | 438.75 |
| | ------------ | | ---------------- |
| Total | 1.30 | | 438.75 |
| | ------------ | | ---------------- |
| Total All Classes | 1.30 | | $438.75 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $12,975.55 |
| Current Invoice | $1,124.25 |
| | -------------------- |
| Total Balance Due This Matter | $14,099.80 |

Kelli Sager


## Davis Wright
## Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

February 28, 2011
Invoice No. 5954712

FEBRUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000385
Long Beach Police Association

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|-------------------------|
| 01/03/11 | K. Sager | 0.20 | Discussion with J. Glasser regarding brief opposing preliminary injunction |
| 01/03/11 | J. Glasser | 1.80 | Confer with K. Sager regarding opposing request for preliminary injunction sought by Long Beach Police Officers Association (.1); research and draft motion to intervene and to oppose request for preliminary injunction (1.7) |
| 01/04/11 | J. Glasser | 1.80 | Call with Ms. Goller and Mr. Lait (.2); research and draft opposition to preliminary injunction request (1.6) |
| 01/05/11 | K. Sager | 0.20 | Communicate with P. Bibring and communicate with J. Glasser regarding amici brief |
| 01/05/11 | J. Glasser | 5.40 | Research and draft opposition to order to show cause regarding preliminary injunction (5.3); correspondence with counsel for ACLU regarding amici brief (.1) |
| 01/06/11 | K. Sager | 0.40 | Communicate with P. Bibring (.2); communications with J. Glasser (.2) |
| 01/09/11 | K. Sager | 2.00 | Review and revise motion to intervene and opposition to injunction, including review of Long Beach Police Officers Association's papers, CPRA request, and communications with J. Glasser regarding brief |
| 01/09/11 | J. Glasser | 1.70 | Research and revise opposition to plaintiffs' request for a preliminary injunction sought by Long Beach Police Officers Association |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage   New York   Seattle
Bellevue    Portland   Shanghai
Los Angeles San Francisco Washington, D.C.

www.dwt.com



Los Angeles Times Communications LLC
Invoice No. 5954712
Page No. 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 01/10/11 | K. Sager | 0.40 | Review and revise declaration and evidentiary objections |
| 01/10/11 | J. Glasser | 2.50 | Draft declarations and evidentiary objections, revise writ opposition |
| 01/10/11 | W. Gonzaque-Taylor | 1.00 | Confer with A. Patterson regarding cite checking of Opposition to OSC regarding Preliminary Injunction (.2); follow-up with J. Glasser and A. Patterson regarding same (.1); pull Federal citations in Lexis (.3); prepare appendix of Non- California Authorities in support of Opposition to OSC regarding Preliminary Injunction (.3); confer with J. Glasser regarding same (.1) |
| 01/10/11 | W. Patterson | 4.10 | Sheppardize and cite-check opposition to OSC regarding Preliminary Injunction |
| 01/11/11 | K. Sager | 0.80 | Final revisions to brief and declarations and communications with J. Glasser regarding same |
| 01/11/11 | J. Glasser | 2.40 | Revise Winton and Glasser declarations, evidentiary objections, and opposition to request for preliminary injunction |
| 01/16/11 | A. Wickers | 1.20 | Prepare for hearing on preliminary injunction |
| 01/17/11 | A. Wickers | 2.40 | Prepare for hearing on preliminary injunction motion |
| 01/18/11 | K. Sager | 0.40 | Communicate with J. Glasser regarding hearing (.1); discussion with A. Wickers regarding hearing today (.3) |
| 01/18/11 | A. Wickers | 4.20 | Attend hearing on preliminary injunction motion in Long Beach |
| 01/20/11 | A. Wickers | 0.80 | Review court's order denying preliminary injunction motion (.5); telephone calls with Mr. Trott and Ms. Checel regarding same and ex parte application (.3) |
| 01/21/11 | A. Wickers | 0.20 | Review letter between POA and City |
| 01/22/11 | K. Sager | 0.20 | Communicate with P. Bibring regarding Court of Appeal and communicate with A. Wickers regarding same |
| 01/23/11 | K. Sager | 0.40 | Review final order (.3); communicate with A. Wickers regarding ex parte hearing (.1) |
| 01/24/11 | K. Sager | 0.30 | Communicate with A. Wickers and team (.2); telephone conference with Ms. Goller regarding amici (.1) |
| 01/24/11 | A. Wickers | 3.60 | Attend hearing on ex parte application in Long Beach (3.4); communicate with Ms. Goller and K. Sager regarding same (.2) |
| 01/24/11 | J. Glasser | 0.30 | Draft notice of entry of order denying preliminary injunction requested by Long Beach Police Officers Association |
| 01/26/11 | K. Sager | 0.20 | Communicate with G. Cummins |
|  | Total Hours Worked | 38.90 |  |

**Davis Wright
Tremaine LLP**

Los Angeles Times Communications LLC
Invoice No. 5954712
Page No. 3

## DISBURSEMENT DETAIL

| **DESCRIPTION** | **QUANTITY** | **AMOUNT** |
|---|---|---|
| Photocopy Charges | 234 | 52.20 |
| Total Current Disbursements | | $52.20 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $15,918.00 |
| Less Agreed Discount | (1,591.80) |
| Adjusted Current Services | 14,326.20 |
| Total Current Disbursements | 52.20 |
| | ---------------- |
| Total Current Invoice | $14,378.40 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 5.50 | 522.00 | 2,871.00 |
| Wickers, A. | 12.40 | 468.00 | 5,803.20 |
| Total | 17.90 | | 8,674.20 |
| **Associate** | | | |
| Glasser, J. | 15.90 | 292.50 | 4,650.75 |
| Total | 15.90 | | 4,650.75 |
| **Paralegal** | | | |
| Gonzaque-Taylor, W. | 1.00 | 171.00 | 171.00 |
| Patterson, W. | 4.10 | 202.50 | 830.25 |
| Total | 5.10 | | 1,001.25 |
| Total All Classes | 38.90 | | $14,326.20 |

**Davis Wright Tremaine** LLP

Los Angeles Times Communications LLC
Invoice No. 5954712
Page No. 4

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $25,628.69 |
| Current Invoice | $14,378.40 |
| | --------------------- |
| Total Balance Due This Matter | $40,007.09 |

Kelli Sager



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

February 28, 2011
Invoice No. 5954715

FEBRUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:        0026175-000387
Dorn

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 01/03/11 | K. Sager | 0.20 | Discussion with J. Glasser regarding brief on sealing |
| 01/03/11 | J. Glasser | 0.70 | Research and draft motion opposing closure of proceedings and sealing of documents in Dorn divorce case |
| 01/04/11 | K. Sager | 0.30 | Discussion with J. Glasser regarding sealing issues |
| 01/04/11 | J. Glasser | 3.40 | Review docket regarding sealing orders in Dorn case and related conferring with K. Sager (.2); review of documents regarding sealing and closure requests (.5); research and draft opposition to sealing and closure request by Daniel Dorn (2.7) |
| 01/05/11 | K. Sager | 1.10 | Review and revise motion to intervene and against sealing/closure and communicate with Ms. Goller |
| 01/05/11 | J. Glasser | 0.40 | Call with Ms. Meyer concerning Abbie Dorn's position on sealing and closure issues and related revising of brief |
| 01/06/11 | K. Sager | 0.30 | Communications with J. Glasser regarding unsealing motion |
| 01/06/11 | J. Glasser | 0.30 | Communicate with K. Sager regarding sealing motion (.1); communicate with Ms. Goller concerning sealing motion filed by counsel for Daniel Dorn (.1); review cite check (.1) |
| 01/06/11 | K. Roth | 2.30 | Cite check Motion to Intervene |
| 01/07/11 | K. Sager | 0.40 | Telephone conference with Ms. Goller regarding brief |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|--------------------------|
| | | | and finalize same |
| 01/07/11 | J. Glasser | 0.40 | Revise motion to intervene and to oppose closure of court proceedings |
| 01/11/11 | K. Sager | 0.30 | Communicate with J. Glasser regarding opposition papers and reply |
| 01/13/11 | K. Sager | 1.00 | Review plaintiff's opposition to sealing and review and revise reply |
| 01/13/11 | J. Glasser | 6.40 | Research and draft reply brief in Dorn divorce case (6.3); correspondence with K. Roth regarding opposition brief filed by Daniel Dorn and pulling cases for K. Sager's oral argument preparation (.1) |
| 01/14/11 | K. Sager | 1.40 | Communications with J. Glasser regarding reply brief (.4); review and revise reply brief (1.0) |
| 01/14/11 | J. Glasser | 3.80 | Revise Dorn reply, and related call with K. Sager |
| 01/17/11 | K. Sager | 2.50 | Review pleadings, cases and outline argument for hearing tomorrow |
| 01/18/11 | K. Sager | 3.00 | Prepare for and attend hearing on sealing of custody file (2.8); communicate with clients (.2) |
| 01/21/11 | K. Sager | 0.30 | Communications with Ms. LaGanga and Ms. Goller |
| 01/24/11 | K. Sager | 0.20 | Review final order from court |
| | Total Hours Worked | 28.70 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 1 | 52.20 |
| Total Current Disbursements | | $52.20 |

## PLEASE REMIT WITH PAYMENT

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $11,672.50 |
| Less Agreed Discount | (1,167.25) |
| Adjusted Current Services | 10,505.25 |
| Total Current Disbursements | 52.20 |
| | ---------------- |
| Total Current Invoice | $10,557.45 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 11.00 | 522.00 | 5,742.00 |
| Total | 11.00 | | 5,742.00 |
| **Associate** | | | |
| Glasser, J. | 15.40 | 292.50 | 4,504.50 |
| Total | 15.40 | | 4,504.50 |
| **Paralegal** | | | |
| Roth, K. | 2.30 | 112.50 | 258.75 |
| Total | 2.30 | | 258.75 |
| Total All Classes | 28.70 | | $10,505.25 |

## PLEASE REMIT WITH PAYMENT

Anchorage      New York      Seattle
Bellevue       Portland      Shanghai
Los Angeles    San Francisco Washington, D.C.

www.dwt.com



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $4,994.92 |
| Current Invoice | $10,505.25 |
| | --------------------- |
| Total Balance Due This Matter | $15,500.17 |

### PLEASE REMIT WITH PAYMENT

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

February 28, 2011
Invoice No. 5954716

FEBRUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000388
1 800 GET THIN, LLC

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 01/17/11 | K. Sager | 0.40 | Review latest retraction demand (regarding Pfeiffer article) and communicate with Ms. Goller and J. Glasser regarding same |
| 01/19/11 | K. Sager | 0.50 | Communications with Ms. Goller regarding trademark suit (.3); E-mail correspondence to plaintiff's counsel (.2) |
| 01/19/11 | L. Kohn | 0.20 | Communicate with K. Sager regarding response to retraction demand |
| 01/19/11 | L. Kohn | 1.50 | Review and analyze retraction demands and complaint |
| 01/21/11 | K. Sager | 0.40 | Review materials regarding federal court action |
| 01/23/11 | K. Sager | 0.70 | Review retraction demands and materials regarding lawsuit against Michael Hiltzik |
| 01/24/11 | K. Sager | 0.50 | Discussion with J. Glasser and L. Kohn regarding response to complaint and strategy (.2); telephone conference with Ms. Goller regarding lawsuit and articles (.3) |
| 01/24/11 | L. Kohn | 0.80 | Meeting with K. Sager and J. Glasser regarding lawsuit and retraction demands (.5); communicate with paralegal regarding search for corporate filings (.3) |
| 01/24/11 | L. Kohn | 3.00 | Research concerning procedural issues where related plaintiffs have filed multiple lawsuits in state and federal court |
| 01/24/11 | W. Gonzaque-Taylor | 0.10 | Confer with L. Kohn regarding "1-800-Get-Thin" |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| <u>DATE</u> | <u>PROFESSIONAL</u> | <u>TIME</u> | <u>DESCRIPTION OF SERVICES</u> |
|---|---|---|---|
| | | | entities |
| 01/25/11 | L. Kohn | 2.50 | Legal research regarding defenses to trademark claim against Michael Hiltzik |
| 01/25/11 | W. Gonzaque-Taylor | 1.00 | Review of Los Angeles County Records Office website for Fictitious Business Name Applications for Almont Ambulatory Surgery Center, A Medical Corporation, Almont Ambulatory Surgery Center, LLC, Beverly Hills Surgery Center LLC, Top Surgeons LLC, Pacific Surgical and Laser Institute, a Medical Corporation (.2); review of California Medical Board website regarding Fictitious Name Permits for Almont Ambulatory Surgery Center, A Medical Corporation and Pacific Surgical and Laser Institute and Top Surgeons Inc. (.2); review of California Department of Corporation filings for shareholder information on Almont Surgery Center, Pacific Surgical Laser Institute and Top Surgeons Inc. (.2); prepare memo to Sandi Larson of CL@S corporate service regarding pricing for California Secretary of State certified copies and copies from Los Angeles County Recorders Office (.1); confer with L. Kohn regarding same (.1); research regarding licensing information on the surgical centers with the California Department of Public Health Licensing and Certification Division (.2) |
| 01/26/11 | K. Sager | 0.50 | Discussion with L. Kohn regarding procedural posture (.2); communications with M. Gonzaque-Taylor and L. Kohn regarding corporate records search (.3) |
| 01/26/11 | L. Kohn | 0.40 | Communicate with K. Sager and J. Glasser regarding responses to retraction demands (.2); communicate with K. Sager regarding retrieval of BHSC and related entities' city and state filings (.2) |
| 01/27/11 | L. Kohn | 1.80 | Research on disparagement and dilution under the Lanham Act |
| 01/27/11 | L. Kohn | 3.70 | Draft letter to Mr. Robert Silverman in response to Pfeifer article retraction demand (3.5); communicate with paralegal regarding retrieval of BHSC and related entities' corporate filings (.2) |
| 01/27/11 | W. Gonzaque-Taylor | 1.00 | Follow-up telephone call to the California Medical Board regarding Public Document Request for Fictitious Business Name Permits; prepare memo to L. Kohn regarding research results from the California |

PLEASE REMIT WITH PAYMENT

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

**Davis Wright**
**Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| <u>DATE</u> | <u>PROFESSIONAL</u> | <u>TIME</u> | <u>DESCRIPTION OF SERVICES</u> |
|---|---|---|---|
| | | | Medical Board, California Secretary of State on the 1-800-Get THIN entities; prepare memo with instructions to Apex Attorney Service requesting certified copies of the Fictitious Business Name Statements of the 1800 Get Thin entities |
| 01/28/11 | K. Sager | 0.30 | Communications with L. Kohn regarding corporate documents |
| 01/28/11 | L. Kohn | 0.20 | Communicate with paralegal regarding corporate documents to obtain from Secretary of State |
| 01/28/11 | L. Kohn | 2.00 | Draft letter to Mr. Robert Silverman regarding 1800 GET THIN LLC's retraction demand and trademark claims |
| 01/28/11 | W. Gonzaque-Taylor | 1.00 | Prepare follow-up memo to L. Kohn regarding obtaining certified records from the California Medical Board and California Secretary of State; prepare order instructions to Ms. Larson (Corporation Service Co.) requesting certified copies of records from the California Secretary of State; review of Fictitious Business Name filings received from Los Angeles County Recorder (Top Surgeons, Inc., Top Surgeons, LLC, 1800 Get Thin, Beverly Hills Surgery Center, LLC, Almont Ambulatory Surgery Center, Inc.) and prepare memo to L. Kohn regarding same; prepare draft of letter to California Medical Board requesting Fictitious Business Name Permits |
| 01/31/11 | L. Kohn | 2.00 | Revise letter to Mr. Robert Silverman regarding 1 800 GET THIN, LLC's retraction demand and trademark claims |
| 01/31/11 | W. Gonzaque-Taylor | 0.50 | Prepare Public Document Request form for the Fictitious Name Permit Applications; finalized letter to Medical Board of California for the Fictitious Name Permit Applications of Top Surgeons, Inc., Top Surgeons Plastic Surgery & Dermatology Inc, TopSurgeons Inc., TopSurgeons Plastic Surgery & Dermatology, Inc. and Pacific Surgical & Laser Institute Inc. |
| | Total Hours Worked | 25.00 | |

## DISBURSEMENT DETAIL

### PLEASE REMIT WITH PAYMENT

Anchorage    New York    Seattle
Bellevue    Portland    Shanghai
Los Angeles    San Francisco    Washington, D.C.

www.dwt.com



Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Photocopy Charges | 13 | 52.20 |
| Professional services - - MEDICAL BOARD OF CALIFORNIA - 1/31/11 5 fictitious name permit for 5 different names per T. Reynoso | 1 | 50.00 |
| Total Current Disbursements | | $102.20 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $8,028.00 |
| Less Agreed Discount | (802.80) |
| Adjusted Current Services | 7,225.20 |
| Total Current Disbursements | 102.20 |
| | ---------------- |
| Total Current Invoice | $7,327.40 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 3.30 | 522.00 | 1,722.60 |
| Total | 3.30 | | 1,722.60 |
| **Associate** | | | |
| Kohn, L. | 18.10 | 270.00 | 4,887.00 |
| Total | 18.10 | | 4,887.00 |
| **Paralegal** | | | |
| Gonzaque-Taylor, W. | 3.60 | 171.00 | 615.60 |
| Total | 3.60 | | 615.60 |

## PLEASE REMIT WITH PAYMENT

Anchorage    New York    Seattle
Bellevue    Portland    Shanghai
Los Angeles    San Francisco    Washington, D.C.

www.dwt.com

# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

|  | ------------ | --------------- |
|--|--------------|-----------------|
| Total All Classes | 25.00 | $7,225.20 |

## STATEMENT OF ACCOUNT

| Balance from Previous Statement | $3,595.73 |
|---------------------------------|-----------|
| Current Invoice | $7,327.40 |
| | --------------------- |
| Total Balance Due This Matter | $10,923.13 |

## PLEASE REMIT WITH PAYMENT

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



## Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

February 28, 2011
Invoice No. 5954956

FEBRUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000317
Los Angeles County Sheriff CPRA
0000001714

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|----------|------------------|----------|------------------------------|
| 01/28/11 | K. Sager | 0.40 | Telephone conference with Ms. Kim and Ms. Goller |
| 01/29/11 | K. Sager | 0.20 | Review materials from Ms. Kim and communicate with team regarding same |
| | Total Hours Worked | 0.60 | |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $348.00 |
| Less Agreed Discount | (34.80) |
| Adjusted Current Services | 313.20 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $313.20 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

## Davis Wright
## Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

### SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 0.60 | 522.00 | 313.20 |
| Total | 0.60 | | 313.20 |
| Total All Classes | 0.60 | | $313.20 |

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $20,424.75 |
| Current Invoice | $313.20 |
| Total Balance Due This Matter | $20,737.95 |

### PLEASE REMIT WITH PAYMENT

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com


# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

February 28, 2011
Invoice No. 5957216

### FEBRUARY INVOICE FOR
### STATEMENT OF
### SERVICES AND DISBURSEMENTS

Matter No.:        0026175-000366
Littlefield
0000001918

### DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Outside delivery service - - NATIONWIDE LEGAL INC - 12/14/10 LASC per C. Solano | 1 | 10.00 |
| Total Current Disbursements | | $10.00 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage      New York        Seattle
Bellevue       Portland        Shanghai
Los Angeles    San Francisco   Washington, D.C.

www.dwt.com

Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No. 5957216
Page No. 2

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $0.00 |
| Less Agreed Discount | 0.00 |
| Adjusted Current Services | 0.00 |
| Total Current Disbursements | 10.00 |
| | ---------------- |
| Total Current Invoice | $10.00 |

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $5,234.54 |
| Current Invoice | $10.00 |
| | -------------------- |
| Total Balance Due This Matter | $5,244.54 |



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

February 28, 2011
Invoice No. 5958075

FEBRUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:        0026175-000004
General/Advice

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 01/10/11 | C. Marcos | 0.50 | Confer with M. Gonzaque-Taylor regarding pulling federal citations (.2); confer with C. Gilbertson regarding Lois Law for pulling of federal citations for Appendix of Non-California authorities in support of Oppostion to Order to Show Cause regarding preliminary injunction (.3) |
| 01/12/11 | C. Marcos | 3.00 | Review briefs and pull all legal authorities used using Lexis-Nexis and Loislaw |
| 01/12/11 | K. Roth | 0.90 | Review brief regarding Motion to Intervene and prepare reference set of all authorities cited |
| 01/14/11 | A. Wickers | 0.30 | Review proposed license regarding images for use in Calendar section article and communicate with Ms. Hively regarding same |
| 01/14/11 | K. Roth | 2.10 | Prepare reference set of authorities for hearing |
| 01/15/11 | A. Wickers | 0.60 | Pre-publication legal review of profile article and communicate with Mr. Clow regarding same |
| 01/17/11 | A. Wickers | 0.20 | Telephone call from Ms. Hively regarding license |
|  | Total Hours Worked | 7.60 |  |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage        New York        Seattle
Bellevue         Portland        Shanghai
Los Angeles      San Francisco   Washington, D.C.

www.dwt.com

# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $1,384.50 |
| Less Agreed Discount | (138.45) |
| Adjusted Current Services | 1,246.05 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $1,246.05 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Wickers, A. | 1.10 | 468.00 | 514.80 |
| | ------------ | | ---------------- |
| Total | 1.10 | | 514.80 |
| **Paralegal** | | | |
| Marcos, C. | 3.50 | 112.50 | 393.75 |
| Roth, K. | 3.00 | 112.50 | 337.50 |
| | ------------ | | ---------------- |
| Total | 6.50 | | 731.25 |
| | ------------ | | ---------------- |
| Total All Classes | 7.60 | | $1,246.05 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $10,493.53 |
| Current Invoice | $1,246.05 |
| | --------------------- |
| Total Balance Due This Matter | $11,739.58 |

### PLEASE REMIT WITH PAYMENT

Anchorage    New York    Seattle
Bellevue    Portland    Shanghai
Los Angeles    San Francisco    Washington, D.C.

www.dwt.com



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn. Julie Xanders
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

February 28, 2011
Invoice No. 5954333

FEBRUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:        0026175-000380
Ad Development

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 01/14/11 | A. Wickers | 1.00 | Review proposed movie ads (.3); telephone call with Ms. Xanders and Ms. White (.7) |
| 01/23/11 | A. Wickers | 0.30 | Review ad and brief research regarding potential right of publicity issues (.3) |
| | Total Hours Worked | 1.30 | |

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

| | |
|---|---|
| Total Current Services | $676.00 |
| Less Agreed Discount | (67.60) |
| Adjusted Current Services | 608.40 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $608.40 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



Los Angeles Times Communications LLC
Invoice No. 5954333
Page No. 2

### SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Wickers, A. | 1.30 | 468.00 | 608.40 |
| Total | 1.30 | | 608.40 |
| Total All Classes | 1.30 | | $608.40 |

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $6,474.02 |
| Current Invoice | $608.40 |
| Total Balance Due This Matter | $7,082.42 |

Kelli Sager



**Davis Wright Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

February 28, 2011
Invoice No. 5986218

FEBRUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000386
Michael Omidi, M.D.

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 01/03/11 | K. Sager | 0.20 | Discussion with J. Glasser regarding response to Silverman e-mail |
| 01/03/11 | J. Glasser | 0.20 | Confer with K. Sager regarding libel lawsuit against Mr. Hiltzik and Mr. Silverman's letters |
| 01/04/11 | K. Sager | 0.20 | Discussion with J. Glasser regarding letter response and notice to preserve |
| 01/04/11 | J. Glasser | 2.40 | Call with Ms. Goller (.1); research and draft response letter to Mr. Silverman (2.3) |
| 01/05/11 | K. Sager | 0.50 | Review and revise letter to Omidi's counsel regarding Hiltzik suit and communicate with Ms. Goller regarding same |
| 01/06/11 | K. Sager | 0.30 | Communicate with Ms. Goller regarding letter and revise same |
| 01/06/11 | J. Glasser | 0.10 | Revise letter to Mr. Silverman |
| 01/07/11 | K. Sager | 0.80 | Telephone conference from "Brian Oxman" (.3); communicate with Ms. Goller regarding same (.1); communications with Ms. Goller and with Mr. Hiltzik regarding Oxman and regarding retraction demand (.4) |
| 01/08/11 | K. Sager | 0.90 | Review latest retraction demand from Silverman and communications from Ms. Goller and Mr. Hiltzik (.5); review materials and retraction demand (.4) |
| 01/10/11 | K. Sager | 0.20 | Communicate with Ms. Goller and telephone conference with J. Glasser regarding response to |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
|      |              |      | retraction demand |
| 01/12/11 | J. Glasser | 5.10 | Research and draft letter brief responding to retraction demands |
| 01/13/11 | J. Glasser | 0.20 | Research and draft letter brief responding to retraction demands |
| 01/24/11 | K. Sager | 0.30 | Discussion with J. Glasser and L. Kohn regarding response to complaint and strategy |
| 01/24/11 | J. Glasser | 0.50 | Meeting with K. Sager and L. Kohn regarding lawsuit filed by Omidi |
| 01/26/11 | K. Sager | 0.50 | Discussion with J. Glasser regarding retraction demand and response (.2); review and revise letter (.3) |
| 01/26/11 | J. Glasser | 2.70 | Research and draft retraction demand response letter addressing Mr. Omidi's latest letters |
| 01/27/11 | K. Sager | 0.40 | Communicate with Mr. Sennett regarding retraction demand for KTLA (.1); review materials for correction letter (.3) |
| 01/28/11 | K. Sager | 0.40 | Discussion with J. Glasser regarding response to retraction demands and telephone conference with Ms. Goller regarding same and regarding latest Silverman communication |
| 01/28/11 | J. Glasser | 1.80 | Revise letter responding to various correspondence sent by Mr. Silverman |
|  | Total Hours Worked | 17.70 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 26 | 52.20 |
| Total Current Disbursements | | $52.20 |

## PLEASE REMIT WITH PAYMENT

Anchorage   New York   Seattle
Bellevue   Portland   Shanghai
Los Angeles   San Francisco   Washington, D.C.

www.dwt.com


## Davis Wright
## Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $6,951.00 |
| Less Agreed Discount | (695.10) |
| Adjusted Current Services | 6,255.90 |
| Total Current Disbursements | 52.20 |
| | ---------------- |
| Total Current Invoice | $6,308.10 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 4.70 | 522.00 | 2,453.40 |
| | ------------ | | ---------------- |
| Total | 4.70 | | 2,453.40 |
| **Associate** | | | |
| Glasser, J. | 13.00 | 292.50 | 3,802.50 |
| | ------------ | | ---------------- |
| Total | 13.00 | | 3,802.50 |
| | ------------ | | ---------------- |
| Total All Classes | 17.70 | | $6,255.90 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $481.14 |
| Current Invoice | $6,308.10 |
| | --------------------- |
| Total Balance Due This Matter | $6,789.24 |

## PLEASE REMIT WITH PAYMENT

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com