**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Attn: Karlene W. Goller, Esq.
Vice President & Deputy General Counsel
Los Angeles Times Communications LLC
145 S. Spring Street, 3rd Floor
Los Angeles, California 90012

March 22, 2011
Invoice No. 5959943

MARCH INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.        0026175-000389
Pension Amici Matter

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|--------------------------|
| 11/15/10 | J. Glasser | 2.40 | Review records and research and draft media amici brief seeking access to pension records in Third Appellate District |
| 11/16/10 | J. Glasser | 4.60 | Research and draft media amici brief seeking access to pension records in Third Appellate District |
| 11/17/10 | J. Glasser | 1.80 | Research and draft media amici brief seeking access to pension records in Third Appellate District |
| 11/18/10 | J. Glasser | 7.60 | Research and draft media amici brief seeking access to pension records |
| 11/19/10 | T. Burke | 0.30 | Provide guidance to J. Glasser regarding theme and strategic focus of media amici brief |
| 11/19/10 | J. Glasser | 9.10 | Research and draft amici brief seeking access to pension records; prepare media amici request for judicial notice exhibits; correspondence with Mr. Olson and D. Carolan regarding including point on interchangeability of terms "personal" and individual" |
| 11/20/10 | J. Glasser | 4.60 | Research and draft media amici brief seeking access to pension records; draft request for judicial notice and Carolan declaration; correspondence with Mr. Olson and D. Carolan regarding meaning of language |

| Anchorage | New York | Seattle | |
|-----------|----------|---------|---|
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington, D.C. | www.dwt.com |



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| | | | regarding upon order of a court of competent jurisdiction |
| 11/22/10 | T. Burke | 3.10 | Review and revise draft amici brief and provide further direction to D. Carolan regarding same |
| 11/23/10 | T. Burke | 0.80 | Review revisions and assist D. Carolan regarding analysis of additional legal argument to make and HIPAA authorities to support same |
| 11/23/10 | D. Carolan | 6.10 | Review and revise draft amici brief; review cases under HIPAA for potential argument to add to brief; confer with T. Burke regarding same; draft additional argument regarding interpretation of statutory language using HIPAA analogy; coordinate amici descriptions and parties |
| 11/24/10 | D. Carolan | 3.00 | Prepare application in support of amici brief; coordinate amici parties and descriptions; review emails from amici regarding description |
| 11/29/10 | D. Carolan | 2.80 | Coordinate final edits to briefs; confer with T. Newton regarding amici participants and descriptions |
| 11/30/10 | D. Carolan | 0.30 | Follow-up regarding service on amici parties; confer with clerk regarding same |
| | Total Hours | 46.50 | |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $17,790.50 |
| Total Current Disbursements | 0.00 |
| | --------------- |
| Total Current Invoice | $17,100.39 |
| Your Portion of Amount Due at 9.5% | $1,690.11 |
| Less Courtesy Discount | $(690.11) |
| Adjusted Current Invoice | $1,000.00 |

### PLEASE REMIT WITH PAYMENT

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## STATEMENT OF ACCOUNT

Current Invoice                                        $1,000.00

Total Balance Due This Matter                          $1,000.00

### PLEASE REMIT WITH PAYMENT

Anchorage        New York        Seattle
Bellevue         Portland        Shanghai
Los Angeles      San Francisco   Washington, D.C.                    www.dwt.com



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

March 31, 2011
Invoice No. 5962203

MARCH INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000106
Newsracks/General

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 02/09/11 | A. Wickers | 0.20 | Telephone call with Mr. Marnien regarding letter to City of Santa Monica about proposed newsrack fee increase (.2) |
| 02/11/11 | A. Wickers | 1.20 | Prepare letter to City of Santa Monica regarding proposed fee increase (1.0); communicate with Mr. Marnien (.2) |
| 02/19/11 | A. Wickers | 0.90 | Finalize letter to City of Santa Monica regarding fee increase (.9) |
|  | Total Hours Worked | 2.30 |  |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $1,196.00 |
| Less Agreed Discount | (119.60) |
| Adjusted Current Services | 1,076.40 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $1,076.40 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Wickers, A. | 2.30 | 468.00 | 1,076.40 |
| | ------------ | | --------------- |
| Total | 2.30 | | 1,076.40 |
| | ------------ | | --------------- |
| Total All Classes | 2.30 | | $1,076.40 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $2,411.44 |
| Less Payments Received as of 12/20/10 - TRIBUNE CO - ACH | ($2,274.58) |
| Current Invoice | $1,076.40 |
| | --------------------- |
| Total Balance Due This Matter | $1,213.26 |

### PLEASE REMIT WITH PAYMENT

Anchorage    New York    Seattle
Bellevue     Portland    Shanghai
Los Angeles  San Francisco  Washington, D.C.

www.dwt.com


**Davis Wright Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

March 31, 2011
Invoice No. 5962204

MARCH INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000317
Los Angeles County Sheriff CPRA
0000001714

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 02/09/11 | J. Glasser | 6.40 | Research and draft mootness brief concerning names of deputy sheriffs who shot and killed A. Cody Jr. and D. Collins |
| 02/23/11 | K. Sager | 2.20 | Review and revise motion regarding mootness (1.5); communicate with J. Glasser regarding civil suits (0.2); further revisions to motion and communicate with Ms. Goller regarding same (0.5) |
| 02/23/11 | J. Glasser | 0.20 | Communicate with K. Sager regarding documents from civil case establishing identities of shooting deputies and related review of documents |
| | Total Hours Worked | 8.80 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage      New York      Seattle
Bellevue       Portland      Shanghai
Los Angeles    San Francisco Washington, D.C.

www.dwt.com

# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $3,421.00 |
| Less Agreed Discount | (342.10) |
| Adjusted Current Services | 3,078.90 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $3,078.90 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 2.20 | 522.00 | 1,148.40 |
| Total | 2.20 | | 1,148.40 |
| **Associate** | | | |
| Glasser, J. | 6.60 | 292.50 | 1,930.50 |
| Total | 6.60 | | 1,930.50 |
| Total All Classes | 8.80 | | $3,078.90 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $15,837.65 |
| Current Invoice | $3,078.90 |
| | --------------------- |
| Total Balance Due This Matter | $18,916.55 |

## PLEASE REMIT WITH PAYMENT

Anchorage    New York    Seattle
Bellevue    Portland    Shanghai
Los Angeles    San Francisco    Washington, D.C.

www.dwt.com


# Davis Wright
## Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

March 31, 2011
Invoice No. 5962209

MARCH INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000386
Michael Omidi, M.D.

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 02/01/11 | K. Sager | 0.40 | Telephone conference with R. Silverman and communicate with clients regarding same |
| 02/03/11 | K. Sager | 0.30 | Revise letter regarding Omidi suit and retraction demands |
| 02/03/11 | W. Gonzaque-Taylor | 0.10 | Communicate with L. Kohn regarding public document request to California Medical Board |
| 02/04/11 | K. Sager | 3.20 | Draft e-mail correspondence to R. Silverman and communicate with clients regarding same (.8); review and revise retraction demand response (.7); review KTLA e-mail from Silverman (.1); review Silverman response and communicate with Ms. Goller regarding same (.2); review materials and revise response to demand letters (1.4) |
| 02/04/11 | L. Kohn | 1.00 | Revise notice of related cases (.8); communicate with K. Sager regarding notice (.2) |
| 02/05/11 | K. Sager | 0.30 | Draft response to Silverman e-mail |
| 02/05/11 | J. Glasser | 0.10 | Correspondence with K. Sager regarding January 22 letter and related issues |
| 02/06/11 | J. Glasser | 0.10 | Correspondence with Mr. Hiltzik, Ms. Goller, and K. Sager regarding Mr. Silverman's January 14 letter |
| 02/07/11 | K. Sager | 0.20 | Communicate with J. Glasser and communicate with Ms. Goller regarding responses to Silverman |
| 02/07/11 | J. Glasser | 2.00 | Revise letter brief and related correspondence with |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| | | | clients and K. Sager (1.6); call with Ms. Goller regarding revisions to letter brief (.4) |
| 02/07/11 | L. Kohn | 0.40 | Review documents from California Secretary of State regarding Beverly Hills Surgery Center, Top Surgeons, and related entities |
| 02/07/11 | W. Gonzaque-Taylor | 0.30 | Review of incoming documents from the California Secretary of State |
| 02/12/11 | K. Sager | 0.30 | Communicate with clients regarding Silverman comments on latest article and communicate with J. Glasser and L. Kohn regarding same |
| 02/24/11 | L. Kohn | 0.20 | Review fictitious name permits from the California Medical Board for Top Surgeons and related entities |
| 02/24/11 | W. Gonzaque-Taylor | 0.20 | Review of certified copies of Fictitious Name Permit applications from the California Medical Board (.1); prepare email memo to L. Kohn regarding Fictitious Name Permit applications (.1) |
| | Total Hours Worked | 9.10 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 350 | 35.00 |
| Outside delivery service - - FEDERAL EXPRESS - 12/28/10 Karlene Goller per G. Pasquale | 1 | 8.40 |
| Total Current Disbursements | | $43.40 |

## PLEASE REMIT WITH PAYMENT

Anchorage        New York        Seattle
Bellevue         Portland        Shanghai
Los Angeles      San Francisco   Washington, D.C.                    www.dwt.com



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $4,035.00 |
| Less Agreed Discount | (403.50) |
| Adjusted Current Services | 3,631.50 |
| Total Current Disbursements | 43.40 |
| | ---------------- |
| Total Current Invoice | $3,674.90 |

### SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 4.70 | 522.00 | 2,453.40 |
| | ------------ | | --------------- |
| Total | 4.70 | | 2,453.40 |
| **Associate** | | | |
| Glasser, J. | 2.20 | 292.50 | 643.50 |
| Kohn, L. | 1.60 | 270.00 | 432.00 |
| | ------------ | | --------------- |
| Total | 3.80 | | 1,075.50 |
| **Paralegal** | | | |
| Gonzaque-Taylor, W. | 0.60 | 171.00 | 102.60 |
| | ------------ | | --------------- |
| Total | 0.60 | | 102.60 |
| | ------------ | | --------------- |
| Total All Classes | 9.10 | | $3,631.50 |

### PLEASE REMIT WITH PAYMENT

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## STATEMENT OF ACCOUNT

Balance from Previous Statement                $6,958.44

Current Invoice                                            $3,674.90

                                                     ---------------------
Total Balance Due This Matter                 $10,633.34

PLEASE REMIT WITH PAYMENT

Anchorage      New York      Seattle
Bellevue       Portland      Shanghai
Los Angeles    San Francisco Washington, D.C.                    www.dwt.com



# Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

March 31, 2011
Invoice No. 5962383

MARCH INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000004
General/Advice

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 02/11/11 | A. Wickers | 0.90 | Pre-publication legal review of article (.5); review letters from counsel (.1); telephone calls with Mr. Lait regarding draft article (.3) |
| 02/23/11 | K. Sager | 1.50 | Seminar at Los Angeles Times for Special Section group (No Charge) |
|  | Total Hours Worked | 2.40 |  |

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

| | |
|---|---|
| Total Current Services | $468.00 |
| Less Agreed Discount | (46.80) |
| Adjusted Current Services | 421.20 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $421.20 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 1.50 | 0.00 | 0.00 |
| Wickers, A. | 0.90 | 468.00 | 421.20 |
| Total | 2.40 | | 421.20 |
| Total All Classes | 2.40 | | $421.20 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $10,289.68 |
| Current Invoice | $421.20 |
| Total Balance Due This Matter | $10,710.88 |

## PLEASE REMIT WITH PAYMENT



Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn. Julie Xanders
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

March 31, 2011
Invoice No. 5962385

MARCH INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000380
Ad Development

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|--------------------------|
| 02/02/11 | A. Wickers | 0.10 | Respond to inquiry regarding use of names in Times advertising testimonials |
| 02/11/11 | A. Wickers | 0.40 | Telephone call from Ms. Xanders regarding Daily Deal program and Readers Choice program (.2); communicate with DWT advertising and promotions lawyers regarding same (.2) |
| 02/14/11 | K. Baker | 0.60 | Telephone conference with Ms. Xanders at Los Angeles Times regarding social coupon service; review materials regarding same |
| 02/14/11 | A. Wickers | 0.20 | Communicate with Ms. Xanders and K. Baker regarding Daily Deal issues |
| 02/15/11 | R. London | 0.10 | Teleconference with Ms. Xanders regarding CAN-SPAM Act/rules |
| 02/16/11 | K. Baker | 1.30 | Research regarding social coupon services and prepare memo |
| 02/16/11 | R. Driscoll | 0.50 | Email to Ms. Xanders regarding potential issues relating to "Reader's Choice" feature |
| 02/16/11 | A. Wickers | 0.80 | Communicate with Ms. Xanders regarding Unlawful Internet Gaming Enforcement Act issues, including review of statute and proposed contract (.6); communicate with Ms. Xanders and R. Driscoll regarding Reader's Choice issues (.2) |
| 02/16/11 | R. London | 0.50 | Research and e-memo to client on CAN-SPAM |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com


Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

March 31, 2011
Invoice No. 5962384

MARCH INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000369
DCFS
0000001920

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|--------------------------|
| 02/16/11 | J. Glasser | 0.20 | Add new information from Mr. Therolf to SB 39 writ petition and related correspondence with K. Sager |
| 02/17/11 | K. Sager | 0.70 | Review and revise petition and communicate with J. Glasser regarding same |
| 02/17/11 | J. Glasser | 2.60 | Revise SB 39 Writ Petition and related correspondence with K. Sager |
| 02/22/11 | K. Sager | 1.10 | Review petition, research statute and review draft petition (.7); discussion with J. Glasser regarding petition and proper procedure (.4) |
| 02/23/11 | J. Glasser | 0.10 | Correspondence with K. Sager regarding SB 39 procedure for violations by family law agency |
| 02/24/11 | K. Sager | 0.50 | Review statutes regarding disclosure of deceased child information |
| 02/24/11 | J. Glasser | 4.50 | Consult regarding procedure for challenging an agency's violations of SB 39 and related correspondence (.5); confer with K. Sager regarding SB 39 petition (.1); correspondence with Mr. Therolf concerning SB 39 requests in 2008 and 2009 (.1); revise SB 39 lawsuit and related correspondence with K. Sager (3.8) |
| 02/25/11 | K. Sager | 0.30 | Discussion with J. Glasser regarding procedural issues |
| 02/25/11 | J. Glasser | 0.60 | Call regarding procedure for bringing SB 39 petition |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

# Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| | | | and related issues and conferring with K. Sager |
| 02/27/11 | K. Sager | 1.70 | Research SB39 issues and review and revise CPRA petition against DCFS (1.5); communicate with Ms. Goller and J. Glasser (.2) |
| 02/27/11 | J. Glasser | 0.10 | Consult regarding procedure for bringing SB 39 petition |
| 02/28/11 | K. Sager | 0.40 | Communicate with J. Glasser regarding petition (.2); further communication with J. Glasser regarding petition, including addition of federal statute (.2) |
| 02/28/11 | J. Glasser | 2.20 | Research Elijah S. and CAPTA, revise SB 39 lawsuit, and related correspondence with Ms. Goller, Mr. Therolf, and K. Sager |
| | Total Hours Worked | 15.00 | |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $6,073.50 |
| Less Agreed Discount | (607.35) |
| Adjusted Current Services | 5,466.15 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $5,466.15 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|--------------|--------------|-----------------|-------------|
| **Partner** | | | |
| Sager, K. | 4.70 | 522.00 | 2,453.40 |
| Total | 4.70 | | 2,453.40 |
| **Associate** | | | |
| Glasser, J. | 10.30 | 292.50 | 3,012.75 |

### PLEASE REMIT WITH PAYMENT



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

|  | ------------ | --------------- |
|---|---|---|
| Total | 10.30 | 3,012.75 |
|  | ------------ | --------------- |
| Total All Classes | 15.00 | $5,466.15 |

## STATEMENT OF ACCOUNT

| Balance from Previous Statement | $3,330.11 |
|---|---|
| Current Invoice | $5,466.15 |
|  | --------------------- |
| Total Balance Due This Matter | $8,796.26 |

## PLEASE REMIT WITH PAYMENT

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

# Davis Wright
## Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| | | | Act/rules |
| 02/17/11 | K. Baker | 0.70 | Telephone conference with Ms. Xanders regarding memo on open issues |
| 02/19/11 | K. Baker | 2.20 | Prepare comments to merchant agreement for social coupon service |
| 02/21/11 | K. Baker | 1.10 | Telephone conference with Ms. Xanders regarding merchant agreement revisions |
| 02/23/11 | K. Baker | 0.70 | Analyze FAQs for Merchant Agreement; prepare memo to Ms. Xanders regarding same |
| 02/23/11 | K. Sager | 0.30 | Discussion with Ms. Goller and Ms. Xanders regarding advertising issues |
| 02/24/11 | R. London | 0.10 | Review petition for declaratory ruling filed with FCC regarding potential liability for third-party vendor/dealer telemarketing violations, draft and transmit e-memo to client regarding same |
| | Total Hours Worked | 9.60 | |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $4,533.00 |
| Less Agreed Discount | (453.30) |
| Adjusted Current Services | 4,079.70 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $4,079.70 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Baker, K. | 6.60 | 409.50 | 2,702.70 |
| Driscoll, R. | 0.50 | 432.00 | 216.00 |

### PLEASE REMIT WITH PAYMENT

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| | | | |
|---|---|---|---|
| Sager, K. | 0.30 | 522.00 | 156.60 |
| Wickers, A. | 1.50 | 468.00 | 702.00 |
| Total | 8.90 | | 3,777.30 |
| **Of_Counsel** | | | |
| London, R. | 0.70 | 432.00 | 302.40 |
| Total | 0.70 | | 302.40 |
| Total All Classes | 9.60 | | $4,079.70 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $1,031.27 |
| Current Invoice | $4,079.70 |
| Total Balance Due This Matter | $5,110.97 |

## PLEASE REMIT WITH PAYMENT

Anchorage    New York    Seattle
Bellevue    Portland    Shanghai
Los Angeles    San Francisco    Washington, D.C.

www.dwt.com



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Julie Xanders, Esq.
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

March 31, 2011
Invoice No. 5962386

MARCH INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:           0026175-000383
Adjudication Matters

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 02/10/11 | K. Henry | 0.20 | Review publication documents and oversee preparation of proof of publication for filing |
| 02/14/11 | K. Henry | 1.00 | Prepare for hearing on La Canada Valley Sun's adjudication petition |
| 02/15/11 | K. Henry | 2.00 | Attend hearing on La Canada Valley Sun's adjudication petition |
|  | Total Hours Worked | 3.20 |  |

**DISBURSEMENT DETAIL**

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Filing fee - - NATIONWIDE LEGAL INC - 12/20/10 LASC per E. Duncan | 1 | 490.00 |
| Parking -- Karen Henry 02/15/2011 | 1 | 24.00 |
| Total Current Disbursements |  | $514.00 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $1,200.00 |
| Less Agreed Discount | (120.00) |
| Adjusted Current Services | 1,080.00 |
| Total Current Disbursements | 514.00 |
| | ---------------- |
| Total Current Invoice | $1,594.00 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Associate** | | | |
| Henry, K. | 3.20 | 337.50 | 1,080.00 |
| | ------------ | | --------------- |
| Total | 3.20 | | 1,080.00 |
| | ------------ | | --------------- |
| Total All Classes | 3.20 | | $1,080.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $12,122.24 |
| Current Invoice | $1,594.00 |
| | --------------------- |
| Total Balance Due This Matter | $13,716.24 |

## PLEASE REMIT WITH PAYMENT

| | | | |
|---|---|---|---|
| Anchorage | New York | Seattle | |
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington, D.C. | www.dwt.com |



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

March 31, 2011
Invoice No. 5962387

MARCH INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:            0026175-000385
Long Beach Police Association

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 02/04/11 | K. Sager | 0.40 | Discussion with G. Cummins regarding writ amici and communicate with J. Glasser regarding same |
| 02/08/11 | K. Sager | 0.20 | Communicate with G. Cummins and communicate with J. Glasser regarding writ |
| 02/08/11 | J. Glasser | 0.10 | Correspondence with Ms. Cummins and K. Sager regarding media amici brief and briefing in LA Superior Court |
| 02/09/11 | K. Sager | 0.30 | Review draft amici letter and communications with team |
| 02/09/11 | A. Wickers | 0.10 | Telephone call to opposing counsel regarding status of writ petition |
| 02/10/11 | A. Wickers | 0.10 | Telephone call from Ms. Checel regarding writ petition and communicate with Ms. Goller and Ms. Cummins regarding same |
| 02/17/11 | A. Wickers | 0.90 | Telephone calls with city attorneys from other jurisdictions regarding case (.5); review publications setting forth cities' views on issue (.2); communicate with Ms. Goller and team regarding same (.2) |
| 02/20/11 | K. Sager | 0.20 | Communicate with J. Glasser regarding writ/response |
| 02/23/11 | K. Sager | 0.90 | Review and circulate notice of appeal and review trial court order (.2); review Court of Appeal order and communications with Ms. Goller, A. Wickers, J. Glasser regarding same and regarding writ of |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

**Davis Wright
Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| | | | supersedeas (.7) |
| 02/23/11 | A. Wickers | 0.60 | Review order from Court of Appeal and City's writ papers (.5); communicate with K. Sager regarding same (.1) |
| 02/23/11 | J. Glasser | 2.30 | Communicate with K. Sager and A. Wickers regarding court order by Second Appellate District regarding stay and related review of docket (.1); research and draft memorandum on automatic stay issue (2.2) |
| 02/24/11 | K. Sager | 0.30 | Communicate with A. Wickers and J. Glasser regarding writ from Long Beach Police Officer's Association (.1); review E-mail memorandum from J. Glasser regarding stay (.2) |
| 02/24/11 | A. Wickers | 0.80 | Research and analyze response to stay and notice of appeal (.3); review POA's writ petition (.5) |
| 02/24/11 | J. Glasser | 1.80 | Research and draft memorandum concerning automatic stay (1.4); correspondence with K. Sager and A. Wickers regarding NY cases and related review of two opinions (.2); correspondence with Ms. Cummins and Mr. Bibring (.2) |
| 02/26/11 | J. Glasser | 0.50 | Review writ petition filed by city of Long Beach |
| 02/28/11 | A. Wickers | 0.20 | Communicate with J. Glasser regarding issues for preliminary opposition |
| 02/28/11 | J. Glasser | 2.60 | Review writ petitions filed by City of Long Beach and LBPOA and research and draft preliminary writ opposition |
| | Total Hours Worked | 12.30 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 616 | 61.60 |
| Filing fee - - US LEGAL MANAGEMENT SERVICES INC - 1/11/11 LASC per C. Solano | 1 | 642.52 |
| Legal process server service - - US LEGAL MANAGEMENT SERVICES INC - 1/11/11 James Trot per C. Solano | 1 | 214.26 |
| Legal process server service - - US LEGAL MANAGEMENT SERVICES INC - 1/11/11 Robert Shannon per C. Solano | 1 | 65.00 |
| Outside delivery service - - US LEGAL MANAGEMENT SERVICES INC - 1/11/11 LASC per C. Solano | 1 | 32.25 |

PLEASE REMIT WITH PAYMENT

Anchorage       New York        Seattle
Bellevue        Portland        Shanghai
Los Angeles     San Francisco   Washington, D.C.                    www.dwt.com

# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| | | |
|---|---|---|
| Parking -- Alonzo Wickers 01/18/2011 | 1 | 12.00 |
| Parking -- Alonzo Wickers 01/24/2011 | 1 | 4.50 |
| Total Current Disbursements | | $1,032.13 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $5,110.50 |
| Less Agreed Discount | (511.05) |
| Adjusted Current Services | 4,599.45 |
| Total Current Disbursements | 1,032.13 |
| | ---------------- |
| Total Current Invoice | $5,631.58 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 2.30 | 522.00 | 1,200.60 |
| Wickers, A. | 2.70 | 468.00 | 1,263.60 |
| | ------------ | | ---------------- |
| Total | 5.00 | | 2,464.20 |
| **Associate** | | | |
| Glasser, J. | 7.30 | 292.50 | 2,135.25 |
| | ------------ | | ---------------- |
| Total | 7.30 | | 2,135.25 |
| | ------------ | | ---------------- |
| Total All Classes | 12.30 | | $4,599.45 |

## PLEASE REMIT WITH PAYMENT

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $15,233.76 |
| Current Invoice | $5,631.58 |
| | --------------------- |
| Total Balance Due This Matter | $20,865.34 |

## PLEASE REMIT WITH PAYMENT

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



## Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

March 31, 2011
Invoice No. 5962388

MARCH INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:        0026175-000387
Dorn

### DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|:---:|---:|
| Filing fee - - US LEGAL MANAGEMENT SERVICES INC - 1/7/11 LASC per C. Solano | 1 | 513.70 |
| Filing fee - - US LEGAL MANAGEMENT SERVICES INC - 1/14/11LASC per C. Solano | 1 | 75.26 |
| Legal process server service - - US LEGAL MANAGEMENT SERVICES INC - 1/7/11 Vicki Greene per C. Solano | 1 | 67.98 |
| Legal process server service - - US LEGAL MANAGEMENT SERVICES INC - 1/7/11 Meyer Olson Lowly per C. Solano | 1 | 67.98 |
| Legal process server service - - US LEGAL MANAGEMENT SERVICES INC - 1/14/11 Vicki Greene per C. Solano | 1 | 67.98 |
| Legal process server service - - US LEGAL MANAGEMENT SERVICES INC - 1/14/11 Meyer Olson Lowly per C. Solano | 1 | 53.27 |
| Legal process server service - - US LEGAL MANAGEMENT SERVICES INC - 1/14/11 Ruth Lynn Estep per C. Solano | 1 | 68.77 |
| Outside search service - - US LEGAL MANAGEMENT SERVICES INC - 1/4/11 LASC per C. Solano | 1 | 73.20 |
| Total Current Disbursements | | $988.14 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No. 5962388
Page No. 2

---

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $0.00 |
| Less Agreed Discount | 0.00 |
| Adjusted Current Services | 0.00 |
| Total Current Disbursements | 988.14 |
| | ---------------- |
| Total Current Invoice | $988.14 |

---

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $14,381.98 |
| Current Invoice | $988.14 |
| | --------------------- |
| Total Balance Due This Matter | $15,370.12 |



## Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

March 31, 2011
Invoice No. 5962389

MARCH INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000388
1 800 GET THIN, LLC

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 02/05/11 | K. Sager | 1.00 | Review retraction demand and review and revise response letter |
| 02/07/11 | J. Glasser | 0.30 | Call with Ms. Goller concerning revisions to response letter concerning trademark issues and Mr. Pfeifer's article and related revising of letter |
| 02/08/11 | K. Sager | 0.20 | Review e-mail correspondence from R. Silverman and communicate with clients regarding same |
| 02/09/11 | K. Sager | 0.60 | Review communications from R. Silverman and finalize response (.4); review communications from Mr. Pfeifer (.2) |
| 02/14/11 | K. Sager | 0.30 | Review new retraction demand (February 8) and communicate with team regarding same |
| 02/14/11 | L. Kohn | 0.30 | Review 2/8/11 retraction demand from 1-800-GET THIN, LLC (.2); communicate with K. Sager regarding response (.1) |
| 02/16/11 | K. Sager | 0.30 | Communicate with Ms. Goller regarding connections between doctors and 1-800-GET-THIN |
| 02/23/11 | K. Sager | 0.20 | Communicate with client and team regarding Los Angeles Business Journal article |
| 02/25/11 | L. Kohn | 1.10 | Draft response to 2/8/11 retraction demand from 1-800-GET THIN, LLC |
| | Total Hours Worked | 4.30 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

# Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Lexis-Nexis (billed at cost) computerized legal research 01/10/11 per W. Gonzaque | 1 | 45.07 |
| Lexis-Nexis (billed at cost) computerized legal research 01/10/11 per W. Gonzaque | 1 | 62.50 |
| Lexis-Nexis (billed at cost) computerized legal research 01/10/11 per W. Gonzaque | 1 | 87.50 |
| Lexis-Nexis (billed at cost) computerized legal research 01/10/11 per W. Gonzaque | 1 | 125.65 |
| West Publishing (billed at cost) computerized legal research 02/15/11 per H. Rose | 1 | 62.41 |
| Total Current Disbursements | | $383.13 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $2,025.50 |
| Less Agreed Discount | (202.55) |
| Adjusted Current Services | 1,822.95 |
| Total Current Disbursements | 383.13 |
| | ---------------- |
| Total Current Invoice | $2,206.08 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 2.60 | 522.00 | 1,357.20 |
| | ------------ | | ---------------- |
| Total | 2.60 | | 1,357.20 |

### PLEASE REMIT WITH PAYMENT

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

# Davis Wright
## Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

**Associate**

| | | | |
|---|---|---|---|
| Glasser, J. | 0.30 | 292.50 | 87.75 |
| Kohn, L. | 1.40 | 270.00 | 378.00 |
| Total | 1.70 | | 465.75 |
| Total All Classes | 4.30 | | $1,822.95 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $7,703.20 |
| Current Invoice | $2,206.08 |
| Total Balance Due This Matter | $9,909.28 |

## PLEASE REMIT WITH PAYMENT

Anchorage   New York   Seattle
Bellevue   Portland   Shanghai
Los Angeles   San Francisco   Washington, D.C.   www.dwt.com



Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

March 31, 2011
Invoice No. 5962390

MARCH INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.          0026175-000390
Atul Madan, M.D.

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 02/24/11 | K. Sager | 0.30 | Review retraction demand of Dr. Madan (Lap Band surgeon) and communicate with Ms. Goller regarding same |
| 02/24/11 | L. Kohn | 0.20 | Review retraction demand of Dr. Atul Madan |
| 02/26/11 | K. Sager | 0.40 | Communicate with Ms. Goller regarding retraction demand and review article |
| 02/28/11 | L. Kohn | 4.40 | Draft response to Dr. Atul Madan's retraction demand |
| | Total Hours Worked | 5.30 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage       New York       Seattle
Bellevue        Portland       Shanghai
Los Angeles     San Francisco  Washington, D.C.                    www.dwt.com

# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $1,860.00 |
| Less Agreed Discount | (252.60) |
| Adjusted Current Services | 1,607.40 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $1,607.40 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 0.70 | 522.00 | 365.40 |
| | ------------ | | ---------------- |
| Total | 0.70 | | 365.40 |
| **Associate** | | | |
| Kohn, L. | 4.60 | 270.00 | 1,242.00 |
| | ------------ | | ---------------- |
| Total | 4.60 | | 1,242.00 |
| | ------------ | | ---------------- |
| Total All Classes | 5.30 | | $1,607.40 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Current Invoice | $1,607.40 |
| | --------------------- |
| Total Balance Due This Matter | $1,607.40 |

## PLEASE REMIT WITH PAYMENT

| | | | |
|---|---|---|---|
| Anchorage | New York | Seattle | |
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington, D.C. | www.dwt.com |


## Davis Wright
## Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Tribune Co.
Attn: David Eldersveld, Esq.
General Counsel
435 N. Michigan Ave.
Chicago, IL  60611

March 31, 2011
Invoice No. 5962394

MARCH INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:            0041033-000020
Los Angeles General Advice

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 02/01/11 | R. London | 0.80 | Teleconference with Ms. Flax regarding membership calls on behalf of Better Business Bureau of Chicago; research relating to same |
| 02/02/11 | R. London | 0.20 | Follow-up e-memo to Ms. Flax regarding calls on behalf of BBB Chicago |
| 02/03/11 | L. Woods | 0.20 | Communicate with R. London regarding charitable solicitation laws |
| 02/04/11 | R. London | 0.20 | Review and forward to Ms. Flax additional input on BBB calls |
| | Total Hours Worked | 1.40 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $701.00 |
| Less Agreed Discount | (70.10) |
| Adjusted Current Services | 630.90 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $630.90 |

### SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Woods, L. | 0.20 | 562.50 | 112.50 |
| Total | 0.20 | | 112.50 |
| **Of_Counsel** | | | |
| London, R. | 1.20 | 432.00 | 518.40 |
| Total | 1.20 | | 518.40 |
| Total All Classes | 1.40 | | $630.90 |

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $2,222.81 |
| Current Invoice | $630.90 |
| | -------------------- |
| Total Balance Due This Matter | $2,853.71 |

### PLEASE REMIT WITH PAYMENT

| | | | |
|---|---|---|---|
| Anchorage | New York | Seattle | |
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington, D.C. | www.dwt.com |

# Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Karlene W. Goller, Esq.
Vice President & Deputy General Counsel
Los Angeles Times Communications LLC
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

March 31, 2011
Invoice No. 5962399
**SENT ELECTRONICALLY**

MARCH INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

## ELECTRONIC BILLING - DO NOT MAIL
## FOR FILING PURPOSES ONLY

Matter No.        0026175-000351
Bonds Juror Questionnaire Access
0000001898

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 02/08/11 | D. Carolan | 1.20 | Review recent case law on access to juror questionnaires (0.8); confer with prosecutor regarding questionnaire issue (0.2); email clients regarding approach (0.2) |
| 02/09/11 | D. Carolan | 1.20 | Draft follow-up letter to court regarding access to questionnaires (0.9); communicate with clients regarding approach to getting access motion back before court (0.3) |
| 02/10/11 | D. Carolan | 0.60 | Finalize follow-up letter to court regarding hearing on motion to unseal grand juror questionnaires |
| 02/28/11 | D. Carolan | 0.20 | Follow up with court clerk regarding request for hearing on access to juror questionnaires |
| | Total Hours | 3.20 | |

**DISBURSEMENT DETAIL**

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Copying Charges | 68 | 10.20 |
| Total Current Disbursements | | 10.20 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $1,744.00 |
| Total Current Disbursements | 10.20 |
| | --------------- |
| Total Current Invoice | $1,754.20 |
| Your Portion of Amount Due (Split) | $224.73 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| D. Carolan | 3.20 | 545.00 | 1,744.00 |
| | ------------ | | ------------- |
| Total | 3.20 | | 1,744.00 |
| | ------------ | | ------------- |
| Total All Classes | 3.20 | | $1,744.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $721.17 |
| Less Payments Received as of 09/30/09 - TRIBUNE - ACH PAYMENT | ($721.17) |
| Current Invoice | $224.73 |
| Total Balance Due This Matter | $224.73 |

### PLEASE REMIT WITH PAYMENT

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com