# EXHIBIT A

**TRIBUNE COMPANY, et al.**

## SUMMARY OF SERVICES BY PROJECT CATEGORY

### September 1, 2011 through September 30, 2011

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 27.30 | $12,303.50 |
| Committee Meetings | 003 | 67.40 | 42,770.00 |
| Creditor Communications | 004 | 8.80 | 6,124.00 |
| Business Operations | 007 | 19.40 | 10,798.00 |
| Claims Administration/Bar Date | 009 | 20.20 | 9,895.00 |
| Fee/Retention Applications | 010 | 65.40 | 25,970.50 |
| Avoidance Issues | 013 | 19.70 | 11,339.50 |
| Employee Issues | 014 | 74.40 | 46,184.00 |
| General Litigation | 017 | 115.60 | 74,947.50 |
| Shareholder Claims | 020 | 46.90 | 25,298.00 |
| Plan Litigation | 021 | 320.70 | 184,458.50 |
| **Total** | | **785.80** | **$450,088.50** |

\* Billed at 50% of normal hourly rates.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                     Page    1

                                    For Services Through September 30, 2011

Our Matter #19804.002
              BANKRUPTCY GENERAL


09/01/11    D. BAVA            Review and analysis of docket        1.20 hrs.
                               sheets, including Neil district
                               court litigation and Delaware
                               adversary proceedings re: daily
                               case activity (.80); review,
                               revise and finalize case calendar
                               based on current docket entries
                               (.40).

09/01/11    D. E. DEUTSCH      Review last week's pleading          1.30 hrs.
                               reports, pleadings therein and
                               court calendars (1.3).

09/02/11    D. BAVA            Review and analysis of docket        0.80 hrs.
                               sheets, including Neil district
                               court litigation and Delaware
                               adversary proceedings re: daily
                               case activity (.60); review,
                               revise and finalize case calendar
                               based on current docket entries
                               (.20).

09/06/11    D. E. DEUTSCH      Review last week's pleading          0.80 hrs.
                               reports, pleadings therein and
                               court calendar (.8).

09/06/11    D. BAVA            Review and analysis of docket        0.80 hrs.
                               sheets, including Neil district
                               court litigation and Delaware
                               adversary proceedings re: daily
                               case activity (.60); review,
                               revise and finalize case calendar
                               based on current docket entries
                               (.20).

09/06/11    D. M. LeMAY        Review all latest court fillings     1.00 hrs.
                               (1.0).

09/07/11    D. E. DEUTSCH      Review yesterday's pleading          0.40 hrs.
                               reports and case calendar (.2);
                               meeting with David LeMay to
                               discuss various upcoming hearing
                               items (.2).

09/07/11    D. BAVA            Review and analysis of docket        0.80 hrs.
                               sheets, including Neil district
                               court litigation and Delaware
                               adversary proceedings re: daily
                               case activity (.60); review,

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

|            |                 | revise and finalize case calendar based on current docket entries (.20). |           |
|------------|-----------------|--------------------------------------------------------------------------|-----------|
| 09/08/11   | D. BAVA         | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40). | 1.20 hrs. |
| 09/09/11   | D. BAVA         | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20). | 0.40 hrs. |
| 09/12/11   | D. BAVA         | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 09/12/11   | D. E. DEUTSCH   | Review last three daily reports, pleadings therein and court calendar (.4). | 0.40 hrs. |
| 09/13/11   | D. BAVA         | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40). | 1.20 hrs. |
| 09/13/11   | D. M. LeMAY     | Review all latest court filings (.8). | 0.80 hrs. |
| 09/14/11   | D. E. DEUTSCH   | E-mail David Bava re: Intralinks related matter (.1); e-mail Ali Nellos re: Relativity-related inquiry (.1). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                Page    3
CHICAGO, IL 60611

| 09/14/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |

| 09/15/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.20). | 0.80 hrs. |

| 09/16/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |

| 09/19/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.10); review and restructure Intralinks materials (1.40). | 1.80 hrs. |

| 09/19/11 | D. M. LeMAY | Review all latest court filings. | 1.40 hrs. |

| 09/20/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.10). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/21/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.10); post certain materials to Intralinks (.20). | 0.60 hrs. |
| 09/21/11 | D. E. DEUTSCH | Review last four daily reports, pleadings therein and court calendar (.4). | 0.40 hrs. |
| 09/22/11 | D. E. DEUTSCH | Review daily report, pleading therein and case calendar (.2). | 0.20 hrs. |
| 09/22/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.40). | 1.40 hrs. |
| 09/26/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 09/26/11 | D. M. LeMAY | Review all latest court filings. | 0.80 hrs. |
| 09/27/11 | D. E. DEUTSCH | Review last three daily pleading reports, pleadings therein and case calendar (.5). | 0.50 hrs. |
| 09/27/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            October 24, 2011
435 N. MICHIGAN AVENUE                                  Page    5
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/28/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40); post certain materials to Intralinks (.30). | 1.50 hrs. |
| 09/29/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.40); post certain materials to Intralinks (.30). | 1.10 hrs. |
| 09/30/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 09/30/11 | D. E. DEUTSCH | Review daily pleading reports for last three days including pleadings therein, monthly operating report and updated court calendar (.7). | 0.70 hrs. |
| 09/30/11 | J. MARRERO | Review Oct 4 hearing agenda (0.1); draft email to D.LeMay re same (0.1) | 0.20 hrs. |

Total Fees for Professional Services.............  $12,303.50

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2011
Page    6

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 895.00 | 4.00 | 3580.00 |
| D. E. DEUTSCH | 725.00 | 4.90 | 3552.50 |
| D. BAVA | 280.00 | 18.20 | 5096.00 |
| J. MARRERO | 375.00 | .20 | 75.00 |
| TOTALS | | 27.30 | 12303.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                     Page    1
```

For Services Through September 30, 2011

Our Matter #19804.003
        COMMITTEE MEETINGS

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/05/11 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero re: this week's professional meeting (.2). | 0.20 hrs. |
| 09/05/11 | J. MARRERO | Email correspondence with D.Deutsch re: Committee Professionals meeting (.2); Draft email to Committee professionals re: same (.9). | 1.10 hrs. |
| 09/06/11 | H. SEIFE | Review emails from team regarding meeting agenda and Committee meeting scheduling. | 0.40 hrs. |
| 09/06/11 | D. E. DEUTSCH | Review and edit agenda for Committee professional meeting (.2); call with Committee co-chair Ann Kurinkas re: discussion on this week's Committee meeting issues (.2); meeting with David LeMay to discuss various pending matters to discuss with Committee (.3); e-mail Howard Seife re: proposal for this week's Committee meeting (.1); call with Committee co-chair Wayne Smith re: this week's Committee meeting (.2); e-mail Committee professionals re: this week's professional team call (.1); edit e-mail to Committee re: this week's Committee meeting and various related matters (.2). | 1.30 hrs. |
| 09/06/11 | J. MARRERO | Draft agenda for Committee professionals meeting (0.2); review case calendar in preparation for Committee Professionals meeting (0.2); email correspondence with local counsel re same (0.1); draft email to Committee re: committee meeting (0.4) | 0.90 hrs. |
| 09/07/11 | J. MARRERO | Email correspondence with Committee member re: meeting | 0.20 hrs. |
| 09/07/11 | D. E. DEUTSCH | Review and edit August 26, 2011 Committee minutes (.4). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/07/11 | M. ROITMAN | Revise 8/26/11 Committee meeting minutes (0.8); confer with D. Deutsch re: same (0.2) | 1.00 hrs. |
| 09/09/11 | M. ROITMAN | Revise 8/26 Meeting Minutes (0.2); confer with D. Deutsch re: same (0.1) | 0.30 hrs. |
| 09/12/11 | D. E. DEUTSCH | Review last few weeks of Tribune notes (.3) and edit proposed professionals agenda to reflect same (.1). | 0.40 hrs. |
| 09/12/11 | J. MARRERO | Draft agenda for Committee professionals meeting (0.2); revise same (0.1); draft email re same to C&P group (0.1); draft email re same to Committee professionals (0.2) | 0.60 hrs. |
| 09/12/11 | A. ROSENBLATT | Review meeting agenda (.2) and review latest draft of Stern memo (.5) in preparation for professional call. | 0.70 hrs. |
| 09/13/11 | A. ROSENBLATT | Participate on professional's call. | 0.50 hrs. |
| 09/13/11 | D. E. DEUTSCH | Prepare for (.8) and participate in Committee professional meeting (.5); pre-call meeting with Howard Seife (.2) and hold meeting with co-chairs re: various case issues and meeting with full Committee (.8); review and revise agenda for Committee meeting (.1). | 2.40 hrs. |
| 09/13/11 | H. SEIFE | Preparation for Committee meeting (.4); meeting with co-chairs regarding open issues (1.0). | 1.40 hrs. |
| 09/13/11 | D. M. LeMAY | Attend weekly professionals call (.6). | 0.60 hrs. |
| 09/13/11 | M. D. ASHLEY | Reviewed pleadings and correspondence in preparation for weekly Committee professionals' meeting (.5); attended weekly Committee professional's meeting (.5). | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| 09/13/11 | J. MARRERO | Prepare for committee professionals meeting (0.3); attend committee professionals meeting (0.5); draft agenda for Committee meeting (0.2); revise same (0.2) | 1.20 hrs. |
|---|---|---|---|
| 09/13/11 | M. ROITMAN | Attend Committee Professionals Conference call (0.5) | 0.50 hrs. |
| 09/13/11 | T. J. MCCORMACK | Prep for (0.6) and meeting of professionals (0.6). | 1.20 hrs. |
| 09/14/11 | D. E. DEUTSCH | Review and edit note to Committee re: tomorrow's Committee meeting (.2). | 0.20 hrs. |
| 09/19/11 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero and David LeMay re: Committee meeting and related professionals call (.3); call with Frank Anderson re: Thursday's Committee meeting matters (.2). | 0.50 hrs. |
| 09/19/11 | J. MARRERO | Draft agenda for Committee Professionals meeting (0.3); draft email re same to internal group (0.1) | 0.40 hrs. |
| 09/19/11 | J. MARRERO | Revise agenda for Committee professionals meeting (0.3); draft email re: same to Committee professionals (0.2) | 0.50 hrs. |
| 09/20/11 | T. J. MCCORMACK | Prep for (0.3) and meeting with professionals on all outstanding issues (0.8). | 1.10 hrs. |
| 09/20/11 | D. E. DEUTSCH | Review materials to prepare for Committee professional meeting (1.3); participate in Committee professional meeting (.9); exchange e-mails with Marc Roitman and Jessica Marrero re: minutes issue (.2); e-mail Jessica Marrero re: this week's Committee meeting (.1); prepare for (.4) and participate in meeting with co-chairs re: pending matters and this week's Committee meeting (.5). | 3.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2011
435 N. MICHIGAN AVENUE                               Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/20/11 | M. ROITMAN | Preparation for conference call re: postpetition interest analysis and bondholder trading issues (0.7); Attend Committee Professionals conference call (0.8); confer with C&P team following call (0.1); confer/correspond with D. Deutsch and J. Marrero re: 8/26 Meeting Minutes (0.3) | 1.90 hrs. |
| 09/20/11 | Y. YOO | Prepared update to Committee Professionals re: memorandum on jurisdictional authority (.5); attended weekly Committee Professional meeting (.8). | 1.30 hrs. |
| 09/20/11 | M. D. ASHLEY | Reviewed memoranda and correspondence in preparation for weekly Committee professionals' meeting (.6); attended weekly Committee professionals' meeting (.8). | 1.40 hrs. |
| 09/20/11 | D. M. LeMAY | Prepare for (.6) and participate in (.9). Weekly meeting of Committee professionals. | 1.50 hrs. |
| 09/20/11 | J. MARRERO | Attend Committee professionals meeting | 0.90 hrs. |
| 09/20/11 | J. MARRERO | Draft agenda for Committee meeting (0.3); draft internal agenda (0.2); revise internal agenda (0.2); draft email re: same to C&P team (0.1); draft email re: Committee agenda to co-chairs (0.2). | 1.00 hrs. |
| 09/21/11 | D. E. DEUTSCH | Review and respond to e-mail inquiry from Damian Schaible re: Thursday's Committee meeting (.2); discuss certain of tomorrow's Committee meeting matters with David LeMay (.2); draft outline on issues/presentations for tomorrow's Committee meeting (.5). | 0.90 hrs. |
| 09/21/11 | H. LAMB | Prepare materials for 9/22 Committee meeting. | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/21/11 | H. SEIFE | Preparation for Committee meeting. | 1.20 hrs. |
| 09/22/11 | H. SEIFE | Preparation for Committee meeting (1.2); telephonic meeting with Committee (1.6). | 2.80 hrs. |
| 09/22/11 | A. ROSENBLATT | Participate at Committee meeting (1.6) and post-call discussion with team (.4). | 2.00 hrs. |
| 09/22/11 | J. MARRERO | Review materials in preparation for Committee meeting (0.3); Draft meeting minutes (0.3); attend Committee meeting and take minutes (1.7) | 2.30 hrs. |
| 09/22/11 | M. ROITMAN | Attend telephonic Committee meeting (1.6); confer with C&P team following call (0.5) | 2.10 hrs. |
| 09/22/11 | D. E. DEUTSCH | Discuss presentation on MDL matters for Committee meeting with James Sottile (.2); prepare outline for presentation to Committee on certain MIP matters (1.3); participate in pre-call with Howard Seife and David LeMay (.5); participate in Committee meeting (1.6) and post-Committee meeting with various case professionals on various action items (.3); t/c with Alan Holtz to discuss today's Committee meeting (.1); meeting with Jess Marrero to discuss Committee minutes follow-up issue (.1). | 4.10 hrs. |
| 09/22/11 | D. M. LeMAY | Prepare for (2.4) and participate in (1.7) telephone meeting of the Committee. | 4.10 hrs. |
| 09/26/11 | J. MARRERO | Draft agenda for professionals call (0.2); revise same (0.2); draft email to C&P team re: same (0.2); draft email to Committee Professionals re: same (0.2) | 0.80 hrs. |
| 09/26/11 | J. MARRERO | Draft Sept 22 meeting minutes | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                Page    6
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/26/11 | T. J. MCCORMACK | Review agenda for 9/27 meeting (0.1); review status of state fraudulent conveyance claims in preparation for meeting (0.2). | 0.30 hrs. |
| 09/26/11 | D. E. DEUTSCH | Review draft agenda (.1); review last week's meeting materials (.1) and edit agenda to reflect same (.1). | 0.30 hrs. |
| 09/27/11 | D. E. DEUTSCH | Review materials to prepare for Committee professional meeting (.9); participate in Committee professional meeting (.5). | 1.40 hrs. |
| 09/27/11 | D. M. LeMAY | Attend weekly Committee professionals call. | 0.50 hrs. |
| 09/27/11 | T. J. MCCORMACK | Prep for (0.3) and meeting of professionals (0.5). | 0.80 hrs. |
| 09/27/11 | A. ROSENBLATT | Attend Tribune professional's only call. | 0.60 hrs. |
| 09/27/11 | M. D. ASHLEY | Reviewed pleadings and correspondence in preparation for weekly UCC professionals' call (.6); attended weekly UCC professionals' call (.4). | 1.00 hrs. |
| 09/27/11 | R. J. GAYDA | Prepare for (.6) and attend Committee professionals' meeting and report on jurisdiction issues (.6). | 1.20 hrs. |
| 09/27/11 | J. MARRERO | Review materials in preparation for Committee professionals meeting (0.3); Attend Committee professionals meeting (0.5); draft Sept 22 meeting minutes (3.4) | 4.20 hrs. |
| 09/27/11 | M. ROITMAN | Attend Committee Professionals Conference Call (0.5). | 0.50 hrs. |
| 09/28/11 | J. MARRERO | Draft Sept 22 meeting minutes (0.9); revise same (0.5); draft email to Committee re: Committee meeting (0.2) | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page    7
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/29/11 | J. MARRERO | Revise Sept 22 meeting minutes (1.1); draft posting to Committee re: same (0.5) | 1.60 hrs. |
| 09/29/11 | D. E. DEUTSCH | Review September 22 minutes and related notes and materials and edit same (.8); review second draft of same and insert addition (.3). | 1.10 hrs. |

**Total Fees for Professional Services.............  $42,770.00**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 895.00 | 6.70 | 5996.50 |
| H. SEIFE | 985.00 | 5.80 | 5713.00 |
| T. J. MCCORMACK | 855.00 | 3.40 | 2907.00 |
| M. D. ASHLEY | 675.00 | 3.40 | 2295.00 |
| A. ROSENBLATT | 725.00 | 3.80 | 2755.00 |
| D. E. DEUTSCH | 725.00 | 16.60 | 12035.00 |
| R. J. GAYDA | 625.00 | 1.20 | 750.00 |
| H. LAMB | 285.00 | 1.00 | 285.00 |
| J. MARRERO | 375.00 | 17.90 | 6712.50 |
| M. ROITMAN | 425.00 | 6.30 | 2677.50 |
| Y. YOO | 495.00 | 1.30 | 643.50 |
| TOTALS | | 67.40 | 42770.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

For Services Through September 30, 2011

Our Matter #19804.004
              CREDITOR COMMUNICATIONS

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 09/02/11 | D. E. DEUTSCH | Review and respond to inquiry from counsel to Warner (Edward Sassower) (.1); exchange e-mails with Marc Roitman re: required follow-up on same (.2); multiple e-mails with Committee member Bill Salganik re: LA Times article (.3); exchange e-mails with Jessica Marrero re: additional research on same (.2). | 0.80 hrs. |
| 09/06/11 | D. E. DEUTSCH | Exchange e-mails with co-chair counsel (Damian Schaible) re: various pending Committee matters (.3). | 0.30 hrs. |
| 09/07/11 | D. E. DEUTSCH | Call w/ Dion Hayes (counsel to certain creditors) re: various case matters (.3). | 0.30 hrs. |
| 09/08/11 | D. E. DEUTSCH | Call with Pat Nash, counsel to certain officers (.2); review background materials on Nash request re: D&O insurance summary requests (.3); discuss same with Howard Seife (.1). | 0.60 hrs. |
| 09/09/11 | H. SEIFE | Review email on case inquiry (.1) and telephone call with creditor, Sabel, regarding same (.3). | 0.40 hrs. |
| 09/09/11 | M. ROITMAN | Correspond with D. Dunn re: re-election results (0.2); call with J. Ludwig re: same (0.2) | 0.40 hrs. |
| 09/12/11 | M. ROITMAN | Call with C. Walker re: unsecured claim against LA Times (0.3) | 0.30 hrs. |
| 09/12/11 | D. E. DEUTSCH | Review and respond to inquiry from Buena Vista (Gabrielle Davis) (.2). | 0.20 hrs. |
| 09/13/11 | M. ROITMAN | Call with C. Sardi re: preference action against Myrna Ramirez (0.4) | 0.40 hrs. |
| 09/14/11 | D. E. DEUTSCH | Review inquiry from Committee member Wayne Smith (Warner Brothers) re: motion to compel (.1); e-mail James Sottile and Andrew Goldfarb on same (.1). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                Page    2
CHICAGO, IL 60611

| 09/15/11 | D. E. DEUTSCH | Review e-mail from Jay Teitelbaum re: retiree interest in claim motion (.1); review MIP materials to prepare for (.4); and hold call with Bob Paul and Bill Salganik re: various MIP matters (.7); call with Frank Anderson re: MIP issues (.5). | 1.70 hrs. |
|---|---|---|---|
| 09/15/11 | M. ROITMAN | Call with G. Novod re: IntraLinks documents (0.1) | 0.10 hrs. |
| 09/20/11 | D. E. DEUTSCH | Exchange e-mails with Damian Schaible re: Committee meeting/co-chair meeting matters (.2). | 0.20 hrs. |
| 09/21/11 | D. E. DEUTSCH | Call with Bill Salganik and Bob Paul (from Guild) re: MIP and Committee meeting matters (.4); call with Gabrielle Davis re: tomorrow's Committee meeting matters (.2); call with Gordon Novod re: MIP and tomorrow's Committee meeting matters (.4); call with Jay Teitelbaum re: tomorrow's meeting and MIP issues (.4). | 1.40 hrs. |
| 09/26/11 | D. E. DEUTSCH | Call with Frank Anderson (PBGC; Committee member) re: various case matters (.3). | 0.30 hrs. |
| 09/27/11 | D. E. DEUTSCH | Call with Alec Lipkind (Buena Vista) re: various case matters (.2); conference call with Marc Roitman to follow-up on same (.1). | 0.30 hrs. |
| 09/28/11 | D. E. DEUTSCH | Call with Damian Schaible (JPM) re: various case matters (.2); call with Alec Lipkind (Buena Vista) and Marc Roitman to respond to inquiry re: specific case matters (.2). | 0.40 hrs. |
| 09/29/11 | D. E. DEUTSCH | Review and respond to inquiry from Committee member (Alec Lipkind) (.1); discuss same with Matt McGuire (.2). | 0.30 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611
```

```
09/30/11   D. E. DEUTSCH      Call with counsel to case creditor        0.20 hrs.
                              (Kenneth Schweiker) re: status of
                              case and related matters (.2).
```

**Total Fees for Professional Services.............. $6,124.00**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 985.00 | .40 | 394.00 |
| D. E. DEUTSCH | 725.00 | 7.20 | 5220.00 |
| M. ROITMAN | 425.00 | 1.20 | 510.00 |
| TOTALS | | 8.80 | 6124.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2011

Page    1

For Services Through September 30, 2011

Our Matter #19804.007
          BUSINESS OPERATIONS

| | | | |
|---|---|---|---|
| 09/07/11 | D. E. DEUTSCH | Exchange e-mails with Brad Hall re: updating Committee on new Tribune hire (.2); review related notice to Committee on related news report (.2); review last two weekly business reports by AlixPartners (.4). | 0.80 hrs. |
| 09/07/11 | J. MARRERO | Draft posting to Committee re: press release on new hire. | 0.40 hrs. |
| 09/14/11 | H. SEIFE | Review of AlixPartners weekly report (.3); review of Moelis report (.2). | 0.50 hrs. |
| 09/15/11 | D. E. DEUTSCH | Review e-mail from James Stenger (.1) and related court filing by Debtors in Third Circuit re: Prometheus appeal (.8). | 0.90 hrs. |
| 09/20/11 | D. E. DEUTSCH | Review memorandum on FCC update issues from James Stenger (.3); hold related call with James Stenger (.2). | 0.50 hrs. |
| 09/20/11 | J. A. STENGER | Review 3rd Circuit decisions and research regarding impact on FCC exit applications (2.0); review correspondence from Wiley Rein regarding same and regarding draft letter to FCC (1.5) and correspondence with D. Deutsch regarding same (.3). | 3.80 hrs. |
| 09/21/11 | J. A. STENGER | Prepare for (.6) and telephone conference (.9) with J. Feore, Debtor FCC counsel, regarding draft FCC filing and FCC exit applications. | 1.50 hrs. |
| 09/22/11 | J. A. STENGER | Prepare for telephone conference (.8) and telephone conference (1.2) with J. Bayes and T. Davidson, counsel to bondholders, regarding FCC filing regarding exit applications; prepare revisions to filing (1.4) and correspondence with J. Bayes and T. Davidson regarding same (.6). | 4.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/22/11 | D. E. DEUTSCH | Review memorandum from James Stenger (Committee's FCC counsel) to Debtors' FCC counsel (.2); review multiple pleadings related to FCC matters (.3). | 0.50 hrs. |
| 09/23/11 | J. A. STENGER | Research regarding NBCO waiver standard for FCC exit applications after Prometheus decision. | 2.50 hrs. |
| 09/27/11 | D. E. DEUTSCH | Review revised proposed letter to Judge Carey re: FCC matters (.3); call with James Stenger re: same (.2). | 0.50 hrs. |
| 09/27/11 | J. A. STENGER | Review correspondence from lender FCC counsel regarding draft letter to FCC (.7); office conference with D.Deutsch re same (.3). | 1.00 hrs. |
| 09/28/11 | H. SEIFE | Review of Moelis weekly update. | 0.30 hrs. |
| 09/28/11 | D. E. DEUTSCH | Review AlixPartners' weekly business report (.3). | 0.30 hrs. |
| 09/29/11 | D. E. DEUTSCH | Review AlixPartners' weekly business operations report (.2). | 0.20 hrs. |
| 09/30/11 | J. A. STENGER | Research regarding amendment of FCC exit applications. | 1.70 hrs. |

Total Fees for Professional Services............. $10,798.00

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 985.00 | .80 | 788.00 |
| J. A. STENGER | 495.00 | 14.50 | 7177.50 |
| D. E. DEUTSCH | 725.00 | 3.70 | 2682.50 |
| J. MARRERO | 375.00 | .40 | 150.00 |
| TOTALS | | 19.40 | 10798.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                                 For Services Through September 30, 2011

Our Matter #19804.009
          CLAIMS ADMINISTRATION/BAR DATE


| Date | Name | Description | Hours |
|---|---|---|---|
| 09/06/11 | M. ROITMAN | Revise Memorandum re: Neuman/Goldstone/Tribune Settlement Agreement (0.9); Correspond with K. Lantry and D. Deutsch re: same (0.3); Draft email to Committee re: same (0.4) | 1.60 hrs. |
| 09/06/11 | D. E. DEUTSCH | Review multiple e-mails re: Neuman/Goldstone settlement (.2); exchange e-mails with Marc Roitman re: next steps related to same (.2). | 0.40 hrs. |
| 09/07/11 | D. E. DEUTSCH | Prepare for (.2) and call with Kevin Lantry and, in part, Young Yoo re: multiple claim matters (.5). | 0.70 hrs. |
| 09/12/11 | D. E. DEUTSCH | Review of e-mail and attachments from Debtors' counsel re: proposed D&B settlement (.2); e-mail Jessica Marrero re: required follow-up on same (.1). | 0.30 hrs. |
| 09/13/11 | D. E. DEUTSCH | Call with Daniel Golden (counsel to Aurelius) re: comments on motions related to executive claims (.2); e-mail Kevin Lantry on same (.1). | 0.30 hrs. |
| 09/14/11 | J. MARRERO | Review proposed language from Aurelius re: D&O motions (0.2); call with counsel to Aurelius re: same (0.2); draft/revise email to D&O counsel re: same (0.5); discuss same with D.Deutsch (0.3) | 1.20 hrs. |
| 09/15/11 | D. E. DEUTSCH | Review inquiry from Mailie Solis re: changes to order on executive indemnification claim filing (.2); draft detailed response to same (.2). | 0.40 hrs. |
| 09/15/11 | J. MARRERO | Review proposed settlement of Dunn & Bradstreet claim | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| 09/16/11 | J. MARRERO | Draft memo to Committee re: D&B settlement and N.Sachs separation agreement | 0.70 hrs. |
| 09/20/11 | D. E. DEUTSCH | Review new omnibus claims objections (.1); e-mail Jess Marrero re: same (.1); review e-mail from Maile Solis re: changes to proposed order language for former employee bar date motion (.3); exchange e-mails with Joe Frank re: same (.2); exchange e-mails with Jessica Marrero re: next steps on revisions to order (.2); exchange e-mails with Kevin Lantry re: signoff on proposed revisions to order (.2). | 1.10 hrs. |
| 09/20/11 | J. MARRERO | Review Debtors 46th and 47th omnibus objections (0.3); draft memo to Committee re same (0.1); revise memo to Committee re: D&B Settlement (0.4); conference with D.Deutsch re: D&O revisions to Aurelius changes to D&O motions (0.2) | 1.00 hrs. |
| 09/21/11 | J. MARRERO | Draft memo to the Committee re omnibus objections | 0.30 hrs. |
| 09/21/11 | J. MARRERO | Draft memo to the Committee re: 46th and 47th omnibus objections (0.4); email correspondence with D&O counsel re: revisions to proposed orders re: D&O Motions at the request of Aurelius (0.5); conference with D.Deutsch re: same (0.1); conference with D.Deutsch re: language to be added to D&O Motion orders at the request of Aurelius (0.1); revise orders re: same (0.9); email correspondence with C&P team re: same (0.4) | 2.40 hrs. |
| 09/22/11 | J. MARRERO | Email correspondence with D&O counsel re: revised order re: motion to approve stipulation (0.2); follow up re: same with D.Deutsch (0.1); conference call with local counsel re same (0.2) | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2011
435 N. MICHIGAN AVENUE                               Page    3
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/22/11 | D. E. DEUTSCH | Exchange e-mails with Matt McGuire re: next steps on two employee-related claims motions (.2). | 0.20 hrs. |
| 09/23/11 | D. E. DEUTSCH | Review mediation statement and other materials related to Crabhouse/Newsday mediation (.8); review e-mails from Debtors on former officer claim (represented by Hannafan) and issues related to same (.2); review related prior court papers on same (.3); e-mail Kevin Lantry on proposed resolution of same (.2); participate in call with Debtors' Crabhouse mediation team (.5); call on related action items with Ken Kansa (.1). | 2.10 hrs. |
| 09/23/11 | J. MARRERO | Email correspondence with D.Deutsch re: ex-employee claim (represented by B.Hannafan). | 0.20 hrs. |
| 09/26/11 | J. MARRERO | Draft email to local counsel re: revised orders for D&O motions | 0.20 hrs. |
| 09/27/11 | J. MARRERO | Review Debtors 46th and 47th omnibus objections to claims. | 0.30 hrs. |
| 09/28/11 | D. E. DEUTSCH | Call with Ken Kansa re: update on Newsday mediation (.2). | 0.20 hrs. |
| 09/28/11 | J. MARRERO | Draft memo to Committee re Gombossy settlement (0.8); conference with D.Deutsch re same (0.1); revise memo re: same (0.5); draft posting to Committee re: same (0.4) | 1.80 hrs. |
| 09/29/11 | J. MARRERO | Draft memo to the Committee re: 46th and 47th omnibus objections. | 1.80 hrs. |
| 09/30/11 | J. MARRERO | Revise memorandum re: Debtors 46th and 47th omnibus objections (0.8); draft posting to Committee re: same (0.4) | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611


09/30/11   D. E. DEUTSCH        Review 46th and 47th omnibus          0.70 hrs.
                                objection (.4); review and edit
                                related memorandum to Committee
                                (.3).


            **Total Fees for Professional Services.............    $9,895.00**



                       TIMEKEEPER SUMMARY

Timekeeper's Name               Rate     Hours          Amount

D. E. DEUTSCH                   725.00    6.40          4640.00
J. MARRERO                      375.00   12.20          4575.00
M. ROITMAN                      425.00    1.60           680.00
                        TOTALS           20.20          9895.00

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                               For Services Through September 30, 2011
   Our Matter #19804.010
               FEE/RETENTION APPLICATIONS


09/01/11   H. LAMB          Comprehensive review of billing      4.80 hrs.
                            proformas/daily time detail in
                            preparation of August fee
                            application.

09/02/11   H. LAMB          Further review of billing            3.30 hrs.
                            proformas/daily time detail in
                            preparation of August fee
                            application.

09/02/11   E. DAUCHER       Prepare responses to Fee             3.80 hrs.
                            Examiner's 7th and 8th preliminary
                            reports.

09/06/11   H. LAMB          Further review of billing            1.80 hrs.
                            proformas/daily time detail in
                            preparation of August fee
                            application.

09/06/11   E. DAUCHER       Drafting re: response to Fee         2.10 hrs.
                            Examiner's 7th and 8th interim
                            reports.

09/07/11   E. DAUCHER       Discuss responses to Fee Examiner    0.10 hrs.
                            with D. Deutsch.

09/07/11   D. BAVA          Review and analysis of Examiner's    5.80 hrs.
                            supplement report regarding the
                            7th interim fee application of
                            Chadbourne & Parke (.60); prepare
                            exhibits to response (5.2).

09/07/11   D. E. DEUTSCH    Review Fee Examiner report on 7th    1.10 hrs.
                            Interim Fee Application and
                            related draft response and edit
                            proposed response (.9); review
                            weekly ordinary course report (.2).

09/08/11   D. E. DEUTSCH    Call and e-mail Fee Examiner re:     0.20 hrs.
                            next steps on response to Fee
                            Examiner's 7th and 8th reports
                            (.2).

09/08/11   D. BAVA          Review and analysis of Examiner's    4.20 hrs.
                            supplement report regarding the
                            8th interim fee application of
                            Chadbourne & Parke (.60); prepare
                            exhibits to response (3.6).
```

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2011
Page    2

| | | | |
|---|---|---|---|
| 09/08/11 | E. DAUCHER | Revise responses to 7th and 8th Fee Examiner interim reports. | 1.30 hrs. |
| 09/09/11 | E. DAUCHER | Revise responses and exhibits to Fee Examiner interim reports. | 1.00 hrs. |
| 09/09/11 | H. LAMB | Begin research and preparation of work description summaries for August fee application. | 2.80 hrs. |
| 09/12/11 | D. E. DEUTSCH | Review and edit draft response to Fee Examiner's 8th quarterly report and attached exhibits (1.1); discuss follow-up issues on same with Eric Daucher (.2); review text of revised 7th quarterly report response and edit same (.5). | 1.80 hrs. |
| 09/12/11 | E. DAUCHER | Revise responses to fee examiners' 7th and 8th reports and related exhibits per comments from D. Deutsch. | 4.40 hrs. |
| 09/13/11 | E. DAUCHER | Revise responses to fee examiner's 7th and 8th reports and related exhibits per D. Deutsch's comments. | 1.10 hrs. |
| 09/13/11 | D. E. DEUTSCH | Final review and mark-up of response to 7th and 8th fee application reports by Fee Examiner (1.6); conference with Eric Daucher to discuss final edits to same (.2). | 1.80 hrs. |
| 09/13/11 | H. LAMB | Continue to research and prepare work summary descriptions for August fee application. | 2.30 hrs. |
| 09/14/11 | E. DAUCHER | Finalize responses to fee examiner's 7th and 8th reports and related exhibits. | 1.40 hrs. |
| 09/16/11 | J. MARRERO | Draft weekly ordinary course professional report (0.5); draft Professional Fee Reports (0.4). | 0.90 hrs. |
| 09/17/11 | H. LAMB | Continue to research and prepare work descriptions for August fee application (2.4); review and research expenses incurred during August fee period to provide | 4.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       October 24, 2011
435 N. MICHIGAN AVENUE                              Page    3
CHICAGO, IL 60611

|  |  |  | |
|---|---|---|---|
|  |  | required detail in fee application (1.8). | |
| 09/17/11 | D. E. DEUTSCH | Review weekly ordinary course professional report (.2). | 0.20 hrs. |
| 09/19/11 | H. LAMB | Continue research and prepare litigation work summary descriptions for monthly fee application. | 1.70 hrs. |
| 09/21/11 | J. MARRERO | Email correspondence with D.Deutsch re: August ordinary course professionals report (0.1); email correspondence with Debtors counsel re same (0.1) | 0.20 hrs. |
| 09/21/11 | D. E. DEUTSCH | Review e-mail from Debtors re: ordinary course professional issue (.1); e-mail Jessica Marrero re: next steps on same (.1); review weekly ordinary course professional report (.2); review weekly professional fee application status report (.2). | 0.60 hrs. |
| 09/26/11 | J. MARRERO | Draft weekly ordinary course professional report (0.7); draft case professionals fee report (0.2) | 0.90 hrs. |
| 09/26/11 | D. BAVA | Prepare and revise tenth quarterly fee summary (3.10). | 3.10 hrs. |
| 09/26/11 | D. E. DEUTSCH | Review and edit August time entries (3.4). | 3.40 hrs. |
| 09/27/11 | D. E. DEUTSCH | Review and edit draft fee application for August (.8); draft inserts for same (.5); related discussion on next steps with Helen Lamb (.2). | 1.50 hrs. |
| 09/27/11 | H. LAMB | Review D.Deutsch comments regarding fees (.5); finalize draft fee application in accordance with same (1.1) | 1.60 hrs. |
| 09/29/11 | D. E. DEUTSCH | Review weekly ordinary course professional report (.3); review weekly professional fee report (.1). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

| 09/30/11 | D. E. DEUTSCH | Call with Andrew Dalton re: fee application review issues (.2); draft note to file on same (.1). | 0.30 hrs. |
| 09/30/11 | J. MARRERO | Draft ordinary course professionals report (0.5); Draft Professional Fee Report summary (0.8) | 1.30 hrs. |

**Total Fees for Professional Services.............. $25,970.50**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 725.00 | 11.30 | 8192.50 |
| D. BAVA | 280.00 | 13.10 | 3668.00 |
| E. DAUCHER | 425.00 | 15.20 | 6460.00 |
| H. LAMB | 285.00 | 22.50 | 6412.50 |
| J. MARRERO | 375.00 | 3.30 | 1237.50 |
| TOTALS | | 65.40 | 25970.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1

                                    For Services Through September 30, 2011

Our Matter #19804.013
          AVOIDANCE ISSUES


| | | | |
|---|---|---|---|
| 09/01/11 | Y. YOO | Corresponded by email with Douglas Deutsch re: soliciting comments from Debtors on draft Motion to Dismiss Certain Insider Preference Actions (.1). | 0.10 hrs. |
| 09/06/11 | Y. YOO | Drafted Intralinks posting note to Committee re: draft Motion to Dismiss Certain Insider Preference Actions (.4); corresponded by email with Debtors' counsel, Kevin Lantry, re: same (.2); corresponded by phone with local counsel, Landon Ellis, re: draft Motion to Extend Service of Insider Preference Actions (.1); discussed same with Douglas Deutsch (.1); corresponded by email with Kevin Lantry re: draft Motion to Dismiss Certain Insider Preference Actions (.1). | 0.90 hrs. |
| 09/06/11 | D. E. DEUTSCH | Review various e-mails with Kevin Lantry re: dismissal of certain preference actions against employees (.2); e-mail Young Yoo re: required next steps on same (.1); exchange multiple e-mails with Rick Cobb re: draft motion to extend stay of certain actions and memorandum to Committee on same (.4); exchange multiple e-mails with Jessica Marrero re: same (.1); review e-mail from Kevin Lantry re: preference dismissal motion (.2). | 1.00 hrs. |
| 09/06/11 | J. MARRERO | Draft posting to Committee re: Motion for Extension to Effect Process | 0.50 hrs. |
| 09/07/11 | J. MARRERO | Revise posting re: motion for extension of time to effect process (0.4); email correspondence with D.Deutsch re same (0.2) | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/07/11 | M. D. ASHLEY | Reviewed draft motion for extension of time to effect service of complaint and related materials (.8). | 0.80 hrs. |
| 09/07/11 | Y. YOO | Attended conference call with Douglas Deutsch and Debtors' counsel, Kevin Lantry, re: draft Motion to Dismiss Certain Insider Preference Actions (.2); drafted and revised Motion to Dismiss Certain Insider Preference Actions (.2); corresponded by email with Douglas Deutsch re: same (.1). | 0.50 hrs. |
| 09/07/11 | D. E. DEUTSCH | Review various e-mails re: extension of avoidance action deadline (.2); e-mail Jessica Marrero re: follow-up on same (.1). | 0.30 hrs. |
| 09/07/11 | T. J. MCCORMACK | Review Zuckerman draft on adjournment of service of complaint due date (0.3) and t/c A. Goldfarb at Zuckerman re: same (0.2). | 0.50 hrs. |
| 09/08/11 | D. E. DEUTSCH | Review revised motion to dismiss certain preference actions (.3); review related e-mails to/from Kevin Lantry (.2). | 0.50 hrs. |
| 09/09/11 | M. D. ASHLEY | Reviewed draft motion to dismiss certain insider preference claims and related materials (.9). | 0.90 hrs. |
| 09/09/11 | J. MARRERO | Revise motion to dismiss preference claims under threshold (.5); draft posting re: same (.2). | 0.70 hrs. |
| 09/14/11 | Y. YOO | Corresponded by phone with Douglas Deutsch re: draft Motion to Dismiss Certain Insider Preference Actions and filing Motion to Extend Service Deadline (.1). | 0.10 hrs. |
| 09/14/11 | D. E. DEUTSCH | Review proposed insert on certain employee-related claim orders from counsel to Aurelius (Meredith Lahaie) (.3); call with Meredith Lahaie re: comments on same (.2); review and edit proposed e-mail to | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2011
435 N. MICHIGAN AVENUE                                Page    3
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                           |            |
|------------|----------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | employee counsel re: proposed changes to draft order (.3); related conferences with Jessica Marrero (.3); call with Joe Frank (employee counsel) re: various issues (.2); e-mail Jessica Marrero re: related follow-up (.1). |            |
| 09/15/11   | Y. YOO         | Discussed draft Motion to Dismiss Certain Insider Preference Actions with Douglas Deutsch and Jessica Marrero (.1). | 0.10 hrs.  |
| 09/16/11   | J. MARRERO     | Draft email to counsel to Aurelius re Motion to Dismiss. | 0.10 hrs.  |
| 09/20/11   | D. E. DEUTSCH  | Review draft motion to dismiss preference claims and draft e-mail to Danny Golden (counsel to Aurelius) re: same (.5); draft e-mails to counsel to DB (.2) and to Wilmington Trust re: same (.1); review request from counsel to Aurelius re: inclusion of Law Debenture on preference claim proposal signoff (.2); call (.1) and e-mail counsel to Law Debenture (Sheron Korpus) re: same (.2); review responses from various parties (.2) and exchange additional e-mails with Jessica Marrero re: next steps on preference claim dismissal proposal (.2); call with Danny Golden re: proposed alternative approach to certain motion provisions (.2); conference with Jessica Marrero to discuss related next steps with Noteholders to obtain sign off on proposed changes (.3). | 2.20 hrs.  |
| 09/20/11   | J. MARRERO     | Revise motion to dismiss in re Law Debenture | 0.60 hrs.  |
| 09/20/11   | J. MARRERO     | Conference with D.Deutsch re: Aurelius position re: Motion to Dismiss (0.2); draft email to other Noteholders re: same (0.5); revise same (0.3) | 1.00 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                October 24, 2011
435 N. MICHIGAN AVENUE                                      Page    4
CHICAGO, IL 60611

| 09/21/11 | J. MARRERO | Email Noteholders re: Motion to Dismiss (0.1); Edit Motion to Dismiss (0.7); draft email to local counsel re same (0.2); draft email to Debtors re: same (0.2); | 1.20 hrs. |

| 09/21/11 | D. E. DEUTSCH | Exchange e-mails Meredith Lahaie (Aurelius's counsel) re: extension of deadline on motion to dismiss preference claims (.3); e-mail Jessica Marrero re: required follow-up on issue (.1); review revised motion to dismiss (.2); e-mail Jessica Marrero re: edits to same (.1). | 0.70 hrs. |

| 09/22/11 | D. E. DEUTSCH | Review multiple e-mails from Matt McGuire and Jess Marrero re: procedure related issues on motion to dismiss preference claims (.4); research and respond to same (.5); hold call with Matt McGuire and, in part, Jess Marrero re: procedure issues and next steps on filing (.2); review and make final edits to motion for authority to dismiss preference claims (.3). | 1.40 hrs. |

| 09/22/11 | Y. YOO | Discussed draft Motion to Dismiss Certain Insider Preference Actions with Douglas Deutsch (.1); corresponded by email with Jessica Marrero re: same (.1). | 0.20 hrs. |

| 09/22/11 | J. MARRERO | Call with Local Counsel re: Motion to Dismiss (0.1); draft email summary re: same (0.1); conference call with D.Deutsch and Local Counsel re: same (0.3); revise Motion to Dismiss (0.7). | 1.20 hrs. |

| 09/23/11 | D. E. DEUTSCH | Exchange e-mails with Matt McGuire et al. re: changes to preference dismissal motion (.3). | 0.30 hrs. |

| 09/23/11 | J. MARRERO | Call with Local Counsel re: Motion to Dismiss Insider Preference Actions (0.2); email correspondence with Local Counsel re: same (0.3); review revised Motion to Dismiss (0.4) | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      October 24, 2011
435 N. MICHIGAN AVENUE      Page   5
CHICAGO, IL 60611

| 09/28/11 | H. SEIFE | Review of report on D&O coverage utilization. | 0.40 hrs. |
| 09/28/11 | J. MARRERO | Email correspondence re: Motion to Amend Complaint (0.2); draft posting to Committee re: same (0.4) | 0.60 hrs. |

**Total Fees for Professional Services..............  $11,339.50**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 985.00 | .40 | 394.00 |
| T. J. MCCORMACK | 855.00 | .50 | 427.50 |
| M. D. ASHLEY | 675.00 | 1.70 | 1147.50 |
| D. E. DEUTSCH | 725.00 | 7.80 | 5655.00 |
| J. MARRERO | 375.00 | 7.40 | 2775.00 |
| Y. YOO | 495.00 | 1.90 | 940.50 |
| TOTALS | | 19.70 | 11339.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through September 30, 2011

Our Matter #19804.014
          EMPLOYEE ISSUES


| Date | Name | Description | Hours |
|---|---|---|---|
| 09/01/11 | D. GALLAI | Reviewed separation agreement for senior executive (.8); internal correspondence with D.Deutsch re same (.2). | 1.00 hrs. |
| 09/01/11 | J. MARRERO | Review recommendations from AlixPartners and D.Gallai re: severance agreement of certain executive (0.5); review 2011 MIP motion re: Committee support (0.7); conference with D.LeMay re: same (0.2) research and review LA Times article re: Committee support of MIP motion (0.5); draft posting to Committee re same (0.5); draft memo to Committee re: certain executive departure (2.3). | 4.70 hrs. |
| 09/01/11 | D. M. LeMAY | Telephone conference from Bill Niese re: LA Times story on MIP (.2).  Review MIP Motion (.7) e-mail to the Committee re:error in story (.3); e-mail Seife (.1) and Niese re: same (.1). Telephone conference w/M. O'Neal (.2) and prepare and send Committee e-mail (.2) re: correction of story.  Work on Limited Objection to MIP (1.3). | 3.10 hrs. |
| 09/01/11 | H. SEIFE | Review emails regarding MIP and LA Time story (.4); emails with D.LeMay regarding same (.2). | 0.60 hrs. |
| 09/02/11 | D. M. LeMAY | Review L.A. Times correction regarding MIP (.1); email to J.Marrero re: same (.1). | 0.20 hrs. |
| 09/02/11 | D. GALLAI | Reviewed report re 2011 MIP proposal. | 0.60 hrs. |
| 09/02/11 | J. MARRERO | Review LA Times re: correction to article on 2011 MIP (0.3); draft posting to the Committee re: same (0.4); review Chicago Tribune and other articles re MIP (1.2) | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/06/11 | D. GALLAI | Reviewed MIP motion (0.6).  Conf. w/ D. Deutsch and D. Leder re IRS and ERISA matter (0.3); reviewed related documents (1.6). | 2.50 hrs. |
| 09/06/11 | D. E. DEUTSCH | Call with David Gallai re: various employee related issues (.2); review draft memorandum to Committee on departure terms for senior executive and provide preliminary comments on same (.5); e-mail Brad Hall on same (.1); discuss further research on same with Jessica Marrero (.2). | 1.00 hrs. |
| 09/06/11 | J. MARRERO | Draft memo to the Committee re departure agreement of certain executive. | 1.80 hrs. |
| 09/07/11 | D. E. DEUTSCH | Meeting with David LeMay and, in part, Marc Roitman to discuss drafting court paper related to MIP (.3). | 0.30 hrs. |
| 09/07/11 | D. M. LeMAY | Work on limited objection regarding MIP. | 0.60 hrs. |
| 09/07/11 | R. KURTH | Reviewing documents re: IRS and ERISA matter. | 1.80 hrs. |
| 09/07/11 | D. GALLAI | Confs. w/ D. Deutsch and R. Santangelo re IRS and ERISA matter. | 0.30 hrs. |
| 09/07/11 | M. ROITMAN | Draft Limited Objection to 2011 MIP (6.3); Meet with D. LeMay re: same (0.2). | 6.50 hrs. |
| 09/08/11 | M. ROITMAN | Draft Limited Objection to 2011 MIP (5.2) | 5.20 hrs. |
| 09/08/11 | R. KURTH | Reviewing documents re: IRS and ERISA matter. | 0.40 hrs. |
| 09/08/11 | J. MARRERO | Review plan re: individuals excluded from the release in re: senior executive/MIP issue (0.3); draft email summary re: same (0.2) | 0.50 hrs. |
| 09/09/11 | D. M. LeMAY | Revise MIP Limited Objection. | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/09/11 | D. E. DEUTSCH | Review proposed draft insert for MIP objection (.4); discuss same with Marc Roitman (.1). | 0.50 hrs. |
| 09/09/11 | M. ROITMAN | Revise Limited Objection to 2011 MIP (0.2) | 0.20 hrs. |
| 09/12/11 | D. GALLAI | Conf. w/ D. Deutsch re status of MIP, ERISA, and employment matters. | 0.20 hrs. |
| 09/12/11 | J. MARRERO | Review meeting minutes re: Committee discussion of R.Michaels resignation and severance (0.4); draft email to D.Deutsch re same (0.2) | 0.60 hrs. |
| 09/13/11 | D. E. DEUTSCH | Review preliminary draft of limited objection to MIP to prepare for Committee meeting (.5); call with Kevin Lantry re: next steps with MIP and various other employee issues (.2); discuss MIP issue with David LeMay (.1). | 0.80 hrs. |
| 09/13/11 | H. SEIFE | Conference with D.LeMay regarding response to MIP motion (.4); review and revise of draft objections to MIP (1.1). | 1.50 hrs. |
| 09/13/11 | M. ROITMAN | Revise Limited Objection to 2011 MIP (3.4); meet with D. LeMay re: same (0.2); | 3.60 hrs. |
| 09/14/11 | D. E. DEUTSCH | Call with Kevin Lantry re: MIP hearing (.2); review related e-mails from Jonathan Lotsoff (.1); call with Damian Schiable (counsel to JPM) re: hearing matters (.2); review inquiry from Jay Teitlebaum (counsel to certain retirees) re: questions on motion to allow certain late filed employee/ex-employee claims (.2); review related motion and order (.3) and draft response to inquiry (.2); review inquiry from Jessica Marrero re: senior executive departure consulting agreement issue (.1); respond with related follow-up steps (.2). | 1.50 hrs. |