TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

| 09/15/11 | D. E. DEUTSCH | Review e-mail from Brad Hall re: analysis of proposed severance terms for departing executive (.2); draft notice to Kevin Lantry re: Committee's issues with departing executive severance terms (.2); additional call with Brad Hall (.1) and exchange additional call and e-mail with Kevin Lantry re: same (.2); meeting with Howard Seife and, in part, David LeMay re: new MIP issue raised by Committee member (.4); review materials and e-mail AlixPartners re: new analysis on MIP (.5); call with Kevin Lantry re: responses to new employee motions and MIP issues (.3); call with Alan Holtz re: MIP issues (.2); discuss employee issues with David LeMay (.2); discuss new possible MIP objection with Marc Roitman (.4); call with Damian Schaible (JPM counsel) re: MIP and various other employee issues (.3); e-mail C&P team re: report on same (.2). | 3.20 hrs. |
| 09/15/11 | M. ROITMAN | Review documents re: senior executive involvement in LBO transaction in connection with Limited Objection to 2011 MIP (0.3); Correspond with H. Seife and D. LeMay re: same (0.3); Meet with D. Deutsch re: revising Limited Objection to 2011 MIP (0.3). | 0.90 hrs. |
| 09/15/11 | D. M. LeMAY | Telephone conference (2x) w/D. Deutsch re: Committee member request to revision MIP Metrics (.4). Telephone conf. from J. Sottile re: senior executive issue (.2); e-mail C&P team re: same (.1); review documents sent by Sidley re: same (.2). | 0.90 hrs. |
| 09/15/11 | H. SEIFE | Review of Sidley documents regarding senior executive MIP issue. | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           October 24, 2011
435 N. MICHIGAN AVENUE                                  Page    5
CHICAGO, IL 60611

| 09/16/11 | M. ROITMAN | Revise Limited Objection to 2011 MIP (0.2); Confer with D. LeMay re: same (0.1) | 0.30 hrs. |
|---|---|---|---|
| 09/16/11 | D. E. DEUTSCH | Exchange multiple e-mails with Guild (.1) and AlixPartners re: MIP related matters (.2). | 0.30 hrs. |
| 09/16/11 | D. M. LeMAY | Telephone conferences and e-mails with Debtors to attempt to resolve MIP dispute. | 0.80 hrs. |
| 09/20/11 | J. MARRERO | Revise memo to Committee re certain executive's departure. | 1.10 hrs. |
| 09/20/11 | J. MARRERO | Draft detailed summary of 2011 MIP discussions with Committee | 1.80 hrs. |
| 09/20/11 | H. SEIFE | Conference call with AlixPartners regarding MIP (.4); conference call with Committee co-chairs regarding same (.6); review and revise draft order regarding MIP (.4). | 1.40 hrs. |
| 09/20/11 | D. E. DEUTSCH | Exchange e-mails with Brad Hall and Alan Holtz re: MIP issue (.2); call with Brad Hall on MIP issue (.1); call with Alan Holtz re: MIP issue (.1); exchange multiple additional e-mails with Brad Hall and Alan Holtz on MIP issues (.3); draft various iterations of proposed insert for MIP Order (.7); review and revise same based on input from various parties (.4); e-mail (.1) and call with Damian Schaible (counsel to JPMorgan) re: new MIP order proposal (.2). | 2.10 hrs. |
| 09/20/11 | D. M. LeMAY | Call w/ Committee Co-Chairs re: MIP (.5) Review and comment on draft order language (.6). | 1.10 hrs. |
| 09/21/11 | D. M. LeMAY | Review Sidley proposed language re: MIP (.6) and two t/cs w/D. Deutsch re: same (.3). E-mail H. Seife re: same (.2). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page    6
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/21/11 | D. E. DEUTSCH | E-mail Damian Schaible on MIP issue (.1); exchange e-mails with Kevin Lantry re: former executive issue (.2); exchange e-mails with Alan Holtz re: MIP issue (.1); review summary of background and related materials on prior presentations to the Committee re: 2011 MIP matters (.7); call with Damian Schaible re: MIP issue and proposed new language to address same (.2); e-mail to Kevin Lantry re: related proposed MIP language (.2); review draft counterproposal on MIP insert (.4); hold related meeting with David LeMay (.3); exchange related additional e-mails with Kevin Lantry and Jonathan Lotsoff (.2); prepare for (.2) and hold two calls with Kevin Lantry and, in part, Jonathan Lotsoff re: MIP issue (.5); review and revise MIP proposal to incorporate comments on same (.5); hold call with Howard Seife re: final signoff on MIP compromise (.2); e-mails with Kevin Lantry re: same (.2); e-mails with Damian Schaible re: signoff on modified MIP language (.1). | 4.10 hrs. |
| 09/21/11 | M. ROITMAN | Revise Limited Objection to 2011 MIP Motion (1.1) | 1.10 hrs. |
| 09/21/11 | H. SEIFE | Conference with D.Deutsch regarding MIP issues and Lotsoff response (.3); review of Sidley email (.2); review of AlixPartners update in MIP (.4). | 0.90 hrs. |
| 09/22/11 | H. SEIFE | Review of  revised language in order (.3); review of MIP issues before Committee call (.4). | 0.70 hrs. |
| 09/22/11 | D. E. DEUTSCH | Review AlixPartners' materials on 2011 MIP analysis requested by Committee (.3); e-mail AlixPartners re: required follow-up on same (.1); review and edit draft limited objection to MIP (.6); call with Kevin Lantry re: MIP matters (.2). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page    7
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/22/11 | J. MARRERO | Review presentations, minutes and pleadings re: Committee's position on 2009/2008 MIP | 0.90 hrs. |
| 09/22/11 | J. MARRERO | Email correspondence with AlixPartners re departure agreement of certain executive. | 0.10 hrs. |
| 09/22/11 | M. D. ASHLEY | Reviewed materials relating to proposed revised 2011 MIP order (.4). | 0.40 hrs. |
| 09/23/11 | D. E. DEUTSCH | Review and edit draft posting note re: revised MIP order (.2); meeting with David LeMay re: next steps on MIP order (.3); prepare for (.3) and call with Gordon Novod (WT counsel) re: MIP matters (.3); call (.1) and e-mail David Adler (DB counsel) re: same (.1); e-mail Gordon Novod re: confirmation of status of vote on MIP matters (.1). | 1.40 hrs. |
| 09/23/11 | J. MARRERO | Email correspondence with AlixPartners re departure agreement of certain executive (0.2); email correspondence re: 2011 MIP order and certification (0.4) | 0.60 hrs. |
| 09/26/11 | D. E. DEUTSCH | Exchange e-mails to/from Gordon Novod re: MIP (.1); e-mail Jessica Marrero re: related next steps on MIP order (.1); review e-mails and attachments from Jessica Marrero relating to bar date orders for two officer related motions (.3); e-mail Jessica Marrero re: same (.1); review and respond to inquiry from Kevin Lantry re: MIP matters (.2). | 0.80 hrs. |
| 09/27/11 | H. SEIFE | Conference with D.Deutsch regarding MIP status and motion and cert of no objection. | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE  October 24, 2011
435 N. MICHIGAN AVENUE  Page 8
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/28/11 | D. E. DEUTSCH | Two calls with Kevin Lantry re: outstanding employee issues including status of settlement with senior executive and possible settlement of lawsuit brought by Courier reporter (.4); review Debtors' analysis on possible settlement with Courier reporter (.5); discuss further analysis and next steps with Committee on same with Jessica Marrero (.2); preliminary review of Debtors' draft motion related to settlement agreement with senior executive, including comments on Committee support of same (.4); exchange related e-mails (.2) and hold call with Kevin Lantry on same (.1); e-mail Kevin Lantry re: question on possible settlement with Courier employee (.1); review and mark-up draft of memorandum to Committee on possible settlement with Courier employee (.4). | 2.30 hrs. |
| 09/30/11 | D. E. DEUTSCH | Review certifications of counsel on employee/ex-employee bar date order (.2); discuss modifications to same with Matt McGuire (.1); call with Kevin Lantry re: motion to settle claim with former senior officer and various other matters (.2). | 0.50 hrs. |
| 09/30/11 | D. M. LeMAY | E-mails to T. McCormack and J. Sottile regarding October 4, 2011 MIP hearing. | 0.40 hrs. |

**Total Fees for Professional Services.............. $46,184.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page     9
CHICAGO, IL 60611

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 895.00 | 9.00 | 8055.00 |
| H. SEIFE | 985.00 | 6.40 | 6304.00 |
| M. D. ASHLEY | 675.00 | .40 | 270.00 |
| D. E. DEUTSCH | 725.00 | 20.00 | 14500.00 |
| D. GALLAI | 685.00 | 4.60 | 3151.00 |
| J. MARRERO | 375.00 | 14.00 | 5250.00 |
| M. ROITMAN | 425.00 | 17.80 | 7565.00 |
| R. KURTH | 495.00 | 2.20 | 1089.00 |
| TOTALS | | 74.40 | 46184.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1

                              For Services Through September 30, 2011

Our Matter #19804.017
            GENERAL LITIGATION


| | | | |
|---|---|---|---|
| 09/01/11 | M. D. ASHLEY | Reviewed draft Neil (ERISA) settlement agreement and related materials. | 0.60 hrs. |
| 09/01/11 | A. K. NELLOS | Confer with L. Moloney regarding Relativity issues in connection with possible new litigation. | 0.20 hrs. |
| 09/06/11 | R. M. LEDER | TCs Deutsch and Gallai re excise tax claims. | 0.70 hrs. |
| 09/06/11 | D. E. DEUTSCH | Exchange e-mails with Bryan Krakauer re: settlement of IRS claim on LBO transaction (.3); review related notes and other materials from Neil settlement (.6); call with Richard Leder and, in part, David Gallai re: analysis of excise tax issue for IRS settlement analysis (.5). | 1.40 hrs. |
| 09/06/11 | D. E. DEUTSCH | E-mail litigation team re: Relativity matter (.2). | 0.20 hrs. |
| 09/06/11 | M. D. ASHLEY | Reviewed long-form Neil (ERISA) settlement agreement and related correspondence. | 0.70 hrs. |
| 09/06/11 | H. SEIFE | Review D.Deutsch emails regarding IRS claim settlement (.3); review of issues regarding IRS settlement (.5). | 0.80 hrs. |
| 09/06/11 | T. J. MCCORMACK | Confer M. Ashley re: status of Neil settlement of ERISA claims (0.3). | 0.30 hrs. |
| 09/07/11 | L. F. MOLONEY | Confer with A. Nellos re. Relativity issues and possible new litigation (.9); Correspondence with P. Kelly, R. Das and M. Cervantes at Complete Document Source re. Relativity and possible new litigation issues (.8). | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/07/11 | D. E. DEUTSCH | Review background materials to prepare for call with Debtors' counsel on IRS ERISA settlement (.6); hold related call with David Gallai (.1). | 0.70 hrs. |
| 09/07/11 | M. D. ASHLEY | Reviewed proposed revisions to Neil (ERISA) settlement and related materials. | 0.50 hrs. |
| 09/07/11 | R. M. LEDER | TCs Deutsch re settlement of IRS claim. | 0.30 hrs. |
| 09/08/11 | H. SEIFE | Emails with D.Deutsch regarding insurer report on fee payouts. | 0.40 hrs. |
| 09/09/11 | D. E. DEUTSCH | Review and analysis of "long form" Neil/DOL settlement agreement (3.1). | 3.10 hrs. |
| 09/09/11 | A. ROSENBLATT | Review status of settlement with IRS in connection with plan amendment. | 0.40 hrs. |
| 09/09/11 | M. D. ASHLEY | Reviewed revisions to draft Neil (ERISA) settlement agreement and related materials (.4). | 0.40 hrs. |
| 09/12/11 | M. D. ASHLEY | Reviewed revised drafts of Neil (ERISA) settlement agreement and related correspondence (1.2); emails with D. Deutsch, J. Sottile regarding revised draft Neil settlement agreement (.1); emails with parties' counsel regarding same (.2). | 1.50 hrs. |
| 09/12/11 | D. E. DEUTSCH | Review mark-up by DOL of long-form Neil et al. settlement (1.2); review various related e-mails from DOL, insurers and others (.3); conference call with Bryan Krakauer to discuss next steps related to IRS part of Neil settlement (.2); exchange e-mails with Marc Ashley and James Sottile re: analysis on litigation issue related to long-form Neil settlement (.2). | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/13/11 | D. E. DEUTSCH | Review mark-up of long form Neil settlement to prepare for meeting on same (1.3); participate in related meeting with all counsel to Neil settlement (1.6). | 2.90 hrs. |
| 09/13/11 | M. D. ASHLEY | Call with parties' counsel regarding draft Neil (ERISA) settlement agreement (1.6); reviewed related draft agreement and correspondence (.6); emails with counsel regarding draft settlement agreement (.2). | 2.40 hrs. |
| 09/13/11 | H. SEIFE | Conference with D.Deutsch regarding IRS settlement regarding ESOP. | 0.30 hrs. |
| 09/13/11 | A. ROSENBLATT | Review status on IRS settlement regarding implementation of DOL settlement to address plan matter. | 0.30 hrs. |
| 09/13/11 | A. K. NELLOS | Confer with R. Schwinger regarding Relativity issues in connection with possible new litigation (.2). Confer with L. Moloney regarding same (.3). | 0.50 hrs. |
| 09/13/11 | M. ROITMAN | Review recent filings in Neil adversary proceeding and update adversary report (0.3) | 0.30 hrs. |
| 09/14/11 | M. ROITMAN | Review recent Delaware case decision  re: analysis of good faith of plan proponents (1.1); Meet with D. Deutsch re: same (0.2); Review documents and pleadings re: research into issued raised by case (1.8); confer with D. Deutsch re: same (0.3). | 3.40 hrs. |
| 09/14/11 | D. E. DEUTSCH | Review inquiry from Rick Cobb re: status of motion to compel and motion to dismiss certain preference claims (.1) and respond to same (.1); conference with Howard Seife, David LeMay and Bob Gayda re: issues raised by recent Delaware court decision and related research issues (.4); call with Zul Jamal re: related research (.3); conference with | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2011
435 N. MICHIGAN AVENUE                               Page    4
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | Marc Roitman to discuss preliminary research on re: same (.4). |  |
| 09/15/11 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman re: state action issues (.2); review mark-up of long form Neil/DOL settlement agreement by Fiduciary Counselors (.4); review report on status of state actions (.4); e-mail Marc Roitman re: required additional analysis related to same (.1); call with Marc Roitman and, in part, Lori Maloney re: analysis of produced documents from specific party to address new litigation issues (.3). | 1.40 hrs. |
| 09/15/11 | M. D. ASHLEY | Reviewed revisions to draft Neil (ERISA) settlement and related correspondence (.4); emails with D. Deutsch, J. Sottile regarding draft settlement agreement (.2). | 0.60 hrs. |
| 09/15/11 | A. K. NELLOS | Exchange emails with M. Roitman and L. Moloney regarding Relativity issues re new litigation. | 0.70 hrs. |
| 09/15/11 | M. ROITMAN | Review trial and deposition transcripts re: issue raised by new Delaware decision (4.1); Confer with D. Deutsch and L. Moloney re: review of produced documents in connection with same (0.2). | 4.30 hrs. |
| 09/15/11 | L. F. MOLONEY | Correspondence with M. Roitman re. obtaining certain documents from relativity (.2); Corresponded with Complete Document Source to obtain various requested documents (.4). | 0.60 hrs. |
| 09/15/11 | T. J. MCCORMACK | Review new Delaware case decision concerning potential application to Tribune (1.0); review New York Times article re: same (0.1). | 1.10 hrs. |
| 09/16/11 | M. ROITMAN | Review produced documents re: issues raised by new Delaware decision (0.4); | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2011
435 N. MICHIGAN AVENUE                               Page    5
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/17/11 | D. E. DEUTSCH | Review weekly litigation report (.2); review weekly state law fraudulent conveyance claim report (.3). | 0.50 hrs. |
| 09/19/11 | M. ROITMAN | Draft memorandum re: analysis of certain legal issues raised by Delaware decision and its potential application to Noteholder actions in Tribune (0.6). | 0.60 hrs. |
| 09/19/11 | M. ROITMAN | Review pleadings in Neil adversary proceeding and revise adversary report (0.3) | 0.30 hrs. |
| 09/20/11 | M. ROITMAN | Work on memorandum re: analysis of certain legal issues raised by Delaware case and its potential application to Noteholder actions in Tribune (1.5) | 1.50 hrs. |
| 09/21/11 | D. E. DEUTSCH | Review weekly adversary proceeding report (.2). | 0.20 hrs. |
| 09/21/11 | M. D. ASHLEY | Reviewed revisions to draft Neil (ERISA) settlement agreement and related correspondence (.4). | 0.40 hrs. |
| 09/21/11 | D. M. LeMAY | Prepare detailed presentation on certain legal issues for tomorrow's Committee Meeting. | 2.50 hrs. |
| 09/22/11 | T. J. MCCORMACK | Confer H. Seife and team re:new legal issues raised by recent case (0.5); review related decisions re: same (1.2). | 1.70 hrs. |
| 09/22/11 | D. E. DEUTSCH | Review mark-up of revised DOL/Neil long form settlement and related e-mail (.3); e-mail James Sottile re: related release issue (.1); call with Kevin Lantry re: next steps on Crabhouse litigation/mediation (.1). | 0.50 hrs. |
| 09/22/11 | M. ROITMAN | Draft memorandum re: analysis of certain legal issues raised by recent case and its potential application to Noteholder actions in Tribune (1.7); Meeting with C&P team re: same (0.5). | 2.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page    6
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/22/11 | Y. YOO | Corresponded by phone with David LeMay re:further research on new case issue (.1). | 0.10 hrs. |
| 09/23/11 | M. ROITMAN | Draft email to Committee re: status update on main adversary proceedings (0.3) | 0.30 hrs. |
| 09/23/11 | R. M. KIRBY | Review and comment of draft memo to Committee concerning status of shareholder and lender actions, as per T. McCormack. | 1.20 hrs. |
| 09/23/11 | K. LEVENBERG | E-mails w/T. McCormack re: issues raised by recent Delaware decision(0.20); legal research re: issue (7.60). | 7.80 hrs. |
| 09/23/11 | D. E. DEUTSCH | Review draft memorandum to Committee from Zuckerman on third party discovery issues (.3); exchange e-mails with Andrew Goldfarb re: next steps on same (.1). | 0.40 hrs. |
| 09/23/11 | T. J. MCCORMACK | Review case law on issues raised by recent case in 3rd Circuit (1.2); review M. Roitman summary of factual analysis related to same (0.7); confer K. Levenberg re: legal research and issues (0.3); status conference with J. Sottile re: related issue for Zuckerman to follow up (0.2). | 2.40 hrs. |
| 09/25/11 | M. D. ASHLEY | Reviewed other case filings from case that raises new issues for Tribune. | 1.60 hrs. |
| 09/26/11 | M. D. ASHLEY | Call with K. Levenberg regarding memorandum relating to legal analysis of issue raised by recent case (.1); reviewed related legal materials (.6); emails with T. McCormack, K. Levenberg regarding same (.2). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           October 24, 2011
435 N. MICHIGAN AVENUE                                  Page    7
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/26/11 | K. LEVENBERG | Research and draft memorandum re: legal analysis of issue raised by recent case (8.10); correspond w/A. Nellos re: background materials (0.20). | 8.30 hrs. |
| 09/26/11 | T. J. MCCORMACK | Confer M. Ashley on research re: new decision (0.2); review current draft of summary analysis re: same (0.7). | 0.90 hrs. |
| 09/26/11 | M. ROITMAN | Review pleadings Neil adversary proceeding (0.2) | 0.20 hrs. |
| 09/26/11 | M. ROITMAN | Call with D. Deutsch and L. Moloney re: review of documents in connection with analysis of factual issues raised by recent Delaware case (0.2). | 0.20 hrs. |
| 09/27/11 | T. J. MCCORMACK | Review materials in connection with factual issues raised by recent Delaware case (0.8); confer M. Ashley re: same (0.4). | 1.20 hrs. |
| 09/27/11 | M. ROITMAN | Review post-trial briefs in connection with analysis of issues raised by new decision (0.5); Correspond with K. Levenberg re: same (0.5). | 1.00 hrs. |
| 09/27/11 | D. E. DEUTSCH | Exchange e-mails with Bryan Krakauer re: Neil settlement IRS issue (.2); exchange e-mails with Lori Maloney re: obtaining certain information from discovery files related to new inquiry (.2); review mark-up of Neil/DOL settlement agreement provisions (.4); exchange e-mails with Marc Ashley re: related litigation inquiry (.2). | 1.00 hrs. |
| 09/27/11 | K. LEVENBERG | Research and draft memorandum re: legal issues raised by new Delaware decision (8.30); correspond with Roitman re: background information (0.30). | 8.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       October 24, 2011
435 N. MICHIGAN AVENUE                              Page    8
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/27/11 | M. D. ASHLEY | Reviewed revisions to Neil (ERISA) settlement agreement and related correspondence (.4); emails with D. Deutsch, J. Sottile regarding same (.1). | 0.50 hrs. |
| 09/27/11 | L. F. MOLONEY | Confers with D. Deutsch (.3) and M. Roitman (.3) document review for possible new litigation and Relativity issues. | 0.60 hrs. |
| 09/28/11 | M. D. ASHLEY | Reviewed legal materials relating to legal issue raised by recent decision (.8); reviewed draft memorandum regarding same (.8); call with K. Levenberg regarding draft memo (.2); emails with T. McCormack regarding draft memo (.2). | 2.00 hrs. |
| 09/28/11 | K. LEVENBERG | Research and draft memorandum re: potential insider trading claims (5.70); confer w/Ashley re: same (0.30). | 6.00 hrs. |
| 09/28/11 | D. E. DEUTSCH | Exchange multiple e-mails with Pat Nash re: quarterly report on D&O insurance requests and various questions regarding same (.6); call with Ken Kansa re: IRS and Neil settlement matters (.2). | 0.80 hrs. |
| 09/28/11 | T. J. MCCORMACK | Confer M. Ashley on research concerning legal issues raised by recent Delaware decision (0.2). | 0.20 hrs. |
| 09/28/11 | R. M. KIRBY | Research concerning transferee liability under UFTA, as per M. Ashley. | 3.80 hrs. |
| 09/28/11 | M. ROITMAN | Correspond with K. Levenberg in connection with analysis of legal issue raised by new decision (0.3); Online review of documents in connection with same (2.0). | 2.30 hrs. |
| 09/29/11 | T. J. MCCORMACK | E-mails with K. Levenberg re: legal issues raised by new decision (0.4); review summary of events related to same (0.9). | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page    9
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/29/11 | D. E. DEUTSCH | Review various e-mails from James Sottile, Marc Ashley and others re: issues raised in State Law Fraudulent Conveyance Actions (.4); review weekly SLFC update chart (.3). | 0.70 hrs. |
| 09/29/11 | K. LEVENBERG | Research and draft memorandum re: legal issues raised by new Delaware decision (5.30); and e-mail to T. McCormack re same (0.20). | 5.50 hrs. |
| 09/30/11 | K. LEVENBERG | Research and draft memorandum re: legal issues raised by new court decision. | 6.50 hrs. |
| 09/30/11 | T. J. MCCORMACK | Review materials on legal issues raised by new Delaware decision (1.2); review legal research re: same (0.8). | 2.00 hrs. |
| 09/30/11 | D. E. DEUTSCH | Review e-mails and mark-up of DOL Neil settlement long-form agreement (.6). | 0.60 hrs. |

**Total Fees for Professional Services.............. $74,947.50**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 895.00 | 2.50 | 2237.50 |
| H. SEIFE | 985.00 | 1.50 | 1477.50 |
| R. M. LEDER | 985.00 | 1.00 | 985.00 |
| T. J. MCCORMACK | 855.00 | 11.10 | 9490.50 |
| M. D. ASHLEY | 675.00 | 12.10 | 8167.50 |
| A. ROSENBLATT | 725.00 | .70 | 507.50 |
| D. E. DEUTSCH | 725.00 | 17.60 | 12760.00 |
| K. LEVENBERG | 645.00 | 42.70 | 27541.50 |
| A. K. NELLOS | 645.00 | 1.40 | 903.00 |
| R. M. KIRBY | 535.00 | 5.00 | 2675.00 |
| L. F. MOLONEY | 320.00 | 2.90 | 928.00 |
| M. ROITMAN | 425.00 | 17.00 | 7225.00 |
| Y. YOO | 495.00 | .10 | 49.50 |
| TOTALS | | 115.60 | 74947.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                    Page    1

                            For Services Through September 30, 2011

Our Matter #19804.020
            SHAREHOLDER CLAIMS


| | | | |
|---|---|---|---|
| 09/02/11 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.40). | 0.40 hrs. |
| 09/07/11 | C. L. RIVERA | Reviewing activity in related LBO/shareholder lawsuits. | 0.20 hrs. |
| 09/09/11 | M. ROITMAN | Confer with D. Bava re: state law fraudulent conveyance report (0.1) | 0.10 hrs. |
| 09/09/11 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.40); review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (3.20). | 3.60 hrs. |
| 09/09/11 | C. L. RIVERA | Review activity in related LBO/shareholder lawsuits. | 0.10 hrs. |
| 09/12/11 | M. ROITMAN | Review filings in state law fraudulent conveyance actions and update report (3.5) | 3.50 hrs. |
| 09/14/11 | M. D. ASHLEY | Reviewed draft motion to compel shareholder information and related pleadings and correspondence. | 0.80 hrs. |
| 09/14/11 | T. J. MCCORMACK | Review status of shareholder adjournment efforts (0.2); t/c Zuckerman re: same (0.2); review prior adjournment orders (0.2). | 0.60 hrs. |
| 09/15/11 | H. SEIFE | Review of responses to MDL motion. | 0.60 hrs. |
| 09/15/11 | H. SEIFE | Review of report on state law fraudulent conveyance actions. | 0.40 hrs. |
| 09/15/11 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (2.30). | 2.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2011
435 N. MICHIGAN AVENUE                               Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/15/11 | M. ROITMAN | Review pleadings filed in response to multidistrict litigation motion (1.0); Confer/correspond with D. Bava and D. Deutsch re: same (0.2) | 1.20 hrs. |
| 09/16/11 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.40); monitor MDL docket sheet re: responses to motion to consolidate actions (.30). | 0.70 hrs. |
| 09/19/11 | M. ROITMAN | Review responses to MDL Motion and revise report on state law fraudulent conveyance actions (4.5); correspond with H. Seife and D. LeMay re: same (0.2) | 4.70 hrs. |
| 09/20/11 | M. ROITMAN | Correspond with J. Sottile re: responses to MDL motion (0.2); Review and comment upon Zuckerman Spaeder memorandum re: same (0.3); Draft insert to Zuckerman Spaeder memorandum re: Retiree Plaintiffs' Consenting Defendants' responses to MDL Motion (1.3); Correspond with D. LeMay re: same (0.2) | 2.00 hrs. |
| 09/20/11 | D. BAVA | Review and analysis of MDL docket sheet re: responses to motion (.40). | 0.40 hrs. |
| 09/20/11 | D. E. DEUTSCH | Review MDL materials (.2) and e-mail Marc Roitman re: analysis on same (.1); exchange e-mails with Andrew Goldfarb re: MDL issue (.2); preliminary review of draft MDL memorandum for Committee (.3) and draft e-mail comments to Andrew Goldfarb on same (.4). | 1.20 hrs. |
| 09/20/11 | D. M. LeMAY | Review issues re: need to intervene in MDL motion (.3); conference with M.Ashley re same (.3). | 0.60 hrs. |
| 09/20/11 | H. SEIFE | Review of update status report on litigation (.3); review of emails on MDL rules (.3). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            October 24, 2011
435 N. MICHIGAN AVENUE                                   Page    3
CHICAGO, IL 60611

| 09/21/11 | D. M. LeMAY | Review and comment on memo regarding MDL transfer motion. | 0.80 hrs. |
|---|---|---|---|
| 09/21/11 | J. MARRERO | Draft posting to Committee re: MDL memo and proposed response to MDL Transfer Objection (0.5); revise same (0.3). | 0.80 hrs. |
| 09/21/11 | M. D. ASHLEY | Call with D. LeMay regarding Committee response to MDL transfer motion objection (.3); reviewed pleadings, correspondence and legal research materials relating to MDL consolidation issues (1.1); reviewed Committee memorandum regarding MDL process (.3); reviewed draft Committee response to MDL transfer motion objection (.3); emails with Zuckerman regarding draft Committee MDL response and related issues (.4). | 2.40 hrs. |
| 09/21/11 | T. J. MCCORMACK | Review memo on state law fraud. conveyance claims, certain MDL issues and status (0.7); confer M. Ashley re: same (0.3). | 1.00 hrs. |
| 09/21/11 | D. E. DEUTSCH | Exchange e-mails with Andrew Goldfarb re: state law litigation/MDL matters (.3); review revised memorandum and provide additional comments on same (.4); e-mail Andrew Goldfarb re: next steps with Committee on state law memorandum (.2); review weekly state law fraudulent conveyance claim report (.3). | 1.20 hrs. |
| 09/22/11 | T. J. MCCORMACK | Meeting with J. Sottile on status of adjournment efforts on shareholder issues (0.2). | 0.20 hrs. |
| 09/22/11 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (2.70). | 2.70 hrs. |
| 09/23/11 | M. ROITMAN | Review pleadings in state law fraudulent conveyance actions and revise report on same (0.6) | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2011
435 N. MICHIGAN AVENUE                               Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/23/11 | C. L. RIVERA | Review docket activity in related LBO/shareholder lawsuit. | 0.20 hrs. |
| 09/23/11 | T. J. MCCORMACK | Analysis of certain shareholder and adjournment issues with Zuckerman (0.7); discussion with R. Kirby and mark-up/edits of Committee status memo re: same (0.8). | 1.50 hrs. |
| 09/23/11 | M. D. ASHLEY | Reviewed draft memorandum to Committee regarding status of third-party complaint shareholder discovery (.3); emails with T. McCormack regarding same (.1). | 0.40 hrs. |
| 09/26/11 | H. SEIFE | Review of state law fraudulent conveyance report. | 0.40 hrs. |
| 09/26/11 | M. ROITMAN | Review pleadings in state law fraudulent conveyance actions and revise report on same (0.2) | 0.20 hrs. |
| 09/28/11 | T. J. MCCORMACK | Review Zuckerman analysis of issues concerning stay of third party actions, procedural issues and tasks (0.4). | 0.40 hrs. |
| 09/28/11 | T. J. MCCORMACK | Review motion to dismiss filed by certain parties in state law fraudulent conveyance claims on "conduit" grounds (0.7); t/c Zuckerman attorneys re: same (0.3); review procedural issues raised by motion (0.4); review prior "conduit" research (0.7); review state DE complaints (0.4); review R. Kirby follow-up research on "conduit" issues (0.3). | 2.80 hrs. |
| 09/28/11 | M. D. ASHLEY | Reviewed motions to dismiss retiree fraudulent transfer claims and related pleadings (1.2); reviewed related legal research materials (1.6); emails with R. Kirby regarding same (.3); meeting with R. Kirby regarding legal research relating to LBO transferees (.2); emails with Zuckerman regarding same (.3). | 3.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611


| 09/28/11 | M. ROITMAN | Review pleadings in state law fraudulent conveyance actions (0.2); call with D. Deutsch and A. Lipkind re: same (0.2) | 0.40 hrs. |
| 09/29/11 | M. ROITMAN | Correspond with D. Deutsch and A. Lipkind re: state law fraudulent conveyance actions (0.3); correspond with M. McGuire re: Delaware local rules in connection with same (0.2) | 0.50 hrs. |
| 09/30/11 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.40); review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (2.20). | 2.60 hrs. |
| 09/30/11 | C. L. RIVERA | Review docket activity in related LBO/shareholder lawsuit. | 0.20 hrs. |


**Total Fees for Professional Services..............  $25,298.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 895.00 | 1.40 | 1253.00 |
| H. SEIFE | 985.00 | 2.00 | 1970.00 |
| T. J. MCCORMACK | 855.00 | 6.50 | 5557.50 |
| M. D. ASHLEY | 675.00 | 7.20 | 4860.00 |
| D. E. DEUTSCH | 725.00 | 2.40 | 1740.00 |
| D. BAVA | 280.00 | 12.70 | 3556.00 |
| C. L. RIVERA | 645.00 | .70 | 451.50 |
| J. MARRERO | 375.00 | .80 | 300.00 |
| M. ROITMAN | 425.00 | 13.20 | 5610.00 |
| TOTALS | | 46.90 | 25298.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1

                              For Services Through September 30, 2011

Our Matter #19804.021
          PLAN LITIGATION


09/01/11   Y. YOO            Continued revising draft Committee        14.30 hrs.
                             memorandum on jurisdictional
                             authority (9.7); discussed same
                             with Robert Gayda (.1);
                             corresponded by email with Robert
                             Gayda and Eric Daucher re:
                             research on same (.2); continued
                             reviewing new caselaw development
                             re: court's jurisdictional
                             authority over plan confirmation
                             (2.2); drafted and revised case
                             summaries of same (1.2);
                             corresponded by phone with Robert
                             Gayda re: same (.1); corresponded
                             by email with Robert Gayda re:
                             same (.1); corresponded by phone
                             with Eric Daucher re: analyzing
                             under related large case, (.3);
                             corresponded by email with Robert
                             Gayda re: court's jurisdiction
                             over 9019 settlements (.2);
                             corresponded by phone with Eric
                             Daucher re: analysis of specific
                             of court jurisdiction issue (.2).


09/01/11   E. DAUCHER        Research and drafting re: causes          5.60 hrs.
                             of action arising under the
                             Bankruptcy Code (2.1) and need to
                             resolve causes of action in
                             connection with claims allowance
                             (1.7); call with R. Gayda and Y.
                             Yoo re: same (.6); revise
                             memorandum re: jurisdicational
                             authority (1.2).


09/01/11   R. J. GAYDA       Detailed review of Stern decision         7.40 hrs.
                             and related cases (3.6); review
                             and revise memorandum re
                             jurisdictional authority (1.8);
                             research re DCL Plan and
                             Disclosure statement in connection
                             with same (1.3); discuss same with
                             Y. Yoo and E. Daucher (.7).


09/01/11   A. ROSENBLATT     Send email to Sidley regarding           1.20 hrs.
                             comments to proposed Plan
                             Amendment (.3); additional emails
                             with Sidley regarding same (.2);
                             review Plan definitions in

|            |                |                                                                                                                                                                                                                                                                                                                                                                                                                 |            |
|------------|----------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | connection with same (.7).                                                                                                                                                                                                                                                                                                                                                                                      |            |
| 09/02/11   | A. ROSENBLATT  | Review updated appeals memorandum.                                                                                                                                                                                                                                                                                                                                                                              | 0.60 hrs.  |
| 09/02/11   | R. J. GAYDA    | Review new case law circulated by E. Przybylko (1.2) and email correspondence with T. Hall re same (.4); review and revise memo on jurisdictional authority (1.2); meet with Y. Yoo and E. Daucher re same (1.0).                                                                                                                                                                                                | 3.80 hrs.  |
| 09/02/11   | E. DAUCHER     | Analyze specific decision on bankruptcy court jurisdiction (.7); revise as-applied section of memo re jurisdictional issues (2.4).                                                                                                                                                                                                                                                                               | 3.10 hrs.  |
| 09/02/11   | Y. YOO         | Continued revising draft Committee memorandum on jurisdictional issue (4.8); reviewed new caselaw development re: same (1.6); drafted case summaries of same (.7); corresponded by phone with Eric Daucher re: same (.3); corresponded by email with Robert Gayda re: draft Committee memorandum re jurisdictional issue (.2); corresponded by phone with Robert Gayda and Eric Daucher re: same (.6).            | 8.20 hrs.  |
| 09/02/11   | J. MARRERO     | Research and draft email in response to Committee member re: plan summaries                                                                                                                                                                                                                                                                                                                                      | 0.90 hrs.  |
| 09/03/11   | Y. YOO         | Reviewed and analyzed new caselaw development re: court's jurisdictional authority (1.1).                                                                                                                                                                                                                                                                                                                        | 1.10 hrs.  |
| 09/04/11   | Y. YOO         | Continued revising draft Committee memorandum on jurisdictional authority.                                                                                                                                                                                                                                                                                                                                      | 1.00 hrs.  |
| 09/05/11   | Y. YOO         | Corresponded by email with Robert Gayda re: draft Committee memorandum on jurisdictional authority (.2); reviewed new caselaw development re: court's jurisdictional authority (1.9); drafted case summaries of same (1.1);                                                                                                                                                                                        | 3.20 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/05/11 | R. J. GAYDA | Review Committee LBO Lender and D&O complaints. | 2.00 hrs. |
| 09/06/11 | Y. YOO | Continued revising draft Committee memorandum on jurisdictional authority (9.9); corresponded by phone with Robert Gayda re: same (.1); corresponded by phone with Eric Daucher re: same (.2). | 10.20 hrs. |
| 09/06/11 | R. J. GAYDA | Review and revise memo on jurisdictional aurhority (1.6); telephone call with Y. Yoo re same (.2); review case filings in similar large case re confirmation order and other relevant pleadings (.6); review Committee LBO complaint (2.1); discuss DCL Plan and DS with M. Roitman (.4); draft summary of DCL Plan releases (2.8). | 7.70 hrs. |
| 09/06/11 | E. DAUCHER | Call with Y. Yoo re: entwinement analysis. | 0.10 hrs. |
| 09/07/11 | E. DAUCHER | Analysis and drafting re: new case law interpreting Stern decision (2.9); draft comprehensive summary of causes of action (1.2). | 4.10 hrs. |
| 09/07/11 | J. MARRERO | Review and draft email re: summaries of DCL and NH plan | 0.50 hrs. |
| 09/07/11 | H. SEIFE | Review and revised memo on appeals. | 1.30 hrs. |
| 09/07/11 | Y. YOO | Reviewed and analyzed new caselaw development re: court's jurisdictional authority (1.6); drafted case summaries of same (.7); corresponded by email with Eric Daucher re: same (.3); continued revising draft Committee memorandum (8.4); discussed same with Robert Gayda (.2). | 11.20 hrs. |
| 09/07/11 | R. J. GAYDA | Review revised memo on jurisdictional authority (.7); conference with Y.Yoo re same (.3). | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       October 24, 2011
435 N. MICHIGAN AVENUE                              Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/08/11 | R. J. GAYDA | Review and revise memorandum on jurisdictional authority (4.3); discuss same with E. Daucher and Y. Yoo (.4); review and revise E. Daucher insert to memorandum (.7); review decision in similar Ch. 11 case and revise summary (1.2); draft footnote re public rights exception (.8). | 7.40 hrs. |
| 09/08/11 | M. D. ASHLEY | Conference with T. McCormack regarding status of litigation issues (.2); reviewed pleadings and correspondence regarding related confirmation hearing issues (.9). | 1.10 hrs. |
| 09/08/11 | H. SEIFE | Review of issues raised by Stern case and confirmation. | 2.10 hrs. |
| 09/08/11 | T. J. MCCORMACK | Confer M. Ashley re: pending confirmation litigation issues (0.2); review correspondence among parties re: potential supplemental submissions for confirmation record (0.2). | 0.40 hrs. |
| 09/09/11 | E. DAUCHER | Additional drafting on jurisdiction memo to incorporate new case law. | 1.20 hrs. |
| 09/09/11 | R. J. GAYDA | Draft email correspondence to T. Hall, and E. Daucher re jurisidictional issues in similar large Ch 11 case (.4); review court briefs in similar Ch 11 case re Stern (1.2); review recent case law and related report on jurisdictional authority (1.5); review and revise memorandum to Committee (1.3). | 4.40 hrs. |
| 09/11/11 | Y. YOO | Reviewed and analyzed new caselaw development on court's jurisdictional authority over plan confirmation (1.1); drafted case summaries of same (.7). | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

| 09/12/11 | R. J. GAYDA | Review and revise memorandum on jurisdictional authority (1.2); research new case law in connection with same (2.4); review relevant pleadings in similar large case (.3); detailed review of D&O complaint re preserved causes of action (1.8). | 5.70 hrs. |
|---|---|---|---|
| 09/13/11 | R. J. GAYDA | Review new case law discussing Stern case (2.1); review and revise memorandum to Committee on jurisdictional authority (1.3); discuss same with Y. Yoo (.2). | 3.60 hrs. |
| 09/13/11 | Y. YOO | Discussed draft Committee memorandum on jurisdictional authority with Robert Gayda (.1); continued drafting and revising same (.4); corresponded by phone with Eric Daucher re: new caselaw development on court's jurisdictional authority (.1); corresponded by email with Robert Gayda re: same (.1); reviewed and analyzed new caselaw development on court's jurisdictional authority (.8); drafted case summaries of same (.6). | 2.10 hrs. |
| 09/13/11 | H. SEIFE | Review of appeal and jurisdictional issues. | 1.20 hrs. |
| 09/14/11 | H. SEIFE | Review of WaMu decision and impact on confirmation issues. | 2.20 hrs. |
| 09/14/11 | A. ROSENBLATT | Review WaMu decision regarding potential impact on plan/confirmation issues in Tribune. | 2.10 hrs. |
| 09/14/11 | J. MARRERO | Conference with R.Gayda re Wamu Opinion (0.4); draft summary re: same (1.3) | 1.70 hrs. |
| 09/14/11 | D. M. LeMAY | Careful review of WaMu decision for implications regarding Tribune. | 1.70 hrs. |
| 09/14/11 | E. DAUCHER | Revise memo on application of Stern to Tribune in light of recent Delaware decision. | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           October 24, 2011
435 N. MICHIGAN AVENUE                                  Page    6
CHICAGO, IL 60611

| 09/14/11 | Y. YOO | Discussed draft Committee memorandum on jurisdictional authority with Robert Gayda (.3); reviewed WaMu decision on plan confirmation re: court's jurisdictional authority over plan confirmation (.8); continued drafting and revising memorandum (2.7); corresponded by email with Robert Gayda and Eric Daucher re: same (.3). | 4.10 hrs. |

| 09/14/11 | R. J. GAYDA | Review most recent Bankruptcy Court decision re jurisdictional authority (1.1); detailed review of WaMu decision denying confirmation (6.5); discuss same with J. Marrero (.5). | 8.10 hrs. |

| 09/14/11 | M. ROITMAN | Review Washington Mutual Opinion denying confirmation re: analysis of appeal (0.6). | 0.60 hrs. |

| 09/15/11 | M. ROITMAN | Review trial briefs re: Noteholders' upstreaming argument and postpetition interest (0.8); Confer/correspond with A. Rosenblatt re: same (0.2) | 1.00 hrs. |

| 09/15/11 | R. J. GAYDA | Review WaMu confirmation order and prepare summary of same (7.4); discuss same with Y. Yoo and E. Daucher (.7); review and revise memorandum on jurisdictional authority (3.8). | 11.90 hrs. |

| 09/15/11 | Y. YOO | Conference with Robert Gayda and Eric Daucher re: WaMu decision (.3); continued work on jurisdictional analysis memo (1.3); drafted and revised outline summary analysis of same (4.2); corresponded by email with Robert Gayda and Eric Daucher re: analysis (.4); reviewed and revised draft insert by Jessica Marrero to analysis (.4); corresponded by email with Robert Gayda, Eric Daucher and Jessica Marrero re: same (.3); discussed same with Jessica Marrero (.1); corresponded by email with David | 7.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE              October 24, 2011
435 N. MICHIGAN AVENUE                                    Page    7
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                                          |           |
|------------|----------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | LeMay and Douglas Deutsch re: summary analysis (.2); discussed draft Committee memorandum re: jurisdictional authority with Robert Gayda (.2).                                                                                             |           |
| 09/15/11   | E. DAUCHER     | In-depth review of part of WaMu decision (1.4); comprehensive revisions to jurisdictional analysis in light of decision (2.6); discuss same with R. Gayda and Y. Yoo. (.5); incorporate revisions by R. Gayda and Y. Yoo into comprehensive edit (.7). | 5.20 hrs. |
| 09/15/11   | D. M. LeMAY    | Continued detailed review of WaMu ruling (4.5).                                                                                                                                                                                           | 4.50 hrs. |
| 09/15/11   | A. ROSENBLATT  | Further review of portions of WaMu decision to address plan confirmation issue (1.7) and meet with LeMay regarding same (.3) and begin analysis of same (.8).                                                                             | 2.80 hrs. |
| 09/15/11   | H. SEIFE       | Review of WaMu decision regarding confirmation.                                                                                                                                                                                           | 1.60 hrs. |
| 09/15/11   | J. MARRERO     | Draft outline summary of part of WaMu opinion.                                                                                                                                                                                            | 2.40 hrs. |
| 09/16/11   | H. SEIFE       | Review of jurisdictional issues.                                                                                                                                                                                                          | 0.60 hrs. |
| 09/16/11   | A. ROSENBLATT  | Review confirmation briefs and arguments related to issues raised in WaMu decision (.9); draft email memorandum to LeMay and Roitman setting forth analysis related to same and potential impact on Tribune plan (1.4); meet with LeMay and Roitman to discuss same (.6). | 2.90 hrs. |
| 09/16/11   | M. ROITMAN     | Revise memorandum re: Analysis of Appeal Issues (2.2); correspond with A. Landis re: same (0.2); Review disclosure statement re: allowed amount of Step One claims (0.6); Confer with A. Rosenblatt re: same (0.2); Meet with A. Rosenblatt and D. LeMay re: plan provision issue (.8) | 4.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page    8
CHICAGO, IL 60611

| 09/16/11 | E. DAUCHER | Comprehensive line edit of memorandum (2.8); discuss same with Y. Yoo (.5) and R. Gayda (.4). | 3.70 hrs. |
|---|---|---|---|
| 09/16/11 | J. MARRERO | Draft detailed summary of issue raised by WaMu opinion. | 1.10 hrs. |
| 09/16/11 | Y. YOO | Work on final edits to memo on jurisdictional authority. | 8.20 hrs. |
| 09/16/11 | R. J. GAYDA | Finalize memorandum on jurisdictional authority (7.2); discuss same with. Y. Yoo and E. Daucher (.5); further research re same (2.4). | 10.10 hrs. |
| 09/19/11 | M. ROITMAN | Confer with M. Distefano re: revisions to appeals memorandum (0.2); Call with Z. Jamal re: analysis of postpetition interest on allowed Step One claims (0.2); correspond with A. Rosenblatt and D. LeMay re: same (0.1) | 0.50 hrs. |
| 09/19/11 | M. DISTEFANO | Revised portions of appeals memo (.9); | 0.90 hrs. |
| 09/19/11 | Y. YOO | Continued drafting and revising draft Committee memorandum re: jurisdictional authority (6.8); corresponded by phone with Robert Gayda re: revisions to same (.4); corresponded by email with Eric Daucher re: revisions to same (.3); corresponded by phone with special counsel, James Sottile re: comments on memo (.2); corresponded by email with Thomas Hall re: comments to same (.3); corresponded by email with James Sottile re: further comments to memorandum (.2); corresponded by email with Robert Gayda re: update to Committee Professionals' on same (.3). | 8.50 hrs. |
| 09/19/11 | D. M. LeMAY | Review and revise memo re: appellate process. | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2011
435 N. MICHIGAN AVENUE                              Page    9
CHICAGO, IL 60611

| 09/19/11 | R. J. GAYDA | Discuss memorandum re jurisdictional authority and changes to be made with Y.Yoo (.5); detailed review of memorandum (1.5). | 2.00 hrs. |
|---|---|---|---|
| 09/19/11 | J. MARRERO | Work on detailed summary of court's opinion re: certain arguments in WaMu decision. | 2.10 hrs. |
| 09/19/11 | E. DAUCHER | Revise memorandum on jurisdictional authority per Y. Yoo's comments (.6); discuss same with Y. Yoo (.3). | 0.90 hrs. |
| 09/20/11 | E. DAUCHER | Revise memorandum re: jurisdictional authority per comments from J Sottile. | 1.10 hrs. |
| 09/20/11 | M. D. ASHLEY | Call with D. Deutsch regarding confirmation hearing trial transcript issues (.1); reviewed correspondence and pleadings relating to revisions to confirmation hearing transcript (1.1); emails with Zuckerman and Sidley regarding revisions to confirmation hearing transcript (.2); reviewed memorandum regarding proposed Debtor settlement (.2). | 1.60 hrs. |
| 09/20/11 | H. SEIFE | Review and revise memo regarding appeal of confirmation order. | 0.40 hrs. |
| 09/20/11 | T. J. MCCORMACK | Review current draft of memo on issues raised by Stern decision relative to Tribune case and various contested matters pending in it (1.2). | 1.20 hrs. |
| 09/20/11 | R. J. GAYDA | Email correspondence with T. McCormack and M. Ashley re memo on jurisdictional issue (.3); email correspondence with Y. Yoo re same (.3); email correspondence with Y. Yoo re presentation re jurisdictional analysis at committee professionals meeting (.2). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2011
Page   10

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/20/11 | Y. YOO | Corresponded by email with Thomas McCormack re: memorandum on jurisdictional authority (.2); corresponded by email with Robert Gayda re: presentation on juridictional analysis at Committee Professional meeting (.2); corresponded by email with Robert Gayda and Eric Daucher re: James Sottile comments to memorandum (.3); reviewed new caselaw development on court's jurisdictional authority over plan confirmation (1.4); drafted case summaries of same (.9); discussed issues in memorandum re jurisdictional authority with Eric Daucher (.3). | 3.30 hrs. |
| 09/20/11 | M. ROITMAN | Revise memorandum re: appeals process and related legal issues (1.9); confer with D. Deutsch re: same (0.2); | 2.10 hrs. |
| 09/20/11 | A. ROSENBLATT | Review analysis provided by Moelis related to new confirmation issue (.8) and discuss implications of same with Roitman (.3); review appeals memorandum and H. Seife comments to same (.6). | 1.70 hrs. |
| 09/21/11 | Y. YOO | Reviewed new caselaw development on court's jurisdictional authority over plan confirmation (3.1); drafted case summaries of same (2.5). | 5.60 hrs. |
| 09/21/11 | M. ROITMAN | Revise memorandum re: appeals process and related legal issues (1.9) | 1.90 hrs. |
| 09/21/11 | M. D. ASHLEY | Reviewed pleadings and correspondence relating to confirmation hearing trial transcript issues (.4); emails with Sidley regarding same (.2). | 0.60 hrs. |
| 09/21/11 | D. E. DEUTSCH | Exchange multiple e-mails from/forwarded by Marc Ashley re: confirmation transcript issue (.3). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page    11
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/22/11 | D. E. DEUTSCH | Meeting with Tom McCormack and Howard Seife re: new confirmation strategy issue (.8); review related e-mails from Marc Roitman et al. (.2). | 1.00 hrs. |
| 09/22/11 | R. J. GAYDA | Review email correspondence from Y. Yoo re memo on jurisdictional authority (.4); review revised memorandum (.7). | 1.10 hrs. |
| 09/22/11 | M. ROITMAN | Revise memorandum re: appeals and related legal issues (3.2); Call with M. McGuire re: same (0.2); | 3.40 hrs. |
| 09/22/11 | C. L. RIVERA | Confer with D. LeMay and M. Roitman re: another new issue raised in WaMu (0.3); reviewing plan and related agreements re: same (0.5). | 0.80 hrs. |
| 09/22/11 | Y. YOO | Reviewed new caselaw development on court's jurisdictional authority over plan confirmation (1.4); drafted case summaries of same (.9); corresponded by email with Thomas Hall re: comments to memorandum on jurisdictional authority (.2); continued drafting and revising Committee memorandum (.9); corresponded by email with Thomas Hall re: further comments to memorandum (.2); corresponded by email with Robert Gayda re: revisions to same (.4); corresponded by email with Douglas Deutsch re: revisions to memorandum (.3). | 4.30 hrs. |
| 09/22/11 | T. HALL | Review draft memo to Committee on jurisdiction issues and precedent cited therein. | 2.60 hrs. |
| 09/22/11 | J. MARRERO | Review Settlement Noteholder pleadings in WaMu. | 1.10 hrs. |
| 09/22/11 | H. SEIFE | Meeting with T.McCormack and D.Deutsch regarding confirmation issues and strategy. | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page   12
CHICAGO, IL 60611

| 09/22/11 | D. M. LeMAY | Review materials from DPW from confirmation depositions (.9) review plan structure re: distribution if certain claims disallowed (1.6). | 2.50 hrs. |
| 09/22/11 | A. ROSENBLATT | Meet with LeMay re: analysis of plan in certain scenarios raised by recent caselaw (.4) and discuss issue with M. Roitman (.2); begin to review plan to analyze issue (.7); preliminary analysis of confirmation issue raised on Committee call (.3). | 1.60 hrs. |
| 09/23/11 | A. ROSENBLATT | Discuss with M. DiStefano research related to additional confirmation question raised by WaMu (.3) and review leading case on issue (.5); additional work on related issue (.5); review revised appeals memorandum circulated by M. Roitman (.4). | 1.70 hrs. |
| 09/23/11 | E. DAUCHER | Revise Committee memorandum re jurisdictional issue per comments from T. Hall. | 1.60 hrs. |
| 09/23/11 | H. SEIFE | Review and revised memo on appeal. | 0.70 hrs. |
| 09/23/11 | M. ROITMAN | Revise memorandum re: appeals and related legal issues (1.1); Call with M. McGuire re: same (0.1); Review plan of reorganization re: confirmation in certain scenarios (0.7); Meet with A. Rosenblatt re: same (0.2). | 2.10 hrs. |
| 09/23/11 | Y. YOO | Corresponded by email with Eric Daucher re: Thomas Hall's comments to memorandum on jurisdictional authority (.3); discussed followup research on plan calculation issue with David LeMay (.2); corresponded by email with Jessica Marrero re: same (.2); discussed related research with Andrew Rosenblatt and Michael Distefano (.3); discussed revisions to memorandum with Eric Daucher (.2); continued drafting and revising draft Committee memorandum (3.3); | 5.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page   13
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | corresponded by email with Robert Gayda re: same (.4); corresponded by email with Douglas Deutsch re: same (.2). |  |
| 09/23/11 | T. HALL | Continued review of memo re jurisdiction issues (1.8) and confer Y. Yoo re edits thereto (.5). | 2.30 hrs. |
| 09/23/11 | R. J. GAYDA | Review T. Hall's comments to Committee memorandum (.5) and discuss same with Y. Yoo (.3). | 0.80 hrs. |
| 09/23/11 | D. E. DEUTSCH | Review e-mails from Young Yoo re: Stern analysis issue (.3). | 0.30 hrs. |
| 09/26/11 | M. DISTEFANO | Research on issue raised by recent decision (5.2); | 5.20 hrs. |
| 09/26/11 | M. ROITMAN | Draft memo re: effect of additional analysis on issue raised by recent caselaw (1.4); confer with A. Rosenblatt re: same (0.2); Revise memorandum re: appeals process and legal issues (5.7); confer with D. LeMay and A. Rosenblatt re: same (0.3). | 7.60 hrs. |
| 09/26/11 | D. M. LeMAY | Review and revise draft memo re: appeal procedures and substantive issues. | 4.80 hrs. |
| 09/26/11 | A. ROSENBLATT | Review and comment on bullet-point summary of analysis of possible alternative plan scenarios (.5); meet with LeMay and Roitman re: appeals memorandum and follow-up issues (.4). | 0.90 hrs. |
| 09/26/11 | R. J. GAYDA | Review and revise memorandum re: jurisdictional issue (2.3); review recent case law relating to same (1.6). | 3.90 hrs. |
| 09/27/11 | R. J. GAYDA | Review and revise memorandum on jurisdictional authority (1.6). | 1.60 hrs. |
| 09/27/11 | H. SEIFE | Review of revised appeal memo. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page    14
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/27/11 | A. ROSENBLATT | Review appeals memorandum and LeMay comments and work on finalizing same (1.5); meet with Roitman to finalize memorandum (.6); review and provide edits for Intralinks posting memorandum (.2). | 2.30 hrs. |
| 09/27/11 | D. M. LeMAY | Further revisions to memo regarding appeals. | 1.20 hrs. |
| 09/27/11 | Y. YOO | Reviewed new caselaw development on court's jurisdictional authority over plan confirmation (1.9); drafted case summaries of same (1.1); discussed same with Robert Gayda (.2). | 3.20 hrs. |
| 09/27/11 | M. ROITMAN | Revise memorandum re: appeals process and legal issues (2.6); confer with D. LeMay and A. Rosenblatt re: same (0.4); Draft email to Committee re: same (0.6) | 3.60 hrs. |
| 09/28/11 | H. SEIFE | Review of recent decision regarding Section 546(e). | 0.50 hrs. |
| 09/28/11 | R. J. GAYDA | Research and review new cases implementing Stern (2.9); review email correspondence from T. Hall re: same (.6). | 3.50 hrs. |
| 09/29/11 | Y. YOO | Discussed new caselaw development on court's jurisdictional authority over plan confirmation with Douglas Deutsch (.2); corresponded by email with Douglas Deutsch re: same (.3). | 0.50 hrs. |
| 09/29/11 | A. ROSENBLATT | Review latest draft of memorandum re jurisdictional authority (.4); review final portion of WaMu re: plan confirmation issue (.6); further review of M. DiStefano memorandum on related issue (.6). | 1.60 hrs. |

**Total Fees for Professional Services.............. $184,458.50**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2011
435 N. MICHIGAN AVENUE                                 Page   15
CHICAGO, IL 60611

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 895.00 | 16.30 | 14588.50 |
| H. SEIFE | 985.00 | 11.80 | 11623.00 |
| T. HALL | 855.00 | 4.90 | 4189.50 |
| T. J. MCCORMACK | 855.00 | 1.60 | 1368.00 |
| M. D. ASHLEY | 675.00 | 3.30 | 2227.50 |
| A. ROSENBLATT | 725.00 | 19.40 | 14065.00 |
| D. E. DEUTSCH | 725.00 | 1.60 | 1160.00 |
| C. L. RIVERA | 645.00 | .80 | 516.00 |
| E. DAUCHER | 425.00 | 28.20 | 11985.00 |
| R. J. GAYDA | 625.00 | 86.80 | 54250.00 |
| J. MARRERO | 375.00 | 9.80 | 3675.00 |
| M. DISTEFANO | 375.00 | 6.10 | 2287.50 |
| M. ROITMAN | 425.00 | 26.80 | 11390.00 |
| Y. YOO | 495.00 | 103.30 | 51133.50 |
| TOTALS | | 320.70 | 184458.50 |