# EXHIBIT B

## TRIBUNE COMPANY, et al.
## SUMMARY OF EXPENSES INCURRED
### September 1, 2011 through September 30, 2011

| DISBURSEMENT | AMOUNT |
|---|---|
| Late Night/Weekend Meals | $ 408.58 |
| Carfare (Late Night/Weekends) | 206.19 |
| Lexis Legal Research | 1,559.45 |
| Westlaw Legal Research | 1,736.95 |
| Court Reporter | 221.25 |
| Paralegal Overtime | 547.85 |
| Reproduction | 204.80 |
| Telephone Charges | 5.88 |
| Telephone Reimbursement | 90.72 |
| Outside Professional Services (Complete Document Source Inc.)[1] | 51,819.06 |
| **TOTAL** | **$56,800.73** |

1. Represents charge for electronic data discovery services (as described in the Application).

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                         Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 09/01/2011 | | | MEALH | 1.00 | 23.79 | 23.79 | MEALS<br>Names of Diners: YOO, YOUNG<br>Reference No: 217012242<br>Name of Restaurant: BALUCHI'S (WEST)<br>Approved by: YOUNG YOO<br>Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= 2254.13<br>Check #335623  09/08/2011 | 28518253 |
| 09/03/2011 | | | MEALH | 1.00 | 31.02 | 31.02 | MEALS<br>Names of Diners: YOO, YOUNG<br>Reference No: 217257390<br>Name of Restaurant: BALUCHI'S (WEST)<br>Approved by: YOUNG YOO<br>Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= 2254.13<br>Check #335623  09/08/2011 | 28518250 |
| 09/04/2011 | | | MEALH | 1.00 | 31.02 | 31.02 | MEALS<br>Names of Diners: YOO, YOUNG<br>Reference No: 217330230<br>Name of Restaurant: BALUCHI'S (WEST)<br>Approved by: YOUNG YOO<br>Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= 2254.13<br>Check #335623  09/08/2011 | 28518251 |
| 09/06/2011 | | | MEALH | 1.00 | 17.02 | 17.02 | MEALS<br>Names of Diners: YOO, YOUNG<br>Reference No: 217675680<br>Name of Restaurant: BAJA FRESH (LEXINGTON)<br>Approved by: YOUNG YOO<br>Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= 2487.76<br>Check #335779  09/16/2011 | 28523266 |
| 09/06/2011 | | | MEALH | 1.00 | 16.86 | 16.86 | MEALS<br>Names of Diners: GAYDA, ROBERT<br>Reference No: 217599930<br>Name of Restaurant: JUST SALAD (30 ROCKEFELLER ENTER)<br>Approved by: ROBERT GAYDA<br>Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= 2487.76<br>Check #335779  09/16/2011 | 28523268 |
| 09/07/2011 | | | MEALH | 1.00 | 25.55 | 25.55 | MEALS<br>Names of Diners: ROITMAN, MARC<br>Reference No: 217801599<br>Name of Restaurant: MANGIA (48TH ST.)<br>Approved by: MARC ROITMAN<br>Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= 2487.76<br>Check #335779  09/16/2011 | 28523265 |
| 09/08/2011 | | | MEALH | 1.00 | 20.02 | 20.02 | MEALS<br>Names of Diners: GAYDA, ROBERT<br>Reference No: 218000220<br>Name of Restaurant: ENERGY KITCHEN (2ND AVE)<br>Approved by: ROBERT GAYDA<br>Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= 2487.76<br>Check #335779  09/16/2011 | 28523267 |
| 09/13/2011 | | | MEALH | 1.00 | 31.02 | 31.02 | MEALS<br>Names of Diners: YOO, YOUNG<br>Reference No: 218799921<br>Name of Restaurant: KIRAN INDIAN CUISINE EAST ORMERLY APNA TAJ)<br>Approved by: YOUNG YOO<br>Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= 3060.36<br>Check #335864  09/23/2011 | 28543511 |
| 09/15/2011 | | | MEALH | 1.00 | 22.79 | 22.79 | MEALS<br>Names of Diners: GAYDA, ROBERT | 28543512 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                    Page 2
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Reference No: 219153585 | |
| | | | | | | | Name of Restaurant: ENERGY KITCHEN (2ND AVE) | |
| | | | | | | | Approved by: ROBERT GAYDA | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= | |
| | | | | | | | 3060.36 | |
| | | | | | | | Check #335864  09/23/2011 | |
| 09/15/2011 | | | MEALH | 1.00 | 28.93 | 28.93 | MEALS | 28543510 |
| | | | | | | | Names of Diners: ROITMAN, MARC | |
| | | | | | | | Reference No: 219145350 | |
| | | | | | | | Name of Restaurant: TOLOACHE | |
| | | | | | | | Approved by: MARC ROITMAN | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= | |
| | | | | | | | 3060.36 | |
| | | | | | | | Check #335864  09/23/2011 | |
| 09/16/2011 | | | MEALH | 1.00 | 30.93 | 30.93 | MEALS | 28543513 |
| | | | | | | | Names of Diners: GAYDA, ROBERT | |
| | | | | | | | Reference No: 219333105 | |
| | | | | | | | Name of Restaurant: AKI SUSHI (52ND STREET) | |
| | | | | | | | Approved by: ROBERT GAYDA | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= | |
| | | | | | | | 3060.36 | |
| | | | | | | | Check #335864  09/23/2011 | |
| 09/16/2011 | | | MEALH | 1.00 | 28.25 | 28.25 | MEALS | 28543514 |
| | | | | | | | Names of Diners: YOO, YOUNG | |
| | | | | | | | Reference No: 219352647 | |
| | | | | | | | Name of Restaurant: KIRAN INDIAN CUISINE EAST | |
| | | | | | | | ORMERLY APNA TAJ) | |
| | | | | | | | Approved by: YOUNG YOO | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= | |
| | | | | | | | 3060.36 | |
| | | | | | | | Check #335864  09/23/2011 | |
| 09/19/2011 | | | MEALH | 1.00 | 30.93 | 30.93 | MEALS | 28559642 |
| | | | | | | | Names of Diners: ROITMAN, MARC | |
| | | | | | | | Reference No: 219736983 | |
| | | | | | | | Name of Restaurant: SUSHI KO | |
| | | | | | | | Approved by: MARC ROITMAN | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= | |
| | | | | | | | 3387.83 | |
| | | | | | | | Check #336296  10/06/2011 | |
| 09/20/2011 | | | MEALH | 1.00 | 28.55 | 28.55 | MEALS | 28559641 |
| | | | | | | | Names of Diners: MARRERO, JESSICA | |
| | | | | | | | Reference No: 219939045 | |
| | | | | | | | Name of Restaurant: TOLOACHE | |
| | | | | | | | Approved by: MICHAEL DISTEFANO | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= | |
| | | | | | | | 3387.83 | |
| | | | | | | | Check #336296  10/06/2011 | |
| 09/22/2011 | | | MEALH | 1.00 | 30.93 | 30.93 | MEALS | 28559643 |
| | | | | | | | Names of Diners: ROITMAN, MARC | |
| | | | | | | | Reference No: 220331700 | |
| | | | | | | | Name of Restaurant: OUR PLACE | |
| | | | | | | | Approved by: MARC ROITMAN | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= | |
| | | | | | | | 3387.83 | |
| | | | | | | | Check #336296  10/06/2011 | |
| 09/26/2011 | | | MEALH | 1.00 | 10.97 | 10.97 | MEALS - Vendor: CHADBOURNE & PARKE LLP 09/06/11 | 28545447 |
| | | | | | | | - SUBWAY SANDWICHES - REIMB. FOR MEAL - MARC ROITMAN. | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 428.06 | |
| | | | | | | | Check #335967  09/28/2011 | |
| | | UNBILLED TOTALS: WORK: | | | | 408.58 | 16 records | |
| | | UNBILLED TOTALS: BILL: | | | | 408.58 | | |
| | | GRAND TOTAL:  WORK: | | | | 408.58 | 16 records | |
| | | GRAND TOTAL:  BILL: | | | | 408.58 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]   Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 09/07/2011 | | | CAR | 1.00 | 124.54 | 124.54 | CARFARE | 28538298 |
| | | | | | | | Bava David | |
| | | | | | | | 49 W 49 ST | |
| | | | | | | | 8 NORTHWOOD CIRCLE | |
| | | | | | | | 0031015 | |
| | | | | | | | 527961 | |
| | | | | | | | Vendor=CONCORD LIMOUSINE  Balance= .00  Amount= 9177.89 | |
| | | | | | | | Check #336101  09/29/2011 | |
| 09/22/2011 | | | CAR | 1.00 | 21.37 | 21.37 | CARFARE - Vendor: CHADBOURNE & PARKE LLP | 28543586 |
| | | | | | | | 09/20/11 - REIMB. FOR TAXI FARE - JESSICA | |
| | | | | | | | MARRERO. | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 2259.98 | |
| | | | | | | | Check #335899  09/23/2011 | |
| 09/26/2011 | | | CAR | 1.00 | 11.50 | 11.50 | CARFARE - Vendor: CHADBOURNE & PARKE LLP | 28545445 |
| | | | | | | | 09/07/11 - REIMB. FOR TAXI FARE - MARC ROITMAN. | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 428.06 | |
| | | | | | | | Check #335967  09/28/2011 | |
| 09/26/2011 | | | CAR | 1.00 | 10.70 | 10.70 | CARFARE - Vendor: CHADBOURNE & PARKE LLP | 28545446 |
| | | | | | | | 09/19/11 - REIMB. FOR TAXI FARE - MARC ROITMAN. | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 428.06 | |
| | | | | | | | Check #335967  09/28/2011 | |
| 09/26/2011 | | | CAR | 1.00 | 11.90 | 11.90 | CARFARE - Vendor: CHADBOURNE & PARKE LLP | 28545448 |
| | | | | | | | 09/15/11 - REIMB. FOR TAXI FARE - MARC ROITMAN. | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 428.06 | |
| | | | | | | | Check #335967  09/28/2011 | |
| 09/26/2011 | | | CAR | 1.00 | 14.28 | 14.28 | CARFARE - Vendor: CHADBOURNE & PARKE LLP | 28545449 |
| | | | | | | | 08/30/11 - REIMB. FOR TAXI FARE - MARC ROITMAN. | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 428.06 | |
| | | | | | | | Check #335967  09/28/2011 | |
| 09/26/2011 | | | CAR | 1.00 | 11.90 | 11.90 | CARFARE - Vendor: CHADBOURNE & PARKE LLP | 28545450 |
| | | | | | | | 09/06/11 - REIMB. FOR TAXI FARE - MARC ROITMAN. | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 428.06 | |
| | | | | | | | Check #335967  09/28/2011 | |
| | | UNBILLED TOTALS:  WORK | | | | 206.19 | 7 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 206.19 | | |
| | | GRAND TOTAL:  WORK: | | | | 206.19 | 7 records | |
| | | GRAND TOTAL:  BILL: | | | | 206.19 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                                      Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 09/01/2011 | | | LEXIS | 1.00 | 14.92 | 14.92 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 2.00<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28567922 |
| 09/01/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 2<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28567923 |
| 09/01/2011 | | | LEXIS | 1.00 | 7.89 | 7.89 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 28567924 |
| 09/02/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 0<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28567925 |
| 09/02/2011 | | | LEXIS | 1.00 | 7.89 | 7.89 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 28567926 |
| 09/05/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28567927 |
| 09/05/2011 | | | LEXIS | 1.00 | 7.90 | 7.90 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 28567928 |
| 09/06/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 0<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28567929 |
| 09/06/2011 | | | LEXIS | 1.00 | 7.89 | 7.89 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 28567930 |
| 09/07/2011 | | | LEXIS | 1.00 | 7.47 | 7.47 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28567931 |
| 09/07/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 2<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28567932 |

Case 08-13141-BLS   Doc 10064-4   Filed 10/25/11   Page 6 of 20

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                    Page 2
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 09/07/2011 | | | LEXIS | 1.00 | 14.92 | 14.92 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 2.00<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28567933 |
| 09/07/2011 | | | LEXIS | 1.00 | 7.89 | 7.89 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 28567934 |
| 09/08/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 0<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28567935 |
| 09/08/2011 | | | LEXIS | 1.00 | 7.90 | 7.90 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 28567936 |
| 09/09/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 0<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28567937 |
| 09/09/2011 | | | LEXIS | 1.00 | 7.89 | 7.89 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 28567938 |
| 09/12/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 0<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28567939 |
| 09/12/2011 | | | LEXIS | 1.00 | 7.89 | 7.89 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 28567940 |
| 09/13/2011 | | | LEXIS | 1.00 | 7.45 | 7.45 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28567941 |
| 09/13/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 2<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28567942 |
| 09/13/2011 | | | LEXIS | 1.00 | 22.40 | 22.40 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 3.00<br>100245<br>ID No.: TGGJBBJ | 28567943 |

Case 08-13141-BLS   Doc 10064-4   Filed 10/25/11   Page 7 of 20

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                        Page 3
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/13/2011 | | | LEXIS | 1.00 | 7.90 | 7.90 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 28567944 |
| 09/14/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 0<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28567945 |
| 09/14/2011 | | | LEXIS | 1.00 | 7.89 | 7.89 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 28567946 |
| 09/15/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 0<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28567947 |
| 09/15/2011 | | | LEXIS | 1.00 | 7.90 | 7.90 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 28567948 |
| 09/16/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 0<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28567949 |
| 09/16/2011 | | | LEXIS | 1.00 | 7.88 | 7.88 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 28567950 |
| 09/19/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28567951 |
| 09/19/2011 | | | LEXIS | 1.00 | 7.90 | 7.90 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 28567952 |
| 09/20/2011 | | | LEXIS | 1.00 | 67.13 | 67.13 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 9.00<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28567953 |
| 09/20/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 4<br>100245 | 28567954 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 4
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/20/2011 | | | LEXIS | 1.00 | 67.15 | 67.15 | LEXIS | 28567955 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 9.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/20/2011 | | | LEXIS | 1.00 | 7.90 | 7.90 | LEXIS | 28567956 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 09/21/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28567957 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 0 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/21/2011 | | | LEXIS | 1.00 | 7.89 | 7.89 | LEXIS | 28567958 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 09/22/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28567959 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 0 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/22/2011 | | | LEXIS | 1.00 | 7.89 | 7.89 | LEXIS | 28567960 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 09/23/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28567961 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | COLLIER SERVICE | |
| 09/23/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28567962 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1798 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | COLLIER SERVICE | |
| 09/23/2011 | | | LEXIS | 1.00 | 29.83 | 29.83 | LEXIS | 28567963 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | COLLIER SERVICE | |
| 09/23/2011 | | | LEXIS | 1.00 | 20.89 | 20.89 | LEXIS | 28567964 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | COLLIER SERVICE | |
| 09/23/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28567965 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 0 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

Page 5

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/23/2011 | | | LEXIS | 1.00 | 7.47 | 7.47 | LEXIS | 28567966 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/23/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28567967 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 2 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/23/2011 | | | LEXIS | 1.00 | 14.93 | 14.93 | LEXIS | 28567968 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 2.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/23/2011 | | | LEXIS | 1.00 | 7.90 | 7.90 | LEXIS | 28567969 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 09/26/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28567970 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 0 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/26/2011 | | | LEXIS | 1.00 | 7.89 | 7.89 | LEXIS | 28567971 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 09/26/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28567907 |
| | | | | | | | User Name: LEVENBERG, KEITH | |
| | | | | | | | CNCT (HMS) or No. of Searches: 4205 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: PP0S11V | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/26/2011 | | | LEXIS | 1.00 | 48.34 | 48.34 | LEXIS | 28567908 |
| | | | | | | | User Name: LEVENBERG, KEITH | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: PP0S11V | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/26/2011 | | | LEXIS | 1.00 | 14.91 | 14.91 | LEXIS | 28567909 |
| | | | | | | | User Name: LEVENBERG, KEITH | |
| | | | | | | | CNCT (HMS) or No. of Searches: 2.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: PP0S11V | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/27/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28567910 |
| | | | | | | | User Name: LEVENBERG, KEITH | |
| | | | | | | | CNCT (HMS) or No. of Searches: 5 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: PP0S11V | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/27/2011 | | | LEXIS | 1.00 | 29.83 | 29.83 | LEXIS | 28567911 |
| | | | | | | | User Name: LEVENBERG, KEITH | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 6
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | CNCT (HMS) or No. of Searches: 4.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: PP0S11V | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/27/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28567972 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 0 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/27/2011 | | | LEXIS | 1.00 | 7.89 | 7.89 | LEXIS | 28567973 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 09/28/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28567974 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 0 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/28/2011 | | | LEXIS | 1.00 | 7.89 | 7.89 | LEXIS | 28567975 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 09/28/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28567912 |
| | | | | | | | User Name: LEVENBERG, KEITH | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1839 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: PP0S11V | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/28/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28567913 |
| | | | | | | | User Name: LEVENBERG, KEITH | |
| | | | | | | | CNCT (HMS) or No. of Searches: 899 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: PP0S11V | |
| | | | | | | | LAW REVIEWS | |
| 09/28/2011 | | | LEXIS | 1.00 | 42.97 | 42.97 | LEXIS | 28567914 |
| | | | | | | | User Name: LEVENBERG, KEITH | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: PP0S11V | |
| | | | | | | | LAW REVIEWS | |
| 09/28/2011 | | | LEXIS | 1.00 | 32.24 | 32.24 | LEXIS | 28567915 |
| | | | | | | | User Name: LEVENBERG, KEITH | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: PP0S11V | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/28/2011 | | | LEXIS | 1.00 | 7.47 | 7.47 | LEXIS | 28567916 |
| | | | | | | | User Name: LEVENBERG, KEITH | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: PP0S11V | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/28/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28567895 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 7 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | BRIEFS PLEADINGS MOTIONS | |
| 09/28/2011 | | | LEXIS | 1.00 | 38.78 | 38.78 | LEXIS | 28567896 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 7
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | BRIEFS PLEADINGS MOTIONS | |
| 09/28/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28567897 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 97 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | LAW REVIEWS | |
| 09/28/2011 | | | LEXIS | 1.00 | 7.46 | 7.46 | LEXIS | 28567898 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | LAW REVIEWS | |
| 09/28/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28567899 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/28/2011 | | | LEXIS | 1.00 | 44.76 | 44.76 | LEXIS | 28567900 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 6.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/28/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28567901 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 6729 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/28/2011 | | | LEXIS | 1.00 | 153.37 | 153.37 | LEXIS | 28567902 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/28/2011 | | | LEXIS | 1.00 | 171.59 | 171.59 | LEXIS | 28567903 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 23.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/28/2011 | | | LEXIS | 1.00 | 7.45 | 7.45 | LEXIS | 28567904 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/28/2011 | | | LEXIS | 1.00 | 17.30 | 17.30 | LEXIS | 28567905 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 4.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | SHEPARD'S SERVICE | |
| 09/28/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28567906 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 151 1 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | SHEPARD'S SERVICE | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]   Page 8
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 09/29/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28567976 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 0 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/29/2011 | | | LEXIS | 1.00 | 7.90 | 7.90 | LEXIS | 28567977 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 09/30/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28567978 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 0 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/30/2011 | | | LEXIS | 1.00 | 7.90 | 7.90 | LEXIS | 28567979 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 09/30/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28567917 |
| | | | | | | | User Name: LEVENBERG, KEITH | |
| | | | | | | | CNCT (HMS) or No. of Searches: 8784 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: PP0S11V | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/30/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28567918 |
| | | | | | | | User Name: LEVENBERG, KEITH | |
| | | | | | | | CNCT (HMS) or No. of Searches: 210 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: PP0S11V | |
| | | | | | | | COLLIER SERVICE | |
| 09/30/2011 | | | LEXIS | 1.00 | 29.84 | 29.84 | LEXIS | 28567919 |
| | | | | | | | User Name: LEVENBERG, KEITH | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: PP0S11V | |
| | | | | | | | COLLIER SERVICE | |
| 09/30/2011 | | | LEXIS | 1.00 | 390.31 | 390.31 | LEXIS | 28567920 |
| | | | | | | | User Name: LEVENBERG, KEITH | |
| | | | | | | | CNCT (HMS) or No. of Searches: 4.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: PP0S11V | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/30/2011 | | | LEXIS | 1.00 | 74.61 | 74.61 | LEXIS | 28567921 |
| | | | | | | | User Name: LEVENBERG, KEITH | |
| | | | | | | | CNCT (HMS) or No. of Searches: 10.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: PP0S11V | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| | | UNBILLED TOTALS: WORK | | | | 1,559.45 | 85 records | |
| | | UNBILLED TOTALS: BILL: | | | | 1,559.45 | | |
| | | GRAND TOTAL: WORK: | | | | 1,559.45 | 85 records | |
| | | GRAND TOTAL: BILL: | | | | 1,559.45 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 09/01/2011 | | | WEST | 1.00 | 36.74 | 36.74 | INFORMATION RETRIEVAL<br>User Name: DAUCHER,ERIC<br>CNNT(HMS):0:00:00<br>Westlaw ID:7220058<br>ACCT NO: 1000813306<br>Included | 28516768 |
| 09/01/2011 | | | WEST | 1.00 | 111.38 | 111.38 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 28516769 |
| 09/02/2011 | | | WEST | 1.00 | 29.10 | 29.10 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 28516785 |
| 09/03/2011 | | | WEST | 1.00 | 67.91 | 67.91 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 28516796 |
| 09/03/2011 | | | WEST | 1.00 | 39.20 | 39.20 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Excluded | 28516888 |
| 09/04/2011 | | | WEST | 1.00 | 3.23 | 3.23 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 28516802 |
| 09/05/2011 | | | WEST | 1.00 | 3.23 | 3.23 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 28516809 |
| 09/06/2011 | | | WEST | 1.00 | 3.23 | 3.23 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 28516823 |
| 09/07/2011 | | | WEST | 1.00 | 128.27 | 128.27 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 28516841 |
| 09/08/2011 | | | WEST | 1.00 | 16.17 | 16.17 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 28519283 |
| 09/09/2011 | | | WEST | 1.00 | 3.23 | 3.23 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 28519634 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 09/10/2011 | | | WEST | 1.00 | 3.23 | 3.23 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 28519647 |
| 09/11/2011 | | | WEST | 1.00 | 37.91 | 37.91 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 28519654 |
| 09/11/2011 | | | WEST | 1.00 | 39.20 | 39.20 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Excluded | 28519618 |
| 09/12/2011 | | | WEST | 1.00 | 54.97 | 54.97 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 28521436 |
| 09/13/2011 | | | WEST | 1.00 | 67.91 | 67.91 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 28522363 |
| 09/14/2011 | | | WEST | 1.00 | 80.84 | 80.84 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 28523654 |
| 09/15/2011 | | | WEST | 1.00 | 94.32 | 94.32 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 28535895 |
| 09/16/2011 | | | WEST | 1.00 | 51.74 | 51.74 | INFORMATION RETRIEVAL<br>User Name: ROITMAN,MARC<br>CNNT(HMS):0:00:00<br>Westlaw ID:7202707<br>ACCT NO: 1000813306<br>Included | 28540879 |
| 09/16/2011 | | | WEST | 1.00 | 118.57 | 118.57 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 28540880 |
| 09/16/2011 | | | WEST | 1.00 | 5.39 | 5.39 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included<br>ONEDU.BG0 > MAT | 28540888 |
| 09/17/2011 | | | WEST | 1.00 | 29.10 | 29.10 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614 | 28540895 |

Case 08-13141-BLS    Doc 10064-4    Filed 10/25/11    Page 15 of 20

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                Page 3
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 09/18/2011 | | | WEST | 1.00 | 3.23 | 3.23 | INFORMATION RETRIEVAL | 28540902 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 09/19/2011 | | | WEST | 1.00 | 21.56 | 21.56 | INFORMATION RETRIEVAL | 28540918 |
| | | | | | | | User Name: DISTEFANO,MICHAEL | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:10204933 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 09/19/2011 | | | WEST | 1.00 | 34.50 | 34.50 | INFORMATION RETRIEVAL | 28540919 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 09/20/2011 | | | WEST | 1.00 | 16.17 | 16.17 | INFORMATION RETRIEVAL | 28542043 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 09/21/2011 | | | WEST | 1.00 | 5.39 | 5.39 | INFORMATION RETRIEVAL | 28542859 |
| | | | | | | | User Name: ROITMAN,MARC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7202707 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 09/21/2011 | | | WEST | 1.00 | 37.91 | 37.91 | INFORMATION RETRIEVAL | 28542860 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 09/22/2011 | | | WEST | 1.00 | 59.59 | 59.59 | INFORMATION RETRIEVAL | 28547475 |
| | | | | | | | User Name: BAVA,DAVID | |
| | | | | | | | CNNT(HMS):0:08:11 | |
| | | | | | | | Westlaw ID:5632874 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 09/22/2011 | | | WEST | 1.00 | 80.84 | 80.84 | INFORMATION RETRIEVAL | 28547476 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 09/23/2011 | | | WEST | 1.00 | 16.17 | 16.17 | INFORMATION RETRIEVAL | 28559189 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 09/24/2011 | | | WEST | 1.00 | 63.78 | 63.78 | INFORMATION RETRIEVAL | 28559201 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 09/25/2011 | | | WEST | 1.00 | 16.17 | 16.17 | INFORMATION RETRIEVAL | 28559212 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 09/26/2011 | | | WEST | 1.00 | 122.07 | 122.07 | INFORMATION RETRIEVAL | 28559230 |
| | | | | | | | User Name: DISTEFANO,MICHAEL | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:10204933 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 09/26/2011 | | | WEST | 1.00 | 3.23 | 3.23 | INFORMATION RETRIEVAL | 28559231 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 09/27/2011 | | | WEST | 1.00 | 5.39 | 5.39 | INFORMATION RETRIEVAL | 28559253 |
| | | | | | | | User Name: ROITMAN,MARC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7202707 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 09/27/2011 | | | WEST | 1.00 | 42.04 | 42.04 | INFORMATION RETRIEVAL | 28559254 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 09/27/2011 | | | WEST | 1.00 | 78.40 | 78.40 | INFORMATION RETRIEVAL | 28559168 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Excluded | |
| 09/28/2011 | | | WEST | 1.00 | 5.39 | 5.39 | INFORMATION RETRIEVAL | 28559278 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6264302 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 09/28/2011 | | | WEST | 1.00 | 29.11 | 29.11 | INFORMATION RETRIEVAL | 28559279 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 09/29/2011 | | | WEST | 1.00 | 3.23 | 3.23 | INFORMATION RETRIEVAL | 28562018 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 09/30/2011 | | | WEST | 1.00 | 67.91 | 67.91 | INFORMATION RETRIEVAL | 28566094 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| | | UNBILLED TOTALS: WORK: | | | | 1,736.95 | 42 records | |
| | | UNBILLED TOTALS: BILL: | | | | 1,736.95 | | |
| | | GRAND TOTAL: WORK: | | | | 1,736.95 | 42 records | |
| | | GRAND TOTAL: BILL: | | | | 1,736.95 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 09/09/2011 | | | CRTRPT | 1.00 | 221.25 | 221.25 | COURT REPORTER - Vendor: HUDSON REPORTING & | 28519155 |
| | | | | | | | VIDEO INC. SYNCHRONIZED VIDEO - WITNESS MARK | |
| | | | | | | | SHAPIRO 10/13/2010 | |
| | | | | | | | Vendor=HUDSON REPORTING & VIDEO INC.  Balance= .00  Amount= | |
| | | | | | | | 221.25 | |
| | | | | | | | Check #335642  09/12/2011 | |
| | | UNBILLED TOTALS:  WORK | | | | 221.25 | 1 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 221.25 | | |
| | | GRAND TOTAL:    WORK: | | | | 221.25 | 1 records | |
| | | GRAND TOTAL:    BILL: | | | | 221.25 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 09/30/2011 | | | OTPARA | 6.75 | 81.16 | 547.85 | PARALEGAL OVERTIME-09/30/2011 -D.BAVA | 28562097 |
| | | UNBILLED TOTALS: WORK | | | | 547.85 | 1 records | |
| | | UNBILLED TOTALS: BILL: | | | | 547.85 | | |
| | | GRAND TOTAL: WORK: | | | | 547.85 | 1 records | |
| | | GRAND TOTAL: BILL: | | | | 547.85 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 09/01/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>514876<br>Lamb, Helen<br>1811405<br>Print | 28532315 |
| 09/01/2011 | | | REPRO | 22.00 | 0.20 | 4.40 | REPRODUCTION<br>514986<br>Bava, David<br>1504907<br>Print | 28532305 |
| 09/01/2011 | | | REPRO | 18.00 | 0.20 | 3.60 | REPRODUCTION<br>514926<br>Yoo, Young<br>4066153<br>Print | 28532373 |
| 09/04/2011 | | | REPRO | 22.00 | 0.20 | 4.40 | REPRODUCTION<br>515862<br>Yoo, Young<br>4066153<br>Print | 28532374 |
| 09/06/2011 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION<br>516026<br>Daucher, Eric<br>4196083<br>Print | 28532316 |
| 09/06/2011 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION<br>516103<br>Daucher, Eric<br>4196083<br>Print | 28532317 |
| 09/06/2011 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION<br>516155<br>Daucher, Eric<br>4196487<br>Print | 28532318 |
| 09/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>516200<br>Daucher, Eric<br>4198382<br>Print | 28532319 |
| 09/06/2011 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION<br>516201<br>Daucher, Eric<br>4196487<br>Print | 28532320 |
| 09/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>516210<br>Lamb, Helen<br>1811405<br>Print | 28532321 |
| 09/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>516648<br>Lamb, Helen<br>1811405<br>Print | 28532322 |
| 09/07/2011 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION<br>518305<br>Bava, David<br>4201320<br>Print | 28532323 |
| 09/07/2011 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION<br>518333<br>Bava, David<br>4201320 | 28532324 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL] — Page 2
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Print | |
| 09/07/2011 | | | REPRO | 48.00 | 0.20 | 9.60 | REPRODUCTION<br>517398<br>Yoo, Young<br>4066153<br>Print | 28532375 |
| 09/07/2011 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION<br>518155<br>Yoo, Young<br>4092846<br>Print | 28532376 |
| 09/07/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>518317<br>Roitman, Marc<br>4143470<br>Print | 28532311 |
| 09/07/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>518320<br>Roitman, Marc<br>4143470<br>Print | 28532312 |
| 09/07/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION<br>518323<br>Roitman, Marc<br>4185265<br>Print | 28532309 |
| 09/08/2011 | | | REPRO | 22.00 | 0.20 | 4.40 | REPRODUCTION<br>519739<br>Bava, David<br>1504907<br>Print | 28532306 |
| 09/08/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>User Name: Distefano, Michael<br>Time of Day: (H:M:S): 14:29<br>Scan File 408906 | 28520454 |
| 09/08/2011 | | | REPRO | 27.00 | 0.20 | 5.40 | REPRODUCTION<br>519768<br>Gayda, Robert<br>4066153<br>Print | 28532377 |
| 09/08/2011 | | | REPRO | 27.00 | 0.20 | 5.40 | REPRODUCTION<br>519091<br>Gayda, Robert<br>4066153<br>Print | 28532378 |
| 09/09/2011 | | | REPRO | 27.00 | 0.20 | 5.40 | REPRODUCTION<br>521044<br>Gayda, Robert<br>4066153<br>Print | 28532379 |
| 09/09/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>521055<br>Lamb, Helen<br>4130356<br>Print | 28532368 |
| 09/09/2011 | | | REPRO | 16.00 | 0.20 | 3.20 | REPRODUCTION<br>519990<br>Marrero, Jessica<br>4120619<br>Print | 28532369 |
| 09/09/2011 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION<br>520255<br>Bava, David | 28532325 |