Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                    Page 3
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | 4203297 | |
| | | | | | | | Print | |
| 09/09/2011 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 28532326 |
| | | | | | | | 520288 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4201320 | |
| | | | | | | | Print | |
| 09/09/2011 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 28532327 |
| | | | | | | | 520537 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4203297 | |
| | | | | | | | Print | |
| 09/09/2011 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 28532328 |
| | | | | | | | 520694 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4196487 | |
| | | | | | | | Print | |
| 09/09/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28532329 |
| | | | | | | | 520696 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4204346 | |
| | | | | | | | Print | |
| 09/09/2011 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 28532330 |
| | | | | | | | 520697 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4203297 | |
| | | | | | | | Print | |
| 09/09/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28532331 |
| | | | | | | | 520698 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4198382 | |
| | | | | | | | Print | |
| 09/09/2011 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 28532332 |
| | | | | | | | 520699 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4196083 | |
| | | | | | | | Print | |
| 09/09/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28532333 |
| | | | | | | | 520700 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4201511 | |
| | | | | | | | Print | |
| 09/09/2011 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 28532334 |
| | | | | | | | 520701 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4201320 | |
| | | | | | | | Print | |
| 09/09/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28532335 |
| | | | | | | | 520702 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4201511 | |
| | | | | | | | Print | |
| 09/09/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28532336 |
| | | | | | | | 520704 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4204346 | |
| | | | | | | | Print | |
| 09/09/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28532337 |
| | | | | | | | 520709 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4198382 | |
| | | | | | | | Print | |
| 09/12/2011 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 28532338 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 522420 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4196083 | |
| | | | | | | | Print | |
| 09/12/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28532339 |
| | | | | | | | 522421 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4201511 | |
| | | | | | | | Print | |
| 09/12/2011 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 28532340 |
| | | | | | | | 522422 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4201320 | |
| | | | | | | | Print | |
| 09/12/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28532341 |
| | | | | | | | 522423 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4204346 | |
| | | | | | | | Print | |
| 09/12/2011 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 28532342 |
| | | | | | | | 522424 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4203297 | |
| | | | | | | | Print | |
| 09/12/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28532343 |
| | | | | | | | 522425 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4198382 | |
| | | | | | | | Print | |
| 09/12/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28532310 |
| | | | | | | | 522360 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4185265 | |
| | | | | | | | Print | |
| 09/13/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28532313 |
| | | | | | | | 523460 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4103167 | |
| | | | | | | | Print | |
| 09/13/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28532314 |
| | | | | | | | 523462 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4143470 | |
| | | | | | | | Print | |
| 09/13/2011 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 28532307 |
| | | | | | | | 523722 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 3100964 | |
| | | | | | | | Print | |
| 09/13/2011 | | | REPRO | 27.00 | 0.20 | 5.40 | REPRODUCTION | 28532380 |
| | | | | | | | 522671 | |
| | | | | | | | Gayda, Robert | |
| | | | | | | | 4066153 | |
| | | | | | | | Print | |
| 09/13/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28532381 |
| | | | | | | | 522924 | |
| | | | | | | | Gayda, Robert | |
| | | | | | | | 4066153 | |
| | | | | | | | Print | |
| 09/13/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28532344 |
| | | | | | | | 523508 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 3463219 | |
| | | | | | | | Print | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 09/13/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>523513<br>Lamb, Helen<br>3893445<br>Print | 28532345 |
| 09/13/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION<br>523765<br>Daucher, Eric<br>4204346<br>Print | 28532346 |
| 09/13/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION<br>523767<br>Daucher, Eric<br>4201511<br>Print | 28532347 |
| 09/13/2011 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION<br>523768<br>Daucher, Eric<br>4196487<br>Print | 28532348 |
| 09/13/2011 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION<br>523769<br>Daucher, Eric<br>4196083<br>Print | 28532349 |
| 09/13/2011 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION<br>523771<br>Daucher, Eric<br>4203297<br>Print | 28532350 |
| 09/13/2011 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION<br>523772<br>Daucher, Eric<br>4201320<br>Print | 28532351 |
| 09/13/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>523773<br>Daucher, Eric<br>4198382<br>Print | 28532352 |
| 09/13/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION<br>523774<br>Daucher, Eric<br>4204346<br>Print | 28532353 |
| 09/13/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION<br>523776<br>Daucher, Eric<br>4201511<br>Print | 28532354 |
| 09/14/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>525080<br>Lamb, Helen<br>3893445<br>Print | 28532355 |
| 09/14/2011 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION<br>524097<br>Lamb, Helen<br>4196083<br>Print | 28532356 |
| 09/14/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>524100<br>Lamb, Helen | 28532357 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 4196083 | |
| | | | | | | | Print | |
| 09/14/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28532358 |
| | | | | | | | 524104 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4196083 | |
| | | | | | | | Print | |
| 09/14/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28532359 |
| | | | | | | | 524108 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4196083 | |
| | | | | | | | Print | |
| 09/14/2011 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 28532360 |
| | | | | | | | 524119 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4196487 | |
| | | | | | | | Print | |
| 09/14/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28532361 |
| | | | | | | | 524122 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4196487 | |
| | | | | | | | Print | |
| 09/14/2011 | | | REPRO | 23.00 | 0.20 | 4.60 | REPRODUCTION | 28532382 |
| | | | | | | | 525103 | |
| | | | | | | | Yoo, Young | |
| | | | | | | | 4066153 | |
| | | | | | | | Print | |
| 09/14/2011 | | | REPRO | 28.00 | 0.20 | 5.60 | REPRODUCTION | 28532383 |
| | | | | | | | 524535 | |
| | | | | | | | Gayda, Robert | |
| | | | | | | | 4066153 | |
| | | | | | | | Print | |
| 09/14/2011 | | | REPRO | 45.00 | 0.20 | 9.00 | REPRODUCTION | 28523398 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 11:29 | |
| | | | | | | | 422584 | |
| 09/14/2011 | | | REPRO | 19.00 | 0.20 | 3.80 | REPRODUCTION | 28523634 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 11:31 | |
| | | | | | | | Scan File 420018 | |
| 09/14/2011 | | | REPRO | 20.00 | 0.20 | 4.00 | REPRODUCTION | 28523635 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 11:32 | |
| | | | | | | | Scan File 420019 | |
| 09/14/2011 | | | REPRO | 16.00 | 0.20 | 3.20 | REPRODUCTION | 28532370 |
| | | | | | | | 524987 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4120819 | |
| | | | | | | | Print | |
| 09/15/2011 | | | REPRO | 22.00 | 0.20 | 4.40 | REPRODUCTION | 28532308 |
| | | | | | | | 526037 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 09/15/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28532362 |
| | | | | | | | 525318 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 09/15/2011 | | | REPRO | 12.00 | 0.20 | 2.40 | REPRODUCTION | 28532363 |
| | | | | | | | 525319 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Print | |
| 09/15/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28532364 |
| | | | | | | | 525348 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 09/15/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28532365 |
| | | | | | | | 525351 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 09/15/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28532366 |
| | | | | | | | 525357 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 09/15/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28532367 |
| | | | | | | | 525359 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 09/16/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28556589 |
| | | | | | | | 526330 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 09/16/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28556591 |
| | | | | | | | 526886 | |
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 3388974 | |
| | | | | | | | Print | |
| 09/16/2011 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 28556648 |
| | | | | | | | 526732 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4204451 | |
| | | | | | | | Print | |
| 09/16/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28556578 |
| | | | | | | | 526984 | |
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 4194857 | |
| | | | | | | | Print | |
| 09/16/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28556664 |
| | | | | | | | 526864 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4125010 | |
| | | | | | | | Print | |
| 09/16/2011 | | | REPRO | 22.00 | 0.20 | 4.40 | REPRODUCTION | 28556666 |
| | | | | | | | 527048 | |
| | | | | | | | Gayda, Robert | |
| | | | | | | | 4066153 | |
| | | | | | | | Print | |
| 09/16/2011 | | | REPRO | 22.00 | 0.20 | 4.40 | REPRODUCTION | 28556667 |
| | | | | | | | 527051 | |
| | | | | | | | Gayda, Robert | |
| | | | | | | | 4066153 | |
| | | | | | | | Print | |
| 09/16/2011 | | | REPRO | 21.00 | 0.20 | 4.20 | REPRODUCTION | 28556668 |
| | | | | | | | 526342 | |
| | | | | | | | Gayda, Robert | |
| | | | | | | | 4066153 | |
| | | | | | | | Print | |
| 09/17/2011 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 28556649 |
| | | | | | | | 527112 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4114959 | |
| | | | | | | | Print | |
| 09/17/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28556593 |
| | | | | | | | 527093 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 09/17/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28556594 |
| | | | | | | | 527104 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 09/19/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28556669 |
| | | | | | | | 527943 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4130909 | |
| | | | | | | | Print | |
| 09/19/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28556548 |
| | | | | | | | 528354 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/19/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28556550 |
| | | | | | | | 528360 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/19/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28556552 |
| | | | | | | | 528361 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/19/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28556554 |
| | | | | | | | 528367 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/20/2011 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 28556555 |
| | | | | | | | 529486 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 3100964 | |
| | | | | | | | Print | |
| 09/20/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28556572 |
| | | | | | | | 529685 | |
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 4225967 | |
| | | | | | | | Print | |
| 09/20/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28556580 |
| | | | | | | | 529678 | |
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 4194657 | |
| | | | | | | | Print | |
| 09/20/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28556583 |
| | | | | | | | 528691 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4143470 | |
| | | | | | | | Print | |
| 09/20/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28556670 |
| | | | | | | | 529165 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4075185 | |
| | | | | | | | Print | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 09/20/2011 | | | REPRO | 14.00 | 0.20 | 2.80 | REPRODUCTION | 28556671 |
| | | | | | | | 528683 | |
| | | | | | | | Yoo, Young | |
| | | | | | | | 4218252 | |
| | | | | | | | Print | |
| 09/20/2011 | | | REPRO | 14.00 | 0.20 | 2.80 | REPRODUCTION | 28556672 |
| | | | | | | | 528672 | |
| | | | | | | | Yoo, Young | |
| | | | | | | | 4218252 | |
| | | | | | | | Print | |
| 09/20/2011 | | | REPRO | 23.00 | 0.20 | 4.60 | REPRODUCTION | 28556673 |
| | | | | | | | 528664 | |
| | | | | | | | Yoo, Young | |
| | | | | | | | 4066153 | |
| | | | | | | | Print | |
| 09/20/2011 | | | REPRO | 13.00 | 0.20 | 2.60 | REPRODUCTION | 28556674 |
| | | | | | | | 528665 | |
| | | | | | | | Yoo, Young | |
| | | | | | | | 4126729 | |
| | | | | | | | Print | |
| 09/20/2011 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 28556675 |
| | | | | | | | 528667 | |
| | | | | | | | Yoo, Young | |
| | | | | | | | 4092846 | |
| | | | | | | | Print | |
| 09/20/2011 | | | REPRO | 28.00 | 0.20 | 5.60 | REPRODUCTION | 28556676 |
| | | | | | | | 528669 | |
| | | | | | | | Yoo, Young | |
| | | | | | | | 4218252 | |
| | | | | | | | Print | |
| 09/20/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28556596 |
| | | | | | | | 529437 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 09/20/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28556598 |
| | | | | | | | 529457 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 09/20/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28556600 |
| | | | | | | | 529459 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 09/20/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28556602 |
| | | | | | | | 529540 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4194640 | |
| | | | | | | | Print | |
| 09/20/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28556604 |
| | | | | | | | 529564 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4194640 | |
| | | | | | | | Print | |
| 09/20/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28556650 |
| | | | | | | | 529300 | |
| | | | | | | | Deutsch, Douglas | |
| | | | | | | | 4225909 | |
| | | | | | | | Print | |
| 09/20/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28556651 |
| | | | | | | | 529302 | |
| | | | | | | | Deutsch, Douglas | |
| | | | | | | | 4225909 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | Print | |
| 09/22/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28556652 |
| | | | | | | | 531035 | |
| | | | | | | | Deutsch, Douglas | |
| | | | | | | | 4225909 | |
| | | | | | | | Print | |
| 09/22/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28556653 |
| | | | | | | | 531064 | |
| | | | | | | | Deutsch, Douglas | |
| | | | | | | | 4225909 | |
| | | | | | | | Print | |
| 09/22/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28556607 |
| | | | | | | | 531830 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4231612 | |
| | | | | | | | Print | |
| 09/22/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28556608 |
| | | | | | | | 531831 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4231612 | |
| | | | | | | | Print | |
| 09/22/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28556557 |
| | | | | | | | 531017 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 3143553 | |
| | | | | | | | Print | |
| 09/22/2011 | | | REPRO | 22.00 | 0.20 | .4.40 | REPRODUCTION | 28556559 |
| | | | | | | | 531788 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 09/22/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28547629 |
| | | | | | | | User Name: Nasta, Frances | |
| | | | | | | | Time of Day: (H:M:S): 11:28 | |
| | | | | | | | 439510 | |
| 09/23/2011 | | | REPRO | 24.00 | 0.20 | 4.80 | REPRODUCTION | 28547714 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 14:01 | |
| | | | | | | | 441880 | |
| 09/23/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28556561 |
| | | | | | | | 532699 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 3452135 | |
| | | | | | | | Print | |
| 09/23/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28556563 |
| | | | | | | | 532714 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 3501370 | |
| | | | | | | | Print | |
| 09/23/2011 | | | REPRO | 22.00 | 0.20 | 4.40 | REPRODUCTION | 28556565 |
| | | | | | | | 532725 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 09/23/2011 | | | REPRO | 22.00 | 0.20 | 4.40 | REPRODUCTION | 28556568 |
| | | | | | | | 532726 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 09/26/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28556677 |
| | | | | | | | 534373 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4075185 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | Print | |
| 09/26/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28556610 |
| | | | | | | | 534143 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 09/26/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28556612 |
| | | | | | | | 534147 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 09/26/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28556614 |
| | | | | | | | 534173 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 09/26/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28556617 |
| | | | | | | | 534285 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4236143 | |
| | | | | | | | Print | |
| 09/26/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28556618 |
| | | | | | | | 534266 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4236143 | |
| | | | | | | | Print | |
| 09/26/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28556621 |
| | | | | | | | 534270 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4231612 | |
| | | | | | | | Print | |
| 09/26/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28556654 |
| | | | | | | | 534014 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4236681 | |
| | | | | | | | Print | |
| 09/26/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28556655 |
| | | | | | | | 534038 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4236681 | |
| | | | | | | | Print | |
| 09/26/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28556656 |
| | | | | | | | 534152 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4236681 | |
| | | | | | | | Print | |
| 09/26/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28556657 |
| | | | | | | | 534155 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4236681 | |
| | | | | | | | Print | |
| 09/26/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28556658 |
| | | | | | | | 534205 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4236681 | |
| | | | | | | | Print | |
| 09/26/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28556659 |
| | | | | | | | 534206 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4236681 | |
| | | | | | | | Print | |
| 09/26/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28556660 |
| | | | | | | | 534213 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4236681 | |
| | | | | | | | Print | |
| 09/26/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28556661 |
| | | | | | | | 533202 | |
| | | | | | | | Cassara, Cathy | |
| | | | | | | | 4094557 | |
| | | | | | | | Print | |
| 09/26/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28556662 |
| | | | | | | | 533203 | |
| | | | | | | | Cassara, Cathy | |
| | | | | | | | 4094557 | |
| | | | | | | | Print | |
| 09/26/2011 | | | REPRO | 127.00 | 0.20 | 25.40 | REPRODUCTION | 28547827 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 17:33 | |
| | | | | | | | 444993 | |
| 09/26/2011 | | | REPRO | 81.00 | 0.20 | 16.20 | REPRODUCTION | 28547828 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 16:21 | |
| | | | | | | | 444964 | |
| 09/26/2011 | | | REPRO | 96.00 | 0.20 | 19.20 | REPRODUCTION | 28547829 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 16:31 | |
| | | | | | | | 444971 | |
| 09/26/2011 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 28547830 |
| | | | | | | | User Name: Fremer, Suzanne | |
| | | | | | | | Time of Day: (H:M:S): 14:28 | |
| | | | | | | | 444891 | |
| 09/26/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28549267 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 17:13 | |
| | | | | | | | Scan File 442257 | |
| 09/26/2011 | | | REPRO | 23.00 | 0.20 | 4.60 | REPRODUCTION | 28549268 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 18:19 | |
| | | | | | | | Scan File 442272 | |
| 09/26/2011 | | | REPRO | 24.00 | 0.20 | 4.80 | REPRODUCTION | 28549269 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 18:21 | |
| | | | | | | | Scan File 442273 | |
| 09/27/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28556663 |
| | | | | | | | 534683 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4237947 | |
| | | | | | | | Print | |
| 09/27/2011 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 28556623 |
| | | | | | | | 534529 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 09/27/2011 | | | REPRO | 19.00 | 0.20 | 3.80 | REPRODUCTION | 28556625 |
| | | | | | | | 534530 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4194640 | |
| | | | | | | | Print | |
| 09/27/2011 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 28556627 |
| | | | | | | | 534537 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4194640 | |
| | | | | | | | Print | |
| 09/27/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28556629 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 534555 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 09/27/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28556630 |
| | | | | | | | 534575 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 09/27/2011 | | | REPRO | 18.00 | 0.20 | 3.60 | REPRODUCTION | 28556632 |
| | | | | | | | 535031 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4194640 | |
| | | | | | | | Print | |
| 09/27/2011 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 28556634 |
| | | | | | | | 535037 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 09/27/2011 | | | REPRO | 18.00 | 0.20 | 3.60 | REPRODUCTION | 28556636 |
| | | | | | | | 535071 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4194640 | |
| | | | | | | | Print . | |
| 09/27/2011 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 28556638 |
| | | | | | | | 535116 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 09/27/2011 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 28556640 |
| | | | | | | | 535134 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 09/27/2011 | | | REPRO | 18.00 | 0.20 | 3.60 | REPRODUCTION | 28556642 |
| | | | | | | | 535316 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4194640 | |
| | | | | | | | Print | |
| 09/27/2011 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 28556678 |
| | | | | | | | 534589 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4075185 | |
| | | | | | | | Print | |
| 09/27/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28556679 |
| | | | | | | | 534713 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4075185 | |
| | | | | | | | Print | |
| 09/27/2011 | | | REPRO | 25.00 | 0.20 | 5.00 | REPRODUCTION | 28556680 |
| | | | | | | | 534995 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4075185 | |
| | | | | | | | Print | |
| 09/27/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28556681 |
| | | | | | | | 535280 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4075185 | |
| | | | | | | | Print | |
| 09/27/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28556682 |
| | | | | | | | 535287 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4075185 | |
| | | | | | | | Print | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 09/27/2011 | | | REPRO | 25.00 | 0.20 | 5.00 | REPRODUCTION | 28556683 |
| | | | | | | | 535351 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4075185 | |
| | | | | | | | Print | |
| 09/27/2011 | | | REPRO | 25.00 | 0.20 | 5.00 | REPRODUCTION | 28556684 |
| | | | | | | | 535357 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4075185 | |
| | | | | | | | Print | |
| 09/27/2011 | | | REPRO | 25.00 | 0.20 | 5.00 | REPRODUCTION | 28556685 |
| | | | | | | | 535363 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4075185 | |
| | | | | | | | Print | |
| 09/27/2011 | | | REPRO | 25.00 | 0.20 | 5.00 | REPRODUCTION | 28556686 |
| | | | | | | | 535411 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4075185 | |
| | | | | | | | Print | |
| 09/27/2011 | | | REPRO | 92.00 | 0.20 | 18.40 | REPRODUCTION | 28560863 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 12:49 | |
| | | | | | | | 447564 | |
| 09/27/2011 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 28560864 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 16:52 | |
| | | | | | | | 447670 | |
| 09/27/2011 | | | REPRO | 23.00 | 0.20 | 4.60 | REPRODUCTION | 28561700 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 10:17 | |
| | | | | | | | Scan File 445075 | |
| 09/27/2011 | | | REPRO | 24.00 | 0.20 | 4.80 | REPRODUCTION | 28561701 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 10:18 | |
| | | | | | | | Scan File 445076 | |
| 09/27/2011 | | | REPRO | 30.00 | 0.20 | 6.00 | REPRODUCTION | 28561702 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 12:50 | |
| | | | | | | | Scan File 445141 | |
| 09/27/2011 | | | REPRO | 31.00 | 0.20 | 6.20 | REPRODUCTION | 28561703 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 12:51 | |
| | | | | | | | Scan File 445142 | |
| 09/27/2011 | | | REPRO | 31.00 | 0.20 | 6.20 | REPRODUCTION | 28561704 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 12:55 | |
| | | | | | | | Scan File 445143 | |
| 09/28/2011 | | | REPRO | 24.00 | 0.20 | 4.80 | REPRODUCTION | 28561826 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 10:56 | |
| | | | | | | | Scan File 447764 | |
| 09/28/2011 | | | REPRO | 24.00 | 0.20 | 4.80 | REPRODUCTION | 28560951 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 10:55 | |
| | | | | | | | 449949 | |
| 09/28/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28556569 |
| | | | | | | | 536644 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 3452135 | |
| | | | | | | | Print | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                          Page 15
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 09/28/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28556585 |
| | | | | | | | 536578 | |
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 4242254 | |
| | | | | | | | Print | |
| 09/28/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28556587 |
| | | | | | | | 536704 | |
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 4242254 | |
| | | | | | | | Print | |
| 09/28/2011 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 28556574 |
| | | | | | | | 536424 | |
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 4230121 | |
| | | | | | | | Print | |
| 09/28/2011 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 28556576 |
| | | | | | | | 536426 | |
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 4230121 | |
| | | | | | | | Print | |
| 09/28/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28556665 |
| | | | | | | | 535862 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 3998956 | |
| | | | | | | | Print | |
| 09/28/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28556644 |
| | | | | | | | 536577 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4241616 | |
| | | | | | | | Print | |
| 09/28/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28556646 |
| | | | | | | | 536491 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 09/28/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28556647 |
| | | | | | | | 536512 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 09/29/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28561021 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 10:13 | |
| | | | | | | | 452158 | |
| 09/29/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28569559 |
| | | | | | | | 537416 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 520045 | |
| | | | | | | | Print | |
| 09/29/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28569560 |
| | | | | | | | 537417 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 520045 | |
| | | | | | | | Print | |
| 09/29/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28569561 |
| | | | | | | | 537419 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 520045 | |
| | | | | | | | Print | |
| 09/29/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28569562 |
| | | | | | | | 537420 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 520045 | |
| | | | | | | | Print | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 09/29/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28569563 |
| | | | | | | | 537210 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 3452135 | |
| | | | | | | | Print | |
| 09/29/2011 | | | REPRO | 23.00 | 0.20 | 4.60 | REPRODUCTION | 28569564 |
| | | | | | | | 537669 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 09/30/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28569565 |
| | | | | | | | 538749 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4247030 | |
| | | | | | | | Print | |
| 09/30/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28569566 |
| | | | | | | | 537995 | |
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 4225385 | |
| | | | | | | | Print | |
| 09/30/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28569567 |
| | | | | | | | 538599 | |
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 4225385 | |
| | | | | | | | Print | |
| 09/30/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28569568 |
| | | | | | | | 538835 | |
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 3981732 | |
| | | | | | | | Print | |
| | | UNBILLED TOTALS:  WORK | | | | 409.60 | 200 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 204.80 | | |
| | | GRAND TOTAL:    WORK: | | | | 409.60 | 200 records | |
| | | GRAND TOTAL:    BILL: | | | | 204.80 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]    Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 09/06/2011 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES<br>EXT: 265150<br>CNCT: 2<br>TIME of DAY: (H:M:S): 13:05<br>NUM CALLED: 3024674412<br>404778 | 28517498 |
| 09/07/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 11:37<br>NUM CALLED: 2023284000<br>407302 | 28517692 |
| 09/07/2011 | | | TEL | 23.00 | 0.02 | 0.53 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 23<br>TIME of DAY: (H:M:S): 14:01<br>NUM CALLED: 2138966022<br>407759 | 28517693 |
| 09/07/2011 | | | TEL | 12.00 | 0.02 | 0.28 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 12<br>TIME of DAY: (H:M:S): 14:39<br>NUM CALLED: 8047751144<br>407828 | 28517694 |
| 09/07/2011 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 2<br>TIME of DAY: (H:M:S): 16:20<br>NUM CALLED: 2027568424<br>408057 | 28517695 |
| 09/07/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 16:51<br>NUM CALLED: 2072287280<br>408185 | 28517696 |
| 09/08/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 19:21<br>NUM CALLED: 3128537515<br>411244 | 28520243 |
| 09/08/2011 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 2<br>TIME of DAY: (H:M:S): 14:53<br>NUM CALLED: 3127047711<br>410684 | 28520239 |
| 09/08/2011 | | | TEL | 5.00 | 0.02 | 0.12 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 5<br>TIME of DAY: (H:M:S): 15:21<br>NUM CALLED: 2027463574<br>410760 | 28520240 |
| 09/08/2011 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 2<br>TIME of DAY: (H:M:S): 15:57<br>NUM CALLED: 3142913030<br>410851 | 28520241 |
| 09/08/2011 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 2<br>TIME of DAY: (H:M:S): 18:43<br>NUM CALLED: 3038660107<br>411209 | 28520242 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

Page 2

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 09/09/2011 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES | 28520076 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 13:48 | |
| | | | | | | | NUM CALLED: 3038660107 | |
| | | | | | | | 413250 | |
| 09/09/2011 | | | TEL | 11.00 | 0.02 | 0.25 | TELEPHONE CHARGES | 28520077 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 11 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:55 | |
| | | | | | | | NUM CALLED: 3128537523 | |
| | | | | | | | 413464 | |
| 09/12/2011 | | | TEL | 18.00 | 0.04 | 0.77 | TELEPHONE CHARGES | 28521762 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 18 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:55 | |
| | | | | | | | NUM CALLED: 2037085847 | |
| | | | | | | | 416885 | |
| 09/12/2011 | | | TEL | 16.00 | 0.02 | 0.37 | TELEPHONE CHARGES | 28521763 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 16 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:27 | |
| | | | | | | | NUM CALLED: 8059858704 | |
| | | | | | | | 415811 | |
| 09/14/2011 | | | TEL | 6.00 | 0.02 | 0.14 | TELEPHONE CHARGES | 28523527 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 6 | |
| | | | | | | | TIME of DAY: (H:M:S): 18:45 | |
| | | | | | | | NUM CALLED: 3122761402 | |
| | | | | | | | 422413 | |
| 09/15/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28536177 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:48 | |
| | | | | | | | NUM CALLED: 2138966022 | |
| | | | | | | | 424066 | |
| 09/15/2011 | | | TEL | 15.00 | 0.02 | 0.35 | TELEPHONE CHARGES | 28536178 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 15 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:14 | |
| | | | | | | | NUM CALLED: 2027781894 | |
| | | | | | | | 424663 | |
| 09/15/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28536179 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:26 | |
| | | | | | | | NUM CALLED: 2023264000 | |
| | | | | | | | 424990 | |
| 09/16/2011 | | | TEL | 3.00 | 0.02 | 0.07 | TELEPHONE CHARGES | 28538018 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:28 | |
| | | | | | | | NUM CALLED: 4158480335 | |
| | | | | | | | 427803 | |
| 09/19/2011 | | | TEL | 3.00 | 0.02 | 0.07 | TELEPHONE CHARGES | 28541186 |
| | | | | | | | EXT: 265150 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:03 | |
| | | | | | | | NUM CALLED: 2027781894 | |
| | | | | | | | 430429 | |
| 09/20/2011 | | | TEL | 11.00 | 0.02 | 0.25 | TELEPHONE CHARGES | 28541852 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 11 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:59 | |
| | | | | | | | NUM CALLED: 8182162033 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | 433681 | |
| 09/20/2011 | | | TEL | 3.00 | 0.02 | 0.07 | TELEPHONE CHARGES | 28541853 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:55 | |
| | | | | | | | NUM CALLED: 3024674416 | |
| | | | | | | | 432804 | |
| 09/21/2011 | | | TEL | 18.00 | 0.04 | 0.77 | TELEPHONE CHARGES | 28548059 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 18 | |
| | | | | | | | TIME of DAY: (H:M:S): 13:53 | |
| | | | | | | | NUM CALLED: 9144377670 | |
| | | | | | | | 436147 | |
| 09/21/2011 | | | TEL | 3.00 | 0.02 | 0.07 | TELEPHONE CHARGES | 28548066 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:34 | |
| | | | | | | | NUM CALLED: 3024674436 | |
| | | | | | | | 435043 | |
| 09/21/2011 | | | TEL | 6.00 | 0.02 | 0.14 | TELEPHONE CHARGES | 28548060 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 6 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:35 | |
| | | | | | | | NUM CALLED: 3128534602 | |
| | | | | | | | 436233 | |
| 09/21/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28548061 |
| | | | | | | | EXT: 265112 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:43 | |
| | | | | | | | NUM CALLED: 8182162033 | |
| | | | | | | | 436424 | |
| 09/21/2011 | | | TEL | 1.00 | 0.04 | 0.04 | TELEPHONE CHARGES | 28548062 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 18:25 | |
| | | | | | | | NUM CALLED: 2019518032 | |
| | | | | | | | 436820 | |
| 09/21/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28548063 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:13 | |
| | | | | | | | NUM CALLED: 2023264000 | |
| | | | | | | | 435570 | |
| 09/21/2011 | | | TEL | 1.00 | 0.04 | 0.04 | TELEPHONE CHARGES | 28548064 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:15 | |
| | | | | | | | NUM CALLED: 9144377670 | |
| | | | | | | | 435574 | |
| 09/21/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28548065 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:26 | |
| | | | | | | | NUM CALLED: 3024674416 | |
| | | | | | | | 435911 | |
| 09/22/2011 | | | TEL | 7.00 | 0.02 | 0.16 | TELEPHONE CHARGES | 28548290 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 7 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:12 | |
| | | | | | | | NUM CALLED: 3024674416 | |
| | | | | | | | 438010 | |
| 09/23/2011 | | | TEL | 3.00 | 0.02 | 0.07 | TELEPHONE CHARGES | 28548503 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:57 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]     Page 4
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | NUM CALLED: 3128537163 | |
| | | | | | | | 441058 | |
| 09/23/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28548504 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:10 | |
| | | | | | | | NUM CALLED: 3128534602 | |
| | | | | | | | 441085 | |
| 09/23/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28548505 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:29 | |
| | | | | | | | NUM CALLED: 3125270055 | |
| | | | | | | | 441139 | |
| 09/23/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28548506 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:32 | |
| | | | | | | | NUM CALLED: 8182162033 | |
| | | | | | | | 441150 | |
| 09/26/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28548757 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:38 | |
| | | | | | | | NUM CALLED: 3142913030 | |
| | | | | | | | 443266 | |
| 09/26/2011 | | | TEL | 16.00 | 0.02 | 0.37 | TELEPHONE CHARGES | 28548758 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 16 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:40 | |
| | | | | | | | NUM CALLED: 2023264000 | |
| | | | | | | | 443315 | |
| 09/26/2011 | | | TEL | 16.00 | 0.02 | 0.37 | TELEPHONE CHARGES | 28548759 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 16 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:37 | |
| | | | | | | | NUM CALLED: 3122223490 | |
| | | | | | | | 443773 | |
| 09/28/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28561389 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:28 | |
| | | | | | | | NUM CALLED: 2138966022 | |
| | | | | | | | 449298 | |
| 09/29/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28561550 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:19 | |
| | | | | | | | NUM CALLED: 3024674416 | |
| | | | | | | | 451425 | |
| | | UNBILLED TOTALS:  WORK | | | | 5.88 | 41 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 5.88 | | |
| | | GRAND TOTAL:    WORK: | | | | 5.88 | 41 records | |
| | | GRAND TOTAL:    BILL: | | | | 5.88 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]    Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 09/23/2011 | | | TELH | 1.00 | 47.50 | 47.50 | TELEPHONE CHARGES - Vendor: HOWARD SEIFE | 28544413 |
| | | | | | | | 8/14-9/13/11 BLACKBERRY PHONE | |
| | | | | | | | Vendor=HOWARD SEIFE  Balance= .00  Amount= 117.00 | |
| | | | | | | | Check #335937  09/28/2011 | |
| | | | | | | | | |
| 09/28/2011 | | | TELH | 1.00 | 43.22 | 43.22 | TELEPHONE CHARGES - Vendor: HOWARD SEIFE | 28549413 |
| | | | | | | | 09/08/11 - BLACKBERRY PHONE. | |
| | | | | | | | Vendor=HOWARD SEIFE  Balance= .00  Amount= 86.44 | |
| | | | | | | | Check #336141  09/29/2011 | |
| | | | | | | | | |
| | | UNBILLED TOTALS:   WORK | | | | 90.72 | 2 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 90.72 | | |
| | | | | | | | | |
| | | GRAND TOTAL:     WORK: | | | | 90.72 | 2 records | |
| | | GRAND TOTAL:     BILL: | | | | 90.72 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                    Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 09/23/2011 | | | PROFS | 1.00 | 23,653.10 | 23,653.10 | OUTSIDE PROFESSIONAL SERVICES  - Vendor: | 28543612 |
| | | | | | | | COMPLETE DISCOVERY SOURCE MONTHLY HOSTING/USER | |
| | | | | | | | LICENSE | |
| | | | | | | | Vendor=COMPLETE DISCOVERY SOURCE  Balance= .00  Amount= | |
| | | | | | | | 23653.10 | |
| | | | | | | | Check #335989  09/29/2011 | |
| | | | | | | | | |
| | | UNBILLED TOTALS:  WORK | | | | 23,653.10 | 1 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 23,653.10 | | |
| | | | | | | | | |
| | | GRAND TOTAL:     WORK: | | | | 23,653.10 | 1 records | |
| | | GRAND TOTAL:      BILL: | | | | 23,653.10 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                              Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/18/2011 11:54:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 09/23/2011 | | | PROFSVS | 1.00 | 28,165.96 | 28,165.96 | OUTSIDE PROFESSIONAL SERVICES - Vendor: | 28543611 |
| | | | | | | | COMPLETE DISCOVERY SOURCE MONTHLY HOSTING/USER | |
| | | | | | | | LICENSE | |
| | | | | | | | Vendor=COMPLETE DISCOVERY SOURCE  Balance= .00  Amount= | |
| | | | | | | | 28165.96 | |
| | | | | | | | Check #335989  09/29/2011 | |
| | | UNBILLED TOTALS:  WORK | | | | 28,165.96 | 1 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 28,165.96 | | |
| | | GRAND TOTAL:      WORK: | | | | 28,165.96 | 1 records | |
| | | GRAND TOTAL:      BILL: | | | | 28,165.96 | | |