# EXHIBIT "A"

{698.001-W0017237.}

# EXHIBIT "A" – SUMMARY SHEET

September 1, 2011 through and including September 30, 2011

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $690.00 | 15.20 | $10,488.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $610.00 | 55.20 | $33,672.00 |
| Richard S. Cobb | Partner; admitted DE 1993, PA 1994 | May, 1992 | $610.00 | 89.60 | $54,656.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $475.00 | 46.70 | $22,182.50 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $425.00 | 18.80 | $7,990.00 |
| Mark D. Olivere | Associate; Admitted DE 2002 | May, 2002 | $395.00 | .30 | $118.50 |
| James S. Green | Associate; admitted DE 2003 | May, 2003 | $385.00 | 95.80 | $36,883.00 |
| J. Landon Ellis | Associate; admitted DE 2006 | May, 2006 | $325.00 | 28.00 | $9,100.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $295.00 | 48.10 | $14,189.50 |
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $295.00 | 39.50 | $11,652.50 |

{698.001-W0017237.}

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Frances A. Panchak | Paralegal | N/A | $225.00 | 55.30 | $12,442.50 |
| Michelle M. Dero | Paralegal | N/A | $225.00 | .90 | $202.50 |
| Linda M. Rogers | Paralegal | N/A | $200.00 | 90.00 | $18,000.00 |
| Cathy A. Adams | Paralegal | N/A | $200.00 | 1.80 | $360.00 |
| Anthony C. Dellose | Paralegal | N/A | $190.00 | 38.00 | $7,220.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | 2.70 | $337.50 |
| | | | Total | 625.90 | $239,494.50 |

**Blended Rate: $382.64**

{698.001-W0017237.}