# EXHIBIT "C"

{698.001-W0017237.}

```
                                                    October 25, 2011
                                                 Account No:  698-001
                                                 Statement No:  14304
```

Tribune Company, et al. bankruptcy

### Expenses

| | |
|---|---:|
| Overtime Wages | 116.55 |
| Postage | 40.85 |
| Copying | 638.20 |
| Overnight Delivery | 104.62 |
| Courier Fees | 25.00 |
| Online research | 9.79 |
| Outside Duplication Services | 26,572.34 |
| Electronic Filing - PACER | 101.44 |
| Conference Call Service | 4.78 |
| Total Expenses Thru 09/30/2011 | $27,613.57 |

{698.001-W0017326.}

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| 698.001 | 08/26/2011 | AGL | U | B100 E226 | | 4.78 | Conference Call Service Soundpath Conferencing - Invoice 091411 | 1955 |
| 698.001 | 08/26/2011 | AGL | U | B100 E216 | | 5.00 | Courier Fees Digital Legal, LLC - Invoice 59869 | 1996 |
| Subtotal for Transaction Date 08/26/2011 | | | | | Billable | 9.78 | | |
| 698.001 | 09/01/2011 | AGL | U | B100 E221 | | 104.62 | Overnight Delivery FedEx - Invoice 7-619-22082 | 1942 |
| 698.001 | 09/01/2011 | AGL | U | B100 E213 | | 240.00 | PDF Conversion (DVD Copies) Digital Legal, LLC - Invoice 59803 | 1954 |
| 698.001 | 09/01/2011 | AGL | U | B100 E101 | 0.100 | 43.30 | Copying | 1956 |
| Subtotal for Transaction Date 09/01/2011 | | | | | Billable | 387.92 | | |
| 698.001 | 09/02/2011 | AGL | U | B100 E102 | | 78.04 | Outside printing Digital Legal, LLC - Invoice 59743 | 1943 |
| 698.001 | 09/02/2011 | AGL | U | B100 E101 | 0.100 | 55.40 | Copying | 1957 |
| 698.001 | 09/02/2011 | AGL | U | B100 E108 | | 18.35 | Postage | 1976 |
| Subtotal for Transaction Date 09/02/2011 | | | | | Billable | 151.79 | | |
| 698.001 | 09/06/2011 | AGL | U | B100 E101 | 0.100 | 6.60 | Copying | 1958 |
| Subtotal for Transaction Date 09/06/2011 | | | | | Billable | 6.60 | | |
| 698.001 | 09/08/2011 | AGL | U | B100 E101 | 0.100 | 1.60 | Copying | 1959 |
| Subtotal for Transaction Date 09/08/2011 | | | | | Billable | 1.60 | | |
| 698.001 | 09/09/2011 | AGL | U | B100 E101 | 0.100 | 12.30 | Copying | 1960 |
| Subtotal for Transaction Date 09/09/2011 | | | | | Billable | 12.30 | | |
| 698.001 | 09/12/2011 | AGL | U | B100 E101 | 0.100 | 0.10 | Copying | 1961 |
| Subtotal for Transaction Date 09/12/2011 | | | | | Billable | 0.10 | | |
| 698.001 | 09/13/2011 | AGL | U | B100 E101 | 0.100 | 14.50 | Copying | 1962 |
| Subtotal for Transaction Date 09/13/2011 | | | | | Billable | 14.50 | | |
| 698.001 | 09/14/2011 | AGL | U | B100 E102 | | 1,355.86 | Outside printing Digital Legal, LLC - Invoice 60020 | 1953 |
| 698.001 | 09/14/2011 | AGL | U | B100 E101 | 0.100 | 56.80 | Copying | 1963 |
| Subtotal for Transaction Date 09/14/2011 | | | | | Billable | 1,412.66 | | |
| 698.001 | 09/15/2011 | AGL | U | B100 E102 | | 27.09 | Outside printing Digital Legal, LLC - Invoice 60116 | 1950 |
| 698.001 | 09/15/2011 | AGL | U | B100 E101 | 0.100 | 7.70 | Copying | 1964 |
| Subtotal for Transaction Date 09/15/2011 | | | | | Billable | 34.79 | | |
| 698.001 | 09/16/2011 | AGL | U | B100 E102 | | 38.81 | Outside printing Digital Legal, LLC - Invoice 60118 | 1951 |
| 698.001 | 09/16/2011 | AGL | U | B100 E101 | 0.100 | 31.60 | Copying | 1965 |
| Subtotal for Transaction Date 09/16/2011 | | | | | Billable | 70.41 | | |
| 698.001 | 09/19/2011 | AGL | U | B100 E101 | 0.100 | 0.70 | Copying | 1966 |
| Subtotal for Transaction Date 09/19/2011 | | | | | Billable | 0.70 | | |
| 698.001 | 09/20/2011 | AGL | U | B100 E101 | 0.100 | 5.30 | Copying | 1967 |
| 698.001 | 09/20/2011 | AGL | U | B100 E108 | | 9.10 | Postage | 1977 |
| 698.001 | 09/20/2011 | AGL | U | B100 E108 | | 13.40 | Postage | 1978 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| Subtotal for Transaction Date 09/20/2011 | | | | | Billable | 27.80 | | |
| 698.001 | 09/21/2011 | AGL | U | B100 E101 | 0.100 | 27.90 | Copying | 1968 |
| 698.001 | 09/21/2011 | AGL | U | B100 E209 | | 77.70 | Overtime wages - Assist attorney L. Ellis with document preparation. | 1979 |
| Subtotal for Transaction Date 09/21/2011 | | | | | Billable | 105.60 | | |
| 698.001 | 09/22/2011 | AGL | U | B100 E101 | 0.100 | 177.30 | Copying | 1969 |
| 698.001 | 09/22/2011 | AGL | U | B100 E102 | | 10,148.64 | Outside printing Digital Legal, LLC - Invoice 60155 | 1990 |
| 698.001 | 09/22/2011 | AGL | U | B100 E216 | | 20.00 | Courier Fees Digital Legal, LLC - Invoice 60302 | 1992 |
| Subtotal for Transaction Date 09/22/2011 | | | | | Billable | 10,345.94 | | |
| 698.001 | 09/23/2011 | AGL | U | B100 E102 | | 1,164.32 | Outside printing Digital Legal, LLC - Invoice 60223 | 1952 |
| 698.001 | 09/23/2011 | AGL | U | B100 E101 | 0.100 | 4.00 | Copying | 1970 |
| Subtotal for Transaction Date 09/23/2011 | | | | | Billable | 1,168.32 | | |
| 698.001 | 09/26/2011 | AGL | U | B100 E101 | 0.100 | 7.30 | Copying | 1971 |
| 698.001 | 09/26/2011 | AGL | U | B100 E102 | | 110.46 | Outside printing Digital Legal, LLC - Invoice 60154 | 1987 |
| Subtotal for Transaction Date 09/26/2011 | | | | | Billable | 117.76 | | |
| 698.001 | 09/27/2011 | AGL | U | B100 E101 | 0.100 | 3.20 | Copying | 1972 |
| 698.001 | 09/27/2011 | AGL | U | B100 E209 | | 38.85 | Overtime wages - Assist attorney R. Cobb with document preparation. | 1980 |
| Subtotal for Transaction Date 09/27/2011 | | | | | Billable | 42.05 | | |
| 698.001 | 09/28/2011 | AGL | U | B100 E101 | 0.100 | 46.40 | Copying | 1973 |
| 698.001 | 09/28/2011 | AGL | U | B100 E102 | | 144.99 | Outside printing Digital Legal, LLC - Invoice 60359 | 1986 |
| Subtotal for Transaction Date 09/28/2011 | | | | | Billable | 191.39 | | |
| 698.001 | 09/29/2011 | AGL | U | B100 E101 | 0.100 | 22.20 | Copying | 1974 |
| Subtotal for Transaction Date 09/29/2011 | | | | | Billable | 22.20 | | |
| 698.001 | 09/30/2011 | AGL | U | B100 E101 | 0.100 | 114.00 | Copying | 1975 |
| 698.001 | 09/30/2011 | AGL | U | B100 E208 | | 101.44 | Electronic Filing PACER - Invoice thru 093011 | 1981 |
| 698.001 | 09/30/2011 | AGL | U | B100 E215 | | 9.79 | Online research LexisNexis - Invoice 1109142172 | 1983 |
| 698.001 | 09/30/2011 | AGL | U | B100 E102 | | 93.87 | Outside printing Digital Legal, LLC - Invoice 60433 | 1988 |
| 698.001 | 09/30/2011 | AGL | U | B100 E102 | | 1,036.38 | Outside printing Digital Legal, LLC - Invoice 60402 | 1989 |
| 698.001 | 09/30/2011 | AGL | U | B100 E102 | | 12,133.88 | Outside printing Digital Legal, LLC - Invoice 60396 | 1991 |
| Subtotal for Transaction Date 09/30/2011 | | | | | Billable | 13,489.36 | | |
| **Total for Client ID 698.001** | | | | | Billable | 27,613.57 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |

**GRAND TOTALS**

Billable  27,613.57