# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING
SERVICES FROM SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL bar since 1987. | $560.00 | 17.90 | $10,024.00 |
| Moss, J Andrew | Partner. Joined firm in 2003. Member of IL Bar since 1999. Member of CA bar since 2003 | $520.00 | 16.70 | $8,684.00 |
| Raines, Lana J. | Associate. Joined firm in 2003. Member of IL bar since 2002. | $450.00 | 41.70 | $18,765.00 |
| J. Cory Falgowski | Associate. Joined firm as associate in 2004. Member of DE bar since 2004. | $410.00 | .20 | $82.00 |
| Rosenfeld, David | Associate. Joined firm in 2007. Member of IL bar since 2005. | $325.00 | 2.50 | $812.50 |
| Gross, Jane Anne | Paralegal. Joined Firm in 2002. | $260.00 | .30 | $78.00 |
| Lankford, Lisa A. | Practice Group Specialist. Joined Firm in 2000. | $170.00 | 7.70 | $1,309.00 |
| Somoza, Silvia | Paralegal since 2007. Joined Firm in 2007. | $130.00 | .50 | $65.00 |
| Chappell, Rhoshanda | Case Assistant. Joined firm in 1983. | $105.00 | 1.30 | $136.50 |
| Hamilton, Lamont D. | Case Assistant. Joined Firm in 2002. | $105.00 | 4.00 | $420.00 |
| Grand Total: | | | 92.80 | $40,376.00 |
| Blended Rate: | | | | $435.09 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $485.66 |

US_ACTIVE-107578647.1-JCFALGOW

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---|---|
| Insurance Counseling – 00005 | 76.60 | $36,327.50 |
| Marsh – 00008 | 2.80 | $980.50 |
| Fee Applications – 00009 | 12.10 | $2,931.50 |
| HR Investigation – 00011 | 1.30 | $136.50 |
| **TOTAL:** | **92.80** | **$40,376.00** |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2186479
Invoice Date: October 21, 2011

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through September 30, 2011

| **NON-BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Insurance Counseling | | | |
| | 503842.00005 | $30,119.50 | $2.20 | $30,121.70 |
| RE: | Marsh | | | |
| | 503842.00008 | $980.50 | $0.00 | $980.50 |
| | **Current Invoice Total:** | **$31,100.00** | **$2.20** | **$31,102.20** |
| **BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
| RE: | Insurance Counseling | | | |
| | 503842.00005 | $6,208.00 | $0.00 | $6,208.00 |
| RE: | Fee Applications | | | |
| | 503842.00009 | $2,931.50 | $338.99 | $3,270.49 |
| RE: | HR Investigation | | | |
| | 503842.00011 | $136.50 | $60.97 | $197.47 |
| | **Current Invoice Total:** | **$9,276.00** | **$399.96** | **$9,675.96** |
| | | | **INVOICE TOTAL:** | **$40,778.16** |

## REMITTANCE COPY

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2186479)

October 21, 2011                                                                         Invoice: 2186479
RE:          Insurance Counseling                                                        Page 2
             (503842.00005)


## NON-BANKRUPTCY/REORGANIZATION
### RE:      Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/01/11 | JDS | Emails with insurer counsel regarding settlement documentation concerning Neil and DOL matters. | 0.20 |
| 09/06/11 | JDS | Analyzed and provided comment to client regarding non-disclosure agreements in connection with insurance underwriting and policy renewals. | 1.00 |
| 09/07/11 | LJR | Conferred with J. Shugrue regarding status of various insurance related items, including Neil settlement and drafting of insurance settlement document (.4); reviewed and analyzed MOU for Neil Settlement and related insurance settlement (.8). | 1.20 |
| 09/07/11 | JDS | Telephone conference with client regarding confidentiality agreement issues in connection with insurance renewals (.60); conferred with L. Raines regarding settlement documentation regarding Neil case (.4). | 1.00 |
| 09/09/11 | JDS | Telephone conferences with client, bankruptcy counsel regarding insurance coverage issue in connection with employee (.60). | 0.60 |
| 09/12/11 | LJR | Reviewed and analyzed Neil settlement documents and insurance settlement MOU and drafted long-form insurance settlement agreement for Neil matter (5.1); conferred with A. Moss regarding same (.3). | 5.40 |
| 09/12/11 | AJM | Communications with J. Shugrue regarding review and analysis of ERISA class action settlement agreement (.2); meetings with L. Raines to discuss drafting of fiduciary liability insurance settlement agreement with respect to ERISA class action settlement (.3). | 0.50 |
| 09/12/11 | JDS | Analyzed and exchanged emails with client, A. Moss, insurers' counsel, plaintiffs' counsel and GreatBanc counsel regarding draft long form settlement agreement regarding Neil suit, follow up telephone conference with group regarding same (.6); analyzed and exchanged emails with client regarding non-disclosure agreements in connection with insurance policy renewals (.3). | 0.90 |
| 09/13/11 | LJR | Reviewed and analyzed revised draft of long form Neil settlement (.4); reviewed and analyzed documents and drafted long form insurance settlement agreement (1.3). | 1.70 |

October 21, 2011                                                           Invoice: 2186479
RE:        Insurance Counseling                                           Page 3
           (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/13/11 | AJM | Reviewed email from defense counsel, bankruptcy counsel, DOL counsel and claimants counsel regarding settlement of ERISA class action (.2); reviewed draft settlement agreement for Neil ERISA class action (.5); telephone call with J. Shugrue to discuss same and insurance settlement (.2); participated in teleconference with Neil parties counsel, bankruptcy counsel, insurer representatives and J. Shugrue to discuss draft settlement agreement (1.1). | 2.00 |
| 09/13/11 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 09/13/11 | JDS | Prepared for and participated in telephone conference with client, insurers, Neil plaintiffs' counsel, Zell counsel, GB counsel and DOL regarding draft of "long form" settlement agreement for Neil and DOL matters (2.1); telephone conference with A. Moss regarding insurance settlement document (.2). | 2.30 |
| 09/14/11 | LJR | Reviewed and analyzed insurance policy in connection with client question regarding coverage and followed up with client regarding same (1.4); conferred with J. Shugrue regarding same (.2); reviewed documents and drafted long-form insurance settlement for Neil matter (.8); emails with A. Moss regarding same (.2). | 2.60 |
| 09/14/11 | AJM | Communications with L. Raines to discuss coverage issues. | 0.20 |
| 09/14/11 | JDS | Conferred with L. Raines regarding insurance issue regarding scope of coverage and analyzed emails between L. Raines and client regarding same. | 0.30 |
| 09/15/11 | LH | Indexed documents for off site storage. | 1.00 |
| 09/15/11 | JDS | Emails with A. Moss regarding insurance settlement documentation regarding Neil settlement (.2). | 0.20 |
| 09/16/11 | LJR | Conferred with A. Moss regarding draft long-form settlement agreement for Neil matter (.3); emailed insurers and Tribune regarding same (.1). | 0.40 |
| 09/16/11 | AJM | Reviewed email from J. Shugrue and carriers (.1); communications with L. Raines regarding drafting of insurance settlement agreement (.3). | 0.40 |
| 09/16/11 | LH | Reviewed and cataloged case correspondence. | 1.50 |
| 09/16/11 | JDS | Analyzed and exchanged emails with BK counsel regarding insurance issue. | 0.20 |
| 09/17/11 | LJR | Reviewed documents and drafted long-form insurance settlement agreement in Neil matter. | 3.20 |
| 09/18/11 | LJR | Reviewed and analyzed documents and drafted long-form insurance settlement agreement in Neil matter. | 5.30 |

October 21, 2011
RE:     Insurance Counseling
        (503842.00005)

Invoice: 2186479
Page 4

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/19/11 | LJR | Reviewed and analyzed documents, further revised draft insurance settlement agreement for Neil matter and conferred with A. Moss regarding same (1.5); reviewed and analyzed A. Moss redline (.4). | 1.90 |
| 09/19/11 | AJM | Meeting with L. Raines to discuss insurance settlement agreement (.4); worked on revisions to same (4.7); further communications with L. Raines regarding Neil complaints and policy language (.6). | 5.70 |
| 09/20/11 | LJR | Reviewed and analyzed A. Moss comments to insurance settlement agreement for Neil matter, reviewed and analyzed documents and policies and revised draft of settlement agreement (5.3); conferred with A. Moss regarding same (.4); finalized draft settlement agreement and email same to J. Shugrue (1.0). | 6.70 |
| 09/20/11 | AJM | Telephone call with L. Raines (.4); reviewed draft settlement in underlying claim (.4); reviewed insurance MOU (.1); reviewed, commented on and edited draft insurance settlement (1.1). | 2.00 |
| 09/20/11 | JACG | Obtained latest complaint and docket report in Neil v. Zell per request of L. Raines. | 0.30 |
| 09/21/11 | LJR | Followed up with bankruptcy counsel regarding funding related to Neil Settlement (.4); conferred with A. Moss regarding Neil settlement status (.2). | 0.60 |
| 09/21/11 | AJM | Communications with L. Raines regarding FL insurance settlement agreement and underlying MOU and settlement agreement. | 0.20 |
| 09/21/11 | JDS | Analyzed and revised draft insurance settlement agreement regarding Neil and DOL matters (.5); emails with client regarding policy endorsement to be issued in connection with contract employee (.2). | 0.70 |
| 09/22/11 | LJR | Reviewed finalized draft of Neil insurance settlement agreement (.3); reviewed email correspondence regarding current draft of Neil settlement agreement and issues related to same (.3). | 0.60 |
| 09/22/11 | AJM | Communications with J. Shugrue regarding settlement agreement drafting (.2); reviewed substantive comments from J. Shugrue regarding same (.3); meeting with same (.2); worked on revisions to insurance settlement agreement (1.5); communications with Tribune representatives and bankruptcy counsel regarding same (.1); communications with L. Raines regarding same (.1). | 2.40 |
| 09/22/11 | JDS | Conferred with A. Moss regarding revisions to draft long form insurance settlement agreement regarding Neil. | 0.40 |

October 21, 2011

RE:    Insurance Counseling
       (503842.00005)

Invoice: 2186479

Page 5

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/23/11 | JDS | Analyzed and exchanged emails, telephone conference with bankruptcy counsel and counsel for contract employee regarding insurance coverage for contract employee under Tribune policy (.9); emails with insurer counsel regarding insurance agreement in connection with Neil settlement (.2). | 1.10 |
| 09/26/11 | LJR | Follow up regarding draft Neil settlement agreement. | 0.30 |
| 09/26/11 | AJM | Reviewed correspondence from insurer representatives regarding settlement agreement (.2); communications with client representatives and bankruptcy counsel regarding Neil/DOL insurance settlement agreement (.2); reviewed comments on same from J. Shugrue (.1). | 0.50 |
| 09/26/11 | JDS | Analyzed and revised draft long form insurance settlement agreement regarding Neil and DOL (.9); analyzed revised draft long form settlement agreement regarding Neil and DOL and prepared email to bankruptcy counsel regarding same (.6). | 1.50 |
| 09/28/11 | LJR | Conferred with A. Moss regarding revised insurance settlement agreement and reviewed revised agreement. | 0.60 |
| 09/28/11 | AJM | Reviewed comments on Neil/DOL insurance settlement agreement and worked on revised version (1.4); communications with L. Raines regarding same (.6); communications with client representatives regarding same (.2). | 2.20 |
| 09/29/11 | AJM | Telephone call with J. Shugrue to discuss insurance settlement issues (.2); reviewed email from J. Shugrue to Tribune representatives regarding same (.1); reviewed comments on revised underlying settlement agreement from bankruptcy counsel (.1). | 0.40 |
| 09/29/11 | JDS | Prepared email to insurers, GreatBanc regarding draft long form insurance settlement agreement regarding Neil/DOL (.3); conferred with A. Moss regarding same (.2); analyzed client email regarding liability insurance coverage renewal evaluation of competing insurer proposals (.3). | 0.80 |
| 09/30/11 | JDS | Analyzed competing insurer proposals regarding liability insurance renewal and prepared evaluation of same (1.9); analyzed emails from GreatBanc counsel and Neil plaintiffs' counsel regarding draft long form settlement agreement (.2). | 2.10 |

TOTAL FEES:    <u>$30,119.50</u>

October 21, 2011
RE:       Insurance Counseling
          (503842.00005)

## CURRENT DISBURSEMENTS

| | | |
|---|---|---:|
| 09/30/2011 | Duplicating/Printing/Scanning | 2.20 |
| | Total Disbursements | 2.20 |
| | Fees & Disbursements | $30,121.70 |

**NON-BANKRUPTCY/REORGANIZATION**
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| JDS | J.D. Shugrue | 13.30 | 560.00 | 7,448.00 |
| AJM | A.J. Moss | 16.50 | 520.00 | 8,580.00 |
| LJR | L.J. Raines | 30.50 | 450.00 | 13,725.00 |
| SS | S. Somoza | 0.20 | 130.00 | 26.00 |
| JACG | J.A.C. Gross | 0.30 | 260.00 | 78.00 |
| LH | L. Hamilton | 2.50 | 105.00 | 262.50 |
| | | 63.30 | | 30,119.50 |

October 21, 2011                                                                Invoice: 2186479
RE:        Marsh                                                                 Page 7
           (503842.00008)


**NON-BANKRUPTCY/REORGANIZATION**
  **RE:    Marsh**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/19/11 | DR | Drafted letter to Marsh. | 1.20 |
| 09/20/11 | DR | Correspondeded with client regarding status of Marsh request and related issues. | 0.30 |
| 09/20/11 | JDS | Analyzed D. Rosenfield emails with client regarding upcoming submission to Marsh. | 0.20 |
| 09/22/11 | DR | Finalized letter to Marsh. | 1.00 |
| 09/23/11 | JDS | Analyzed correspondence to Marsh pursuant to parties' agreement. | 0.10 |

                                    TOTAL FEES:              $980.50


                                              Fees & Disbursements        $980.50


**NON-BANKRUPTCY/REORGANIZATION**
**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 0.30 | 560.00 | 168.00 |
| DR | D. Rosenfield | 2.50 | 325.00 | 812.50 |
| | | 2.80 | | 980.50 |

October 21, 2011                                                    Invoice: 2186479
RE:       Fee Applications                                         Page 8
          (503842.00009)


**BANKRUPTCY/REORGANIZATION**
  **RE:    Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/01/11 | JDS | Finalized supplemental declaration for filing in BK court (.2); followed up regarding finalizing and filing 30th Monthly Fee Application (.2). | 0.40 |
| 09/06/11 | LL | E-mail correspondence regarding interim fees (.20); e-mail correspondence with J. Lord regarding filing of Supplemental Declaration (.2); e-file and service of same (.3); drafted COS regarding same (.3); e-file and service of same (.3); revisions, additional calculations and finalization of RS's 30th Monthly Fee Application (2.4); e-file and service of same (.5). | 4.20 |
| 09/06/11 | JDS | Worked on finalizing 30th Monthly Fee Application. | 0.50 |
| 09/07/11 | LL | Drafted CNO to RS's 29th Monthly Fee Application and circulate via e-mail for approval. | 0.40 |
| 09/07/11 | LL | Updated Fee Application Spreadsheet. | 0.80 |
| 09/07/11 | JDS | Analyzed and approved for filing CNO regarding 29th Monthly Fee Application. | 0.10 |
| 09/08/11 | LL | Reviewed CNO to RS's 29th Monthly Fee Application (.2); e-file and service of same (.4). | 0.60 |
| 09/08/11 | JCF | Reviewed fee applications. | 0.20 |
| 09/08/11 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 09/08/11 | JDS | Analyzed and exchanged emails with C. Leeman regarding status of interim fee applications. | 0.20 |
| 09/16/11 | LH | Reviewed and cataloged case correspondence. | 1.50 |
| 09/22/11 | LL | Drafted RS's 31st Monthly & 11th Interim Fee Applications. | 1.50 |
| 09/26/11 | JDS | Analyzed and revised invoices in connection with 31st Monthly fee application (.6); prepared email to L. Raines, L. Lankford regarding same (.2). | 0.80 |
| 09/27/11 | LL | E-mail correspondence with J. Shugrue regarding RS's 31st Monthly & 11th Interim Fee Applications and worked on same. | 0.20 |
| 09/27/11 | JDS | Exchanged emails with L. Lankford regarding 31st Monthly fee application. | 0.10 |
| 09/29/11 | JDS | Analyzed drafts of 31st Monthly and 11th Interim fee applications. | 0.30 |

TOTAL FEES:          $2,931.50

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 09/30/2011 | PACER | 3.04 |
| 09/30/2011 | Duplicating/Printing/Scanning | 36.70 |
| 09/30/2011 | Courier Service - Outside | 299.25 |

Total Disbursements    338.99

Fees & Disbursements    $3,270.49

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 2.40 | 560.00 | 1,344.00 |
| JCF | J.C. Falgowski | 0.20 | 410.00 | 82.00 |
| SS | S. Somoza | 0.30 | 130.00 | 39.00 |
| LH | L. Hamilton | 1.50 | 105.00 | 157.50 |
| LL | L. Lankford | 7.70 | 170.00 | 1,309.00 |
| | | 12.10 | | 2,931.50 |

October 21, 2011                                                          Invoice: 2186479
RE:      HR Investigation                                                 Page 10
         (503842.00011)

**BANKRUPTCY/REORGANIZATION**
  **RE:    HR Investigation**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/20/11 | RC | File organization: created and prepared files | 0.60 |
| 09/22/11 | RC | File organization: created and prepared files | 0.70 |

                              TOTAL FEES:          $136.50

**CURRENT DISBURSEMENTS**

| 09/30/2011 | Meal Expense | 60.97 |
|------------|--------------|-------|
| | Total Disbursements | 60.97 |
| | Fees & Disbursements | $197.47 |

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: HR Investigation**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| RC | R. Chappell | 1.30 | 105.00 | 136.50 |
| | | 1.30 | | 136.50 |

October 21, 2011                                                                    Invoice: 2186479
RE:        Insurance Counseling                                                     Page 11
           (503842.00005)

## BANKRUPTCY/REORGANIZATION
### RE:    Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/06/11 | LJR | Followed up with defense counsel for individual insureds regarding status of communications with insurers. | 0.10 |
| 09/07/11 | LJR | Reviewed additional correspondence from counsel for individual defendants (.2); communications with counsel for individual defendants regarding status of insurer payments and follow up with J. Shugrue regarding same (.3); communications with client and bankruptcy counsel regarding upcoming hearing on Neil settlement (.2); reviewed notes regarding various insurance related items and follow up for same (.2). | 0.90 |
| 09/08/11 | LJR | Communications with J. Shugrue regarding status of communications with carriers in connection with preference lawsuits (.3); followed up with clients regarding same (.3); communications with client regarding insurance issues related to preference lawsuits (.2); followed up with J. Shugrue regarding same (.2). | 1.00 |
| 09/08/11 | JDS | Analyzed and exchanged emails with client, L. Raines regarding reply to insurer coverage denials regarding suits filed in bankruptcy proceeding. | 0.30 |
| 09/09/11 | LJR | Met with J. Shugrue regarding follow up on insurance issues related to lawsuits pending in bankruptcy proceeding. | 0.20 |
| 09/09/11 | JDS | Met with L. Raines regarding insurance issues related to Preference Actions (.20); telephone conference with client regarding same (.20); followed up with client regarding 9/14 hearing in bankruptcy matter (.20). | 0.60 |
| 09/12/11 | AJM | Reviewed multiple email messages from defense counsel, claimants' counsel and bankruptcy counsel regarding approval proceedings for ERISA class action settlement (.2). | 0.20 |
| 09/14/11 | LJR | Reviewed and analyzed documents related to third-party claim matter and drafted analysis of same (1.9). | 1.90 |
| 09/15/11 | LJR | Reviewed and analyzed documents related to third-party claim matter and drafted summary and analysis of same (2.0); telephone conference with J. Shugrue regarding same (.2). | 2.20 |
| 09/15/11 | JDS | Analyzed email from, telephone conference with L. Raines regarding evaluation of possible insurance coverage for proof of claim filed in BK court (.4). | 0.40 |
| 09/16/11 | LJR | Reviewed and analyzed policies and drafted email to client regarding third-party claim matter (1.3). | 1.30 |

October 21, 2011                                                      Invoice: 2186479
RE:        Insurance Counseling                                       Page 12
           (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/19/11 | LJR | Reviewed documents and finalized draft email to client regarding bankruptcy proof of claim (.6); conferred with J. Shugrue regarding same (.2); finalized email and sent same to client (.3); emailed defense counsel representatives correspondence received from Illinois National (.3); reviewed and analyzed materials related to state fraudulent conveyance actions (1.3). | 2.70 |
| 09/19/11 | JDS | Analyzed insurance coverage issues related to 3rd-party matter (.2); conferred with L. Raines regarding same (.2); analyzed issues related to insurance coverage involving suits filed in bankruptcy proceeding (.2). | 0.60 |
| 09/21/11 | LJR | Responded to inquiry from representative for individual defendants in preference lawsuits regarding correspondence received from Illinois National (.3); followed up regarding insurance report required by comfort order (.2); followed up regarding correspondence sent to carriers by counsel for individual defendants (.4). | 0.90 |

                           TOTAL FEES:              $6,208.00

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 1.90 | 560.00 | 1,064.00 |
| AJM | A.J. Moss | 0.20 | 520.00 | 104.00 |
| LJR | L.J. Raines | 11.20 | 450.00 | 5,040.00 |
| | | 13.30 | | 6,208.00 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2186479
Invoice Date: October 21, 2011

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through September 30, 2011

| **NON-BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Insurance Counseling 503842.00005 | $30,119.50 | $2.20 | $30,121.70 |
| RE: | Marsh 503842.00008 | $980.50 | $0.00 | $980.50 |
| | **Current Invoice Total:** | **$31,100.00** | **$2.20** | **$31,102.20** |

| **BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Insurance Counseling 503842.00005 | $6,208.00 | $0.00 | $6,208.00 |
| RE: | Fee Applications 503842.00009 | $2,931.50 | $338.99 | $3,270.49 |
| RE: | HR Investigation 503842.00011 | $136.50 | $60.97 | $197.47 |
| | **Current Invoice Total:** | **$9,276.00** | **$399.96** | **$9,675.96** |
| | | | **INVOICE TOTAL:** | **$40,778.16** |

**INVOICE IS PAYABLE UPON RECEIPT**