# EXHIBIT C

## EXPENSE SUMMARY

BY EXPENSE CATEGORY:

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| Printing/Duplicating/Scanning | | $38.90 |
| Outside Database | PACER | $3.04 |
| Meal Expenses | | $60.97 |
| Courier | | $299.25 |
| **TOTAL:** | | **$402.16** |

US_ACTIVE-107578647.1-JCFALGOW

BY MATTER:

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Reliance/ Times Mirror – 00004 | Insurance Counseling – 00005 | Marsh - 00008 | Fee Applications – 00009 | HR Investigation – 00011 | TOTALS |
|---|---|---|---|---|---|---|---|
| Printing/Duplicating/ Scanning | | | $2.20 | | $36.70 | | $38.90 |
| Outside Database | PACER | | | | $210.15 | | $210.15 |
| Meal Expenses | | | | | | $60.97 | $60.97 |
| Courier | Parcels/DLS | | | | $299.25 | | $299.25 |
| TOTAL: | | $0.00 | $2.20 | $0.00 | $338.99 | $60.97 | $402.16 |

US_ACTIVE-107578647.1-JCFALGOW

October 21, 2011
RE:        Insurance Counseling
           (503842.00005)

Invoice: 2186479
Page 6

## CURRENT DISBURSEMENTS

09/30/2011  Duplicating/Printing/Scanning                                              2.20

                                           Total Disbursements               2.20

                                           Fees & Disbursements        $30,121.70

**NON-BANKRUPTCY/REORGANIZATION**
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 13.30 | 560.00 | 7,448.00 |
| AJM | A.J. Moss | 16.50 | 520.00 | 8,580.00 |
| LJR | L.J. Raines | 30.50 | 450.00 | 13,725.00 |
| SS | S. Somoza | 0.20 | 130.00 | 26.00 |
| JACG | J.A.C. Gross | 0.30 | 260.00 | 78.00 |
| LH | L. Hamilton | 2.50 | 105.00 | 262.50 |
| | | 63.30 | | 30,119.50 |

October 21, 2011                                                        Invoice: 2186479
RE:        Fee Applications                                              Page 9
           (503842.00009)

## CURRENT DISBURSEMENTS

| | | |
|---|---|---:|
| 09/30/2011 | PACER | 3.04 |
| 09/30/2011 | Duplicating/Printing/Scanning | 36.70 |
| 09/30/2011 | Courier Service - Outside | 299.25 |
| | Total Disbursements | 338.99 |
| | Fees & Disbursements | $3,270.49 |

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| JDS | J.D. Shugrue | 2.40 | 560.00 | 1,344.00 |
| JCF | J.C. Falgowski | 0.20 | 410.00 | 82.00 |
| SS | S. Somoza | 0.30 | 130.00 | 39.00 |
| LH | L. Hamilton | 1.50 | 105.00 | 157.50 |
| LL | L. Lankford | 7.70 | 170.00 | 1,309.00 |
| | | 12.10 | | 2,931.50 |

## BANKRUPTCY/REORGANIZATION
## RE:   HR Investigation

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/20/11 | RC | File organization: created and prepared files | 0.60 |
| 09/22/11 | RC | File organization: created and prepared files | 0.70 |

TOTAL FEES:          $136.50

## CURRENT DISBURSEMENTS

| | | |
|--|--|--|
| 09/30/2011 Meal Expense | | 60.97 |
| | Total Disbursements | 60.97 |
| | Fees & Disbursements | $197.47 |

## BANKRUPTCY/REORGANIZATION
## Fee Summary: HR Investigation

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| RC | R. Chappell | 1.30 | 105.00 | 136.50 |
| | | 1.30 | | 136.50 |