IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| In re: | \* | Chapter 11 |
| | \* | |
| TRIBUNE COMPANY, <u>et al</u>, | \* | Case No. 08-13141 (KJC) |
| | \* | |
| Debtors. | \* | |
| | \* | Related to Docket Nos: 7975, 8107, 8890 |
| | \* | and 8910 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF WITHDRAWAL OF THE OBJECTIONS OF THE SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR TO THE CONFIRMATION OF THE SECOND AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OAKTREE CAPITAL MANAGEMENT, L.P., ANGELO, GORDON & CO., L.P., AND JPMORGAN CHASE BANK, N.A. (AS MODIFIED OCTOBER 19, 2011)**

**PLEASE TAKE NOTICE** that on April 26, 2011, the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., and JP Morgan Chase Bank, N.A. [Docket No. 8769] (the "Debtor/Committee/Lender Plan") was filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Secretary of the United States Department of Labor (the "DOL") has filed various objections to the Debtor/Committee/Lender Plan and earlier versions of such plan, which objections are identified as Docket Nos. 7975, 8107, 8890 and 8910 on the case docket of the Bankruptcy Court (collectively, the "DOL Plan Objections").

**PLEASE TAKE FURTHER NOTICE** that on October 19, 2011 the Bankruptcy Court authorized the Debtors to enter into a settlement between the Tribune Company and Its Subsidiaries, the DOL and certain other parties involving claims under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, et seq. ("ERISA")   [Docket No. 10019] (the "ERISA Settlement").

**PLEASE TAKE FURTHER NOTICE** that on October 19, 2011 the Debtor/Committee/Lender Plan was amended in furtherance of the ERISA Settlement [Docket N0. 10024] (the "Plan Amendment").

**PLEASE TAKE FURTHER NOTICE** that in furtherance of the ERISA Settlement and in consideration of the Plan Amendment, the DOL hereby withdraws the DOL Plan Objections.

| | |
|---|---|
| Dated: October 26, 2011 | M.PATRICIA SMITH<br>Solicitor of Labor |
| JOAN E. GESTRIN<br>Chicago Regional Solicitor | TIMOTHY D. HAUSER<br>Associate Solicitor of Labor |
| CHRISTINE Z. HERI<br>Senior Trial Attorney<br>United States Department of Labor<br>Office of the Solicitor<br>230 South Dearborn, Room 844<br>Chicago, Illinois 60604 | _/s/ Michael Schloss_____<br>MICHAEL SCHLOSS<br>Counsel for Financial Litigation<br>LEONARD H. GERSON<br>ELIZABETH S. GOLDBERG<br>Trial Attorneys<br>U.S. Department of Labor<br>P.O. Box 1914<br>Washington, D.C.  20013<br>Tel (202) 693-5600<br>Fax (202) 693-5610 |

I, Michael Schloss, hereby certify that I am over the age of 18 years, am employed by the U.S. Department of Labor and that on October 26, 2011, I caused the foregoing

**NOTICE OF WITHDRAWAL OF THE OBJECTIONS OF THE SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR TO THE CONFIRMATION OF THE SECOND AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OAKTREE CAPITAL MANAGEMENT, L.P., ANGELO, GORDON & CO., L.P., AND JPMORGAN CHASE BANK, N.A. (AS MODIFIED OCTOBER 19, 2011**)

to be served through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware:

                                                       /s/ Michael Schloss
                                                       Michael Schloss