# EXHIBIT A

**Tribune Co.** 
Time Log

Moelis & Company
**Summary of Hours Worked**
**September 1, 2011 - September 30, 2011**

| **Name** | **Position** | **Hours Worked** |
|---|---|---|
| Thane Carlston | Managing Director, Restructuring Group | 0.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 0.0 |
| Zul Jamal | Managing Director, Restructuring Group | 10.5 |
| Ashish Ajmera | Senior Vice President | 14.5 |
| Sandhya Sistla | Analyst | 22.5 |
| | **Total Moelis Team Hours** | **47.5** |

**Tribune Co.**
**MOELIS & COMPANY**
Time Log - September 2011

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | -- |
| Navid Mahmoodzadegan | Managing Director | -- |
| Zul Jamal | Managing Director | 10.5 |
| Ashish Ajmera | Senior Vice President | 14.5 |
| Sandhya Sistla | Analyst | 22.5 |
| **Total** | | **47.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 9/5/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 9/5/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 9/6/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 9/6/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 9/6/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 9/12/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 9/12/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 9/13/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 9/13/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 9/13/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 9/19/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 9/19/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 9/19/2011 | 1.5 | Monthly FA Call and follow-up analysis |
| Ashish Ajmera | 9/19/2011 | 1.5 | Monthly FA Call and follow-up analysis |
| Sandhya Sistla | 9/19/2011 | 1.5 | Monthly FA Call and follow-up analysis |
| Zul Jamal | 9/19/2011 | 1.0 | Post-petition interest analysis |
| Ashish Ajmera | 9/19/2011 | 1.0 | Post-petition interest analysis |
| Sandhya Sistla | 9/19/2011 | 1.0 | Post-petition interest analysis |
| Zul Jamal | 9/20/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 9/20/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 9/20/2011 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 9/22/2011 | 1.0 | UCC Meeting |
| Ashish Ajmera | 9/22/2011 | 1.0 | UCC Meeting |
| Sandhya Sistla | 9/22/2011 | 1.0 | UCC Meeting |
| Ashish Ajmera | 9/26/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 9/26/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 9/27/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 9/27/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 9/27/2011 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 9/30/2011 | 3.0 | Review of revised MIP order |
| Ashish Ajmera | 9/30/2011 | 3.0 | Review of revised MIP order |
| Sandhya Sistla | 9/30/2011 | 3.0 | Review of revised MIP order |
| | **Total** | **47.5** | |