IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al., | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Related Docket No.: 9872** |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION REGARDING THE THIRD MONTHLY**
**FEE APPLICATION OF CAMPBELL & LEVINE, LLC FOR COMPENSATION**
**OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS**
**SPECIAL LITIGATION COUNSEL FOR THE PERIOD**
**JUNE 1, 2011 THROUGH AUGUST 31, 2011**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Committee Members (the "Administrative Order") [Docket No. 215], Campbell & Levine, LLC ("Campbell & Levine"), submitted on October 3, 2011, a monthly application (the "Application") [Docket No. 9872] for services rendered and reimbursement of expenses incurred for the period of June 1, 2011 through August 31, 2011 as Special Litigation Counsel to the Debtors and Debtors in Possession in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before October 24, 2011 at 4:00 P.M. As of this date no objections to the Application have been received by the undersigned. Moreover, the undersigned further certifies that he has reviewed the Court's docket in this case and that no objections to the Application were

{D0213553.1 }

filed. In accordance with the Administrative Order, upon the filing of this Certificate of No Objection, the Debtors are authorized to pay Campbell & Levine eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application.

Dated: October 26, 2011

CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Mark T. Hurford (I.D. #3299)
800 N. King Street, Suite 300
Wilmington, DE  19899
Telephone:  (302) 426-1900
Facsimile:  (302) 426-9947
mhurford@camlev.com

*Special Litigation Counsel to the Debtors
and Debtors in Possession*
