# EXHIBIT A

| Transaction Date | Client Name | Employee Name | Actual Hours Logged | Fees Logged | Description |
|---|---|---|---|---|---|
| 9/21/2011 | Tribune Company | Zilka, Jeffrey R. | 1 | 700 | Provide counsel re: prep for ruling re: plan of reorganization. |
| 9/23/2011 | Tribune Company | Jeffrey, Terry A | 2.5 | 512.5 | Media Audit on last three months of Tribune Co. Bankruptcy, per J. Zilka. |
| 9/25/2011 | Tribune Company | Zilka, Jeffrey R. | 1 | 700 | Review filings and media coverage re: competing plans for reorg. Begin drafting media statements. |
| 9/26/2011 | Tribune Company | Zilka, Jeffrey R. | 3 | 2,100.00 | Draft for review alternative press releases for court ruling on confirmation of restructuring plan. |
| 9/26/2011 | Tribune Company | Jeffrey, Terry A | 2.8 | 563.75 | Research into examples of press releases announcing bankruptcy court approvals of restructuring plans per J. Zilka, 1.5 hrs. Additional media audit around late April news of creditor lawsuits per J. Zilka, 1.3 hrs. |
| 9/27/2011 | Tribune Company | Zilka, Jeffrey R. | 2 | 1,400.00 | Draft for review alternative press releases for court ruling on confirmation of restructuring plan. |
| 9/27/2011 | Tribune Company | Jeffrey, Terry A | 0.2 | 51.25 | Search for new Tribune stories. |
| | | **TOTAL** | 12.5 | $ 6,027.50 | |