**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket Nos. 7918, 8114, and 8882** |

**FOURTH SUPPLEMENTAL DECLARATION OF STEPHENIE KJONTVEDT ON BEHALF OF EPIQ BANKRUPTCY SOLUTIONS, LLC REGARDING VOTING AND TABULATION OF BALLOTS ACCEPTING AND REJECTING THE JOINT PLANS OF REORGANIZATION PROPOSED FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES**

Stephenie Kjontvedt, being duly sworn, declares, under penalty of perjury:

1.    I am a Vice President, Senior Consultant of Epiq Bankruptcy Solutions, LLC ("Epiq"), located at 757 Third Avenue, 3rd Floor, New York, New York 10017. I am authorized to submit this Declaration on behalf of Epiq. I am over the age of 18 years and not a party to the within action.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.    I submit this Fourth Supplemental Declaration with respect to the *Second Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.* (as Modified April 26, 2011) (the "<u>Debtor/Committee/Lender Plan</u>") [D.I. 8769].[2] Except as otherwise indicated, all facts set forth herein are based upon my personal knowledge or my review of relevant documents.  If I were called upon to testify, I could and would testify competently as to the facts set forth herein.

3.    This Fourth Supplemental Declaration is filed to report the modifications to the election results as a result of certain relief granted in the Order Approving (I) Form, Scope and Procedures to (A) Provide Holders of Senior Loan Claims and Senior Guaranty Claims With Opportunity to Change Votes On Debtor/Committee/Lender Plan; (B) Allow Holders of Senior Noteholder and Other Parent Claims to Make New Treatment Elections; (C) Allow Holders of Claims That Previously Granted Certain Releases to Make Elections Concerning Such Releases as Modified; and (D) Allow Holders of Claims Against Tribune Company to Opt Out of Transfer of Disclaimed State Law Avoidance Claims to Creditors' Trust Under Debtor/Committee/Lender Plan; and (II) Supplement to Disclosure Statement and Explanatory Statement and Distribution of Same entered on May 17, 2011 (the "<u>Changed Votes/Elections Order</u>") [D.I. 8926].  In particular, the Changed Votes/Elections Order established June 30, 2011 (the "<u>Supplemental Election Deadline</u>") as the deadline by which:

a.    Holders of Senior Noteholder Claims and Other Parent Claims could elect to receive their distributions under the Debtor/Committee/Lender Plan in a different form of consideration;

---

[2]    Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Plan, the Solicitation Order, or the Changed Votes/Elections Order.

b.    Holders of Claims that previously elected to grant (or were deemed to grant) the releases in <u>Section 11.2.2</u> of the Debtor/Committee/Lender Plan could elect to opt out of changes to the scope of the releases; and

c.    Holders of Claims against Tribune Company could reconsider their prior decision not to opt out of the deemed transfer of Disclaimed State Law Avoidance Claims to the Creditors' Trust established under the Debtor/Committee/Lender Plan in light of revisions to the definition of Disclaimed State Law Avoidance Claims affected by the Plan Modifications.

4.    This Fourth Supplemental Declaration Reflects the tabulation of supplemental elections received by the Supplemental Election Deadline and supersedes the elections under the Debtor/Committee/Lender Plan as previously reported in (a) the *Supplemental Declaration of Stephenie Kjontvedt on Behalf of Epiq Bankruptcy Solutions, LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Joint Plans of Reorganization Proposed for Tribune Company and Its Subsidiaries*, dated February 23, 2011 [Docket No. 8114], and (b) the *Second Supplemental Declaration of Stephenie Kjontvedt Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Joint Plans of Reorganization Proposed for Tribune Company and Its Subsidiaries*, dated May 11, 2011 [D.I. 8882], and (c) the *Third Supplemental Declaration of Stephenie Kjontvedt on Behalf of Epiq Solutions, LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Joint Plans of Reorganization Proposed for Tribune Company and its* Subsidiaries dated June 16, 2011 [D.I. 9255].  This Fourth Supplemental Declaration is applicable to the Debtor/Committee/Lender Plan only.

5.    I hereby declare that the results of the elections for the Debtor/Committee/Lender Plan are as set forth on the following exhibits attached hereto:

a.    <u>Exhibit A</u> is a summary report of the elections made by Holders in each of the Plan Classes entitled to make such elections under the Debtor/Committee/Lender Plan;

    b.  <u>Exhibit B-1</u> is a detailed report of all Holders that returned Ballots or Election Forms, other than Holders of Class 1E Senior Noteholder Claims or Class 1J PHONES Notes Claims, that affirmatively made one or more elections or were deemed to make an election under the Debtor/Committee/Lender Plan.

    c.  <u>Exhibit B-2</u> is a detailed report of the Release Elections, the Release of Bridge Loan Agent and Bridge Lenders Elections, and the Release of State Law Avoidance Claims Elections for the Debtor/ Committee/Lender Plan made by Holders of the Class 1E Senior Noteholder Claims and Class 1J PHONES Notes Claims; and

    d.  <u>Exhibit B-3</u> is a detailed report of the Senior Noteholder Alternative Treatment Elections and State Law Avoidance Claims Elections for the Debtor/Committee/Lender Plan made by Holders of Class 1E Senior Noteholder Claims[3] and the State Law Avoidance Claims Elections made by Holders of Class 1J PHONES Notes Claims.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  New York, New York
        October 27, 2011

                              Stephenie Kjontvedt
                              Vice President, Senior Consultant
                              Epiq Bankruptcy Solutions, LLC

---

[3]   Exhibit B-3 reflects all valid elections. Each Holder was required to tender its bonds to The Depository Trust Company ("DTC") in order to make a valid election. However, because the bonds for CUSIP 89604KAN8 were issued in denominations of $100,000.00, DTC allowed only those holders with positions equal to or greater than $100,000.00 to tender their bonds. As a result, elections made by 16 holders of Senior Noteholder Claims, each of whom held a position of less than $100,000.00 in the aforementioned CUSIP at the Record Date, were not counted.

**<u>Exhibit A</u>**

**Exhibit A**

**TRIBUNE COMPANY, et al.**
**Debtor/Committee/Lender Plan**

**Election Summary Report**

| Plan Class | Plan Class Description | Number of Holders in Class | Number of Parties Opting for Convenience Treatment | Number of Parties Accepting the Plan But Not Granting Releases | Number of Parties Rejecting the Plan But Granting Releases | Number of Parties Electing Not to Include Bridge Loan Agent and Bridge Lenders in Releases Granted | Number of Parties Electing Not to Include Disclaimed SLA Released Stockholder Parties in Releases Granted | Number of Parties Electing 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Number of Parties Electing 3.2.6(d)(i) Treatment | Number of Parties Electing 3.2.6(d)(ii) Treatment | Number of Parties Opting for 3.2.6(d)(iii) Treatment | Number of Parties Electing Not to Transfer SLA Claims to Creditors' Trust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1C & SOC 111C | Senior Loan Claims Against Tribune Company and Senior Guaranty Claims (excludes SWAP Claims) | 455 | N/A | 54 | 0 | 6 | 0 | N/A | N/A | N/A | N/A | 3 |
| 1D | Bridge Loan Claims Against Tribune Company | 31 | N/A | 0 | 0 | N/A | N/A | N/A | N/A | N/A | N/A | 0 |
| 1E | Senior Noteholder Claims Against Tribune Company | 3900[1] | N/A | 25 | 24 | 32 | 30 | 115 | N/A | N/A | N/A | 221 |
| 1F | Other Parent Claims Against Tribune Company | 843 | 4 | 15 | 0 | 163 | 163 | N/A | 123 | 4 | 4 | 186 |
| 1G | Convenience Claims Against Tribune Company | 1200 | N/A | 25 | 0 | 3 | 3 | N/A | N/A | N/A | N/A | N/A |
| 1I | EGI-TRB LLC Notes Claims Against Tribune Company | 28 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | 16 |
| 1J | PHONES Notes Claims Against Tribune Company | 167[1] | N/A | 0 | 10 | 0 | 0 | N/A | N/A | N/A | N/A | 29 |
| 2E | General Unsecured Claims Against 435 Production Company | 4 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |

[1] Securities counts are approximate with respect to the number of holders in the Class.



**Election Summary Report**

| Plan Class | Plan Class Description | Number of Holders in Class | Number of Parties Opting for Convenience Treatment | Number of Parties Accepting the Plan But Not Granting Releases | Number of Parties Rejecting the Plan But Granting Releases | Number of Parties Electing Not to Include Bridge Loan Agent and Bridge Lenders in Releases Granted | Number of Parties Electing Not to Include Disclaimed SLA Released Stockholder Parties in Releases Granted | Number of Parties Electing 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Number of Parties Electing 3.2.6(c)(i) Treatment | Number of Parties Electing 3.2.6(c)(ii) Treatment | Number of Parties Opting for 3.2.6(c)(iii) Treatment | Number of Parties Electing Not to Transfer SLA Claims to Creditors' Trust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3E | General Unsecured Claims Against Baltimore Newspaper Networks, Inc. | 10 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 4E | General Unsecured Claims Against Candle Holdings Corporation | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 5E | General Unsecured Claims Against Channel 20, Inc. | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 6E | General Unsecured Claims Against Chicago Avenue Construction Company | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 7E | General Unsecured Claims Against Chicago River Production Company | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 8E | General Unsecured Claims Against Chicago Tribune Newspapers, Inc. | 8 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 9E | General Unsecured Claims Against Chicago Tribune Press Service, Inc. | 10 | N/A | 1 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 10E | General Unsecured Claims Against ChicagoLand Microwave Licensee, Inc. | 3 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 11E | General Unsecured Claims Against Direct Mail Associates, Inc. | 17 | N/A | 1 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |



**Election Summary Report**

| Plan Class | Plan Class Description | Number of Holders in Class | Number of Parties Opting for Convenience Treatment | Number of Parties Accepting the Plan But Not Granting Releases | Number of Parties Rejecting the Plan But Granting Releases | Number of Parties Electing Not to Include Bridge Loan Agent and Bridge Lenders in Releases Granted | Number of Parties Electing Not to Include Disclaimed SLA Claims Against Released Stockholder Parties in Releases Granted | Number of Parties Electing 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Number of Parties Electing 3.2.6(c)(i) Treatment | Number of Parties Electing 3.2.6(c)(ii) Treatment | Number of Parties Opting for 3.2.6(c)(iii) Treatment | Number of Parties Electing Not to Transfer SLA Claims to Creditors' Trust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12E | General Unsecured Claims Against ForSaleByOwner.com Referral Services, LLC | 1 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 13E | General Unsecured Claims Against For lfy Holdings Corporation | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 14E | General Unsecured Claims Against GreenCo, Inc. | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 15E | General Unsecured Claims Against Heart & Crown Advertising, Inc. | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 16E | General Unsecured Claims Against Hoy, LLC | 14 | N/A | 1 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 17E | General Unsecured Claims Against InsertCo, Inc. | 27 | N/A | 3 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 18E | General Unsecured Claims Against JuliusAir Company II, LLC | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 19E | General Unsecured Claims Against JuliusAir Company, LLC | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 20E | General Unsecured Claims Against Los Angeles Times International, Ltd. | 3 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |



**Election Summary Report**

| Plan Class | Plan Class Description | Number of Holders in Class | Number of Parties Opting for Convenience Treatment | Number of Parties Accepting the Plan But Not Granting Releases | Number of Parties Rejecting the Plan But Granting Releases | Number of Parties Electing Not to Include Bridge Loan Agent and Bridge Lenders in Releases Granted | Number of Parties Electing Not to Include Disclaimed SLA Claims Against Released Stockholder Parties in Releases Granted | Number of Parties Electing 3.2.5(c)(I) Senior Noteholder Alternative Treatment | Number of Parties Electing 3.2.6(c)(I) Treatment | Number of Parties Electing 3.2.6(c)(II) Treatment | Number of Parties Opting for 3.2.6(c)(III) Treatment | Number of Parties Electing Not to Transfer SLA Claims to Creditors' Trust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21E | General Unsecured Claims Against Los Angeles Times Newspapers, Inc. | 14 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 22E | General Unsecured Claims Against Magic T Music Publishing Company | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 23E | General Unsecured Claims Against NBBF, LLC | 1 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 24E | General Unsecured Claims Against Neocomm, Inc. | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 25E | General Unsecured Claims Against Newscom Services, Inc. | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 26E | General Unsecured Claims Against Newspaper Readers Agency, Inc. | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 27E | General Unsecured Claims Against North Michigan Production Company | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 28E | General Unsecured Claims Against North Orange Avenue Properties, Inc. | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 29E | General Unsecured Claims Against Oak Brook Productions, Inc. | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |



**Election Summary Report**

| Plan Class | Plan Class Description | Number of Holders in Class | Number of Parties Opting for Convenience Treatment | Number of Parties Accepting the Plan But Not Granting Releases | Number of Parties Rejecting the Plan But Granting Releases | Number of Parties Electing Not to Include Agent and Bridge Loan Lenders in Releases Granted | Number of Parties Electing Not to Include Disclaimed SLA Claims Against Released Stockholder Parties in Releases Granted | Number of Parties Electing 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Number of Parties Electing 3.2.6(c)(i) Treatment | Number of Parties Electing 3.2.6(d)(i) Treatment | Number of Parties Opting for 3.2.6(e)(ii) Treatment | Number of Parties Electing Not to Transfer SLA Claims to Creditors Trust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30E | General Unsecured Claims Against Publishers Forest Products Co. of Washington | 1 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 31E | General Unsecured Claims Against Seninel Communications News Ventures, Inc. | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 32E | General Unsecured Claims Against Shepard's Inc. | 4 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 33E | General Unsecured Claims Against Signs of Distinction, Inc. | 1 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 34E | General Unsecured Claims Against The Other Company LLC | 1 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 35E | General Unsecured Claims Against Times Mirror Land and Timber Company | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 36E | General Unsecured Claims Against Times Mirror Payroll Processing Company, Inc. | 6 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 37E | General Unsecured Claims Against Times Mirror Services Company, Inc. | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 38E | General Unsecured Claims Against Towering T Music Publishing Company | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |



**Election Summary Report**

| Plan Class | Plan Class Description | Number of Holders In Class | Number of Parties Opting for Convenience Treatment | Number of Parties Accepting the Plan But Not Granting Releases | Number of Parties Rejecting the Plan But Granting Releases | Number of Parties Electing Not to Include Bridge Loan Agent and Bridge Lenders in Releases Granted | Number of Parties Electing Not to Include Disclaimed SLA Claims Against Released Stockholder Parties in Releases Granted | Number of Parties Electing 3.2.5(e)(I) Senior Noteholder Alternative Treatment | Number of Parties Electing 3.2.6(c)(I) Treatment | Number of Parties Electing 3.2.6(c)(II) Treatment | Number of Parties Oping for 3.2.6(c)(III) Treatment | Number of Parties Electing Not to Transfer SLA Claims to Creditors' Trust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 39E | General Unsecured Claims Against Tribune Broadcasting News Network, Inc. n/k/a Tribune Washington Bureau, Inc. | 38 | N/A | 1 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 40E | General Unsecured Claims Against Tribune Entertainment Produc ion Company | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 41E | General Unsecured Claims Against Tribune Finance Service Center, Inc. | 271 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 42E | General Unsecured Claims Against Tribune License, Inc. | 3 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 43E | General Unsecured Claims Against Tribune Network Holdings Company | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 44E | General Unsecured Claims Against Tribune Publishing Company | 46 | N/A | 1 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 45E | General Unsecured Claims Against ValuMail, Inc. | 18 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 46E | General Unsecured Claims Against Virginia Community Shoppers, LLC | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 47E | General Unsecured Claims Against WATL, LLC | 3 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |



Election Summary Report

| Plan Class | Plan Class Description | Number of Holders in Class | Number of Parties Opting for Convenience Treatment | Number of Parties Accepting the Plan But Not Granting Releases | Number of Parties Rejecting the Plan But Granting Releases | Number of Parties Electing Not to Include Agent and Bridge Lenders in Releases Granted | Number of Parties Electing Not to Include Disclaimed SLA Claims Against Released Stockholder Parties in Releases Granted | Number of Parties Electing 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Number of Parties Electing 3.2.6(c)(i) Treatment | Number of Parties Electing 3.2.6(c)(ii) Treatment | Number of Parties Opting for 3.2.6(c)(iii) Treatment | Number of Parties Electing Not to Transfer SLA Claims to Creditors' Trust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48E | General Unsecured Claims Against WCWN LLC | 3 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 49E | General Unsecured Claims Against WLVI Inc. | 10 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 50C-111C | Senior Guaranty Claims Against Guarantor Debtors (SWAP Claims only) | 6 | N/A | 6 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 50E | General Unsecured Claims Against 5800 Sunset Productions Inc. | 11 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 51E | General Unsecured Claims Against California Community News Corporation | 87 | N/A | 2 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 52E | General Unsecured Claims Against Channel 39, Inc. | 46 | N/A | 2 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 53E | General Unsecured Claims Against Channel 40, Inc. | 79 | N/A | 2 | 0 | 1 | 0 | N/A | N/A | N/A | N/A | N/A |
| 54E | General Unsecured Claims Against Chicago Tribune Company | 4476 | N/A | 12 | 3 | 2 | 2 | N/A | N/A | N/A | N/A | N/A |
| 55E | General Unsecured Claims Against Chicagoland Publishing Company | 112 | N/A | 0 | 0 | 1 | 1 | N/A | N/A | N/A | N/A | N/A |



Election Summary Report

| Plan Class | Plan Class Description | Number of Holders in Class | Number of Parties Opting for Convenience Treatment | Number of Parties Accepting the Plan But Not Granting Releases | Number of Parties Rejecting the Plan But Granting Releases | Number of Parties Electing Not to Include Bridge Loan Agent and Bridge Lenders in Releases Granted | Number of Parties Electing Not to Include Disclaimed SLA Claims Against Released Stockholder Parties in Releases Granted | Number of Parties Electing 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Number of Parties Electing 3.2.6(c)(i) Treatment | Number of Parties Electing 3.2.6(c)(ii) Treatment | Number of Parties Opting for 3.2.6(c)(iii) Treatment | Number of Parties Electing Not to Transfer SLA Claims to Creditors' Trust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 56E | General Unsecured Claims Against Chicagoland Television News, Inc. | 54 | N/A | 3 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 5/E | General Unsecured Claims Against Courant Specialty Products, Inc. | 3 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 58E | General Unsecured Claims Against Distribution Systems of America, Inc. | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 59E | General Unsecured Claims Against Eagle New Media Investments, LLC | 56 | N/A | 1 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 60E | General Unsecured Claims Against Eagle Publishing Investments, LLC | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 61E | General Unsecured Claims Against forsalebyowner.com corp. | 77 | N/A | 3 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 62E | General Unsecured Claims Against Forum Publishing Group, Inc. | 89 | N/A | 3 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 63E | General Unsecured Claims Against Gold Coast Publications, Inc. | 83 | N/A | 5 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 64E | General Unsecured Claims Against Homeowners Realty, Inc. | 3 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |



**Election Summary Report**

| Plan Class | Plan Class Description | Number of Holders in Class | Number of Parties Opting for Convenience Treatment | Number of Parties Accepting the Plan But Not Granting Releases | Number of Parties Rejecting the Plan But Granting Releases | Number of Parties Electing Not to Include Agent and Bridge Loan Lenders in Releases Granted | Number of Parties Electing Not to Include Disclaimed SLA Claims Against Stockholder Released Parties in Releases Granted | Number of Parties Electing 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Number of Parties Electing 3.2.6(c)(i) Treatment | Number of Parties Electing 3.2.6(c)(ii) Treatment | Number of Parties Opting for 3.2.6(c)(iii) Treatment | Number of Parties Electing Not to Transfer SLA Claims to Creditors' Trust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 65E | General Unsecured Claims Against Homestead Publishing Co. | 178 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 66E | General Unsecured Claims Against Hoy Publications, LLC | 81 | N/A | 1 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 67E | General Unsecured Claims Against Internet Foreclosure Service, Inc. | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 68E | General Unsecured Claims Against KIAH Inc. | 78 | N/A | 1 | 0 | 1 | 0 | N/A | N/A | N/A | N/A | N/A |
| 69E | General Unsecured Claims Against KPLR, Inc. | 41 | N/A | 2 | 0 | 1 | 0 | N/A | N/A | N/A | N/A | N/A |
| 70E | General Unsecured Claims Against KSWB Inc. | 141 | N/A | 5 | 0 | 1 | 0 | N/A | N/A | N/A | N/A | N/A |
| 71E | General Unsecured Claims Against KTLA Inc. | 188 | N/A | 6 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 72E | General Unsecured Claims Against KWGN Inc. | 26 | N/A | 1 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 73E | General Unsecured Claims Against Los Angeles Times Communications LLC | 4722 | N/A | 20 | 0 | 8 | 8 | N/A | N/A | N/A | N/A | N/A |



**Election Summary Report**

| Plan Class | Plan Class Description | Number of Holders in Class | Number of Parties Opting for Convenience Treatment | Number of Parties Accepting the Plan But Not Granting Releases | Number of Parties Rejecting the Plan But Granting Releases | Number of Parties Electing Not to Include Agent and Bridge Lenders in Releases Granted | Number of Parties Electing Not to Include Disclaimed SLA Claims Against Stockholder Parties in Releases Granted | Number of Parties Electing 3.2.5(e)(i) Senior Noteholder Alternative Treatment | Number of Parties Electing 3.2.6(c)(i) Treatment | Number of Parties Electing 3.2.6(c)(ii) Treatment | Number of Parties Opting for 3.2.6(c)(iii) Treatment | Number of Parties Electing Not to Transfer SLA Claims to Creditors' Trust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74E | General Unsecured Claims Against New Mass. Media, Inc. | 90 | N/A | 2 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 75E | General Unsecured Claims Against Orlando Sentinel Communications Company | 5758 | N/A | 12 | 1 | 1 | 0 | N/A | N/A | N/A | N/A | N/A |
| 76E | General Unsecured Claims Against Patuxent Publishing Company | 287 | N/A | 2 | 0 | 1 | 1 | N/A | N/A | N/A | N/A | N/A |
| 77E | General Unsecured Claims Against Southern Connecticut Newspapers, Inc. | 423 | N/A | 1 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 78E | General Unsecured Claims Against Star Community Publishing Group, LLC | 221 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 79E | General Unsecured Claims Against Stemweb, Inc. | 1 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 80E | General Unsecured Claims Against Sun-Sentinel Company | 2188 | N/A | 7 | 1 | 1 | 1 | N/A | N/A | N/A | N/A | N/A |
| 81E | General Unsecured Claims Against The Baltimore Sun Company | 3857 | N/A | 13 | 1 | 6 | 5 | N/A | N/A | N/A | N/A | N/A |
| 82E | General Unsecured Claims Against The Daily Press, Inc. | 1816 | N/A | 7 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |



**Election Summary Report**

| Plan Class | Plan Class Description | Number of Holders in Class | Number of Parties Opting for Convenience Treatment | Number of Parties Accepting the Plan But Not Granting Releases | Number of Parties Rejecting the Plan But Granting Releases | Number of Parties Electing Not to Include Bridge Loan Agent and Bridge Lenders in Releases Granted | Number of Parties Electing Not to Include Disclaimed SLA Claims Against Released Stockholder Parties in Releases Granted | Number of Parties Electing 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Number of Parties Electing 3.2.6(c)(i) Treatment | Number of Parties Electing 3.2.6(c)(ii) Treatment | Number of Parties Opting for 3.2.6(c)(iii) Treatment | Number of Parties Electing Not to Transfer SLA Claims to Creditors' Trust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 83E | General Unsecured Claims Against The Hartford Courant Company | 2011 | N/A | 9 | 1 | 2 | 1 | N/A | N/A | N/A | N/A | N/A |
| 84E | General Unsecured Claims Against The Morning Call, Inc. | 1051 | N/A | 9 | 0 | 1 | 1 | N/A | N/A | N/A | N/A | N/A |
| 85E | General Unsecured Claims Against TMLH 2, Inc. | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 86E | General Unsecured Claims Against TMLS I, Inc. | 1 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 87E | General Unsecured Claims Against TMS Entertainment Guides, Inc. | 3 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 88E | General Unsecured Claims Against Tower Distribution Company | 17 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 89E | General Unsecured Claims Against Tribune Broadcast Holdings, Inc. | 54 | N/A | 0 | 0 | 2 | 1 | N/A | N/A | N/A | N/A | N/A |
| 90E | General Unsecured Claims Against Tribune Broadcasting Company | 54 | N/A | 4 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 91E | General Unsecured Claims Against Tribune Broadcasting Holdco, LLC | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |



**Election Summary Report**

| Plan Class | Plan Class Description | Number of Holders in Class | Number of Parties Opting for Convenience Treatment | Number of Parties Accepting the Plan But Not Granting Releases | Number of Parties Rejecting the Plan But Not Granting Releases | Number of Parties Electing Not to Include Bridge Loan Agent and Bridge Lenders in Releases Granted | Number of Parties Electing Not to Include Disclaimed SLA Claims Against Released Stockholder Parties in Releases Granted | Number of Parties Electing 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Number of Parties Electing 3.2.6(c)(i) Treatment | Number of Parties Electing 3.2.6(c)(ii) Treatment | Number of Parties Opting for 3.2.6(c)(iii) Treatment | Number of Parties Electing Not to Transfer SLA Claims to Creditors Trust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 92E | General Unsecured Claims Against Tribune California Properties, Inc. | 3 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 93E | General Unsecured Claims Against Tribune CNLBC, LLC | 123 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 94E | General Unsecured Claims Against Tribune Direct Marketing, Inc. | 136 | N/A | 1 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 95E | General Unsecured Claims Against Tribune Entertainment Company | 25 | N/A | 0 | 0 | 1 | 0 | N/A | N/A | N/A | N/A | N/A |
| 96E | General Unsecured Claims Against Tribune Finance, LLC | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 97E | General Unsecured Claims Against Tribune Los Angeles, Inc. | 4 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 98E | General Unsecured Claims Against Tribune Manhattan Newspaper Holdings, Inc. | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 99E | General Unsecured Claims Against Tribune Media Net, Inc. | 89 | N/A | 0 | 0 | 1 | 1 | N/A | N/A | N/A | N/A | N/A |
| 100E | General Unsecured Claims Against Tribune Media Services, Inc. | 765 | N/A | 3 | 1 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |



Election Summary Report

| Plan Class | Plan Class Description | Number of Holders in Class | Number of Parties Opting for Convenience Treatment | Number of Parties Accepting the Plan But Not Granting Releases | Number of Parties Rejecting the Plan But Granting Releases | Number of Parties Electing Not to Include Bridge Loan Agent and Bridge Lenders in Releases Granted | Number of Parties Electing Not to Include Disclaimed SLA Claims Against Stockholder Released Parties in Releases Granted | Number of Parties Electing 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Number of Parties Electing 3.2.6(c)(i) Treatment | Number of Parties Electing 3.2.6(c)(ii) Treatment | Number of Parties Opting for 3.2.6(c)(iii) Treatment | Number of Parties Electing Not to Transfer SLA Claims to Creditors' Trust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101E | General Unsecured Claims Against Tribune New York Newspaper Holdings, LLC | 30 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 102E | General Unsecured Claims Against Tribune NM, Inc. | 2 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 103E | General Unsecured Claims Against Tribune Television Company | 340 | N/A | 11 | 0 | 1 | 0 | N/A | N/A | N/A | N/A | N/A |
| 104E | General Unsecured Claims Against Tribune Television Holdings, Inc. | 59 | N/A | 1 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 105E | General Unsecured Claims Against Tribune Television New Orleans, Inc. | 103 | N/A | 2 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 106E | General Unsecured Claims Against Tribune Television Nor hwest, Inc. | 97 | N/A | 4 | 0 | 1 | 0 | N/A | N/A | N/A | N/A | N/A |
| 107E | General Unsecured Claims Against Virginia Gazette Companies, LLC | 189 | N/A | 3 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |
| 108E | General Unsecured Claims Against WDCW Broadcasting, Inc. | 76 | N/A | 3 | 0 | 1 | 0 | N/A | N/A | N/A | N/A | N/A |
| 109E | General Unsecured Claims Against WGN Continental Broadcasting Company | 217 | N/A | 5 | 0 | 1 | 0 | N/A | N/A | N/A | N/A | N/A |



**Election Summary Report**

| Plan Class | Plan Class Description | Number of Holders in Class | Number of Parties Opting for Convenience Treatment | Number of Parties Accepting the Plan But Not Granting Releases | Number of Parties Rejecting the Plan But Granting Releases | Number of Parties Electing Not to Include Bridge Loan Agent and Bridge Lenders in Releases Granted | Number of Parties Electing Not to Include Disclaimed SLA Claims Against Released Stockholder Parties in Releases Granted | Number of Parties Electing 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Number of Parties Electing 3.2.6(c)(i) Treatment | Number of Parties Electing 3.2.6(c)(ii) Treatment | Number of Parties Opting for 3.2.6(c)(iii) Treatment | Number of Parties Electing Not to Transfer SLA Claims to Creditors' Trust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 110E | General Unsecured Claims Against WPIX, Inc. | 122 | N/A | 4 | 0 | 2 | 1 | N/A | N/A | N/A | N/A | N/A |
| 111E | General Unsecured Claims Against WTXX Inc. | 3 | N/A | 0 | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A |

