**Exhibit B-2**

Exhibit B-2

**TRIBUNE COMPANY, et al.**
Debtor/Committee/Lender Plan

Release Election Report
Class 1E - Senior Noteholder Claims

| CUSIP | DTC Participant Number | Nominee | Principal Amount | Accepts the Plan But Does Not Grant Releases | Rejects the Plan and Grants Releases | Elected Not to Include Bridge Loan Agent and Bridge Lenders in Releases Granted | Elected Not to Include Disclaimed SLA Claims Against Released Stockholder Parties in Releases Granted |
|---|---|---|---|---|---|---|---|
| 887364AA5 | 0901 | BANK OF NY MELLON | $1,500,000.00 | --- | --- | X | X |
| 887364AB3 | 0901 | BANK OF NY MELLON | $1,650,000.00 | --- | --- | X | X |
| 887364AF4 | 0901 | BANK OF NY MELLON | $2,000,000.00 | --- | X | --- | --- |
| 887364AF4 | 0901 | BANK OF NY MELLON | $2,000,000.00 | --- | --- | X | X |
| 896047AF4 | 0901 | BANK OF NY MELLON | $500,000.00 | --- | X | --- | --- |
| 887364AA5 | 0164 | CHARLES SCHWAB & CO | $20,000.00 | --- | X | --- | --- |
| 896047AE7 | 0164 | CHARLES SCHWAB & CO | $159,000.00 | --- | X | --- | --- |
| 896047AE7 | 0164 | CHARLES SCHWAB & CO | $20,000.00 | --- | X | --- | --- |
| 896047AE7 | 0164 | CHARLES SCHWAB & CO | $100,000.00 | --- | X | --- | --- |
| 896047AF4 | 0164 | CHARLES SCHWAB & CO | $25,000.00 | X | --- | N/A | N/A |
| 89604KAN8 | 0164 | CHARLES SCHWAB & CO | $25,000.00 | --- | X | --- | --- |
| 89604KAN8 | 0164 | CHARLES SCHWAB & CO | $35,000.00 | --- | X | --- | --- |
| 89604KAN8 | 0164 | CHARLES SCHWAB & CO | $25,000.00 | X | --- | N/A | N/A |



Release Election Report
**Class 1E - Senior Noteholder Claims**

| CUSIP | DTC Participant Number | Nominee | Principal Amount | Accepts the Plan But Does Not Grant Releases | Rejects the Plan and Grants Releases | Elected Not to Include Bridge Loan Agent and Bridge Lenders in Releases Granted | Elected Not to Include Disclaimed SLA Claims Against Released Stockholder Parties in Releases Granted |
|---|---|---|---|---|---|---|---|
| 89605HBY9 | 0164 | CHARLES SCHWAB & CO | $25,000.00 | X | --- | N/A | N/A |
| 89605HBY9 | 0164 | CHARLES SCHWAB & CO | $50,000.00 | X | --- | N/A | N/A |
| 89605HBY9 | 0164 | CHARLES SCHWAB & CO | $25,000.00 | X | --- | N/A | N/A |
| 887364AA5 | 0164 | CHARLES SCHWAB & CO (BROADRIDGE) | $50,000.00 | --- | --- | X | X |
| 887364AA5 | 0164 | CHARLES SCHWAB & CO (BROADRIDGE) | $25,000.00 | --- | X | --- | --- |
| 896047AE7 | 0164 | CHARLES SCHWAB & CO (BROADRIDGE) | $11,000.00 | --- | X | --- | --- |
| 896047AE7 | 0164 | CHARLES SCHWAB & CO (BROADRIDGE) | $15,000.00 | X | --- | N/A | N/A |
| 896047AE7 | 0164 | CHARLES SCHWAB & CO (BROADRIDGE) | $10,000.00 | X | --- | N/A | N/A |
| 896047AE7 | 0164 | CHARLES SCHWAB & CO (BROADRIDGE) | $10,000.00 | X | --- | N/A | N/A |
| 896044KAN8 | 0164 | CHARLES SCHWAB & CO (BROADRIDGE) | $19,000.00 | --- | --- | X | X |
| 896044KAN8 | 2032 | CITIBANK (BROADRIDGE) | $110,000.00 | --- | --- | X | X |
| 887364AF4 | 0385 | E*TRADE CLEARING (BROADRIDGE) | $20,000.00 | --- | X | --- | --- |
| 896047AE7 | 0385 | E*TRADE CLEARING (BROADRIDGE) | $2,070,000.00 | --- | X | --- | --- |
| 896047AE7 | 0385 | E*TRADE CLEARING (BROADRIDGE) | $37,000.00 | X | --- | N/A | N/A |
| 896047AE7 | 0141 | FIRST CLEARING (BROADRIDGE) | $40,000.00 | X | --- | N/A | N/A |
| 896047AF4 | 0141 | FIRST CLEARING (BROADRIDGE) | $20,000.00 | X | --- | N/A | N/A |



Release Election Report
**Class 1E - Senior Noteholder Claims**

| CUSIP | DTC Participant Number | Nominee | Principal Amount | Accepts the Plan But Does Not Grant Releases | Rejects the Plan and Grants Releases | Elected Not to Include Bridge Loan Agent and Bridge Lenders in Releases Granted | Elected Not to Include Disclaimed SLA Claims Against Released Stockholder Parties in Releases Granted |
|---|---|---|---|---|---|---|---|
| 887360AT2 | 0005 | GS & CO (BROADRIDGE) | $2,000,000.00 | -- | X | -- | -- |
| 887360AT2 | 0005 | GS & CO (BROADRIDGE) | $1,547,000.00 | -- | X | -- | -- |
| 887360AT2 | 0005 | GS & CO (BROADRIDGE) | $4,453,000.00 | -- | X | -- | -- |
| 896047AE7 | 0005 | GS & CO (BROADRIDGE) | $2,295,000.00 | -- | X | -- | -- |
| 896047AE7 | 0005 | GS & CO (BROADRIDGE) | $373,000.00 | -- | X | -- | -- |
| 896047AE7 | 0005 | GS & CO (BROADRIDGE) | $1,467,000.00 | -- | X | -- | -- |
| 896047AE7 | 0005 | GS & CO (BROADRIDGE) | $4,612,000.00 | -- | X | -- | -- |
| 887364AB3 | 2230 | JPMC BANK/RBS SECS | $945,000.00 | -- | -- | X | X |
| 896047AE7 | 2230 | JPMC BANK/RBS SECS | $333,000.00 | -- | -- | X | X |
| 896047AF4 | 2230 | JPMC BANK/RBS SECS | $5,516,000.00 | -- | -- | X | X |
| 887364AB3 | 0352 | JPMCC (BROADRIDGE) | $20,000.00 | -- | -- | X | X |
| 896047AE7 | 0352 | JPMCC (BROADRIDGE) | $200,000.00 | -- | X | -- | -- |
| 887364AB3 | 0052 | LEGENT CLEARING | $50,000.00 | -- | X | -- | -- |
| 887364AB3 | 0052 | LEGENT CLEARING | $30,000.00 | X | -- | N/A | N/A |
| 887364AA5 | 0727 | MESIROW FINANCIAL (BROADRIDGE) | $75,000.00 | -- | X | -- | -- |
| 896047AE7 | 5198 | MLPF & S (BROADRIDGE) | $10,000.00 | X | -- | N/A | N/A |



Release Election Report
**Class 1E - Senior Noteholder Claims**

| CUSIP | DTC Participant Number | Nominee | Principal Amount | Accepts the Plan But Does Not Grant Releases | Rejects the Plan and Grants Releases | Elected Not to Include Bridge Loan Agent and Bridge Lenders in Releases Granted | Elected Not to Include Disclaimed SLA Claims Against Released Stockholder Parties in Releases Granted |
|---|---|---|---|---|---|---|---|
| 896047AE7 | 5198 | MLPF & S (BROADRIDGE) | $70,000.00 | X | --- | N/A | N/A |
| 896047AE7 | 0015 | MSSB (BROADRIDGE) | $23,000.00 | X | --- | N/A | N/A |
| 896047AF4 | 0015 | MSSB (BROADRIDGE) | $5,000.00 | --- | --- | X | X |
| 887364AA5 | 0226 | NAT FIN SVCS (BROADRIDGE) | $10,000.00 | --- | --- | X | X |
| 887364AA5 | 0226 | NAT FIN SVCS (BROADRIDGE) | $50,000.00 | --- | --- | X | X |
| 896047AE7 | 0226 | NAT FIN SVCS (BROADRIDGE) | $10,000.00 | --- | X | --- | --- |
| 896047AE7 | 0226 | NAT FIN SVCS (BROADRIDGE) | $100,000.00 | --- | --- | X | X |
| 89604KAN8 | 0226 | NAT FIN SVCS (BROADRIDGE) | $20,000.00 | X | --- | N/A | N/A |
| 89604KAN8 | 0226 | NAT FIN SVCS (BROADRIDGE) | $7,000.00 | X | --- | N/A | N/A |
| 896047AE7 | 2669 | NORTHERN TRUST | $2,500,000.00 | --- | --- | X | --- |
| 896047AE7 | 2669 | NORTHERN TRUST | $7,500,000.00 | --- | --- | X | --- |
| 887364AA5 | 2669 | NORTHERN TRUST (BROADRIDGE) | $100,000.00 | --- | --- | X | X |
| 896047AE7 | 2669 | NORTHERN TRUST (BROADRIDGE) | $20,000.00 | --- | --- | X | X |
| 887364AB3 | 2616 | PNC BANK | $200,000.00 | --- | --- | X | X |
| 887364AF4 | 2616 | PNC BANK | $425,000.00 | --- | --- | X | X |
| 896047AF4 | 2616 | PNC BANK | $100,000.00 | --- | --- | X | X |



Release Election Report
**Class 1E - Senior Noteholder Claims**

| CUSIP | DTC Participant Number | Nominee | Principal Amount | Accepts the Plan But Does Not Grant Releases | Rejects the Plan and Grants Releases | Elected Not to Include Bridge Loan Agent and Bridge Lenders in Releases Granted | Elected Not to Include Disclaimed SLA Claims Against Released Stockholder Parties in Releases Granted |
|---|---|---|---|---|---|---|---|
| 89604KAN8 | 0235 | RBC CAP MKTS (BROADRIDGE) | $50,000.00 | X | — | N/A | N/A |
| 887364AA5 | 0705 | SCOTTRADE (BROADRIDGE) | $10,000.00 | X | — | N/A | N/A |
| 896047AE7 | 2039 | SEI PRIVATE TRUST CO (BROADRIDGE) | $12,000,000.00 | — | — | X | X |
| 896047AE7 | 2039 | SEI PRIVATE TRUST CO (BROADRIDGE) | $100,000,000.00 | — | — | X | X |
| 896047AF4 | 2039 | SEI PRIVATE TRUST CO (BROADRIDGE) | $13,000,000.00 | — | — | X | X |
| 896047AF4 | 2039 | SEI PRIVATE TRUST CO (BROADRIDGE) | $1,500,000.00 | — | — | X | X |
| 896047AF4 | 2039 | SEI PRIVATE TRUST CO (BROADRIDGE) | $1,000,000.00 | — | — | X | X |
| 896047AF4 | 2039 | SEI PRIVATE TRUST CO (BROADRIDGE) | $2,000,000.00 | — | — | X | X |
| 887364AB3 | 0750 | STERNE AGEE & LEACH (BROADRIDGE) | $11,000.00 | — | — | X | X |
| 887364AB3 | 0188 | TD AMERITRADE (BROADRIDGE) | $10,000.00 | X | — | N/A | N/A |
| 896047AE7 | 0188 | TD AMERITRADE (BROADRIDGE) | $10,000.00 | — | — | X | X |
| 896047AE7 | 0188 | TD AMERITRADE (BROADRIDGE) | $20,000.00 | — | — | X | X |
| 896047AE7 | 0188 | TD AMERITRADE (BROADRIDGE) | $10,000.00 | — | — | X | X |
| 896047AE7 | 0188 | TD AMERITRADE (BROADRIDGE) | $20,000.00 | X | — | N/A | N/A |
| 896047AE7 | 0188 | TD AMERITRADE (BROADRIDGE) | $20,000.00 | — | X | — | — |
| 89604KAN8 | 2145 | UNION BANK OF CA (BROADRIDGE) | $250,000.00 | X | — | N/A | N/A |



## Release Election Report
### Class 1E - Senior Noteholder Claims

| CUSIP | DTC Participant Number | Nominee | Principal Amount | Accepts the Plan But Does Not Grant Releases | Rejects the Plan and Grants Releases | Elected Not to Include Bridge Loan Agent and Bridge Lenders in Releases Granted | Elected Not to Include Disclaimed SLA Claims Against Released Stockholder Parties in Releases Granted |
|---|---|---|---|---|---|---|---|
| 887364AA5 | 0367 | USAA INVSTMT MGMT (BROADRIDGE) | $20,000.00 | X | — | N/A | N/A |
| 896047AE7 | 0367 | USAA INVSTMT MGMT (BROADRIDGE) | $30,000.00 | X | — | N/A | N/A |
| 887364AA5 | 0062 | VANGUARD MKTG (BROADRIDGE) | $2,000.00 | — | — | X | X |
| 896047AF4 | 0062 | VANGUARD MKTG (BROADRIDGE) | $50,000.00 | X | — | N/A | N/A |



Release Election Report
## Class 1J - PHONES Notes Claims

| CUSIP | Participant Number | Participant Name | Principal Amount | Accepts the Plan But Does Not Grant Releases | Rejects the Plan and Grants Releases | Elected Not to Include Bridge Loan Agent and Bridge Lenders in Releases Granted | Elected Not to Include Disclaimed SLA Claims Against Released Stockholder Parties in Releases Granted |
|---|---|---|---|---|---|---|---|
| 896047305 | 0418 | CITIGROUP GLOBAL MKTS (BROADRIDGE) | $3,025,390.00 | --- | X | --- | --- |
| 896047305 | 0418 | CITIGROUP GLOBAL MKTS (BROADRIDGE) | $27,049,373.00 | --- | X | --- | --- |
| 896047305 | 0418 | CITIGROUP GLOBAL MKTS (BROADRIDGE) | $1,601,400.00 | --- | X | --- | --- |
| 896047305 | 0418 | CITIGROUP GLOBAL MKTS (BROADRIDGE) | $13,759,637.00 | --- | X | --- | --- |
| 896047305 | 0385 | E*TRADE CLEARING (BROADRIDGE) | $1,570,000.00 | --- | X | --- | --- |
| 896047305 | 0385 | E*TRADE CLEARING (BROADRIDGE) | $863,500.00 | --- | X | --- | --- |
| 896047305 | 0005 | GS & CO (BROADRIDGE) | $6,129,908.00 | --- | X | --- | --- |
| 896047305 | 0005 | GS & CO (BROADRIDGE) | $2,873,100.00 | --- | X | --- | --- |
| 896047305 | 0005 | GS & CO (BROADRIDGE) | $6,075,900.00 | --- | X | --- | --- |
| 896047305 | 0005 | GS & CO (BROADRIDGE) | $65,612,655.00 | --- | X | --- | --- |

