**Exhibit B-3**

Exhibit B-3

## TRIBUNE COMPANY, et al.
### Debtor/Committee/Lender Plan

Treatment Elections
Class 1E - Senior Noteholder Claims

| CUSIP | DTC Participant No. | Nominee | Principal Amount | Elected 3.2.5(c)(I) Senior Noteholder Alternative Treatment | Elected Not to Transfer State Law Avoidance Claims to Creditors' Trust |
|---|---|---|---|---|---|
| 887364AB3 | 0756 | AMERICAN ENTERPRISE INV/BETA | $6,000 | — | X |
| 896047AE7 | 0756 | AMERICAN ENTERPRISE INV/BETA | $20,000 | — | X |
| 896047AE7 | 0216 | AMERICAN ENTERPRISE INVESTMENT SVC | $49,000 | — | X |
| 896047AE7 | 0216 | AMERICAN ENTERPRISE INVESTMENT SVC | $10,000 | — | X |
| 887364AF4 | 0955 | BANK OF AMERICA | $240,000 | — | X |
| 896047AE7 | 0901 | BANK OF NY MELLON, THE | $255,000 | — | X |
| 887360AT2 | 7256 | BARCLAYS CAPITAL | $5,000 | X | X |
| 887364AA5 | 7256 | BARCLAYS CAPITAL | $987,000 | X | X |
| 887364AB3 | 7256 | BARCLAYS CAPITAL | $190,000 | X | X |
| 887364AF4 | 7256 | BARCLAYS CAPITAL | $360,000 | X | X |



**Treatment Elections**

**Class 1E - Senior Noteholder Claims**

| CUSIP | DTC Participant No. | Nominee | Principal Amount | Elected 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Elected Not to Transfer State Law Avoidance Claims to Creditors' Trust |
|---|---|---|---|---|---|
| 896047AE7 | 7256 | BARCLAYS CAPITAL | $11,755,000 | X | X |
| 896047AF4 | 7256 | BARCLAYS CAPITAL | $873,000 | X | X |
| 887364AA5 | 0771 | BLAIR (WILLIAM) & CO | $25,000 | — | X |
| 896047AF4 | 0771 | BLAIR (WILLIAM) & CO | $25,000 | — | X |
| 896047AF4 | 0771 | BLAIR (WILLIAM) & CO | $50,000 | — | X |
| 896047AE7 | 5385 | BRANCH BANKING & TRUST | $15,000 | — | X |
| 887364AF4 | 0010 | BROWN BROTHERS HARRIMAN | $100,000 | — | X |
| 896047AE7 | 0164 | CHARLES SCHWAB & CO., INC. | $10,000 | — | X |
| 896047AE7 | 0164 | CHARLES SCHWAB & CO., INC. | $2,000 | — | X |
| 896047AE7 | 0164 | CHARLES SCHWAB & CO., INC. | $15,000 | X | — |
| 896047AE7 | 0164 | CHARLES SCHWAB & CO., INC. | $15,000 | X | X |
| 896047AF4 | 0164 | CHARLES SCHWAB & CO., INC. | $25,000 | — | X |
| 887364AF4 | 0274 | CITIGROUP GLOBAL MARKETS | $5,000,000 | X | X |


epiq
SYSTEMS

## Treatment Elections
## Class 1E - Senior Noteholder Claims

| CUSIP | DTC Participant No. | Nominee | Principal Amount | Elected 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Elected Not to Transfer State Law Avoidance Claims to Creditors' Trust |
|---|---|---|---|---|---|
| 896047AE7 | 0418 | CITIGROUP GLOBAL MARKETS | $14,000 | X | — |
| 896047AE7 | 0418 | CITIGROUP GLOBAL MARKETS | $20,000 | — | X |
| 896047AE7 | 0418 | CITIGROUP GLOBAL MARKETS | $50,000 | X | — |
| 896047AE7 | 0418 | CITIGROUP GLOBAL MARKETS | $50,000 | X | — |
| 896047AF4 | 0418 | CITIGROUP GLOBAL MARKETS | $27,000 | X | — |
| 896047AF4 | 0418 | CITIGROUP GLOBAL MARKETS | $27,000 | X | — |
| 896047AF4 | 0418 | CITIGROUP GLOBAL MARKETS | $8,000 | X | — |
| 896047AF4 | 0418 | CITIGROUP GLOBAL MARKETS | $35,000 | X | — |
| 896047AF4 | 0418 | CITIGROUP GLOBAL MARKETS | $54,000 | X | — |
| 89604KAN8 | 0418 | CITIGROUP GLOBAL MARKETS | $100,000 | X | — |
| 89604KAN8 | 0274 | CITIGROUP GLOBAL MARKETS | $2,000,000 | X | X |
| 89604KAN8 | 2032 | CITIGROUP PRIVATE BANK & TRUST | $110,000 | — | X |
| 887364AA5 | 2108 | COMERICA BANK | $1,500,000 | — | X |



## Treatment Elections
## Class 1E - Senior Noteholder Claims

| CUSIP | DTC Participant No. | Nominee | Principal Amount | Elected 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Elected Not to Transfer State Law Avoidance Claims to Creditors' Trust |
|---|---|---|---|---|---|
| 887364AA5 | 0355 | CREDIT SUISSE SECURITIES (USA) LLC | $750,000 | X | X |
| 887364AA5 | 0355 | CREDIT SUISSE SECURITIES (USA) LLC | $250,000 | X | X |
| 896047AE7 | 0355 | CREDIT SUISSE SECURITIES (USA) LLC | $417,000 | X | X |
| 896047AE7 | 0355 | CREDIT SUISSE SECURITIES (USA) LLC | $139,000 | X | X |
| 896047AF4 | 0355 | CREDIT SUISSE SECURITIES (USA) LLC | $75,000 | X | X |
| 896047AF4 | 0355 | CREDIT SUISSE SECURITIES (USA) LLC | $25,000 | X | X |
| 896047KAN8 | 0355 | CREDIT SUISSE SECURITIES (USA) LLC | $708,000 | X | X |
| 896047KAN8 | 0355 | CREDIT SUISSE SECURITIES (USA) LLC | $236,000 | X | X |
| 887360AT2 | 0573 | DEUTSCHE BANK | $450,000 | — | X |
| TRUSTEE | — | DEUTSCHE BANK | $2,900,000 | — | X |
| 887364AA5 | 0385 | E*TRADE CLEARING | $22,000 | X | — |
| 887364AF4 | 0385 | E*TRADE CLEARING | $5,000 | X | — |
| 896047AE7 | 0385 | E*TRADE CLEARING | $15,000 | X | — |



epiq
SYSTEMS

## Treatment Elections
### Class 1E - Senior Noteholder Claims

| CUSIP | DTC Participant No. | Nominee | Principal Amount | Elected 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Elected Not to Transfer State Law Avoidance Claims to Creditors' Trust |
|---|---|---|---|---|---|
| 896047AE7 | 0385 | E*TRADE CLEARING | $1,000,000 | X | — |
| 896047AF4 | 0385 | E*TRADE CLEARING | $5,000 | X | — |
| 896047AF4 | 0385 | E*TRADE CLEARING | $4,000,000 | X | — |
| 887364AA5 | 0141 | FIRST CLEARING, LLC | $550,000 | — | X |
| 887364AA5 | 0141 | FIRST CLEARING, LLC | $50,000 | — | X |
| 887364AA5 | 0141 | FIRST CLEARING, LLC | $25,000 | — | X |
| 887364AA5 | 0141 | FIRST CLEARING, LLC | $100,000 | — | X |
| 887364AA5 | 0141 | FIRST CLEARING, LLC | $80,000 | — | X |
| 887364AA5 | 0141 | FIRST CLEARING, LLC | $10,000 | — | X |
| 887364AA5 | 0141 | FIRST CLEARING, LLC | $50,000 | — | X |
| 887364AA5 | 0141 | FIRST CLEARING, LLC | $30,000 | — | X |
| 887364AA5 | 0141 | FIRST CLEARING, LLC | $10,000 | — | X |
| 887364AA5 | 0141 | FIRST CLEARING, LLC | $20,000 | X | — |



## Treatment Elections
## Class 1E - Senior Noteholder Claims

| CUSIP | DTC Participant No. | Nominee | Principal Amount | Elected 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Elected Not to Transfer State Law Avoidance Claims to Creditors' Trust |
|---|---|---|---|---|---|
| 887364AA5 | 0141 | FIRST CLEARING , LLC | $150,000 | X | — |
| 887364AB3 | 0141 | FIRST CLEARING , LLC | $25,000 | — | X |
| 887364AB3 | 0141 | FIRST CLEARING , LLC | $30,000 | — | X |
| 887364AB3 | 0141 | FIRST CLEARING , LLC | $45,000 | — | X |
| 887364AB3 | 0141 | FIRST CLEARING , LLC | $10,000 | X | — |
| 887364AF4 | 0141 | FIRST CLEARING , LLC | $5,000 | — | X |
| 887364AF4 | 0141 | FIRST CLEARING , LLC | $5,000 | — | X |
| 887364AF4 | 0141 | FIRST CLEARING , LLC | $10,000 | — | X |
| 887364AF4 | 0141 | FIRST CLEARING , LLC | $50,000 | — | X |
| 887364AF4 | 0141 | FIRST CLEARING , LLC | $25,000 | — | X |
| 896047AE7 | 0141 | FIRST CLEARING , LLC | $500,000 | — | X |
| 896047AE7 | 0141 | FIRST CLEARING , LLC | $30,000 | — | X |
| 896047AE7 | 0141 | FIRST CLEARING , LLC | $20,000 | X | — |



epiq
SYSTEMS

**Treatment Elections**

**Class 1E - Senior Noteholder Claims**

| CUSIP | DTC Participant No. | Nominee | Principal Amount | Elected 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Elected Not to Transfer State Law Avoidance Claims to Creditors' Trust |
|---|---|---|---|---|---|
| 896047AE7 | 0141 | FIRST CLEARING , LLC | $10,000 | X | — |
| 896047AE7 | 0141 | FIRST CLEARING , LLC | $10,000 | X | — |
| 896047AE7 | 0141 | FIRST CLEARING , LLC | $20,000 | X | X |
| 896047AF4 | 0141 | FIRST CLEARING ,LLC | $23,000 | X | — |
| 896047AF4 | 0141 | FIRST CLEARING , LLC | $50,000 | X | — |
| 896047AF4 | 0141 | FIRST CLEARING , LLC | $27,000 | X | — |
| 887360AT2 | 0005 | GOLDMAN SACHS & CO. | $102,577,000 | X | X |
| 887364AA5 | 0005 | GOLDMAN SACHS & CO. | $255,000 | — | X |
| 887364AA5 | 0005 | GOLDMAN SACHS & CO. | $400,000 | — | X |
| 887364AA5 | 0005 | GOLDMAN SACHS & CO. | $37,673,000 | X | X |
| 887364AB3 | 0005 | GOLDMAN SACHS & CO. | $1,196,000 | X | X |
| 887364AB3 | 0005 | GOLDMAN SACHS & CO. | $1,004,000 | X | X |
| 887364AB3 | 0005 | GOLDMAN SACHS & CO. | $36,847,000 | X | X |



epiq
SYSTEMS

**Treatment Elections**

**Class 1E - Senior Noteholder Claims**

| CUSIP | DTC Participant No. | Nominee | Principal Amount | Elected 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Elected Not to Transfer State Law Avoidance Claims to Creditors' Trust |
|---|---|---|---|---|---|
| 887364AF4 | 0005 | GOLDMAN SACHS & CO. | $204,000 | X | X |
| 887364AF4 | 0005 | GOLDMAN SACHS & CO. | $221,000 | X | X |
| 887364AF4 | 0005 | GOLDMAN SACHS & CO. | $61,418,000 | X | X |
| 896047AE7 | 0005 | GOLDMAN SACHS & CO. | $2,000,000 | — | X |
| 896047AE7 | 0005 | GOLDMAN SACHS & CO. | $1,000,000 | — | X |
| 896047AE7 | 0005 | GOLDMAN SACHS & CO. | $5,706,000 | X | X |
| 896047AE7 | 0005 | GOLDMAN SACHS & CO. | $6,621,000 | X | X |
| 896047AE7 | 0005 | GOLDMAN SACHS & CO. | $4,800,000 | — | X |
| 896047AE7 | 0005 | GOLDMAN SACHS & CO. | $216,429,000 | X | X |
| 896047AF4 | 0005 | GOLDMAN SACHS & CO. | $1,728,000 | X | X |
| 896047AF4 | 0005 | GOLDMAN SACHS & CO. | $1,872,000 | X | X |
| 896047AF4 | 0005 | GOLDMAN SACHS & CO. | $172,767,000 | X | X |
| 896047AF4 | 0005 | GOLDMAN SACHS & CO. | $3,274,000 | X | X |



## Treatment Elections
## Class 1E - Senior Noteholder Claims

| CUSIP | DTC Participant No. | Nominee | Principal Amount | Elected 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Elected Not to Transfer State Law Avoidance Claims to Creditors' Trust |
|---|---|---|---|---|---|
| 896047AF4 | 0005 | GOLDMAN SACHS & CO. | $2,040,000 | X | X |
| 89604KAN8 | 0005 | GOLDMAN SACHS & CO. | $3,000,000 | — | X |
| 89604KAN8 | 0005 | GOLDMAN SACHS & CO. | $142,000 | X | X |
| 89604KAN8 | 0005 | GOLDMAN SACHS & CO. | $173,000 | X | X |
| 89604KAN8 | 0005 | GOLDMAN SACHS & CO. | $33,281,000 | X | X |
| 887360AT2 | 2941 | GOLDMAN SACHS BANK | $7,000,000 | — | X |
| 887364AA5 | 2941 | GOLDMAN SACHS BANK | $2,000,000 | — | X |
| 887364AB3 | 2941 | GOLDMAN SACHS BANK | $2,000,000 | — | X |
| 887364AF4 | 2941 | GOLDMAN SACHS BANK | $2,000,000 | — | X |
| 896047AE7 | 2941 | GOLDMAN SACHS BANK | $5,000,000 | — | X |
| 896047AE7 | 2941 | GOLDMAN SACHS BANK | $2,000,000 | — | X |
| 89604KAN8 | 2941 | GOLDMAN SACHS BANK | $326,000 | — | X |
| 89604KAN8 | 2941 | GOLDMAN SACHS BANK | $595,000 | — | X |


epiq
SYSTEMS

**Treatment Elections**

**Class 1E - Senior Noteholder Claims**

| CUSIP | DTC Participant No. | Nominee | Principal Amount | Elected 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Elected Not to Transfer State Law Avoidance Claims to Creditors' Trust |
|---|---|---|---|---|---|
| 89604KAN8 | 2941 | GOLDMAN SACHS BANK | $664,000 | — | X |
| 89604KAN8 | 2941 | GOLDMAN SACHS BANK | $1,010,000 | — | X |
| 89604KAN8 | 2941 | GOLDMAN SACHS BANK | $1,980,000 | — | X |
| 887364AB3 | 2697 | HARRIS, N.A. | $140,000 | X | X |
| 887360AT2 | 0352 | JP MORGAN CLEARING CORP | $18,000,000 | — | X |
| 887364AA5 | 0352 | JP MORGAN CLEARING CORP | $5,000,000 | — | X |
| 887364AB3 | 0352 | JP MORGAN CLEARING CORP | $6,000,000 | — | X |
| 887364AF4 | 0352 | JP MORGAN CLEARING CORP | $5,000,000 | — | X |
| 896047AE7 | 0352 | JP MORGAN CLEARING CORP | $60,094,000 | — | X |
| 896047AE7 | 0352 | JP MORGAN CLEARING CORP | $30,000,000 | — | X |
| 896047AF4 | 0352 | JP MORGAN CLEARING CORP | $20,060,000 | — | X |
| 896047AF4 | 0352 | JP MORGAN CLEARING CORP | $29,000,000 | — | X |
| 89604KAN8 | 0352 | JP MORGAN CLEARING CORP | $7,000,000 | — | X |



**Treatment Elections**
**Class 1E - Senior Noteholder Claims**

| CUSIP | DTC Participant No. | Nominee | Principal Amount | Elected 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Elected Not to Transfer State Law Avoidance Claims to Creditors' Trust |
|---|---|---|---|---|---|
| 887360AT2 | 0352 | JP MORGAN CLEARING CORP. | $4,000,000 | — | X |
| 887360AT2 | 0352 | JP MORGAN CLEARING CORP. | $4,000,000 | — | X |
| 896047AE7 | 0352 | JP MORGAN CLEARING CORP. | $4,800,000 | — | X |
| TRUSTEE | — | LAW DEBENTURE | $6,300,000 | — | X |
| 896047AF4 | 0075 | LPL FINANCIAL CO | $13,000 | — | X |
| 887364AB3 | 0773 | MERRILL LYNCH FIXED INCOME | $25,000 | X | — |
| 896047AF4 | 0773 | MERRILL LYNCH FIXED INCOME | $5,000,000 | X | — |
| 896047AE7 | 5198 | MERRILL LYNCH, PIERCE, FENNER & SMITH, IN | $15,000 | — | X |
| 896047AE7 | 5198 | MERRILL LYNCH, PIERCE, FENNER & SMITH, IN | $15,000 | — | X |
| 896047AE7 | 5198 | MERRILL LYNCH, PIERCE, FENNER & SMITH, IN | $20,000 | — | X |
| 896047AE7 | 5198 | MERRILL LYNCH, PIERCE, FENNER & SMITH, IN | $50,000 | — | X |
| 887364AA5 | 0727 | MESIROW FINANCIAL | $25,000 | X | — |
| 887364AA5 | 0727 | MESIROW FINANCIAL | $25,000 | X | — |



## Treatment Elections
### Class 1E - Senior Noteholder Claims

| CUSIP | DTC Participant No. | Nominee | Principal Amount | Elected 3.2.5(c)(I) Senior Noteholder Alternative Treatment | Elected Not to Transfer State Law Avoidance Claims to Creditors' Trust |
|---|---|---|---|---|---|
| 896604KAN8 | 0727 | MESIROW FINANCIAL | $100,000 | X | --- |
| 896604KAN8 | 0727 | MESIROW FINANCIAL | $60,000 | X | --- |
| 896604KAN8 | 0727 | MESIROW FINANCIAL | $50,000 | X | --- |
| 896047AE7 | 0015 | MORGAN STANLEY | $10,000 | --- | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $25,000 | --- | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $50,000 | --- | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $13,000 | --- | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $20,000 | --- | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $12,000 | --- | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $25,000 | --- | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $15,000 | --- | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $10,000 | --- | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $10,000 | --- | X |



Treatment Elections
Class 1E - Senior Noteholder Claims

| CUSIP | DTC Participant No. | Nominee | Principal Amount | Elected 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Elected Not to Transfer State Law Avoidance Claims to Creditors' Trust |
|---|---|---|---|---|---|
| 896047AE7 | 0015 | MORGAN STANLEY | $10,000 | — | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $15,000 | — | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $15,000 | — | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $10,000 | — | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $20,000 | — | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $10,000 | — | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $5,000 | — | . |
| 896047AE7 | 0015 | MORGAN STANLEY | $10,000 | — | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $10,000 | — | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $5,000 | — | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $20,000 | — | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $20,000 | — | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $10,000 | — | X |



epiq
SYSTEMS

**Treatment Elections**
**Class 1E - Senior Noteholder Claims**

| CUSIP | DTC Participant No. | Nominee | Principal Amount | Elected 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Elected Not to Transfer State Law Avoidance Claims to Creditors' Trust |
|---|---|---|---|---|---|
| 896047AE7 | 0015 | MORGAN STANLEY | $20,000 | — | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $65,000 | — | X |
| 896047AF4 | 0015 | MORGAN STANLEY | $10,000 | — | X |
| 896047AF4 | 0015 | MORGAN STANLEY | $7,000 | — | X |
| 896047AF4 | 0015 | MORGAN STANLEY | $72,000 | — | X |
| 896047AE7 | 0015 | MORGAN STANLEY SMITH BARNEY | $5,000 | X | — |
| 896047AE7 | 0015 | MORGAN STANLEY SMITH BARNEY | $10,000 | X | — |
| 896047AE7 | 0015 | MORGAN STANLEY SMITH BARNEY | $20,000 | X | — |
| 896047AE7 | 0015 | MORGAN STANLEY SMITH BARNEY | $20,000 | X | — |
| 887364AA5 | 0226 | NATIONAL FINANCIAL SERVICES | $3,000 | — | X |
| 887364AA5 | 0226 | NATIONAL FINANCIAL SERVICES | $50,000 | X | — |
| 887364AA5 | 0226 | NATIONAL FINANCIAL SERVICES | $10,000 | X | X |
| 887364AA5 | 0226 | NATIONAL FINANCIAL SERVICES | $20,000 | X | — |



epiq
S Y S T E M S

## Treatment Elections
## Class 1E - Senior Noteholder Claims

| CUSIP | DTC Participant No. | Nominee | Principal Amount | Elected 3.2.5(c)(I) Senior Noteholder Alternative Treatment | Elected Not to Transfer State Law Avoidance Claims to Creditors' Trust |
|---|---|---|---|---|---|
| 887364AB3 | 0226 | NATIONAL FINANCIAL SERVICES | $1,000 | — | X |
| 887364AF4 | 0226 | NATIONAL FINANCIAL SERVICES | $6,000 | — | X |
| 887364AF4 | 0226 | NATIONAL FINANCIAL SERVICES | $10,000 | — | X |
| 887364AF4 | 0226 | NATIONAL FINANCIAL SERVICES | $5,000 | — | X |
| 896047AE7 | 0226 | NATIONAL FINANCIAL SERVICES | $43,000 | — | X |
| 896047AE7 | 0226 | NATIONAL FINANCIAL SERVICES | $29,000 | — | X |
| 896047AE7 | 0226 | NATIONAL FINANCIAL SERVICES | $54,000 | — | X |
| 896047AE7 | 0226 | NATIONAL FINANCIAL SERVICES | $50,000 | — | X |
| 896047AF4 | 0226 | NATIONAL FINANCIAL SERVICES | $92,000 | — | X |
| 887360AT2 | 2669 | NORTHERN TRUST COMPANY, THE | $7,875,000 | X | — |
| 887360AT2 | 2669 | NORTHERN TRUST COMPANY, THE | $2,625,000 | X | — |
| 896047AE7 | 2669 | NORTHERN TRUST COMPANY, THE | $7,500,000 | X | — |
| 896047AE7 | 2669 | NORTHERN TRUST COMPANY, THE | $2,500,000 | X | — |



## Treatment Elections
## Class 1E - Senior Noteholder Claims

| CUSIP | DTC Participant No. | Nominee | Principal Amount | Elected 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Elected Not to Transfer State Law Avoidance Claims to Creditors' Trust |
|---|---|---|---|---|---|
| 887364AF4 | 0571 | OPPENHEIMER & CO | $140,000 | — | X |
| 896047AF4 | 0571 | OPPENHEIMER & CO | $45,000 | — | X |
| 896047AE7 | 0234 | PENSON FINANCIAL | $5,000 | — | X |
| 887364AA5 | 0443 | PERSHING LLC | $359,000 | — | X |
| 887364AA5 | 0443 | PERSHING LLC | $25,000 | X | — |
| 887364AA5 | 0443 | PERSHING LLC | $20,000 | X | — |
| 887364AA5 | 0443 | PERSHING LLC | $10,000 | X | — |
| 887364AA5 | 0443 | PERSHING LLC | $10,000 | X | — |
| 887364AB3 | 0443 | PERSHING LLC | $50,000 | — | X |
| 887364AB3 | 0443 | PERSHING LLC | $25,000 | X | — |
| 896047AE7 | 0443 | PERSHING LLC | $25,000 | — | X |
| 896047AE7 | 0443 | PERSHING LLC | $7,000 | — | X |
| 896047AE7 | 0443 | PERSHING LLC | $10,000 | — | X |



epiq
SYSTEMS

**Treatment Elections**
**Class 1E - Senior Noteholder Claims**

| CUSIP | DTC Participant No. | Nominee | Principal Amount | Elected 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Elected Not to Transfer State Law Avoidance Claims to Creditors' Trust |
|---|---|---|---|---|---|
| 896047AE7 | 0443 | PERSHING LLC | $28,000 | — | X |
| 896047AE7 | 0443 | PERSHING LLC | $10,000 | — | X |
| 896047AE7 | 0443 | PERSHING LLC | $10,000 | — | X |
| 896047AE7 | 0443 | PERSHING LLC | $10,000 | — | X |
| 896047AF4 | 0443 | PERSHING LLC | $10,000 | — | X |
| 896047AE7 | 0547 | R.W. BAIRD | $19,000 | — | X |
| 887360AT2 | 2230 | RBS SECURITIES, INC. | $115,000 | X | — |
| 887364AA5 | 2230 | RBS SECURITIES, INC. | $1,400,000 | X | — |
| 887364AB3 | 2230 | RBS SECURITIES, INC. | $945,000 | X | — |
| 887364AF4 | 2230 | RBS SECURITIES, INC. | $1,000,000 | X | — |
| 896047AE7 | 2230 | RBS SECURITIES, INC. | $333,000 | X | — |
| 896047AE7 | 2230 | RBS SECURITIES, INC. | $1,000,000 | X | — |
| 896047AF4 | 2230 | RBS SECURITIES, INC. | $4,516,000 | X | — |



Treatment Elections
Class 1E - Senior Noteholder Claims

| CUSIP | DTC Participant No. | Nominee | Principal Amount | Elected 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Elected Not to Transfer State Law Avoidance Claims to Creditors' Trust |
|---|---|---|---|---|---|
| 896047AE7 | 0013 | SANFORD C. BERNSTEIN & CO. | $20,000 | X | X |
| 896047AE7 | 2039 | SEI PRIVATE TRUST | $12,100,000 | — | X |
| 896047AF4 | 2039 | SEI PRIVATE TRUST | $17,550,000 | — | X |
| 896047AE7 | 2319 | STATE STREET BANK & TRUST COMPANY | $2,200,000 | X | X |
| 896047AF4 | 0997 | STATE STREET BANK & TRUST COMPANY | $5,000,000 | X | — |
| 896047AF4 | 2319 | STATE STREET BANK & TRUST COMPANY | $1,000,000 | X | X |
| 887364AA5 | 0793 | STIFEL NICOLAUS & COMPANY | $5,000 | — | X |
| 887364AA5 | 0793 | STIFEL NICOLAUS & COMPANY | $50,000 | — | X |
| 887364AA5 | 0793 | STIFEL NICOLAUS & COMPANY | $14,000 | — | X |
| 887364AB3 | 0793 | STIFEL NICOLAUS & COMPANY | $100,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $15,000 | X | — |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $50,000 | X | — |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $45,000 | X | — |



## Treatment Elections
### Class 1E - Senior Noteholder Claims

| CUSIP | DTC Participant No. | Nominee | Principal Amount | Elected 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Elected Not to Transfer State Law Avoidance Claims to Creditors' Trust |
|---|---|---|---|---|---|
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $25,000 | X | — |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $15,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $10,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $6,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $3,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $15,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $16,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $50,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $30,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $3,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $10,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $5,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $10,000 | — | X |



Treatment Elections
## Class 1E - Senior Noteholder Claims

| CUSIP | DTC Participant No. | Nominee | Principal Amount | Elected 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Elected Not to Transfer State Law Avoidance Claims to Creditors' Trust |
|---|---|---|---|---|---|
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $10,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $20,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $5,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $10,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $10,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $10,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $25,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $20,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $15,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $20,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $15,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $15,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $20,000 | — | X |



Treatment Elections
Class 1E - Senior Noteholder Claims

| CUSIP | DTC Participant No. | Nominee | Principal Amount | Elected 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Elected Not to Transfer State Law Avoidance Claims to Creditors' Trust |
|---|---|---|---|---|---|
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $10,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $25,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $25,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $25,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $25,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $30,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $20,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $10,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $25,000 | — | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $59,000 | — | X |
| 896047AF4 | 0793 | STIFEL NICOLAUS & COMPANY | $30,000 | X | — |
| 896047AF4 | 0793 | STIFEL NICOLAUS & COMPANY | $15,000 | — | X |
| 896047AE7 | 0188 | TD AMERITRADE | $10,000 | X | — |



epiq SYSTEMS

## Treatment Elections
### Class 1E - Senior Noteholder Claims

| CUSIP | DTC Participant No. | Nominee | Principal Amount | Elected 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Elected Not to Transfer State Law Avoidance Claims to Creditors' Trust |
|---|---|---|---|---|---|
| 896047AE7 | 0188 | TD AMERITRADE | $20,000 | X | — |
| 896047AE7 | 0188 | TD AMERITRADE | $10,000 | X | — |
| 896047AE7 | 0188 | TD AMERITRADE | $12,000 | X | — |
| 896047AE7 | 0188 | TD AMERITRADE | $13,000 | X | — |
| 896047AE7 | 0188 | TD AMERITRADE | $10,000 | X | X |
| 887364AA5 | 0221 | UBS FINANCIAL SERVICES, INC. | $14,000 | X | X |
| 896047AE7 | 0221 | UBS FINANCIAL SERVICES, INC. | $45,000 | — | X |
| 887364AA5 | 0642 | UBS SECURITIES, LLC | $4,900,000 | X | X |
| 887364AB3 | 0642 | UBS SECURITIES, LLC | $50,000 | X | X |
| 896047AE7 | 0642 | UBS SECURITIES, LLC | $4,625,000 | X | X |
| 896047AE7 | 0642 | UBS SECURITIES, LLC | $2,510,000 | X | X |
| 896047AF4 | 0642 | UBS SECURITIES, LLC | $25,000 | X | X |
| 896047AF4 | 0642 | UBS SECURITIES, LLC | $25,000 | X | X |
| 896047KAN8 | 2145 | UNION BANK OF CALIFORNIA | $250,000 | — | X |



**Treatment Elections**

**Class 1E - Senior Noteholder Claims**

| CUSIP | DTC Participant No. | Nominee | Principal Amount | Elected 3.2.5(c)(i) Senior Noteholder Alternative Treatment | Elected Not to Transfer State Law Avoidance Claims to Creditors' Trust |
|-------|---------------------|---------|------------------|-------------------------------------------------------------|-----------------------------------------------------------------------|
| 887364AA5 | 0062 | VANGUARD | $20,000 | --- | X |
| 887364AA5 | 0062 | VANGUARD | $12,000 | --- | X |



## Treatment Elections
### Class 1J - PHONES Notes Claims

| CUSIP | Participant No. | Participant Name | Principal Amount | Elected Not to Transfer State Law Avoidance Claims to Creditors' Trust |
|---|---|---|---|---|
| 896047305 | 0955 | BANK OF AMERICA | $15,700 | X |
| PHONES NOTES | N/A | BARCLAYS BANK PLC | $275,890 | X |
| PHONES NOTES | N/A | CITADEL | $12,560,000 | X |
| PHONES NOTES | N/A | CITADEL | $188,400,000 | X |
| 896047305 | 0418 | CITIGROUP GLOBAL MARKETS | $785,000 | X |
| 896047305 | 0418 | CITIGROUP GLOBAL MARKETS | $2,119,500 | X |
| 896047305 | 0418 | CITIGROUP GLOBAL MARKETS | $10,730,322 | X |
| 896047305 | 0418 | CITIGROUP GLOBAL MARKETS | $15,968,313 | X |
| 896047305 | 0418 | CITIGROUP GLOBAL MARKETS | $1,973,490 | X |
| PHONES NOTES | N/A | CITIGROUP GLOBAL MARKETS HOLDING | $6,280,000 | X |
| PHONES NOTES | N/A | CITIGROUP GLOBAL MARKETS HOLDING | $4,670,750 | X |
| PHONES NOTES | N/A | CITIGROUP GLOBAL MARKETS HOLDING | $2,853,475 | X |
| PHONES NOTES | N/A | CITIGROUP GLOBAL MARKETS HOLDING | $5,788,276 | X |
| PHONES NOTES | N/A | CITIGROUP GLOBAL MARKETS HOLDING | $1,978,200 | X |
| PHONES NOTES | N/A | CITIGROUP GLOBAL MARKETS HOLDING | $14,593,778 | X |
| 896047305 | 2108 | COMERICA BANK | $5,526,400 | X |



## Treatment Elections
## Class 1J - PHONES Notes Claims

| CUSIP | Participant No. | Participant Name | Principal Amount | Elected Not to Transfer State Law Avoidance Claims to Creditors' Trust |
|---|---|---|---|---|
| PHONES NOTES | 0355 | CREDIT SUISSE FOR SUTTONBROOK CAP | $27,057,380 | X |
| 896047305 | 0355 | CREDIT SUISSE SECURITIES (USA) LLC | $344,338,994 | X |
| 896047305 | 0355 | CREDIT SUISSE SECURITIES (USA) LLC | $24,651,669 | X |
| 896047305 | 0355 | CREDIT SUISSE SECURITIES (USA) LLC | $65,569,009 | X |
| 896047305 | 0005 | GOLDMAN SACHS & CO. | $228,694,050 | X |
| 896047305 | 0005 | GOLDMAN SACHS & CO. | $53,951,480 | X |
| 896047305 | 0005 | GOLDMAN SACHS & CO. | $4,983,808 | X |
| 896047305 | 0005 | GOLDMAN SACHS & CO. | $4,584,400 | X |
| PHONES NOTES | N/A | MARK E HOLLIDAY | $70,789,000 | X |
| 896047305 | 0050 | MORGAN STANLEY | $157,000 | X |
| PHONES NOTES | N/A | PRIME CAPITAL MASTER SPC | $4,920 | X |
| PHONES NOTES | N/A | WATERSTONE MARKET NEUTRAL MASTER | $143,180 | X |
| PHONES NOTES | N/A | WATERSTONE MF FUND LTD | $26,900 | X |

