# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 31, 2011 AT 2:30 P.M. BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the hearing via telephone must contact CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946) no later than 12:00 p.m. one business day prior to the hearing.

## MATTERS GOING FORWARD

1.  Motion of the Official Committee of Unsecured Creditors to Compel Production of Documents by Defendants BNP Paribas Securities Corp., Brown Brothers Harriman & Co., Deutsche Bank Securities, Inc., Morgan Stanley & Co. LLC, Morgan Stanley Smith Barney, National City Corp., PNC Bank, N.A., Pershing LLC, Swiss American

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] **Amendments appear in bold print.**

Securities, Inc., TD Ameritrade Clearing, Inc., UBS Financial Services, Inc., and UBS Securities LLC (Filed October 11, 2011) (Adv. Proc. No. 10-54010) (Adv. Docket No. 294)

Objection Deadline: October 18, 2011 at 12:00 p.m.
By agreement of the parties, the Objection Deadline was extended to October 25, 2011.

Responses Received:

    (a)    Response Brief of Defendants BNP Paribas Securities Corp.; Brown Brothers Harriman & Co.; Deutsche Bank Securities Inc.; PNC Bank, National Association; Swiss American Securities, Inc.; TD Ameritrade Clearing, Inc.; UBS Financial Services, Inc.; and UBS Securities LLC, in Opposition to Plaintiff's Motion to Compel Production of Documents (Filed October 25, 2011) (Adv. Docket No. 316)

    (b)    Objection of Morgan Stanley & Co. LLC and Morgan Stanley Smith Barney LLC to Motion of the Plaintiff Official Committee of Unsecured Creditors to Compel Production of Documents by Defendants BNP Paribas Securities Corp., Brown Brothers Harriman & Co., Deutsche Bank Securities Inc., Morgan Stanley & Co. LLC, Morgan Stanley Smith Barney, National City Corp., PNC Bank, N.A. Pershing LLC, Swiss American Securities, Inc., TD Ameritrade Clearing, Inc., UBS Financial Services, Inc., and UBS Securities LLC, and Joinder by Morgan Stanley & Co. LLC and Morgan Stanley Smith Barney LLC to Response Brief by Defendants BNP Paribas Securities Corp., et al. in Opposition to Plaintiff's Motion to Compel Production of Documents (Filed October 25, 2011) (Adv. Docket No. 317)

    (c)    Response Brief and Joinder of Defendant Pershing LLC in Opposition to Plaintiff's Motion to Compel Production of Documents (Filed October 25, 2011) (Adv. Docket No. 318)

Related Documents:

    (a)    Notice of Hearing (Filed October 17, 2011) (Adv. Docket No. 298)

Status:    This matter was adjourned from the October 19, 2011 hearing. This matter will be going forward.

2. Certification of Counsel Regarding Proposed Fourth Order Amending Definition of "Termination Event" in Orders Granting Official Committee of Unsecured Creditors Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action on Behalf of the Debtors' Estates (Filed October 12, 2011) (Docket No. 9967)

   Responses Received:

   (a) Sam Zell's Limited Objection to the Committee's Proposed Fourth Order Amending the Definition of "Terminating Event" (Filed October 20, 2011) (Docket No. 10030)

   Status: Pursuant to the Court's directive, this matter will be going forward. The parties may appear via telephone for the hearing on this matter.

Dated: October 28, 2011

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ Kate Stickles
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-7995927v1