# EXHIBIT A

# Declaration of Christopher L. Meazell

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### <u>DECLARATION OF CHRISTOPHER L. MEAZELL</u>

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Twenty-Eighth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period September 1, 2011 through September 30, 2011 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Twenty-Eighth Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.     There is no agreement or understanding between Dow Lohnes and any other person for a division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.

5.     No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 31st day of October, 2011.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## SEPTEMBER 1 - SEPTEMBER 30, 2011

| Name of Professional | Position (Number of Years in Position); Area of Expertise;  Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 550 | 6.1 | 3,355.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 730 | 38.0 | 27,740.00 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 370 | 2.0 | 740.00 |
| Kevin P. Latek | Member (since 2005); Communications; 1997 (DC) | 600 | 25.3 | 15,180.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 34.3 | 22,295.00 |
| Laurie J. McCarthy | Communications Specialist (since 2010); n/a | 275 | 25.0 | 6,875.00 |
| Christopher L. Meazell | Member (since 2010); Litigation & Bankruptcy; 2001 (GA); 2007(OK) | 450 | 10.0 | 4,500.00 |
| Jason E. Rademacher | Associate (since 2000): Communications;  2000 (DC) & 2000 | 460 | 4.8 | 2,208.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 640 | 11.8 | 7,552.00 |
| Derek H. Teslik | Associate (since 2007): Communications; 2008 (NY) & DC (2009) | 330 | 2.7 | 891.00 |
| Suzanne M. Underwald | Member (since 2004);  Media & Information Technologies; 1995 (MD) & 1996 (DC) | 650 | 0.5 | 325.00 |
| David J. Wittenstein | Member (since 1990); Media & I.P.; 1981 (DC) & 1982 (GA) | 700 | 0.7 | 490.00 |
| **TOTALS** | | | **161.2** | **92,151.00** |
| **BLENDED RATE** | | | | **571.6563275** |

[1]  The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2011 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $730 per hour.

### COMPENSATION BY PROJECT CATEGORY
### FOR THE PERIOD FROM
### SEPREMBER 1 - SEPTEMBER 30, 2011

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 114.0 | 65,445.00 |
| Fee Applications 08656.0101 | 10.0 | 4,500.00 |
| Broadcast Contracts 08656.0104 | 15.5 | 8,246.00 |
| Fox and Network Agreements 08656.0104:001 | 21.7 | 13,960.00 |
| Travel Time  08656.0102 (with 50% discount) | 0.0 | 0.00 |
| **TOTAL** | **161.2** | **92,151.00** |

# ☼  DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222

---

October 25, 2011                                                   Page 1

Tribune Company                                              Invoice 546868
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Our File # 08656.0100          For Services Through September 30, 2011
FCC/Broadcast Matters

| | | |
|---|---|---|
| 09/01/11 | Review issues re FCC restructuring applications (0.5); correspondence with Sidley re same (0.5). | |
| | C. Burrow | 1.00 hrs. |
| 09/01/11 | Work on restructuring proposals for FCC applications (0.5); conference with FCC staff re processing (0.2); review updated application plans (0.5). | |
| | J. Feore | 1.20 hrs. |
| 09/01/11 | Telephone conference with D. Roberts (FCC) re mechanisms to implement restructuring applications (0.6); review issues re FCC Media Bureau preferred approach to processing of restructuring applications (0.9); telephone conference with S. O'Connell (FCC) re International Bureau electronic filing system in connection with restructuring applications (0.2); telephone conference with J. Tobias (FCC Wireless Bureau) re accommodation of restructuring applications in wireless electronic filing systems (0.6); telephone conference with H. Hashemzadeh (FCC) re accommodation of restructuring applications in Media Bureau's CDBS filing system (0.5); follow-up telephone conference with J. Tobias (FCC Wireless Bureau) re procedural issues in restructuring filings (0.3). | |
| | J. Logan | 3.10 hrs. |
| 09/01/11 | Review correspondence relating to pro-forma applications (0.8); review FCC databases to confirm accuracy of pending applications (0.8); prepare correspondence to client requesting confirmation of new applications (0.8); revise draft email to client regarding additional earth station assignments (0.8). | |
| | L. McCarty (Practice Group Professional) | 3.20 hrs. |

| | | |
|---|---|---|
| 09/01/11 | Review, revise and send emails to E. Washburn re Hartford duopoly waiver request and Indianapolis satellite showing updates. | |
| | M. Swanson | 0.50 hrs. |
| 09/02/11 | Correspondence with Sidley re FCC restructuring applications (0.5); review issues re same (0.4). | |
| | C. Burrow | 0.90 hrs. |
| 09/02/11 | Review Wireless Bureau proposal re processing of restructuring applications (0.4); review timing issues re court emergence (0.4). | |
| | J. Feore | 0.80 hrs. |
| 09/02/11 | Prepare correspondence to J. Langdon (Sidley) re limitations on timing for restructuring applications and non-feasibility of Wireless Bureau alternative approach (0.4); review additional information on recent Tribune license changes in connection with post-confirmation draft amendment (0.7); prepare correspondence to J. Tobias (FCC) with updated list of pending applications in Wireless Bureau per FCC request (0.4). | |
| | J. Logan | 1.50 hrs. |
| 09/02/11 | Research relating to current wireless authorizations (0.9); prepare list of wireless licenses for FCC staff review (1.2); review wireless database to confirm status of new auxiliary applications filed by client (1.6); prepare draft email to FCC staff regarding changes to assignment index (0.4); prepare correspondence to client regarding pending and canceled licenses (0.2). | |
| | L. McCarty (Practice Group Professional) | 4.30 hrs. |
| 09/03/11 | Review timing issues raised by bankruptcy counsel re FCC pro forma application and restructuring. | |
| | J. Feore | 0.80 hrs. |
| 09/05/11 | Review and compile information re timeline, post-confirmation FCC memorandum, FCC revised comprehensive exhibit and FCC restructuring application. | |
| | J. Logan | 0.40 hrs. |
| 09/06/11 | Telephone conference with Media Bureau staff re follow-up to meeting, filing of amendments and pro forma applications (0.3); work on revisions to amended FCC applications (0.8). | |
| | J. Feore | 1.10 hrs. |
| 09/06/11 | Review license issues in connection with revisions to exit application amendment (1.4); revise draft exhibits for restructuring applications (1.3). | |
| | J. Logan | 2.70 hrs. |
| 09/06/11 | Research FCC database to confirm cancellation of CARS licenses (2.0); research FCC wireless database to confirm pending applications (0.4); revise draft email to FCC staff updating new licenses associated with various licensees (0.3). | |

October 25, 2011                                                                    Page 3

Tribune Company                                                          Invoice 546868

|  | L. McCarty (Practice Group Professional) | 2.70 hrs. |
|---|---|---|

09/07/11     Work on updates to restructuring exhibits per comments of
             bankruptcy counsel (1.0); review updates for waiver requests and
             research re additional material for cross-ownership waivers (0.9).
             J. Feore                                                       1.90 hrs.

09/07/11     Revise draft exhibits for exit application amendments (1.4); revise
             draft exhibits for restructuring applications (1.2); review
             correspondence from Sidley re changes to exit application
             amendments and restructuring applications exhibit (0.9).
             J. Logan                                                       3.50 hrs.

09/07/11     Review draft fees waiver request (0.9); review exhibits and edit
             same (0.8); review submitted fees documents (1.2); prepare
             correspondence to client re same (0.3); edit draft comprehensive
             exhibit for restructuring applications (1.2); advise client of Form
             159E discrepancy (0.2); research regarding cancellation of CARS
             licenses (1.3); telephone call with FCC staff regarding same (0.2);
             prepare correspondence to client regarding result of research (0.6);
             prepare draft notice of cancellation of license for CARS  license call
             signs WLY387 and WLY388 (0.3); prepare draft request to
             withdraw pending assignment of license applications for CARs
             licenses WLY387 and WLY388 (0.2).
             L. McCarty (Practice Group Professional)          6.00 hrs.

09/07/11     Review and revise fee deferral and waiver request and additional fee
             filing.
             M. Swanson                                                     2.10 hrs.

09/08/11     Review revised FCC exhibits (0.9); review bankruptcy docket for
             timing issues (0.7); correspondence with Sidley re same (0.7).
             C. Burrow                                                      2.30 hrs.

09/08/11     Review option of modifying/supplying application updates re rule
             waivers and revisions to applications (0.5); review and revise
             changes to comprehensive exhibits (0.4).
             J. Feore                                                       0.90 hrs.

09/08/11     Revise comprehensive exhibit for exit applications per Sidley
             comments (1.3); revise exhibits to restructuring applications per
             Sidley comments (1.2); telephone conference with K. Kensinger
             (FCC International Bureau) re accommodation of earth station
             restructuring applications in International Bureau electronic filing
             system (0.6); review issues re CARS license status and recent
             company filings (0.4); review timing issues in application and
             amendment filings (0.6).
             J. Logan                                                       4.10 hrs.

09/08/11     Review draft waiver request (0.8); further edit Exhibit C (0.4);
             revisions to draft letter to FCC requesting cancellation of CARs
             licenses WLY387 and WLY388 (0.2).

Tribune Company                                    Invoice 546868

|  |  |  |
|---|---|---|
|  | L. McCarty (Practice Group Professional) | 1.40 hrs. |
| 09/08/11 | File CARS cancellation letter (0.1); review and revise regulatory fee filings (0.5); email same to J. Roberts (0.1). | |
|  | M. Swanson | 0.70 hrs. |
| 09/09/11 | Correspondence with Sidley re FCC timing issues (0.6); review FCC timeline (0.4). | |
|  | C. Burrow | 1.00 hrs. |
| 09/09/11 | Telephone conference with FCC staff re timing of application amendments (0.1); review updated timeline re FCC's concerns (0.6); review proposals for updated information on cross-owned markets (0.8). | |
|  | J. Feore | 1.50 hrs. |
| 09/09/11 | Revise restructuring application exhibits to add information on non-broadcast licenses (1.7); revise draft post-confirmation exhibits to exit applications (2.1); revise draft timeline for FCC-related matters post-confirmation order (0.4); review timing issues for application update (0.4); review and revise chart/exhibit on satellite applications for FCC International Bureau (0.8). | |
|  | J. Logan | 5.40 hrs. |
| 09/09/11 | Review and edit revised draft comprehensive exhibit (1.1); prepare list of earth station assignment file numbers (2.6); further edits to regulatory fee exhibits for regulatory fee waiver (0.9). | |
|  | L. McCarty (Practice Group Professional) | 4.60 hrs. |
| 09/09/11 | Review re preparation of regulatory fee filings. | |
|  | M. Swanson | 0.10 hrs. |
| 09/10/11 | Work on revisions to cross-ownership waiver showings and amendments to pending FCC requests (0.8); research re possibility of streamlining waiver requests and focus on quadrennial ownership review (0.7). | |
|  | J. Feore | 1.50 hrs. |
| 09/12/11 | Review revisions to proposed letter re Third Circuit newspaper/broadcast cross-ownership decision (0.4); correspondence with Sidley re same (0.2). | |
|  | C. Burrow | 0.60 hrs. |
| 09/12/11 | Review revised court letter re cross-ownership (0.3); telephone conference with counsel for JP Morgan re filing with court (0.2); work on final changes to exhibits for pro forma applications (0.4). | |
|  | J. Feore | 0.90 hrs. |
| 09/12/11 | Complete satellite authorization chart for FCC-IB re restructuring application issues (0.8); correspondence with K. Kensinger (FCC) regarding information on satellite applications requested by FCC staff (0.7); correspondence with J. Boelter and R. Flagg regarding Aurelius revised draft of letter regarding Third Circuit decision | |

October 25, 2011                                                              Page 5

Tribune Company                                                    Invoice 546868

(0.4); review and analysis of Aurelius response regarding Third Circuit decision (0.7); implement corrections to draft exhibits for post-confirmation order amendments and pro forma applications (0.9).

J. Logan                                         3.50 hrs.

09/12/11    Finalize and submit regulatory fee payment (0.8); finalize and submit fee waiver request (0.8).

L. McCarty (Practice Group Professional)         1.60 hrs.

09/13/11    Review draft letters to court re Third Circuit decisions and impact on waivers (0.3); work on additional changes to comprehensive exhibits for FCC applications (1.1).

J. Feore                                         1.40 hrs.

09/13/11    Correspondence with J. Bayes and JP Morgan FCC counsel regarding response to Aurelius counsel on letter to court regarding Third Circuit NBCO decision (0.3); correspondence with R. Flagg regarding Aurelius proposed joint letter to court on Third Circuit decision (0.3); correspondence with J. Bayes and JP Morgan FCC counsel regarding filing (0.4).

J. Logan                                         1.00 hrs.

09/14/11    Research re waiver standards for new cross-ownership and timing issues (0.8); conference with JP Morgan counsel re letter to court (0.2); work on application and waiver updates and review court order re timing (0.6).

J. Feore                                         1.60 hrs.

09/14/11    Correspondence with J. Boelter (Sidley) regarding status of hearing on motion to correct transcript (0.4); review bankruptcy court notice on motion for hearing on transcript issues (0.4).

J. Logan                                         0.80 hrs.

09/14/11    Review Los Angeles market response to cross-ownership update questionnaire (0.6); telephone conference with J. Moczulski and E. Washburn re same (1.0).

M. Swanson                                       1.60 hrs.

09/15/11    Correspondence with Sidley re FCC timing issues.

C. Burrow                                        0.30 hrs.

09/15/11    Review court filings re cross-ownership (0.4); update re draft letter and timing on plan review (0.4); revise drafts of pro forma application exhibits and review for consistency with court filings (1.0).

J. Feore                                         1.80 hrs.

09/15/11    Review correspondence from JP Morgan FCC counsel regarding proposed revisions to response to Aurelius FCC counsel regarding joint letter to bankruptcy court on Third Circuit media ownership decision (0.3); correspondence with R. Flagg and J. Boelter (Sidley) regarding JP Morgan draft of responsive draft to Aurelius re Third

Tribune Company

|  |  |  |
|---|---|---|
|  | Circuit decision (0.2). |  |
|  | J. Logan | 0.50 hrs. |
| 09/16/11 | Research re media ownership issues in Los Angeles market and impact of new media on cross-ownership waivers (1.2); review issues re station coverage, Note 25 and FCC rulings (0.8). |  |
|  | J. Feore | 2.00 hrs. |
| 09/16/11 | Research regarding KTLA coverage issues and newspaper/broadcast cross-ownership rule (1.3); telephone conference with J. Liberman regarding foreign ownership developments (0.4). |  |
|  | J. Logan | 1.70 hrs. |
| 09/17/11 | Research re possible media additions and impact on cross-ownership rules and waivers (0.6); review possible FCC issues and impact of rulemaking (0.4). |  |
|  | J. Feore | 1.00 hrs. |
| 09/17/11 | Review update for Los Angeles market cross-ownership material. |  |
|  | M. Swanson | 0.40 hrs. |
| 09/19/11 | Prepare correspondence regarding impact of IP-Video rulemaking on TMS. |  |
|  | D. Teslik | 0.50 hrs. |
| 09/19/11 | Telephone conference with D. Wiley re FCC and court issues on applications, timing and filings (0.4); review compliance exhibits as revised (0.4); research re possible new media and impact on rules and waivers (0.8). |  |
|  | J. Feore | 1.60 hrs. |
| 09/19/11 | Review revised draft of Third Circuit update letter from E. Reed (JP Morgan counsel) (0.4); prepare correspondence to credit co-proponents re revised Third Circuit update letter (0.3); revise draft amendment to exit application and to draft restructuring application (1.8); prepare correspondence to L. Washburn (Tribune) re revised amendment to exit applications and restructuring application (0.4). |  |
|  | J. Logan | 2.90 hrs. |
| 09/19/11 | Review and edit draft comprehensive exhibits for exit applications. |  |
|  | L. McCarty (Practice Group Professional) | 1.10 hrs. |
| 09/20/11 | Telephone conference with D. Kazan, D. Eldersveld and L. Washburn re issues raised by additional media and waiver showings at FCC (0.6); telephone conference with J. Stenger (counsel for creditors committee) re Third Circuit order and letter filing (0.5); telephone conference with S. Sheehan re FCC application preparation (0.2); review drafts of pro forma applications (0.8). |  |
|  | J. Feore | 2.10 hrs. |
| 09/20/11 | Review issues re KTLA contour and FCC records on Grade A contour reach under analog operation. |  |
|  | J. Logan | 0.40 hrs. |

October 25, 2011                                                                      Page 7

Tribune Company                                                                Invoice 546868

| | | |
|---|---|---|
| 09/21/11 | Review and analysis of continuing viability of waivers granted to Tribune television and radio properties in 2007 waiver order regarding updates to applications to assign broadcast licenses in bankruptcy. | |
| | J. Rademacher | 0.30 hrs. |
| 09/21/11 | Review comments from Creditors Committee counsel re letter to court re Third Circuit decision (0.3); work on updates for FCC and courts and issues for FCC amendments (0.5). | |
| | J. Feore | 0.80 hrs. |
| 09/21/11 | Prepare correspondence to client regarding 2011 regulatory fee payment receipt. | |
| | L. McCarty (Practice Group Professional) | 0.10 hrs. |
| 09/21/11 | Analyze Q&A market update responses in light of April 2010 waiver requests and petition to deny defenses (3.4); email client re follow-up on IP-Video closed captioning rulemaking (0.1). | |
| | M. Swanson | 3.50 hrs. |
| 09/22/11 | Research regarding trends in advertising revenues for television stations since March 2010 for updates to applications to assign broadcast licenses in bankruptcy. | |
| | J. Rademacher | 1.30 hrs. |
| 09/22/11 | Telephone conference with J. Stenger re filing letter with court re ownership and issues raised (0.3); review revised draft and question of court filing (0.6). | |
| | J. Feore | 0.90 hrs. |
| 09/22/11 | Review re status of cross-ownership factual responses (0.3); research re advertising data for same (0.2). | |
| | M. Swanson | 0.50 hrs. |
| 09/23/11 | Telephone conference with E. Washburn and A. Quigly regarding recent developments at WGN(AM) for updates to applications to assign broadcast license in bankruptcy (1.0); research regarding collaborative story on pension fraud by WGN-TV and the Chicago Tribune for same (0.2). | |
| | J. Rademacher | 1.20 hrs. |
| 09/23/11 | Research re newspaper/broadcast cross-ownership waiver issues for new media and impact of pending applications (0.8); telephone conference with Media Bureau re supplemental filings (0.3). | |
| | J. Feore | 1.10 hrs. |
| 09/23/11 | Review factual responses from Chicago Tribune and WGN-TV (0.2); prepare for and telephone conference with E. Washburn and A. Quigley re WGN(AM) responses (1.1); telephone conference with E. Washburn re WPIX-TV status (0.1); review re Chicago reporting on pension issue (0.1). | |
| | M. Swanson | 1.50 hrs. |

October 25, 2011                                          Page 8

Tribune Company                                          Invoice 546868

| 09/24/11 | Research re legal issues and impact of court ruling and FCC action on pending applications on existing newspaper/broadcast cross-ownership waivers. | |
| | J. Feore | 0.80 hrs. |
| 09/26/11 | Review revisions to letter to court re Third Circuit decision (0.2); review draft motion to court re foreign ownership certifications and impact on FCC applications (0.6); research re impact of FCC applications on existing cross-ownership waivers (0.4). | |
| | J. Feore | 1.20 hrs. |
| 09/26/11 | Review revised letter to bankruptcy court re Third Circuit media ownership decision with comments from FCC counsel to unsecured creditors (0.4); review initial draft of procedural motion for survey procedures for foreign ownership assessment (0.4). | |
| | J. Logan | 0.80 hrs. |
| 09/26/11 | Review WPIX programming and email exchange with E. Washburn re same. | |
| | M. Swanson | 0.10 hrs. |
| 09/27/11 | Review draft court motion re ownership certification (0.3); revise letter to court re Third Circuit decision (0.3); conference with S. Sheehan re timing and FCC procedures (0.3). | |
| | J. Feore | 0.90 hrs. |
| 09/27/11 | Review revised timeline from J. Boelter (Sidley) re schedule trigger events for anticipated FCC action. | |
| | J. Logan | 0.40 hrs. |
| 09/28/11 | Research regarding Tribune compliance with conditions placed on waivers of newspaper/broadcast cross-ownership rule regarding applications to transfer FCC licenses in bankruptcy (1.3); telephone conference with M. Schneider (former Tribune counsel) regarding same (0.3) | |
| | J. Rademacher | 1.60 hrs. |
| 09/28/11 | Telephone conference with counsel for JP Morgan re draft court letter (0.3); review possible changes in waiver showings, analysis of existing waivers and effect of pending applications (0.8); work on revisions to timeline for FCC actions (0.4). | |
| | J. Feore | 1.50 hrs. |
| 09/28/11 | Telephone call from D. Roberts (FCC) re anticipated filing of FCC ex parte notice re Hartford newspaper/broadcast cross-ownership issues (0.4); review FCC conditions relating to Hartford cross-interest from 2007 FCC order (0.7). | |
| | J. Logan | 1.10 hrs. |
| 09/28/11 | Review re Hartford market answers and conditions to November 30, 2007 FCC decision in light of possible ex parte report (0.6); telephone conference with E. Washburn re same (0.2). | |

October 25, 2011                                                                Page 9

Tribune Company                                                          Invoice 546868

|  |  |  |
|---|---|---|
| | M. Swanson | 0.80 hrs. |

| 09/29/11 | Review and analysis of issues regarding N. Ellis (Hartford newspaper market competitor) filing against Tribune FCC applications regarding applications to assign broadcast licenses in bankruptcy. | |
| | J. Rademacher | 0.40 hrs. |

| 09/29/11 | Review Journal filing and notice to company re FCC issues (0.4); research re FCC order on transfer and stations' waivers (0.3). | |
| | J. Feore | 0.70 hrs. |

| 09/29/11 | Review ex parte filing from Ellis/Journal re opposition to NBCO waiver in Hartford. | |
| | J. Logan | 0.50 hrs. |

| 09/30/11 | Review foreign certification motion and research timing issues for court certifications and FCC application amendments (1.2); conference with S. Sheehan re Hartford filing with FCC and competitive issues (0.3). | |
| | J. Feore | 1.50 hrs. |

### BILLING SUMMARY

| | Hours |
|---|---|
| BURROW | 6.10 |
| FEORE | 31.50 |
| LOGAN | 34.30 |
| SWANSON | 11.80 |
| RADEMACHER | 4.80 |
| TESLIK | 0.50 |
| MCCARTY | 25.00 |
| TOTAL | 114.00 |

Fees for Professional Services ............................................................. $    65,445.00

| | | | |
|---|---|---|---|
| | COURIER SERVICE | $ | 58.71 |
| | REPRODUCTION | $ | 92.60 |
| | TELEPHONE | $ | 15.48 |
| 09/20/11 | VENDOR: DL Petty Cash; INVOICE#: PCHHW092011; DATE: 9/20/2011 - H. Wendel- Transportation | $ | 10.00 |
| 09/22/11 | EXP#ERJRF081111 J. Feore- Meeting with FCC re Tribune issues. | $ | 139.49 |

Total Reimbursable Costs ............................................................. $        316.28

Total Current Billing for This File.................................................. $    65,761.28

October 25, 2011                                      Page 10

Tribune Company                                       Invoice 546868

Our File # 08656.0101          For Services Through September 30, 2011
Retention and Fee Applications

| | | |
|---|---|---|
| 09/02/11 | Preparation of 26th monthly fee application. | |
| | C. Meazell | 0.70 hrs. |
| 09/06/11 | Finalize 26th monthly fee application (1.6); correspondence with Delaware counsel regarding same (0.3); preparation of 27th monthly fee application (0.6). | |
| | C. Meazell | 2.50 hrs. |
| 09/07/11 | Preparation of 27th monthly fee application. | |
| | C. Meazell | 1.10 hrs. |
| 09/09/11 | Preparation of correspondence to fee examiner counsel regarding 26th monthly fee application. | |
| | C. Meazell | 0.30 hrs. |
| 09/12/11 | Preparation of 27th monthly fee application. | |
| | C. Meazell | 0.30 hrs. |
| 09/13/11 | Preparation of 27th monthly fee application. | |
| | C. Meazell | 0.30 hrs. |
| 09/19/11 | Research regarding retention issues. | |
| | C. Meazell | 0.60 hrs. |
| 09/29/11 | Finalize 27th monthly fee application (1.3); correspondence with Delaware counsel re same (0.3); preparation of 9th interim fee application (2.6). | |
| | C. Meazell | 4.20 hrs. |

BILLING SUMMARY

| | Hours |
|---|---|
| MEAZELL | 10.00 |
| TOTAL | 10.00 |

Fees for Professional Services ................................................. $    4,500.00
Total Current Billing for This File............................................. $    4,500.00

Our File # 08656.0104          For Services Through September 30, 2011

October 25, 2011                                                          Page 11

Tribune Company                                                          Invoice 546868
Broadcast Contracts

| | | |
|---|---|---|
| 09/01/11 | Analyze Fidelity revisions to retransmission consent and distribution agreements (0.2); telephone conference with K. Mullane re same (0.3); prepare outline for conference call of general managers re retransmission consent election and negotiation procedures (0.5).<br>K. Latek | 1.00 hrs. |
| 09/06/11 | Telephone call with E. Mockus regarding retransmission election letters.<br>D. Teslik | 0.30 hrs. |
| 09/06/11 | Review comments on retransmission and distribution agreements from WOW, Suddenlink, New Wave and Northland Cable (1.2); telephone conference with K. Connor and P. Van De Walle re same (1.3).<br>K. Latek | 2.50 hrs. |
| 09/07/11 | Telephone call with E. Mockus regarding election letters.<br>D. Teslik | 0.20 hrs. |
| 09/07/11 | Analyze counter proposal by Atlantic Broadband.<br>R. Folliard III | 0.30 hrs. |
| 09/08/11 | Revise WOW distribution and retransmission consent agreements (0.9); revise Suddenlink retransmission consent agreements (0.7).<br>K. Latek | 1.60 hrs. |
| 09/08/11 | Telephone call with K. Connor re retransmission and WGN agreements with Atlantic Broadband.<br>R. Folliard III | 0.30 hrs. |
| 09/12/11 | Telephone call with E. Mockus regarding retransmission consent election letters.<br>D. Teslik | 0.20 hrs. |
| 09/13/11 | Telephone call with E. Mockus regarding  consent election letters; research regarding same.<br>D. Teslik | 0.40 hrs. |
| 09/14/11 | Reply to K. Connor inquiry re retransmission election for satellite station (0.2); telephone conference with K. Connor re retransmission elections and strategy (0.5).<br>K. Latek | 0.70 hrs. |
| 09/19/11 | Telephone conference with client re comments on agreements from WOW, Command and Suddenlink (1.4); revise agreements with WOW and Suddenlink (0.6).<br>K. Latek | 2.00 hrs. |
| 09/20/11 | Telephone call with E. Mockus regarding retransmission consent issues. | |

October 25, 2011                                    Page 12

Tribune Company                                                    Invoice 546868
                    D. Teslik                          0.20 hrs.

09/21/11            Review and comment on deal points from Atlantic Broadband.
                    K. Latek                           0.30 hrs.

09/23/11            Review and negotiate distribution agreement with cable overbuilder
                    WOW.
                    K. Latek                           1.00 hrs.

09/26/11            Prepare letter extending term of WGNA agreements.
                    D. Teslik                          0.60 hrs.

09/26/11            Telephone conference with K. Connor re various distribution and
                    retransmission negotiations.
                    K. Latek                           0.40 hrs.

09/27/11            Revise letter extending CVC/WGNA affiliation.
                    D. Teslik                          0.30 hrs.

09/27/11            Telephone conference with K. Connor re retransmission for outside
                    DMA systems (0.2); prepare for and negotiate WOW distribution
                    and retransmission agreements with client and cable operator
                    counsel (1.3);  exchange correspondence with client re WOW
                    negotiations (0.3).
                    K. Latek                           1.80 hrs.

09/30/11            Review proposed WGN agreement for Knology (0.2); conference
                    call with K. Connor re WGN agreement with Knology (0.4);
                    conference call with Knology re WGN distribution agreement (0.8).
                    R. Folliard III                    1.40 hrs.

### BILLING SUMMARY
                                     Hours
            LATEK                    11.30
            FOLLIARD III             2.00
            TESLIK                   2.20
            TOTAL                    15.50

Fees for Professional Services ....................................................... $        8,246.00

        TELEPHONE                                $        27.60

Total Reimbursable Costs ............................................................... $          27.60
Total Current Billing for This File................................................. $        8,273.60

October 25, 2011                                    Page 13

Tribune Company                                                    Invoice 546868
Our File # 08656.0104:001        For Services Through September 30, 2011
Fox and Network Agreements

| 09/01/11 | Work on options re Fox network and affiliation negotiations. | |
| | J. Feore | 0.50 hrs. |
| 09/06/11 | Analysis re possible deals between Tribune and Fox. | |
| | D. Wittenstein | 0.70 hrs. |
| 09/06/11 | Research re possible Fox cooperative efforts re programming or distribution and issues re affiliates. | |
| | J. Feore | 0.50 hrs. |
| 09/06/11 | Review list of ideas for Fox-Tribune opportunities. | |
| | S. Underwald | 0.50 hrs. |
| 09/07/11 | Work on Fox proposals and options re cooperative efforts and possible joint ventures. | |
| | J. Feore | 0.50 hrs. |
| 09/07/11 | Prepare memorandum outlining legal and business issues in Fox affiliation and related agreements. | |
| | K. Latek | 3.90 hrs. |
| 09/12/11 | Review proposals re cooperative ventures with Fox and issues re possible TV sales or swaps. | |
| | J. Feore | 0.60 hrs. |
| 09/13/11 | Meeting with N. Larsen re Fox negotiations and meetings with Fox. | |
| | K. Latek | 0.40 hrs. |
| 09/17/11 | Review Fox options, strategies and possible affiliation changes. | |
| | J. Feore | 0.80 hrs. |
| 09/19/11 | Telephone conference with N. Larsen, D. Eldersveld, G. Mazzaferri and C. Sennett re Fox affiliation issues and business opportunities (1.5); review station sale/swap issues (0.4). | |
| | J. Feore | 1.90 hrs. |
| 09/19/11 | Telephone conference with client re Fox opportunities and affiliation renewals. | |
| | K. Latek | 1.50 hrs. |
| 09/21/11 | Review and comment on revised nondisclosure agreement with Fox. | |
| | K. Latek | 0.30 hrs. |
| 09/24/11 | Review affiliation provisions re possible changes, questions and options for Fox. | |
| | J. Feore | 0.70 hrs. |
| 09/25/11 | Review and revise draft affiliation agreement and fee side letter between Fox and Tribune. | |

October 25, 2011                                      Page 14

Tribune Company                                      Invoice 546868

|  |  |  |
|---|---|---|
|  | K. Latek | 3.90 hrs. |
| 09/26/11 | Review Fox affiliation markup (0.2); review and revise Fox drafts (0.3). | |
|  | J. Feore | 0.50 hrs. |
| 09/26/11 | Review and respond to client comments on Fox affiliation proposal. | |
|  | K. Latek | 0.70 hrs. |
| 09/27/11 | Review proposed changes to Fox affiliation and side letter agreements. | |
|  | J. Feore | 0.50 hrs. |
| 09/27/11 | Finalize markup of Fox affiliation agreement and fee side letter. | |
|  | K. Latek | 3.30 hrs. |

BILLING SUMMARY

|  | Hours |
|---|---|
| FEORE | 6.50 |
| LATEK | 14.00 |
| UNDERWALD | 0.50 |
| WITTENSTEIN | 0.70 |
| TOTAL | 21.70 |

Fees for Professional Services ........................................................... $    13,960.00
Total Current Billing for This File.................................................... $    13,960.00

Total Current Billing for This Invoice............................................. $    92,494.88

# ☿ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

T  202.776.2000  F  202.776.2222

## DUE UPON RECEIPT

**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**

October 25, 2011

Tribune Company
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Invoice 546868

Our File # 08656.0100          For Services Through September 30, 2011
FCC/Broadcast Matters
    Total Current Billing for This Invoice ........................................................... $        65,761.28

Our File # 08656.0101          For Services Through September 30, 2011
Retention and Fee Applications
    Total Current Billing for This Invoice ........................................................... $         4,500.00

Our File # 08656.0104          For Services Through September 30, 2011
Broadcast Contracts
    Total Current Billing for This Invoice ........................................................... $         8,273.60

Our File # 08656.0104:001          For Services Through September 30, 2011
Fox and Network Agreements
    Total Current Billing for This Invoice ........................................................... $        13,960.00

    Total Current Billing for This Invoice ........................................................... $        92,494.88

# EXHIBIT C

# Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## SEPTEMBER 1 - SEPTEMBER 30, 2011

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 92.60 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 37.69 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 10.00 |
| Lexis Research Service | Lexis | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 139.49 |
| Messenger Services | Lasership - FCC | 21.02 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 0.00 |
| Search Services | Pacer | 0.00 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Conferencing Services | Soundpath | 0.00 |
| Telephone Tolls | | 43.08 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |
| **Total** | | **343.88** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2) Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.