# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

September 1, 2011 through and including September 30, 2011

| Project Code | Description | Hour | Amount |
|---|---|---|---|
| 5735.00004 | Current Financials | 116.6 | 67,320.00 |
| 5735.00007 | Employee Issues | 90.5 | 54,630.50 |
| 5735.00015 | UCC Meetings | 7.8 | 4,927.00 |
| 5735.00017 | Billing and Retention | 6.2 | 3,755.50 |
| | | **221.1** | **$130,633.00** |

Re: Current Financials
Client/Matter #   005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/01/11 | ANL | Reviewed weekly revenue flash reports, cash reports and industry news. | 1.80 |
| 09/01/11 | ANL | Prepared weekly status update. | 1.60 |
| 09/01/11 | ANL | Reviewed 13 week cash flow forecast. | 0.60 |
| 09/02/11 | ANL | Reviewed weekly revenue flash reports and cash reports. | 0.70 |
| 09/02/11 | ANL | Prepared weekly status update. | 2.30 |
| 09/02/11 | BH | Review and analyze the weekly financial results and revise a report to the UCC on same. | 2.50 |
| 09/06/11 | ANL | Reviewed August 2011 management operating report. | 2.50 |
| 09/06/11 | ANL | Reviewed August publishing results. | 1.30 |
| 09/07/11 | ANL | Reviewed August 2011 management operating report. | 2.30 |
| 09/07/11 | BH | Review and analyze weekly financial results and compare to Plan and revise report to UCC on same. | 2.40 |
| 09/08/11 | ANL | Reviewed cash flow reports and revenue reports. | 2.10 |
| 09/08/11 | ANL | Prepared weekly status update. | 2.50 |
| 09/08/11 | ANL | Reviewed 2011 print advertising forecasts. | 1.80 |
| 09/08/11 | ANL | Reviewed August 2011 management operating report. | 2.20 |
| 09/12/11 | BH | Review newspaper industry research. | 0.50 |
| 09/13/11 | ANL | Reviewed weekly revenue flash, industry news and cash reports. | 1.20 |
| 09/14/11 | BH | Review and analyze weekly financial results compared to Plan and revise report to UCC on same. | 2.60 |
| 09/14/11 | BH | Review and analyze latest industry reports on print advertising as developed by UBS and JP Morgan and compare to Tribune trends. | 1.70 |
| 09/14/11 | ANL | Prepared summary of industry and Tribune news. | 1.10 |
| 09/14/11 | ANL | Prepared weekly status update. | 2.50 |
| 09/14/11 | ANL | Reviewed JPM and UBS newspaper industry forecasts. | 3.10 |
| 09/14/11 | ANL | Reviewed monthly operating reports. | 2.10 |
| 09/15/11 | ANL | Prepared weekly status update. | 1.70 |
| 09/15/11 | ANL | Reviewed weekly revenue flash reports. | 1.10 |
| 09/16/11 | ANL | Prepared weekly status update. | 2.30 |
| 09/16/11 | ANL | Reviewed weekly revenue flash reports and weekly cash reports. | 1.80 |
| 09/16/11 | BH | Review and analyze the monthly results of August compared to Plan. | 1.50 |
| 09/19/11 | BH | Participate in call hosted by Tribune advisors on August monthly results. | 0.50 |

Re: Current Financials
Client/Matter #   005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/19/11 | BH | Review notes summarizing the financial advisory call hosted by Tribune advisors on the items impacting August actual results. | 0.60 |
| 09/19/11 | MPM | Reviewed weekly report to UCC. | 0.50 |
| 09/19/11 | MPM | Reviewed August monthly and YTD results | 0.80 |
| 09/19/11 | ANL | Participated in monthly Tribune call on August results. | 0.70 |
| 09/19/11 | ANL | Reviewed August 2011 results for publishing. | 1.20 |
| 09/19/11 | ANL | Reviewed August 2011 results for broadcasting. | 1.30 |
| 09/19/11 | ANL | Prepared weekly status update for UCC. | 2.20 |
| 09/19/11 | ANL | Reviewed weekly revenue flash reports and weekly cash reports. | 1.60 |
| 09/20/11 | ANL | Analyzed trailing 6 months of publishing results as of August 2011. | 0.70 |
| 09/20/11 | ANL | Analyzed historical TV pacing results. | 1.20 |
| 09/20/11 | ANL | Prepared charts for publishing and broadcasting results. | 1.80 |
| 09/20/11 | ANL | Prepared weekly status update for UCC. | 2.20 |
| 09/21/11 | ANL | Reviewed weekly results. | 1.20 |
| 09/21/11 | ANL | Prepared weekly status update for UCC. | 1.70 |
| 09/22/11 | ANL | Reviewed weekly results. | 1.60 |
| 09/22/11 | ANL | Prepared weekly status update for UCC. | 1.30 |
| 09/23/11 | ANL | Reviewed revenue flash reports and weekly cash results. | 1.60 |
| 09/23/11 | ANL | Reviewed year to date publishing and broadcasting results. | 1.50 |
| 09/23/11 | ANL | Prepared weekly status update for UCC. | 1.80 |
| 09/26/11 | BH | Review and analyze weekly financial results compared to Plan and revise report to UCC on same. | 2.50 |
| 09/26/11 | ANL | Reviewed TV pacing reports. | 1.10 |
| 09/26/11 | ANL | Reviewed publishing ad revenue flash reports and weekly cash results. | 1.70 |
| 09/26/11 | ANL | Prepared weekly for UCC. | 2.10 |
| 09/26/11 | ANL | Reviewed August 2011 management operating report. | 1.80 |
| 09/27/11 | ANL | Prepared summary of Debtor and total cash balance since petition date. | 2.50 |
| 09/27/11 | ANL | Reviewed data on Cubs proceeds. | 0.50 |
| 09/27/11 | ANL | Reviewed historical Tribune bond holder data since December 2008. | 1.60 |
| 09/27/11 | ANL | Prepared summary of weekly cash balance. | 2.20 |
| 09/27/11 | BH | Review current cash levels compared with Plan and prior year results. | 1.50 |
| 09/27/11 | BH | Review current and historic MOR reports for cash balances | 1.80 |

Re: Current Financials
Client/Matter #   005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | compared to weekly update information provided by Debtors. | |
| 09/28/11 | BH | Draft schedule of cash balances during case in comparison to actual current cash and most recent projections. | 1.20 |
| 09/28/11 | ANL | Reviewed monthly operating reports. | 2.50 |
| 09/28/11 | ANL | Reviewed Moelis media update. | 0.50 |
| 09/28/11 | ANL | Prepared summary of weekly cash balance. | 1.60 |
| 09/28/11 | ANL | Reviewed August publishing and broadcasting results. | 2.20 |
| 09/29/11 | ANL | Reviewed C&P memo on Hartford Courant employee settlement and exhibits. | 0.60 |
| 09/29/11 | ANL | Reviewed monthly operating reports. | 2.10 |
| 09/29/11 | ANL | Reviewed August publishing and broadcasting results. | 1.50 |
| 09/29/11 | ANL | Reviewed UCC meeting minutes and supplement. | 1.30 |
| 09/29/11 | ANL | Reviewed omnibus claims objection memo. | 1.60 |
| 09/30/11 | ANL | Reviewed claims memo and proofs of claims. | 2.10 |
| 09/30/11 | ANL | Reviewed August and September 2011 publishing and broadcasting results. | 1.50 |
| 09/30/11 | ANL | Prepared summary of weekly cash balance. | 1.20 |
| 09/30/11 | ANL | Prepared weekly status update. | 1.60 |
| | | **Total Hours** | **116.60** |

Re: Current Financials
Client/Matter #   005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Michael P Murphy | 1.30 | 855.00 | 1,111.50 |
| Albert Leung | 96.00 | 560.00 | 53,760.00 |
| Brad Hall | 19.30 | 645.00 | 12,448.50 |
| **Total Hours & Fees** | **116.60** | | **67,320.00** |

Re:                    Employee Issues
Client/Matter #        005735.00007

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/01/11 | BH | Review report issued by Los Angeles Times on the MIP motion filed and notify Chadbourne of errors in the report. | 0.80 |
| 09/01/11 | ANL | Reviewed 2011 MIP motion and exhibits. | 1.80 |
| 09/02/11 | ANL | Reviewed Mercer reports. | 1.50 |
| 09/02/11 | ANL | Reviewed 2011 MIP motion and exhibits. | 1.10 |
| 09/02/11 | ANL | Reviewed 2011 MIP employee details. | 1.60 |
| 09/06/11 | ANL | Reviewed information regarding Tribune new hire B. Cook. | 1.20 |
| 09/06/11 | ANL | Participated on conference call with A&M re B. Cook and other issues. | 0.70 |
| 09/06/11 | BH | Call with Tribune advisors over planned hiring of Bob Cook. | 0.50 |
| 09/06/11 | BH | Review and analysis of Naomi Sachs job responsibilities relative to proposed terms of severance. | 1.60 |
| 09/06/11 | BH | Review and analyze the cost of Broadcasting staffing on strategic issues and compare to proposed retention of Bob Cook as a consultant and draft memo to Chadbourne on same. | 1.80 |
| 09/06/11 | BH | Review and analyze the press release related to hiring of Bob Cook and confirm accuracy of Tribune representations. | 0.40 |
| 09/07/11 | BH | Revise materials to be posted to Committee on hiring of Bob Cook. | 0.50 |
| 09/07/11 | BH | Review and analyze materials received from Tribune advisors on the duties and responsibilities of Naomi Sachs during the past 12 months. | 0.80 |
| 09/07/11 | ANL | Prepared weekly status update. | 2.10 |
| 09/07/11 | ANL | Reviewed information regarding N. Sachs. | 1.80 |
| 09/07/11 | ANL | Reviewed 2011 MIP detail information. | 1.90 |
| 09/09/11 | BH | Review and analyze the motion to dismiss certain insider preference actions below a threshold level. | 0.90 |
| 09/13/11 | ANL | Reviewed Mercer reports. | 1.80 |
| 09/13/11 | ANL | Reviewed historical MIP data from 1997 to 2009. | 3.20 |
| 09/14/11 | BH | Draft and send follow-up memo to Chadbourne on our review of terms of separation regarding Naomi Sachs. | 0.70 |
| 09/14/11 | ANL | Reviewed Bob Cook information and press release. | 1.30 |
| 09/15/11 | ANL | Reviewed Mercer reports. | 2.20 |
| 09/15/11 | ANL | Reviewed historical MIP data from 1997 to 2009. | 2.80 |
| 09/15/11 | BH | Review and analyze additional information requested by Committee on historical MIP calculations. | 1.00 |
| 09/15/11 | BH | Draft and send memo to Chadbourne on follow-up issues pertaining to severance agreement with Naomi Sachs. | 0.80 |
| 09/16/11 | BH | Review and analyze 10-year history of MIP payments | 3.90 |

Re:                        Employee Issues
Client/Matter #            005735.00007

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | authorized and made and develop schedule to summarize data to Committee. | |
| 09/16/11 | BH | Call with Tribune advisors to discuss additional information request on history of MIP payments made during prior 10-years. | 0.60 |
| 09/16/11 | BH | Draft report to UCC on the impact of 10-year historic review of MIP payments related to 2011 MIP proposal. | 3.10 |
| 09/16/11 | BH | Review and analyze information request as provided by Chadbourne for future presentation to Committee on 2011 MIP proposal. | 0.40 |
| 09/16/11 | ANL | Reviewed historical MIP data from 1997 to 2009. | 2.20 |
| 09/16/11 | AH | Review request of UCC member re: MIP and correspond w/ AlixPartners team re: same | 0.50 |
| 09/19/11 | BH | Draft presentation to Committee pertaining to 10-year historical look-back at MIP program in comparison to 2011 MIP motion as filed by Debtor. | 3.20 |
| 09/20/11 | BH | Call with Chadbourne on the additional information request of Committee members pertaining to the 2011 MIP. | 0.30 |
| 09/20/11 | BH | Send memo to Tribune advisors with questions on 10- year MIP information recently made available. | 0.70 |
| 09/20/11 | BH | Draft presentation to Committee on additional information pertaining to 2011 MIP. | 2.40 |
| 09/20/11 | BH | Follow-up with Chadbourne on receipt of any objections to proposed handling of Naomi Sachs separation agreement. | 0.40 |
| 09/20/11 | ANL | Reviewed N. Sachs separation agreement. | 0.60 |
| 09/20/11 | ANL | Reviewed 2011 Motion and exhibits. | 1.80 |
| 09/20/11 | ANL | Prepared 2011 MIP update presentation to UCC. | 2.30 |
| 09/20/11 | MPM | Reviewed 2011 MIP presentation to UCC. | 1.50 |
| 09/20/11 | MPM | Reviewed Mercer report and 2011 MIP proposal. | 1.20 |
| 09/21/11 | AH | Review and make changes to MIP report, including calls w/ A. Leung and B. Hall | 1.00 |
| 09/21/11 | ANL | Reviewed Mercer presentations. | 1.30 |
| 09/21/11 | ANL | Reviewed 2011 MIP motion. | 1.50 |
| 09/21/11 | ANL | Reviewed Chadbourne memo on N. Sachs and D&B. | 0.50 |
| 09/21/11 | ANL | Reviewed Tribune MIP 10 year historical statistics. | 1.70 |
| 09/21/11 | ANL | Prepared 2011 MIP update presentation to UCC. | 3.60 |
| 09/21/11 | BH | Review and revise presentation to Committee on the results of examination of additional historic information pertaining to the MIP program and 2011 MIP proposal in Debtors motion. | 3.60 |
| 09/22/11 | BH | Preparation of presentation to UCC on further analysis of | 1.50 |

Re:     Employee Issues
Client/Matter #   005735.00007

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | 2011 MIP and recommendation to Committee. | |
| 09/22/11 | BH | Call with Tribune advisors on Committee decision to support Debtors filed 2011 MIP motion. | 0.30 |
| 09/22/11 | BH | Confirmation with counsel of no objection to support Naomi Sachs separation agreement and call with Tribune advisors to communicate agreement. | 0.50 |
| 09/22/11 | ANL | Reviewed 2011 MIP motion and Mercer reports. | 2.50 |
| 09/22/11 | ANL | Prepared 2011 MIP update presentation to UCC. | 2.60 |
| 09/23/11 | ANL | Reviewed proposed MIP order. | 0.50 |
| 09/23/11 | ANL | Reviewed N. Sachs memo. | 0.70 |
| 09/23/11 | ANL | Reviewed 2011 MIP motion and Mercer reports. | 1.80 |
| 09/23/11 | BH | Review and provide revise comments on revised MIP order. | 1.20 |
| 09/26/11 | ANL | Reviewed 2011 MIP motion and Mercer reports. | 2.30 |
| 09/28/11 | ANL | Reviewed Mercer reports. | 1.70 |
| 09/29/11 | ANL | Reviewed 2011 severance information. | 1.80 |
| | | **Total Hours** | **90.50** |

Re:                          Employee Issues
Client/Matter #              005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Michael P Murphy | 2.70 | 855.00 | 2,308.50 |
| Alan Holtz | 1.50 | 855.00 | 1,282.50 |
| Albert Leung | 54.40 | 560.00 | 30,464.00 |
| Brad Hall | 31.90 | 645.00 | 20,575.50 |
| **Total Hours & Fees** | **90.50** | | **54,630.50** |

Re:                          UCC Meetings
Client/Matter #              005735.00015

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/13/11 | BH | Participate in professionals call hosted by Chadbourne. | 0.60 |
| 09/20/11 | BH | Participate in professionals meeting hosted by Chadbourne. | 0.80 |
| 09/20/11 | BH | Participate in call with co-chairs of Committee. | 0.40 |
| 09/20/11 | ANL | Participated in weekly UCC professionals call | 0.90 |
| 09/20/11 | AH | Participate on weekly call w/ UCC professionals | 0.50 |
| 09/22/11 | ANL | Participated in UCC telephonic meeting. | 1.80 |
| 09/22/11 | BH | Participate in UCC meeting and present results of MIP analysis and financial operating results of Debtor. | 1.60 |
| 09/22/11 | AH | Participate on portion of UCC call to present MIP report | 0.30 |
| 09/27/11 | BH | Participate in professionals meeting hosted by Chadbourne. | 0.40 |
| 09/27/11 | ANL | Participated in professionals call. | 0.50 |
| | | **Total Hours** | **7.80** |

Re:                          UCC Meetings
Client/Matter #              005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 0.80 | 855.00 | 684.00 |
| Albert Leung | 3.20 | 560.00 | 1,792.00 |
| Brad Hall | 3.80 | 645.00 | 2,451.00 |
| **Total Hours & Fees** | **7.80** | | **4,927.00** |

Re:                          Billing and Retention
Client/Matter #              005735.00017

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/01/11 | ANL | Reviewed Fee Examiners report for the 6th and 7th periods. | 1.20 |
| 09/06/11 | ANL | Prepared August 2011 fee application. | 1.30 |
| 09/27/11 | MPM | Reviewed August 2011 fee application. | 0.50 |
| 09/27/11 | BH | Review and revise monthly fee application report. | 1.60 |
| 09/27/11 | ANL | Prepared August 2011 fee application. | 1.60 |
| | | **Total Hours** | **6.20** |

Re:                        Billing and Retention
Client/Matter #            005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Michael P Murphy | 0.50 | 855.00 | 427.50 |
| Albert Leung | 4.10 | 560.00 | 2,296.00 |
| Brad Hall | 1.60 | 645.00 | 1,032.00 |
| **Total Hours & Fees** | **6.20** | | **3,755.50** |