# EXHIBIT "C"

CORP\1349107.1

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

September 1, 2011 through and including September 30, 2011

**Disbursement Recap:**

| Expenses | Amount |
| --- | --- |
| Meals & Tips (In Town) | 9.25 |
| **Total Disbursements** | **9.25** |

| Date | Disbursement Description | Amount |
|---|---|---|
| 09/21/11 | Meals & Tips Albert Leung – Overtime Dinner (In Town) | 9.25 |
| | **Total Disbursements** | **9.25** |