# **EXHIBIT A**



**LEVINE SULLIVAN KOCH & SCHULZ, LLP**

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

October 1, 2011

Invoice 1490    NES

In Reference To: 00499-050 - Baltimore Sun - General Newsroom

Client: Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 09/13/11 | NES | Review subpoena to J. Scharper and newspaper article (.2); exchange email with client regarding same (.4); review Maryland rule for objections (.1). | 0.70<br>445.00/hr | 311.50 |
| | | **For professional services rendered** | **0.70** | **$311.50** |
| | | **Total Amount of this Bill** | | **$311.50** |

## Levine Sullivan Koch & Schulz, L.L.P.

I.D. 00499-050 - NES  
Re: Baltimore Sun - General Newsroom

October 1, 2011  
Invoice 1490  
Page 2

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Nathan E. Siegel | 0.70 | 445.00 | 311.50 |
| **Totals** | **0.70** |  | **$311.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP  
1050 SEVENTEENTH STREET, N.W.  
SUITE 800  
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

 LEVINE SULLIVAN
KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

October 1, 2011 Invoice 1485  NES

In Reference To: 00499-071 - Henke

Client: Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 09/06/11 | NES | Review proposed stipulation, Henke complaint (.6); draft email to client suggesting revisions (.7). | 1.30<br>445.00/hr | 578.50 |
| 09/14/11 | NES | Exchange email with bankruptcy counsel and client regarding stipulation. | 0.20<br>445.00/hr | 89.00 |
| 09/15/11 | NES | Draft motion to lift stay in state court (1.3); revise stipulation (.4); exchange email with client and bankruptcy counsel regarding same (.2); telephone conference with client regarding same (.2). | 2.10<br>445.00/hr | 934.50 |
| 09/19/11 | NES | Telephone conference with client and Sidley & Austin regarding modifying stipulation and motion. | 1.20<br>445.00/hr | 534.00 |
| 09/20/11 | NES | Review revised stipulation and motion papers. | 0.20<br>445.00/hr | 89.00 |
| | | **For professional services rendered** | **5.00** | **$2,225.00** |
| | | **Total Amount of this Bill** | | **$2,225.00** |

## Levine Sullivan Koch & Schulz, L.L.P.

| | | | October 1, 2011 |
|---|---|---|---|
| I.D. 00499-071 - NES | | | Invoice 1485 |
| Re: Henke | | | Page 2 |

### Timekeeper Summary

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Nathan E. Siegel | | 5.00 | 445.00 | 2,225.00 |
| | Totals | 5.00 | | $2,225.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



**LEVINE SULLIVAN KOCH & SCHULZ, LLP**

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

October 1, 2011                                                                                  Invoice  1498      RP
In Reference To:  00499-077 - Journal Publ. v. Hartford Courant
Client:  Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 09/01/11 | SB | Finalize and e-file application of C. Beall for admission pro hac vice to the United States District Court for the District of Connecticut (.3); review and produce supplemental document production to plaintiffs (1.4). | 1.70 195.00/hr | 331.50 |
| 09/01/11 | CPB | Revise draft of transmittal letter conveying supplemental production of documents. | 0.30 420.00/hr | 126.00 |
| 09/01/11 | MXB | Review documents (.8); exchange email with S. Tang regarding document production (.1); draft correspondence to R. Weinstein concerning supplemental production (.3); draft supplemental privilege log and work on supplemental production (4.8). | 6.00 290.00/hr | 1,740.00 |
| 09/01/11 | RP | Revise correspondence to R. Weinstein. | 0.40 445.00/hr | 178.00 |
| 09/02/11 | MXB | Prepare supplemental privilege log and documents for production. | 6.80 290.00/hr | 1,972.00 |
| 09/04/11 | RP | Prepare for depositions. | 2.50 445.00/hr | 1,112.50 |
| 09/06/11 | MXB | Prepare privilege log and documents for production. | 0.90 290.00/hr | 261.00 |
| 09/06/11 | RP | Draft email to R. Weinstein regarding his objections to privilege log (.3); review issues relating to witnesses (.9); exchange email with client regarding discovery (.5); review documents (.8). | 2.50 445.00/hr | 1,112.50 |
| 09/07/11 | RP | Telephone conference with client regarding discovery (.3); correspond with client regarding same (.2). | 0.50 445.00/hr | 222.50 |

## Levine Sullivan Koch & Schulz, L.L.P.

I.D. 00499-077 - RP  
Re: Journal Publ. v. Hartford Courant

October 1, 2011  
Invoice 1498  
Page 2

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 09/08/11 | CPB | Review and approve arrangements for supplemental production of additional discovery documents. | 0.20<br>420.00/hr | 84.00 |
| 09/08/11 | SB | Assist with deposition preparations. | 0.30<br>195.00/hr | 58.50 |
| 09/08/11 | MXB | Prepare materials for deposition preparation. | 5.60<br>290.00/hr | 1,624.00 |
| 09/09/11 | MXB | Continue preparing materials for deposition preparation (1.2); draft correspondence to R. Weinstein concerning supplemental production and privilege log (.2). | 1.40<br>290.00/hr | 406.00 |
| 09/09/11 | RP | Prepare for depositions. | 2.80<br>445.00/hr | 1,246.00 |
| 09/11/11 | RP | Prepare for deposition preparation meetings with client. | 2.50<br>445.00/hr | 1,112.50 |
| 09/12/11 | SB | Finalize and serve defendant's second supplemental document production. | 1.50<br>195.00/hr | 292.50 |
| 09/12/11 | CPB | Review deposition preparation issues. | 0.50<br>420.00/hr | 210.00 |
| 09/12/11 | MXB | Review documents in final supplemental production (.3); review privilege log and supplement to log (.3); exchange email with R. Penchina regarding discovery (.1). | 0.70<br>290.00/hr | 203.00 |
| 09/12/11 | CAS | Review additional document production. | 0.20<br>420.00/hr | 84.00 |
| 09/12/11 | RP | Correspondence with plaintiff's counsel (.2); prepare for witness meeting (2.5); meet with witness and client to prepare for deposition (2.0); correspondence with client regarding discovery (.4). | 5.10<br>445.00/hr | 2,269.50 |
| 09/13/11 | RP | Prepare for depositions (2.3); exchange email with plaintiff regarding cancellation of depositions (.3); draft email to client regarding same (.3); telephone conference with client regarding status and developments (.4). | 3.30<br>445.00/hr | 1,468.50 |
| 09/14/11 | RP | Exchange correspondence with R. Weinstein regarding postponed depositions. | 0.50<br>445.00/hr | 222.50 |
| 09/16/11 | SB | Conference with R. Penchina regarding second supplemental production of documents. | 0.10<br>195.00/hr | 19.50 |

**Levine Sullivan Koch & Schulz, L.L.P.**

I.D. 00499-077 - RP  
Re: Journal Publ. v. Hartford Courant

October 1, 2011  
Invoice 1498  
Page 3

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 09/16/11 | CAS | Exchange email with plaintiff's counsel regarding discovery deadline extensions. | 0.20<br>420.00/hr | 84.00 |
| 09/16/11 | RP | Review correspondence from plaintiff regarding discovery (.3); draft email to plaintiff regarding same (.3); telephone conference with M. Richardson regarding same (.3); review scheduling issues (.3). | 1.20<br>445.00/hr | 534.00 |
| 09/19/11 | RP | Draft memorandum to client regarding status and next steps. | 0.50<br>445.00/hr | 222.50 |
| 09/19/11 | RP | Review invoices for privilege issues. | 0.50<br>445.00/hr | 222.50 |
| 09/20/11 | RP | Exchange correspondence with plaintiff regarding plaintiff's production. | 0.30<br>445.00/hr | 133.50 |
| 09/22/11 | RP | Review correspondence from plaintiff regarding mediation (.3); draft email to client regarding same (.4); draft discovery requests to plaintiff (3.0); draft deposition notices (.8); draft correspondence to plaintiff regarding mediation (.7). | 5.20<br>445.00/hr | 2,314.00 |
| 09/23/11 | RP | Review mediation issues (.5); confirm scheduling for depositions (.2). | 0.70<br>445.00/hr | 311.50 |
| 09/27/11 | RP | Draft email to plaintiff regarding discovery and mediation. | 0.30<br>445.00/hr | 133.50 |
| 09/28/11 | RP | Review correspondence from plaintiff (.3); initial review of plaintiff's written discovery responses (2.0). correspondence to client regarding status (.3). | 2.60<br>445.00/hr | 1,157.00 |
| 09/29/11 | RP | Review correspondence regarding case information. | 0.40<br>445.00/hr | 178.00 |
| 09/30/11 | RP | Telephone conference with R. Weinstein regarding mediation (.3); exchange email with client regarding mediation and related issues (.5); review discovery issues (.5). | 1.30<br>445.00/hr | 578.50 |

| | | For professional services rendered | 59.50 | $22,225.50 |
|---|---|---|---|---|

### Disbursements

| Description | Amount |
|---|---|
| Electronic Document Management Services | 787.50 |

**Levine Sullivan Koch & Schulz, L.L.P.**

|  |  |
|---|---|
| I.D. 00499-077 - RP | October 1, 2011 |
| Re: Journal Publ. v. Hartford Courant | Invoice 1498 |
|  | Page 4 |
| **Description** | **Amount** |
| **Total Disbursements** | **$787.50** |
| **Total Amount of this Bill** | **$23,013.00** |

Levine Sullivan Koch & Schulz, L.L.P.

I.D. 00499-077 - RP
Re: Journal Publ. v. Hartford Courant

October 1, 2011
Invoice 1498
Page 4

**Levine Sullivan Koch & Schulz, L.L.P.**

|  |  |
|---|---|
| I.D. 00499-077 - RP | October 1, 2011 |
| Re: Journal Publ. v. Hartford Courant | Invoice 1498 |
|  | Page 5 |

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---:|---:|---:|
| Robert Penchina | 33.10 | 445.00 | 14,729.50 |
| Christopher P. Beall | 1.00 | 420.00 | 420.00 |
| Cameron A. Stracher | 0.40 | 420.00 | 168.00 |
| Scott Bailey | 3.60 | 195.00 | 702.00 |
| Michael Beylkin | 21.40 | 290.00 | 6,206.00 |
| **Totals** | **59.50** |  | **$22,225.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



**LEVINE SULLIVAN KOCH & SCHULZ, LLP**

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

October 1, 2011  Invoice 1461  SDB

In Reference To: 00499-080 - Tribune Company - Fee Application-Bankruptcy Retention Issues
Client: Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 09/06/11 | SDJ | Draft twelfth monthly fee application. | 0.50 290.00/hr | 145.00 |
| 09/07/11 | SDJ | Review and revise twelfth monthly fee application and review invoices regarding same. | 1.80 290.00/hr | 522.00 |
| 09/07/11 | SDB | Review and revise twelfth monthly fee application. | 0.40 445.00/hr | 178.00 |
| 09/07/11 | JPB | Review and revise twelfth monthly fee application for accuracy. | 0.30 195.00/hr | 58.50 |
| 09/08/11 | SDJ | Continue to revise twelfth monthly fee application and prepare same for filing. | 1.00 290.00/hr | 290.00 |
| 09/09/11 | SDJ | Correspond with fee examiner regarding Ledes files and expense backup for twelfth monthly fee application. | 0.20 290.00/hr | 58.00 |
| 09/27/11 | SDJ | Draft and revise thirteenth monthly fee application and review invoices regarding same. | 2.50 290.00/hr | 725.00 |
| 09/28/11 | SDJ | Revise monthly fee application and exhibit for filing. | 0.90 290.00/hr | 261.00 |
| 09/28/11 | JPB | Review and revise thirteenth monthly fee application for accuracy. | 0.30 195.00/hr | 58.50 |
| 09/30/11 | SDJ | Review expense backup for transmittal to fee examiner. | 0.30 290.00/hr | 87.00 |
| **For professional services rendered** | | | **8.20** | **$2,383.00** |

**Levine Sullivan Koch & Schulz, L.L.P.**

| | |
|---|---|
| | October 1, 2011 |
| I.D. 00499-080 - SDB | Invoice 1461 |
| Re: Tribune Company - Fee Application-Bankruptcy Retention Issues | Page 2 |
| **Total Amount of this Bill** | **$2,383.00** |

Levine Sullivan Koch & Schulz, L.L.P.

## Levine Sullivan Koch & Schulz, L.L.P.

| I.D. 00499-080 - SDB<br>Re: Tribune Company - Fee Application-Bankruptcy Retention Issues | | | October 1, 2011<br>Invoice 1461<br>Page 3 |
|---|---|---|---|

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Seth D. Berlin | 0.40 | 445.00 | 178.00 |
| Shaina D. Jones | 7.20 | 290.00 | 2,088.00 |
| Jennifer P. Burke | 0.60 | 195.00 | 117.00 |
| **Totals** | **8.20** | | **$2,383.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



**LEVINE SULLIVAN KOCH & SCHULZ, LLP**

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

October 1, 2011          Invoice 1489   NES
In Reference To: 00499-084 - Sunplus Litter Citations
Client: Tribune Company

### Disbursements

| Description | Amount |
|---|---:|
| Travel | 50.51 |
| **Total Disbursements** | **$50.51** |
| **Total Amount of this Bill** | **$50.51** |

**Levine Sullivan Koch & Schulz, L.L.P.**

|  |  |
|---|---|
| I.D. 00499-084 - NES | October 1, 2011 |
| Re: Sunplus Litter Citations | Invoice 1489 |
|  | Page 2 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



**LEVINE SULLIVAN KOCH & SCHULZ, LLP**

Karlene Goller
Los Angeles Times
202 West First Street
Los Angeles, CA 90012

October 1, 2011  Invoice 1445    LL

In Reference To: 00499-085 - LA Times- Rockwood Interview

Client: Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 09/20/11 | MB | Review background materials and correspondence (.5); legal research regarding Bureau of Prisons regulations for media interviews (.5); analyze issues regarding denial of interview request (.2); telephone conference with K. Goller and K. Murphy regarding interview request and prepare for possible administrative appeal (.5). | 1.70 420.00/hr | 714.00 |
| 09/21/11 | SDJ | Conduct research regarding Bureau of Prisons regulations, inmate interviews and draft memorandum regarding same. | 3.70 290.00/hr | 1,073.00 |
| 09/22/11 | MB | Review legal research regarding denial of request to interview prisoner (1.9); analyze issues regarding denial of interview request and possible appeal (.4). | 2.10 420.00/hr | 882.00 |
| 09/23/11 | MB | Review research regarding appeal of denial of interview request and background information from client (.3); telephone conference with K. Goller and K. Murphy regarding Rockwood interview and possible appeal (.8); review materials received from K. Murphy regarding request to interview Rockwood (.3). | 1.40 420.00/hr | 588.00 |
| 09/26/11 | MB | Prepare for telephone conference with J. Norwood regarding denial of interview request (.3); telephone conference with Northeast Regional Director's office regarding denial of interview request (.2); exchange email with K. Goller and K. Murphy regarding same (.1); telephone conferences with M. Tafelski (.1). | 0.70 420.00/hr | 294.00 |
| 09/27/11 | SDJ | Conduct additional research regarding agency action and appellate procedure under Bureau of Prisons regulations. | 2.60 290.00/hr | 754.00 |

**Levine Sullivan Koch & Schulz, L.L.P.**

| Karlene Goller | | | | October 1, 2011 |
| --- | --- | --- | --- | --- |
| I.D. 00499-085 - LL | | | | Invoice 1445 |
| Re: LA Times- Rockwood Interview | | | | Page 2 |
| **Date** | **Atty** | **Description** | **Hours/Rate** | **Amount** |
| 09/27/11 | MB | Telephone conference with M. Tafelski regarding Rockwood interview (.6); exchange email with K. Goller and K. Murphy regarding telephone conference with M. Tafelski (.5); telephone conference with M. Tafelski regarding interview request (.3); exchange email with M. Tafelski regarding same (.2); exchange email with K. Goller and K. Murphy regarding same (.2). | 1.80<br>420.00/hr | 756.00 |
| | | **For professional services rendered** | 14.00 | $5,061.00 |
| | | **Total Amount of this Bill** | | $5,061.00 |

**Levine Sullivan Koch & Schulz, L.L.P.**

| | | | |
|---|---|---|---|
| Karlene Goller | | | October 1, 2011 |
| I.D. 00499-085 - LL | | | Invoice 1445 |
| Re: LA Times- Rockwood Interview | | | Page 3 |

**Timekeeper Summary**

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Michael Berry | | 7.70 | 420.00 | 3,234.00 |
| Shaina D. Jones | | 6.30 | 290.00 | 1,827.00 |
| | Totals | 14.00 | | $5,061.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605