# SIGN-IN-SHEET

CASE NAME: Tribune  
CASE NO. 08-13141-KJC

COURTROOM LOCATION: 5  
DATE: 10/31/11

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David LeMay | Chadbourne & Parke LLP | Official Cttee of Unsecured Creditors |
| Adam Landis | Landis Rath & Cobb LLP | " |
| Dan Rath | " | " |
| James Sottile | Zuckerman Spaeder | " |
| Andrew Goldfarb | " | " |
| Kate Stickles | Cole Schotz | " |
| Brad Kotwick (Estate) | Reed Smith | Tribune Company et al. |
| Harry Fincher | Dewey & LeBoeuf | Pershing |
| ALAN STONE | MILBANK TWEED | BNP et al |
| James Bendernagel | Sidley Austin | Tribune Company |
| David Powlen | Barnes & Thornburg | Morgan Stanley |
| Drew Sloan | Richards Layton & Finger | JP Morgan |
| Lyrene Silver Schuester | Kelly Anderson Cromwell | Merrill Lynch |

# SIGN-IN-SHEET

**CASE NAME:** Tribune
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** 10/31/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Blake Cleary | Young Conaway | co-counsel Credit Agreement Lenders |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey

Calendar Date: 10/31/2011
Calendar Time: 02:30 PM ET

#5
1st Revision 10/31/2011 09:18 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By Telephone | Telephonic Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4556131 | Jason D. Abbruzzese | (212) 612-1441 Realm Partners | Creditor, Realm Partners / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4553340 | Jonathan Agudelo | (212) 836-8369 Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4552985 | Marc D. Ashley | 212-408-5194 Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4555685 | Gavin Baiera | 212-692-0217 Angelo Gordon & Co., LP | Creditor, Angelo Gordon & Co. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4556160 | Carol L. Bale | 212-588-6640 SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4556012 | David E. Blabey, Jr. | (212) 715-9100 Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Naftalis & Frankel LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4555313 | Jessica Boelter | 312-853-7030 Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4552953 | Justin Brass | (203) 708-5847 Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4553004 | Graem Bush | (202) 778-1800 Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4553024 | Andrew Caridas | 202-778-1855 Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4554834 | Esther Chung | (646) 855-6705 Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4552930 | Douglas Deutsch | 212-408-5169 Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4553276 | Ephraim Diamond | (646) 282-5841 DK Partners | Creditor, Davidson Kempner / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4532244 | George Dougherty | (312) 704-7700 Grippo & Elden, LLC | Creditor, Former Directors and Officers / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4556243 | David Dunn | (212) 584-5946 Arrowgrass Capital Partners U.S. LP | Creditor, Arrowgrass Capital Services / LISTEN ONLY |

Peggy Drasal                                              CourtConfCal2009                                              Page 1 of 4

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4535556 | Jonathan Edwards | (404) 881-4985 | Alston & Bird, LLP | Creditor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4556580 | Matthew Ehmer | 203-542-4219 ext. 00 | Silver Point Capital | Creditor, Silver Point Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4555099 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4556542 | Lexi Fallon | (212) 902-0791 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4553159 | Patrick Fleming | (212) 309-6614 | Morgan Lewis & Bockius | Interested Party, GreatBanc Trust Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4552123 | Joseph Frank | (312) 276-1400 ext. 1432 | Frank Gecker LLP | Defendant(s), Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4556600 | Matthew Frank | (312) 371-9955 | Alvarez & Marsal LLC. | Interested Party, Matthew Frank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4552179 | Igor Fuks | (212) 303-9453 | Halcyon Asset Management | Creditor, Halcyon Asset Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4553018 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4552448 | Scott Greissman | (212) 819-8567 | White & Case | Creditor, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4555108 | Peter Gruszka | 312-416-4215 | Chicago Fundamental Investment | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4552130 | Reed Heiligman | (312) 276-1432 | Frank Gecker LLP | Defendant(s), Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4553560 | James O. Johnston | 213-621-6030 | Dewey & LeBoeuf LLP | Creditor, Credit Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4560036 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4552854 | Arthur Kavalis | (708) 655-4415 | Nomura Securities | Interested Party, Nomura Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4533766 | Stuart Kovensky | 201-541-2121 | Onex Credit Partners | Creditor, Onex Credit Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4555147 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4553959 | Kevin Lantry | (213) 896-6022 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4552939 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4555096 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4554966 | David Litvack | (212) 310-8361 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4555094 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |

| Tribune Company | 08-13141 | Hearing | 4552139 | Olivia Mauro | (212) 412-6773 | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Tribune Company | 08-13141 | Hearing | 4552974 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4556172 | Shachar Minkove | (212) 834-7174 | JPMorgan Chase Bank, N.A. | Interested Party, Shachar Minkove / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4536698 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigalo / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4552427 | Gordon Novod | 212-209-4940 | Brown Rudnick LLP | Creditor, Wellmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 4546294 | Matthew Oliver | (212) 504-6290 | Cadwalader Wickersham & Taft | Creditor, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4555375 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4553334 | Jane Parver | (212) 836-8510 | Kaye Scholer LLP | Creditor, Merril Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4556176 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Creditor, Citigroup / LIVE |
| Tribune Company | 08-13141 | Hearing | 4553326 | Madlyn G. Primoff | (212) 836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4552951 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4577575 | Thomas E. Ross | (202) 736-8374 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4554963 | Andrea Saavedra | (212) 310-8544 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4553048 | Damian Schaible | (212) 450-4000 | Davis Polk & Wardwell LLP | Creditor, JP Morgan Chase Bank, N.A. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4556046 | Mike J. Schott | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4552924 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4556670 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4554934 | Rebecca Song | (212) 559-9933 | CITI | Creditor, Citi / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4552998 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Interested Party, Law Debenture Trust Company of the Americas / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4555387 | Matthew Stein | (212) 506-1717 | Kasowitz Benson Torres & Friedman | |
| Tribune Company | 08-13141 | Hearing | 4552108 | Andrew M. Thau | (212) 692-5178 | Miller Tabak Roberts Securities, LLC | Interested Party, Miller Tabak Roberts Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4552169 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI - TRB,LLC / LIVE |

| Name | Case | Type | ID | Person | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4554873 | Eric VanSchyndle | (414) 277-5155 | Quarles & Brady LLP | Interested Party, Stark Entities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4550925 | Michael F. Walsh | (212) 310-8197 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley & Company, LLC, et al / LIVE |
| Tribune Company | 08-13141 | Hearing | 4555101 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4556716 | Andrew L. Wool | (312) 902-5623 | Katten Muchin Rosenman LLP | Interested Party, Katten Muchin Rosenman LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4555008 | David M. Zensky | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4557391 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Matthew A Zloto / LISTEN ONLY |