IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRIBUNE COMPANY, et al., | : |
| Debtor | : |
| KEVIN MULLEN, | : |
| Appellant, | : Civil Action No. 10-798 GMS |
| v. | : |
| TRIBUNE COMPANY, et al., | : |
| Appellees. | : |

## ORDER

WHEREAS, on September 20, 2010, the appellant filed a Notice of Appeal from the Bankruptcy Court entered on August 20, 2010, by Judge Carey (No. 08-13141) (D.I. 1);

WHEREAS, on November 17, 2010, a briefing schedule was entered by the undersigned (D.I. 9);

WHEREAS, on December 20, 2010, a motion to dismiss for lack of prosecution was filed on behalf of the appellees (D.I. 10);

WHEREAS, on September 27, 2011, the court issued an Order directing the appellant to SHOW CAUSE, in writing, why the above-captioned case should not be dismissed for failure to prosecute (D.I. 11);

WHEREAS, the appellant was also advised that failure to show cause would lead to dismissal of this case, without prejudice, and without further notice;

WHEREAS, to date, the court's docket reflects that the appellant has not shown cause and has had no further contact with the court.

IT IS HEREBY ORDERED that:

The above-captioned civil action is dismissed without prejudice pursuant to District of Delaware Local Rule 41.1.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

October ____, 2011