**TRIBUNE COMPANY, et al (Case 08-13141)** **Exhibit A**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**

**For the Period September 1, 2011 through September 30, 2011**

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2011 Consolidated Audit | 365.90 | $180,000.00 |
| **Subtotal - Fixed Fee Services** | **365.90** | **$180,000.00** |
| **Bankruptcy Requirements and Obligations** | | |
| Employment Applications and Other Court Filings | 4.00 | $1,690.00 |
| Monthly, Interim and Final Fee Applications | 6.80 | $2,720.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **10.80** | **$4,410.00** |
| **Total Hours and Compensation** | **376.70** | **$184,410.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)** **Exhibit B**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Summary of Hours and Compensation by Project**

**For the Period September 1, 2011 through September 30, 2011**

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2011 Consolidated Audit | 365.90 | $180,000.00 |
| **Subtotal - Fixed Fee Services** | 365.90 | $180,000.00 |
| **Total Hours and Compensation** | **365.90** | **$180,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)** **Exhibit B-1**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Fixed Fees Services - 2011 Consolidated Audit**

**Summary of Professionals, Hours and Payments For the Period September 1, 2011 through September 30, 2011**

| Professional | Professional's Position | Hours |
|---|---|---|
| Grant E Hellwarth | Partner | 3.00 |
| William T England | Partner | 10.00 |
| Betsy J Smith | Director | 0.70 |
| Leo P Gardina | Director | 1.00 |
| Roger Martin Pearson | Director | 1.00 |
| Thomas L Koops | Director | 6.00 |
| Justin A Spahn | Manager | 56.00 |
| Sheri L York | Manager | 48.00 |
| Bhavin Patel | Senior Associate | 21.50 |
| Emily Busch | Senior Associate | 25.00 |
| Maria (Eugenia) Elizondo | Senior Associate | 0.50 |
| Kurt Gattiker | Associate | 3.00 |
| Matthew William Lynch | Associate | 79.00 |
| Melissa Mary Kirby | Associate | 54.00 |
| Thomas Bradley Stutesman | Associate | 57.00 |
| Maryrose Cunningham | Paraprofessional | 0.20 |
| **Total Hours Incurred during Compensation Period** | | **365.90** |
| Total Hours Incurred prior to September 1, 2011 | | 1,608.00 |
| **Total Hours Incurred through September 30, 2011** | | **1,973.90** |

**TRIBUNE COMPANY, et al (Case 08-13141)** **Exhibit B-1**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Fixed Fees Services - 2011 Consolidated Audit**

**Summary of Professionals, Hours and Payments For the Period September 1, 2011 through September 30, 2011**

| Professional | Professional's Position | Hours | |
|---|---|---|---|
| **Total Fees - Payments Previously Requested for 2011 Consolidated Audit** | | | $720,000.00 |
| **Remaining Payments for 2011 Consolidated Audit** | | | **$975,000.00** |
| **Total Fixed Fee for 2011 Consolidated Audit** | | | **$1,695,000.00** |
| **Requested Payment - 2011 Consolidated Audit** | | **365.90** | **$180,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)** **Exhibit B-1**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Fixed Fees Services - 2011 Consolidated Audit - Summary of Hours by Subcategory**

**Summary of Hours - September 1, 2011 through September 30, 2011**

| **Category** | **Hours** |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 163.20 |
| 3000 - Revenue and Receivables | 6.00 |
| 3700 - Income Tax Process | 0.70 |
| 9201 - Q2 Interim Review Procedures | 31.00 |
| 2900 - Information Technology General Controls | 4.00 |
| CTC Fieldwork | 10.00 |
| FSC-CA Fieldwork | 6.00 |
| TBC Group Office Fieldwork | 23.50 |
| TPC Group Office Fieldwork | 17.50 |
| WGN Fieldwork | 2.00 |
| WGN-TV Fieldwork | 2.00 |
| WPIX Fieldwork | 75.00 |
| Blue Lynx Media Fieldwork | 25.00 |
| **Total Hours Incurred for the 2011 Consolidated Audit** | **365.90** |

**TRIBUNE COMPANY, et al (Case 08-13141)** **Exhibit C-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Professionals - Hourly Professional Services**
**For the Period September 1, 2011 through September 30, 2011**

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Employment Applications and Other Court Filings** | | | | |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 0.60 | $330.00 |
| Shonda M Finseth | Manager (Bankruptcy) | $400 | 3.40 | $1,360.00 |
| **Subtotal - Employment Applications and Other Court Filings** | | | **4.00** | **$1,690.00** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Shonda M Finseth | Manager (Bankruptcy) | $400 | 6.80 | $2,720.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **6.80** | **$2,720.00** |
| **Total Hours and Compensation** | | | **10.80** | **$4,410.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)** **Exhibit C-2**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Details of Hours and Compensation by Project and Date - Hourly Professional Services**

**For the Period September 1, 2011 through September 30, 2011**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Employment Applications and Other Court Filings** | | | | | | |
| 9/28/2011 | Shonda M Finseth | Manager (Bankruptcy) | 0911H0001: Prepare the Ninth Supplemental Declaration. | $400.00 | 3.40 | $1,360.00 |
| 9/29/2011 | Andrea Clark Smith | Director (Bankruptcy) | 0911H0002: Review the Supplemental Declaration and provide suggested changes prior to Partner signature. | $550.00 | 0.60 | $330.00 |
| **Subtotal - Hours and Compensation for Employment Applications and Other Court Filings** | | | | | **4.00** | **$1,690.00** |
| **Monthly, Interim and Final Fee Applications** | | | | | | |
| 9/21/2011 | Shonda M Finseth | Manager (Bankruptcy) | 0911H0003: Prepare the August 2011 Monthly Fee Application. | $400.00 | 3.50 | $1,400.00 |
| 9/21/2011 | Shonda M Finseth | Manager (Bankruptcy) | 0911H0004: Prepare the August 2011 Monthly Fee Application Exhibits. | $400.00 | 1.20 | $480.00 |
| 9/21/2011 | Shonda M Finseth | Manager (Bankruptcy) | 0911H0005: Prepare the August 2011 Monthly Fee Application Narrative. | $400.00 | 1.20 | $480.00 |
| 9/26/2011 | Shonda M Finseth | Manager (Bankruptcy) | 0911H0006: Finalize the August 2011 Monthly Fee Application based upon feedback received from J. Spahn (PwC). | $400.00 | 0.90 | $360.00 |
| **Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications** | | | | | **6.80** | **$2,720.00** |
| **Total Hours and Compensation** | | | | | **10.80** | **$4,410.00** |