IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Case No. 08-13141(KJC) |
| | ) | (Jointly Administered) |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtors. | ) | Courtroom 5 |
| | ) | 824 Market Street |
| | ) | Wilmington, Delaware |
| | ) | |
| | ) | October 31, 2011 |
| | ) | 2:30 p.m. |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtor:            Sidley Austin, LLP
                       BY: JAMES BENDERNAGEL, ESQ.
                       One South Dearborn
                       Chicago, IL  60603
                       (312) 853-7000

                       Cole, Schotz, Meisel, Forman
                       & Leonard, P.A.
                       BY: KATE STICKLES, ESQ.
                       500 Delaware Avenue, Suite 410
                       Wilmington, DE  19801
                       (302) 652-3131

                       Reed Smith
                       BY: BRIAN ROSTOCKI, ESQ.
                       10 South Wacker Drive, 40th Floor
                       Chicago, IL   60606
                       (312) 207-1000

ECRO:                  AL LUGANO

Transcription Service: DIAZ DATA SERVICES
                       331 Schuylkill Street
                       Harrisburg, Pennsylvania 17110
                       (717) 233-6664
                       www.diazdata.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

APPEARANCES:
(Continued)

For Official Committee          Landis, Rath & Cobb
of Unsecured Creditors:         BY: ADAM LANDIS, ESQ.
                                BY: DAN RATH, ESQ.
                                919 Market Street, Suite 1800
                                Wilmington, DE 19801
                                (302) 467-4400


                                Chadbourne & Parke, LLP
                                BY: DAVID LEMAY, ESQ.
                                BY: DOUGLAS DEUTSCH, ESQ.
                                30 Rockefeller Plaza
                                New York, NY 10112
                                (212) 408-5100


                                Zuckerman Spaeder
                                BY: ANDREWS GOLDFARB, ESQ.
                                BY: JAMES SOTTILE, ESQ.
                                1800 M Street, NW
                                Suite 1000
                                Washington, DC 20036
                                (202) 778-1800

For Credit Agreement            Young Conaway Stargatt &
Lenders:                        Taylor
                                BY: BLAKE CLEARY, ESQ.
                                The Brandywine Building
                                1000 West Street, 17th Floor
                                P.O. Box 391
                                Wilmington, DE  19801
                                (302) 571-6600

For JP Morgan:                  Richards Layton & Finger
                                BY: DREW SLOAN, ESQ.
                                One Rodney Square
                                920 North King Street
                                Wilmington, DE  19801
                                (302) 651-7700

For Merrill Lynch:              Potter Anderson & Carroon, LLP
                                BY: LAURIE SILVERSTEIN, ESQ.
                                Hercules Plaza
                                1313 North Market Street
                                6th Floor
                                Wilmington, DE  19801
                                (302) 984-6033

APPEARANCES:
(Continued)

For Pershing:                          Proskauer Rose
                                       BY: HARRY FISCHER, ESQ.
                                       Eleven Times Square
                                       New York, NY  10036
                                       (212) 969-3000

For BNP, et al:                        Millbank Tweed
                                       BY: ALAN STONE, ESQ.
                                       1 Chase Manhattan Plaza
                                       New York, NY  10005
                                       (212) 530-5000

For Morgan Stanley:                    Barnes & Thornburg
                                       BY: DAVID POWLEN, ESQ.
                                       1000 North West Street
                                       Suite 1200
                                       Wilmington, DE  19801
                                       (302) 888-4536

For Tribune Company:                   BY: DON LIEBENTRITT, ESQ.
                                       435 North Michigan St.
                                       Chicago, IL  60611
                                       (312) 222-9100

TELEPHONIC APPEARANCES:

For JP Morgan:                         Davis Polk & Wardwell
                                       BY: DOUGLAS SCHAIBLE, ESQ.
                                       (212) 450-4000

For Official Committee                 Chadbourne & Parke, LLP
of Unsecured Creditors:                BY: THOMAS MCCORMACK, ESQ.
                                       (212) 408-5100
                                       BY: DOUGLAS DEUTSCH, ESQ.
                                       (212) 408-5169
                                       BY: MARC ASHLEY, ESQ.
                                       (212) 408-5194
                                       BY: MARC ROITMAN, ESQ.
                                       (212) 408-5271
                                       BY: HOWARD SEIFE, ESQ.
                                       (212) 408-5361
                                       BY: DAVID LEMAY, ESQ.
                                       (212) 408-5100

                                       Zuckerman Spaeder
                                       BY: GRAEM BUSH, ESQ.
                                       BY: ANDREW CARIDAS, ESQ.
                                       (202) 778-1855

TELEPHONIC APPEARANCES:
(Continued)

For Aurelius:                    MATTHEW A. ZLOTO, ESQ.
                                 (646) 445-6518

For Credit Lenders:              Dewey & LeBoeuf
                                 BY: JAMES JOHNSTON, ESQ.
                                 (213) 621-6030

For Citigroup:                   Paul Weiss Rifkind Wharton
                                 BY: SHANNON PENNOCK, ESQ.
                                 (212) 373-3000

For Tribune:                     Sidley Austin
                                 BY: JESSICA BOELTER, ESQ.
                                 (312) 853-7030
                                 BY: KEVIN LANTRY, ESQ.
                                 (213) 896-6022
                                 BY: THOMAS E. ROSS, ESQ.
                                 (202) 736-8374
                                 BY: KERRIANN MILLS, ESQ.
                                 (312) 853-0036
                                 BY: BRYAN KRAKAUER, ESQ.
                                 (312) 853-7515
                                 BY: JILLIAN LUDWIG, ESQ.
                                 (312) 853-7523

                                 Tribune Company
                                 BY: DAVE ELDERSVELD, ESQ.
                                 (312) 222-4707
                                 BY: MICHAEL O'NEAL, ESQ.
                                 (312) 222-3490
                                 BY: GARY WEITMAN, ESQ.
                                 (312) 222-3394
                                 BY: JONATHAN EDWARDS, ESQ.
                                 (404) 881-4985

For Merrill Lynch:               Kaye Scholer, LLP
                                 BY: JANE PARVER, ESQ.
                                 (212) 836-8510
                                 BY: JONATHAN AGUDELO, ESQ.
                                 (212) 836-8360

For Morgan Stanley:              Weil, Gotshal & Manges, LLP
                                 BY: ANDREA SAAVEDRA, ESQ.
                                 (212) 310-8544
                                 BY: DAVID LITVACK, ESQ.
                                 (212) 310-8361

TELEPHONIC APPEARANCES:
(Continued)

For Employee Compensation        Frank Gecker, LLP
Group:                           BY: REED HELLIGMAN, ESQ.
                                 (312) 276-1400
                                 BY: JOSEPH FRANK, ESQ.
                                 (312) 276-1400

For EGI-TRB:                     Jenner & Block, LLP
                                 BY: ANDREW VAIL, ESQ.
                                 (312) 840-8688

For Goldman Sachs & Co:          BY: LEXI FALLON, ESQ.
                                 (212) 902-0791

For SuttonBrook Capital          BY: CAROL L. BALE
Management:                      (212) 588-6640

For Bank of America:             BY: ESTHER CHUNG
                                 (646) 855-6705

For Former Directors &           Grippo & Elden, LLC
Officers:                        BY: GEORGE DOUGHERTY, ESQ.
                                 (312) 704-7000

For Davidson & Kempner:          DK Partners
                                 BY: EPHRAIM DIAMOND
                                 (646) 282-5841

For Bigalo:                      Sperling & Slater
                                 BY: GWEN NOLAN, ESQ.
                                 (312) 641-3200

For Robert McCormick             Katten Muchin Rosenman LLP
Foundation & Cantigny            BY: JOHN SIEGER, ESQ.
Foundation:                      (312) 902-5294

For Arrowgrass Partners:         BY: DAVID DUNN
                                 (212) 584-5946

For Matthew Frank:               Alvarez & Marsal, LLC
                                 BY: MATTHEW FRANK, ESQ.
                                 (312) 371-9955

For Halcyon Asset Management:    BY: IGOR FUKS
                                 (212) 303-9453

TELEPHONIC APPEARANCES:
(Continued)

For Wells Fargo Bank:            White & Case
                                 BY: SCOTT GREISSMAN, ESQ.
                                 (212) 819-8567

For Chicago Fundamental         BY: PETER GRUSZKA
Investment Partners:            (312) 416-4215

For Nomura Securities:          BY: ARTHUR KAVALIS
                                (212) 667-2370

For Anna Kalenchitis:           BY: ANNA KALENCHITIS
                                (212) 723-1808

For Schachar Minkove:           JP Morgan Chase Bank
                                BY: SCHACHAR MINKOVE
                                (212) 834-7174

For Realm Partners:             BY: JASON ABBRUZZESE
                                (212) 512-1441

For Angelo Gordon & Co.:        BY: GAVIN BAIERA
                                (212) 692-0217

For Kramer Levin Neftalis       BY: DAVID BLABEY, JR., ESQ.
& Frankel, LLP:                 (212) 715-9100

For Jeffries & Co.:             BY: JUSTIN BRASS
                                (203) 708-5847

For Silver Point Capital:       BY: MATTHEW EHMER
                                (203) 542-4219

For Great Banc:                 Morgan Lewis Brokius
                                BY: PATRICK FLEMING, ESQ.
                                (212) 309-6614

For Onex Credit Partners:       BY: STUART KOVENSKY
                                (201) 541-2121

For Barclays Capital:           BY: OLIVIA MAURO
                                (212) 412-6773

For Wilmington Trust:           Brown Rudnick
                                BY: GORDON NOVOD, ESQ.
                                (212) 209-4940

TELEPHONIC APPEARANCES:
(Continued)

For Royal Bank of Scotland:     Cadwalader Wickersham & Taft
                                BY: MATTHEW OLIVER, ESQ.
                                (212) 504-6290

For Merrill Lynch:              Kaye Scholer
                                BY: MADLYN G. PRIMOFF, ESQ.
                                (212) 836-7042

For Eos Partners:               BY: MIKE J. SCHOTT, ESQ.
                                (212) 593-4046

For Citi:                       BY: REBECCA SONG
                                (212) 559-9933

For Law Debenture Trust:        Kasowitz Benson Torres &
                                Friedman
                                BY: MATTHEW A. STEIN, ESQ.
                                (212) 506-1717

For Miller Tabak Roberts        BY: ANDREW M. THAU
Securities:                     (212) 692-5178

For Stark Entities:             Quaries & Brady, LLP
                                BY: ERIC VANSCHYNDLE, ESQ.
                                (414) 277-5155

For Morgan Stanley:             Weil Gotshal & Manges
                                BY: MICHAEL F. WALSH, ESQ.
                                (212) 310-8197

For Katten Muchin Rosenman:     BY: ANDREW L. WOOL, ESQ.
                                (312) 902-5623

For Aurelius Capital:           Akin Gump Strauss Hauer & Feld
                                BY: DAVID ZENSKY, ESQ.
                                (212) 872-1000

1

1    WILMINGTON, DELAWARE, MONDAY, OCTOBER 31, 2011, 2:31 P.M.

2            THE CLERK:  Be seated, please.

3            THE COURT:  Good afternoon, everyone.

4            ALL:  Good afternoon, Your Honor.

5            MR. SOTTILE:  Your Honor, James Sottile of

6    Zuckerman Spaeder, special committee to the official

7    committee of unsecured creditors.

8            Your Honor, we have two items on the agenda today

9    both of which are brought forward by the committee.  One is

10   a motion to compel production of certain documents that will

11   be addressed by my partner, Mr. Goldfarb.

12           And the Court also requested that we put on the

13   agenda for today, the most recent proposed amendment of the

14   definition of termination event in the standing orders which

15   would have the effect of further extending the stay of

16   litigation of the adversary proceedings by another 60 days.

17           Your Honor we would propose to proceed with

18   argument on the motion to compel unless the Court would

19   prefer to proceed differently.

20           THE COURT:  Yeah, I thought we might just be able

21   to get through, with some dispatch, the Zell objection.

22           MR. SOTTILE:  That would be fine, Your Honor.

23   Your Honor, I don't think there's really anything to add to

24   the previous occasions we have been here.  We believe that

25   all of the reasons that counsel in favor of the existing

1  stay of litigation proceedings until these matters reach an

2  appropriate juncture remain true today.  Mr. Zell, I think

3  has filed simply to preserve his point, and I do not believe

4  intends to repeat arguments that have been made in the past.

5  Unless the Court has questions or Mr. Zell's counsel wishes

6  to address the Court, I don't think there's anything further

7  to be said.

8             THE COURT:  I'll just ask then, for the record,

9  does anyone else wish to be heard in connection with the

10  motion?

11             MR. BRADFORD:  This is David Bradford, on behalf

12  of Mr. Zell, Your Honor.  Mr. Sottile is correct that we're

13  standing on our objection.

14             THE COURT:  All right.  Thank you, Mr. Bradford.

15             MR. BRADFORD:  Thank you, Your Honor.

16             THE COURT:  And for the same reasons as have gone

17  before, I will overrule the objection and I'm prepared to

18  enter an order.  Do you have a form of order for me, Mr.

19  Sottile?

20             MR. SOTTILE:  Yes, we do, Your Honor.

21             THE COURT:  All right.

22             MR. SOTTILE:  May I approach, Your Honor?

23             THE COURT:  You may.  Thank you.  That order has

24  been signed.

25             MR. SOTTILE:  Thank you, Judge.

1          MR. GOLDFARB:  Good afternoon, Your Honor.

2    Andrew Goldfarb of Zuckerman Spaeder for the official

3    committee of unsecured creditors here on -- in connection

4    with the committee's motion to compel the production of

5    documents from certain objecting parties on whom the

6    committee has served discovery requests.

7          In response to those discovery requests, Your

8    Honor, originally subpoenaed in connection with a subpoena

9    and more recently in connection with Rule 34 requests, the

10   objecting parties served numerous objections to those

11   requests.  In connection with the response on the

12   committee's motion to compel, those objecting parties have

13   really abandoned all of those objections save one.  The

14   question of whether or not the Court's prior orders actually

15   authorize the discovery at this time that the committee has

16   pursued.  We believe the Court plainly has.

17          THE COURT:  Well you say that I have implicitly.

18          MR. GOLDFARB:  Your Honor, in connection with the

19   standing order a little over a year ago that was issued on

20   October 27, the Court -- the committee did make clear, to

21   the Court, the type of relief it was seeking in order to,

22   immediately upon obtaining standing from the Court, to

23   pursue the adversary proceedings, to serve subpoenas on

24   third parties, to identify the shareholder defendants, and

25   so that it could preserve those valuable claims of the

1   debtors' estates.

2            THE COURT:  Right.  And the objectors point out

3   that you've acknowledged that that's been accomplished.

4            MR. GOLDFARB:  Your Honor, while the committee

5   believes that it's pleadings are adequate, I think Your

6   Honor may be referring to the class related allegations

7   therein.  The committee in furtherance of its obligations to

8   preserve all valuable claims also pled against shareholder

9   defendants individually and given the enormity of the LBO

10  proceeds that were distributed to individual shareholders,

11  the committee sought leave to take the discovery, to

12  identify the individual shareholders immediately so that it

13  could preserve the claims that it advanced against the

14  shareholder defendants in the shareholder adversary

15  proceeding.

16            The -- in fact, in the telephonic hearing the day

17  before the standing order was entered, there was a brief

18  colloquy, and in fact, my distinguished colleague, Mr.

19  Sottile for the committee indicated to the Court that the

20  language and the use of the word "immediately" really

21  foreshadowed that the committee, upon getting standing,

22  would pursue that discovery immediately, and it has done so

23  for over the past year.

24            I don't need to recount the history of the

25  committee's discovery efforts except to note that at various

1   points since then, the committee has identified for the

2   Court the type of discovery it has been pursuing, has sought

3   relief in order to facilitate that discovery, and the Court

4   has granted the relief so that the committee can continue

5   the work to preserve those valuable claims.  The work has

6   been time consuming, it's been slow, and that's one of the

7   reasons why, for example, the committee has sought the

8   extensions to the service deadline.  And in order to be able

9   to complete the task.  The --

10              THE COURT:  If I were to deny the relief that you

11  request today, what would be the harm?  What would be lost,

12  if anything?

13              MR. GOLDFARB:  Well, Your Honor, it would mean

14  that the committee would be unable to discover the identity

15  of the individual shareholders at this time from the

16  objecting parties.  And were the Court, down the road, to

17  deny class treatment of the defendants, there would be an

18  argument that the claims against those individual

19  shareholders was time barred.  We think that the committee

20  has been up front all along about its intention to preserve

21  those claims, and believe that the Court has granted the

22  relief we've sought in order for us to enable the belt and

23  suspenders to preserve those claims.  That is really --

24  that's really the crux of it.

25              And again, through the extension on the time for

1  service, through the entry of the protective order on August

2  8, and on Friday the Court granted the committee's leave --

3  motion for leave to amend the complaints to add shareholder

4  defendants.  We have endeavored to be as transparent as

5  possible about precisely what we've been seeking pursuant to

6  the authority granted the committee by the standing order

7  and appreciate the Court's actions to help the committee

8  accomplish that.

9            The committee believes that there's a -- the

10  committee believes its adequately provided notice along the

11  way to the subpoenaed parties, now the parties that have

12  been served and received Rule 34 requests about what it has

13  been seeking, and we have met and conferred extensively with

14  all the subpoenaed parties, Rule 34 parties, in order to try

15  to reach resolution short of a Motion to Compel.  These

16  objecting parties have made clear that they will not produce

17  the shareholder information, the identity information, and

18  the amount of proceeds received by the shareholder

19  defendants absent an order of compulsion.  We believe that

20  the protective order adequately and explicitly provides for

21  how that information should be handled and -- upon

22  production.

23            And we, at this point, would ask the Court to

24  compel those parties to produce forthwith.  As the holidays

25  approach and with the March 2012 deadline staring the

1  committee in the face, it feels a ways off now, but given

2  the enormity of the amount of the information and the

3  various steps that the committee has had to take in order to

4  review the information and guarantee its accuracy and be

5  able to share and serve the shareholders on a timely basis,

6  we would ask that the Court direct that the production occur

7  on a shorter rather than longer timeframe.

8           THE COURT:  Thank you.

9           MR. GOLDFARB:  Thank you, Your Honor.

10          THE COURT:  I'll hear from the objectors.

11          MR. STONE:  Your Honor, good afternoon.  Alan

12  Stone, Millbank, Tweed, Hadley & McCoy, LLP.

13          I'm here on behalf of a number of parties, BNP

14  Paribas Securities Corp, Brown Brothers, Harriman & Company,

15  Deutsche Bank Securities, Inc., PNC Bank, N.A., Swiss

16  American Securities, Inc., TD Ameritrade Clearing, Inc., UBS

17  Financial Services, Inc., and UBS Securities LLC.

18          Your Honor, I think that this motion has to take

19  us back to fundamentals.  And I must say that I'm relatively

20  new to this party, having only represented parties in this

21  case for a few months now and --

22          THE COURT:  Well where have you been all this

23  time?

24          MR. STONE:  I know, I know, I missed a lot of

25  fun, I'm sure.

1                    (Laughter)

2                    MR. STONE:  But, you know, it's kind of

3    surprising to me that I am to be, you know, bound by

4    arguments made in hearings that I couldn't possibly have had

5    notice since I didn't represent anyone at that time.  I

6    certainly understand I'm bound by the Court's orders.  But

7    in our system, we make claims first and then we get

8    discovery.  That's the way it works.  And if there is to be

9    an exception to that, the parties seeking the discovery has

10   the burden.  In this case, the committee has the burden to

11   show that there are extraordinary circumstances that would

12   require that rule to be reversed.  We don't think any such

13   circumstances exist here.

14                    THE COURT:  Well the nub of their argument is,

15   look, these are claims which are going to be pursued.  The

16   only question is, you know, by whom will they be pursued in

17   the way of legal entity depending on how the plan scenario

18   eventually works out.  And they're saying we don't -- we're

19   not taking discovery on substantive issues.  We're not

20   looking for that.  We're looking to get to individual

21   defendants who might otherwise come back later and argue

22   they're now beyond the reach of the lawsuits because of the

23   passage of time.

24                    It seems to me that with billions of dollars

25   having exited, the effort to recover that ought to be

1  positioned in such a way that the value ought not to be lost

2  to the estate.  And that's what the committee here is

3  saying.  We run that risk.

4         MR. STONE:  Right.  Your Honor, I think though

5  that the committee is really making an argument that is

6  contingent in a way on future events.  So they say we've

7  taken care of the problem as far as claims being time

8  barred.  We've got these Defendant class action pleadings.

9  We've got Doe pleadings.  We think that takes care of it.

10  Now they're coming back and saying well, belt and

11  suspenders, we just want to make sure that in case that

12  doesn't work, we get this information in any case.

13         THE COURT:  Well am I mistaken or are we just

14  talking about putting aside your principle argument about

15  the order in which things should normally occur, aren't we

16  really just talking about timing here?  This information is

17  information which ultimately will have to be divulged one

18  way or another, will it not?  I mean, are you contemplating

19  a possibility in which, at some point, you'll never have to

20  give this information?

21         MR. STONE:  That's correct, Your Honor.

22         THE COURT:  Okay.

23         MR. STONE:  We think we have valid grounds for a

24  motion to dismiss many, if not all, of these claims.  So

25  yes, I think that there are -- for some of these group

1   members, they will never have to produce this information

2   because they won't be parties, and there might be, I

3   suppose, subpoenas, third party subpoenas issued to them.

4   And we could fight that battle when we come to it but, you

5   know, this is highly confidential sensitive information to

6   investors.  And, you know, as a policy matter in this

7   country, I think Courts usually protect that information and

8   if they don't, it really undermines the confidence of

9   investors in the system.

10          And so it's, you know, that has to be weighed it

11  seems to me against their, you know, doubly contingent need

12  for this information.  And really, it goes beyond that, Your

13  Honor, because they're not just seeking the identity of the

14  parties here.  They're also seeking amounts and dates.

15          THE COURT:  Well it seems to me that would be

16  important information.

17          MR. STONE:  Well it may well be important

18  information, but it goes beyond Your Honor's ruling that all

19  discovery must be barred except information that was to

20  prevent claims from being time barred.  So now in essence,

21  they're coming in and asking for a modification of that

22  order.

23          THE COURT:  Okay.  So let's say they are, in

24  essence.  Without saying so, let's say they are.  So what?

25          MR. STONE:  Well, Your Honor, again, I think that

1  it's sensitive, confidential information that shouldn't just

2  be provided at the drop of hat.  And if what we're really

3  talking about is claims being time barred, if Your Honor

4  decides that they're right and they should get relief on

5  their belt-and-suspenders theory, that relief really ought

6  to be limited to just the identity of those parties.  So

7  they can add them as parties and then of course if the suit

8  goes forward after a motion to dismiss, they can ask them

9  how much, what dates, et cetera.

10         Your Honor, just, I guess, in summary.  We think

11 that they've got to demonstrate some compelling need to

12 overcome the usual rule and the policy interest in

13 protecting information about the trading activities of

14 investors, and for that reason, we would ask that Motion to

15 Compel be denied.  I'll cede the podium to some of my other

16 objecting parties.

17         THE COURT:  Thank you.

18         MR. FRISCHER:  Your Honor, I'm Harry Frischer

19 from Proskauer Rose, LLP.  I represent Pershing, LLC.

20         I can be very brief.  Pershing is similarly

21 situated to the financial institutions that Mr. Stone

22 represents.  We joined in Mr. Stone's argument and we joined

23 in his papers.  And we will rest on Mr. Stone's argument and

24 the papers previously submitted.  Thank you.

25         THE COURT:  Very well, thank you.  Does anyone

1  else wish to be heard?

2          MR. WALSH:  Your Honor, Michael Walsh from Weil

3  on behalf of Morgan Stanley.

4          THE COURT:  Go ahead.

5          MR. WALSH:  Your Honor, we're also representing a

6  party who in this instance is similarly situated and we

7  support the arguments of Mr. Stone and we rest on his

8  arguments.

9          THE COURT:  All right, thank you.  Does anyone

10 else wish to be heard?

11               (No audible response.)

12         THE COURT:  I hear no further response.  Brief

13 rebuttal, if you wish?

14         MR. GOLDFARB:  Very briefly, Your Honor.  Andrew

15 Goldfarb of Zuckerman Spaeder for the committee.

16         Your Honor, we believe that the protective order

17 accomplishes the preservation of any confidentiality

18 concerns.  We cited some cases in our papers that we believe

19 go to that point that it is an adequate protector and that

20 the information that is the proceeds information would be

21 able to be kept and would be maintained by the committee as

22 confidential under that protective order.  We think that

23 resolves that concern.

24         We do need the dates of that alleged LBO proceeds

25 were received so that we can be sure that they were, in

1   fact, LBO proceeds.  And as far as the amounts themselves

2   and whether that needs to be discovered, of course, we

3   believe it's a far more efficient way to proceed to obtain

4   the proceeds information at this time.  Were we to only get

5   the names of people who received LBO proceeds and presumably

6   the dates, the committee would be in a position where it

7   would have to sue perhaps tens of thousands of additional

8   shareholders and do not feel that that would be an efficient

9   use of the estate's resources to do so.

10           THE COURT:  Okay.  Well refresh me specifically

11  on what the request is with respect to identity.  What's the

12  scope of the request?  Isn't the scope limited to those who

13  would have received LBO proceeds anyway or is it broader

14  than that?

15           MR. GOLDFARB:  It's a -- the information that we

16  requested is twofold.  It is the identity of those former

17  Tribune shareholders who received proceeds at step one or

18  step two, the date on which they received those proceeds.

19  And by contact information, I mean name, address.  And then

20  the second piece of it, Your Honor, is the amount of the LBO

21  proceeds received.

22           THE COURT:  No, I understand that.  But you said

23  unless you had all the information, you wouldn't be able to

24  confirm whether they were LBO proceeds, but by having

25  actually been provided the name and address, in response to

1    discovery requests, you would have at least in the view of

2    the defendants or shareholders, that they had LBO proceeds.

3    Okay.  And I understand why you want the amounts because it

4    gives you a basis upon which to decide that which you think

5    is worth chasing and that which you think may not be.  I

6    understand.  Okay.

7            MR. GOLDFARB:  Okay.  I have nothing further,

8    Your Honor, thank you.

9            THE COURT:  Thank you.  Well I do think that Mr.

10   Stone's suggestion that if I am going to order that

11   responses be made, that they be limited to the identity of

12   the parties and that means name and address and I will order

13   that those responses be made.  So I'll ask counsel to confer

14   and submit a form of order which overrules the objections,

15   but does permit -- does direct in that limited respect,

16   responses to the discovery request.  Now do we have to drill

17   down any farther or is that sufficient for the parties to

18   craft the necessary order?

19           MR. STONE:  Certainly in principle, Your Honor,

20   it is sufficient.  If -- in terms of the question of timing

21   for that production, the defendants have -- the objecting

22   parties have not made any showing that's it's burdensome.

23   And we are concerned that we be able to obtain the

24   information in a timely fashion so that we can massage it as

25   necessary and turn around and serve those parties and --

1          THE COURT:  Well I'll ask counsel to confer and

2  see if they can make an agreement with respect to the

3  timing.  If you cannot, you can reach out to me by

4  conference telephone, but make sure you do so before the end

5  of the week.

6          MR. GOLDFARB:  Thank you, Your Honor.

7          THE COURT:  All right.  Is there anything further

8  for today?  Yes?

9          MR. LIEBENTRITT:  Good afternoon, Your Honor.

10  Don Liebentritt, chief restructuring officer for Tribune

11  Company.

12          THE COURT:  Good afternoon.

13          MR. LIEBENTRITT:  I wouldn't have gotten up but

14  for your comments last time we were here about the possible

15  timing of the opinion, so I guess I'd ask if you have

16  anything further to indicate to us in that regard.

17          THE COURT:  What are your travel plans for this

18  afternoon?

19          MR. LIEBENTRITT:  They're flexible.

20          THE COURT:  Tentatively, what are they?

21          MR. LIEBENTRITT:  I'm sorry, Your Honor?

22          THE COURT:  Tentatively, what are they?

23          MR. LIEBENTRITT:  I'm scheduled to go to

24  Washington, D.C., by train --

25          THE COURT:  Okay.

1          MR. LIEBENTRITT:  -- at 4:30, but I could -- I

2    don't have the ticket yet.

3          THE COURT:   Well I'm hopeful something will be

4    on the docket before you get to Washington.

5          MR. LIEBENTRITT:  Thank you very much, Your

6    Honor.

7          THE COURT:  All right.  Thank you all very much.

8    That concludes this hearing.  Court will stand adjourned.

9        (Whereupon, at 2:53 p.m., the hearing was adjourned.)

10

11                        CERTIFICATION

12          I certify that the foregoing is a correct

13    transcript from the electronic sound recording of the

14    proceedings in the above-entitled matter.

15

16

17    _____        31 October 2011

18    Traci L. Calaman, Transcriber                Date

19

| Word | Page:Line |
|---|---|

**08-13141(kjc**(1) 1:5
**abandoned**(1) 10:13
**abbruzzese**(1) 6:21
**able**(6) 8:20 12:8 14:5 19:21 20:23 21:23
**about**(9) 12:20 13:5 13:12 16:14 16:14 16:16 18:3 18:13 22:14

**aboveentitled** (1) 23:14
**absent**(1) 13:19
**accomplish**(1) 13:8
**accomplished**(1) 11:3
**accomplishe**(1) 19:17
**accuracy**(1) 14:4
**acknowledged**(1) 11:3
**action**(1) 16:8
**actions**(1) 13:7
**activities**(1) 18:13
**actually**(2) 10:14 20:25
**adam**(1) 2:5
**add**(3) 8:23 13:3 18:7
**additional**(1) 20:7
**address**(4) 9:6 20:19 20:25 21:12
**addressed**(1) 8:11
**adequate**(2) 11:5 19:19
**adequately**(2) 13:10 13:20
**adjourned**(2) 23:8 23:9
**administered**(1) 1:6
**advanced**(1) 11:13
**adversary**(3) 8:16 10:23 11:14
**after**(1) 18:8
**afternoon**(7) 8:3 8:4 10:1 14:11 22:9 22:12 22:18

**again**(2) 12:25 17:25
**against**(4) 11:8 11:13 12:18 17:11
**agenda**(2) 8:8 8:13
**ago**(1) 10:19
**agreement**(2) 2:26 22:2
**agudelo**(1) 4:42
**ahead**(1) 19:4
**akin**(1) 7:37
**alan**(2) 3:11 14:11
**all**(16) 8:4 8:25 9:14 9:21 10:13 11:8 12:20 13:14 14:22 16:24 17:18 19:9 20:23 22:7 23:7 23:7

**allegations**(1) 11:6
**alleged**(1) 19:24
**along**(2) 12:20 13:10
**also**(6) 8:12 11:8 17:14 19:5
**alvarez**(1) 5:42
**amend**(1) 13:3
**amendment**(1) 8:13
**america**(1) 5:20
**american**(1) 14:16
**ameritrade**(1) 14:16
**amount**(3) 13:18 14:2 20:20
**amounts**(3) 17:14 20:1 21:3
**and**(80) 8:12 9:3 9:16 9:17 10:9 10:24 11:2 11:19 11:18 11:20 11:22 12:3 12:6 12:8 12:16 12:21 12:22 12:25 13:2 13:7 13:12 13:13 13:13 13:17 13:20 13:21 13:23 13:25 14:2 14:4 14:4 14:5 14:17 14:19 14:21 15:7 15:8 15:18 15:21 16:2 16:10 16:10 17:4 17:6 17:7 17:10 17:12 17:14 17:21 18:2 18:4 18:7 18:12 18:14 18:22 18:23 18:23 19:6 19:7 19:19 19:21 20:1 20:2 20:5 20:8 20:19 20:19 20:25 21:2 21:5 21:12 21:12 21:14 21:25 21:25 21:25 22:1

**anderson**(1) 2:42
**andrea**(1) 4:46
**andrew**(6) 3:50 5:11 7:23 7:34 10:2 19:14
**andrews**(1) 2:19
**angelo**(1) 6:24
**anna**(2) 6:14 6:14
**another**(2) 8:16 16:18
**any**(5) 15:12 16:12 19:17 21:17 21:22

**anyone**(4) 9:9 15:5 18:25 19:9
**anything**(5) 8:23 9:6 12:12 22:7 22:16
**anyway**(1) 20:13
**appearances**(5) 3:28 4:1 5:1 6:1 7:1
**appreciate**(1) 13:7
**approach**(2) 9:22 13:25
**appropriate**(1) 9:2
**are**(14) 8:9 11:5 11:11 15:11 15:15 15:15 16:13 16:18 16:25 17:23 17:24 21:23 22:17 22:20 22:22

**aren't**(1) 16:15
**argue**(1) 15:21
**argument**(7) 8:18 12:18 15:14 16:5 16:14 18:22 18:23

**arguments**(4) 9:4 15:4 19:7 19:8
**around**(1) 21:25
**arrowgrass**(1) 5:39
**arthur**(1) 6:11
**ashley**(1) 3:39
**aside**(1) 16:14
**ask**(9) 8:8 13:23 14:6 18:8 18:14 21:13 22:1 22:15

**asking**(1) 17:21
**asset**(1) 5:46
**audible**(1) 19:11
**august**(1) 13:1
**aurelius**(2) 4:4 7:37
**austin**(2) 1:25 4:15
**authority**(1) 13:6
**authorize**(1) 10:15
**avenue**(1) 1:34

**back**(3) 14:19 15:21 16:10
**baiera**(1) 6:24
**bale**(1) 5:17
**banc**(1) 6:36
**bank**(6) 5:20 6:4 6:17 7:4 14:15 14:15
**bankruptcy**(2) 1:1 1:21
**barclays**(1) 6:43
**barnes**(1) 3:16
**barred**(5) 12:19 16:8 17:19 17:20 18:3
**basis**(2) 14:5 21:4
**battle**(1) 17:4
**because**(4) 15:22 17:2 17:13 21:3
**been**(13) 8:24 9:4 9:24 11:3 12:2 12:6 12:6 12:20 13:5 13:12 13:13 14:22 20:25

**before**(5) 1:20 9:17 11:17 22:4 23:4
**behalf**(3) 9:11 14:13 19:3
**being**(3) 16:7 17:20 18:3
**believe**(8) 8:24 9:3 10:16 12:21 13:19 19:16 19:18 20:3

**believes**(1) 11:5 13:9 13:10
**belt**(2) 12:22 16:10
**belt-and-suspenders**(1) 18:5
**bendernagel**(1) 1:26
**benson**(1) 7:18
**beyond**(3) 15:22 17:12 17:18
**bigalo**(1) 5:31
**billions**(1) 15:24
**blabey**(1) 6:27
**blake**(1) 2:28
**block**(1) 5:10
**bnp**(2) 3:10 14:13
**boelter**(1) 4:16
**both**(1) 8:9
**bound**(2) 15:3 15:6
**box**(1) 2:31
**bradford**(4) 9:11 9:11 9:14 9:15
**brady**(1) 7:26
**brandywine**(1) 2:29
**brass**(1) 6:30
**brian**(1) 1:39
**brief**(3) 11:17 18:20 19:12
**briefly**(1) 19:14
**broader**(1) 20:13

**brokius**(1) 6:36
**brothers**(1) 14:14
**brought**(1) 8:9
**brown**(2) 6:46 14:14
**bryan**(1) 4:24
**building**(1) 2:29
**burden**(2) 15:10 15:10
**burdensome**(1) 21:22
**bush**(1) 3:49
**but**(11) 14:1 15:2 15:6 17:4 17:18 20:22 20:24 21:15 22:4 22:13 23:1

**cadwalader**(1) 7:4
**calaman**(1) 23:18
**can**(6) 12:4 18:7 18:8 18:20 19:25 21:24 22:2 22:3

**cannot**(1) 22:3
**cantigny**(1) 5:31
**capital**(4) 5:17 6:33 6:43 7:37
**care**(2) 16:7 16:9
**carey**(1) 1:20
**caridas**(1) 3:50
**carol**(1) 5:17
**carroon**(1) 2:42
**case**(6) 1:5 6:4 14:21 15:10 16:11 16:12
**cases**(1) 19:18
**cede**(1) 18:15
**certain**(2) 8:10 10:5
**certainly**(2) 15:6 21:19
**certification**(1) 23:11
**certify**(1) 23:12
**cetera**(1) 18:9
**chadbourne**(2) 2:11 3:34
**chapter**(1) 1:8
**chase**(2) 3:12 6:17
**chasing**(1) 21:5
**chicago**(4) 1:28 1:41 3:25 6:8
**chief**(1) 22:10
**chung**(1) 5:20
**circumstances**(2) 15:11 15:13
**cited**(1) 19:18
**citi**(1) 7:15
**citigroup**(1) 4:11
**claims**(13) 10:25 11:8 11:13 12:5 12:18 12:21 12:23 15:7 15:15 15:15 16:7 16:24 17:20 18:3

**class**(3) 11:6 12:17 16:8
**clear**(1) 10:20 13:16
**clearing**(1) 14:16
**cleary**(1) 2:28
**clerk**(1) 8:2
**cobb**(1) 2:4
**cole**(1) 1:31
**colleague**(1) 11:18
**colloquy**(1) 11:18
**come**(2) 15:21 17:4
**coming**(2) 16:10 17:21
**comments**(1) 22:14
**committee**(31) 2:4 3:34 8:6 8:7 8:9 10:3 10:6 10:15 10:20 11:4 11:7 11:11 11:19 11:21 12:1 12:4 12:7 12:14 12:19 13:6 13:7 13:9 13:10 14:1 14:3 15:10 16:2 16:5 19:15 19:21 20:6

**committee's**(4) 10:4 10:12 11:25 13:2
**company**(5) 1:8 3:23 4:29 14:14 22:11
**compel**(7) 8:10 8:18 10:4 10:12 13:15 13:24 18:15

**compelling**(1) 18:11
**compensation**(1) 5:4
**complaints**(1) 13:3
**complete**(1) 12:9
**compulsion**(1) 13:19
**conaway**(1) 2:26
**concern**(1) 19:23
**concerned**(1) 21:23
**concerns**(1) 19:18

**concludes**(1) 23:8
**confer**(2) 21:13 22:1
**conference**(1) 22:4
**conferred**(1) 13:13
**confidence**(1) 17:8
**confidential**(3) 17:5 18:1 19:22
**confidentiality**(1) 19:17
**confirm**(1) 20:24
**connection**(6) 9:9 10:3 10:8 10:9 10:11 10:18

**consuming**(1) 12:6
**contact**(1) 20:19
**contemplating**(1) 16:18
**contingent**(2) 16:6 17:11
**continue**(1) 12:4
**continued**(6) 2:2 3:2 4:2 5:2 6:2 7:2
**corp**(1) 14:14
**correct**(3) 9:12 16:21 23:12
**could**(4) 10:25 11:13 17:4 23:1
**couldn't**(1) 15:4
**counsel**(4) 8:25 9:5 21:13 22:1
**country**(1) 17:7
**course**(2) 18:7 20:2
**court**(53) 1:1 8:3 8:12 8:18 8:20 9:5 9:6 9:8 9:14 9:16 9:21 9:23 10:16 10:17 10:20 10:21 10:22 11:2 11:19 12:2 12:3 12:10 12:16 12:21 13:2 13:23 14:6 14:8 14:10 14:22 15:14 16:13 16:22 17:15 17:23 18:17 18:25 19:4 19:9 19:10 20:10 20:22 21:9 22:1 22:2 22:17 22:20 22:22 22:25 23:3 23:7 23:8

**court's**(3) 10:14 13:7 15:6
**courtroom**(1) 1:11
**courts**(1) 17:7
**craft**(1) 21:18
**credit**(3) 2:26 4:7 6:40
**creditors**(4) 2:5 3:35 8:7 10:3
**crux**(1) 12:24
**d.c**(1) 22:24
**dan**(1) 2:6
**data**(1) 1:46
**date**(2) 20:18 23:18
**dates**(4) 17:14 18:9 19:24 20:6
**dave**(1) 4:30
**david**(8) 2:12 3:17 3:45 4:48 5:39 6:27 7:38 9:11

**davidson**(1) 5:27
**davis**(1) 3:30
**day**(1) 11:16
**days**(1) 8:16
**deadline**(2) 12:8 13:25
**dearborn**(1) 1:27
**debenture**(1) 7:18
**debtor**(1) 1:25
**debtors**(2) 1:11 11:1
**decide**(1) 21:4
**decides**(1) 18:4
**defendant**(1) 16:8
**defendants**(9) 10:24 11:9 11:14 12:17 13:4 13:19 15:21 21:21

**definition**(1) 8:14
**delaware**(4) 1:2 1:13 1:34 8:1
**demonstrate**(1) 18:11
**denied**(1) 18:15
**deny**(2) 12:10 12:17
**depending**(1) 15:17
**deutsch**(2) 2:13 3:37
**deutsche**(1) 14:15
**dewey**(1) 4:7
**diamond**(1) 5:28
**diaz**(1) 1:46
**did**(1) 10:20
**didn't**(1) 15:5
**differently**(1) 8:19
**direct**(2) 14:6 21:15

| Word | Page:Line |
|------|-----------|

directors(1) 5:23
discover(1) 12:14
discovered(1) 20:2
discovery(14) 10:6 10:7 10:15 11:11 11:22 11:25 12:2 12:3 15:8 15:9 15:19 17:19 21:1 21:16
dismiss(2) 16:24 18:8
dispatch(1) 8:21
distinguished(1) 11:18
distributed(1) 11:10
district(1) 1:2
divulged(1) 16:17
docket(1) 23:4
documents(2) 8:10 10:5
doe(1) 16:9
does(5) 9:9 18:25 19:9 21:15 21:15
doesn't(1) 16:12
dollars(1) 15:24
don(2) 3:23 22:10
don't(7) 8:23 9:6 11:24 15:12 15:18 17:8 23:2
done(1) 11:22
doubly(1) 17:11
dougherty(1) 5:24
douglas(3) 2:13 3:31 3:37
down(2) 12:16 21:17
drew(1) 2:36
drill(1) 21:16
drive(1) 1:40
drop(1) 18:2
dunn(1) 5:39
ecro(1) 1:44
edwards(1) 4:36
effect(1) 8:15
efficient(2) 20:3 20:8
effort(1) 15:25
efforts(1) 11:25
egi-trb(1) 5:10
ehmer(1) 6:33
elden(1) 5:23
eldersveld(1) 4:30
electronic(2) 1:53 23:13
eleven(1) 3:6
else(3) 9:9 19:1 19:10
employee(1) 5:4
enable(1) 12:22
end(1) 22:4
endeavored(1) 13:4
enormity(2) 11:9 14:2
enter(1) 9:18
entered(1) 11:17
entities(1) 7:26
entity(1) 15:17
entry(1) 13:1
eos(1) 7:12
ephraim(1) 5:28
eric(1) 7:27
esq(62) 1:26 1:33 1:39 2:5 2:6 2:12 2:13 2:19 2:20 2:28 2:36 2:43 3:5 3:11 3:17 3:23 3:31 3:35 3:37 3:39 3:41 3:43 3:45 3:49 3:50 4:4 4:8 4:12 4:16 4:18 4:20 4:22 4:24 4:26 4:30 4:32 4:34 4:36 4:40 4:42 4:46 4:48 5:5 5:7 5:11 5:14 5:24 5:32 5:36 5:43 6:6 6:27 6:37 6:47 7:5 7:9 7:12 7:20 7:27 7:31 7:34 7:38
essence(2) 17:20 17:24
estate(1) 16:2
estate's(1) 20:9
estates(1) 11:1
esther(1) 5:20
event(1) 8:14
events(1) 16:6
eventually(1) 15:18
everyone(1) 8:3
example(1) 12:7
except(2) 11:25 17:19

exception(1) 15:9
exist(1) 15:13
existing(1) 8:25
exited(1) 15:25
explicitly(1) 13:20
extending(1) 8:15
extension(1) 12:25
extensions(1) 12:8
extensively(1) 13:13
extraordinary(1) 15:11
face(1) 14:1
facilitate(1) 12:3
fact(3) 11:16 11:18 20:1
fallon(1) 5:14
far(3) 16:7 20:1 20:3
farther(1) 21:17
fashion(1) 21:24
favor(1) 8:25
feel(1) 20:8
feels(1) 14:1
feld(1) 7:37
few(1) 14:21
fight(1) 17:4
filed(1) 9:3
financial(2) 14:17 18:21
fine(1) 8:22
finger(1) 2:35
first(1) 15:7
fischer(1) 3:5
fleming(1) 6:37
flexible(1) 22:19
floor(3) 1:40 2:30 2:46
for(81) 1:25 1:26 2:4 2:26 2:35 2:42 3:4 3:10 3:16 3:23 3:30 3:34 4:4 4:7 4:11 4:15 4:39 4:45 5:4 5:10 5:14 5:17 5:20 5:23 5:27 5:31 5:35 5:39 5:42 5:46 6:4 6:8 6:11 6:14 6:17 6:21 6:24 6:27 6:30 6:33 6:36 6:40 6:43 6:46 7:4 7:8 7:12 7:15 7:18 7:23 7:26 7:30 7:34 7:37 8:13 9:8 9:16 9:18 10:12 11:19 11:23 12:1 12:7 12:22 12:25 13:3 13:20 14:21 15:20 16:23 16:25 17:12 17:21 18:14 19:15 21:17 21:21 22:8 22:12 22:14 22:17
foregoing(1) 23:12
foreshadowed(1) 11:21
form(2) 9:18 21:14
forman(1) 1:31
former(2) 5:23 20:16
forthwith(1) 13:24
forward(2) 8:9 18:8
foundation(2) 5:36 5:37
frank(4) 5:4 5:7 5:42 5:43
frankel(1) 6:28
friday(1) 13:2
friedman(1) 7:19
frischer(2) 18:18 18:18
from(8) 10:5 10:22 12:15 14:10 17:20 18:19 19:2 23:13
front(1) 12:25
fuks(1) 5:46
fun(1) 14:5
fundamenta(1) 6:8
fundamentals(1) 14:19
further(6) 8:15 9:6 19:12 21:7 22:7 22:16
furtherance(1) 11:7
future(1) 16:6
gary(1) 4:34
gavin(1) 6:24
gecker(1) 5:4
george(1) 5:24
get(7) 8:21 15:7 15:20 16:12 18:4 20:4 20:4
getting(1) 11:21
give(1) 16:20
given(2) 11:9 14:1
gives(1) 21:4
goes(3) 17:12 17:18 18:8

going(2) 15:15 21:10
goldfarb(13) 2:19 8:11 10:1 10:2 10:18 11:4 12:13 14:9 19:14 19:15 20:15 21:7 22:6
goldman(1) 5:14
gone(1) 9:16
good(6) 8:3 8:4 10:1 14:11 22:9 22:12
gordon(2) 6:24 6:47
got(3) 16:8 16:9 18:11
gotshal(2) 4:45 7:30
gotten(1) 22:13
graem(1) 3:49
granted(4) 12:4 12:21 13:2 13:6
great(1) 6:36
greissman(1) 6:5
grippo(1) 5:23
grounds(1) 16:23
group(2) 5:5 16:25
gruszka(1) 6:8
guarantee(1) 14:4
guess(1) 18:10 22:15
gump(1) 7:37
gwen(1) 5:32
had(4) 14:3 15:4 20:23 21:2
hadley(1) 14:12
halcyon(1) 5:46
handled(1) 13:21
harm(1) 12:11
harriman(1) 14:14
harrisburg(1) 1:48
harry(2) 3:5 18:18
has(21) 9:3 9:5 9:23 10:6 10:15 10:16 11:22 12:1 12:2 12:2 12:4 12:5 12:7 12:20 12:21 13:12 13:12 14:3 14:18 15:9 15:10 17:10
hat(1) 18:2
hauer(1) 7:37
have(28) 8:8 8:15 8:24 9:4 9:16 9:18 10:12 10:17 13:4 13:11 13:13 13:16 14:2 15:4 16:17 16:19 16:23 17:1 20:7 20:13 21:7 21:16 21:21 21:22 22:13 22:15 23:2
having(3) 14:20 15:25 20:24
hear(2) 14:10 19:12
heard(3) 9:9 19:1 19:10
hearing(3) 11:16 23:8 23:9
hearings(1) 15:4
helligman(1) 5:5
help(1) 13:7
hercules(1) 2:44
here(8) 8:24 10:4 14:13 15:13 16:2 16:16 17:14 22:14
highly(1) 17:5
his(3) 9:3 18:23 19:7
history(1) 11:24
holidays(1) 13:24
honor(37) 8:4 8:5 8:8 8:17 8:22 8:23 9:15 9:20 9:22 10:1 10:8 10:18 11:4 11:6 12:13 14:9 14:11 14:18 16:4 16:21 17:13 17:25 18:3 18:10 18:18 19:2 19:5 19:14 19:16 20:20 21:8 21:19 22:6 22:9 22:21 23:6
honor's(1) 17:18
honorable(1) 1:20
hopeful(1) 23:3
how(3) 13:21 15:17 18:9
howard(1) 3:43
i'd(1) 22:15
i'll(5) 9:8 14:10 18:15 21:13 22:1
i'm(9) 9:17 14:13 14:19 14:25 15:6 18:18 22:21 22:23 23:3
identified(1) 12:1
identify(2) 10:24 11:12
identity(7) 12:14 13:17 17:13 18:6 20:11 20:16 21:11
igor(1) 5:46

immediately(3) 10:22 11:12 11:22
implicitly(1) 10:17
important(2) 17:16 17:17
inc(4) 14:15 14:16 14:16 14:17
indicate(2) 22:16
indicated(1) 11:19
individual(5) 11:10 11:12 12:15 12:18
individually(1) 11:9
information(25) 13:17 13:17 13:21 14:2 14:4 16:12 16:16 16:17 16:20 17:1 17:5 17:7 17:12 17:16 17:18 17:19 18:1 18:13 19:20 19:20 20:4 20:15 20:19 20:23 21:24
instance(1) 19:6
institutions(1) 18:21
intends(1) 9:4
intention(1) 12:20
interest(1) 18:12
investment(1) 6:9
investors(3) 17:6 17:9 18:14
isn't(1) 20:12
issued(2) 10:19 17:3
issues(1) 15:19
it's(7) 11:5 12:6 15:2 17:10 20:3 20:15 21:22
items(1) 8:8
its(4) 11:7 12:20 13:10 14:4
it's(1) 18:1
james(4) 1:26 2:20 4:8 8:5
jane(1) 4:40
jason(1) 6:21
jeffries(1) 6:30
jenner(1) 5:10
jessica(1) 4:16
jillian(1) 4:26
john(1) 5:36
johnston(1) 4:8
joined(2) 18:22 18:22
jointly(1) 1:6
jonathan(2) 4:36 4:42
joseph(1) 5:7
judge(3) 1:20 1:21 9:25
juncture(1) 9:2
just(9) 8:20 9:8 16:11 16:13 16:16 17:13 18:1 18:6 18:10
justin(1) 6:30
kalenchitis(2) 6:14 6:14
kasowitz(1) 7:18
kate(1) 1:33
katten(2) 5:35 7:34
kavalis(1) 6:11
kaye(2) 4:39 7:8
kempner(1) 5:27
kept(1) 19:21
kerriann(1) 4:22
kevin(2) 1:20 4:18
kind(1) 15:2
king(1) 2:38
know(9) 14:24 14:24 15:2 15:3 15:16 17:5 17:6 17:10 17:11
kovensky(1) 6:40
krakauer(1) 4:24
kramer(1) 6:27
landis(2) 2:4 2:5
language(1) 11:20
lantry(1) 4:18
last(1) 22:14
later(1) 15:21
laughter(1) 15:1
laurie(1) 2:43
law(1) 7:18
lawsuits(1) 15:22
layton(1) 2:35
lbo(5) 11:9 19:24 20:1 20:5 20:13 20:24 21:2

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **least**(1) 21:1 | | **much**(3) 18:9 23:5 23:7 | | **parties**(23) 10:5 10:10 10:12 10:24 12:16 | | **pursued**(3) 10:16 15:15 15:16 | |
| **leave**(3) 11:11 13:2 13:3 | | **muchin**(2) 5:35 7:34 | | 13:11 13:11 13:14 13:14 13:16 13:24 | | **pursuing**(1) 12:2 | |
| **leboeuf**(1) 4:7 | | **must**(2) 14:19 17:19 | | 14:13 14:20 15:9 17:2 17:14 18:6 18:7 | | **put**(1) 8:12 | |
| **legal**(1) 15:17 | | **n.a**(1) 14:15 | | 18:16 21:17 21:22 21:25 | | **putting**(1) 16:14 | |
| **lemay**(2) 2:12 3:45 | | **name**(3) 20:19 20:25 21:12 | | | | **quaries**(1) 7:26 | |
| **lenders**(2) 2:27 4:7 | | **names**(1) 20:5 | | **partner**(1) 8:11 | | **question**(3) 10:14 15:16 21:20 | |
| **leonard**(1) 1:32 | | **necessary**(2) 21:18 21:25 | | **partners**(6) 5:27 5:39 6:9 6:21 6:40 7:12 | | **questions**(1) 9:5 | |
| **let's**(2) 17:23 17:24 | | **need**(4) 11:24 17:11 18:11 19:24 | | **party**(3) 14:20 17:3 19:6 | | **rath**(2) 2:4 2:6 | |
| **levin**(1) 6:27 | | **needs**(1) 20:2 | | **parver**(1) 4:40 | | **rather**(1) 14:7 | |
| **lewis**(1) 6:36 | | **neftalis**(1) 6:27 | | **passage**(1) 15:23 | | **reach**(4) 9:1 13:15 15:22 22:3 | |
| **lexi**(1) 5:14 | | **never**(2) 16:19 17:1 | | **past**(2) 9:4 11:23 | | **really**(11) 8:23 10:13 11:20 12:23 12:24 | |
| **liebentritt**(9) 3:23 22:9 22:10 22:13 22:19 | | **new**(4) 2:15 3:7 3:13 14:20 | | **patrick**(1) 6:37 | | 16:5 16:16 17:8 17:12 18:2 18:5 | |
| 22:21 22:23 23:1 23:5 | | **nolan**(1) 5:32 | | **paul**(1) 4:11 | | | |
| **limited**(4) 18:6 20:12 21:11 21:15 | | **nomura**(1) 6:11 | | **pennock**(1) 4:12 | | **realm**(1) 6:21 | |
| **litigation**(2) 8:16 9:1 | | **normally**(1) 16:15 | | **pennsylvania**(1) 1:48 | | **reason**(1) 18:14 | |
| **little**(1) 10:19 | | **north**(4) 2:38 2:45 3:18 3:24 | | **people**(1) 20:5 | | **reasons**(3) 8:25 9:16 12:7 | |
| **litvack**(1) 4:48 | | **not**(12) 9:3 10:14 11:6 15:19 15:19 16:1 | | **perhaps**(1) 20:7 | | **rebecca**(1) 7:15 | |
| **llc**(4) 5:23 5:42 14:17 18:19 | | 16:18 16:24 17:13 20:8 21:5 21:22 | | **permit**(1) 21:15 | | **rebuttal**(1) 19:13 | |
| **llp**(13) 1:25 2:11 2:42 3:34 4:39 4:45 5:4 | | **note**(1) 11:25 | | **pershing**(3) 3:4 18:19 18:20 | | **received**(8) 13:12 13:18 19:25 20:5 20:13 | |
| 5:10 5:35 6:28 7:26 14:12 18:19 | | **nothing**(1) 21:7 | | **peter**(1) 6:8 | | 20:17 20:18 20:21 | |
| | | **notice**(2) 13:10 15:5 | | **piece**(1) 20:20 | | | |
| **longer**(1) 14:7 | | **novod**(1) 6:47 | | **plainly**(1) 10:16 | | **recent**(1) 8:13 | |
| **look**(1) 15:15 | | **now**(7) 13:11 14:1 14:21 15:22 16:10 | | **plan**(1) 15:17 | | **recently**(1) 10:9 | |
| **looking**(2) 15:20 15:20 | | 17:20 21:16 | | **plans**(1) 22:17 | | **record**(1) 9:8 | |
| **lost**(2) 12:11 16:1 | | **nub**(1) 15:14 | | **plaza**(3) 2:14 2:44 3:12 | | **recorded**(1) 1:53 | |
| **lot**(1) 14:24 | | **number**(1) 14:13 | | **pleadings**(3) 11:5 16:8 16:9 | | **recording**(2) 1:53 23:13 | |
| **ludwig**(1) 4:26 | | **numerous**(1) 10:10 | | **please**(1) 8:2 | | **recount**(1) 11:24 | |
| **lugano**(1) 1:44 | | **o'neal**(1) 4:32 | | **pled**(1) 11:8 | | **recover**(1) 15:25 | |
| **lynch**(3) 2:42 4:39 7:8 | | | | **pnc**(1) 14:15 | | **reed**(2) 1:38 5:5 | |
| **made**(6) 9:4 13:16 15:4 21:11 21:13 21:22 | | **objecting**(7) 10:5 10:10 10:12 12:16 13:16 | | **podium**(1) 18:15 | | **referring**(1) 11:6 | |
| **madlyn**(1) 7:9 | | 18:16 21:21 | | **point**(6) 6:33 9:3 11:2 13:23 16:19 19:19 | | **refresh**(1) 20:10 | |
| **maintained**(1) 19:21 | | | | **points**(1) 12:1 | | **regard**(1) 22:16 | |
| **make**(5) 10:20 15:7 16:11 22:2 22:4 | | **objection**(3) 8:21 9:13 9:17 | | **policy**(2) 17:6 18:12 | | **related**(1) 11:6 | |
| **making**(1) 16:5 | | **objections**(3) 10:10 10:13 21:14 | | **polk**(1) 3:30 | | **relatively**(1) 14:19 | |
| **management**(2) 5:18 5:46 | | **objectors**(2) 11:2 14:10 | | **position**(1) 20:6 | | **relief**(7) 10:21 12:3 12:4 12:10 12:22 18:4 | |
| **manges**(2) 4:45 7:30 | | **obligations**(1) 11:7 | | **positioned**(1) 16:1 | | 18:5 | |
| **manhattan**(1) 3:12 | | **obtain**(2) 20:3 21:23 | | **possibility**(1) 16:19 | | | |
| **many**(1) 16:24 | | **obtaining**(1) 10:22 | | **possible**(2) 13:5 22:14 | | **remain**(1) 9:2 | |
| **marc**(2) 3:39 3:41 | | **occasions**(1) 8:24 | | **possibly**(1) 15:4 | | **repeat**(1) 9:4 | |
| **march**(1) 13:25 | | **occur**(2) 14:6 16:15 | | **potter**(1) 2:42 | | **represent**(2) 15:5 18:19 | |
| **market**(3) 1:12 2:7 2:45 | | **october**(4) 1:15 8:1 10:20 23:17 | | **powlen**(1) 3:17 | | **represented**(1) 14:20 | |
| **marsal**(1) 5:42 | | **off**(1) 14:1 | | **ppearances**(3) 1:23 2:1 3:1 | | **representing**(1) 19:5 | |
| **massage**(1) 21:24 | | **officer**(1) 22:10 | | **precisely**(1) 13:5 | | **represents**(1) 18:22 | |
| **matter**(2) 17:6 23:14 | | **officers**(1) 5:24 | | **prefer**(1) 8:19 | | **request**(4) 12:11 20:11 20:12 21:16 | |
| **matters**(1) 9:1 | | **official**(4) 2:4 3:34 8:6 10:2 | | **prepared**(1) 9:17 | | **requested**(2) 8:12 20:16 | |
| **matthew**(6) 4:4 5:42 5:43 6:33 7:5 7:20 | | **okay**(7) 16:22 17:23 20:10 21:3 21:6 21:7 | | **preservation**(1) 19:17 | | **requests**(6) 10:6 10:7 10:9 10:11 13:12 | |
| **mauro**(1) 6:43 | | 22:25 | | **preserve**(7) 9:3 10:25 11:8 11:13 12:5 | | **require**(1) 15:12 | |
| **may**(5) 9:22 9:23 11:6 17:17 21:5 | | | | 12:20 12:23 | | **resolution**(1) 13:15 | |
| **mccormack**(1) 3:35 | | **oliver**(1) 7:5 | | | | **resolves**(1) 19:23 | |
| **mccormick**(1) 5:35 | | **olivia**(1) 6:43 | | **presumably**(1) 20:5 | | **resources**(1) 20:9 | |
| **mccoy**(1) 14:12 | | **one**(7) 1:27 2:37 8:9 10:13 12:6 16:17 | | **prevent**(1) 17:20 | | **respect**(3) 20:11 21:15 22:2 | |
| **mean**(2) 12:13 16:18 20:19 | | 20:17 | | **previous**(1) 8:24 | | **response**(5) 10:7 10:11 19:11 19:12 20:25 | |
| **means**(1) 21:12 | | | | **previously**(1) 18:24 | | **responses**(3) 21:11 21:13 21:16 | |
| **meisel**(1) 1:31 | | **onex**(1) 6:40 | | **primoff**(1) 7:9 | | **rest**(2) 18:23 19:7 | |
| **members**(1) 17:1 | | **only**(3) 14:20 15:16 20:4 | | **principle**(2) 16:14 21:19 | | **restructuring**(1) 22:10 | |
| **merrill**(3) 2:42 4:39 7:8 | | **opinion**(1) 22:15 | | **prior**(1) 10:14 | | **reversed**(1) 15:12 | |
| **met**(1) 13:13 | | **order**(23) 9:18 9:18 9:23 10:19 10:21 | | **problem**(1) 16:7 | | **review**(1) 14:4 | |
| **michael**(3) 4:32 7:31 19:2 | | 11:17 12:3 12:8 12:22 13:1 13:6 13:14 | | **proceed**(3) 8:17 8:19 20:3 | | **richards**(1) 2:35 | |
| **michigan**(1) 3:24 | | 13:19 13:20 14:3 16:15 17:22 19:16 19:22 | | **proceeding**(1) 11:15 | | **rifkind**(1) 4:11 | |
| **might**(3) 8:20 15:21 17:2 | | 21:10 21:12 21:14 21:18 | | **proceedings**(6) 1:19 1:53 8:16 9:1 10:23 | | **right**(9) 9:14 9:21 11:2 16:4 18:4 19:9 | |
| **mike**(1) 7:12 | | | | 23:14 | | 22:7 23:7 | |
| **millbank**(2) 3:10 14:12 | | **orders**(3) 8:14 10:14 15:6 | | | | | |
| **miller**(1) 7:23 | | **originally**(1) 10:8 | | **proceeds**(13) 11:10 13:18 19:20 19:24 | | **risk**(1) 16:3 | |
| **mills**(1) 4:22 | | **other**(1) 18:15 | | 20:1 20:4 20:5 20:13 20:17 20:18 20:21 | | **road**(1) 12:16 | |
| **minkove**(2) 6:17 6:18 | | **otherwise**(1) 15:21 | | 20:24 21:2 | | **robert**(1) 5:35 | |
| **missed**(1) 14:24 | | **ought**(3) 15:25 16:1 18:5 | | **produce**(3) 13:16 13:24 17:1 | | **roberts**(1) 7:23 | |
| **mistaken**(1) 16:13 | | **our**(3) 9:13 15:7 19:18 | | **produced**(1) 1:54 | | **rockefeller**(2) 2:14 | |
| **modification**(1) 17:21 | | **out**(3) 11:2 15:18 22:3 | | **production**(5) 8:10 10:4 13:22 14:6 21:21 | | **rodney**(1) 2:37 | |
| **monday**(1) 8:1 | | **over**(2) 10:19 11:23 | | **propose**(1) 8:17 | | **roitman**(1) 3:41 | |
| **months**(1) 14:24 | | **overcome**(1) 18:12 | | **proposed**(1) 8:13 | | **rose**(2) 3:4 18:19 | |
| **more**(2) 10:9 20:3 | | **overrule**(1) 9:17 | | **proskauer**(2) 3:4 18:19 | | **rosenman**(2) 5:35 7:34 | |
| **morgan**(8) 2:35 3:16 3:30 4:45 6:17 6:36 | | **overrules**(1) 21:14 | | **protect**(1) 17:7 | | **ross**(1) 4:20 | |
| 7:30 19:3 | | **p.a**(1) 1:32 | | **protecting**(1) 18:13 | | **rostocki**(1) 1:39 | |
| | | **p.m**(3) 1:16 8:1 23:9 | | **protective**(4) 13:1 13:20 19:16 19:22 | | **royal**(1) 7:4 | |
| **most**(1) 8:13 | | **p.o**(1) 2:31 | | **protector**(1) 19:19 | | **rudnick**(1) 6:46 | |
| **motion**(11) 8:10 8:18 9:10 10:4 10:12 | | **papers**(3) 18:23 18:24 19:18 | | **provided**(3) 13:10 18:2 20:25 | | **rule**(5) 10:9 13:12 13:14 15:12 18:12 | |
| 13:3 13:15 14:18 16:24 18:8 18:14 | | **paribas**(1) 14:14 | | **provides**(1) 13:20 | | **ruling**(1) 17:18 | |
| | | **parke**(2) 2:11 3:34 | | **pursuant**(1) 13:5 | | **run**(1) 16:3 | |
| | | | | **pursue**(2) 10:23 11:22 | | **saavedra**(1) 4:46 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**sachs**(1) 5:14
**said**(2) 9:7 20:22
**same**(1) 9:16
**save**(1) 10:13
**say**(5) 10:17 14:19 16:6 17:23 17:24
**saying**(4) 15:18 16:3 16:10 17:24
**scenario**(1) 15:17
**schachar**(2) 6:17 6:18
**schaible**(1) 3:31
**scheduled**(1) 22:23
**scholer**(2) 4:39 7:8
**schott**(1) 7:12
**schotz**(1) 1:31
**schuylkill**(1) 1:47
**scope**(2) 20:12 20:12
**scotland**(1) 7:4
**scott**(1) 6:5
**seated**(1) 8:2
**second**(1) 20:20
**securities**(6) 6:11 7:24 14:14 14:15 14:16 14:17

**see**(1) 22:2
**seeking**(6) 10:21 13:5 13:13 15:9 17:13 17:14

**seems**(3) 15:24 17:11 17:15
**seife**(1) 3:43
**sensitive**(2) 17:5 18:1
**serve**(3) 10:23 14:5 21:25
**served**(3) 10:6 10:10 13:12
**service**(1) 1:46 1:54 12:8 13:1
**services**(2) 1:46 14:17
**shannon**(1) 4:12
**share**(1) 14:5
**shareholder**(7) 10:24 11:8 11:14 11:14 13:3 13:17 13:18

**shareholders**(8) 11:10 11:12 12:15 12:19 14:5 20:8 20:17 21:2

**short**(1) 13:15
**shorter**(1) 14:7
**should**(3) 13:21 16:15 18:4
**shouldn't**(1) 18:1
**show**(1) 15:11
**showing**(1) 21:22
**sidley**(2) 1:25 4:15
**sieger**(1) 5:36
**signed**(1) 9:24
**silver**(1) 6:33
**silverstein**(1) 2:43
**similarly**(2) 18:20 19:6
**simply**(1) 9:3
**since**(2) 12:1 15:5
**situated**(2) 18:21 19:6
**slater**(1) 5:31
**sloan**(1) 2:36
**slow**(1) 12:6
**smith**(1) 1:38
**some**(6) 8:21 16:19 16:25 18:11 18:15 19:18

**something**(1) 23:3
**song**(1) 7:15
**sorry**(1) 22:21
**sottile**(10) 2:20 8:5 8:5 8:22 9:12 9:19 9:20 9:22 9:25 11:19

**sought**(4) 11:11 12:2 12:7 12:22
**sound**(2) 1:53 23:13
**south**(2) 1:27 1:40
**spaeder**(5) 2:18 3:48 8:6 10:2 19:15
**special**(1) 8:6
**specifically**(1) 20:10
**sperling**(1) 5:31
**square**(2) 2:37 3:6
**stand**(1) 23:8

**standing**(7) 8:14 9:13 10:19 10:22 11:17 11:21 13:6

**stanley**(3) 3:16 4:45 7:30 19:3
**stargatt**(1) 2:26
**staring**(1) 13:25
**stark**(1) 7:26
**states**(2) 1:1 1:21
**stay**(2) 8:15 9:1
**stein**(1) 7:20
**step**(2) 20:17 20:18
**steps**(1) 14:3
**stickles**(1) 1:33
**stone**(13) 3:11 14:11 14:12 14:24 15:2 16:4 16:21 16:23 17:17 17:25 18:21 19:7 21:19

**stone's**(3) 18:22 18:23 21:10
**strauss**(1) 7:37
**street**(8) 1:12 1:47 2:7 2:21 2:30 2:38 2:45 3:18

**stuart**(1) 6:40
**submit**(1) 21:14
**submitted**(1) 18:24
**subpoena**(1) 10:8
**subpoenaed**(3) 10:8 3:11 13:14
**subpoenas**(3) 10:23 17:3 17:3
**substantive**(1) 15:19
**such**(2) 15:12 16:1
**sue**(1) 20:7
**sufficient**(2) 21:17 21:20
**suggestion**(1) 21:10
**suit**(1) 18:7
**suite**(4) 1:34 2:7 2:22 3:19
**summary**(1) 18:10
**support**(1) 19:7
**suppose**(1) 17:3
**sure**(4) 14:25 16:11 19:25 22:4
**surprising**(1) 15:3
**suspenders**(1) 12:23 16:11
**suttonbrook**(1) 5:17
**swiss**(1) 14:15
**system**(2) 15:7 17:9

**tabak**(1) 7:23
**taft**(1) 7:4
**take**(3) 11:11 14:3 14:18
**taken**(1) 16:7
**takes**(1) 16:9
**taking**(1) 15:19
**talking**(3) 16:14 16:16 18:3
**task**(1) 12:9
**taylor**(1) 2:27
**telephone**(1) 22:4
**telephonic**(6) 3:28 4:1 5:1 6:1 7:1 11:16
**tens**(1) 20:7
**tentatively**(2) 22:20 22:22
**termination**(1) 8:14
**terms**(1) 21:20
**than**(2) 14:7 20:14
**thank**(15) 9:14 9:15 9:23 9:25 14:8 14:9 18:17 18:24 18:25 19:9 21:8 21:9 22:6 23:5 23:7

**that**(110) 8:10 8:12 8:22 8:24 8:25 9:4 9:12 9:23 10:15 10:17 10:19 10:25 11:3 11:3 11:5 11:10 11:12 11:13 11:19 11:21 11:22 11:25 12:3 12:4 12:10 12:14 12:18 12:19 12:21 12:23 13:8 13:9 13:11 13:16 13:19 13:21 14:3 14:6 14:6 14:18 14:19 15:3 15:4 15:5 15:9 15:11 15:12 15:20 15:24 15:25 16:1 16:3 16:5 16:5 16:9 16:11 16:11 16:25 17:7 17:10 17:12 17:15 17:18 17:19 17:21 17:25 18: 18:4 18:5 18:11 18:14 18:14 18:21 19:16 19:18 19:19 19:19 19:19 19:20 19:22 19:22 19:23 19:24 19:25 19:25 20:2 20:8 20:8 20:14 20:15 20:22 21:2 21:4 21:5 21:9 21:10 21:10 21:11 21:12 21:13 21:15 21:17 21:21 21:23 21:24 22:16 23:8 23:1

**that's**(7) 11:3 12:6 12:24 15:8 16:2 16:21 21:22

**thau**(1) 7:23
**the**(262) 1:1 1:2 1:20 2:29 8:2 8:3 8:6 8:8 8:9 8:12 8:12 8:13 8:13 8:14 8:15 8:15 8:16 8:18 8:18 8:20 8:21 8:24 8:25 8:25 9:4 9:5 9:6 9:8 9:8 9:9 9:9 9:14 9:16 9:16 9:17 9:21 9:23 10:2 10:4 10:4 10:5 10:9 10:11 10:11 10:13 10:14 10:15 10:15 10:16 10:17 10:18 10:20 10:20 10:21 10:21 10:22 10:23 10:24 10:25 11:2 11:2 11:4 11:6 11:7 11:9 11:9 11:11 11:11 11:12 11:13 11:13 11:14 11:16 11:16 11:16 11:17 11:19 11:19 11:19 11:20 11:20 11:21 11:23 11:24 11:24 12:1 12:1 12:2 12:3 12:3 12:4 12:4 12:5 12:5 12:6 12:7 12:7 12:8 12:9 12:9 12:10 12:10 12:11 12:14 12:14 12:15 12:15 12:16 12:16 12:17 12:17 12:18 12:19 12:21 12:21 12:21 12:24 12:25 12:25 13:1 13:1 13:2 13:2 13:3 13:3 13:6 13:6 13:6 13:7 13:7 13:9 13:9 13:10 13:11 13:11 13:14 13:17 13:17 13:18 13:18 13:20 13:23 13:24 13:25 13:25 14:1 14:2 14:2 14:2 14:2 14:3 14:4 14:5 14:6 14:6 14:8 14:8 14:10 14:22 15:6 15:8 15:9 15:9 15:10 15:10 15:10 15:14 15:14 15:15 15:17 15:17 15:22 15:22 15:22 15:25 16:1 16:2 16:2 16:5 16:7 16:13 16:15 16:22 17:8 17:9 17:13 17:13 17:15 17:17 23:8 18:6 18:7 18:12 18:13 18:14 18:18 18:23 18:24 18:25 19:4 19:7 19:12 19:15 19:16 19:17 19:20 19:20 19:21 19:24 20:1 20:4 20:5 20:6 20:6 20:9 20:10 20:11 20:11 20:12 20:12 20:15 20:16 20:18 20:20 20:20 20:20 20:22 20:23 20:25 21:1 21:2 21:3 21:9 21:11 21:12 21:14 21:16 21:17 21:18 21:20 21:21 21:21 21:21 22:17 22:4 22:5 22:7 22:12 22:14 22:15 22:17 22:20 22:22 22:7 22:22 23:7 23:9 23:12 23:13 23:13 23:14

**their**(3) 15:14 17:11 18:5
**them**(3) 17:3 18:7 18:8
**themselves**(1) 20:1
**then**(5) 9:8 12:1 15:7 18:7 20:19
**theory**(1) 18:5
**there**(7) 11:17 12:17 15:8 15:11 16:25 17:2 22:7

**there's**(3) 8:23 9:6 13:9
**therein**(1) 11:7
**these**(6) 9:1 13:15 15:15 16:8 16:24 16:25 17:23 17:24 18:4 18:7 18:8 19:25 20:18 20:24 21:2 21:11 22:2 22:20 22:22

**they**(19) 13:16 15:16 16:6 17:1 17:2 17:8 17:23 17:24 18:4 18:7 18:8 19:25 20:18 20:24 21:2 21:11 22:2 22:20 22:22

**they're**(6) 15:18 15:22 16:10 17:13 17:14 17:21 18:4 22:19

**they've**(1) 18:11
**things**(1) 16:15

**think**(18) 8:23 9:2 9:6 11:5 12:19 14:18 15:12 16:4 16:9 16:23 16:25 17:5 17:7 17:25 18:10 19:22 21:4 21:5 21:9

**third**(2) 10:24 17:3
**this**(20) 9:11 10:15 12:15 13:23 14:18 14:20 14:20 14:22 15:10 16:12 16:16 16:20 17:1 17:5 17:6 17:12 19:6 20:4 22:17 23:8

**thomas**(2) 3:35 4:20
**thornburg**(1) 3:16
**those**(16) 10:7 10:10 10:12 10:13 10:25 12:5 12:18 12:21 12:23 13:24 18:6 20:12 20:16 20:18 21:13 21:25

**though**(1) 16:4
**thought**(1) 8:20
**thousands**(1) 20:7
**through**(3) 8:21 12:25 13:1
**ticket**(1) 23:2
**time**(13) 10:15 12:6 12:15 12:19 12:25 14:23 15:5 15:23 16:7 17:20 18:3 20:4 22:14

**timeframe**(1) 14:7
**timely**(2) 14:5 21:24
**times**(1) 3:6
**timing**(4) 16:16 21:20 22:3 22:15
**today**(5) 8:8 8:13 9:2 12:11 22:8
**torres**(1) 7:18
**traci**(1) 23:18
**trading**(1) 18:13
**train**(1) 22:24
**transcriber**(1) 23:18
**transcript**(3) 1:19 1:54 23:13
**transcription**(2) 1:46 1:54
**transparent**(1) 13:4
**travel**(1) 22:17
**treatment**(1) 12:17
**tribune**(6) 1:8 3:23 4:11 4:29 20:17 22:10
**true**(1) 9:2
**trust**(2) 6:46 7:18
**try**(1) 13:14
**turn**(1) 21:25
**tweed**(2) 3:10 14:12
**two**(2) 8:8 20:18
**twofold**(1) 20:16
**type**(2) 10:21 12:2
**ubs**(2) 14:16 14:17
**ultimately**(1) 16:17
**unable**(1) 12:14
**under**(1) 19:22
**undermines**(1) 17:8
**understand**(4) 15:6 20:22 21:3 21:6
**united**(2) 1:1 1:21
**unless**(3) 8:18 9:5 20:23
**unsecured**(4) 2:5 3:35 8:7 10:3
**until**(1) 9:1
**upon**(4) 10:22 11:21 13:21 21:4
**use**(2) 11:20 20:9
**usual**(1) 18:12
**usually**(1) 17:7

**vail**(1) 5:11
**valid**(1) 16:23
**valuable**(3) 10:25 11:8 12:5
**value**(1) 16:1
**vanschyndle**(1) 7:27
**various**(2) 11:25 14:3
**very**(5) 18:20 18:25 19:14 23:5 23:7
**view**(1) 21:1
**wacker**(1) 1:40
**walsh**(4) 7:31 19:2 19:2 19:5
**want**(2) 16:11 21:3
**wardwell**(1) 3:30
**was**(7) 10:19 10:21 11:17 11:17 12:19 17:19 23:9

**washington**(3) 2:23 22:24 23:4

| Word | Page:Line | Word | Page:Line |
|---|---|---|---|
| **way**(7) 13:11 15:8 15:17 16:1 16:6 16:18 20:3 | | **your**(41) 8:4 8:5 8:8 8:17 8:22 8:23 9:12 9:15 9:20 9:22 10:1 10:7 10:18 11:4 11:5 12:13 14:9 14:11 14:18 16:4 16:14 16:21 17:12 17:18 17:25 18:3 18:10 18:18 19:2 19:5 19:14 19:16 20:20 21:8 21:19 22:6 22:9 22:14 22:17 22:21 22:21 23:5 | |
| **ways**(1) 14:1 | | | |
| **we're**(6) 9:12 15:18 15:19 15:20 18:2 19:5 | | | |
| **we've**(5) 12:22 13:5 16:6 16:8 16:9 | | **zell**(3) 8:21 9:2 9:12 | |
| **week**(1) 22:5 | | **zell's**(1) 9:5 | |
| **weighed**(1) 17:10 | | **zensky**(1) 7:38 | |
| **weil**(3) 4:45 7:30 19:2 | | **zloto**(1) 4:4 | |
| **weiss**(1) 4:11 | | **zuckerman**(5) 2:18 3:48 8:6 10:2 19:15 | |
| **weitman**(1) 4:34 | | **"immediately"**(1) 11:20 | |
| **well**(15) 10:17 12:13 14:22 15:14 16:10 16:13 17:15 17:17 17:17 17:25 18:25 20:10 21:9 22:1 23:3 | | | |
| **wells**(1) 6:4 | | | |
| **were**(8) 11:10 12:10 12:16 19:25 19:25 20:4 20:24 22:14 | | | |
| **west**(2) 2:30 3:18 | | | |
| **wharton**(1) 4:11 | | | |
| **what**(12) 12:11 12:11 13:5 13:12 16:2 17:24 18:2 18:9 20:11 22:17 22:20 22:22 | | | |
| **what's**(1) 20:11 | | | |
| **when**(1) 17:4 | | | |
| **where**(2) 14:22 20:6 | | | |
| **whereupon**(1) 23:9 | | | |
| **whether**(3) 10:14 20:2 20:24 | | | |
| **which**(11) 8:9 8:14 15:15 16:15 16:17 16:19 20:18 21:4 21:4 21:5 21:14 | | | |
| **while**(1) 11:4 | | | |
| **white**(1) 6:4 | | | |
| **who**(5) 15:21 19:6 20:5 20:12 20:17 | | | |
| **whom**(2) 10:5 15:16 | | | |
| **why**(2) 12:7 21:3 | | | |
| **wickersham**(1) 7:4 | | | |
| **will**(11) 8:10 9:17 13:16 15:16 16:17 16:18 17:1 18:23 21:12 23:3 23:8 | | | |
| **wilmington**(9) 1:13 1:35 2:8 2:32 2:39 2:47 3:20 6:46 8:1 | | | |
| **wish**(4) 9:9 19:1 19:10 19:13 | | | |
| **wishes**(1) 9:5 | | | |
| **with**(13) 8:17 8:21 9:9 10:4 10:8 10:9 10:11 10:18 13:13 13:25 15:24 20:11 22:2 | | | |
| **without**(1) 17:24 | | | |
| **won't**(1) 17:2 | | | |
| **wool**(1) 7:34 | | | |
| **word**(1) 11:20 | | | |
| **work**(3) 12:5 12:5 16:12 | | | |
| **works**(2) 15:8 15:18 | | | |
| **worth**(1) 21:5 | | | |
| **would**(22) 8:15 8:17 8:18 8:22 11:22 12:11 12:11 12:13 12:14 12:17 13:23 14:6 15:11 17:15 18:14 19:20 19:21 20:6 20:7 20:8 20:13 21:1 | | | |
| **wouldn't**(2) 20:23 22:13 | | | |
| **www.diazdata.com**(1) 1:50 | | | |
| **yeah**(1) 8:20 | | | |
| **year**(2) 10:19 11:23 | | | |
| **yes**(3) 9:20 16:25 22:8 | | | |
| **yet**(1) 23:2 | | | |
| **york**(3) 2:15 3:7 3:13 | | | |
| **you**(42) 9:14 9:15 9:18 9:23 9:25 10:17 12:10 14:8 14:9 14:22 15:2 15:3 15:16 16:18 17:4 17:6 17:10 17:11 18:17 18:24 18:25 19:9 19:13 20:22 20:23 20:23 21:1 21:3 21:4 21:4 21:5 21:8 21:9 22:3 22:3 22:4 22:6 22:15 23:4 23:5 23:7 | | | |
| **you'll**(1) 16:19 | | | |
| **you've**(1) 11:3 | | | |
| **young**(1) 2:26 | | | |