IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE CO., et al, | ) | No. 08-bk-13141 (KJC) |
| | ) | |
| Debtors. | ) | Re: Docket No. 9788 |

UNITED STATES' RESPONSE TO DEBTORS' FORTY-SIXTH OMNIBUS OBJECTION TO CLAIMS

The United States of America, a creditor in this bankruptcy case, responds to the Debtors' Forty-Sixth Omnibus Objection to claim 6555 filed by the Internal Revenue Service as follows:

1. Debtors object to this claim on the grounds that it was amended by claim 6805.

2. The United States concedes that the claim has been replaced by the amended claims. The claim was amended by the Internal Revenue Service after the debtors provided additional information to the Internal Revenue Service..

3. Since the United States agrees that the claim has been amended, it does not object to the relief sought in Debtors' Forty-Sixth Omnibus Objection.

Dated: November 2, 2010.

                                                     /s/ Yonatan Gelblum
YONATAN GELBLUM
Trial Attorney, Tax Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 305-3136
yonatan.gelblum@usdoj.gov

4633554.1

CERTIFICATE OF SERVICE

I certify that I caused a true and correct copy of the foregoing response to the debtors' forty-sixth objection to be served on debtors' counsel through the Court's Electronic Case Filing System this 2d day of November, 2011.

/s/ Yonatan Gelblum
Yonatan Gelblum