# EXHIBIT A

## SECOND SUPPLEMENTAL ENGAGEMENT LETTERS



Mr. Chandler Bigelow
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

1 November 2011

Dear Mr. Chandler Bigelow,

This engagement letter confirms that Tribune Company ("you" or "Client" or "Company" or "Tribune") have engaged PricewaterhouseCoopers LLP ("we" or "us" or "PwC") to perform the services described below.

**Scope of Our Services**

You are engaging us to provide the following services (the "Services") intended to provide you with insight into the processes and organizational issues of the Company and its subsidiary, Blue Lynx Media, LLC ("BLM"), including potential opportunities for improvement, based upon PwC's experience with finance transformations, shared service centers, and leading practices.

Prior to each of our analyses, Client management will designate each of the processes, etc. that will be the subject of our assessment. Further, Client management will designate individuals for PwC interviews and working sessions, as well as documents and other information to be included in our analysis. Unless otherwise stated, PwC's assessments and recommendations will be made based upon PwC's knowledge of leading practices.

1) **Project Description:**

*End-to-End Payroll Process Diagnostic:*

Using Lean based performance improvement techniques discussed and agreed with you, PwC will conduct a series of working sessions with appropriate Company and BLM payroll team members to understand and review the end-to-end current state Payroll process, assess process performance in terms of costs and complexity, and identify improvement opportunities for you to consider. The following activities will be performed:

- Understand/confirm the intended value of the Payroll process including quality and service delivery standards
- Facilitate the creation of a value stream map to illustrate current process inputs, suppliers, activities and controls, outputs, and customers
- Capture current Company and BLM-determined performance metrics such as processing time, volume, level of effort, etc.
- Document the entire end-to-end current state process flow
- Analyze the current state process and provide findings and observations related to potential critical failure modes and challenges. Conduct a root-cause analysis and investigate the sources for payroll issues and process complexity



- Provide our findings and observations and high level recommendations on process and control improvement opportunities
- Provide high-level recommendations and facilitate management's determination of next steps for the future state process design and implementation efforts

*BLM Shared Services Center Operational Assessment*

Through interviews, PwC will assess BLM's Shared Services operating model, including current scope, organizational structure, governance and performance metrics. Based on PwC's experience, we will provide insight into shared services and outsourcing trends and leading practices and will identify opportunities for management's consideration to improve the effectiveness of BLM's operating model. The following activities will be performed:

- Gain an understanding of the BLM vision and provide insight based on our understanding of management objectives and industry leading practices
- Confer with Finance and BLM leadership to gain further insight and confirm your objectives and requirements for the BLM program
- Review the BLM business case and provide comments based on our experiences with clients engaged in similar programs
- Assess and comment on the current scope, governance and performance of BLM, providing findings and identifying areas for potential improvement
- Assess and comment on the elements and timeline included in the BLM Transition Plan based on our understanding of management's objectives and similar engagement experiences
- Provide examples of leading practices for governance, service level agreements, and performance metrics in a shared services environment.

2) **Project Timeline:** This project will occur over a 2 week period. The planned start date is November 7, 2011.

3) **Project Assumptions:** PwC makes the following assumptions in the planning of this project:

- Work and report preparation will be completed within a 2 week project timeline
- Tribune will appoint a project leader as the primary point of contact with whom PwC will coordinate
- Initial meetings and workshops will be scheduled and participant attendance will be confirmed prior to PwC's on site visits
- BLM and functional resources and management will be available throughout the project to participate in follow up meetings and workshops

## Deliverables

We expect to provide you with tangible written material prepared for and delivered to you under this engagement letter ("Deliverables") including the following:

*End-to-End Payroll Process Diagnostic*

- Current state Payroll process value stream map - high-level overview of the process,



highlighting employees' perceptions and estimates regarding process time, time between process, activity drivers, communication links, handoff points, and failure modes

- End to End current state Payroll process maps - process maps which highlight value added, non-value added, and semi-value added steps
- High-level recommendations on process and control improvement opportunities
- High level recommendations and management-determined next steps for future state process design and implementation effort
- Awareness training of management-selected employees on the Lean Principles based performance improvement concepts and techniques

*BLM Shared Services Center Operational Assessment*

- Summary of current state findings
- Recommendations to improve the effectiveness of BLM's current operating model, including current scope, organizational structure, governance, and performance metrics

We may prepare some Deliverables in conjunction with you that will be intended to be treated solely as your own, and will not be represented as having been prepared by PwC. You will review such Deliverables, revise them as you deem appropriate, approve them prior to your use and take full responsibility for their content. You will own all Deliverables. We own our working papers, pre-existing materials and any general skills, know-how, processes, or other intellectual property (including a non-client specific version of any Deliverables) which we may have discovered or created as a result of the Services. You have a nonexclusive, non-transferable, perpetual, irrevocable license to use such materials to the extent included in the Deliverables for your own, and for BLM's own, internal use as part of such Deliverables. In addition to Deliverables, we may develop software or electronic materials (including spreadsheets, documents, databases and other tools) to assist us with an engagement. If we make these available to you, they are provided "as is" and your use of these materials is at your own risk.

**Use of Deliverables**

PwC is providing the Services and Deliverables solely for Client's and BLM's internal use and benefit pursuant to a client relationship exclusively with you. The Services and Deliverables are not for a third party's use, benefit or reliance, and PwC disclaims any contractual or other responsibility or duty of care to others based upon these Services or Deliverables or advice we provide. Except as described below, Client and BLM shall not discuss the Services with or disclose Deliverables to any third party, or otherwise disclose the Services or Deliverables without PwC's prior written consent.

If Client's third-party professional advisors (including accountants, attorneys, financial and other advisors), in providing advice or services to Client, have a need to know information relating to our Services or Deliverables and are acting solely for the benefit and on behalf of Client and/or BLM, Client may disclose the Services or Deliverables to such professional advisors provided that such advisors agree: (i) that PwC did not perform the Services or prepare Deliverables for such advisors' use, benefit or reliance and PwC assumes no duty, liability or responsibility to such advisors, and (ii) to not disclose the Services or Deliverables to any other party without PwC's prior written consent. Third-party professional advisors do not include any parties that are providing or may provide insurance, financing, capital in any form, a fairness opinion, or selling or underwriting securities in connection with any transaction that is the subject of the Services or any parties which have or may obtain a financial interest in Client or an anticipated transaction.



Client may disclose any materials that do not contain PwC's name or other information that could identify PwC as the source (either because PwC provided a deliverable without identifying information or because Client subsequently removed it) to any third party if Client first accepts and represents them as its own and makes no reference to PwC in connection with such materials.

**Confidentiality**

"Confidential Information" means non-public information that a party marks as "confidential" or "proprietary" or that otherwise should be understood by a reasonable person to be confidential in nature. All non-public information relating to Tribune's or BLM's business shall be considered confidential. Confidential Information does not include any information which (i) is rightfully known to the recipient prior to its disclosure; (ii) is released to any other person or entity (including governmental agencies) without restriction; (iii) is independently developed by the recipient without use of or reliance on Confidential Information; or (iv) is or later becomes publicly available without violation of this engagement letter or may be lawfully obtained by a party from a non-party. Each party will protect the confidentiality of Confidential Information that it receives from the other party except as required by applicable law, statute, rule, regulation or professional standard. If disclosure is required by law, statute, rule or regulation (including any subpoena or other similar form of process), or by professional standards, the party to which the request for disclosure is made shall (other than in connection with routine supervisory examinations by regulatory authorities with jurisdiction and without breaching any legal or regulatory requirement) provide the other party with prior prompt written notice thereof and, if practicable under the circumstances, allow the other party to seek a restraining order or other appropriate relief.

**Our Responsibilities**

We will perform the Services in accordance with the Standards for Consulting Services established by the American Institute of Certified Public Accountants. Accordingly, we will not provide an audit or attest opinion or other form of assurance, and we will not verify or audit any information provided to us.

PwC will deploy a team that has experience delivering services comparable to the Services described herein in connection with engagements for comparable companies.

**Your Responsibilities**

Our role is advisory only. You are responsible for all management functions and decisions relating to this engagement, including evaluating and accepting the adequacy of the scope of the Services in addressing your needs. You are also responsible for the results achieved from using the Services or Deliverables, and it is your responsibility to establish and maintain your internal controls. You will designate a competent member of your management to oversee the Services. We expect that you will provide timely, accurate and complete information and reasonable assistance, and we will perform the engagement on that basis.

It is your responsibility to determine the procedures deemed necessary in connection with your compliance with the provisions of the Sarbanes-Oxley Act of 2002 (the "Act") and related SEC rules, to execute those procedures, and to assess the results of your procedures and their adequacy. We will not provide an opinion or other form of assurance with respect to your compliance with the Act, related SEC rules, or your procedures. We will not make any representation as to the sufficiency of your procedures for your own purposes. The Services should not be taken to supplant inquiries and procedures that you should undertake for purposes of obtaining and using the information necessary in connection with your compliance with the provisions of the Act and related SEC rules.

You confirm that the requirements for audit committee pre-approval under the Sarbanes-Oxley Act of 2002 have been complied with relating to this engagement.



**Fees and Expenses**

Our fees for this engagement will be $135,000. We will also bill you for our reasonable out-of-pocket expenses, any applicable sales, use or value added tax, and internal per-ticket charges for booking travel. Out-of-pocket expenses will not exceed 20% of fees.

PwC will invoice Tribune upon completion of the engagement. Such invoice(s) shall be submitted in accordance with the United States Bankruptcy Code. PwC shall be required to apply for fees in the United States Bankruptcy Court for the District of Delaware, Case No. 08-13141 (KJC) (the "Bankruptcy Court"), and Tribune is under no obligation to pay invoices prior to approval by the Bankruptcy Court.

**Termination and Dispute Resolution**

This engagement shall terminate upon completion of the Services and acceptance of the Deliverables by Tribune.

This engagement letter and any dispute relating to the Services will be governed by and construed, interpreted and enforced in accordance with the laws of the State of Delaware, without giving effect to any provisions relating to conflict of laws that require the laws of another jurisdiction to apply.

**Limitations on Liability**

Except to the extent finally determined to have resulted from a party's gross negligence or intentional misconduct, either party's aggregate liability to pay damages for any losses incurred by the other party as a result of breach of contract, negligence or other tort committed by such party in connection with this engagement, regardless of the theory of liability asserted, is limited in the aggregate to no more than the total amount of fees paid in this engagement letter. In addition, neither party will be liable in any event for lost profits, consequential, indirect, punitive, exemplary or special damages. Also, neither party shall have liability to the other party arising from or relating to third-party hardware, software, information or materials selected or supplied by such other party. Tribune and PwC acknowledge that this waiver is subject to the limitations and requirements set forth in Bankruptcy Court's Order Authorizing Debtors to Retain and Employ PricewaterhouseCoopers LLP as Compensation and Tax Advisors and Independent Auditors to the Debtors Nunc Pro Tunc to the Petition Date [Docket No. 470].

PwC is the U.S. firm of the global network of separate and independent PricewaterhouseCoopers firms (exclusive of PwC, the "Other PwC Firms"). PwC may, in its discretion, draw on the resources of and/or subcontract to its subsidiaries, the Other PwC Firms and/or third party contractors and subcontractors, in each case within or outside of the United States (each a "PwC Subcontractor"), in connection with the provision of Services (excluding any professional services) and/or for internal, administrative and/or regulatory compliance purposes. Client agrees that PwC may provide information PwC receives in connection with this engagement letter to the PwC Subcontractors as reasonably necessary for such purposes. PwC will be solely responsible for the provision of the Services (including those performed by the PwC Subcontractors) and for the protection of the information provided to the PwC Subcontractors. Client agrees to: (a) bring any claim or other legal proceeding of any nature arising from the Services against PwC and not against the PwC Subcontractors and their respective partners principals or employees (collectively, "Beneficiaries"); and (b) ensure or procure that Client's consolidated subsidiaries or affiliates ("Client's Subsidiaries"), who Client binds to this engagement letter by its signature, do not assert any such claim or other legal proceeding against PwC or the Beneficiaries. PwC disclaims any contractual or other responsibility or duty of care to any other subsidiaries or affiliates. While PwC is entering into this engagement letter on its own behalf, this section also is intended for the benefit of each PwC Subcontractor.



**Other Matters**

PwC is owned by professionals who hold CPA licenses as well as by professionals who are not licensed CPAs. Depending on the nature of the services we provide, non-CPA owners may be involved in providing services to you now or in the future.

No party to this engagement letter may assign or transfer this engagement letter, or any rights, obligations, claims or proceeds from claims arising under it, without the prior written consent of the other party, and any assignment without such consent shall be void and invalid; provided, however, that Tribune shall have the right to assign this engagement letter and the obligations hereunder, without PwC's consent, to any successor of Tribune by way of merger, consolidation, reorganization or the acquisition of substantially all of the business and assets of Tribune relating to the Agreement, or to Tribune's subsidiaries or affiliates. If any provision of this engagement letter is found to be unenforceable, the remainder of this engagement letter shall be enforced to the extent permitted by law. If we perform the Services prior to both parties executing this engagement letter, this engagement letter shall be effective as of the date we began the Services. This engagement letter supersedes any prior understandings, proposals or agreements with respect to the Services, and any changes must be agreed to in writing through an amendment to this letter or a change order. This engagement letter does not create any agency, joint venture, or partnership between Tribune and PwC. Neither party shall impose or create any obligation or responsibility, express or implied, or make any promises, representations, or warranties on behalf of the other, other than as expressly provided herein. The confidentiality provisions of this engagement letter shall survive termination or expiration. This engagement letter may be executed in one or more counterparts, each of which shall constitute an original and all of which together shall be deemed to be one and the same agreement. A facsimile, a PDF copy of an original signature, or an original signature transmitted to the other party is effective as if the original was sent to the other party.



* * * * *

We are pleased to have the opportunity to provide services to Tribune. If you have any questions about this engagement letter, please discuss them with me at (312) 298-2421. If the Services and terms outlined in this engagement letter are acceptable, please sign one copy of this engagement letter in the space provided and return it to me. You may return the signed copy to me by mail or air courier to One North Wacker, Chicago, IL 60606, by facsimile to my attention at (813) 637-4980 or attached as a pdf, jpeg or similar file type to an e-mail to me at don.rupprecht@us.pwc.com.

Very truly yours

PricewaterhouseCoopers LLP

Donald W Rupprecht

By: ______________________

Don Rupprecht
Partner

Date: 11-2-11

**ACKNOWLEDGED AND AGREED:**

**Tribune Company**

**Signature of client official:** C Bigelow

**Please print name:** Chandler Bigelow

**Title:** EVP

**Date:** 11-3-11



Tom Caputo
Tribune Company
435 N Michigan Ave
Chicago IL 60611

1 November 2011

Dear Mr. Caputo,

This engagement letter confirms that Tribune Company ("Tribune", "you" or "Client") has engaged PricewaterhouseCoopers LLP ("we" or "us" or "PwC") to perform the professional services described below (collectively, the "Services").

**Scope of Our Services**

Ancillary to the provision of the Services, PwC will use the following "Advisory Process" to create the documents, materials and other deliverables specified herein and/or otherwise provided to Tribune in connection with the Services (collectively, the "Deliverables"):

1. Where available, PwC will provide initial generic examples of each Deliverable based on initial understanding of the objectives of the assignment.
2. PwC will meet with Tribune management to discuss the sample Deliverable or the expected content of the first draft of a Deliverable where no sample exists, to clarify PwC's understanding of the objectives, and to discuss how the generic Deliverable should be adjusted/drafted to make it Tribune-specific. In the discussions, PwC will utilize PwC's experience and knowledge of industry standard practices to facilitate Tribune management in making the decisions, determinations, etc., that Tribune deems necessary for inclusion in the Deliverable.
3. Following these discussions, PwC will revise the generic Deliverable as agreed with Tribune management, and/or create a first draft of a Tribune-specific Deliverable for Tribune management to review.
4. Tribune management will take the initial draft, and apply Tribune's in-house expertise and experience to either make those changes that they deem necessary or to provide comments/instructions to PwC regarding such changes to be made by PwC.
5. PwC will review the amended Deliverable or Tribune's comments/instructions and make observations/recommendations.
6. Based upon Tribune management's decisions regarding PwC's observations/recommendations, PwC will incorporate changes into the Deliverable.
7. Tribune management will decide on the final content, adopt the Deliverable as Tribune's own and approve/finalize.

All Deliverables generated by PwC using the above process will be prepared in close collaboration with Tribune management. Initial drafts prepared by PwC will be based on PwC's expertise combined with PwC's understanding of management's objectives, instructions provided by management, as well as existing plans, documents and materials provided by Tribune.

PricewaterhouseCoopers LLP, One North Wacker, Chicago, IL 60606
Telephone (312) 298 2000, Fax (312) 298 2001, www.pwc.com



Our Services will be provided in the following phases:

## Phase One: Records Management Planning

**Activities**

- Obtain from management the primary Tribune functional, business unit and IT contacts who will be engaged during the project.
- Facilitate a workshop with Tribune's project manager and other Tribune-selected stakeholders to discuss and use the Advisory Process to develop the high-level project plan for the records management assessment. The project plan will include high-level milestones; however, the detailed components of the project plan will be completed after the assessment kicks off.
- Discuss and use the Advisory Process to develop the high-level communications plan for keeping the project sponsor and stakeholders updated throughout the project.

**Phase One Deliverables:**

- High level project plan, including records management assessment project milestones
- Communications plan, for keeping the project sponsor and designated stakeholders updated throughout the course of the project.

## Phase Two: Records Management Assessment, Program Strategy and Roadmap

**Activities**

- Analyze records management documents previously provided by Tribune:
  - Records retention mission statement;
  - Draft records retention policy (the "Policy");
  - Draft records retention schedule(s) (the "Records Retention Schedule");
  - Office of record documentation;
  - Records retention procedures manual table of contents;
  - System integration analysis
  - Retention start times and
  - Other documentation as requested.
- Prior to meeting with business unit and IT representatives selected by Tribune, interview David Wortsman (Compliance Director) to leverage his knowledge and information gathered to date regarding the current state of Tribune's records management program.
- Based on information obtained in the initial interview, schedule additional interviews as needed with functional, business unit and IT representatives. These interviews will be designed to gain a fuller understanding of high-level records management processes, including relevant procedures, ongoing business unit records management initiatives, change initiatives that have been successful, existing technology tools (e.g. email, file shares, document management tools) that are being used to support records management, and general awareness of industry standard records management practices.
- Conduct interviews with:
  - Records and information management program stakeholders ( up to 15 individuals) as identified by Tribune in the following areas:



- Key stakeholders representing different broad functional areas within Tribune (e.g., finance, tax, human resources, accounting, business units, etc.); and
- Compliance/legal and e-discovery teams.
- IT (including messaging systems, backups, file shares, document management, and core applications personnel, among others);

Information gathered from these interviews will be leveraged in both Phase II and future phases of this project.

- PwC will leverage its existing experience and understanding of leading practices to identify gaps in the draft Policy and provide recommendations for enhancing the Policy. PwC will provide recommendations for making the Policy more concise and easy to read.

- Analyze information gathered during Phase II from key stakeholders to facilitate Tribune using the Advisory Process to identify quick wins for applying the records retention schedule to Tribune's records. The record categories identified in this exercise will be referred to as "Tier I" record categories.

- Facilitate Tribune to identify "Tier II" records to which the retention schedule can be applied with a moderate, but sustained, level of effort. Provide guidance for applying the schedule to these records.

- Facilitate Tribune to identify "Tier III" records to which the Records Retention Schedule cannot yet be applied without considerable effort. Additional efforts may include purchasing new modules for existing applications or acquiring new technology tools to identify data and manage its lifecycle.

- Identify additional people, process and technology considerations for effectively applying the retention schedule to the electronic and hard copy environments.

- Analyze documentation and use interview notes to assess the existing records and information landscape at Tribune, and use the Advisory Process to help management develop a records management program strategy and roadmap.

**Summary of Project Deliverables**

The Deliverables provided in connection with this engagement letter shall include the following:

**Phase One Deliverables:**

- *High Level Project Plan*
- *Communications Plan*

**Phase Two Deliverable:**

- *Records and Information Management Program Assessment, Strategy and Roadmap*

Using the Advisory Process, PwC will develop a Records and Information Management (RIM) Program Assessment, Strategy and Roadmap for Tribune to assist Tribune with developing and enhancing its records and information management function.

As part of the Assessment, PwC will leverage our existing experience and understanding of leading practices to identify gaps in the draft Policy and provide recommendations for enhancing the Policy. PwC will provide recommendations for making the Policy more concise and easy to read.



The Records and Information Management Strategy will provide a going forward plan for establishing and maintaining a records and information management program which includes sound practices for physical and electronic information management. The Strategy will include people, process and technology components. The Strategy will also include a management-determined approach for making the Records Retention Schedule actionable, including management-determined actions for applying the Records Retention Schedule to Tier I, Tier II, and Tier III records.

The Roadmap will include management-determined activities, prioritized workstreams, and proposed timelines. Workstreams will be included for the following areas:

- Enhancing Tribune's RIM program, including people, process and technology components;
- Providing recommendations for a RIM process and procedures framework;
- Developing and implementing a communications plan, training and other change management components for the RIM program

PwC will discuss our observations with the project stakeholder group to seek their feedback and guidance in advance of creating the final presentation using the Advisory Process with management.

The Roadmap will be delivered in the form of an executive presentation, with supporting written materials as appropriate. PwC will provide Tribune with a written hard copy of the complete Roadmap.

**Project Timeline**

PwC anticipates the project will kick off during the week of November 1st and will be completed during the week of January 13th. Availability of key resources and other administrative delays may extend the total duration required to complete the project. PwC shall notify Tribune in advance of any anticipated delay(s).

**Ownership of Deliverables**

We may prepare some Deliverables in conjunction with you that will be intended to be treated solely as your own, and will not be represented as having been prepared by PwC. You will review such Deliverables, revise them as you deem appropriate, approve them prior to your use and take full responsibility for their content. You will own all Deliverables. We own our working papers, pre-existing materials and any general skills, know-how, processes, or other intellectual property (including a non-client specific version of any deliverables) which we may have discovered or created as a result of the Services. You have a nonexclusive, non-transferable, perpetual, irrevocable license to use such materials to the extent included in the Deliverables for your own, andClient's Subsidiaries' (as defined in the Limitation of Liability section of this letter) own, internal use as part of such Deliverables. In addition to Deliverables, we may develop software or electronic materials (including spreadsheets, documents, databases and other tools) to assist us with an engagement. If we make these available to you, they are provided "as is" and your use of these materials is at your own risk.

**Use of Deliverables**

PwC is providing the Services and Deliverables solely for Client's internal use and benefit pursuant to a client relationship exclusively with you. The Services and Deliverables are not for a third party's use, benefit or reliance, and PwC disclaims any contractual or other responsibility or duty of care to others based upon these Services or deliverables or advice we provide. Except as described below, Client shall not discuss the Services with or disclose Deliverables to any third party, or otherwise disclose the Services or Deliverables without PwC's prior written consent. Notwithstanding the foregoing, the parties acknowledge that the Deliverables will be disseminated to, and used by, Client's Subsidiaries and their respective officers, directors, employees, agents and contractors.



If Client's third-party professional advisors (including accountants, attorneys, financial and other advisors), in providing advice or services to Client, have a need to know information relating to our Services or Deliverables and are acting solely for the benefit and on behalf of Client, Client may disclose the Services or Deliverables to such professional advisors provided that such advisors agree: (i) that PwC did not perform the Services or prepare Deliverables for such advisors' use, benefit or reliance and PwC assumes no duty, liability or responsibility to such advisors, and (ii) to not disclose the Services or Deliverables to any other party without PwC's prior written consent. Third-party professional advisors do not include any parties that are providing or may provide insurance, financing, capital in any form, a fairness opinion, or selling or underwriting securities in connection with any transaction that is the subject of the Services or any parties which have or may obtain a financial interest in Client or an anticipated transaction.

Client may disclose any materials that do not contain PwC's name or other information that could identify PwC as the source (either because PwC provided a Deliverable without identifying information or because Client subsequently removed it) to any third party if Client first accepts and represents them as its own and makes no reference to PwC in connection with such materials.

The Parties acknowledge and agree that PwC's Services are not the subject of any pending or threatened legal claim or lawsuit against Tribune. Tribune agrees to promptly notify PwC if any legal claim or lawsuit arising from PWC's provision of the Services is threatened or filed, and further agrees that, in the event of such claim or lawsuit, PwC may terminate its services if required under applicable professional standards or laws.

**Confidentiality**

"Confidential Information" means non-public information that a party marks as "confidential" or "proprietary" or that otherwise should be understood by a reasonable person to be confidential in nature. All non-public information relating to Tribune's business shall be considered confidential. Confidential Information does not include any information which (i) is rightfully known to the recipient prior to its disclosure; (ii) is released to any other person or entity (including governmental agencies) without restriction; (iii) is independently developed by the recipient without use of or reliance on Confidential Information; or (iv) is or later becomes publicly available without violation of this engagement letter or may be lawfully obtained by a party from a non-party. Each party will protect the confidentiality of Confidential Information that it receives from the other party except as required by applicable law, statute, rule, regulation or professional standard. If disclosure is required by law, statute, rule or regulation (including any subpoena or other similar form of process), or by professional standards, the party to which the request for disclosure is made shall (other than in connection with routine supervisory examinations by regulatory authorities with jurisdiction and without breaching any legal or regulatory requirement) provide the other party with prior prompt written notice thereof and, if practicable under the circumstances, allow the other party to seek a restraining order or other appropriate relief.

**Our Responsibilities**

We will perform the Services in accordance with the Standards for Consulting Services established by the American Institute of Certified Public Accountants. Accordingly, we will not provide an audit or attest opinion or other form of assurance, and we will not verify or audit any information provided to us.

PwC will deploy a team that has experience delivering information and records management engagements for comparable companies.



**Your Responsibilities**

Our role is advisory only. You are responsible for all management functions and decisions relating to this engagement, including evaluating and accepting the adequacy of the scope of the Services in addressing your needs. You are also responsible for the results achieved from using the Services or Deliverables, and it is your responsibility to establish and maintain your internal controls.

You will designate a competent member of your management to oversee the Services. We expect that you will provide timely, accurate and complete information and reasonable assistance, and we will perform the engagement on that basis.

Client shall provide reasonable workspace, administrative support, computer facilities and other support that is reasonably necessary to perform the Services.

We are not providing legal advice in this engagement. You should obtain such advice from your attorneys.

**Fees and Expenses**

Our fee is based on the actual time required by our professionals to complete the engagement. Individual hourly rates vary according to the experience and skill required.

We estimate our fees for Phase I of this engagement will be approximately $17,000,. This amount will be invoiced when Phase I: Records Management Planning begins.

Our estimated fees for Phases Two will be between $155,000 and $160,000.

Tribune shall not be obligated to proceed with Phase Two, and PwC will not begin work on Phase Two unless and until it receives written confirmation from Tribune of its intent to proceed with Phase Two. Tribune shall not be obligated to pay any fees in excess of the foregoing estimates unless such fees are pre-approved by Tribune in advance and in writing. PwC also will bill Client for our reasonable out-of-pocket expenses, any applicable sales, use or value added tax, and internal per-ticket charges for booking travel. Out-of-pocket expenses will not exceed 10% of the estimated professional fees.

The following are the various levels of PwC Personnel who will be working on the project outlined in this engagement letter, including associated hourly rates:

| | |
|---|---|
| Partner | 550 |
| Managing Director | 450 |
| Director | 350 |
| Manager | 295 |
| Senior Associate | 235 |
| Associate | 195 |

PwC will invoice Tribune monthly. Such invoice(s) shall include a breakdown of fees based on actual hours worked by Personnel in the preceding month, and shall be submitted in accordance with the United States Bankruptcy Code. During Tribune's bankruptcy proceeding, PwC shall be required to apply for fees in the United States Bankruptcy Court for the District of Delaware, Case No. 08-13141 (KJC) (the "Bankruptcy Court"), and Tribune is under no obligation to pay invoices prior to approval by the Bankruptcy Court. In the event the engagement lasts beyond Tribune's bankruptcy proceeding, Tribune shall pay undisputed invoices within forty-five (45) days of receipt. Upon termination or expiration of this engagement letter – subject to the requirements of the Bankruptcy Court - Tribune



shall pay properly invoiced fees for work performed prior to the effective date of termination or expiration, but shall in no event be required to pay fees for work performed subsequent to such effective date.

**Termination and Dispute Resolution**

Tribune may terminate this engagement letter and the Services by giving notice to that effect. In the absence of such notice, this engagement letter shall terminate upon completion of Phase One or, if Tribune elects to proceed with Phase Two, upon completion of Phase Two.

This engagement letter and any dispute relating to the Services will be governed by and construed, interpreted and enforced in accordance with the laws of the State of Delaware, without giving effect to any provisions relating to conflict of laws that require the laws of another jurisdiction to apply.

**Limitations on Liability**

Except to the extent finally determined to have resulted from a party's gross negligence or intentional misconduct, either party's aggregate liability to pay damages for any losses incurred by the other party as a result of breach of contract, negligence or other tort committed by such party in connection with this engagement letter, regardless of the theory of liability asserted, is limited in the aggregate to no more than three times the total amount of fees paid under this engagement letter. In addition, neither party will be liable in any event for lost profits, consequential, indirect, punitive, exemplary or special damages. Also, neither party shall have liability to the other party arising from or relating to third-party hardware, software, information or materials selected or supplied by such other party. Tribune and PwC acknowledge that this waiver is subject to the limitations and requirements set forth in Bankruptcy Court's Order Authorizing Debtors to Retain and Employ PricewaterhouseCoopers LLP as Compensation and Tax Advisors and Independent Auditors to the Debtors Nunc Pro Tunc to the Petition Date [Docket No. 470].

PwC is the U.S. firm of the global network of separate and independent PricewaterhouseCoopers firms (exclusive of PwC, the "Other PwC Firms"). PwC may, in its discretion, draw on the resources of and/or subcontract to its subsidiaries, the Other PwC Firms and/or third party contractors and subcontractors, in each case within or outside of the United States (each a "PwC Subcontractor"), in connection with the provision of Services (excluding any professional services) and/or for internal, administrative and/or regulatory compliance purposes. Client agrees that PwC may provide information PwC receives in connection with this engagement letter to the PwC Subcontractors as reasonably necessary for such purposes. PwC will be solely responsible for the provision of the Services (including those performed by the PwC Subcontractors) and for the protection of the information provided to the PwC Subcontractors. Client agrees to: (a) bring any claim or other legal proceeding of any nature arising from the Services against PwC and not against the PwC Subcontractors and their respective partners principals or employees (collectively, "Beneficiaries"); and (b) ensure or procure that Client's consolidated subsidiaries or affiliates ("Client's Subsidiaries"), who Client binds to this engagement letter by its signature, do not assert any such claim or other legal proceeding against PwC or the Beneficiaries. PwC disclaims any contractual or other responsibility or duty of care to any other subsidiaries or affiliates. While PwC is entering into this engagement letter on its own behalf, this section also is intended for the benefit of each PwC Subcontractor.

**Other Matters**

PwC is owned by professionals who hold CPA licenses as well as by professionals who are not licensed CPAs. Depending on the nature of the services we provide, non-CPA owners may be involved in providing services to you now or in the future.



No party to this engagement letter may assign or transfer this engagement letter, or any rights, obligations, claims or proceeds from claims arising under it, without the prior written consent of the other party, and any assignment without such consent shall be void and invalid; provided, however, that Tribune shall have the right to assign this engagement letter and the obligations hereunder, without PwC's consent, to any successor of Tribune by way of merger, consolidation, reorganization or the acquisition of substantially all of the business and assets of Tribune relating to the Agreement, or to Client's Subsidiaries. If any provision of this engagement letter is found to be unenforceable, the remainder of this engagement letter shall be enforced to the extent permitted by law. If we perform the Services prior to both parties executing this engagement letter, this engagement letter shall be effective as of the date we began the Services. This engagement letter supersedes any prior understandings, proposals or agreements with respect to the Services, and any changes must be agreed to in writing through an amendment to this letter or a change order. This engagement letter does not create any agency, joint venture, or partnership between Tribune and PwC. Neither party shall impose or create any obligation or responsibility, express or implied, or make any promises, representations, or warranties on behalf of the other, other than as expressly provided herein. The confidentiality provisions of this engagement letter shall survive termination or expiration. This engagement letter may be executed in one or more counterparts, each of which shall constitute an original and all of which together shall be deemed to be one and the same agreement. A facsimile, a PDF copy of an original signature, or an original signature transmitted to the other party is effective as if the original was sent to the other party.



* * * * *

We are pleased to have the opportunity to provide services to Tribune Company. If you have any questions about this engagement letter, please discuss them with Eric Matrejek at (312) 298-5637. If the Services and terms outlined in this engagement letter are acceptable, please sign one copy of this engagement letter in the space provided and return it to the undersigned. You may return the signed copy to me by mail or air courier to One North Wacker, Chicago, IL 60606, by facsimile to my attention at (813) 393-3147 or attached as a pdf, jpeg or similar file type to an e-mail to me at eric.matrejek@us.pwc.com.

Very truly yours,

PricewaterhouseCoopers LLP

By: [signature]

Date: November 1, 2011

**ACKNOWLEDGED AND AGREED:**

**Tribune Company**

**Signature of client official:** [signature]

**Please print name:** Thomas Caputo

**Title:** VP/Auditing

**Date:** 11-4-11