# **EXHIBIT A**

# JONES DAY

*Plan of Reorganization Matters*                      Page 1

| Date | Timekeeper | Hours | | Amount |
|---|---|---|---|---|
| 09/01/11 | A C FARRINGTON | 0.10 | | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | | |
| 09/07/11 | D G HEIMAN | 0.50 | | 487.50 |
| | Conference with Shapiro regarding plan status. | | | |
| 09/08/11 | A C FARRINGTON | 0.10 | | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | | |
| 09/13/11 | A C FARRINGTON | 0.10 | | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | | |
| 09/15/11 | A C FARRINGTON | 0.10 | | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | | |
| 09/16/11 | A C FARRINGTON | 0.10 | | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | | |
| 09/19/11 | A C FARRINGTON | 0.10 | | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | | |
| 09/21/11 | A C FARRINGTON | 0.10 | | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | | |
| 09/23/11 | A C FARRINGTON | 0.10 | | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | | |
| 09/28/11 | A C FARRINGTON | 0.10 | | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | | |
| 09/30/11 | D G HEIMAN | 0.50 | | 487.50 |
| | Conference with Kurtz regarding plan status. | | | |
| **TOTAL** | | **1.90** | **USD** | **1,222.50** |

# JONES DAY

| Employee Issues | Page 1 |

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 09/08/11 | B B ERENS | 1.20 | 960.00 |

Telephone call with Lantry regarding litigation against officers (.30); review materials regarding the same (.40); consider legal issues regarding the same (.50).

| 09/09/11 | B B ERENS | 1.30 | 1,040.00 |

Telephone calls with Heiman regarding employee advancement issues (.30); draft internal memorandum on legal issues regarding the same (1.00).

| 09/12/11 | B B ERENS | 0.80 | 640.00 |

Telephone call with Heiman regarding update on employee and officer litigation (.30); telephone call with Kitslaar regarding same (.50).

| 09/12/11 | D G HEIMAN | 2.00 | 1,950.00 |

Review memorandum and Erens' issues list (.50); conferences with Erens and Shapiro regarding employee defense costs (1.50).

| 09/12/11 | E C KITSLAAR | 1.80 | 1,350.00 |

Telephone conference with Erens (.50); review Tribune charter and special committee charter regarding employee indemnity (.90); e-mails to Erens regarding same (.20); e-mails to Schaeffer regarding same (.20).

| 09/12/11 | A R SCHAEFFER | 0.50 | 287.50 |

Review committee charter and resolutions regarding proposed committee employee actions.

| 09/13/11 | B B ERENS | 1.50 | 1,200.00 |

Telephone call with Kitslaar regarding results of diligence regarding employee advancement (.50); review documents regarding same (1.00).

| 09/13/11 | E C KITSLAAR | 1.80 | 1,350.00 |

Review special committee e-mails and claims information (.50); analyze indemnity coverage (.80); telephone conference with Erens regarding same (.50).

| 09/14/11 | E C KITSLAAR | 0.70 | 525.00 |

Review Erens e-mail regarding employee litigation status (.20); review complaint regarding same (.50).

| 09/15/11 | E C KITSLAAR | 3.60 | 2,700.00 |

Review noteholder complaint (.30); analyze employee indemnity rights regarding same (1.80); review Delaware cases and charter provisions regarding same (1.50).

| 09/19/11 | B B ERENS | 0.50 | 400.00 |

Voicemail to Lantry regarding employee advancement (.20); re-review of charter and related documents from Kitslaar regarding same (.30).

| 09/22/11 | B B ERENS | 0.20 | 160.00 |

Prepare for Lantry discussion regarding litigation against employees.

| 09/23/11 | B B ERENS | 0.20 | 160.00 |

E-mails to and from Lantry regarding discussion regarding litigation against employees.

| 09/26/11 | B B ERENS | 2.30 | 1,840.00 |

Prepare for Lantry call regarding litigation against employees (.50); call regarding same (1.00); follow up notes and e-mail to Shapiro regarding same (.50); review caselaw regarding same (.30).

| 09/27/11 | B B ERENS | 3.10 | 2,480.00 |

Update memorandum regarding litigation against employees (2.60); telephone calls with Kitslaar regarding same (.30); e-mails to Shapiro regarding same (.20).

| 09/27/11 | D G HEIMAN | 0.50 | 487.50 |

E-mail communications with Erens and Shapiro regarding defense costs.

| 09/27/11 | E C KITSLAAR | 2.30 | 1,725.00 |

E-mails to and from Holland and Erens regarding advancement authority (.20); review materials regarding same (1.80); telephone conference with Erens regarding same (.30).

| 09/28/11 | B B ERENS | 2.80 | 2,240.00 |

Finish memorandum regarding litigation against employees (1.30); review case law regarding same (1.20); telephone calls with Kitslaar regarding same (.30).

# JONES DAY

| Employee Issues | | | Page 2 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 09/28/11 | P G HOLLAND | 4.50 | 1,575.00 |
| | Review case law regarding scope of officer indemnification. | | |
| 09/28/11 | E C KITSLAAR | 3.00 | 2,250.00 |
| | Review Holland research on indemnification (2.70); telephone conference with Erens regarding same (.30). | | |
| 09/29/11 | B B ERENS | 1.00 | 800.00 |
| | Update client memorandum regarding litigation against employees (.80); telephone call with Lantry regarding same (.20). | | |
| 09/29/11 | E C KITSLAAR | 3.00 | 2,250.00 |
| | Finalize review of Delaware cases on indemnity (1.00); analyze issues regarding same (2.00). | | |
| 09/30/11 | B B ERENS | 0.90 | 720.00 |
| | E-mails to Kitslaar regarding employee advancement issues (.20); finalize memorandum regarding same (.70). | | |
| 09/30/11 | P G HOLLAND | 3.00 | 1,050.00 |
| | Draft memorandum on officer indemnification (2.50); conference with Kitslaar regarding same (.50). | | |
| 09/30/11 | E C KITSLAAR | 3.50 | 2,625.00 |
| | Conference with Holland regarding research results (.50); e-mails to and from Erens (.20); final review of Chancery cases (1.20); analyze indemnity issues regarding same (1.60). | | |
| **TOTAL** | | 46.00    USD | 32,765.00 |

# JONES DAY

Fee Applications/Retention Preparation                                                                 Page 1

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 09/01/11 | AK DENTON | 0.70 | 175.00 |

Review and revise fee application (.20); prepare exhibits and fee application for electronic filing (.30); e-mail with Ratkowiak (Cole Schotz) regarding e-filing and transmit documents to her (.20).

| 09/07/11 | AK DENTON | 1.20 | 300.00 |

Review and revise August 2011 bill (1.10); communicate with Soffer regarding same (.10).

| 09/08/11 | D G HEIMAN | 0.50 | 487.50 |

Review fee auditor materials (.30); conference with Erens regarding same (.20).

| 09/11/11 | B B ERENS | 2.00 | 1,600.00 |

Review and revise fee auditor response.

| 09/11/11 | T HOFFMANN | 6.60 | 3,795.00 |

Review and analyze fee examiner's report on Jones Day's first interim fee application with respect to their representation of the special committee (1.80); draft response letter to examiner report (4.80).

| 09/12/11 | B B ERENS | 1.20 | 960.00 |

Telephone call with Heiman regarding revised fee auditor letter (.40); office conference with Hoffmann regarding the same (.30); revise regarding same (.50).

| 09/12/11 | D G HEIMAN | 2.00 | 1,950.00 |

Review fee auditor memorandum (.60); draft response (1.00); conferences with Erens regarding same (.40).

| 09/13/11 | B B ERENS | 0.30 | 240.00 |

Finalize discussion with Heiman regarding fee auditor letter.

| 09/19/11 | B B ERENS | 0.50 | 400.00 |

Office conference with Hoffmann regarding additions to fee auditor response letter.

| 09/20/11 | B B ERENS | 0.50 | 400.00 |

Finalize fee auditor exhibits with Hoffmann.

| 09/22/11 | AK DENTON | 0.20 | 50.00 |

Communicate with Hoffmann regarding first, second and third monthly fee applications (.10); transmit same to Hoffmann (.10).

| 09/22/11 | B B ERENS | 1.50 | 1,200.00 |

Review Exhibit H to fee auditor letter with Hoffmann regarding responses regarding same.

| 09/22/11 | T HOFFMANN | 2.00 | 1,150.00 |

Review and analyze fee auditor report and related exhibits (.50); conference with Erens regarding response, including specific responses to questions regarding intra-office communications (1.50).

| 09/25/11 | B B ERENS | 1.00 | 800.00 |

Finalize correspondence of fee auditor regarding first fee application and e-mail to Hoffmann regarding the same.

| 09/27/11 | AK DENTON | 0.90 | 225.00 |

Communicate with Tiller regarding August bill and fee application (.10); review and revise fee application (.20); communicate with Soffer (financial services) regarding bill (.20); prepare draft exhibits and forward same and application to Erens for review (.40).

| 09/27/11 | B B ERENS | 0.40 | 320.00 |

Office conference with Hoffmann regarding fee auditor letter (.20); review August bill (.20).

| 09/27/11 | J M TILLER | 3.30 | 1,650.00 |

Review bills and draft and revise 12th monthly fee application (3.20); communicate with Denton regarding same (.10).

| 09/28/11 | B B ERENS | 0.20 | 160.00 |

Review revised fee auditor exhibit.

| 09/30/11 | B B ERENS | 0.60 | 480.00 |

Finalize fee auditor letter (.30); review special committee application for August (.30).

|   | TOTAL | 25.60 | USD 16,342.50 |

# **EXHIBIT B**

CHI-1510731v1

# JONES DAY

Special Committee of the Board of Directors of | Page 1

Plan of Reorganization Matters

**DISBURSEMENT DETAIL - September 30, 2011**

| Date | Timekeeper Name | Location | Amount | |
|---|---|---|---|---|
| **IMAGING SERVICES** | | | | |
| 09/26/11 | L M MARVIN | NYC | 77.79 | |
| | Imaging services - ALPHA SYSTEMS June 2011 e-direct hosting | | | |
| 09/27/11 | L M MARVIN | NYC | 183.29 | |
| | Imaging services - ALPHA SYSTEMS June 2011 hosting | | | |
| 09/27/11 | L M MARVIN | NYC | 183.30 | |
| | Imaging services - ALPHA SYSTEMS July 2011 hosting | | | |
| 09/27/11 | L M MARVIN | NYC | 77.80 | |
| | Imaging services - ALPHA SYSTEMS July 2011 hosting | | | |
| 09/27/11 | L M MARVIN | NYC | 77.80 | |
| | Imaging services - ALPHA SYSTEMS January 2011 e-direct hosting | | | |
| 09/27/11 | L M MARVIN | NYC | 183.30 | |
| | Imaging services - ALPHA SYSTEMS August 2011 e-direct hosting | | | |
| | **Imaging services Subtotal** | | | 783.28 |
| **LONG DISTANCE CHARGES** | | | | |
| 09/15/11 | B B ERENS | CHI | 3.75 | |
| | Long distance charges 24-Aug-2011 | | | |
| | **Long distance charges Subtotal** | | | 3.75 |
| **Total** | | | USD | 787.03 |

Committee Matters/Meetings

**DISBURSEMENT DETAIL - September 30, 2011**

| Date | Timekeeper Name | Location | Amount | |
|---|---|---|---|---|
| **WESTLAW SEARCH FEES** | | | | |
| 09/28/11 | P G HOLLAND | CHI | 231.77 | |
| | Westlaw search fees: 09/28/2011 | | | |
| 09/30/11 | P G HOLLAND | CHI | 12.35 | |
| | Westlaw search fees: 09/30/2011 | | | |
| | **Westlaw search fees Subtotal** | | | 244.12 |
| **Total** | | | USD | 244.12 |

Employee Issues

**DISBURSEMENT DETAIL - September 30, 2011**

| Date | Timekeeper Name | Location | Amount | |
|---|---|---|---|---|
| **WESTLAW SEARCH FEES** | | | | |
| 09/28/11 | B B ERENS | CHI | 88.04 | |
| | Westlaw search fees: 09/28/2011 | | | |
| | **Westlaw search fees Subtotal** | | | 88.04 |
| **Total** | | | USD | 88.04 |
| **Grand Total** | | | USD | 1,119.19 |

# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## **CERTIFICATION OF BRAD B. ERENS**

Brad B. Erens, under penalty of perjury, certifies as follows:

1. I am a partner in the law firm of Jones Day. I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") regarding the contents of applications for compensation and expenses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. I have read the Thirteenth Monthly Application of Jones Day for Allowance of Compensation for and for Reimbursement of Expenses for Services Performed on Behalf of the Special Committee of the Board of Directors of Tribune Company for the Period from September 1, 2011 Through September 30, 2011 (the "Application").

3. A Jones Day attorney has reviewed the requirements of the Guidelines For Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "Guidelines") and the Local Rules, and I believe that the Application complies with the Guidelines and the Local Rules.

Dated: November 4, 2011    */s/Brad B. Erens*
               Brad B. Erens