## **EXHIBIT B**

**Statement of Work – Cooking Channel Intangible Asset Valuation**



Ernst & Young LLP
233 South Wacker Drive
Chicago, Illinois
60606
Tel: (312) 879-2000
www.ey.com

June 6, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: Mr. Brian Litman - Vice President and Controller

## Statement of Work -
## Cooking Channel Intangible Asset Valuation

This Statement of Work ("SOW") is governed by and subject to the terms and conditions of our engagement letter (the "Agreement") dated May 15, 2009 between Tribune Company ("Tribune" or the "Company") and Ernst & Young LLP ("E&Y" or "we"), which was executed in connection with the Company filing a Chapter 11 petition on December 8, 2008 with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and describes certain services that E&Y will perform for the Company during the Company's Chapter 11 bankruptcy. Unless modified by this SOW, the terms and conditions of the Agreement continue to apply. Capitalized terms used, but not defined, in this SOW have the meanings set forth in the Agreement. This SOW shall be effective as of June 6, 2011.

### Engagement Team

Matthew Howley (Principal) will lead the E&Y team in providing the services described herein (the "Services"). If this individual ceases to provide services to the Company pursuant to the Agreement, E&Y will so advise the Company and, if that person is replaced, provide the Company with the name of that professional's replacement. Other staff not identified herein may be utilized as required to conduct our work in an efficient manner.

### Objective and Purpose

Tribune and Scripps Networks Interactive, Inc. ("Scripps") are partners in a joint venture (the "JV") that owns and operates The Food Network, a 24-hour cable television channel focusing on food and related topics. We understand that as of August 31, 2010 (the "Valuation Date"), a subsidiary of Scripps contributed the membership interests of Cooking Channel LLC (the "Cooking Channel") to the JV. As a result of the transaction, Tribune must estimate the fair value of the underlying assets of the Cooking Channel that were contributed to the JV. The Company has requested that E&Y provide recommendations of value for the intangible assets (the "Assets") of the Target. Consequently, we understand that the results of our analysis will be used solely by Tribune in order to establish the value of the Assets referenced in the following scope of services for use in Tribune's accounting for its equity ownership in the JV in accordance with Accounting Standards Codification ("ASC") Topic 323, Investments – Equity Method and Joint Ventures, and ASC Topic 805, Fair Value Measurements and Disclosures ("ASC 805").

≣*Ernst & Young*

Mr. Brian Litman - Vice President and Controller  
Tribune Company

June 6, 2011  
Page 2 of 5

**Standard, Premise and Definition of Value**

According to ASC 805, the standard of value to be used for testing of impairment is fair value. According to the definition presented in ASC Topic 820-10-20, formerly referred to as SFAS No. 157, Fair Value Measurements, fair value is defined as:

> *The price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.*

**Scope of Services**

E&Y will perform the following Services, subject to Bankruptcy Court approval of our retention in accordance with the terms and conditions that are set forth in the Agreement (inclusive of this SOW):

- ▶ Interviews with the management concerning:
  - the nature and operations of the business of the Target, including its historical financial performance,
  - existing business plans, future performance estimates, or budgets for the Target, and
  - the assumptions underlying the business plans, estimates, or budgets, as well as the risk factors that could affect planned performance;
- ▶ Analyze the industry, as well as the economic and competitive environments in which the Target operates;
- ▶ Analyze the historical and projected financial data of the Cooking Channel and the Assets.
- ▶ Analyze and prepare recommendations of value for the Assets, including:
  - MSO relationships
  - Advertiser relationships
  - Trademarks
  - Workforce
- ▶ Prepare a narrative report presenting the methodologies employed in our analysis, the assumptions on which our analysis was based, and our recommendation of value.

The Services may be modified from time to time by our mutual written agreement and approval by the Bankruptcy Court.

**Out-Of-Scope Services**

Any activities not described as Services, as indicated above under Scope of Services, are not covered by the fees stated herein. These services will be considered outside the scope of this SOW and are the responsibility of the Company to perform on a timely basis unless otherwise agreed by the parties in writing.

For engagements involving a contemplated transaction, or a transaction in process, should the Company fail to close the transaction, E&Y will bill the Company for the time expended by our professionals at the

**ERNST & YOUNG**

Mr. Brian Litman - Vice President and Controller  June 6, 2011
Tribune Company  Page 3 of 5

hourly rates set forth in the applicable Statement of Work and for the expenses that were incurred up to the time that E&Y is asked to terminate the Services.

**Presentation of Results**

Our analysis and recommendations will be documented in a draft narrative report (the "Report") providing our recommendations. The recommendations expressed in our Report will be based on methods and techniques that E&Y considers appropriate under the circumstances.

We will provide the Company with five (5) copies of the final Report. The Services anticipate that we will receive the Company's editorial comments within ten (10) days following receipt of the draft. Any subsequent changes in the Report beyond those required to address the initial comments or any additional copies of the Report are outside the scope of the Services.

The Services may include advice or recommendations, but all decisions in connection with the implementation of any thereof shall be the responsibility of, and made by, the Company. Additionally, the Company agrees that it shall not construe or rely on E&Y's analysis as a fairness opinion or investment advice, and will not use, or permit it to be used as the sole basis to set a transaction price. E&Y assumes no responsibility to any buyer or seller to negotiate a purchase or sale at the value set forth in the Report.

The Report will include a Statement of Limiting Conditions ("SLC"), a draft of which is attached to this Statement of Work as Attachment 1. If, during our engagement, we determine that changes to the SLC will be required, we will notify the Company of those changes.

**Information and Timing**

The Company will provide to E&Y, or cause to be provided to E&Y, in a timely manner, all information necessary, in E&Y's opinion, for E&Y to perform the Services. Subject to the Company's providing us with all necessary information, E&Y will deliver preliminary oral indications of value no later than three weeks following receipt of all necessary information. We anticipate forwarding our draft Report to the Company no later than two weeks thereafter.

**Professional Fees**

The Company shall pay E&Y's fees for the Services, which fees are subject to Bankruptcy Court approval and will be based on the actual time of E&Y professionals expended in performing the Services. The actual time required will depend upon the extent and nature of available information, modifications to the scope of our engagement and other developments that may occur as work progresses and will be billed in quarter-hour increments. The Company shall also pay all applicable taxes incurred in connection with the delivery of the Services or any Reports (including the exhibits) (except for taxes imposed on E&Y's income). The rates, by level of professional, are as follows:


≡*II* ERNST & YOUNG

Mr. Brian Litman - Vice President and Controller  
Tribune Company

June 6, 2011  
Page 4 of 5

| Title | Rate Per Hour |
|---|---|
| Executive Director/Principal/Partner | $525 |
| Senior Manager | $475 |
| Manager | $375 |
| Senior | $275 |
| Staff | $175 |

The Company shall also pay E&Y's expenses and reimbursements in accordance with the terms of the Agreement. We will submit an itemized and detailed billing statement and we will request payment of our fees in accordance with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the District of Delaware and any relevant administrative orders.

If, during the term of this SOW, E&Y determines that any additional work is necessary, whether at the Company's request or because the complexity of the project increases, E&Y will promptly contact the Company to discuss any adjustments to the scope of work and obtain Bankruptcy Court approval, if necessary, before proceeding.

**Other Items**

We will not, in connection with the performance of the Services or otherwise, (i) act as a broker for the sale of any securities, (ii) solicit any potential buyer or seller (including you) to engage in any transaction, or (iii) act as a negotiator of a transaction.

Our Reports may contain advice or communications that may be privileged under Internal Revenue Code Section 7525. If such information is provided to persons other than your management, directors, or your legal counsel involved in its preparation or responsible for determining whether to implement it, you may waive such privilege.

You should be aware that the Internal Revenue Code imposes a penalty on an underpayment of tax attributable to any disallowance of claimed tax benefits because a transaction entered into after March 30, 2010, lacks "economic substance." The penalty rate is 20 percent if the transaction is adequately disclosed to the IRS, with the penalty rate increased to 40 percent if the transaction is not adequately disclosed in the relevant tax return or attachment to that return. As the penalty is one of strict liability, a taxpayer cannot show reasonable cause for the avoidance of the economic substance penalty by establishing reliance on the tax advice of a qualified advisor. Accordingly, our Tax Advice cannot provide any assurance that the claimed tax benefits of a transaction entered into after March 30, 2010 would not be subject to disallowance by reason of a determination by the IRS or the courts that a transaction lacks economic substance or fails to meet the requirements of any similar rule of law, nor can Tax Advice that we provide be relied upon to protect against applicable penalties that may be asserted if it is determined that the transaction lacked economic substance where otherwise required.

\* \* \* \* \* \* \*

**≡ ERNST & YOUNG**

Mr. Brian Litman - Vice President and Controller  June 6, 2011
Tribune Company  Page 5 of 5

E&Y appreciates the opportunity to be of assistance to the Company. If this Statement of Work accurately reflects the terms on which the Company has agreed to engage E&Y, please sign the enclosed copy on behalf of the Company and return it to Matthew Howley at the address on the first page of this letter. We look forward to working with you on this engagement.

Very truly yours,

*Ernst + Young LLP*

Agreed and accepted:

Tribune Company

_____   _____9-16-11_____
Signature   Date

___BRIAN LITMAN___   ___VICE PRESIDENT & CONTROLLER___
Name (please print or type)   Title



## ATTACHMENT 1
### Statement of Limiting Conditions

1. Nothing has come to our attention to cause us to believe that the facts and data set forth in this Report are not correct.

2. Provision of valuation recommendations and considerations of the issues described herein are areas of regular valuation practice for which we believe that we have, and hold ourselves out to the public as having, substantial knowledge and experience. The services provided are limited to such knowledge and experience and do not represent audit, advisory or tax-related services that may otherwise be provided by Ernst & Young LLP. Notwithstanding this limitation, the advice contained herein was not intended or written by E&Y to be used, and cannot be used, by the recipient or any other taxpayer for the purposes of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax laws.

3. No investigation of the title to the subject company and subject assets has been made, and the owner's claim to the subject company and subject assets is assumed to be valid. To the extent that Ernst & Young LLP's services include any analysis of assets, properties or business interests, Ernst & Young LLP assumes no responsibility for matters of legal description or title, and Ernst & Young LLP shall be entitled to make the following assumptions: (i) title is good and marketable, (ii) there exist no liens or encumbrances, (iii) there is full compliance with all applicable Federal, state, local and national regulations and laws (including, without limitation, usage, environmental, zoning and similar laws and/or regulations), and (iv) all required licenses, certificates of occupancy, consents, or legislative or administrative authority from any Federal, state, local, or national government, private entity or organization have been or can be obtained or renewed for any use on which Ernst & Young LLP services are to be based.

4. This Report has been prepared solely for the purpose stated, and may not be used for any other purpose. Neither this Report nor any portions hereof may be copied or disseminated through advertising, public relations, news, sales, Securities and Exchange Commission disclosure documents or any other public (or private) media without the express prior written approval of Ernst & Young LLP.

5. The recommendations of fair value contained herein are not intended to represent the values of the subject assets at any time other than the effective date that is specifically stated in this Report. Changes in market conditions could result in recommendations of value substantially different than those presented at the stated effective date. We assume no responsibility for changes in market conditions or for the inability of the owner to locate a purchaser of the subject assets at the values stated herein.

6. No responsibility is assumed for information furnished by others, including management, and such information is believed to be reliable.



**ERNST & YOUNG**

7. In the course of our analysis, we were provided with written information, oral information, and/or data in electronic form, related to the structure, operation, and financial performance of the subject company and subject assets. We have relied upon this information in our analyses and in the preparation of this Report and have not independently verified its accuracy or completeness.

8. Certain historical financial data used in our valuation were derived from audited and/or unaudited financial statements and are the responsibility of management. The financial statements may include disclosures required by generally accepted accounting principles. We have not independently verified the accuracy or completeness of this data provided and do not express an opinion or offer any form of assurance regarding its accuracy or completeness.

9. The estimates of cash flow data included herein are solely for use in the valuation analysis and are not intended for use as forecasts or projections of future operations. We have not performed an examination or compilation, nor have we performed an agreed-upon procedures engagement with regard to the accompanying cash flow data in accordance with standards prescribed by the American Institute of Certified Public Accountants, and, accordingly, do not express an opinion or offer any form of assurance on the accompanying cash flow data or their underlying assumptions. Furthermore, there will usually be differences between estimated and actual results because events and circumstances frequently do not occur as expected, and those differences may be material.

10. We assume no responsibility for any financial and tax reporting judgments, which are appropriately those of management. It is our understanding that management accepts responsibility for any financial statement and tax reporting issues with respect to the assets covered by our analysis, and for the ultimate use of our Report.

11. Ernst & Young LLP is not required to furnish additional work or services, or to give testimony, or be in attendance in court with reference to the assets, properties, or business interest in question or to update any Report, recommendation, analysis, conclusion or other document relating to its services for any events or circumstances unless arrangements acceptable to Ernst & Young LLP have been separately agreed with the Company and approved by the Bankruptcy Court.

12. The Report does not constitute a Comprehensive Written Business Valuation Report as described in BVS-VIII by the Business Valuation Committee of the American Society of Appraisers ("ASA") and approved by the ASA Board of Governors. Sections describing the history and nature of the business, industry and economic outlook and historical financial analysis may have been omitted from this Report. Where applicable, the data underlying these sections will be retained in our working papers.