# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## FIFTH SUPPLEMENTAL AFFIDAVIT OF ERNST & YOUNG LLP PURSUANT TO RULE 2014(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Matthew Howley, being duly sworn, deposes and says:

1.    I am a partner in Ernst & Young LLP ("E&Y LLP" or "EY"), a professional services firm which maintains an office at 5 Times Square, New York, N.Y. 10036, among other

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (1355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwnercom Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); I lean & Crown Advertising, Inc. (9808); 14omeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIALI Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMI S I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); VuluMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

locations.  I submit this supplemental affidavit on behalf of E&Y LLP (the "Fifth Supplemental

Affidavit"), pursuant to Bankruptcy Rule 2014(a), as a supplement to the following affidavits

filed by E&Y LLP in these cases: (i) the Affidavit Pursuant to Federal Rule of Bankruptcy

Procedure 2014(a) in Support of Application for Order Authorizing Retention and Employment

of Ernst & Young LLP in Connection with Valuation and Business Modeling, and Market

Survey Services for the Debtors and Debtors in Possession *Nunc Pro Tunc* to May 31, 2009 (as

supplemented from time to time, the "Original Affidavit") annexed to Debtors' Application for

an Order Authorizing Debtors to Retain and Employ Ernst and Young LLP to Provide

(I) Valuation and Business Modeling Services and (II) Market Survey Services to the Debtors

Pursuant to 11 U.S.C. §§ 327(a) and 1107, *Nunc Pro Tunc* to May 31, 2009 [Docket No. 1298]

filed by the Tribune Company ("Tribune") and its affiliated debtors (collectively, the "Debtors");

(ii) the Supplemental Affidavit of Ernst & Young LLP Pursuant to Rule 2014(a) of the Federal

Rules of Bankruptcy Procedure and the Order Directing (I) Joint Administration of Chapter 11

Cases and (II) that Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases

of Tribune Company, *et al.* Be Made Applicable to Chapter 11 Case of Chicago National League

Ball Club LLC (the "First Supplemental Affidavit") [Docket No. 2471]; (iii) the Second

Supplemental Affidavit of Ernst & Young LLP Pursuant to Rule 2014(a) of the Federal Rules of

Bankruptcy Procedure (the "Second Supplemental Affidavit"), which was annexed as Exhibit A

to the Third Supplemental Application for an Order Modifying the Scope of the Retention of

Ernst & Young LLP to Include Advisory Services Relating to Sales and Use Tax and Personal

Property Tax Pursuant to 11 U.S.C. 327(a) and 1107 *Nunc Pro Tunc* to February 17, 2011

[Docket No. 8277]; (iv) the Third Supplemental Affidavit of Ernst & Young LLP Pursuant to

Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Third Supplemental

Affidavit"), which was annexed as Exhibit A to the Application for an Order Authorizing (I) Ernst & Young LLP to Perform Services as the Accounting Firm Under 2009 Formation Agreement Concerning Formation of Chicago Baseball Holdings, LLC and (II) Tribune Company to Enter into Engagement Letter, Statement of Work, Side Letter and Related Documentation and Perform Obligations in Connection Therewith [Docket No. 9041]; and (v) the Fourth Supplemental Affidavit of Ernst & Young LLP Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Fourth Supplemental Affidavit" and together with the Original Affidavit, the First Supplemental Affidavit, the Second Supplemental Affidavit, and the Third Supplemental Affidavits, the "Prior Affidavits") [Docket No. 9600].

2.      The facts set forth in this Fifth Supplemental Affidavit are based either upon my personal knowledge, upon information and belief, or in certain circumstances, upon client matter records kept in the ordinary course of business, which were reviewed by me or another employee of E&Y LLP under my supervision and direction.

3.      In connection with E&Y LLP's initial retention by the Debtors, E&Y LLP obtained from the Debtors and/or their counsel the names, as applicable, of parties in interest in the above-captioned cases that fall into certain of the following categories:

    (a)     Debtors;
    (b)     Debtors' Attorneys (general counsel and special bankruptcy counsel);
    (c)     Debtors' Other Professionals retained in connection with the chapter 11 proceeding;
    (d)     Debtors' Affiliates;
    (e)     Debtors' Affiliates' Attorneys;
    (f)     Debtors' Affiliates Other Professionals retained in connection with the Chapter 11 proceedings;
    (g)     Debtors' Officers;
    (h)     Debtors' Officers Attorneys retained in connection with the chapter 11 proceedings;
    (i)     Debtors' Officers Other Business Affiliations;
    (j)     Debtors' Directors;

| | |
|---|---|
| (k) | Debtors' Directors' Attorneys retained in connection with the chapter 11 proceedings; |
| (l) | Debtors' Directors' Other Business Affiliations; |
| (m) | Debtors' Major Shareholders (5% or more); |
| (n) | Debtors' Major Shareholders' Attorneys retained in connection with the chapter 11 proceedings; |
| (o) | All Secured Lenders, including DIP lenders; |
| (p) | All Secured Lenders' Attorneys retained in connection with the chapter 11 proceedings; |
| (q) | All Substantial Unsecured Bondholders or Lenders; |
| (r) | All Substantial Unsecured Bondholders' or Lenders' Attorneys retained in connection with the chapter 11 proceedings; |
| (s) | All Indenture Trustees; |
| (t) | All Indenture Trustees' Attorneys retained in connection with the chapter 11 proceedings; |
| (u) | Official Statutory Committees Members (All Committees); |
| (v) | Official Statutory Committees' Attorneys (for each Official Committee); |
| (w) | Official Statutory Committees' Other Professionals retained by each Official Committee; |
| (x) | Official Statutory Committee Members' Attorneys retained in connection with the chapter 11 proceeding; |
| (y) | Thirty Largest Unsecured Creditors (as of the date of filing); |
| (z) | Thirty Largest Unsecured Creditors' Attorneys retained in connection with the chapter 11 proceeding; |
| (aa) | Parties to the Debtors' Significant Executory Contracts and Leases; |
| (ab) | Parties to the Debtors' Significant Executory Contracts and Leases Attorneys retained in connection with the chapter 11 proceeding; |
| (ac) | Other Significant Parties-in-Interest including parties in material litigation against the Debtor; and/or parties to potential significant transactions with the Debtor; and |
| (ad) | Other Significant Parties-in-Interest's Attorneys retained in connection with the chapter 11 proceedings. |

The identities of such interested parties are set forth in Exhibit B to the Original Affidavit.  In connection with the First Supplemental Affidavit, counsel to the Debtors provided E&Y LLP with a list of additional parties-in-interest related to the Chicago National League Ball Club, LLC and its debtor affiliates, a copy of which list is annexed to the First Supplemental Affidavit as Exhibit A.  In connection with the Second Supplemental Affidavit, E&Y LLP requested from counsel to the Debtors the names of additional parties in interest that fell within the categories set forth immediately above and that had not been previously provided to E&Y LLP, which names,

together with the names of any parties in interest in these cases for whom E&Y LLP's prior connections checks indicated that E&Y LLP then had "no connections" or "prior connections," are included in the list annexed to the Second Supplemental Affidavit as Exhibit A.

4.      As part of E&Y LLP's continuing obligations as a professional in these cases to update its connections checks and disclosures and in conjunction with the provision of this Fifth Supplemental Affidavit, E&Y LLP requested from counsel to the Debtors the names of any additional parties in interest that fall within the categories set forth in the preceding paragraph and that had not been previously provided to E&Y LLP (the "New Parties in Interest"). Counsel to the Debtors provided E&Y LLP with a list of such New Parties in Interest, and such list, together with the names of any parties in interest for whom E&Y LLP's prior connections checks indicated that E&Y LLP then had "no connections" or "prior connections," is annexed hereto as Exhibit A. In conjunction with this Fifth Supplemental Affidavit, E&Y LLP searched or caused to be searched certain databases to determine whether E&Y LLP has in the recent past provided or is currently providing services to the parties in interest listed on the annexed Exhibit A. To the extent that E&Y LLP's research of relationships with such parties in interest indicated that E&Y LLP has provided in the recent past or is currently providing services to any of these entities in matters unrelated to these chapter 11 cases, E&Y LLP has so indicated on the annexed Exhibit A. Should additional significant relationships with parties in interest become known to E&Y LLP, a supplemental affidavit will be filed by E&Y LLP with the Court.

5.      E&Y LLP is currently a party or participant in certain litigation matters involving parties in interest in these cases.

6.    In addition to the specific disclosures contained in this Fifth Supplemental Affidavit and Exhibit A hereto, E&Y LLP hereby incorporates by reference all of the disclosures contained in the Prior Affidavits and exhibits thereto as if the same were fully set forth herein.

7.    Except as otherwise set forth herein or in Exhibit A hereto, to the best of E&Y LLP's knowledge, information, and belief formed after reasonable inquiry, E&Y LLP's relationships with the parties in interest listed on Exhibit A are unrelated to the Debtors and these cases.

8.    E&Y LLP continues to follow up with various E&Y LLP personnel in order to confirm that the work that E&Y LLP may be doing for, or may have done for the following parties in interest is unrelated to the Debtors and these Chapter 11 cases: Reed Smith LLP; Seyfarth Shaw LLP; Blue Shield of California; Carlyle Investment Management LLC; Duquesne Capital Management LLC; Firstlight Financial Corp.; KKR Financial Corporation; MJX Assert Management LLC; MSD Capital LP; Oak Hill Advisors LP; Paloma Partners Management Co. Inc.; R3 Capital Management LLC; Sandell Asset Management Corporation; Strategic Value Partners LLC; Wilmington Trust Company Delaware; Wilmington Trust Co.; Bunzl; Chicago Transit Authority; Catellus Development Corporation; Duke York Road, LLC c/o Duke Realty Corp.; FTI Consulting; and Scripps Networks Interactive, Inc.  Except as set forth herein or in the Prior Affidavits, to the best of my knowledge, information and belief as of the date of this Fifth Supplemental Affidavit, I am not aware of any information indicating that the work that E&Y LLP may have performed and/or may be performing for the entities listed in this paragraph is related to the Debtors or these Chapter 11 cases.  In the event that E&Y LLP's continuing follow-up efforts with regard to the aforementioned entities reveals that work that E&Y LLP may have performed or is performing for any such entities is related to the Debtors or these

Chapter 11 cases and has not been previously disclosed by E&Y LLP, E&Y LLP will file a related supplemental affidavit with this Court.

9.      To the best of my knowledge, information, and belief, neither the undersigned nor the professionals anticipated to assist the Debtors in these matters are connected to the Judge or the U.S. Trustee assigned to this matter.

10.     E&Y LLP has not shared or agreed to share any of its compensation from the Debtors with any other person, other than a partner or principal of E&Y LLP as permitted by section 504 of the Bankruptcy Code.

11.     To the best of my knowledge, information, and belief formed after reasonable inquiry, and as set forth in detail in the Prior Affidavits and this Fifth Supplemental Affidavit, E&Y LLP remains a "disinterested person" as that term is defined in section 101(14) of title 11 of the United States Code (the "Bankruptcy Code") in that E&Y LLP:

(a)      is not a creditor, equity security holder or an insider of the Debtors;

(b)      is not and was not, within two years before the Petition Date, a director, officer or employee of the Debtors; and

(c)      does not have an interest materially adverse to the interests of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

The foregoing representation is based on our understanding that as a prepetition services provider to for the Debtors, E&Y LLP was not an "employee" of the Debtors as that term is used in the Bankruptcy Code.

12.    Accordingly, I believe that E&Y LLP remains eligible for retention by the Debtors under the Bankruptcy Code.

I declare under penalty of perjury that the forgoing is true and correct.

Executed this 7th day of November, 2011.

_____
Matthew Howley

Sworn to and subscribed before me this 7 day of November, 2011.

_____
Notary Public

My Commission Expires: 4-30-14

Official Seal
Linda M Darling
Notary Public State of Illinois
My Commission Expires 04/30/2014

8

# EXHIBIT A

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Debtor | WCCT, Inc. f/k/a WTXX Inc. | | | x |
| Debtors Attorney | Cole, Schotz, Meisel, Forman & Leonard, P.A. | | x | |
| Debtors Attorney | Daniel J. Edelman, Inc. | x | | |
| Debtors Attorney | Edelman | x | | |
| Debtors Attorney | Levine Sullivan | x | | |
| Debtors Attorney | McDermott Will & Emery LLP | | x | |
| Debtors Attorney | Reed Smith LLP | | Connection Check Pending | |
| Debtors Attorney | Seyfarth Shaw LLP | | Connection Check Pending | |
| Debtors Other Professionals | Alvarez & Marsal North America LLC | | x | |
| Debtors Other Professionals | Campbell & Levine | x | | |
| Debtors Other Professionals | EPIQ Bankruptcy Solutions, LLC | x | | |
| Debtors Other Professionals | PricewaterhouseCoopers LLP | | x | |
| Debtors Other Professionals | Sitrick | x | | |
| Debtors Major Shareholder | Tribune Employee Stock Ownership Plan | x | | |
| Debtors Officers/Directors | Alexa A. Bazanos | x | | |
| Debtors Officers/Directors | Alice T. Iskra | x | | |
| Debtors Officers/Directors | Andrea M. Pudliner | x | | |
| Debtors Officers/Directors | Andy Friedman | x | | |
| Debtors Officers/Directors | Ann B. Wilson | x | | |
| Debtors Officers/Directors | Anne S. Kelly | x | | |
| Debtors Officers/Directors | Ardith Hilliard | x | | |
| Debtors Officers/Directors | Avido Khahaifa | x | | |
| Debtors Officers/Directors | Becky Brubaker | x | | |
| Debtors Officers/Directors | Bert Ortiz | x | | |
| Debtors Officers/Directors | Betsy D. Holden | x | | |
| Debtors Officers/Directors | Betty Ellen Berlamino | x | | |
| Debtors Officers/Directors | Bonnie B. Hunter | x | | |
| Debtors Officers/Directors | Bradley Good | x | | |
| Debtors Officers/Directors | Brian F. Litman | x | | |
| Debtors Officers/Directors | Brian L. Greenspun | x | | |
| Debtors Officers/Directors | Cam Trinh | x | | |
| Debtors Officers/Directors | Carolyn S. Hudspeth | x | | |
| Debtors Officers/Directors | Catherine A. Davis | x | | |
| Debtors Officers/Directors | Chandler Bigelow III | x | | |
| Debtors Officers/Directors | Chandler Bigelow III | x | | |
| Debtors Officers/Directors | Charles J. Sennet | x | | |
| Debtors Officers/Directors | Charles Ray | x | | |
| Debtors Officers/Directors | Charlotte H. Hall | x | | |
| Debtors Officers/Directors | Chris Avetisian | x | | |
| Debtors Officers/Directors | Chris Hochschild | x | | |
| Debtors Officers/Directors | Chris L. Fricke | x | | |
| Debtors Officers/Directors | Christopher C. Morrill | x | | |
| Debtors Officers/Directors | Christopher Manis | x | | |
| Debtors Officers/Directors | Clifford L. Teutsch | x | | |
| Debtors Officers/Directors | Cynthia Baker | x | | |
| Debtors Officers/Directors | Dan Mitrovich | x | | |
| Debtors Officers/Directors | Dana C. Hayes, Jr. | x | | |
| Debtors Officers/Directors | Daniel G. Kazan | x | | |
| Debtors Officers/Directors | Daniel G. Kazan | x | | |
| Debtors Officers/Directors | Daniel O'Sullivan | x | | |
| Debtors Officers/Directors | David A. Bennett | x | | |
| Debtors Officers/Directors | David A. Bucknor | x | | |
| Debtors Officers/Directors | David D. Williams | x | | |
| Debtors Officers/Directors | David P. Eldersveld | x | | |
| Debtors Officers/Directors | David P. Eldersveld | x | | |
| Debtors Officers/Directors | David R. Mayersky | x | | |
| Debtors Officers/Directors | Dawn M. Girocco | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Debtors Officers/Directors | Denise Carlisle | x | | |
| Debtors Officers/Directors | Dennis G. O'Brien | x | | |
| Debtors Officers/Directors | Digby A. Solomon | x | | |
| Debtors Officers/Directors | Dinesh Shah | x | | |
| Debtors Officers/Directors | Don W. Meek | x | | |
| Debtors Officers/Directors | Donald J. Liebentritt | x | | |
| Debtors Officers/Directors | Donald J. Liebentritt | x | | |
| Debtors Officers/Directors | Doug Thomas | x | | |
| Debtors Officers/Directors | Earl R. Maucker | x | | |
| Debtors Officers/Directors | Ed Wilson | x | | |
| Debtors Officers/Directors | Ed Wolf | x | | |
| Debtors Officers/Directors | Eddy W. Hartenstein | x | | |
| Debtors Officers/Directors | Eric Laimins | x | | |
| Debtors Officers/Directors | Eric Meyrowitz | x | | |
| Debtors Officers/Directors | Ernie C. Gates | x | | |
| Debtors Officers/Directors | Feli M. Wong | x | | |
| Debtors Officers/Directors | Frank Wood | x | | |
| Debtors Officers/Directors | Gary Weitman | x | | |
| Debtors Officers/Directors | Gerald A. Spector | x | | |
| Debtors Officers/Directors | Gerould W. Kern | x | | |
| Debtors Officers/Directors | Gina Mazzaferri | x | | |
| Debtors Officers/Directors | Glenn G. Kranzley | x | | |
| Debtors Officers/Directors | Greg Healy | x | | |
| Debtors Officers/Directors | Gwen P. Murkami | x | | |
| Debtors Officers/Directors | Hank J. Hundemer | x | | |
| Debtors Officers/Directors | Harry A. Amsden | x | | |
| Debtors Officers/Directors | Henry M. Segal | x | | |
| Debtors Officers/Directors | Howard Greenberg | x | | |
| Debtors Officers/Directors | Jack D. Klunder | x | | |
| Debtors Officers/Directors | Jack Rodden | x | | |
| Debtors Officers/Directors | Jack Whisler | x | | |
| Debtors Officers/Directors | James Feher | x | | |
| Debtors Officers/Directors | Jane E. Healy | x | | |
| Debtors Officers/Directors | Janice Jacobs | x | | |
| Debtors Officers/Directors | Jay Fehnel | x | | |
| Debtors Officers/Directors | Jeff Dorsey | x | | |
| Debtors Officers/Directors | Jeff Kapugi | x | | |
| Debtors Officers/Directors | JEFFREY CHANDLER | x | | |
| Debtors Officers/Directors | Jeffrey S. Berg | x | | |
| Debtors Officers/Directors | Jeffrey S. Levine | x | | |
| Debtors Officers/Directors | Jennifer DeKarz | x | | |
| Debtors Officers/Directors | Jerome P. Martin | x | | |
| Debtors Officers/Directors | Jerry L. Kersting | x | | |
| Debtors Officers/Directors | John D. Worthington, IV | x | | |
| Debtors Officers/Directors | John D'Orlando | x | | |
| Debtors Officers/Directors | John E. Zelenka | x | | |
| Debtors Officers/Directors | John F. Poelking | x | | |
| Debtors Officers/Directors | John Manzi | x | | |
| Debtors Officers/Directors | John P. Trainor | x | | |
| Debtors Officers/Directors | John R. Hendricks | x | | |
| Debtors Officers/Directors | John S. Moczulski | x | | |
| Debtors Officers/Directors | John S. Zabetakis | x | | |
| Debtors Officers/Directors | John T. O'Loughlin | x | | |
| Debtors Officers/Directors | Joseph A. Young | x | | |
| Debtors Officers/Directors | Judith Berman | x | | |
| Debtors Officers/Directors | Judy Juds | x | | |
| Debtors Officers/Directors | Juliana Jaoudi | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Debtors Officers/Directors | Julie D. Anderson | x | | |
| Debtors Officers/Directors | Julie K. Xanders | x | | |
| Debtors Officers/Directors | Justo Rey | x | | |
| Debtors Officers/Directors | Kamran Izadapanah | x | | |
| Debtors Officers/Directors | Karen H. Flax | x | | |
| Debtors Officers/Directors | Karlene W. Goller | x | | |
| Debtors Officers/Directors | Kathy K. Thomson | x | | |
| Debtors Officers/Directors | Kelly F. Benson | x | | |
| Debtors Officers/Directors | Kevin C. Boyd | x | | |
| Debtors Officers/Directors | Kevin J. Connor | x | | |
| Debtors Officers/Directors | Kim A. McCleary LaFrance | x | | |
| Debtors Officers/Directors | Kim Johnson | x | | |
| Debtors Officers/Directors | Larry Delia | x | | |
| Debtors Officers/Directors | Laura L. Tarvainen | x | | |
| Debtors Officers/Directors | Laurence J. Sotsky | x | | |
| Debtors Officers/Directors | Lee Abrams | x | | |
| Debtors Officers/Directors | Lee Jones | x | | |
| Debtors Officers/Directors | Linda Hastings | x | | |
| Debtors Officers/Directors | Linda Schaible | x | | |
| Debtors Officers/Directors | Lou Tazioli | x | | |
| Debtors Officers/Directors | Lynne A. Segall | x | | |
| Debtors Officers/Directors | Lynne Adamson | x | | |
| Debtors Officers/Directors | Maggie Wilderotter | x | | |
| Debtors Officers/Directors | Marc Chase | x | | |
| Debtors Officers/Directors | Mark Shapiro | x | | |
| Debtors Officers/Directors | Marty Wilke | x | | |
| Debtors Officers/Directors | Micaehl C. Foux | x | | |
| Debtors Officers/Directors | Michael D. Asher | x | | |
| Debtors Officers/Directors | Michael E. Weiner | x | | |
| Debtors Officers/Directors | Michael G. Bourgon | x | | |
| Debtors Officers/Directors | Michael Gart | x | | |
| Debtors Officers/Directors | Mike O'Connor | x | | |
| Debtors Officers/Directors | Myrna Ramirez | x | | |
| Debtors Officers/Directors | Nancy A. Meyer | x | | |
| Debtors Officers/Directors | Naomi B. Sachs | x | | |
| Debtors Officers/Directors | Owen Youngman | x | | |
| Debtors Officers/Directors | Pamela S. Pearson | x | | |
| Debtors Officers/Directors | Patricia A. Kolb | x | | |
| Debtors Officers/Directors | Patricia M. Carroll | x | | |
| Debtors Officers/Directors | Patrick M. Shanahan | x | | |
| Debtors Officers/Directors | Patrick Scott McKibben | x | | |
| Debtors Officers/Directors | Patti Cazeaux | x | | |
| Debtors Officers/Directors | Paul Mitnick | x | | |
| Debtors Officers/Directors | Peter D. Filice | x | | |
| Debtors Officers/Directors | Phil Doherty | x | | |
| Debtors Officers/Directors | Phil Waterman | x | | |
| Debtors Officers/Directors | Randy Michaels | x | | |
| Debtors Officers/Directors | Randy Michaels | x | | |
| Debtors Officers/Directors | Ray Daley | x | | |
| Debtors Officers/Directors | Raymond J. Schonbak | x | | |
| Debtors Officers/Directors | Rich Gamble | x | | |
| Debtors Officers/Directors | Richard D. Molchany | x | | |
| Debtors Officers/Directors | Richard E. Inouye | x | | |
| Debtors Officers/Directors | Richard J. Graziano | x | | |
| Debtors Officers/Directors | Richard S. Feeney | x | | |
| Debtors Officers/Directors | Roaldo W. Moran | x | | |
| Debtors Officers/Directors | Rob T. Patton | x | | |
| Debtors Officers/Directors | Robert Christie | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Debtors Officers/Directors | Robert Delo | x | | |
| Debtors Officers/Directors | Robert E. Bellack | x | | |
| Debtors Officers/Directors | Robert Gremillion | x | | |
| Debtors Officers/Directors | Robert R. Rounce | x | | |
| Debtors Officers/Directors | Robert S. Ramsey | x | | |
| Debtors Officers/Directors | Robertson Barrett | x | | |
| Debtors Officers/Directors | Robin Mulvaney | x | | |
| Debtors Officers/Directors | Robyn L. Motley | x | | |
| Debtors Officers/Directors | Roger A. Bare | x | | |
| Debtors Officers/Directors | ROGER GOODAN | x | | |
| Debtors Officers/Directors | Roger Williams | x | | |
| Debtors Officers/Directors | Russ Newton | x | | |
| Debtors Officers/Directors | Russ Stanton | x | | |
| Debtors Officers/Directors | Russell Gilbert | x | | |
| Debtors Officers/Directors | Sam DeFroscia | x | | |
| Debtors Officers/Directors | Samuel Zell | x | | |
| Debtors Officers/Directors | Scott G. Pompe | x | | |
| Debtors Officers/Directors | Scott Sullivan | x | | |
| Debtors Officers/Directors | Sean D. Compton | x | | |
| Debtors Officers/Directors | Sharon A. Silverman | x | | |
| Debtors Officers/Directors | Shaun M. Sheehan | x | | |
| Debtors Officers/Directors | Sheau-Ming Ross | x | | |
| Debtors Officers/Directors | Stephen D. Carver | x | | |
| Debtors Officers/Directors | Stephen G. Seidl | x | | |
| Debtors Officers/Directors | Stephen M. Budihas | x | | |
| Debtors Officers/Directors | Steve Bentz | x | | |
| Debtors Officers/Directors | Steve Charlier | x | | |
| Debtors Officers/Directors | Steve Farber | x | | |
| Debtors Officers/Directors | Steve Gable | x | | |
| Debtors Officers/Directors | Steve Tippie | x | | |
| Debtors Officers/Directors | Susan M. Mitchell | x | | |
| Debtors Officers/Directors | Theodore J. Biedron | x | | |
| Debtors Officers/Directors | Thomas E. Langmyer | x | | |
| Debtors Officers/Directors | Thomas F. Brown | x | | |
| Debtors Officers/Directors | Thomas G. Caputo | x | | |
| Debtors Officers/Directors | Thomas J. Anischik | x | | |
| Debtors Officers/Directors | Thomas S. Finke | x | | |
| Debtors Officers/Directors | Tim Dukes | x | | |
| Debtors Officers/Directors | Timothy F. Windsor | x | | |
| Debtors Officers/Directors | Timothy Franklin | x | | |
| Debtors Officers/Directors | Timothy J. Thomas | x | | |
| Debtors Officers/Directors | Timothy Koller | x | | |
| Debtors Officers/Directors | Timothy R. Kennedy | x | | |
| Debtors Officers/Directors | Timothy Ryan | x | | |
| Debtors Officers/Directors | Tom Davidson | x | | |
| Debtors Officers/Directors | Tom Nork | x | | |
| Debtors Officers/Directors | Tony Hunter | x | | |
| Debtors Officers/Directors | Travis B. Fuller | x | | |
| Debtors Officers/Directors | Vince Giannini | x | | |
| Debtors Officers/Directors | Vincent Casanova | x | | |
| Debtors Officers/Directors | Walter Mahoney | x | | |
| Debtors Officers/Directors | William A. Osborn | x | | |
| Debtors Officers/Directors | William C. O'Donovan | x | | |
| Debtors Officers/Directors | William C. Pate | x | | |
| Debtors Officers/Directors | William C. Trimarco | x | | |
| Debtors Officers/Directors | WILLIAM STINEHART, JR. | x | | |
| All Secured Lenders Attorney | Edward Angell Palmer & Dodge LLP | | x | |
| All Secured Lenders Attorney | Mayer Brown LLP | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| All Substantial Unsecured Bondholder or Lender | 1798 Relative Value Master Fund Ltd. | x | | |
| All Substantial Unsecured Bondholder or Lender | 40/86 Advisors Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | ABN AMRO Holding NV | x | | |
| All Substantial Unsecured Bondholder or Lender | ABP Investments US Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Airlie Opportunity Capital Management LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Aladdin Capital Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Alcentra Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Allstate Investment Management Company | x | | |
| All Substantial Unsecured Bondholder or Lender | Aurelius Capital Management LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Avenue Advisors LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Avenue CDP Global Opportunities Fund, L.P. | x | | |
| All Substantial Unsecured Bondholder or Lender | Avenue International Master, LP (Master) | x | | |
| All Substantial Unsecured Bondholder or Lender | Avenue Investments, LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Avenue Special Situations Fund | x | | |
| All Substantial Unsecured Bondholder or Lender | Avenue Special Situations Fund IV, LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Babson Capital Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Banc Investment Group LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Basso Capital Management LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Blackstone Debt Advisors LP | x | | |
| All Substantial Unsecured Bondholder or Lender | BLT 39 LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Blue Shield of California | Connection Check Pending | | |
| All Substantial Unsecured Bondholder or Lender | Briscoe Capital Management | x | | |
| All Substantial Unsecured Bondholder or Lender | Canaras Capital Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Canyon Capital Advisors LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Capitalsource Finance LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Carlyle Investment Management LLC | Connection Check Pending | | |
| All Substantial Unsecured Bondholder or Lender | Centerbridge Credit Advisors LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Centerbridge Partners, L.P. | x | | |
| All Substantial Unsecured Bondholder or Lender | CFIP Master Fund, Ltd. | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| All Substantial Unsecured Bondholder or Lender | Chimney Rock Value Fund, L.P. | x | | |
| All Substantial Unsecured Bondholder or Lender | Churchull Pacific Asset Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Claren Road Asset Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Columbus Nova Credit Investments Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Contrarian Capital Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | CVI GVF (Lux) Master S.a.r.l. | x | | |
| All Substantial Unsecured Bondholder or Lender | Cypresstree Investment Management Co Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Davidson Kempner Capital Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | DC Funding Partners LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | DiMaio Ahmad Capital LLC | | x | |
| All Substantial Unsecured Bondholder or Lender | Dry Brook Credit Opportunities Master Fund Ltd. | x | | |
| All Substantial Unsecured Bondholder or Lender | Duquesne Capital Management LLC | Connection Check Pending | | |
| All Substantial Unsecured Bondholder or Lender | EBF & Associates LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Elliott Management Corporation | x | | |
| All Substantial Unsecured Bondholder or Lender | Epic Asset Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Feingold OKeeffe Capital LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | FIG LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Firstlight Financial Corp. | Connection Check Pending | | |
| All Substantial Unsecured Bondholder or Lender | Four Concers Capital Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Franklin Advisers Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Franklin Floating Rate Daily Access Fund | x | | |
| All Substantial Unsecured Bondholder or Lender | Franklin Floating Rate Master Series | x | | |
| All Substantial Unsecured Bondholder or Lender | Franklin Strategic Income Fund (Canada) | x | | |
| All Substantial Unsecured Bondholder or Lender | Franklin Strategic Series Franklin Strategic Income Fund | x | | |
| All Substantial Unsecured Bondholder or Lender | Franklin Templeton Inv Mgmt Ltd | x | | |
| All Substantial Unsecured Bondholder or Lender | Franklin Total Return Fund | x | | |
| All Substantial Unsecured Bondholder or Lender | Frankling Templeton Series II Funds | x | | |
| All Substantial Unsecured Bondholder or Lender | Frnkling Templeton Variable Insurance Products Trust | x | | |
| All Substantial Unsecured Bondholder or Lender | FT Opportunistic Distressed Funds Ltd. | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| All Substantial Unsecured Bondholder or Lender | GM Pension Plan | x | | |
| All Substantial Unsecured Bondholder or Lender | GN3 SIP Limited | x | | |
| All Substantial Unsecured Bondholder or Lender | GoldenTree 2004 Trust | x | | |
| All Substantial Unsecured Bondholder or Lender | Goldentree Asset Management LP | x | | |
| All Substantial Unsecured Bondholder or Lender | GoldenTree Credit Opportunities Financing I, Limited | x | | |
| All Substantial Unsecured Bondholder or Lender | GoldenTree Credit Opportunities Second Financing, Limited | x | | |
| All Substantial Unsecured Bondholder or Lender | GoldenTree Leverage Loan Master Fund, Ltd. | x | | |
| All Substantial Unsecured Bondholder or Lender | GoldenTree MultiStrategy Financing, Limited | x | | |
| All Substantial Unsecured Bondholder or Lender | Greywolf Capital Overseas Master Fund | x | | |
| All Substantial Unsecured Bondholder or Lender | Greywolf Capital Partners II LP | | x | |
| All Substantial Unsecured Bondholder or Lender | Greywolf CLO I Ltd. | x | | |
| All Substantial Unsecured Bondholder or Lender | Gruss Asset Management Limited Partnership | x | | |
| All Substantial Unsecured Bondholder or Lender | Gulf Stream Asset Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Harbourmaster CLO 10 B V | x | | |
| All Substantial Unsecured Bondholder or Lender | Harbourmaster CLO 7 BV | x | | |
| All Substantial Unsecured Bondholder or Lender | Harbourmaster CLO 9 B V | x | | |
| All Substantial Unsecured Bondholder or Lender | Harbourmaster Pro Rata CLO 2 B V | x | | |
| All Substantial Unsecured Bondholder or Lender | Highland Capital Management LP | Connection Check Pending | | |
| All Substantial Unsecured Bondholder or Lender | Hillmark Capital Management LP | x | | |
| All Substantial Unsecured Bondholder or Lender | IKB Capital Corporation | x | | |
| All Substantial Unsecured Bondholder or Lender | ING Investment Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Invesco Inst NA Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | JD Capital Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | John Hancock A/C 62 JH High Yield Fund (99140) | x | | |
| All Substantial Unsecured Bondholder or Lender | John Hancock Financial Services Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Kingsland Capital Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | KKR Financial Corporation | Connection Check Pending | | |
| All Substantial Unsecured Bondholder or Lender | Latigo Master Fund Ltd. | x | | |
| All Substantial Unsecured Bondholder or Lender | LMA SPC for and on behalf of MAP84 Segregated Portfolio | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| All Substantial Unsecured Bondholder or Lender | Loomis Sayles & Company LP | x | | |
| All Substantial Unsecured Bondholder or Lender | LP MAI, Ltd. | x | | |
| All Substantial Unsecured Bondholder or Lender | Lufkin Advisors LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Luxor Capital group, LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Lyon Capital Management | x | | |
| All Substantial Unsecured Bondholder or Lender | McDonnell Investment Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Meritage Fund Limited | x | | |
| All Substantial Unsecured Bondholder or Lender | MJX Asset Management LLC | Connection Check Pending | | |
| All Substantial Unsecured Bondholder or Lender | Mountain Capital Advisors | x | | |
| All Substantial Unsecured Bondholder or Lender | MSD Capital LP | Connection Check Pending | | |
| All Substantial Unsecured Bondholder or Lender | Newstart Factors Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Normandy Hill Capital LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Oak Hill Advisors LP | Connection Check Pending | | |
| All Substantial Unsecured Bondholder or Lender | Onex Credit Partners LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Oppenheimer Funds Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Orchid Investments, LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Paloma Partners Management Co Inc. | Connection Check Pending | | |
| All Substantial Unsecured Bondholder or Lender | Pangaea Asset Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Patriarch Partners LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Perry Corporation | x | | |
| All Substantial Unsecured Bondholder or Lender | Phoenix Investment Counsel | x | | |
| All Substantial Unsecured Bondholder or Lender | Pioneer Investment Management Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Plainfield Asset Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | PPM America Incorporated | | x | |
| All Substantial Unsecured Bondholder or Lender | Primus Asset Management Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Putnam Advisory Co LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Quadrangle Group LLC | | x | |
| All Substantial Unsecured Bondholder or Lender | R3 Capital Management LLC | Connection Check Pending | | |
| All Substantial Unsecured Bondholder or Lender | Raven Asset Management LLC | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| All Substantial Unsecured Bondholder or Lender | Sandell Asset Management Corporation | Connection Check Pending | | |
| All Substantial Unsecured Bondholder or Lender | Satellite Asset Management LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Scoggin Capital management LP II | x | | |
| All Substantial Unsecured Bondholder or Lender | Scoggin International Fund LTD | x | | |
| All Substantial Unsecured Bondholder or Lender | Scoggin Worldwide Distressed Fund, LTD | x | | |
| All Substantial Unsecured Bondholder or Lender | SEG Latigo Master Fund Ltd. | x | | |
| All Substantial Unsecured Bondholder or Lender | SEG LP MA2, L.P. | x | | |
| All Substantial Unsecured Bondholder or Lender | SEIX Investment Advisors Incorporation | x | | |
| All Substantial Unsecured Bondholder or Lender | Seneca Capital Management | x | | |
| All Substantial Unsecured Bondholder or Lender | Silver Point Capital LP FSG | | x | |
| All Substantial Unsecured Bondholder or Lender | Smithwood Partners LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Special Situations Investing Group, Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Stichting Pensioenfonds ABP Portfolio 1211 | x | | |
| All Substantial Unsecured Bondholder or Lender | Stone Harbor Investment Partners LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Stone Tower Debt Advisors LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Strategic Value Partners LLC | Connection Check Pending | | |
| All Substantial Unsecured Bondholder or Lender | Sunrise Partners Limited Partnership | x | | |
| All Substantial Unsecured Bondholder or Lender | Swiss Reinsurance Company Ltd. | x | | |
| All Substantial Unsecured Bondholder or Lender | Symphony Asset Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | T2 Advisers LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Taconic Market Dislocation Fund II LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Taconic Market Dislocation Master Fund II LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Taconic Opportunity Fund LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Tall Tree Investment Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Talon Asset Management Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | TCW Asset Management Co. | x | | |
| All Substantial Unsecured Bondholder or Lender | Templeton Global Investment Trust Templeton Income Fund | x | | |
| All Substantial Unsecured Bondholder or Lender | Trimaran Advr LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Trusco-Ridgeworth Funds High Income Fund | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| All Substantial Unsecured Bondholder or Lender | Trusco-Ridgeworth Funds Strategic Income Fund | x | | |
| All Substantial Unsecured Bondholder or Lender | Varde Investment Partners L.P. | x | | |
| All Substantial Unsecured Bondholder or Lender | Venor Capital Management LP | x | | |
| All Substantial Unsecured Bondholder or Lender | VGE III Portfolio Ltd. | x | | |
| All Substantial Unsecured Bondholder or Lender | Viking Global Equities II LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Viking Global Equities LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Viking Global Performance LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Waterstone Market Neutral Mac51 Fund, Ltd. | x | | |
| All Substantial Unsecured Bondholder or Lender | Waterstone Market Neutral Master Fund, Ltd. | x | | |
| All Substantial Unsecured Bondholder or Lender | Wells Capital Management Incorporated | x | | |
| All Substantial Unsecured Bondholder or Lender | Whitehorse Capital Partners LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Wilmington Trust Company Delaware | Connection Check Pending | | |
| All Substantial Unsecured Bondholder or Lender | Z Capital Senior Debt Fund L P | x | | |
| All Substantial Unsecured Bondholder or Lender | Zohar II 2005-1 Ltd. | x | | |
| All Indenture Trustee | Law Debenture Trust Company of New York | x | | |
| All Indenture Trustee | Wilmington Trust Co | Connection Check Pending | | |
| Substantial Unsecured Bondholder or Lender Attorney | Blackstone Advisory Services, L.P. | x | | |
| Substantial Unsecured Bondholder or Lender Attorney | Davis Polk & Wardwell | | x | |
| Substantial Unsecured Bondholder or Lender Attorney | Kramer Levin Naftalis & Frankel LLP | | x | |
| Substantial Unsecured Bondholder or Lender Attorney | Richards, Layton & Finger, P.A. | x | | |
| Official Statutory Committees Member | Pension Benefit Guarantee Corporation | | x | |
| Official Statutory Committees Member | Washington-Baltimore Newspaper Guild Local 32035 | x | | |
| Official Statutory Committees Member | William Niese | x | | |
| Official Statutory Committee Member Attorney | Landis Rath & Cobb LLP | x | | |
| Official Statutory Committee Member Attorney | Zuckerman Speader LLP | x | | |
| Thirty Largest Unsecured Creditors | BD&A | x | | |
| Thirty Largest Unsecured Creditors | Boise Hawks Baseball Club LLC | x | | |
| Thirty Largest Unsecured Creditors | Buena Vista Entertainment Inc. | x | | |
| Thirty Largest Unsecured Creditors | Bunzl | Connection Check Pending | | |
| Thirty Largest Unsecured Creditors | Chicago Cubs Charities | x | | |
| Thirty Largest Unsecured Creditors | Chicago Transit Authority | Connection Check Pending | | |
| Thirty Largest Unsecured Creditors | Complejo Latinoamericana Baseball | x | | |
| Thirty Largest Unsecured Creditors | Cubs Care | x | | |
| Thirty Largest Unsecured Creditors | Daytona Cubs | x | | |
| Thirty Largest Unsecured Creditors | Ernie Banks International Inc. | x | | |
| Thirty Largest Unsecured Creditors | Hampton Inn and Suites | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Thirty Largest Unsecured Creditors | Horst Bergman | x | | |
| Thirty Largest Unsecured Creditors | Jose Serra | x | | |
| Thirty Largest Unsecured Creditors | Luis Vizcaino | x | | |
| Thirty Largest Unsecured Creditors | Mark Willes | x | | |
| Thirty Largest Unsecured Creditors | NBC Universal Domestic Television | x | | |
| Thirty Largest Unsecured Creditors | Profinancial Services Inc. | x | | |
| Thirty Largest Unsecured Creditors | Raymond Jansen Jr. | x | | |
| Thirty Largest Unsecured Creditors | Robert Erburu | x | | |
| Thirty Largest Unsecured Creditors | SP Newsprint Company | | x | |
| Thirty Largest Unsecured Creditors | Structural Shop Ltd. | x | | |
| Thirty Largest Unsecured Creditors | The Langham Huntington Pasadena | x | | |
| Thirty Largest Unsecured Creditors | Tower DC, LLC | x | | |
| Thirty Largest Unsecured Creditors | Tower EH, LLC | x | | |
| Thirty Largest Unsecured Creditors | Tower JK, LLC | x | | |
| Thirty Largest Unsecured Creditors | Tower MS, LLC | x | | |
| Thirty Largest Unsecured Creditors | Tower PT, LLC | x | | |
| Thirty Largest Unsecured Creditors | Twentieth Television | x | | |
| Thirty Largest Unsecured Creditors | Westin Diplomat Resort & Spa | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Catellus Development Corporation | Connection Check Pending | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Duke York Road, LLC c/o Duke Realty Corp. | Connection Check Pending | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Ricketts Acquisition LLC | | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | 1920 Colorado, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | 20 Church Street, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | 220 News Building LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | 220 News LLC c/o The Witkoff Group LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | 9090 Enterprises | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | BBL Tribune, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | BKM 3128 Redhill Associates LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Boca Warehousing, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Braver and Sauer Investments | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Canyon Corporate Centre, Ltd. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Carson Dominguez Properties, LP | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Chicago Cubs Dominican Baseball Operations, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Chicago National League Ball Club, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Diana-Quentin, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Duke Realty Limited Partnership | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Forest Lawn Cemetery Association | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Galleria Operating Co., LLC | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Parties to the Debtors Significant Executory Contracts and Leases | IAC Aviation LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Isadore Samuel Socransky & Socransky Family Trust | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | J. Ahzaraba Investors LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | JKS-CMFV, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | L&L Holding Company, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | L&L Realty LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | L/B Via Colinas LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Lauderdale River, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | LIT Finance L.P. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Luc and Shirley Matilla | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Mosby, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | N&S Butters | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | North Hills Industrial Park, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Northlake Property, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Penzance 2121 Wisconsin Ave., LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | RAC Education Trust OSA, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Realty Associates Fund VIII LP | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Richard and Grace Dickman | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | RR Crane Investment Corporation | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Santa Monica HSR L.P. c/o The Beacon Companies | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Symbiont, L.P. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | The Cracchiolo Group, LP | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | The Richlar Partnership | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Tribune Company | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Tribune Sports Network Holdings, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Trio Associates | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Viola Industries | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Vornado 330 West 34th Street LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Woodies Holding, LLC | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Parties to the Debtors Significant Executory Contracts and Leases | Wrigley Field Premium Ticket Services, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Zellwin Farms Company | x | | |
| Other Significant Parties-in-Interest | Aaron Wider | x | | |
| Other Significant Parties-in-Interest | Abner Boy Shepard Holy Ghost | x | | |
| Other Significant Parties-in-Interest | Albert E. Brooke | x | | |
| Other Significant Parties-in-Interest | Allen Francisco | x | | |
| Other Significant Parties-in-Interest | Andrea Dworkin | x | | |
| Other Significant Parties-in-Interest | Andrew Faggio | x | | |
| Other Significant Parties-in-Interest | Andy Martin | x | | |
| Other Significant Parties-in-Interest | Angel T. Haldeman | x | | |
| Other Significant Parties-in-Interest | Anthony Conte | x | | |
| Other Significant Parties-in-Interest | AP&J | x | | |
| Other Significant Parties-in-Interest | AR Sandri Inc. | x | | |
| Other Significant Parties-in-Interest | Arco Gas Station | x | | |
| Other Significant Parties-in-Interest | Artini-Zak Corporation, Inc. | x | | |
| Other Significant Parties-in-Interest | Barbara Roessner | x | | |
| Other Significant Parties-in-Interest | Beneficial Innovations, Inc. | x | | |
| Other Significant Parties-in-Interest | Bijan Kohanzad | x | | |
| Other Significant Parties-in-Interest | Bill McNair | x | | |
| Other Significant Parties-in-Interest | Body Solutions of Manhattan | x | | |
| Other Significant Parties-in-Interest | Bonnie Cronin | x | | |
| Other Significant Parties-in-Interest | Bruce Mickelson | x | | |
| Other Significant Parties-in-Interest | California Independent Postal Systems | x | | |
| Other Significant Parties-in-Interest | Charlemagne Louis-Charles | x | | |
| Other Significant Parties-in-Interest | Charles Evans | x | | |
| Other Significant Parties-in-Interest | City of New Haven | x | | |
| Other Significant Parties-in-Interest | Classified Ventures, Llc | x | | |
| Other Significant Parties-in-Interest | College Point Restaurant, Corp. | x | | |
| Other Significant Parties-in-Interest | Comcast Sportsnet Chicago | x | | |
| Other Significant Parties-in-Interest | Consumer Networks | x | | |
| Other Significant Parties-in-Interest | Corie Brown | x | | |
| Other Significant Parties-in-Interest | Crab House of Douglaston, Inc. | x | | |
| Other Significant Parties-in-Interest | Curtis Wallace | x | | |
| Other Significant Parties-in-Interest | Dan Neil | x | | |
| Other Significant Parties-in-Interest | Danial Mazurkewicz | x | | |
| Other Significant Parties-in-Interest | Daniel Kohanof | x | | |
| Other Significant Parties-in-Interest | David Kissi | x | | |
| Other Significant Parties-in-Interest | Derrick Bell | x | | |
| Other Significant Parties-in-Interest | Donald Sylvester | x | | |
| Other Significant Parties-in-Interest | Douglas M. Guetzloe | x | | |
| Other Significant Parties-in-Interest | Dylan Frederick Balbon Glorioso | x | | |
| Other Significant Parties-in-Interest | East Coast Preferred Properties, Inc. | x | | |
| Other Significant Parties-in-Interest | East Coast Realtors, Inc. | x | | |
| Other Significant Parties-in-Interest | Eastern Financial Florida Credit Union | | x | |
| Other Significant Parties-in-Interest | Edd Arnett | x | | |
| Other Significant Parties-in-Interest | Edgar Wilburn Jr. | x | | |
| Other Significant Parties-in-Interest | Edward Arnett Johnson | x | | |
| Other Significant Parties-in-Interest | Edward Roeder | x | | |
| Other Significant Parties-in-Interest | Egi-Trb, L.L.C. | x | | |
| Other Significant Parties-in-Interest | Electronic Imaging Systems of America, Inc. | x | | |
| Other Significant Parties-in-Interest | Elite Staffing Inc. | x | | |
| Other Significant Parties-in-Interest | ET Week Publication, Inc. | x | | |
| Other Significant Parties-in-Interest | Felicidad Balbon | x | | |
| Other Significant Parties-in-Interest | First United Bank; Illinois Banking Corporate | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Other Significant Parties-in-Interest | Freedom Communications, Inc. | x | | |
| Other Significant Parties-in-Interest | FTI Consulting | Connection Check Pending | | |
| Other Significant Parties-in-Interest | Gallagher's II | x | | |
| Other Significant Parties-in-Interest | Gary Grant | x | | |
| Other Significant Parties-in-Interest | Gary Libow | x | | |
| Other Significant Parties-in-Interest | Gary W. Garcia | x | | |
| Other Significant Parties-in-Interest | George Liberman Enterprises, Inc. | x | | |
| Other Significant Parties-in-Interest | George Spanos | x | | |
| Other Significant Parties-in-Interest | Gerald Breimon | x | | |
| Other Significant Parties-in-Interest | Gerald Posner | x | | |
| Other Significant Parties-in-Interest | Geraldine A. Feichtel | x | | |
| Other Significant Parties-in-Interest | Gerard E. Schultz | x | | |
| Other Significant Parties-in-Interest | Grace M. Moreo | x | | |
| Other Significant Parties-in-Interest | GreatBanc Trust Company | x | | |
| Other Significant Parties-in-Interest | Greenberg & Stein, LLP | x | | |
| Other Significant Parties-in-Interest | Gutman Pain/Accident Center Inc. | x | | |
| Other Significant Parties-in-Interest | Henry Weinstein | x | | |
| Other Significant Parties-in-Interest | Herschel Collins | x | | |
| Other Significant Parties-in-Interest | Hillard J. Quint | x | | |
| Other Significant Parties-in-Interest | HTFC Corporation | x | | |
| Other Significant Parties-in-Interest | Hustedt Chevrolet, Inc. | x | | |
| Other Significant Parties-in-Interest | Hy-Ko Products Company | x | | |
| Other Significant Parties-in-Interest | Isaiah Shannon | x | | |
| Other Significant Parties-in-Interest | Jack Nelson | x | | |
| Other Significant Parties-in-Interest | Jacqueline Espinal | x | | |
| Other Significant Parties-in-Interest | James Allen | x | | |
| Other Significant Parties-in-Interest | James Gleick | x | | |
| Other Significant Parties-in-Interest | Jay Feldman | x | | |
| Other Significant Parties-in-Interest | Jay R. Serkin | x | | |
| Other Significant Parties-in-Interest | Jayne Clement | x | | |
| Other Significant Parties-in-Interest | Jennifer Faggio | x | | |
| Other Significant Parties-in-Interest | Jesse Jackson | x | | |
| Other Significant Parties-in-Interest | Jessy Thomas | x | | |
| Other Significant Parties-in-Interest | Jill Hueckel | x | | |
| Other Significant Parties-in-Interest | Jo Anne Lawson | x | | |
| Other Significant Parties-in-Interest | John Gallant | x | | |
| Other Significant Parties-in-Interest | John William Smithers, Sr. | x | | |
| Other Significant Parties-in-Interest | Jon Robert Van Sensus | x | | |
| Other Significant Parties-in-Interest | Joseph DeSola | x | | |
| Other Significant Parties-in-Interest | Joseph Mauro | x | | |
| Other Significant Parties-in-Interest | Joyce Johnson | x | | |
| Other Significant Parties-in-Interest | Julie Ficht | x | | |
| Other Significant Parties-in-Interest | Keiffer J. Mitchell, Sr | x | | |
| Other Significant Parties-in-Interest | Kevin Ealy | x | | |
| Other Significant Parties-in-Interest | Kevin Grams | x | | |
| Other Significant Parties-in-Interest | Legacy.Com | x | | |
| Other Significant Parties-in-Interest | Letty Cottin Pogrebin | x | | |
| Other Significant Parties-in-Interest | Lisa M. Leger | x | | |
| Other Significant Parties-in-Interest | Loretta Grant | x | | |
| Other Significant Parties-in-Interest | Louis Muscari | x | | |
| Other Significant Parties-in-Interest | Luqman H Mohammed | x | | |
| Other Significant Parties-in-Interest | Lynn Brenner | x | | |
| Other Significant Parties-in-Interest | Mamie Hector | x | | |
| Other Significant Parties-in-Interest | Marie Winn | x | | |
| Other Significant Parties-in-Interest | Marion Milton | x | | |
| Other Significant Parties-in-Interest | Mary Ann Sherman | x | | |
| Other Significant Parties-in-Interest | Medically Speaking LLC | x | | |
| Other Significant Parties-in-Interest | Metromix, Llc | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Other Significant Parties-in-Interest | Michael Castleman, Inc. | x | | |
| Other Significant Parties-in-Interest | Michael Cordts | x | | |
| Other Significant Parties-in-Interest | Michael E. Gutman | x | | |
| Other Significant Parties-in-Interest | Michael W. Owens | x | | |
| Other Significant Parties-in-Interest | Mike Gutman MD | x | | |
| Other Significant Parties-in-Interest | Miriam Raftery | x | | |
| Other Significant Parties-in-Interest | Myron Levin | x | | |
| Other Significant Parties-in-Interest | Neala Olson | x | | |
| Other Significant Parties-in-Interest | Norton Giffis | x | | |
| Other Significant Parties-in-Interest | P/K Associates, Inc. | x | | |
| Other Significant Parties-in-Interest | Pamela Peyck | x | | |
| Other Significant Parties-in-Interest | Parallel Productions, Inc. | x | | |
| Other Significant Parties-in-Interest | Park Avenue Aesthetic Surgery, PC | x | | |
| Other Significant Parties-in-Interest | Parren J. Mitchell | x | | |
| Other Significant Parties-in-Interest | Paul Newer | x | | |
| Other Significant Parties-in-Interest | Paula McDonald | x | | |
| Other Significant Parties-in-Interest | Pearl Evans | x | | |
| Other Significant Parties-in-Interest | Penelope Henderson | x | | |
| Other Significant Parties-in-Interest | R. L. Wilson | x | | |
| Other Significant Parties-in-Interest | Rachel De Maso | x | | |
| Other Significant Parties-in-Interest | Realty Executives | x | | |
| Other Significant Parties-in-Interest | Reed Simpson | x | | |
| Other Significant Parties-in-Interest | Richard Shannon | x | | |
| Other Significant Parties-in-Interest | Robert E. Treuhaft and Jessica L. Treuhaft Trust | x | | |
| Other Significant Parties-in-Interest | Robert Lacey | x | | |
| Other Significant Parties-in-Interest | Robin Vaughan | x | | |
| Other Significant Parties-in-Interest | Ron Bon Pub, Inc. | x | | |
| Other Significant Parties-in-Interest | Ronald Hayman | x | | |
| Other Significant Parties-in-Interest | Sam Investment Trust | x | | |
| Other Significant Parties-in-Interest | Scott A. Russo | x | | |
| Other Significant Parties-in-Interest | Scripps Networks Interactive, Inc. | Connection Check Pending | | |
| Other Significant Parties-in-Interest | Sean Serrao | x | | |
| Other Significant Parties-in-Interest | Shirley Ann Smithers | x | | |
| Other Significant Parties-in-Interest | Shoplocal, Llc | x | | |
| Other Significant Parties-in-Interest | Simone Ano Conigliaro | x | | |
| Other Significant Parties-in-Interest | Southern Connecticut Newspapers, Inc. | x | | |
| Other Significant Parties-in-Interest | Spectron Site Group | x | | |
| Other Significant Parties-in-Interest | Summit Westline Investors, LLC | x | | |
| Other Significant Parties-in-Interest | Sunbeam Television Corporation | x | | |
| Other Significant Parties-in-Interest | Suttonbrook | x | | |
| Other Significant Parties-in-Interest | SuttonBrook Capital Management LP | x | | |
| Other Significant Parties-in-Interest | Tac Catering, Inc. | x | | |
| Other Significant Parties-in-Interest | Taki House, Inc. | x | | |
| Other Significant Parties-in-Interest | Target Media Partners | x | | |
| Other Significant Parties-in-Interest | Television Food Network, G.P. | x | | |
| Other Significant Parties-in-Interest | Tesop Corporation | x | | |
| Other Significant Parties-in-Interest | The Authors Guild, Inc. | x | | |
| Other Significant Parties-in-Interest | The Bikini Network.com | x | | |
| Other Significant Parties-in-Interest | The Mcclatchy Co., Inc. | x | | |
| Other Significant Parties-in-Interest | The National Writers Union | x | | |
| Other Significant Parties-in-Interest | Thomas L. Knight | x | | |
| Other Significant Parties-in-Interest | Tom Dunkel | x | | |
| Other Significant Parties-in-Interest | Topix, Llc | x | | |
| Other Significant Parties-in-Interest | Tribune Employee Stock Ownership Plan | x | | |
| Other Significant Parties-in-Interest | TV Guide Online, LLC | x | | |
| Other Significant Parties-in-Interest | Tweeter Home Entertainment Group | x | | |
| Other Significant Parties-in-Interest | TWTR, Inc. | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Other Significant Parties-in-Interest | Victor Cruz | x | | |
| Other Significant Parties-in-Interest | Victoria Vogel | x | | |
| Other Significant Parties-in-Interest | VW Sterling Corporation | x | | |
| Other Significant Parties-in-Interest | Walter Roche, Jr. | x | | |
| Other Significant Parties-in-Interest | Warren Beatty | x | | |