The Honorable Kevin J. Carey
United States Bankruptcy Court for the District of Delaware
824 Market Street
5th Floor
Wilmington, Delaware 19801

November 3rd, 2011

Your Honor:

My name is Mark Lies and I am one of the many "unsuspecting investors" caught up in the Tribune Bankruptcy case that you are overseeing. While I am sure this case is unbelievably complicated and complex; I wish no more than to bring a human element to it for you as you complete your case. I ask NOTHING of you or make ANY request other than to the extent possible you recognize the significant human toll that this has taken on so many of us who had NO involvement in the Tribune LBO other than to be unsuspecting investors.

Since the dawn of Wall Street it has been governed by two primal emotions – Fear and Greed. As of now the principle parties in your court are guided by no more than greed. There are a vast contingent of us who have been living in the specter of fear; not knowing what we did, why it was wrong and why some very litigious parties with quips about "good and evil" wish to reclaim our monies. Here in Colorado we have widows being served summons by Sheriffs, Former Tribune workers who have lost just about everything being asked for what mere worth they have left and myself a recovering stroke victim who just underwent heart surgery grappling with the unknown of what might happen to my remaining worth.

In your court you have many parties all represented by the best and brightest lawyers our country has to offer. Many of these parties should have to "live and die by the decisions they made". What seems grossly unfair (albeit in an unfair world we live) is there doesn't appear to be any adult supervision looking out for the average investor like myself. Rather from afar it appears that you have the contributing parties trying to make amends at the least possible price, while you have unemotional, ruthlessly efficient and litigious investors attempting to extract whatever they can from whomever they can. All of which appears to be to the detriment of a class of people consisting of

retirees, widows, people who have fallen on hard times and just plain unsuspecting investors.

Even for those like myself who have tried to fight back it has come with a pretty demoralizing consequence. I personally have gone through the appropriate legal avenues here in Colorado but have been told by my lawyers it is unlikely the Federal judge will even rule on my motions. It appears we are all being corralled into a class action in New York; which for many of us will be an undue hardship. To be served a summons, have the response stayed and a federal judge unlikely to rule is to say the least disheartening.

Judge Carey I wish you success (however that may manifest itself) in what you need to do. I am sure there are many sides of the story that you need to decipher through. The One simple request, please keep in mind those of us who have little to no representation, nor a seat at the table and appear to be left to fend for ourselves against parties who appear to be guided by no more than greed at the expense of less knowledgeable and involved parties.

Respectfully submitted

Mark S. Lies