## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Hearing Date: December 13, 2011 at 1:00 p.m. ET**<br>**Response Deadline: December 6, 2011 at 4:00 p.m. ET** |

## DEBTORS' FORTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502 AND 507 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1

### (MODIFIED PRIORITY AND MODIFIED CLASSIFICATION)

> **Claimants receiving this Objection should locate their name(s) and claim number(s) on <u>Schedule 1</u> attached hereto to learn which of the lettered exhibits, <u>Exhibit A</u>, <u>Exhibit B</u>, or <u>Exhibit C</u>, contains the grounds for the objection pertaining to their claim(s) and the relief being sought by the Debtors.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

> **Your rights may be affected by this Objection.**
>
> **The relief sought herein is without prejudice to the Debtors' rights to pursue further substantive or non-substantive objections against the Claims listed on <u>Exhibit A</u>, <u>Exhibit B</u>, or <u>Exhibit C</u> to this Objection.**

The debtors and debtors in possession in the above-captioned chapter 11 cases (each a "<u>Debtor</u>" and collectively, the "<u>Debtors</u>"), by and through their undersigned counsel, hereby submit this forty-ninth omnibus objection to claims (the "<u>Objection</u>"), which Objection covers each of the claims set forth on <u>Exhibit A</u>, <u>Exhibit B</u>, and <u>Exhibit C</u> attached hereto and to the proposed form of order submitted herewith (the "<u>Disputed Claims</u>"), pursuant to sections 502 and 507 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rules 3001, 3003 and 3007 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>").  By this Objection, the Debtors request entry of an order modifying each of the Disputed Claims identified on <u>Exhibit A</u>, <u>Exhibit B</u>, and <u>Exhibit C</u> to change the priority of, reassign, and/or change the classification of such claims as indicated in further detail below.  The Debtors have no objection to the amount asserted in the Disputed Claims.  In support of this Objection, the Debtors rely on the declaration of John Rodden, Vice President of Tribune Company (the "<u>Rodden Declaration</u>"), attached hereto as <u>Exhibit D</u>.  In further support of this Objection, the Debtors respectfully state as follows:

## STATUS OF THE CASE

1.      On December 8, 2008 (the "<u>Petition Date</u>"), Tribune Company and certain of its subsidiaries each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  An additional Debtor, Tribune CNLBC, LLC,[2] filed a voluntary petition for relief under

---

[2] Tribune CNLBC, LLC was formerly known as Chicago National League Ball Club, LLC.

CH1 6060468v.2
46429/0001-8059358v1

chapter 11 of the Bankruptcy Code on October 12, 2009.  In all, the Debtors comprise 111 entities.

2.      The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Bankruptcy Rules.  (Docket Nos. 43, 2333.)

3.      The Debtors have continued in possession of their respective properties and have continued to operate and maintain their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      On December 18, 2008, the Office of the United States Trustee appointed an official committee of unsecured creditors in the Debtors' chapter 11 cases (the "Committee").

5.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief sought herein are sections 502 and 507 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1.

## FACTUAL BACKGROUND OF THE DEBTORS' CLAIMS PROCESS

6.      On March 23, 2009, the Debtors filed their schedules of assets and liabilities and statements of financial affairs (Docket Nos. 567-789), which were subsequently amended on April 13, 2009 (Docket Nos. 894-957), June 12, 2009 (Docket Nos. 1343-1453), March 2, 2010 (Docket Nos. 3548-3599), May 14, 2010 (Docket Nos. 4388), and January 28, 2011 (Docket Nos. 7661-7671) (collectively, the "Schedules").[3]

---

[3] Tribune CNLBC, LLC filed its schedules of assets and liabilities and statements of financial affairs on October 12, 2009 (CNLBC Docket Nos. 8 and 9), which were subsequently amended on December 9, 2009 (Docket No. 2779), May 14, 2010 (Docket No 4389), and January 28, 2011 (Docket No. 7665).

CHI 6060468v.2
46429/0001-8059358v1

7.     On March 26, 2009, the Court entered an order (the "Bar Date Order") (i) establishing June 12, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "Bar Date") as the final date and time for all persons and entities holding or asserting a claim against the Debtors arising on or before the Petition Date to file proofs of claim (the "Proofs of Claim") in these chapter 11 cases and (ii) approving the form and manner of notice of the Bar Date.[4]

8.     Written notice of the Bar Date was mailed to, among others, all known creditors listed on the Schedules, as amended, and the Bar Date Order was served on all parties who had filed requests for notices under Bankruptcy Rule 2002 as of the date of the Bar Date Order.  In addition to mailing such actual notice, the Debtors also published notice of the Bar Date in the National Editions of the Wall Street Journal and the New York Times and in the Chicago Tribune and Los Angeles Times on May 12, 2009.

9.     To date, approximately 7,065 Proofs of Claim have been filed in these chapter 11 cases.  The Proofs of Claim are recorded on the official claims register (the "Claims Register") maintained by Epiq Bankruptcy Solutions, LLC, the agent retained by the Debtors to assist with claims processing in these chapter 11 cases (the "Claims Agent").

## RELIEF REQUESTED

10.     By this Objection, the Debtors seek entry of an Order, pursuant to sections 502 and 507 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, granting the following relief with respect to the Disputed Claims:

   a) modifying the priority, in whole or in part, of each of the Disputed Claims identified on Exhibit A for which the Debtors have determined that the priority status asserted with respect to all or a portion of the claim is inaccurate (collectively, the "Modified Priority Claims");

---

[4]  The Bar Date for the filing of Proofs of Claim against Tribune CNLBC, LLC was July 26, 2010.  See Order Establishing Bar Date for Filing Proofs of Claim in the Tribune CNLBC, LLC Bankruptcy Case and Approving the Form and Manner of Notice Thereof entered on June 7, 2010 (Docket No. 4709).

b)  (i) modifying the priority, in whole or in part, of each of the Disputed Claims identified on <u>Exhibit B</u> for which the Debtors have determined that the priority status asserted with respect to all or a portion of the claim is inaccurate, and (ii) reassigning each of such claims to the Debtor listed under the column heading "Modified Debtor," which corresponds to the particular Debtor that is liable for such claim (collectively, the "<u>Modified Priority, Modified Debtor Claims</u>"); and

c)  reclassifying, in whole or in part, each of the Disputed Claims identified on <u>Exhibit C</u> for which the Debtors have determined that the secured status asserted with respect to the claim is inaccurate, as indicated under the column heading "Modified Classification Status" (collectively, the "<u>Reclassified Claims</u>").

11.    The Debtors have reviewed Del. Bankr. LR 3007-1 in connection with the preparation of this Objection, and the Debtors believe that this Objection complies with that Rule.

## BASIS FOR OBJECTION

12.    Section 502(a) of the Bankruptcy Code provides that "a claim or interest, proof of which is filed under section 501 of this title, is deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a). When a claim objection is filed in a bankruptcy case, the burden of proof as to the validity of the claim shifts between parties. <u>In re Sea Containers, Ltd.</u>, 2009 WL 2208128, *2 (Bankr. D. Del. July 22, 2009) (citing <u>In re Allegheny Int'l, Inc.</u>, 954 F.2d 167, 173 (3d Cir. 1992)).

13.    The Debtors have objected to each of the 253[5] Disputed Claims, identified on <u>Exhibit A</u>, <u>Exhibit B</u>, and <u>Exhibit C</u> attached hereto, on the basis that: (i) the Modified Priority Claims are each asserted as a priority claim but the supporting documentation, the Debtors' books and records, and/or applicable law indicate that the claim is non-priority, in whole or in part; (ii) the Modified Priority Claims, Modified Debtor Claims are each asserted

---

[5]  The Debtors were granted a limited waiver of the requirements of Local Rules 3007-I(f)(i) and 3007-1(f)(ii) to (a) permit the Debtors to object to more than one hundred and fifty (150) disputed claims in each Substantive Objection, and (b) allow the Debtors to file more than two (2) Substantive Objections per calendar month, provided however, that the Debtors shall not schedule more than two (2) Substantive Objections for hearing in any given month absent further order of the Bankruptcy Court. <u>See</u> Order Granting Debtors (I) Limited Waiver of Requirements of Local Rule 3007-1(f) and (II) Authority to Settle Disputed Claims entered on November 25, 2009 (Docket No. 2657).

incorrectly as a priority claim, as above, and were also filed against the incorrect Debtor or failed to specify the particular Debtor against which the claim is sought to be asserted; and (iii) the Reclassified Claims are each asserted as a secured claim but the supporting documentation, the Debtors' books and records, and/or applicable law indicate that the claim is unsecured.

## A. **Modified Priority Claims**

14.     After reviewing their books and records and the Proofs of Claim filed in these chapter 11 cases, the Debtors have identified the 223 Modified Priority Claims on <u>Exhibit A</u> hereto as claims that have been asserted by their holders as being entitled to priority, but for which the Debtors have determined there is no basis in fact and/or law for such treatment. The Debtors have no objection to the amount of such claims.

15.     Specifically, the Debtors have determined that the Modified Priority Claims are not entitled to the priority status set forth in the Proof of Claim, because (i) the documentation submitted in support of the Proof of Claim is insufficient to allow the Debtors to determine the statutory basis for the asserted priority, (ii) the statutory basis for priority is not indicated on the face of the Proof of Claim; or (iii) the statutory basis for priority asserted by the claimant is not applicable to such claim. The reasons for proposed modification of the priority status is indicated with respect to each of the Modified Priority Claims in the column titled "Reason for Modification" on <u>Exhibit A</u>. Included among the reasons for modification are the following:

a) The claims assert first priority for domestic support obligations under section 507(a)(1); however, the statutory priority is limited to circumstances where the claim is "owed to or recoverable by a spouse, former spouse, or child *of the debtor*, or such child's parent, legal guardian, or responsible relative." (Emphasis added). This provision is inapplicable to the Debtors. Each Debtor is a corporation. <u>See</u> 11 U.S.C. § 507(a)(1).

b) The claims assert administrative expense priority under section 503(b)(9) of the Bankruptcy Code, incorporated by reference as second priority under 507(a)(2);

6

however, the supporting documentation reflects that the claimant did not deliver goods to the Debtors, but rather provided services or other non-goods, in whole or in part. <u>See</u> 11 U.S.C. § 503(b)(9).

c) The claims assert administrative expense priority under section 503(b)(9) of the Bankruptcy Code as incorporated by reference as second priority under 507(a)(2); however, the supporting documentation reflects that the claimant delivered goods outside of the 20-day period prescribed by section 503(b)(9), in whole or in part. <u>See</u> 11 U.S.C. § 503(b)(9).

d) The claims assert fourth priority under section 507(a)(4) of the Bankruptcy Code; however, the supporting documentation and the Debtors' employment records reflect that the claimant was an independent contractor, freelancer, or other non-employee. <u>See</u> 11 U.S.C. § 507(a)(4).

e) The claims assert fourth priority under section 507(a)(4) of the Bankruptcy Code; however, the supporting documentation and the Debtors' employment records do not support that the claim relates to wages earned within 180 days of the Petition Date. <u>See</u> 11 U.S.C. § 507(a)(4).

f) The claims assert fourth priority under section 507(a)(4) of the Bankruptcy Code on behalf of a corporation that is not an employee. Section 507(a)(4) is limited to wages, salaries, or commissions earned by an individual, or sales commissions earned by an individual or a corporation with only 1 employee, acting as an independent contractor. <u>See</u> 11 U.S.C. § 507(a)(4).

g) The claims assert fifth priority under section 507(a)(5) of the Bankruptcy Code for contributions to an employee benefit plan; however, the services for which the contribution arose were rendered outside of the prescribed 180-day period. <u>See</u> 11 U.S.C. § 507(a)(5)(A).

h) The claims assert seventh priority under section 507(a)(7) of the Bankruptcy Code; however, the claimants provided insufficient documentation to support that the claim arose from the deposit, before the commencement of the case, of money in connection with the purchase, lease, or rental of property, or the purchase of services, for the personal, family, or household use of such individuals, that were not delivered or provided. <u>See</u> 11 U.S.C. § 507(a)(7).

i) The claims assert eighth priority under section 507(a)(8) of the Bankruptcy Code, but such claims are not asserted by governmental units. <u>See</u> 11 U.S.C. § 507(a)(8).

j) Neither the Proof of Claim, the claimant's supporting documentation, nor the Debtors' books and records provide any basis for priority.

CH1 6060468v.2
46429/0001-8059358v1

16.     As a result, the Debtors believe that the priority of these claims should be modified, in whole or in part, from priority to non-priority as indicated under the column heading "Modified Priority Status" on <u>Exhibit A</u>.

17.     In four (4) instances, the Debtors seek to modify a Modified Priority Claim from non-priority to priority, based on circumstances where it appears that the claimant made a technical error in completing the Proof of Claim such that the Claims Register reflects that the claim is non-priority, but where the face of the Proof of Claim and supporting documentation filed in support of such claim, together with the Debtors' books and records, indicate that such claim is entitled to priority status pursuant to section 503(b)(9) of the Bankruptcy Code, incorporated by reference as second priority under 507(a)(2).

18.     The relief requested in this Objection is necessary to permit the Debtors to reconcile their Claims Register so that it accurately reflects the total liability asserted against each particular Debtor in these chapter 11 cases at the appropriate priority.  If the relief requested herein is granted, the Modified Priority Claims on <u>Exhibit A</u> will be allowed with the priority specified under the column heading "Modified Priority Status."

**B.  <u>Modified Priority, Modified Debtor Claims</u>**

19.     After reviewing their books and records and the Proofs of Claim filed in these chapter 11 cases, the Debtors have identified the 26 Modified Priority, Modified Debtor Claims on <u>Exhibit B</u> hereto as claims that (a) have been asserted by their holders as being entitled to priority, but for which the Debtors have determined there is no basis in fact and/or law for such treatment; and (b) failed to specify a particular Debtor or failed to identify the correct Debtor against which the claim is properly asserted.  The Debtors have no objection to the amount of such claims.

8

20.    With respect to the requested modifications to the priority status of such claims, the Debtors incorporate by reference the arguments made in Section A, supra, with respect to the Modified Priority Claims.  In addition, the Debtors seek to modify the Debtor against which the Modified Priority, Modified Debtor Claims are asserted because, inter alia, the applicable line on the Proof of Claim was left blank and no Debtor was specified, a Debtor's trade name was used rather than the legal entity name, or a single Proof of Claim was improperly asserted against multiple Debtors.  Others of the Modified Priority, Modified Debtor Claims were asserted against a particular Debtor; however, upon review of the documentation supporting the Proofs of Claim and their own books and records, the Debtors have determined that the liability for such claims is properly owed by a different Debtor.  The Debtors propose that the Modified Priority, Modified Debtor Claims be modified to specify that the claim is asserted against the particular Debtor that is (i) scheduled as having corresponding liability to the claimant, (ii) identified in the claimant's own supporting documentation attached to the claim; and/or (iii) reflected in the Debtors' books and records as having liability to the claimant, as indicated on Exhibit B under the column heading "Modified Debtor."  In two (2) instances, as noted on Exhibit B, the Debtors propose to allocate the claimant's claim to more than one Debtor, in the amounts specified therein.  This re-allocation of certain claim amounts is based upon the Debtors' review of the supporting documentation attached to the claim, including in instances where invoices against more than one Debtor were appended to a single Proof of Claim.

21.    The relief requested in this Objection is necessary to permit the Debtors to reconcile their Claims Register so that it accurately reflects the total liability asserted against each particular Debtor in these chapter 11 cases.  If the relief requested herein is granted, the

9

Modified Priority, Modified Debtor Claims on <u>Exhibit B</u> will be allowed with the priority specified under the column heading "Modified Priority Status" against the Debtor specified under the column heading "Modified Debtor."

## C. Reclassified Claims

22.    After reviewing their books and records and the Proofs of Claim filed in these chapter 11 cases, the Debtors have identified the four (4) Reclassified Claims on <u>Exhibit C</u> hereto, each of which asserted that all or a portion of the claim is entitled to secured status, which the Debtors have determined is inaccurate.  The Debtors have no objection to the amount of such claims.

23.    Specifically, the Debtors have determined that the Reclassified Claims are not entitled, under the Bankruptcy Code or applicable non-bankruptcy law, to the secured status set forth in the Proof of Claim.  In each instance, the documentation submitted in support of the Proof of Claim was insufficient to allow the Debtors to determine the nature or perfection of the purported security interest, the property against which such purported security interest is asserted, and/or the basis for the purported security interest.  As a result, the Debtors believe that these claims should be reclassified from secured to unsecured as indicated under the column heading "Modified Classification Status" on <u>Exhibit C</u>.

24.    The relief requested in this Objection is necessary to permit the Debtors to reconcile their Claims Register so that it accurately reflects the total liability asserted against each particular Debtor in these chapter 11 cases at the appropriate classification.  If the relief requested herein is granted, the Reclassified Claims on <u>Exhibit C</u> will be allowed with the classification specified under the column heading "Modified Classification Status."

10

## RESERVATION OF RIGHTS

25.    The Debtors hereby reserve their right to amend, modify, and/or supplement this Objection, including to object to any of the Proofs of Claim listed on Exhibit A, Exhibit B, and Exhibit C to this Objection on any additional grounds, prior to the entry of an order sustaining this Objection.  Separate notice and hearing will be provided and scheduled, respectively, for any such objection.

26.    Notwithstanding anything contained in this Objection or in Exhibit A, Exhibit B, or Exhibit C attached to this Objection, nothing herein shall be construed as a waiver of any rights that the Debtors may have to exercise their rights of setoff against the holders of claims subject to this Objection.

27.    The Debtors further reserve their right, in their sole discretion, to adjourn the hearing on this Objection as it pertains to any or all of the Disputed Claims.  In the event that the Debtors so adjourn the hearing, they will state that the hearing on the Objection and/or any response filed in connection therewith and/or all applicable deadlines for responsive pleadings have been adjourned on the agenda for the hearing, which agenda will be served on any party affected by such adjournment.

## NOTICE

28.    Notice of this Objection has been provided to: (i) the Office of the United States Trustee; (ii) counsel for the Committee; (iii) counsel for the administrative agents for Tribune Company's prepetition loan facilities; (iv) counsel for the administrative agent for the Debtors' postpetition financing facility; (v) the claimants listed on Exhibit A, Exhibit B, and Exhibit C; and (vi) all parties requesting notice pursuant to Bankruptcy Rule 2002, in accordance with Local Rule 2002-1(b).  In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

11

WHEREFORE, for the reasons set forth herein, the Debtors respectfully request that the Court enter an order, pursuant to sections 502 and 507 of the Bankruptcy Code, Bankruptcy Rules 3001 and 3007, and Local Rule 3007-1, modifying the Disputed Claims on the Claims Register as indicated on Exhibit A, Exhibit B, and Exhibit C to this Objection and granting such other and further relief as the Court deems just and proper.

Dated: Wilmington, Delaware
      November 10, 2011

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kenneth P. Kansa
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile:  (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile:  (302) 652-3117

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

# SCHEDULE 1

## TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 49: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 1 | 602 COMMUNICATIONS<br>5707 DEER FLAG DR<br>LAKELAND, FL 33811 | A |
| 2 | A&B PHOTO & PRINT<br>218 N JEFFERSON    STE LL NO.2<br>CHICAGO, IL 60661 | A |
| 3 | A&B PHOTO & PRINT<br>218 N JEFFERSON    STE LL NO.2<br>CHICAGO, IL 60661 | A |
| 4 | A&C COMMUNICATIONS, LTD INC.<br>12148 NW 52 CT<br>CORAL SPRINGS, FL 33076 | A |
| 5 | ACEY DECY EQUIPMENT CO INC<br>200 PARKSIDE DR<br>SAN FERNANDO, CA 91340 | A |
| 6 | ACUTECH LLC<br>25831 PIERINA DR<br>ELKHART, IN 46514 | A |
| 7 | AD WIZARD<br>BOX 2191-349 W GEORGIA ST<br>VANCOUVER, BC V6B 3V7<br>CANADA | A |
| 8 | AD WIZARD<br>BOX 2191-349 W GEORGIA ST<br>VANCOUVER, BC V6B 3V7<br>CANADA | A |
| 9 | ADAMS, JOSEPH H<br>31 SLEEPY HOLLOW RD<br>NEWINGTON, CT 06111 | A |
| 10 | ADP INC<br>ATTN: ANA SENZIG, MAIL STOP 110<br>400 COVINA BLVD<br>SAN DIMAS, CA 91773 | B |
| 11 | ALLSTAR LANDSCAPE SERVICES<br>4634 W 149TH ST<br>LAWNDALE, CA 90260-1232 | A |
| 12 | ALPHAGRAPHICS<br>99 PRATT STREET<br>FLOOR 3<br>HARTFORD, CT 06103 | A |
| 13 | ANAHEIM DUCKS HOCKEY CLUB LLC<br>2695 KATELLA AVENUE<br>ANAHEIM, CA 92806 | A |
| 14 | ANGELES CREST SERVICES<br>ATTN: LARRY LOPEZ<br>PO BOX 11<br>MOUNT WILSON, CA 91023 | A |
| 15 | ANOSHENKO, BETH<br>3743 W 114TH PLACE<br>CHICAGO, IL 60655 | A |
| 16 | ASM CAPITAL III, L.P.<br>TRANSFEROR: BUSCH LLC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | A |

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 49: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 17 | ASM CAPITAL, L.P.<br>TRANSFEROR: ARNEL COMPRESSOR CO<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | A |
| 18 | ASM CAPITAL, L.P.<br>TRANSFEROR: ROYALTY JANITORIAL INC<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | A |
| 19 | ASM CAPITAL, L.P.<br>TRANSFEROR: CLASSIC LITHO & DESIGN<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | A |
| 20 | ASM CAPITAL, L.P.<br>TRANSFEROR: SQAD INC<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | A |
| 21 | ASM CAPITAL, L.P.<br>TRANSFEROR: KINGSWAY LOGISTICS INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | A |
| 22 | ASM CAPITAL, L.P.<br>TRANSFEROR: PAINTING AND<br>DECORATING INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | A |
| 23 | ASM CAPITAL, L.P.<br>TRANSFEROR: PACEMAKER PRESS, INC.<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | B |
| 24 | ASM CAPITAL, L.P.<br>TRANSFEROR: JOHN KLEIN/JK<br>PRODUCTIONS<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | A |
| 25 | AVENUE TC FUND, L.P.<br>TRANSFEROR: MAH ELECTRIC INC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | A |
| 26 | AVENUE TC FUND, L.P.<br>TRANSFEROR: GARY MIDDLETON<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | A |
| 27 | AVENUE TC FUND, L.P.<br>TRANSFEROR: JOHN STAGLIANO<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | A |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 49: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 28 | AVENUE TC FUND, L.P.<br>TRANSFEROR: RO ENTERPRISE<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | A |
| 29 | AVENUE TC FUND, L.P.<br>TRANSFEROR: MONKEY BUNCH<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | A |
| 30 | AVENUE TC FUND, L.P.<br>TRANSFEROR: CONTROLS BY SANTUCCINI INC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | A |
| 31 | AVENUE TC FUND, L.P.<br>TRANSFEROR: KRISTIE KAHNS<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | A |
| 32 | AVENUE TC FUND, L.P.<br>TRANSFEROR: VELLA TOWING<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | A |
| 33 | AVENUE TC FUND, L.P.<br>TRANSFEROR: RANDALL LOKEY<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | B |
| 34 | AVENUE TC FUND, L.P.<br>TRANSFEROR: RICHARD A. 'RICK' QUINTON<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | A |
| 35 | AVENUE TC FUND, L.P.<br>TRANSFEROR: HARMON, INC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | B |
| 36 | B&D TRANSPORT INC<br>103 MEADOW RUE CT<br>WILLIAMSBURG, VA 23185 | B |
| 37 | BALTIMORE COUNTY REVENUE AUTHORITY<br>115 TOWSONTOWN BOULEVARD<br>TOWSON, MD 21286-5350 | A |
| 38 | BAXTER, TODD<br>2121 W. DIVISION ST. # 5<br>CHICAGO, IL 60622 | B |
| 39 | BEACH, RANDI<br>PO BOX 297<br>SANTA CLARA, CA 95052 | B |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 49: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 40 | BEAU WEAVER INC<br>257 PARK AVE SOUTH  SUITE 900<br>NEW YORK, NY 10010 | A |
| 41 | BELICE, RANDY LEE<br>365 DES PLAINES AVENUE<br>RIVERSIDE, IL 60546-1849 | A |
| 42 | BELMONT LAUNDRY INC<br>PO BOX 80567<br>SPRINGFIELD, MA 01138 | A |
| 43 | BIRMAN, BATHSHEBA<br>6000 N CICERO AVE NO. 308<br>CHICAGO, IL 60646 | B |
| 44 | BOLDEN COMMUNICATION<br>LISA BOLDEN<br>2000 N CURSON AVE<br>LOS ANGELES, CA 90046 | A |
| 45 | BOLDEN COMMUNICATION<br>LISA BOLDEN<br>2000 N CURSON AVE<br>LOS ANGELES, CA 90046 | A |
| 46 | BRAWN MECHANICAL CORP<br>PO BOX 1746<br>CLACKAMAS, OR 97015 | A |
| 47 | BRERETON, ERIN<br>600 S DEARBORN ST  NO.1009<br>CHICAGO, IL 60605 | A |
| 48 | BRINKS INCORPORATED<br>PO BOX 101031<br>ATLANTA, GA 30392-1031 | A |
| 49 | BROWN, LARRY<br>333 N JORDAN ST<br>ALLENTOWN, PA 18102 | A |
| 50 | BROWN, LARRY<br>333 JORDAN ST N<br>ALLENTOWN, PA 18102 | A |
| 51 | BURRTEC WASTE & RECYCLING SERVICES<br>PO BOX 5518<br>BUENA PARK, CA 90622 | A |
| 52 | BUSINESS TRAINING SERVICES<br>24700 BUNDSCHU ROAD<br>INDEPENDENCE, MO 64056 | A |
| 53 | CALIFORNIA GUARDIAN INC<br>174 W FOOTHILL BLVD    NO.304<br>MONROVIA, CA 91016 | A |
| 54 | CAMPBELL, JEREMY D<br>519 COFFEETOWN RD<br>LANGSTON, AL 35755-8019 | A |
| 55 | CARUSO ELECTRIC COMPANY<br>875 FARMINGTON AVENUE<br>NEW BRITAIN, CT 06053 | A |
| 56 | CASCO EQUIPMENT CORPORATION<br>4141 FLAT ROCK DR<br>RIVERSIDE, CA 92505 | A |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 49: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 57 | CASCO EQUIPMENT CORPORATION<br>4141 FLAT ROCK DR.<br>RIVERSIDE, CA 92505 | A |
| 58 | CDW CORPORATION<br>C/O RMS BANKRUPTCY RECOVERY<br>SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | A |
| 59 | CHARLES SCHWAB FBO LYNDEE KUZNIAR<br>4A KINGERY QUARTER APT 203<br>WILLOWBROOK, IL 60527-6574 | A |
| 60 | CHAVEZ, LISA<br>883 MAGNOLIA AVE APT 10<br>PASADENA, CA 91106-4618 | A |
| 61 | CITY OF ALLENTOWN<br>435 HAMILTON ST<br>CITY HALL ROOM 232<br>ALLENTOWN, PA 18101 | C |
| 62 | CITY OF FORT LAUDERDALE<br>C/O CITY ATTORNEY'S OFFICE<br>100 N ANDREWS AVE<br>FT LAUDERDALE, FL 33301 | A |
| 63 | CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: SANDERS LOCK & KEY INC<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | A |
| 64 | CLIFFORD, FRANK W<br>542 CAMINO DE MONTE SOL<br>SANTA FE, NM 87505 | A |
| 65 | COHEN, MARK E<br>28 AUBREY RD<br>MONTCLAIR, NJ 07043 | A |
| 66 | COHEN, MARK E<br>28 AUBREY RD<br>MONTCLAIR, NJ 07043 | A |
| 67 | COLLINS, MICHAEL E<br>6351 FARRAGUT ST<br>HOLLYWOOD, FL 33024-2115 | A |
| 68 | COMMERCIAL ROOFING CONSULTANTS<br>INC<br>707 BROOKHAVEN DR<br>ORLANDO, FL 32803 | A |
| 69 | CONNER, LAURIE<br>5966 MEMPHIS ST<br>NEW ORLEANS, LA 70124-2942 | A |
| 70 | CONNORS ASSOCIATES, LTD<br>35 ROSELLE STREET<br>MINEOLA, NY 11501 | A |
| 71 | CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: GRAND KAHN ELECTRIC LLC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH<br>FLOOR<br>NEW YORK, NY 10019 | A |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 49: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 72 | CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR:MICROWAVE RADIO<br>COMMUNICATION<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH<br>FLOOR<br>NEW YORK, NY 10019 | A |
| 73 | COX NORTH CAROLINA PUBLICATION<br>P.O. BOX 1967<br>GREENVILLE, NC 27835-1967 | A |
| 74 | CRAVENS, ROBIN R<br>403 S ALLEGHENY AVENUE<br>TULSA, OK 74112 | A |
| 75 | CROSS VIDEO PRODUCTIONS<br>1731 DOGWOOD FOREST WAY<br>LAKE MARY, FL 32746 | A |
| 76 | CROSSTOWN COMMUNICATIONS INC<br>810 VERONA RD<br>MARSHALL, MI 49068 | A |
| 77 | CUMMINGS LEASING<br>2611 HAMMONDVILLE ROAD<br>POMPANO BEACH, FL 33069 | A |
| 78 | DATA BASED ADS INC<br>363 WEST ERIE STREET  SUITE 500 EAST<br>CHICAGO, IL 60610 | A |
| 79 | DATA BASED ADS INC<br>363 WEST ERIE STREET  SUITE 500 EAST<br>CHICAGO, IL 60610 | A |
| 80 | DATA BASED ADS INC<br>363 WEST ERIE STREET  SUITE 500 EAST<br>CHICAGO, IL 60610 | A |
| 81 | DATA SCIENCES INC<br>14900 SWEITZER LN<br>STE 200<br>LAUREL, MD 20707 | A |
| 82 | DATABANK IMX LLC<br>PO BOX 62286<br>BALTIMORE, MD 21264 | A |
| 83 | DATABANK IMX LLC<br>PO BOX 62286<br>BALTIMORE, MD 21264 | A |
| 84 | DIANI, STEPHANIE<br>656 S. RIDGELEY DR. # 301<br>LOS ANGELES, CA 90036 | A |
| 85 | DOOR SYSTEMS<br>751 EXPRESSWAY DR<br>ITASCA, IL 60143 | B |
| 86 | DUFFER, ROBERT<br>1407 W. SIGWALT ST.<br>ARLINGTON HTS, IL 60005 | B |
| 87 | DYNAMEX WASHINGTON EXPRESS<br>12240 INDIAN CREEK COURT  #100<br>BELTSVILLE, MD 20705 | A |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 49: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 88 | EASTERN LIFT TRUCK CO INC<br>2211 SULPHUR SPRING RD<br>BALTIMORE, MD 21227 | A |
| 89 | EPLY SERVICES INC<br>224 145 EAST 15TH STREET<br>NORTH VANCOUVER, BC V7L 2P7<br>CANADA | A |
| 90 | EUROPEAN PRESSPHOTO AGENCY<br>AM HAUPTBAHNHOF 16<br>FRANKFURT, 60329<br>GERMANY | B |
| 91 | EXPRESS CARD AND LABEL CO INC<br>PO BOX 4247<br>TOPEKA, KS 66604-0247 | A |
| 92 | FABIAN, NENITA - SUPERVISOR<br>SAN MATEO ACCOUNTING SERVICE<br>CENTER<br>UNITED STATES POSTAL SERVICE<br>2700 CAMPUS DRIVE<br>SAN MATEO, CA 94497-9441 | A |
| 93 | FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: CLINICAL HEALTH SYSTEMS,<br>INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | A |
| 94 | FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: NEW ENGLAND CREATIVE<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | A |
| 95 | FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: OSA INTERNATIONAL INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | A |
| 96 | FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: COLAGENE ILLUSTRATION<br>CLINIC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | A |
| 97 | FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: COLAGENE ILLUSTRATION<br>CLINIC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | A |
| 98 | FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: RENOVATORS PLACE INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | A |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 49: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 99 | FAIR LIQUIDITY PARTNERS, LLC<br>TRANSFEROR: HOLIDAY PRINTING<br>1777 SARATOGA AVE, SUITE #106<br>SAN JOSE, CA 95129 | A |
| 100 | FAIR LIQUIDITY PARTNERS, LLC<br>TRANSFEROR: BARRY FIALK INC<br>1777 SARATOGA AVE, SUITE #106<br>SAN JOSE, CA 95129 | A |
| 101 | FASHION CENTRE AT PENTAGON<br>C/O SIMON PROPERTY GROUP<br>ATTN: PATTY SUMMERS<br>225 W. WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 | B |
| 102 | FINHOLM, VALERIE J<br>3100 CHERRY CREEK SOUTH DR APT 605<br>DENVER, CO 80209-3250 | A |
| 103 | FINHOLM, VALERIE J<br>3100 CHERRY CREEK SOUTH DR APT 605<br>DENVER, CO 80209-3250 | A |
| 104 | FISHER, GAIL L<br>4025 CONNECTICUT AVE NW<br>APT 102<br>WASHINGTON, DC 20008 | A |
| 105 | FLORIDA MALL ASSOCIATES<br>8001 S ORANGE BLOSSOM TR NO.420<br>ORLANDO, FL 32809 | A |
| 106 | FREDERICK, KAREN L<br>343 GREENWOOD DR<br>PO BOX 1070<br>LAKE SHERWOOD, MO 63357 | C |
| 107 | GALVEZ, MARCO A<br>84 STUART AVE<br>NORWALK, CT 06850 | A |
| 108 | GALVEZ, MARCO A<br>84 STUART AVE<br>NORWALK, CT 06850 | A |
| 109 | GANNETT NEWS SERVICE<br>ATTN: MARIE MARINO<br>7950 JONES BRANCH DR<br>MCLEAN, VA 22107-0320 | A |
| 110 | GELAZIS, KRISTINA<br>6442 CAVALLERI RD<br>MALIBU, CA 90265 | A |
| 111 | GRAND RAPIDS CITY TREASURER<br>ROOM 220 CITY HALL<br>300 MONROE AVE NW<br>ATTENTION: CHERYL<br>GRAND RAPIDS, MI 49503-2296 | A |
| 112 | GREEN, DOROTHY S<br>11911 SAN VINCENTE BLVD  SUITE 320<br>LOS ANGELES, CA 90049 | A |
| 113 | GREER CONTRACTING COMPANY<br>670 CLAY ST.<br>WINTER PARK, FL 32789 | A |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 49: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 114 | H-O-H WATER TECHNOLOGY, INC.<br>500 S. VERMONT ST.<br>PALATINE, IL 60067 | B |
| 115 | HADDAD, MARY ALICE<br>15 PEARL ST<br>MIDDLETOWN, CT 06457 | A |
| 116 | HART, JEFFREY P<br>187 BANK ST  NO.202<br>NEW LONDON, CT 06320 | A |
| 117 | HEART USA INC<br>611 BROADWAY  STE 607<br>NEW YORK, NY 10012 | A |
| 118 | HORTON, INEZ<br>4 E 107TH ST, # 12B<br>NEW YORK, NY 10029-3870 | A |
| 119 | HOT TOPICS PUBLICATIONS<br>PO BOX 183<br>WYNCOTE, PA 19095 | C |
| 120 | HR SLATER COMPANY<br>2050 W 18TH ST<br>CHICAGO, IL 60608 | A |
| 121 | HSH ASSOCIATES<br>237 WEST PARKWAY    2ND FLR<br>POMPTON PLAINS, NJ 07444 | A |
| 122 | HSH ASSOCIATES<br>237 WEST PARKWAY<br>POMPTON PLAINS, NJ 07444 | A |
| 123 | HSH ASSOCIATES<br>237 WEST PARKWAY, 2ND FLR<br>POMPTON PLAINS, NJ 07444 | A |
| 124 | IMAGE PRINTING AND MILLENNIUM<br>DIRECT<br>12246 COLONY AVE<br>CHINO, CA 91710-2095 | A |
| 125 | IMAGE PRINTING AND MILLENNIUM<br>DIRECT<br>12246 COLONY AVE<br>CHINO, CA 91710-2095 | A |
| 126 | INFORMA RESEARCH SERVICES INC<br>PO BOX 32807<br>HARTFORD, CT 06150 | A |
| 127 | J & B SOFTWARE<br>510 TOWNSHIP LINE RD STE 100<br>BLUE BELL, PA 19422 | A |
| 128 | JAZZ KITCHEN<br>ATTN:CHARECE WILLIAMSON<br>550 BLENVILLE STREET<br>NEW ORLEANS, LA 70130 | A |
| 129 | JEFFERIES LEVERAGED CREDIT PRODUCTS,<br>LLC<br>TRANSFEROR: SANDERS LOCK & KEY INC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | A |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 49: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 130 | JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: C& C MARKETING INC.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | A |
| 131 | JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: MAX MEDIA OF HAMPTON ROADS<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | A |
| 132 | JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: REDWINE MANLEY TESTING SERVICES INC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | A |
| 133 | JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: WEBVISIBLE INC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | A |
| 134 | JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: WEBVISIBLE INC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | A |
| 135 | JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: GARY LEE LAUGHLIN<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | A |
| 136 | JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: GO PROMOTIONS<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | B |
| 137 | JEWISH TELEGRAPHIC AGENCY<br>330 SEVENTH AVE, 17TH FLR<br>NEW YORK, NY 10001 | A |
| 138 | JIM PEASE PHOTOGRAPHY<br>11836 DARLINGTON AVE NO.2<br>LOS ANGELES, CA 90049 | A |
| 139 | JIMENEZ, LOUIE<br>157 S SYCAMORE AV<br>RIALTO, CA 92376 | A |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 49: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 140 | KIRSCHE, ROBIN A<br>10-I TALCOTT GLEN RD<br>FARMINGTON, CT 06032 | A |
| 141 | KOZLAK, CORRINE<br>9444 AVERS AVE<br>EVANSTON, IL 60203 | A |
| 142 | L A MODELS INC<br>7700 W SUNSET BLVD<br>LOS ANGELES, CA 90046 | A |
| 143 | LANTOS, JEFFREY<br>3217 THATCHER AVE<br>MARINA DEL REY, CA 90292 | A |
| 144 | LASER QUICK INC<br>11810 HI RIDGE RD<br>LAKESIDE, CA 92040-1012 | A |
| 145 | LEARNING SOLUTIONS LLC<br>216 LYNDON ST<br>HERMOSA BEACH, CA 90254-5110 | A |
| 146 | LEE MEDIA SERVICES<br>7574 BLACK WALNUT DR<br>AVON, IN 46123-9505 | A |
| 147 | LEE, JASON P<br>343 E 30TH ST APT 1L<br>NEW YORK, NY 10016-6414 | A |
| 148 | LEVENTHAL, ANN Z<br>19 WOODSIDE CIRCLE<br>HARTFORD, CT 06105 | A |
| 149 | LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CP COMMUNICATIONS<br>ONE UNIVERSITY PLAZA, SUITE 312<br>HACKENSACK, NJ 07601 | A |
| 150 | LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CAC DIRECT MARKETING<br>SERVICE<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | A |
| 151 | LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: EVERYTHING NET INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | A |
| 152 | LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: AVALON TRANSPORTATION<br>LLC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | A |
| 153 | LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LOCONTE.2 LLC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | A |

## TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 49: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 154 | LONG & FOSTER PARENT ACCT [LONG&FOSTER TRAINING CENTER] 14501 GEORGE CARTER WAY CHANTILLY, VA 20151 | A |
| 155 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: GRAPHIC INDUSTRIES INC 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 | A |
| 156 | LOPATOWSKI, DAN 76 N SAVANNAH CT ROUND LAKE, IL 60073 | A |
| 157 | MACDONALD, JANICE 1352 RIDGE ROAD VISTA, CA 92083 | A |
| 158 | MAILINGS MADE EASY INC 80-82 WARREN STREET PO BOX 511 GLENS FALLS, NY 12801 | A |
| 159 | MAILNET SERVICES CONCLUSIVE MARKETING 800 CRESCENT CENTRE DRIVE  SUITE 450 FRANKLIN, TN 37067 | A |
| 160 | MANROLAND INC. ATTN: MARK HERMAN 800 EAST OAK HILL DR WESTMONT, IL 60559 | A |
| 161 | MARTGOLS MAGIC INC 345 N MAPLE DR PARKING LEVEL 2 BEVERLY HILLS, CA 90210 | A |
| 162 | MCNAMARA, CHRISTOPHER PAUL 452 W ARMITAGE UNIT 1 CHICAGO, IL 60614 | A |
| 163 | MENTOR LISTING REALTY INC 601 FRANKLIN SQUARE     STE 401 MICHIGAN CITY, IN 46360 | A |
| 164 | METRO NEWS SERVICE INC PO BOX 767 DESOTO, TX 75123 | A |
| 165 | METRO NEWS SERVICE INC PO BOX 767 DESOTO, TX 75123 | A |
| 166 | MI-SOOK YOU KOREAN RADIO TALENT 22 HURST CT SAN RAMON, CA 94583 | B |
| 167 | MICHELE MARR 19531 PURITAN CIRCLE HUNTINGTON BEACH, CA 92647 | A |
| 168 | MINUTE MAN DELIVERY P O BOX 3759 GARDENA, CA 90247 | B |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 49: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 169 | MOUNT, ANTHONY G, JR.<br>709 N LUDY WAY<br>MUSTANG, OK 73064-2327 | A |
| 170 | MOUNTZ, JOHN<br>2466 CHURCH ST<br>YORK, PA 17404 | A |
| 171 | NATIONWIDE RESTORATION LLC<br>4525 AIRLINE DR<br>METAIRIE, LA 70001 | B |
| 172 | NEIGHBORS, THOMAS F &<br>GWEN C WINTER-NEIGHBORS JT TEN<br>26 CHARTERHOUSE AVE<br>PIEDMONT, SC 29673-9139 | C |
| 173 | NEON ELECTRIC CORPORATION<br>1122 LAUDER RD<br>HOUSTON, TX 77039-2902 | A |
| 174 | NEWSART.COM<br>PO BOX 623<br>NARBERTH, PA 19072 | A |
| 175 | OBRIEN, TIMOTHY P<br>6540 ALDER CT<br>INDIANAPOLIS, IN 46268 | A |
| 176 | P&M MERCURY MECHANICAL<br>CORPORATION<br>152 N RAILROAD AVE<br>NORTHLAKE, IL 60164 | A |
| 177 | PECHA, FRANK J. & CAMILLE A.<br>JT TEN<br>21300 BRUSH LAKE DR<br>CRESTHILL, IL 60403 | A |
| 178 | PENNINGTON, RICHARD<br>226 PEACHTREE ST SW<br>ATLANTA, GA 30303-3749 | A |
| 179 | PENTALIFT EQUIPMENT CORPORATION<br>403 MAIN ST   STE 430<br>BUFFALO, NY 14203 | A |
| 180 | PITNEY BOWES GLOBAL FINANCIAL<br>SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | A |
| 181 | PME PHOTOGRAPHY<br>7642 KINGS PASSAGE AVE<br>ORLANDO, FL 32835 | A |
| 182 | PREFERRED COMMUNICATIONS<br>410 CENTRAL AVENUE<br>BUTNER, NC 27509 | A |
| 183 | PRESORT SOLUTIONS<br>1020 FRONTENAC RD<br>NAPERVILLE, IL 60563 | A |
| 184 | PRESS MASTERS OF ANAHEIM<br>PO BOX 8118<br>ANAHEIM, CA 92812 | A |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 49: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 185 | PREZANT, JOSHUA<br>18601 NE 14TH AVE   NO.204<br>N MIAMI BEACH, FL 33179 | A |
| 186 | QCERA INC<br>1525 S SEPULVEDA BLVD  STE E<br>LOS ANGELES, CA 90025 | A |
| 187 | QUALITY FORMS AND LABELS<br>401 BEAUMONT RD<br>YORK, PA 17403 | A |
| 188 | QUALITY OFFICE SOLUTIONS LLC<br>3000 WATERVIEW AVE STE 1<br>BALTIMORE, MD 21230-3500 | A |
| 189 | QUEENS BALLPARK COMPANY, L.L.C.<br>ATTN: JOYCE FU<br>CITI FIELD<br>FLUSHING, NY 11368 | A |
| 190 | REAL DATA STRATEGIES<br>480 APOLLO STREET, SUITE A<br>BREA, CA 92821 | B |
| 191 | REALTY SOLUTION<br>2588 EL CAMINO REAL F334<br>CARLSBAD, CA 92008 | A |
| 192 | RECORD INFORMATION SERVICES<br>PO BOX 894<br>ELBURN, IL 60119 | A |
| 193 | REGER, JOHN<br>PO BOX 2984<br>SEAL BEACH, CA 90740 | B |
| 194 | RESPONDEX MARKETING, INC<br>14286-19 #221 BEACH BLVD.<br>JACKSONVILLE, FL 32250 | A |
| 195 | RESTORATION HOLDINGS LTD<br>TRANSFEROR: PRODEC FINISHES INC<br>325 GREENWICH AVE - 3RD FLOOR<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>GREENWICH, CT 06830 | A |
| 196 | REXEL CONSOLIDATED<br>2131 PARK CENTRAL BLVD N BLDG D<br>POMPANO BEACH, FL 33064-2210 | A |
| 197 | RHINO GROUP<br>PO BOX 15774<br>RIO RANCHO, NM 87174 | A |
| 198 | RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR<br>STILLWATER TECHNOLOGIES, INC.<br>P.O. BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10023 | A |
| 199 | RIVERSIDE CLAIMS LLC AS ASSIGNEE OF<br>WORLDNET INTERNATIONAL COURIERS,<br>INC.<br>P.O. BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10023 | A |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 49: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 200 | RWC MARKETING<br>40 THAYER ST STE A9<br>NEW YORK, NY 10040 | A |
| 201 | SAFESITE INC<br>9505 JOHNNY MORRIS<br>AUSTIN, TX 78724 | A |
| 202 | SAULSBURY, ERNEST L<br>DBA PRINTING BY SAULSBURY<br>4120 THE ALAMEDA<br>BALTIMORE, MD 21218 | A |
| 203 | SAUNDERS, TAMARA<br>817 NW 9TH AVE. NO. 2<br>FT. LAUDERDALE, FL 33312 | A |
| 204 | SCHAFER, JAMES<br>703B RAMBLEWOOD LN<br>BETHLEHEM, PA 18017-6332 | A |
| 205 | SCHWARM, ANN<br>RR #2 BOX 162<br>LOOGOOTEE, IL 62838 | A |
| 206 | SEABORN GRIP & ELECTRIC, INC.<br>PO BOX 691041<br>TULSA, OK 74169 | A |
| 207 | SHERROD, ARISTEAD<br>10042 SOUTH UNION<br>CHICAGO, IL 60628 | A |
| 208 | SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: AMERICAN ANALYTICAL &<br>ENVIRONMENTAL, INC.<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | A |
| 209 | SIMPLE CHOICE REAL ESTATE<br>2277 N 900 W<br>PLEASANT GROVE, UT 84062 | A |
| 210 | SMITH, ANNE<br>63 STAMFORD STREET<br>LONDON, SE1 9NB<br>UNITED KINGDOM | B |
| 211 | SOKOL, HEATHER R<br>17018 KIRKLIN DR<br>WESTFIELD, IN 46074 | A |
| 212 | SONAR CREDIT PARTNERS, LLC<br>TRANSFEROR: WEBVISIBLE INC<br>ATTN: MICHAEL GOLDBERG<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | A |
| 213 | SPECTRUM ENGINEERING GROUP LLC<br>25 SURREY DR<br>CHESHIRE, CT 06410-2814 | A |
| 214 | STEEL CITY CORPORATION<br>1000 HEDSTROM DR<br>ASHLAND, OH 44805 | A |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 49: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 215 | STRATA MARKETING<br>30 WEST MONROE STREET<br>SUITE 1900<br>CHICAGO, IL 60603 | A |
| 216 | STRATA MARKETING INC<br>30 W MONROE ST    STE 1900<br>CHICAGO, IL 60603 | A |
| 217 | STRATA MARKETING INC<br>30 W MONROE ST<br>SUITE 1900<br>CHICAGO, IL 60603 | B |
| 218 | STRATA MARKETING INC.<br>30 WEST MONROE ST #1900<br>JOHN SHELTON/PRESIDENT<br>CHICAGO, IL 60603 | A |
| 219 | STRATA MARKETING, INC.<br>30 W. MONROE, SUITE 1900<br>ATTN: LEGAL COUNSEL<br>CHICAGO, IL 60603 | B |
| 220 | STRATA MARKETING, INC.<br>30 W. MONROE, SUITE 1900<br>ATTN: LEGAL COUNSEL<br>CHICAGO, IL 60603 | B |
| 221 | SUNNYSLOPE FLORAL INC<br>4800 44TH ST SW<br>GRANDVILLE, MI 49418 | A |
| 222 | TABLET & TICKET COMPANY<br>1120 ATLANTIC DRIVE<br>WEST CHICAGO, IL 60185 | A |
| 223 | TAPLINGER, MATTHEW<br>156 FRANKLIN ST APT 2R<br>BROOKLYN, NY 11222-2134 | A |
| 224 | TOTAL IMAGING<br>709 ROBLE RD<br>ALLENTOWN, PA 18109-9500 | A |
| 225 | TOTAL IMAGING DBA GILLESPIE PRINTING<br>INC<br>709 ROBLE RD<br>ALLENTOWN, PA 18109-9500 | A |
| 226 | TRC MASTER FUND LLC<br>TRANSFEROR: BKM TOTAL OFFICE<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE SUITE 302<br>EAST ROCKAWAY, NY 11518 | A |
| 227 | TRI-CITY LINEN SUPPLY<br>PO BOX 60430<br>LOS ANGELES, CA 90060 | A |
| 228 | TRIANGLE FIRE INC<br>7720 NW 53RD STREET<br>MIAMI, FL 33166 | A |
| 229 | TRIFLI INCORPORATED<br>C/O COPE MANAGEMENT<br>8846 AZUL DRIVE<br>WEST HILLS, CA 91304 | A |

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 49: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 230 | TRIFLI INCORPORATED<br>C/O COPE MANAGEMENT<br>8846 AZUL DRIVE<br>WEST HILLS, CA 91304 | A |
| 231 | UMBARGER, TODD<br>124 CANDLEWOOD MOUNTAIN RD<br>NEW MILFORD, CT 06776-5810 | B |
| 232 | UNITED MEDIA<br>PO BOX 641465<br>CINCINNATI, OH 45264-1465 | A |
| 233 | UNITED MEDIA<br>PO BOX 641465<br>CINCINNATI, OH 45264-1465 | A |
| 234 | UNITED MEDIA<br>PO BOX 641465<br>CINCINNATI, OH 45264-1465 | A |
| 235 | UNITED MEDIA<br>PO BOX 641465<br>CINCINNATI, OH 45264-1465 | A |
| 236 | UNITED MEDIA<br>PO BOX 641465<br>CINCINNATI, OH 45264-1465 | A |
| 237 | UNITED MEDIA<br>PO BOX 641465<br>CINCINNATI, OH 45264-1465 | A |
| 238 | UNITED MEDIA<br>PO BOX 641465<br>CINCINNATI, OH 45264-1465 | A |
| 239 | UNITED MEDIA<br>PO BOX 641465<br>CINCINNATI, OH 45264-1465 | A |
| 240 | UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: MAHONEY NOTIFY-PLUS INC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | A |
| 241 | UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CENTURY PACIFIC GROUP<br>INC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | A |
| 242 | UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: SPORTS & PROMOTIONAL<br>SPECIAL<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | A |
| 243 | UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: BEERS ENTERPRISES, INC<br>DBA THE SWITCH<br>940 SOUTHWOOD BVLD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | A |
| 244 | UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: ROCKWALLZ.COM<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | A |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 49: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 245 | UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: A MARKETING RESOURCE<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | A |
| 246 | UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: A MARKETING RESOURCE<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | A |
| 247 | UNITED STATES DEBT RECOVERY V. LP<br>TRANSFEROR: HOOVER, RAYMOND<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | A |
| 248 | UNIVERSITY OF CHICAGO<br>1103 SOUTH LANGLEY AVE.<br>CHICAGO, IL 60628 | B |
| 249 | US IMAGING SOLUTIONS LLC<br>2100 SW 71 TERRACE<br>DAVIE, FL 33317 | A |
| 250 | US IMAGING SOLUTIONS LLC<br>2100 SW 71 TERRACE<br>DAVIE, FL 33317 | A |
| 251 | VENCO WESTERN INC<br>2400 EASTMAN AV<br>OXNARD, CA 93030 | B |
| 252 | WAYNE, GARY<br>3200 PARKER DR<br>EUSTIS, FL 32726-7156 | A |
| 253 | WILLIAMS, MARILYN<br>12524 SHAMROCK<br>VICTORVILLE, CA 92392 | A |