# EXHIBIT C

## Reclassified Claims

CH1 6060468v.2
46429/0001-8059358v1

Tribune Company, et al.

Omnibus Objection 49: Exhibit C - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | | CLASSIFICATION STATUS | AMOUNT | REASON FOR MODIFICATION |
| 1 | CITY OF ALLENTOWN 435 HAMILTON ST CITY HALL ROOM 232 ALLENTOWN, PA 18101 | 1923 | The Morning Call, Inc. | Secured | $2,242.26 | | Unsecured | $2,242.26 | No evidence of perfected lien or security interest provided. |
| 2 | FREDERICK, KAREN L 343 GREENWOOD DR PO BOX 1070 LAKE SHERWOOD, MO 63357 | 6536 | Tribune Company | Secured Unsecured Subtotal | $0.00 $34.00 $34.00 | | Unsecured | $34.00 | No evidence of perfected lien or security interest provided. |
| 3 | HOT TOPICS PUBLICATIONS PO BOX 183 WYNCOTE, PA 19095 | 622 | Orlando Sentinel Communications Company | Secured | $850.00 | | Unsecured | $850.00 | No evidence of perfected lien or security interest provided. |
| 4 | NEIGHBORS, THOMAS F & GWEN C WINTER-NEIGHBORS JT TEN 26 CHARTERHOUSE AVE PIEDMONT, SC 29673-9139 | 6534 | Tribune Company | Secured Unsecured Subtotal | $0.00 $68.00 $68.00 | | Unsecured | $68.00 | No evidence of perfected lien or security interest provided. |
| | | | | TOTAL | $3,194.26 | | TOTAL | $3,194.26 | |

Page 1 of 1