**EXHIBIT 1**

▶ ▶ Pull To Open

Schedule package pickup right from your home or office at usps.com/pickup
Print postage online - Go to usps.com/postageonline

PLEASE PRESS FIRMLY                                    PLEASE PRESS FIRMLY

**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE

**Flat Rate Mailing Envelope**
For Domestic and International Use
Visit us at usps.com

Any amount of mailable material may be enclosed, as long as the envelope is not modified, and the contents are entirely confined within the envelope with the adhesive provided as the means of closure.

From/Expéditeur: Joann Parker
27 North Lockwood
Chicago, Illinois 606[__]

RECEIVED SEP 01 2011

To/Destinataire: Tribune Company Claims Processing
Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

Country of Destination/Pays de destination:

Please recycle.   Recycled Paper

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Case No. 08-13152 (KJC) |
| CHICAGO TRIBUNE COMPANY, | ) Chapter 11 |
| Debtor. | ) Judge: Kevin J. Carey, Courtroom 5 |

**NOTICE OF FILING AND PROOF OF SERVICE OF
MOTION FOR LEAVE TO FILE LATE PROOF OF CLAIM**

PLEASE TAKE NOTICE that I, Joann Parker, caused to be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware at: 824 Market Street, Wilmington, Delaware, 19801, her Pro Se Motion For Leave To File Late Proof Of Claim, to be heard at such time as may be determined by the Honorable Judge Kevin J.Carey, in the District of Delaware United States Courthouse. Opposition, if any, to the motion, must be filed and served upon Joann Parker, within (14) days or other applicable time frame, before hearing.

Service List:

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

Landis Rath & Cobb LLP
Counsel for Unsecured Creditors Committee
919 Market Street
Suite 1800
Wilmington, De. 19801

I, Joann Parker, being duly sworn under oath state that I serve the herein Notice, Motion and attached Proof of Claim and Addendum, upon the above named, at the above listed addresses by depositing same in the U.S. Mail via U.S. priority mail, before 5:00 p.m. on August 29, 2011.

_____, Joann Parker

Subscribed and Sworn to before me this 29th day of August, 2011.

_____, Notary Public

My commission expires on: _____

OFFICIAL SEAL
ROBERT J DIDOMENICO
Notary Public – State of Illinois
My Commission Expires May 21, 2014

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT  DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

Name of Debtor: **Chicago Tribune Company**    Case Number: **08-13152**

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:
**JoAnn Parker
27 North Lockwood
Chicago, Illinois 60644**

Telephone number: **708-699-0463**

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
**Same**

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: **undetermined**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: **Employment discrimination - See Addendum**
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____    Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

Filed: USBC - District of Delaware
Tribune Company, Et AL
08-13141 (KJC)    0000006797

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: **8/29/11**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

**JoAnn Parker**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FOR COURT USE ONLY

FILED / RECEIVED
SEP 01 2011
EPIQ BANKRUPTCY SOLUTIONS, LLC

## ADDENDUM TO PROOF OF CLAIM

Joann Parker was listed by her former employer, the Debtor, Chicago Tribune Company, on its Schedule as an unsecured creditor, under claim # 152074850, in the amount of $2,35. In August, 2009 Joann Parker filed, pro se, a cause of action against the Debtor for employment discrimination based upon race and age for actions by the Debtor from August 2008 until February, 2009. In August, 2010 Joann Parker filed, pro se, a cause of action against the Debtor for employment discrimination based upon violation of the American with Disabilities Act, for actions by the Debtor from August 2008 until February, 2009. Both causes were consolidated before the United States District Court for the Northern District of Illinois, Eastern Division, under case No. 1:10-cv-01457. The value of Joann Parker's claim for alleged discriminatory conduct before the Debtor filed for bankruptcy is undetermined, but Joann Parker asserts a claim in the amount of $125,000.00.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Case No. 08-13152 (KJC) |
| CHICAGO TRIBUNE COMPANY, | ) Chapter 11 |
| Debtor. | ) Judge: Kevin J. Carey, Courtroom 5 |

### PRO SE MOTION FOR LEAVE TO FILE LATE PROOF OF CLAIM

NOW COMES, the Creditor, JOANN PARKER, motioning, pro se, for leave to file a proof of claim outside of the bar date, pursuant to Federal Rules of Bankruptcy Procedure, Rule 9006(b) (1), and in support of states:

1. That attached hereto is Joann Parker's Proof of Claim and Addendum.

2. That Joann Parker seeks leave to file her Proof of Claim and Addendum outside of the bar dates.

3. That Joann Parker requests that her Motion be accepted pro se, as she is a resident of the State of Illinois and is unable to obtain legal counsel in the State of Delaware.

4. That Joann Parker was employed by the Debtor, Chicago Tribune, until February 2009.

5. That in August, 2009 Joann Parker filed, pro se, a cause of action against the Debtor for employment discrimination based upon race and age for actions by the Debtor from August 2008 until February, 2009.

6. That in August, 2010 Joann Parker filed, pro se, a cause of action against the Debtor for employment discrimination based upon violation of the American with Disabilities Act, for actions by the Debtor from August 2008 until February, 2009.

7. That the matters were consolidated in the United States District Court for the Northern District of Illinois, Eastern Division, under Case No. 1:10-cv-01457.

8. That Joann Parker suffers from bi-polar and depression and was sufferings so after February 2009, and continues so. That for some time, Joann Parker was without medication to treat her condition, and as such was not rational. That due to Joann Parker suffering from bi-polar and depression, she did not open her mail, other than for mail she recognized the sender, and as such was not cognizant that mail she had received from "Epiq" was notification of Debtor's bankruptcy, as the envelope did not reference her former employer and Debtor, the Chicago Tribune Company.

9. That in the Spring of 2011, Joann Parker learned of the Debtor filing bankruptcy in December 2008, and of a filing date for proof of claims for June 12, 2009 and April 6, 2010.

10. That Joann Parker subsequently learned that she was listed by the Debtor, on its schedule, as an unsecured creditor, under the claim No. 1520744850, in the amount of $2.35.

11. That the value of Joann Parker's claims in her employment discrimination cause of action, for actions before the Debtor filed for bankruptcy is undetermined, but Parker asserts a claim in the amount of $125,000.00.

12. That if the claim filed by the Debtor on behalf of Joann Parker, is not legally sufficient, Joann Parker seeks leave to file this Proof of Claim, outside of the bar dates.

13. That Joann Parker requests that her circumstances be found to constitute excusable delay and in further support states:

   1. That the debtor will not be prejudiced. Joann Parker's claim is unsecured and has an undetermined value (other than the amount asserted) and so would go to the lowest level of potential distribution of assets. As such, the Debtor will not suffer any prejudice by Joann Parker's late filing.

   2. That as of the date of mailing this Motion, upon information and belief the Court has not confirmed a plan for the Debtor. The Debtor has already listed Joann Parker as an unsecured creditor for a nominal amount, so accepting her claim for an undetermined amount should not impact the judicial proceedings in progress on confirming a plan before the Bankruptcy Court. That allowing the late filing should not impact the judicial proceedings in the District Court proceedings, due to the automatic stay rule, for which relief from has not been sought.

   3. The reason for the delay was not within Joann Parker's control due to her bi-polar and depression which manifested in her being unable to open mail from unrecognized senders, and then to understand the significance of its contents.

   4. Joann Parker has acted in good faith in requesting that her late proof of claim be accepted.

WHEREFORE, Joann Parker, prays for entry of an order allowing her leave to file her proof of claim, outside the bar date.

Respectfully submitted:

*Joann Parker*

Joann Parker

27 North Lockwood

Chicago, Illinois 60644

708-699-0463