**EXHIBIT 2**

pg 1

August 24, 2009

complaint

Plaintiff: JoAnn Parker
27 N Lockwood
Chicago IL 60644

v.

Defendant: Chicago Tribune
435 N. Michigan Ave
Chicago IL 60611

2009L010092
CALENDAR/ROOM H
TIME 00:00
Retaliatory Discharge

I, JoAnn Parker, was employed over 23 yrs with Chicago Tribune. I'm a 54 yr old African American Bypolar female with Type II diabetes. Upon returning to my same position as Advertising Sales Rep, after a 6 month approved sick leave on August 28 2008, I was not allowed to continue my normal duties, such as placing ads & customer service via telephone. I was told to perform misc. duties, such as assisting Dept Sales Reps, also to empty all supervisors & manager Frank file cabinets, pack them in large white boxes and to transport 4 at a time via pull cart from the 10th flr to the 2nd flr, where I'd lift the boxes weighing over 20lbs, unpack them and place them in all supervisors new file locations. I complained to Joy Harris this made me dizzy, and my vision was blurred. She insisted I persist.

1 of 3

Aug 24, 2009

On Friday, December 5, 2008, in a meeting with my Supervisor & Sr. HR Rep G. Silva I was told I would be written up for a call session with me, Mgr Frank & Supervisor Marjorie & Trainer. During my call session I was never informed of any problem or action taken against me. I was told by my supervisor on Friday December 5 to go home and return Monday, August 8 2008 where I would be again taken to HR Office to sign complaint against me

This frequent type of harassment & discrimination lead to an anxiety attack suffered at my desk on Monday, December 8, 2008, where I was taken to Northwestern Hospital for further treatment, and later placed in mental hospital for 7 day treatment by my doctor Dr. Albeheary, from Dec 9 thru Dec 15, 2008.

I recieved a call from Ellen Glassberg on my voicemail that I was to call her about buy out package. I recieved another call from VP Ellen Glassberg & Manger Frank that I was terminated that day Feb 6, 2009. I tried to explained about my being on long term disability, but was fired anyway. Spoke to HR Director who says she had no right to fire me, therefore I would get both long term & unemployment. I declined the separation monies where I would have given up my rights to sue the Chicago Tribune.