**EXHIBIT 3**

**ATTENDING PHYSICIAN STATEMENT**

**MetLife**®
Metropolitan Life Insurance Company
P.O. Box 14590
Lexington, KY 40511-4590
Fax: 1-800-230-9531

Instructions for completing the claim form:
1. Complete all applicable areas of the claim form.
2. Sign the claim form.
3. Fax this claim form to expedite your claim – retain original for your records.

The following section must be completed and signed by the employee/patient. Any fee for the completion of this form is the patient's responsibility.

| Name - MUST ANSWER | Social Security # MUST ANSWER | Employer - MUST ANSWER | Group Report # |
|---|---|---|---|
| JoAnn Parker | [redacted] | Chicago Tribune | |

Occupation

I hereby authorize my physician to release any information acquired in the course of examination or treatment.

Signature of Employee: _JoAnn Parker_   Date: 02/24/10   Date of Birth: 10/18/54

The following section must be completed and signed by the attending physician.
The purpose of this report is to assist us in making a disability determination. Please complete all applicable sections of this form. A MetLife claim representative may telephone your office if additional information is needed.

**History**

Symptoms result from:  ☐ Injury  ☑ Illness       Is condition work-related?  ☐ Yes  ☑ No

Initial date of treatment: _Feb '07_        Most recent date of treatment: _2/24/10_

Did you advise the patient to cease the above noted occupation?  ☑ Yes  ☐ No   If Yes, Date: _12/8/08_

Names and Phone Numbers of the providers the patient was referred to:

| Name | Phone # | Name | Phone # |
|---|---|---|---|
| | | | |

Has patient been hospitalized?  ☑ Yes  ☐ No   If Yes, Day Confined: _12/09/08_ Through _12/16/08_

Name and address of facility: _Chicago Lake Shore Hospital_

**Diagnosis and Treatment**

Primary ICD-9 _____ - _____   Diagnosis: _Bipolar Disorder Depressive episode_

Secondary ICD-9 _____ - _____   Diagnosis: _____

Subjective Symptoms: _____

Objective Findings (Include copies/results of any x-rays, lab tests', EKG's, MRI's, scans, and office notes):
_Severely labile mood, Impaired Functioning_

Current and Recommended Treatment Plan: _Continue Depakote, Ind Therapy_

If surgery performed/anticipated, provide the following:

CPT-4 _____   Procedure _____   Date _____

Medications prescribed (names, dosages):
_Depakote 500 mg PO BID_

**Name of Employee:** JoAnn Parker    **Social Security Number:** ███

### Psychological Functions

Check applicable box below
- ☐ Class 1 – Patient is able to function under stress and engage in interpersonal relations (no limitations)
- ☐ Class 2 – Patient is able to function in most stress situations and engage in some interpersonal relations (slight limitations)
- ☐ Class 3 – Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations)
- ☒ Class 4 – Patient is unable to engage in stress situations and engage in interpersonal relations (marked limitations)
- ☐ Class 5 – Patient has significant loss of psychological, physiological, personal and social adjustment (severe limitations)

**Remarks:**

What stress factors or problems with interpersonal skills have affected patient's ability to perform the duties of his or her job?
*Severe Mood lability, difficulty focusing & concentrating, impaired reasoning*

Is patient competent to endorse checks and direct use of the proceeds? ☒ Yes ☐ No

### Physical Capabilities — N/A

(a) Patient's ability to: (circle)

| | Hours | (check) |
|---|---|---|
| Sit | 0 1 2 3 4 5 6 7 8 | ☐ Continuously ☐ Intermittently |
| Stand | 0 1 2 3 4 5 6 7 8 | ☐ Continuously ☐ Intermittently |
| Walk | 0 1 2 3 4 5 6 7 8 | ☐ Continuously ☐ Intermittently |

(b) Patient's ability to: (circle)

| | | |
|---|---|---|
| Climb | Yes | No |
| Twist/bend/stoop | Yes | No |
| Reach above shoulder level | Yes | No |
| Operate a motor vehicle | Yes | No |

(c) Patient's ability to lift/carry: (check)

| | Never 0% | Occasionally 1-35% | Frequently 36-66% | Continuously 67-100% |
|---|---|---|---|---|
| Up to 10 lbs. | ☐ | ☐ | ☐ | ☐ |
| 11 to 20 lbs. | ☐ | ☐ | ☐ | ☐ |
| 21 to 50 lbs. | ☐ | ☐ | ☐ | ☐ |
| 51 to 100 lbs. | ☐ | ☐ | ☐ | ☐ |
| Over 100 lbs. | ☐ | ☐ | ☐ | ☐ |

(d) Patient's ability to perform repetitively: (circle)

| | Right Hand | Left Hand |
|---|---|---|
| Fine finger movements | Yes No | Yes No |
| Eye/hand movements | Yes No | Yes No |
| Pushing/pulling | Yes No | Yes No |
| Dominant hand | R | L |

(e) In your opinion, why is patient unable to perform job duties?

(f) Patient can work a total of _____ hours per day?

(g) Do you expect improvement in any area?
(If so please comment and give dates/timeframes.)

### Cardiac

**Functional Capacity (American Heart Association)** Complete only if applicable.
☐ Class 1 (No Limitation)  ☐ Class 2 (Slight Limitation)  ☐ Class 3 (Marked Limitation)  ☐ Class 4 (Complete Limitation)

Blood Pressure (latest reading) ____/____ as of (date) ____/____

Is patient in a cardiac rehabilitation program?

### Prognosis

Have you advised patient to return to work?
☐ Yes  If Yes, date of return _____    ☐ To regular occupation  ☐ Full Time  ☐ Part Time
                                        ☐ To any other occupation  ☐ Full Time  ☐ Part Time
☒ No  If Not, please explain

Any work/activity restrictions applicable (please be specific) *All, unable to work*

### Rehab

Do you suggest that the patient become involved in any of the following? Please check as many as apply.
If so, was this discussed with the patient?  ☒ Yes ☐ No
- ☐ Physical Therapy
- ☐ Occupational Therapy
- ☐ Cardiac Rehabilitation
- ☐ Pain Management Program
- ☐ Work Hardening Program
- ☐ Job Modification
- ☐ Vocational Rehabilitation
- ☐ Psychological Counseling
- ☒ Other *Medication Management, Individual therapy*

### Disability Claim Attending Physician Statement (Continued)

Name of Employee: JoAnn Parker    Social Security Number: ███████

**Fraud Warning:**

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or a statement of claim with materially false information or conceals for the purpose of misleading, information concerning any fact material there to may be guilty of committing a fraudulent insurance act. Please see below for special notice required by state law.

**Alaska** – A person who knowingly and with intent to injure, defraud or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona** – For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, West Virginia** – Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California** – For your protection California law requires the following to appear of this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado** – It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of life insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with respect to a settlement or award from insurance proceeds, shall be reported to the Colorado divisions of insurance within the department of regulatory agencies to the extent required by applicable law.

**Delaware** – Any person who knowingly and with the intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia** – WARNING: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida** – Any person who knowingly and with intent to injure, defraud or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Hawaii** – For your protection, Hawaii law requires you to be informed that presenting a fraudulent claim for payment of a loss or benefit is a crime punishable by fines or imprisonment, or both.

**Idaho** – Any person who knowingly and with the intent to defraud or deceive any insurance company, files a statement of claim containing any false, incomplete, or misleading information is guilty of a felony.

**Indiana** – A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky** – Any person who knowingly and with the intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material there to commits a fraudulent insurance act, which is a crime.

**Maine** – It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Minnesota** – A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire** – A person who with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.



## Disability Claim Attending Physician Statement (Continued)

Name of Employee: JoAnn Parker       Social Security Number: ███████

### Fraud Warning (continued):

**New Jersey** – Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties.

**New Mexico** – Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**Ohio** – A person who with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing false or deceptive statement is guilty of insurance fraud.

**Oklahoma** – WARNING: Any person who knowingly and with the intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete, or misleading information is guilty of a felony.

**Oregon** – A person who knowingly and with intent to defraud an insurance company, files a claim containing false, incomplete or misleading information material to such claim, may be guilty of insurance fraud.

**Pennsylvania** – Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or a statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning a fact material there to commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico** – Any person who knowingly and with the intention to defraud includes false information in an application for insurance or file, assist or abet in the filing of a fraudulent claim to obtain payment of a loss or other benefit, or files more than one claim for the same loss or damage, commits a felony and if found guilty shall be punished for each violation with a fine of no less than five thousands dollars ($5,000), not to exceed ten thousands dollars ($10,000); or imprisoned for a fixed term of three (3) years, or both. If aggravating circumstances exist, the fixed jail term may be increased to a maximum of five (5) years; and if mitigating circumstances are present, the jail term may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, Washington** – It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas** – Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

---

**Physician**

Name: Ghada Albeheary     Degree/Specialty: MD Psychiatrist

Street Address: 980 N Michigan   City: Chicago   State: IL   Zip Code: 60611

Telephone #: 312 202 9601     Fax #: 312 2029607   Tax ID #:

Contact person if additional information is necessary

Signature: [signature]                     Date: 2/24/10

---