IN THE UNITED STATES BANRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, ET. AL. | ) | Case No. 08-13141 (KJC) |
| | ) | |
| DEBTORS | ) | |

## NOTICE AND CERTIFICATE OF MAILING AND SERVICE

PLEASE TAKE NOTICE that I, Patricia E. Bender, attorney for Claimant, Joann Parker, caused this Notice and attached Objection to be mailed by U. S. Express Mail, overnight delivery before the hour of 5:00 p.m., on November 9, 2011 for filing by the Clerk for the United States Bankruptcy Court for the District of Delaware, at 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

The undersigned also caused this Notice and attached Objection to be mailed by U. S. Express Mail, overnight delivery before the hour of 5:00 p.m., on November 9, 2011 to counsel for the Debtors:

Cole, Schotz, Meisel, Forman & Leonard, P.A.
Norman L. Pernick, J. Kate Stickles, Patrick J. Reilley
500 Delaware Avenue, Suite 1410
Wilmington, De. 19801

and

The undersigned also caused this Notice and attached Objection to be served personally before the hour of 5:00 p.m., on November 9, 2011 to additional counsel for the Debtors:

Sidley Austin LLP
James F. Conlan, Bryan Krakauer, Kenneth P. Kansa, Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603.

_Patricia Bender_
Patricia E. Bender

Patricia E. Bender
Attorney for Joann Parker
5415 N. Sheridan Rd.
Suite 1411
Chicago, Illinois 60640
(773) 878-7148