## EXHIBIT A

## FEE AND EXPENSE DETAIL

# SNR DENTON 🗗

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

October 14, 2011

**Invoice No. 1331338**

Client/Matter: 09721775-0060

UNIVERSITY OF ILLINOIS - FOIA MATTER

Payment Due Upon Receipt

---

Total This Invoice                                    $        10,084.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

October 14, 2011

**Invoice No. 1331338**

Client/Matter:  09721775-0060

UNIVERSITY OF ILLINOIS - FOIA MATTER

For Professional Services Rendered through September 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 08/03/11 | G. Bent | 0.50 | L140 | | Locating and obtaining articles for Greg Naron. |
| 09/01/11 | J. Klenk | 2.00 | L530 | | Review reply; begin argument preparation. |
| 09/02/11 | J. Klenk | 2.10 | L530 | | Work on oral argument. |
| 09/06/11 | J. Klenk | 0.10 | L510 | | Email with Dept. of Justice attorney (.1). |
| 09/06/11 | G. Naron | 0.10 | L530 | | Review correspondence re Dept. of Justice motion for leave to participate in oral argument, emails J. Klenk, N. Spears re: same. |
| 09/08/11 | G. Naron | 1.50 | L530 | | Emails J. Klenk re: preparation for oral argument (.1), review file and cases re: same (.7); draft materials re: same (.7). |
| 09/08/11 | K. Rodriguez | 0.30 | L520 | | Assist in preparation for oral argument regarding relevant statutory provisions. |
| 09/10/11 | G. Naron | 0.20 | L530 | | Review file, further consideration of issues re: oral argument, emails J. Klenk re: same. |
| 09/10/11 | J. Klenk | 4.10 | L530 | | Work on oral argument preparation. |
| 09/12/11 | G. Naron | 3.00 | L530 | | Teleconference J. Klenk re: waiver, standard of review issues in preparation for oral argument (.4); research, analyze same (1.7); memo J. Klenk re: same (.9). |
| 09/12/11 | J. Klenk | 0.20 | L530 | | Emails G. Naron. |
| 09/14/11 | J. Klenk | 1.60 | L530 | | Moot court argument with N. Spears, B. Healey (1.5); email B. Healey (.1). |

UNIVERSITY OF ILLINOIS - FOIA MATTER

October 14, 2011

Matter: 09721775-0060
Invoice No.: 1331338

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 09/14/11 | G. Naron | 1.70 | L530 | | Teleconferences J. Klenk, N. Spears, B. Healey re: preparation for oral argument (1.2); review file, review rules re: same (.4), emails re: same (.1). |
| 09/16/11 | J. Klenk | 2.10 | L530 | | Work on oral argument issues. |
| 09/21/11 | G. Naron | 0.50 | L510 | | Review file (.1); draft 28(j) letter to Court of Appeals (.3); draft emails to J. Klenk and N. Spears re: same (.1). |
| 09/22/11 | G. Naron | 0.20 | L510 | | Review file, teleconferences, emails J. Klenk, N. Spears, K. Rodriguez re: 28(j) letter to Court of Appeals; edit letter. |
| 09/23/11 | G. Naron | 0.20 | L510 | | Review, citecheck 28(j) letter to Court of Appeals. |
| 09/23/11 | K. Rodriguez | 0.20 | L520 | | Review and revise Rule 28j letter concerning additional authority in advance of oral argument. |
| 09/27/11 | G. Naron | 0.50 | L530 | | Review University's 28(j) letter (.1); review and analyze case cited in same (.2); memo appellate team re: same (.2). |
| 09/28/11 | G. Naron | 2.30 | L530 | | Teleconferences J. Klenk re: jurisdictional issues (.3); review Supreme Court cases re: federal jurisdiction (1.1); email memos J. Klenk re: same (.9). |
| 09/29/11 | K. Rodriguez | 0.20 | L510 | | Assist in preparation for oral argument regarding supplemental authority on waiver issue. |
| 09/29/11 | J. Klenk | 8.10 | L530 | | Prepare for oral argument. |
| 09/30/11 | J. Klenk | 4.60 | L530 | | Oral argument (1.5); emails K. Flax, N. Spears; conferences clients (.6); prepare for argument (2.3); teleconference G. Naron (.2). |
| 09/30/11 | G. Naron | 1.40 | L530 | | Review tape of oral argument (1.); teleconferences, emails J. Klenk, N. Spears re: same (4.). |
| Total Hours | | 37.70 | | | |

UNIVERSITY OF ILLINOIS - FOIA MATTER

October 14, 2011

Matter: 09721775-0060
Invoice No.: 1331338

| | |
|---|---|
| Fee Amount | $22,524.00 |
| Less Adjustments Taken Off Fees: | ($12,524.00) |
| Fee Total | $10,000.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $650.00 | 24.90 | $16,185.00 |
| G. Naron | $520.00 | 11.60 | $6,032.00 |
| K. Rodriguez | $335.00 | 0.70 | $234.50 |
| G. Bent | $145.00 | 0.50 | $72.50 |
| Totals | | 37.70 | $22,524.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document reproduction | | 84.00 |
| | | SUBTOTAL | 84.00 |
| | Total Disbursements | | $84.00 |

| | | |
|---|---|---|
| Fee Total | $ | 10,000.00 |
| Disbursement Total | $ | 84.00 |
| Invoice Total | $ | 10,084.00 |

4

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

October 14, 2011

**Invoice No. 1331341**

Client/Matter: 09721775-0008

Reporter's Subpoena - Gary Marx

Payment Due Upon Receipt

Total This Invoice                                        $         115.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

October 14, 2011

**Invoice No. 1331341**

Client/Matter:  09721775-0008

Reporter's Subpoena - Gary Marx

For Professional Services Rendered through September 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 09/19/11 | N. Spears | 0.20 | L120 | | Phone call to B. Max. |
| Total Hours | | 0.20 | | | |
| Fee Amount | | | | | $115.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 0.20 | $115.00 |
| Totals | | 0.20 | $115.00 |

| | | |
|---|---|---|
| Fee Total | $ | 115.00 |
| Invoice Total | $ | 115.00 |

2

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

October 14, 2011

**Invoice No. 1331342**

Client/Matter: 09721775-0003

Joseph Mahr

Payment Due Upon Receipt

---

Total This Invoice                              $          5,556.90

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

October 14, 2011

**Invoice No. 1331342**

Client/Matter:  09721775-0003

Joseph Mahr

For Professional Services Rendered through September 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 09/07/11 | K. Rodriguez | 1.40 | L450 | | Prepare for oral argument on cross motions for judgment on the pleadings. |
| 09/08/11 | K. Rodriguez | 1.80 | L450 | | Attend and argue at hearing on motion for judgment on the pleadings (1.7); Update B. Healey and regarding results from hearing (.1). |
| 09/08/11 | N. Spears | 0.40 | L120 | | Conference w/K. Rodriguez re: court ruling and email w/K. Flax and B. Healey re: court hearing, ruling and next steps. |
| 09/15/11 | K. Rodriguez | 0.60 | L120 | | Confer with K. Coppa (City's counsel) regarding City's position on attorney's fees and potential appeal (.1); Research ██████████████████ ████████████ (.3); Confer with B. Healey regarding strategy in advance of status hearing (.2). |
| 09/20/11 | K. Rodriguez | 0.40 | L250 | | Phone conference with E. Seitz regarding status of petition for attorneys' fees and result of prior hearing (.3); Confer with B. Healey regarding strategy for decision to seek attorneys' fees (.1). |
| 09/21/11 | K. Rodriguez | 1.10 | L250 | | Confer with D. Craven regarding decision to seek attorneys' fees, briefing schedule for same, and strategy ████████████████ ███████████ (.2); Prepare for hearing on motion to lift seal and status on attorneys' fees set for 9/23 (.9). |

Joseph Mahr

October 14, 2011

Matter: 09721775-0003
Invoice No.: 1331342

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 09/22/11 | K. Rodriguez | 1.40 | L250 | | Attend hearing on motion to lift seal and status on attorneys' fees (.7); Calls with B. Healey and D. Craven regarding results of same and obtaining release of information requested (.2); Strategy discussion with N. Spears regarding release of information requested as of date of judgment (.1); Conference with K. Coppa (City's attorney) regarding potential settlement and earlier release of information requested, and follow up call to B. Healey regarding results of same (.4). |
| 09/23/11 | K. Rodriguez | 0.40 | L250 | | Conference with N. Spears regarding strategy with court and City's attorney for earlier release of information requested. |
| 09/23/11 | N. Spears | 1.00 | L120 | | Phone conferences w/K. Flax re: attorneys' fees timing, strategy for earlier release of documents (.30); follow up analysis (.30); discussion w/K. Rodriguez re: same and next steps with court, motions (.40). |
| 09/27/11 | K. Rodriguez | 0.50 | L250 | | Draft memo outlining our options and timeline for earlier release of information, attorneys' fees, and impact of potential appeal to aid in decision regarding next steps with court and City. |
| 09/28/11 | K. Rodriguez | 0.10 | L250 | | Call with K. Coppa (City's attorney) regarding City's conditional offer of immediate release of information. |
| 09/28/11 | N. Spears | 0.70 | L120 | | Analyze and edit summary of attorneys' fees and appeal issues to K. Flax (.40); conference w/K. Flax re: settlement option (.30). |
| 09/28/11 | K. Rodriguez | 0.30 | L250 | | Confer with E. Seitz (of D. Craven's office) regarding status of petition for fees (.1); Settlement discussions with attorney for City (.1); Correspondence with N. Spears regarding City's settlement offer (.1). |

3

Joseph Mahr

October 14, 2011

Matter: 09721775-0003
Invoice No.: 1331342

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 09/29/11 | K. Rodriguez | 1.70 | L250 | | Review draft of petition in support of attorneys' fees (.5); Confer with N. Spears regarding ▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬ (.2); Confer with E. Seitz regarding petition for attorneys' fees (.2); Draft and revise affidavit in support of petition for fees (.6); Review fees and costs to date in support of petition (.2). |
| 09/29/11 | N. Spears | 0.90 | L120 | | Read attorneys' fees brief from E. Sietz (.40); email and phone conference w/K. Flax re: attorneys' fees and appeal issues (.30); call w/E. Sietz re: issues for fees and declarations (.20). |
| 09/30/11 | N. Spears | 0.40 | L120 | | Conference w/K. Rodriguez re: calls to City re: resolution (.20); phone conference w/K. Flax and B. Healey re: offer to resolve (.20). |
| 09/30/11 | K. Rodriguez | 1.00 | L250 | | Revise and finalize petition for fees (.5); Review time entries for potentially privileged entries that need redaction (.2); Conference with N. Spears and K. Flax regarding potential settlement (.2); Settlement conference with City's attorney (.1). |

| | | | | | |
|---|---|---|---|---|---|
| Total Hours | | 14.10 | | | |
| Fee Amount | | | | | $5,539.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $575.00 | 3.40 | $1,955.00 |
| K. Rodriguez | $335.00 | 10.70 | $3,584.50 |
| Totals | | 14.10 | $5,539.50 |

4

Joseph Mahr

October 14, 2011

Matter: 09721775-0003
Invoice No.: 1331342

DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Color Copies | | 2.00 |
| | | SUBTOTAL | 2.00 |
| | Document reproduction | | 9.40 |
| | | SUBTOTAL | 9.40 |
| 7/27/2011 | Local Transportation KRISTEN C RODRIGUEZ CAB TO COURT | | 6.00 |
| | | SUBTOTAL | 6.00 |
| | Total Disbursements | | $17.40 |

| | | | |
|------|---|---|---|
| Fee Total | $ | 5,539.50 |
| Disbursement Total | $ | 17.40 |
| Invoice Total | $ | 5,556.90 |

5

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

October 14, 2011

**Invoice No. 1331350**

Client/Matter: 09721775-0066

BRYAN AND CYNTHIA LINDGREN

Payment Due Upon Receipt

---

Total This Invoice

$       7,131.80

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⏉

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

October 14, 2011

**Invoice No. 1331350**

Client/Matter: 09721775-0066

BRYAN AND CYNTHIA LINDGREN

For Professional Services Rendered through September 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 09/01/11 | N. Spears | 2.30 | L120 | | Phone conference w/Advocate's counsel re: joint defense issues related to ▮▮▮▮▮▮▮▮▮▮▮▮▮ (.50); phone conference w/K. Flax re: discovery responses (.30); update from K. Rodriguez re: ▮▮▮▮▮▮▮▮▮▮ (.40); calls to/from K. Flax and P. Kendall re: same (.50); analyze strategy re: ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮(.60). |
| 09/01/11 | J. Klenk | 0.30 | L120 | | Conference with N. Spears re: case. |
| 09/01/11 | K. Rodriguez | 2.60 | L120 | | Revise discovery responses (.2); Confer with reporter regarding revisions (.4); Confer with co-defendant's counsel and K. Flax regarding discovery responses (.6); Review and analyze ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ (.2); Analysis with N. Spears regarding: discovery ▮▮▮▮▮ (1.2). |
| 09/02/11 | K. Rodriguez | 4.30 | L120 | | Review ▮▮▮▮▮▮▮▮▮▮▮ (.1); Strategy call with ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.50); ▮▮▮▮▮▮ responses to interrogatory and document requests (1.7); Confer with N. Spears regarding revisions (.2); Research ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ (1.4); Draft memo regarding same (.4). |
| 09/02/11 | J. Klenk | 0.20 | L301 | | Teleconference with N. Spears re: discovery response. |

2

BRYAN AND CYNTHIA LINDGREN

October 14, 2011

Matter: 09721775-0066
Invoice No.: 1331350

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 09/02/11 | N. Spears | 2.60 | L120 | | Interview ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.50); phone conferences and email w/K. Flax and P. Kendall ▮▮▮▮▮▮ (.50); review revised discovery responses accordingly (1.0); phone call to plaintiffs' attorney (.30); email from K. Rodriguez re: discovery ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ (.30). |
| 09/06/11 | K. Rodriguez | 0.50 | L301 | | Confer with N. Spears regarding revisions to first set of discovery requests (.1); Revise and finalize responses to first set of discovery requests (.4). |
| 09/06/11 | N. Spears | 0.50 | L120 | | Phone conference w/K. Flax re: ▮▮▮▮▮▮▮▮and discovery (.20); review final discovery responses and sign same (.30). |
| 09/07/11 | N. Spears | 0.20 | L120 | | Brief review of plaintiff's R. 222 Affidavit and Sun Times' privilege log. |
| 09/13/11 | N. Spears | 0.10 | L120 | | Phone call w/K. Flax. |
| 09/15/11 | K. Rodriguez | 0.20 | L120 | | Review plaintiff's response to Advocate's motion for disclosure of settlement amount with WLS. |
| 09/16/11 | N. Spears | 0.10 | L120 | | Call to Plaintiffs' counsel. |
| 09/26/11 | K. Rodriguez | 2.00 | L120 | | Review Sun-Times motion for transfer (.3); Attend joint defense meeting at offices of Advocate's counsel regarding strategy in depositions and pending discovery and transfer motions (1.7). |
| 09/28/11 | N. Spears | 0.20 | L120 | | Call w/K. Seday▮▮▮▮▮▮ |
| Total Hours | | 16.10 | | | |
| Fee Amount | | | | | $6,991.00 |

3

BRYAN AND CYNTHIA LINDGREN

October 14, 2011

Matter: 09721775-0066
Invoice No.: 1331350

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $650.00 | 0.50 | $325.00 |
| N. Spears | $575.00 | 6.00 | $3,450.00 |
| K. Rodriguez | $335.00 | 9.60 | $3,216.00 |
| Totals | | 16.10 | $6,991.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 8/23/2011 | Outside Professional Services - - FUNKHOUSER VEGOSEN LIEBMAN & DUNN Share of Transcript of Hearing - re: Bryan and Cynthia Lindgren | | 50.00 |
| 9/20/2011 | Outside Professional Services - -    LOWIS & GELLEN LLP Share of Transcript of Hearing from Shelly Plate Reporting, In. of 8/31/11 ($272.40) - re: Bryan and Cynthia Lindgren | | 90.80 |
| | | SUBTOTAL | 140.80 |
| | Total Disbursements | | $140.80 |

| | | |
|---|---|---|
| Fee Total | $ | 6,991.00 |
| Disbursement Total | $ | 140.80 |
| Invoice Total | $ | 7,131.80 |

4

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

October 14, 2011

**Invoice No. 1331351**

Client/Matter: 09721775-1003

EDITORIAL-GENERAL
0000001492

Payment Due Upon Receipt

Total This Invoice                                    $        5,562.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

October 14, 2011

**Invoice No. 1331351**

Client/Matter:  09721775-1003

EDITORIAL-GENERAL
0000001492

For Professional Services Rendered through September 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 09/21/11 | N. Spears | 0.30 | L120 | | Conference w/K. Flax re: vetting ▓▓▓▓ story. |
| 09/23/11 | N. Spears | 0.70 | L120 | | Phone conference w/K. Flax re: vetting issues w/▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.30); review ▓▓▓ analysis and email w/G. Naron re: same (.40). |
| 09/24/11 | G. Naron | 2.20 | L120 | | Research, analyze ▓▓▓▓▓▓ authority re: ▓▓▓▓ ▓▓▓▓▓▓(1.6); email memo advising client re: same (.6). |
| 09/25/11 | G. Naron | 0.30 | L120 | | Research, analyze ▓▓▓▓▓▓▓ir ▓▓▓▓▓▓▓▓▓▓▓▓(1.6); email memo advising client re: same (.6). |
| 09/25/11 | N. Spears | 0.50 | L120 | | Review and analyze ▓▓▓▓▓ ▓▓▓▓▓▓ research from G. Naron (.30); email re: analysis of same (.20). |
| 09/26/11 | G. Naron | 1.70 | L120 | | Research, analysis re: ▓▓▓▓▓ is▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.9); review, vetting draft of story (.6); teleconferences, emails N. Spears re: same (.2). |
| 09/26/11 | N. Spears | 0.90 | L120 | | Send email to K. Flax re: ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ connection with Marg▓▓▓▓▓▓▓▓▓▓ vetting on same (.40); email w/K. Flax ▓▓▓▓▓▓▓(.10); conference w/G. Naron re: same ▓▓▓▓▓▓▓▓▓▓ (.30). |

EDITORIAL-GENERAL
0000001492

October 14, 2011

Matter: 09721775-1003
Invoice No.: 1331351

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 09/27/11 | N. Spears | 1.60 | L120 | | Review and vet ▮▮▮▮▮▮▮ ▮▮▮ (.70); email w/G.Naron re: legal issues under ▮▮▮▮▮ re: same (.20); phone conference w/K. Flax re: same and article itself (.50); further email re: same (.20). |
| 09/27/11 | G. Naron | 1.30 | L120 | | Research, analysis re: ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (1.1); teleconferences, emails N. Spears re:▮▮▮▮▮▮▮▮▮▮ (.2). |
| 09/28/11 | N. Spears | 0.40 | L120 | | Phone conference w/K. Flax re: vetting issues ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 09/29/11 | N. Spears | 0.30 | L120 | | Phone conference w/K. Flax re: ▮▮▮▮▮. |

| Total Hours | 10.20 | | |
|------|------|------|------|
| Fee Amount | | | $5,562.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 4.70 | $2,702.50 |
| G. Naron | $520.00 | 5.50 | $2,860.00 |
| Totals | | 10.20 | $5,562.50 |

| | | |
|------|------|------|
| Fee Total | $ | 5,562.50 |
| Invoice Total | $ | 5,562.50 |

3

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

October 14, 2011

**Invoice No. 1331352**

Client/Matter: 09721775-0007

Roberto Rivera

Payment Due Upon Receipt

---

Total This Invoice                         $        5,208.50

Please return this page with your payment

In the case of mail deliveries to:          In the case of overnight deliveries to:
SNR Denton US LLP                              SNR Denton US LLP
Dept. 3078                    OR              Attention: Accounting
Carol Stream, IL 60132-3078                    233 South Wacker Drive
                                               Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

October 14, 2011

**Invoice No. 1331352**

Client/Matter:  09721775-0007

Roberto Rivera

For Professional Services Rendered through September 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/30/11 | J. Klenk | 1.10 | L120 | | Review complaint, articles and internet search (.8); teleconference with N. Spears (.3). |
| 09/02/11 | J. Klenk | 0.20 | L110 | | Conference N. Spears. |
| 09/02/11 | G. Naron | 0.10 | L120 | | Review complaint, emails N. Spears re: answer/motion to dismiss. |
| 09/06/11 | J. Klenk | 0.10 | L120 | | Email K. Flax (.1). |
| 09/07/11 | J. Klenk | 0.40 | L110 | | Email K. Flax re: interview and stories (.2); review public data (.2). |
| 09/07/11 | G. Naron | 0.10 | L120 | | Review file, emails N. Spears, J. Klenk re: answer/motion to dismiss. |
| 09/08/11 | K. Rodriguez | 0.70 | L120 | | Review and analyze Tribune article at issue (.3); Draft and revise litigation hold (.4). |
| 09/09/11 | J. Klenk | 2.20 | L210 | | Draft answer (.9); emails K. Flax (.3); conference call K. Flax, Peter Kendall and reporters (.8); email K. Rodriguez (.2). |
| 09/12/11 | J. Klenk | 1.90 | L110 | | Emails K. Flax re: story and error (.4); meeting with R. Gibson/editors (1.1); revise answer (.4). |
| 09/12/11 | G. Naron | 0.30 | L120 | | Teleconference J. Klenk re: response to complaint, review file, precedents re: possible actual malice argument. |
| 09/13/11 | J. Klenk | 0.90 | L110 | | Teleconference K. Flax (.2); revise answer (.4); teleconference with G. Naron re: public figures (.3). |
| 09/15/11 | J. Klenk | 0.10 | L210 | | Email re: answer (.1). |
| Total Hours | | 8.10 | | | |
| Fee Amount | | | | | $4,979.50 |

2

Roberto Rivera

October 14, 2011

Matter: 09721775-0007
Invoice No.: 1331352

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| J. Klenk | $650.00 | 6.90 | $4,485.00 |
| G. Naron | $520.00 | 0.50 | $260.00 |
| K. Rodriguez | $335.00 | 0.70 | $234.50 |
| Totals | | 8.10 | $4,979.50 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| 9/13/2011 | Court Costs - - DOCKET PETTY CASH Court cost | | 206.00 |
| | | SUBTOTAL | 206.00 |
| 9/12/2011 | Ground Transportation JAMES A KLENK CABS TO/FROM TRIBUNE | | 14.00 |
| | | SUBTOTAL | 14.00 |
| 9/8/2011 | Outside Duplicating - - DOCKET PETTY CASH Check #12192 | | 9.00 |
| | | SUBTOTAL | 9.00 |
| | Total Disbursements | | $229.00 |

| | | | |
|--|--|--|--|
| Fee Total | $ | 4,979.50 | |
| Disbursement Total | $ | 229.00 | |
| Invoice Total | $ | 5,208.50 | |

3

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

October 14, 2011

**Invoice No. 1331340**

Client/Matter: 09723590-0013

JENNIFER KELLEY, ET AL.

Payment Due Upon Receipt

---

Total This Invoice                                  $         2,580.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

October 14, 2011

**Invoice No. 1331340**

Client/Matter:  09723590-0013

JENNIFER KELLEY, ET AL.

For Professional Services Rendered through September 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 09/02/11 | K. Rodriguez | 0.10 | L390 | | Confer with plaintiff's counsel regarding upcoming 201k conference for deposition dates. |
| 09/07/11 | K. Rodriguez | 0.40 | L330 | | Prepare for call with plaintiff's counsel regarding deposition scheduling (.1); Confer with plaintiff's counsel regarding deposition scheduling for the fall (.3). |
| 09/07/11 | N. Spears | 0.30 | L120 | | Phone conference w/plaintiffs' counsel re: depositions. |
| 09/13/11 | K. Rodriguez | 0.10 | L330 | | Correspondence with E. Howard concerning deposition preparation. |
| 09/22/11 | K. Rodriguez | 0.70 | L250 | A104 | Review Plaintiff's motion to bar depositions of children (.4); Call with Natalie Spears regarding strategy in responding to same (.3). |
| 09/23/11 | K. Rodriguez | 0.60 | L120 | | Draft update to L. Washburn concerning motion to ban minors' depositions and strategy responding to same. |
| 09/23/11 | N. Spears | 0.60 | L120 | | Review motion for protective order and analyze response (.40); edit email update (.20). |
| 09/25/11 | K. Rodriguez | 0.60 | L390 | | Compare and analyze allegations of complaint with motion to bar depositions of plaintiffs (.4); Correspondence with N. Spears regarding same (.2) |
| 09/26/11 | N. Spears | 0.10 | L120 | | Email w/L. Washburn re: plaintiff's motion and hearing. |

2

JENNIFER KELLEY, ET AL.

October 14, 2011

Matter: 09723590-0013
Invoice No.: 1331340

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 09/29/11 | N. Spears | 0.40 | L120 | | Prepare arguments re: depositions of minor children, including call to former Asst. State's Attorney re: how minor witness/victim handled in criminal cases. |
| 09/29/11 | K. Rodriguez | 0.70 | L120 | | Review and analyze cases cited in plaintiffs' motion to bar depositions of minors. |
| 09/30/11 | K. Rodriguez | 2.10 | L120 | | Review and analyze cases cited by Plaintiffs in motion to bar deposition of minors (.4); Research regarding current status of presumption of competence of witnesses (.7); Compile timeline of relevant dates demonstrating delay of plaintiffs in preparation for hearing set for 10/3 (.4); Draft outline of key points to raise at hearing in opposition to plaintiffs' motion (.6). |

| | | | | | |
|---|---|---|---|---|---|
| Total Hours | | 6.70 | | | |
| Fee Amount | | | | | $2,580.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 1.40 | $805.00 |
| K. Rodriguez | $335.00 | 5.30 | $1,775.50 |
| Totals | | 6.70 | $2,580.50 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 2,580.50 | |
| Invoice Total | $ | 2,580.50 | |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN: BRENDAN HEALEY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

October 11, 2011

**Invoice No. 1329845**

Client/Matter: 09722405-0014

AgreeYa Solutions
TRIBUNE CONTACT: Brendan Healey

Payment Due Upon Receipt

---

Total This Invoice                                          $        1,552.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN: BRENDAN HEALEY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

October 11, 2011

**Invoice No. 1329845**

Client/Matter: 09722405-0014

AgreeYa Solutions
TRIBUNE CONTACT: Brendan Healey

For Professional Services Rendered through September 30, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 09/01/11 | R. Gullikson | 0.20 | 115.00 | Review and prepare redline copy of Widget Statement of Work for K. Jurgeto. |
| 09/06/11 | R. Gullikson | 1.00 | 575.00 | Draft Statement of Work for development of Widgets for Chicago Tribune. |
| 09/09/11 | R. Gullikson | 0.50 | 287.50 | Review markup of AgreeYa Statement of Work for Chicago Widgets for T. Bottenfield. |
| 09/09/11 | R. Gullikson | 0.80 | 460.00 | Review AgreeYa Statement of Work for Chicago Widgets accordingly. |
| 09/09/11 | R. Gullikson | 0.20 | 115.00 | Multiple emails re functionality description. |
| Total Hours | | 2.70 | | |
| Fee Amount | | | | $1,552.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $575.00 | 2.70 | $1,552.50 |
| Totals | | 2.70 | $1,552.50 |

| | | |
|---|---|---|
| Fee Total | $ | 1,552.50 |
| Invoice Total | $ | 1,552.50 |

2

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN:  BRENDAN HEALEY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

October 11, 2011

**Invoice No. 1329850**

Client/Matter: 09722405-0016

FUTUREWEI D/B/A HUAWEI TECHNOLOGIES (USA)
TRIBUNE CONTACT:  BRENDAN HEALEY

Payment Due Upon Receipt

---

Total This Invoice                                    $          805.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN: BRENDAN HEALEY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

October 11, 2011

**Invoice No. 1329850**

Client/Matter: 09722405-0016

FUTUREWEI D/B/A HUAWEI TECHNOLOGIES (USA)
TRIBUNE CONTACT: BRENDAN HEALEY

For Professional Services Rendered through September 30, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 9/8/11 | R. Gullikson | 1.00 | Draft Services Agreement between Tribune and Huawei related to services to be provided by Huawei. |
| 9/29/11 | R. Gullikson | 0.20 | Emails from and to K. Jurgeto re product procurement from Huawei and need for agreement (.10); send to K. Jurgeto current version of Services Agreement as requested (.10). |
| 9/30/11 | R. Gullikson | 0.20 | Call with J. Xanders and K. Jurgeto re contract terms to be developed with Huawei and contract structure. |

| Total Hours | | 1.40 | |
| Fee Amount | | | $805.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $575.00 | 1.40 | $805.00 |
| Totals | | 1.40 | $805.00 |

| | | |
|---|---|---|
| Fee Total | $ | 805.00 |
| Invoice Total | $ | 805.00 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN:  BRENDAN HEALEY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

October 11, 2011

**Invoice No. 1329851**

Client/Matter: 09722405-0017

T-MOBILE, CONTRACT WITH
TRIBUNE CONTACT:  BRENDAN HEALEY

Payment Due Upon Receipt

---

Total This Invoice                                        $          4,197.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN:  BRENDAN HEALEY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

October 11, 2011

**Invoice No. 1329851**

Client/Matter:  09722405-0017

T-MOBILE, CONTRACT WITH
TRIBUNE CONTACT:  BRENDAN HEALEY

For Professional Services Rendered through September 30, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 9/7/11 | R. Gullikson | 0.80 | Review proposed Memorandum of Understanding and Master Agreement with T-Mobile. |
| 9/7/11 | R. Gullikson | 0.70 | Call with J. Xanders re T-Mobile draft of the Memorandum of Understanding and discussed form of contract with respect to the relationship and other issues in the T-Mobile draft. |
| 9/13/11 | R. Gullikson | 2.30 | Revise POC Agreement with T-Mobile (2.20); emails to J. Xanders re same (.10). |
| 9/15/11 | R. Gullikson | 0.50 | Call with J. Xanders re open issues in POC Agreement. |
| 9/15/11 | R. Gullikson | 0.50 | Review J. Xanders' revisions to POC Agreement (.30) and emails re business terms (.20). |
| 9/15/11 | R. Gullikson | 2.50 | Revise POC Agreement accordingly. |
| Total Hours | | 7.30 | |
| Fee Amount | | | $4,197.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $575.00 | 7.30 | $4,197.50 |
| Totals | | 7.30 | $4,197.50 |

| | | |
|---|---|---|
| Fee Total | $ | 4,197.50 |
| Invoice Total | $ | 4,197.50 |

2

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN:  RITA DEBOER
THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

October 12, 2011

**Invoice No. 1330005**

Client/Matter: 09722405-0030

GENERAL ADVICE
TRIBUNE CONTACT: RITA DEBOER

Payment Due Upon Receipt

---

Total This Invoice                                        $          942.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN:  RITA DEBOER
THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

October 12, 2011

**Invoice No. 1330005**

Client/Matter:  09722405-0030

GENERAL ADVICE
TRIBUNE CONTACT: RITA DEBOER

For Professional Services Rendered through September 30, 2011:

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 9/1/11 | M. Zolandz | 0.70 | Review of client inquiry re: Iran sanctions (0.2); teleconference with client to discuss potential solutions and challenges related to transaction (0.5). |
| 9/7/11 | R. Gullikson | 0.50 | Status call with B. Healey, J. Xanders, M. Hendershot, K. Jurgeto and D. Schuster re status of tablet project and status of discussions with AgreeYa and T-Mobile. |
| 9/26/11 | R. Gullikson | 0.50 | Call with K. Jurgeto, J. Xanders and D. SChuster re all open matters on tablet project. |

| | | |
|---|---|---|
| Total Hours | 1.70 | |
| Fee Amount | | $942.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Zolandz | $525.00 | 0.70 | $367.50 |
| R. Gullikson | $575.00 | 1.00 | $575.00 |
| Totals | | 1.70 | $942.50 |

| | | |
|---|---|---|
| Fee Total | $ | 942.50 |
| Invoice Total | $ | 942.50 |

2

# SNR DENTON ⊓

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN:  BRENDAN HEALEY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

October 11, 2011

**Invoice No. 1329852**

Client/Matter: 09722405-0065

IPINION LLC, CONTRACT WITH
TRIBUNE CONTRACT:  BRENDAN HEALEY

Payment Due Upon Receipt

---

Total This Invoice                                    $          172.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN:  BRENDAN HEALEY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

October 11, 2011

**Invoice No. 1329852**

Client/Matter:  09722405-0065

IPINION LLC, CONTRACT WITH
TRIBUNE CONTRACT:  BRENDAN HEALEY

For Professional Services Rendered through September 30, 2011:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|------|-----------|-------|-----------|
| 9/30/11 | R. Gullikson | 0.30 | Call with J. Xanders and K. Jurgeto re form of agreements provided by iPinion and next steps. |

| Total Hours | | 0.30 | |
| Fee Amount | | | $172.50 |

## TIME AND FEE SUMMARY

| Timekeeper | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|-----------|------|-------|------|
| R. Gullikson | $575.00 | <u>0.30</u> | <u>$172.50</u> |
| Totals | | 0.30 | $172.50 |

|  |  |  |
|---|---|---|
| Fee Total | $ | 172.50 |
| Invoice Total | <u>$</u> | <u>172.50</u> |

2

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

November 7, 2011

**Invoice No. 1336830**

Client/Matter: 09721775-0007

Roberto Rivera

Payment Due Upon Receipt

---

Total This Invoice                                    $          489.40

Please return this page with your payment

In the case of mail deliveries to:          In the case of overnight deliveries to:
SNR Denton US LLP                              SNR Denton US LLP
Dept. 3078                    OR                Attention: Accounting
Carol Stream, IL 60132-3078                   233 South Wacker Drive
                                              Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

November 7, 2011

**Invoice No. 1336830**

Client/Matter:  09721775-0007

Roberto Rivera

For Professional Services Rendered through October 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/26/11 | J. Klenk | 0.70 | L120 | | Email T. Kost re: status of criminal case (.1); work on case plan (.6). |
| Total Hours | | 0.70 | | | |
| Fee Amount | | | | | $455.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 0.70 | $455.00 |
| Totals | | 0.70 | $455.00 |

## DISBURSEMENT DETAIL

| Date | Description | | **Amount** |
|------|-------------|--|--------|
| 9/14/2011 | Delivery - - | COMET MESSENGER SERVICE, INC. Armand Andry | 11.30 |
| 9/14/2011 | Delivery - - | COMET MESSENGER SERVICE, INC. Raymond Figueroa | 23.10 |
| | | SUBTOTAL | 34.40 |
| | Total Disbursements | | $34.40 |

| | | |
|--|--|--|
| Fee Total | $ | 455.00 |
| Disbursement Total | $ | 34.40 |
| Invoice Total | $ | 489.40 |

2

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

November 7, 2011

**Invoice No. 1336834**

Client/Matter: 09721775-0003

Joseph Mahr

Payment Due Upon Receipt

---

Total This Invoice         $      3,113.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

November 7, 2011

**Invoice No. 1336834**

Client/Matter:  09721775-0003

Joseph Mahr

For Professional Services Rendered through October 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/05/11 | K. Rodriguez | 0.50 | L120 | | Conference calls with City's attorney regarding terms of letter agreement to finalize matter (.3); conference with N. Spears regarding same (.2). |
| 10/05/11 | N. Spears | 0.40 | L120 | | Phone conferences w/City attorney and w/K. Flax. |
| 10/06/11 | N. Spears | 0.40 | L120 | | Follow up w/K. Flax and K. Rodriguez re: settlement. |
| 10/06/11 | K. Rodriguez | 0.50 | L120 | | Follow up calls with City's attorney regarding terms of letter agreement (.2); Conference with N. Spears regarding same (.1); Draft email overview of terms (.2). |
| 10/07/11 | N. Spears | 0.30 | L120 | | Update from K. Rodriguez (.10); phone call w/K. Flax re: same (.20). |
| 10/07/11 | K. Rodriguez | 0.20 | L160 | A103 | Draft email outlining settlement agreement with City. |
| 10/10/11 | N. Spears | 0.30 | L120 | | Email to K. Flax re: City's offer/agreement. |
| 10/12/11 | N. Spears | 0.50 | L120 | | Edit letter agreement and order (.40); email w/K. Rodriguez re: same (.10). |
| 10/12/11 | K. Rodriguez | 0.50 | L160 | | Review and revise City's draft letter agreement. |
| 10/13/11 | K. Rodriguez | 0.50 | L160 | | Conference with N. Spears regarding revisions to City's proposed letter agreement (.2); Revise letter agreement (.3). |
| 10/14/11 | K. Rodriguez | 0.30 | L160 | | Calls with City's attorney regarding scope of FOIAed documents to be produced by City (.3). |
| 10/14/11 | N. Spears | 0.10 | L120 | | Update to K. Flax re: "officers" issues. |

2

Joseph Mahr

November 7, 2011

Matter: 09721775-0003
Invoice No.: 1336834

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/17/11 | N. Spears | 0.10 | L120 | | Email w/K. Flax and K. Rodriguez. |
| 10/18/11 | K. Rodriguez | 0.20 | L120 | | Call with City concerning resolving matter (.1); Review documents produced from City (.1). |
| 10/18/11 | N. Spears | 0.20 | L120 | | Email re: documents from city. |
| 10/19/11 | K. Rodriguez | 0.10 | L160 | | Correspondence with K. Flax concerning status of letter agreement with City. |
| 10/21/11 | N. Spears | 0.80 | L120 | | Phone conferences w/K. Flax re: NYT article and re: city offer (.30); phone call w/K. Cappa at City re: same (.30); follow up w/B. Healey (.20). |
| 10/24/11 | K. Rodriguez | 0.10 | L160 | | Call with attorney for City concerning status of additional documents. |
| 10/25/11 | N. Spears | 0.10 | L120 | | Call from ACLU H. Grossman. |
| 10/25/11 | K. Rodriguez | 0.20 | L110 | | Call with K. Coppa regarding status of documents (.1); call to B. Healey regarding update on status of documents (.1). |
| 10/28/11 | K. Rodriguez | 0.30 | L160 | | Calls to City's attorney regarding status of documents (.1); follow up discussion with N. Spears regarding same (.2). |
| 10/28/11 | N. Spears | 0.20 | L120 | | Call w/K. Coppa (.10); email K. Flax and P. Kendall re: new documents (.10). |

| | | | | | |
|---|---|---|---|---|---|
| Total Hours | | 6.80 | | | |
| Fee Amount | | | | | $3,094.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 3.40 | $1,955.00 |
| K. Rodriguez | $335.00 | 3.40 | $1,139.00 |
| Totals | | 6.80 | $3,094.00 |

3

Joseph Mahr

November 7, 2011

Matter: 09721775-0003
Invoice No.: 1336834

DISBURSEMENT DETAIL

| Date | Description | | | | Amount |
|------|-------------|---|---|---|--------|
| | Document reproduction | | | | 19.50 |
| | | | | SUBTOTAL | 19.50 |
| | Total Disbursements | | | | $19.50 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 3,094.00 | |
| Disbursement Total | $ | 19.50 | |
| Invoice Total | $ | 3,113.50 | |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

November 7, 2011

**Invoice No. 1336838**

Client/Matter: 09721775-0066

BRYAN AND CYNTHIA LINDGREN

Payment Due Upon Receipt

| | | |
|---|---|---|
| Total This Invoice | $ | 4,052.32 |
| Amounts Received, Available to Apply Against Current or Future Invoices | $ 35.10 | |
| Amount Due | $ | 4,052.32 |

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

November 7, 2011

**Invoice No. 1336838**

Client/Matter:  09721775-0066

BRYAN AND CYNTHIA LINDGREN

For Professional Services Rendered through October 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/03/11 | K. Rodriguez | 0.10 | L250 | | Email correspondence with counsel for Sun Times regarding hearing set on 10/6. |
| 10/04/11 | N. Spears | 0.30 | L120 | | Read letter from plaintiffs' counsel and email to K. Flax re: same (.30). |
| 10/05/11 | N. Spears | 0.50 | L120 | | Phone conference w/K. Seday re: solution (.30) phone conference w/K. Flax re: same (.10); email from Judge (.10). |
| 10/06/11 | N. Spears | 0.20 | L120 | | Update from K. Rodriguez re: court. |
| 10/06/11 | K. Rodriguez | 2.00 | L120 | | Attend hearing regarding discovery status, discovery motions regarding Advocate's production of documents, and Advocate's request to disclose WLS settlement (1.6); Draft overview of hearing (.2); Conference with N. Spears regarding results of hearing and impact on next steps (.2). |
| 10/07/11 | N. Spears | 0.20 | L120 | | Update to K. Flax re: court hearing and ruling on ABC settlement. |
| 10/12/11 | N. Spears | 0.20 | L120 | | Letter and email from K. Sedey re: new offer (.10); conference w/K. Flax re: same (.10). |
| 10/13/11 | N. Spears | 0.30 | L120 | | Phone call w/plaintiffs' counsel re: settlement. |
| 10/18/11 | N. Spears | 0.60 | L120 | | Email w/K. Flax re: settlement offer (.30); phone call w/K. Flax re: same (.10); phone conference w/K. Case (plaintiffs' counsel) ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓(.20). |
| 10/18/11 | K. Rodriguez | 0.20 | L160 | | Confer with N. Spears regarding status of ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓S. |

BRYAN AND CYNTHIA LINDGREN

November 7, 2011

Matter: 09721775-0066
Invoice No.: 1336838

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/19/11 | N. Spears | 0.40 | L120 | | Further negotiation w/plaintiffs' counsel (.30); phone conference w/K. Flax re: same (.10). |
| 10/21/11 | N. Spears | 0.60 | L120 | | Phone conference w/D. Dunn (.30); pull settlement agreements for modification by K. Rodriguez for this case (.30). |
| 10/23/11 | K. Rodriguez | 0.80 | L160 | | Review Advocate's motion for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.3); Draft ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓ (.5). |
| 10/24/11 | N. Spears | 0.30 | L120 | | Phone conference w/Advocate's counsel (.20); conference w/K. Rodriguez re: settlement agreement (.10). |
| 10/25/11 | N. Spears | 1.00 | L120 | | Edit settlement agreement. |
| 10/25/11 | K. Rodriguez | 0.40 | L160 | | Revise settlement agreement and release. |
| 10/26/11 | K. Rodriguez | 0.60 | L160 | | Draft and revise settlement agreement. |

| | | | | | |
|--|--|--|--|--|--|
| Total Hours | | 8.70 | | | |
| Fee Amount | | | | | $4,018.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 4.60 | $2,645.00 |
| K. Rodriguez | $335.00 | 4.10 | $1,373.50 |
| Totals | | 8.70 | $4,018.50 |

3

BRYAN AND CYNTHIA LINDGREN

November 7, 2011

Matter: 09721775-0066
Invoice No.: 1336838

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 9/2/2011 | Delivery - - Euman | ARROW MESSENGER SERVICE, INC. From Janice | 33.82 |
| | | SUBTOTAL | 33.82 |
| | Total Disbursements | | $33.82 |

| | | |
|---|---|---|
| Fee Total | $ | 4,018.50 |
| Disbursement Total | $ | 33.82 |
| Invoice Total | $ | 4,052.32 |
| Amounts Received, Available to Apply Against Current or Future Invoices | $ 35.10 | |
| Amount Due | $ | 4,052.32 |

4

# SNR DENTON ⅃

SNR Denton US LLP                    snrdenton.com
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

CHICAGO TRIBUNE COMPANY
KAREN FLAX                                                    November 7, 2011
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611                                        **Invoice No. 1336840**

Client/Matter: 09721775-0060

UNIVERSITY OF ILLINOIS - FOIA MATTER                    Payment Due Upon Receipt

---

Total This Invoice                              $        29,646.50

Please return this page with your payment

In the case of mail deliveries to:              In the case of overnight deliveries to:
SNR Denton US LLP                                    SNR Denton US LLP
Dept. 3078                    OR                     Attention: Accounting
Carol Stream, IL 60132-3078                          233 South Wacker Drive
                                                     Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON 🔂

SNR Denton US LLP                snrdenton.com
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

CHICAGO TRIBUNE COMPANY                                    November 7, 2011
KAREN FLAX
435 NORTH MICHIGAN AVENUE                          **Invoice No. 1336840**
CHICAGO, IL 60611


Client/Matter:   09721775-0060

UNIVERSITY OF ILLINOIS - FOIA MATTER

For Professional Services Rendered through October 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 10/01/11 | G. Naron | 0.70 | L510 | | Analysis of arguments for supplemental briefing re: subject matter jurisdiction (.3); review file and cases regarding same (.4). |
| 10/02/11 | G. Naron | 1.30 | L510 | | Research, analysis of arguments for supplemental briefing re: subject matter jurisdiction (.6); draft arguments (.7). |
| 10/03/11 | G. Naron | 6.50 | L510 | | Review file, research, analysis of issues re: supplemental briefing on subject matter jurisdiction (3.7); emails J. Klenk, N. Spears re: same (.1); prepare draft supplemental brief (2.7). |
| 10/05/11 | J. Klenk | 4.10 | L520 | | Draft brief on jurisdictional issues (2.2); research well-pleaded complaint rule (1.7); email G. Naron (0.2). |
| 10/06/11 | J. Klenk | 4.50 | L520 | | Work on jurisdictional issues; brief; teleconference B. Healey. |
| 10/06/11 | G. Naron | 0.20 | L120 | | Teleconferences J. Klenk re: supplemental brief re: subject matter jurisdiction. |
| 10/07/11 | G. Naron | 2.30 | L120 | | Review file, further research re: arguments for supplemental brief re: subject matter jurisdiction (1.9); memo J. Klenk re: same (.4). |
| 10/07/11 | J. Klenk | 5.30 | L520 | | Teleconference with Reporter's Committee (.4); review transcript of oral argument (.4); work on jurisdiction/delegation issues (4.5). |
| 10/10/11 | J. Klenk | 5.70 | L520 | | Work on supplemental brief (state law issues, leg. history, FOIA, delegation issues) waiver of affirmative defenses, FOIA exemptions (5.3); e-mails and teleconferences with G. Naron (.40) |

2

UNIVERSITY OF ILLINOIS - FOIA MATTER

November 7, 2011

Matter: 09721775-0060
Invoice No.: 1336840

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/10/11 | G. Naron | 2.70 | L120 | | Review file, research re: arguments for supplemental brief re: subject matter jurisdiction (1.4); draft arguments re: same (.9); teleconferences, emails J. Klenk re: same (.4). |
| 10/11/11 | J. Klenk | 2.70 | L520 | | Revise draft (2.1); teleconference with G. Naron (.4); e-mail same (.2). |
| 10/11/11 | G. Naron | 2.30 | L120 | | Review file, research re:arguments for supplemental brief re: subject matter jurisdiction (.7); edit draft supplemental brief (1.5); emails J. Klenk re: same (.1). |
| 10/12/11 | G. Naron | 2.50 | L120 | | Review file, research re: arguments for supplemental brief re: subject matter jurisdiction (1.6); edit brief (.5); teleconferences, emails J. Klenk re: same (.4). |
| 10/12/11 | J. Klenk | 3.10 | L520 | | Teleconference with G. Naron regarding waiver; Norland case (0.3); review U.S. cases cited in Grable (1.8); review Easterbrook and Posner jurisdiction cases (1.0). |
| 10/13/11 | J. Klenk | 1.20 | L520 | | Conference call with B. Healey regarding comments on brief (.3); conference N. Spears regarding brief (.3); teleconference K. Rodriguez regarding cite checking, shepardizing (.2); final edit (.4). |
| 10/13/11 | K. Rodriguez | 5.10 | L520 | | Review, shepardize, and edit supplemental brief in support of jurisdiction. |
| 10/14/11 | K. Rodriguez | 1.90 | L520 | | Revise, shepardize, and finalize supplemental jurisdictional brief for filing. |
| 10/14/11 | J. Klenk | 0.40 | L520 | | Review University's supplemental brief (.3); teleconference with G. Naron (.1). |

| Total Hours | 52.50 | | | | |
|-------------|-------|--|--|--|--|
| Fee Amount | | | | | $29,515.00 |

UNIVERSITY OF ILLINOIS - FOIA MATTER

November 7, 2011

Matter: 09721775-0060
Invoice No.: 1336840

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $650.00 | 27.00 | $17,550.00 |
| G. Naron | $520.00 | 18.50 | $9,620.00 |
| K. Rodriguez | $335.00 | 7.00 | $2,345.00 |
| Totals | | 52.50 | $29,515.00 |

### DISBURSEMENT DETAIL

| Date | Description | Amount |
|---|---|---|
| 9/9/2011 | Delivery - -   ARROW MESSENGER SERVICE, INC. Tribune Co. | 6.50 |
| | SUBTOTAL | 6.50 |
| | Document reproduction | 62.50 |
| | SUBTOTAL | 62.50 |
| | Misc. Duplicating | 62.50 |
| | SUBTOTAL | 62.50 |
| | Total Disbursements | $131.50 |

| | | |
|---|---|---|
| Fee Total | $ | 29,515.00 |
| Disbursement Total | $ | 131.50 |
| Invoice Total | $ | 29,646.50 |

4

# SNR DENTON 匚

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

November 7, 2011

**Invoice No. 1336843**

Client/Matter: 09721775-0070

CIRCULATION
0000000809

Payment Due Upon Receipt

Total This Invoice                                    $        2,595.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

November 7, 2011

**Invoice No. 1336843**

Client/Matter:   09721775-0070

CIRCULATION
0000000809

For Professional Services Rendered through October 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/06/11 | N. Spears | 0.50 | L120 | | Email w/K. Flax re: Villa Park letter (.30); email w/T. Amlot re: same (.20). |
| 10/06/11 | T. Amlot | 0.90 | L110 | | Review correspondence from Villa Park attorney re newspaper distribution, analyze issues to be addressed re same and draft summary correspondence to N. Spears re proposed strategy (.9). |
| 10/07/11 | T. Amlot | 1.40 | L110 | | Review issues re protection of commercial speech, Villa Park village code re nuisance and threatened abatement, and past correspondence with township officials re distribution concerns (1.1); draft summary of same (.2); review and respond to correspondence from N. Spears re follow-up strategy (.1). |
| 10/07/11 | N. Spears | 0.80 | L120 | | Review letter from Villa Park (.10); analyze and conference via email w/T. Amlot and K. Flax re: same (.50); phone conference w/K. Flax re: next steps (.20). |
| 10/10/11 | N. Spears | 0.20 | L120 | | Email re: Villa Park response. |
| 10/10/11 | T. Amlot | 0.10 | L110 | | Review and respond to numerous communications re Villa Park nuisance violation pertaining to paper distribution (.1). |
| 10/11/11 | N. Spears | 0.20 | L120 | | Email w/K. Flax and T. Amlot re: Villa Park/TribLocal. |

2

CIRCULATION
0000000809

November 7, 2011

Matter: 09721775-0070
Invoice No.: 1336843

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/11/11 | T. Amlot | 0.10 | L110 | | Review and respond to numerous communications re Villa Park nuisance violation pertaining to paper distribution (.1). |
| 10/20/11 | N. Spears | 0.90 | L120 | | Pull prior letters and research and draft talking points for K. Flax meeting w/Villa Park (.80); email re: same (.10). |

| | | | | | |
|------|-----------|-------|------|----------|-----------|
| Total Hours | | 5.10 | | | |
| Fee Amount | | | | | $2,595.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| N. Spears | $575.00 | 2.60 | $1,495.00 |
| T. Amlot | $440.00 | 2.50 | $1,100.00 |
| Totals | | 5.10 | $2,595.00 |

| | | |
|---|---|---|
| Fee Total | $ | 2,595.00 |
| Invoice Total | $ | 2,595.00 |

3

# SNR DENTON ⏋

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

November 7, 2011

**Invoice No. 1336852**

Client/Matter: 09721775-1003

EDITORIAL-GENERAL
0000001492

Payment Due Upon Receipt

---

Total This Invoice                                              $         583.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

November 7, 2011

**Invoice No. 1336852**

Client/Matter:  09721775-1003

EDITORIAL-GENERAL
0000001492

For Professional Services Rendered through October 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/05/11 | N. Spears | 0.90 | L120 | | Read and vet to ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.60); email to K. Flax w/edits (.30). |
| 10/13/11 | M. Flessner | 0.10 | L120 | | Conference call with N. Spears and Karen Flax ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ |
| Total Hours | | 1.00 | | | |

Fee Amount                                                                                       $583.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Flessner | $655.00 | 0.10 | $65.50 |
| N. Spears | $575.00 | 0.90 | $517.50 |
| Totals | | 1.00 | $583.00 |

Fee Total          $      583.00

Invoice Total      $      583.00

2

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO MAGAZINE
ATTN: KAREN FLAX
C/O TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

November 7, 2011

**Invoice No. 1336849**

Client/Matter: 09803290-0005

Lee Wonjung Clara Subpoena

Payment Due Upon Receipt

---

Total This Invoice                                              $          460.00

---

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

November 7, 2011

CHICAGO MAGAZINE
ATTN:  KAREN FLAX
C/O TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

**Invoice No. 1336849**

Client/Matter:  09803290-0005

Lee Wonjung Clara Subpoena

For Professional Services Rendered through November 7, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/25/11 | N. Spears | 0.20 | L120 | | Phone call w/K. Flax re: Lee subpoena to B. Smith (.10); call to counsel for plaintiff Lee (.10). |
| 10/28/11 | N. Spears | 0.60 | | | Phone conference w/J. Stamos to talk out of trial subpoena (.40); email to K. Flax re: summary of same (.10). |

Total Hours          0.80

Fee Amount                                                    $460.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| N. Spears | $575.00 | 0.80 | $460.00 |
| Totals | | 0.80 | $460.00 |

Fee Total                    $      460.00

Invoice Total                $      460.00

# SNR DENTON 🗗

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

November 7, 2011

**Invoice No. 1336813**

Client/Matter: 09723590-0013

JENNIFER KELLEY, ET AL.

Payment Due Upon Receipt

Total This Invoice                                         $        9,632.10

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

November 7, 2011

**Invoice No. 1336813**

Client/Matter:  09723590-0013

JENNIFER KELLEY, ET AL.

For Professional Services Rendered through October 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/03/11 | N. Spears | 1.00 | L120 | | Assist w/preparation and attend court hearing on plaintiffs' motion to compel and for status. |
| 10/03/11 | K. Rodriguez | 1.00 | L120 | | Assist with preparation and attend hearing on plaintiffs' motion to bar depositions of minors, including conference with opposing counsel following hearing. |
| 10/05/11 | N. Spears | 0.30 | L120 | | Phone call w/insurance company, J. Gould (.20); phone conference w/L. Washburn re: same (.10). |
| 10/05/11 | K. Rodriguez | 0.20 | L390 | | Review letter for plaintiff's firm regarding minors' depositions and settlement offer. |
| 10/07/11 | N. Spears | 0.30 | L120 | A105 | Conference w/K. Rodriguez re: response to letters from N. Pollum and J. Deratany. |
| 10/09/11 | K. Rodriguez | 0.70 | L330 | | Draft letter to plaintiff's counsel concerning depositions of defendants (.2); draft letter to plaintiff's counsel to confirm position on depositions of minors (.4). |
| 10/10/11 | N. Spears | 0.40 | L120 | | Edit response letters to J. Deratany. |
| 10/11/11 | N. Spears | 0.40 | L120 | | Various email w/J. Deratany re: depositions and motion to compel. |
| 10/11/11 | K. Rodriguez | 0.50 | L330 | | Correspondence with Plaintiffs' lead counsel regarding depositions of minors (.2); confer with N. Spears regarding strategy in responding to motion to bar minors' depositions (.3). |
| 10/14/11 | N. Spears | 0.30 | L120 | | Conference w/L. Washburn re: settlement offer by plaintiff. |

2

JENNIFER KELLEY, ET AL.

November 7, 2011

Matter: 09723590-0013
Invoice No.: 1336813

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/17/11 | K. Rodriguez | 2.80 | L390 | | Update research concerning battery allegations in support of drafting response to motion to bar all minors' depositions (2.1); Draft response to motion to bar all minors' depositions (.7). |
| 10/18/11 | K. Rodriguez | 2.00 | L390 | | Correspondence with plaintiffs' counsel regarding agreed briefing schedule on deposition motion (.2); Revise agreed order (.2); Draft response brief to plaintiff's motion to bar all depositions of minors (1.6). |
| 10/18/11 | N. Spears | 0.20 | L120 | | Email re: agreed order w/K. Rodriguez and N. Pollum. |
| 10/19/11 | K. Rodriguez | 2.00 | L350 | | Draft and revise response to plaintiffs' motion to bar all depositions of minors (1.8); Confer with N. Spears regarding edits to same (.2). |
| 10/19/11 | N. Spears | 2.00 | L120 | | Edit draft reply brief (1.70); conference w/K. Rodriguez re: same (.30). |
| 10/20/11 | K. Rodriguez | 1.10 | L350 | | Revise response to plaintiffs' motion to bar all minors' depositions (.5); Confer with L. Washburn and N. Spears regarding edits to same (.6). |
| 10/20/11 | N. Spears | 0.60 | L120 | | Phone conference w/L. Washburn re: edits to opposition. |
| 10/21/11 | N. Spears | 1.00 | L120 | | Review revised draft and final edits to response in opposition to plaintiffs' motion for P.O. |
| 10/21/11 | K. Rodriguez | 1.80 | L350 | | Revise and finalize response to plaintiffs' motion to bar all depositions of minors for filing. |
| 10/25/11 | N. Spears | 0.50 | L120 | | Call and email from insurance claims adjuster and C. Leeman (.30); prepare notes for and call to plaintiff counsel (.20). |
| 10/26/11 | N. Spears | 0.20 | L120 | | Call to plaintiffs' counsel (.10); call from/to Gallagher Bassett (.10). |
| 10/27/11 | N. Spears | 0.10 | L120 | | Phone call w/N. Pollum. |

JENNIFER KELLEY, ET AL.

November 7, 2011

Matter: 09723590-0013
Invoice No.: 1336813

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/28/11 | N. Spears | 0.30 | L120 | | Read reply brief of plaintiffs to motion for Protective Order. |
| 10/28/11 | K. Rodriguez | 0.80 | L250 | | Correspondence with plaintiffs' counsel regarding motion to bar minors' depositions (.1); confer with N. Spears regarding preparations needed for hearing set on 11/1 (.3); review plaintiffs' reply brief and correspondence with L. Washburn regarding same (.4). |
| 10/31/11 | N. Spears | 0.50 | L120 | | Prepare for hearing on motion for Protective Order and review key cases. |
| 10/31/11 | K. Rodriguez | 1.30 | L250 | | Review of subpoenaed documents received to date and report to N. Spears regarding status (.4); Correspondence with plaintiffs' counsel regarding availability of plaintiffs for depositions (.1); Review and analyze new case cited by plaintiffs in their reply (.3); Prepare for hearing set on 11/1 (.5). |

Total Hours          22.30

Fee Amount                                                        $9,414.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 8.10 | $4,657.50 |
| K. Rodriguez | $335.00 | 14.20 | $4,757.00 |
| Totals | | 22.30 | $9,414.50 |

JENNIFER KELLEY, ET AL.

November 7, 2011

Matter: 09723590-0013
Invoice No.: 1336813

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Document reproduction | | 29.10 |
| | | SUBTOTAL | 29.10 |
| 10/13/2011 | Outside Professional Services - - VERITEXT NEW YORK REPORTING CO. Attendance at Hearing - Attendance only - No transcript - 10/3/11, Daley Center | | 155.00 |
| 7/11/2011 | Outside Professional Services - -        IOD INCORPORATED copies of medical records for Jessica Beers (Wakemed) | | 33.50 |
| | | SUBTOTAL | 188.50 |
| | Total Disbursements | | $217.60 |

| | | | |
|--|--|--|--|
| Fee Total | $ | 9,414.50 | |
| Disbursement Total | $ | 217.60 | |
| Invoice Total | $ | 9,632.10 | |

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

November 7, 2011

**Invoice No. 1336651**

Client/Matter: 09722405-0015

LOWE'S, CONTRACT WITH
TRIBUNE CONTACT:  RITA DEBOER

Payment Due Upon Receipt

---

Total This Invoice                                  $         3,162.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP          snrdenton.com
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

TRIBUNE COMPANY                                      November 7, 2011
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611                             **Invoice No. 1336651**
USA

Client/Matter:  09722405-0015

LOWE'S, CONTRACT WITH
TRIBUNE CONTACT:  RITA DEBOER

For Professional Services Rendered through October 31, 2011:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 10/13/11 | R. Gullikson | 1.50 | Review and revise current draft of Agreement from Lowe's. |
| 10/13/11 | R. Gullikson | 0.20 | Call with T. Daubert re draft privacy issues in Lowe's warranties. |
| 10/13/11 | R. Gullikson | 0.30 | Call with R. DeBoer re open issues in Lowe's draft Agreement and proposed approach. |
| 10/14/11 | R. Gullikson | 2.50 | Revise Lowe's Agreement further in accordance with call with R. DeBoer. |
| 10/28/11 | C. Been | 1.00 | Review language regarding warranties and privacy (0.4); revise same and communications with R. Gullikson regarding same (0.6). |

Total Hours                          5.50

Fee Amount                                                    $3,162.50

<u>TIME AND FEE SUMMARY</u>

| Timekeeper | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|
| C. Been | $575.00 | 1.00 | $575.00 |
| R. Gullikson | $575.00 | <u>4.50</u> | <u>$2,587.50</u> |
| Totals | | 5.50 | $3,162.50 |

Fee Total             $     3,162.50

Invoice Total         <u>$       3,162.50</u>

2

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN:  BRENDAN HEALEY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

November 4, 2011

**Invoice No. 1336503**

Client/Matter: 09722405-0016

FUTUREWEI D/B/A HUAWEI TECHNOLOGIES (USA)
TRIBUNE CONTACT:  BRENDAN HEALEY

Payment Due Upon Receipt

Total This Invoice                                          $        9,775.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN: BRENDAN HEALEY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

November 4, 2011

**Invoice No. 1336503**

Client/Matter:  09722405-0016

FUTUREWEI D/B/A HUAWEI TECHNOLOGIES (USA)
TRIBUNE CONTACT:  BRENDAN HEALEY

For Professional Services Rendered through October 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 10/3/11 | R. Gullikson | 4.70 | Draft Purchase Agreement, with all exhibits for purchase of tablets from Huawei. |
| 10/4/11 | R. Gullikson | 1.50 | Revise Purchase Agreement with Huawei. |
| 10/6/11 | R. Gullikson | 0.70 | Call with J. Xanders and K. Jurgeto re open issues in the Purchase Agreement. |
| 10/6/11 | R. Gullikson | 1.00 | Drafting/revising Purchase Agreement accordingly after call with Tribune. |
| 10/6/11 | R. Gullikson | 0.30 | Call with J. Xanders, K. Jurgeto and D. Schuster re services to be provided by Huawei in connection with purchase orders. |
| 10/6/11 | R. Gullikson | 2.20 | Revise Purchase Agreement accordingly (2.0); send to Tribune (.20). |
| 10/7/11 | R. Gullikson | 0.50 | Drafting Purchase Order for devices and development services. |
| 10/10/11 | R. Gullikson | 0.50 | Call with K. Jurgeto and J. Xanders re Purchase Agreement with Huawei and the need for development services. |
| 10/10/11 | R. Gullikson | 0.80 | Revise Purchase Agreement accordingly. |
| 10/11/11 | R. Gullikson | 0.30 | Draft Purchase Order #1. |
| 10/12/11 | R. Gullikson | 0.50 | Call with D. Schuster, J. Xanders and K. Jurgeto re Purchase Order for tablets and development services to configure operating system. |
| 10/12/11 | R. Gullikson | 1.20 | Revise Purchase Order and Attachment in accordance with call. |
| 10/12/11 | R. Gullikson | 0.20 | Call with J. Xanders re draft Purchase Order. |
| 10/12/11 | R. Gullikson | 0.30 | Revise Purchase Order in accordance with call. |
| 10/13/11 | R. Gullikson | 1.20 | Review and revise Purchase Orders 2 and 3 (.70); make further conforming changes to Purchase Agreement (.20) and to Purchase Order 1 (.30). |
| 10/13/11 | R. Gullikson | 0.30 | Call with K. Jurgeto re open issues in Purchase Orders (.20); short call with J. Xanders (.10). |

2

FUTUREWEI D/B/A HUAWEI TECHNOLOGIES (USA)
TRIBUNE CONTACT:  BRENDAN HEALEY

November 4, 2011

Matter: 09722405-0016
Invoice No.: 1336503

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|------|-----------|-------|-----------|
| 10/13/11 | R. Gullikson | 0.80 | Revise all Purchase Orders accordingly. |
| Total Hours | | 17.00 | |
| Fee Amount | | | $9,775.00 |

<u>TIME AND FEE SUMMARY</u>

| <u>Timekeeper</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|-----------|------|-------|------|
| R. Gullikson | $575.00 | <u>17.00</u> | <u>$9,775.00</u> |
| Totals | | 17.00 | $9,775.00 |

Fee Total                    $        9,775.00

Invoice Total              $        9,775.00

3

# SNR DENTON ⅃

SNR Denton US LLP                     snrdenton.com
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

TRIBUNE COMPANY
ATTN:  BRENDAN HEALEY                              November 4, 2011
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611                                  **Invoice No. 1336505**
USA

Client/Matter: 09722405-0017

T-MOBILE, CONTRACT WITH
TRIBUNE CONTACT:  BRENDAN HEALEY          Payment Due Upon Receipt

---

Total This Invoice                          $      13,282.50

Please return this page with your payment

In the case of mail deliveries to:          In the case of overnight deliveries to:
SNR Denton US LLP                                SNR Denton US LLP
Dept. 3078                    OR              Attention: Accounting
Carol Stream, IL 60132-3078                  233 South Wacker Drive
                                             Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN: BRENDAN HEALEY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

November 4, 2011

**Invoice No. 1336505**

Client/Matter: 09722405-0017

T-MOBILE, CONTRACT WITH
TRIBUNE CONTACT: BRENDAN HEALEY

For Professional Services Rendered through October 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|------------|-------|-----------|
| 10/6/11 | R. Gullikson | 0.30 | Brief call with J. Xanders re T-Mobile contract structure and terms. |
| 10/10/11 | R. Gullikson | 0.20 | Call with K. Jurgeto and J. Xanders re latest T-Mobile draft of Agreement for devices. |
| 10/12/11 | R. Gullikson | 0.70 | Review J. Xanders' changes to T-Mobile Agreement and compare to last draft and identify issues. |
| 10/14/11 | R. Gullikson | 2.50 | Revise Amendment draft sent by T-Mobile (2.0); call with J. Xanders re open issues (.2); call with K. Jurgeto and J. Xanders re open issues and approach with T. Mobile (.3). |
| 10/18/11 | R. Gullikson | 0.20 | Call with J. Xanders and K. Jurgeto re strategy to be used on call with T-Mobile counsel. |
| 10/18/11 | R. Gullikson | 1.30 | Call with J. Xanders and K. Jurgeto re Amendment Agreement proposed by T-Mobile. |
| 10/18/11 | R. Gullikson | 0.20 | Call with J. Xanders and K. Jurgeto re call with T-Mobile and next steps.. |
| 10/19/11 | R. Gullikson | 0.50 | Brief call of Telecom Act and 2007 Order for definition of PCNI. |
| 10/19/11 | R. Gullikson | 0.20 | Call with telecom lawyers re Tribune's ability to use consumer-protected network data and regulatory framework. |
| 10/19/11 | R. Gullikson | 4.80 | Drafting revisions to the Master Agreement for POC in accordance with call with Tribune and T-Mobile. |
| 10/20/11 | R. Gullikson | 3.20 | Revising Corporate Services Agreement for POC. |
| 10/21/11 | R. Gullikson | 0.30 | Call with J. Xanders re source and use of data during the POC and allocation of risk in T-Mobile Agreement. |
| 10/21/11 | R. Gullikson | 0.20 | Call with K. Jurgeto and J. Xanders re use of iPinion to collect data, data privacy issues and CRNI regulations. |
| 10/21/11 | R. Gullikson | 3.30 | Revising T-Mobile Agreement. |
| 10/24/11 | R. Gullikson | 1.30 | Call with K. Jurgeto and J. Xanders re open issues in T-Mobile draft Services Agreement. |

2

T-MOBILE, CONTRACT WITH
TRIBUNE CONTACT:  BRENDAN HEALEY

November 4, 2011

Matter: 09722405-0017
Invoice No.: 1336505

| Date | Timekeeper | Hours | Narrative |
|------|------------|-------|-----------|
| 10/24/11 | R. Gullikson | 1.50 | Revising Services Agreement with T. Mobile in accordance with call. |
| 10/26/11 | R. Gullikson | 0.20 | Call with J. Xanders and K. Jurgeto re Tribune's business team's feedback re T-Mobile arrangement. |
| 10/26/11 | R. Gullikson | 1.00 | Call with T-Mobile counsel, O. Polintan, and business team, J. Gray and T. Fisher, re open issues in first half of Services Agreement and POC Agreement. |
| 10/27/11 | R. Gullikson | 1.00 | Call with J. Xanders, K. Jurgeto and T-Mobile team to complete discussion on last half of the Services Agreement. |
| 10/27/11 | R. Gullikson | 0.20 | Prepare redline of miscellaneous terms for T-Mobile. |
| Total Hours | | 23.10 | |
| Fee Amount | | | $13,282.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| R. Gullikson | $575.00 | 23.10 | $13,282.50 |
| Totals | | 23.10 | $13,282.50 |

| | | |
|--|--|--|
| Fee Total | $ | 13,282.50 |
| Invoice Total | $ | 13,282.50 |

3

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN:  RITA DEBOER
THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

November 7, 2011

**Invoice No. 1336652**

Client/Matter: 09722405-0030

GENERAL ADVICE
TRIBUNE CONTACT: RITA DEBOER

Payment Due Upon Receipt

---

Total This Invoice                                    $        881.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN:  RITA DEBOER
THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

November 7, 2011

**Invoice No. 1336652**

Client/Matter:  09722405-0030

GENERAL ADVICE
TRIBUNE CONTACT: RITA DEBOER

For Professional Services Rendered through October 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 10/13/11 | T. Daubert | 1.30 | Prepare for and participate in conference call to discuss pending privacy issues related to CPNI. |
| 10/19/11 | R. Gullikson | 0.30 | Call with D. Schuster, J. Xanders, K. Jurgeto, B. Healey and M. Hendershot re status of all matters related to tablet project. |
| Total Hours | | 1.60 | |
| Fee Amount | | | $881.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $575.00 | 0.30 | $172.50 |
| T. Daubert | $545.00 | 1.30 | $708.50 |
| Totals | | 1.60 | $881.00 |

|  |  |  |
|--|--|--|
| Fee Total | $ | 881.00 |
| Invoice Total | $ | 881.00 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN:  BRENDAN HEALEY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

November 7, 2011

**Invoice No. 1336653**

Client/Matter: 09722405-0065

IPINION LLC, CONTRACT WITH
TRIBUNE CONTRACT:  BRENDAN HEALEY

Payment Due Upon Receipt

---

Total This Invoice                                              $         1,207.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN: BRENDAN HEALEY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

November 7, 2011

**Invoice No. 1336653**

Client/Matter: 09722405-0065

IPINION LLC, CONTRACT WITH
TRIBUNE CONTRACT: BRENDAN HEALEY

For Professional Services Rendered through October 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 10/3/11 | R. Gullikson | 0.30 | Review Statement of Work and License Agreement drafts from iPinion. |
| 10/3/11 | R. Gullikson | 0.50 | Draft issues list re drafts of Statement of Work and License Agreement from iPinion (.40) and issues re structure of deal (.10). |
| 10/4/11 | R. Gullikson | 0.60 | Call with J. Xanders, K. Jurgeto and M. Zaransky re iPinion's scope of services, data ownership, ownership pricing fees and contract structure. |
| 10/5/11 | R. Gullikson | 0.20 | Call with J. Xanders and K. Jurgeto re iPinion contract structure and terms. |
| 10/5/11 | R. Gullikson | 0.50 | Draft issues list for release to iPinion. |
| Total Hours | | 2.10 | |
| Fee Amount | | | $1,207.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $575.00 | 2.10 | $1,207.50 |
| Totals | | 2.10 | $1,207.50 |

| | | |
|--|--|--|
| Fee Total | $ | 1,207.50 |
| Invoice Total | $ | 1,207.50 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN: BRENDAN HEALEY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

November 7, 2011

**Invoice No. 1336654**

Client/Matter: 09722405-0066

FRANK N. MAGID ASSOCIATES, INC., CONSULTING AGREEMENT WITH
TRIBUNE CONTACT: BRENDAN HEALEY

Payment Due Upon Receipt

Total This Invoice                                             $         230.00

Please return this page with your payment

In the case of mail deliveries to:          In the case of overnight deliveries to:
    SNR Denton US LLP                               SNR Denton US LLP
        Dept. 3078                     OR           Attention: Accounting
    Carol Stream, IL 60132-3078                     233 South Wacker Drive
                                                    Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN:  BRENDAN HEALEY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

November 7, 2011

**Invoice No. 1336654**

Client/Matter:  09722405-0066

FRANK N. MAGID ASSOCIATES, INC., CONSULTING AGREEMENT WITH
TRIBUNE CONTACT:  BRENDAN HEALEY

For Professional Services Rendered through October 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 10/4/11 | R. Gullikson | 0.40 | Call with J. Xanders, K. Jurgeto, A. Vogel re Magid's services, white paper deliverable and contract terms. |
| Total Hours | | 0.40 | |
| Fee Amount | | | $230.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| R. Gullikson | $575.00 | 0.40 | $230.00 |
| Totals | | 0.40 | $230.00 |

| | | |
|---|---|---|
| Fee Total | $ | 230.00 |
| Invoice Total | $ | 230.00 |

2