# EXHIBIT B

# FEE SUMMARY

## FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011

| Name of Professional/Individual | Year of Admission | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Rosemary Gullikson | 1994 | Partner/Corporate | $575.00 | 12.7 | $7,302.50 |
| James Klenk | 1974 | Partner/Intellectual Property | $650.00 | 32.3 | $20,995.00 |
| Greg Naron | 1991 | Counsel | $520.00 | 17.6 | $9,152.00 |
| Natalie Spears | 1995 | Partner/Litigation | $575.00 | 16.2 | $9,315.00 |
| Michael Zolandz | 2001 | Partner/Public Law & Policy Strategies | $525.00 | 0.7 | $367.50 |
| Kristin Rodriguez | 2009 | Associate/Litigation | $335.00 | 27.0 | $9,045.00 |
| Geoff Bent | N/A | Research Analyst, Library/Research Services | $145.00 | 0.5 | $72.50 |
| **BLENDED RATE** | | | $525.70 | | |
| **SUBTOTAL** | | | | 107.0 | $56,249.50 |
| **Less Adjustment re University of Illinois - FOIA Matter** | | | | | ($12,524.00) |
| **TOTAL** | | | | 107.0 | $43,725.50 |

## FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
## OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011

| Name of Professional/Individual | Year of Admission | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Carol Anne Been | 1983 | Partner/Intellectual Property | $575.00 | 1.0 | $575.00 |
| Todd Daubert | 1994 | Partner/Public Law & Policy Strategies | $545.00 | 1.3 | $708.50 |
| Mark Flessner | 1987 | Partner/Litigation | $655.00 | 0.1 | $65.50 |
| Rosemary Gullikson | 1994 | Partner/Corporate | $575.00 | 47.4 | $27,255.00 |
| James Klenk | 1974 | Partner/Intellectual Property | $650.00 | 27.7 | $18,005.00 |
| Greg Naron | 1991 | Counsel | $520.00 | 18.5 | $9,620.00 |
| Natalie Spears | 1995 | Partner/Litigation | $575.00 | 20.4 | $11,730.00 |
| Tiffany Amlot | 2004 | Associate/Litigation | $440.00 | 2.5 | $1,100.00 |
| Kristin Rodriguez | 2009 | Associate/Litigation | $335.00 | 28.7 | $9,614.50 |
| **BLENDED RATE** | | | $533.02 | | |
| **TOTAL** | | | | 147.6 | $78,673.50 |

## COMPENSATION BY PROJECT CATEGORY
## SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| University of Illinois - FOIA Matter | 37.70 | $10,000.00 |
| Bryan and Cynthia Lindgren | 16.10 | $6,991.00 |
| Reporter's Subpoena - Gary Marx | 0.20 | $115.00 |
| Roberto Rivera | 8.10 | $4,979.50 |
| Editorial - General | 10.70 | $5,850.00 |
| Joseph Mahr | 14.10 | $5,539.50 |
| T-Mobile | 7.30 | $4,197.50 |
| AgreeYa Solutions | 2.70 | $1,552.50 |
| Futurewei d/b/a Huawei | 1.40 | $805.00 |
| General Advice | 1.70 | $942.50 |
| iPinion LLC | 0.30 | $172.50 |
| Jennifer Kelley, et al. | 6.70 | $2,580.50 |
| **TOTAL** | **107.0** | **$43,725.50** |

## COMPENSATION BY PROJECT CATEGORY
## OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011

| Matter Description | Total Hours | Total Fees |
| --- | --- | --- |
| University of Illinois - FOIA Matter | 52.50 | $29,515.00 |
| Bryan and Cynthia Lindgren | 8.70 | $4,018.50 |
| Circulation | 5.10 | $2,595.00 |
| Roberto Rivera | 0.50 | $455.00 |
| Editorial - General | 1.00 | $583.00 |
| Lee Wonjung Clara Subpoena | 0.80 | $460.00 |
| Joseph Mahr | 6.80 | $3,094.00 |
| Lowe's | 5.50 | $3,162.50 |
| T-Mobile | 23.10 | $13,282.50 |
| Frank N. Magid Associates, Inc. Consulting Agreement | 0.40 | $230.00 |
| Futurewei d/b/a Huawei | 17.00 | $9,775.00 |
| Ipinion LLC | 2.10 | $1,207.50 |
| General Advice | 1.60 | $881.00 |
| Jennifer Kelley, et al. | 22.30 | $9,414.50 |
| **TOTAL** | **147.60** | **$78,673.50** |