# EXHIBIT C

# EXPENSE DETAIL

## EXPENSE SUMMARY FOR THE PERIOD FROM
## SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| In-House Reproduction | n/a | $93.40 |
| Color Copies | n/a | $2.00 |
| Outside Duplicating | n/a | $9.00 |
| Reporting Services | Shelly Plate Recording, Inc. | $140.80 |
| Misc. Court Costs | n/a | $206.00 |
| Local Ground Transportation | n/a | $20.00 |
| **Total** | | **$471.20** |

## EXPENSE SUMMARY FOR THE PERIOD FROM OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
| --- | --- | --- |
| In-House Reproduction | n/a | $111.10 |
| Color Copies | n/a | $2.00 |
| Misc. Duplicating | n/a | $62.50 |
| Reporting Services | Veritext New York Reporting Co. | $155.00 |
| Messenger Services | Comet Messenger Service, Inc. | $34.40 |
| Messenger Services | Arrow Messenger Service, Inc. | $40.32 |
| **Total** | | **$471.20** |