# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

April 14, 2011
Invoice No. 5964664

APRIL INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000004
General/Advice

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 03/04/11 | K. Baker | 1.80 | Prepare terms of service for social coupon service |
| 03/08/11 | K. Sager | 0.30 | Telephone conference with Ms. Goller and Mr. Ewert regarding legislation on dependency court |
| 03/09/11 | K. Sager | 0.30 | Telephone conference with Ms. Goller regarding retraction demand (community college articles) |
| 03/10/11 | K. Baker | 1.00 | Telephone conference with Ms. Xanders regarding terms of service |
| 03/10/11 | R. London | 0.20 | Review FCC rulemaking notice proposing implementation of Truth in Caller ID Act, draft and send to client e-memo regarding same |
| 03/11/11 | K. Baker | 0.90 | Prepare summary of California gift card statute for Ms. Xanders |
| 03/16/11 | K. Sager | 0.50 | Communicate with Ms. Goller regarding copyright issue (.3); communicate with colleagues regarding same (.2) |
| 03/17/11 | S. Dunwoody | 0.10 | Analyze issues regarding revocation of copyright license |
| 03/17/11 | M. Nelson | 0.20 | Communicate with K. Sager regarding unilateral withdrawal of copyright permission |
| 03/18/11 | K. Sager | 0.60 | Review Ansel Adams/photo articles and communications with counsel and telephone conference with Ms. Goller regarding same (.4); review photo request and additional communications |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle | |
|-----------|----------|---------|--|
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington, D.C. | www.dwt.com |



Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| | | | with Ms. Goller regarding same (.2) |
| 03/19/11 | K. Sager | 0.30 | Review litigation hold memorandum samples and send to Ms. Goller |
| 03/21/11 | A. Wickers | 0.70 | Telephone call from Mr. Lait regarding article about Mel Gibson investigation (.1); review of article (.3); review underlying documents (.2); telephone call with Mr. Lait (.1) |
| 03/30/11 | K. Sager | 0.70 | Review material on AB73 and telephone conference with Mr. Ewert regarding same (.5); communicate with Ms. Goller regarding retraction demand regarding community college series (.2) |
| | Total Hours Worked | 7.60 | |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $3,879.00 |
| Less Agreed Discount | (387.90) |
| Adjusted Current Services | 3,491.10 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $3,491.10 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|-------------|-------------|----------------|-------------|
| **Partner** | | | |
| Baker, K. | 3.70 | 409.50 | 1,515.15 |
| Dunwoody, S. | 0.10 | 472.50 | 47.25 |
| Nelson, M. | 0.20 | 526.50 | 105.30 |
| Sager, K. | 2.70 | 522.00 | 1,409.40 |
| Wickers, A. | 0.70 | 468.00 | 327.60 |

## PLEASE REMIT WITH PAYMENT

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

|  | ------------ |  | --------------- |
|  | 7.40 |  | 3,404.70 |
| Total |  |  |  |
| **Of_Counsel** |  |  |  |
| London, R. | 0.20 | 432.00 | 86.40 |
|  | ------------ |  | --------------- |
| Total | 0.20 |  | 86.40 |
|  | ------------ |  | --------------- |
| Total All Classes | 7.60 |  | $3,491.10 |

## STATEMENT OF ACCOUNT

Balance from Previous Statement                    $10,710.88

Current Invoice                                             $3,491.10

                                                   ---------------------

Total Balance Due This Matter                        $14,201.98

## PLEASE REMIT WITH PAYMENT

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com


**Davis Wright Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

April 14, 2011
Invoice No. 5964665

APRIL INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:        0026175-000106
Newsracks/General

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|-------------------------|
| 03/18/11 | A. Wickers | 0.30 | Review and analyze City of Santa Monica's response to letter about fee increase (.3) |
| 03/22/11 | A. Wickers | 0.20 | Communicate with Ms. Xanders regarding City of Santa Monica and prepare for conference call regarding strategy (.2) |
| 03/23/11 | A. Wickers | 0.40 | Telephone call with Ms. Xanders and Mr. Nichols regarding Santa Monica fee increase and other newsrack issues (.4) |
| | Total Hours Worked | 0.90 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle | |
|-----------|----------|---------|--|
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington, D.C. | www.dwt.com |



Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

| | |
|---|---|
| Total Current Services | $468.00 |
| Less Agreed Discount | (46.80) |
| Adjusted Current Services | 421.20 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $421.20 |

---

**SUMMARY BY PROFESSIONAL**

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Wickers, A. | 0.90 | 468.00 | 421.20 |
| | ------------ | | --------------- |
| Total | 0.90 | | 421.20 |
| | ------------ | | --------------- |
| Total All Classes | 0.90 | | $421.20 |

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Balance from Previous Statement | $1,213.26 |
| Current Invoice | $421.20 |
| | --------------------- |
| Total Balance Due This Matter | $1,634.46 |

PLEASE REMIT WITH PAYMENT

Anchorage     New York        Seattle
Bellevue      Portland        Shanghai
Los Angeles   San Francisco   Washington, D.C.                    www.dwt.com



**Davis Wright Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

April 14, 2011
Invoice No. 5964666

APRIL INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000317
Los Angeles County Sheriff CPRA
0000001714

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|--------------------------|
| 03/08/11 | K. Sager | 0.90 | Telephone conference with Ms. Goller regarding motion on mootness (0.2); revise motion (0.7) |
| 03/09/11 | K. Sager | 0.40 | Communicate with Ms. Goller and communicate with J. Glasser regarding Sheriff mootness motion (0.2); communicate with J. Glasser regarding mootness motion (0.2) |
| 03/10/11 | J. Glasser | 2.20 | Revise motion to deny Intervenors' request to vacate judgment as moot, draft request for judicial notice and Glasser declaration |
| 03/11/11 | J. Glasser | 1.20 | Revise mootness motion, request for judicial notice and supporting papers |
| 03/24/11 | K. Sager | 0.10 | Communicate with J. Glasser regarding hearing and status |
|  | Total Hours Worked | 4.80 |  |

**DISBURSEMENT DETAIL**

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 1,177 | 117.70 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage     New York       Seattle
Bellevue       Portland        Shanghai
Los Angeles    San Francisco   Washington, D.C.                        www.dwt.com



## Davis Wright
## Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Total Current Disbursements                                      $117.70

---

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $1,917.00 |
| Less Agreed Discount | (191.70) |
| Adjusted Current Services | 1,725.30 |
| Total Current Disbursements | 117.70 |
| | ---------------- |
| Total Current Invoice | $1,843.00 |

---

### SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 1.40 | 522.00 | 730.80 |
| | ------------ | | --------------- |
| Total | 1.40 | | 730.80 |
| **Associate** | | | |
| Glasser, J. | 3.40 | 292.50 | 994.50 |
| | ------------ | | --------------- |
| Total | 3.40 | | 994.50 |
| | ------------ | | --------------- |
| Total All Classes | 4.80 | | $1,725.30 |

---

### PLEASE REMIT WITH PAYMENT

Anchorage        New York        Seattle
Bellevue         Portland        Shanghai
Los Angeles      San Francisco   Washington, D.C.                    www.dwt.com

**Davis Wright
Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $18,916.55 |
| Current Invoice | $1,843.00 |
| | --------------------- |
| Total Balance Due This Matter | $20,759.55 |

## PLEASE REMIT WITH PAYMENT

| | | | |
|---|---|---|---|
| Anchorage | New York | Seattle | |
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington, D.C. | www.dwt.com |

# Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

April 14, 2011
Invoice No. 5964667

### APRIL INVOICE FOR
### STATEMENT OF
### SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000368
Beverly Hills Surgery Center
0000001927

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Outside search service - 1/26/11 LASC Online | 1 | 56.77 |
| Total Current Disbursements | | $56.77 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $0.00 |
| Less Agreed Discount | 0.00 |
| Adjusted Current Services | 0.00 |
| Total Current Disbursements | 56.77 |
| | ---------------- |
| Total Current Invoice | $56.77 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage        New York        Seattle
Bellevue         Portland        Shanghai
Los Angeles      San Francisco   Washington, D.C.                    www.dwt.com

# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

---

### STATEMENT OF ACCOUNT

Balance from Previous Statement                                   $22,377.89

Current Invoice                                                        $56.77

                                                              ----------------------

Total Balance Due This Matter                                     $22,434.66

PLEASE REMIT WITH PAYMENT

# Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

April 14, 2011
Invoice No. 5964668

APRIL INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000379
Bankruptcy
0000001932

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 03/31/11 | M. Bradley | 1.30 | Work on time and cost charts for fee application |
| | Total Hours Worked | 1.30 | |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $227.50 |
| Less Agreed Discount | (22.75) |
| Adjusted Current Services | 204.75 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $204.75 |

## SUMMARY BY PROFESSIONAL

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

## Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Paralegal** | | | |
| Bradley, M. | 1.30 | 157.50 | 204.75 |
| Total | 1.30 | | 204.75 |
| Total All Classes | 1.30 | | $204.75 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $9,009.60 |
| Current Invoice | $204.75 |
| Total Balance Due This Matter | $9,214.35 |

PLEASE REMIT WITH PAYMENT

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com


Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn. Julie Xanders
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

April 14, 2011
Invoice No. 5964669

APRIL INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000380
Ad Development

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 03/02/11 | A. Wickers | 0.20 | Review and analyze release regarding Times online advertising product |
| 03/11/11 | A. Wickers | 0.60 | Prepare for and participate in telephone conference with Ms. Xanders, Mr. Bluestein, and Ms. Hamerski regarding LA Noire promotion |
| 03/14/11 | A. Wickers | 0.60 | Review and analyze proposed 1947 newspaper pages for use in LA Noire/LA Times archives co-promotion |
| 03/15/11 | A. Wickers | 0.50 | Telephone conference with Ms. Xanders, Mr. Bluestein, and Ms. Hamerski regarding LA Noire/LA Times Archives co-promotion (.4); review and comment on proposed list of changes (.1) |
| 03/22/11 | A. Wickers | 0.20 | Review additional materials relating to LA Noire campaign |
| 03/23/11 | A. Wickers | 0.80 | Telephone calls with Ms. Xanders and ad team regarding LA Noire promotion (.4); prepare for calls (.2); telephone call with Ms. Sevier regarding name clearance (.2) |
| 03/24/11 | A. Wickers | 0.40 | Review and comment on short-form agreement from Ms. Xanders (.2); communicate with Ms. Sevier regarding name clearances (.2) |
| 03/28/11 | A. Wickers | 0.90 | Review and annotate long-form and short-form presenter/speakers releases for LA Times Marketing Department-sponsored events (.5); telephone call with |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage    New York    Seattle
Bellevue    Portland    Shanghai
Los Angeles    San Francisco    Washington, D.C.                www.dwt.com


Davis Wright
Tremaine LLP

1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Suite 2200

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| | | | Ms. Xanders regarding same (.2); review and comment on revised drafts (.2) |
| 03/30/11 | A. Wickers | 0.10 | Communicate with Ms. Sevier regarding clearance of names from 1947 articles for LA Noire co-promotion |
| | Total Hours Worked | 4.30 | |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $2,236.00 |
| Less Agreed Discount | (223.60) |
| Adjusted Current Services | 2,012.40 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $2,012.40 |

### SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|--------------|--------------|-----------------|-------------|
| **Partner** | | | |
| Wickers, A. | 4.30 | 468.00 | 2,012.40 |
| Total | 4.30 | | 2,012.40 |
| Total All Classes | 4.30 | | $2,012.40 |

### PLEASE REMIT WITH PAYMENT

Anchorage    New York    Seattle
Bellevue    Portland    Shanghai
Los Angeles    San Francisco    Washington, D.C.                    www.dwt.com

# Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $5,110.97 |
| Current Invoice | $2,012.40 |
| | --------------------- |
| Total Balance Due This Matter | $7,123.37 |

PLEASE REMIT WITH PAYMENT

Anchorage      New York      Seattle
Bellevue       Portland      Shanghai
Los Angeles    San Francisco Washington, D.C.                    www.dwt.com

# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Julie Xanders, Esq.
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

April 14, 2011
Invoice No. 5964670

APRIL INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:           0026175-000383
Adjudication Matters

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 03/10/11 | K. Henry | 0.40 | Review CPRA request regarding adjudicated newspapers in Newport Beach (.1); communications with Ms. Xanders and Ms. Lindemann regarding request (.1); further communications with Ms. Xanders regarding CPRA request (.2) |
| 03/14/11 | K. Henry | 0.40 | Prepare for conference with Ms. Xanders regarding CPRA request for adjudication information for Newport Beach newspapers (.2); participate in conference call (.2) |
| 03/29/11 | K. Henry | 0.10 | Communications with Mr. Davis |
|  | Total Hours Worked | 0.90 |  |

### DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Outside search service - - APEX ATTORNEY SERVICES INC - 2/14/11 Documents per Y. Godson | 1 | 46.00 |
| Professional services - - CP DOCUMENT TECHNOLOGIES - 2/8/11 Oversized printing of newspaper articles per K. Henry | 1 | 51.36 |
| Total Current Disbursements | | $97.36 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |  |
| Bellevue | Portland | Shanghai |  |
| Los Angeles | San Francisco | Washington, D.C. | www.dwt.com |



# Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $337.50 |
| Less Agreed Discount | (33.75) |
| Adjusted Current Services | 303.75 |
| Total Current Disbursements | 97.36 |
| | ---------------- |
| Total Current Invoice | $401.11 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Associate** | | | |
| Henry, K. | 0.90 | 337.50 | 303.75 |
| | ------------ | | ---------------- |
| Total | 0.90 | | 303.75 |
| | ------------ | | ---------------- |
| Total All Classes | 0.90 | | $303.75 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $13,716.24 |
| Current Invoice | $401.11 |
| | --------------------- |
| Total Balance Due This Matter | $14,117.35 |

## PLEASE REMIT WITH PAYMENT

Anchorage     New York        Seattle
Bellevue      Portland        Shanghai
Los Angeles   San Francisco   Washington, D.C.                    www.dwt.com



Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC                    April 14, 2011
Attn: Karlene W. Goller, Esq.                           Invoice No. 5964671
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

APRIL INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:        0026175-000385
Long Beach Police Association

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 03/01/11 | J. Glasser | 4.40 | Research and draft preliminary writ opposition |
| 03/02/11 | A. Wickers | 0.40 | Communicate with J. Glasser regarding response to legal argument from city about employee discipline/advancement exemption, including review of section of brief (.4) |
| 03/02/11 | J. Glasser | 5.90 | Research and draft preliminary opposition to writ petition |
| 03/03/11 | K. Sager | 0.30 | Communicate with J. Glasser regarding writ opposition and regarding mandatory injunction issue |
| 03/03/11 | J. Glasser | 9.20 | Research and draft preliminary opposition to writ petitions filed by LBPOA and the City of Long Beach |
| 03/04/11 | K. Sager | 3.60 | Review writs and related papers (.8); review and revise opposition brief and communicate with J. Glasser regarding same (1.8); further revise preliminary opposition to writ and communicate with Ms. Goller regarding same (1.0) |
| 03/04/11 | J. Glasser | 6.70 | Correspondence with C. Gilbertson regarding Second Appellate District, Division Two appellate justices (.1); research and draft motion to dismiss appeal (6.6) |
| 03/05/11 | K. Sager | 0.30 | Communicate with Ms. Goller regarding Court of Appeal panel |
| 03/05/11 | J. Glasser | 3.80 | Research appealability of orders concerning mandatory and prohibitory injunctions and draft motion to dismiss |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage      New York        Seattle
Bellevue       Portland        Shanghai
Los Angeles    San Francisco   Washington, D.C.                    www.dwt.com

# Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| | | | appeal |
| 03/06/11 | K. Sager | 0.20 | Communicate with J. Glasser regarding writ filing |
| 03/07/11 | K. Sager | 0.80 | Discussion with J. Glasser regarding writ and request for judicial notice (.3); discussion with J. Glasser regarding writ opposition (.1); finalize writ opposition (.2); communicate with J. Glasser and G. Cummins regarding amici (.2) |
| 03/07/11 | J. Glasser | 4.20 | Revise preliminary opposition to writ petition, draft request for judicial notice and Glasser declaration, prepare exhibits and related call with Ms. Goller and conferring with K. Sager |
| 03/07/11 | B. Planchon | 2.20 | Cite check Preliminary Opposition to Petition for Writ of Mandate and prepare negative history report |
| 03/08/11 | K. Sager | 0.10 | Communicate with J. Glasser regarding writs and Court of Appeal action |
| 03/08/11 | J. Glasser | 0.40 | Correspondence with Ms. Cummins, K. Sager and A. Wickers regarding The Times' preliminary opposition and related call to Second Appellate District, Division Two clerk regarding status (.2); call and correspondence with Mr. Bibring regarding The Times' preliminary opposition and related correspondence with K. Sager (.2) |
| 03/10/11 | K. Sager | 0.40 | Review and revise motion to dismiss appeal |
| 03/11/11 | K. Sager | 0.30 | Further communications with J. Glasser regarding Court of Appeal order and regarding motion to dismiss appeal |
| 03/11/11 | J. Glasser | 1.80 | Correspondence and conferring with K. Sager and A. Wickers regarding court of appeal's order concerning LBPOA and City of Long Beach writ petitions and related review of order (.3); research and draft motion for calendar preference or motion to dismiss appeal filed by LBPOA (1.5) |
| 03/14/11 | J. Glasser | 3.10 | Research and draft motion for calendar preference on appeal or to dismiss appeal (3.0); correspondence with Ms. Cummins about status of case in light of Court of Appeal's ruling (.1) |
| 03/16/11 | J. Glasser | 0.10 | Correspondence with K. Sager regarding Court of Appeal assignment for appeal |
| 03/22/11 | K. Sager | 0.20 | Review forms from Court of Appeal |
| 03/23/11 | J. Glasser | 0.20 | Correspondence and conferring with K. Sager and A. Wickers concerning expedited briefing schedule for |

PLEASE REMIT WITH PAYMENT

Anchorage
Bellevue
Los Angeles

New York
Portland
San Francisco

Seattle
Shanghai
Washington, D.C.

www.dwt.com



Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| | | | appeal and review of Rules of Court |
| 03/24/11 | J. Glasser | 0.10 | Call with Mr. Trott regarding The Times' proposal for an expedited briefing schedule and LBPOA's position against it and communicate with K. Sager and A. Wickers |
| 03/25/11 | K. Sager | 0.10 | Communicate with J. Glasser regarding status |
| 03/26/11 | K. Sager | 1.50 | Review and revise motion to dismiss appeal, etc. including communications with J. Glasser and A. Wickers regarding same |
| 03/28/11 | K. Sager | 1.50 | Communicate with Ms. Goller and pull materials for Mr. Newton (.4); further communications with Ms. Goller and send materials to Mr. Newton (.4); telephone conference with Ms. Goller regarding revisions to motion (.3); revise brief and communicate with J. Glasser and A. Wickers regarding same (.4) |
| 03/28/11 | J. Glasser | 1.20 | Revise motion to dismiss or expedite appeal |
| 03/29/11 | K. Sager | 0.70 | Review and revise declaration in support of motion to dismiss appeal and revise motion (.5); review memorandum from J. Glasser regarding briefing schedule on motion and communicate with him regarding same (.2) |
| 03/29/11 | J. Glasser | 1.90 | Call with Ms. Checel regarding City of Long Beach's position on expedited briefing schedule (.2); leave message for Mr. Trott asking for LBPOA's final position on briefing schedule (.1); draft Glasser declaration in support of motion to dismiss or to expedite appeal (.3); revise motion and related conferring with K. Sager (1.0); review procedural rules for appellate motions and related correspondence with K. Sager and A. Wickers (.3) |
| 03/29/11 | B. Planchon | 0.70 | Cite check Motion to Dismiss Appeal filed by Long Beach Police Officer's Association and prepare negative history report |
| 03/30/11 | J. Glasser | 1.60 | Draft proposed order, revise motion to dismiss or expedite appeals and supporting papers (1.5); call with Mr. Roberts concerning LBPOA's final position on briefing schedule (.1) |
| | Total Hours Worked | 57.90 | |

**PLEASE REMIT WITH PAYMENT**

| Anchorage | New York | Seattle | |
|---|---|---|---|
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington, D.C. | www.dwt.com |



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Photocopy Charges | 1,423 | 142.30 |
| Total Current Disbursements | | $142.30 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $21,097.50 |
| Less Agreed Discount | (2,109.75) |
| Adjusted Current Services | 18,987.75 |
| Total Current Disbursements | 142.30 |
| | ---------------- |
| Total Current Invoice | $19,130.05 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 10.00 | 522.00 | 5,220.00 |
| Wickers, A. | 0.40 | 468.00 | 187.20 |
| Total | 10.40 | | 5,407.20 |
| **Associate** | | | |
| Glasser, J. | 44.60 | 292.50 | 13,045.50 |
| Total | 44.60 | | 13,045.50 |
| **Paralegal** | | | |
| Planchon, B. | 2.90 | 184.50 | 535.05 |
| Total | 2.90 | | 535.05 |
| Total All Classes | 57.90 | | $18,987.75 |

### PLEASE REMIT WITH PAYMENT

Anchorage      New York       Seattle
Bellevue       Portland       Shanghai
Los Angeles    San Francisco  Washington, D.C.

www.dwt.com

# Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

**STATEMENT OF ACCOUNT**

Balance from Previous Statement                    $20,865.34

Current Invoice                                    $19,130.05

                                          ---------------------

Total Balance Due This Matter                      $39,995.39

**PLEASE REMIT WITH PAYMENT**

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

April 14, 2011
Invoice No. 5964672

APRIL INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000386
Michael Omidi, M.D.

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 03/05/11 | K. Sager | 0.40 | Review new retraction demand from Julian and Michael Omidi and communications with Ms. Goller regarding same |
| 03/11/11 | J. Glasser | 0.30 | Revise synopses of cases and retraction demands and related correspondence with K. Sager and L. Kohn |
| 03/11/11 | L. Kohn | 2.00 | Draft summary of cases filed and retraction demands concerning articles about lap-band surgery business |
| 03/14/11 | K. Sager | 1.20 | Multiple communications with Ms. Goller and Mr. Hiltzik regarding service/addition of Times as defendant and communications with L. Kohn and J. Glasser regarding same (0.8); follow-up with Ms. Goller regarding fees to date and review final list of lawsuits and claims (0.4) |
| 03/14/11 | J. Glasser | 1.60 | Revise litigation and retraction demand history for Omidi/1 800 GET-THIN/Madan cases and related review of records and correspondence with L. Kohn (1.2); communications with Ms. Goller regarding various retraction demands (.2); communicate with K. Sager regarding service issue and related review of docket (.2) |
| 03/14/11 | L. Kohn | 0.70 | Revise summary of Omidi litigation history (.5); confer with J. Glasser regarding same (.2); review docket for proof of service (.2) |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 03/15/11 | K. Sager | 0.30 | Communications with clients regarding service on Michael Hiltzik |
| 03/16/11 | K. Sager | 0.60 | Communications with Ms. Goller and Mr. Hiltzik regarding service (0.4); telephone conference with J. Glasser regarding response to latest retraction demand (0.2) |
| 03/16/11 | J. Glasser | 4.80 | Review Medical Board and court records concerning the revocation of Julian Omidi's license and the placement of Michael Omidi on three years' probation and research and draft letter responding to March 4 retraction demand |
| 03/18/11 | K. Sager | 0.30 | Telephone conference with Ms. Goller regarding response/strategy |
| 03/21/11 | K. Sager | 2.50 | Discussion with J. Glasser regarding retraction demand (0.2); discussion with L. Kohn regarding SLAPP motion (0.2); review and revise response to retraction demand, review materials and communicate with Ms. Goller and J. Glasser (1.0); telephone conference with Ms. Goller and Mr. Hiltzik regarding March 4 retraction demand (0.4); further discussion with J. Glasser, review documents and communicate with Ms. Goller and Mr. Hiltzik (0.7) |
| 03/22/11 | K. Sager | 2.00 | Draft proposed corrections and communicate with Ms. Goller regarding same (0.5); communicate with J. Glasser regarding Pfeifer correction (0.3); discussion with L. Kohn regarding response to complaint (0.3); communicate with L. Kohn regarding judge (0.1); review materials for SLAPP motion (0.5); communications with colleagues regarding judge (0.3) |
| 03/22/11 | L. Kohn | 1.10 | Research cases decided by Judge Solner and appellate decisions, including Tamkin v. CBS |
| 03/23/11 | K. Sager | 0.30 | Review proposed clarification and communicate with Ms. Goller regarding same |
| 03/23/11 | J. Glasser | 0.20 | Confer with Ms. Goller re March 4 retraction demand |
| 03/23/11 | L. Kohn | 3.20 | Review case materials in preparation for drafting answer to complaint and SLAPP motion (2.2); analyze arguments for SLAPP motion (1.0) |
| 03/24/11 | K. Sager | 0.90 | Discussion with L. Kohn regarding "Doe" filing against Los Angeles Times (0.1); multiple communications with Ms. Goller regarding correction of February 10, 2011 article and review changes (0.8) |

PLEASE REMIT WITH PAYMENT

Anchorage
Bellevue
Los Angeles

New York
Portland
San Francisco

Seattle
Shanghai
Washington, D.C.

www.dwt.com

# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 03/24/11 | L. Kohn | 1.60 | Draft answer to complaint |
| 03/25/11 | K. Sager | 1.80 | Communicate with L. Kohn and J. Glasser regarding SLAPP motion (0.2); revise letter to R. Silverman regarding February 10 article (0.4); communicate with Ms. Goller and revise same (0.2); telephone conference with L. Kohn regarding SLAPP motion (0.2); telephone conference with Ms. Goller regarding SLAPP motion and regarding hearing date (0.2); review Bakersfield news report and communicate with Ms. Goller regarding same (0.2); review biography of judge and SLAPP cases (0.4) |
| 03/25/11 | L. Kohn | 0.40 | Communicate with K. Sager regarding special motion to strike (.3); communicate with librarian regarding follow-up KBAK/KBFX news report (.1) |
| 03/28/11 | K. Sager | 0.60 | Discussion with L. Kohn regarding SLAPP motion (0.2); finalize letter to R. Silverman regarding retraction demand (0.2); communicate with Ms. Goller regarding litigation hold (0.2) |
| 03/28/11 | L. Kohn | 0.10 | Communicate with librarian concerning news search about Judge Solner's cases in related areas (.5); review search results (.4) |
| | Total Hours Worked | 26.90 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Outside copy service - - ADVANCED DISCOVERY - 2/1/11 Light litigation per C. Solano | 1 | 781.57 |
| Outside delivery service - - FEDERAL EXPRESS - 1/31/11 Medical Board of CA per T. Reynoso | 1 | 13.89 |
| Outside search service - 1/28/11 LASC Online | 1 | 7.50 |
| Outside search service - 2/3/11 LASC Online | 1 | 15.00 |
| Professional services - - CL@S INFORMATION SERVICES - 2/4/11 Articles & amendments, annual report retrieval per M. Gonzaque-Taylor | 1 | 404.50 |
| Total Current Disbursements | | $1,222.46 |

## PLEASE REMIT WITH PAYMENT

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



## Davis Wright
## Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $11,294.50 |
| Less Agreed Discount | (1,129.45) |
| Adjusted Current Services | 10,165.05 |
| Total Current Disbursements | 1,222.46 |
| | ---------------- |
| Total Current Invoice | $11,387.51 |

### SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 10.90 | 522.00 | 5,689.80 |
| | ------------ | | --------------- |
| Total | 10.90 | | 5,689.80 |
| **Associate** | | | |
| Glasser, J. | 6.90 | 292.50 | 2,018.25 |
| Kohn, L. | 9.10 | 270.00 | 2,457.00 |
| | ------------ | | --------------- |
| Total | 16.00 | | 4,475.25 |
| | ------------ | | --------------- |
| Total All Classes | 26.90 | | $10,165.05 |

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $10,633.34 |
| Current Invoice | $11,387.51 |
| | --------------------- |
| Total Balance Due This Matter | $22,020.85 |

### PLEASE REMIT WITH PAYMENT

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

April 14, 2011
Invoice No. 5964673

APRIL INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000387
Dorn

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 03/09/11 | K. Sager | 0.10 | Communicate with J. Glasser regarding sealing hearing |
| 03/09/11 | J. Glasser | 0.10 | Communicate with Ms. Goller, Ms. LaGanga, and K. Sager regarding Dan Dorn's renewed request to seal court proceedings involving visitation issue |
| 03/11/11 | J. Glasser | 0.30 | Call with Ms. Swensson and related correspondence with K. Sager and A. Wickers regarding Dan Dorn's efforts to close proceedings at upcoming hearing (.1); related review of statute and cases (.2) |
| 03/14/11 | K. Sager | 0.30 | Communicate with J. Glasser regarding hearing on closure and sealing |
| 03/14/11 | J. Glasser | 0.20 | Communicate with Ms. Goller and K. Sager regarding upcoming hearing on access to evidentiary hearings |
| 03/15/11 | J. Glasser | 0.80 | Prepare for court hearing on whether proceedings concerning visitation rights may be closed to public |
| 03/16/11 | J. Glasser | 2.80 | Prepare for court hearing on whether proceedings in family law visitation case may be closed to the public (1.0); attend court hearing on closure issue (1.6); correspondence with Ms. Goller, Ms. LaGanga, and K. Sager (.2) |
| | Total Hours Worked | 4.60 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle | |
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington, D.C. | www.dwt.com |



Davis Wright
Tremaine LLP

1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

| | |
|---|---|
| Total Current Services | $1,597.00 |
| Less Agreed Discount | (159.70) |
| Adjusted Current Services | 1,437.30 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $1,437.30 |

**SUMMARY BY PROFESSIONAL**

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 0.40 | 522.00 | 208.80 |
| | ------------ | | --------------- |
| Total | 0.40 | | 208.80 |
| **Associate** | | | |
| Glasser, J. | 4.20 | 292.50 | 1,228.50 |
| | ------------ | | --------------- |
| Total | 4.20 | | 1,228.50 |
| | ------------ | | --------------- |
| Total All Classes | 4.60 | | $1,437.30 |

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Balance from Previous Statement | $15,370.12 |
| Current Invoice | $1,437.30 |
| | --------------------- |
| Total Balance Due This Matter | $16,807.42 |

**PLEASE REMIT WITH PAYMENT**

Anchorage      New York        Seattle
Bellevue       Portland        Shanghai
Los Angeles    San Francisco   Washington, D.C.                    www.dwt.com



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

April 14, 2011
Invoice No. 5964674

## APRIL INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000388
1 800 GET THIN, LLC

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 03/09/11 | K. Sager | 0.80 | Telephone conference with Ms. Goller regarding advertising issues and review e-mails regarding same (0.3); review and revise letter to R. Silverman regarding his February 8 retraction demand (0.5) |
| 03/10/11 | K. Sager | 0.30 | Review E-mail memorandum from Ms. Goller regarding advertising issues and communicate with L. Kohn and J. Glasser regarding same |
| 03/11/11 | K. Sager | 0.50 | Multiple communications with Ms. Goller regarding advertising issue and communications with L. Kohn regarding same |
| 03/11/11 | A. Wickers | 0.20 | Telephone call with Ms. Xanders regarding 1-800-Get-Thin issues |
| 03/13/11 | K. Sager | 0.50 | Review and revise summary memorandum of claims/suits involving 1-800/Omidi |
| | Total Hours Worked | 2.30 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Professional services - - APEX ATTORNEY SERVICES INC - 1/27/11 LA County Recorder per M. Gonzaque-Taylor | 1 | 105.75 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle | |
|-----------|----------|---------|---|
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington, D.C. | www.dwt.com |

# Davis Wright
## Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Total Current Disbursements                                    $105.75

---

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $1,322.00 |
| Less Agreed Discount | (132.20) |
| Adjusted Current Services | 1,189.80 |
| Total Current Disbursements | 105.75 |
| | ---------------- |
| Total Current Invoice | $1,295.55 |

---

### SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 2.10 | 522.00 | 1,096.20 |
| Wickers, A. | 0.20 | 468.00 | 93.60 |
| | ------------ | | --------------- |
| Total | 2.30 | | 1,189.80 |
| | ------------ | | --------------- |
| Total All Classes | 2.30 | | $1,189.80 |

---

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $9,909.28 |
| Current Invoice | $1,295.55 |
| | --------------------- |
| Total Balance Due This Matter | $11,204.83 |

### PLEASE REMIT WITH PAYMENT

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

April 14, 2011
Invoice No. 5964675

APRIL INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000390
Atul Madan, M.D.

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 03/02/11 | L. Kohn | 2.60 | Draft response to Dr. Atul Madan's retraction demand |
| 03/06/11 | K. Sager | 0.90 | Review and revise response to Glaser Weil retraction demand and communicate with Ms. Goller regarding same |
| 03/07/11 | K. Sager | 0.60 | Communications with clients regarding responses to retraction demand (0.3); finalize letter to plaintiff's counsel (0.3) |
| | Total Hours Worked | 4.10 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $1,650.00 |
| Less Agreed Discount | (165.00) |
| Adjusted Current Services | 1,485.00 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $1,485.00 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 1.50 | 522.00 | 783.00 |
| Total | 1.50 | | 783.00 |
| **Associate** | | | |
| Kohn, L. | 2.60 | 270.00 | 702.00 |
| Total | 2.60 | | 702.00 |
| Total All Classes | 4.10 | | $1,485.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $1,607.40 |
| Current Invoice | $1,485.00 |
| | --------------------- |
| Total Balance Due This Matter | $3,092.40 |

## PLEASE REMIT WITH PAYMENT

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Tribune Co.                                     April 14, 2011
Attn: David Eldersveld, Esq.                    Invoice No. 5964684
General Counsel
435 N. Michigan Ave.
Chicago, IL  60611

APRIL INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:        0041033-000020
Los Angeles General Advice

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 03/10/11 | R. London | 0.20 | Review FCC rulemaking notice proposing implementation of Truth in Caller ID Act, draft and send to client e-memo regarding same |
| | Total Hours Worked | 0.20 | |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $96.00 |
| Less Agreed Discount | (9.60) |
| Adjusted Current Services | 86.40 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $86.40 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle | |
|-----------|----------|---------|--|
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington, D.C. | www.dwt.com |



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Of_Counsel** | | | |
| London, R. | 0.20 | 432.00 | 86.40 |
| | ------------ | | --------------- |
| Total | 0.20 | | 86.40 |
| | ------------ | | --------------- |
| Total All Classes | 0.20 | | $86.40 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $2,853.71 |
| Current Invoice | $86.40 |
| | --------------------- |
| Total Balance Due This Matter | $2,940.11 |

**PLEASE REMIT WITH PAYMENT**

Anchorage      New York      Seattle
Bellevue       Portland      Shanghai
Los Angeles    San Francisco Washington, D.C.                    www.dwt.com



Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Karlene W. Goller, Esq.
Vice President & Deputy General Counsel
Los Angeles Times Communications LLC
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

April 14, 2011
Invoice No. 5964705
**SENT ELECTRONICALLY**

APRIL INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

## ELECTRONIC BILLING - DO NOT MAIL
## FOR FILING PURPOSES ONLY

Matter No.          0026175-000351
Bonds Juror Questionnaire Access
0000001898

| <u>DATE</u> | <u>PROFESSIONAL</u> | <u>TIME</u> | <u>DESCRIPTION OF SERVICES</u> |
|---|---|---|---|
| 03/01/11 | D. Carolan | 0.50 | Email to clients regarding opposition briefs by defense and prosecution raising new anonymous jury issue and assessing need to respond to same |
| 03/02/11 | D. Carolan | 1.30 | Review briefs filed by defense and prosecution in opposition to motion to vacate order sealing juror questionnaires |
| 03/08/11 | D. Carolan | 6.40 | Prepare for hearing on motion for order unsealing juror questionnaires and use of anonymous jury (3); attend hearing on motion (3); follow-up email to clients regarding hearing (.4) |
| 03/14/11 | D. Carolan | 1.80 | Review order from district court (.8); email clients with order (.2); follow-up email to client with further analysis of order (.5); review client responses regarding approach given outcome (.3) |
| | Total Hours | 10.00 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage
Bellevue
Los Angeles

New York
Portland
San Francisco

Seattle
Shanghai
Washington, D.C.

www.dwt.com



**Davis Wright Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Outside delivery service - - SPECIALIZED LEGAL SERVICES - 2/10/11 Honorable Susan Illston per J. Wooley | | 57.00 |
| Total Current Disbursements | | 57.00 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $5,450.00 |
| Total Current Disbursements | 57.00 |
| | --------------- |
| Total Current Invoice | $5,507.00 |
| Your Portion of Amount Due at 12.5% | $688.38 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| D. Carolan | 10.00 | 545.00 | 5,450.00 |
| | ------------ | | ------------- |
| Total | 10.00 | | 5,450.00 |
| | ------------ | | ------------- |
| Total All Classes | 10.00 | | $5,450.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $224.73 |
| Current Invoice | $688.38 |
| Total Balance Due This Matter | $913.11 |

## PLEASE REMIT WITH PAYMENT

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC                     April 14, 2011
Attn: Karlene W. Goller, Esq.                                Invoice No. 5964706
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

APRIL INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.          0026175-000391
Omidi-Pfeifer

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|--------------------------|
| 03/03/11 | K. Sager | 0.30 | Review deposition transcript of Julian Omidi |
| 03/08/11 | K. Sager | 0.20 | Communications with Ms. Goller regarding response to retraction demand for February 10, 2011 Pfeifer article |
| 03/20/11 | K. Sager | 0.50 | Review retraction demand for Pfeifer article/revise draft response |
| 03/21/11 | J. Glasser | 0.70 | Conferring and correspondence with K. Sager re Omidi March 4 retraction demand and records of Julian Omidi's legal and administrative proceedings |
| 03/31/11 | K. Sager | 0.80 | (Omidi-Pfeifer new) Communications with Ms. Goller regarding Tamara Walter story (.3); communications with Ms. Goller and Mr. Pfeifer regarding new lawsuits (.5) |
| | Total Hours Worked | 2.50 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage          New York          Seattle
Bellevue           Portland          Shanghai
Los Angeles        San Francisco     Washington, D.C.                    www.dwt.com



**Davis Wright**
**Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---:|
| Total Current Services | $1,271.50 |
| Less Agreed Discount | (127.15) |
| Adjusted Current Services | 1,144.35 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $1,144.35 |

### SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| **Partner** | | | |
| Sager, K. | 1.80 | 522.00 | 939.60 |
| | ------------ | | ---------------- |
| Total | 1.80 | | 939.60 |
| **Associate** | | | |
| Glasser, J. | 0.70 | 292.50 | 204.75 |
| | ------------ | | ---------------- |
| Total | 0.70 | | 204.75 |
| | ------------ | | ---------------- |
| Total All Classes | 2.50 | | $1,144.35 |

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| Current Invoice | $1,144.35 |
| | --------------------- |
| Total Balance Due This Matter | $1,144.35 |

### PLEASE REMIT WITH PAYMENT

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com