

**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

May 31, 2011
Invoice No. 5978250

MAY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000004
General/Advice

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 04/01/11 | K. Sager | 0.30 | Communicate with Ms. Goller regarding Ryan Kavanaugh article |
| 04/04/11 | R. London | 0.10 | Review FCC public notice regarding liability for third-party telemarketing violations and communicate with client |
| 04/06/11 | K. Sager | 0.20 | Communicate with M. Miller regarding "Castaway" correction demand |
| 04/07/11 | K. Sager | 0.70 | Review materials for "Castaway" retraction demand (.4); telephone conference with M. Miller (.3) |
| 04/08/11 | K. Baker | 1.70 | Conference call with Ms. Xanders regarding terms of service and website; review website regarding issues |
| 04/08/11 | K. Sager | 0.80 | Draft proposed clarification regarding "Castaway" article and communicate with M. Miller and Ms. Goller (.5); communicate with D. Sarno regarding Brown Act issue (.3) |
| 04/11/11 | K. Sager | 0.20 | Communicate with Ms. Goller regarding correction |
| 04/20/11 | K. Baker | 0.20 | Telephone conference with Ms. Xanders |
| 04/21/11 | A. Wickers | 0.10 | Communicate with Ms. Xanders and Ms. Varela regarding Rock Star Games |
| 04/26/11 | A. Wickers | 1.00 | Telephone call with Ms. Xanders, Ms. Varela, and Mr. Bluestein regarding LA Noire issues (.5); review clearance reports (.2); review proposed changes to text (.1); review latest version of crime map feature and |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle | |
|-----------|----------|---------|---|
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington, D.C. | www.dwt.com |

# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
|      |             |      | telephone call with Ms. Xanders regarding same (.2) |
|      | Total Hours Worked | 5.30 |                  |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $2,760.50 |
| Less Agreed Discount | (276.05) |
| Adjusted Current Services | 2,484.45 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $2,484.45 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|-------------|-------------|----------------|-------------|
| **Partner** | | | |
| Baker, K. | 1.90 | 409.50 | 778.05 |
| Sager, K. | 2.20 | 522.00 | 1,148.40 |
| Wickers, A. | 1.10 | 468.00 | 514.80 |
| | ------------ | | -------------- |
| Total | 5.20 | | 2,441.25 |
| **Of_Counsel** | | | |
| London, R. | 0.10 | 432.00 | 43.20 |
| | ------------ | | -------------- |
| Total | 0.10 | | 43.20 |
| | ------------ | | -------------- |
| Total All Classes | 5.30 | | $2,484.45 |

## PLEASE REMIT WITH PAYMENT

# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## STATEMENT OF ACCOUNT

Balance from Previous Statement                    $14,167.33

Current Invoice                                     $2,484.45

                                                   ---------------------
Total Balance Due This Matter                      $16,651.78

### PLEASE REMIT WITH PAYMENT

Anchorage      New York        Seattle
Bellevue       Portland        Shanghai
Los Angeles    San Francisco   Washington, D.C.                    www.dwt.com



**Davis Wright Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

May 31, 2011
Invoice No. 5978251

MAY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:        0026175-000106
Newsracks/General

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 04/14/11 | A. Wickers | 0.40 | Review and analyze permit fee increase memorandum from the City of Santa Monica and communicate with Ms. Xanders |
| 04/15/11 | A. Wickers | 0.10 | Attention to Santa Monica newsrack permit fee issues |
| | Total Hours Worked | 0.50 | |

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

| | |
|---|---|
| Total Current Services | $260.00 |
| Less Agreed Discount | (26.00) |
| Adjusted Current Services | 234.00 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $234.00 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



**Davis Wright Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Wickers, A. | 0.50 | 468.00 | 234.00 |
| | ------------ | | --------------- |
| Total | 0.50 | | 234.00 |
| | ------------ | | --------------- |
| Total All Classes | 0.50 | | $234.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $1,634.46 |
| Current Invoice | $234.00 |
| | --------------------- |
| Total Balance Due This Matter | $1,868.46 |

PLEASE REMIT WITH PAYMENT



**Davis Wright
Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

May 31, 2011
Invoice No. 5978253

MAY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000317
Los Angeles County Sheriff CPRA
0000001714

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 04/12/11 | K. Sager | 0.30 | Discussion with J. Glasser regarding plaintiff's opposition on mootness motion and our reply |
| 04/12/11 | J. Glasser | 1.40 | Review and analyze opposition brief on mootness motion, research and draft reply, and related conferring with K. Sager |
| 04/13/11 | K. Sager | 0.30 | Review opposition to motion on mootness |
| 04/13/11 | J. Glasser | 6.70 | Research and draft reply on mootness motion |
| 04/14/11 | J. Glasser | 6.50 | Research and draft reply on mootness motion |
| 04/16/11 | K. Sager | 2.40 | Review plaintiff's opposition on mootness motion and review and revise reply brief (1.0); revise reply brief (1.4) |
| 04/16/11 | J. Glasser | 2.00 | Research and revise reply on mootness motion |
| 04/17/11 | K. Sager | 2.20 | Review and revise reply brief on mootness (1.9); review and revise evidentiary objections (.3) |
| 04/18/11 | K. Sager | 0.30 | Communicate with J. Glasser regarding reply on mootness motion and revise same |
| 04/18/11 | J. Glasser | 3.80 | Revise and finalize reply on mootness motion and evidentiary objections and related correspondence with Ms. Goller and K. Sager (3.6); review cite check (.2) |
| 04/18/11 | W. Gonzaque-Taylor | 1.10 | Cite checking of reply brief in support of motion for order denying request to vacate judgment; confer with J. Glasser regarding same |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



**Davis Wright
Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 04/20/11 | J. Glasser | 0.40 | Draft notice of ruling (.2); call with Ms. Kim regarding meaning and effect of ruling (.1); correspondence with Ms. Goller and K. Sager regarding court's denial of The Deputies' motion to vacate (.1) |
| 04/21/11 | K. Sager | 0.40 | Communications with J. Glasser regarding status and regarding next steps |
| 04/21/11 | J. Glasser | 0.70 | Review records, research and analyze stay issue and related correspondence with K. Sager and A. Wickers |
| 04/25/11 | K. Sager | 0.20 | Communications with R. Brouwer and clients/team |
| 04/25/11 | J. Glasser | 0.20 | Correspondence with Mr. Brouwer and Ms. Gibbons regarding disclosure of names of deputies involved in critical incidents pursuant to court's order and stay issue and related conferring with K. Sager and A. Wickers |
| 04/26/11 | K. Sager | 3.70 | Discussion with J. Glasser regarding writ of supersedeas/opposition (.3); communications with counsel and team (.4); draft opposition to supersedeas writ petition and declaration (2.8); further communicate with J. Glasser regarding opposition to writ (.2) |
| 04/26/11 | J. Glasser | 1.80 | Revise and finalize opposition to petition for writ of supersedeas filed by the Deputies and supporting appendix and related conferring with K. Sager (1.7); call with Court of Appeal regarding Deputies' petition (.1) |
| 04/27/11 | K. Sager | 0.50 | Communications with J. Glasser regarding Court of Appeal filing, failure of sheriffs to file writ (.3); telephone conference with J. Glasser regarding status and next steps (.2) |
| 04/27/11 | J. Glasser | 2.10 | Calls and correspondence with Mr. Brouwer and Ms. Gibbons regarding the Deputies' writ of supersedeas petition and related issues (.4); call with clerk of Court of Appeal regarding Times' opposition to writ of supersedeas petition and related call with K. Sager (.1); revise and finalize opposition to petition for writ of supersedeas and supporting appendix (1.6) |
| 04/28/11 | K. Sager | 0.30 | Discussion with J. Glasser regarding amici support and next steps |
| 04/28/11 | J. Glasser | 0.10 | Correspondence with potential amici regarding support of The Times' opposition to The Deputies' writ petitions |

PLEASE REMIT WITH PAYMENT

Anchorage      New York        Seattle
Bellevue        Portland        Shanghai
Los Angeles    San Francisco    Washington, D.C.                                www.dwt.com

# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 04/29/11 | J. Glasser | 0.20 | Correspondence with Ms. Cummins regarding deadlines for amici brief supporting The Times' opposition to the Deputies' writ petitions and related review of rules |
| | Total Hours Worked | 37.60 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 2,796 | 279.60 |
| Filing fee - - US LEGAL MANAGEMENT SERVICES INC - 3/10/11 LASC per C. Solano | 1 | 162.05 |
| Total Current Disbursements | | $441.65 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $14,774.50 |
| Less Agreed Discount | (1,477.45) |
| Adjusted Current Services | 13,297.05 |
| Total Current Disbursements | 441.65 |
| | ---------------- |
| Total Current Invoice | $13,738.70 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|--------------|--------------|-----------------|-------------|
| **Partner** | | | |
| Sager, K. | 10.60 | 522.00 | 5,533.20 |
| | ------------ | | --------------- |
| Total | 10.60 | | 5,533.20 |

### PLEASE REMIT WITH PAYMENT

# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

**Associate**

| | | | |
|---|---|---|---|
| Glasser, J. | 25.90 | 292.50 | 7,575.75 |
| | ------------ | | --------------- |
| Total | 25.90 | | 7,575.75 |

**Paralegal**

| | | | |
|---|---|---|---|
| Gonzaque-Taylor, W. | 1.10 | 171.00 | 188.10 |
| | ------------ | | --------------- |
| Total | 1.10 | | 188.10 |
| | ------------ | | --------------- |
| Total All Classes | 37.60 | | $13,297.05 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $20,737.95 |
| Current Invoice | $13,738.70 |
| | --------------------- |
| Total Balance Due This Matter | $34,476.65 |

## PLEASE REMIT WITH PAYMENT

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

**Davis Wright
Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

May 31, 2011
Invoice No. 5978255

MAY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000368
Beverly Hills Surgery Center
0000001927

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 04/29/11 | L. Kohn | 1.80 | Revise notices of related cases and prepare exhibits |
| | Total Hours Worked | 1.80 | |

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

| | |
|---|---|
| Total Current Services | $540.00 |
| Less Agreed Discount | (54.00) |
| Adjusted Current Services | 486.00 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $486.00 |

**SUMMARY BY PROFESSIONAL**

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

# Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Associate** | | | |
| Kohn, L. | 1.80 | 270.00 | 486.00 |
| Total | 1.80 | | 486.00 |
| Total All Classes | 1.80 | | $486.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $22,409.46 |
| Current Invoice | $486.00 |
| Total Balance Due This Matter | $22,895.46 |

## PLEASE REMIT WITH PAYMENT

Anchorage    New York    Seattle
Bellevue    Portland    Shanghai
Los Angeles    San Francisco    Washington, D.C.                    www.dwt.com


# Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

May 31, 2011
Invoice No. 5978257

MAY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000379
Bankruptcy
0000001932

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 04/01/11 | M. Bradley | 2.60 | Revise fee application charts |
| 04/04/11 | M. Bradley | 1.80 | Finalize fee application charts |
| 04/14/11 | J. Waggoner | 0.50 | Review and revise Tribune/Time fee application (.3); e-mail to G. Pasquale regarding charges/format (.2) |
| | Total Hours Worked | 4.90 | |

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

| | |
|---|---|
| Total Current Services | $1,060.00 |
| Less Agreed Discount | (106.00) |
| Adjusted Current Services | 954.00 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $954.00 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle | |
|-----------|----------|---------|---|
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington, D.C. | www.dwt.com |



# Davis Wright
Tremaine LLP

1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

---

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Waggoner, J. | 0.50 | 522.00 | 261.00 |
| Total | 0.50 | | 261.00 |
| **Paralegal** | | | |
| Bradley, M. | 4.40 | 157.50 | 693.00 |
| Total | 4.40 | | 693.00 |
| Total All Classes | 4.90 | | $954.00 |

---

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $9,207.15 |
| Current Invoice | $954.00 |
| Total Balance Due This Matter | $10,161.15 |

**PLEASE REMIT WITH PAYMENT**

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn. Julie Xanders
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

May 31, 2011
Invoice No. 5978258

MAY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000380
Ad Development

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 04/04/11 | A. Wickers | 0.40 | Attention to Ms. Xanders' inquiry regarding Hero Complex |
| 04/05/11 | T. Burke | 0.80 | Analysis of legal issues regarding video submission contest |
| 04/05/11 | A. Wickers | 0.60 | Communicate with Ms. Xanders and T. Burke regarding Hero Complex user-generated contest promotion (.4); communication with Mr. Bluestein and Ms. Sevier regarding LA Noire (.2) |
| 04/06/11 | T. Burke | 0.50 | Further analysis of background and legal issues regarding Action Hero website |
| 04/06/11 | R. Driscoll | 0.30 | Confer with T. Burke regarding user-generated content contest |
| 04/07/11 | T. Burke | 0.40 | Advice to Ms. Xanders regarding IP and other legal issues/processes |
| 04/07/11 | A. Wickers | 0.30 | Attention to name clearance report |
| 04/08/11 | A. Wickers | 0.70 | Communicate with Ms. Sevier regarding name clearances (.1); review and analyze name clearance report (.3); telephone call with Ms. Xanders regarding name clearances (.3) |
| 04/11/11 | A. Wickers | 1.00 | Communications with Ms. Xanders, Mr. Bluestein, and Ms. Sevier regarding LA Noire (.5); review and analyze clearance report (.3); brief research regarding fleeting use doctrine (.2) |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage       New York        Seattle
Bellevue        Portland        Shanghai
Los Angeles     San Francisco   Washington, D.C.                    www.dwt.com



Davis Wright
Tremaine LLP

1201 Third Avenue
Seattle, WA 98101-3045

Suite 2200

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|--------------------------|
| 04/12/11 | A. Wickers | 0.40 | Communicate with Ms. Xanders regarding LA Noire project (.1); review final research report from Ms. Sevier (.3) |
| 04/13/11 | A. Wickers | 0.90 | Telephone call with Ms. Xanders regarding LA Noire (.4); telephone call with Ms. Xanders, Mr. Bluestein, Ms. Varela, and others regarding LA Noire (.3); attention to non-California cases (.2) |
| 04/14/11 | A. Wickers | 0.30 | Attention to LA Noire issues |
| 04/18/11 | A. Wickers | 0.30 | Communicate with Ms. Xanders regarding review of archival articles for LA Noire (.1); review and comment on draft of artwork (.2) |
| 04/19/11 | T. Burke | 0.40 | Initial review of legal issues regarding daily dealster and communications with Ms. Xanders |
| 04/19/11 | A. Wickers | 0.30 | Telephone conference with Ms. Xanders, Mr. Bluestein, and Ms. Hamerski |
| 04/20/11 | T. Burke | 0.40 | Further review of issues regarding daily dealster site |
| 04/21/11 | T. Burke | 0.40 | Telephone conference with Ms. Xanders regarding social media coupon site |
| 04/25/11 | A. Wickers | 0.10 | Work on LA Noire issues |
| | Total Hours Worked | 8.50 | |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $4,480.50 |
| Less Agreed Discount | (448.05) |
| Adjusted Current Services | 4,032.45 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $4,032.45 |

### SUMMARY BY PROFESSIONAL

### PLEASE REMIT WITH PAYMENT

Anchorage
Bellevue
Los Angeles

New York
Portland
San Francisco

Seattle
Shanghai
Washington, D.C.

www.dwt.com

# Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Burke, T. | 2.90 | 490.50 | 1,422.45 |
| Driscoll, R. | 0.30 | 432.00 | 129.60 |
| Wickers, A. | 5.30 | 468.00 | 2,480.40 |
| Total | 8.50 | | 4,032.45 |
| Total All Classes | 8.50 | | $4,032.45 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $7,082.42 |
| Current Invoice | $4,032.45 |
| Total Balance Due This Matter | $11,114.87 |

## PLEASE REMIT WITH PAYMENT

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Julie Xanders, Esq.
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

May 31, 2011
Invoice No. 5978259

MAY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000383
Adjudication Matters

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 04/19/11 | K. Henry | 0.20 | Communications with Mr. Davis (Daily Pilot) |
| 04/20/11 | K. Henry | 0.30 | Communications with Mr. Davis and Ms. Xanders regarding Daily Pilot adjudication issues |
| 04/21/11 | K. Henry | 1.20 | Prepare for call about Daily Pilot adjudication (.4); participate in call with Ms. Xanders, Ms. Lindemann, and Mr. Davis (.6); research Section 6008 thresholds for the City of Newport Beach and the City of Costa Mesa (.2) |
| 04/22/11 | K. Henry | 0.30 | Review sample subscription invoices (.1); communicate with Ms. Xanders (.1); further communications with Ms. Xanders (.1) |
| 04/26/11 | K. Henry | 0.30 | Review and comment on notes and recommendations regarding the adjudication issues with the Costa Mesa paper |
| 04/27/11 | K. Henry | 0.70 | Further review and comment on memorandum regarding the Daily Pilot newspapers |
| 04/28/11 | A. Wickers | 0.20 | Communicate with K. Henry regarding strategy for Daily Pilot adjudication issues |
| 04/28/11 | K. Henry | 0.10 | Communications with Ms. Xanders regarding Daily Pilot adjudication |
| 04/29/11 | K. Henry | 0.20 | Review and comment on revised memorandum regarding the Daily Pilot newspapers |
| | Total Hours Worked | 3.50 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle | |
|-----------|----------|---------|---|
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington, D.C. | www.dwt.com |


**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $1,341.50 |
| Less Agreed Discount | (134.15) |
| Adjusted Current Services | 1,207.35 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $1,207.35 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Wickers, A. | 0.20 | 468.00 | 93.60 |
| | ------------ | | --------------- |
| Total | 0.20 | | 93.60 |
| **Associate** | | | |
| Henry, K. | 3.30 | 337.50 | 1,113.75 |
| | ------------ | | --------------- |
| Total | 3.30 | | 1,113.75 |
| | ------------ | | --------------- |
| Total All Classes | 3.50 | | $1,207.35 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $14,099.80 |
| Current Invoice | $1,207.35 |
| | --------------------- |
| Total Balance Due This Matter | $15,307.15 |

## PLEASE REMIT WITH PAYMENT

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



**Davis Wright Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC                    May 31, 2011
Attn: Karlene W. Goller, Esq.                           Invoice No. 5978260
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

MAY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000385
Long Beach Police Association

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 04/07/11 | J. Glasser | 0.10 | Correspondence with K. Sager regarding proposed briefing schedule |
| 04/08/11 | K. Sager | 0.30 | Review and revise proposed briefing schedule to Court of Appeal |
| 04/08/11 | J. Glasser | 0.50 | Call clerk of court regarding court's entry about record (.2); draft proposed briefing schedule (.3) |
| 04/20/11 | J. Glasser | 0.20 | Correspondence with K. Sager and A. Wickers regarding court's denial of motion to dismiss appeal or for calendar preference and related review of docket |
| 04/21/11 | K. Sager | 0.30 | Communicate with J. Glasser regarding Court of Appeal order denying motions and review order |
| 04/22/11 | K. Sager | 0.10 | Discussion with Ms. Goller |
| 04/22/11 | J. Glasser | 0.10 | Correspondence with Ms. Goller |
| 04/25/11 | J. Glasser | 0.30 | Draft letter re failure to serve opposition and related correspondence with K. Sager |
| | Total Hours Worked | 1.90 | |

**DISBURSEMENT DETAIL**

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 336 | 33.60 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| | | |
|---|---|---|
| Filing fee - - US LEGAL MANAGEMENT SERVICES INC - 3/7/11 CACOA LA per C. Solano | 1 | 97.26 |
| Total Current Disbursements | | $130.86 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $796.00 |
| Less Agreed Discount | (79.60) |
| Adjusted Current Services | 716.40 |
| Total Current Disbursements | 130.86 |
| | ---------------- |
| Total Current Invoice | $847.26 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 0.70 | 522.00 | 365.40 |
| | ------------ | | --------------- |
| Total | 0.70 | | 365.40 |
| **Associate** | | | |
| Glasser, J. | 1.20 | 292.50 | 351.00 |
| | ------------ | | --------------- |
| Total | 1.20 | | 351.00 |
| | ------------ | | --------------- |
| Total All Classes | 1.90 | | $716.40 |

## PLEASE REMIT WITH PAYMENT

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

## Davis Wright
## Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

**STATEMENT OF ACCOUNT**

Balance from Previous Statement                                    $40,007.09

Current Invoice                                                        $847.26

                                                              ---------------------

Total Balance Due This Matter                                      $40,854.35

PLEASE REMIT WITH PAYMENT

| Anchorage | New York | Seattle | |
|---|---|---|---|
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington, D.C. | www.dwt.com |

 **Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC                          May 31, 2011
Attn: Karlene W. Goller, Esq.                                  Invoice No. 5978261
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

MAY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000386
Michael Omidi, M.D.

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 04/01/11 | K. Sager | 0.20 | Communications with Mr. Pfeifer and Ms. Goller regarding Tamara Walter (Lap Band) article for next week |
| 04/04/11 | K. Sager | 0.20 | Discussion with J. Glasser regarding SLAPP motion |
| 04/04/11 | J. Glasser | 4.80 | Research and draft anti-SLAPP motion |
| 04/05/11 | J. Glasser | 4.70 | Research and draft anti-SLAPP motion |
| 04/06/11 | J. Glasser | 6.60 | Research and draft anti-SLAPP motion |
| 04/07/11 | K. Sager | 0.30 | Discussion with J. Glasser and L. Kohn regarding SLAPP motion |
| 04/07/11 | J. Glasser | 6.90 | Meeting with K. Sager and L. Kohn regarding strategy for responding to the three lawsuits served upon The Times and its reporters (1.0); research and draft anti-SLAPP motion in Michael Omidi case against The Times and Mr. Hiltzik (5.7); correspondence with Mr. Hiltzik and K. Sager and review of Medical Board website (.2) |
| 04/10/11 | K. Sager | 1.00 | Review and draft response to Silverman "ethical complaint" (.4); review and revise Answer to Complaint against M. Hiltzik and Los Angeles Times (.6) |
| 04/11/11 | K. Sager | 1.70 | Discussion with L. Kohn regarding notice of related cases (.2); finalize answer, including communication with Ms. Goller regarding same (.4); communicate |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage    New York       Seattle
Bellevue      Portland       Shanghai
Los Angeles   San Francisco  Washington, D.C.                    www.dwt.com



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| | | | with Mr. Hiltzik regarding process (.1); review and revise notice of related cases and attachments and communicate with Ms. Goller regarding same (1.0) |
| 04/11/11 | L. Kohn | 2.50 | Draft notice of related cases and attachments |
| 04/12/11 | K. Sager | 0.70 | Review additional comments from R. Silverman (.4); communicate with Ms. Goller regarding notice of related cases and communicate with team regarding same (.3) |
| 04/13/11 | K. Sager | 0.40 | Review letter from Trope regarding "class action" threat and communicate with Ms. Goller and team regarding same |
| 04/13/11 | J. Glasser | 0.30 | Correspondence with K. Sager and L. Kohn regarding certified copies of Medical Board records and related review of records |
| 04/14/11 | L. Kohn | 1.60 | Review letter from Mr. Konrad Trope regarding potential consumer class action (.5); communicate with librarian regarding research on opposing counsel and legislative history of Civil Code Section 1770 (.2); research on Civil Code Section 1770 (.7); communicate with K. Sager regarding Civil Code Sections 1770 and 1782 (.2) |
| 04/15/11 | K. Sager | 0.30 | Communicate with Ms. Goller regarding latest article/correction |
| 04/15/11 | L. Kohn | 0.60 | Communicate with K. Sager and C. Gilbertson regarding obtaining legislative history of Civil Code Section 1770 (.3); review research on opposing counsel (.3) |
| 04/16/11 | K. Sager | 0.60 | Review and revise SLAPP motion |
| 04/18/11 | J. Addiego | 0.40 | Receipt and analysis of demand letter from Mr. Trope regarding lap band procedures; conference with L. Kohn regarding strategy for responding to same |
| 04/18/11 | K. Sager | 0.20 | Communicate with L. Kohn and J. Glasser regarding notices of related cases |
| 04/18/11 | L. Kohn | 1.60 | Draft notices of related cases for both BHSC v. Does cases |
| 04/22/11 | K. Sager | 0.50 | Review correspondence from Konrad Trope and communicate with clients regarding same (.3); review e-mail correspondence from R. Silverman and communicate with clients (.2) |
| 04/25/11 | K. Sager | 0.10 | Discussion with L. Kohn regarding notice of related cases |

PLEASE REMIT WITH PAYMENT

**Davis Wright
Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 04/26/11 | K. Sager | 0.30 | Discussion with J. Glasser regarding SLAPP motion |
| 04/26/11 | J. Glasser | 2.20 | Research and revise anti-SLAPP motion against Michael Omidi |
| 04/27/11 | J. Glasser | 3.50 | Research and revise Michael Omidi anti-SLAPP motion (3.4); correspondence with K. Sager regarding meeting with Mr. Wellman (.1) |
| | Total Hours Worked | 42.20 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 2,415 | 241.50 |
| Total Current Disbursements | | $241.50 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $15,305.00 |
| Less Agreed Discount | (1,530.50) |
| Adjusted Current Services | 13,774.50 |
| Total Current Disbursements | 241.50 |
| | ---------------- |
| Total Current Invoice | $14,016.00 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|-------------|-------------|----------------|-------------|
| **Partner** | | | |
| Addiego, J. | 0.40 | 495.00 | 198.00 |
| Sager, K. | 6.50 | 522.00 | 3,393.00 |

## PLEASE REMIT WITH PAYMENT

Anchorage    New York    Seattle
Bellevue    Portland    Shanghai
Los Angeles    San Francisco    Washington, D.C.                    www.dwt.com



## Davis Wright
## Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

|  | ------------ |  | --------------- |
|---|---|---|---|
| Total | 6.90 |  | 3,591.00 |
| **Associate** |  |  |  |
| Glasser, J. | 29.00 | 292.50 | 8,482.50 |
| Kohn, L. | 6.30 | 270.00 | 1,701.00 |
|  | ------------ |  | --------------- |
| Total | 35.30 |  | 10,183.50 |
|  | ------------ |  | --------------- |
| Total All Classes | 42.20 |  | $13,774.50 |

---

### STATEMENT OF ACCOUNT

| Balance from Previous Statement | $21,851.65 |
|---|---|
| Current Invoice | $14,016.00 |
|  | --------------------- |
| Total Balance Due This Matter | $35,867.65 |

### PLEASE REMIT WITH PAYMENT

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



**Davis Wright
Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC                    May 31, 2011
Attn: Karlene W. Goller, Esq.                           Invoice No. 5978263
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

MAY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:        0026175-000391
Omidi-Pfeifer

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 04/01/11 | K. Sager | 0.40 | Communications with Ms. Goller regarding new Omidi suit (0.3); communications with office regarding service (0.1) |
| 04/01/11 | J. Glasser | 0.20 | Review lawsuit filedby J. Omidi against Mr. Pfeifer |
| 04/04/11 | K. Sager | 1.70 | Discussion with J. Glasser regarding SLAPP motion (0.2); talk to process server to federal suit (0.3); follow-up with Mr. Pfeifer (0.1); review e-mail correspondence from R. Silverman and draft response (0.7); review communications from clients regarding Silverman responses (0.4) |
| 04/05/11 | K. Sager | 2.10 | Communicate with R. Silverman (0.4); review e-mail from Silverman to Mr. Pfeifer and communicate with Mr. Pfeifer (0.2); review package from plaintiff's counsel (0.2); communicate with team regarding answer and notice of related cases (0.1); communications with clients regarding service (0.2); communicate with Mr. Pfeifer (0.4); communications with Ms. Goller (0.3); review complaint (0.3) |
| 04/05/11 | J. Glasser | 2.50 | Correspondence with K. Sager regarding history of Julian Omidi's criminal conviction and expungement (0.3); research 47(d) privilege and cases involving expungement or analogous situations (2.2) |
| 04/06/11 | K. Sager | 0.20 | Communicate with L. Kohn and J. Glasser regarding |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| | | | notice of related cases (0.1); communicate with J. Glasser regarding SLAPP (0.1) |
| 04/07/11 | K. Sager | 0.50 | Discussion with J. Glasser and L. Kohn regarding SLAPP motion (0.3); communications with Mr. Pfeifer (0.2) |
| 04/10/11 | K. Sager | 0.20 | Review deadlines and calendar dates |
| 04/11/11 | K. Sager | 0.30 | Review communications from R. Silverman and communicate with Ms. Goller |
| 04/18/11 | J. Glasser | 1.00 | Review criminal court records concerning Julian Omidi for anti-SLAPP motion |
| 04/19/11 | K. Sager | 0.40 | Communicate with L. Kohn and J. Glasser regarding answer (0.1); review communications from new Omidi attorney and from Mr. Pfeifer and respond (0.3) |
| 04/19/11 | L. Kohn | 0.70 | Draft answer to complaint |
| 04/20/11 | J. Glasser | 5.30 | Research and draft anti-SLAPP motion against Julian Omidi |
| 04/21/11 | J. Glasser | 5.90 | Research and draft anti-SLAPP motion against Julian Omidi (5.8); correspondence with K. Sager regarding possible hearing dates (0.1) |
| 04/22/11 | J. Glasser | 3.40 | Research and draft anti-SLAPP motion against Julian Omidi |
| 04/25/11 | K. Sager | 0.80 | Discussion with L. Kohn regarding notice of related cases (0.2); review and revise notice of related cases and discussion with L. Kohn regarding same (0.4); review latest e-mail from R. Silverman and communicate with clients (0.2) |
| 04/25/11 | J. Glasser | 4.50 | Research and draft anti-SLAPP motion against Julian Omidi |
| 04/26/11 | K. Sager | 0.30 | Communications with clients regarding Silverman e-mail correspondence today |
| 04/26/11 | J. Glasser | 4.30 | Research and draft anti-SLAPP motion against Julian Omidi |
| 04/26/11 | L. Kohn | 0.80 | Revise notice of related cases |
| 04/27/11 | K. Sager | 0.60 | Review and revise answer and communicate with Ms. Goller (0.5); communicate with L. Kohn regarding same (0.1) |
| | Total Hours Worked | 36.10 | |

**PLEASE REMIT WITH PAYMENT**

Anchorage      New York       Seattle
Bellevue       Portland       Shanghai
Los Angeles    San Francisco  Washington, D.C.                    www.dwt.com

**Davis Wright
Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $13,607.50 |
| Less Agreed Discount | (1,360.75) |
| Adjusted Current Services | 12,246.75 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $12,246.75 |

### SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 7.50 | 522.00 | 3,915.00 |
| | ------------ | | --------------- |
| Total | 7.50 | | 3,915.00 |
| **Associate** | | | |
| Glasser, J. | 27.10 | 292.50 | 7,926.75 |
| Kohn, L. | 1.50 | 270.00 | 405.00 |
| | ------------ | | --------------- |
| Total | 28.60 | | 8,331.75 |
| | ------------ | | --------------- |
| Total All Classes | 36.10 | | $12,246.75 |

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $1,144.35 |
| Current Invoice | $12,246.75 |
| | --------------------- |
| Total Balance Due This Matter | $13,391.10 |

### PLEASE REMIT WITH PAYMENT

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



**Davis Wright Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Tribune Co.
Attn: David Eldersveld, Esq.
General Counsel
435 N. Michigan Ave.
Chicago, IL  60611

May 31, 2011
Invoice No. 5978267

MAY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0041033-000020
Los Angeles General Advice

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 04/04/11 | R. London | 0.10 | Review FCC public notice seeking comment on petitions for declaratory ruling regarding liability for third-party telemarketing violations, communicate with client regarding same |
| | Total Hours Worked | 0.10 | |

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

| | |
|---|---|
| Total Current Services | $48.00 |
| Less Agreed Discount | (4.80) |
| Adjusted Current Services | 43.20 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $43.20 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| | | | |
|---|---|---|---|
| Anchorage | New York | Seattle | |
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington, D.C. | www.dwt.com |



Tribune Co.
Invoice No. 5978267
Page No. 2

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Of_Counsel** | | | |
| London, R. | 0.10 | 432.00 | 43.20 |
| Total | 0.10 | | 43.20 |
| Total All Classes | 0.10 | | $43.20 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $2,940.11 |
| Current Invoice | $43.20 |
| Total Balance Due This Matter | $2,983.31 |

Kelli Sager

# Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Matter ID      0041033-000020                         May 31, 2011
               Los Angeles General Advice              Invoice No. 5978267

Tribune Co.
Attn: David Eldersveld, Esq.
General Counsel
435 N. Michigan Ave.
Chicago, IL  60611

### STATEMENT OF ACCOUNT
as of Apr 30, 2011

Current Invoice - 5978267                    $43.20

Total Balance Due This Matter                $2,983.31

**PLEASE REMIT WITH PAYMENT**



| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

May 31, 2011
Invoice No. 5993603

MAY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000388
1 800 GET THIN, LLC

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 04/04/11 | K. Sager | 0.20 | Communicate with Ms. Xanders (.1); communicate with team regarding response (.1) |
| 04/05/11 | K. Sager | 0.50 | Communications with clients (.2); review complaint (.3) |
| 04/06/11 | K. Sager | 0.20 | Communicate with L. Kohn regarding motion |
| 04/07/11 | K. Sager | 0.60 | Discussion with L. Kohn and J. Glasser regarding SLAPP (.2); discussion with L. Kohn and J. Glasser regarding 12(b)6 (.1); review judges local rules (.3) |
| 04/07/11 | L. Kohn | 1.20 | Confer with K. Sager and J. Glasser regarding motion to dismiss and deadlines for related cases (1.0); review Judge Wright's procedures (.2) |
| 04/11/11 | K. Sager | 0.20 | Discussion with L. Kohn regarding motion and hearing dates |
| 04/11/11 | J. Glasser | 0.10 | Correspondence with L. Kohn regarding briefing on First Amendment defense |
| 04/11/11 | L. Kohn | 0.20 | Communicate with K. Sager regarding hearing on motion to dismiss |
| 04/11/11 | L. Kohn | 1.90 | Outline arguments for motion to dismiss (.9); draft notice of motion (1.0) |
| 04/12/11 | B. Johnson | 0.50 | Review Section 43(a) commercial speech issues |
| 04/12/11 | K. Sager | 0.60 | Discussion with J. Glasser and L. Kohn regarding response to complaint (.4); discussion with J. Glasser regarding SLAPP issues (.2) |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage   New York      Seattle
Bellevue    Portland      Shanghai
Los Angeles  San Francisco  Washington, D.C.                    www.dwt.com



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 04/12/11 | J. Glasser | 1.40 | Research SLAPP motion for state trade libel claim brought as a Lanham Act claim and related conferring with K. Sager and L. Kohn |
| 04/12/11 | L. Kohn | 7.10 | Research on defenses to commercial disparagement claim under the Lanham Act (2.3); communicate with S. Fox Morrison regarding Lanham Act violations while trademark application with the USTPO is pending (.4); research procedure for providing notice of related cases and pending actions in the Central District (.4); begin drafting motion to dismiss (4.0) |
| 04/13/11 | B. Johnson | 0.50 | Review additional commercial speech arguments, 43(a) legislative history |
| 04/13/11 | L. Kohn | 8.50 | Draft nominative use and commercial disparagement sections of motion to dismiss (7.0); research on scope of Lanham Act claim to noncommercial speech (1.5) |
| 04/14/11 | L. Kohn | 7.10 | Draft dilution and disguised trade libel sections of motion to dismiss |
| 04/15/11 | L. Kohn | 5.00 | Draft motion to dismiss (4.8); communicate with K. Sager regarding procedure for Rule 11 motion (.2) |
| 04/16/11 | K. Sager | 0.60 | Communicate with L. Kohn regarding 12(b)(6) motion (.3); review outline and further communicate with L. Kohn regarding revisions (.3) |
| 04/16/11 | L. Kohn | 9.50 | Draft section on First Amendment defense to injurious falsehood claim (3.2); communicate with K. Sager regarding outline of brief (.4); revise brief, including structural changes per K. Sager's comments (4.7); draft section on motion appropriate at pleading stage (1.2) |
| 04/17/11 | K. Sager | 0.10 | Communicate with L. Kohn regarding 12(b)(6) motion |
| 04/18/11 | K. Sager | 0.40 | Review arguments in 12(b)(6) and communicate with Ms. Goller regarding same |
| 04/18/11 | L. Kohn | 2.50 | Research for possible Rule 11 motion |
| 04/19/11 | K. Sager | 5.70 | Communicate with L. Kohn regarding Rule 11 motion (.1); review and revise motion to dismiss including multiple communications with clients regarding same (2.0); review and revise motion to dismiss, including communications with clients and L. Kohn regarding same (1.4); revise 12(b)(6) motion, including review of pleadings and government documents (2.0); communicate with R. Silverman regarding meet and confer (.2) |
| 04/19/11 | L. Kohn | 3.50 | Communicate with K. Sager and M. Gonzaque-Taylor |

PLEASE REMIT WITH PAYMENT

**Davis Wright**
**Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|----------|------------------|----------|------------------------------|
| | | | regarding articles of information filed by 1 800 GET THIN, LLC (.5); draft inserts to motion to dismiss (3.0) |
| 04/19/11 | W. Gonzaque-Taylor | 0.50 | Prepare email memo to L. Kohn regarding "active" status of 1800 Get Thin and Franchise Tax Board; review of California Secretary of State website |
| 04/20/11 | K. Sager | 5.70 | Review Judge Wright's rules regarding motions and meet and confer requirement (.3); revise 12(b)(6) motion, including research on Lanham Act (1.5); telephone conference with R. Silverman per Local Rule to meet and confer on 1-800 motion (.5); communications with L. Kohn regarding additional research for 12(b)(6) (.3); revise 12(b)(6) motions, including review of authorities (1.0); revise 12(b)(6) motion and communicate with clients regarding same (1.5) |
| 04/20/11 | L. Kohn | 1.60 | Draft insert regarding judicial notice of newspaper articles (.8); research regarding statute of limitations for Lanham Act and trade libel claims (.4); communicate with K. Sager regarding motion to dismiss (.2) |
| 04/20/11 | W. Gonzaque-Taylor | 0.50 | Review of e-mail memorandum from Mr. Suarez (Corporation Service Co.) regarding California Secretary of States action regarding a Limited Liability Company's failure to file its initial annual statement of information; research regarding California Corporation Code Sections 17650-17654 |
| 04/21/11 | K. Sager | 1.30 | Telephone conference with S. Wellman regarding status/possible dismissal of lawsuits (.4); communicate with clients regarding same (.2); discussion with L. Kohn regarding status (.2); review materials on new plaintiff's counsel (.3); communicate with Mr. Hiltzik regarding response from Robert Lawrence to questions (.2) |
| 04/21/11 | L. Kohn | 0.60 | Research on Scott Wellman at Wellman & Warren LLP |
| 04/21/11 | W. Gonzaque-Taylor | 0.50 | Telephone calls to the California Secretary of State statement of information unit regarding States action on domestic and foreign limited liability companies that do not file statements of information by the initial filing date; prepare email memo to K. Sager regarding |

**PLEASE REMIT WITH PAYMENT**

Anchorage    New York       Seattle
Bellevue     Portland       Shanghai
Los Angeles  San Francisco  Washington, D.C.                          www.dwt.com

Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| | | | same; telephone call with the California Secretary of State Statement of Information unit regarding turnaround time for formal request for certification of filing or non-filing of statement of information |
| 04/22/11 | K. Sager | 2.90 | Discussion with Ms. Goller regarding 12(b)(6) motion (.5); draft response to S. Wellman (.3); review Rule 11 motion and review materials regarding Rule 11 requirements (.4); further communications with Ms. Goller and reporters and team, communicate with plaintiff's counsel (various), and review Oxman letter (1.2); discussion with L. Kohn regarding Rule 11 motion, notice of interested parties/corporate disclosure statement and request for judicial notice and communicate with clients regarding same (.5) |
| 04/22/11 | J. Waggoner | 0.40 | Communicate with K. Sager regarding identification of interested parties/corporate ownership disclosure in light of Chapter 11 (.2); review disclosure form to confirm implied definition of ownership (.2) |
| 04/22/11 | L. Kohn | 3.80 | Draft Request for Judicial Notice (2.3); prepare exhibits to RJN (1.2) research on Brian Oxman, including California bar disciplinary actions (.3) |
| 04/22/11 | B. Planchon | 3.60 | Review negative history report regarding cites for judicial opinion in Motion to Dismiss and prepare summary for L. Kohn |
| 04/23/11 | K. Sager | 2.00 | Draft response to B. Oxman letter (.2); revise motion to dismiss, including communicate with L. Kohn and clients (1.8) |
| 04/24/11 | K. Sager | 3.90 | Review pleadings in 1-800 Lanham Act suit against Dr. Feizbotsh and communications with Mr. Hiltzik regarding same, communications with Ms. Goller and team regarding same (.8); review and revise corporate disclosure and interpled party filings and communicate with L. Kohn regarding same (.6); review and revise request for judicial notice, declaration, proposed order for 12(b)(6) filing tomorrow, including multiple communications with L. Kohn regarding same (1.1); draft Sager declaration and communicate with L. Kohn regarding same (.5); further communicate with L. Kohn regarding motion and related pleadings (.5); further communications with L. Kohn and work on pleadings for filing tomorrow (.4) |

PLEASE REMIT WITH PAYMENT

Anchorage
Bellevue
Los Angeles

New York
Portland
San Francisco

Seattle
Shanghai
Washington, D.C.

www.dwt.com

**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| <u>DATE</u> | <u>PROFESSIONAL</u> | <u>TIME</u> | <u>DESCRIPTION OF SERVICES</u> |
|---|---|---|---|
| 04/24/11 | L. Kohn | 6.80 | Draft corporate disclosure statement and certificate of interested parties (1.2); draft proposed order (1.1); draft notice of related cases (1.0); draft Kohn declaration in support of request for judicial notice (1.7); revise motion to dismiss (1.8) |
| 04/25/11 | K. Sager | 2.30 | Review and revise notice of related cases and communicate with Ms. Goller regarding same (.3); finalize e-mail correspondence to B. Oxman (.1); final review and revisions to 12(b)(6) motion and discussion with L. Kohn regarding same (1.2); discussion with L. Kohn regarding pleadings for 12(b)(6) (.2); review messages from S. Wellman and communicate with Mr. Pfeifer and Ms. Goller regarding same (.3); follow-up communication with clients (.2) |
| 04/25/11 | L. Kohn | 2.50 | Final review of all documents in support of motion to dismiss (2.1): communicate with librarian regarding litigation involving 1 800 GET THIN, LLC, the Omidis, and related entities and review research results (.4) |
| 04/26/11 | B. Johnson | 0.20 | Review litigation hold strategy issues |
| 04/26/11 | K. Sager | 1.40 | Communicate with S. Wellman (.2); communicate with clients and team (.1); review and revise amended notice of related cases (.3); review Oxman e-mail and telephone conference with Ms. Goller (.3); communicate with B. Johnson regarding litigation hold (.2); follow-up with S. Wellman (.1); review e-mail correspondence from Mr. Pfeifer and communicate with team (.2) |
| 04/26/11 | L. Kohn | 0.90 | Prepare amended notice of related cases, including 1 800 GET THIN, LLC v. Does, Case No. BC451507 |
| 04/27/11 | K. Sager | 3.20 | Review e-mail correspondence from S. Wellman and communicate with Ms. Goller (.2); communications with clients regarding potential meeting (.2); telephone conference with Ms. Goller (.3); draft e-mail correspondence with S. Wellman and R. Silverman (.5); telephone conference with Ms. Goller and reporters/editors (.4); finalize e-mail correspondence to S. Wellman (.2); review further communications from Silverman and from Callahan firm and communicate with S. Wellman regarding same (.4); communications with Ms. Goller (.3); review response from Mr. Pfeifer |

PLEASE REMIT WITH PAYMENT


Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| | | | (.3); review Silverman response to motion in Dr. F case (.4) |
| 04/27/11 | L. Kohn | 1.00 | Review opposition filed by Silverman in related Lanham Act case |
| 04/28/11 | K. Sager | 2.40 | Discussion with Ms. Goller and meeting with Ms. Goller, S. Wellman and S. Miller (1.5); follow-up telephone conference with Ms. Goller and Mr. Hiltzik (.3); call with Ms. Goller, Mr. Pfeifer and Mr. Carrigan (.3); discussion with J. Glasser and L. Kohn regarding meeting and next steps (.3); communicate with S. Wellman regarding notice of related cases (.1) |
| 04/30/11 | K. Sager | 0.30 | Communications with Ms. Goller and review communications from reporters |
| | Total Hours Worked | 106.40 | |

**DISBURSEMENT DETAIL**

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 1,252 | 125.20 |
| Total Current Disbursements | | $125.20 |

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

| | |
|---|---|
| Total Current Services | $41,534.50 |
| Less Agreed Discount | (4,153.45) |
| Adjusted Current Services | 37,381.05 |
| Total Current Disbursements | 125.20 |
| | ---------------- |
| Total Current Invoice | $37,506.25 |

**PLEASE REMIT WITH PAYMENT**

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Johnson, B. | 1.20 | 504.00 | 604.80 |
| Sager, K. | 34.50 | 522.00 | 18,009.00 |
| Waggoner, J. | 0.40 | 522.00 | 208.80 |
| Total | 36.10 | | 18,822.60 |
| **Associate** | | | |
| Glasser, J. | 1.50 | 292.50 | 438.75 |
| Kohn, L. | 63.70 | 270.00 | 17,199.00 |
| Total | 65.20 | | 17,637.75 |
| **Paralegal** | | | |
| Gonzaque-Taylor, W. | 1.50 | 171.00 | 256.50 |
| Planchon, B. | 3.60 | 184.50 | 664.20 |
| Total | 5.10 | | 920.70 |
| Total All Classes | 106.40 | | $37,381.05 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $44,417.25 |
| Current Invoice | $37,506.25 |
| Total Balance Due This Matter | $81,923.50 |

## PLEASE REMIT WITH PAYMENT

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com