# EXHIBIT A

 **ZUCKERMAN SPAEDER** LLP   202.778.1800 202.822.8106 fax

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
www.zuckerman.com

November 11, 2011

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:280311
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through September 30, 2011.

By James Sottile
33.60 hours at $725.00 per hour

$ 24,360.00

By Andrew N. Goldfarb
63.60 hours at $600.00 per hour

$ 38,160.00

By P. Andrew Torrez
3.70 hours at $585.00 per hour

$ 2,164.50

By Andrew Caridas
10.50 hours at $340.00 per hour

$ 3,570.00

By Lisa Medoro
18.90 hours at $265.00 per hour

$ 5,008.50

By Jeanne Trahan Faubell
2.50 hours at $175.00 per hour

$ 437.50

TOTAL FEES                                                           $    73,700.50

TOTAL EXPENSES                                                    $           0.00

TOTAL FEES AND EXPENSES THIS PERIOD      $    73,700.50

BALTIMORE          NEW YORK          TAMPA          WASHINGTON, DC

November 11, 2011                                                          Page 2
DESCRIPTION OF SERVICES                                    CLIENT: 12464
                                                                       MATTER: 0001


James Sottile

| | | |
|---|---|---|
| 09/01/11 | 0.30 | Teleconference with J. Bendernagel (Sidley) re MDL motion for state constructive fraud claims and confidentiality claims by Morgan Stanley. |
| 09/09/11 | 1.50 | Review Stern decision re bankruptcy court jurisdiction and subsequent cases and analyze effect on adversary proceedings. |
| 09/09/11 | 1.20 | Review draft Neil settlement agreement. |
| 09/13/11 | 0.50 | Participate in weekly professionals call re status of bankruptcy and litigation. |
| 09/14/11 | 0.50 | Participate in weekly professionals call re status of bankruptcy and litigation matters. |
| 09/14/11 | 0.30 | Review motion to compel banks to produce customer information in third party adversary proceeding. |
| 09/14/11 | 0.20 | Teleconference with J. Bendernagel (Sidley) re motion to compel banks to produce customer information in third party adversary proceeding. |
| 09/15/11 | 0.20 | Teleconference with J. Bendernagel (Sidley) re motion to compel vs. banks and brokers. |
| 09/15/11 | 0.20 | Teleconference with J. Bendernagel (Sidley) re MIP issues. |
| 09/15/11 | 0.20 | Teleconference with B. Krakauer (Sidley) re issues on Neil settlement. |
| 09/16/11 | 1.20 | Review/analysis of MIP motion and related documents. |
| 09/19/11 | 0.50 | Teleconference with A. Goldfarb, D. Rath and A. Landis (Landis Rath) re service of third party complaint and motions to compel banks and brokers to produce customer information. |
| 09/19/11 | 0.30 | Edit memo to Committee re status of lender and third party adversary proceedings. |
| 09/19/11 | 1.90 | Review state law fraudulent conveyance complaints and dockets in connection with MDL Motion. |
| 09/19/11 | 1.50 | Review MDL Transfer Motion and key cases. |
| 09/20/11 | 0.50 | Participate in weekly professionals' call re status of bankruptcy and litigation. |

09/20/11          0.50  Review/analyze objection to Motion to Transfer arguing that
                        adversary proceeding should be transferred and cases cited.

09/20/11          0.50  Review/analyze MDL rules for transfer of tag-along actions.

09/20/11          0.60  Draft memo to Committee re efforts to transfer adversary
                        proceeding as part of MDL motion.

09/20/11          0.90  Review and comment on legal memo re implications of
                        Supreme Court Stern decision for plan confirmation.

09/20/11          0.20  Teleconference with D. Zensky (Akin) re issues on MDL
                        motion to transfer.

09/20/11          0.30  Teleconferences with J. Bendernagel (Sidley) re issues on
                        MDL motion to transfer.

09/20/11          0.10  Teleconference with D. LeMay (Chadbourne) re issues on
                        MDL motion to transfer.

09/20/11          1.50  Begin review of other responses and objections to MDL
                        transfer motion.

09/20/11          0.30  Review and comment on draft response to "tag-along" notice
                        on MDL motion to transfer.

09/21/11          0.20  Teleconference with J. Bendernagel (Sidley) re issues on
                        MDL Transfer Motion.

09/21/11          1.10  Continued review of oppositions to MDL Transfer Motion.

09/22/11          1.20  Review memoranda and pleadings related to state law
                        constructive fraud claims and MDL Transfer Motion to
                        prepare for Committee meeting.

09/22/11          2.00  Participate in telephonic meeting of Creditors Committee.

09/22/11          0.60  Conference with H. Seife, D. LeMay, D. Deutsch and M.
                        Roitman (Chadbourne & Parke) re case strategy.

09/22/11          0.20  Review revised draft of Committee brief on MDL Transfer
                        Motion.

09/22/11          1.80  Close review/analysis of Washington Mutual decision on plan
                        confirmation and consideration of implications for Tribune
                        confirmation proceedings.

09/23/11          1.80  Continued review of filings re MDL Transfer Motion.

09/23/11          1.90  Research NY case law re fraudulent conveyance claims in
                        connection with MDL Transfer motion.

09/27/11          0.90  Review case law re conduit defense to fraudulent conveyance
                        claims raised by certain defendants to adversary proceedings.

November 11, 2011                                                                                   Page 4

| 09/27/11 | 0.40 | Review and revise motion to compel defendants to produce information on recipients of shareholder payments. |
|---|---|---|
| 09/28/11 | 0.20 | Teleconference with D. Golden (Akin) re motion to extend time to serve preference complaints. |
| 09/28/11 | 0.30 | Review hearing transcripts re preference claims and plan confirmation. |
| 09/28/11 | 0.60 | Review/analyze defendants' motions to dismiss Retirees' Delaware complaint based on conduit defense. |
| 09/28/11 | 1.50 | Analyze relationship between state law constructive fraudulent transfer claims filed by Noteholders and Retirees and Committee intentional fraudulent transfer claims, including review relevant case law and elements of claims. |
| 09/29/11 | 1.20 | Further analysis of effect of Stern v. Marshall decision on adversary proceedings. |
| 09/29/11 | 1.20 | Review/analyze case law re "conduit" defense to fraudulent transfer actions and consider application in various factual scenarios. |
| 09/30/11 | 0.60 | Review motion to extend time to serve preference complaints and key cases cited. |

P. Andrew Torrez

| 09/07/11 | 0.20 | Review filed orders including order amending definition of termination event and omnibus scheduling order. |
|---|---|---|
| 09/08/11 | 0.70 | Review debtors' motion for order authorizing implementation of management incentive plan. |
| 09/08/11 | 0.10 | Review corrected LA Times article regarding management incentive plan. |
| 09/08/11 | 0.30 | Review motion for extension of time to effectuate service regarding preference claims. |
| 09/12/11 | 0.10 | Review motion for extension of time to effect service. |
| 09/12/11 | 0.20 | Review motion to dismiss certain insider preference actions below $50,000. |
| 09/14/11 | 0.50 | Review draft motion to compel. |
| 09/19/11 | 0.20 | Review e-mail correspondence and pleadings including notice of hearing, certification of counsel and entry of appearance. |
| 09/27/11 | 1.10 | Review memorandum updating Committee on the status of shareholder discovery and service in the Third Party Action and Lender Action. |

November 11, 2011                                                                                          Page 5

| | | |
|---|---|---|
| 09/28/11 | 0.30 | Review committee motion for authority to dismiss certain insider preference actions under 50k. |

Andrew N. Goldfarb

| | | |
|---|---|---|
| 09/01/11 | 0.20 | Emails with J. Green (LRC) re shareholder discovery production to subpoenaing parties. |
| 09/01/11 | 0.20 | Call with L. Medoro and A. Caridas re service on foreign lender defendants. |
| 09/01/11 | 0.40 | Emails with L. Medoro and A. Caridas re same. |
| 09/01/11 | 0.30 | Review and revise draft motion to extend service time on preference actions. |
| 09/01/11 | 0.10 | Emails with R. Cobb (LRC) re same. |
| 09/01/11 | 0.20 | Revise draft memo to Committee re status of adversary proceedings. |
| 09/01/11 | 0.10 | Emails with D. Newman (Akin) to coordinate call re shareholder discovery. |
| 09/02/11 | 0.80 | Call with D. Newman and M. Hurley (Akin), J. Green (LRC), and A. Caridas re shareholder discovery. |
| 09/02/11 | 0.20 | Call with J. Green (LRC) to prepare for Akin call on shareholder discovery. |
| 09/02/11 | 0.20 | Review and send shareholder discovery spreadsheet to J. Fourmaux (Friedman Kaplan). |
| 09/06/11 | 0.10 | Exchange emails with J. Green (LRC) re drafting of motion to compel. |
| 09/06/11 | 0.10 | Review and edit draft Intralinks posting note from Chadbourne & Parke. |
| 09/06/11 | 0.10 | Email A. Saavedra (Weil) re Morgan Stanley shareholder discovery issues. |
| 09/07/11 | 0.10 | Call with D. Newman (Akin) re certificates of service in third party action. |
| 09/07/11 | 0.10 | Review revised draft motion to extend service period for preference actions. |
| 09/08/11 | 0.30 | Analyze confidentiality agreement between Committee and Aurelius. |
| 09/08/11 | 0.30 | Email J. Fourmaux re Aurelius request re shareholder information disclosure. |

November 11, 2011                                                                                          Page 6

| | | |
|---|---|---|
| 09/08/11 | 0.10 | Email L. Medoro and A. Caridas re status of Tribune service project. |
| 09/08/11 | 0.10 | Email A. Caridas re status of T. Macauley's withdrawal filing. |
| 09/11/11 | 1.00 | Legal research for motion to compel discovery. |
| 09/11/11 | 2.00 | Begin drafting motion to compel discovery in third party action. |
| 09/12/11 | 9.00 | Draft and revise motion to compel. |
| 09/12/11 | 2.30 | Legal and fact research for motion to compel. |
| 09/12/11 | 0.20 | Review and comment on amended notice of SVG appearance and stipulation. |
| 09/13/11 | 0.50 | Participate in weekly professionals' call re status of bankruptcy, litigation, and plan confirmation matters. |
| 09/13/11 | 1.20 | Review and revise motion to compel. |
| 09/13/11 | 0.20 | Confer with J. Green (LRC) re motion to compel. |
| 09/13/11 | 0.10 | Email and confer with A. Caridas re notice of appearance of local counsel and lender action service. |
| 09/13/11 | 0.10 | Circulate revised motion to compel brief to LRC and Zuckerman Spaeder team with comments. |
| 09/13/11 | 0.10 | Exchange emails with R. Cobb (LRC) re meet-and-confer requirements in bankruptcy rules. |
| 09/14/11 | 1.50 | Revise draft motion to compel incorporating comments and edits. |
| 09/14/11 | 0.20 | Email to D. Deutsch (Chadbourne & Parke) re posting of draft Motion to Compel with Intralinks cover note. |
| 09/14/11 | 0.10 | Email P. Guirguis (Fulbright) re Northern Trust shareholder information discovery. |
| 09/14/11 | 0.10 | Email Tribune counsel (Sidley) re motion to compel. |
| 09/14/11 | 0.30 | Respond to H. Neier (Friedman Kaplan) re request for shareholder information. |
| 09/14/11 | 0.10 | Email to LRC and SVG re filings on counsel withdrawal and notice of appearance. |
| 09/15/11 | 0.50 | Draft proposed order for motion to compel. |
| 09/15/11 | 0.20 | Email LRC re proposed order to motion to compel. |

November 11, 2011                                                                                        Page 7

| 09/15/11 | 0.20 | Confer with J. Green (LRC) re Milbank client objections and motion to compel order. |
| 09/15/11 | 0.60 | Review spreadsheet of Shareholder Defendants. |
| 09/15/11 | 0.20 | Confer with L. Medoro re shareholder defendant spreadsheet. |
| 09/15/11 | 0.10 | Email H. Neier (Friedman Kaplan) re shareholder info contacts. |
| 09/15/11 | 0.20 | Confer with J. Sottile via email re UCC motion to compel. |
| 09/15/11 | 0.20 | Confer with J. Green via email re timing of hearing on motion to compel. |
| 09/16/11 | 3.50 | Revise draft motion in light of revised discovery requests, comments received and other developments. |
| 09/16/11 | 0.50 | Review objections to Committee's Rule 34 Requests from several Milbank clients. |
| 09/16/11 | 0.30 | Exchange emails with J. Green (LRC) re scope of motion to compel and service of third party complaints. |
| 09/16/11 | 0.40 | Exchange emails with S. Sulkowski (Milbank) re objections to Committee discovery requests and service. |
| 09/16/11 | 0.30 | Call with J. Bendernagel (Sidley) re draft motion to compel. |
| 09/16/11 | 0.40 | Revise memo to Committee re status of discovery. |
| 09/16/11 | 0.20 | Confer with J. Sottile via email re addressing current LBO debt holders who have sold positions. |
| 09/16/11 | 0.20 | Confer via email with LRC re service issues. |
| 09/16/11 | 0.30 | Analyze LBO proceeds documents in connection with motion to compel. |
| 09/18/11 | 1.00 | Revise memorandum to Committee re discovery status. |
| 09/19/11 | 1.00 | Review of shareholder discovery material from JPM and other parties. |
| 09/19/11 | 0.90 | Call with J. Sottile, A. Landis and D. Rath (LRC) re third party complaint issues. |
| 09/19/11 | 0.50 | Review documents and Chadbourne & Parke memo on possible amendments to third-party complaint. |
| 09/19/11 | 0.40 | Revise draft memo to UCC on status of discovery and service efforts. |
| 09/19/11 | 0.20 | Emails with S. Sulkowski (Milbank) re numerous of Milbank's clients' responses to Committee Rule 34 requests. |

November 11, 2011                                                                                    Page 8

| 09/19/11 | 0.20 | Emails with L. Medoro re spreadsheet of shareholder discovery responses. |
| 09/20/11 | 0.70 | Participate in weekly professionals' call re status of bankruptcy, confirmation, and litigation matters. |
| 09/20/11 | 0.40 | Call with D. Rath (LRC) re amending complaint and timing. |
| 09/20/11 | 0.50 | Research MDL rules. |
| 09/20/11 | 0.30 | Review 9/15 filing seeking to add third party action to MDL. |
| 09/20/11 | 0.50 | Review caselaw on tag-along actions. |
| 09/20/11 | 0.20 | Confer with J. Sottile re Committee response on MDL issue. |
| 09/20/11 | 0.10 | Email to Chadbourne & Parke re Zuckerman Spaeder draft of Committee response on MDL tag-along issue. |
| 09/20/11 | 0.10 | Review J. Sottile memo to Committee re recommended response on MDL issue. |
| 09/20/11 | 0.20 | Review D. Deutsch (Chadbourne) suggested revisions to Committee memorandum. |
| 09/20/11 | 1.70 | Draft and revise brief on MDL issue. |
| 09/20/11 | 0.30 | Revise draft memo to Committee based on brief. |
| 09/20/11 | 0.80 | Revise draft memo to Committee based on D. Deutsch (Chadbourne & Parke) comments. |
| 09/20/11 | 0.20 | Confer with J. Sottile and review Committee motion on 4(m) extension in preference actions. |
| 09/20/11 | 0.20 | Send draft memorandum and brief to Chadbourne & Parke and LRC for comment. |
| 09/20/11 | 0.10 | Confer with A. Caridas re Tribune foreign service project. |
| 09/21/11 | 1.20 | Research MDL caselaw on tag-alongs. |
| 09/21/11 | 0.20 | Review and respond to M. Ashley (Chadbourne & Parke) comments on MDL response draft brief. |
| 09/21/11 | 0.40 | Review Sandelman lender action issues. |
| 09/21/11 | 0.60 | Draft and revise email to Sandelman contact re lender action. |
| 09/21/11 | 0.20 | Confer with LRC re shareholder action service and Sandelman. |
| 09/21/11 | 0.20 | Revise draft memo to Committee per additional Chadbourne & Parke comments. |

| | | |
|---|---|---|
| 09/21/11 | 0.10 | Emails with J. Sottile re Committee prior actions to notify shareholders re Committee action. |
| 09/21/11 | 0.20 | Email J. Sottile re motion to extend service date on individual preference actions. |
| 09/21/11 | 0.10 | Emails with D. Deutsch (Chadbourne & Parke) re helping coordinate posting of memo to Committee. |
| 09/21/11 | 0.10 | Review communications on trial transcript question. |
| 09/22/11 | 0.70 | Review and revise draft response on MDL objection. |
| 09/22/11 | 0.30 | Call with R. Cobb (LRC) re motion to modify service deadline and service issues. |
| 09/22/11 | 0.20 | Address potential conflict issue regarding defendant in the lender action. |
| 09/22/11 | 0.20 | Email J. Sottile report on call with R. Cobb. |
| 09/22/11 | 0.60 | Finalize and serve Committee's MDL response. |
| 09/22/11 | 0.10 | Email J. Sottile re shareholder discovery issue concerning Deutsche Bank Securities. |
| 09/22/11 | 1.90 | Revise draft motion to compel to add additional parties. |
| 09/22/11 | 0.10 | Email J. Green (LRC) re drafting of the motion to amend complaint to account for shareholder discovery. |
| 09/22/11 | 0.20 | Email to Northern Trust counsel (Fulbright) re shareholder discovery. |
| 09/22/11 | 0.10 | Email to M&I Bank counsel (A. Oettinger) re shareholder discovery. |
| 09/23/11 | 0.40 | Revise and finalize memorandum to Committee re discovery and service status. |
| 09/23/11 | 0.20 | Revise/edit draft memo to Committee from LRC re Sandelman. |
| 09/23/11 | 1.40 | Revise draft motion to compel for shareholder defendants. |
| 09/23/11 | 0.20 | Attention to query re potential conflict issue regarding lender action defendant. |
| 09/23/11 | 0.20 | Emails to Northern Trust counsel (Fulbright) re shareholder discovery. |
| 09/23/11 | 0.10 | Email to M&I Bank counsel (A. Oettinger) re shareholder discovery. |
| 09/23/11 | 0.10 | Confer with J. Green (LRC) re Sandelman. |

| 09/26/11 | 0.40 | Call with Sandelman liquidating personnel at E&Y. |
| 09/26/11 | 0.10 | Confer with A. Caridas re update on foreign lender action service. |
| 09/26/11 | 0.40 | Email LRC and J. Sottile re Sandelman issues. |
| 09/27/11 | 0.40 | Participate in Committee's weekly professionals' call re status of bankruptcy, litigation, and other matters. |
| 09/27/11 | 1.00 | Review and edit draft brief in support of motion to amend. |
| 09/27/11 | 0.20 | Confer with J. Sottile re various Tribune matters, including motion to compel and shareholder discovery status. |
| 09/27/11 | 0.20 | Revise and finalize letter to Viking Global. |
| 09/27/11 | 1.30 | Revise motion to compel re additional parties. |
| 09/27/11 | 0.10 | Confer with J. Green (SVG) re suggested approach to Viking Global and similar issues. |
| 09/27/11 | 0.30 | Email H. Seife (Chadbourne & Parke) re motion to compel strategy. |
| 09/27/11 | 0.20 | Emails with R. Cobb (LRC) re motion to amend timing and strategy. |
| 09/28/11 | 0.20 | Confer with J. Green and J. Drobish (LRC) re motion to amend. |
| 09/28/11 | 0.20 | Send Exhibit A additions to LRC for inclusion in amended exhibit. |
| 09/28/11 | 0.30 | Research caselaw in connection with motion to amend. |
| 09/28/11 | 0.20 | Revise and circulate draft motion to amend. |
| 09/28/11 | 0.20 | Confer with J. Sottile re motion to extend service date for individual preference actions. |
| 09/28/11 | 0.10 | Email A. Caridas and L. Medoro re assistance with motion to amend project. |
| 09/28/11 | 0.40 | Call with LRC (J. Green. R. Cobb, R. Butcher) re motion to amend issues. |
| 09/28/11 | 0.20 | Email to J. Sottile re strategy for motion to amend. |
| 09/28/11 | 0.10 | Email with J. Green (LRC) re service of motion to amend. |
| 09/28/11 | 0.10 | Email to A. Caridas re foreign service of process issue. |
| 09/28/11 | 0.20 | Meet with L. Medoro re Ex. A project for motion to amend. |

| | | |
|---|---|---|
| 09/28/11 | 0.30 | Review T:drive files to help coordinate Ex. A project for motion to amend. |
| 09/28/11 | 0.20 | Email DCL counsel re further extension of stay termination date. |
| 09/28/11 | 0.30 | Review B. Kirby (Chadbourne & Parke) research and email re initial/mediate transferee issues. |
| 09/28/11 | 0.20 | Revise draft footnote to motion to amend. |
| 09/28/11 | 0.20 | Review revised motion to amend. |
| 09/28/11 | 0.10 | Emails with LRC re revised motion to amend. |
| 09/28/11 | 0.30 | Finalize and send letter to Viking Global and counsel. |
| 09/28/11 | 0.20 | Email J. Green (LRC) re T: drive files for motion to amend. |
| 09/28/11 | 0.20 | Send to LRC revised proposed order for motion to amend. |
| 09/29/11 | 0.10 | Email J. Sottile re Sandelman situation. |
| 09/29/11 | 0.20 | Review L. Kitching (E&Y) emails re Sandelman. |
| 09/29/11 | 0.10 | Email S. D'Amore (Winston & Strawn) re Duff & Phelps and third party action status. |
| 09/29/11 | 0.10 | Coordinate docketing of tolling agreements expirations. |
| 09/29/11 | 0.10 | Email L. Medoro re Ex. A amendment project. |
| 09/30/11 | 0.30 | Call with Mercer Partners re Sandelman funds. |
| 09/30/11 | 0.50 | Revise draft memo to UCC re Sandelman. |
| 09/30/11 | 0.20 | Confer with J. Sottile via email re Sandelman memo. |
| 09/30/11 | 0.30 | Re-analyze Sandelman liquidator's emails and background for issue. |
| 09/30/11 | 0.20 | Confer with L. Medoro re Exhibit A project. |
| 09/30/11 | 0.10 | Review Ex. A addendum for inclusion in motion to compel. |
| 09/30/11 | 0.10 | Call to S. D'Amore (Winston & Strawn) re Duff & Phelps. |
| 09/30/11 | 0.10 | Emails to counsel for Debtors and J. Sottile re proposed second amended complaint. |
| 09/30/11 | 0.10 | Email to counsel for Noteholders re proposed second amended complaint. |
| 09/30/11 | 0.20 | Confer via email with J. Green (LRC) re additions to Exhibit A. |

Andrew Caridas

November 11, 2011                                                                                    Page 12

| 09/01/11 | 0.50 | Participate in conference call re service. |
|---|---|---|
| 09/01/11 | 0.70 | Correspond with court clerk regarding international service. |
| 09/02/11 | 0.40 | Correspond with Charter Investments re discovery requests. |
| 09/02/11 | 0.30 | Correspond with Schultze Asset re discovery requests. |
| 09/02/11 | 0.50 | Correspond with Weintraub Capital re discovery requests. |
| 09/02/11 | 0.20 | Correspond with TD Asset management re discovery requests |
| 09/02/11 | 0.60 | Participate in teleconference with Akin Gump re shareholder discovery. |
| 09/08/11 | 0.80 | Correspondence and meeting regarding Channing Capital discovery. |
| 09/08/11 | 0.50 | Correspondence and meeting regarding foreign service. |
| 09/12/11 | 2.30 | Revise substitution of counsel and notice of appearance. |
| 09/16/11 | 0.70 | Correspondence with Winston Strawn regarding document production. |
| 09/21/11 | 0.20 | Correspondence re discovery requests to Loring, Wolcott & Coolidge. |
| 09/23/11 | 0.80 | Correspondence with court and local counsel re foreign service. |
| 09/28/11 | 0.30 | Correspondence re foreign service. |
| 09/28/11 | 0.60 | Review correspondence re amended complaint. |
| 09/28/11 | 0.60 | Correspondence re discovery request to Charter trust. |
| 09/29/11 | 0.50 | Correspondence re LRC remote access. |

Lisa Medoro

| 09/01/11 | 3.40 | Continue to review and combine production spreadsheets from JPM and US National Bank Association relating to step one and step two account data. |
|---|---|---|
| 09/01/11 | 0.20 | Call with A. Goldfarb and A. Caridas regarding service of summons on defendants with international addresses. |
| 09/01/11 | 0.70 | Research requirements for international registered mail and return receipts. |
| 09/01/11 | 0.20 | E-mail correspondence with A. Goldfarb and A. Caridas regarding requirements for international registered mails and return receipts. |

November 11, 2011                                                                         Page 13

| 09/01/11 | 0.30 | Prepare and finalize third party complaint package to National Financial Services LLC. |
| 09/01/11 | 0.20 | E-mail correspondence with A. Goldfarb and A. Caridas regarding service to National Financial Services LLC. |
| 09/02/11 | 0.50 | Edit and revise complaint tracking spreadsheet. |
| 09/07/11 | 2.00 | Edit and revise complaint tracking spreadsheet to include additional addresses found for defendants. |
| 09/13/11 | 1.10 | Cite check motion to compel production documents. |
| 09/13/11 | 0.60 | Edit and revise complaint tracking spreadsheet. |
| 09/19/11 | 4.70 | Review, edit and revise Exhibit A annex. |
| 09/28/11 | 0.20 | Meet and confer with A. Goldfarb regarding Exhibit A template and Landis Rath remote desktop. |
| 09/28/11 | 0.20 | Log in to Landis Rath remote desktop and review information relating to Exhibit A. |
| 09/29/11 | 2.60 | Review documents related to Step One and Step Two LBO payments and revise Exhibit A to reflect the same. |
| 09/30/11 | 2.00 | Continue to review documents relating to Step One and Step Two LBO payments and edit and revise exhibit A to reflect the same. |

Jeanne Trahan Faubell

| 09/20/11 | 2.50 | Research to identify the dockets involving motions for consolidating into an MDL styled as "Tribune Fraudulent Conveyance Litigation" the many actions filed by Deutsche Bank Americas. |

 **ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

November 11, 2011

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:280312
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

---

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through September 30, 2011.

By Graeme W. Bush
    0.20  hours at $850.00  per hour      $      170.00

By Andrew N. Goldfarb
    3.40  hours at $600.00  per hour      $      2,040.00

|  |  |
|---|---|
| TOTAL FEES | $ 2,210.00 |
| TOTAL EXPENSES | $ 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ 2,210.00 |

November 11, 2011                                                                                    Page 2

DESCRIPTION OF SERVICES                                          CLIENT: 12464
                                                                 MATTER: 0002


Andrew N. Goldfarb

09/01/11            0.20  Coordinate with J. Clark re preparation of 24th monthly fee
                          application.

09/01/11            0.10  Review expense chart in connection with 24th monthly fee
                          application.

09/02/11            0.90  Revise/finalize and file 24th monthly fee application.

09/07/11            0.10  Email 24th monthly fee application to fee examiner.

09/09/11            0.10  Review Tribune wire for holdback.

09/09/11            0.10  Email V. Garlati (Tribune) re holdback amount.

09/15/11            0.60  Analyze and confirm correct calculation of payment of
                          holdback.

09/15/11            0.10  Emails with D. Beazie (Tribune) re holdback wire amount.

09/27/11            1.00  Review timesheets for compliance with local rules for
                          Zuckerman Spaeder's 25th monthly fee application.

09/28/11            0.20  Review and revise draft of Zuckerman Spaeder 25th monthly
                          fee application.


Graeme W. Bush

09/13/11            0.20  E-mail exchange with Andrew Goldfarb regarding billing
                          issue.