# EXHIBIT B

Tribune Company, No. 08-13141 (KJC)
Zuckerman Spaeder LLP
26th Monthly Fee Application
Period 9/1/11-9/30/11

| EXPENSES | AMOUNT | DATE OF SERVICE | | TOTALS |
|---|---|---|---|---|
| | | | | |
| TRAVEL | $ 210.00 | 9/20/2011 | JS | |
| | | | | |
| Total | $ 210.00 | | | $ 210.00 |
| | | | | |
| TAXI/SUBWAY SERVICE | $ 20.00 | 9/20/2011 | JS | |
| | | | | |
| Total | $ 20.00 | | | $ 20.00 |
| | | | | |
| FILING FEES - | | | | |
| Parcels, Inc. | $ 4,990.00 | 9/28/2011 | | |
| | | | | |
| Total | $ 4,990.00 | | | $ 4,990.00 |
| | | | | |
| EXPRESS DELIVERY | | | | |
| FedEx | $ 12.80 | 9/6/2011 | | |
| FedEx | $ 22.09 | 9/20/2011 | | |
| FedEx | $ 16.33 | 9/28/2011 | | |
| | | | | |
| Total | $ 51.22 | | | $ 51.22 |
| | | | | |
| COURIER | | | | |
| Washington Express LLC | $ 265.53 | 9/12/2011 | | |
| | | | | |
| Total | $ 265.53 | | | $ 265.53 |
| | | | | |
| TELEPHONE CONFERENCING | | | | |
| SOUNDPATH | $ 14.07 | 9/27/2011 | | |
| | | | | |
| Total | $ 14.07 | | | $ 14.07 |
| | | | | |
| LONG DISTANCE CALLS | $ 0.12 | 9/1/2011 | | |
| | $ 1.68 | 9/2/2011 | | |
| | $ 0.48 | 9/2/2011 | | |
| | $ 0.12 | 9/9/2011 | | |
| | $ 0.36 | 9/14/2011 | | |
| | $ 0.36 | 9/15/2011 | | |
| | $ 1.68 | 9/15/2011 | | |
| | $ 0.12 | 9/20/2011 | | |
| | $ 2.16 | 9/20/2011 | | |
| | $ 0.60 | 9/21/2011 | | |
| | $ 1.32 | 9/21/2011 | | |
| | $ 1.44 | 9/21/2011 | | |
| | $ 0.84 | 9/21/2011 | | |
| | $ 0.24 | 9/21/2011 | | |
| | $ 0.24 | 9/23/2011 | | |
| | $ 0.12 | 9/23/2011 | | |
| | $ 0.24 | 9/23/2011 | | |
| | $ 2.52 | 9/26/2011 | | |
| | $ 0.60 | 9/27/2011 | | |
| | $ 0.12 | 9/27/2011 | | |
| | $ 1.20 | 9/29/2011 | | |
| | $ 0.36 | 9/30/2011 | | |
| | | | | |
| Total | $ 16.92 | | | $ 16.92 |
| | | | | |
| IN HOUSE COPY | | | | |
| | $ 0.80 | 9/1/2011 | | |
| | $ 11.90 | 9/15/2011 | | |
| | | | | |
| Total | $ 12.70 | | | $ 12.70 |

| EXPENSES | AMOUNT | DATE OF SERVICE | TOTALS |
|---|---|---|---|
| **OUTSIDE SERVICES** | | | |
| LexisNexis Risk Data Management | $ 211.45 | 9/14/2011 | |
| Total | $ 211.45 | | $ 211.45 |
| **WESTLAW RESEARCH** | | | |
| | $ 264.45 | 5/31/2011 | |
| | $ 120.73 | 8/31/2011 | |
| Total | $ 385.18 | | $ 385.18 |
| **POSTAGE** | $ 7.85 | 9/1/2011 | |
| Total | $ 7.85 | | $ 7.85 |
| **MISCELLANEOUS EXPENSES** | | | |
| BB&T Financial | $ 84.92 | 9/21/2011 | |
| Total | $ 84.92 | | $ 84.92 |
| **GRAND TOTAL** | | | $ 6,269.84 |