## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT REGARDING THE AMENDED SIXTH INTERIM FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP

Stuart Maue (the "**Fee Examiner**") submits this Final Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") in connection with the *Amended Sixth Interim Fee Application of PricewaterhouseCoopers LLP* [Docket No. 6666] (the "**Fee Application**"). The Fee Application seeks approval of fees that total $816,524.00 ($643,537.00 in fixed fee services and $172,987.00 in hourly services) and reimbursement

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

of expenses that total $3,140.27 for the period from March 1, 2010 through May 31, 2010. PricewaterhouseCoopers LLP ("**PwC**") serves as compensation and tax advisors and independent auditors to the Debtors and Debtors-in-Possession, as well as a provider of advisory services in connection with the application of fresh start accounting services.

## Background

1.       On December 8, 2008 (the "**Petition Date**"), Tribune Company and its listed subsidiaries and affiliates (each a "**Debtor**" and collectively the "**Debtors**") each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.  Under this Court's *Order Directing Joint Administration Chapter 11 Cases* dated December 10, 2009 [Docket No. 43], these cases are being jointly administered pursuant to Rule 1015(b) of the Bankruptcy Rules.

2.       On December 26, 2008, the Debtors filed the *Application for an Order Authorizing Debtors to Retain and Employ PricewaterhouseCoopers LLP as Compensation and Tax Advisors and Independent Auditors to the Debtors Pursuant to 11 U.S.C. Sections 327(a) and 1107, Nunc Pro Tunc to the Petition Date* [Docket No. 143] (the "**Retention Application**").  On March 3, 2009, this Court approved the retention of PwC as compensation and tax advisors and independent auditors to the Debtors by entering the *Order Authorizing Debtors to Retain and Employ PricewaterhouseCoopers LLP as Compensation and Tax Advisors and Independent Auditors to the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 470]  (the "**Retention Order**").

3.       On April 30, 2010, the Debtors filed the *Supplemental Application for an Order Modifying the Scope of the Retention of PricewaterhouseCoopers LLP to Include Certain Advisory Services in Connection with the Application of Fresh Start Accounting Services Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to February 8, 2010* [Docket No. 4216] (the "**Supplemental Application**").

4.       On May 14, 2010, this Court modified the retention of PwC by entering the *Order Modifying the Scope of the Retention of PricewaterhouseCoopers LLP to Include Certain Advisory*

*Services in Connection with the Application of Fresh Start Accounting Pursuant to 11 U.S.C. §§ 327(a)*
*and 1107, Nunc Pro Tunc to February 8, 2010* [Docket No. 4414] (the "**Supplemental Retention**
**Order**").

5.      On January 11, 2011, in response to the Court's request for clarification of PwC's fixed
fee billing arrangements, PwC filed the Certification of William T. England in Support of Interim Fee
Applications of PricewaterhouseCoopers LLP for Compensation for Services Rendered and
Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the
Debtors and Debtors in Possession [Docket No. 7469] (the "**Fee Application Certification**"). PwC's
Fee Application Certification described in detail the fixed fee arrangements contained in the above-
referenced retention related documents, as well as those contained in seven (7) of the now ten (10)
Declarations of William T. England, which include numerous original and amended Engagement
Letters between PwC and the Debtors.

6.      PwC submitted the Fee Application pursuant to the *Order Establishing Procedures for*
*Interim Compensation and Reimbursement of Expenses of Professionals*, (January 15, 2009) [Docket
No. 225] (the "**Interim Compensation Order**").

<u>**Applicable Standards**</u>

7.      In light of the size and complexity of these Chapter 11 cases, this Court appointed the
Fee Examiner "to act as a special consultant to the Court for professional fee and expense analysis and
review, as described in [the Fee Examiner Order]" and observed that "it is necessary to establish
uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals
to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and
guidelines." *Fee Examiner Order* ¶¶ 1, 3.

8.      The Fee Examiner reviewed the Fee Application for compliance with sections 330 and
331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure
(the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of

Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**").  In addition, the Fee Examiner reviewed the Fee Application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

9.    Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals "reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A)*.  In evaluating the amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F)*.

10.    A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses were necessary, reasonable, and actually incurred.  A fee application must comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules.  Moreover, the exercise of billing judgment is an inherent and unavoidable component of every fee application.  A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

11.     The Fee Examiner completed the preliminary evaluation of the Fee Application, the Retention Application, the Retention Order, the Supplemental Application, the Supplemental Retention Order, the Interim Compensation Order, and all related filings and provided PwC with a Preliminary Report for review and comment.   PwC submitted a written response to the Preliminary Report. Subsequent to the firm's response to the Fee Examiner, PwC filed the Fee Application Certification to clarify compensation questions raised by the Court.   After consideration of the additional information provided by the firm, the Fee Examiner now issues this final report (the **"Final Report"**) "in a format designed to opine whether the requested fees of the Case Professional meet the applicable standards of section 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Guidelines." *Fee Examiner Order ¶5.*

## DISCUSSION OF FINDINGS

### Fixed Services

12.     The Fee Application requested a total of $643,537.00[2] for fixed fee services for the 2009 and 2010 Consolidated Audits and provided a summary displaying the professionals, their positions, and the associated time that totaled 2,661.40 hours.   With regard to fixed-fee engagements, the Retention Order only required PwC to submit time records in a summary format.   The firm met this minimal requirement. Further, PwC certified to the Court that its fixed fee arrangements are based on the estimated time required by the individuals assigned to the engagement to complete all necessary tasks and services. PwC also certified that the 2008, 2009 and 2010 Audit Engagement Letters, and all amendments thereto, were each executed after receiving approval from the Debtors' independent audit committee, which scrutinized the compensation provisions. Pursuant to the Retention Order and taking into consideration the certification made by PwC to the Court, the Fee Examiner makes no findings

---

[2] PwC has confirmed that a mathematical error has occurred that relates to the 2009 Consolidated Audit fixed fee. PwC has already credited the Debtors the error, valued at $18,000.00, in the Eighth Interim Fee Application. The total amount of compensation sought for the eighth interim period was reduced from $776,756.50 to $758,756.50.  (Amended Eighth Interim Fee Application, page 2, footnote 3.) As such, the $18,000.00 is not addressed in the calculations in this Final Report.

regarding the propriety of the fixed fee services. Should the Court request additional detail and/or information from PwC, upon instruction, the Fee Examiner will review such material and supplement this report.

## Hourly Services

## Technical Requirements

13.   **Reconciliation of Fees and Expenses.** The Fee Examiner compared the total amount of hourly fees ($172,987.00) and expenses ($3,140.27) requested in the Fee Application ("**Fees Requested**" and "**Expenses Requested**") to the fees and expenses actually documented in the electronic and/or hard copy data received from the firm ("**Fees Computed**" and "**Expenses Computed**"). The Fee Examiner identified no discrepancies between the Fees Requested and the Fees Computed, nor any discrepancies between the Expenses Requested and the Expenses Computed.

14.   **Block Billing.**[3] The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment." *Local Rule 2016-2(d)(vii)*. The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." *UST Guidelines ¶(b)(4)(v)*.[4] PwC complied with the Local Rules and UST Guidelines.

---

[3] The Fee Examiner's methodology for reviewing fees includes addressing the uncertainty of quantifying time resulting from block billing. Block billing is the practice of billing more than one task in a single entry with a single time increment assigned to the entire entry. As an alternative to discounting the entire amount billed for an entry that is block billed, the Fee Examiner assigns an equal proportional amount of time to each of the tasks contained within the blocked entry. This methodology has been adopted by courts when evaluating fees and ruling on fee applications, and presents a reasonable alternative to discounting block billed time entries in their entirety.

[4] The judicial response to block billing varies. Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g.*, *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g.*, *In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007). Across the board cuts range from five to 100 percent. *See id.* at 495 n.7 and cases cited.

15.    **Time Increments.**    The PwC Retention Order indicates that "for hourly rate engagements, PwC may submit time records in ½-hour increments" effectively waiving the Local Rules and UST Guidelines requiring professionals to bill in tenths of an hour. *Retention Order* at 4. PwC complied with the waiver and allowance of ½-hour time increments.

### Review of Hourly Fees

16.    **Firm Staffing.**    The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11." *UST Guidelines ¶(b)(1)(iii)*.  The Fee Application provided the names, positions, and hourly rates of the 24 PwC timekeepers who billed to this matter, consisting of 7 partners, 1 senior managing director, 5 directors, 2 managers, 4 senior associates, and 5 associates. A summary of hours and fees billed by each timekeeper is displayed in **Exhibit A**.[5]

The firm invoiced a total of 410.00 hours with associated fees of $172,987.00 for the hourly services.   The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 80.90 | 20% | $ 55,772.00 | 32% |
| Senior Managing Director | 1.40 | * | 840.00 | * |
| Director | 135.00 | 33% | 64,445.00 | 37% |
| Manager | 14.00 | 3% | 4,677.50 | 3% |
| Senior Associate | 84.90 | 21% | 24,834.00 | 14% |
| Associate | 93.80 | 23% | 22,418.50 | 13% |
| TOTAL | 410.00 | 100% | $172,987.00 | 100% |

\* Less than 1%

The blended hourly rate for the PwC professionals is $421.92.

---

[5] This Final Report includes exhibits that detail and support the findings discussed herein.  Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit. The tasks included in a specific category are underlined in the fee exhibits.  For purpose of context, other tasks within the same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit category.

17. **Hourly Rate Increases.** PwC did not increase the hourly rate of any timekeeper during this interim period.

18. **Timekeepers' Roles.** A court may not allow compensation of fees for duplicative or unnecessary services. *See 11 U.S.C. § 330(4)*. With this directive in mind, the Fee Examiner reviewed the billing entries of each timekeeper to evaluate his or her contribution, including a comparison to others' efforts. Most PwC timekeepers appeared to perform either core team responsibilities necessary to the engagement, or performed limited but discrete, necessary, and/or fungible tasks that did not appear to be duplicated by other professionals. However, the Fee Examiner did request additional information from PwC regarding the work performed by certain individuals. The questioned entries, totaling 23.40 hours with associated fees of $10,649.00, were included in **Exhibit B** to the Preliminary Report.

PwC responded to the Fee Examiner's request by providing a detailed explanation by professional and project category to substantiate the hours and associated fees charged. After analysis of the supplemental information provided regarding the 14.80 hours and $8,314.00 in associated fees that related to the Fresh Start project, the Fee Examiner makes no recommendation for a fee reduction. As to the remaining questioned timekeepers, PwC agreed to reduce its Monthly, Interim and Final Fee Applications by $2,335.00. Exhibit B is omitted from this report.

19. **Meetings, Conferences, Hearings, and Other Events.** The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" (*Local Rule 2016-2(d)(ix)*), and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v)*. While it may be appropriate to have multiple attendees at some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.

The Fee Examiner identified occasions where two or more, up to four, PwC timekeepers attended the same meeting, conference, hearing, or other event.  Contrary to Local Rules and UST Guidelines, neither the Fee Application nor the activity descriptions explained the role of each participant or the need for multiple attendees.  The entries, totaling 43.40 hours with $23,748.00 in associated fees, were displayed in **Exhibit C** to the Preliminary Report.  In each instance where multiple timekeepers attended a meeting, conference, hearing or other event, the Fee Examiner identified the timekeeper who appeared most responsible for the matter or the particular event (*i.e.*, the individual leading rather than observing a conference).  The potentially duplicative and unnecessary timekeepers' entries total 27.30 hours with $13,188.00 in associated fees, and were highlighted in bold and marked with an ampersand [&] in the exhibit.  The Fee Examiner requested the firm provide what the Local Rules and UST Guidelines mandate -- an explanation of the duplicative attendees' roles and comment on the necessity of the multiple attendees for each event.

In response to the Preliminary Report, PwC addressed, in detail, each of the questioned fee entries by providing additional information regarding the subject matter and roles of each participant.  After consideration of the supplemental information, and in light of PwC's voluntary fee reduction (see below), the Fee Examiner makes no recommendation for a fee reduction.  Exhibit C is omitted from this report.

20.    **Intraoffice Conferences.**  Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel.  The Fee Examiner identified intraoffice conferences totaling 37.25 hours with $18,332.75 in associated fees, or approximately 11% of the Fees Computed, as displayed in **Exhibit D** to the Preliminary Report.  The Fee Examiner observed that in certain instances, two or more timekeepers invoiced fees associated with the same intraoffice conference.  The entries describing intraoffice conferences invoiced by two or more firm personnel total 30.30 hours with $14,811.25 in associated fees and were highlighted in bold

and marked with an ampersand [&] in the exhibit.  The Fee Examiner requested the firm provide an

explanation for the necessity of more than one participant billing for the same intraoffice conference.

PwC provided detailed information regarding each billing entry in question.  In each instance,

PwC demonstrated some reasonableness and necessity for the questioned fees. After due consideration

of PwC's response, and in light of PwC's voluntary reduction in fees (see below), the Fee Examiner

makes no recommendation for a fee reduction.  Exhibit D is omitted from this report.

21.    **Complete and Detailed Task Descriptions.**  Local Rule 2016-2(d) states that activity

descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any

portion thereof, is actual, reasonable and necessary."   The Local Rules further provide that fee

applications "shall include complete and detailed activity descriptions," each activity description "shall

include the type of activity (*e.g.*, phone call, research)," each activity description "shall include the

subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall

individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing

and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix)*.  The UST Guidelines provide that

"time entries for telephone calls, letters, and other communications should give sufficient detail to

identify the parties to and the nature of the communication.   Time entries for court hearings and

conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v)*.  PwC

adequately described the activities performed.

22.    **Administrative Activities.**  Activities associated with the day-to-day operations of the

firm are considered administrative in nature and as such are reflected in the hourly rates charged by the

firm.  The Fee Examiner did not identify any time entries describing administrative activities.

23.    **Clerical Activities.**  Clerical activities are tasks that may be effectively performed by

administrative assistants, secretaries, or support personnel[6] or support tasks for which the firm charged

---

[6] "Duties appropriate for office staff are considered part of a professional's overhead expenses and may not be
billed to the estate."  *Fibermark*, 349 B.R. at 397; *In re Korea Chosun Daily Times, Inc.*, 337 B.R. 758 769
(Bankr. E.D.N.Y. 2005) (overhead not compensable); *but see Bennett Funding*, 213 B.R. at 247-48 (discussing

a rate greater than the market rate for such work.  The Fee Examiner did not identify any fee entries describing clerical activities.

24.    **Travel.**  The Local Rules provide that nonworking travel time "shall be separately described and may be billed at no more than 50% of regular hourly rates." *Local Rule 2016-2(d)(viii)*. The Fee Examiner did not identify any billing entries describing travel by firm timekeepers.

25.    **PwC Retention/Compensation.**  The firm invoiced 73.10 hours with associated fees of $20,908.50 to prepare the firm's retention documents and applications for compensation, which computes to approximately 12% of the hourly fees billed by the firm.  The task descriptions are set forth in **Exhibit E**.  The Fee Examiner notes that the percentage of time invoiced by the firm for retention/compensation is significantly reduced from previous applications.  As stated in prior reports, the Fee Examiner will continue to monitor the hours and fees devoted to firm invoices and time entries and will make a recommendation to the Court when reporting on PwC's final fee application.  No recommendation for a fee reduction will be made at this time. Exhibit E is included with this report for the Court's reference.

26.    **Voluntary Fee Reduction.**  Upon further review and consideration of the Initial Report [Fee Examiner's Preliminary Report] regarding PwC's sixth interim fee application, and after further discussions with the Debtors' management, PwC has agreed to a voluntary fee reduction associated with its sixth interim fee application, totaling $13,445.00 (this amount includes the $2,335.00 mentioned above).

**Review of Expenses**

27.    **Itemization of Expenses.**  The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual

---

differing approaches to clerical work at professional rates).  These overhead activities may include: mailing; photocopying, word processing (including the creation of templates), formatting, creating spreadsheets, printing, organizing files, checking for docket updates, creating binders, and secretarial overtime. *Fibermark*, 349 B.R. at 396-97.

incurring the charge, if available." *Local Rule 2016-2(e)(i-ii)*. The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense. Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines ¶(b)(5)(iii)*. PwC provided an itemization for the firm expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

28.     **Overhead Meals.**  The Fee Examiner requested that PwC provide an explanation for the purpose of the meal charges displayed in **Exhibit F** to the Preliminary Report, which appeared to be meals solely for employees of PwC that were not related to out of town travel. In response, PwC agreed to a voluntary expense reduction of $190.70. Exhibit F is omitted from this report.

## CONCLUSION

The Fee Examiner submits this final report regarding the Fee Application and the fees and expenses discussed above. The Fee Examiner recommends the approval of fees in the amount of $803,079.00 ($816,524.00 minus $13,445.00) and reimbursement of expenses in the amount of $2,949.57 ($3,140.27 minus $190.70) for the period from March 1, 2010 through May 31, 2010. A summary of the findings is attached as Appendix A.

Respectfully submitted,

**STUART MAUE**

By: _____

John F. Theil, Esq.
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:  (314) 291-3030
Facsimile:  (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

**APPENDIX A**

**PRICEWATERHOUSECOOPERS LLP**

<u>**SUMMARY OF FINDINGS**</u>

<u>**Amended Sixth Interim Fee Application (March 1, 2010 through May 31, 2010)**</u>

**A.      Amounts Requested and Computed**

| | | |
|---|---|---|
| Fees Requested: | | |
| Fixed Fee Services | $643,537.00 | |
| Hourly Services | 172,987.00 | |
| Expenses Requested | 3,140.27 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | <u>$819,664.27</u> |
| | | |
| Fixed Fee Services | $643,537.00 | |
| Hourly Fees Computed | 172,987.00 | |
| Expenses Computed | 3,140.27 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | <u>$819,664.27</u> |

**B.      Recommended Fee Allowance and Expense Reimbursement**

| | | | |
|---|---|---|---|
| Fees Requested (Fixed Fee Services) | $643,537.00 | | |
| Fees Requested (Hourly Services) | 172,987.00 | | |
| *Agreed Reduction (including $2,335.00 for Questioned Timekeepers)* | | *($13,445.00)* | |
| Subtotal | | *($13,445.00)* | |
| | | | |
| RECOMMENDED FEE ALLOWANCE | | | $ 803,079.00 |
| | | | |
| Expenses Requested | $3,140.27 | | |
| *Agreed Reduction for Overhead Meals* | | *($190.70)* | |
| Subtotal | | *($190.70)* | |
| | | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | | 2,949.57 |
| | | | |
| TOTAL RECOMMENDED HOURLY FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | | <u>$806,028.57</u> |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 14th day of November, 2011.

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE  19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Mr. James F. Conlan
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard,
P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE  19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY  10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

William T. England, Esq.
PricewaterhouseCoopers LLP
One North Wacker
Chicago, IL  60606

John F. Theil, Esq.

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

**PricewaterhouseCoopers LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| RCWH | Whitley, Robert C. | PARTNER | $700.00 | $700.00 | 28.60 | $20,020.00 |
| TRJO | Johnson, Teresa R. | PARTNER | $700.00 | $700.00 | 21.50 | $15,050.00 |
| RDLO | Love, Robert D. | PARTNER | $650.00 | $650.00 | 10.00 | $6,500.00 |
| WTEN | England, William T. | PARTNER | $693.00 | $693.00 | 9.00 | $6,237.00 |
| LAAR | Arnett, L. Allen | PARTNER | $700.00 | $700.00 | 8.80 | $6,160.00 |
| RGIL | Gilman, Ralph | PARTNER | $590.00 | $590.00 | 2.00 | $1,180.00 |
| JLKR | Krueger, Janet L. | PARTNER | $625.00 | $625.00 | 1.00 | $625.00 |
| | No. of Billers for Position: 7 | Blended Rate for Position: | $689.39 | | 80.90 | $55,772.00 |
| | | | | | % of Total: 19.73% | % of Total: 32.24% |
| JTWI | Winks, J. Timothy | SR. MANAG DIREC | $600.00 | $600.00 | 1.40 | $840.00 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $600.00 | | 1.40 | $840.00 |
| | | | | | % of Total: 0.34% | % of Total: 0.49% |
| JBEN | Benedetti, John | DIRECTOR | $475.00 | $475.00 | 109.60 | $52,060.00 |
| AGAL | Galis, Adrian | DIRECTOR | $475.00 | $475.00 | 8.00 | $3,800.00 |
| ACSM | Smith, Andrea Clark | DIRECTOR | $550.00 | $550.00 | 6.80 | $3,740.00 |
| SBDA | Danton, Stephen B. | DIRECTOR | $450.00 | $450.00 | 7.60 | $3,420.00 |
| SKDU | Dubicki, Stephanie K. | DIRECTOR | $475.00 | $475.00 | 3.00 | $1,425.00 |
| | No. of Billers for Position: 5 | Blended Rate for Position: | $477.37 | | 135.00 | $64,445.00 |
| | | | | | % of Total: 32.93% | % of Total: 37.25% |
| JASP | Spahn, Justin A. | MANAGER | $305.00 | $330.00 | 8.50 | $2,642.50 |
| KLNE | Neyens, Kristofer L. | MANAGER | $370.00 | $370.00 | 5.50 | $2,035.00 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $334.11 | | 14.00 | $4,677.50 |
| | | | | | % of Total: 3.41% | % of Total: 2.70% |
| MSTA | Stachnik, Mark | SR. ASSOCIATE | $300.00 | $300.00 | 51.00 | $15,300.00 |
| SMFI | Finseth, Shonda M. | SR. ASSOCIATE | $290.00 | $290.00 | 28.50 | $8,265.00 |

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### PricewaterhouseCoopers LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| LACO | Coulter, Lori A. | SR. ASSOCIATE | $243.00 | $243.00 | 3.00 | $729.00 |
| SLME | Meyers, Sheri L. | SR. ASSOCIATE | $225.00 | $225.00 | 2.40 | $540.00 |
| | No. of Billers for Position: 4 | Blended Rate for Position: $292.51 | | | 84.90 | $24,834.00 |
| | | | | % of Total: | 20.71% | % of Total: 14.36% |
| JTCR | Crawford, Jeff T. | ASSOCIATE | $250.00 | $250.00 | 61.00 | $15,250.00 |
| FKUR | Kurniawan, Fannie | ASSOCIATE | $225.00 | $225.00 | 20.50 | $4,612.50 |
| SMST | Stendahl, Subashi M. | ASSOCIATE | $225.00 | $225.00 | 3.80 | $855.00 |
| KXIO | Xiong, Kia | ASSOCIATE | $225.00 | $225.00 | 3.80 | $855.00 |
| AWON | Wong, Alina | ASSOCIATE | $180.00 | $180.00 | 4.70 | $846.00 |
| | No. of Billers for Position: 5 | Blended Rate for Position: $239.00 | | | 93.80 | $22,418.50 |
| | | | | % of Total: | 22.88% | % of Total: 12.96% |
| | Total No. of Billers: 24 | Blended Rate for Report: $421.92 | | | 410.00 | $172,987.00 |

EXHIBIT E

PWC RETENTION/COMPENSATION

PricewaterhouseCoopers LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Finseth, S | 28.50 | 8,265.00 |
| Krueger, J | 1.00 | 625.00 |
| Kurniawan, F | 20.50 | 4,612.50 |
| Meyers, S | 2.00 | 450.00 |
| Smith, A | 6.80 | 3,740.00 |
| Spahn, J | 2.00 | 660.00 |
| Stendahl, S | 3.80 | 855.00 |
| Wong, A | 4.70 | 846.00 |
| Xiong, K | 3.80 | 855.00 |
| | 73.10 | $20,908.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Employment Applications and Other Court Filings | 3.80 | 1,958.00 |
| Monthly, Interim and Final Fee Applications | 69.30 | 18,950.50 |
| | 73.10 | $20,908.50 |

EXHIBIT E

PWC RETENTION/COMPENSATION

PricewaterhouseCoopers LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 03/03/10 Wed | Finseth, S 052010-40/275 | 0.30 | 0.30 | 87.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0310H0011: REVIEW THE JANUARY 2010 WIP LT AND<br>2  COMMUNICATIONS WITH JUSTIN SPAHN (PWC) REGARDING BILLING FOR FEBRUARY 2010. |
| 03/04/10 Thu | Kurniawan, F 052010-40/274 | 2.50 | 2.50 | 562.50 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0310H0012: ASSEMBLE TIME CONSOLIDATOR FOR FEBRUARY 2010. |
| 03/05/10 Fri | Kurniawan, F 052010-40/273 | 1.50 | 1.50 | 337.50 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0310H0013: ASSEMBLE TIME CONSOLIDATOR FOR FEBRUARY 2010. |
| 03/08/10 Mon | Finseth, S 052010-40/269 | 1.00 | 1.00 | 290.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0310H0017: REVIEW THE JANUARY/FEBRUARY 2010 EXPENSE CONSOLIDATOR. |
| 03/08/10 Mon | Finseth, S 052010-40/270 | 0.40 | 0.40 | 116.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0310H0016: REVIEW THE THIRD INTERIM FEE AUDITOR REPORT. |
| 03/08/10 Mon | Finseth, S 052010-40/271 | 0.30 | 0.30 | 87.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0310H0015: REVIEW THE FEBRUARY 2010 TIME CONSOLIDATOR AND SENT TO JUSTIN SPAHN (PWC) FOR REVIEW. |
| 03/08/10 Mon | Kurniawan, F 052010-40/272 | 1.00 | 1.00 | 225.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0310H0014: ASSEMBLE EXPENSE CONSOLIDATOR FOR FEBRUARY 2010. |
| 03/09/10 Tue | Finseth, S 052010-40/268 | 1.80 | 1.80 | 522.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0310H0018: REVIEW THE JANUARY/FEBRUARY 2010 EXPENSE CONSOLIDATOR. |
| 03/11/10 Thu | Finseth, S 052010-40/266 | 0.30 | 0.30 | 87.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0310H0020: DISCUSSIONS WITH LUCY LITTLEJOHN (PWC) REGARDING RESPONSES REQUIRED FOR THE THIRD INTERIM FEE AUDITOR'S REPORT. |
| 03/11/10 Thu | Finseth, S 052010-40/267 | 0.30 | 0.30 | 87.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0310H0019: DISCUSSIONS WITH BRAD DANTON (PWC) REGARDING THE THIRD INTERIM FEE AUDITOR REPORT AND SEND EMAIL WITH ATTACHMENTS. |
| 03/12/10 Fri | Finseth, S 052010-40/265 | 0.20 | 0.20 | 58.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0310H0021: MEETING WITH ALINA WONG (PWC) TO REVIEW THE THIRD INTERIM FEE AUDITOR'S REPORT. |
| 03/15/10 Mon | Krueger, J 052010-40/264 | 1.00 | 1.00 | 625.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0310H0023: REVIEW OF THE JANUARY THROUGH FEBRUARY 2010 FEE APPLICATION. |
| 03/15/10 Mon | Wong, A 052010-40/24 | 4.70 | 4.70 | 846.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0310H0022: RESPONDING TO 3RD INTERIM FEE AUDITOR REPORT. |

EXHIBIT E

PWC RETENTION/COMPENSATION

PricewaterhouseCoopers LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 03/24/10 Wed | Kurniawan, F 052010-40/263 | 3.00 | 3.00 | 675.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0310H0024: PREPARE DRAFT OF FEE AUDITOR'S RESPONSE FOR THE THIRD INTERIM FEE APPLICATIONS. |
| 03/25/10 Thu | Finseth, S 052010-40/261 | 1.30 | 1.30 | 377.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0310H0026: FINALIZE RESPONSE TO THE THIRD INTERIM FEE AUDITOR REPORT. |
| 03/25/10 Thu | Finseth, S 052010-40/262 | 1.50 | 1.50 | 435.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0310H0025: PREPARE RESPONSES TO THE THIRD INTERIM FEE AUDITOR REPORT. |
| 03/26/10 Fri | Finseth, S 052010-40/258 | 0.20 | 0.20 | 58.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0310H0029: UPDATE THE THIRD INTERIM FEE AUDITOR RESPONSE BASED UPON FEEDBACK FROM ANDREA CLARK SMITH (PWC) AND SEND TO WILLIAM ENGLAND (PWC) FOR REVIEW. |
| 03/26/10 Fri | Finseth, S 052010-40/259 | 0.50 | 0.50 | 145.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0310H0028: UPDATE THE THIRD INTERIM FEE AUDITOR RESPONSE BASED UPON FEEDBACK FROM ANDREA CLARK SMITH (PWC). |
| 03/26/10 Fri | Smith, A 052010-40/260 | 1.10 | 1.10 | 605.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0310H0027: REVIEW FEE AUDITOR RESPONSE FOR THIRD INTERIM PERIOD. |
| 03/30/10 Tue | Finseth, S 052010-40/257 | 0.40 | 0.40 | 116.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0310H0030: FINALIZE THE THIRD INTERIM FEE AUDITOR REPORT AND DISTRIBUTE TO COUNSEL. |
| 04/09/10 Fri | Finseth, S 052010-40/21 | 0.30 | 0.30 | 87.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0410H0150: COMMUNICATIONS WITH J. SPAHN (PWC) REGARDING THE MONTHLY AND INTERIM FEE APPLICATION. |
| 04/09/10 Fri | Finseth, S 052010-40/22 | 0.80 | 0.80 | 232.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0410H0149: REVIEW THE JANUARY THROUGH FEBRUARY 2010 EXPENSE CONSOLIDATOR. |
| 04/12/10 Mon | Finseth, S 052010-40/17 | 1.00 | 1.00 | 290.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0410H0154: REVIEW THE JANUARY THROUGH FEBRUARY 2010 TIME CONSOLIDATOR. |
| 04/12/10 Mon | Finseth, S 052010-40/18 | 1.40 | 1.40 | 406.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0410H0153: CONTINUE TO REVIEW THE JANUARY THROUGH FEBRUARY 2010 EXPENSE CONSOLIDATOR. |
| 04/12/10 Mon | Finseth, S 052010-40/19 | 0.80 | 0.80 | 232.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0410H0152: REVIEW THE JANUARY THROUGH FEBRUARY 2010 EXPENSE CONSOLIDATOR. |
| 04/12/10 Mon | Finseth, S 052010-40/20 | 0.60 | 0.60 | 174.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0410H0151: DISCUSSION WITH SHERI MEYERS (PWC) REGARDING THE JANUARY THROUGH FEBRUARY 2010 EXPENSE CONSOLIDATOR. |

EXHIBIT E

PWC RETENTION/COMPENSATION

PricewaterhouseCoopers LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|
| 04/13/10 Tue | Finseth, S 052010-40/13 | 1.40 | 1.40 | 406.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0410H0158: REVISE THE JANUARY THROUGH FEBRUARY 2010 TIME EXHIBITS AND NARRATIVE BASED UPON FEEDBACK RECEIVED FROM JUSTIN SPAHN (PWC). |
| 04/13/10 Tue | Finseth, S 052010-40/14 | 2.60 | 2.60 | 754.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0410H0157: CONTINUE TO REVIEW THE JANUARY THROUGH FEBRUARY 2010 TIME CONSOLIDATOR AND<br>2  PREPARE THE EXHIBITS AND FEE APPLICATION NARRATIVE.<br>3  SENT TO JUSTIN SPAHN (PWC) FOR REVIEW. |
| 04/13/10 Tue | Finseth, S 052010-40/15 | 4.30 | 4.30 | 1,247.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0410H0156: CONTINUE TO REVIEW THE JANUARY THROUGH FEBRUARY 2010 TIME CONSOLIDATOR AND PREPARE THE EXHIBITS. |
| 04/13/10 Tue | Finseth, S 052010-40/16 | 0.80 | 0.80 | 232.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0410H0155: BEGIN REVIEW OF THE JANUARY THROUGH FEBRUARY 2010 TIME CONSOLIDATOR. |
| 04/14/10 Wed | Finseth, S 052010-40/10 | 0.40 | 0.40 | 116.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0410H0161: REVISE THE JANUARY THROUGH FEBRUARY 2010 MONTHLY FEE APPLICATION AND FIFTH INTERIM BASED UPON FEEDBACK RECEIVED FROM ANDREA CLARK SMITH (PWC). |
| 04/14/10 Wed | Finseth, S 052010-40/11 | 1.10 | 1.10 | 319.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0410H0160: REVIEW AND FINALIZE THE FIFTH INTERIM FEE APPLICATION. |
| 04/14/10 Wed | Finseth, S 052010-40/12 | 1.30 | 1.30 | 377.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0410H0159: PERFORM A FINAL REVIEW OF THE JANUARY THROUGH FEBRUARY 2010 MONTHLY FEE APPLICATION AND EXHIBITS. |
| 04/14/10 Wed | Smith, A 052010-40/277 | 0.70 | 0.70 | 385.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0410H0163: PREPARE THE 5IFA INTERIM FEE APPLICATION. |
| 04/14/10 Wed | Smith, A 052010-40/278 | 0.50 | 0.50 | 275.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0410H0162: REVIEW JANUARY AND FEBRUARY 2010 DRAFT EXHIBITS AND NARRATIVE. |
| 04/15/10 Thu | Finseth, S 052010-40/7 | 0.90 | 0.90 | 261.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0410H0166: PREPARE THE ELECTRONIC FEE AUDITOR SUPPORT AND SEND TO JOHN DECKER (FEE AUDITOR). |
| 04/15/10 Thu | Finseth, S 052010-40/8 | 0.70 | 0.70 | 203.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0410H0165: CALL WITH JUSTIN SPAHN (PWC) TO DISCUSS THE MARCH FEE APPLICATION, EXPENSES, ADDENDUM TO ENGAGEMENT LETTERS, AND CASH COLLECTIONS. |
| 04/15/10 Thu | Spahn, J 052010-40/9 | 0.70 | 0.70 | 231.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0410H0164: CALL WITH SHONDA FINSETH (PWC) TO DISCUSS THE MARCH FEE APPLICATION, EXPENSES, ADDENDUM TO ENGAGEMENT LETTERS, AND CASH COLLECTIONS. |

EXHIBIT E

PWC RETENTION/COMPENSATION

PricewaterhouseCoopers LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 04/20/10 Tue | Finseth, S 052010-40/6 | 0.90 | 0.90 | 261.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0410H0167: REVIEW THE MARCH 2010 TIME CONSOLIDATOR REGARDING HOURS AND NEW CODES. |
| 04/21/10 Wed | Finseth, S 052010-40/5 | 0.70 | 0.70 | 203.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0410H0168: CALL WITH J. SPAHN (PWC) TO DISCUSS TS SERVICES AND THE MARCH 2010 WBS CODES. |
| 04/21/10 Wed | Smith, A 052010-30/254 | 0.20 | 0.20 | 110.00 | MATTER NAME: Employment Applications and Other Court Filings<br>1  0410H0144: DISCUSSION WITH JILL LUDWIG (SIDLEY) REGARDING EXPANSION OF SERVICES AND ASSOCIATED RETENTION DOCUMENTS. |
| 04/21/10 Wed | Smith, A 052010-30/255 | 0.60 | 0.60 | 330.00 | MATTER NAME: Employment Applications and Other Court Filings<br>1  0410H0143: CALL WITH J. SPAHN (PWC) REGARDING EXPANDED APPLICATION. |
| 04/21/10 Wed | Spahn, J 052010-30/256 | 0.60 | 0.60 | 198.00 | MATTER NAME: Employment Applications and Other Court Filings<br>1  0410H0142: CALL WITH A. CLARK SMITH (PWC) REGARDING EXPANDED APPLICATION. |
| 04/21/10 Wed | Spahn, J 052010-40/4 | 0.70 | 0.70 | 231.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0410H0169: CALL WITH S. FINSETH (PWC) TO DISCUSS TS SERVICES AND THE MARCH 2010 WBS CODES. |
| 04/27/10 Tue | Smith, A 052010-30/253 | 1.20 | 1.20 | 660.00 | MATTER NAME: Employment Applications and Other Court Filings<br>1  0410H0145: REVIEW EXPANDED APPLICATION FOR FRESH START ACCOUNTING. |
| 04/28/10 Wed | Smith, A 052010-30/252 | 0.60 | 0.60 | 330.00 | MATTER NAME: Employment Applications and Other Court Filings<br>1  0410H0146: REVIEW EXPANDED APPLICATION FOR FRESH START ACCOUNTING. |
| 04/28/10 Wed | Smith, A 052010-40/276 | 1.30 | 1.30 | 715.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0410H0170: PREPARE THE TIME TRACKING TEMPLATE FOR FRESH START TEAM. |
| 04/29/10 Thu | Smith, A 052010-30/250 | 0.20 | 0.20 | 110.00 | MATTER NAME: Employment Applications and Other Court Filings<br>1  0410H0148: CALL WITH JILL LUDWIG (SIDLEY) REGARDING EXPANDED APPLICATION AND STATUS OF FILING. |
| 04/29/10 Thu | Smith, A 052010-30/251 | 0.40 | 0.40 | 220.00 | MATTER NAME: Employment Applications and Other Court Filings<br>1  0410H0147: REVIEW RELATIONSHIP CHECK FOR FRESH START EXPANDED APPLICATION. |
| 05/17/10 Mon | Meyers, S 052010-40/283 | 2.00 | 2.00 | 450.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0510H0108: REVIEW OF MARCH 2010 FIXED FEES. |
| 05/18/10 Tue | Kurniawan, F 052010-40/3 | 1.50 | 1.50 | 337.50 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0410H0171: RESEARCH ON RECONCILIATION QUESTIONS FOR MARCH 2010. |

EXHIBIT E

PWC RETENTION/COMPENSATION

PricewaterhouseCoopers LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 05/21/10 Fri | Kurniawan, F 052010-40/2 | 4.50 | 4.50 | 1,012.50 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications 0410H0172: PERFORM RECONCILIATION BY PERSON FOR TIME THROUGH MARCH 2010 USING NEW BILLING REPORTS. |
| 05/21/10 Fri | Kurniawan, F 052010-40/282 | 4.50 | 4.50 | 1,012.50 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications 0510H0109: CUMULATIVE RECONCILIATION OF TIME AND EXPENSES THROUGH MARCH 2010. |
| 05/24/10 Mon | Kurniawan, F 052010-40/1 | 1.00 | 1.00 | 225.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications 0410H0173: ASSEMBLE TIME CONSOLIDATOR FOR APRIL 2010. |
| 05/24/10 Mon | Kurniawan, F 052010-40/281 | 1.00 | 1.00 | 225.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications 0510H0110: ASSEMBLE TIME CONSOLIDATOR FOR APRIL 2010. |
| 05/25/10 Tue | Stendahl, S 052010-40/280 | 1.80 | 1.80 | 405.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications 0510H0111: REVIEW OF MARCH 2010 TIME AND EXPENSE DETAILS. |
| 05/25/10 Tue | Xiong, K 052010-40/23 | 3.80 | 3.80 | 855.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications 0510H0112: REVIEW OF APRIL 2010 TIME DETAILS IN PREPARATION FOR FILING THE FEE APPLICATION. |
| 05/27/10 Thu | Stendahl, S 052010-40/279 | 2.00 | 2.00 | 450.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications 0510H0113: REVIEW OF APRIL 2010 TIME DETAILS AND FOLLOW UP WITH PROFESSIONALS FOR ADDITIONAL DETAILS. |

Total                                          73.10      $20,908.50

Number of Entries:        58

EXHIBIT E

PWC RETENTION/COMPENSATION

PricewaterhouseCoopers LLP

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Finseth, S | 28.50 | 8,265.00 |
| Krueger, J | 1.00 | 625.00 |
| Kurniawan, F | 20.50 | 4,612.50 |
| Meyers, S | 2.00 | 450.00 |
| Smith, A | 6.80 | 3,740.00 |
| Spahn, J | 2.00 | 660.00 |
| Stendahl, S | 3.80 | 855.00 |
| Wong, A | 4.70 | 846.00 |
| Xiong, K | 3.80 | 855.00 |
|  | 73.10 | $20,908.50 |

## SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Employment Applications and Other Court Filings | 3.80 | 1,958.00 |
| Monthly, Interim and Final Fee Applications | 69.30 | 18,950.50 |
|  | 73.10 | $20,908.50 |

Overhead Meals

PricewaterhouseCoopers LLP

| DATE | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 02/24/10 | 052010/8 | 108.16 | | 108.16 | 0310E0007: VOLARE CHICAGO IL - DINNER - M. BEGLEY, S. MEYERS, J. SPAHN, D. HINTON, A. SULLIVAN (ALL PWC) AND SELF. [JERRY B MACK] [2009 CONSOLIDATED AUDIT] [MEALS] |
| 02/25/10 | 052010/7 | 82.54 | | 82.54 | 0310E0009: GINO'S EAST 93820157 CHICAGO IL - DINNER - M. BEGLEY, S. MEYERS, J. SPAHN, D. HINTON, A. SULLIVAN (ALL PWC) AND SELF. [JERRY B MACK] [2009 CONSOLIDATED AUDIT] [MEALS] |
| | | $190.70 | | $190.70 | |