# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>TRIBUNE COMPANY, *et al.*,<br>                              Debtors.<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY,<br>on behalf of TRIBUNE COMPANY, *et al.*,<br><br>                              Plaintiff,<br><br>-against-<br><br>DENNIS J. FITZSIMONS, *et al.,*<br><br>                              Defendants. | Chapter 11<br><br>Cases No. 08-13141 (KJC)<br>Jointly Administered<br><br><br>Adversary Proceeding<br>No. 1054010 (KJC) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the appearance of Sean M. Brennecke (Delaware Bar I.D No. 4686) on behalf of Chandler Bigelow is hereby withdrawn in the above action. Mr. Bigelow will continue to be represented by Joel Friedlander and the law firm of Bouchard Margules & Friedlander, P.A.

Dated: November 14, 2011

                                        BOUCHARD MARGULES & FRIEDLANDER, P.A.

                                        /s/ Joel Friedlander
                                        Joel Friedlander (#3163)
                                        222 Delaware Avenue, Suite 1400
                                        Wilmington, DE  19801
                                        (302) 573-3500
                                        jfriedlander@bmf-law.com
                                        *Attorney for Chandler Bigelow*

{BMF-W0274689.}