IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :   Chapter 11
                                                           :
TRIBUNE COMPANY, *et al.*                                  :   Case No. 08-13141 (KJC)
                                                           :   Jointly Administered
           Debtors.                                        :
                                                           :   Hearing Date: December 13, 2011 at 1:00 pa.m. (ET)
                                                           :   Objection Deadline: December 6, 2011 4:00 p.m. (ET)
                                                           :   Related Dkt. Nos. 10133, 10134
---------------------------------------------------------- x

**NOTICE OF JOINT MOTION OF LAW DEBENTURE TRUST COMPANY OF NEW YORK AND DEUTSCHE BANK TRUST COMPANY AMERICAS REQUESTING RECONSIDERATION OF THE COURT'S CONFIRMATION OPINION WITH RESPECT TO THE SUBORDINATION OF THE PHONES**

**PLEASE TAKE NOTICE** that Law Debenture Trust Company of New York ("Law Debenture") and Deutsche Bank Trust Company Americas ("DBTCA" and together with Law Debenture, the "Movants"), in the above-captioned case filed the *Joint Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas Requesting Reconsideration of the Court's Confirmation Opinion With Respect to the Subordination of the Phones* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").  You are being served a copy of the Motion in conjunction with this Notice.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so actually be received by, the undersigned counsel on or before **December 6, 2011 at 4:00 p.m**. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that if any objection is filed, a hearing on the Application may be held before the Honorable Kevin J. Carey in the Bankruptcy Court, 824

Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801, on **December 13, 2011 at 1:00 p.m.** (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed in accordance with the procedures enumerated above, the Bankruptcy Court may enter an Order without further notice or hearing.

Dated: November 14, 2011
       Wilmington, Delaware

    **BIFFERATO GENTILOTTI LLC**

    */s/ Garvan F. McDaniel*
    Garvan F. McDaniel (DE No. 4167)
    800 N. King St., Plaza Level
    Wilmington, DE 19801
    (302) 429-1900

    - and -

    David S. Rosner
    Sheron Korpus
    Christine A. Montenegro
    Matthew B. Stein
    Kasowitz, Benson, Torres & Friedman LLP
    1633 Broadway
    New York, New York 10019
    (212) 506-1700

    *Co-Counsel for Law Debenture Trust Company of New York*