**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 Cases |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Objection Deadline: December 6, 2011 @ 4:00 p.m.** |
| | : | **Hearing Date: December 13, 2011 @ 1:00 p.m.** |
| ---------------------------------------------------x | | Related Dkt. Nos. 10133, 10134, 10222 |

**JOINDER OF DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC,
AS INVESTMENT ADVISOR, TO JOINT MOTION OF LAW DEBENTURE TRUST
COMPANY OF NEW YORK AND DEUTSCHE BANK TRUST COMPANY AMERICAS
REQUESTING RECONSIDERATION OF THE COURT'S CONFIRMATION OPINION
WITH RESPECT TO THE SUBORDINATION OF THE PHONES**

Davidson Kempner Capital Management LLC ("**Davidson Kempner**"), as investment advisor for certain funds (collectively, the "**DK Funds**") that beneficially own claims against various Debtors, by and through its undersigned counsel, hereby submits this joinder to the Joint Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas Requesting Reconsideration of the Court's Confirmation Opinion with respect to the Subordination of the PHONES, dated November 14, 2011 (the "**Motion for Reconsideration**"), and respectfully states as follows:

**Joinder to Motion for Reconsideration**

1. Davidson Kempner is the investment advisor for the DK Funds, which beneficially own claims against various Debtors pursuant to the Senior Indentures (as defined in the Motion for Reconsideration) and Senior Notes (as defined in the Motion for Reconsideration).

2. Davidson Kempner, as the investment advisor for the DK Funds, supports and joins in the Motion for Reconsideration and believes that granting the relief in such Motion for Reconsideration is appropriate and just.[1]

3. Additionally, a finding that recoveries from Chapter 5 actions (to the extent of any) are the Debtors' property is entirely consistent with the long-standing precedent of this Court and other bankruptcy courts to grant lenders of postpetition financing, and prepetition lenders as adequate protection, liens on proceeds of Chapter 5 causes of action and superpriority administrative expense claims on such proceeds, all in recognition that such proceeds are assets of the Debtors.

## Conclusion

WHEREFORE, Davidson Kempner respectfully requests that the Court grant the Motion for Reconsideration, and such other and further relief as may be appropriate or required.

Dated: November 14, 2011
       Wilmington, Delaware

Respectfully Submitted,

| SCHULTE ROTH & ZABEL LLP | BIFFERATO GENTILOTTI LLC |
|---|---|
| Adam C. Harris | |
| Karen S. Park | */s/ Garvan F. McDaniel* |
| 919 Third Avenue | Garvan F. McDaniel (I.D. No. 4167) |
| New York, NY 10022 | 800 N. King Street, Plaza Level |
| 212-756-2000 | Wilmington, Delaware 19801 |
| | 302- 429-1900 |

*Attorneys for Davidson Kempner Capital Management LLC, as investment advisor*

---

[1] Davidson Kempner submits this joinder subject to the terms and conditions of, and their rights and remedies, and that of the DK Funds, under, the Senior Notes Indentures, Senior Notes and applicable law. Nothing contained in this joinder shall limit, abridge, or otherwise modify such rights and remedies or in any way with respect to other matters in these cases, all of which are reserved.