**Exhibit C**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 </br> ) Case No. 08-13141 (KJC) </br> ) </br> ) Jointly Administered </br> ) </br> ) **Related Docket No. _____** </br> ) |
| TRIBUNE COMPANY, *et al.*, | |
| Debtors. | |

**ORDER GRANTING MOTION OF AURELIUS CAPITAL MANAGEMENT, LP. FOR RECONSIDERATION OF THE COURT'S OCTOBER 31, 2011 DECISION AS IT PERTAINS TO THE APPLICATION OF THE PHONES NOTES SUBORDINATION**

The Court having considered the *Motion of Aurelius Capital Management, LP for Reconsideration of the Court's October 31, 2011 Decision as it Pertains to the Application of the Phones Notes Subordination* (the "Motion"),[1] and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and a hearing on the Motion

---

[1] All capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

having been held on December 13, 2011 (the "Hearing"), and the Court having considered the evidence presented, and the arguments of counsel, in support of and in opposition to, the Motion at the Hearing, and it appearing that notice of the Motion was due and appropriate;

    IT IS HEREBY:

    1.    ORDERED that the Motion is GRANTED in all respects; and it is further

    2.    ORDERED that, pursuant to Bankruptcy Rule 9023, reconsideration of the Court's October 31, 2011 Decision as it pertains to the application of the subordination provisions contained in the PHONES Indenture to recoveries to holders of Senior Notes and PHONES Notes is proper; and it is further

    3.    ORDERED that the PHONES Notes are subordinated to the Senior Notes with respect to all payments from all sources, including as to the Litigation Trust and proceeds of avoidance actions; and it is further

    4.    ORDERED that the Court retains jurisdiction to enforce the terms of this ORDER.

Dated: _____, 2011

                                      _____
                                      THE HONORABLE KEVIN J. CAREY
                                      UNITED STATES BANKRUPTCY JUDGE