## **CERTIFICATE OF SERVICE**

      I, Amanda M. Winfree, hereby certify that, on November 14, 2011, I caused one copy of the foregoing to be served upon the parties on the attached service list in the manner indicated.

                                                                                      */s/ Amanda M. Winfree*
                                                                            Amanda M. Winfree (#4615)

74510.1

{00074510;v1}

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>COLE SCHOTZ MEISEL FORMAN & LEONARD, PA<br>NORMAN L PERNICK, ESQ/J KATE STICKLES, ESQ<br>500 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>SIDLEY AUSTIN LLP<br>ATTN: KENNETH P. KANSA ESQ.<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603 |
| **VIA FIRST CLASS U.S. MAIL**<br>ABATO, RUBENSTEIN AND ABATO, P.A.<br>ATTN: COREY SMITH BOTT, BRIAN G. ESDERS<br>809 GLENEAGLES COURT, SUITE 320<br>BALTIMORE, MD 21286 | **VIA FIRST CLASS U.S. MAIL**<br>ABATO, RUBENSTEIN AND ABATO, P.A.<br>ATTN: MEGHAN C. HORN, ESQ.<br>809 GLENEAGLES COURT, SUITE 320<br>TOWSON, MD 21286 |
| **VIA FIRST CLASS U.S. MAIL**<br>ACXIOM CORPORATION<br>ATTN. C.B. BLACKARD, III, CORPORATE COUNSEL<br>301 E. DAVE WARD DRIVE<br>P.O. BOX 2000<br>CONWAY, AR 72033-2000 | **VIA FIRST CLASS U.S. MAIL**<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: DANIEL H. GOLDEN & PHILIP C. DUBLIN, ESQS.<br>ONE BRYANT PARK<br>NEW YORK, NY 10036 |
| **VIA FIRST CLASS U.S. MAIL**<br>ALLISON, SLUTSKY & KENNEDY, PC<br>ANGIE M. COWAN<br>230 W MONROE ST, STE 2600<br>CHICAGO, IL 60606 | **VIA FIRST CLASS U.S. MAIL**<br>ANDREW S. CONWAY, ESQUIRE<br>200 EAST LONG LAKE ROAD, SUITE 300<br>BLOOMFIELD HILLS, MI 48304 |
| **VIA FIRST CLASS U.S. MAIL**<br>ARCHER & GREINER, PC<br>JOHN V. FIORELLA, ESQ.<br>300 DELAWARE AVE, STE 1370<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>ASKOUNIS & DARCY, PC<br>ATTN: THOMAS V. ASDOUNIS, ESQ.<br>401 NORTH MICHIGAN AVENUE, STE 550<br>CHICAGO, IL 60611 |
| **VIA FIRST CLASS U.S. MAIL**<br>BANC OF AMERICA BRIDGE LLC<br>LYNN D. SIMMONS, SR. VICE PRESIDENT<br>BANK OF AMERICA STRATEGIC SOLUTIONS<br>MAIL CODE: IL1-231-11-19<br>231 SOUTH LASALLE STREET<br>CHICAGO, IL 60604 | **VIA FIRST CLASS U.S. MAIL**<br>BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP<br>ATTN. GEORGE R. MESIRES, ESQ.<br>200 WEST MADISON ST., SUITE 3900<br>CHICAGO, IL 60606 |
| **VIA FIRST CLASS U.S. MAIL**<br>BARNES & THORNBURG LLP<br>ATTN: DAVID M. POWLEN<br>1000 NORTH WEST STREET, SUITE 1200<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>BARTLETT HACKETT FEINBERG PC<br>FRANK F. MCGINN (MA BBO# 564729)<br>155 FEDERAL ST, 9TH FL<br>BOSTON, MA 02110 |

Case 08-13141-BLS   Doc 10226-5   Filed 11/14/11   Page 3 of 15

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>BELKIN BURDEN WENIG & GOLDMAN, LLP<br>ATTN: JOSHUA G. LOSARDO, ESQ.<br>270 MADISON AVENUE<br>NEW YORK, NY 10016 | **VIA FIRST CLASS U.S. MAIL**<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP<br>ATTN. DAVID M. NEUMANN, ESQUIRE<br>200 PUBLIC SQUARE SUITE 2300<br>CLEVELAND, OH 44114-2378 |
| **VIA FIRST CLASS U.S. MAIL**<br>BLANK ROME LLP<br>ATTN: DAVID W. CARICKOFF<br>1201 MARKET STREET, SUITE 800<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>BIFFERATO LLC<br>ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS.<br>800 N. KING STREET, PLAZA LEVEL<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDMAN<br>& GOOD MAN, LLP<br>150 S. RODEO DRIVE, 3RD FLOOR<br>BEVERLY HILLS, CA 90212 | **VIA FIRST CLASS U.S. MAIL**<br>BROWARD COUNTY<br>ATTN: JEFFREY J. NEWTON<br>COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER<br>115 SOUTH ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 |
| **VIA FIRST CLASS U.S. MAIL**<br>BROWN RUDNICK LLP<br>ATTN. ROBERT J. STARK & DANIEL J. SAVAL, ESQ.<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | **VIA FIRST CLASS U.S. MAIL**<br>BROWN STONE NIMEROFF LLC<br>ATTN. JAMI B. NIMEROFF, ESQ.<br>4 EAST 8TH STREET, SUITE 400<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>BRYAN CAVE LLP<br>ATTN: MICHELLE MCMAHON, ESQ.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | **VIA FIRST CLASS U.S. MAIL**<br>BUCHALTER NEMER<br>PAMELA KOHLMAN WEBSTER<br>1000 WILSHIRE BOULEVARD, SUITE 1500<br>LOS ANGELES, CA 90017-2457 |
| **VIA FIRST CLASS U.S. MAIL**<br>BUCHALTER NEMER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FL<br>SAN FRANCISCO, CA 94105-2126 | **VIA FIRST CLASS U.S. MAIL**<br>CALLAHAN & BLAINE<br>ATTN: EDWARD SUSOLIK, ESQUIRE<br>3 HUTTON DRIVE, NINTH FLOOR<br>SANTA ANA, CA 92707 |
| **VIA FIRST CLASS U.S. MAIL**<br>CANON USA, INC<br>ATTN RUTH WIENSTEIN<br>1 CANON PLAZA<br>NEW HYDE PARK, NY 11042 | **VIA FIRST CLASS U.S. MAIL**<br>CAPITALSOURCE FINANCE LLC<br>ATTN: JOANNE FUNGAROLI, ESQ.<br>4445 WILLARD AVENUE, 12TH FLOOR<br>CHEVY CHASE, MD 20815 |

Case 08-13141-BLS    Doc 10226-5    Filed 11/14/11    Page 4 of 15

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| VIA FIRST CLASS U.S. MAIL<br>CHADBOURNE & PARKE LLP<br>ATTN HOWARD SEIFE, ESQ., DAVID M. LEMAY, ESQ.,<br>DOGULAS E. DEUTSCH, ESQ.<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 | VIA FIRST CLASS U.S. MAIL<br>CHARLES E. DAVIDOW<br>2001 K. STREET, N.W.<br>WASHINGTON, DC 20006-1047 |
| VIA FIRST CLASS U.S. MAIL<br>CHRISTINE Z. HERI<br>UNITED STATES DEPARTMENT OF LABOR<br>230 SOUTH DEARBORN, ROOM 844<br>CHICAGO, IL 60604 | VIA FIRST CLASS U.S. MAIL<br>CIARDI CIARDI & ASTIN<br>DANIEL K. ASTIN, ESQ.; ANTHONY M. SACCULLO, ESQ.,<br>MARY E. AUGUSTINE, ESQ., CARL D. NEFF, ESQ.<br>CITIZENS BANK CENTER<br>919 NORTH MARKET STREET, STE 700<br>WILMINGTON, DE 19801 |
| VIA FIRST CLASS U.S. MAIL<br>CITICORP NORTH AMERICA, INC<br>750 WASHINGTON BLVD.<br>STAMFORD, CT 06901-3722 | VIA FIRST CLASS U.S. MAIL<br>COHEN WEISS & SIMON LLP<br>ATTN BABETTE A CECCOTI<br>330 WEST 42ND STREET<br>NEW YORK, NY 10036 |
| VIA FIRST CLASS U.S. MAIL<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS.<br>THE BRADYWINE BUILDING - 17TH FLOOR<br>1000 WEST STREET<br>WILMINGTON, DE 19801 | VIA FIRST CLASS U.S. MAIL<br>COOCH & TAYLOR PA<br>ATTN: SUSAN E. KAUFMAN, ESQ.<br>1000 WEST STREET, 10TH FLOOR<br>WILMINGTON, DE 19801 |
| VIA FIRST CLASS U.S. MAIL<br>COTCHETT, PITRE & MCCARTHY<br>ATTN: PHILIP GREGORY, ESQ.<br>840 MALCOLM ROAD, SUITE 200<br>BURLINGAME, CA 94010 | VIA FIRST CLASS U.S. MAIL<br>COZEN O'CONNOR<br>ATTN: MARK E. FELGER, ESQ.<br>1201 N. MARKET STREET, SUITE 1400<br>WILMINGTON, DE 19801 |
| VIA FIRST CLASS U.S. MAIL<br>CROSS & SIMON LLC<br>ATTN CHRISTOPHER P SIMON & TARA M DIROCCO, ESQS<br>919 NORTH MARKET STREET 11TH FLOOR<br>WILMINGTON, DE 19801 | VIA FIRST CLASS U.S. MAIL<br>CROUDACE & DIETRICH LLP<br>ATTN. MARK A NITIKMAN, ESQUIRE<br>4750 VON KARMAN AVENUE<br>NEWPORT BEACH, CA 92660 |
| VIA FIRST CLASS U.S. MAIL<br>CROWELL & MORING LLP<br>ATTN. MICHAEL V. BLUMENTHAL, ESQ.<br>590 MADISON AVENUE, 19TH FLOOR<br>NEW YORK, NY 10022 | VIA FIRST CLASS U.S. MAIL<br>DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL<br>ATTN: ELAINE Z. COLE, ESQ.<br>340 E. MAIN ST.<br>ROCHESTER, NY 14604 |

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

VIA FIRST CLASS U.S. MAIL
DAVIS POLK & WARDELL LLP
ATTN: DONALD S. BERNSTEIN, ESQ.
JAMES A. FLORACK, ESQ.
DAMIAN S. SCHAIBLE, ESQ.
450 LEXINGTON AVENUE
NEW YORK, NY 10017

VIA FIRST CLASS U.S. MAIL
DUANE MORRIS LLP
ATTN. MICHAEL R. LASTOWSKI, SOMMER L. ROSS & RICHARD W. RILEY
222 DELAWARE AVE, SUITE 1600
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
ECKERT, SEAMANS, CHERIN & MELLOT, LLC
ATTN. MARGARET F. ENGLAND, ESQUIRE
300 DELAWARE AVENUE, SUITE 1210
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
EDWARDS ANGELL PALMER & DODGE LLP
ATTN: STUART M. BROWN, ESQ.
919 N. MARKET ST, STE 1500
(COUNSEL TO BARCLAYS BANK PLC)
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
ELLIOTT GREENLEAF
ATTN WILLIAM M KELLEHER
1105 NORTH MARKET STREET, SUITE 1700
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
ERVIN COHEN & JESSUP LLP
KENNETH MILLER, ESQ.
9401 WILSHIRE BLVD, 9TH FLOOR
BEVERLY HILLS, CA 90212

VIA FIRST CLASS U.S. MAIL
FOLEY & LARDNER LLP
ATTN: MARY K. BRAZA, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306

VIA FIRST CLASS U.S. MAIL
FOLEY & LARDNER LLP
ATTN: MICHAEL J. SMALL, ESQ.
321 NORTH CLARK
SUITE 2800
CHICAGO, IL 60610-4500

VIA FIRST CLASS U.S. MAIL
FOX ROTHSCHILD LLP
ATTN: JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS.
CITIZENS BANK CENTER
919 NORTH MARKET STREET, SUITE 1600
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
FRANK/GECKER LLP
ATTN. JOSEPH D. FRANK
325 NORTH LASALLE STREET, SUITE 625
CHICAGO, IL 60654

VIA FIRST CLASS U.S. MAIL
FRED FELLMETH, ESQ. GENERAL COUNSEL
BROADCAST SYSTEMS DIVISION
THE VITEC GROUP PLC
101 BILBY ROAD
HACKETTSTOWN, NJ 07840

VIA FIRST CLASS U.S. MAIL
FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER, ESQ. &
DEVON J. EGGERT, ESQ.
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

VIA FIRST CLASS U.S. MAIL
FRIEDMAN LAW GROUP
ATTN: J. BENNETT FRIEDMAN, ESQ.
1901 Avenue of the Stars
Suite 1700
Los Angeles, CA 90067

VIA FIRST CLASS U.S. MAIL
FURMAN GREGORY LLC
DONALD R. FURMAN JR.
75 FEDERAL ST, 9TH FL
BOSTON, MA 02110

Case 08-13141-BLS  Doc 10226-5  Filed 11/14/11  Page 6 of 15

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| VIA FIRST CLASS U.S. MAIL<br>GATEWAY PACIFIC PROPERTIES, INC.<br>C/O RONALD K. BROWN, JR.<br>LAW OFFICES OF RONALD K. BROWN, JR.<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660 | VIA FIRST CLASS U.S. MAIL<br>GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>ATTN: RAMESH SINGH<br>25 SE 2ND AVENUE, SUITE 1120<br>MIAMI, FL 33131-1605 |
| VIA FIRST CLASS U.S. MAIL<br>GOHN HANKEY & STICHEL LLP<br>ATTN JAN I BERLAGE<br>201 NORTH CHARLES STREET<br>BALTIMORE, MD 21201 | VIA FIRST CLASS U.S. MAIL<br>GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD.<br>ATTN. BRIAN M. DOUGHERTY<br>835 MCCLINTOCK DRIVE, SECOND FLOOR<br>WILLOWBROOK, IL 60527 |
| VIA FIRST CLASS U.S. MAIL<br>GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP<br>EDWARD J. TREDINNICK, ESQ.<br>FOUR EMBARCARCADERO CENTER, STE 4000<br>SAN FRANCISCO, CA 94111 | VIA FIRST CLASS U.S. MAIL<br>HARRIS CORPORATION<br>ANTHONY DEGLOMINE, III<br>1025 W. NASA BLVD<br>MAIL STOP A-11A<br>MELBOURNE, FL 32919 |
| | VIA FIRST CLASS U.S. MAIL<br>HERRICK FEINSTEIN LLP<br>ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ.<br>TWO PARK AVENUE<br>NEW YORK, NY 10016 |
| VIA FIRST CLASS U.S. MAIL<br>HEWLETT-PACKARD COMPANY<br>ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY<br>2125 E. KATELLA AVE., SUITE 400<br>ANAHEIM, CA 92806 | VIA FIRST CLASS U.S. MAIL<br>HEWLETT-PACKARD COMPANY<br>ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL<br>11311 CHINDEN BLVD.<br>MAILSTOP 314<br>BOISE, ID 83714-0021 |
| VIA FIRST CLASS U.S. MAIL<br>HOGAN & HARTSON LLP<br>ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS.<br>875 THIRD AVENUE<br>NEW YORK, NY 10022 | VIA FIRST CLASS U.S. MAIL<br>HOWARD COUNTY OFFICE OF LAW<br>ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR &<br>CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR<br>GEORGE HOWARD BUILDING<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 |
| VIA FIRST CLASS U.S. MAIL<br>IBM CORPORATION<br>ATTN BEVERLY H SHIDELER<br>TWO LINCOLN CENTRE<br>VILLA PARK, IL 60181 | VIA FIRST CLASS U.S. MAIL<br>INTERNAL REVENUE SERVICE<br>ATTN: ROOM 1150<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 |

Case 08-13141-BLS   Doc 10226-5   Filed 11/14/11   Page 7 of 15

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

VIA FIRST CLASS U.S. MAIL
INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA 19114-0326

VIA FIRST CLASS U.S. MAIL
J. SCOTT DOUGLASS
909 FANNIN, SUITE 1800
HOUSTON, TX 77010

VIA FIRST CLASS U.S. MAIL
JD THOMPSON LAW
ATTN: JUDY D. THOMPSON
P.O. BOX 33127
CHARLOTTE, NC 28233

VIA FIRST CLASS U.S. MAIL
JEFFER, MANGELS, BUTLER & MARMARO LLP
ATTN: KEITH D. ELKINS, ESQ.
1900 AVENUE OF THE STARS, 7TH FLOOR
LOS ANGELES, CA 90067

VIA FIRST CLASS U.S. MAIL
JP MORGAN CHASE BANK, NA AS AGENT
1111 FANNIN, 10TH FLOOR
HOUSTON, TX 77002

VIA FIRST CLASS U.S. MAIL
K&L GATES LLP
ATTN: JEFFREY N. RICH, ESQ.
599 LEXINGTON AVE
NEW YORK, NY 10022-6030

VIA FIRST CLASS U.S. MAIL
K&L GATES LLP
CHARLES R. SMITH, ESQ.
HENRY W. OLIVER BUILDING
535 SMITHFIELD ST
PITTSBURGH, PA 15222-2312

VIA FIRST CLASS U.S. MAIL
KAMAKAZEE KIWI COPORATION
3835-R EAST
THOUSDAN OAKS BLVD. #343
THOUSAND OAKS, CA 91362

VIA FIRST CLASS U.S. MAIL
KAYE SCHOLER LLP
ATTN: MARGO B SCHONHOLTZ, ESQ
MADLYN GLEICH PRIMOFF, ESQ
425 PARK AVE
NEW YORK, NY 10022

VIA FIRST CLASS U.S. MAIL
KELLEY DRYE & WARREN LLP
ERICK R. WILSON, ESQ.
HOWARD S.STEEL, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178

VIA FIRST CLASS U.S. MAIL
KATTEN MUCHIN ROSENMAN LLP
JOHN P. SIEGER; ALEXANDER S. VESSELINOVITCH;
DANIEL J. POLATSEK; JOSHUA A. GADHARF
525 W. MONROE STREET
CHICAGO, IL 60661-3693

VIA FIRST CLASS U.S. MAIL
MICHAEL DOCKTERMAN
JONATHAN YOUNG
WILDMAN, HAROLD, ALLEN & DIXSON LLP
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-1229

VIA FIRST CLASS U.S. MAIL
LANDIS RATH & COBB LLP
COUNSEL FOR THE UNSECURED CREDITORS' COMM
ATTN ADAM G LANDIS & MATTHEW B MCGUIRE
919 MARKET STREET SUITE 1800
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
LESLIE A. COHEN, ESQUIRE
LESLIE COHEN LAW, PC
506 SANTA MONICA BLVD., SUITE 200
SANTA MONICA, CA 90401

VIA FIRST CLASS U.S. MAIL
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA WASOW, ESQS.
1330 BROADWAY, SUITE 1800
OAKLAND, CA 94612

VIA FIRST CLASS U.S. MAIL
LINDA BOYLE
TW TELECOM INC.
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124

VIA FIRST CLASS U.S. MAIL
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
COUNSEL TO HARRIS COUNTY
ATTN JOHN P DILLMAN
PO BOX 3064
HOUSTON, TX 77253-3064

VIA FIRST CLASS U.S. MAIL
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2323 BRYAN STREET
STE 1600
DALLAS, TX 75201

VIA FIRST CLASS U.S. MAIL
LOWNDES, DROSDICK, DOSTER, KANTOR AND REED, P.A.
ATTN: ZACHARY J. BANCROFT, EST.
450 S. ORANGE AVE, SUITE 800
ORLANDO, FL 32801

VIA FIRST CLASS U.S. MAIL
MAUREEN A. MCGREEVEY, ESQUIRE
SENIOR LITIGATION COUNSEL
SUNGARD
682 E. SWEDESFORD ROAD
WAYNE, PA 19087

VIA FIRST CLASS U.S. MAIL
MAYER BROWN LLP
FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ.,
AMIT K. TREHAN, ESQ., BARBRA YAN, ESQ.
1675 BROADWAY
NEW YORK, NY 10019

VIA FIRST CLASS U.S. MAIL
MCCARTER & ENGLISH, LLP
ATTN: DAVID ADLER, ESQ.
G. AMANDA MALLAN, ESQ.
245 PARK AVE, 27TH FL
NEW YORK, NY 10167

VIA FIRST CLASS U.S. MAIL
MCCARTER & ENGLISH, LLP
ATTN: KATHARINE L. MAYER, ESQ.
RENAISSANCE CENTRE
405 N. MARKET STREET, 8TH FL
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
MCGUIRE WOODS LLP
ATTN. PAUL J. CATANESE & PATRICIA K. SMOOTS
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

VIA FIRST CLASS U.S. MAIL
MCPHARLIN SPRINKLES & THOMAS, LLP
ATTN. ELAIN M. SEID
10 ALMADEN BLVD., SUITE 1460
SAN JOSE, CA 95113

VIA FIRST CLASS U.S. MAIL
MEITES, MULDER, MOLLICA & GLINK
ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS.
20 S. CLARK STREET, SUITE 1500
CHICAGO, IL 60603

VIA FIRST CLASS U.S. MAIL
MESSANA ROSNER & STERN, LLP
FREDERICK B. ROSNER, ESQ.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B. WALDMEIR, ASSISTANT ATTORNEY GENERAL
STATE OF MICHIGAN, DEPT. OF TREASURY
CADILLAC PLACE, STE. 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>MICHAEL SCHLOSS<br>OFFICE OF THE SOLICITOR<br>UNITED STATES DEPARTMENT OF LABOR<br>PLAN BENEFITS SECURITY DIVISION<br>P.O. BOX 1914<br>WASHINGTON, DC 20013 | **VIA FIRST CLASS U.S. MAIL**<br>MISSOURI DEPARTMENT OF REVENUE<br>ATTN: SHERYL L. MOREAU<br>SPECIAL ASSISTANT ATTORNEY GENERAL<br>GENERAL COUNSEL'S OFFICE<br>301 W. HIGH STREET, ROOM 670, PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 |
| **VIA FIRST CLASS U.S. MAIL**<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.<br>ATTN. RACHEL B. MERSKY, ESQUIRE<br>1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>MORGAN STANLEY FIXED INCOME<br>ATTN: CAROLYN ADLER<br>1585 BROADWAY, 2ND FLOOR<br>NEW YORK, NY 10036 |
| **VIA FIRST CLASS U.S. MAIL**<br>MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC<br>ATTN: COLLEEN E. MCMANUS<br>191 NORTH WACKER DRIVE, STE 1800<br>CHICAGO, IL 60606 | **VIA FIRST CLASS U.S. MAIL**<br>NAVISTAR LEASING COMPANY<br>425 N. MARTINGALE ROAD, 18TH FLOOR<br>SCHAUMBURG, IL 60173 |
| **VIA FIRST CLASS U.S. MAIL**<br>NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>ATTN. ROBERT L. COOK, DISTRICT TAX ATTORNEY<br>333 EAST WASHINGTON ST., 3RD FLOOR<br>SYRACUSE, NY 13202 | **VIA FIRST CLASS U.S. MAIL**<br>NOLAN, PLUMHOFF & WILLIAMS, CHARTERED<br>ATTN. ROBERT L. HANLEY, JR. ESQUIRE<br>SUITE 700, NOTTINGHAM CENTRE<br>502 WASHINGTON AVENUE<br>TOWSON, MD 21204 |
| **VIA FIRST CLASS U.S. MAIL**<br>O'MELVENY & MYERS LLP<br>ATTN: BRADLEY J. BUTWIN, DANIEL L. CANTOR, & STEVEN A. ROSENSTEIN, ESQS.<br>TIMES SQUARE TOWER<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 | **VIA FIRST CLASS U.S. MAIL**<br>O'MELVENY & MYERS LLP<br>ATTN: EVAN M. JONES, ESQ.<br>400 SOUTH HOPE STREET<br>LOS ANGELES, CA 90071 |
| **VIA FIRST CLASS U.S. MAIL**<br>OFFICE OF ATTORNEY GENERAL<br>ATTN. CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY GENERAL<br>21 S. 12TH STREET, 3RD FLOOR<br>PHILADELPHIA, PA 19107-3603 | **VIA FIRST CLASS U.S. MAIL**<br>OFFICE OF THE UNITED STATES TRUSTEE<br>JOSEPH J. MCMAHON, JR., ESQ.<br>UNITED STATES DEPT OF JUSTICE<br>844 KING STREET, SUITE 2207<br>LOCKBOX #35<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: LAURA DAVIS JONES, TIMOTHY P. CAIRNS AND MARK M. BILLION, ESQS.<br>919 N. MARKET STREET, 17TH FLOOR<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: STEPHEN P. LAMB & JOHN P. DITOMO<br>500 DELAWARE AVE, SUITE 200<br>P.O. BOX 32<br>WILMINGTON, DE 19899-0032 |

{0431441;v1}

Case 08-13141-BLS    Doc 10226-5    Filed 11/14/11    Page 10 of 15

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

VIA FIRST CLASS U.S. MAIL
PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP
ATTN: STEPHEN J. SHIMSHAK, ANDREW GORDON, DAVID W. BROWN, LAUREN SHUMEJDA, & STUART MCPHAIL
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

VIA FIRST CLASS U.S. MAIL
PENSION BENEFIT GUARANTY CORPORATION
ATTN FRANK A ANDERSON, CASSANDRA R BURTON, & KARTAR S KHALSA, ESQ
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW
WASHINGTON, DC 20005-4026

VIA FIRST CLASS U.S. MAIL
PEPPER HAMILTON LLP
ATTN: DAVID B. STRATTON & JOHN H. SCHANNE, II
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
PHILLIPS, GOLDMAN & SPENCE, P.A.
ATTN: JOHN C. PHILLIPS, ESQ.
1200 NORTH BROOM STREET
WILMINGTON, DE 19806

VIA FIRST CLASS U.S. MAIL
ZWERDLKING PAUL KAHN & WOLLY PC
ATTN ROBERT E PAUL ESQ
1025 CONNECTICUT AVENUE NW SUITE 712
WASHINGTON, DC 20036-5420

VIA FIRST CLASS U.S. MAIL
PINCKNEY, HARRIS & WEIDINGER, LLC
ATTN: ADAM HILLER & DONNA HARRIS
1220 NORTH MARKET STREET, SUITE 950
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
POTTER ANDERSON & CORROON LLP
ATTN: LAURIE SILVERSTEIN, ESQ
HERCULES PLAZA
1313 N MARKET ST
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
POYNER SPRUILL LLP
JUDY D. THOMPSON, ESQ.
301 SOUTH COLLEGE STREET, STE 2300
CHARLOTTE, NC 28202

VIA FIRST CLASS U.S. MAIL
PROSKAUER ROSE LLP
ATTN: MARTIN S. ZOHN, ESQ.
2049 CENTURY PARK EAST, 32ND FLOOR
LOS ANGELES, CA 90067

VIA FIRST CLASS U.S. MAIL
QUARLES & BRADY LLP
LEONARD S. SHIFFLET, ESQ.; FAY B. FEINSTEIN, ESQ.
300 NORTH LASALLE STREET, STE 400
CHICAGO, IL 60654-3422

VIA FIRST CLASS U.S. MAIL
RICHARDS, LAYTON & FINGER, PA
ATTN: MARK D. COLLINS, ESQ.
KATISHA D. FORTUNE, ESQ.
920 NORTH KING STREET
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
RIDDELL WILLIAMS, P.S.
ATTN. JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO
1001- 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154-1192

VIA FIRST CLASS U.S. MAIL
ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC
ATTN. FRED B. RINGEL, ESQ.
875 THIRD AVENUE, 9TH FL
NEW YORK, NY 10022

VIA FIRST CLASS U.S. MAIL
RUSKIN MASCOU FALTISCHEK, P.C.
ATTN: MICHAEL S. AMATO, ESQ.
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY 11556-1425

{0431441;v1}

Case 08-13141-BLS    Doc 10226-5    Filed 11/14/11    Page 11 of 15

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

VIA FIRST CLASS U.S. MAIL
RUSKIN MOSCOU FALTISCHEK, P.C.
ATTN. MICHAEL S. AMATO, ESQ.
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY 11556-1425

VIA FIRST CLASS U.S. MAIL
SECURITIES & EXCHANGE COMMISSION
15TH & PENNSYLVANIA AVE, N.W.
WASHINGTON, DC 20020

VIA FIRST CLASS U.S. MAIL
SECURITIES AND EXCHANGE COMMISSION (SEC)
100 F STREET, NE
WASHINGTON, DC 20549

VIA FIRST CLASS U.S. MAIL
SEITZ, VAN OGTROP & GREEN, P.A.
ATTN: R.KARL HILL, ESQ.
222 DELAWARE AVENUE, STE 1500
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
SHIPMAN & GOODWIN LLP
ATTN. JULIE A. MANNING, ESQ.
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

VIA FIRST CLASS U.S. MAIL
SIRLIN GALLOGLY & LESSER, P.C.
123 S BROAD ST #2100
PHILADELPHIA, PA 191091029

VIA FIRST CLASS U.S. MAIL
SQUIRE, SANDERS & DEMPSEY LLP
ATTN: KELLY SINGER, ESQ.
TWO RENAISSANCE SQUARE
40 NORTH CENTRAL AVE, STE 2700
PHOENIX, AZ 85004-4498

VIA FIRST CLASS U.S. MAIL
STEMPEL BENNETT CLAMAN & HOCHBERG PC
COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD
ATTN EDMOND P O'BRIEN ESQ
675 THIRD AVENUE 31ST FLOOR
NEW YORK, NY 10017

VIA FIRST CLASS U.S. MAIL
STUART MAUE
ATTN: JOHN L. DECKER
FEE EXAMINER
3840 MCKELVEY RD
ST. LOUIS, MO 63044

VIA FIRST CLASS U.S. MAIL
TEITELBAUM & BASKIN, LLP
ATTN: JAY TEITELBAUM
3 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NY 10601

VIA FIRST CLASS U.S. MAIL
THE REIMANN LAW GROUP
ATTN. DAVID W. REIMANN, ESQUIRE
1960 EAST GRAND AVENUE, SUITE 1165
EL SEGUNDO, CA 90245

VIA FIRST CLASS U.S. MAIL
THE SEAPORT GROUP LLC
ATTN SCOTT FRIEDBERG
360 MADISON AVENUE 22ND FLOOR
NEW YORK, NY 10017

VIA FIRST CLASS U.S. MAIL
TOOD M. HOEPKER, ESQ.
POST OFFICE BOX 3311
ORLANDO, FL 32802-3311

Case 08-13141-BLS   Doc 10226-5   Filed 11/14/11   Page 12 of 15

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

VIA FIRST CLASS U.S. MAIL
TRAVELERS
NATIONAL ACCOUNTS
1 TOWER SQUARE-5MN
HARTFORD, CT 06183-4044

VIA FIRST CLASS U.S. MAIL
TRESSLER SODERSTORM MALONEY & PRESS, LLP
ATTN. JACQUELINE A. CRISWELL
SEARS TOWER, 22ND FLOOR
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606-6314

VIA FIRST CLASS U.S. MAIL
TWENTIETH TELEVISION, INC.
ATTN: JODIE REA
2121 AVENUE OF THE STARS, SUITE 1754
LOS ANGELES, CA 90067

VIA FIRST CLASS U.S. MAIL
TYBOUT REDFEARN AND PELL
ATTN. SHERRY RUGGIERO FALLON
750 SHIPYARD DRIVE, SUITE 400
P.O. BOX 2092
WILMINGTON, DE 19899-2092

VIA FIRST CLASS U.S. MAIL
U.S. DEPARTMENT OF JUSTICE
ATTN. YONATAN GELBLUM, TRIAL ATTY., TAX DIVISION
555 4TH ST. NW ROOM 6110, P.O. BOX 227
WASHINGTON, DC 20044

VIA FIRST CLASS U.S. MAIL
UNISYS CORPORATION
ATTN. JANET FITZPATRICK, LEGAL ASSISTANT
UNISYS WAY
P.O. BOX 500, M/S E8-108
BLUE BELL, PA 19424

VIA FIRST CLASS U.S. MAIL
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
MATTHEW J. TROY, ESQ.
1100 L STREET, N.W.
ROOM 10006
WASHINGTON, DC 20530

VIA FIRST CLASS U.S. MAIL
UNITED STATES DEPARTMENT OF LABOR
OFFICE OF THE SOLICITOR
ELIZABETH S. GOLDBERG, ESQUIRE
PLAN BENEFITS SECURITY DIVISION
P.O. BOX 1914
WASHINGTON, DC 20013

VIA FIRST CLASS U.S. MAIL
UNITED STATES TREASURY
OFFICE OF THE TREASURER
1500 PENNSYLVANIA AVENUE, NW
ROOM 2134
WASHINGTON, DC 20220

VIA FIRST CLASS U.S. MAIL
US ATTORNEY'S OFFICE
ELLEN W. SLIGHTS, ESQ
1201 MARKET ST, SUITE 1100
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
VORYS SATER SEYMOUR & PEASE LLP
AS COUNSEL FOR AOL LLC & ITS RELATED ENTITIES
ATTN TIFFANY STRELOW COBB
52 EAST GAY STREET
COLUMBUS, OH 43215

VIA FIRST CLASS U.S. MAIL
VORYS, SATER, SEYMOUR AND PEASE LLP
ATTN: TIFFANY STRELOW COBB
52 EAST GAY STREET
COLUMBUS, OH 43215

VIA FIRST CLASS U.S. MAIL
WARNER BROS. TELEVISION DISTRIBUTION, INC.
ATTN: WAYNE M. SMITH, ESQ.
4000 WARNER BLVD.
BLDG. 156, ROOM 5158
BURBANK, CA 91522

VIA FIRST CLASS U.S. MAIL
WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L
ATTN: DOUGLAS R. GONZALES, ESQUIRE
200 EAST BROWARD BOULEVARD, ST. 1900
FORT LAUDERDALE, FL 33301

Case 08-13141-BLS    Doc 10226-5    Filed 11/14/11    Page 13 of 15

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

VIA FIRST CLASS U.S. MAIL
WHITE & CASE LLP
ATTN: THOMAS E. LAURIA, GERARD H. UZZI, SCOTT GREISSMAN, ESQS.
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787

VIA FIRST CLASS U.S. MAIL
WILLIAMS GAUTIER GWYNN DELOACH & SORENSON PA
ATTN JAMES E SORENSON, D TYLER LEUVEN, CHAD D HECKMAN, JARED S GARDNER, MARY LINZEE VAN LEUVEN
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

VIA FIRST CLASS U.S. MAIL
WILLKIE FARR & GALLAGHER LLP
ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTAL, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY 10019

VIA FIRST CLASS U.S. MAIL
WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: ANDREW GOLDMAN, ESQ.
399 PARK AVENUE
NEW YORK, NY 10022

VIA FIRST CLASS U.S. MAIL
WILMINGTON TRUST COMPANY
ATTN. PATRICK J. HEALY, VICE PRESIDENT
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 198901

VIA FIRST CLASS U.S. MAIL
WINSTON & STRAWN LLP
ATTN: DAVID NEIER, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166

VIA FIRST CLASS U.S. MAIL
ZUCKERMAN SPAEDER LLP
THOMAS G. MACAULEY, ESQ.
VIRGINIA WHITEHALL GULDI, ESQ.
919 MARKET STREET, STE 990
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
ZUCKERMAN SPAEDER LLP
GRAEME W. BUSH, ESQ.
JAMES SOTTILE, ESQ.
1800 M STREET, NW, STE 1000
WASHINGTON, DC 20036

VIA FIRST CLASS U.S. MAIL
UNGARETTI & HARRIS
ATTN. GEORGE R. MESIRES, ESQ.
3500 THREE FIRST NATIONAL PLAZA
70 WEST MADISON
CHICAGO, IL 60602

VIA FIRST CLASS U.S. MAIL
THE DSF GROUP
ALLAN I. MUSCOVITZ, SR. ACCOUNTANT
950 WINTER STREET, STE 4300
WALTHAM, MA 02451-1486

VIA FIRST CLASS U.S. MAIL
SIDLEY AUSTIN LLP
KEVIN T. LANTRY, ESQ.
555 WEST FIFTH STREET
LOS ANGELES, CA 90013

VIA FIRST CLASS U.S. MAIL
SILVERMAN MCDONALD & FRIEDMAN
ATTN: BRIAN E. LUTNESS, ESQ.
1010 N. BANKCROFT PARKWAY, SUITE 22
WILMINGTON, DE 19805

VIA FIRST CLASS U.S. MAIL
SIMON PROPERTY GROUP, INC.
ATTN: RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

Case 08-13141-BLS  Doc 10226-5  Filed 11/14/11  Page 14 of 15

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

VIA FIRST CLASS U.S. MAIL
ROMERO LAW FIRM
MARTHA E. ROMERO, ESQ.
BMR PROFESSIONAL BLDG
6516 BRIGHT AVENUE
WHITTIER, CA 90601

VIA FIRST CLASS U.S. MAIL
MARGOLIS EDELSTEIN
ATTN: JAMES E. HUGGETT, ESQ.
750 SHIPYARD DRIVE, SUITE 102
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
ATTN: DAVID S. ROSNER; ANDREW K. GLENN;
SHERON KORPUS
1633 BROADWAY
NEW YORK, NY 10019

VIA FIRST CLASS U.S. MAIL
JENNER & BLOCK LLP
ATTN: DAVID J. BRADFORD, CATHERINE L. STEEGE,
ANDREW W. VAIL
330 N. WABASH AVENUE
CHICAGO, IL 60611-7603

VIA FIRST CLASS U.S. MAIL
GREENBERG TRAURIG, LLP
ATTN: DENNIA A. MELORO
THE NEMOURS BUILDING
1007 NORTH ORANGE STREET, SUITE 1200
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
GREENBERG TRAURIG, LLP
ATTN: KEVIN P. GARLAND, ESQ.
2450 COLORADO AVENUE, SUITE 400 E
SANTA MONICA, CA 90404

VIA FIRST CLASS U.S. MAIL
O'MELVENY & MYERS LLP
ATTN: DANIEL S. SHAMAH
TIMES SQUARE TOWER
7 TIMES SQUARE
NEW YORK, NY 10036

VIA FIRST CLASS U.S. MAIL
SULLIVAN HAZELTINE ALLINSON LLC
ATTN: WILLIAM A. HAZELTINE
4 EAST 8TH STREET, SUITE 400
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
BALLARD SPAHR LLP
ATTN: CHRISTOPHER S. CHOW
DAVID T. MAY
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
HORWOOD MARCUS & BERK
ATTN: KATE KANABAY
500 WEST MADISON STREET, SUITE 3700
CHICAGO, IL 60661

VIA FIRST CLASS U.S. MAIL
SCHULTE ROTH & ZABEL LLP
ATTN: LAWRENCE V. GELBER
ADAM L. HIRSCH
919 THIRD AVENUE
NEW YORK, NY 10022

VIA FIRST CLASS U.S. MAIL
KLEHR HARRISON HARVEY BRANZBURG LLP
ATTN: MICHAEL W. YURKEWICZ
919 MARKET STREET, SUITE 1000
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
DLA PIPER LLP (US)
ATTN: JODIE E. BUCHMAN
6225 SMITH AVENUE
BALTIMORE, MD 21209-3600

{0431441;v1}

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>CROSS & SIMON LLC<br>ATTN: JOSEPH GREY<br>913 NORTH MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>DEWEY & LEBOEUF LLP<br>ATTN: BRUCE BENNETT<br>JAMES O. JOHNSTON<br>JOSHUA M. MESTER<br>333 SOUTH GRAND AVENUE, SUITE 2600<br>LOS ANGELES, CA 90071 |
| **VIA FIRST CLASS MAIL**<br>MAGNOZZI & KYE LLP<br>ATTN: AMISH R. DOSHI<br>ONE EXPRESSWAY PLAZA, SUITE 114<br>ROSLYN HEIGHTS, NY 11577 | **VIA FIRST CLASS MAIL**<br>A.M. SACCULLO LEGAL LLC<br>ATTN: ANTHONY M. SACCULLO<br>THOMAS H. KOVACH<br>27 CRIMSON KING DRIVE<br>BEAR, DE 19701 |
| **VIA FIRST CLASS MAIL**<br>HANNAFAN & HANNAFAN LTD.<br>ATTN: MICHAEL T. HANNAFAN<br>BLAKE T. HANNAFAN<br>JAMES A. MCGUINNESS<br>ONE EAST WACKER DRIVE, SUITE 2800<br>CHICAGO, IL 60601 | **VIA FIRST CLASS MAIL**<br>DUANE MORRIS LLP<br>ATTN: LAWRENCE J. KOTLER<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 |
| **VIA FIRST CLASS MAIL**<br>PENNSYLVANIA OFFICE OF ATTORNEY GENERAL<br>ATTN: CAROL E. MOMJIAN, SR. DEPUTY ATTY GENERAL<br>21 SOUTH 12TH STREET, 3RD FLOOR<br>PHILADELPHIA, PA 19107 | **VIA FIRST CLASS U.S. MAIL**<br>SMITH, KATZENSTEIN & JENKINS LLP<br>ATTN: KATHLEEN M. MILLER<br>THE CORPORATE PLAZA<br>800 DELAWARE AVENUE, SUITE 1000<br>WILMINGTON, DE 19899 |
| **VIA FIRST CLASS MAIL**<br>SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC<br>ATTN: RICHARD A. SALDINGER<br>ALLEN J. GUON<br>KIMBERLY BACHER<br>321 N. CLARK ST., SUITE 800<br>CHICAGO, IL 60610 | **VIA FIRST CLASS MAIL**<br>GRIPPO & ELDEN LLC<br>ATTN: JOHN R. MCCAMBRIDGE<br>GEORGE R. DOUGHERTY<br>MICHAEL W. KAZAN<br>111 S. WACKER DRIVE<br>CHICAGO, IL 60606 |
| **VIA FIRST CLASS U.S. MAIL**<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN: JEFFREY C. WISLER<br>MARC J. PHILLIPS<br>THE NEUMOURS BUILDING<br>1007 N. ORANGE STREET<br>P.O. BOX 2207<br>WILMINGTON, DE 19899 | |

{0431441;v1}