## Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | |
| | Jointly Administered |
| Debtors. | |
| | **Related Docket No. _____** |

**ORDER GRANTING MOTION OF THE NOTEHOLDER PLAN PROPONENTS
FOR RECONSIDERATION AND CLARIFICATION OF THE
COURT'S OCTOBER 31, 2011 DECISION**

The Court having considered the *Motion of the Noteholder Plan Proponents for Reconsideration and Clarification of the Court's October 31, 2011 Decision* (the "Motion"),[1] and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and a hearing on the Motion having been held on December 13, 2011 (the "Hearing"), and the Court having considered the evidence presented, and the arguments of counsel, in support of and in opposition to, the Motion at the Hearing, and it appearing that notice of the Motion was due and appropriate;

IT IS HEREBY:

1.    ORDERED that, pursuant to Bankruptcy Rule 9023, reconsideration and clarification of the Court's October 31, 2011 Decision is proper; and it is further

2.    ORDERED that the LBO Lenders may not share in recoveries arising from the Litigation Trust Causes of Action; and it is further

---

[1] All capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3.      ORDERED that the Bar Order must employ a *pro tanto* judgment reduction method; and it is further

4.      ORDERED that the Court has not determined in its Decision how the PHONES Notes should be valued for purposes of determining Tribune's balance sheet solvency; and it is further

5.      ORDERED that the Motion is GRANTED in all respects; and it is further

6.      ORDERED that the Court retains jurisdiction to enforce the terms of this ORDER

Dated: _____, 2011

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE