# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al*.,<br><br>    Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>(Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, *et al*.,<br><br>    Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A, *et al*.<br><br>    Defendants. | Adv. Pro. No. 10-53963 (KJC) |

## MODIFIED ENTRIES OF APPEARANCE BY SEITZ VAN OGTROP & GREEN, P.A., AND ZUCKERMAN SPAEDER LLP

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rule 9010(b), Seitz Van Ogtrop & Green, P.A. ("SVG") and Zuckerman Spaeder LLP ("Zuckerman") modify their respective entries of appearance as counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned adversary proceeding (the "Adversary Proceeding").

On September 3, 2009, the Court entered an order approving the Committee's application to retain Zuckerman as special counsel to the Committee [Main Case D.I. 2088].

On May 23, 2011, the Court entered an order approving the Committee's application to retain SVG as special conflicts counsel with respect to certain affiliates of Goldman, Sachs & Co. (collectively, "Goldman") [Main Case D.I. 8973]. The Court's order further empowered the

Committee to retain SVG as counsel with regard to any other parties, to the extent the Committee deemed such retention appropriate.

On June 3, 2011, SVG entered its appearance as special conflicts counsel to the Committee in the Adversary Proceeding [Adv. Proc. D.I. 29] (the "Notice of Appearance").

On September 15, 2011, SVG submitted a notice modifying the Notice of Appearance to serve as counsel to the Committee in the Adversary Proceeding and clarifying Zuckerman's continued representation of the Committee with respect to all claims and actions against all parties except for (i) certain parties affiliated with Goldman and (ii) Highland Capital Management LP and parties affiliated with it (collectively, "Highland") [Adv. Proc. D.I. 663].

Zuckerman and SVG now further modify their respective appearances.  Zuckerman will continue to represent the Committee in the Adversary Proceeding with respect to all claims and actions against all parties, except that SVG will serve as sole counsel to the Committee in the Adversary Proceeding with respect to all claims and actions against (x) the above-identified Goldman and Highland parties and (y) Hartford Life Insurance Co. and parties affiliated with it, including Hartford Accident & Indemnity Company and the Hartford Floating Rate Fund.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 15, 2011<br>Wilmington, Delaware | **SEITZ, VAN OGTROP & GREEN P.A.**<br><br>/s/ James S. Green<br>James S. Green, Sr. (No. 0481)<br>Patricia P. McGonigle (No. 3126)<br>222 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-0600<br>Facsimile: (302) 888-0606<br><br>- and -<br><br>Graeme W. Bush<br>James Sottile<br>Andrew N. Goldfarb<br>**ZUCKERMAN SPAEDER LLP**<br>1800 M Street, NW, Suite 1000<br>Washington, DC  20036<br>Telephone:  (202) 778-1800<br>Facsimile:  (202) 822-8106<br><br>*Counsel to the Official Committee of Unsecured Creditors* |