**CERTIFICATE OF SERVICE**

I, James S. Green, Sr., Esquire, hereby certify that on this 15th day of November, 2011, I caused the foregoing document to be served via CM/ECF upon counsel of record.

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ James S. Green, Sr.

JAMES S. GREEN, SR. (DE481)
jgreen@svglaw.com
PATRICIA P. MCGONIGLE (DE3126)
pmcgonigle@svglaw.com
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
(302) 888-0600
*Conflicts Counsel to Plaintiff*