**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date December 13, 2011 @ 1:00 pm |
| | ) | Response Date: December 6, 2011 @ 4:00 pm |
| | ) | Related Docket No. 10226 |

**JOINDER TO MOTION OF AURELIUS CAPITAL MANAGEMENT, LP**
**FOR RECONSIDERATION OF THE COURT'S**
**OCTOBER 31, 2011 DECISION AS IT PERTAINS TO**
**THE APPLICATION OF PHONES NOTES SUBORDINATION**

Deutsche Bank Trust Company Americas ("DBTCA"), successor trustee under (i) that certain indenture dated March 1, 1992, by and between Tribune and Continental Bank, N.A, as amended; (ii) that certain indenture dated January 30, 1995, by and between Tribune and First Interstate Bank of California as amended; and (iii) that certain indenture dated January 1, 1997, by and between Tribune and Bank of Montreal Trust Company, as amended, hereby files this Joinder to the motion filed by Aurelius Capital Management, LP, on behalf of itself and its managed entities (the "Aurelius Motion"; ECF Doc. #10226), pursuant to Rule 59 of the Federal Rules of Civil Procedure, made applicable to these chapter 11 cases by Rule 9023 of the Federal Rules of Bankruptcy Procedure, for reconsideration of the Court's October 31, 2011 Opinion on Confirmation [ECF Doc. #10133] (the "Decision").

**JOINDER**

DBTCA supports and joins in the Aurelius Motion and believes that granting the relief in such Motion for Reconsideration is appropriate and just and the Court should determine that the

ME1 12557300v.1

notes issued under the PHONES Indenture[1] are (i) subordinated to the Senior Notes in all respects, including as to the proceeds of chapter 5 causes of action; and (ii) grant such other and further relief as is just, proper and equitable.

**WHEREFORE**, DBTCA respectfully requests that the Court grant the Aurelius Motion with the relief as noted herein and provide such further relief as is just and proper.

Dated: November 16, 2011       **McCARTER & ENGLISH LLP**
      Wilmington, DE

By:    */s/ James J. Freebery IV*
      James J. Freebery IV (DE# 3498)
      Renaissance Centre
      405 N. King Street, 8th Floor
      Wilmington, DE 19801
      (302) 984-6300
      (302) 984-6399 Facsimile

-and-

David J. Adler, Esq.
245 Park Avenue
27th Floor
New York, New York 10167
(212) 609-6800 - Telephone
(212) 609-6921 - Facsimile
dadler@mccarter.com

*Counsel for Deutsche Bank Trust Company Americas*

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Aurelius Motion.

ME1 12557300v.1