# EXHIBIT A



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Invoice No. 1905751
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through September 30, 2011

### JoAnn Parker v.; Case No. 2009L010092 0000001909

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/07/11 | N. Riesco | L120 | | Review/analyze opposition to motion for summary judgment. | 0.50 | 200.00 |
| 09/08/11 | G. Pauling II | L120 | | Review filings made by opposing counsel in connection with opposition to motion for summary judgment. | 0.70 | 399.00 |
| 09/08/11 | N. Riesco | L243 | | Review/analyze opposition to motion for summary judgment, numerous evidentiary filings and motion to strike Glassberg affidavit (1.20); communication with J. Ludwig concerning preparation of reply (.10). | 1.30 | 520.00 |
| 09/09/11 | N. Riesco | L120 | | Review/analyze documentation filed by J. Parker, in particular, motion to strike Glassberg affidavit. | 0.70 | 280.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/12/11 | N. Riesco | L120 | | Telephone conference and various communications with J. Ludwig concerning reply strategy (.50); late proofs of claim and bankruptcy arguments (.50); review and analyze submissions in preparation for motion hearing (.50). | 1.50 | 600.00 |
| 09/13/11 | N. Riesco | L120 | | Prepare for and attend motion/status hearing. | 0.40 | 160.00 |
| 09/14/11 | N. Riesco | L120 | | Call to Judge's clerk regarding motion for extension of time (.40); email to P. Bender regarding same (.10). | 0.50 | 200.00 |
| 09/19/11 | N. Riesco | L243 | | Communications with J. Ludwig concerning summary judgment reply on bankruptcy arguments and Parker testimony. | 0.40 | 160.00 |
| 09/27/11 | N. Riesco | L250 | | Communications with A. Jubelirer concerning case status (.20); review and analyze J. Parker opposition to summary judgment and arguments in response thereto (.50). | 0.70 | 280.00 |
| 09/28/11 | N. Riesco | L243 | | Draft response to plaintiff's statement of undisputed facts in opposition to motion for summary judgment (2.40); draft and edit reply brief (.50); draft and edit response to motion to strike Glassberg affidavit (.80). | 3.70 | 1,480.00 |
| 09/29/11 | G. Pauling II | L120 | | Devise strategy for reply brief. | 0.80 | 456.00 |
| 09/29/11 | N. Riesco | L243 | | Draft response to plaintiff's statement of undisputed facts in opposition to motion for summary judgment (4.50); draft and edit reply brief (2.50); draft and edit response to motion to strike Glassberg affidavit (1.00); conference with G. Pauling concerning reply brief strategy (.80). | 8.80 | 3,520.00 |
| 09/30/11 | N. Riesco | L243 | | Draft, edit and revise brief in reply to motion for summary judgment. | 3.60 | 1,440.00 |

**Total Hours**

23.60

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1905751

Page 3

Chicago Tribune Company

| | | |
|---|---|---|
| **Total Fees** | | $9,695.00 |
| **Less Discount** | | ($969.50) |
| **Total Fees After Discount** | | $8,725.50 |

**Timekeeper Summary**

| | | | | | |
|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 1.50 | hours at | $570.00 | per hour |
| N. Riesco | Associate | - | 22.10 | hours at | $400.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Courier/Messenger | 13.31 |
| Copying | 41.60 |
| **Total Disbursements** | 54.91 |
| **Total Amount Due** | $8,780.41 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

Invoice No. 1905751
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $9,695.00 |
| Less Discount | ($969.50) |
| Total Fees after Discount | $8,725.50 |
| Total Disbursements | 54.91 |
| Total Fees and Disbursements This Statement | $8,780.41 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |



SEYFARTH
SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Invoice No. 1905740
0276 12575 / 12575-000001
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through September 30, 2011

Labor-General 0000001174

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/14/11 | K. Michaels | C300 | | Review of e-mail correspondence from A. Barnes regarding Tribune Company policy. | 0.50 | 290.00 |
| 09/15/11 | K. Michaels | C300 | | Review of e-mail correspondence from A. Barnes regarding Tribune policy. | 0.10 | 58.00 |
| 09/21/11 | K. Michaels | C300 | | Review/analysis of Tribune policy. | 0.40 | 232.00 |
| 09/21/11 | K. Michaels | C300 | | Review of e-mail correspondence from A. Barnes regarding Targeted Media (.10); drafting e-mail correspondence to M. Corey and G. Figueroa regarding same (.10). | 0.20 | 116.00 |
| 09/28/11 | K. Michaels | C300 | | Drafting e-mail correspondence to G. Figueroa and J. Osick regarding disclaimer language to be inserted in Tribune policy. | 0.10 | 58.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1905740

Page 2

Baltimore Sun

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/28/11 | K. Michaels | C300 | | Telephone conference with G. Figueroa and J. Osick regarding review of Tribune policy. | 0.30 | 174.00 |
| 09/30/11 | K. Michaels | C300 | | Review of Targeted Media talking points outline from G. Figueroa. | 0.40 | 232.00 |

**Total Hours**    2.00

**Total Fees**    $1,160.00

**Less Discount**    ($116.00)

**Total Fees After Discount**    $1,044.00

**Timekeeper Summary**

| K. Michaels | Partner | – | 2.00 | hours at | $580.00 | per hour |
|-------------|---------|---|------|----------|---------|----------|

**Total Disbursements**    0.00

**Total Amount Due**    $1,044.00



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1905740
0276 12575 / 12575-000001
Labor-General 0000001174

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,160.00 |
| Less Discount | ($116.00) |
| Total Fees after Discount | $1,044.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,044.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Invoice No. 1905745
0276 12575 / 12575-000301
W1ST

The Baltimore Sun
501 North  Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through September 30, 2011

### Photographer(s) Recall Grievance: Case No. 16 300 00214 11

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/01/11 | K. Michaels | L410 | | Meeting in Baltimore with A. Barnes, B. Hamilton, S. Davis and E. Hewitt in preparation for arbitration hearing. | 9.00 | 5,220.00 |
| 09/06/11 | K. Michaels | L110 | | Review of company documents from D. Morrison relating to bargaining history. | 2.00 | 1,160.00 |
| 09/06/11 | K. Michaels | L110 | | Telephone conference with A. Barnes, H. Weinstein and D. Morrison regarding review of collective bargaining history. | 0.70 | 406.00 |
| 09/08/11 | K. Michaels | L110 | | Telephone conference with B. Hamilton and S. Davis regarding additional fact gathering. | 0.50 | 290.00 |



Invoice No. 1905745

Page 2

Baltimore Sun

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/08/11 | K. Michaels | L110 | | Review of letter from Guild counsel R. Paul and attached Sunburst negotiation documents to be used by Guild in arbitration. | 0.70 | 406.00 |
| 09/08/11 | K. Michaels | L410 | | Drafting direct examination outlines of witnesses one, two and three. | 4.00 | 2,320.00 |
| 09/13/11 | K. Michaels | C300 | | Review of binder of Company materials related to arbitration from D. Morrison. | 1.50 | 870.00 |
| 09/13/11 | K. Michaels | L120 | | Review of e-mail correspondence from H. Weinstein regarding negotiations (.10); drafting e-mail correspondence to H. Weinstein in response to same (.10). | 0.20 | 116.00 |
| 09/15/11 | K. Michaels | C200 | | Research arbitral law for caselaw to be used at hearing and in post-hearing brief. | 2.80 | 1,624.00 |
| 09/19/11 | K. Michaels | C300 | | Review of e-mail correspondence from Union counsel R. Paul regarding stipulations for purposes of arbitration hearing (.10); drafting e-mail correspondence to R. Paul in response to stipulation inquiry (.10). | 0.20 | 116.00 |
| 09/26/11 | K. Michaels | L110 | | Review of bargaining files and history. | 3.00 | 1,740.00 |
| 09/29/11 | K. Michaels | L410 | | Work on outlines of examination of witness one (2.00), witness two (1.00), and witness three (1.00). | 4.00 | 2,320.00 |

**Total Hours**                                                                28.60

**Total Fees**                                                                $16,588.00

**Less Discount**                                                             ($1,658.80)

**Total Fees After Discount**                                                 $14,929.20

**Timekeeper Summary**

# SEYFARTH
### ATTORNEYS
## SHAW LLP

Invoice No. 1905745

Page 3

Baltimore Sun

| K. Michaels | Partner | - | 28.60 | hours at | $580.00 | per hour |
|---|---|---|---|---|---|---|

**Disbursements**                                        **Value**

| Taxi - K. Michaels - 09/01/11 | 171.00 |
| Copying | 4.70 |

**Total Disbursements**                                           175.70

**Total Amount Due**                                            $15,104.90



# SEYFARTH
**ATTORNEYS**  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1905745
0276 12575 / 12575-000301
Photographer(s) Recall Grievance: Case No. 16 300
00214 11

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $16,588.00 |
| Less Discount | ($1,658.80) |
| Total Fees after Discount | $14,929.20 |
| Total Disbursements | 175.70 |
| Total Fees and Disbursements This Statement | $15,104.90 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 28, 2011
**REVISED**

Invoice No. 1905744
0276 12575 / 12575-000302
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through September 30, 2011

**Ed Gunts Retaliation; NLRB Case No. 05-CA-065316**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/19/11 | K. Michaels | C300 | | Review of e-mail correspondence from R. Paul regarding E. Gunts matter and Union threat to file unfair labor practice charge. | 0.10 | 58.00 |
| 09/21/11 | K. Michaels | C300 | | Telephone conference with R. Paul, Guild counsel, regarding Guild intention to file unfair labor practice charge concerning E. Gunts issue. | 0.40 | 232.00 |
| 09/21/11 | K. Michaels | L160 | | Review of e-mail correspondence from R. Paul regarding settlement of E. Gunts matter. | 0.20 | 116.00 |
| 09/26/11 | K. Michaels | C300 | | Review of unfair labor practice charge from Guild counsel R. Paul. | 0.10 | 58.00 |

**Total Hours**                                                                                   0.80

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Baltimore Sun

| | | |
|---|---|---|
| **Total Fees** | | $464.00 |
| **Less Discount** | | ($46.40) |
| **Total Fees After Discount** | | $417.60 |

**Timekeeper Summary**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 0.80 | hours at | $580.00 | per hour | | |

| | | |
|---|---|---|
| **Total Disbursements** | | 0.00 |
| **Total Amount Due** | | $417.60 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 28, 2011
**REVISED**

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1905744
0276 12575 / 12575-000302
Ed Gunts Retaliation; NLRB Case No. 05-CA-065316

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $464.00 |
| Less Discount | ($46.40) |
| Total Fees after Discount | $417.60 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $417.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Invoice No. 1905755
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through September 30, 2011

### Bankruptcy Fee Application 0000001891

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/01/11 | J. McManus | B110 | | Review/edit fee application time detail to comply with court's standards for the Twenty-Second Monthly Fee Application (final edits). | 0.50 | 137.50 |
| 09/08/11 | J. McManus | B110 | | Email communications with A. Dalton regarding fee examiner review/reports (.10); attend to fee payment matters (.10). | 0.20 | 55.00 |
| 09/12/11 | J. McManus | B110 | | Investigate fee payment matters in connection with First Quarterly Fee Application (.20); review notice regarding fifth quarterly fees and confer with O. Reyes regarding same (.10). | 0.30 | 82.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1905755

Page 2

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/14/11 | J. McManus | B110 | | Revise Twenty-Second Monthly Fee Application (.60); attend to fee payment matters (.20). | 0.80 | 220.00 |
| 09/19/11 | J. McManus | B110 | | Draft Twenty-Third Monthly Fee Application (.50); conference with O. Reyes regarding same and regarding fee payment matters (.20); review reponse to fee examiner's report on Second Quarterly Fee Application (.30). | 1.00 | 275.00 |
| 09/19/11 | A. Shepro | B160 | | Edit services by attorney, matter, and expenses sections in the Twenty-Second Tribune Fee Application. | 2.20 | 220.00 |
| 09/20/11 | J. McManus | B110 | | Finalize Twenty-Second Monthly Fee Application (.80); prepare Eighth Interim Fee Application (.90); confer with A. Dalton regarding fee examiner report for Second Interim Fee Application (.10); attend to fee payment matters (.40). | 2.20 | 605.00 |
| 09/20/11 | A. Shepro | B160 | | Continue to edit Twenty-Second Tribune Fee Application (1.10); organize chronologically Tribune invoices from July 1 to July 31, 2011 (.30). | 1.40 | 140.00 |
| 09/21/11 | J. McManus | B110 | | Finalize pleading portion of Twenty-Second Monthly Fee Application in preparation for filing (.60); confer with O. Reyes regarding preparation of Twenty-Third Monthly Fee Application (.10); draft exhibits to same (.30). | 1.00 | 275.00 |
| 09/22/11 | J. McManus | B110 | | Finalize Twenty-Second Monthly Fee Application (.60); gather additional information for fee examiner response in connection with Seyfarth's Second Interim Fee Application (.70); revise response (.70); finalize same (.20). | 2.20 | 605.00 |



Invoice No. 1905755

Page 3

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/23/11 | J. Sherman | C300 | | Review and execute Twenty-Second Monthly Fee Application (.20); review and redact September bills to preserve privilege (.50). | 0.70 | 486.50 |
| 09/23/11 | A. Shepro | B160 | | Conference with J. Maciag regarding Tribune Twenty-Second Monthly Fee Application (.10); investigate docket and filing procedure (.20). | 0.30 | 30.00 |
| 09/26/11 | J. McManus | B110 | | Conference with A. Dalton regarding fee examiner reports in connection with fees for preparing fee applications (.10); assemble Twenty-Second Fee Application for filing (.20); conference with local counsel regarding same (.10); prepare Twenty-Third Monthly Fee Application (.70). | 1.10 | 302.50 |
| 09/26/11 | A. Shepro | B160 | | Conference with J. McManus regarding the Twenty-Second Tribune Fee Application (.10); edit the overall discount amount and time by attorney in the Twenty-Second Monthly Fee Application (.30). | 0.40 | 40.00 |
| 09/27/11 | J. McManus | B110 | | Revise Twenty-Third Monthly Fee Application (.40); confer with A. Shepro regarding preparation of charts for same (.10). | 0.50 | 137.50 |
| 09/27/11 | A. Shepro | B160 | | Compile/edit Twenty-Third Monthly Fee Application. | 2.30 | 230.00 |
| 09/28/11 | A. Shepro | B160 | | Edit Twenty-Third Monthly Fee Application. | 2.80 | 280.00 |

| | | |
|---|---|---|
| **Total Hours** | 19.90 | |
| **Total Fees** | | $4,121.50 |
| **Less Discount** | | ($412.15) |
| **Total Fees After Discount** | | $3,709.35 |



Tribune Company/Sherman

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 0.70 | hours at | $695.00 | per hour |
| J. McManus | Paralegal | - | 9.80 | hours at | $275.00 | per hour |
| A. Shepro | Legal Asst. | - | 9.40 | hours at | $100.00 | per hour |

**Total Disbursements**                                                     0.00

**Total Amount Due**                                                  $3,709.35



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1905755
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $4,121.50 |
| Less Discount | ($412.15) |
| Total Fees after Discount | $3,709.35 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $3,709.35 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |



**SEYFARTH SHAW** LLP
A·T·T·O·R·N·E·Y·S

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Invoice No. 1905809
0276 11089 / 11089-000037
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through September 30, 2011

**Tamesa Falkner v.; Case No. 11 cv 5166**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/01/11 | E. McLaughlin | L120 | | Revising Addison Search subpoena rider and cover letter (.20); telephone conference with opposing counsel on settlement (.20). | 0.40 | 242.00 |
| 09/01/11 | A. Choren Workman | B110 | | Conference with E. McLaughlin regarding subpoena to Addison Search and case strategy for settlement (.10); finalize subpoena to Addison Search for records relating to Plaintiff (.20); email correspondence to J. Osick regarding subpoena to Addison Search (.20). | 0.50 | 165.00 |
| 09/06/11 | A. Choren Workman | B110 | | Email correspondence to P. Jones at Addison search regarding subpoena for records for plaintiff. | 0.20 | 66.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1905809

Page 2

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/07/11 | A. Choren Workman | L120 | | Review documents received from Addison Search in response to subpoena. | 0.30 | 99.00 |
| 09/09/11 | E. McLaughlin | L160 | | Telephone conference with opposing counsel regarding settlement. | 0.20 | 121.00 |
| 09/12/11 | E. McLaughlin | L120 | | Review documents from temp agency produced pursuant to subpoena. | 0.50 | 302.50 |
| 09/13/11 | E. McLaughlin | L160 | | Telephone conference with opposing counsel regarding settlement and update client on same. | 0.40 | 242.00 |
| 09/16/11 | A. Choren Workman | L120 | | Review/revise initial status report. | 0.30 | 99.00 |
| 09/19/11 | E. McLaughlin | C300 | | Revising joint status report (.20); telephone conference with A. Workman regarding same (.10). | 0.30 | 181.50 |
| 09/19/11 | A. Choren Workman | L120 | | Conference with E. McLaughlin regarding initial status report (.20); email correspondence to J. Osick regarding initial status report (.20); email correspondence with opposing counsel regarding initial status report (.20); revise initial status report (.20). | 0.80 | 264.00 |
| 09/20/11 | A. Choren Workman | L120 | | Conference with E. McLaughlin regarding initial status report (.10); telephone correspondence with opposing counsel regarding initial status report (.30); revise initial status report (.20); email correspondence to J. Osick regarding filed initial status report (.10). | 0.70 | 231.00 |
| 09/22/11 | E. McLaughlin | L160 | | Telephone conference with J. Osick to discuss settlement. | 0.10 | 60.50 |
| 09/26/11 | E. McLaughlin | L160 | | Representation at status hearing (.70); meeting with opposing counsel on settlement (.20); email client regarding same (.10). | 1.00 | 605.00 |



Invoice No. 1905809

Page 3

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/26/11 | A. Choren Workman | L120 | | Conference with E. McLaughlin regarding initial status hearing (.2); review documents from EEOC in response to Freedom of Information Act request (.3). | 0.50 | 165.00 |
| 09/29/11 | E. McLaughlin | L160 | | Telephone conference with opposing counsel regarding Rule 26 extension (.20) and settlement (.20). | 0.40 | 242.00 |
| 09/29/11 | A. Choren Workman | L120 | | Conference with E. McLaughlin regarding case strategy. | 0.10 | 33.00 |
| 09/30/11 | E. McLaughlin | L160 | | Telephone conference with client and opposing counsel on settlement. | 0.30 | 181.50 |
| 09/30/11 | A. Choren Workman | L120 | | Email correspondence to opposing counsel regarding extension of time to exchange Rule 26(a)(1) initial disclosures. | 0.10 | 33.00 |

| | | |
|---|---|---|
| **Total Hours** | 7.10 | |
| **Total Fees** | | $3,333.00 |
| **Less Discount** | | ($333.30) |
| **Total Fees After Discount** | | $2,999.70 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. McLaughlin | Partner | - | 3.60 | hours at | $605.00 | per hour |
| A. Choren Workman | Associate | - | 3.50 | hours at | $330.00 | per hour |

| Disbursements | Value |
|---------------|-------|
| Courier/Messenger | 21.76 |
| Copying | 2.60 |



Tribune Company

**Total Disbursements**                                                                              24.36

**Total Amount Due**                                                                              $3,024.06



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1905809
0276 11089 / 11089-000037
Tamesa Falkner v.; Case No. 11 cv 5166

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $3,333.00 |
| Less Discount | ($333.30) |
| Total Fees after Discount | $2,999.70 |
| Total Disbursements | 24.36 |
| Total Fees and Disbursements This Statement | $3,024.06 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Invoice No. 1905811
0276 68308 / 68308-000002
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through September 30, 2011

### Allen v. am New York

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/09/11 | E. Cerasia II | L160 | | Review final draft of claim form and notice of settlement (.50); email to Sidley signing-off on same (.10). | 0.60 | 438.00 |

| | | | | | | |
|------|--|--|--|--|------|------|
| **Total Hours** | | | | | 0.60 | |
| **Total Fees** | | | | | | $438.00 |
| **Less Discount** | | | | | | ($43.80) |
| **Total Fees After Discount** | | | | | | $394.20 |

### Timekeeper Summary

| E. Cerasia II | Partner | - | 0.60 | hours at | $730.00 | per hour |
|---------------|---------|---|------|----------|---------|----------|

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

**Total Disbursements**                                                                                            0.00

**Total Amount Due**                                                                                          $394.20



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1905811
0276 68308 / 68308-000002
Allen v. am New York

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $438.00 |
| Less Discount | ($43.80) |
| Total Fees after Discount | $394.20 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $394.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



SEYFARTH
ATTORNEYS
SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Invoice No. 1905816
0276 68308 / 68308-000003
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through September 30, 2011

**Karen Scott v. WPIX**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 09/21/11 | E. Cerasia II | L240 | | Review/analyze new S.D.N.Y. case law dealing with age-based remarks on summary judgment motion. | 0.20 | 146.00 |
| 09/22/11 | E. Cerasia II | L240 | | Telephone conference with A. Jubelirer regarding case status (.10); communications with A. Cabrera and J. Chylinski regarding K. Scott's request to file confidential documents and redactions as to same (.10). | 0.20 | 146.00 |
| 09/22/11 | A. Cabrera | L250 | | Review documents marked confidential that plaintiff proposes to use in connection with summary judgment opposition to determine if we have any objections. | 0.80 | 352.00 |
| 09/23/11 | J. Chylinski | L430 | | Review/analyze of plaintiff's brief in opposition to motion for summary judgment. | 1.80 | 657.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 09/23/11 | A. Cabrera | L120 | | Review Scott's memo in opposition to summary judgment. | 0.80 | 352.00 |
| 09/26/11 | A. Cabrera | L120 | | Strategize brief regarding WPIX's reply to opposition. | 0.30 | 132.00 |
| 09/27/11 | E. Cerasia II | L240 | | Review/analyze K. Scott's papers in opposition to WPIX's summary judgment motion to formulate arguments for reply brief (.90); email correspondence with A. Jubelirer regarding arguments for reply brief (.30). | 1.20 | 876.00 |
| 09/28/11 | E. Cerasia II | L240 | | Prepare outline of arguments for WPIX's reply brief (.80); revise letter to court regarding extension for filing reply brief (.10). | 0.90 | 657.00 |
| 09/28/11 | A. Cabrera | L120 | | Review K. Scott's response to WPIX's Rule 56.1 statement. | 1.20 | 528.00 |
| 09/28/11 | A. Cabrera | L120 | | Strategize with E. Cerasia regarding presentation of reply brief to counter-statement of facts. | 0.30 | 132.00 |
| 09/29/11 | J. Chylinski | L243 | | Draft WPIX's reply brief in further support of motion for summary judgment. | 7.50 | 2,737.50 |
| 09/29/11 | A. Cabrera | L120 | | Review K. Scott's response to Rule 56.1 statement and outline responses. | 1.80 | 792.00 |
| 09/30/11 | A. Cabrera | L250 | | Review responses to Rule 56.1 statement and determine if supported by record and identify contradictions (5.50); draft portion of reply brief in response to K. Scott's factual assertions (1.50). | 7.00 | 3,080.00 |

**Total Hours**                                                                          24.00

**Total Fees**                                                                        $10,587.50

**Less Discount**                                                                    ($1,058.75)

**Total Fees After Discount**                                                  $9,528.75



Tribune Company

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 2.50 | hours at | $730.00 | per hour |
| J. Chylinski | Associate | - | 9.30 | hours at | $365.00 | per hour |
| A. Cabrera | Associate | - | 12.20 | hours at | $440.00 | per hour |

## Disbursements

| | Value |
|---|---|
| Printing | 36.06 |
| Copying | 198.20 |
| Facsimile | 9.00 |
| Online Research | 677.84 |
| **Total Disbursements** | 921.10 |
| **Total Amount Due** | $10,449.85 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1905816
0276 68308 / 68308-000003
Karen Scott v. WPIX

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $10,587.50 |
| Less Discount | ($1,058.75) |
| Total Fees after Discount | $9,528.75 |
| Total Disbursements | 921.10 |
| Total Fees and Disbursements This Statement | $10,449.85 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Invoice No. 1905817
0276 68308 / 68308-000007
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through September 30, 2011

**Sal Marchiano v. Betty Ellen Berlamino**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/06/11 | A. Ianni | L430 | | Email with B. Berlamino and A. Foran regarding scheduling order. | 0.10 | 35.50 |
| 09/07/11 | A. Ianni | L330 | | Correspondence with L. Pearson regarding scheduling of depositions. | 0.20 | 71.00 |
| 09/22/11 | E. Cerasia II | L190 | | Telephone conference with A. Jubelirer regarding case status. | 0.10 | 73.00 |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | | 0.40 | |
| **Total Fees** | | | | $179.50 |
| **Less Discount** | | | | ($17.95) |
| **Total Fees After Discount** | | | | $161.55 |



Invoice No. 1905817

· Page 2

Tribune Company

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 0.10 | hours at | $730.00 | per hour |
| A. Ianni | Associate | - | 0.30 | hours at | $355.00 | per hour |

**Total Disbursements**                                                    0.00

**Total Amount Due**                                                    $161.55



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1905817
0276 68308 / 68308-000007
Sal Marchiano v. Betty Ellen Berlamino

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $179.50 |
| Less Discount | ($17.95) |
| Total Fees after Discount | $161.55 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $161.55 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Invoice No. 1905820
0276 68308 / 68308-000008
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through September 30, 2011

**Watkins v. WPIX, Inc.**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/08/11 | E. Cerasia II | L160 | | Telephone conference and email correspondence with A. Foran and B. Carey regarding no response from Watkin's counsel on mediators; telephone conference with C. Davis office regarding her being on vacation and unable to response as to mediators. | 0.10 | 73.00 |
| 09/13/11 | E. Cerasia II | L160 | | Email correspondence and telephone conference with A. Foran regarding Watkins' request to mediate before EEOC, and rejection of same (.20); telephone conference with C. Davis regarding WPIX's position on same and willingness to pay more toward JAMS' mediator (.10). | 0.30 | 219.00 |
| 09/14/11 | E. Cerasia II | L160 | | Email correspondence with A. Foran regarding status of selecting mediator and cost-sharing issues. | 0.10 | 73.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/15/11 | E. Cerasia II | L160 | | Telephone conversation with C. Davis regarding mediation and cost sharing (.10); email with A. Foran and B. Carey regarding same (.10). | 0.20 | 146.00 |
| 09/19/11 | E. Cerasia II | L160 | | Email correspondence with C. Davis and A. Foran regarding mediation fees (.20); telephone conference with A. Foran regarding same (.10); telephone conferences with C. Emanuele at JAMS regarding mediation (.10). | 0.40 | 292.00 |
| 09/20/11 | E. Cerasia II | L160 | | Begin to work on pre-mediation statement (.30); emails with C. Davis, C. Emanuele (JAMS) and A. Foran regarding mediation and mediation agreement (.30). | 0.60 | 438.00 |
| 09/21/11 | A. Cabrera | L250 | | Draft mediation statement. | 2.50 | 1,100.00 |
| 09/22/11 | E. Cerasia II | L160 | | Draft/revise pre-mediation statement. | 2.70 | 1,971.00 |
| 09/22/11 | A. Cabrera | L120 | | Review caselaw on adverse employment actions to include in mediation statement. | 0.50 | 220.00 |
| 09/22/11 | A. Cabrera | L250 | | Review/revise mediation statement (1.30); review caselaw on protected activity to include in mediation statement (.60). | 1.90 | 836.00 |
| 09/23/11 | E. Cerasia II | L160 | | Continue to revise pre-mediation statement (1.80); telephone conference with C. Wittenberg and C. Davis regarding background facts (.30). | 2.10 | 1,533.00 |
| 09/23/11 | A. Cabrera | L120 | | Revise mediation statement. | 0.50 | 220.00 |
| 09/26/11 | E. Cerasia II | L160 | | Review A. Foran's comments to mediation statement and revise/finalize same (.80); telephone conference with C. Wittenberg regarding Watkins' position (.10). | 0.90 | 657.00 |



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/27/11 | E. Cerasia II | L160 | | Represent WPIX at mediation with A. Foran and B. Carey (6.10); voice mail and email correspondence with C. Wittenberg regarding her urging Watkin's counsel to continue negotiations (.10); voice mail from email correspondence with A. Foran regarding strategy for handling Watkin's access to email, voice-mail and BlackBerry (.20). | 6.40 | 4,672.00 |
| 09/28/11 | E. Cerasia II | L160 | | Telephone conferences and email correspondence with C. Wittenberg regarding status of negotiations, Watkin's reaction, and his plan to make new proposal (.30); email correspondence and telephone conference with A. Foran and B. Carey regarding Watkins' claim that security leaked his ban from building, status of negotiations, and letter confirming trigger of pay/play provision (.30). | 0.60 | 438.00 |
| 09/29/11 | E. Cerasia II | L160 | | Telephone conference with C. Wittenberg regarding new settlement proposals and negotiations (.40); email correspondence and telephone conferences with A. Foran and B. Carey regarding Watkins' new proposal and settlement authority/strategy (.60); telephone conference with A. Foran, E. Meyrowitz and B. Carey regarding same (.20); emails with C. Davis regarding WPIX's letter triggering pay/play provision and alleged status about Watkins' ban from building and review her letter regarding same (.20); emails with B. Carey, A. Foran and E. Meyrowitz regarding response to press inquiries and Watkins' request to go to station this weekend (.30). | 1.70 | 1,241.00 |



Invoice No. 1905820

Page 4

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/30/11 | E. Cerasia II | L160 | | Emails with B. Carey and A. Foran regarding today's media reports on "firing" of Watkins' and review web regarding same (.20); telephone conference and email correspondence with A. Foran and B. Carey regarding joint statement to press (.40); telephone conference and email correspondence with C. Wittenberg regarding status of settlement and today's mediabistro.com report (.20); review letter from C. Davis and email correspondence with B. Carey, A. Foran and E. Meyrowitz regarding same and draft proposed response to C. Davis and joint statement to media (.80). | 2.00 | 1,460.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 23.50 | |
| **Total Fees** | | | $15,589.00 |
| **Less Discount** | | | ($1,558.90) |
| **Total Fees After Discount** | | | $14,030.10 |

**Timekeeper Summary**

| E. Cerasia II | Partner | - | 18.10 | hours at | $730.00 | per hour |
|---------------|---------|---|-------|----------|---------|----------|
| A. Cabrera | Associate | - | 5.40 | hours at | $440.00 | per hour |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Long Distance Telephone | 2.08 |
| **Total Disbursements** | 2.08 |
| **Total Amount Due** | $14,032.18 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1905820
0276 68308 / 68308-000008
Watkins v. WPIX, Inc.

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $15,589.00 |
| Less Discount | ($1,558.90) |
| Total Fees after Discount | $14,030.10 |
| Total Disbursements | 2.08 |
| Total Fees and Disbursements This Statement | $14,032.18 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Invoice No. 1905821
0276 68308 / 68308-000009
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through September 30, 2011

**Larry Hoff v. WPIX, et al.**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/19/11 | E. Cerasia II | L190 | | Email correspondence with T. Kouridis (Chubb) regarding update on status of K. Scott's pending motion to dismiss third-party complaint and stay of discovery/no discovery schedule issued. | 0.10 | 73.00 |
| 09/22/11 | E. Cerasia II | L190 | | Telephone conference with A. Jubelirer regarding case status. | 0.10 | 73.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.20 | |
| **Total Fees** | | $146.00 |
| **Less Discount** | | ($14.60) |
| **Total Fees After Discount** | | $131.40 |



Tribune Company

**Timekeeper Summary**

| E. Cerasia II | Partner | - | 0.20 | hours at | $730.00 | per hour |
|---|---|---|---|---|---|---|

**Total Disbursements**                                                                                   0.00

**Total Amount Due**                                                                                   $131.40



# SEYFARTH SHAW LLP
### ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1905821
0276 68308 / 68308-000009
Larry Hoff v. WPIX, et al.

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $146.00 |
| Less Discount | ($14.60) |
| Total Fees after Discount | $131.40 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $131.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

**PAYMENT BY CHECK VIA STANDARD MAIL:**
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY WIRE TO:**

Bank Name:  Bank of America
Account Name:  Seyfarth Shaw LLP Operating Account
Account Number:  5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code:  BOFAUS3N

# SEYFARTH
### ATTORNEYS   SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Invoice No. 1905823
0276 68308 / 68308-000010
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through September 30, 2011

## WPIX and B.E. Berlamino General

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/08/11 | E. Cerasia II | L190 | | Telephone conference with A. Foran, B. Carey and C. Davis regarding strategy for response to employees recent voice mail inquiries as to jobs on new 5pm show. | 0.20 | 146.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.20 | |
| **Total Fees** | | $146.00 |
| **Less Discount** | | ($14.60) |
| **Total Fees After Discount** | | $131.40 |

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 0.20 | hours at | $730.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1905823

Page 2

Tribune Company

| **Disbursements** | **Value** | |
|---|---|---|
| Long Distance Telephone | 1.85 | |
| **Total Disbursements** | | 1.85 |
| **Total Amount Due** | | $133.25 |



# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1905823
0276 68308 / 68308-000010
WPIX and B.E. Berlamino General

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $146.00 |
| Less Discount | ($14.60) |
| Total Fees after Discount | $131.40 |
| Total Disbursements | 1.85 |
| Total Fees and Disbursements This Statement | $133.25 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Invoice No. 1905785
0276 36078 / 36078-000011
W1ST

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY  10017
Attn: David S. Bralow, Esq.

For legal services rendered through September 30, 2011

**East Coast Properties**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/26/11 | C. Olson | C300 | | Conference call with D. Bralow and T. Haley regarding various issues concerning large distributor relationships. | 0.50 | 345.00 |
| 09/29/11 | T. Haley | C300 | | Analyze potential workers' compensation and unemployment insurance issues in large distribution system. | 0.30 | 201.00 |
| 09/29/11 | T. Haley | C300 | | Telephone conference with D. Bralow and C. Olson regarding transition to large distributors. | 0.80 | 536.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.60 | |
| **Total Fees** | | $1,082.00 |
| **Less Discount** | | ($108.20) |
| **Total Fees After Discount** | | $973.80 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

Invoice No. 1905785

Page 2

Tribune Company/Olson

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| C. Olson | Partner | - | 0.50 | hours at | $690.00 | per hour |
| T. Haley | Sr Partner I | - | 1.10 | hours at | $670.00 | per hour |

**Total Disbursements**      0.00

**Total Amount Due**      $973.80


**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

Invoice No. 1905785
0276 36078 / 36078-000011
East Coast Properties

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $1,082.00 |
| Less Discount | ($108.20) |
| Total Fees after Discount | $973.80 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $973.80 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Invoice No. 1905752
0276 15827 / 15827-000019
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4001
Attn:  Alissa L. Jubelirer, Legal Dept.

For legal services rendered through September 30, 2011

## Jeff Apodaca v. KTLA5, Tribune Company, Case No. BC448838

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 09/01/11 | L. Shelby | L120 | | Conference with D. Sable regarding settlement status and strategy. | 0.30 | 172.50 |
| 09/01/11 | D. Sable | L190 | | Telephone conference with J. Powers regarding settlement with J. Apodaca. | 0.20 | 68.00 |
| 09/01/11 | D. Sable | L190 | | E-mail correspondence with J. Powers regarding Apodaca's acceptance of settlement offer and notice of settlement. | 0.20 | 68.00 |
| 09/06/11 | D. Sable | L160 | | Prepare settlement agreement. | 1.80 | 612.00 |
| 09/21/11 | D. Sable | L190 | | E-mail correspondence with J. Powers regarding settlement agreement and request for dismissal. | 0.20 | 68.00 |

**Total Hours**                                                                                          2.70

**Total Fees**                                                                                          $988.50

# SEYFARTH
### ATTORNEYS
# SHAW LLP

KTLA-TV

| | |
|---|---:|
| **Less Discount** | (\$98.85) |
| **Total Fees After Discount** | \$889.65 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| L. Shelby | Partner | - | 0.30 | hours at | \$575.00 | per hour |
| D. Sable | Associate | - | 2.40 | hours at | \$340.00 | per hour |

| **Disbursements** | **Value** |
|---|---:|
| Process Server | 192.95 |
| Filing Fees | 15.00 |
| Copying | 0.50 |
| Facsimile | 2.00 |
| Subpoena Fees | 128.95 |
| **Total Disbursements** | 339.40 |
| **Total Amount Due** | \$1,229.05 |



**SEYFARTH**
**ATTORNEYS  SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4001
Attn: Alissa L. Jubelirer, Legal Dept.

Invoice No. 1905752
0276 15827 / 15827-000019
Jeff Apodaca v. KTLA5, Tribune Company, Case No.
BC448838

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $988.50 |
| Less Discount | ($98.85) |
| Total Fees after Discount | $889.65 |
| Total Disbursements | 339.40 |
| Total Fees and Disbursements This Statement | $1,229.05 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |


**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Invoice No. 1905782
0276 33175 / 33175-000023
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through September 30, 2011

**Clement, Jayne (Plaintiffs) v. Tribune Company, Tribune Interactive, Inc., Tribune Media Net, Inc., LA Times Comm., LLC, LA Times; Case No. BC390943 - 0000001813**

| Date | Disbursements | Value |
|---|---|---|
| | **Local Messenger** | |
| 09/14/11 | Local Messenger -  NATIONWIDE LEGAL, LLC | 72.45 |
| **Total Disbursements** | | 72.45 |
| **Total Fees And Disbursements This Statement** | | $72.45 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1905782
0276 33175 / 33175-000023
Clement, Jayne (Plaintiffs) v. Tribune Company,
Tribune Interactive, Inc., Tribune Media Net, Inc., LA
Times Comm., LLC, LA Times; Case No. BC390943 -
0000001813

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $0.00 |
| Total Disbursements | 72.45 |
| Total Fees and Disbursements This Statement | $72.45 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



**SEYFARTH**
**ATTORNEYS SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Invoice No. 1905759
0276 33175 / 33175-000025
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through September 30, 2011

### Jose Luis Velazquez v. California Community News Corporation; Case No. KC060599

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/01/11 | L. O'Hara | L160 | | Communicate with opposing counsel regarding global settlement. | 0.20 | 115.00 |
| 09/06/11 | L. O'Hara | L160 | | Further revisions to mediation brief. | 1.60 | 920.00 |
| 09/06/11 | J. Anthony | L350 | | Prepare motion to compel documents. | 1.30 | 533.00 |
| 09/07/11 | L. O'Hara | L350 | | Direction to J. Anthony regarding additional research for mediation brief and review additional case law regarding same (.40); direction to J. Anthony regarding motion to compel (.50). | 0.90 | 517.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/07/11 | J. Anthony | L350 | | Telephone conference with L. O'Hara regarding mediation and motion to compel documents (.20); prepare motion to compel documents from plaintiff (9.90); email with L. O'Hara regarding mediation and motion to compel documents (.10). | 10.20 | 4,182.00 |
| 09/08/11 | L. O'Hara | L160 | | Communication from workers' compensation counsel regarding mediation (.10); review/revise motion to compel and direction to J. Anthony regarding same (3.40). | 3.50 | 2,012.50 |
| 09/08/11 | J. Anthony | L430 | | Email with A. Foran regarding motion to compel documents from plaintiff (.10); prepare final edits to motion to compel production of documents from plaintiff (5.10); conference with L. O'Hara regarding edits to motion to compel production of documents from plaintiff (.20); confirm filing deadlines for serving Demand for Expert Exchange (.10). | 5.50 | 2,255.00 |
| 09/09/11 | L. O'Hara | L350 | | Finalize memorandum of points and authorities, separate statement and supporting declaration in support of motion to compel. | 1.30 | 747.50 |
| 09/09/11 | J. Anthony | L350 | | Email with L. O'Hara regarding motion to compel documents (.10); receive and review edits from A. Foran regarding motion to compel production of documents from plaintiff (.10). | 0.20 | 82.00 |
| 09/12/11 | J. Anthony | L350 | | Email with opposing counsel regarding motion to compel documents (.10); prepare final edits to motion to compel documents, compile accompanying documents and timely oversee filing and service (2.50); email with L. O'Hara regarding confirmation of filing motion to compel documents (.10); telephone conference with opposing counsel regarding motion to compel documents (.10). | 2.80 | 1,148.00 |



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 09/14/11 | J. Anthony | L160 | | Email with L. O'Hara regarding further edits and research for mediation brief. | 0.10 | 41.00 |
| 09/15/11 | J. Anthony | L160 | | Edit mediation brief. | 0.60 | 246.00 |
| 09/17/11 | L. O'Hara | L160 | | Review additional citations for mediation brief (.20); transmit brief to client (.10). | 0.30 | 172.50 |
| 09/21/11 | L. O'Hara | L160 | | Review A. Foran's comments on mediation brief. | 0.20 | 115.00 |
| 09/22/11 | L. O'Hara | L160 | | Finalize mediation brief. | 0.30 | 172.50 |
| 09/26/11 | J. Anthony | L240 | | Coordinate dates for drafting motion for summary judgment. | 0.10 | 41.00 |
| 09/28/11 | L. O'Hara | L160 | | Communicate with workers' compensation attorney regarding need for interpreter at mediation and time for counsel to arrive (.20); communicate with A. Foran regarding same (.20); communications regarding value of workers' compensation claim (.20). | 0.60 | 345.00 |
| 09/29/11 | L. O'Hara | L160 | | Assessment regarding settlement value. | 0.30 | 172.50 |
| 09/30/11 | L. O'Hara | L160 | | Communications with A. Foran and business representatives regarding mediation (.60); review summary judgment record of judge assigned to case (.30); prepare draft settlement agreement (.30). | 1.20 | 690.00 |
| 09/30/11 | J. Anthony | L120 | | Telephone conference with L. O'Hara regarding motion summary judgment strategy in light of information on judicial officer presiding (.10); obtain and analyze information on judge's motion summary judgment ruling record (.30); emails with L. O'Hara regarding motion summary judgment strategy based on assigned judge (.30). | 0.70 | 287.00 |
| 09/30/11 | K. Argudo | L190 | | Located all of the summary judgment dockets for Judge D. Oki requested by J. Anthony. | 1.00 | 180.00 |

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

Invoice No. 1905759

Page 4

Los Angeles Times (Sherman)

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | | | 32.90 |
| **Total Fees** | | | | $14,975.00 |
| **Less Discount** | | | | ($1,497.50) |
| **Total Fees After Discount** | | | | $13,477.50 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| L. O'Hara | Partner | - | 10.40 | hours at | $575.00 | per hour |
| J. Anthony | Associate | - | 21.50 | hours at | $410.00 | per hour |
| K. Argudo | Librarian | - | 1.00 | hours at | $180.00 | per hour |

| Disbursements | Value |
|---|---|
| Attorney Services - NATIONWIDE LEGAL, LLC | 160.85 |
| Attorney Services - NATIONWIDE LEGAL, LLC | 77.05 |
| Attorney Services - NATIONWIDE LEGAL, LLC | 9.00 |
| Attorney Services - NATIONWIDE LEGAL, LLC | 91.55 |
| Copying | 0.20 |
| Copying | 31.50 |
| Facsimile | 2.00 |
| Inv#: 823604550 Office: LOS ANGELES User: ANTHONY, JOHN T ALLFILES | 28.64 |
| Inv#: 823604550 Office: LOS ANGELES User: ANTHONY, JOHN T COMMUNICATIONS | 2.31 |
| Inv#: 823604550 Office: LOS ANGELES User: ANTHONY, JOHN T HOURLY CONNECT | 7.45 |
| Inv#: 823604550 Office: LOS ANGELES User: ANTHONY, JOHN T STANDARD | 87.82 |
| Local Messenger - NATIONWIDE LEGAL, LLC | 146.48 |
| Long Distance Telephone | 15.40 |
| Subpoena Fees - TITAN LEGAL SERVICES | 91.36 |



Invoice No. 1905759

Page 5

Los Angeles Times (Sherman)

| **Disbursements** | **Value** |
|---|---|
| Subpoena Fees - TITAN LEGAL SERVICES | 45.89 |
| Subpoena Fees - TITAN LEGAL SERVICES | 66.13 |
| Subpoena Fees - TITAN LEGAL SERVICES | 80.15 |
| Subpoena Fees - TITAN LEGAL SERVICES | 114.65 |
| Subpoena Fees - TITAN LEGAL SERVICES | 119.60 |
| Subpoena Fees - TITAN LEGAL SERVICES | 35.67 |
| **Total Disbursements** | 1,213.70 |
| **Total Amount Due** | $14,691.20 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1905759
0276 33175 / 33175-000025
Jose Luis Velazquez v. California Community News
Corporation; Case No. KC060599

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $14,975.00 |
| Less Discount | ($1,497.50) |
| Total Fees after Discount | $13,477.50 |
| Total Disbursements | 1,213.70 |
| Total Fees and Disbursements This Statement | $14,691.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Invoice No. 1905749
0276 17832 / 17832-000034
W1ST

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA  90012

For legal services rendered through September 30, 2011

<u>Country Club Matter 0000001901</u>

| <u>Date</u> | <u>Timekeeper</u> | <u>Task</u> | <u>Activity</u> | <u>Description</u> | <u>Hours</u> | <u>Value</u> |
|---|---|---|---|---|---|---|
| 09/20/11 | C. Olson | C300 | | Review issues regarding complaint and related research (.30); discussion with T. Haley (.20). | 0.50 | 345.00 |
| 09/20/11 | T. Haley | C300 | | Review correspondence regarding distribution and marketing issues. | 0.30 | 201.00 |
| 09/21/11 | C. Olson | C300 | | Review complaint regarding Unruh Act (.10); review cases (.50), and e-mails (.10); discussion with T. Haley (.10); revise memorandum regarding same (1.00). | 1.80 | 1,242.00 |
| 09/21/11 | N. Faust | C100 | | Research legal literature for articles on the California Unruh Civil Rights Act, and obtain the annotated statute for T. Haley. | 1.20 | 258.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT.
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/21/11 | T. Haley | C300 | | Telephone conference with A. Foran, C. Olson and J. Xanders regarding allegation of Unruh Act violation (.50); review Gellman complaint (.50); research issues regarding same (2.00). | 3.00 | 2,010.00 |
| 09/22/11 | T. Haley | C300 | | Research potential Unruh violations based upon Los Angeles Times Magazine distribution and marketing practices (4.70); correspondence with J. Xanders regarding same (.30); draft memorandum analyzing same (3.50). | 8.50 | 5,695.00 |
| 09/23/11 | T. Haley | C300 | | Review authority and draft memorandum analyzing potential Unruh Act liability relating to distribution and marketing practices with respect to LA Magazine (6.70); correspondence and telephone conference with J. Xanders and A. Foran regarding same (.30). | 7.00 | 4,690.00 |

**Total Hours**                                                                  22.30

**Total Fees**                                                                                      $14,441.00

**Less Discount**                                                                                ($1,444.10)

**Total Fees After Discount**                                                          $12,996.90

**Timekeeper Summary**

| | | | | | |
|---|---|---|---|---|---|
| C. Olson | Partner | - | 2.30 | hours at | $690.00 | per hour |
| N. Faust | Librarian | - | 1.20 | hours at | $215.00 | per hour |
| T. Haley | Sr Partner I | - | 18.80 | hours at | $670.00 | per hour |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Online Research | 315.53 |



Los Angeles Times

**Total Disbursements**                                                                 315.53

**Total Amount Due**                                                                 $13,312.43



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 10, 2011

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA 90012

Invoice No. 1905749
0276 17832 / 17832-000034
Country Club Matter 0000001901

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $14,441.00 |
| Less Discount | ($1,444.10) |
| Total Fees after Discount | $12,996.90 |
| Total Disbursements | 315.53 |
| Total Fees and Disbursements This Statement | $13,312.43 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |