UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **Tribune Company** | § | Case No. 08-13141 |
| | § | |
| **Debtor.** | § | |

### CREDITOR'S CHANGE OF ADDRESS

COMES NOW, CIT Technology Financing Services, Inc., by and through Bankruptcy Processing Solutions, Inc., and hereby requests the court change its address as indicated below.

1. Original name and address of Creditor:

    CIT Technology Financing Services, Inc.
    c/o Bankruptcy Processing Solutions, Inc.
    800 E. Sonterra Blvd., Suite 240
    San Antonio, Texas 78258

2. New address of Creditor:

    CIT Technology Financing Services, Inc.
    c/o Bankruptcy Processing Solutions, Inc.
    1162 E. Sonterra Blvd., Suite 130
    San Antonio, Texas 78258

3. Clerk's claim number:    256, 257, 258, 259, 260, 303 and 3631

4. Date claim filed:  1/12/2009, 1/14/2009 and 6/2/2009

                                                                                    Respectfully Submitted,

                                                                                    Greg Brueland
                                                                                    Recovery Operations Manager
                                                                                    Bankruptcy Processing Solutions, Inc.
                                                                                    1162 E. Sonterra Boulevard, Suite 130
                                                                                    San Antonio, Texas 78258
                                                                                    (210) 497-0300

## CERTIFICATE OF SERVICE

I, Greg Brueland, hereby certify that on this 15th day of November, 2011, a true and correct copy of the foregoing Change of Address was served upon those listed below, by depositing the same in the U.S. Mail, postage pre-paid.

**Tribune Company**
435 N. Michigan Avenue
Chicago, IL 60611

**Norman L. Pernick**
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**David D. Bird**
**Clerk, U.S. Bankruptcy Court**
824 Market Street – 3rd Floor
Wilmington, DE 19801

*Claims Agent*
**Epiq Bankruptcy Solutions LLC**
757 Third Ave
Third Floor
New York, NY 10017

Greg Brueland
Recovery Operations Manager
Bankruptcy Processing Solutions, Inc.