# EXHIBIT A

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan Ave
Chicago, IL 60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2314995 |
| Invoice Date: | 11/10/2011 |

## Remittance Copy
### Billing for services rendered through 10/31/2011

| | | |
|---|---|---|
| Total by Matter | | |
| 0021 Post Closing Matters | $ 4,860.72 | |
| Total Services | | $ 4,744.50 |
| Total Costs and Other Charges Posted Through Billing Period | | 116.22 |
| **Total This Invoice** | | **$ 4,860.72** |

| Invoice | Date | |
|---|---|---|
| 2124264 | 03/18/2010 | 473.60 |
| 2119083 | 04/29/2010 | 3,466.80 |
| 2129485 | 05/27/2010 | 4,521.10 |
| 2133213 | 06/10/2010 | 991.00 |
| 2146477 | 07/21/2010 | 10.00 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client: 022182
Invoice: 2314995
Invoice Date: 11/10/2011

| Invoice | Date | |
|---|---|---|
| 2159177 | 08/27/2010 | 648.40 |
| 2169701 | 09/27/2010 | 881.90 |
| 2180989 | 10/27/2010 | 1,392.30 |
| 2193510 | 11/19/2010 | 88.80 |
| 2202007 | 12/08/2010 | 821.40 |
| 2212869 | 01/26/2011 | 1,561.25 |
| 2225181 | 02/28/2011 | 2,353.20 |
| 2234858 | 03/30/2011 | 3,687.40 |
| 2245691 | 04/29/2011 | 1,371.00 |
| 2254097 | 05/23/2011 | 276.10 |
| 2268396 | 06/30/2011 | 1,796.70 |
| 2286424 | 07/28/2011 | 25,189.14 |
| 2294690 | 08/29/2011 | 75,786.52 |
| 2297302 | 09/30/2011 | 22,872.58 |
| 2308368 | 10/31/2011 | 687.53 |

Total Outstanding Balance                            148,876.72

Total Balance Due                                    $ 153,737.44

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2314995 |
| Invoice Date: | 11/10/2011 |

## Client Copy
### Billing for services rendered through 10/31/2011

Total by Matter
    0021 Post Closing Matters                 $ 4,860.72

Total Services            $ 4,744.50

Total Costs and Other Charges Posted Through Billing Period      116.22

**Total This Invoice**         **$ 4,860.72**

| Invoice | Date | |
|---|---|---|
| 2124264 | 03/18/2010 | 473.60 |
| 2119083 | 04/29/2010 | 3,466.80 |
| 2129485 | 05/27/2010 | 4,521.10 |
| 2133213 | 06/10/2010 | 991.00 |
| 2146477 | 07/21/2010 | 10.00 |
| 2159177 | 08/27/2010 | 648.40 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client:        022182
Invoice:       2314995
Invoice Date:  11/10/2011

| Invoice | Date | |
| --- | --- | --- |
| 2169701 | 09/27/2010 | 881.90 |
| 2180989 | 10/27/2010 | 1,392.30 |
| 2193510 | 11/19/2010 | 88.80 |
| 2202007 | 12/08/2010 | 821.40 |
| 2212869 | 01/26/2011 | 1,561.25 |
| 2225181 | 02/28/2011 | 2,353.20 |
| 2234858 | 03/30/2011 | 3,687.40 |
| 2245691 | 04/29/2011 | 1,371.00 |
| 2254097 | 05/23/2011 | 276.10 |
| 2268396 | 06/30/2011 | 1,796.70 |
| 2286424 | 07/28/2011 | 25,189.14 |
| 2294690 | 08/29/2011 | 75,786.52 |
| 2297302 | 09/30/2011 | 22,872.58 |
| 2308368 | 10/31/2011 | 687.53 |

Total Outstanding Balance                        148,876.72

Total Balance Due                              $ 153,737.44

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

11/10/2011

Invoice: 2314995
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0021          Post Closing Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/07/11 | W. Schuman, P.C. | 0.30 | Telephone conference with B. Gruemmer re hiring expert and privilege issues. |
| 10/11/11 | S. Hoeft, P.C. | 0.30 | General emails with R Harris regarding insurance coverage (.1); emails with B. Gruemmer regarding retention of KPMG (.2). |
| 10/11/11 | C. Parker | 0.30 | Prepare index for post-closing arbitration closing book. |
| 10/12/11 | C. Parker | 0.80 | Prepare post-closing arbitration document closing book. |
| 10/12/11 | M. Rupp | 0.80 | Review materials related to Cuebas Complaint (.20); draft and revise letter related to Cuebas Complaint (.60). |
| 10/13/11 | R. Harris | 0.20 | Draft letter to Cubs regarding Cuebas matter. |
| 10/17/11 | R. Harris | 0.50 | Review Cubs letter regarding changes to Mueller Building (.2); review lease regarding same (.3). |
| 10/19/11 | R. Harris | 0.20 | Review letter from Cubs regarding planned renovations to Mueller Building. |
| 10/19/11 | D. Neville | 0.20 | Review of letter. |
| 10/20/11 | B. Gruemmer | 0.80 | Call with D. Eldersveld regarding Mueller Building issues. |
| 10/20/11 | M. Bilut | 1.00 | Review January 2009 Phase I and other asbestos documents (.70); draft e-mail to B. Gruemmer regarding asbestos report (.30). |
| 10/20/11 | R. Harris | 1.70 | Review Mueller Building Lease and Formation Agreement regarding proposed renovation (.50); telephone conference with B. Gruemmer and M. Anderson regarding same (.30); prepare letter to Cubs regarding same (.90). |
| 10/20/11 | D. Neville | 2.00 | Review of Mueller Building lease (.6); e-mails to R. Harris regarding alterations and environmental issues (.6); drafted response letter (.8). |

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2314995 |
| Invoice Date: | 11/10/2011 |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/24/11 | M. Bilut | 0.10 | Review M. Anderson's e-mail regarding asbestos in Mueller Building. |
| 10/26/11 | R. Harris | 0.20 | Confer with M. Lufrano regarding Mueller Building renovations. |

| | **Total Hours** | **9.40** | **Total For Services** | **$4,744.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| M. Bilut | 1.10 | 655.00 | 720.50 |
| B. Gruemmer | 0.80 | 750.00 | 600.00 |
| R. Harris | 2.80 | 575.00 | 1,610.00 |
| S. Hoeft, P.C. | 0.30 | 785.00 | 235.50 |
| D. Neville | 2.20 | 335.00 | 737.00 |
| C. Parker | 1.10 | 295.00 | 324.50 |
| M. Rupp | 0.80 | 335.00 | 268.00 |
| W. Schuman, P.C. | 0.30 | 830.00 | 249.00 |
| **Totals** | **9.40** | | **$4,744.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 10/18/11 | Express Mail<br>FedEx #767223508 - 473761995697, DENVER | 20.90 |
| 10/18/11 | Express Mail<br>FedEx #767223508 - 473761995712, MILWAUKEE | 10.97 |
| 10/18/11 | Express Mail<br>FedEx #767223508 - 473761995723, CHICAGO | 10.97 |
| 10/18/11 | Photocopy<br>Device 01CHI29C. 06395 | 0.60 |
| 10/19/11 | Photocopy<br>Device 01CHI22C. 06395 | 4.00 |
| 10/20/11 | Express Mail | 20.90 |

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2314995 |
| Invoice Date: | 11/10/2011 |

| Date | Description | Amount |
|---|---|---|
| | FedEx #767223508 - 473761996660, DENVER | |
| 10/20/11 | Express Mail | 10.97 |
| | FedEx #767223508 - 473761996671, MILWAUKEE | |
| 10/20/11 | Express Mail | 10.97 |
| | FedEx #767223508 - 473761996682, MILWAUKEE | |
| 10/20/11 | Express Mail | 10.97 |
| | FedEx #767223508 - 473761996693, CHICAGO | |
| 10/20/11 | Express Mail | 10.97 |
| | FedEx #767223508 - 473761996708, CHICAGO | |
| 10/20/11 | Photocopy | 4.00 |
| | Device 01CHI16C. | |

**Total Costs and Other Charges**          **$116.22**

**Total This Invoice**          **$4,860.72**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
Invoice: 2314995

11/10/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| M. Bilut | 1.10 | 655.00 | 720.50 |
| B. Gruemmer | 0.80 | 750.00 | 600.00 |
| R. Harris | 2.80 | 575.00 | 1,610.00 |
| S. Hoeft, P.C. | 0.30 | 785.00 | 235.50 |
| D. Neville | 2.20 | 335.00 | 737.00 |
| C. Parker | 1.10 | 295.00 | 324.50 |
| M. Rupp | 0.80 | 335.00 | 268.00 |
| W. Schuman, P.C. | 0.30 | 830.00 | 249.00 |
| **Totals** | **9.40** | | **$4,744.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2314989 |
| Invoice Date: | 11/10/2011 |

---

### Remittance Copy
### Billing for services rendered through 10/31/2011

---

Total by Matter
    0040 General Employee Benefits Matters             $ 5,568.10
    Client/Reference Number: 0000000847

Total Services                $ 5,568.00

Total Costs and Other Charges Posted Through Billing Period        0.10

**Total This Invoice**          **$ 5,568.10**

| Invoice | Date | |
|---|---|---|
| 1961361 | 01/22/2009 | 2,820.00 |
| 2146467 | 07/21/2010 | 636.20 |
| 2193506 | 11/19/2010 | 74.00 |
| 2234848 | 03/30/2011 | 135.00 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | Client: | 020336 |
| | | Invoice: | 2314989 |
| | | Invoice Date: | 11/10/2011 |

| Invoice | Date | |
|---------|------|------|
| 2250140 | 05/23/2011 | 97.50 |
| 2268380 | 06/30/2011 | 1,471.50 |
| 2276792 | 07/28/2011 | 243.00 |
| 2286481 | 08/29/2011 | 7,947.60 |
| 2308358 | 10/31/2011 | 1,965.00 |

Total Outstanding Balance                                          15,389.80

Total Balance Due                                               $ 20,957.90

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2314989 |
| Invoice Date: | 11/10/2011 |

---

## Client Copy
### Billing for services rendered through 10/31/2011

---

Total by Matter
    0040 General Employee Benefits Matters          $ 5,568.10
    Client/Reference Number: 0000000847

Total Services                                 $ 5,568.00

Total Costs and Other Charges Posted Through Billing Period      0.10

**Total This Invoice**                          **$ 5,568.10**

| Invoice | Date | |
|---|---|---|
| 1961361 | 01/22/2009 | 2,820.00 |
| 2146467 | 07/21/2010 | 636.20 |
| 2193506 | 11/19/2010 | 74.00 |
| 2234848 | 03/30/2011 | 135.00 |
| 2250140 | 05/23/2011 | 97.50 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2314989
Invoice Date: 11/10/2011

| Invoice | Date | |
|---------|------|---|
| 2268380 | 06/30/2011 | 1,471.50 |
| 2276792 | 07/28/2011 | 243.00 |
| 2286481 | 08/29/2011 | 7,947.60 |
| 2308358 | 10/31/2011 | 1,965.00 |

Total Outstanding Balance                        15,389.80

Total Balance Due                            $ 20,957.90

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

11/10/2011

Invoice: 2314989
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0040          General Employee Benefits Matters
                      Client/Reference Number: 0000000847

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/03/11 | J. Holdvogt | 0.50 | Review DOL guidance re: payment of plan expenses for Tribune company administrators. |
| 10/04/11 | P. Compernolle | 0.80 | Research regarding plan expenses. |
| 10/04/11 | J. Holdvogt | 1.00 | Review Form 5500 Schedule C reporting requirements and new fee disclosure regulations for issues related to plan expenses for administrators. |
| 10/05/11 | P. Compernolle | 1.00 | Research regarding payment of plan expenses. |
| 10/05/11 | J. Holdvogt | 1.50 | Review fee disclosure regulations and Schedule C reporting requirements related to payment of plan expenses for Tribune administrators. |
| 10/06/11 | R. Schreck, Jr. PC | 0.30 | Review of audit letter for P Compernolle (.20); conference with B Schafman regarding same (.10). |
| 10/06/11 | P. Compernolle | 2.00 | Research regarding payment by plan for administrative services by employees. |
| 10/06/11 | B. Schafman | 1.00 | Prepare audit response letter. |
| 10/31/11 | P. Compernolle | 0.50 | Project Valencia:  Telephone conference with D. Kazan, M. Bourgon regarding benefits issues. |

|  | **Total Hours** | **8.60** | **Total For Services** | **$5,568.00** |
|--|-----------------|----------|------------------------|---------------|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 4.30 | 810.00 | 3,483.00 |
| J. Holdvogt | 3.00 | 500.00 | 1,500.00 |
| B. Schafman | 1.00 | 345.00 | 345.00 |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:    2314989
Invoice Date:  11/10/2011

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| R. Schreck, Jr. PC | 0.30 | 800.00 | 240.00 |
| **Totals** | **8.60** | | **$5,568.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|-------:|
| 10/06/11 | Photocopy<br>Device 01CHI11C. 02334 | 0.10 |

**Total Costs and Other Charges**    **$0.10**

**Total This Invoice**    **$5,568.10**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2314989

11/10/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| P. Compernolle | 4.30 | 810.00 | 3,483.00 |
| J. Holdvogt | 3.00 | 500.00 | 1,500.00 |
| B. Schafman | 1.00 | 345.00 | 345.00 |
| R. Schreck, Jr. PC | 0.30 | 800.00 | 240.00 |
| **Totals** | **8.60** | | **$5,568.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2314991 |
| Invoice Date: | 11/10/2011 |

## Remittance Copy
### Billing for services rendered through 10/31/2011

Total by Matter
    0041 Welfare Plans                                    $ 3,976.00
    Client/Reference Number: 0000000848

Total Services                                          $ 3,976.00

Total Costs and Other Charges Posted Through Billing Period      0.00

**Total This Invoice**                               **$ 3,976.00**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2119072 | 04/29/2010 | 650.20 |
| 2128403 | 05/24/2010 | 231.70 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2314991
Invoice Date:  11/10/2011

| Invoice | Date | |
|---------|------|---|
| 2133205 | 06/10/2010 | 1,407.10 |
| 2146468 | 07/21/2010 | 4,089.20 |
| 2159143 | 08/27/2010 | 2,323.00 |
| 2169691 | 09/24/2010 | 1,007.10 |
| 2181810 | 10/27/2010 | 577.60 |
| 2193507 | 11/19/2010 | 820.60 |
| 2200560 | 12/08/2010 | 73.20 |
| 2212860 | 01/26/2011 | 1,125.70 |
| 2225163 | 02/28/2011 | 454.40 |
| 2234849 | 03/30/2011 | 156.20 |
| 2245685 | 04/29/2011 | 397.60 |
| 2254092 | 05/23/2011 | 612.80 |
| 2268381 | 06/30/2011 | 735.90 |
| 2276793 | 07/28/2011 | 710.00 |
| 2286482 | 08/29/2011 | 1,511.00 |
| 2288726 | 09/30/2011 | 2,414.00 |
| 2308359 | 10/31/2011 | 4,260.00 |

Total Outstanding Balance                      58,204.60

Total Balance Due                           $ 62,180.60

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2314991 |
| Invoice Date: | 11/10/2011 |

## Client Copy
### Billing for services rendered through 10/31/2011

Total by Matter
    0041 Welfare Plans                                 $ 3,976.00
    Client/Reference Number: 0000000848

Total Services                                           $ 3,976.00

Total Costs and Other Charges Posted Through Billing Period        0.00

**Total This Invoice**                               **$ 3,976.00**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2119072 | 04/29/2010 | 650.20 |
| 2128403 | 05/24/2010 | 231.70 |
| 2133205 | 06/10/2010 | 1,407.10 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2314991
Invoice Date:  11/10/2011

| Invoice | Date | |
|---------|------|---|
| 2146468 | 07/21/2010 | 4,089.20 |
| 2159143 | 08/27/2010 | 2,323.00 |
| 2169691 | 09/24/2010 | 1,007.10 |
| 2181810 | 10/27/2010 | 577.60 |
| 2193507 | 11/19/2010 | 820.60 |
| 2200560 | 12/08/2010 | 73.20 |
| 2212860 | 01/26/2011 | 1,125.70 |
| 2225163 | 02/28/2011 | 454.40 |
| 2234849 | 03/30/2011 | 156.20 |
| 2245685 | 04/29/2011 | 397.60 |
| 2254092 | 05/23/2011 | 612.80 |
| 2268381 | 06/30/2011 | 735.90 |
| 2276793 | 07/28/2011 | 710.00 |
| 2286482 | 08/29/2011 | 1,511.00 |
| 2288726 | 09/30/2011 | 2,414.00 |
| 2308359 | 10/31/2011 | 4,260.00 |

Total Outstanding Balance                          58,204.60

Total Balance Due                                  $ 62,180.60

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

11/10/2011

Invoice: 2314991
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0041          Welfare Plans
                      Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/10/11 | A. Gordon | 0.30 | Discuss audited financials with P. Compernolle. |
| 10/10/11 | A. Gordon | 0.50 | Review BCBS Agreement. |
| 10/13/11 | A. Gordon | 0.30 | Discuss HSA domestic partner coverage with S. O'Connor. |
| 10/14/11 | A. Gordon | 0.20 | Review question for S. O'Connor regarding HSA contributions. |
| 10/14/11 | A. Gordon | 0.20 | Respond to question of S. O'Connor regarding HSA contributions. |
| 10/21/11 | A. Gordon | 0.30 | Conference call with R. DeBoer and S. O'Connor regarding service provider agreements. |
| 10/24/11 | A. Gordon | 0.50 | Review BCBS Business Associate Agreement. |
| 10/24/11 | A. Gordon | 1.30 | Revise BCBS Business Associate Agreement. |
| 10/25/11 | A. Gordon | 0.50 | Revise the BCBSIL Business Associate Agreement. |
| 10/31/11 | A. Gordon | 0.30 | Call with S. O'Connor and R. DeBoer regarding BCBS Business Associate Agreement. |
| 10/31/11 | A. Gordon | 0.30 | Revise BCBS Business Associate Agreement. |
| 10/31/11 | A. Gordon | 0.50 | Review BPA agreement. |
| 10/31/11 | A. Gordon | 0.40 | Draft e-mail to S. O'Connor regarding BPA provisions. |

|  | **Total Hours** | **5.60** | **Total For Services** | **$3,976.00** |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2314991
Invoice Date:    11/10/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Gordon | 5.60 | 710.00 | 3,976.00 |
| **Totals** | **5.60** | | **$3,976.00** |
| | | **Total This Invoice** | **$3,976.00** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2314991

11/10/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| A. Gordon | 5.60 | 710.00 | 3,976.00 |
| **Totals** | **5.60** | | **$3,976.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2314992 |
| Invoice Date: | 11/10/2011 |

## Remittance Copy
### Billing for services rendered through 10/31/2011

Total by Matter
    0047 ESOP                                   $ 42,995.47
    Client/Reference Number: 0000001574

Total Services                                                 $ 42,984.50

Total Costs and Other Charges Posted Through Billing Period          10.97

**Total This Invoice**                                    **$ 42,995.47**

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2314992 |
| Invoice Date: | 11/10/2011 |

---

## Client Copy
### Billing for services rendered through 10/31/2011

---

Total by Matter
    0047 ESOP                                            $ 42,995.47
    Client/Reference Number: 0000001574

Total Services                                                $ 42,984.50

Total Costs and Other Charges Posted Through Billing Period         10.97

**Total This Invoice**                                         **$ 42,995.47**

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

11/10/2011

Invoice: 2314992
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0047        ESOP
                    Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/03/11 | P. Compernolle | 2.10 | Review plaintiffs mark up of settlement agreement (1.60); review plan and trust amendments (.50). |
| 10/03/11 | W. Merten | 0.80 | Review email from Paul Compernolle regarding amendment to Trust Agreement for independent fiduciary. (.10)  Review email from Dan Feinberg regarding class counsel's edits to Settlement Agreement. (.10)  Review related email from Debbie Davidson regarding same. (.10)  Review email from Dan Feinberg regarding conference call. (.10)  Review email from Blake Rubin regarding communication with Pete Scharff as to Closing Agreement. (.10)  Review email from Andrea Whiteway regarding conversation with Pete Scharff as to IRS having additional questions pertaining to closing agreement. (.10)  Review email from Joe Ludwig regarding draft motion for approval of IRS settlement. (.20) |
| 10/04/11 | P. Compernolle | 4.30 | Review revised settlement agreements (1.20); telephone conference with working group regarding same (.50); review plan and trust regarding investment of cash (1.80); email to W. Merten regarding same (.80). |
| 10/04/11 | W. Merten | 3.60 | Review email from Department of Labor with comments regarding Settlement Agreement.  (.2)  Review email from Don Liebentritt regarding same. (.1)  Review Don Liebentritt's email as to IRS questions with regard to Closing Agreement and Order.  (.1)  Review email from Jill Ludwig on draft motion for approval of Settlement Agreement.  (.4)  Review Settlement Agreement |

# McDermott
# Will & Emery

Tribune Company

Client:        020336<br>
Invoice:      2314992<br>
Invoice Date:  11/10/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | markups. (1.7) Meet with Paul Compernolle to to discuss IRS issues as to Closing Agreement. (.6) Review email from Blake Rubin regarding IRS issues (.1). Review email from Jill Ludwig and also review draft motion for approval of IRS settlement (.2). Review as to email from Blake Rubin regarding status report from Pete Scharff. (.1) Review email from Jack Rodden regarding concerns about interest-bearing accounts. (.1) |
| 10/04/11 | S. Schaefer | 1.00 | Review IRS proposed settlement language. (1.0) |
| 10/05/11 | D. Zucker | 0.50 | Discussions with P. Compernolle, B. Merten regarding alternative theories for subsidiary liability for parent company excise taxes. |
| 10/05/11 | P. Compernolle | 4.00 | Review IRS settlement agreement (.50); research regarding excise tax liability (2.20); telephone conference with client and others on agreement (.80); emails to B. Merten regarding open issues (.50). |
| 10/05/11 | W. Merten | 4.20 | Review email from Joe Lunwick regarding proposal as to reordering settlement contributions. (.1) Review follow-up email from Debbie Davinson and Dan Feinberg regarding same. (.1) Review regarding Tribune audit letter request. (.2) Meet with Paul Compernolle regarding IRS response to Closing Agreement. (.2) Review email form Debbie Davinson regarding latest version master Settlement Agreement. (.1) Review email from Michael Schlos of (Department of Labor) regarding leaving structure the way it is. (.1) Review email from Blake Rubin regarding revised draft from Closing Agreement. (.1) Review email from Debbie Davinson regarding modified settle agreement (.1); review modification to settlement agreement. (.2) Review email from Blake Rubin regarding significant changes to Closing Agreement. (.2) Review Paul Compernolle's email as to exposure to subsidiary and officers under IRS revise Proposed Agreement. (.2) Research regarding liability as to subsidiary and officers for parent. (.6) Review of IRS suggested modification of Closing Agreement. (.3) Call with Blake Rubin, Andrea Whiteway, Tribune and advisors regarding IRS. (.8) |

# McDermott
# Will & Emery

Tribune Company

Client:    020336
Invoice:    2314992
Invoice Date:    11/10/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Review as to redraft of Settlement Agreement. (.2) Review as to Closing Agreement (.1) Review as to email from Blake Rubin regarding points to be raised as to Closing Agreement in call with Pete Scharff and Spencer Hipt. (.1) Review email for Joe Ludwick to Blake Rubin regarding same. (.1) Review email for Joe Ludwick regarding proposed fixed or item number two in order. (.1) Review email from Blake Rubin regarding point number two (.1); review related email from Joe Ludwick regarding same. (.1) Review email from Joe Lunwick regarding updating Companies' internal summary of Neil matters. (.1) |
| 10/05/11 | L. Granados | 0.50 | Discuss settlement agreement wording with B. Merten, B. Rubin and A. Whiteway. |
| 10/06/11 | P. Compernolle | 3.90 | Review emails on status of IRS settlement issues (1.20); review revisions to internal summary of litigation (.80); review independent fiduciary agreement with revisions (1.40); telephone conference with Sidley regarding ESOP trust investments (.50). |
| 10/06/11 | W. Merten | 2.60 | Review and modify internal summary of Neal matter. (.70) Call with Paul Compernolle regarding comments as to internal summary. (.10) Call to Andrea Whiteway regarding point raised in Jillian Ludwig's draft motion as it pertains to UBit issue. (.10) Review emails among J. Ludwig, Blake Rubin and Paul Compernolle regarding modification of "Plan" reference (changing it to Trust) in closing agreement. (.10) Review as to IRS's version of closing agreement and order sent by J. Ludwig. (.30) Review as to comments of Don Liebentritt and Ken Klansa regarding IRS comments; review related response from B. Rubin. (.20) Review email from D. Liebentritt regarding future UBit claim possibility (.10); review related response from B. Rubin together with follow-up emails between B. Rubin and D. Liebentritt. (.10) Review email from Candice Klein with latest version of engagement letter for Fiduciary Counsellors. (.10) Review D. Liebentritt's comment on letter. (.10) Review email from Dan Feinberg regarding interest bearing |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2314992 |
| Invoice Date: | 11/10/2011 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | versus non-interest bearing account.  Review reply from J. Ludwig regarding same. (.10)  Review collective comments to the Neal summary. (.20)  Review email from B. Rubin regarding improvement to language on UBit claim.  (.10)  Review email from A. Whiteway regarding closing agreement and order as sent by IRS. (.10)  Review revised motion sent by J. Ludwig (.10); review follow-up emails from D. Liebentritt and D. Davidson regarding same. (.10) |
| 10/06/11 | S. Schaefer | 0.50 | Review settlement arrangement with IRS (.3); discuss with Paul Compernolle regarding same (.2). |
| 10/06/11 | L. Granados | 0.30 | Telephone conference with P. Compernolle regarding IRS settlement. |
| 10/07/11 | P. Compernolle | 3.10 | Review final documents, including settlement agreement (1.20), independent fiduciary agreement (.80), IRS agreement (.60); review open issues in investment of settlement proceeds (.50). |
| 10/07/11 | W. Merten | 1.00 | Review emails from Blake Rubin regarding execution of Closing Agreement. (.2)  Review email from Joe Ludwig regarding revised version of motion. (.1) Review motion. (.2)  Review email from Dan Feinberg regarding Class Counsel's markup of Settlement Agreement (.1); review of markup. (.2)  Review email from Kate Stickles and order setting expedite hearings (.1); review email from Joe Ludwig regarding Tribune filing its motion for bankruptcy court approval of IRS motion. (.1) |
| 10/10/11 | P. Compernolle | 3.20 | Review final IRS closing agreement (.80), plaintiffs revisions to settlement agreement (1.20), review plan and trust amendments (1.20). |
| 10/11/11 | P. Compernolle | 0.80 | Review final independent fiduciary agreement. |
| 10/11/11 | W. Merten | 0.20 | Review email from Candice Kline regarding acceptance of final revisions to Fiduciary Counsellor's Engagement Letter. (.10)  Review email from Andrea Whiteway regarding executed Closing Agreement.  (.10) |
| 10/12/11 | P. Compernolle | 1.70 | Review materials regarding excise taxes on trustee (1.20); telephone conference with B. Krakauer and others regarding same (.50). |
| 10/12/11 | W. Merten | 0.50 | Review email from Debbie Davidson regarding |

# McDermott
# Will & Emery

Tribune Company

| | Client: | 020336 |
|---|---|---|
| | Invoice: | 2314992 |
| | Invoice Date: | 11/10/2011 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | additional comments/edits on Settlement Agreement. (.1) Review email from Paul Compernolle regarding potential prohibited transaction excise tax liability of GreatBanc Trust Company (.1);  review related voice mail from Brian Krakhauer regarding same. (.1) Review Paul Compernolle's reply to email with regard to same. (.1) Review email from Brian Krakhauer regarding timing for Settlement Agreement finalization. (.1) |
| 10/12/11 | S. Schaefer | 0.80 | Review questions raised regarding exposure for prohibited transaction involving GreatBanc. |
| 10/13/11 | P. Compernolle | 1.90 | Review final version of independent fiduciary agreement (.50), IRS settlement (.50) and draft of Neil Settlement (.90). |
| 10/13/11 | W. Merten | 0.30 | Review email from Paul Compernolle regarding Bryan Krakhauer's conversation with Paul Compernolle regarding possibility of claim against GreatBanc being remote.  (.1) Review email from Debbie Davidson regarding further modifications to Settlement Agreement; review letter from Candice Kline regarding CI engagement.  (.2) |
| 10/14/11 | P. Compernolle | 0.80 | Review revised settlement agreement. |
| 10/14/11 | W. Merten | 0.10 | Review email from Bryan Krakhauer regarding circulation of final version of updated Neil Settlement Agreement.  Review related email from Debbie Davidson. |
| 10/16/11 | W. Merten | 0.10 | Review email from Debbie Davidson regarding master settlement agreement. |
| 10/17/11 | P. Compernolle | 0.80 | Review revisions to Neil settlement agreement. |
| 10/18/11 | P. Compernolle | 0.80 | Review revisions to final settlement agreement. |
| 10/18/11 | W. Merten | 0.80 | Telephone call from Blake Rubin regarding release issue. (.1)  Meet with Paul Compernolle regarding same. (.30) Review email from Doug Sondgeroth regarding settlement agreement; review reply email from Debbie Davidson; review related emails from Bryan Krakauer, D. Davidson, and Emily Glunz regarding same. (.10) Meet with P. Compernolle regarding McDermott's position under Closing Agreement and Settlement Agreement. (.20) Review emails between P. |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2314992
Invoice Date:  11/10/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Compernolle, B. Rubin, and Alan Rutkoff regarding same. (.20) |
| 10/19/11 | W. Merten | 0.80 | Review settlement agreement and memorandum of understanding. |
| 10/24/11 | P. Compernolle | 1.20 | Review CAFA notices. |
| 10/24/11 | W. Merten | 0.10 | Review email from Dan Feinberg and Paul Compernolle regarding class list.  Review related email from Mike Bourgon. |
| 10/25/11 | P. Compernolle | 0.80 | Review emails on CAFA notices (.50); review E-mail from B. Merten on participant lists (.30). |
| 10/25/11 | P. Compernolle | 0.50 | Review settlement timeline. |
| 10/25/11 | W. Merten | 0.10 | Review email from Debbie Davidson regarding proposed CAFA notice and state-specific breakdown class member names and allocation.  Review related correspondence from Paul Compernolle and Dan Feinberg regarding same. |
| 10/26/11 | P. Compernolle | 0.80 | Review timeline and emails on funding. |
| 10/26/11 | W. Merten | 0.50 | Review email from Doug Sondgeroth regarding proposed CAFA notice and granting of Preliminary Approval (.1). Review emails from Debbie Davidson and Jessica Lermond regarding CAFA notice and Preliminary Approval (.2).  Review email from Dan Feinberg regarding wire instructions (.1). Review email from Dan Feinberg regarding W-9 for OSF (.1). |
| 10/27/11 | P. Compernolle | 0.60 | Review issues in settlement timeline. |
| 10/27/11 | W. Merten | 0.20 | Review email from Joe Ludwig regarding key dates as to ERISA and IRS Claim settlements (.1).  Review email from Joe Ludwig regarding comments as to timeline of settlement events. Review email from Emily Glunz regarding revise timeline (.1). |
| 10/28/11 | P. Compernolle | 1.10 | Review CAFA notice and supplements. |
| 10/28/11 | W. Merten | 0.30 | Review email from Emily Glunz with CAFA notices and associated exhibits. (.1)  Review email from Ann Feinberg regarding problems with revised timeline of settlement events. (.1)  Review response from Debbie Davidson. (.1) |
| 10/31/11 | P. Compernolle | 0.80 | Review CAFA notices. |

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:     2314992
Invoice Date:  11/10/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/31/11 | W. Merten | 0.10 | Review email from Emily Glunz regarding complete mailings (including exhibits). |

| | **Total Hours** | **53.10** | **Total For Services** | **$42,984.50** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 33.20 | 810.00 | 26,892.00 |
| L. Granados | 0.80 | 730.00 | 584.00 |
| W. Merten | 16.30 | 810.00 | 13,203.00 |
| S. Schaefer | 2.30 | 810.00 | 1,863.00 |
| D. Zucker | 0.50 | 885.00 | 442.50 |
| **Totals** | **53.10** | | **$42,984.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 10/03/11 | Express Mail<br>FedEx #765679903 - 473761991658, CHICAGO | 10.97 |

| | **Total Costs and Other Charges** | **$10.97** |
|--|--|--|
| | **Total This Invoice** | **$42,995.47** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2314992

11/10/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 33.20 | 810.00 | 26,892.00 |
| L. Granados | 0.80 | 730.00 | 584.00 |
| W. Merten | 16.30 | 810.00 | 13,203.00 |
| S. Schaefer | 2.30 | 810.00 | 1,863.00 |
| D. Zucker | 0.50 | 885.00 | 442.50 |
| **Totals** | **53.10** | | **$42,984.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2315001 |
| Invoice Date: | 11/10/2011 |

## Remittance Copy
### Billing for services rendered through 10/31/2011

Total by Matter
    0507 Newsday                                $ 26,955.79
    Client/Reference Number: 0000001849

Total Services                                                $ 26,792.50

Total Costs and Other Charges Posted Through Billing Period            163.29

**Total This Invoice**                                    **$ 26,955.79**

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2315001 |
| Invoice Date: | 11/10/2011 |

## Client Copy
### Billing for services rendered through 10/31/2011

Total by Matter
    0507 Newsday                          $ 26,955.79
    Client/Reference Number: 0000001849

Total Services                                        $ 26,792.50

Total Costs and Other Charges Posted Through Billing Period      163.29

**Total This Invoice**                                     **$ 26,955.79**

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

11/10/2011

Invoice: 2315001
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0507        Newsday
                    Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/06/11 | P. McCurry | 0.60 | Internal conference calls with A. Whiteway, B. Newgard and N. Lebeau re Newsday review (0.6). |
| 10/07/11 | P. McCurry | 0.10 | Follow up with D. Gardner re technical aspects of Newsday review (0.1). |
| 10/11/11 | P. McCurry | 0.40 | Internal discussions with B. Newgard regarding Newsday review (0.4) |
| 10/11/11 | B. Newgard | 0.40 | Calls with P. McCurry and D. Gardner to discuss searching the database for duplicate documents related to documents in the Newday database. |
| 10/11/11 | D. Gardner | 2.90 | Email communication with P. McCurry regarding production overview (.20); phone communication with B. Newgard regarding de-dupping process for document in Relativity (.40); perform searches to determine if document can be culled down (2.10); email communications with B. Newgard regarding status of searches (.20). |
| 10/13/11 | P. McCurry | 0.30 | Conduct second level review on documents (0.3). |
| 10/13/11 | B. Rubin | 0.70 | Analysis regarding document production issues (.7). |
| 10/13/11 | A. Whiteway | 0.40 | Telephone conference with client regarding Bank of America summons and Paul Hasting documents. |
| 10/13/11 | B. Newgard | 0.30 | Calls with P. McCurry and D. Gardner to investigate de-duping some of the documents set for review as well as determine how many documents are left for review for the upcoming production. |
| 10/14/11 | P. McCurry | 1.20 | Conduct second level review of Paul Hastings documents (1.2). |
| 10/14/11 | A. Whiteway | 0.40 | Conference with co-counsel regarding document review |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2315001
Invoice Date:  11/10/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | of Paul Hastings documents. |
| 10/14/11 | B. Newgard | 0.20 | Conference call with P. McCurry to discuss implementing targeting searches in the document set to QC the remaining documents set for production. |
| 10/14/11 | N. LeBeau | 0.50 | Conference call with P. McCurry to discuss Newsday Review. |
| 10/14/11 | Q. McElhaney | 0.10 | Status call with co-counsel regarding review. |
| 10/17/11 | P. McCurry | 2.30 | Conduct second level review of documents (2.3). |
| 10/17/11 | N. LeBeau | 0.70 | Second Level Review of Documents  in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 10/17/11 | N. LeBeau | 1.10 | Second Level Review of Documents  in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 10/18/11 | P. McCurry | 1.40 | Conduct second level review of documents. |
| 10/18/11 | N. LeBeau | 4.60 | Second Level Review of Documents  in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 10/19/11 | P. McCurry | 1.30 | Conduct second level review of documents (1.3). |
| 10/19/11 | B. Newgard | 1.10 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company. |
| 10/19/11 | N. LeBeau | 3.40 | Second Level Review of Documents  in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 10/20/11 | B. Newgard | 8.80 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company. |
| 10/21/11 | P. McCurry | 0.30 | Internal discussions with B. Newgard regarding review (0.3). |
| 10/21/11 | B. Rubin | 0.80 | Respond to document production issues (.8). |
| 10/21/11 | A. Whiteway | 0.70 | Review discovery issues regarding voicemails. |
| 10/21/11 | B. Newgard | 6.10 | Conduct second level review of documents in response to Information Document Requests issued by the Internal |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2315001
Invoice Date:  11/10/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/21/11 | N. LeBeau | 0.90 | Revenue Service to Tribune Company. Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 10/22/11 | N. LeBeau | 1.20 | Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 10/24/11 | P. McCurry | 0.10 | Various correspondences with B. Newgard regarding review (0.1). |
| 10/24/11 | B. Rubin | 0.80 | Analysis regarding document production and privilege issues. |
| 10/24/11 | A. Whiteway | 0.40 | Review document review issue. |
| 10/24/11 | B. Newgard | 4.40 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company. |
| 10/24/11 | N. LeBeau | 1.30 | Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 10/25/11 | B. Newgard | 6.60 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company. |
| 10/25/11 | N. LeBeau | 3.10 | Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 10/26/11 | B. Newgard | 8.30 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company. |
| 10/26/11 | N. LeBeau | 1.60 | Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 10/27/11 | B. Newgard | 7.10 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company. |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2315001 |
| Invoice Date: | 11/10/2011 |

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/28/11 | P. McCurry | 0.20 | Conduct second level review of documents. |
| 10/28/11 | B. Newgard | 5.80 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company. |
| 10/31/11 | B. Newgard | 7.90 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company. |
| 10/31/11 | N. LeBeau | 2.60 | Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |

| | **Total Hours** | **93.40** | | **Total For Services** | **$26,792.50** |
|---|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| D. Gardner | 2.90 | 330.00 | 957.00 |
| N. LeBeau | 21.00 | 245.00 | 5,145.00 |
| P. McCurry | 8.20 | 360.00 | 2,952.00 |
| Q. McElhaney | 0.10 | 245.00 | 24.50 |
| B. Newgard | 57.00 | 245.00 | 13,965.00 |
| B. Rubin | 2.30 | 965.00 | 2,219.50 |
| A. Whiteway | 1.90 | 805.00 | 1,529.50 |
| **Totals** | **93.40** | | **$26,792.50** |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---|
| 09/01/11 | Telecommunications VENDOR: Conference Plus, Incorporated; INVOICE #29283057; INVOICE DATE: 10/03/11; Call Date: 09/01/11; Order #30656719; Host NAME: Andrea Whiteway | 6.11 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2315001
Invoice Date:  11/10/2011

| Date | Description | Amount |
|------|-------------|--------|
| 09/08/11 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #29327158; INVOICE DATE: 10/03/11; Call Date: 09/08/11; Order #30701482; Host NAME: Andrea Whiteway | 16.28 |
| 09/14/11 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #29372302; INVOICE DATE: 10/03/11; Call Date: 09/14/11; Order #30747251; Host NAME: Andrea Whiteway | 3.43 |
| 09/22/11 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #29439593; INVOICE DATE: 10/03/11; Call Date: 09/22/11; Order #30815438; Host NAME: Andrea Whiteway | 2.89 |
| 09/23/11 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #29448875; INVOICE DATE: 10/03/11; Call Date: 09/23/11; Order #30824893; Host NAME: Blake Rubin | 20.56 |
| 09/26/11 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #29460202; INVOICE DATE: 10/03/11; Call Date: 09/26/11; Order #30836398; Host NAME: Blake Rubin | 34.05 |
| 09/29/11 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #29494597; INVOICE DATE: 10/03/11; Call Date: 09/29/11; Order #30871271; Host NAME: Andrea Whiteway | 8.57 |
| 10/03/11 | Telecommunications<br>Ext. 68424 called COLO SPGS, (719) 387-5595. | 3.60 |
| 10/03/11 | Telecommunications<br>Ext. 68424 called BALTIMORE, (410) 962-5644. | 0.15 |
| 10/03/11 | Telecommunications<br>Ext. 68425 called CHICAGO, (312) 853-7523. | 2.25 |
| 10/04/11 | Telecommunications | 0.75 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2315001
Invoice Date:  11/10/2011

| Date | Description | Amount |
|------|-------------|-------:|
| | Ext. 68424 called CHAMPNURBN, (217) 493-0058. | |
| 10/04/11 | Telecommunications | 1.35 |
| | Ext. 68424 called CHICAGO, (312) 222-3651. | |
| 10/04/11 | Telecommunications | 0.15 |
| | Ext. 68424 called BALTIMORE, (410) 962-5644. | |
| 10/04/11 | Telecommunications | 0.30 |
| | Ext. 68424 called BALTIMORE, (410) 962-5644. | |
| 10/05/11 | Telecommunications | 0.45 |
| | Ext. 68424 called BALTIMORE, (410) 962-5644. | |
| 10/05/11 | Telecommunications | 0.30 |
| | Ext. 68424 called CHICAGO, (312) 853-7163. | |
| 10/05/11 | Telecommunications | 2.10 |
| | Ext. 68424 called PEORIA, (309) 495-0763. | |
| 10/05/11 | Telecommunications | 0.15 |
| | Ext. 68424 called BALTIMORE, (410) 962-5644. | |
| 10/05/11 | Telecommunications | 28.70 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #29539402; INVOICE DATE: 11/01/11; Call Date: 10/05/11; Order #30916686; Host NAME: Blake Rubin | |
| 10/06/11 | Telecommunications | 0.15 |
| | Ext. 68424 called CHICAGO, (312) 368-8251. | |
| 10/06/11 | Telecommunications | 1.20 |
| | Ext. 68424 called CHAMPNURBN, (217) 493-0058. | |
| 10/06/11 | Telecommunications | 1.05 |
| | Ext. 68424 called LA GRANGE, (630) 399-7847. | |
| 10/06/11 | Telecommunications | 0.15 |
| | Ext. 68424 called BALTIMORE, (410) 962-5644. | |
| 10/06/11 | Telecommunications | 0.15 |
| | Ext. 68424 called CHAMPNURBN, (217) 493-0058. | |
| 10/06/11 | Telecommunications | 1.50 |
| | Ext. 68424 called NEW YORK, (212) 408-1033. | |
| 10/06/11 | Telecommunications | 1.05 |
| | Ext. 68424 called CHICAGO, (312) 368-8251. | |
| 10/06/11 | Telecommunications | 0.15 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2315001
Invoice Date:  11/10/2011

| Date | Description | Amount |
|------|-------------|--------|
| | Ext. 68424 called CHICAGO, (312) 222-3017. | |
| 10/06/11 | Telecommunications | 0.30 |
| | Ext. 68424 called CHAMPNURBN, (217) 493-0058. | |
| 10/06/11 | Telecommunications | 1.65 |
| | Ext. 68424 called CHAMPNURBN, (217) 493-0058. | |
| 10/06/11 | Telecommunications | 6.15 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #29550843; INVOICE DATE: 11/01/11; Call Date: 10/06/11; Order #30928218; Host NAME: Andrea Whiteway | |
| 10/11/11 | Telecommunications | 0.15 |
| | Ext. 68425 called CHICAGO, (312) 324-1156. | |
| 10/11/11 | Telecommunications | 0.75 |
| | Ext. 68424 called BALTIMORE, (410) 962-5644. | |
| 10/11/11 | Telecommunications | 0.30 |
| | Ext. 68425 called CHICAGO, (312) 984-3140. | |
| 10/11/11 | Telecommunications | 0.30 |
| | Ext. 68425 called CHICAGO, (312) 324-1156. | |
| 10/11/11 | Telecommunications | 0.15 |
| | Ext. 68424 called BALTIMORE, (410) 499-2182. | |
| 10/11/11 | Telecommunications | 0.30 |
| | Ext. 68425 called BALTIMORE, (410) 905-1296. | |
| 10/13/11 | Telecommunications | 5.18 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #29603661; INVOICE DATE: 11/01/11; Call Date: 10/13/11; Order #30981763; Host NAME: Andrea Whiteway | |
| 10/18/11 | Telecommunications | 1.20 |
| | Ext. 68424 called CHICAGO, (312) 222-3651. | |
| 10/20/11 | Telecommunications | 4.42 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #29657566; INVOICE DATE: 11/01/11; Call Date: 10/20/11; Order #31036465; Host NAME: Andrea Whiteway | |
| 10/27/11 | Telecommunications | 4.75 |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 | |
| Invoice: | 2315001 | |
| Invoice Date: | 11/10/2011 | |

| Date | Description | Amount |
|---|---|---|
| | VENDOR: Conference Plus, Incorporated; INVOICE #29710091; INVOICE DATE: 11/01/11; Call Date: 10/27/11; Order #31089953; Host NAME: Andrea Whiteway | |
| 10/31/11 | Telecommunications | 0.15 |
| | Ext. 68424 called CHICAGO, (312) 222-3017. | |

| | |
|---|---|
| **Total Costs and Other Charges** | **$163.29** |
| **Total This Invoice** | **$26,955.79** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2315001

11/10/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| D. Gardner | 2.90 | 330.00 | 957.00 |
| N. LeBeau | 21.00 | 245.00 | 5,145.00 |
| P. McCurry | 8.20 | 360.00 | 2,952.00 |
| Q. McElhaney | 0.10 | 245.00 | 24.50 |
| B. Newgard | 57.00 | 245.00 | 13,965.00 |
| B. Rubin | 2.30 | 965.00 | 2,219.50 |
| A. Whiteway | 1.90 | 805.00 | 1,529.50 |
| **Totals** | **93.40** | | **$26,792.50** |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2314993 |
| Invoice Date: | 11/10/2011 |

## Remittance Copy
### Billing for services rendered through 10/31/2011

Total by Matter
    0515 Chapter 11 Restructuring      $ 229,645.46

Total Services      $ 229,575.50

Total Costs and Other Charges Posted Through Billing Period      69.96

**Total This Invoice**      **$ 229,645.46**

| Invoice | Date | |
|---|---|---|
| 1987660 | 04/13/2009 | 8,878.50 |
| 2049463 | 06/30/2009 | 135,250.03 |
| 2119079 | 04/29/2010 | 8,961.00 |
| 2128648 | 05/24/2010 | 8,399.40 |
| 2133210 | 06/10/2010 | 13,380.70 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:       2314993
Invoice Date:  11/10/2011

| Invoice | Date | |
|---------|------|---|
| 2146476 | 07/21/2010 | 22,130.30 |
| 2159145 | 08/27/2010 | 44,177.00 |
| 2169700 | 09/24/2010 | 25,085.70 |
| 2180988 | 10/27/2010 | 26,669.40 |
| 2193509 | 11/19/2010 | 38,668.40 |
| 2200564 | 12/08/2010 | 38,646.00 |
| 2212867 | 01/26/2011 | 43,131.70 |
| 2225179 | 02/28/2011 | 46,786.20 |
| 2234856 | 03/30/2011 | 57,152.40 |
| 2245689 | 04/29/2011 | 41,321.60 |
| 2262856 | 05/23/2011 | 44,622.20 |
| 2268391 | 06/30/2011 | 29,099.30 |
| 2276795 | 07/28/2011 | 339,470.57 |
| 2286485 | 08/29/2011 | 324,518.98 |
| 2297300 | 09/30/2011 | 202,781.13 |
| 2308367 | 10/31/2011 | 319,454.25 |

Total Outstanding Balance                                    1,818,584.76

Total Balance Due                                    $ 2,048,230.22

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2314993 |
| Invoice Date: | 11/10/2011 |

## Client Copy
**Billing for services rendered through 10/31/2011**

Total by Matter
    0515 Chapter 11 Restructuring      $ 229,645.46

Total Services      $ 229,575.50

Total Costs and Other Charges Posted Through Billing Period      69.96

**Total This Invoice**      **$ 229,645.46**

| Invoice | Date | |
|---|---|---|
| 1987660 | 04/13/2009 | 8,878.50 |
| 2049463 | 06/30/2009 | 135,250.03 |
| 2119079 | 04/29/2010 | 8,961.00 |
| 2128648 | 05/24/2010 | 8,399.40 |
| 2133210 | 06/10/2010 | 13,380.70 |
| 2146476 | 07/21/2010 | 22,130.30 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2314993
Invoice Date:  11/10/2011

| Invoice | Date | |
|---------|------|---|
| 2159145 | 08/27/2010 | 44,177.00 |
| 2169700 | 09/24/2010 | 25,085.70 |
| 2180988 | 10/27/2010 | 26,669.40 |
| 2193509 | 11/19/2010 | 38,668.40 |
| 2200564 | 12/08/2010 | 38,646.00 |
| 2212867 | 01/26/2011 | 43,131.70 |
| 2225179 | 02/28/2011 | 46,786.20 |
| 2234856 | 03/30/2011 | 57,152.40 |
| 2245689 | 04/29/2011 | 41,321.60 |
| 2262856 | 05/23/2011 | 44,622.20 |
| 2268391 | 06/30/2011 | 29,099.30 |
| 2276795 | 07/28/2011 | 339,470.57 |
| 2286485 | 08/29/2011 | 324,518.98 |
| 2297300 | 09/30/2011 | 202,781.13 |
| 2308367 | 10/31/2011 | 319,454.25 |

Total Outstanding Balance                    1,818,584.76

Total Balance Due                          $ 2,048,230.22

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

11/10/2011

Invoice: 2314993
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0515         Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/11 | M. Wilder | 3.40 | Review draft 1017 memo prepared by G. Chan and revise same (2.3) research regarding accounting issues (.5); email summary of same to B. Rubin (.6). |
| 10/03/11 | N. Hazan | 1.00 | Correct email to BR re: IRS options. |
| 10/03/11 | J. Zajac | 3.30 | Draft summary re: 505 standing issue analysis (1.6); research re: declaratory actions for tax determinations (.8); draft summary re: same (.5); review fee examiner report (.4). |
| 10/03/11 | G. Chan | 6.90 | Review comments to section 1017(b)(2) memo from M. Wilder (0.8); revise section 1017(b)(2) memo (6.1). |
| 10/03/11 | B. Rubin | 3.90 | Preparation for and conference call with IRS regarding ESOP settlement (.6); memorandum to clients regarding status (.4); review and analyze memorandum regarding litigation issues (1.2); negotiations with IRS response ESOP issues (.6); preparation for and meeting with co-counsel regarding emergency issue (1.1). |
| 10/03/11 | A. Whiteway | 8.70 | Negotiations with IRS (2.4); draft and revise settlement documents (3.2); telephone conference with IRS regarding same (.6); telephone conference with client regarding same (.4); research liabilities tax issues (2.1). |
| 10/03/11 | J. Finkelstein | 2.30 | Review and analysis regarding section 1017 issues (1.2); conference with co-counsel regarding same (1.1). |
| 10/03/11 | M. Wilder | 1.90 | Additional research regarding accounting issues (1.9). |
| 10/04/11 | N. Hazan | 0.80 | Review examiner report (.50); discuss same and response with J. Zajac (.30). |
| 10/04/11 | J. Zajac | 0.20 | Emails with N. hazan re: response to fee examiner. |
| 10/04/11 | G. Chan | 2.80 | Revise section 1017(b)(2) memo regarding tax accruals and other deductible liabilities (2.8). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2314993
Invoice Date:  11/10/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/04/11 | B. Rubin | 6.70 | Conference calls with client re ESOP settlement (1.6); negotiate documents with IRS (1.4) memo to client regarding open issues (.7); review and comment on settlement agreement (.6); conference call with IRS regarding California Community News issue (.9) memo to Sidley regarding same (.7); follow up email to client regarding status of IRS settlement (.2); review and comment on motion (.6). |
| 10/04/11 | A. Whiteway | 8.20 | Review and revise settlement documents (2.6); telephone conferences with client and co-counsel regarding settlement (1.3); review settlement agreement (.9); draft correspondence re settlement with IRS (1.2); preparation for and telephone conference re Master Revised Neil Settlement Agreement (1.1); analysis and research litigation trust issue (1.1). |
| 10/04/11 | J. Finkelstein | 1.10 | Research regarding litigation trust tax issues. |
| 10/04/11 | M. Wilder | 2.70 | Review and revise 1017(b)(2) memo (2.3); brief research regarding same (.4). |
| 10/05/11 | J. Zajac | 1.60 | Review prebills to ensure compliance with bankruptcy rules (1.1); review email from R. Greenhouse re: straddle year taxes (.1); review collier re: same (.4). |
| 10/05/11 | G. Chan | 8.60 | Revise section 1017(b)(2) memo. |
| 10/05/11 | B. Rubin | 8.50 | Review and comment on revised settlement documents (.8); prepare memorandum regarding order issues (1.2); preparation for and conference call with clients regarding settlement (.7) conference with co-counsel regarding open issues (.6); negotiate settlement documents with IRS (1.1); memorandum to clients regarding status (.8); correspondence with clients and Sidley regarding next steps (.6). |
| 10/05/11 | A. Whiteway | 7.10 | Revise emergence workplan (.3); telephone conferences with IRS regarding settlement (1.9) telephone conference with client and co-counsel regarding same (1.2); review and revise closing agreement and order (1.9); review and revise Motion re IRS settlement (1.8). |
| 10/05/11 | M. Wilder | 3.20 | Review and revise 1017(b)(2) memo (2.3); discuss memo with G. Chan (.9) |
| 10/06/11 | J. Zajac | 1.90 | Research re: automatic stay post confirmation (1.1); draft |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2314993
Invoice Date:   11/10/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | summary re: same (.8). |
| 10/06/11 | B. Rubin | 7.60 | Prepare for and conference call with creditor representatives regarding settlement issues (.8); correspondence with client and Sidley regarding same (3); review MOU and master settlement agreement (.4); negotiate documents with IRS representatives (1.8); review and comment on summary (.8); comments on summary (.6); review and comment on master agreement (.4); preparation for and conference call with clients regarding workplan issues (.7); memorandum to clients regarding status (.7); review and comment on motion (1.1). |
| 10/06/11 | A. Whiteway | 7.80 | Preparation for and telephone conference with client regarding emergence workplan (.9); telephone conferences with IRS regarding settlement (2.2); telephone conference with client and co-counsel regarding same (1.6); review and revise closing agreement and order (1.7); review and revise Motion regarding IRS settlement (1.4). |
| 10/06/11 | J. Finkelstein | 2.10 | Conference with Tribune regarding emergence tax issues (.8); review and analysis regarding section 1017 issues memo (1.3). |
| 10/07/11 | N. Hazan | 2.40 | Review email regaridg research on tax liability and automatic stay (.1); review case regarding same (.6); research regarding follow-up questions regarding administrative claims (1.3); email to R. Greenhouse regarding response to question (.4). |
| 10/07/11 | J. Zajac | 1.30 | Draft and revise memo re: plan discharge and injunction and admin expense claims. |
| 10/07/11 | B. Rubin | 3.90 | Correspondence with client and IRS regarding settlement issues (1.2); review and comment on financial statements (1.6); review and comment on memorandum regarding litigation option (.7); correspondence with clients, Sidley and IRS regarding settlement (.4). |
| 10/07/11 | A. Whiteway | 3.50 | Finalize IRS settlement (2.6); telephone conferences with client and co-counsel (.9). |
| 10/07/11 | J. Finkelstein | 1.30 | Review and analysis regarding section 1017 issues. |
| 10/09/11 | J. Zajac | 0.30 | Review docket re: notices of upcoming fee hearings. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2314993
Invoice Date:  11/10/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/10/11 | J. Zajac | 0.30 | Review draft summary to R. Greenhouse re: plan issues on 505 determination. |
| 10/10/11 | B. Rubin | 4.20 | Correspondence to client regarding financial statement disclosure (.3); review and comment on memo regarding litigation alternatives (.7); research and analysis regarding tax accounting issues relating to emergence (3.2). |
| 10/11/11 | B. Rubin | 3.10 | Review and edit memorandum regarding emergence issues (2.5); conference call with IRS and counsel regarding settlement issues (.6). |
| 10/11/11 | A. Whiteway | 8.90 | Meeting with Ms. Templeman, IRS, regarding finalization of Closing Agreement (1.3); correspondence with co-counsel re Great Banc issues (1.2); telephone conference with Morgan Lewis re closing agreement (.4); review and analysis of tax issues regarding tax basis and liabilities (3.6); research tax issues regarding emergence (2.4) |
| 10/11/11 | J. Finkelstein | 2.10 | Review memo regarding emergence issues. |
| 10/11/11 | M. Wilder | 1.50 | Discuss debt issuance costs issue with IRS attorney Ned Blanchard (1.0); brief B. Rubin and A. Whiteway on call (.5). |
| 10/12/11 | E. Adams | 0.50 | Research GCM authorizing RR 86-67. (11242) |
| 10/12/11 | B. Rubin | 3.30 | Preparation for and conference calls/co-counsel and Sidley regarding GreatBanc issues (.8); research and analysis regarding issues raised by Aurelius representatives (1.1); preparation for and conference call with Aurelius representatives regarding same (.7); conference call with IRS regarding ruling issues (.7). |
| 10/12/11 | A. Whiteway | 3.30 | telephone conference with Aurelius representatives regarding settlement (1.1); review settlement provisions (1.4); telephone conference with IRS regarding ruling issues (.8). |
| 10/12/11 | A. Whiteway | 1.20 | Draft emergence workplan updates (.6); telephone conference with co-counsel regarding Akin Gump questions (.6). |
| 10/12/11 | J. Finkelstein | 1.20 | Review and analysis regarding basis reduction issues. |
| 10/12/11 | M. Wilder | 1.20 | Research and analysis regarding debt issuance costs (1.0); discuss same with A. Blair-Stanek (.2). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2314993
Invoice Date:  11/10/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/12/11 | A. Blair-Stanek | 1.30 | Search for relevant GCM (.4); research recent authorities citing two key cases (.6); research articles addressing analogous section 108(i) issue (.3). |
| 10/13/11 | G. Chan | 1.80 | Review and revise memo regarding section 1017(b)(2) and taxes. |
| 10/13/11 | B. Rubin | 4.20 | Preparation for and conference call with clients regarding workplan issues (.9); review and edit memo regarding emergence issues (2.4); conference with co-counsel regarding research issues (.9). |
| 10/13/11 | A. Whiteway | 6.20 | Preparation for and telephone conference regarding emergence workplan (.9); review and analysis of IRC 1017 treatment of liabilities (3.4); conference with co-counsel regarding tax reporting (1.3); correspondence with client regarding finalizing IRS and Neil settlements (.4); correspondence with client regarding original signatures on settlements (.2). |
| 10/13/11 | J. Finkelstein | 2.10 | Conference with Tribune regarding emergence tax issues (.9); conference with co-counsel regarding section 1017 analysis (1.2). |
| 10/13/11 | M. Wilder | 2.10 | Research regarding 1017(b)(2) issue. |
| 10/14/11 | G. Chan | 0.90 | Revise section 1017(b)(2) memo regarding federal taxes and deductible liabilities (0.90). |
| 10/14/11 | B. Rubin | 0.40 | Conference call with co-counsel regarding filing issue (.4). |
| 10/14/11 | A. Whiteway | 5.20 | Telephone conference with co-counsel regarding pension form filings (.8); review settlement agreement comments (.4); research and analysis of debt insurance tax issues (1.9); research and analysis of liabilities tax issue (2.1). |
| 10/14/11 | M. Wilder | 3.30 | Research and analysis regarding 1017(b)(2) issues. |
| 10/15/11 | J. Zajac | 0.40 | Review emails from local counsel re: fee order (.1); review fee order (.3). |
| 10/15/11 | M. Wilder | 3.90 | Complete research on 1017(b)(2) issues (2.7); complete draft of summary regarding same (1.2). |
| 10/17/11 | J. Zajac | 0.30 | review notices re: hearing. |
| 10/17/11 | A. Whiteway | 3.40 | Research tax issues regarding liabilities in emergence plan. |
| 10/17/11 | J. Finkelstein | 2.10 | Research and analysis regarding section 1017 issue. |
| 10/18/11 | J. Zajac | 4.30 | Prepare for fee hearing (1.4); email with M. Simons re: |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2314993
Invoice Date:  11/10/2011

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | fee statement (.1); begin drafting fee statement (2.8). |
| 10/18/11 | G. Chan | 4.10 | Research fresh start accounting and othe rissues for 1017(b)(2) memo. |
| 10/18/11 | B. Rubin | 4.10 | Preparation for and meeting with co-counsel regarding emergence issues (1.1); research and analysis regarding emergence issues (2.4); respond to client inquiry regarding IRS Appeals personnel (.6). |
| 10/18/11 | A. Whiteway | 3.80 | Telephone conference with co-counsel regarding Neil settlement (.6); legal research and analysis of fresh start accounting impact on liabilities for IRC 1017 (3.2). |
| 10/18/11 | M. Wilder | 2.20 | Discuss section 1017(b)(2) with B. Rubin and others (1.2); discuss revisions to memo and other issues with G. Chan (1.0). |
| 10/19/11 | N. Hazan | 0.60 | Review and correct August fee application. |
| 10/19/11 | J. Zajac | 0.90 | Draft fee statement (.9); email to N. Hazan re: same (.1). |
| 10/19/11 | B. Rubin | 4.60 | Conference call with clients regarding settlement issues (.6); review and analyze research materials regarding emergence issues (1.3); review and edit memo regarding emergence issues (2.7). |
| 10/19/11 | A. Whiteway | 5.10 | Analysis of IRC 1017 and liabilities tax issues (2.9); revise emergence workplan (.4); conference with co-counsel regarding emergence tax issues and research tax issues (.8); correspondence with opposing counsel regarding Neil settlement (.4); analysis of accounting issues regarding fresh start (.6). |
| 10/19/11 | J. Finkelstein | 2.40 | Analysis regarding section 1017 issue. |
| 10/19/11 | M. Wilder | 1.80 | Analysis of responses to Ned Blanchard regarding old case law on debt issuance costs. |
| 10/19/11 | E. Ma | 1.00 | Review settlement agreement for facts relating to deductions of settlement payments. |
| 10/20/11 | J. Zajac | 5.10 | Revise August fee statement (.3); email B. Rubin re: same (.1); emails with B. Rubin re: fee order (.4); emails with B. Rubin re: CNOs (.2); draft 11th quarterly application (4.1). |
| 10/20/11 | B. Rubin | 5.70 | Preparation for and conference call with clients regarding workplan issues (.6); review and analyze issues and arguments raised by IRS in PLR request (1.6); research and analysis regarding PLR issues (1.2); review and edit |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2314993
Invoice Date: 11/10/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | memo regarding emergence issues (2.3). |
| 10/20/11 | A. Whiteway | 5.20 | Preparation for and telephone conference with client regarding emergence workplan (.9); correspondence with IRS regarding settlement (.6); conference with co-counsel regarding taxation of settlement payments (1.2); telephone conference with IRS regarding ruling (.4); legal analysis of IRS 1017 issues (1.3); conference with co-counsel regarding IRC 1017 tax issues (.8). |
| 10/20/11 | J. Finkelstein | 0.90 | Conference with Tribune regarding emergence tax issues. |
| 10/21/11 | N. Hazan | 0.50 | Review 11th quarterly application. |
| 10/21/11 | J. Zajac | 3.20 | Review prebills to ensure compliance with bankruptcy rules (2.4); email B. Rubin re: CNOs (.2); prepare August fee statement for filing (.3); revise quarterly application (.2); email M. Simons re: prebills (.1). |
| 10/21/11 | B. Rubin | 4.30 | Conference with co-counsel regarding PLR request issues (.6); work on response to IRS points (1.6); review and edit memo regarding tax issues related to ESOP settlement (2.1). |
| 10/21/11 | A. Whiteway | 1.60 | Conference with co-counsel regarding taxation of payments to IRS and Neil plaintiffs (.4); analysis of tax issues (.9); conference with co-counsel regarding private letter ruling process (.3). |
| 10/21/11 | M. Wilder | 0.30 | Telephone calls to Ned Blanchard regarding debt issuance. |
| 10/21/11 | E. Ma | 4.50 | Review final settlement agreement and closing agreement with the IRS (1.3); revise memo regarding deductions for settlement payments (3.2). |
| 10/22/11 | E. Ma | 2.50 | Update memo regarding deductions for settlement payments. |
| 10/24/11 | B. Rubin | 1.60 | Review and edit memo regarding settlement issues (1.2); correspondence with Sidley regarding settlement implementation issues (.4). |
| 10/24/11 | A. Whiteway | 1.20 | Review Neil timeline and other correspondence (.4); review settlement memo (.8). |
| 10/24/11 | E. Ma | 1.70 | Update memo regarding deductions for settlement payments. |
| 10/25/11 | J. Zajac | 0.20 | Email B. Rubin re: quartetly application (.1); email M. Simons re: LEDES files (.1). |

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2314993
Invoice Date: 11/10/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/25/11 | B. Rubin | 2.60 | Review and comment on settlement timeline and documents (.6); correspondence with client and co-counsel regarding PLR issues (.6); review and edit memo regarding settlement issues (1.4). |
| 10/25/11 | M. Wilder | 0.70 | Analysis of debt issuance costs issue (.3); telephone call with IRS attorney Ned Blanchard (.4). |
| 10/26/11 | J. Zajac | 1.60 | Review fee examiners report (.6); emails with M. Simons re: expense response to report (.2); begin drafting response to report (.8). |
| 10/26/11 | B. Rubin | 2.60 | Review and edit memo regarding settlement issues (1.2); develop responses to IRS regarding PLR issues (1.4). |
| 10/27/11 | J. Zajac | 0.80 | Draft response to fee examiner report. |
| 10/27/11 | G. Chan | 7.40 | Review additional case law regarding double deduction (4.3); revise section 1017(b)(2) memo regarding liabilities on balance sheet (3.1). |
| 10/27/11 | B. Rubin | 4.10 | Preparation for and conference call with clients regarding workplan issues (.7); develop action steps for dealing with emergence issues (1.2); develop response to IRS issues raised in PLR request (1.3); review and edit memo regarding settlement issues (.9). |
| 10/27/11 | A. Whiteway | 2.10 | Preparation for and telephone conference with client regarding emergence tax issues (.9); review settlement/litigation trust tax issues (1.2). |
| 10/27/11 | A. Blair-Stanek | 0.20 | Draft list of action items to minimize tax risk. |
| 10/28/11 | J. Zajac | 0.70 | Email N. Hazan re: fee examiner response (.2); various emails with N. Hazan, B. Rubin, and G. Vance re: same (.5). |
| 10/28/11 | G. Chan | 1.10 | Revise section 1017(b)(2) memo regarding liabilities on balance sheet (1.1). |
| 10/28/11 | B. Rubin | 2.10 | Review and comment on action steps for emergence (.9); review and edit memo regarding settlement issues (1.2). |
| 10/28/11 | A. Whiteway | 1.20 | Review settlement tax issues (.6); review correspondence regarding settlement (.6). |
| 10/28/11 | J. Finkelstein | 2.10 | Review emergence action items (.4); research regarding litigation trust tax issues (1.7). |
| 10/28/11 | M. Wilder | 0.70 | Review Action Items list (.3); discuss section 1017(b)(2) memo with G. Chan and accounting issues section (.4). |
| 10/28/11 | A. Blair-Stanek | 0.90 | Review claims-transfer memorandum and notes (.3); |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2314993
Invoice Date:  11/10/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | complete internal list of action items (.5); email list to B. Rubin, A. Whiteway, J. Finkelstein (.1). |
| 10/29/11 | M. Wilder | 4.80 | Analysis of authorities for distinguishing case law and section 108(e)(2) in response to IRS arguments (3.3); review of section 1017(b)(2) memo (1.5). |
| 10/30/11 | B. Rubin | 2.10 | Review and edit memo regarding settlement issues (2.1). |
| 10/30/11 | J. Finkelstein | 0.90 | Review correspondence and analysis regarding section 1017 liabilities issues. |
| 10/30/11 | M. Wilder | 3.90 | Research and analysis regarding accounting issues and section 1017(b)(2) (3.4); draft summary of same (.3); email to B. Rubin regarding debt issuance costs (.2). |
| 10/31/11 | N. Hazan | 0.50 | Prepare for and attend call re: examiner report with J. Zajac, B. Rubin. G. Vance. |
| 10/31/11 | J. Zajac | 0.70 | Email with MWE team re: fee examiner report(.1); prepare for and call with B. Rubin, G. Vance, N. Hazan re same (.6). |
| 10/31/11 | G. Chan | 0.90 | Review M. Wilder's questions regarding deferred taxes (0.3); review articles regarding "fresh start accounting" (0.4); revisions to section 1017(b)(2) memo regarding state taxes and other deductible liabilities (0.2). |
| 10/31/11 | B. Rubin | 5.30 | Preparation for and conference call regarding fee examiner issues (.5); preparation for and conference with co-counsel regarding comments on memo regarding settlement issues (.9); conference with co-counsel regarding possible responses to IRS on PLR issues (1.3); research and analysis regarding responses to IRS (.7); preparation for meeting regarding emergence planning; (1.2); correspondence and calls with creditor representatives regarding emergence issue (.7). |
| 10/31/11 | A. Whiteway | 5.30 | Preparation for and conference call regarding fee examiner issues (.5); preparation for and conference with co-counsel regarding comments on memo regarding settlement issues (.9); conference with co-counsel regarding possible responses to IRS on PLR issues (1.3); research and analysis regarding responses to IRS (.7); preparation for meeting regarding emergence planning; (1.2); correspondence and calls with creditor representatives regarding emergence issue (.7). |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2314993 |
| Invoice Date: | 11/10/2011 |

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/31/11 | J. Finkelstein | 1.60 | Review and analysis regarding litigation trust issues. |
| 10/31/11 | M. Wilder | 2.80 | Telephone calls with IRS regarding debt issuance costs PLR (.5); discuss 1017(b)(2) issues with B. Rubin and G. Chan (.8); discuss 108(e)(2)) issues with B. Rubin (1.4). |
| 10/31/11 | E. Ma | 1.60 | Conference with B. Rubin and A. Whiteway regarding memo regarding deductions for settlement payments; update memo. |

| | Total Hours | 318.10 | | Total For Services | $229,575.50 |
|---|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| E. Adams | 0.50 | 155.00 | 77.50 |
| A. Blair-Stanek | 2.40 | 360.00 | 864.00 |
| G. Chan | 34.50 | 390.00 | 13,455.00 |
| J. Finkelstein | 22.20 | 635.00 | 14,097.00 |
| N. Hazan | 5.80 | 630.00 | 3,654.00 |
| E. Ma | 11.30 | 390.00 | 4,407.00 |
| B. Rubin | 84.90 | 965.00 | 81,928.50 |
| A. Whiteway | 89.00 | 805.00 | 71,645.00 |
| M. Wilder | 40.40 | 745.00 | 30,098.00 |
| J. Zajac | 27.10 | 345.00 | 9,349.50 |
| **Totals** | **318.10** | | **$229,575.50** |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---|
| 10/01/11 | Outside Copy Services VENDOR: Williams Lea Inc; INVOICE#: CON-00004684; DATE: 10/1/2011 - Sept 2011 Consolidated Variable invoice. NY's Sept 2011 IPRO log. | 3.30 |
| 10/19/11 | Computer Research Pacer  Service Center- Invoice # MW0036-Q32011, Invoice | 56.48 |

# McDermott
# Will & Emery

Tribune Company

<table>
<tr><td></td><td>Client:</td><td>020336</td></tr>
<tr><td></td><td>Invoice:</td><td>2314993</td></tr>
<tr><td></td><td>Invoice Date:</td><td>11/10/2011</td></tr>
</table>

| Date | Description | Amount |
|------|-------------|--------|
| | Date 10/04/11 | |
| 10/31/11 | Telecommunications | 10.18 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #29733233; INVOICE DATE: 11/01/11; Call Date: 10/31/11; Order #31113315; Host NAME: Jared Zajac | |

| | |
|---|---|
| **Total Costs and Other Charges** | **$69.96** |
| **Total This Invoice** | **$229,645.46** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2314993

11/10/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| E. Adams | 0.50 | 155.00 | 77.50 |
| A. Blair-Stanek | 2.40 | 360.00 | 864.00 |
| G. Chan | 34.50 | 390.00 | 13,455.00 |
| J. Finkelstein | 22.20 | 635.00 | 14,097.00 |
| N. Hazan | 5.80 | 630.00 | 3,654.00 |
| E. Ma | 11.30 | 390.00 | 4,407.00 |
| B. Rubin | 84.90 | 965.00 | 81,928.50 |
| A. Whiteway | 89.00 | 805.00 | 71,645.00 |
| M. Wilder | 40.40 | 745.00 | 30,098.00 |
| J. Zajac | 27.10 | 345.00 | 9,349.50 |
| **Totals** | **318.10** | | **$229,575.50** |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2314994 |
| Invoice Date: | 11/10/2011 |

## Remittance Copy
### Billing for services rendered through 10/31/2011

Total by Matter
    0516 Perfect Market, Inc.            $ 2,495.50

Total Services            $ 2,495.50

Total Costs and Other Charges Posted Through Billing Period        0.00

**Total This Invoice**        **$ 2,495.50**

| Invoice | Date | |
|---|---|---|
| 2127445 | 01/26/2010 | 0.52 |
| 2094480 | 02/19/2010 | 50,000.00 |
| 2200565 | 12/08/2010 | 154.50 |
| 2212868 | 01/26/2011 | 341.80 |
| 2234857 | 03/30/2011 | 74.10 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:        2314994
Invoice Date:   11/10/2011

| Invoice | Date | | |
|---------|------|---|---|
| 2245690 | 04/29/2011 | | 306.60 |
| 2297301 | 09/30/2011 | | 172.50 |

Total Outstanding Balance                                    51,050.02

Total Balance Due                                         $ 53,545.52

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2314994 |
| Invoice Date: | 11/10/2011 |

## Client Copy
### Billing for services rendered through 10/31/2011

Total by Matter
    0516 Perfect Market, Inc.          $ 2,495.50

Total Services      $ 2,495.50

Total Costs and Other Charges Posted Through Billing Period      0.00

**Total This Invoice**      **$ 2,495.50**

| Invoice | Date | |
|---|---|---|
| 2127445 | 01/26/2010 | 0.52 |
| 2094480 | 02/19/2010 | 50,000.00 |
| 2200565 | 12/08/2010 | 154.50 |
| 2212868 | 01/26/2011 | 341.80 |
| 2234857 | 03/30/2011 | 74.10 |
| 2245690 | 04/29/2011 | 306.60 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:     2314994
Invoice Date:   11/10/2011

| Invoice | Date | | |
|---------|------|---|---|
| 2297301 | 09/30/2011 | 172.50 | |

Total Outstanding Balance                                    51,050.02

Total Balance Due                                         $ 53,545.52

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

11/10/2011

Invoice: 2314994
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0516        Perfect Market, Inc.

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/13/11 | M. O'Brien | 1.00 | (Topix) Conference with client regarding treatment of profits (.3); research regarding profits interest (.7). |
| 10/14/11 | M. O'Brien | 0.50 | Research profits interest. |
| 10/17/11 | T. Ward | 0.30 | [Topix].  Telephone call with Maureen O'Brien regarding federal income tax treatment of profits interest holder. |
| 10/19/11 | T. Ward | 1.00 | [Topix].  Conference call with Maureen O'Brien and client regarding profits interest considerations. |
| 10/19/11 | M. O'Brien | 1.00 | (Topix):  Conference call with client and T. Ward regarding treatmen to of profits. |

| | **Total Hours** | **3.80** | **Total For Services** | **$2,495.50** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| M. O'Brien | 2.50 | 655.00 | 1,637.50 |
| T. Ward | 1.30 | 660.00 | 858.00 |
| **Totals** | **3.80** | | **$2,495.50** |
| | | **Total This Invoice** | **$2,495.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2314994

11/10/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| M. O'Brien | 2.50 | 655.00 | 1,637.50 |
| T. Ward | 1.30 | 660.00 | 858.00 |
| **Totals** | **3.80** | | **$2,495.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2314996 |
| Invoice Date: | 11/10/2011 |

## Remittance Copy
### Billing for services rendered through 10/31/2011

0520 All Direct Mail Services, Inc.

| | |
|---|---|
| Total Services | $ 749.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 749.00** |

| Invoice | Date | |
|---|---|---|
| 2159146 | 08/27/2010 | 424.20 |
| 2169702 | 09/24/2010 | 393.60 |
| 2180990 | 10/27/2010 | 1,866.60 |
| 2193511 | 11/19/2010 | 3,621.20 |
| 2200566 | 12/08/2010 | 4,018.30 |
| 2212870 | 01/26/2011 | 5,544.40 |
| 2226977 | 02/28/2011 | 8,140.30 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2314996
Invoice Date:  11/10/2011

| Invoice | Date | |
|---------|------|---|
| 2234859 | 03/30/2011 | 128.40 |
| 2245692 | 04/29/2011 | 1,350.70 |
| 2254098 | 05/23/2011 | 1,128.70 |
| 2297303 | 09/30/2011 | 214.00 |

Total Outstanding Balance                              26,830.40

Total Balance Due                                    $ 27,579.40

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2314996 |
| Invoice Date: | 11/10/2011 |

## Client Copy
### Billing for services rendered through 10/31/2011

0520 All Direct Mail Services, Inc.

| | |
|---|---|
| Total Services | $ 749.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 749.00** |

| Invoice | Date | |
|---|---|---|
| 2159146 | 08/27/2010 | 424.20 |
| 2169702 | 09/24/2010 | 393.60 |
| 2180990 | 10/27/2010 | 1,866.60 |
| 2193511 | 11/19/2010 | 3,621.20 |
| 2200566 | 12/08/2010 | 4,018.30 |
| 2212870 | 01/26/2011 | 5,544.40 |
| 2226977 | 02/28/2011 | 8,140.30 |
| 2234859 | 03/30/2011 | 128.40 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2314996
Invoice Date:  11/10/2011

| Invoice | Date | | |
|---------|------|--|--|
| 2245692 | 04/29/2011 | 1,350.70 | |
| 2254098 | 05/23/2011 | 1,128.70 | |
| 2297303 | 09/30/2011 | 214.00 | |

Total Outstanding Balance                                    26,830.40

Total Balance Due                                          $ 27,579.40

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

11/10/2011

Invoice: 2314996
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0520        All Direct Mail Services, Inc.

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/26/11 | A. Turney | 0.90 | Review background on LA County Taxes owed by ADMSI (.3); review Revenue & Tax code (.2); review Asset Purchase Agreement (.4). |
| 10/27/11 | A. Turney | 0.50 | Call with R. Crawford on County tax issues (.3); call with J. Xanders regarding same (.2). |

| | **Total Hours** | **1.40** | **Total For Services** | **$749.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Turney | 1.40 | 535.00 | 749.00 |
| **Totals** | **1.40** | | **$749.00** |
| | | **Total This Invoice** | **$749.00** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2314996

11/10/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| A. Turney | 1.40 | 535.00 | 749.00 |
| **Totals** | **1.40** | | **$749.00** |

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2314997 |
| Invoice Date: | 11/10/2011 |

## Remittance Copy
### Billing for services rendered through 10/31/2011

Total by Matter
    0522 Baltimore Sun Mailers Pension Plan        $ 12,285.80

Total Services    $ 12,285.50

Total Costs and Other Charges Posted Through Billing Period    0.30

**Total This Invoice**    **$ 12,285.80**

| Invoice | Date | |
|---|---|---|
| 2210516 | 11/10/2010 | 823.80 |
| 2212873 | 01/26/2011 | 143.00 |
| 2239045 | 02/28/2011 | 3,175.00 |
| 2234860 | 03/30/2011 | 1,565.50 |
| 2245693 | 04/29/2011 | 1,278.10 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2314997
Invoice Date:  11/10/2011

| Invoice | Date | |
|---------|------|--|
| 2268385 | 06/30/2011 | 287.50 |
| 2276797 | 07/28/2011 | 125.00 |
| 2286487 | 08/29/2011 | 4,092.50 |
| 2297304 | 09/30/2011 | 1,903.00 |
| 2308369 | 10/31/2011 | 1,014.00 |

Total Outstanding Balance                                14,407.40

Total Balance Due                                     $ 26,693.20

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2314997 |
| Invoice Date: | 11/10/2011 |

## Client Copy
### Billing for services rendered through 10/31/2011

Total by Matter
    0522 Baltimore Sun Mailers Pension Plan                    $ 12,285.80

Total Services                                                 $ 12,285.50

Total Costs and Other Charges Posted Through Billing Period        0.30

**Total This Invoice**                                         **$ 12,285.80**

| Invoice | Date | |
|---|---|---|
| 2210516 | 11/10/2010 | 823.80 |
| 2212873 | 01/26/2011 | 143.00 |
| 2239045 | 02/28/2011 | 3,175.00 |
| 2234860 | 03/30/2011 | 1,565.50 |
| 2245693 | 04/29/2011 | 1,278.10 |
| 2268385 | 06/30/2011 | 287.50 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | Client: | 020336 |
| --- | --- | --- |
| | Invoice: | 2314997 |
| | Invoice Date: | 11/10/2011 |

| Invoice | Date | |
| --- | --- | --- |
| 2276797 | 07/28/2011 | 125.00 |
| 2286487 | 08/29/2011 | 4,092.50 |
| 2297304 | 09/30/2011 | 1,903.00 |
| 2308369 | 10/31/2011 | 1,014.00 |

Total Outstanding Balance                    14,407.40

Total Balance Due                          $ 26,693.20

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

11/10/2011

Invoice: 2314997
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0522        Baltimore Sun Mailers Pension Plan

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/10/11 | P. Compernolle | 1.00 | Research regarding Form 5500 and late filing of audit report. |
| 10/10/11 | R. Fernando | 1.30 | Research regarding EFAST 2 Form 5500 filing without accountants' opinion. |
| 10/11/11 | P. Compernolle | 2.00 | Research regarding Form 5500 (1.4); telephone conference with K. Dansart, R. DeBoer regarding 5500 filing (.6). |
| 10/11/11 | R. Fernando | 1.80 | Research regarding Form 5500 filing using EFAST 2 when accountants' opinion is incomplete. |
| 10/12/11 | P. Compernolle | 1.20 | Review issues on 5500 filing (.90); telephone conference with J. Rodden regarding same (.30). |
| 10/12/11 | R. Fernando | 2.00 | Telephone conference with K. Dansart, J. Steffen and J. Shaver (Bolton Partners) to discuss Form 5500 (.4); review and draft revisions to attachment to Form 5500 (.9); research DOL FAQs relating to same (.7). |
| 10/13/11 | P. Compernolle | 1.00 | Continue research on Form 5500 filing. |
| 10/13/11 | R. Fernando | 0.50 | Research DOL guidance regarding Form 5500 filing without accountants' opinion. |
| 10/14/11 | P. Compernolle | 1.00 | Telephone conference with J. Rodden regarding Form 5500 filing (.40); telephone conference with B. Rubin regarding filing rules (.20); review DOL filing rules (.40). |
| 10/17/11 | P. Compernolle | 0.80 | Revise draft correspondence with IRS on late 5500. |
| 10/24/11 | R. Fernando | 0.20 | Consult with P. Compernolle regarding audit of pension plan. |
| 10/26/11 | P. Compernolle | 1.00 | Telephone conference with J. Rodden regarding Form 5500 (.20), review plan documents regarding committee meeting and minutes (.80). |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2314997 |
| Invoice Date: | 11/10/2011 |

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/26/11 | R. Fernando | 1.50 | Review and draft revisions to amendment to pension plan (.9); telephone discussion with T. Manning regarding same (.6). |
| 10/28/11 | P. Compernolle | 0.30 | Emails to T. Manning regarding plan amendments and signing authority. |
| 10/28/11 | R. Fernando | 1.60 | Telephone conference with T. Manning regarding proposed plan amendment (.2); review and draft revisions to same (.7); review plan document to determine authority to amend plan (.4); respond to email from K. Dansart regarding EBC authority to amend plan (.3). |

| | **Total Hours** | **17.20** | **Total For Services** | **$12,285.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| P. Compernolle | 8.30 | 810.00 | 6,723.00 |
| R. Fernando | 8.90 | 625.00 | 5,562.50 |
| **Totals** | **17.20** | | **$12,285.50** |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---|
| 10/28/11 | Telecommunications Ext. 47587 called BALTIMORE, (410) 649-4765. | 0.30 |
| | **Total Costs and Other Charges** | **$0.30** |
| | **Total This Invoice** | **$12,285.80** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2314997

11/10/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| P. Compernolle | 8.30 | 810.00 | 6,723.00 |
| R. Fernando | 8.90 | 625.00 | 5,562.50 |
| **Totals** | **17.20** | | **$12,285.50** |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2314998 |
| Invoice Date: | 11/10/2011 |

## Remittance Copy
### Billing for services rendered through 10/31/2011

Total by Matter
    0527 2009 Audit                        $ 18,671.50

Total Services                                            $ 2,918.50

Total Costs and Other Charges Posted Through Billing Period          15,753.00

## Total This Invoice                           $ 18,671.50

| Invoice | Date | |
|---|---|---|
| 2225195 | 02/28/2011 | 3,159.30 |
| 2234863 | 03/30/2011 | 9,969.90 |
| 2245697 | 04/29/2011 | 78,639.60 |
| 2254101 | 05/23/2011 | 57,373.50 |
| 2268392 | 06/30/2011 | 46,232.00 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2314998
Invoice Date: 11/10/2011

| Invoice | Date | | |
|---------|------|---|---|
| 2276798 | 07/28/2011 | 249,068.90 | |
| 2286488 | 08/29/2011 | 180,283.42 | |
| 2297306 | 09/30/2011 | 165,889.00 | |
| 2308371 | 10/31/2011 | 115,166.52 | |

Total Outstanding Balance      905,782.14

Total Balance Due      $ 924,453.64

.

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2314998 |
| Invoice Date: | 11/10/2011 |

## Client Copy
### Billing for services rendered through 10/31/2011

Total by Matter
   0527 2009 Audit                                                $ 18,671.50

Total Services                                                              $ 2,918.50

Total Costs and Other Charges Posted Through Billing Period                 15,753.00

**Total This Invoice**                                                   **$ 18,671.50**

| Invoice | Date | |
|---|---|---|
| 2225195 | 02/28/2011 | 3,159.30 |
| 2234863 | 03/30/2011 | 9,969.90 |
| 2245697 | 04/29/2011 | 78,639.60 |
| 2254101 | 05/23/2011 | 57,373.50 |
| 2268392 | 06/30/2011 | 46,232.00 |
| 2276798 | 07/28/2011 | 249,068.90 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2314998 |
| Invoice Date: | 11/10/2011 |

| Invoice | Date | |
|---|---|---|
| 2286488 | 08/29/2011 | 180,283.42 |
| 2297306 | 09/30/2011 | 165,889.00 |
| 2308371 | 10/31/2011 | 115,166.52 |

Total Outstanding Balance                                    905,782.14

Total Balance Due                                         $ 924,453.64

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

11/10/2011

Invoice: 2314998
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0527          2009 Audit

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/03/11 | R. Greenhouse | 0.50 | Review memorandum on bankruptcy issue (.2); review Bank of America confidentiality agreement (.3). |
| 10/05/11 | R. Greenhouse | 0.30 | Follow-up email to A. Whiteway on bankruptcy procedure. |
| 10/05/11 | A. Whiteway | 0.90 | Correspondence with co-counsel regarding 505 process. |
| 10/06/11 | A. Whiteway | 0.40 | Correspondence with co-counsel regarding 505 process. |
| 10/07/11 | R. Greenhouse | 0.80 | Telephone call with A. Whiteway regarding Bank of America confidentiality agreement (.4); analyze response to Bankruptcy Court questions (.4). |
| 10/11/11 | R. Greenhouse | 0.30 | Review follow-up email from A. Whiteway on Bankruptcy procedures. |
| 10/24/11 | R. Greenhouse | 0.50 | Review and provide advice to P. McCurry regarding voicemail messages. |

| | **Total Hours** | **3.70** | **Total For Services** | **$2,918.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| R. Greenhouse | 2.40 | 780.00 | 1,872.00 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2314998
Invoice Date:  11/10/2011

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Whiteway | 1.30 | 805.00 | 1,046.50 |
| **Totals** | **3.70** | | **$2,918.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 09/30/11 | Computer Hosting Fees<br>September monthly charge for data storage and hosting,<br>Relativity Hosting, 263.5 GBs | 7,905.00 |
| 10/31/11 | Computer Hosting Fees<br>October monthly charge for data storage and hosting,<br>Relativity Hosting 261.6 GBs. | 7,848.00 |

**Total Costs and Other Charges**     **$15,753.00**

**Total This Invoice**     **$18,671.50**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2314998

11/10/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Greenhouse | 2.40 | 780.00 | 1,872.00 |
| A. Whiteway | 1.30 | 805.00 | 1,046.50 |
| **Totals** | **3.70** | | **$2,918.50** |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2314999 |
| Invoice Date: | 11/10/2011 |

---

## Remittance Copy
### Billing for services rendered through 10/31/2011

---

0529 Local TV

| | |
|---|---|
| Total Services | $ 25,830.00 |
| Total Costs and Other Charges Posted Through Billing Period | 1.95 |
| **Total This Invoice** | **$ 25,831.95** |

| Invoice | Date | |
|---|---|---|
| 2254103 | 05/23/2011 | 2,079.00 |
| 2268387 | 06/30/2011 | 176.40 |
| 2276799 | 07/28/2011 | 6,615.00 |
| 2286489 | 08/29/2011 | 9,135.00 |
| 2297307 | 09/30/2011 | 8,631.00 |
| 2308372 | 10/31/2011 | 2,205.00 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2314999
Invoice Date:    11/10/2011

Total Outstanding Balance                              28,841.40

Total Balance Due                                     $ 54,673.35

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2314999 |
| Invoice Date: | 11/10/2011 |

## Client Copy
### Billing for services rendered through 10/31/2011

0529 Local TV

| | |
|---|---|
| Total Services | $ 25,830.00 |
| Total Costs and Other Charges Posted Through Billing Period | 1.95 |
| **Total This Invoice** | **$ 25,831.95** |

| Invoice | Date | |
|---|---|---|
| 2254103 | 05/23/2011 | 2,079.00 |
| 2268387 | 06/30/2011 | 176.40 |
| 2276799 | 07/28/2011 | 6,615.00 |
| 2286489 | 08/29/2011 | 9,135.00 |
| 2297307 | 09/30/2011 | 8,631.00 |
| 2308372 | 10/31/2011 | 2,205.00 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 | |
| Invoice: | 2314999 | |
| Invoice Date: | 11/10/2011 | |

Total Outstanding Balance                                          28,841.40

Total Balance Due                                          $ 54,673.35

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

11/10/2011

Invoice: 2314999
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0529        Local TV

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/05/11 | M. Lee | 2.70 | Review revised License Agreement and Assumption Agreement for call with S. Karottki (2.2); conference call with S. Karottki regarding same (.5). |
| 10/06/11 | M. Lee | 8.00 | Prepare email to S. Karottki regarding License Agreement and Assumption Agreement (.4); revise License Agreement and various Assumption Agreements (7.3); prepare email to S. Karottki regarding same (.3). |
| 10/07/11 | M. Lee | 0.30 | Review email from S. Karottki regarding License Agreement and Assumption Agreement (.1); prepare redlines of same and prepare email to S. Karottki regarding same (.2). |
| 10/11/11 | M. Lee | 2.50 | Review email from S. Karottki regarding Hundemer assignment (.1); review multiple emails from S. Karottki regarding license agreement (.2); prepare multiple emails to S. Karottki regarding same (.3); telephone conference with S. Karottki regarding same (.3); revise license agreement and assumption agreement (1.3); prepare multiple emails to S. Karottki regarding same (.3). |
| 10/21/11 | M. Lee | 2.50 | Review revised invention assignment for Hundemer (.7); telephone conference with S. Karottki regarding same (.2); review multiple emails from S. Karottki regarding same (.2); review further revised invention assignment (.8); commence revisions to invention assignment agreement (.6). |
| 10/24/11 | M. Lee | 2.50 | Revise invention assignment for Hundemer (2.1); prepare email to S. Karottki regarding same (.4). |
| 10/25/11 | M. Lee | 2.80 | Review multiple emails to S. Karottki regarding Hundemer invention assignment (.2); prepare multiple |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2314999
Invoice Date:  11/10/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | emails to S. Karottki regarding same (.4); review revised invention assignment (.9); multiple telephone conferences with S. Karottki regarding same (.6); make multiple revisions to same (.7). |
| 10/26/11 | M. Lee | 4.50 | Review multiple emails from S. Karottki regarding License Agreement (.4); prepare multiple emails to S. Karottki regarding same (.6); review revised License Agreement (.6); prepare comments for S. Karottki (.7); review multiple emails from S. Karottki regarding Assumption Agreements (.2); prepare multiple emails to S. Karottki regarding same (.3); review revised Assumption Agreements (1.3); prepare comments to S. Karottki regarding same (.4). |
| 10/27/11 | M. Lee | 6.50 | Review multiple emails from S. Karottki regarding License Agreement and Assumption Agreement (.2); prepare multiple emails to S. Karottki regarding same (.3); telephone conference with S. Karottki regarding same (.7); revise License Agreement and Assumption Agreements (1.2); prepare Acknowledgement exhibit for License Agreement (1.8); prepare Acknowledgment for MSA (1.9); and prepare email to S. Karottki regarding same (.4). |
| 10/28/11 | M. Lee | 2.70 | Review multiple emails from S. Karottki regarding License Agreement, Assumption Agreements and Acknowledgment for MSA (.3); telephone conference with S. Karottki regarding same (.4); revise License Agreement and Assumption Agreements (.4); prepare amendment to MSA (.6); and prepare email to S. Karottki regarding same (.3); review revised Invention Assignment for Hundemer (.3); prepare email to S. Karottki providing comments to same (.4). |
| 10/30/11 | M. Lee | 1.50 | Review revised License Agreement (.7); revise and provide comments to same (.6); prepare email to S. Karottki regarding same (.2). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2314999
Invoice Date:  11/10/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/31/11 | M. Lee | 4.50 | Telephone conference with S. Karottki regarding revised License Agreement (.6); telephone conference with S. Karottki regarding Hundemer Invention Assignment (.4); revise Invention Assignment (.8); prepare email to S. Karottki regarding same (.2); further telephone conference with S. Karottki regarding same (.3); make further revisions to Invention Assignment (.4); prepare email to S. Karottki regarding same (.2); continue review and revisions to License Agreement (1.6). |

|  | Total Hours | 41.00 | Total For Services | $25,830.00 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| M. Lee | 41.00 | 630.00 | 25,830.00 |
| **Totals** | **41.00** | | **$25,830.00** |

### Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 10/11/11 | Telecommunications Ext. 77141 called CHICAGO, (312) 222-3290. | 1.95 |

|  | Total Costs and Other Charges | $1.95 |
|  | Total This Invoice | $25,831.95 |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2314999

11/10/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| M. Lee | 41.00 | 630.00 | 25,830.00 |
| **Totals** | **41.00** | | **$25,830.00** |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | | |
|---|---|---|
| Client: | 020336 | |
| Invoice: | 2315000 | |
| Invoice Date: | 11/10/2011 | |

## Remittance Copy
### Billing for services rendered through 10/31/2011

0533 NomadTV

| | |
|---|---|
| Total Services | $ 18,428.50 |
| Total Costs and Other Charges Posted Through Billing Period | 10.97 |
| **Total This Invoice** | **$ 18,439.47** |

| Invoice | Date | | |
|---|---|---|---|
| 2308373 | 10/31/2011 | 1,495.00 | |
| Total Outstanding Balance | | | 1,495.00 |
| Total Balance Due | | | $ 19,934.47 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2315000 |
| Invoice Date: | 11/10/2011 |

## Client Copy
### Billing for services rendered through 10/31/2011

0533 NomadTV

| | |
|---|---:|
| Total Services | $ 18,428.50 |
| Total Costs and Other Charges Posted Through Billing Period | 10.97 |
| **Total This Invoice** | **$ 18,439.47** |

| Invoice | Date | | |
|---|---|---|---:|
| 2308373 | 10/31/2011 | 1,495.00 | |
| Total Outstanding Balance | | | 1,495.00 |
| Total Balance Due | | | $ 19,934.47 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

11/10/2011

Invoice: 2315000
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0533        NomadTV

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/03/11 | R. Harris | 0.50 | Confer with R. Krauss of Village Ventures regarding transaction issues (.2); confer with Wilson Sonsini regarding transaction issues (.3). |
| 10/07/11 | R. Harris | 0.50 | Review equity documents. |
| 10/09/11 | E. Hammans | 0.50 | Review of series A term sheet. |
| 10/10/11 | R. Harris | 1.20 | Review revised Equity Documents (.8); confer with E. Hammans and B. Fields regarding comments to same (.4). |
| 10/10/11 | E. Hammans | 3.50 | Review of Series A charter (.7), purchase agreement (.9), voting agreement (.4), investor rights agreement (.5) and co-sale agreement (.6); call with B. Fields on documents (.4). |
| 10/11/11 | R. Harris | 1.00 | Review revised Equity Documents. |
| 10/11/11 | E. Hammans | 3.00 | Review of series A documents (2.1); call with Graycroft counsel on series A documents (.4); call with Tribune on series A documents (.5). |
| 10/13/11 | E. Hammans | 1.60 | Review of series A investment documents (.9); call with Wilson Sonsini on Tribune, MWE and Graycroft comments (.4); correspondence with B. Shields on open issues (.3). |
| 10/14/11 | E. Hammans | 0.90 | Correspondence with B. Fields and Graycroft counsel on Wilson Sonsini comments and open issues (.3); review of EK Wallace agreement (.6). |
| 10/17/11 | E. Hammans | 3.60 | Revise investment documents (2.2); review and mark-up of indemnification agreement (1.4). |
| 10/18/11 | R. Harris | 0.30 | Analysis of issues regarding Nomad financing. |
| 10/18/11 | E. Hammans | 3.20 | Revise investment documents (2.4); due diligence review (.8). |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2315000 |
| Invoice Date: | 11/10/2011 |

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/19/11 | E. Hammans | 3.80 | Call with Graycroft counsel on investment documents and Wilson Sonsini comments (.9); mark-up and distribution of Tribune and MWE comments to investment documents (2.1); due diligence review (.8). |
| 10/20/11 | E. Hammans | 1.10 | Review of disclosure schedules (.7); call with Wilson Sonsini, Graycroft and Tribune on status of diligence and finance documents (.4). |
| 10/21/11 | E. Hammans | 0.50 | Due diligence. |
| 10/24/11 | R. Harris | 0.60 | Review due diligence with E. Hammans (.4); confer with B. Kraus and E. Hammans regarding same (.2). |
| 10/24/11 | E. Hammans | 1.50 | Review of revised drafts of financing documents. |
| 10/25/11 | R. Harris | 1.80 | Review revised transaction documents. |
| 10/25/11 | E. Hammans | 3.00 | Review of restricted stock agreement amendments (.9); review of WSGR legal opinion (1.1); review updated finance documents (.7); correspondence with B. Kraus on finance documents and diligence (.3). |
| 10/26/11 | R. Harris | 0.60 | Review transaction documents. |
| 10/26/11 | E. Hammans | 2.80 | Review updated drafts of finance documents (1.9); call with Tribune on documents and status (.4); correspondence with Wilson Sonsini on final comments (.3); calls with Wilson Sonsini and Tribune on definition of competitor in finance documents (.2). |
| 10/27/11 | E. Hammans | 2.60 | Review final drafts of all finance documents, resolutions, agreements and amendments. |
| 10/28/11 | E. Hammans | 3.80 | Review of all closing documents (2.1); preparation of closing books (.4); call with Tribune on closing (.7); call and correspondence with Wilson Sonsini on closing (.6). |

| | **Total Hours** | **41.90** | **Total For Services** | **$18,428.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| E. Hammans | 35.40 | 415.00 | 14,691.00 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2315000
Invoice Date:  11/10/2011

| Name | Hours | Rate | Amount |
|---|---|---|---|
| R. Harris | 6.50 | 575.00 | 3,737.50 |
| **Totals** | **41.90** | | **$18,428.50** |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Express Mail | 10.97 |
| **Total Costs and Other Charges** | **$10.97** |
| **Total This Invoice** | **$18,439.47** |