# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** 11/22/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Thomas Horan | Womble Carlyle | Great Bank |
| Katharine Mayer | McCarter & English | DBTCA |
| David Adler | " | " |
| James Conlan | Sidley | Debtors |
| Kevin Lantry | " | " |
| James Bendernagel | " | " |
| Ken Kansa | " | " |
| Norman Pernick | Cole Schotz | " |
| Robert Stark | Brown Rudnick | WTC |
| Gordon Novod | " | " |
| Bill Sullivan | Sullivan Hazeltine Allinson | " |
| Jeffrey Schler | Kasowitz for Aurelius | Bridge Lenders |
| David Bradford | Jenner & Block | Sam Zell & EGI-TRB |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  **COURTROOM LOCATION:** 5
**CASE NO.** 08-13141-KJC  **DATE:** 11/22/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Klauder | US Trustee | US Trustee |
| Adam G. Landis | Landis Rath & Cobb | The Committee |
| Daniel B. Rath | " " | " " |
| David LeMay | Chadbourne & Parke | " " |
| Andrew Rosenblatt | " " | " " |
| Marc Roitman | " " | " " |
| James Sottile | Zuckerman Spaeder | " " |
| James Johnston | Dewey LeBoeuf | Oaktree / Angelo Gordon |
| Robert Brady | Young Conaway | " " |
| David Bensky | Akin Gump | Aurelius Cap Mn. LP |
| Daniel Golden | Akin Gump | " " |
| Michael Doblin | " " | " " |
| Amanda Winfree | Ashby & Geddes | Aurelius Capital Management |
| Donald Bernstein | Davis Polk | JPMorgan Chase |
| Damian Schaible | " " | " " |
| Eli Vonnegut | " " | " " |
| Bob Shearn | RLaF | " " |
| Jay Teitelbaum | Teitelbaum & Baskin LLP | TM Retirees |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** 11/22/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| William D. Sullivan | Sullivan Hazeltine Allinson | Wilmington Trust |
| Rebecca Workman | Barnes + Thornburg | Morgan Stanley |
| Sheron Korpus | Kasowitz Benson | Law Debenture |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey

Calendar Date: 11/22/2011
Calendar Time: 02:00 PM ET

#5

*Amended Calendar 11/22/2011 10:33 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4597616 | Jason D. Abbruzzese | (212) 612-1441 | Realm Partners | Interested Party, Jason D. Abbruzzese / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4560313 | David J. Adler | (212) 609-6847 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4603766 | Ronak Amin | (212) 390-2783 | The Blackstone Group | Interested Party, The Blackstone Group / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4597685 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4596978 | Gavin Baiera | 212-692-0217 | Angelo Gordon & Co., LP | Creditor, Credit Agreement Lenders / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4598240 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4600055 | Eric Bilmes | (212) 588-5115 | HBK Capital Management | Interested Party, Eric Bilmes / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4599827 | Alexander Bilus | (215) 994-2608 | Dechert LLP | Interested Party, Alexander Bilus / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4597365 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4599742 | Kristie Blase | (212) 756-2466 | Schulte Roth & Zabel, LLP | Defendant(s), Schulte Roth & Zabel, LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4599984 | Stephen Blauner | (212) 373-1562 | Solus LP - Client | Interested Party, interested Party / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4598194 | Jessica Boelter | 312-853-7030 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4592586 | Justin Brass | (203) 708-5847 | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4597705 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4599718 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Company / LISTEN ONLY |

| Case Name | Case # | Proceeding | ID | Name | Firm | Phone | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4600609 | Nick Campanario | Skadden Arps Slate Meagher & Flom | 312-407-0974 | Third Party, Former Special Committee of Tribune's Board of Directors / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4597098 | Daniel Cantor | O'Melveny & Myers (New York Office) | (212) 326-2000 | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4597727 | Andrew Caridas | Zuckerman Spaeder LLP | 202-778-1855 | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4603037 | Daniel J. Carrigan | McKenna Long & Aldridge LLP | (202) 496-7436 | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4603021 | Shagun S. Chadha | CRT Capital Group, LLC | (203) 569-4345 | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4591489 | Esther Chung | Bank of America | (646) 855-6705 | Interested Party, Bank of America / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4595858 | Lawrence D. Coppel | Gordon, Feinblatt, Rothman, | (410) 576-4238 | Creditor, Leanor Blum / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4598459 | Richard Corbi | Proskauer Rose LLP | (212) 969-3000 | Interested Party, Richard Corbi / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4597660 | Douglas Deutsch | Chadbourne & Parke, LLP | 212-408-5169 | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4599662 | Ephraim Diamond | DK Partners | (646) 282-5841 | Creditor, Davidson Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4599663 | Jason Dillow | Halcyon Asset Management | (212) 303-9480 | Representing, Halcyon Asset Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4566788 | George Dougherty | Grippo & Elden, LLC | (312) 704-7700 | Third Party, Defendants (Former Directors and Officers) / LIVE |
| Tribune Company | 08-13141 | Hearing | 4602938 | David Dunn | Arrowgrass Capital Partners U.S. LP | (212) 584-5946 | Creditor, Arrowgrass Capital Services / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4603873 | Matthew Ehmer | Silver Point Capital | 203-542-4219 ext. 00 | Creditor, Silver Point Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4598311 | Dave Eldersveld | Tribune Company | 312-222-4707 | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4596945 | Lexi Fallon | Goldman Sachs & Co. | (212) 902-0791 | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4596954 | Patrick Fitzgerald | Dow Jones & Co. | (202) 862-3544 | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4597452 | Patrick Fleming | Morgan Lewis & Bockius LLP | (213) 612-2500 | Creditor, Great Bank Trust Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4599684 | Gregory W. Fox | Friedman Kaplan Seiler & Adelman | (212) 833-1177 | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4578021 | Joseph Frank | Frank Gecker LLP | (312) 276-1400 ext. 1432 | Defendant(s), Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4589853 | Matthew Frank | Alvarez & Marsal LLC. | (312) 371-9955 | Interested Party, Matthew Frank / LIVE |

| Tribune Company | 08-13141 | Hearing | | 4598549 | Rodney Gaughan | | Deutsche Bank | 201-593-4016 | Client, Rodney Gaughan / LIVE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Tribune Company | 08-13141 | Hearing | | 4597717 | Andrew Goldfarb | | Zuckerman Spaeder LLP | (202) 778-1800 | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | | 4599724 | Andrew N. Goldman | | Wilmer Cutler Pickering Hale & Dorr, | (212) 230-8836 | Interested Party, Angelo, Gordon & Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | | 4599713 | Scott Greissman | | White & Case | (212) 819-8567 | Creditor, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4599346 | Peter Gruszka | | Chicago Fundamental Investment | 312-416-4215 | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4599711 | Brian Guiney | | Patterson, Belknap, Webb & Tyler | 212-336-2305 | Interested Party, Patterson, Belknap, Webb & Tyler / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4600956 | Allen Guon | | Shaw Gussis Fishman Glantz Wolfson | (312) 980-3806 ext. 00 | Interested Party, Crane Kenny / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4599785 | David Hammerman | | Latham & Watkins LLP | (212) 906-1200 | Creditor, Barclays & Waterson / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4373183 | Reed Heiligman | | Frank Gecker LLP | (312) 276-1432 | Defendant(s), Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | | 4595645 | Mark Holliday | | Camden Asset Management | (503) 243-5000 | Creditor, Wilmington Trust Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4602944 | Carras Holmstead | | UBS Securities LLC | 203-719-1425 | Interested Party, UBS Securities LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4595601 | Evan Jones | | O'Melveny & Myers, LLP | 213-430-6236 | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | | 4597322 | Anna Kalenchits | | Anna Kalenchits | (212) 723-1808 | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4574943 | Arthur Kavalis | | Nomura Securities | (708) 655-4415 | Interested Party, Nomura Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4560214 | Michael J. Kelly | | Monarch Alternative Capital LP | 212-554-1760 | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4597813 | Peter Kim | | Davis Polk & Wardwell LLP | (212) 450-3028 | Creditor, JPMorgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4600555 | Sheron Korpus | | Kasowitz Benson Torres & Friedman | 212-506-1700 | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company | 08-13141 | Hearing | | 4598167 | Stuart Kovensky | | Onex Credit Partners | 201-541-2121 | Creditor, Onex Credit Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4600257 | Bryan Krakauer | | Sidley Austin | (312) 853-7515 | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | | 4599758 | Stephen Lam | | Corre Partners | 646-863-7157 | Creditor, Corre Partern / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4596984 | Edgar Lee | | Oaktree Capital Management | (213) 830-6415 | Creditor, Credit Agreement Lenders / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4597665 | David LeMay | | Chadbourne & Parke, LLP | (212) 408-5100 | Creditor, Official Committee of Unsecured Creditors / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4596987 | Kenneth C. Liang | (213) 830-6422 | Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4598303 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4597050 | David Litvack | (212) 310-8361 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4598203 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4600118 | Lynne Marek | (312) 649-5328 | Crain's Chicago Business | Other Prof., Crain's Chicago Business / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4590307 | Olivia Mauro | (212) 412-6773 | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4597677 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4596962 | Joshua M. Mester | 213-621-6016 | Dewey & LeBoeuf LLP | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4598259 | David Miles | 202-736-8556 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4598282 | Kerriann Mills | 312-853-0036 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4599848 | Shachar Minkove | (212) 834-7174 | JPMorgan Chase Bank, N.A. | Interested Party, JPMorgan Chase Bank, N.A. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4598274 | Brett Myrick | (312) 853-1049 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4597708 | Grant Nachman | 212-745-9781 | Brigade Capital Management | Interested Party, Brigade Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4600064 | Deborah J. Newman | (212) 872-7481 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4597064 | Svetoslav Nikov - Client | (302) 651-7649 | Jones Day - New York | Creditor, Cyrus Capital Partners, LP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4376281 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigalo / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4598272 | Gordon Novod | 212-209-4940 | Brown Rudnick LLP | Creditor, Wellmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 4584949 | Matthew Oliver | (212) 504-6290 | Cadwalader Wickersham & Taft | Creditor, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4597543 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4583660 | Gina Palmieri | (860) 240-2700 | Bingham McCutchen, LLP | Interested Party, T. Rowe Price / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4598557 | Karen S. Park | 212-756-2036 | Schulte Roth & Zabel, LLP | Interested Party, Schulte Roth & Zabel / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4597956 | Jane Parver | (212) 836-8510 | Kaye Scholer LLP | Creditor, Merril Lynch Capital Co. / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4585818 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Creditor, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4597941 | Madlyn G. Primoff | (212) 836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4597584 | David W. Reimann | (310) 414-3000 | Reimann Law Group | Creditor, Majestic Realty Co. & Yorba Park Sub, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4571850 | Jeffrey N. Rich | 212-536-4097 | K & L Gates | Interested Party, GreatBanc Trust Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4598308 | Courtney Rogers | (203) 897-4815 | Royal Bank of Scotland | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4597671 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4597787 | Robert Rosenberg | 212-906-1200 | Latham & Watkins | Creditor, Barclays & Waterson / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4598297 | Allison E. Ross Stromberg | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4597047 | Andrea Saavedra | (212) 310-8544 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4601255 | Joel G. Samuels | (213) 896-6030 | Sidley Austin LLP | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4600203 | Jason D. Schauer | 310-275-5335 | Levine Leichtman Capital Partners | Creditor, Levine Leichtman LLCP / LIVE |
| Tribune Company | 08-13141 | Hearing | 4592972 | Brad R Schneider | (213) 683-9100 ext. 9237 | Munger, Tolles & Olson LLP | Interested Party, Abbott Laboratories Retirement Trust / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4603124 | Mike J. Schott | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4597069 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4594706 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4601062 | Chaney M. Sheffield | (310) 272-1062 | Canyon Partners | Interested Party, Canyon Partners LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4603002 | Beth Sieg | (804) 775-1137 | McGuireWoods, LLP | Interested Party, Dominion / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4599673 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4599832 | Kenneth Smalley | (212) 616-7763 | The Seaport Group | Non-Party, The Seaport Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4599726 | Rebecca Song | (212) 559-9933 | CITI | Creditor, Citi / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4597694 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4603537 | Michael Stern | 212-739-7474 | Stonehill Capital Management | Creditor, Bond Holders / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4597568 | Alan Stone | (212) 530-5285 | Milbank, Tweed, Hadley & McCloy, | Creditor, Amalgamated Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4600271 | Andrew M. Thau | (212) 692-5178 | Miller Tabak Roberts Securities, LLC | Interested Party, Miller Tabak Roberts Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4597415 | Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4599800 | Joshua Trump | 203-862-8299 | Contrarian Capital Management | Creditor, Contrarian Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4374234 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4598554 | Eric VanSchyndle | (414) 277-5155 | Quarles & Brady LLP | Interested Party, Stark Entities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4597045 | Michael F. Walsh | (212) 310-8197 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley & Company, LLC, et al / LIVE |
| Tribune Company | 08-13141 | Hearing | 4571695 | John W. Weiss | (212) 210-9412 | Alston & Bird, LLP | Interested Party, Ernst & Young LLP / LIVE |
| Tribune Company | 08-13141 | Hearing | 4598318 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4599717 | Jennifer Wild | 212-418-6877 | Smith Management | Interested Party, Smith Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4601956 | Jamila Willis | (212) 209-4850 | Brown Rudnick LLP | Creditor, Wilmington Trust Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4600958 | Teck Wong | (952) 984-3292 | Carval Investors | Creditor, Carval Investors / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4599679 | Andrew L. Wool | (312) 902-5623 | Katten Muchin Rosenman LLP | Interested Party, Katten Muchin Rosenman LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4598188 | Stefanie L. Wowchuk | 312-876-2569 | SNR Denton US LLP | Debtor, SNR Denton US LLP / LIVE |
| Tribune Company | 08-13141 | Hearing | 4597332 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |