## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | (Jointly Administered) |
| **TRIBUNE COMPANY, ET AL.,** | ) | |
| | ) | Case No. 08-13141 (KJC) |
| Debtors. | ) | |

## NOTICE OF CHANGE OF ADDRESS AND NUMBERS

**PLEASE TAKE NOTICE** that the mailing address, telephone and fax numbers

for Magnozzi & Kye, LLP ("M&K"), attorneys for Oracle America, Inc. in the above referenced

bankruptcy case, has changed.

M&K's new contact information is as follows:

MAGNOZZI & KYE, LLP
23 Green Street, Suite 302
Huntington, New York 11743
Tel: (631) 923-2858
Fax: (631) 923-2860

| | |
|---|---|
| Dated: November 22, 2011<br>        Huntington, New York | **Respectfully Submitted,**<br><br>By:        /s/ Amish R. Doshi<br>        Amish R. Doshi, Esq.<br>*Of Counsel*<br>**Magnozzi & Kye, LLP**<br>23 Green Street, Suite 302<br>Huntington, New York 11743<br>Telephone:    (631) 923-2858<br>Facsimile:    (631) 923-2860<br>E-Mail:    adoshi@magnozzikye.com<br><br>**Attorneys for Oracle America, Inc.** |