# EXHIBIT A

## TRIBUNE COMPANY, et al.

## SUMMARY OF SERVICES BY PROJECT CATEGORY

### October 1, 2011 through October 31, 2011

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 37.10 | $18,054.50 |
| Committee Meetings | 003 | 39.10 | 24,349.50 |
| Creditor Communications | 004 | 4.70 | 2,645.50 |
| Business Operations | 007 | 31.80 | 19,619.00 |
| Claims Administration/Bar Date | 009 | 32.80 | 17,897.00 |
| Fee/Retention Applications | 010 | 36.70 | 15,112.50 |
| Avoidance Issues | 013 | 9.60 | 6,440.00 |
| Employee Issues | 014 | 15.60 | 10,474.00 |
| General Litigation | 017 | 329.10 | 196,588.50 |
| Travel | 018 | 12.90 | 5,126.75 |
| Shareholder Claims | 020 | 38.90 | 22,120.00 |
| Plan Litigation | 021 | 95.30 | 63,790.50 |
| **Total** | | **683.60** | **$402,217.75** |

\* Billed at 50% of normal hourly rates.

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1
```

                              For Services Through October 31, 2011

Our Matter #19804.002
          BANKRUPTCY GENERAL


| 10/03/11 | J. MARRERO | Email correspondence with C&P team re: Oct 3 teleconference with Court and Oct 4 hearing (0.4); call with local counsel re same (0.2); email correspondence with M.Ashley re: status of matters going forward (0.5) | 1.10 hrs. |

| 10/03/11 | D. M. LeMAY | Review latest court filings (.8). Prepare for (.3) and participate (.7) in telephonic hearing. | 1.80 hrs. |

| 10/03/11 | H. SEIFE | Telephonic hearing before Judge Carey. | 0.80 hrs. |

| 10/03/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40); prepare documents for hearing (.60). | 1.80 hrs. |

| 10/04/11 | D. E. DEUTSCH | Review last two daily reports, pleadings therein and court calendar (.4). | 0.40 hrs. |

| 10/04/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.20). | 1.20 hrs. |

| 10/05/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain material to Intralinks (.40). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 21, 2011
Page    2

| 10/06/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
|---|---|---|---|
| 10/06/11 | D. E. DEUTSCH | Review last two daily reports, pleadings therein and court calendar (.4). | 0.40 hrs. |
| 10/07/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 10/10/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 10/10/11 | D. M. LeMAY | Review all latest court filings. | 1.00 hrs. |
| 10/11/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 10/11/11 | D. E. DEUTSCH | Review last three daily reports, pleadings therein and court calendar (.4). | 0.40 hrs. |
| 10/12/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                                                                              |            |
|------------|----------------|----|------------|
|            |                | based on current docket entries (.20).                                                                                                                                                                                                                                        |            |
| 10/13/11   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40).                                               | 1.20 hrs.  |
| 10/14/11   | H. LAMB        | Review case dockets (.2); prepare updated report of new pleadings filed (.4); revise case calendar in accordance with same (.6).                                                                                                                                               | 1.20 hrs.  |
| 10/14/11   | D. E. DEUTSCH  | Exchange e-mails with Adam Landis re: various Tribune case matters (.2).                                                                                                                                                                                                       | 0.20 hrs.  |
| 10/14/11   | D. E. DEUTSCH  | Review news article re: Tribune matters (.1); review related e-mails from Guild counsel and others re: same (.1).                                                                                                                                                              | 0.20 hrs.  |
| 10/17/11   | J. MARRERO     | Conference with D.Deutsch and D.Bava re: materials for Oct 19 hearing                                                                                                                                                                                                          | 0.20 hrs.  |
| 10/17/11   | D. E. DEUTSCH  | Review last three daily case reports, pleadings therein and court calendar (.4); conference with Jessica Marrero to discuss various pending matters (.1); review court calendar for Wednesday's hearing (.2); call with Adam Landis re: Wednesday's court hearing (.2); meeting with Jessica Marrero to discuss various action items (.2). | 1.10 hrs.  |
| 10/17/11   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.30).                                               | 0.70 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 21, 2011
Page    4

| 10/17/11 | D. M. LeMAY | Review all latest court filings. | 1.20 hrs. |
| 10/18/11 | J. MARRERO | Review and prepare materials for Oct 19 hearing | 0.70 hrs. |
| 10/18/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); prepare materials for hearing (.80). | 1.40 hrs. |
| 10/18/11 | D. E. DEUTSCH | Review filings to prepare for tomorrow's court hearing (1.6); outline related discussion points (.6). | 2.20 hrs. |
| 10/19/11 | D. M. LeMAY | Participate (by phone) in omnibus hearing. | 0.40 hrs. |
| 10/19/11 | D. E. DEUTSCH | Meeting with Adam Landis, Andrew Goldfarb and Rick Cobb re: today's hearing, possible approach to litigation dismissal issue and various other matters (.7). | 0.70 hrs. |
| 10/19/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 10/20/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.30); post certain materials to Intralinks (.30). | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 10/21/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.10). | 0.40 hrs. |
| 10/24/11 | D. E. DEUTSCH | Review last week's daily pleading reports, pleadings therein and case calendar (.6); review article on Tribune case and newspaper industry provided by Bill Salganik (.2). | 0.80 hrs. |
| 10/24/11 | D. M. LeMAY | Review all latest court filings. | 0.70 hrs. |
| 10/24/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40). | 1.20 hrs. |
| 10/25/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40). | 1.20 hrs. |
| 10/25/11 | J. MARRERO | Review docket for action items/matters to present to the Committee | 0.10 hrs. |
| 10/26/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.30). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                November 21, 2011
435 N. MICHIGAN AVENUE                                       Page    6
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 10/27/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 10/28/11 | J. MARRERO | Review Oct 31 hearing agenda and related materials (0.5); prepare outline and materials for hearing (0.8); email correspondence with D.LeMay re: same (0.2). | 1.50 hrs. |
| 10/31/11 | D. E. DEUTSCH | Call with David LeMay re: today's hearing (.2). | 0.20 hrs. |
| 10/31/11 | H. LAMB | Review case dockets (.2); prepare updated report of new pleadings filed (.4); revise case calendar in accordance with same (.3). | 0.90 hrs. |
| 10/31/11 | D. M. LeMAY | Review all latest court filings. | 1.10 hrs. |

**Total Fees for Professional Services..............   $18,054.50**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 895.00 | 6.20 | 5549.00 |
| H. SEIFE | 985.00 | .80 | 788.00 |
| D. E. DEUTSCH | 725.00 | 6.60 | 4785.00 |
| D. BAVA | 280.00 | 17.80 | 4984.00 |
| H. LAMB | 285.00 | 2.10 | 598.50 |
| J. MARRERO | 375.00 | 3.60 | 1350.00 |
| TOTALS | | 37.10 | 18054.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page     1

                            For Services Through October 31, 2011

Our Matter #19804.003
          COMMITTEE MEETINGS


10/03/11   J. MARRERO        Draft agenda for Committee          0.90 hrs.
                             professionals meeting (0.4);
                             revise agenda (0.2); draft email
                             to C&P team re: same (0.1); draft
                             email to Committee professionals
                             re same (0.2)

10/03/11   D. E. DEUTSCH     Review materials from last week's   0.60 hrs.
                             meetings (.2) and edit agenda for
                             weekly meeting with Committee
                             professionals to reflect same
                             (.2); exchange e-mails with Marc
                             Roitman related to same (.2).

10/04/11   M. ROITMAN        Attend Committee Professionals      0.70 hrs.
                             conference call (0.4); confer with
                             C&P team following call (0.3).

10/04/11   D. E. DEUTSCH     Prepare for today's meeting with    0.70 hrs.
                             Committee professionals (.3);
                             participate in related meeting
                             with team (.4).

10/04/11   J. MARRERO        Attend Committee professionals      0.80 hrs.
                             call (0.4); draft email to H.Seife
                             and D.LeMay re: same (0.2); draft
                             email to Committee Co-Chairs re:
                             this week's Committee meeting
                             (0.2).

10/04/11   M. D. ASHLEY      Reviewed pleadings and              0.60 hrs.
                             correspondence in preparation for
                             weekly Committee professionals'
                             meeting (.3); attended weekly
                             Committee professionals' meeting
                             (.3).

10/04/11   T. J. MCCORMACK   Prep for (0.4) and attend weekly    0.80 hrs.
                             meeting with professionals (0.4).

10/05/11   J. MARRERO        Draft email to Committee re: this   0.30 hrs.
                             week's Committee meeting.

10/10/11   J. MARRERO        Review case calendar and draft      1.20 hrs.
                             agenda for Committee professionals
                             meeting (0.5); conference with
                             D.Deutsch re: same (0.1); revise
                             agenda (0.1); draft email to C&P
                             team re: same (0.2); revise agenda

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     November 21, 2011
435 N. MICHIGAN AVENUE                            Page   2
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| | | (0.1); draft email to Committee professionals re same (0.2). | |
| 10/11/11 | M. ROITMAN | Committee professionals conference call (0.6); confer with C&P team following call (0.4) | 1.00 hrs. |
| 10/11/11 | M. D. ASHLEY | Reviewed pleadings and correspondence in preparation for weekly Committee professionals' meeting (.7); attended weekly Committee professionals' meeting (.5); follow-up team meeting regarding confirmation issues (.5). | 1.70 hrs. |
| 10/11/11 | A. ROSENBLATT | Participate in Committee professionals' call. | 0.50 hrs. |
| 10/11/11 | J. MARRERO | Attend Committee professionals meeting (0.6); draft email to Co-Chairs re: this week's Committee meeting (0.2); email Committee re same (0.2). | 1.00 hrs. |
| 10/11/11 | D. E. DEUTSCH | Review materials to prepare for Committee professional meeting (.9); participate in related Committee professional meeting (.5) and related internal meeting on action items (.4). | 1.80 hrs. |
| 10/11/11 | D. M. LeMAY | Participate in Weekly conference call of Committee advisors. | 0.60 hrs. |
| 10/11/11 | T. J. MCCORMACK | Prep for (0.3) and attend weekly; professionals meeting (0.5); follow-up discussion with team on confirmaton related tasks (0.4). | 1.20 hrs. |
| 10/17/11 | T. J. MCCORMACK | Review agenda for 10/18 meeting of Committee professionals (0.1). | 0.10 hrs. |
| 10/17/11 | H. SEIFE | Emails with D.Deutsch regarding Committee meeting. | 0.30 hrs. |
| 10/17/11 | D. E. DEUTSCH | Exchange e-mails with Howard Seife re: this week's Committee professional meeting and this week's Committee meeting (.3); review and revise agenda for this week's Committee meeting (.2); conference with Marc Ashley to | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
| | | discuss pending issues to present to Committee (.2). | |
| 10/17/11 | J. MARRERO | Conference with D.Deutsch re: Committee meeting (0.1); draft agenda for Committee professionals meeting (0.2); revise agenda (0.2); draft email to C&P team re: same (0.1); draft email to Committee professionals re: same (0.2) | 0.80 hrs. |
| 10/18/11 | M. ROITMAN | Committee professionals conference call (0.6); confer with C&P team following call (0.3). | 0.90 hrs. |
| 10/18/11 | D. E. DEUTSCH | Prepare for today's Committee professional meeting (.5); participate in Committee professional meeting (.7) and internal follow-up meeting (.3); review e-mails with co-chairs re: this week's Committee meeting (.1). | 1.60 hrs. |
| 10/18/11 | D. M. LeMAY | Participate in weekly call of Committee advisors. | 0.60 hrs. |
| 10/18/11 | J. MARRERO | Attend Committee professionals meeting (0.7); attend follow-up C&P internal meeting (0.3). | 1.00 hrs. |
| 10/18/11 | T. J. MCCORMACK | Prep for (0.3) and participate in meeting of Committee professionals (0.6); follow-up meeting with team re: confirmation related issues and tasks (0.3). | 1.20 hrs. |
| 10/18/11 | M. D. ASHLEY | Reviewed correspondence and pleadings in preparation for weekly Committee professionals' meeting (.7); attended weekly Committee professionals' meeting (.6); follow-up team meeting to discuss confirmation-related issues (.3). | 1.60 hrs. |
| 10/18/11 | A. ROSENBLATT | Attend professional's only call (.6) and post-call discussion re: DCL Plan issues (.4); discussion with Mark Roitman regarding same (.2). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

| 10/18/11 | R. J. GAYDA | Prepare for (.4) and attend Committee professionals' meeting (.6). | 1.00 hrs. |
|---|---|---|---|
| 10/22/11 | D. E. DEUTSCH | Prepare for Committee professional meeting (.6); participate in related meeting (.5); participate in post-meeting follow-up with Chadbourne team (.3). | 1.40 hrs. |
| 10/24/11 | D. E. DEUTSCH | Review notes from last week's meeting (.2) and edit Committee professional agenda to reflect action items (.4). | 0.60 hrs. |
| 10/24/11 | M. ROITMAN | Draft agenda for Committee Professionals Conference call (0.2); confer with D. Deutsch re: same (0.1) | 0.30 hrs. |
| 10/25/11 | M. ROITMAN | Committee Professionals Conference Call (0.4); confer with C&P team following call (0.4) | 0.80 hrs. |
| 10/25/11 | J. MARRERO | Review materials in preparation for Committee professionals call (0.4); Attend Committee professionals meeting (0.6); attend internal follow-up team meeting (0.4). | 1.40 hrs. |
| 10/25/11 | T. J. MCCORMACK | Prep for (0.3) and meeting of professionals on status of Tribune bankruptcy, proceedings and related matters (0.5); attend follow-up meeting with team on status of research on various issues (0.4). | 1.20 hrs. |
| 10/25/11 | J. MARRERO | Draft email to Committee Co-Chairs re: Committee meeting issue. | 0.30 hrs. |
| 10/25/11 | M. D. ASHLEY | Prepared for weekly Committee professionals' meeting (.5); attended weekly Committee professionals' meeting (.5); attend follow up meeting with team (.4). | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 10/25/11 | D. E. DEUTSCH | Prepare for (.7) and participate in weekly Committee professionals meeting (.6). | 1.30 hrs. |
| 10/25/11 | A. ROSENBLATT | Prepare for (.3) and participate on professional's only call (.6) and then post meeting with team re: confirmation related issues (.4). | 1.30 hrs. |
| 10/25/11 | R. J. GAYDA | Prepare for (.5) and attend meeting with committee professionals (.5). | 1.00 hrs. |
| 10/26/11 | D. E. DEUTSCH | Review and respond to inquiry from Wayne Smith re: this week's Committee meeting (.2); e-mail Jessica Marrero (.1) and Helen Lamb re: related issues (.1); review and edit memorandum to Committee re: this week's Committee meeting (.2). | 0.60 hrs. |
| 10/31/11 | D. E. DEUTSCH | Review and edit draft agenda for tomorrow's Committee professional meeting (.2); review e-mail from Committee member (Bill Salganik) re: Committee meeting matter (.1); e-mail C&P team re: same (.1). | 0.40 hrs. |
| 10/31/11 | J. MARRERO | Draft agenda for Committee professionals meeting (0.5); revise same (0.2); conference with D.Deutsch re: same (0.1); draft email re: same to C&P group (0.2); draft email to Committee Professionals re same (0.2); review case calendar and other materials in preparation for Committee professionals meeting (0.5). | 1.70 hrs. |

**Total Fees for Professional Services.............    $24,349.50**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 21, 2011
Page    6

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 895.00 | 1.20 | 1074.00 |
| H. SEIFE | 985.00 | .30 | 295.50 |
| T. J. MCCORMACK | 855.00 | 4.50 | 3847.50 |
| M. D. ASHLEY | 675.00 | 5.30 | 3577.50 |
| A. ROSENBLATT | 725.00 | 3.00 | 2175.00 |
| D. E. DEUTSCH | 725.00 | 9.70 | 7032.50 |
| R. J. GAYDA | 625.00 | 2.00 | 1250.00 |
| J. MARRERO | 375.00 | 9.40 | 3525.00 |
| M. ROITMAN | 425.00 | 3.70 | 1572.50 |
| TOTALS | | 39.10 | 24349.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through October 31, 2011

Our Matter #19804.004
        CREDITOR COMMUNICATIONS


| Date | Attorney | Description | Hours |
|---|---|---|---|
| 10/03/11 | D. E. DEUTSCH | Review and respond to inquiry from case creditor (Arrowgrass) re: today's emergency hearing (.2). | 0.20 hrs. |
| 10/03/11 | M. ROITMAN | Correspond with C. Rogers (RBS) re: Step Two/Disgorgement Settlement (0.3); Review DCL Plan re: same (0.2); confer with A. Rosenblatt re: same (0.2); call with attorney for C. Walker (individual claimant) re: employee claim (0.1) | 0.80 hrs. |
| 10/04/11 | D. E. DEUTSCH | Review and revise memorandum to Committee on today's hearing (.3). | 0.30 hrs. |
| 10/04/11 | M. ROITMAN | Call with B. Salganik re: memorandum on appeals (0.2) | 0.20 hrs. |
| 10/11/11 | D. E. DEUTSCH | Review inquiry from counsel to retirees, Ron Baskin (.1); discuss related next steps with Jessica Marrero (.2); hold call with Ron Baskin re: same (.2). | 0.50 hrs. |
| 10/14/11 | M. ROITMAN | Draft email to Committee re: Randy Michaels issue (0.6); correspond with D. LeMay re: same (0.1) | 0.70 hrs. |
| 10/14/11 | H. SEIFE | Emails with Committee members regarding R.Michaels. | 0.30 hrs. |
| 10/19/11 | D. E. DEUTSCH | Exchange e-mails (.1) and hold call with JPMorgan's counsel (Damian Schaible) re: today's hearing (.2); related call with David Dunn (.1). | 0.40 hrs. |
| 10/21/11 | D. E. DEUTSCH | Call with creditor David Dunn (Arrowgrass) re: status of case (.2). | 0.20 hrs. |
| 10/29/11 | M. ROITMAN | Review Epiq Fourth Supplemental Voting Declaration (0.4); Correspond with D. Dunn and C. Rogers re: same (0.4) | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      November 21, 2011
435 N. MICHIGAN AVENUE                             Page    2
CHICAGO, IL 60611


10/31/11   M. ROITMAN           Confer/correspond with J. Lamport      0.30 hrs.
                                re: resolicitation election
                                results (0.3)


                **Total Fees for Professional Services.............   $2,645.50**


                         TIMEKEEPER SUMMARY

   Timekeeper's Name              Rate     Hours        Amount

   H. SEIFE                      985.00      .30         295.50
   D. E. DEUTSCH                 725.00     1.60        1160.00
   M. ROITMAN                    425.00     2.80        1190.00
                        TOTALS             4.70        2645.50

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        November 21, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                    Page    1

                              For Services Through October 31, 2011

Our Matter #19804.007
          BUSINESS OPERATIONS


10/04/11   D. E. DEUTSCH      Review proposed revised            3.10 hrs.
                              FCC-related letter to Court (.4);
                              related calls with James Stenger
                              (.5); meeting with Howard Seife to
                              discuss same (.4); multiple
                              e-mails with Damian Schaible,
                              James Johnston and others re: same
                              (.6); call with Kevin Lantry re:
                              same (.3); second call with James
                              Stenger re: same (.2); call with
                              Kevin Lantry and Jessica Boelter
                              re: Debtors' position and next
                              steps on FCC letter (.3); exchange
                              additional e-mails with Debtors'
                              team, Lenders team and others re:
                              Committee's position on FCC letter
                              (.4).

10/04/11   H. SEIFE           Review of AlixPartners weekly      0.30 hrs.
                              report.

10/04/11   J. A. STENGER      Correspondence (0.3) and telephone 3.40 hrs.
                              conference (0.5) with J. Bayes
                              regarding revisions to court
                              filing on FCC matters; telephone
                              conferences with D. Deutsch
                              regarding same (0.8); prepare
                              revised draft of letter (0.9) and
                              correspondence with J. Bayes
                              regarding same (0.4); further
                              correspondence with co-counsel
                              regarding same (0.5).

10/05/11   H. SEIFE           Review of Moelis weekly report.    0.20 hrs.

10/05/11   H. SEIFE           Conference with D.Deutsch          0.90 hrs.
                              regarding Prometheus letter to
                              Judge Carey (.5); review of draft
                              letter (.4).

10/05/11   D. E. DEUTSCH      Review additional e-mails from DCL 0.80 hrs.
                              side re: proposed FCC update
                              letter for Judge Carey (.2);
                              exchange related e-mails with
                              Kevin Lantry (.2); review final
                              version of letter to be submitted
                              to Judge Carey (.4).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     November 21, 2011
435 N. MICHIGAN AVENUE                                    Page    2
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 10/05/11 | J. MARRERO | Review letter to court re Prometheus case (0.2) and draft email summary re: same to C&P team (0.4) | 0.60 hrs. |
| 10/05/11 | T. J. MCCORMACK | Review Noteholder submission to court on FCC issues (0.3); review analysis re: same (0.2). | 0.50 hrs. |
| 10/06/11 | D. E. DEUTSCH | Review and respond to inquiry from David LeMay re: FCC-related filing issue (.3). | 0.30 hrs. |
| 10/06/11 | H. SEIFE | Review of revised FCC letter. | 0.20 hrs. |
| 10/10/11 | H. SEIFE | Review report on FCC actions. | 0.30 hrs. |
| 10/11/11 | H. SEIFE | Review of Moelis report. | 0.20 hrs. |
| 10/12/11 | H. SEIFE | Review of AlixPartners weekly report. | 0.20 hrs. |
| 10/17/11 | D. E. DEUTSCH | Review last week's business report on Debtors' operations (.2). | 0.20 hrs. |
| 10/18/11 | D. E. DEUTSCH | Review draft memorandum from AlixPartners to Committee on new business venture (.2); e-mail Albert Leung re: follow-up on same (.1). | 0.30 hrs. |
| 10/18/11 | J. MARRERO | Email correspondence with AlixPartners and D.Deutsch re: memo to Committee re: Debtors' investment in media start up (0.4); draft posting to Intralinks re same (0.6); revise same (0.2) | 1.20 hrs. |
| 10/19/11 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero re: posting on Tribune's investment in new entity (.2). | 0.20 hrs. |
| 10/20/11 | J. A. STENGER | Draft pleadings regarding FCC foreign ownership certifications for exit applications. | 2.40 hrs. |
| 10/20/11 | H. SEIFE | Review of Moelis weekly report. | 0.20 hrs. |
| 10/21/11 | H. SEIFE | Review of AlixPartners weekly report. | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 10/21/11 | J. A. STENGER | Telephone conference (0.4) and correspondence (0.3) with Debtors' FCC counsel regarding FCC foreign ownership filings for exit applications;  and review same (0.6); office conference (0.2) and correspondence with D.Deutsch (0.8) regarding same. | 2.30 hrs. |
| 10/21/11 | D. E. DEUTSCH | Review AlixPartners' weekly business report on Debtors' operations (.2); review multiple e-mails and attachments from James Stenger re: next steps with FCC issues (.9); related call with James Stenger (.2). | 1.30 hrs. |
| 10/24/11 | D. E. DEUTSCH | Review draft FCC-related foreign ownership certification procedures (.4). | 0.40 hrs. |
| 10/24/11 | J. A. STENGER | Research regarding foreign ownership certifications for FCC exit applications. | 1.70 hrs. |
| 10/25/11 | J. A. STENGER | Review correspondence from debtors' counsel regarding revised comprehensive exhibits for FCC exit applications (0.5) and research regarding same (1.1). | 1.60 hrs. |
| 10/25/11 | H. SEIFE | Review of Moelis report. | 0.20 hrs. |
| 10/25/11 | D. E. DEUTSCH | Review Moelis's weekly trading report (.2). | 0.20 hrs. |
| 10/26/11 | H. SEIFE | Review of AlixPartners weekly report. | 0.20 hrs. |
| 10/26/11 | J. A. STENGER | Correspondence with debtors counsel regarding amendment to comprehensive exhibit to FCC exit application (0.8) and review redline regarding same (0.9). | 1.70 hrs. |
| 10/27/11 | D. E. DEUTSCH | Review weekly AlixPartners' business operations report (.3); review new FCC filing materials (2.4); exchange e-mails with James Stenger re: same (.2). | 2.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

| 10/28/11 | J. A. STENGER | Review revised drafts of FCC amendments to exit applications (0.6) and research regarding same (0.9). | 1.50 hrs. |
| 10/31/11 | D. E. DEUTSCH | Review materials from James Stenger re: FCC foreign ownership certification (.3); exchange e-mails with James Stenger re: parts of plan confirmation opinion on FCC issues (.2). | 0.50 hrs. |
| 10/31/11 | J. A. STENGER | Office correspondence with D.Deutsch regarding court decision (.3); research further FCC issues regarding same (1.2). | 1.50 hrs. |

**Total Fees for Professional Services.............. $19,619.00**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 985.00 | 3.20 | 3152.00 |
| T. J. MCCORMACK | 855.00 | .50 | 427.50 |
| J. A. STENGER | 495.00 | 16.10 | 7969.50 |
| D. E. DEUTSCH | 725.00 | 10.20 | 7395.00 |
| J. MARRERO | 375.00 | 1.80 | 675.00 |
| TOTALS | | 31.80 | 19619.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        November 21, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                    Page    1
```

For Services Through October 31, 2011

Our Matter #19804.009
          CLAIMS ADMINISTRATION/BAR DATE

| | | | |
|---|---|---|---|
| 10/01/11 | D. E. DEUTSCH | Review inquiry from Blake Hannafan, counsel to former officer, re: order for new bar date motion (.2); exchange e-mails with Jessica Marrero re: required follow-up on same (.2); review related motions and order to prep for call with Blake Hannafan (.5); hold related call with Blake Hannafan (.2); exchange related e-mails with Kevin Lantry (.3). | 1.40 hrs. |
| 10/02/11 | D. E. DEUTSCH | Further review of motions and related bar date orders to determine next steps with respect to issues raised by Blake Hannafan, counsel to former officer (.6); draft e-mail to Kevin Lantry, Jessica Marrero and Matt McGuire re: proposed insert for order to address raised issues (.4); hold related call with Kevin Lantry (.2). | 1.20 hrs. |
| 10/03/11 | J. MARRERO | Revise proposed orders re: D&O Motions (0.6); draft email to Debtors counsel re same (0.2) | 0.80 hrs. |
| 10/03/11 | D. E. DEUTSCH | Review revised employee bar date orders (.2); exchange e-mails with Jessica Marrero re: next steps on same (.2); exchange e-mails with Matt McGuire re: follow-up with Court and opposing counsel on same (.3); review revised documents (.3) and exchange additional e-mails with Jessica Marrero re: same (.2); review notice from court re: tomorrow's hearing (.1); exchange e-mails with Matt McGuire re: same (.2);  exchange e-mails with Matt McGuire re: revised certificate of no objection and related issues (.3); review e-mails with Mailie Solis re: questions on revised certificates of no objection (.2); draft response to same (.2); participate in emergency hearing re: employee | 2.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         November 21, 2011
435 N. MICHIGAN AVENUE                                Page     2
CHICAGO, IL 60611

|            |                 | matters (.4); address e-mails from Gordon Novod re: same (.2). | |
|------------|-----------------|---|---|
| 10/04/11   | D. E. DEUTSCH   | Review revised final orders on D&O claims (.4); participate in hearing on same and other related matters (.5). | 0.90 hrs. |
| 10/11/11   | J. MARRERO      | Review Order and Motion re: D&O Stipulation re: process for amending proof of claims (0.8); draft email to Debtors' counsel re: form stipulation for Potential D&O Claimants (0.4); conference with D.Deutsch and R.Baskin re: procedure to amend proofs of claim (0.4); draft email to Debtors counsel re: same (0.5) | 2.10 hrs. |
| 10/11/11   | D. E. DEUTSCH   | Review e-mails from Debtors counsel re: stipulations/next steps to deal with employee claims (.1); review related motion and orders (.3); review further related e-mails between Jessica Marrero and Keriann Mills (.2). | 0.60 hrs. |
| 10/12/11   | J. MARRERO      | Review orders re: Motion to Clarify the Bar Date and Stipulation with Former D&Os (0.4); email correspondence with Debtors' counsel re: form of subsequent stipulations with other D&O claimants (0.3); review stipulation re: same (0.2) | 0.90 hrs. |
| 10/17/11   | D. E. DEUTSCH   | Review Debtors' quarterly claims settlement report (.3); conference with Jessica Marrero to discuss follow-up with Debtor on item therein (.1); call with Kevin Lantry re: multiple claim matters (.3); draft note to file on same (.1). | 0.80 hrs. |
| 10/18/11   | D. E. DEUTSCH   | Call with Kevin Lantry to discuss claim bar date issue and other related matters (.3); e-mail Jessica Marrero re: required follow-up research on same (.1); review analysis on same and related orders (.3); call with | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      November 21, 2011
435 N. MICHIGAN AVENUE                                      Page    3
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | Kevin Lantry re: same (.1). |  |
| 10/18/11 | J. MARRERO | Email correspondence with D.Deutsch re: Debtors' motion to approve FTB settlement | 0.20 hrs. |
| 10/19/11 | J. MARRERO | Review FTB Settlement Agreement and Motion to Approve Settlement Agreement (0.8); draft memorandum re: same (3.6); review form stipulation re: D&O claims (0.5) | 4.90 hrs. |
| 10/21/11 | Y. YOO | Discussed indemnification claims by certain directors and officers with Douglas Deutsch (.1); reviewed revised draft stipulation with David P. Murphy for compliance with process established by Joint Motion to Approve Stipulation and Procedures for Late-Filed Indemnification Claims (.8); discussed same with Douglas Deutsch (.1). | 1.00 hrs. |
| 10/21/11 | D. E. DEUTSCH | Preliminary review of draft stipulation for new officer/revised officer claims (.3); meeting with Young Yoo to discuss related follow-up (.2). | 0.50 hrs. |
| 10/22/11 | D. E. DEUTSCH | Review and respond to e-mail from Debtors' counsel (Kerianne Mills) re: late filed claim issue (.2); conference with Jessica Marrero to discuss further analysis related to state tax issue (.3). | 0.50 hrs. |
| 10/24/11 | D. E. DEUTSCH | Preliminary review of new omnibus objection (.1); e-mail Jessica Marrero re: required next steps with Committee on same (.1); detailed review of proposed stipulation form with employees/former employees re: late filed claims (.4); review, edit and analyze issues within memorandum to Committee re: settlement of certain California tax claims (.8); draft note to Jessica Marrero re: additional required research on same (.2). | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 10/25/11 | J. MARRERO | Email correspondence with Debtors' counsel re: D&O Stipulation (0.3); Review stipulations with various D&O claimants (1.1) | 1.40 hrs. |
| 10/26/11 | D. E. DEUTSCH | Review multiple e-mails from Kerianne Mills (Debtors' counsel) and others re: stipulations on late filed employee/former employee claims (.3); e-mail Jessica Marrero re: related follow-up (.1). | 0.40 hrs. |
| 10/26/11 | D. E. DEUTSCH | Conference with Jessica Marrero to discuss next steps in analysis of California tax board settlement (.2); review related e-mail to Brad Hall (.1). | 0.30 hrs. |
| 10/26/11 | J. MARRERO | Review stipulations with D&Os (0.5); email correspondence with AlixPartners re: FTB Settlement (0.4); email correspondence with D.Deutsch re: same (0.3); revise memo re: FTB settlement (0.4) | 1.60 hrs. |
| 10/27/11 | J. MARRERO | Review Debtors 48th Omnibus Objection to Claims. | 0.30 hrs. |
| 10/27/11 | J. MARRERO | Revise memorandum re: FTB Settlement (0.5); conference with D.Deutsch re: same (0.2); call with AlixPartners re: follow-up with A&M re: same (0.2); | 0.90 hrs. |
| 10/27/11 | D. E. DEUTSCH | Call with Kevin Lantry re: employee late filed claim issue (.2); follow-up research and (.2) and call to Jay Teitelbaum re: same (.1). | 0.50 hrs. |
| 10/28/11 | D. E. DEUTSCH | Review and mark-up draft revised memorandum re: California state tax settlement (.4); e-mail Jessica Marrero re: same (.1). | 0.50 hrs. |
| 10/28/11 | D. E. DEUTSCH | Meeting with Kevin Lantry to discuss outstanding claim matters and various related issues (.3). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE                                Page    5
CHICAGO, IL 60611

| 10/28/11 | R. M. LEDER | Review memo on California Franchise Tax Board settlement. | 0.20 hrs. |
| 10/28/11 | J. MARRERO | Revise Memo re FTB Settlement (0.6); email correspondence with D.Deutsch re: same (0.2); draft posting to Committee re: same (0.4) | 1.20 hrs. |
| 10/28/11 | J. MARRERO | Draft memo to Committee re 48th omnibus objection | 1.70 hrs. |
| 10/31/11 | D. E. DEUTSCH | Call with Jay Teitelbaum re: employee late claim issues (.2); review order and related motion on D&O late claim stipulations (.6); call to Kerianne Mills and Kevin Lantry on same (.1); discuss next steps with Jessica Marrero (.1); e-mails with (.2) and call with Kevin Lantry re: issues with late D&O claims (.3); call with Ron Baskin re: same (.3); e-mail Kevin Lantry re: same (.1); review e-mail from Jay Teitelbaum on other D&O clams (.2) and follow-up with Kevin Lantry on same (.1). | 2.20 hrs. |
| 10/31/11 | J. MARRERO | Conference with D. Deutsch re: additional D&O stipulations | 0.30 hrs. |

**Total Fees for Professional Services............. $17,897.00**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| R. M. LEDER | 985.00 | .20 | 197.00 |
| D. E. DEUTSCH | 725.00 | 15.30 | 11092.50 |
| J. MARRERO | 375.00 | 16.30 | 6112.50 |
| Y. YOO | 495.00 | 1.00 | 495.00 |
| TOTALS | | 32.80 | 17897.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through October 31, 2011
Our Matter #19804.010
            FEE/RETENTION APPLICATIONS


| Date | Professional | Description | Hours |
|---|---|---|---|
| 10/02/11 | H. LAMB | Begin review of billing proformas/daily time detail in preparation of monthly fee application. | 3.80 hrs. |
| 10/03/11 | M. ROITMAN | Review and comment upon draft Tenth Interim Fee Summary (0.2); confer with D. Bava re: same (0.1) | 0.30 hrs. |
| 10/03/11 | D. BAVA | Revise quarterly fee summary to include additional professionals (.60). | 0.60 hrs. |
| 10/04/11 | D. E. DEUTSCH | Review weekly ordinary course professional report (.2); review weekly professional fee application report (.2). | 0.40 hrs. |
| 10/04/11 | M. ROITMAN | Revise Tenth Quarterly Fee Summary (0.3); confer with D. Deutsch and D. Bava re: same (0.1). | 0.40 hrs. |
| 10/04/11 | H. SEIFE | Review of quarterly fee summary. | 0.40 hrs. |
| 10/05/11 | H. LAMB | Preparation of Eleventh Interim Fee Application. | 2.00 hrs. |
| 10/06/11 | H. LAMB | Further review of billing proformas/daily time detail in preparation of monthly fee application. | 3.50 hrs. |
| 10/07/11 | J. MARRERO | Draft weekly ordinary course professionals report (0.5); draft case professionals report (0.3). | 0.80 hrs. |
| 10/09/11 | H. LAMB | Research and prepare work description summaries for September fee application. | 3.30 hrs. |
| 10/10/11 | D. E. DEUTSCH | Final review/execute eleventh interim fee application (.4). | 0.40 hrs. |
| 10/12/11 | H. LAMB | Continue to research and prepare work description summaries for monthly fee application. | 2.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            November 21, 2011
435 N. MICHIGAN AVENUE                                  Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 10/12/11 | M. ROITMAN | Draft insert for fee application re: analysis of postpetition interest issue (0.4) | 0.40 hrs. |
| 10/12/11 | D. E. DEUTSCH | Review and revise September fee application time entrees (4.1). | 4.10 hrs. |
| 10/13/11 | H. LAMB | Review draft omnibus order regarding fifth interim fees (re Chadbourne and Committee members). | 0.80 hrs. |
| 10/13/11 | H. LAMB | Continue to research and prepare work description summaries for monthly fee application. | 1.40 hrs. |
| 10/13/11 | H. SEIFE | Review draft of omnibus fee order. | 0.20 hrs. |
| 10/17/11 | E. DAUCHER | Draft response to Fee Examiner's report on Committee members' 17th and 18th monthly applications. | 0.80 hrs. |
| 10/17/11 | D. E. DEUTSCH | Review October 7th weekly ordinary course professional report (.3). | 0.30 hrs. |
| 10/17/11 | J. MARRERO | Draft weekly ordinary course professionals report (0.2); Draft case professionals report (0.4). | 0.60 hrs. |
| 10/18/11 | D. E. DEUTSCH | Review and edit letter to Fee Examiner re: inquiry on certain Committee member expenses (.3); call to Fee Examiner re: related issue (.1). | 0.40 hrs. |
| 10/19/11 | H. LAMB | Review, revise and finalize draft monthly fee application. | 1.10 hrs. |
| 10/19/11 | E. DAUCHER | Revise response letter to fee examiner re: Committee members' 17th and 18th applications. | 0.30 hrs. |
| 10/20/11 | D. E. DEUTSCH | Review and make final edits to letter to Fee Examiner re: inquiry on recent Committee expenses (.2). | 0.20 hrs. |
| 10/21/11 | D. E. DEUTSCH | Review last week's professional fee application report (.2). | 0.20 hrs. |
| 10/24/11 | H. LAMB | Revise and finalize September fee application in accordance with D.Deutsch comments. | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 10/24/11 | D. E. DEUTSCH | Review and edit fee application summary descriptions (1.1); final review and sign-off of same (.2). | 1.30 hrs. |
| 10/26/11 | J. MARRERO | Draft Professional fee report (0.4); draft ordinary course professionals report (0.4). | 0.80 hrs. |
| 10/27/11 | J. MARRERO | Review Debtors' monthly ordinary course professionals report (0.5); Draft ordinary course professionals report (2.7). | 3.20 hrs. |
| 10/27/11 | D. E. DEUTSCH | Review weekly ordinary course professional report (.3); review weekly case professional report (.1). | 0.40 hrs. |
| 10/31/11 | J. MARRERO | Draft ordinary course professionals report. | 0.60 hrs. |

**Total Fees for Professional Services.............. $15,112.50**


TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 985.00 | .60 | 591.00 |
| D. E. DEUTSCH | 725.00 | 7.70 | 5582.50 |
| D. BAVA | 280.00 | .60 | 168.00 |
| E. DAUCHER | 425.00 | 1.10 | 467.50 |
| H. LAMB | 285.00 | 19.60 | 5586.00 |
| J. MARRERO | 375.00 | 6.00 | 2250.00 |
| M. ROITMAN | 425.00 | 1.10 | 467.50 |
| TOTALS | | 36.70 | 15112.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                                    For Services Through October 31, 2011

Our Matter #19804.013
          AVOIDANCE ISSUES


10/03/11   Y. YOO              Discussed extension of litigation      0.40 hrs.
                               stay with Jessica Marrero (.1);
                               reviewed Third Order Amending
                               Definition of Termination Event
                               for upcoming deadline (.1);
                               discussed same with Douglas
                               Deutsch (.1); corresponded by
                               email with Andrew Goldfarb re:
                               same (.1).

10/03/11   D. E. DEUTSCH       Meeting with Young Yoo to discuss      0.20 hrs.
                               action items related to preference
                               actions (.2).

10/11/11   M. ROITMAN         Confer with D. Deutsch re:             0.50 hrs.
                               certification of counsel in
                               connection with motion to dismiss
                               certain insider preference actions
                               (0.2); Call with D. Deutsch and A.
                               Landis re: same (0.2); Review
                               certain DCL Plan Exhibit in
                               connection with same (0.1).

10/11/11   D. E. DEUTSCH       Review motion and related             0.70 hrs.
                               documents re: dismissal of
                               preference actions (.4);
                               conference with Marc Roitman and
                               Adam Landis to address modifying
                               related order to address mistake
                               in motion and order (.3).

10/13/11   D. E. DEUTSCH       Review revised court filing re:       1.20 hrs.
                               dismissal of preference actions
                               against certain employees (.3);
                               exchange e-mails with Matt McGuire
                               on same (.1); call with Kevin
                               Lantry re: various matters
                               including modification to
                               preference order (.3); multiple
                               calls (.3) and e-mails (.2) with
                               Joe Frank re: modification to
                               order.

10/13/11   J. MARRERO          Review Certification of Counsel re    0.40 hrs.
                               motion to dismiss (0.3) and email
                               correspondence with D.Deutsch re:
                               same (0.1).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      November 21, 2011
435 N. MICHIGAN AVENUE                             Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 10/14/11 | D. E. DEUTSCH | Exchange e-mails with Joe Frank re: amending order (.2); e-mails and calls with Matt McGuire re: same (.3); e-mail (.1) and call with Kevin Lantry re: same (.1); call with Joe Frank re: amending order and related next steps (.2); review revised certificate on amended order and related order (.2); exchange e-mails with Landon Ellis re: same (.2). | 1.30 hrs. |
| 10/18/11 | D. E. DEUTSCH | Exchange e-mails (.2) and hold call with Joe Frank re: dismissal of certain claims against employees (.2); second call with Joe Frank re: dismissal of claims against employees (.2). | 0.60 hrs. |
| 10/19/11 | D. E. DEUTSCH | Prepare for argument on motion to dismiss certain actions and other hearing matters (2.7); participate in related hearing (.5); exchange e-mails with Jessica Marrero re: tax settlement analysis (.2). | 3.40 hrs. |
| 10/21/11 | D. E. DEUTSCH | Review dismissal order on preference claims (0.1) and e-mail Matt McGuire re: same (.1); e-mail Young Yoo on related action item (.1). | 0.30 hrs. |
| 10/21/11 | Y. YOO | Corresponded by email with Douglas Deutsch re: dismissal of insider preference actions beneath threshold amount (.2); reviewed Second Order Extending Time to Complete Service (.2). | 0.40 hrs. |
| 10/25/11 | Y. YOO | Corresponded by email with special counsel, Andrew Goldfarb, re: entry of Fourth Order Amending Termination Event Definition (.2). | 0.20 hrs. |

**Total Fees for Professional Services..............      $6,440.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE                                 Page     3
CHICAGO, IL 60611
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 725.00 | 7.70 | 5582.50 |
| J. MARRERO | 375.00 | .40 | 150.00 |
| M. ROITMAN | 425.00 | .50 | 212.50 |
| Y. YOO | 495.00 | 1.00 | 495.00 |
| TOTALS | | 9.60 | 6440.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                                 For Services Through October 31, 2011

Our Matter #19804.014
          EMPLOYEE ISSUES


| 10/03/11 | M. ROITMAN | Telephonic appearance at Bankruptcy Court hearing re: MIP (0.3); confer with C&P team following hearing (0.2); correspond with G. Novod and D. Deutsch re: hearing (0.2) | 0.70 hrs. |
|---|---|---|---|
| 10/03/11 | D. M. LeMAY | Conference with Sidley to negotiate proffers at tomorrow's MIP hearing. | 0.60 hrs. |
| 10/03/11 | H. SEIFE | Conference with D.LeMay regarding MIP issues and hearing. | 0.70 hrs. |
| 10/04/11 | H. SEIFE | Prepare for hearing (.6); hearing before Judge Carey on MIP motion (.8). | 1.40 hrs. |
| 10/04/11 | D. M. LeMAY | Meeting at Cole Schotz to review witness proffers and prepare for hearing (1.8). Participate in hearing in USBC (.7). | 2.50 hrs. |
| 10/04/11 | M. ROITMAN | Telephonic appearance at Bankruptcy Court hearing re: 2011 MIP (0.6); Draft email to Committee re: approval of 2011 MIP and update on confirmation (0.8); confer/correspond with D. Deutsch and D. LeMay re: same (0.2). | 1.60 hrs. |
| 10/11/11 | H. SEIFE | Telephone conference with D.Deutsch regarding R.Michaels settlement. | 0.20 hrs. |
| 10/13/11 | J. MARRERO | Review departure agreements of two senior executives (0.4); email correspondence with D.LeMay and AlixPartners re: same (0.2) | 0.60 hrs. |
| 10/17/11 | D. E. DEUTSCH | Preliminary review of multiple e-mails and attachments (including severance agreements) re: termination of various executives (.3); e-mail David Gallai re: follow-up analysis on same (.2). | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| 10/17/11 | J. MARRERO | Draft memorandum to the Committee re: proposed severance payments to insiders | 1.60 hrs. |
| 10/17/11 | D. GALLAI | Reviewed separation agreements of certain executives (1.5) and related correspondence with D.Deutsch (0.3). | 1.80 hrs. |
| 10/18/11 | D. E. DEUTSCH | Review and edit Committee memorandum on severance/termination of two executives (.3); discuss issue therein with Jessica Marrero (.1). | 0.40 hrs. |
| 10/18/11 | D. GALLAI | Continued to review separation agreements of certain executives (0.5); correspondence w/ D. Deutsch and J. Marrero re same (0.6). | 1.10 hrs. |
| 10/18/11 | J. MARRERO | Draft Intralinks posting re: Debtors' proposed severance agreements with insiders (0.5); revise motion re: severance agreements (0.4). | 0.90 hrs. |
| 10/19/11 | J. MARRERO | Email correspondence with D.Gallai re: severance agreements with insiders | 0.20 hrs. |
| 10/26/11 | D. E. DEUTSCH | Review Debtors' request to consider MIP payments to certain identified officers and former officer (.2); research issue (.4) and draft detailed e-mail to David LeMay and Howard Seife re: proposed next steps related to same (.2). | 0.80 hrs. |

**Total Fees for Professional Services.............   $10,474.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       November 21, 2011
435 N. MICHIGAN AVENUE                              Page    3
CHICAGO, IL 60611

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 895.00 | 3.10 | 2774.50 |
| H. SEIFE | 985.00 | 2.30 | 2265.50 |
| D. E. DEUTSCH | 725.00 | 1.70 | 1232.50 |
| D. GALLAI | 685.00 | 2.90 | 1986.50 |
| J. MARRERO | 375.00 | 3.30 | 1237.50 |
| M. ROITMAN | 425.00 | 2.30 | 977.50 |
| TOTALS | | 15.60 | 10474.00 |