TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                                 For Services Through October 31, 2011

Our Matter #19804.017
           GENERAL LITIGATION


| | | | |
|---|---|---|---|
| 10/01/11 | M. ROITMAN | Correspond with M. Ashley re: analysis of recent Delaware Ch 11 decision on standing and its potential application to actions in Tribune (0.3) | 0.30 hrs. |
| 10/02/11 | M. ROITMAN | Online review of documents in connection with analysis of recent decision in Delaware Ch 11 case on standing and its potential application to Noteholder actions in Tribune (3.1). | 3.10 hrs. |
| 10/02/11 | M. D. ASHLEY | Reviewed draft legal memorandum regarding analysis of certain legal issues raised by recent Delware Ch 11 case and its potential application to Noteholder actions in Tribune (.8); emails with M. Roitman regarding same (.2). | 1.00 hrs. |
| 10/03/11 | M. D. ASHLEY | Emails with K. Levenberg regarding draft memorandum analyzing certain legal issues raised by recent Delaware decision (.2); reviewed legal and factual materials relating to draft memorandum (1.4). | 1.60 hrs. |
| 10/03/11 | T. J. MCCORMACK | Review case law re: certain issues raised in recent Ch 11 decision (0.8); review related remedies analysis (0.8). | 1.60 hrs. |
| 10/03/11 | A. K. NELLOS | Confer with M. Roitman (.3) and then L. Moloney regarding document additions to Relativity in connection with possible new litigation (.4); Review email correspondence from June regarding exhibits and transcript revisions per inquiry from M. Ashley (.8). | 1.50 hrs. |
| 10/03/11 | M. ROITMAN | Review pleadings in Neil adversary proceeding (0.1) and revise adversary report (0.2). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           November 21, 2011
435 N. MICHIGAN AVENUE                                  Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 10/03/11 | M. ROITMAN | Online review of documents in connection with analysis of recent Delaware decision and its potential application to Noteholder actions in Tribune (4.9); call with A. Nellos re: same (0.2); Confs. with Y. Yoo re: same (0.5). | 5.60 hrs. |
| 10/03/11 | R. KURTH | Reviewed draft IRS Closing Agreement and proposed Form of Order. | 0.30 hrs. |
| 10/03/11 | K. LEVENBERG | Revisions to memorandum on certain legal issues raised by recent Delaware decision and potential implications in Tribune (2.60); e-mails w/M. Ashley re: same (0.10). | 2.70 hrs. |
| 10/03/11 | Y. YOO | Online review of documents in connection with preparation of factual background for memo on issues raised in recent Ch 11 decision (3.6); discussed same with Marc Roitman (.3); corresponded by email with Marc Roitman re: same (.4). | 4.30 hrs. |
| 10/04/11 | Y. YOO | Continued online review of documents in connection with preparation of factual background for memo on possible new litigation issues (4.9); discussed same with Marc Roitman (.3); corresponded by phone with Marc Roitman re: same (.2). | 5.40 hrs. |
| 10/04/11 | D. E. DEUTSCH | Review e-mails and proposed related revisions to DOL Neil settlement agreement (.6); participate in related call with Debtors, Neil parties, DOL, insurers and others re: same (.5); review weekly state law action report (.3); review additional e-mails related to DOL matters (.2); review motion, order and proposed settlement agreement related to IRS claim and mark-up same (1.1); review related e-mails (.2); exchange e-mails on same | 3.00 hrs. |

| Date | Name | Description | Hours |
|---|---|---|---|
| | | with David Gallai (.1). | |
| 10/04/11 | A. K. NELLOS | Exchange emails with M. Ashley regarding hearing (.4) and review email correspondence related to same (.9). | 1.30 hrs. |
| 10/04/11 | M. ROITMAN | Online review of documents in connection with analysis of certain issues raised in Delaware decision and its potential application to Noteholder actions in Tribune (3.9); confer with Y. Yoo re: same (0.4). | 4.30 hrs. |
| 10/04/11 | D. GALLAI | Reviewed documents related to ERISA matter and potential settlement with IRS (2.4). | 2.40 hrs. |
| 10/04/11 | M. D. ASHLEY | Reviewed revisions to draft Neil settlement and related correspondence (.4). | 0.40 hrs. |
| 10/04/11 | T. J. MCCORMACK | Review case law on certain claim issues raised in recent Delaware decision (1.3); confer K. Levenberg re: research underway for analysis of possible claims (0.2). | 1.50 hrs. |
| 10/05/11 | T. J. MCCORMACK | Review/analyze issues raised in draft memorandum analyzing certain issues raised in recent Delaware decision and possible implications in Tribune case (1.2); review commentary on related case law issues (0.7). | 1.90 hrs. |
| 10/05/11 | D. GALLAI | Meeting with D.Deutsch, R.Santangelo re: ERISA-ESOP issue (.5); confs. w/Sidley re: same (.6); reviewed revised documents from Sidley (1.2); meeting with R.Santangelo re: memo on same (1.2). | 3.50 hrs. |
| 10/05/11 | A. K. NELLOS | Confer with L. Moloney regarding Relativity issues in connection with new document review (.4) Review transcripts from hearings (.5). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 10/05/11 | M. ROITMAN | Calls with J. Ludwig re: IRS claim and T-Mobile claim objection (0.6); Draft insert to IRS Settlement Memorandum re: section 510(b) subordination (3.3); Confer with D. Deutsch re: same (0.2); Research re: legislative history of section 510(b) (1.6); Online review of documents in connection with analysis certain issues raised in recent Delaware decision and its potential application to Noteholder actions in Tribune (1.8). | 7.50 hrs. |
| 10/05/11 | D. E. DEUTSCH | Review revised mark-up of DOL Neil settlement agreement (.3); review materials to prepare for meeting with David Gallai et al. re: settlement of certain IRS ERISA-related claims (1.4); participate in related meeting (.5); review e-mail and attached mark-up from Debtors on IRS ERISA settlement (.6); related call with Jillian Ludwig (Debtors counsel) (.3); e-mail David Gallai re: same (.1). | 3.20 hrs. |
| 10/05/11 | M. D. ASHLEY | Emails with K. Levenberg regarding draft memorandum analyzing certain issues raised in recent Delaware decison (.5); reviewed and revised draft memorandum (2.6) and reviewed related legal research and factual materials (1.7). | 4.80 hrs. |
| 10/05/11 | M. D. ASHLEY | Reviewed revisions to draft Neil settlement agreement (.3); emails with counsel regarding same (.1). | 0.40 hrs. |
| 10/05/11 | K. LEVENBERG | E-mails w/M. Ashley re: research (0.40); review M. Ashley comments on memorandum analyzing issues raised in recent Delaware decision (0.90). | 1.30 hrs. |
| 10/05/11 | R. KURTH | Reviewed Debtors' Motion (0.4); meeting with D. Deutsch, D. Gallai re: proposed IRS ESOP Tax Settlement (0.5); call with J. Ludwig at Sidley Austin and D. | 11.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | Gallai (0.4); meeting with D. Gallai re: proposed IRS ESOP Tax Settlement and preparation of portions of memo re: same (1.1); reviewed IRS allegations and proof of claim (0.7); drafted portions of memo to Committee on background of proposed settlement and terms of proposed settlement (3.7); reviewed Neil litigation (0.4); drafted portions of memo to Committee analyzing proposed settlement and assessing benefits of settlement (4.1) and sent to D. Gallai for review (0.1). |  |
| 10/06/11 | R. KURTH | Call with McDermott and D. Gallai re: IRS ESOP Tax Settlement (0.3); revised portions of memo to Committee to reflect new information from call with McDermott (0.9); researched D. Gallai question re: Neil litigation (0.3); reviewed D. Gallai's revisions to portions of memo and revised same (0.7) and sent to D. Deutsch and M. Roitman (0.1); review R.Leder comments and revise draft memo (0.3); reviewed newly-received Execution Copy of IRS Settlement and revised Settlement Order sent by J. Ludwig (0.4) and compared them against prior versions (0.2); revised portions of memo to Committee to reflect updated documents (0.3). | 3.50 hrs. |
| 10/06/11 | K. LEVENBERG | Research and revisions to memorandum on IRS settlement. | 4.70 hrs. |
| 10/06/11 | M. D. ASHLEY | Emails with counsel regarding draft Neil settlement agreement (.2); reviewed related agreement and correspondence (.3). | 0.50 hrs. |
| 10/06/11 | M. D. ASHLEY | Reviewed legal and factual materials relating to draft memorandum analyzing issues raised in recent Delaware decision (.9). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 21, 2011
Page    6

| | | | |
|---|---|---|---|
| 10/06/11 | D. GALLAI | Conf. w/ McDermott re ESOP tax/ERISA issue (0.3); confs. w/ D. Deutsch and R. Santangelo re memo re same (0.4); reviewed and revised portion of draft memo (2.8); reviewed revised documents from Sidley (0.4). | 3.90 hrs. |
| 10/06/11 | M. ROITMAN | Draft memorandum re: Proposed IRS Settlement (4.2); Confer with D. Deutsch re: same (0.2); Online review of documents in connection with analysis of certain issues raised in Delaware decision and its potential application to Noteholder actions in Tribune (1.2). | 5.60 hrs. |
| 10/06/11 | D. E. DEUTSCH | Review e-mails/attachments re: revisions to Neil DOL settlement (.5); review proposed insert to Committee memo on draft IRS ERISA settlement (.3); calls with David Gallai (.2) and Marc Roitman re: analysis of IRS ERISA settlement issues (.2); review related e-mails re: Richard Leder analysis of certain tax issues (.2); review and edit early draft of memorandum to Committee on IRS settlement (.7). | 2.10 hrs. |
| 10/06/11 | R. M. LEDER | Review memo to Committee on proposed settlement of ERISA claims. | 0.60 hrs. |
| 10/06/11 | T. J. MCCORMACK | Confer K. Levenberg re: research on certain issues raised by Delaware decision (0.3); review status of Neil settlement on ERISA claims (0.2). | 0.50 hrs. |
| 10/07/11 | T. J. MCCORMACK | Review motions on Neil and IRS settlements (0.2). | 0.20 hrs. |
| 10/07/11 | J. MARRERO | Conference with R.Santangelo re: IRS Settlement memo (0.4); revise memo re: same (0.2); draft email to H.Seife re: same (0.2); conference with D.Deutsch re: revisions to memo (0.2). | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        November 21, 2011
435 N. MICHIGAN AVENUE                               Page    7
CHICAGO, IL 60611

| 10/07/11 | D. E. DEUTSCH | Review proposed mark-ups revisions to IRS ERISA settlement and related e-mails from Debtors and others (.5); review and edit draft memorandum to Committee regarding same (1.4); discuss next steps related to same with Jessica Marrero (.2); review mark-up of Neil DOL settlement agreement from plaintiffs' counsel (.5). | 2.60 hrs. |
| 10/07/11 | M. D. ASHLEY | Reviewed closing agreement relating to IRS settlement (.4); reviewed draft motion to approve IRS settlement and related correspondence (.8); reviewed revisions to draft Neil settlement (.2). | 1.40 hrs. |
| 10/07/11 | M. D. ASHLEY | Reviewed factual and legal materials relating to memorandum analyzing certain issues raised in recent Ch 11 decision (.4); emails with K. Levenberg regarding draft memorandum (.1). | 0.50 hrs. |
| 10/07/11 | K. LEVENBERG | Research and revisions to memorandum on IRS settlement. | 5.50 hrs. |
| 10/07/11 | D. GALLAI | Reviewed draft memo and revised motion (1.1); conf. w/ R. Santangelo re same (0.3). | 1.40 hrs. |
| 10/07/11 | R. KURTH | Reviewed and marked up revised draft of memo to Committee re: proposed settlement w/IRS (0.9); reviewed revised motion sent by J. Ludwig (0.2); met with D. Gallai re: comments to revised draft of memo to Committee (0.3); call with J. Marrero re: comments to same (0.2). | 1.60 hrs. |
| 10/09/11 | M. D. ASHLEY | Reviewed revised draft memorandum regarding analysis of certain issues raised in Delaware decision and related materials (1.1); emails with K. Levenberg regarding same (.1). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                November 21, 2011
435 N. MICHIGAN AVENUE                                      Page    8
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 10/10/11 | K. LEVENBERG | Revisions to memo analyzing certain issues raised in Delaware decision and potential implications on Tribune (.7); and emails with Ashley and Roitman re same (.3). | 1.00 hrs. |
| 10/10/11 | D. E. DEUTSCH | Review (.2) and research issue related to IRS ERISA settlement (1.9); exchange e-mails with Jessica Marrero re: posting note on IRS settlement (.2). | 2.30 hrs. |
| 10/10/11 | H. SEIFE | Review of IRS settlement and motion. | 1.30 hrs. |
| 10/10/11 | A. K. NELLOS | Discuss research issues with M. Roitman related to documents in Relativity in connection with new document review. | 0.30 hrs. |
| 10/10/11 | M. ROITMAN | Online review of documents in connection with analysis of certain issues raised in Delaware decision and its potential application to Noteholder actions in Tribune (4.6); correspond with M. Ashley and K. Levenberg re: same(0.3); call with A. Nellos re: document review and Relativity issues (0.2). | 5.10 hrs. |
| 10/10/11 | J. MARRERO | Review Memo re IRS settlement (0.2); draft posting to Committee re: same (0.4) | 0.60 hrs. |
| 10/10/11 | M. D. ASHLEY | Reviewed factual and legal materials relating to analysis of certain issues raised in recent Delaware decison (1.0); reviewed and revised related memorandum (.9); emails with K. Levenberg, M. Roitman regarding memorandum (.2). | 2.10 hrs. |
| 10/10/11 | T. J. MCCORMACK | Continued analysis/review of issues raised in recent Delaware decision and potential implications on Tribune case (1.3); confer M. Ashley re: same (0.2). | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE                                 Page    9
CHICAGO, IL 60611

| 10/11/11 | T. J. MCCORMACK | Review status of research/analysis on issues raised in recent Delaware decision (0.8); confer K. Levenberg re: same (0.3); confer with M.Ashley re: additional tasks/analysis of issue (0.4); identification of additional areas of inquiry on related memorandum (0.6). | 2.10 hrs. |
| --- | --- | --- | --- |
| 10/11/11 | M. D. ASHLEY | Meeting with K. Levenberg, M. Roitman regarding issues raised in recent decison and potential implications on Tribune case (.9); reviewed factual and legal research issues relating to same (1.9); conference with T.McCormack re additional issues and research (.4); emails with T. McCormack, K. Levenberg regarding memorandum on same (.4). | 3.60 hrs. |
| 10/11/11 | J. MARRERO | Conference with M.Roitman and M.Distefano re: online review of documents in connection with analysis of certian issues raised in recent Ch 11 decision and its potential application to Noteholder actions in Tribune (0.4); review timeline analysis and related issues (0.2). | 0.60 hrs. |
| 10/11/11 | M. DISTEFANO | Meeting with M. Roitman re document review (.4); Online review of documents in connection with analysis of certain issues raised in recent Ch 11 decision and its potential application to Noteholder actions in Tribune (1.4). | 1.80 hrs. |
| 10/11/11 | M. ROITMAN | Online review of documents in connection with analysis of certain issues raised in recent Delaware decision and its potential application to Noteholder actions in Tribune (6.8); Meet with M. Distefano and J. Marrero re: same (0.4); Meet with M. Ashley and K. Levenberg re: research memorandum in connection with same (0.8); | 8.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

|            |               | correspond with K. Levenberg re: same (0.2). | |
|------------|---------------|---------------------------------------------|---|
| 10/11/11   | H. SEIFE      | Conference with D.Deutsch regarding IRS settlement. | 0.40 hrs. |
| 10/11/11   | R. KURTH      | T.c. w/ M. Roitman re: memo to Committee on ESOP tax issues. | 0.10 hrs. |
| 10/11/11   | K. LEVENBERG  | Revisions to memo analysing certain issues raised in recent decision and potential implications on Tribune case (5.1); meeting with Ashley and Roitman re same (0.8). | 5.90 hrs. |
| 10/12/11   | K. LEVENBERG  | Revise and circulate memo analyzing certain issues raised in Delaware decision and potential implication in Tribune case (6.9), emails with Roitman re background facts (0.5) | 7.40 hrs. |
| 10/12/11   | M. D. ASHLEY  | Reviewed and revised draft memorandum regarding analysis of certain issues raised in recent Delware decision and possible implication in Tribune (.9); review related factual and research materials (.7); emails with T. McCormack, K. Levenberg regarding issues in draft memorandum (.2). | 1.80 hrs. |
| 10/12/11   | J. MARRERO    | Online review of documents in connection with analysis of certan issues raised in recent Ch 11 decision and its potential application to Noteholder actions in Tribune. | 8.10 hrs. |
| 10/12/11   | A. K. NELLOS  | Review search issues in Relativity in connection with document review. | 0.40 hrs. |
| 10/12/11   | M. ROITMAN    | Online review of documents in connection with analysis of issues raised in recent Delaware decision and its potential application to Noteholder actions in Tribune (1.3); Review and revise draft memorandum re: potential implication on Tribune in | 4.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE                                 Page   11
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | connection with same (2.3); Correspond with K. Levenberg re: same (0.6). |  |
| 10/12/11 | T. J. MCCORMACK | Review/analyze issues raised in recent Delaware decision in bankruptcy context (1.6); confer M. Ashley re: same (0.2). | 1.80 hrs. |
| 10/13/11 | T. J. MCCORMACK | Status conference with K. Levenberg re: research and analysis on issues raised in recent Delaware decision and possible implications in Tribune (0.5). | 0.50 hrs. |
| 10/13/11 | M. ROITMAN | Online review of documents in connection with analysis of recent Delaware decision and its potential application to Noteholder actions in Tribune (3.1). | 3.10 hrs. |
| 10/13/11 | J. MARRERO | Online review of documents in connection with analysis of recent Delaware decision and its potential application to Noteholder actions in Tribune. | 3.20 hrs. |
| 10/14/11 | M. ROITMAN | Online review of documents in connection with analysis of recent Delaware decision and its potential application to Noteholder actions in Tribune (3.5). | 3.50 hrs. |
| 10/14/11 | T. J. MCCORMACK | Review of case law cited in K. Levenberg's current draft memo analyzing issues raised in recent Ch 11 decision (2.2); review status of Roitman analysis of facts/chronology regarding noteholder actions (0.8). | 3.00 hrs. |
| 10/16/11 | M. D. ASHLEY | Reviewed revisions to draft memorandum on certain issues raised in recent Delaware case and related factual and legal materials (.8); reviewed correspondence relating to Neil settlement and related agreements (.4). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 21, 2011
Page   12

| | | | |
|---|---|---|---|
| 10/17/11 | M. D. ASHLEY | Emails with T. McCormack regarding draft memorandum analyzing certain issues raised in recent Delaware decision (.2); reviewed related memo and factual and legal materials (.5). | 0.70 hrs. |
| 10/17/11 | K. LEVENBERG | Emails with Ashley re memo analyzing certain issues raised in recent Delaware case. | 0.20 hrs. |
| 10/17/11 | M. ROITMAN | Review docket in Neil adversary proceeding and revise adversary report (0.3) | 0.30 hrs. |
| 10/17/11 | M. ROITMAN | Online review of documents in connection with analysis of recent Delaware decision and its potential application to Noteholder actions in Tribune (2.6). | 2.60 hrs. |
| 10/17/11 | D. E. DEUTSCH | Review revised mark-up of IRS settlement (.3); review related e-mails from Bryan Krakauer and others (.2); review multiple additional related e-mails from insurers (.3). | 0.80 hrs. |
| 10/17/11 | T. J. MCCORMACK | Review K. Levenberg research memo analyzing certain issues raised in recent Delaware decision and potential implications on Tribune (0.7); review related decision on same (1.0); e-mails with M. Ashley re: shareholder issues (0.2). | 1.90 hrs. |
| 10/18/11 | T. J. MCCORMACK | Review current draft of Levenberg memo analyzing recent Delaware decision and potential implications in Tribune (1.3); analysis of issues for further consideration on related research and list same for K. Levenberg and M. Ashley (1.0); review sections related to "good faith" and similar issues (1.2). | 3.50 hrs. |
| 10/18/11 | J. MARRERO | Draft factual background for memo. | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE                                 Page   13
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 10/18/11 | H. SEIFE | Conference with D.Deutsch regarding status of Neil/IRS settlements. | 0.40 hrs. |
| 10/18/11 | K. LEVENBERG | Meeting with Ashley re memo analzying certain issues raised in Delaware decision (0.5); emails with Ashley and Roitman re same (0.3). | 0.80 hrs. |
| 10/18/11 | M. D. ASHLEY | Meeting with K. Levenberg regarding research issues relating to draft memorandum on issues raised in recent Delaware decision (.5); reviewed draft memo (1.0); review related factual and legal research materials (.8); emails with T. McCormack, K. Levenberg regarding draft memorandum (.4). | 2.70 hrs. |
| 10/18/11 | M. ROITMAN | Online review of documents in connection with analysis of recent Delaware decision and its potential application to Noteholder actions in Tribune (3.7). | 3.70 hrs. |
| 10/18/11 | Y. YOO | Continued online review of documents in connection with preparation of factual backround for memo. | 0.30 hrs. |
| 10/19/11 | D. E. DEUTSCH | Review various e-mails and attachments from Debtors and others re: proposed plan amendment related to ERISA/IRS settlement (.4); exchange e-mails with David LeMay re: possible additional required steps related to same (.2). | 0.60 hrs. |
| 10/19/11 | M. D. ASHLEY | Reviewed further revisions to draft memo analyzing recent Delaware decision and implications on Tribune (1.1); review related factual and legal research materials (.7); emails with K. Levenberg, M. Roitman regarding same (.3). | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        November 21, 2011
435 N. MICHIGAN AVENUE                               Page   14
CHICAGO, IL 60611


| 10/19/11 | K. LEVENBERG | Research and draft revisions to insider-trading memo (4.6), emails with Roitman re indentures (0.3) | 4.90 hrs. |

| 10/19/11 | M. ROITMAN | Telephonic appearance at Bankruptcy Court hearing re: ERISA claim settlements (0.3); confer with C&P team following hearing (0.2); Review certain indentures re: standing issue(0.6); correspond with M. Ashley and K. Levenberg re: same (0.3); Review and comment on revised draft memorandum re: analysis of certain issues raised in recent Delaware decison and potential implications in Tribune case (0.3); Online review of documents in connection with analysis of standing decision and its potential application to Noteholder actions in Tribune (0.5). | 2.20 hrs. |

| 10/19/11 | J. MARRERO | Draft factual background for memorandum. | 3.90 hrs. |

| 10/19/11 | T. J. MCCORMACK | Review case law and commentary on developments of issues arising from recent Delaware case (1.7); e-mails with K. Levenberg re: outstanding research issues on same (0.4); analysis of related statnding issue (0.8). | 2.90 hrs. |

| 10/20/11 | T. J. MCCORMACK | Analysis of recent Delaware decision, and cases cited in the decision, on scope of certain issues in context of bankruptcy (2.2) including review of relevant case law and commentary (1.1); review status of fact-finding on noteholder actions in Tribune shares (1.3); review briefing on Delaware case concerning related issues (1.2). | 5.80 hrs. |

| 10/20/11 | D. E. DEUTSCH | Review draft memorandum to Committee re: possible settlement of certain litigation matters and make preliminary edits to same (.6); e-mail Andrew Goldfarb, Marc Ashley and others re: next steps | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE                                Page   15
CHICAGO, IL 60611

|            |               | on same (.2).                                                                                                                                                                                                                                                      |            |
|------------|---------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
| 10/20/11   | M. ROITMAN    | Online review of documents in connection with analysis of certain issues raised in recent Delaware decision and its potential application to Noteholder actions in Tribune (3.1).                                                                                    | 3.10 hrs.  |
| 10/21/11   | M. ROITMAN    | Online review of documents in connection with analysis of recent Delaware decision and its potential application to Noteholder actions in Tribune (5.1); confer with D. Deutsch re: same (0.2).                                                                      | 5.30 hrs.  |
| 10/21/11   | T. J. MCCORMACK | Review/analyze damage remedies in bankruptcy context in view of certain noteholder actions (1.1) and review of relevant case law (1.3).                                                                                                                            | 2.40 hrs.  |
| 10/23/11   | M. D. ASHLEY  | Reviewed factual materials relating to potential claims (1.4); reviewed revised draft memorandum regarding certain issues raised in recent Delaware decision (.9); reviewed court hearing transcript (.4).                                                           | 2.70 hrs.  |
| 10/24/11   | D. E. DEUTSCH | Review notice and related materials for propsed Neil settlement (.4).                                                                                                                                                                                               | 0.40 hrs.  |
| 10/24/11   | T. J. MCCORMACK | Review M. Roitman summary of reserach on litigation issue (1.0); confer M. Ashley re: memo analyzing issues raised in recent Delaware case (0.2) and revisions to same (0.3); review e-mail to bankruptcy team on remedies in bankruptcy in connection with same (0.3). | 1.80 hrs.  |
| 10/24/11   | Y. YOO        | Continued online review of documents in connection with preparation of factual summary of settlement-related communications (8.4); discussed same with Marc Roitman (.4); corresponded by                                                                            | 9.30 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 21, 2011
Page   16

| | | | |
|---|---|---|---|
| | | email with Marc Roitman re: same (.5). | |
| 10/24/11 | M. D. ASHLEY | Call with T. McCormack regarding potential claims (.7); reviewed factual and legal research materials relating to same (2.5); emails with T. McCormack and M. Roitman regarding draft memorandum (.4); reviewed revisions to draft memorandum(.8); reviewed class action materials relating to Neil settlement and related correspondence (.7). | 5.10 hrs. |
| 10/24/11 | H. SEIFE | Review draft memo regarding factual background. | 0.80 hrs. |
| 10/24/11 | M. ROITMAN | Review docket in Neil adversary proceeding and revise adversary report (0.4) | 0.40 hrs. |
| 10/24/11 | M. ROITMAN | Online review of documents in connection with analysis of recent Delaware decision  and its potential application to Noteholder actions in Tribune (2.4); Confer/correspond with H. Seife and Y. Yoo re: same (0.4); Revise memorandum re: same and potential areas for supplemental discovery (1.7); correspond with M. Ashley re: same (0.2); Draft insert for memorandum re: consequences on DCL Plan of certain changes related to possible litigation (1.8); Confer/correspond with A. Rosenblatt re: same (0.3). | 6.80 hrs. |
| 10/25/11 | M. D. ASHLEY | Meeting with T. McCormack, A. Rosenblatt, M. Roitman regarding potential claims (1.0); call with T. McCormack regarding same (.2); reviewed factual and legal research materials relating to memorandum analyzing certain issues raised in Delaware case and potential implications in Tribune (1.1); revised draft memo regarding same (1.8); emails with M. Roitman regarding draft | 5.10 hrs. |

|  |  |  |  |
|---|---|---|---|
|  |  | memorandum (.4); revised Neil settlement timeline and related materials (.6). |  |
| 10/25/11 | H. SEIFE | Conference with T.McCormack regarding analysis of issues raised in recent Ch 11 case and application to Tribune case. | 0.30 hrs. |
| 10/25/11 | T. J. MCCORMACK | Meeting with M.Ashley and M.Roitman re: possible claims. | 0.90 hrs. |
| 10/25/11 | M. ROITMAN | Confer with M. Ashley re: memorandum and potential areas for supplemental discovery (0.3); Meet with T. McCormack, M. Ashley, and A. Rosenblatt re: certain litigation-related consequences on DCL Plan (0.8). | 1.10 hrs. |
| 10/26/11 | M. ROITMAN | Review and comment on memorandum analyzing certain issues raised in recent Delaware decision (0.4); Correspond with M. Ashley re: same (0.3) | 0.70 hrs. |
| 10/26/11 | D. E. DEUTSCH | Review various e-mails and attachments re: IRS settlement (.3). | 0.30 hrs. |
| 10/26/11 | T. J. MCCORMACK | Review current version of memorandum analyzing certain issues raised in recent Delaware decision (1.1); comments re: same (0.5). | 1.60 hrs. |
| 10/26/11 | M. D. ASHLEY | Reviewed Neil settlement class action materials and related correspondence (.4); revised draft memorandum analyzing certain issues raised in recent Delaware decison (2.8) and reviewed related factual and legal research materials (2.4); emails with M. Roitman regarding draft memorandum (.3). | 5.90 hrs. |
| 10/26/11 | H. SEIFE | Review of potential claim issues raised by recent Delaware decision. | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      November 21, 2011
435 N. MICHIGAN AVENUE                             Page   18
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 10/27/11 | M. D. ASHLEY | Call with T. McCormack regarding draft memorandum analyzing certain issues raised in recent Delaware decision (.3); call with M. Roitman regarding legal research relating to draft memorandum (.2); reviewed factual and legal research materials relating to draft memorandum (1.4); reviewed and revised draft memorandum (3.4); emails with M. Roitman regarding draft memo (.2); reviewed updated Neil settlement class action materials (.2). | 5.70 hrs. |
| 10/27/11 | T. J. MCCORMACK | Review current version of memorandum analyzing certain issues raised in recent Delaware decision and possible implications in Tribune (1.3); confer M. Ashley on memo (0.4). | 1.70 hrs. |
| 10/27/11 | M. ROITMAN | Revise memorandum re analysis of issues raised in recent Delaware decision (0.9); Research re: appropriate timing to raise certain issues in confirmation context (0.5); confer with M. Ashley re: same (0.3). | 1.70 hrs. |
| 10/27/11 | D. E. DEUTSCH | Review weekly adversary case report (.3); review weekly state law litigation report (.3). | 0.60 hrs. |
| 10/28/11 | R. M. KIRBY | Research concerning possible treatment of certain claims, as per M. Ashley. | 5.40 hrs. |
| 10/28/11 | T. J. MCCORMACK | Review current version analysis of certain issues raised in recent Delaware case (1.2); e-mails with M. Ashley re: additional work on legal issues (0.3). | 1.50 hrs. |
| 10/28/11 | M. D. ASHLEY | Meeting with R. Kirby regarding legal research relating to memorandum analyzing certain issues raised in recent Delaware decision (.4); reviewed and revised draft memo (3.8); reviewed related factual and legal research materials (1.1); emails with R. | 5.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         November 21, 2011
435 N. MICHIGAN AVENUE                                Page   19
CHICAGO, IL 60611


|  |  |  |  |
|---|---|---|---|
|  |  | Kirby, M. Roitman regarding draft memo (.3); reviewed correspondence relating to Neil settlement (.2). |  |
| 10/29/11 | M. ROITMAN | Research re: postconfirmation modification of a plan (2.3); Correspond with M. Ashley and R. Kirby re: same (0.5) | 2.80 hrs. |
| 10/30/11 | T. J. MCCORMACK | Review current version of memorandum analyzing certain issues raised in recent decision in Delaware case and possible implications in Tribune (0.8). | 0.80 hrs. |
| 10/30/11 | M. D. ASHLEY | Reviewed legal research and factual materials relating to draft memorandum analyzing certain issues raised in decison in recent Delaware case (.8); emails with R. Kirby, M. Roitman relating to legal research regarding same (.4). | 1.20 hrs. |
| 10/31/11 | M. D. ASHLEY | Reviewed legal research and factual materials relating to potential claims (1.6); reviewed and revised draft memorandum analyzing certain issues raised in Delaware decision and possible implications in Tribune (5.4); emails with R. Kirby, M. Roitman regarding draft memo (.6); calls with T. McCormack regarding draft memo (.4); meeting with R. Kirby regarding legal research relating to draft memo (.2); reviewed Neil settlement class action timeline (.2). | 8.40 hrs. |
| 10/31/11 | D. M. LeMAY | Attend hearing in USBC regarding Committee's discovery requests. | 0.50 hrs. |
| 10/31/11 | T. J. MCCORMACK | Review/edit current draft of memorandum on certain issues raised in recent Delaware decision and possible implications in Tribune (1.7); confer M. Ashley re: same (0.5); review revised version of memo (0.5). | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE                                 Page    20
CHICAGO, IL 60611

| 10/31/11 | M. ROITMAN | Review docket in Neil adversary proceeding and revise adversary report (0.3) | 0.30 hrs. |
| 10/31/11 | M. ROITMAN | Research re: modification of a plan (1.5); Correspond with M. Ashley re: same (0.3); Review and comment upon draft memorandum re: analysis of certain issues raised in recent Delaware decision and potential Tribune implications (0.3). | 2.10 hrs. |
| 10/31/11 | D. E. DEUTSCH | Review multiple e-mails re: Neil settlement next steps (.3). | 0.30 hrs. |
| 10/31/11 | R. M. KIRBY | Revising draft memorandum analyzing certain issues raised in recent Delaware decison, as per M. Ashley. | 1.60 hrs. |

**Total Fees for Professional Services**.............. **$196,588.50**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 895.00 | .50 | 447.50 |
| H. SEIFE | 985.00 | 4.50 | 4432.50 |
| R. M. LEDER | 985.00 | .60 | 591.00 |
| T. J. MCCORMACK | 855.00 | 42.10 | 35995.50 |
| M. D. ASHLEY | 675.00 | 66.80 | 45090.00 |
| D. E. DEUTSCH | 725.00 | 17.00 | 12325.00 |
| K. LEVENBERG | 645.00 | 34.40 | 22188.00 |
| A. K. NELLOS | 645.00 | 4.40 | 2838.00 |
| D. GALLAI | 685.00 | 11.20 | 7672.00 |
| R. M. KIRBY | 535.00 | 7.00 | 3745.00 |
| J. MARRERO | 375.00 | 18.70 | 7012.50 |
| M. DISTEFANO | 375.00 | 1.80 | 675.00 |
| M. ROITMAN | 425.00 | 83.90 | 35657.50 |
| R. KURTH | 495.00 | 16.90 | 8365.50 |
| Y. YOO | 495.00 | 19.30 | 9553.50 |
| TOTALS | | 329.10 | 196588.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through October 31, 2011

   Our Matter #19804.018
          TRAVEL


10/04/11   D. M. LeMAY        Non-working return travel to New        2.30 hrs.
                              York from hearing.

10/04/11   M. D. ASHLEY       Non-working travel to and from          3.40 hrs.
                              court hearing in Wilmington (3.4).

10/19/11   D. E. DEUTSCH      Non-working travel to/from              3.20 hrs.
                              Delaware to participate in today's
                              hearing (3.2).

10/31/11   D. M. LeMAY        Non-working travel to and from          4.00 hrs.
                              Wilmington, Delaware for hearing.


         **Total Fees for Professional Services.............  $10,253.50**



                         TIMEKEEPER SUMMARY

   Timekeeper's Name              Rate     Hours        Amount
   D. M. LeMAY                   895.00     6.30        5638.50
   M. D. ASHLEY                  675.00     3.40        2295.00
   D. E. DEUTSCH                 725.00     3.20        2320.00
                       TOTALS              12.90       10253.50

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                                      For Services Through October 31, 2011

Our Matter #19804.020
          SHAREHOLDER CLAIMS


| | | | |
|---|---|---|---|
| 10/03/11 | M. ROITMAN | Review pleadings in state law fraudulent conveyance actions and revise report on same (2.6) | 2.60 hrs. |
| 10/04/11 | H. SEIFE | Hearing before Judge Carey regarding extension of service deadline. | 0.40 hrs. |
| 10/07/11 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.20). | 0.20 hrs. |
| 10/09/11 | T. J. MCCORMACK | Review e-mails re: motion to compel discovery (0.1). | 0.10 hrs. |
| 10/10/11 | T. J. MCCORMACK | Review motion to compel certain shareholder information (0.6) and e-mail to Zuckerman re: same (0.3); confer M. Ashley re: same (0.2). | 1.10 hrs. |
| 10/10/11 | M. ROITMAN | Review pleadings in state law fraudulent conveyance actions and revise report on same (1.5) | 1.50 hrs. |
| 10/10/11 | D. E. DEUTSCH | Review draft motion from Andrew Goldfarb re: motion to compel production (.3); review related materials (.1); e-mail Andrew Goldfarb re: Committee update on same (.1). | 0.50 hrs. |
| 10/10/11 | J. MARRERO | Email correspondence with Special Counsel re: Motion to Compel (0.2) Draft posting re revised Motion to Compel (0.4). | 0.60 hrs. |
| 10/10/11 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (1.60). | 1.60 hrs. |
| 10/10/11 | M. D. ASHLEY | Reviewed and revised draft motion to compel shareholder discovery and related pleadings (2.6); emails with A. Goldfarb regarding same (.3). | 2.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 10/11/11 | M. D. ASHLEY | Reviewed draft memorandum regarding potential Sandelman settlements and related materials (.9). | 0.90 hrs. |
| 10/11/11 | T. J. MCCORMACK | Review terms of Sandelman settlement (0.3); e-mails with Zuckerman re: same (0.2). | 0.50 hrs. |
| 10/13/11 | T. J. MCCORMACK | E-mails with Zuckerman re: Sandelman settlement and issues for further consideration (0.6); follow-up call with A. Goldfarb at Zuckerman re: same (0.2). | 0.80 hrs. |
| 10/15/11 | T. J. MCCORMACK | Review current draft of Sandelman settlement proposal (0.2). | 0.20 hrs. |
| 10/16/11 | T. J. MCCORMACK | E-mails with D. Deutsch re: Sandelman settlement and options (0.2). | 0.20 hrs. |
| 10/17/11 | T. J. MCCORMACK | T/c with Zuckerman and DE counsel re: issues relating to proposed Sandelman settlement and options (0.6); review/comment on memo re: same (0.4). | 1.00 hrs. |
| 10/17/11 | D. E. DEUTSCH | Review October 7th weekly state law fraudulent conveyance claim report and pleading referenced therein (.4). | 0.40 hrs. |
| 10/17/11 | M. D. ASHLEY | Call with T. McCormack regarding draft memorandum relating to potential Sandelman settlement (.2); reviewed draft memo and related factual materials regarding potential Sandelman settlement (1.2); call with T. McCormack, A. Goldfarb, D. Rath regarding potential Sandelman settlement (.6). | 2.00 hrs. |
| 10/17/11 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.20); review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (1.60). | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     November 21, 2011
435 N. MICHIGAN AVENUE                            Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 10/17/11 | M. ROITMAN | Review pleadings in state law fraudulent conveyance actions and revise report on same (2.3) | 2.30 hrs. |
| 10/18/11 | M. ROITMAN | Correspond with D. Bava re: hearing on MDL motion (0.3); Review notice of MDL hearing (0.1); correspond with C&P team re: same (0.1) | 0.50 hrs. |
| 10/18/11 | H. SEIFE | Review of MDL notice of hearing and weekly report. | 0.50 hrs. |
| 10/18/11 | M. D. ASHLEY | Emails with A. Goldfarb and D. Rath regarding potential Sandelman settlement (.3); reviewed related memo and factual materials (.6). | 0.90 hrs. |
| 10/18/11 | D. BAVA | Review of Multi District Litigation Panel court filings and docket re: hearing on motion to consolidate actions (.40). | 0.40 hrs. |
| 10/18/11 | T. J. MCCORMACK | Develop strategy for Sandelman settlement (0.7); review revised memo re: same (0.3). | 1.00 hrs. |
| 10/19/11 | T. J. MCCORMACK | Reviewed analysis of potential Sandelman claims settlement (0.6). | 0.60 hrs. |
| 10/19/11 | M. D. ASHLEY | Reviewed and revised updated draft memo regarding potential Sandelman settlement (.6); reviewed materials related to draft Sandelman memo (.6); emails with Zuckerman regarding same (.2). | 1.40 hrs. |
| 10/21/11 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.20); review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (1.70). | 1.90 hrs. |
| 10/21/11 | D. E. DEUTSCH | Review last week's weekly state law fraudulent conveyance claims report (.3). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

| 10/23/11 | M. D. ASHLEY | Reviewed correspondence and pleadings relating to potential Sandelman settlement (.7). | 0.70 hrs. |
|---|---|---|---|
| 10/24/11 | M. D. ASHLEY | Emails with A. Goldfarb regarding potential Sandelman settlement (.1); reviewed related correspondence (.3). | 0.40 hrs. |
| 10/24/11 | M. ROITMAN | Review pleadings in state law fraudulent conveyance actions and revise report on same (1.3) | 1.30 hrs. |
| 10/25/11 | M. D. ASHLEY | Reviewed briefs in opposition to Committee motion to compel shareholder discovery and related pleadings (1.1); emails with Zuckerman regarding same (.1). | 1.20 hrs. |
| 10/25/11 | T. J. MCCORMACK | Review oppositions filed by various third parties as to shareholder identification (0.6); e-mails Zuckerman re: same (0.3). | 0.90 hrs. |
| 10/26/11 | T. J. MCCORMACK | Review e-mails re: motion to compel shareholder information (0.2); confer M. Ashley re: same (0.1); t/c Zuckerman re: same (0.2). | 0.50 hrs. |
| 10/26/11 | M. D. ASHLEY | Reviewed pleadings relating to Committee motion to compel shareholder discovery (1.1); emails with D. LeMay regarding court hearing on motion to compel (.1). | 1.20 hrs. |
| 10/27/11 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.20); review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (2.20). | 2.40 hrs. |
| 10/31/11 | D. E. DEUTSCH | Review background (.2) and call Andrew Goldfarb re: options on proposed Sandleman settlement (.1). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         November 21, 2011
435 N. MICHIGAN AVENUE                                Page    5
CHICAGO, IL 60611


10/31/11   M. ROITMAN          Telephonic appearance at hearing         0.90 hrs.
                               re: Motions to Compel (0.4);
                               Review pleadings in state law
                               fraudulent conveyance actions and
                               revise report on same (0.5).


          **Total Fees for Professional Services..............**   **$22,120.00**


                         TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 985.00 | .90 | 886.50 |
| T. J. MCCORMACK | 855.00 | 6.90 | 5899.50 |
| M. D. ASHLEY | 675.00 | 11.60 | 7830.00 |
| D. E. DEUTSCH | 725.00 | 1.50 | 1087.50 |
| D. BAVA | 280.00 | 8.30 | 2324.00 |
| J. MARRERO | 375.00 | .60 | 225.00 |
| M. ROITMAN | 425.00 | 9.10 | 3867.50 |
| TOTALS | | 38.90 | 22120.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                    November 21, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                                 Page    1

                                   For Services Through October 31, 2011

Our Matter #19804.021
          PLAN LITIGATION


| | | | |
|---|---|---|---|
| 10/02/11 | M. D. ASHLEY | Emails with D. LeMay and T. McCormack regarding confirmation hearing transcript and litigation issues (.2); reviewed pleadings and correspondence relating to confirmation hearing transcript and confidentiality issues (1.1); emails with J. Sottile regarding upcoming court hearing regarding confirmation hearing litigation issues (.2). | 1.50 hrs. |
| 10/02/11 | T. J. MCCORMACK | E-mails with M. Ashley re: miscellaneous litigation issues (0.2); review issues of confidentiality as to certain materials used as evidence (0.3). | 0.50 hrs. |
| 10/03/11 | T. J. MCCORMACK | Conference with M.Ashley regarding today's call with court and confirmation litigation issues. | 0.40 hrs. |
| 10/03/11 | M. D. ASHLEY | Attended call with Court regarding upcoming court hearing (.4); reviewed pleadings and correspondence regarding upcoming court hearing relating to confirmation hearing litigation issues (2.6); emails with A. Nellos regarding confirmation hearing confidentiality issues (.3); emails with D. Bava regarding upcoming court hearing issues (.2); call with T. McCormack regarding confirmation hearing litigation issues (.3). | 3.80 hrs. |
| 10/03/11 | H. SEIFE | Preparation for hearing before Judge Carey. | 0.40 hrs. |
| 10/03/11 | Y. YOO | Reviewed new caselaw development on court's jurisdictional authority over plan confirmation (2.0); drafted case summaries of same (.9); corresponded by email with Robert Gayda and Eric Daucher re: same (.3). | 3.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE                                 Page     2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 10/03/11 | R. J. GAYDA | Detailed review of new case law issued with respect recent opinion that court affect Tribune (2.2); discuss same with Y. Yoo (.4). | 2.60 hrs. |
| 10/04/11 | R. J. GAYDA | Detailed review of case law issued with respect to recent decision on jurisdiction. | 1.60 hrs. |
| 10/04/11 | Y. YOO | Reviewed new caselaw development on court's jurisdictional authority over plan confirmation (.8); drafted case summaries of same (.4); corresponded by email with Robert Gayda and Eric Daucher re: same (.2). | 1.40 hrs. |
| 10/04/11 | H. SEIFE | Hearing before Judge Carey regarding evidentiary issues/transcripts. | 0.50 hrs. |
| 10/04/11 | M. D. ASHLEY | Reviewed pleadings and correspondence in preparation for court hearing relating to MIP and confirmation hearing litigation issues (2.4); emails with A. Nellos regarding confirmation hearing confidentiality issues (.3); attended court hearing in Wilmington (.7); reviewed draft order extending Committee litigation stay (.2). | 3.60 hrs. |
| 10/04/11 | T. J. MCCORMACK | Review e-mails on confidentiality issues for court hearing (0.3); participate by phone in court hearing on stay and other issues (0.6); t/c Zuckerman re: order (0.2). | 1.10 hrs. |
| 10/05/11 | A. ROSENBLATT | Final review of post-petition treatment issue for possible discussion on committee professional call. | 0.60 hrs. |
| 10/07/11 | A. ROSENBLATT | Review memo regarding impact of certain issues on DCL plan. | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      November 21, 2011
435 N. MICHIGAN AVENUE      Page   3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 10/10/11 | M. D. ASHLEY | Call with D. Deutsch regarding status of litigation issues (.1); reviewed pleadings and correspondence relating to confirmation litigation issues (.7). | 0.80 hrs. |
| 10/10/11 | R. J. GAYDA | Meeting with D. Deutsch and M. Roitman re open plan research issues (.4); review new pleadings filed in similar large Ch 11 case for related issues (1.4). | 1.80 hrs. |
| 10/10/11 | A. ROSENBLATT | Review status of Neil settlement (.4) and consider resolicitation question related to same (.4). | 0.80 hrs. |
| 10/11/11 | H. SEIFE | Conference with M.Ashley and M.Roitman regarding implications from recent Delaware Ch 11 decision (.8); review of decision and impact on Tribune (1.2). | 2.00 hrs. |
| 10/13/11 | R. J. GAYDA | Research re open issues with respect to jurisdictional authority. | 1.60 hrs. |
| 10/13/11 | A. ROSENBLATT | Further review of impact on DCL Plan if certain claim treatment is changed. | 1.00 hrs. |
| 10/17/11 | R. J. GAYDA | Detailed review of similar Ch 11 case docket and relevant pleadings with respect to appeal of order denying confirmation filed by Debtors, Committee and Noteholders. | 5.30 hrs. |
| 10/18/11 | M. ROITMAN | Confer/correspond with A. Rosenblatt re: possible amendment to DCL Plan (0.3) | 0.30 hrs. |
| 10/19/11 | A. ROSENBLATT | Emails with LeMay and Deutsch re Tribune plan amendments (.2); review status of memorandum and factual analysis regarding certain possible litigation claims (.4). | 0.60 hrs. |
| 10/19/11 | M. ROITMAN | Draft email to Committee re: update on confirmation (0.5); confer with D. LeMay re: same (0.2). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

| 10/19/11 | Y. YOO | Reviewed new caselaw development on court's jurisdictional authority (.7); corresponded by email with Robert Gayda re: same (.1). | 0.80 hrs. |
|---|---|---|---|
| 10/19/11 | H. SEIFE | Telephonic hearing before Judge Carey regarding decision status. | 0.60 hrs. |
| 10/20/11 | Y. YOO | Reviewed new caselaw development on court's jurisdictional authority (3.1). | 3.10 hrs. |
| 10/20/11 | D. E. DEUTSCH | Review materials (.2) and e-mail Bryan Krakauer re: plan amendment issue (.1). | 0.30 hrs. |
| 10/21/11 | D. E. DEUTSCH | Exchange e-mails with David LeMay and, in part, Andrew Rosenblatt re: confirmation order issue (.3). | 0.30 hrs. |
| 10/21/11 | D. M. LeMAY | Review latest draft of confirmation order. | 2.10 hrs. |
| 10/21/11 | Y. YOO | Reviewed new caselaw development on court's jurisdictional authority over plan confirmation (1.0); drafted email summary of case for Robert Gayda (.6). | 1.60 hrs. |
| 10/21/11 | A. ROSENBLATT | Review proposed confirmation order in anticipation of court order regarding confirmation of DCL Plan (1.4); review bullet point memorandum regarding impact on plan if certain claims are treated differently (.7). | 2.10 hrs. |
| 10/21/11 | R. J. GAYDA | Review new case law discussing jurisdiction and Rule 9019 settlements. | 1.90 hrs. |
| 10/21/11 | H. SEIFE | Emails with parties regarding draft confirmation order (.4); review of draft order (.8). | 1.20 hrs. |
| 10/24/11 | A. ROSENBLATT | Review draft section to be included in Committee memorandum re: plan amendments necessary to effectuate certain changes in claim treatment (.4) and provide comments to same (.5); discuss | 2.30 hrs. |

|  |  |  |  |
|---|---|---|---|
|  |  | same with Roitman (.4); continue to review proposed confirmation order in anticipation of confirmation decision (.4); review analysis on claims treatment issue sent from Roitman (.6). |  |
| 10/25/11 | A. ROSENBLATT | Meeting with team re: modified claim treatment issues and implications on plan (.9); review plan in connection with same (.7). | 1.60 hrs. |
| 10/25/11 | H. SEIFE | Conference with D.Deutsch regarding plan amendment (.3). | 0.30 hrs. |
| 10/25/11 | Y. YOO | Reviewed new caselaw development on court's jurisdictional authority over plan confirmation (2.8). | 2.80 hrs. |
| 10/25/11 | D. M. LeMAY | Conferences w/H. Seife (.1) and A. Rosenblatt (.2) regarding possible need for Plan amendments. | 0.30 hrs. |
| 10/26/11 | Y. YOO | Reviewed new caselaw development on court's jurisdictional authority over plan confirmation (.1). | 0.10 hrs. |
| 10/26/11 | D. E. DEUTSCH | Research plan issue raised during Tuesday's Committee professional meeting (.4); e-mails with Marc Ashley re: same (.1). | 0.50 hrs. |
| 10/27/11 | A. ROSENBLATT | Review preliminary draft of modified claim treatment memorandum re: procedural issues and cases cited in memorandum. | 0.70 hrs. |
| 10/27/11 | D. E. DEUTSCH | Conference with Marc Roitman re: required steps with Committee following issuance of confirmation decision (.2); review e-mails and related calendar re: revised Neil settlement (.2). | 0.40 hrs. |
| 10/27/11 | J. MARRERO | Conference with A.Rosenblatt re: confirmation order (0.3); conference with M.Roitman re same (0.2) | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE                                 Page    6
CHICAGO, IL 60611


| | | | |
|---|---|---|---|
| 10/28/11 | J. MARRERO | Review docket for confirmation order (0.6); email correspondence with M.Roitman re: same (0.3) | 0.90 hrs. |
| 10/28/11 | A. ROSENBLATT | Preparation for decision on confirmation, including reviewing open issues in Confirmation Order (.7); additional work related to analysis of modified claims treatment and amending plan post-confirmation, including review of rule, cases and standard for amending plan (1.2). | 1.90 hrs. |
| 10/29/11 | A. ROSENBLATT | Emails with Roitman, Kirby and others re: memorandum and issues related to modified claim treatment. | 0.60 hrs. |
| 10/30/11 | M. ROITMAN | Research re: postconfirmation modification of a plan (0.8); Correspond with M. Ashley re: same (0.4) | 1.20 hrs. |
| 10/31/11 | A. ROSENBLATT | Review Judge Carey's decision on confirmation and highlight key issues re: same (2.6); emails with LeMay, Roitman and others re: decision and impact of same (.8); begin to consider possible necessary plan amendments (1.1). | 4.50 hrs. |
| 10/31/11 | R. J. GAYDA | Detailed review of confirmation order entered by Judge Carey. | 2.50 hrs. |
| 10/31/11 | M. D. ASHLEY | Reviewed Court's plan confirmation ruling (1.2); emails with team regarding same (.2); reviewed related pleadings and confirmation materials (.9). | 2.30 hrs. |
| 10/31/11 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman re: today's hearing and confirmation issues (.2); review and edit related e-mail to Committee (.1); review related exchange with Marc Roitman and David LeMay (.2); preliminary review of Plan confirmation decision (2.6); review and edit draft memo to Committee on same (.4); conference with Marc Roitman | 3.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2011
435 N. MICHIGAN AVENUE                                 Page     7
CHICAGO, IL 60611

|            |                 |                                                                                     |           |
|------------|-----------------|-------------------------------------------------------------------------------------|-----------|
|            |                 | re: next steps on detailed analysis for Committee (.3).                              |           |
| 10/31/11   | H. SEIFE        | Review and analyze J.Carey's confirmation opinion (2.8); review of plan issues (1.0).| 3.80 hrs. |
| 10/31/11   | D. M. LeMAY     | Review courts confirmation opinion (2.5) and e-mails to Chadbourne team regarding next steps (1.3). | 3.80 hrs. |
| 10/31/11   | J. MARRERO      | Review and summarize confirmation opinion                                           | 2.60 hrs. |
| 10/31/11   | J. MARRERO      | Draft outline summary of confirmation opinion                                       | 1.90 hrs. |
| 10/31/11   | M. ROITMAN      | Review Opinion on Confirmation (2.8); Correspond with D. LeMay and A. Rosenblatt re: same (0.8) | 3.60 hrs. |
| 10/31/11   | T. J. MCCORMACK | Review opinion of Judge Carey denying both plans (1.4); confer D. LeMay re: same (0.3). | 1.70 hrs. |

**Total Fees for Professional Services.............** **$63,790.50**

**TIMEKEEPER SUMMARY**

| Timekeeper's Name | Rate   | Hours | Amount   |
|-------------------|--------|-------|----------|
| D. M. LeMAY       | 895.00 | 6.20  | 5549.00  |
| H. SEIFE          | 985.00 | 8.80  | 8668.00  |
| T. J. MCCORMACK   | 855.00 | 3.70  | 3163.50  |
| M. D. ASHLEY      | 675.00 | 12.00 | 8100.00  |
| A. ROSENBLATT     | 725.00 | 17.30 | 12542.50 |
| D. E. DEUTSCH     | 725.00 | 5.30  | 3842.50  |
| R. J. GAYDA       | 625.00 | 17.30 | 10812.50 |
| J. MARRERO        | 375.00 | 5.90  | 2212.50  |
| M. ROITMAN        | 425.00 | 5.80  | 2465.00  |
| Y. YOO            | 495.00 | 13.00 | 6435.00  |
| TOTALS            |        | 95.30 | 63790.50 |