# SITRICK AND COMPANY

**MONTHLY FEE STATEMENT**
For the time period
September 1, 2011 through September 30, 2011

## **PROFESSIONAL SERVICES**

### EXPENSES

**OTHER**

| Date | Description | Qty/Amount | Total |
|---|---|---|---|
| 9/24/2011 | Arent Fox LLP<br>Invoice# 1337718<br>August 2011 | 1<br>$704.00 | 704.00 |
| 9/30/2011 | Arent Fox LLP<br>Invoice# 1341510<br>September 2011 | 1<br>$308.00 | 308.00 |

**SUBTOTAL:** [1,012.00]

**TOTAL ADDITIONAL CHARGES:** $1,012.00