# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Hearing Date: December 13, 2011 at 1:00 p.m. ET**<br>**Objection Deadline: December 6, 2011 at 4:00 p.m. ET** |

### DECLARATION OF JAMES A. KLENK IN SUPPORT OF THE DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING DEBTORS TO EMPLOY AND RETAIN SNR DENTON US LLP AS SPECIAL COUNSEL TO THE DEBTORS FOR CERTAIN LITIGATION AND TRANSACTIONAL MATTERS PURSUANT TO 11 U.S.C. §§ 327(e) AND 1107, *NUNC PRO TUNC* TO NOVEMBER 1, 2011

James A. Klenk declares, pursuant to 28 U.S.C. § 1746, as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc. f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

1.      I am a partner of the law firm of SNR Denton US LLP (f/k/a Sonnenschein Nath & Rosenthal LLP ("SNR Denton")), and I am duly authorized to make this declaration (the "Declaration") on behalf of the Firm.  I make this Declaration, pursuant to Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in support of the Debtors' Application for an Order Authorizing Debtors to Employ and Retain SNR Denton US LLP as Special Counsel for Certain Litigation and Transactional Matters Pursuant to §§ 327(e) and 1107, *Nunc Pro Tunc* to November 1, 2011 (the "Application").

### SNR's Retention as an Ordinary Course Professional

2.      SNR Denton represents a number of the Debtors, including Tribune Company, Chicago Tribune Company, Tribune Publishing Company, Tribune Broadcasting Company and Chicagoland Publishing Company, and certain other Debtors from time to time, with respect to various First Amendment, publishing, outsourcing and other litigation and transactional matters (collectively, the "Tribune Matters").  SNR Denton has represented those Debtors since well before the Petition Date.  The partners, counsel, and associates of SNR Denton, through SNR Denton's representation of the Debtors prior to the Petition Date and during the pendency of these chapter 11 cases, have become very familiar with the Tribune Matters.

3.      SNR Denton has been retained by the Debtors as counsel with respect to the Tribune Matters in the ordinary course of the Debtors' business, with a Monthly Cap of $50,000, pursuant to this Court's Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business entered on January 15, 2009 (D.I. 227) (the "OCP Order").

## The Status of the Litigation Matters and the Basis for the Application

4.    In recent months, SNR Denton has represented various Debtors with respect to the Tribune Matters that have arisen or have resulted in unanticipated legal costs subsequent to the Petition Date.  These have included a lawsuit with respect to the University of Illinois under the Federal Educational Rights and Privacy Acts, several First Amendment issues involving reporter's subpoenas, issues arising out of the most recent trial of former Illinois Governor Rod Blagojevich and several smaller outsourcing and other transactional projects for the Debtors.

5.    Those representations of the Debtors by SNR, taken together with SNR Denton's various representations of various Debtors in connection with pre-existing Tribune Matters, caused SNR Denton's fees to exceed the Monthly Cap of $50,000 in each of the months from January to October 2011, inclusive.[2]  Moreover, the Tribune Matters on which SNR Denton now represents the Debtors are now at a level of activity that makes it likely that SNR Denton will exceed the existing Monthly Cap on a regular basis going forward.  Accordingly, SNR Denton and the Debtors have determined that it is necessary to modify SNR Denton's existing retention as an Ordinary Course Professional to special counsel pursuant to section 327(e) of the Bankruptcy Code.

6.    The Debtors have advised SNR Denton that they have employed and retained Sidley Austin LLP ("Sidley") as their general reorganization and bankruptcy counsel, Cole, Schotz, Meisel, Forman & Leonard, P.A. ("Cole Schotz") as their bankruptcy co-counsel, and several other law firms as section 327(e) counsel and/or Ordinary Course Professionals.  SNR Denton has advised the Debtors that it does not believe the work it is doing is duplicative with

---

[2]   SNR Denton has recently filed several applications seeking this Court's allowance of fees and reimbursement of expenses incurred in these months.

the work being done by Debtors' other professionals, and to the extent there is any overlap, it will make every effort to avoid duplication of effort.

## Payment of SNR's Fees and Expenses

7.      In connection with SNR Denton's retention being modified from retention as an Ordinary Course Professional to a retention not covered by the OCP Order, the Debtors have advised SNR Denton that SNR Denton will be required to apply to the Court for allowance of compensation for professional services rendered and reimbursement of expenses incurred in these chapter 11 cases in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Order Establishing Procedure for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331 (the "Interim Compensation Order"), as amended, and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Application (the "Fee Examiner Order"). SNR Denton has advised the Debtors that it will comply in all respects with the applicable requirements for seeking compensation and reimbursement of expenses for all fees and costs incurred on or after November 1, 2011.[3]

---

[3] As noted above, SNR Denton has applied to this Court for the fees and costs it incurred in the months of January 2011 through October 2011, which are the months that SNR Denton exceeded its applicable Monthly Cap. Given that such fees and costs were incurred several months prior to when the Debtors determined that it would be necessary to retain SNR Denton as special counsel pursuant to section 327(e) of the Bankruptcy Code, SNR Denton has requested that the Court grant a limited waiver of the otherwise-applicable requirements of the Interim Compensation Order to reduce the additional costs and delay of obtaining approval and payment of such amounts. SNR Denton, as has been the practice with SNR Denton's fee applications for the months of May and June 2011, July 2011 and August 2011, will submit SNR Denton's fee application for the months of September and October 2011 to the Fee Examiner. In the alternative, SNR Denton has requested that the Court consider SNR Denton's fee

8.    The Debtors and SNR Denton have agreed that, as was the case while SNR Denton rendered services to the Debtors as an Ordinary Course Professional and subject to the Court's approval, SNR Denton will continue to charge the Debtors for its legal services on an hourly basis in accordance with its ordinary and customary rates for matters of this type in effect on the date such services are rendered, and for reimbursement of all costs and expenses incurred in connection with these cases.

9.    SNR Denton's billing rates range from $560 to $940 per hour for partners, $280 to $585 for associates, and $235 and $305 per hour for para-professionals.  The aforementioned rates are subject to adjustment on a periodic basis.  In addition to its hourly rates, SNR Denton customarily charges its clients for out-of-pocket expenses and internal charges incurred in the rendition of services, including mail and express mail charges, special and hand delivery charges, outside photocopying charges, travel expenses, transcription costs, charges and fees of outside vendors, consultants and service providers, as well as non-ordinary overhead expenses.

10.    As previously disclosed by SNR Denton in connection with its retention by the Debtors as an Ordinary Course Professional in these cases, SNR Denton did not hold any unallocated funds as of the Petition Date.  SNR Denton received approximately $447,600.25 from the Debtors within the one year prior to the Petition Date on account of services rendered with regard to the Tribune Matters.[4]

---

application for the months of September and October 2011 at the next hearing scheduled for the allowance of interim fee applications following the Court's entry of an order approving this Application.

[4] Note that subsequent to SNR Denton's filing of the Affidavit of Ordinary Course Professional, SNR Denton determined that it was owed $488.00 in prepetition fees by Debtor Los Angeles Times Communications LLC and accordingly filed a proof of claim asserting this amount [Proof of Claim No. 4669].  SNR Denton hereby waives any right to payment with respect to the amounts sought by Proof of Claim No. 4669.

**SNR DENTON DOES NOT REPRESENT OR HOLD ANY ADVERSE INTEREST WITH
RESPECT TO THE MATTERS ON WHICH IT IS TO BE EMPLOYED**

11.     In connection with the Debtors' retention of SNR Denton as an Ordinary Course Professional in these cases, the Debtors provided SNR Denton with a list of the entities identified in Rule 2014(a) (collectively, the "Interested Parties") for purposes of searching SNR Denton's records to determine any connection(s) that SNR Denton may have with the Interested Parties.

12.     As disclosed in the previously-filed Affidavit of Ordinary Course Professional and the Supplemental Affidavit of Ordinary Course Professional filed in support of SNR Denton's existing retention as an Ordinary Course Professional in these cases (collectively, the "OCP Affidavits") [Docket Nos. 394 and 5198], SNR Denton does not hold or represent in these proceedings any interests adverse to the Debtors, or to their estates in matters upon which SNR Denton continues to be engaged.  All information with respect to SNR Denton's connections with the Debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any other person employed in the Office of the United States Trustee is set forth in the previously-filed OCP Affidavits and is incorporated herein by reference.

13.     In connection with the preparation of the Application, Debtors subsequently provided SNR Denton with an updated list of entities to be searched in SNR Denton's records (the "Updated Interested Parties").  A list of the Updated Interested Parties is attached hereto as Exhibit A.  SNR Denton performed a conflicts search to determine whether SNR Denton or any of its attorneys has any connections with, has represented or is currently representing any Updated Interested Parties in these chapter 11 cases.

14.    In addition to the parties identified in the OCP Affidavits, the Firm's database identified the following connections, which are listed on Exhibit B. To the best of my knowledge, information and belief, SNR Denton does not hold or represent an interest adverse to the Debtors or their respective estates in the matters for which SNR Denton is proposed to be retained. SNR Denton represents Randy Michaels, former CEO of Tribune Company, in connection with certain employment and compensation matters in connection with his former employment by Debtor Tribune Company (the "Michaels Matters"). The work that SNR Denton does with respect to the Michaels Matters is not adverse to the work that SNR Denton does for the Debtors with respect to the Tribune Matters. Accordingly, I believe that SNR Denton satisfies the requirements for employment as special counsel pursuant to section 327(e) of the Bankruptcy Code.

15.    To the extent that I become aware of any additional connections and/or relations that may be relevant to SNR Denton's representation of the Debtors, I will file an additional supplemental declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 23, 2011

James A. Klenk

**EXHIBIT A**

## RULE 2014 LIST - TRIBUNE COMPANY, et al.

### DEBTORS

Tribune Company
435 Production Company
5800 Sunset Productions Inc.
Baltimore Newspaper Network, Inc.
California Community News Corporation
Candle Holdings Corporation
Channel 20, Inc.
Channel 39, Inc.
Channel 40, Inc.
Chicago Avenue Construction Company
Chicago River Production Company
Chicago Tribune Company
Chicago Tribune Newspapers, Inc.
Chicago Tribune Press Service, Inc.
ChicagoLand Microwave Licensee, Inc.
Chicagoland Publishing Company
Chicagoland Television News, Inc.
Courant Specialty Products, Inc.
Direct Mail Associates, Inc.
Distribution Systems of America, Inc.
Eagle New Media Investments, LLC
Eagle Publishing Investments, LLC
Forsalebyowner.com Corp.
Forsalebyowner.com Referral Services, LLC
Fortify Holdings Corporation
Forum Publishing Group, Inc.
Gold Coast Publications, Inc.
GreenCo, Inc.
Heart & Crown Advertising, Inc.
Homeowners Realty, Inc.
Homestead Publishing Co.
Hoy, LLC
Hoy Publications, LLC
InsertCo, Inc.
Internet Foreclosure Service, Inc.
JuliusAir Company, LLC
JuliusAir Company II, LLC
KIAH, Inc.
KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN Inc.
Los Angeles Times Communications LLC
Los Angeles Times International, Ltd.
Los Angeles Times Newspapers, Inc.
Magic T Music Publishing Company

NBBF, LLC
Neocomm, Inc.
New Mass. Media, Inc.
Newscom Services, Inc.
Newspaper Readers Agency, Inc.
North Michigan Production Company
North Orange Avenue Properties, Inc.
Oak Brook Productions, Inc.
Orlando Sentinel Communications Company
Patuxent Publishing Company
Publishers Forest Products Co. of Washington
Sentinel Communications News Ventures, Inc.
Shepard's, Inc.
Signs of Distinction, Inc.
Southern Connecticut Newspapers, Inc.
Star Community Publishing Group, LLC
Stemweb, Inc.
Sun-Sentinel Company
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
The Other Company LLC
Times Mirror Land and Timber Company
Times Mirror Payroll Processing Company,
    Inc.
Times Mirror Services Company, Inc.
TMLH 2, Inc.
TMLS I, Inc.
TMS Entertainment Guides, Inc.
Tower Distribution Company
Towering T Music Publishing Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC
Tribune Broadcasting News Network, Inc.
Tribune California Properties, Inc.
Tribune CNLBC, LLC (f/k/a Chicago National
    League Ball Club, LLC)
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Entertainment Production Company
Tribune Finance, LLC
Tribune Finance Service Center, Inc.
Tribune License, Inc.
Tribune Los Angeles, Inc.
Tribune Manhattan Newspaper Holdings, Inc.
Tribune Media Net, Inc.

Tribune Media Services, Inc.
Tribune Network Holdings Company
Tribune New York Newspaper Holdings, LLC
Tribune NM, Inc.
Tribune Publishing Company
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.
ValuMail, Inc.
Virginia Community Shoppers, LLC
Virginia Gazette Companies, LLC
WATL, LLC
WCCT, Inc., f/k/a WTXX Inc.
WCWN LLC
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WLVI Inc.
WPIX, Inc.

## DEBTORS' CURRENT AND FORMER DIRECTORS AND OFFICERS

Lee Abrams
Lynne Adamson
Harry A. Amsden
Julie D. Anderson
Thomas J. Anischik
Michael D. Asher
Chris Avetisian
Cynthia Baker
Roger A. Bare
Robertson Barrett
Alexa A. Bazanos
Robert E. Bellack
David A. Bennett
Kelly F. Benson
Steve Bentz
Jeffrey S. Berg
Betty Ellen Berlamino
Judith Berman
Theodore J. Biedron
Chandler Bigelow III
Michael G. Bourgon
Kevin C. Boyd
Thomas F. Brown
Becky Brubaker
David A. Bucknor
Stephen M. Budihas
Thomas G. Caputo

Denise Carlisle
Patricia M. Carroll
Stephen D. Carver
Vincent Casanova
Patti Cazeaux
Jeffrey Chandler
Steve Charlier
Marc Chase
Robert Christie
Sean D. Compton
Kevin J. Connor
Ray Daley
Tom Davidson
Catherine A. Davis
Sam DeFroscia
Jennifer DeKarz
Larry Delia
Robert Delo
Phil Doherty
John D'Orlando
Jeff Dorsey
Tim Dukes
David P. Eldersveld
Steve Farber
Richard S. Feeney
James Feher
Jay Fehnel
Peter D. Filice
Thomas S. Finke
Karen H. Flax
Oneri Fleita
Michael C. Foux
Timothy Franklin
Chris L. Fricke
Andy Friedman
Travis B. Fuller
Steve Gable
Rich Gamble
Michael Gart
Ernie C. Gates
Vince Giannini
Russell Gilbert
Dawn M. Girocco
Karlene W. Goller
Bradley Good
Roger Goodan
Richard J. Graziano
Howard Greenberg
Brian L. Greenspun
Robert Gremillion

Charlotte H. Hall
Eddy W. Hartenstein
Linda Hastings
Dana C. Hayes, Jr.
Greg Healy
Jane E. Healy
John R. Hendricks
James J. Hendry
Ardith Hilliard
Chris Hochschild
Betsy D. Holden
Carolyn S. Hudspeth
Hank J. Hundemer
Bonnie B. Hunter
Tony Hunter
Richard E. Inouye
Alice T. Iskra
Kamran Izadapanah
Janice Jacobs
Juliana Jaoudi
Kim Johnson
Lee Jones
Judy Juds
Jeff Kapugi
Daniel G. Kazan
Anne S. Kelly
Timothy R. Kennedy
Crane H. Kenney
Gerould W. Kern
Jerry L. Kersting
Avido Khahaifa
Jack D. Klunder
Patricia A. Kolb
Timothy Koller
Glenn G. Kranzley
Kim A. McCleary LaFrance
Eric Laimins
Thomas E. Langmyer
Jeffrey S. Levine
Donald J. Liebentritt
Brian F. Litman
Michael R. Lufrano
Walter Mahoney
Christopher Manis
John Manzi
Jerome P. Martin
Earl R. Maucker
Gina Mazzaferri
David R. Mayersky
Richard McGerald

Mark E. McGuire
Patrick Scott McKibben
Don W. Meek
Nancy A. Meyer
Eric Meyrowitz
Randy Michaels
Susan M. Mitchell
Paul Mitnick
Dan Mitrovich
John S. Moczulski
Richard D. Molchany
Roaldo W. Moran
Christopher C. Morrill
Robyn L. Motley
Robin Mulvaney
Gwen P. Murkami
Russ Newton
Tom Nork
Dennis G. O'Brien
Mike O'Connor
William C. O'Donovan
John T. O'Loughlin
Daniel O'Sullivan
Norbert Ortiz
William A. Osborn
William C. Pate
Rob T. Patton
Pamela S. Pearson
John F. Poelking
Scott G. Pompe
Andrea M. Pudliner
Myrna Ramirez
Robert S. Ramsey
Charles Ray
Jodi L. Reischl
Justo Rey
Jack Rodden
Robert R. Rounce
Sheau-Ming Ross
Timothy Ryan
Naomi B. Sachs
Linda Schaible
Raymond J. Schonbak
Stephen G. Seidl
Henry M. Segal
Lynne A. Segall
Charles J. Sennet
Dinesh Shah
Patrick M. Shanahan
Mark Shapiro

3

Shaun M. Sheehan
Sharon A. Silverman
Digby A. Solomon
Laurence J. Sotsky
Gerald A. Spector
Russ Stanton
William Stinehart, Jr.
Scott Sullivan
Laura L. Tarvainen
Lou Tazioli
Clifford L. Teutsch
Doug Thomas
Timothy J. Thomas
Kathy K. Thomson
Steve Tippie
John P. Trainor
William C. Trimarco
Cam Trinh
Phil Waterman
Michael E. Weiner
Gary Weitman
Jack Whisler
Maggie Wilderotter
Marty Wilke
David D. Williams
Roger Williams
Ann B. Wilson
Ed Wilson
Timothy F. Windsor
Ed Wolf
Frank Wood
Feli M. Wong
John D. Worthington, IV
Julie K. Xanders
Joseph A. Young
Owen Youngman
John S. Zabetakis
John E. Zelenka
Samuel Zell

### THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)

Abitibi Consolidated
Barclays Capital
Bowater Inc.
Deutsche Bank National Trust Company
Horst Bergman
J.P. Morgan Chase Bank, N.A.
Mark Willes

Merrill Lynch Capital Corporation
NBC Universal Domestic Television
Nielsen Media Research
Paramount Pictures Corporation
Raymond Jansen Jr.
Robert Erburu
Sony Pictures Television
SP Newsprint Company
Tower DC, LLC
Tower EH, LLC
Tower JK, LLC
Tower MS, LLC
Tower PT, LLC
Twentieth Television
Warner Brothers Television

### CNLBC TWENTY LARGEST UNSECURED CREDITORS

BD&A
Boise Hawks Baseball Club LLC
Bunzl
Chicago Cubs Charities
Chicago Transit Authority
Complejo Latinoamericana Baseball
Cubs Care
Daytona Cubs
Ernie Banks International Inc.
Hampton Inn and Suites
JP Morgan Chase Bank, NA
Jose Serra
Luis Vizcaino
Major League Baseball
Merrill Lynch Capital Corporation
Northwestern Memorial Hospital
Profinancial Services Inc.
Structural Shop Ltd.
The Langham Huntington Pasadena
Westin Diplomat Resort & Spa

### DEBTORS' PREPETITION LENDERS

1798 Relative Value Master Fund Ltd.
40/86 Advisors Inc.
ABN AMRO Holding NV
ABP Investments US Inc.
Aegon USA Investment Management
AIG Global Investment Corp.
Airlie Opportunity Capital Management LP
Aladdin Capital Management LLC

Alcentra Inc.
Allstate Investment Management Company
Amida Capital Management II, LLC
Anchorage Capital Group LLC
Angelo Gordon & Co LP
Ares Management LP
Avenue Advisors LLC
Avenue Investments, LP
Avenue Special Situations Fund IV, LP
Avenue – CDP Global Opportunities Fund, L.P. (US)
Avenue International Master, LP (Master)
Avenue Special Situations Fund
Babson Capital Management LLC
Banc Investment Group LLC .
Bank of America N.A.
Barclays Bank plc
Basso Capital Management LP
Bear Stearns & Co., Inc
Bear Stearns Asset Management
Blackstone Debt Advisors LP
BLT 39 LLC
Blue Mountain Capital Management LLC
Blue Shield of California
Briscoe Capital Management
Callidus Capital Management LLC
Canadian Imperial Bank of Commerce
Canaras Capital Management LLC
Canyon Capital Advisors LLC
Capitalsource Finance LLC
Carlyle Investment Management LLC
Carval Investors LLC
CFIP Master Fund, Ltd.
Chicago Fundamental Investment Partners LLC
Chimney Rock Value Fund, L.P.
Churchull Pacific Asset Management LLC
CIT Group Incorporated
Citicorp North America Inc.
Citigroup Financial Products Inc.
Claren Road Asset Management LLC
Clinton Group Inc.
Columbus Nova Credit Investments Management LLC
Contrarian Capital Management LLC
Credit Suisse Asset Management
Credit Suisse Group AG
CVI GVF (Lux) Master S.a.r.l.
Cypresstree Investment Management Co Inc.
Davidson Kempner Capital Management LLC
DC Funding Partners LLC

Deerfield Capital Management LLC
Delaware Management Business Trust
Deutsche Bank AG
Deutsche Investment Management Americas Inc.
DiMaio Ahmad Capital LLC
Drake Capital Management LLC
Dry Brook Credit Opportunities Master Fund Ltd.
Duquesne Capital Management LLC
Eaton Vance Mgmt
EBF & Associates LP
Elliott Management Corporation
Epic Asset Management LLC
Farallon Capital Management LLC
Feingold O'Keeffe Capital LLC
Fidelity Investment/Fidelity Mutual Fund Comp
Fidelity Investments
FIG LLC
Firstlight Financial Corp.
Four Concers Capital Management LLC
Franklin Advisers Inc.
Franklin Floating Rate Master Series
Franklin Floating Rate Daily Access Fund
Franklin Mutual Advisers LLC
Franklin Strategic Income Fund (Canada)
Franklin Strategic Series – Franklin Strategic Income Fund
Franklin Templeton Inv Mgmt Ltd
Franklin Templeton Series II Funds
Franklin Templeton Variable Insurance Products Trust
Franklin Total Return Fund
Fraser Sullivan Investment Management LLC
FT Opportunistic Distressed Funds Ltd.
GE Asset Management Inc.
General Electric Capital Corporation
GM Pension Plan
GoldenTree Asset Management LP
GoldenTree Credit Opportunities Financing I, Limited
GoldenTree Credit Opportunities Second Financing, Limited
GoldenTree 2004 Trust
GoldenTree Leverage Loan Master Fund, Ltd.
GoldenTree MultiStrategy Subsidiary, LLC
GoldenTree MultiStrategy Financing, Limited
Goldman Sachs Asset Management LP
Goldman Sachs Loan Partners

Goldman Sachs Group Inc.
GN3 SIP Limited
Greywolf Capital Management LP
Greywolf Capital Overseas Master Fund
Greywolf Capital Partners II LP
Greywolf CLO I Ltd.
Gruss Asset Management Limited Partnership
GSO Capital Partners  LP
Guggenheim Management LLC
Gulf Stream Asset Management LLC
Halcyon Structured Asset Management LP
Harbert Management Corporation
Harbourmaster CLO 10 B V
Harbourmaster CLO 7 BV
Harbourmaster CLO 9 B V
Harbourmaster Pro Rata CLO 2 B V
Harch Capital Management
Hartford Investment Management Company
Highland Capital Management LP
Hillmark Capital Management LP
IKB Capital Corporation
ING Investment Management LLC
Invesco Inst NA Inc.
JD Capital Management LLC
Jefferson Pilot Financial Insurance Company
John Hancock A/C 62 JH High Yield Fund
  (99140)
John Hancock Financial Services Inc.
JP Morgan BK Branch - 0802
JP Morgan Chase Bank, N.A.
Kingsland Capital Management LLC
KKR Financial Corporation
Knighthead Capital Management LLC
Latigo Master Fund Ltd.
Latigo Partners LP
Lehman Brothers Commercial Bank
Lehman Brothers Holdings Inc.
Levine Leichtman Capital Partners Inc.
Littlejohn & Company
LMA SPC for and on behalf of MAP84
  Segregated Portfolio
Loews Corporation
Loomis Sayles & Company LP
LP MAI, Ltd.
Lufkin Advisors LLC
Luxor Capital Group, LP
Lyon Capital Management
Marathon Asset Management LLC
Massachusetts Financial Services Company
McDonnell Investment Management LLC

Meritage Fund Limited
Merrill Lynch & Co. Inc.
Metropolitan Life Insurance Company
Metropolitan West Asset Management LLC
MJX Asset Management LLC
Moore Capital Management LLC
Morgan Stanley
Morgan Stanley Investment Co Niston BV
Morgan Stanley Investment Management Garda
  BV
Morgan Stanley Investment Management Inc.
  as AgtINCAS AGT
Morgan Stanley Investment Management
  Mezzano B V
Mountain Capital Advisors
MSD Capital LP
National City Corporation
Neuberger Berman LLC
New York Life Insurance Company
New York Life Investment Management
Newstart Factors Inc.
Nicholas-Applegate Capital Management LLC
Nomura Corporate Research & Asset
  Management Inc.
Nomura Corporate Research & Asset Mgmt
Normandy Hill Capital LP
Oak Hill Advisors LP
Oaktree Capital Management LP
Octagon Credit Investors LLC
Onex Credit Partners LLC
Oppenheimer Funds Inc.
Orchid Investments, LLC
Ore Hill Part LLC
OZ Management LP
Pacific Investment Management Company
Paloma Partners Management Co Inc.
Pangaea Asset Management LLC
Par IV Capital Management LLC
Patriarch Partners LLC
Pentwater Capital Management L P
Perry Corporation
Phoenix Investment Counsel
Pioneer Investment Management Inc.
Plainfield Asset Management LLC
PPM America Incorporated
Primus Asset Management Inc.
Princeton Advisory Group Inc.
Prudential Investment Management Inc
Putnam Advisory Co LLC
Putnam Investment Management LLC

Quadrangle Group LLC
R3 Capital Management LLC
Rabobank Int'l
Raven Asset Management LLC
Renaissance Reinsurance Limited
Riversource Investments LLC
Royal Bank of Scotland plc
Sandell Asset Management Corporation
Sandelman Partners LP
Sankaty Advisors Bain Capital
Satellite Asset Management LP
Scoggin Capital management LP II
Scoggin International Fund LTD.
Scoggin Worldwide Distressed Fund, LTD
Scotia Capital Inc.
Security Management Company
SEG LP MA2, L.P.
SEG Latigo Master Fund Ltd.
SEIX Investment Advisors Incorporation
Seneca Capital Management
Serengeti Asset Management Limited
   Partnership
Silver Point Capital LP – FSG
Silvermine Capital Management LLC
Smithwood Partners LLC
Societe Generale
Special Situations Investing Group, Inc.
Stichting Pensioenfonds ABP – Portfolio 1211
Stone Harbor Investment Partners LP
Stone Tower Debt Advisors LLC
Strategic Value Partners LLC
Sumitomo Mitsui Banking Corporation
Sunrise Partners Limited Partnership
Swiss Reinsurance Company Ltd.
Symphony Asset Management LLC
T2 Advisers LLC
Taconic Capital Advisors LLC
Taconic Capital Partners 1.5 LP
Taconic Market Dislocation Fund II LP
Taconic Market Dislocation Master Fund II LP
Taconic Opportunity Fund LP
Tall Tree Investment Management LLC
Talon Asset Management Inc.
TCW Asset Management Co.
Templeton Global Investmetn Trust –
   Templeton Income Fund
The Norinchukin Bank
Trimaran Advr LLC
Trusco-Ridgeworth Funds High Income Fund
Trusco-Ridgeworth Funds Strategic Income

Fund
UBS AG
UBS O'Connor LLC
Van Kampen Asset Management
Varde Investment Partners, L.P.
Varde Partners Inc.
Venor Capital Management LP
VGE III Portfolio Ltd.
Viking Global Equities LP
Viking Global Equities II LP
Viking Global Performance LLC
W R Huff Asset Management
Wachovia Bank National Association
Waterstone Market Neutral Master Fund, Ltd.
Waterstone Market Neutral Mac51 Fund, Ltd.
Wells Capital Management Incorporated
Wells Fargo Foothill Inc.
West Gate Horizons Advisors LLC
Western Asset Management
WestLB AG
Whitehorse Capital Partners LP
Wilmington Trust Company – Delaware
York Capital Management
Z Capital Senior Debt Fund L P
Zohar II 2005-1 Ltd.

## COUNTERPARTIES TO HEDGING AGREEMENTS

Barclays Capital

## AGENTS UNDER CREDIT AGREEMENTS

BANC OF AMERICA SECURITIES LLC
BANK OF AMERICA, N.A.
BARCLAYS BANK PLC
CITICORP NORTH AMERICA, INC.
CITIGROUP GLOBAL MARKETS, INC.
JPMORGAN CHASE BANK, N.A.
JPMORGAN SECURITIES, INC.
MERRILL LYNCH CAPITAL
CORPORATION
MERRILL, LYNCH, PIERCE, FENNER &
SMITH, INC.

## SIGNIFICANT HOLDERS OF DEBTORS' PREPETITION NOTES

Aurelius Capital Management LP
Centerbridge Credit Advisors LLC
Centerbridge Partners, L.P.

## INDENTURE TRUSTEES

Deutsche Bank National Trust Company
   Americas
Law Debenture Trust Company of New York
Wilmington Trust Company

## FORMER INDENTURE TRUSTEES

Bank of Montreal Trust Company
Bank of New York
Citibank, N.A.
First Interstate Bank of California
Wells Fargo Bank, N.A.

## PROFESSIONALS RETAINED BY PREPETITION LENDERS

Davis Polk & Wardwell
Richards, Layton & Finger, P.A.
FTI Consulting
Kramer Levin Naftalis & Frankel LLP
Blackstone Advisory Services, L.P.
Wiley Rein LLP

## PROFESSIONALS RETAINED BY POSTPETITION LENDERS

Mayer Brown LLP
Edward Angell Palmer & Dodge LLP

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

J.P. Morgan Chase Bank, N.A.
Warner Brothers Television
Pension Benefit Guaranty Corporation
Merrill Lynch Capital Corporation
Vertis, Inc.
Washington-Baltimore Newspaper Guild
Wilmington Trust Company
William Niese

## PROFESSIONALS RETAINED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Chadbourne & Parke LLP
Landis Rath & Cobb LLP
AlixPartners, LLP
Moelis & Company LLC
Zuckerman Spaeder LLP

## PROFESSIONALS RETAINED BY THE DEBTORS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS

Alvarez & Marsal North America LLC
Campbell & Levine
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Deloitte & Touche LLP
Dow Lohnes, PLLC
Daniel J. Edelman, Inc.
EPIQ Bankruptcy Solutions, LLC
Ernst & Young LLP
Jenner & Block LLP
Jones Day
Lazard Freres & Co.
Levine Sullivan
McDermott Will & Emery LLP
Mercer (US) Inc.
Paul Hastings Janofsky & Walker LLP
PricewaterhouseCoopers LLP
Reed Smith LLP
Seyfarth Shaw LLP
Sidley Austin LLP
Sitrick

## INSURANCE CARRIERS

Ace American Insurance Company
Allied World Insurance Company, Ltd (AWAC)
Axis Reinsurance Company
Chubb Atlantic Indemnity Ltd.
Executive Risk Indemnity Inc. (Chubb)
Federal Insurance Company (Chubb)
FM Global
Global Aerospace
The Hartford Insurance Group
Illinois National Insurance Company (AIG)
Indian Harbor Insurance/ESC (XL)
Lexington Insurance Company

Lloyd's
Multimedia Insurance Company
St. Paul Fire & Marine Insurance Company
(Travelers)
Scottsdale GL
XL Insurance (Bermuda) Ltd.
Zurich American Insurance Company

## **DEBTORS' MAJOR CUSTOMERS**

American Express Co
Anheuser Busch
Arby's Restaurants Ltd.
AT&T
AT&T (A) [2]
AT&T (B) [2]
Bank of America
Cablevision
Carl's Jr. Fast Food
Carmax
Carnival Corp.
Circuit City
Citigroup
Comcast
Comcast Cable
Corinthian Schools
Countrywide Financial
CP Chrysler Factory
CP Dodge Dealer Association
CP Jeep/Eagle Dealer Association
Dell
Disney – Buena Vista
Domino's Pizza
Dunkin Donuts
Empire Home Services
Everest College
Foodmaker/Jack in the Box
Ford
Ford Dealer Associations
Ford Mazda Factory
GE – Vivendi Universal
GEICO
General Mills
General Motors
Glaxo Smith Kline Beecham Welcome
GM Chevy Dealer Associations
GM Chevy Factors
GM General Motors Corp
Honda Acura Factory
Honda Dealer Associations

Honda Factory
Hyundai Dealer Associations
Issue Advertising – Political
ITT Educational Services
Johnson & Johnson
Kent Advertising
Kia Factory Motors
Kraft General Foods
Liberty Travel
Lincoln Technical Institute
Lowe's – Home Improvement
Maximum Coverage Media – Euro RSCG
McDonalds – McDonald's
Metro Cable
News America Publ'g FSI
News Corp
News Corp – 20th Century Fox – Home -
Theatrical
Nissan Dealer Associations
Nissan Factory
Nissan Infiniti Factory
Pepsi – Pepsi Cola Various
Pfizer
Political Advertiser
Procter & Gamble – P&G
Program Buy-Miscellaneous
Progressive Insurance
Quest Personals
Qwest Communications
Raymour & Flanigan
Reckitt Benckiser
Six Flags Great America Parks
Sony Entertainment – Pictures – Columbia
Tristar
Southwest Airlines
Sprint/Nextel
Subway
Target Stores
T-Mobile
T-Mobile/Voice Stream
Toyota Dealer Associations
Toyota Lexus Dealer Associations
Toyota Local Dealers
TW New Line Cinema – Home Video
TW Time Warner
TW Warner Brothers
TW Warner Communications
U.S. Cellular
Valassis
Verizon Wireless

Verizon Wireless – Cellular
Viacom – Paramount
Volkswagen Factory
Wachovia Bank
Washington Mutual
Washington Mutual
Westwood College
White Castle
Yum Brands – Kentucky Fried Chicken
Yum Brands – Pizza Hut
Yum Brands – Taco Bell

## PARTIES TO SIGNIFICANT LITIGATION WITH THE DEBTORS

Aaron Wider
Abner Boy Shepard Holy Ghost
Albert E. Brooke
Allen Francisco
Andrea Dworkin
Andrew Faggio
Andy Martin
Angel T. Haldeman
Anthony Conte
AP&J Building Maintenance
AR Sandri Inc.
Arco Gas Station
Artini-Zak Corporation, Inc.
Barbara Roessner
Beneficial Innovations, Inc.
Bijan Kohanzad
Bill McNair
Body Solutions of Manhattan
Bonnie Cronin
Bruce Mickelson
CBS Broadcasting Inc.
CBS Radio Inc.
Charlemagne Louis-Charles
Charles Evans
City of New Haven
College Point Restaurant, Corp.
Corie Brown
Crab House of Douglaston, Inc.
Curtis Wallace
Dan Neil
Danial Mazurkewicz
Daniel Kohanof
David Kissi
Derrick Bell
Donald Sylvester

Douglas M. Guetzloe
Dylan Frederick Balbon Glorioso
East Coast Preferred Properties, Inc.
East Coast Realtors, Inc.
Eastern Financial Florida Credit Union
Edd Arnett
Edgar Wilburn Jr.
Edward Arnett Johnson
Edward Roeder
Electronic Imaging Systems of America, Inc.
Elite Staffing Inc.
ET Week Publication, Inc.
Felicidad Balbon
First United Bank; Illinois Banking Corporate
Gallagher's II
Gary Grant
Gary Libow
Gary W. Garcia
George Liberman Enterprises, Inc.
George Spanos
Gerald Breimon
Gerald Posner
Geraldine A. Feichtel
Gerard E. Schultz
Grace M. Moreo
Greenberg & Stein, LLP
Gutman Pain/Accident Center Inc.
Henry Weinstein
Herschel Collins
Hillard J. Quint
HTFC Corporation
Hustedt Chevrolet, Inc.
Hy-Ko Products Company
Isaiah Shannon
Jack Nelson
Jacqueline Espinal
James Allen
James Gleick
Jay Feldman
Jay R. Serkin
Jayne Clement
Jennifer Faggio
Jesse Jackson
Jessy Thomas
Jill Hueckel
Jo Anne Lawson
John Gallant
John William Smithers, Sr.
Jon Robert Van Senus
Joseph DeSola
Joseph Mauro

Joyce Johnson
Julie Ficht
Keiffer J. Mitchell, Sr
Kevin Ealy
Kevin Grams
Letty Cottin Pogrebin
Lisa M. Leger
Loretta Grant
Louis Muscari
Luqman H Mohammed
Lynn Brenner
Mamie Hector
Marie Winn
Marion Milton
Mary Ann Sherman
Medically Speaking LLC
Michael Castleman, Inc.
Michael Cordts
Michael E. Gutman
Michael W. Owens
Mike Gutman MD
Miriam Raftery
Myron Levin
Neala Olson
Norton Giffis
P/K Associates, Inc.
Pamela Peyck
Parallel Productions, Inc.
Park Avenue Aesthetic Surgery, PC
Parren J. Mitchell
Paul Newer
Paula McDonald
Pearl Evans
Penelope Henderson
R. L. Wilson
Rachel De Maso
Realty Executives
Reed Simpson
Richard Shannon
Robert E. Treuhaft and Jessica L. Treuhaft
Trust
Robert Lacey
Robin Vaughan
Ron Bon Pub, Inc.
Ronald Hayman
Scott A. Russo
Sean Serrao
Shirley Ann Smithers
Simone Ano Conigliaro
Southern Connecticut Newspapers, Inc.
Spectron Site Group

Tac Catering, Inc.
Taki House, Inc.
The Authors Guild, Inc.
The Bikini Network.com
The National Writers Union
Thomas L. Knight
Tom Dunkel
TV Guide Online, Inc.
TV Guide Online, LLC
Tweeter Home Entertainment Group
TWTR, Inc.
U.S. Bank National Association
Victor Cruz
Victoria Vogel
VW Sterling Corporation
Walter Roche, Jr.
Warren Beatty

## DEBTORS' SIGNIFICANT LANDLORDS

1920 Colorado, Inc.
20 Church Street, LLC
220 News Building LLC
220 News LLC c/o The Witkoff Group LLC
9090 Enterprises
BBL Tribune, Inc.
BKM 3128 Redhill Associates LLC
Boca Warehousing, Inc.
Braver and Sauer Investments
Canyon Corporate Centre, Ltd.
Carson Dominguez Properties, LP
Catellus Development Corporation
Davis Partners LLC
Duke Realty Limited Partnership
Duke York Road, LLC c/o Duke Realty Corp.
Forest Lawn Cemetery Association
Galleria Operating Co., LLC
IAC Aviation LLC
Isadore Samuel Socransky & Socransky
Family Trust
J. Ahzaraba Investors LLC
JKS-CMFV, LLC
L&L Holding Company, LLC
L&L Realty LLC
L/B Via Colinas LLC
Lauderdale River, Inc.
LIT Finance L.P.
Luc and Shirley Matilla

11

Majestic Realty Co. and Yorba Linda Sub, LLC
N&S Butters
North Hills Industrial Park, Inc.
Northlake Property, LLC
Penzance 2121 Wisconsin Ave., LLC
Realty Associates Fund VIII LP
Richard and Grace Dickman
RR Crane Investment Corporation
Santa Monica HSR L.P. c/o The Beacon Companies
Symbiont, L.P.
The Cracchiolo Group, LP
The J. David Gladstone Institutes
The Richlar Partnership
Trio Associates
Viola Industries
Vornado 330 West 34th Street LLC
Wells Fargo Bank, N.A.
Woodies Holding, LLC
Zellwin Farms Company

## JUDGES OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Kevin J. Carey
Judith K. Fitzgerald
Kevin Gross
Brendan L. Shannon
Peter J. Walsh
Mary F. Walrath
Christopher S. Sontchi

## OFFICE OF THE UNITED STATES TRUSTEE

David Buchbinder
Jane Leamy
Joseph McMahon
Mark Kenney
David Klauder
Richard Schepacarter
Roberta A. DeAngelis
William K. Harrington

## ESOP TRUSTEE

GreatBanc Trust Company

## ENTITIES INVOLVED IN LEVERAGED ESOP TRANSACTION

EGI-TRB, L.L.C.
Sam Investment Trust
Tribune Employee Stock Ownership Plan
TESOP CORPORATION
GOLDMAN SACHS & CO.

## SIGNIFICANT FORMER SHAREHOLDERS

CANTIGNY FOUNDATION
CHANDLER TRUST NO. 1
CHANDLER TRUST NO. 2
Robert R. McCormick Tribune Foundation
TMCT, LLC
TMCT II, LLC

## MAJOR HOLDERS OF PHONES

Camden Partners
Citadel Investment Group LLC
Sandelman Partners LP
SuttonBrook Capital Management LP

## COUNTERPARTIES TO RECENT SIGNIFICANT ASSET DISPOSITIONS

FREEDOM COMMUNICATIONS, INC.
GANNETT CO., INC.
HEARST CORPORATION
SUNBEAM TELEVISION CORPORATION
TARGET MEDIA PARTNERS

## JOINT VENTURE PARTNERS

GANNETT CO., INC.
THE MCCLATCHY CO., INC.
MEDIANEWS GROUP, INC.
MICROSOFT CORPORATION

## OTHER

EQUITY GROUP INVESTMENTS LLC

## EQUITY METHOD INVESTMENTS

CAREERBUILDER, LLC

CALIFORNIA INDEPENDENT POSTAL
SYSTEMS
CLASSIFIED VENTURES, LLC
COMCAST SPORTSNET CHICAGO
CONSUMER NETWORKS
LEGACY.COM
METROMIX, LLC
SHOPLOCAL, LLC
TOPIX, LLC
TELEVISION FOOD NETWORK, G.P.

## **COUNTERPARTIES TO FORMATION AGREEMENT**

Chicago Cubs Dominican Baseball Operations, LLC
Tribune CNLCB, LLC (f/k/a Chicago National
League Ball Club, LLC)
Diana-Quentin, LLC
RAC Education Trust OSA, LLC
Ricketts Acquisition LLC
Tribune Company
Tribune Sports Network Holdings, LLC
Wrigley Field Premium Ticket Services, LLC

CH1 4552169v.2

**EXHIBIT B**

**DEBTORS AND NON-DEBTOR AFFILIATES**
Tribune Company
Hoy, LLC
Los Angeles Times
Orlando Sentinel Communications Company[†]
Tribune Broadcasting Company
Tribune Entertainment Company
Tribune Media Net, Inc.
Tribune Media Services, Inc.
Tribune Publishing Company
Chicagoland Publishing Company

**DIRECTORS' CURRENT AND FORMER DIRECTORS AND OFFICERS**
Randy Michaels

**THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)**
Barclays Capital
Deutsche Bank National Trust Company
J.P. Morgan Chase Bank, N.A.
Merrill Lynch Capital Corporation[†]
Twentieth Television

**CLBC TWENTY LARGEST UNSECURED CREDITORS**
Bunzl
Chicago Cubs Charities[†]
JP Morgan Chase Bank, N.A.
Merrill Lynch Capital Corporation[†]

**PREPETITION LENDERS TO THE DEBTORS**
ABN Amro Holdings NV[†]
Aegon USA Investment Management[†]
AIG Global Investment Corp.[†]
Airlie Opportunity Capital Management L.P.[†]
Allstate Investment Management Company[†]
Angelo Gordon & Co LP

---

\*       In certain instances, the Firm's conflict search identified a possible connection based on a similar name, although the party identified in the Firm's conflict search may not be same party set forth on the list provided by the Debtors.  Out of an abundance of caution, such potential connections have been disclosed herein.

†       While we do not represent the entity identified in the Debtors' conflicts list, we may represent one or more affiliates of such entity.

Ares Management LP

Bank of America N.A.

Barclays Bank plc

Blue Shield of California[†]

Capital Source Finance LLC

Carlyle Investment Management LLC[†]

Citicorp North America, Inc.

Credit Suisse Group AG[†]

Davidson Kemper Capital Management LLC

Deutsche Bank AG

Farallon Capital Management LLC

Fidelity Investments/Fidelity Mutual Fund Comp

Franklin Advisers, Inc.[†]

Goldman Sachs Group, Inc.

Guggenheim Management LLC[†]

Hartford Investment Management Company[†]

ING Investment Management LLC[†]

Jefferson Pilot Financial Insurance Company

John Hancock A/C 62 JH High Yield Fund[†]

JP Morgan Chase Bank, N.A.

KKR Financial Corporation[†]

Lehman Brothers Commercial Bank[†]

Lehman Brothers Holdings Inc.

Loews Corporation[†]

Meritage Fund Limited*[†]

Merrill Lynch & Co., Inc.

Metropolitan Life Insurance Company

Morgan Stanley

MSD Capital LP

National City Corporation[†]

New York Life Insurance Company

New York Life Investment Management

Nomura Corporate Research & Asset Management[†]

Oppenheimer Funds Inc.[†]

Prudential Investment Management Inc.[†]

Rabobank Int'l[†]

Royal Bank of Scotland plc

Sandell Asset Management Corporation

Scoggin Capital Management LP II[†]

- 3 -

Silver Point Capital LP - FSG[†]
Societe General
Sumitomo Mitsui Banking Corporation[†]
Swiss Reinsurance Company Ltd. [†]
Trimaran Advr LLC[†]
UBS AG[†]
Van Kempen Asset Management
Varde Partners Inc.
Wachovia Bank National Association
Wells Fargo Foothill[†]
Western Asset Management[†]
Wilmington Trust Company - Delaware

## COUNTERPARTIES TO HEDGING AGREEMENTS
Barclays Capital

## AGENTS UNDER CREDIT AGREEMENTS
Banc of America Securities LLC
Bank of America, N.A.
Barclays Bank plc
Citicorp North America, Inc.
Citigroup Global Markets, Inc.
JPMorgan Chase Bank, N.A.
JPMorgan Securities, Inc.
Merrill Lynch Capital Corporation[†]


## INDENTURE TRUSTEES
Deutsche Bank National Trust Company Americas
Law Debenture Trust Company of New York
Wilmington Trust Company

## FORMER INDENTURE TRUSTEES
Bank of New York
Citibank, N.A.
Wells Fargo Bank, N.A.

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
J.P Morgan Chase Bank, N.A..
Pension Benefit Guaranty Corporation
Wilmington Trust Company

**OTHER PROFESSIONALS RETAINED BY THE DEBTORS OUTSIDE**
**OF THE ORDINARY COURSE OF BUSINESS**
Alvarez & Marsal North America LLC
Daniel J. Edelman, Inc.
Epiq Bankruptcy Solutions, LLC[†]
Lazard Freres & Co.
McDermott Will & Emery LLP
Mercer (US) Inc.[†]
PricewaterhouseCoopers LLP
Reed Smith LLP

**INSURANCE CARRIERS**
Chubb[†]
Executive Risk Indemnity Inc, (Chubb)[†]
Federal Insurance Company (Chubb)[†]
Global Aerospace
The Hartford Insurance Group
Illinois National Insurance (AIG)[†]
Indian Harbor Insurance/ESC (XL)[†]
Lexington Insurance Company
St. Paul Fire & Marine Insurance Company[†]
Scottsdale GL[†]
XL Insurance (Bermuda) Ltd.[†]
Zurich American Insurance Company

**MAJOR CUSTOMERS OF THE DEBTORS**
American Express Co.
Anheuser Busch
AT&T
Bank of America
Cablevision
Carnival Corp.
Citigroup
Comcast
Corinthian Schools[†]
Countrywide Financial
Dell
Disney - Buena Vista[†]
Foodmaker/Jack in the Box
Geico[†]
Glaxo Smith Kline Beecham Welcome
Hyundai Dealer Associations[†]

Johnson & Johnson

McDonalds

Pepsi - Pepsi Cola Various[†]

Pfizer

Progressive Insurance

Qwest Communications[†]

Sony Entertainment - Pictures - Columbia Tristar[†]

Sprint/Nextel

T-Mobile

Verizon Wireless

Viacom - Paramount[†]

Wachovia Bank

YUM Brands

**PARTIES TO SIGNIFICANT LITIGATION WITH THE DEBTORS**

TV Guide Online, Inc.[†]

TV Guie Online, LLC[†]

U.S. Bank National Association

**SIGNIFICANT LANDLORDS OF THE DEBTOR**

Realty Associates Fund[†]

Wells Fargo Bank, N.A.

**ENTITIES INVOLVED IN LEVERAGED ESOP TRANSACTIONS**

Goldman Sachs & Co.

**MAJOR HOLDERS OF PHONES**

Citadel

**COUNTERPARTIES TO RECENT SIGNIFICANT ASSET DISPOSITIONS**

Gannett Co. Inc.

Hearst Corporation[†]

**JOINT VENTURE PARTNERS**

Gannett Co., Inc.

Microsoft Corporation

**OTHER**

Equity Group Investments, LLC

## EQUITY METHOD INVESTMENTS
Classified Ventures
Comcast Sportsnet Chicago[†]

## COUNTERPARTIES TO FORMATION OF AGREEMENTS
Chicago Cubs Baseball Operations, LLC[†]
Tribune Company

## FORMER CLIENTS OF THE FIRM

## DEBTORS' PRE-PETITION LENDERS
Bear Stearns & Co.
Marathon Asset Management LLC*[†]
Pacific Investment Management Co. Inc
Patriarch Partners, LLC
PPM America Incorporated[†]
Putnam Investment Management LLC
RiverSource Investments LLC[†]
Talon Asset Management Inc.
The Norinchukin Bank

## JOINT VENTURE PARTNER
Media News Group, Inc.

## EQUITY METHOD INVESTMENT
CareerBuilder, LLC[†]

## DEBTORS' MAJOR CUSTOMER
General Mills
Johnson & Johnson
Maximum Coverage Media - Euro RSCG[†]
Six Flags Great American Parks[†]
TW Time Warner†
TW Time Warner Brothers[†]
U.S. Cellular

## INSURANCE CARRIERS
Ace American Insurance Company[†]
Axis Reinsurance Company[†]
Chubb Atlantic Indemnity Ltd.
Lloyd's[†]

**CNLBC TWENTY LARGEST UNSECURED CREDITORS**
Chicago Transit Authority
Major League Baseball

**SIGNIFICANT HOLDERS OF DEBTORS' PREPETITION NOTES**
Centerbridge Credit Advisors LLC

**ORDINARY COURSE PROFESSIONALS**
Jones Day

**THIRTY LARGEST UNSECURED CREDITORS**
NBC Universal Domestic Television[†]

**OTHER**
Sun Times Media Group, Inc.