# EXHIBIT "A"

{698.001-W0017883.}

## EXHIBIT "A" – SUMMARY SHEET

October 1, 2011 through and including October 31, 2011

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $690.00 | 16.20 | $11,178.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $610.00 | 106.20 | $64,782.00 |
| Richard S. Cobb | Partner; admitted DE 1993, PA 1994 | May, 1992 | $610.00 | 56.10 | $34,221.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $475.00 | 48.70 | $23,132.50 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $425.00 | 27.10 | $11,517.50 |
| James S. Green | Associate; admitted DE 2003 | May, 2003 | $385.00 | 125.20 | $48,202.00 |
| J. Landon Ellis | Associate; admitted DE 2006 | May, 2006 | $325.00 | 5.40 | $1,755.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $295.00 | 31.90 | $9,410.50 |
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $295.00 | 61.20 | $18,054.00 |

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Frances A. Panchak | Paralegal | N/A | $225.00 | 74.20 | $16,695.00 |
| Cathy A. Adams | Paralegal | N/A | $200.00 | 2.60 | $520.00 |
| Linda M. Rogers | Paralegal | N/A | $200.00 | 108.40 | $21,680.00 |
| Anthony C. Dellose | Paralegal | N/A | $190.00 | 33.30 | $6,327.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | 11.00 | $1,375.00 |
| | | | Total | 707.50 | $268,849.50 |

**Blended Rate: $380.00**