# EXHIBIT "C"

```
                                                      November 23, 2011
                                                      Account No:   698-001
                                                      Statement No:   14436
Tribune Company, et al. bankruptcy
```

### Expenses

| | |
|---|---:|
| Postage | 63.83 |
| Copying | 1,198.50 |
| Overnight Delivery | 6,844.66 |
| Courier Fees | 361.25 |
| Online research | 6.67 |
| Outside Duplication Services | 19,358.88 |
| Electronic Filing - PACER | 112.72 |
| US Postage | 11.62 |
| Court Reporter fees | 694.35 |
| Meals | 264.27 |
| Telephonic Court Appearance | 390.00 |
| **Total Expenses Thru 10/31/2011** | **29,306.75** |

**Detail Cost Transaction File List**
Landis Rath & Cobb LLP

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

Client ID 698.001 Official Committee of Unsecured Creditors

| Client | Trans Date | Tmkr | H/P | Tcode | Rate | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|
| 698.001 | 10/03/2011 | AGL | P B100 | E216 | | 6.50 | Courier Fees Digital Legal, LLC - Invoice 60667 | 1993 |
| 698.001 | 10/03/2011 | AGL | P B100 | E228 | | 180.00 | Telephonic Court Appearance American Express - CourtCall IDs 4500105,4499846,4499799,4499807,4499880,4499854 | 1994 |
| 698.001 | 10/03/2011 | AGL | P B100 | E217 | | 136.00 | Court Reporter fee Diaz Data Services - Invoice 8338 | 2010 |
| 698.001 | 10/03/2011 | AGL | P B100 | E101 | 0.100 | 97.40 | Copying | 2013 |

Subtotal for Transaction Date 10/03/2011    Billable    419.90

| 698.001 | 10/04/2011 | AGL | P B100 | E217 | | 244.00 | Court Reporter fee Diaz Data Services - Invoice 8346 | 1985 |
| 698.001 | 10/04/2011 | AGL | P B100 | E218 | | 44.47 | Client meals - Breakfast LRC (2), Zuckerman (1), Chadbourne (1) Invoice 60667 | 2003 |
| 698.001 | 10/04/2011 | AGL | P B100 | E216 | | 6.50 | Courier Fees Digital Legal, LLC - Invoice 60667 | 2004 |
| 698.001 | 10/04/2011 | AGL | P B100 | E102 | | 782.90 | Outside printing Digital Legal, LLC - Invoice 60564 | 2006 |
| 698.001 | 10/04/2011 | AGL | P B100 | E101 | 0.100 | 453.60 | Copying | 2014 |
| 698.001 | 10/04/2011 | AGL | P B100 | E228 | | 90.00 | Telephonic Court Appearance American Express - Courtcall ID 4497214, 4497207, 4497196 | 2076 |

Subtotal for Transaction Date 10/04/2011    Billable    1,621.47

| 698.001 | 10/05/2011 | AGL | P B100 | E102 | | 87.07 | Outside printing Digital Legal, LLC - Invoice 60120 | 2005 |
| 698.001 | 10/05/2011 | AGL | P B100 | E101 | 0.100 | 6.70 | Copying | 2015 |

Subtotal for Transaction Date 10/05/2011    Billable    93.77

| 698.001 | 10/06/2011 | AGL | P B100 | E102 | | 150.00 | Outside printing/CD Copies: Digital Legal, LLC - Invoice 60608 | 2007 |
| 698.001 | 10/06/2011 | AGL | P B100 | E221 | | 117.10 | Overnight Delivery FedEx - Invoice 7-664-78722 | 2011 |
| 698.001 | 10/06/2011 | AGL | P B100 | E101 | 0.100 | 1.40 | Copying | 2016 |

Subtotal for Transaction Date 10/06/2011    Billable    268.50

| 698.001 | 10/07/2011 | AGL | P B100 | E101 | 0.100 | 1.50 | Copying | 2017 |
| 698.001 | 10/07/2011 | AGL | P B100 | E108 | | 37.20 | Postage | 2029 |
| 698.001 | 10/07/2011 | AGL | P B100 | E108 | | 6.70 | Postage | 2030 |

Subtotal for Transaction Date 10/07/2011    Billable    45.40

| 698.001 | 10/10/2011 | AGL | P B100 | E101 | 0.100 | 2.60 | Copying | 2018 |

Subtotal for Transaction Date 10/10/2011    Billable    2.60

| 698.001 | 10/11/2011 | AGL | P B100 | E102 | | 7,500.04 | Outside printing Parcels, Inc. - Invoice 343084 | 1999 |
| 698.001 | 10/11/2011 | AGL | P B100 | E216 | | 151.00 | Courier Fees Parcels, Inc. - Invoice 342884 | 2000 |
| 698.001 | 10/11/2011 | AGL | P B100 | E216 | | 78.00 | Courier Fees Parcels, Inc. - Invoice 342886 | 2001 |
| 698.001 | 10/11/2011 | AGL | P B100 | E102 | | 518.31 | Outside printing Digital Legal, LLC - Invoice 61013 | 2009 |
| 698.001 | 10/11/2011 | AGL | P B100 | E221 | | 6,727.56 | Overnight Delivery FedEx - Invoice 7-664-78722 | 2012 |
| 698.001 | 10/11/2011 | AGL | P B100 | E101 | 0.100 | 79.60 | Copying | 2019 |

Subtotal for Transaction Date 10/11/2011    Billable    15,054.51

| 698.001 | 10/12/2011 | AGL | P B100 | E102 | | 662.90 | Outside printing Digital Legal, LLC - Invoice 61008 | 2008 |
| 698.001 | 10/12/2011 | AGL | P B100 | E101 | 0.100 | 4.10 | Copying | 2020 |

| Date: 11/23/2011 | | | | | Detail Cost Transaction File List<br>Landis Rath & Cobb LLP | | | Page: 2 |
|---|---|---|---|---|---|---|---|---|
| | Client | Trans<br>Date | Tmkr | H<br>P | Tcode/<br>Task Code | Rate | Amount | Ref # |

Client ID 698.001 Official Committee of Unsecured Creditors

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Subtotal for Transaction Date 10/12/2011** | | | | | Billable | 667.00 | |
| 698.001 | 10/13/2011 | AGL P B100 | E216 | | 6.50 | Courier Fees Digital Legal, LLC - Invoice 61087 | 1997 |
| 698.001 | 10/13/2011 | AGL P B100 | E101 | 0.100 | 0.80 | Copying | 2021 |
| **Subtotal for Transaction Date 10/13/2011** | | | | | Billable | 7.30 | |
| 698.001 | 10/14/2011 | AGL P B100 | E216 | | 6.50 | Courier Fees Digital Legal, LLC - Invoice 61087 | 1998 |
| 698.001 | 10/14/2011 | AGL P B100 | E101 | 0.100 | 429.10 | Copying | 2022 |
| 698.001 | 10/14/2011 | AGL P B100 | E102 | | 1,896.80 | Outside printing Digital Legal, LLC - Invoice 61027 | 2035 |
| 698.001 | 10/14/2011 | AGL P B100 | E102 | | 844.28 | Outside printing Digital Legal, LLC - Invoice 61047 | 2036 |
| 698.001 | 10/14/2011 | AGL P B100 | E102 | | 17.42 | Outside printing Digital Legal, LLC - Invoice 61120 | 2038 |
| **Subtotal for Transaction Date 10/14/2011** | | | | | Billable | 3,194.10 | |
| 698.001 | 10/17/2011 | AGL P B100 | E101 | 0.100 | 13.90 | Copying | 2023 |
| 698.001 | 10/17/2011 | AGL P B100 | E102 | | 811.52 | Outside printing Digital Legal, LLC - Invoice 61134 | 2039 |
| 698.001 | 10/17/2011 | AGL P B100 | E102 | | 1,505.45 | Outside printing Digital Legal, LLC - Invoice 61135 Notice of Hearing | 2040 |
| **Subtotal for Transaction Date 10/17/2011** | | | | | Billable | 2,330.87 | |
| 698.001 | 10/18/2011 | AGL P B100 | E101 | 0.100 | 20.50 | Copying | 2024 |
| 698.001 | 10/18/2011 | AGL P B100 | E108 | | 1.28 | Postage | 2031 |
| 698.001 | 10/18/2011 | AGL P B100 | E102 | | 38.97 | Outside printing Digital Legal, LLC - Invoice 61131 | 2037 |
| 698.001 | 10/18/2011 | AGL P B100 | E216 | | 5.00 | Courier Fees Digital Legal, LLC - Invoice 61279 | 2041 |
| **Subtotal for Transaction Date 10/18/2011** | | | | | Billable | 65.75 | |
| 698.001 | 10/19/2011 | AGL P B100 | E217 | | 129.95 | Court Reporter fee Diaz Data Services - Invoice 8397 | 2002 |
| 698.001 | 10/19/2011 | AGL P B100 | E101 | 0.100 | 13.90 | Copying | 2025 |
| 698.001 | 10/19/2011 | AGL P B100 | E108 | | 5.40 | Postage | 2032 |
| 698.001 | 10/19/2011 | AGL P B100 | E218 | | 137.70 | Client meals - Lunch for 6: LRC (4), Zuckerman (1), Chadbourne (1) - Invoice 61279 | 2042 |
| 698.001 | 10/19/2011 | AGL P B100 | E216 | | 20.00 | Courier Fees Digital Legal, LLC - Invoice 61279 | 2043 |
| 698.001 | 10/19/2011 | AGL P B100 | E228 | | 60.00 | Telephonic Court Appearance American Express - Courtcall ID 4529725, 4529712 | 2077 |
| **Subtotal for Transaction Date 10/19/2011** | | | | | Billable | 366.95 | |
| 698.001 | 10/20/2011 | AGL P B100 | E101 | 0.100 | 8.90 | Copying | 2026 |
| 698.001 | 10/20/2011 | AGL P B100 | E216 | | 29.25 | Courier Fees Digital Legal, LLC - Invoice 61279 | 2044 |
| 698.001 | 10/20/2011 | AGL P B100 | E108 | | 5.40 | Postage | 2047 |
| 698.001 | 10/20/2011 | AGL P B100 | E102 | | 705.74 | Outside printing Digital Legal, LLC - Invoice 61210 | 2050 |
| 698.001 | 10/20/2011 | AGL P B100 | E102 | | 3,121.56 | Outside printing Digital Legal, LLC - Invoice 61215 | 2051 |
| **Subtotal for Transaction Date 10/20/2011** | | | | | Billable | 3,870.85 | |
| 698.001 | 10/21/2011 | AGL P B100 | E216 | | 9.00 | Courier Fees Digital Legal, LLC - Invoice 61279 | 2045 |
| 698.001 | 10/21/2011 | AGL P B100 | E108 | | 7.85 | Postage | 2048 |
| 698.001 | 10/21/2011 | AGL P B100 | E204 | | 5.81 | Postage - Digital Legal, LLC Invoice 61225 | 2052 |

Date: 11/23/2011

**Detail Cost Transaction File List**
Landis Rath & Cobb LLP

Page: 3

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| *Subtotal for Transaction Date 10/21/2011* | | | | | Billable | 22.66 | | |
| 698.001 | 10/24/2011 | AGL | P | B100 E101 | 0.100 | 4.70 | Copying | 2027 |
| 698.001 | 10/24/2011 | AGL | P | B100 E102 | | 364.03 | Outside printing Digital Legal, LLC - Invoice 61249 | 2053 |
| 698.001 | 10/24/2011 | AGL | P | B100 E204 | | 5.81 | Postage - Digital Legal, LLC Invoice 61254 | 2054 |
| 698.001 | 10/24/2011 | AGL | P | B100 E216 | | 6.50 | Courier Fees Digital Legal, LLC - Invoice 61462 | 2060 |
| *Subtotal for Transaction Date 10/24/2011* | | | | | Billable | 381.04 | | |
| 698.001 | 10/25/2011 | AGL | P | B100 E101 | 0.100 | 24.80 | Copying | 2028 |
| 698.001 | 10/25/2011 | AGL | P | B100 E102 | | 156.40 | Outside printing Digital Legal, LLC - Invoice 61198 | 2055 |
| 698.001 | 10/25/2011 | AGL | P | B100 E216 | | 30.00 | Courier Fees Digital Legal, LLC - Invoice 61462 | 2061 |
| *Subtotal for Transaction Date 10/25/2011* | | | | | Billable | 211.20 | | |
| 698.001 | 10/26/2011 | AGL | P | B100 E101 | 0.100 | 18.50 | Copying | 2033 |
| 698.001 | 10/26/2011 | AGL | P | B100 E102 | | 80.03 | Outside printing Digital Legal, LLC - Invoice 61371 | 2056 |
| *Subtotal for Transaction Date 10/26/2011* | | | | | Billable | 98.53 | | |
| 698.001 | 10/27/2011 | AGL | P | B100 E101 | 0.100 | 3.30 | Copying | 2034 |
| 698.001 | 10/27/2011 | AGL | P | B100 E102 | | 32.05 | Outside printing Digital Legal, LLC - Invoice 61388 | 2057 |
| *Subtotal for Transaction Date 10/27/2011* | | | | | Billable | 35.35 | | |
| 698.001 | 10/31/2011 | AGL | P | B100 E101 | 0.100 | 13.20 | Copying | 2046 |
| 698.001 | 10/31/2011 | AGL | P | B100 E217 | | 184.40 | Court Reporter fee Diaz Data Services - Invoice 8423 | 2049 |
| 698.001 | 10/31/2011 | AGL | P | B100 E102 | | 83.41 | Outside printing Digital Legal, LLC - Invoice 61424 | 2058 |
| 698.001 | 10/31/2011 | AGL | P | B100 E215 | | 6.67 | Online research - LexisNexis Invoice 1110141925 | 2059 |
| 698.001 | 10/31/2011 | AGL | P | B100 E218 | | 82.10 | Meals: Lunch for LRC (2), Zuckerman (2), Chadbourne (1) - Invoice 61594 | 2070 |
| 698.001 | 10/31/2011 | AGL | P | B100 E216 | | 6.50 | Courier Fees Digital Legal, LLC - Invoice 61594 | 2071 |
| 698.001 | 10/31/2011 | AGL | P | B100 E208 | | 112.72 | Electronic Filing PACER | 2074 |
| 698.001 | 10/31/2011 | AGL | P | B100 E228 | | 60.00 | Telephonic Court Appearance American Express - Courtcall ID 4553024, 4552951 | 2079 |
| *Subtotal for Transaction Date 10/31/2011* | | | | | Billable | 549.00 | | |
| **Total for Client ID 698.001** | | | | | **Billable** | **29,306.75** | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |
| **GRAND TOTALS** | | | | | | | | |
| | | | | | Billable | 29,306.75 | | |