# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL bar since 1987. | $560.00 | 23.90 | $13,384.00 |
| Moss, J Andrew | Partner. Joined firm in 2003. Member of IL Bar since 1999. Member of CA bar since 2003 | $520.00 | 18.50 | $9,620.00 |
| Law, Timothy P. | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $465.00 | .20 | $93.00 |
| Raines, Lana J. | Associate. Joined firm in 2003. Member of IL bar since 2002. | $450.00 | 32.40 | $14,580.00 |
| J. Cory Falgowski | Associate. Joined firm as associate in 2004. Member of DE bar since 2004. | $410.00 | .20 | $82.00 |
| Rosenfeld, David | Associate. Joined firm in 2007. Member of IL bar since 2005. | $325.00 | .20 | $65.00 |
| Lord, John B. | Paralegal. Joined Firm in 2000. | $270.00 | .50 | $135.00 |
| Lankford, Lisa A. | Practice Group Specialist. Joined Firm in 2000. | $170.00 | 10.90 | $1,853.00 |
| Hamilton, Lamont D. | Case Assistant. Joined Firm in 2002. | $105.00 | 2.00 | $210.00 |
| **Grand Total:** | | | 88.80 | $40,022.00 |
| Blended Rate: | | | | $450.70 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $501.64 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---:|---:|
| Reliance/Times Mirror – 00004 | .20 | $93.00 |
| Insurance Counseling – 00005 | 63.50 | $31,314.00 |
| Marsh – 00008 | .20 | $65.00 |
| Fee Applications – 00009 | 24.90 | $8,550.00 |
| **TOTAL:** | **88.80** | **$40,022.00** |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2196990
Invoice Date: November 15, 2011

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through October 31, 2011

| | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| **NON-BANKRUPTCY/REORGANIZATION** | | | | |
| RE: | Reliance/Times Mirror 503842.00004 | $93.00 | $0.00 | $93.00 |
| RE: | Insurance Counseling 503842.00005 | $24,296.00 | $2,395.53 | $26,691.53 |
| RE: | Marsh 503842.00008 | $65.00 | $19.96 | $84.96 |
| | **Current Invoice Total:** | **$24,454.00** | **$2,415.49** | **$26,869.49** |
| **BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
| RE: | Insurance Counseling 503842.00005 | $7,018.00 | $60.98 | $7,078.98 |
| RE: | Fee Applications 503842.00009 | $8,550.00 | $75.85 | $8,625.85 |
| | **Current Invoice Total:** | **$15,568.00** | **$136.83** | **$15,704.83** |
| | | | **INVOICE TOTAL:** | **$42,574.32** |

### REMITTANCE COPY

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2196990)

November 15, 2011     Case 08-13141-BLS    Doc 10299-3    Filed 11/25/11    Page 5 of 17    Invoice: 2196990
RE:     Reliance/Times Mirror                                                      Page 2
       (503842.00004)

## NON-BANKRUPTCY/REORGANIZATION
**RE:**    **Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/07/11 | TPL | E-mails to client regarding settlement follow up on claim/litigation strategy. | 0.20 |

                                    TOTAL FEES:            <u>$93.00</u>

                                        Fees & Disbursements      $93.00

## NON-BANKRUPTCY/REORGANIZATION
**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| TPL | T.P. Law | 0.20 | 465.00 | 93.00 |
| | | 0.20 | | 93.00 |

# NON-BANKRUPTCY/REORGANIZATION
## RE:　　Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/01/11 | AJM | Communications with J. Shugrue regarding FL insurance settlement agreement. | 0.10 |
| 10/01/11 | JDS | Emails with A. Moss regarding insurance settlement document. | 0.10 |
| 10/02/11 | AJM | Reviewed comments from class counsel on Neil/DOL settlement agreement with respect to insurance settlement agreement. | 0.50 |
| 10/03/11 | AJM | Communications with client representatives and counsel regarding teleconference to finalized Neil/DOL settlement. | 0.20 |
| 10/03/11 | JDS | Telephone conference with client regarding settlement of Neil and DOL matters. | 0.40 |
| 10/04/11 | AJM | Telephone call with J. Shugrue regarding settlement agreements (.1); communications with client regarding same (.2); reviewed email from bankruptcy counsel and client regarding settlement payment issues (.4); participated in teleconference with Neil/DOL counsel to discuss finalization of settlement agreement and next steps (.6); reviewed further email from bankruptcy counsel and client regarding payment issues (.3); worked on revisions to insurance settlement agreement (.2). | 1.80 |
| 10/04/11 | JDS | Analyzed emails from client, GreatBanc counsel, bankruptcy counsel regarding settlement documentation regarding Neil/DOL settlement (.4); telephone conference with A. Moss regarding same (.1). | 0.50 |
| 10/05/11 | AJM | Reviewed email from bankruptcy counsel, GreatBanc and DOL representatives regarding Neil/DOL settlement agreement. | 0.30 |
| 10/05/11 | JDS | Analyzed emails from client, BK counsel, GB counsel and Neil plaintiffs' counsel regarding draft long form settlement agreement. | 0.20 |
| 10/06/11 | AJM | Reviewed comments on proposed insurance settlement agreement from GreatBanc (.4); communications with J. Shugrue regarding same (.1); communications with insurer representatives regarding same (.4). | 0.90 |
| 10/06/11 | JDS | Emails with A. Moss regarding status of documentation regarding Neil/DOL settlement (.1); analyzed emails among counsel for parties to same (.2). | 0.30 |
| 10/07/11 | AJM | Reviewed revised mark-up of Neil/DOL settlement and communications from class and GreatBanc counsel regarding same. | 0.20 |

November 15, 2011     Case 08-13141-BLS    Doc 10299-3    Filed 11/25/11    Page 7 of 17    Invoice: 2196990
RE:     Insurance Counseling                                                          Page 4
           (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/10/11 | AJM | Reviewed email from defense counsel regarding Neil settlement documents (.1); communications with insurer counsel regarding insurance settlement agreement (.2). | 0.30 |
| 10/10/11 | JDS | Telephone conference with client, insurance broker regarding upcoming insurance policy renewals (.7); exchanged emails with client, bankruptcy counsel regarding upcoming hearing in bankruptcy court on settlement approval and comfort order (.2); analyzed and exchanged emails with client regarding insurance coverage question (.2); conferred with A. Moss regarding hearing on settlement approval (.2); analyzed and exchanged emails with insurers regarding long form insurance settlement agreement in connection with Neil/DOL/IRS settlements (.6). | 1.90 |
| 10/11/11 | AJM | Reviewed email from client regarding insurance settlements issues (.1); reviewed email from J. Shugrue regarding same (.1); communications with insurer counsel regarding same (.1). | 0.30 |
| 10/11/11 | JDS | Worked on follow up regarding insurance settlement documentation for Neil settlement. | 0.20 |
| 10/12/11 | LJR | Reviewed and analyzed D&O and FLI policies in connection with client inquiry regarding coverage (1.2); began drafting summary and analysis of same (.5); reviewed email correspondence regarding Neil insurance settlement agreement (.2). | 1.90 |
| 10/12/11 | AJM | Reviewed email from bankruptcy counsel regarding finalization of Neil settlement papers (.1); communications with J. Shugrue regarding same (.2); worked on revision to insurance settlement agreement (1.7); reviewed comments and correspondence from various parties regarding same (.2); communications with Zell counsel regarding same (.2); communications with J. Shugrue regarding comments on revised insurance settlement agreement (.2); communications with representatives of parties and insurers regarding review of same (.2); reviewed comments on same from J. Bailey (AXIS) (.3); reviewed email from K. Melvin (USSIC) (.1). | 3.20 |
| 10/12/11 | JDS | Worked on revising long form insurance settlement agreement regarding Neil, including communications with insurers, GreatBanc counsel and A. Moss. | 1.00 |
| 10/13/11 | LJR | Reviewed and analyzed D&O and FLI policies and finalized email regarding client inquiry related to coverage (.5); further review and analysis of policies and follow up communications with client and J. Shugrue regarding coverage issue (1.1); reviewed additional communications from client related to same (.2). | 1.80 |

Case 08-13141-BLS   Doc 10299-3   Filed 11/25/11   Page 8 of 17

November 15, 2011
RE:  Insurance Counseling
     (503842.00005)

Invoice: 2196990
Page 5

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/13/11 | JDS | Emails with client regarding question regarding insurance coverage (.2); analyzed issues related to insurance for third-party claim (.2); analyzed and exchanged emails with client, L. Raines regarding question concerning insurance coverage question (.5). | 0.90 |
| 10/14/11 | AJM | Reviewed email from insurer representatives for settlement agreement (.2); reviewed comments from same on insurance settlement agreement (.3); reviewed comments on revised draft settlement agreement from J. Shugrue (.1); worked on responsive comments on insurance settlement agreement to insurer representatives (1.0); communications with J. Shugrue regarding same (.5); communications with insurer representatives regarding same (.2); reviewed email from J. Bailey (AXIS) regarding insurance settlement agreement (.1); reviewed email from K. Melvin (USSIC counsel) regarding insurance settlement agreement (.1). | 2.50 |
| 10/14/11 | JDS | Analyzed and exchanged emails with insurer counsel, A. Moss regarding long form insurance settlement agreement regarding Neil, DOL and IRS matters. | 0.50 |
| 10/17/11 | LJR | Reviewed and analyzed newly issued policy endorsements and compared same to previously issued policy (1.6); reviewed and analyzed ongoing email correspondence with insurers, insurer counsel related to insurance settlement agreement for Neil matter (.5). | 2.10 |
| 10/17/11 | AJM | Communications with J. Shugrue regarding comments on insurance settlement (.4); communications with client regarding same (.2); communications with K. Melvin (USSIC), J. Bailey (AXIS) and J. Shugrue regarding insurance settlement agreement (.5); communications with client regarding same (.1); communications with GreatBanc counsel C. Jackson and D. Davidson regarding same (.3); communications with Chartis representatives regarding same (.2). | 1.70 |
| 10/17/11 | JDS | Worked on finalizing and obtaining execution by all parties of long form insurance settlement agreement regarding Neil/DOL/IRS, including multiple emails with insurers, GreatBanc and Zell counsel, client and A. Moss. | 1.70 |
| 10/18/11 | LJR | Conferred with J. Shugrue regarding status of various insurance related items (.2); reviewed draft notice letter in connection with employment matter and followed up with J. Shugrue regarding same (.3); brief discussion of letter with C. Leeman (.1); followed up regarding letter with K. Lantry (.2). | 0.80 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/18/11 | AJM | Communications with J. Shugrue regarding insurance settlement (.4); communications with GreatBanc representatives regarding same (.2); communications with K. Melvin (USSIC) regarding same (.2); communications with J. Lermond (Chartis) regarding same (.2); worked on execution copy of insurance settlement agreement and exhibits (1.5); communications with parties to settlement agreement (.3); reviewed fully executed Neil/DOL settlement agreement (.1); reviewed executed signature pages from various parties to insurance settlement agreement (.3); communications with client representatives regarding same (.2); communications with D. Sondgeroth (Zell/EGI-TRB) regarding same (.2); further communications with client, BK counsel and J. Shugrue regarding same (.5); multiple telephone calls with D. Sondgeroth to discuss execution of insurance agreement (.4); further communications with client representatives regarding same (.1); communications with K. Melvin regarding signature page (.1); communications with G. Smith (Chubb) regarding same (.3). | 5.00 |
| 10/18/11 | JDS | Worked on finalizing and obtaining execution by all parties of long form insurance settlement agreement regarding Neil/DOL/IRS, including multiple emails and communications with insurers, GreatBanc and Zell counsel, client and A. Moss (1.5); conferred with L. Raines regarding insurance notice issue and follow up with client regarding same (.2). | 1.70 |
| 10/19/11 | LJR | Reviewed policy and followed up with J. Shugrue regarding notice of employment matter (.4); followed up with client regarding same (.3); reviewed BK counsel email regarding notice and proposed revisions to letter and conferred with J. Shugrue regarding same (.3); created clean draft of letter and followed up with client regarding same (.3). | 1.30 |
| 10/19/11 | AJM | Reviewed signatures on FL insurance settlement (.2); reviewed fully executed FL insurance settlement agreement and exhibits (.2); communications with parties to same (.1); communications with D. Sondgeroth regarding Zell/EGI-TRB signatures (.2); communications with client representatives regarding same (.1); prepared reviewed fully executed FL insurance settlement agreement and exhibits and communications with parties to same (.3). | 1.10 |
| 10/19/11 | JDS | Prepared for and participated in bankruptcy court hearing on Neil/DOL/IRS settlement approvals and insurance comfort order in connection with same, including pre-hearing meeting with client and BK counsel and travel to/from Wilmington, DE (8.7); analyzed draft notice to insurers and exchanged emails with L. Raines regarding same (.2). | 8.90 |

November 15, 2011  
RE:  Insurance Counseling  
     (503842.00005)

Case 08-13141-BLS    Doc 10299-3    Filed 11/25/11    Page 10 of 17

Invoice: 2196990  
Page 7

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/24/11 | LJR | Conferred with J. Shugrue on reissued Chartis excess D&O policy (.2). | 0.20 |
| 10/24/11 | LJR | Met with J. Shugrue regarding policy documents reissued by insurer (.3). | 0.30 |
| 10/24/11 | JDS | Conferred with L. Raines regarding analysis of reissued insurance policy documents (.3). | 0.30 |
| 10/25/11 | LJR | Reviewed correspondence from client regarding coverage inquiry and drafted proposed language for same (.3). | 0.30 |
| 10/25/11 | LH | Reviewed and cataloged correspondence for Neil claim case files. | 2.00 |
| 10/27/11 | LJR | Finalized email to client regarding reissued policy documents. | 0.30 |

TOTAL FEES: $24,296.00

## CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 10/31/2011 | Duplicating/Printing/Scanning | 2.90 |
| 10/31/2011 | Air Travel Expense | 2,189.40 |
| 10/31/2011 | Taxi Expense | 148.75 |
| 10/31/2011 | Meal Expense | 54.48 |
| | Total Disbursements | 2,395.53 |
| | Fees & Disbursements | $26,691.53 |

**NON-BANKRUPTCY/REORGANIZATION**  
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 18.60 | 560.00 | 10,416.00 |
| AJM | A.J. Moss | 18.50 | 520.00 | 9,620.00 |
| LJR | L.J. Raines | 9.00 | 450.00 | 4,050.00 |
| LH | L. Hamilton | 2.00 | 105.00 | 210.00 |
| | | 48.10 | | 24,296.00 |

## NON-BANKRUPTCY/REORGANIZATION
### RE: Marsh

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/25/11 | DR | Corresponded with client and Marsh regarding contact information with respect to ongoing performance of obligations under parties' agreement. | 0.20 |

|  |  |
|---|---|
| TOTAL FEES: | $65.00 |

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 10/31/2011 | Courier Service - Outside | 19.96 |
| | Total Disbursements | 19.96 |
| | Fees & Disbursements | $84.96 |

## NON-BANKRUPTCY/REORGANIZATION
### Fee Summary: Marsh

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| DR | D. Rosenfield | 0.20 | 325.00 | 65.00 |
| | | 0.20 | | 65.00 |

**BANKRUPTCY/REORGANIZATION**
**RE: Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/04/11 | LL | E-mail correspondence with J. Shugrue regarding fee applications. | 0.20 |
| 10/04/11 | LJR | Followed up with J. Shugrue regarding fee application. | 0.20 |
| 10/04/11 | JDS | Emails with L. Raines, L. Lankford regarding monthly fee application. | 0.20 |
| 10/05/11 | LJR | Revised invoice for August time in connection with fee application and followed up with J. Shugrue and L. Lankford regarding same. | 3.80 |
| 10/06/11 | LL | E-mail correspondence with L. Raines, J. Shugrue regarding RS's 31st Monthly Fee Application Invoice (.1); drafted CNO to RS's 30th Monthly Fee Application (.4); e-mail correspondence regarding CNO to RS's 30th Monthly Fee Application (.2); reviewed invoice to RS's 31st Monthly Fee Application (.5). | 1.20 |
| 10/06/11 | LJR | Follow up with L. Lankford regarding revised invoice. | 0.10 |
| 10/06/11 | JDS | Emails with L. Raines, L. Lankford regarding fee application, CNOs. | 0.20 |
| 10/07/11 | LL | Reviewed RS's 31st Monthly & 11th Interim Fee Applications. | 1.00 |
| 10/10/11 | LL | Finalized CNO to RS's 30th Monthly Fee Application. | 0.60 |
| 10/10/11 | LL | Calculations regarding RS's 31st Monthly Fee Application (1.0); phone conference with J. Shugrue regarding same (.3). | 1.30 |
| 10/10/11 | JDS | Worked on revisions to 31st Monthly Fee Application (.7); telephone conference with L. Lankford regarding same (.3). | 1.00 |
| 10/11/11 | LL | Revisions to RS's 31st Monthly Fee Application (.5); revisions to RS's 11th Interim Fee Application (.5). | 1.00 |
| 10/11/11 | JDS | Reviewed final drafts of 31st Monthly and 11th Quarterly fee applications. | 0.30 |
| 10/12/11 | LL | E-mail correspondence with J. Shugrue regarding filing dates for fee applications and CNO's. | 0.50 |
| 10/12/11 | JDS | Emails with L. Lankford regarding status of monthly and quarterly fee applications (.3); telephone conference with client regarding same (.2); revised invoices in connection with 32d Monthly fee application (.3). | 0.80 |
| 10/13/11 | LL | Conferred with C. Falgowski regarding fee applications (.1); revisions to RS's 31st Monthly Fee Application (.8); revisions to RS's 11th Interim Fee Application (.7). | 1.60 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/13/11 | JCF | Conferred with L. Lankford regarding fee application. | 0.10 |
| 10/13/11 | JDS | Telephone conference with client regarding fee application format (.2); analyzed proposed court order regarding 5th Interim Fee Applications (.2). | 0.40 |
| 10/19/11 | LL | Met with J. Shugrue regarding fee application filing schedule. | 0.10 |
| 10/19/11 | JCF | Met with J. Shugrue regarding fee application filing schedule. | 0.10 |
| 10/19/11 | JDS | Conferred with C. Falgowski, L. Lankford regarding schedule and plan for upcoming fee application filings. | 0.20 |
| 10/20/11 | JDS | Analyzed and revised invoice materials for submission with monthly fee application. | 0.60 |
| 10/21/11 | LL | E-mail correspondence with L. Raines, J. Shugrue regarding RS's 32nd Monthly Fee Application (.3); drafted same (1.3). | 1.60 |
| 10/21/11 | LJR | Emails with J. Shugrue, L. Lankford regarding 32d Monthly. | 0.20 |
| 10/21/11 | JDS | Emails with L. Raines and L. Lankford regarding 32d Monthly Fee Application. | 0.20 |
| 10/24/11 | LJR | Reviewed and revised invoice for September time in preparation for filing with BR court. | 4.50 |
| 10/24/11 | JDS | Worked on narrative text for 32d Monthly Fee Application. | 0.40 |
| 10/25/11 | JBL | Reviewed and revised 32d monthly fee application. | 0.50 |
| 10/25/11 | LL | Revisions to RS's 32nd Monthly Fee Application (1.6); emails with J. Shugrue regarding same (.2). | 1.80 |
| 10/25/11 | JDS | Exchanged emails with L. Lankford regarding finalizing and filing 32d Monthly Fee Application. | 0.20 |

TOTAL FEES: $8,550.00

### CURRENT DISBURSEMENTS

| 10/31/2011 | PACER | 0.40 |
|---|---|---|
| 10/31/2011 | Duplicating/Printing/Scanning | 32.40 |
| 10/31/2011 | Courier Service - Outside | 43.05 |
| | Total Disbursements | 75.85 |
| | Fees & Disbursements | $8,625.85 |

## BANKRUPTCY/REORGANIZATION
**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 4.50 | 560.00 | 2,520.00 |
| JCF | J.C. Falgowski | 0.20 | 410.00 | 82.00 |
| LJR | L.J. Raines | 8.80 | 450.00 | 3,960.00 |
| JBL | J.B. Lord | 0.50 | 270.00 | 135.00 |
| LL | L. Lankford | 10.90 | 170.00 | 1,853.00 |
|  |  | 24.90 |  | 8,550.00 |

Case 08-13141-BLS    Doc 10299-3    Filed 11/25/11    Page 15 of 17

November 15, 2011  
RE: Insurance Counseling  
(503842.00005)

Invoice: 2196990  
Page 12

## BANKRUPTCY/REORGANIZATION
### RE: Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/04/11 | LJR | Followed up regarding motion filed with respect to FitzSimons complaint in connection with client request and emailed same to client. | 0.50 |
| 10/05/11 | LJR | Followed up with counsel for individual defendants regarding communications from insurance carrier. | 0.10 |
| 10/18/11 | LJR | Reviewed and analyzed Chartis coverage denials letters under Side A policies, Side A policies, case law and other materials and began drafting response (.9). | 0.90 |
| 10/19/11 | LJR | Reviewed and analyzed denial of coverage letters from insurer, case law and other materials and drafted response to letters (7.9); circulated same to client (.3); followed up with J. Shugrue regarding draft letter (.3). | 8.50 |
| 10/19/11 | JDS | Communications with L. Raines regarding draft response to insurer denial (.3). | 0.30 |
| 10/20/11 | LJR | Reviewed email correspondence with client related to draft response to denial of coverage and next steps in connection with same. | 0.30 |
| 10/20/11 | JDS | Emails with client, L. Raines regarding status of insurance coverage claims for Preference Actions. | 0.20 |
| 10/24/11 | LJR | Conferred with J. Shugrue on items related to coverage for pending litigation (.2). | 0.20 |
| 10/24/11 | LJR | Met with J. Shugrue regarding insurance issues regarding Preference Actions (.3). | 0.30 |
| 10/24/11 | JDS | Conferred with L. Raines regarding insurance coverage issues related to Preference Actions (.3). | 0.30 |
| 10/25/11 | LJR | Follow up with Tribune team regarding meeting to discuss next steps in connection with preference lawsuits (.2); follow up with client regarding denial of coverage for shareholder fraudulent conveyance actions (.2); reviewed and analyzed information related to shareholder fraudulent conveyance actions and coverage for same (2.8). | 3.20 |
| 10/26/11 | LJR | Reviewed prior correspondence related to coverage for shareholder fraudulent conveyance actions (.3); followed up with defense counsel regarding correspondence from carriers in connection with same (.3). | 0.60 |

|  |  | TOTAL FEES: | $7,018.00 |

## CURRENT DISBURSEMENTS

| | | |
|---|---|---:|
| 10/31/2011 | PACER | 5.68 |
| 10/31/2011 | Lexis | 55.30 |
| | Total Disbursements | $60.98 |
| | Fees & Disbursements | $7,078.98 |

**BANKRUPTCY/REORGANIZATION**
Fee Summary: Insurance Counseling

| ID | Names | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| JDS | J.D. Shugrue | 0.80 | 560.00 | 448.00 |
| LJR | L.J. Raines | 14.60 | 450.00 | 6,570.00 |
| | | 15.40 | | 7,018.00 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2196990
Invoice Date: November 15, 2011

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through October 31, 2011

| | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| **NON-BANKRUPTCY/REORGANIZATION** | | | | |
| RE: | Reliance/Times Mirror 503842.00004 | $93.00 | $0.00 | $93.00 |
| RE: | Insurance Counseling 503842.00005 | $24,296.00 | $2,395.53 | $26,691.53 |
| RE: | Marsh 503842.00008 | $65.00 | $19.96 | $84.96 |
| | **Current Invoice Total:** | **$24,454.00** | **$2,415.49** | **$26,869.49** |
| **BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
| RE: | Insurance Counseling 503842.00005 | $7,018.00 | $60.98 | $7,078.98 |
| RE: | Fee Applications 503842.00009 | $8,550.00 | $75.85 | $8,625.85 |
| | **Current Invoice Total:** | **$15,568.00** | **$136.83** | **$15,704.83** |
| | | | **INVOICE TOTAL:** | **$42,574.32** |

**INVOICE IS PAYABLE UPON RECEIPT**