# EXHIBIT C

## EXPENSE SUMMARY

BY EXPENSE CATEGORY:

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| Printing/Duplicating/Scanning | | $35.30 |
| Outside Database | PACER | $6.08 |
| Meal Expenses | | $54.48 |
| Courier | Parcels/DLS | $63.01 |
| Air Travel Expenses | | $2,189.40 |
| Taxi Expenses | | $148.75 |
| Legal Research | Lexis/Nexis | $55.30 |
| **TOTAL:** | | **$2,552.32** |

US_ACTIVE-107811408.1-JCFALGOW

## EXPENSE SUMMARY

BY MATTER:

| Expense Category (Examples) | Service Provider (if applicable) | Reliance/ Times Mirror – 00004 | Insurance Counseling – 00005 | Marsh - 00008 | Fee Applications – 00009 | HR Investigation – 00011 | TOTALS |
|---|---|---|---|---|---|---|---|
| Printing/Duplicating/ Scanning | | | $2.90 | | $32.40 | | $35.30 |
| Outside Database | PACER | | $5.68 | | $.40 | | $6.08 |
| Meal Expenses | | | $54.48 | | | | $54.48 |
| Courier | Parcels/DLS | | | $19.96 | $43.05 | | $63.01 |
| Air Travel Expenses | | | $2,189.40 | | | | $2,189.40 |
| Taxi Expenses | | | $148.75 | | | | $148.75 |
| Legal Research | Lexis/Nexis | | $55.30 | | | | $55.30 |
| TOTAL: | | $0.00 | $2,456.51 | $19.96 | $75.85 | $0.00 | $2,552.32 |

US_ACTIVE-107811408.1-JCFALGOW

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/24/11 | LJR | Conferred with J. Shugrue on reissued Chartis excess D&O policy (.2). | 0.20 |
| 10/24/11 | LJR | Met with J. Shugrue regarding policy documents reissued by insurer (.3). | 0.30 |
| 10/24/11 | JDS | Conferred with L. Raines regarding analysis of reissued insurance policy documents (.3). | 0.30 |
| 10/25/11 | LJR | Reviewed correspondence from client regarding coverage inquiry and drafted proposed language for same (.3). | 0.30 |
| 10/25/11 | LH | Reviewed and cataloged correspondence for Neil claim case files. | 2.00 |
| 10/27/11 | LJR | Finalized email to client regarding reissued policy documents. | 0.30 |

TOTAL FEES:            $24,296.00

## CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 10/31/2011 | Duplicating/Printing/Scanning | 2.90 |
| 10/31/2011 | Air Travel Expense | 2,189.40 |
| 10/31/2011 | Taxi Expense | 148.75 |
| 10/31/2011 | Meal Expense | 54.48 |
| | Total Disbursements | 2,395.53 |
| | Fees & Disbursements | $26,691.53 |

## NON-BANKRUPTCY/REORGANIZATION
Fee Summary: Insurance Counseling

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 18.60 | 560.00 | 10,416.00 |
| AJM | A.J. Moss | 18.50 | 520.00 | 9,620.00 |
| LJR | L.J. Raines | 9.00 | 450.00 | 4,050.00 |
| LH | L. Hamilton | 2.00 | 105.00 | 210.00 |
| | | 48.10 | | 24,296.00 |

## NON-BANKRUPTCY/REORGANIZATION
**RE:    Marsh**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/25/11 | DR | Corresponded with client and Marsh regarding contact information with respect to ongoing performance of obligations under parties' agreement. | 0.20 |

|  |  |
|---|---|
| TOTAL FEES: | $65.00 |

### CURRENT DISBURSEMENTS

| 10/31/2011 | Courier Service - Outside | 19.96 |
|---|---|---|
|  | Total Disbursements | 19.96 |
|  | Fees & Disbursements | $84.96 |

## NON-BANKRUPTCY/REORGANIZATION
**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| DR | D. Rosenfield | 0.20 | 325.00 | 65.00 |
|  |  | 0.20 |  | 65.00 |

November 15, 2011
RE: Fee Applications
(503842.00009)

Case 08-13141-BLS    Doc 10299-4    Filed 11/25/11    Page 6 of 7

Invoice: 2196990
Page 10

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/13/11 | JCF | Conferred with L. Lankford regarding fee application. | 0.10 |
| 10/13/11 | JDS | Telephone conference with client regarding fee application format (.2); analyzed proposed court order regarding 5th Interim Fee Applications (.2). | 0.40 |
| 10/19/11 | LL | Met with J. Shugrue regarding fee application filing schedule. | 0.10 |
| 10/19/11 | JCF | Met with J. Shugrue regarding fee application filing schedule. | 0.10 |
| 10/19/11 | JDS | Conferred with C. Falgowski, L. Lankford regarding schedule and plan for upcoming fee application filings. | 0.20 |
| 10/20/11 | JDS | Analyzed and revised invoice materials for submission with monthly fee application. | 0.60 |
| 10/21/11 | LL | E-mail correspondence with L. Raines, J. Shugrue regarding RS's 32nd Monthly Fee Application (.3); drafted same (1.3). | 1.60 |
| 10/21/11 | LJR | Emails with J. Shugrue, L. Lankford regarding 32d Monthly. | 0.20 |
| 10/21/11 | JDS | Emails with L. Raines and L. Lankford regarding 32d Monthly Fee Application. | 0.20 |
| 10/24/11 | LJR | Reviewed and revised invoice for September time in preparation for filing with BR court. | 4.50 |
| 10/24/11 | JDS | Worked on narrative text for 32d Monthly Fee Application. | 0.40 |
| 10/25/11 | JBL | Reviewed and revised 32d monthly fee application. | 0.50 |
| 10/25/11 | LL | Revisions to RS's 32nd Monthly Fee Application (1.6); emails with J. Shugrue regarding same (.2). | 1.80 |
| 10/25/11 | JDS | Exchanged emails with L. Lankford regarding finalizing and filing 32d Monthly Fee Application. | 0.20 |

TOTAL FEES:  $8,550.00

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 10/31/2011 | PACER | 0.40 |
| 10/31/2011 | Duplicating/Printing/Scanning | 32.40 |
| 10/31/2011 | Courier Service - Outside | 43.05 |
| | Total Disbursements | 75.85 |
| | Fees & Disbursements | $8,625.85 |

## CURRENT DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 10/31/2011 | PACER | 5.68 |
| 10/31/2011 | Lexis | 55.30 |
|  | Total Disbursements | $60.98 |
|  | Fees & Disbursements | $7,078.98 |

## BANKRUPTCY/REORGANIZATION
### Fee Summary: Insurance Counseling

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.80 | 560.00 | 448.00 |
| LJR | L.J. Raines | 14.60 | 450.00 | 6,570.00 |
|  |  | 15.40 |  | 7,018.00 |