UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 ) |
| THE TRIBUNE COMPANY., et al., | ) Case No. 08-13141 (KJC) ) |
| Debtors. | ) Jointly Administered ) |

**FOURTH SUPPLEMENTAL DECLARATION OF ALAN D. HOLTZ OF ALIXPARTNERS, LLP AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Alan D. Holtz hereby declares under penalty of perjury, as follows:

1. I am a Managing Director of AlixPartners, LLP ("AlixPartners" or the "Firm") and am duly authorized to execute this fourth supplemental declaration (the "Fourth Supplemental Declaration") on behalf of AlixPartners, which maintains its principal office at 2000 Town Center, Suite 2400, Southfield, MI 48075.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. On February 20, 2009, this Court entered an order authorizing the retention of AlixPartners as financial advisors to the Unsecured Creditors Committee (the "Committee") of the Tribune Company, Inc. ("Tribune") and its affiliated debtors (the "Debtors"). In support of AlixPartners' retention, I filed an original declaration (the "Original Declaration"), First Supplemental Declaration (the "First Supplemental Declaration"), Second Supplemental

ny-837482

Declaration (the "Second Supplemental Declaration") and the Third Supplemental Declaration (the "Third Supplemental Declaration").

4. In connection with updating conflict disclosures AlixPartners would like to disclose the following:

- GlaxoSmithKline-Beechame, a major customer to the Debtors, is affiliated with GlaxoSmithKline Investment Co. Ltd ("Glaxo"). Glaxo is a former AlixPartners client in matters unrelated to the Debtors.

- SP Newsprint Company, a creditor to the Debtors, is a current AlixPartners bankruptcy client in matters unrelated to the Debtors.

- Strategic Value Partners LL, a lender to the Debtors, is affiliated with Strategic Value Master Fund Ltd ("SVM"). SVM is a former AlixPartners client in matters unrelated to the Debtors.

- Volkswagen Factory, a major customer to the Debtors, is affiliated with Volkswagen AG ('Volkswagen"). Volkswagen is a current AlixPartners client in matters unrelated to the Debtors.

- White Birch Paper Company and certain affiliates ("White Birch"), suppliers to the Debtors, are current AlixPartners clients in matters unrelated to the Debtors. AlixPartners currently represents White Birch in its restructuring proceedings pending in Canada under the Companies' Creditors Arrangement Act. In addition, AlixPartners currently represents Bear Island Paper Company, LLC ("Bear Island"), a subsidiary of White Birch and a supplier to the Debtors, as financial advisor in its chapter 11 bankruptcy case pending in the United States Bankruptcy Court for the Eastern District of Virginia, in matters unrelated to the Debtors.

6. AlixPartners continues to submit that it holds no adverse interest as to the matters for which it has been employed by the Official Committee of Unsecured Creditors and continues to reserve the right to supplement this and all previous declarations in the event that AlixPartners discovers any facts bearing on matters relevant to AlixPartners' employment by the Official Committee of Unsecured Creditors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

2

ny-837482

Dated this 23rd day of November, 2011

_____
Alan D. Holtz