# EXHIBIT A

**Tribune Co.** 
Time Log

Moelis & Company
**Summary of Hours Worked**
**October 1, 2011 - October 31, 2011**

| Name | Position | Hours Worked |
|---|---|---:|
| Thane Carlston | Managing Director, Restructuring Group | 0.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 0.0 |
| Zul Jamal | Managing Director, Restructuring Group | 10.5 |
| Ashish Ajmera | Senior Vice President | 15.5 |
| Sandhya Sistla | Analyst | 25.5 |
| | **Total Moelis Team Hours** | **51.5** |

**Tribune Co.**
Time Log - October 2011

### I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | -- |
| Navid Mahmoodzadegan | Managing Director | -- |
| Zul Jamal | Managing Director | 10.5 |
| Ashish Ajmera | Senior Vice President | 15.5 |
| Sandhya Sistla | Analyst | 25.5 |
| **Total** | | **51.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 10/3/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 10/3/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Ashish Ajmera | 10/10/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 10/10/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Ashish Ajmera | 10/17/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 10/17/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Ashish Ajmera | 10/24/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 10/24/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Ashish Ajmera | 10/31/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 10/31/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 10/4/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 10/4/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 10/4/2011 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 10/11/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 10/11/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 10/11/2011 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 10/18/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 10/18/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 10/18/2011 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 10/25/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 10/25/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 10/25/2011 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 10/14/2011 | 1.5 | Monthly FA Call and follow-up analysis |
| Ashish Ajmera | 10/14/2011 | 1.5 | Monthly FA Call and follow-up analysis |
| Sandhya Sistla | 10/14/2011 | 1.5 | Monthly FA Call and follow-up analysis |
| Zul Jamal | 10/31/2011 | 5.0 | Review of Confirmation Opinion |
| Ashish Ajmera | 10/31/2011 | 5.0 | Review of Confirmation Opinion |
| Sandhya Sistla | 10/31/2011 | 5.0 | Review of Confirmation Opinion |
| | **Total** | **51.5** | |