# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Objection Deadline: December 19, 2011 4:00 pm (ET) |
| | Hearing Date: Only If Objection Filed |

## NOTICE OF APPLICATION

TO:    THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE
AND THE NOTICE PARTIES

The Thirty-First Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2011 Through October 31, 2011 (the "Application") has been filed with the Bankruptcy Court.  The Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (0439); KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

seeks allowance of interim fees in the amount of $95,012.50 and interim expenses in the amount of $370.52.

Objections to the relief requested in the Application, if any, are required to be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before December 19, 2011, at 4:00 p.m. (ET) (the "**Objection Deadline**").

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) co-counsel to the Debtors: Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, Attn: Kenneth P. Kansa, Esq. and Jillian K. McClelland Esq.; and Cole, Schotz, Meisel, Forman & Leonard, P.A., 1000 N. West St., Suite 1200, Wilmington, DE 19801, Attn: J. Kate Stickles, Esq. and Norman J. Pernick, Esq.; (ii) counsel to the Barclays Bank PLC, in its capacity as Lender, Funding Agent, and Administrative Agent: Edwards Angell Palmer & Dodge, 919 North Market Street, Suite 1500, Wilmington, DE 19801, Attn: Stuart M. Brown, Esq. and William E. Chapman, Jr., Esq. and Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5820, Attn: Brian Trust, Esq. and Amit K. Trehan, Esq.; (iii) counsel to the Administrative Agent for the Prepetition Lenders: Davis, Polk & Wardell, LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Donald S. Bernstein, Esq. and James A. Florack, Esq. and Richards, Layton & Finger, P.A., 920 N. King Street, P.O. Box 551 Wilmington, DE 19899-0511, Attn: Mark D. Collins, Esq. and Katisha D. Fortune, Esq.; (iv) counsel to the Committee: Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801, Attn: Adam G. Landis, Esq. and Matthew B. McGuire, Esq. and Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, NY 10112, Attn: Howard Seife, Esq. and David M. LeMay, Esq.; and (v) the Office of the United Sates Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Joseph J. McMahon, Jr., Esq.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSMENT OF EXPENSES OF PROFESSIONALS AND COMMITTEE MEMBERS PURSUANT TO 11 U.S.C. §§ 105(a) AND 331 [DOCKET NO. 225], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT. ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES, WILL A HEARING BE HELD ON THE APPLICATION. ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

DATED:    November 28, 2011
          Saint Louis, Missouri

                              **STUART MAUE**

                              By: _____
                                  John F. Then, Esq.
                                  3840 McKelvey Road
                                  St. Louis, Missouri  63044
                                  Telephone:  (314) 291-3030
                                  Facsimile:  (314) 291-6546
                                  tribunebkr@smmj.com

                                  *Fee Examiner*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Objection Deadline: December 19, 2011 4:00 pm (ET) |
| | Hearing Date: Only If Objection Filed |

## THIRTY-FIRST MONTHLY APPLICATION OF STUART MAUE AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011

Name of Applicant:

Authorized to provide
professional services to:

Date of retention:

Stuart Maue, Ltd.

Fee Examiner to the Court

March 19, 2009 *nunc pro tunc* to
February 20, 2009

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (5465); KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Period for which compensation
and reimbursement is sought:                October 1, 2011 through October 31, 2011

Amount of compensation sought
as actual, reasonable, and necessary:       $95,012.50

Amount of expense reimbursement sought
as actual, reasonable, and necessary:       $370.52

This is a monthly application.

This monthly application includes 9.20 hours incurred in connection with the preparation of fee
applications and/or Stuart Maue compensation.

Prior applications:  This is the Thirty-First Monthly Application filed by Stuart Maue.  The following is
disclosed regarding the prior applications:

| Date Filed | Compensation Period | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 07/14/2009 | 03/01/2009 – 04/30/2009 | $62,237.50 | $0.00 | $62,237.50 | $0.00 |
| 07/14/2009 | 05/01/2009 – 05/31/2009 | $69,957.50 | $0.00 | $69,957.50 | $0.00 |
| 07/27/2009 | 06/01/2009 – 06/30/2009 | $118,202.50 | $13.40 | $118,202.50 | $13.40 |
| 08/26/2009 | 07/01/2009 – 07/31/2009 | $96,100.00 | $176.60 | $96,100.00 | $176.60 |
| 09/29/2009 | 08/01/2009 – 08/31/2009 | $80,385.00 | $328.40 | $80,385.00 | $328.40 |
| 10/28/2009 | 09/01/2009 – 09/30/2009 | $36,160.00 | $97.50 | $36,160.00 | $97.50 |
| 12/01/2009 | 10/01/2009 – 10/31/2009 | $65,020.00 | $45.00 | $65,020.00 | $45.00 |
| 12/28/2009 | 11/01/2009 – 11/30/2009 | $85,530.00 | $360.65 | $85,530.00 | $360.65 |
| 01/26/2010 | 12/01/2010 – 12/31/2010 | $75,320.00 | $313.31 | $75,320.00 | $313.31 |
| 02/26/2010 | 01/01/2010 – 01/31/2010 | $63,165.00 | $665.80 | $63,165.00 | $665.80 |
| 03/26/2010 | 02/01/2010 – 02/28/2010 | $58,205.00 | $358.60 | $58,205.00 | $358.60 |
| 04/26/2010 | 03/01/2010 – 03/31/2010 | $46,575.00 | $344.57 | $37,260.00 | $344.57 |
| 05/26/2010 | 04/01/2010 – 04/30/2010 | $41,027.50 | $282.22 | $32,822.00 | $282.22 |
| 06/28/2010 | 05/01/2010 – 05/31/2010 | $72,517.50 | $167.14 | $58,014.00 | $167.14 |
| 07/28/2010 | 06/01/2010 – 06/30/2010 | $63,430.00 | $85.68 | $50,744.00 | $85.68 |
| 08/26/2010 | 07/01/2010 – 07/31/2010 | $64,875.00 | $344.07 | $51,900.00 | $344.07 |
| 09/29/2010 | 08/01/2010 – 08/31/2010 | $88,587.50 | $502.30 | $70,870.00 | $502.30 |
| 10/28/2010 | 09/01/2010 – 09/30/2010 | $125,257.50 | $442.12 | $100,206.00 | $442.12 |
| 12/02/2010 | 10/01/2010 – 10/31/2010 | $83,692.50 | $1,011.13 | $66,954.00 | $1,011.13 |
| 12/28/2010 | 11/01/2010 – 11/30/2010 | $57,522.50 | $34.43 | $46,018.00 | $34.43 |
| 02/03/2011 | 12/01/2010 – 12/31/2010 | $34,180.00 | $291.83 | $27,344.00 | $291.83 |
| 02/25/2011 | 01/01/2011 – 01/31/2011 | $77,937.50 | $420.16 | $62,350.00 | $420.16 |
| 03/25/2011 | 02/01/2011 – 02/28/2011 | $148,857.50 | $739.90 | $119,086.00 | $739.90 |
| 04/26/2011 | 03/01/2011 – 03/31/2011 | $37,042.50 | $1,211.11 | $29,634.00 | $1,211.11 |
| 05/25/2011 | 04/01/2011 – 04/30/2011 | $41,697.50 | $239.77 | $33,358.00 | $239.77 |
| 06/27/2011 | 05/01/2011 – 05/31/2011 | $31,865.00 | $175.95 | $25,492.00 | $175.95 |
| 07/27/2011 | 06/01/2011 – 06/30/2011 | $36,907.50 | $324.09 | $29,526.00 | $324.09 |
| 08/26/2011 | 07/01/2011 – 07/31/2011 | $108,362.50 | $194.47 | $86,690.00 | $194.47 |
| 09/26/2011 | 08/01/2011 – 08/31/2011 | $92,127.50 | $797.39 | $73,702.00 | $797.39 |
| 10/28/2011 | 09/01/2011 – 09/30/2011 | $115,882.50 | $766.54 | $92,706.00 | $766.54 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: December 19, 2011 4:00 pm (ET)** |
| | **Hearing Date: Only If Objection Filed** |

### THIRTY-FIRST MONTHLY APPLICATION OF STUART MAUE
### AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION
### AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
### OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011

Stuart Maue, Fee Examiner to the Court, hereby submits this Thirty-First Monthly Application

of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

the Period October 1, 2011 Through October 31, 2011 (the "**Application**"). In support thereof, Stuart Maue respectfully states the following:

## BACKGROUND

1.     On December 8, 2008 (the "**Petition Date**"), the above-captioned debtors and debtors-in-possession (the "**Debtors**") commenced these bankruptcy cases by each filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). On December 10, 2008, the Court consolidated the Debtors' chapter 11 cases for procedural purposes only.

2.     The Debtors have continued in possession of their respective properties and continued to operate and maintain their business as debtors in possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code.

3.     On March 19, 2009, the Court entered the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") appointing Stuart Maue as fee examiner *nunc pro tunc* to February 20, 2009.

4.     The Fee Examiner Order provides that Stuart Maue shall be compensated on an hourly basis and be reimbursed for actual and necessary expenses incurred on a direct-cost basis.

5.     Stuart Maue has not shared or agreed to share any compensation paid in this case with any other person, other than as permitted by Section 504 of the Bankruptcy Code.

## JURISDICTION AND VENUE

6.     This Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and the Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (M).

7.     The statutory bases for relief requested herein are Bankruptcy Code Sections 105(a), 330, and 331.

## BASIS FOR THE APPLICATION

8.      Subject to Court approval, Stuart Maue seeks payment for compensation on an hourly basis, plus reimbursement of actual, necessary expenses incurred by Stuart Maue during the period from October 1, 2011 through October 31, 2011 (the "**Application Period**").  The hourly rates charged by Stuart Maue during the Application Period are no greater than the customary hourly rates charged to Stuart Maue's bankruptcy and non-bankruptcy clients.

9.      A summary of the hours spent, the names of each professional rendering service during the Application Period, the regular customary billing rates, and the total value of time incurred by each of the Stuart Maue professionals rendering services to the Court is attached as **Exhibit A**.  A copy of the computer generated time entries reflecting the time recorded for the services is attached as **Exhibit B**.  A statement of expenses incurred by Stuart Maue during the Application Period is attached as **Exhibit C**.  All time entries and requested expense are in compliance with Local Rule 2016-2.

10.      On January 15, 2009, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331* [Docket No. 225] (the "**Interim Compensation Order**").  Pursuant to the Interim Compensation Order, Stuart Maue and other professionals are authorized to file and to serve upon the Debtors and the parties identified in the Interim Compensation Order monthly fee applications with respect to their fees and expenses.  After the expiration of a twenty (20) day objection period, the Debtors are authorized to promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the monthly fee application, unless an objection has been lodged against specific fees and/or expenses or the Court otherwise orders.

11.      In accordance with the Interim Compensation Order, Stuart Maue has filed and served upon the Debtors and other parties identified in the Interim Compensation Order this Application with respect to fees and expenses incurred during the Application Period.  During the Application Period, Stuart Maue incurred fees of $95,012.50 and expenses in the amount of $370.52.

12.    Stuart Maue has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services.

13.    Stuart Maue has not shared, nor agreed to share, (a) any compensation received or that may be received with another party or person, other than with the employees of Stuart Maue, or (b) any compensation another person or party has received or may receive. No promises have been received by Stuart Maue as to compensation other than in accordance with the Bankruptcy Code.

14.    All services and costs for which compensation is requested by Stuart Maue in this Application were reasonable and necessary and were performed for the benefit of the Court.

<u>SUMMARY OF SERVICES RENDERED</u>

15.    The Court appointed the Fee Examiner to analyze interim and final fee applications filed by case professionals subject to the Interim Compensation Order and the Fee Examiner Order.

16.    In addition to receiving, reconciling, and analyzing interim fee applications and the underlying fee and expense entries, during the month of October 2011 the Fee Examiner prepared and issued Preliminary Reports to case professionals, communicated with the firms regarding billing issues and questions, and filed four Final Reports with the Court. The Fee Examiner also engaged in communications with case professionals and performed other duties in support of the fee order approved by the Court.

17.    When Stuart Maue receives an interim fee application and electronic invoice data from a case professional, the initial step is the creation of a database that attorneys and accountants use to perform their analysis. Stuart Maue utilizes proprietary software for the specific purpose of managing, analyzing, and reporting on legal fees and expenses. The software allows Stuart Maue to view the entries in various formats (*i.e.*, chronologically, sorted by timekeeper, sorted by matter or project); to perform searches; to group phases, projects, tasks, activities, and expense categories; and to generate exhibits of relevant time or expense entries.

18.    After each database is populated with the fee and expense entries, a Stuart Maue accountant performs a series of activities to balance the database and reconcile the data to the hard copy

of the fee application.  This process includes verification and reconciliation of information including timekeepers (the timekeeper identifier, position, hourly rates(s)), matters/projects, task hour allocation, embedded time (time allocated to specific activities in an otherwise block billed entry), descriptions of entry codes utilized by the case professional, hourly rate increases, expense categories, and expense documentation.  In addition to identifying and quantifying any calculation errors in the fee application, the reconciliation process identifies missing or incomplete data.

19.    Stuart Maue attorneys then perform detailed analysis of the fees and underlying time entries.  The attorneys review the fee application, the retention application and retention order, and other documents relevant to the case professional.  With the aid of proprietary software, Stuart Maue attorneys perform a line-by-line review of the invoice data for compliance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**").  In addition, the attorneys review the application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.  While the identification of certain billing issues – such as duplicative time entries or fees invoiced by summer associates – may be flagged either by computer software or a manual review of the hard copy fee applications, most entries that may not comply with applicable guidelines or other relevant authority require qualitative analysis of the invoice data by an experienced attorney.

20.    The expense items in each fee application are reviewed by a Stuart Maue accountant for compliance with the Local Rules, the UST Guidelines, applicable limits, and other Court directives. Stuart Maue's software assists in the identification of several issues related to expenses, including mathematical errors, verification of proper rates (photocopies, facsimile), and pre-retention date expenses.  However, other expenses require detailed review by an accountant, such as the application

of cost caps to meal charges, identification of questionable travel costs, identification of firm overhead, and analysis of vaguely described disbursements.

21.     Upon completion of the fee and expense analysis, Stuart Maue prepares a detailed preliminary report of our findings that includes an explanation of the billing issues and exhibits of the fee or expense entries in question.  The preliminary report is provided to the case professional, and the firm is invited to respond with additional information, detail, or support for the fees and expenses incurred.  In addition to reviewing any written response from the case professional (which often includes exhibits, revised time entries, and/or supporting documentation for expenses), Stuart Maue attorneys often engage in discussions with the professionals.  After consideration of the firm's response, Stuart Maue prepares a final report for the Court that includes recommendations regarding the fees and expenses requested in the interim fee applications.

## COMPENSATION REQUESTED

22.     Stuart Maue expended 291.10 hours during the Application Period in furtherance of work performed on behalf of the Court.  Stuart Maue requests allowance of compensation in the amount of $95,012.50 for services performed as Fee Examiner at a blended hourly rate of $326.39. Pursuant to the Interim Compensation Order, Stuart Maue requests payment of 80% of the total fees requested; the amount of $76,010.00.  None of the requested fees detailed herein have been paid.

## REIMBURSEMENT OF EXPENSES

23.     During the Application Period, Stuart Maue incurred certain necessary expenses in rendering services as Fee Examiner to the Court; the expenses are displayed in Exhibit C.  Consistent with the Local Rules and the UST Guidelines, Stuart Maue charged $0.10 per page for in-house document duplication.

24.     Stuart Maue seeks reimbursement for its reasonable, necessary, and actual expenses incurred during the Application Period in the total amount of $370.52.

## NOTICE

25.    Notice of this Application has been served upon the Notice Parties specified in the Interim Compensation Order.  In accordance with the terms of the Interim Compensation Order, Stuart Maue respectfully submits that no other or further notice is required.

WHEREFORE, Stuart Maue respectfully requests that the Court (i) grant the Application; and (ii) grant such other and further relief as this Court may deem just and proper.


DATED:    November 28, 2011
          Saint Louis, Missouri


                        STUART MAUE


                        By:  _____
                             John F. Theil, Esq.
                             3840 McKelvey Road
                             St. Louis, Missouri  63044
                             Telephone:  (314) 291-3030
                             Facsimile:  (314) 291-6546
                             tribunebkr@smmj.com

                             *Fee Examiner*

# Exhibit A

Exhibit A

## SUMMARY OF TIME AND FEES BY PROFESSIONAL

| Name of Professional | Position | Hourly Billing Rate | Total Hours | Total Fees (Prior to Holdback) |
|---|---|---|---|---|
| John F. Theil | Manager | $375.00 | 68.60 | $25,725.00 |
| Kathy Tahan | Legal Auditor | $325.00 | 49.20 | $15,990.00 |
| Janet Papageorge | Legal Auditor | $325.00 | 112.80 | $36,660.00 |
| Pamela Snyder | Legal Auditor/Acct. | $275.00 | 60.50 | $16,637.50 |
| | | Total: | 291.10 | $95,012.50 |
| | | Blended Hourly Rate: | $326.39 | |

## COMPENSATION BY PROJECT CATEGORY

| Description | Total Hours | Total Fees |
|---|---|---|
| Fee Examination | 281.90 | $91,562.50 |
| Stuart Maue Retention/Compensation | 9.20 | $3,450.00 |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Photocopies (2,484 pages @ $0.10 per page) | $248.40 |
| Postage | $122.12 |
| Total | $ 370.52 |

# Exhibit B

Exhibit: B

*STUART/MAUE*
LEGAL COST √ MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1203 - 1030680
Matter Number: 1030680
Firm: Alvarez & Marsal North America, LLC

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/28/2011 | PSS | 0.40 | Reconcile fees in database to fees requested in interim application. | 110.00 |
| 10/31/2011 | PSS | 3.30 | Continue to reconcile fees in database to fees requested in interim application. | 907.50 |
| | | 1.10 | Review expenses requested in application and draft expense section of the report. | 302.50 |
| | | **4.80** | | **$1,320.00** |

*STUART MAUE*
LEGAL COST ✓ MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1203 - 1030680
Matter Number: 1030680
Firm: Alvarez & Marsal North America, LLC

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 4.80 = | $1,320.00 |
| | **Total for Legal Auditors:** | | 4.80 | $1,320.00 |
| | **Total Hours Worked:** | | 4.80 | |
| | **Total Hours Billed:** | | 4.80 | $1,320.00 |

## STUART/MAUE
### LEGAL COST ⋁ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1030837**
**Matter Number: 1030837**
**Firm: Alvarez & Marsal North America, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/31/2011 | PSS | 0.80 | Reconcile fees in database to fees requested in interim application. | 220.00 |
| | | **0.80** | | **$220.00** |

## STUART/MAUE
LEGAL COST \/ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1030837**
**Matter Number: 1030837**
**Firm: Alvarez & Marsal North America, LLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 0.80 = | $220.00 |
| | **Total for Legal Auditors:** | | 0.80 | $220.00 |
| | **Total Hours Worked:** | | 0.80 | |
| | **Total Hours Billed:** | | 0.80 | $220.00 |

**Exhibit: B**

*STUART/MAUE*
LEGAL COST ✓ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1031598**
**Matter Number: 1031598**
**Firm: Campbell & Levine, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/03/2011 | KCT | 0.30 | Review and analyze firm's retention application and order and firm's first interim fee application. | 97.50 |
| | | 0.70 | Continue work on draft of fee examiner's preliminary report. | 227.50 |
| | | 0.50 | Draft fee examiner's preliminary report regarding firm's first interim fee application. | 162.50 |
| | | 0.40 | Study all fee entries as they relate to bankruptcy code, guidelines, local rules and caselaw and classify same. | 130.00 |
| | | **1.90** | | **$617.50** |

*STUART/MAUE*
LEGAL COST √ MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1203 - 1031598
Matter Number: 1031598
Firm: Campbell & Levine, LLC

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Kathy C. Tahan | KCT | 325.00 x | 1.90 = | $617.50 |
| | **Total for Legal Auditors:** | | 1.90 | $617.50 |
| | **Total Hours Worked:** | | 1.90 | |
| | **Total Hours Billed:** | | 1.90 | $617.50 |

*STUART MAUE*
LEGAL COST ∨ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1031599**
**Matter Number: 1031599**
**Firm: Campbell & Levine, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/03/2011 | KCT | 0.20 | Analyze firm's second interim fee application. | 65.00 |
| | | 0.60 | Continue work on fee examiner's final report for the second interim fee application. | 195.00 |
| | | 0.80 | Draft fee examiner's final report for firm's second interim fee application. | 260.00 |
| | | 0.10 | Evaluate all fee descriptions for compliance with the code, rules, guidelines, practice and caselaw. | 32.50 |
| | | **1.70** | | **$552.50** |

Exhibit: B

**STUART/MAUE**
LEGAL COST √ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1031599**
**Matter Number: 1031599**
**Firm: Campbell & Levine, LLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Kathy C. Tahan | KCT | 325.00 x | 1.70 = | $552.50 |
| | **Total for Legal Auditors:** | | 1.70 | $552.50 |
| | **Total Hours Worked:** | | 1.70 | |
| | **Total Hours Billed:** | | 1.70 | $552.50 |

*STUART/MAUE*
LEGAL COST √ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1028880**
**Matter Number: 1028880**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/12/2011 | JT | 0.20 | Review email correspondence and pdf Responses attached. | 75.00 |
| | | **0.20** | | **$75.00** |

*STUART/MAUE*
LEGAL COST √ MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1203 - 1028880
Matter Number: 1028880
Firm: Chadbourne & Parke LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| For Professional Services through 10/31/2011 | | | | |
| **Legal Auditors** | | | | |
| John Theil | JT | 375.00 x | 0.20 = | $75.00 |
| | | **Total for Legal Auditors:** | 0.20 | $75.00 |
| | | **Total Hours Worked:** | 0.20 | |
| | | **Total Hours Billed:** | 0.20 | $75.00 |

STUART MAUE
LEGAL COST √ MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1203 - 1030686
Matter Number: 1030686
Firm: Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| For Professional Services through 10/31/2011 | | | | |
| 10/05/2011 | KCT | 0.40 | Identify fee descriptions related to nonfirm conferences. | 130.00 |
| | | 0.60 | Assess task descriptions that relate to intraoffice conferences. | 195.00 |
| | | 1.60 | Analyze fee entries related to conferences. | 520.00 |
| | | 0.40 | Evaluate activity descriptions related to potential clerical activity. | 130.00 |
| | | 0.60 | Review and analyze firm's ninth interim fee application, firm's retention application and retention order. | 195.00 |
| | | 0.80 | Study conferences identified as intraoffice conferences and analyze their relation to intraoffice multiple attendance. | 260.00 |
| | | 0.80 | Compare all fee entries categorized as nonfirm conferences for their potential relation to nonfirm multiple attendance. | 260.00 |
| | | 0.30 | Review timekeepers' fee entries regarding extended billing days. | 97.50 |
| 10/06/2011 | KCT | 0.30 | Study all timekeepers' fee entries for potential improper time increment problems. | 97.50 |
| | | 0.60 | Analyze task descriptions regarding written and oral communication and asses for potential vague communications. | 195.00 |
| | | 0.20 | Review all travel related fee entries and confirm that they are billed at half rate. | 65.00 |
| | | 1.10 | Investigate fee entries over 0.50 hour related to block billing. | 357.50 |
| | | 0.20 | Identify potential double billed fee entries, analyze and question same. | 65.00 |
| | | 0.20 | Study time keepers roles and utility to the case. | 65.00 |
| | | 0.30 | Assess fee entries related to legal research and scrutinize for vague activity. | 97.50 |
| | | 1.80 | Analyze fee entries related to potential administrative/clerical activity. | 585.00 |
| 10/10/2011 | KCT | 0.10 | Study fee entries categorized firm's retention and compenastion for relation to firm's response to fee examiner's reports. | 32.50 |
| | | 0.20 | Verify fee entries identified as multiple attendance. | 65.00 |
| | | 1.10 | Review task descriptions potentially related to other professional's retention and compensation. | 357.50 |
| | | 1.30 | Analyze fee entries related to firm's retention and applications. | 422.50 |
| | | 0.20 | Analyze all fee entries categorized as administrative and clerical for consistency and accuracy. | 65.00 |
| | | 0.20 | Review fee entries categorized as travel for potential multiple attendance. | 65.00 |
| | | 2.50 | Assess all uncategorized fee entries particularly as they relate to potential vague activity. | 812.50 |
| | | 0.10 | Examine fee descriptions dated from the prior interim period and included in the current fee application for relation to potential duplicative activity or double billing. | 32.50 |

Exhibit: B

## STUART/MAUE
### LEGAL COST √ MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1203 - 1030686
Matter Number: 1030686
Firm: Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/11/2011 | KCT | 0.10 | Analyze task descriptions identified as intraoffice conferences. | 32.50 |
| | | 0.30 | Assess block billed fee entries. | 97.50 |
| | | 0.10 | Review fee descriptions categorized double billing and potential questioned timekeepers' roles. | 32.50 |
| | | 1.70 | Review, revise and finalize fee examiner's preliminary report regarding firm's ninth interim fee application. | 552.50 |
| | | 1.80 | Draft fee examiner's preliminary report regarding firm's ninth interim fee application. | 585.00 |
| | | 0.10 | Further review of task entries categorized other vague activity. | 32.50 |
| | | 0.30 | Verify fee entries categorized intraoffice multiple attendance. | 97.50 |
| | | 0.50 | Examine fee entries identified firm's retention and application and other firms' retention and application. | 162.50 |
| | | 0.30 | Studied firm's fee entries classified travel, vague communications and improperly blocked tasks. | 97.50 |
| | | **21.10** | | **$6,857.50** |

# STUART/MAUE
LEGAL COST /MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1030686**
**Matter Number: 1030686**
**Firm: Cole, Schotz, Meisel, Forman &**
**Leonard, P.A.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Kathy C. Tahan | KCT | 325.00 x | 21.10 = | $6,857.50 |
| | **Total for Legal Auditors:** | | 21.10 | $6,857.50 |
| | **Total Hours Worked:** | | 21.10 | |
| | **Total Hours Billed:** | | 21.10 | $6,857.50 |


LEGAL COST MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1203 - 1030839
Matter Number: 1030839
Firm: Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/11/2011 | KCT | 0.30 | Study firm's tenth interim fee application. | 97.50 |
| | | 0.10 | Analyze firm's time entries for potential travel. | 32.50 |
| | | 0.40 | Study fee descriptions regarding intraoffice conferences. | 130.00 |
| | | 0.80 | Review fee descriptions related to conferences. | 260.00 |
| 10/12/2011 | KCT | 1.50 | Assess task descriptions related to activity that is administrative or clerical in nature. | 487.50 |
| | | 0.20 | Review fee entries for timekeepers billing more than 16.0 hours in a 24 hour period. | 65.00 |
| | | 0.10 | Review potentially double billed fee entries and question all entries that appear to be duplicative. | 32.50 |
| | | 1.70 | Examine all fee entries categorized nonfirm conferences and events for potential relation to multiple attendance. | 552.50 |
| | | 0.60 | Analyze task descriptions identified as intraoffice conferences for intraoffice multiple attendance. | 195.00 |
| | | 0.80 | Study fee entries related to nonfirm conferences and other events. | 260.00 |
| | | 0.10 | Analyze the roles of each timekeeper and their necessity to the case. | 32.50 |
| 10/13/2011 | KCT | 0.10 | Investigate all fee entries regarding activity related to "courtcall." | 32.50 |
| | | 0.20 | Verify activity descriptions identified as intraoffice conferences and intraoffice multiple attendance. | 65.00 |
| | | 0.40 | Examine all timekeepers' fee entries in relation to tasks billed in whole or half hour increments. | 130.00 |
| | | 0.60 | Review all fee entries regarding retention and fee applications and identify Cole, Schotz related tasks. | 195.00 |
| | | 0.10 | Assess all task descriptions categorized firm's retention and compensation, other professionals' retention and compensation and firm's response to fee examiner's report. | 32.50 |
| | | 1.30 | Assess all uncategorized fee entries for potential vague activity and additional categories. | 422.50 |
| | | 1.00 | Begin work on draft of fee examiner's preliminary report regarding firm's tenth interim fee application. | 325.00 |
| | | 0.20 | Analyze task descriptions describing legal research potential vague activity and research presumably familiar to experienced attorneys. | 65.00 |
| | | 0.20 | Examine and verify all task descriptions categorized administrative or clerical activity. | 65.00 |
| | | 0.60 | Study all fee descriptions over 0.50 hour for blocked activity. | 195.00 |
| | | 0.10 | Review fee decriptions categorized as firm's retention and application for potential activity regarding response to fee examiner's report. | 32.50 |
| | | 0.70 | Identify task descriptions related to other case professionals' retentions and applications. | 227.50 |
| | | 0.50 | Analyze fee entries describing oral and written communications related to vague communications. | 162.50 |
| | | 0.30 | Review task entries categorized questioned timekeeper, extended days, double billing questioned, block billing, vague communications and other vague activity. | 97.50 |
| | | 0.10 | Study all fee entries categorized nonfirm multiple attendance and questioned nonfirm multiple attendance. | 32.50 |

Exhibit: B

STUART/MAUE
LEGAL COST √ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1030839**
**Matter Number: 1030839**
**Firm: Cole, Schotz, Meisel, Forman &**
**Leonard, P.A.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/17/2011 | KCT | 1.60 | Continue work on draft of fee examiner's preliminary report regarding firm's tenth interim fee application. | 520.00 |
| | | **14.60** | | **$4,745.00** |

Exhibit: B

## STUART/MAUE
LEGAL COST / MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1203 - 1030839
Matter Number: 1030839
Firm: Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Kathy C. Tahan | KCT | 325.00 x | 14.60 = | $4,745.00 |
| **Total for Legal Auditors:** | | | 14.60 | $4,745.00 |
| **Total Hours Worked:** | | | 14.60 | |
| **Total Hours Billed:** | | | 14.60 | $4,745.00 |

Exhibit: B

## STUART/MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1030681**
**Matter Number: 1030681**
**Firm: Daniel J. Edelman, Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/10/2011 | JEP | 0.20 | Reviewed law firm billing entries to identify and classify any task descriptions in non-compliance with billing requirements set forth in the Bankruptcy code and other applicable billing guidelines. | 65.00 |
| | | 0.20 | Began drafting fee examiner's final report regarding firm's eighth quarterly fee application. | 65.00 |
| 10/11/2011 | JEP | 1.40 | Continued drafting the fee auditor's final report regarding the firm's eighth quarterly fee application. | 455.00 |
| | | **1.80** | | **$585.00** |

*STUART/MAUE*
LEGAL COST √ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1030681**
**Matter Number: 1030681**
**Firm: Daniel J. Edelman, Inc.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Janet E. Papageorge | JEP | 325.00 x | 1.80 = | $585.00 |
| | **Total for Legal Auditors:** | | **1.80** | **$585.00** |
| | **Total Hours Worked:** | | **1.80** | |
| | **Total Hours Billed:** | | **1.80** | **$585.00** |

Exhibit: B

**STUART/MAUE**
LEGAL COST ✓ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1030495**
**Matter Number: 1030495**
**Firm: Dow Lohnes PLLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/12/2011 | JT | 0.20 | Review email and attachments regarding response to sixth and seventh preliminary report. | 75.00 |
| | | **0.20** | | **$75.00** |

Exhibit: B

## STUART/MAUE
LEGAL COST ∨ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1030495**
**Matter Number: 1030495**
**Firm: Dow Lohnes PLLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 10/31/2011**

**Legal Auditors**

| | | | | |
|------|----------|------|-------|--------|
| John Theil | JT | 375.00 x | 0.20 = | $75.00 |
| | **Total for Legal Auditors:** | | **0.20** | **$75.00** |
| | **Total Hours Worked:** | | **0.20** | |
| | **Total Hours Billed:** | | **0.20** | **$75.00** |

Exhibit: B

## STUART/MAUE
### LEGAL COST MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1203 - 1028835
Matter Number: 1028835
Firm: Jenner & Block LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/03/2011 | JT | 0.80 | Review, study and outline Jenner's response to Sixth preliminary. | 300.00 |
| 10/04/2011 | JT | 0.90 | Continue analysis of Jenner's response to preliminary report and begin drafting final report. | 337.50 |
| 10/05/2011 | JT | 0.40 | Finalize final report in Jenner-TB6. | 150.00 |
| | | 0.70 | Work on draft of final report in Jenner-TB6. | 262.50 |
| | | 2.10 | Review and analyze Jenner's response, preliminary report and exhibits regarding clerical entries related to paralegal time for inputting and managing a data/document storage system; study caselaw cited; outline and draft analysis in final report. | 787.50 |
| 10/06/2011 | JT | 0.70 | Draft changes to final report regarding expenses and finalize for service. | 262.50 |
| | | 0.40 | Work with PSS on issues related to discrepancies with photocopying charges in application and response. | 150.00 |
| 10/06/2011 | PSS | 1.40 | Preparation of final exhibits and Appendix A to accompany final report. | 385.00 |
| 10/11/2011 | PSS | 0.20 | Continue preparation of final exhibits and Appendix A to accompany final report. | 55.00 |
| 10/21/2011 | PSS | 0.50 | Final review of final report and exhibits to verify accuracy of amounts. | 137.50 |
| | | **8.10** | | **$2,827.50** |

# STUART MAUE
LEGAL COST / MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1028835**
**Matter Number: 1028835**
**Firm: Jenner & Block LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 2.10 = | $577.50 |
| John Theil | JT | 375.00 x | 6.00 = | $2,250.00 |
| **Total for Legal Auditors:** | | | 8.10 | $2,827.50 |
| **Total Hours Worked:** | | | 8.10 | |
| **Total Hours Billed:** | | | 8.10 | $2,827.50 |

Exhibit: B



Invoice Date: 11/28/2011
Invoice Number: R1203 - 1029739
Matter Number: 1029739
Firm: Jenner & Block LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/03/2011 | JT | 0.90 | Review, study and outline Jenner's response to seventh preliminary report. | 337.50 |
| 10/06/2011 | JT | 0.90 | Continue review and analysis of Jenner's response to seventh preliminary report. | 337.50 |
| 10/07/2011 | JT | 2.10 | Review and study fee applications, preliminary report, response, and exhibits; outline and draft final report. | 787.50 |
| 10/11/2011 | JT | 0.80 | Complete final report for Jenner's seventh quarterly report. | 300.00 |
| 10/11/2011 | PSS | 1.20 | Preparation of final exhibits and Appendix A to accompany final report. | 330.00 |
| 10/21/2011 | PSS | 0.70 | Final review of final report and exhibits to verify accuracy of amounts. | 192.50 |
| | | **6.60** | | **$2,285.00** |

*STUART/MAUE*
LEGAL COST $\bigvee$ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1029739**
**Matter Number: 1029739**
**Firm: Jenner & Block LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 1.90 = | $522.50 |
| John Theil | JT | 375.00 x | 4.70 = | $1,762.50 |
| | **Total for Legal Auditors:** | | 6.60 | $2,285.00 |
| | **Total Hours Worked:** | | 6.60 | |
| | **Total Hours Billed:** | | 6.60 | $2,285.00 |

Exhibit: B

## STUART/MAUE
### LEGAL COST ✓ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1029795**
**Matter Number: 1029795**
**Firm: Jones Day**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/12/2011 | JT | 0.20 | Review email and attachments regarding Response to preliminary report. | 75.00 |
| | | **0.20** | | **$75.00** |

*STUART/MAUE*
LEGAL COST ✓ MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1203 - 1029795
Matter Number: 1029795
Firm: Jones Day

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| John Theil | JT | 375.00 x | 0.20 = | $75.00 |
| | **Total for Legal Auditors:** | | **0.20** | **$75.00** |
| | **Total Hours Worked:** | | **0.20** | |
| | **Total Hours Billed:** | | **0.20** | **$75.00** |


LEGAL COST MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1203 - 1030556
Matter Number: 1030556
Firm: Jones Day

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| For Professional Services through 10/31/2011 | | | | |
| 10/11/2011 | JEP | 0.90 | Continued the review of law firm billing entries and the identification and classification of task descriptions referencing travel activities and the further determination of whether those activities billed for nonworking or working travel. | 292.50 |
| | | 0.90 | Continued the review of law firm billing entries and the identification and classification of task descriptions referencing activities relating to Jones Day's retention and compensation. | 292.50 |
| | | 1.10 | Continued the review of law firm billing entries and the identification and classification of task descriptions referencing vaguely described communication activities. | 357.50 |
| | | 1.90 | Began the review of law firm billing entries and the identification and classification of task descriptions referencing conferences. | 617.50 |
| | | 0.20 | Continued the review of law firm billing entries and began the identification and classification of task descriptions billed in full/half/quarter-hour time increments. | 65.00 |
| | | 0.80 | Continued the review of law firm billing entries and the identification and classification of task descriptions referencing attendances at events. | 260.00 |
| 10/12/2011 | JEP | 0.10 | Continued the review of law firm billing entries and searched for any potentially double-billed tasks. | 32.50 |
| | | 1.40 | Continued the review of law firm billing entries and began the identification and classification of task descriptions billed by timekeepers who billed substantially in full/half-hour time increments. | 455.00 |
| | | 1.10 | Continued the review of law firm billing entries and began the identification and classification of task descriptions referencing other vaguely described tasks. | 357.50 |
| | | 1.30 | Continued the review of law firm billing entries and the identification and classification of task descriptions referencing vague communications, both verbal and written. | 422.50 |
| | | 0.30 | Continued the review of law firm billing entries and the identification and classification of days on which any timekeepers billed extended time. | 97.50 |
| | | 1.10 | Continued the review of law firm billing entries and began the identification and classification of task descriptions referencing intraoffice conferences. | 357.50 |
| 10/14/2011 | JEP | 1.70 | Continued the review of law firm fee entries and the further identification and classification of task descriptions referencing multiple attendances at intraoffice conferences. | 552.50 |
| | | 1.70 | Continued the review of law firm fee entries and the further identification and classification of task descriptions referencing multiple attendances at conferences with nonfirm personnel. | 552.50 |



STUART MAUE
LEGAL COST MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1203 - 1030556
Matter Number: 1030556
Firm: Jones Day

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/17/2011 | JEP | 1.30 | Continued the review of law firm billing entries and began the identification and classification of block-billed task descriptions. | 422.50 |
| | | 0.80 | Continued the review of law firm billing entries and the identification and classification of task descriptions referencing legal research activities. | 260.00 |
| | | 1.10 | Continued the review of law firm billing entries and the identification and classification of task descriptions referencing clerical activities. | 357.50 |
| | | 1.40 | Continued the review of law firm billing entries and the identification and classification of task descriptions referencing questioned multiple attendances at nonfirm conferences and other events. | 455.00 |
| | | 0.90 | Continued the review of law firm billing entries and the identification and classification of task descriptions referencing administrative activities. | 292.50 |
| | | 1.20 | Continued the review of law firm billing entries and the identification and classification of task descriptions referencing multiple attendances at nonfirm conferences and other events. | 390.00 |
| | | 1.30 | Continued the review of law firm billing entries and the identification and classification of task descriptions referencing questioned multiple attendances at intraoffice conferences. | 422.50 |
| 10/18/2011 | JEP | 1.20 | Continued the review of law firm billing entries for the identification and classification of potential transient/questioned timekeepers. | 390.00 |
| | | 0.90 | Continued the review of law firm billing entries and the identification and classification of block-billed tasks to be divided and split for further classification into relevant review categories. | 292.50 |
| | | 1.30 | Continued the review of law firm billing entries and the identification and classification of block-billed tasks. | 422.50 |
| | | 0.70 | Continued the review of law firm billing entries and the further identification and classification of task descriptions referencing clerical/adminitrative actiities. | 227.50 |
| | | 0.40 | Continued drafting listing of bankruptcy Categories for Review and accompanying comments to same. | 130.00 |
| | | 0.80 | Continued the review of law firm billing entries and began the identification and classification of other vaguely described tasks. | 260.00 |
| 10/18/2011 | PSS | 0.70 | Revise fee entries to proportionalize time entries block billed by the firm. | 192.50 |
| 10/19/2011 | JEP | 2.80 | Continued the review of law firm billing entries and the further identification and classification of block-billed tasks. | 910.00 |
| | | 1.90 | Continued the review of law firm billing entries and the further identification and classification of task descriptions referencing vaguely described communications, both written and oral, and other vaguely described tasks. | 617.50 |
| | | 1.20 | Continued the review of law firm billing entries and the further identification and classification of task descriptions referencing administrative and clerical activities. | 390.00 |

Exhibit: B

*STUART MAUE*
LEGAL COST MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1203 - 1030556
Matter Number: 1030556
Firm: Jones Day

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/20/2011 | JEP | 1.20 | Continued the review of law firm billing entries and the further identification and classification of block-billed tasks. | 390.00 |
| | | 2.30 | Continued the review of law firm billing entries and the identification and classification of potentially duplicative activities between Jones Day firm members and members of other firms. | 747.50 |
| | | 0.30 | Continued drafting listing of bankruptcy Categories for Review and related comments to same. | 97.50 |
| | | 0.80 | Continued the review of law firm billing entries and the further identification and classification of other vaguely described task descriptions. | 260.00 |
| | | 0.40 | Conferred with JFT regarding handling of issue of duplicative activities between firm members and between law firms. | 130.00 |
| 10/20/2011 | PSS | 0.10 | Revise additional fee entries to proportionalize time entries block billed by the firm. | 27.50 |
| 10/21/2011 | JEP | 1.90 | Continued the review of law firm billing entries and confirmed the accuracy of previously classified tasks into bankrupcy categories. | 617.50 |
| | | 1.30 | Contined drafting listing of bankruptcy Categories for Review and peritnent comments to same. | 422.50 |
| 10/24/2011 | JEP | 0.90 | Began drafting Table of Exhibits to accompany fee examiner's preliminary report regarding firm's second interim fee application. | 292.50 |
| | | 5.30 | Began drafting fee auditor's preliminary report regarding firm's second interim fee application. | 1,722.50 |
| | | 0.20 | In-firm conference with JFT regarding handling of potential duplication of efforts in light of the overall role of this firm in the bankruptcy proceeding. | 65.00 |
| | | 0.70 | Further drafting of listing of Categories of Review and relevant comments to same. | 227.50 |
| 10/25/2011 | JEP | 0.30 | Made revisions to Table of Exhibits to accompany fee auditor's preliminary report regarding firm's second interim fee application. | 97.50 |
| | | 0.40 | Made revisions/additions to listing of bankruptcy Categories for Review. | 130.00 |
| | | 2.50 | Continued drafting fee auditor's preliminary report regarding second interim fee application. | 812.50 |
| | | **53.00** | | **$17,185.00** |

Exhibit: B

**STUART/MAUE**
LEGAL COST \/ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1030556**
**Matter Number: 1030556**
**Firm: Jones Day**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Janet E. Papageorge | JEP | 325.00 x | 52.20 = | $16,965.00 |
| Pamela S. Snyder | PSS | 275.00 x | 0.80 = | $220.00 |
| | | **Total for Legal Auditors:** | **53.00** | **$17,185.00** |
| | | **Total Hours Worked:** | **53.00** | |
| | | **Total Hours Billed:** | **53.00** | **$17,185.00** |

Exhibit: B

STUART MAUE
LEGAL COST / MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1031608**
**Matter Number: 1031608**
**Firm: Jones Day**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/12/2011 | JT | 0.30 | Review email and attachments regarding Jones Day's Twelfth monthly fee application. | 112.50 |
| | | **0.30** | | **$112.50** |

## STUART MAUE
### LEGAL COST MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1031608**
**Matter Number: 1031608**
**Firm: Jones Day**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| John Theil | JT | 375.00 x | 0.30 = | $112.50 |
| | **Total for Legal Auditors:** | | 0.30 | $112.50 |
| | **Total Hours Worked:** | | 0.30 | |
| | **Total Hours Billed:** | | 0.30 | $112.50 |

*STUART/MAUE*
LEGAL COST / MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1029175**
**Matter Number: 1029175**
**Firm: Lazard Freres & Co. LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/26/2011 | JT | 0.20 | Review email and response attached regarding preliminary report 6. | 75.00 |
| | | **0.20** | | **$75.00** |

## STUART/MAUE
### LEGAL COST ⋁ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1029175**
**Matter Number: 1029175**
**Firm: Lazard Freres & Co. LLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| John Theil | JT | 375.00 x | 0.20 = | $75.00 |
| | **Total for Legal Auditors:** | | **0.20** | **$75.00** |
| | **Total Hours Worked:** | | **0.20** | |
| | **Total Hours Billed:** | | **0.20** | **$75.00** |



Invoice Date: 11/28/2011
Invoice Number: R1203 - 1030690
Matter Number: 1030690
Firm: McDermott, Will & Emery

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/04/2011 | JEP | 0.20 | Conferred with JFT regarding handling of entries relating to document review activities. | 65.00 |
| | | 1.40 | Continued the review of billing entries and the identification and classification of vaguely described document review activities. | 455.00 |
| | | 1.90 | Continued the review of billing entries and the identification and classification of task descriptions referencing activities relating to document review, the privilege log and document production. | 617.50 |
| | | 1.30 | Made revisions to draft of fee examiner's preliminary report regarding the firm's ninth fee application relating to vague fee entries referencing document review activities. | 422.50 |
| 10/05/2011 | JEP | 0.80 | Continued the review of law firm billing entries and the further identification and classification of task descriptions referencing document produciton/document/privilege log activities. | 260.00 |
| 10/06/2011 | JEP | 1.90 | Continued the review of law firm billing entries and the further identification and classification of task descriptions referencing task descriptions billed in quarter/half/full-hour time increments. | 617.50 |
| 10/10/2011 | JEP | 1.80 | Work on draft of fee examiner's preliminary report regarding the firm's ninth quarterly fee application. | 585.00 |
| | | **9.30** | | **$3,022.50** |

*STUART*/*MAUE*
LEGAL COST /MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1030690**
**Matter Number: 1030690**
**Firm: McDermott, Will & Emery**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Janet E. Papageorge | JEP | 325.00 x | 9.30 = | $3,022.50 |
| Total for Legal Auditors: | | | 9.30 | $3,022.50 |
| Total Hours Worked: | | | 9.30 | |
| Total Hours Billed: | | | 9.30 | $3,022.50 |



**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1030849**
**Matter Number: 1030849**
**Firm: McDermott, Will & Emery**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/03/2011 | JEP | 4.30 | Began drafting fee auditor's preliminary report regarding firm's tenth quarterly fee application. | 1,397.50 |
| | | 2.70 | Continued the review of law firm billing entries and the identification and classification of task descriptions billed by transient timekeepers. | 877.50 |
| 10/04/2011 | JEP | 0.20 | Conferred with JFT regarding the handling of mutliple attendances at document training sessions and other entries relating to document review activities. | 65.00 |
| | | 1.70 | Continued drafting listing of bankrutcy Categories for Review. | 552.50 |
| | | 1.40 | Continued the review of billing entries and the identification and classification of task descriptions referencing activities relating to the document review project and vaguely described document review activities. | 455.00 |
| 10/04/2011 | JT | 0.40 | Outline and explain method for coding and questioning document review entries. | 150.00 |
| 10/05/2011 | JEP | 0.60 | Continued drafting listing of bankruptcy Categories for Review. | 195.00 |
| | | 2.90 | Continued the review of law firm billing entries and the further identification and classification of task descriptions referencing document produciton/document/privilege log activities. | 942.50 |
| | | 0.70 | Contined the review of law firm billing entries and the further identifcation and classification of task descriptions referencing vaguely described document review activities. | 227.50 |
| 10/06/2011 | JEP | 1.40 | Continued drafting sections of listing Categories for Review and related comments to same. | 455.00 |
| | | 1.90 | Continued review of law firm billing entries and the further identification and classification of task descriptions billed in quarter/half/full-hour time increments. | 617.50 |
| | | 1.70 | Continued review of law firm billing entries and the further identification and classification of task descriptions referencing document review activities. | 552.50 |
| 10/10/2011 | JEP | 2.30 | Work on draft of fee examiner's preliminary report regarding the firm's tenth quarterly fee application. | 747.50 |
| | | 0.60 | Drafted final version of Categories for Review and Table of Exhibits to accompany fee examiner's preliminary report regarding the firm's tenth quarterly fee application. | 195.00 |
| | | **22.80** | | **$7,430.00** |

**STUART/MAUE**
LEGAL COST / MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1030849**
**Matter Number: 1030849**
**Firm: McDermott, Will & Emery**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Janet E. Papageorge | JEP | 325.00 x | 22.40 = | $7,280.00 |
| John Theil | JT | 375.00 x | 0.40 = | $150.00 |
| **Total for Legal Auditors:** | | | 22.80 | $7,430.00 |
| **Total Hours Worked:** | | | 22.80 | |
| **Total Hours Billed:** | | | 22.80 | $7,430.00 |

STUART/MAUE
LEGAL COST $\sqrt{}$ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1028355**
**Matter Number: 1028355**
**Firm: Mercer (US) Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/07/2011 | JT | 0.30 | Review several correspondence regarding final report. | 112.50 |
| | | 0.40 | Review and edit final report. | 150.00 |
| 10/10/2011 | PSS | 1.00 | Prepare final exhibits and Appendix A to accompany final report. | 275.00 |
| | | **1.70** | | **$537.50** |

*STUART/MAUE*
LEGAL COST\/MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1203 - 1028355
Matter Number: 1028355
Firm: Mercer (US) Inc.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 1.00 = | $275.00 |
| John Theil | JT | 375.00 x | 0.70 = | $262.50 |
| | | **Total for Legal Auditors:** | **1.70** | **$537.50** |
| | | **Total Hours Worked:** | **1.70** | |
| | | **Total Hours Billed:** | **1.70** | **$537.50** |

*STUART/MAUE*
LEGAL COST ✓ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1030724**
**Matter Number: 1030724**
**Firm: Novack and Macey LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/03/2011 | PSS | 0.60 | Review preliminary report and exhibits and verify accuracy of amounts. | 165.00 |
| | | **0.60** | | **$165.00** |

*STUART/MAUE*
LEGAL COST √ MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1203 - 1030724
Matter Number: 1030724
Firm: Novack and Macey LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 0.60 = | $165.00 |
| | **Total for Legal Auditors:** | | 0.60 | $165.00 |
| | **Total Hours Worked:** | | 0.60 | |
| | **Total Hours Billed:** | | 0.60 | $165.00 |

**STUART MAUE**
LEGAL COST MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1203 - 1032175
Matter Number: 1032175
Firm: SNR Denton US LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/18/2011 | PSS | 0.20 | Review application for Ordinary Course Counsel. | 55.00 |
| 10/24/2011 | PSS | 3.90 | Reconcile fees in database to fees requested in SNR Denton application. | 1,072.50 |
| 10/25/2011 | PSS | 1.10 | Review expenses and draft expense section of report. | 302.50 |
| | | 4.10 | Continue to reconcile fees in database to fees requested in application. | 1,127.50 |
| 10/26/2011 | JEP | 0.30 | Continued the review of law firm billing entries and utilized Discovery Viewer to calculate the percentage of tasks billed by timekeepers in quarter, half and/or full-hour time increments. | 97.50 |
| | | 0.10 | Continued the review of law firm billing entries to identify any potentially double-billed tasks. | 32.50 |
| | | 0.10 | Continued the review of law firm billing entries and the identification and classification of task descriptions referencing travel activities. | 32.50 |
| | | 0.10 | Continued the review of law firm billing entries to identify any potentially block-billed tasks. | 32.50 |
| | | 0.30 | Continued the review of law firm billing entries and the identification and classification of task descriptions referencing multiple attendances at intraoffice conferences. | 97.50 |
| | | 0.20 | Continued the review of law firm billing entries and the identification and classification of task descriptions referencing questioned multiple attendances at conferences with nonfirm personnel and events. | 65.00 |
| | | 0.40 | Continued the review of law firm billing entries and the identification and classification of task descriptions referencing multiple attendances at conferences with nonfirm personnel and events. | 130.00 |
| | | 0.60 | Continued the review of law firm billing entries and the identification and classification of task descriptions referencing conferences with nonfirm personnel. | 195.00 |
| | | 0.50 | Continued the review of law firm billing entries and the identification and classification of task descriptions referencing intraoffice conferences. | 162.50 |
| | | 0.20 | Continued the review of law firm billing entries and the identification and classification of task descriptions referencing attendances at events. | 65.00 |
| | | 0.30 | Continued the review of law firm billing entries and the identification and classification of task descriptions billed in quarter, half, or full-hour time increments. | 97.50 |
| | | 0.30 | Continued the review of law firm billing entries and the identification and classification of redacted task descriptions. | 97.50 |
| | | 0.30 | Continued the review of law firm billing entries and the identification and classification of task descriptions referencing legal research activities. | 97.50 |
| | | 0.10 | Continued the review of law firm billing entries to identify any days in which a timekeeper billed in excess of sixteen hours. | 32.50 |
| | | 0.30 | Began the review of law firm billing entries and the identification and classification of task descriptions referencing conferencing activities. | 97.50 |



**STUART MAUE**
LEGAL COST MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1032175**
**Matter Number: 1032175**
**Firm: SNR Denton US LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/27/2011 | JEP | 0.30 | Continued the review of law firm billing entries for the identification and classification of any clerical and administrative activities. | 97.50 |
| | | 3.20 | Began drafting fee auditor's preliminary report regarding firm's first fee application. | 1,040.00 |
| | | 1.30 | Began drafting of the listing of bankruptcy Categories for Review and relevant comments to same. | 422.50 |
| | | 0.50 | Continued the review of law firm billing entries and the identification and classification of tasks billed by questioned timekeepers. | 162.50 |
| | | 0.70 | Continued the review of law firm billing entries and the further identification and classification of block-billed tasks. | 227.50 |
| | | 0.90 | Continued the review of law firm billing entries and the further identification and classification of other vaguely described activities. | 292.50 |
| | | 0.80 | Continued the review of law firm billing entries and the further identification and classification of vaguely described communication activities. | 260.00 |
| 10/27/2011 | PSS | 0.10 | Revise fee entries to proportionalize time entries block billed by the firm. | 27.50 |
| 10/28/2011 | JEP | 0.80 | Drafted Table of Exhibits to accompany draft Preliminary Report regarding firm's fee application regarding invoices for fees incurred for services rendered in May and June, 2011. | 260.00 |
| | | 0.70 | Made revisions to listing of bankruptcy Categories for Review and relevant comments to same. | 227.50 |
| | | 5.50 | Continued drafting Preliminary Report regarding firm's fee application regarding invoices for fees incurred for services rendered in May and June, 2011. | 1,787.50 |
| 10/31/2011 | JEP | 4.70 | Continued work on fee auditor's preliminary report. | 1,527.50 |
| | | 1.70 | Review of application and invoices relating to issues of fixed fee services and handling of same in connection with review of firm's first application for fees. | 552.50 |
| | | 0.60 | In-firm conferences with JFT and PSS regarding issues relating to invoices for fixed fee services and review of same in connection with fee auditor's preliminary report relating to firm's first fee application. | 195.00 |
| | | **35.20** | | **$10,970.00** |

**Exhibit: B**

*STUART/MAUE*
LEGAL COST \/ MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1203 - 1032175
Matter Number: 1032175
Firm: SNR Denton US LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Janet E. Papageorge | JEP | 325.00 x | 25.80 = | $8,385.00 |
| Pamela S. Snyder | PSS | 275.00 x | 9.40 = | $2,585.00 |
| **Total for Legal Auditors:** | | | 35.20 | $10,970.00 |
| **Total Hours Worked:** | | | 35.20 | |
| **Total Hours Billed:** | | | 35.20 | $10,970.00 |



Invoice Date: 11/28/2011
Invoice Number: R1203 - 1030676
Matter Number: 1030676
Firm: Seyfarth Shaw LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/17/2011 | KCT | 0.60 | Analyze all fee entries categorized nonfirm conferences or events for potential multiple attendance. | 195.00 |
| | | 0.80 | Identify all fee entries related to conferences. | 260.00 |
| | | 0.20 | Scrutinize fee descriptions for days billed in excess of 16.0 hours and potential double billing. | 65.00 |
| | | 0.40 | Study all timekeepers' roles for utility to the case. | 130.00 |
| | | 0.20 | Study all fee entries identified as intraoffice conferences for potential relation to intraoffice multiple attendance. | 65.00 |
| | | 0.60 | Review task descriptions related to administrative and clerical tasks. | 195.00 |
| | | 0.40 | Read and analyze firm's sixth quarterly fee application and retention order. | 130.00 |
| | | 0.40 | Review all fee entries categorized conferences and assess fee entries related to intraoffice conferences. | 130.00 |
| | | 0.40 | Assess task descriptions related to nonfirm conferences. | 130.00 |
| 10/19/2011 | KCT | 0.30 | Study all task descriptions related to firm's retention and applications. | 97.50 |
| | | 0.10 | Review all fee entries related to potential other case professional retention. | 32.50 |
| | | 0.30 | Continue meeting with JFT and JEP regarding block billing methodology. | 97.50 |
| | | 0.70 | Study all fee entries related to communications and analyze for vagueness. | 227.50 |
| | | 1.10 | Assess all fee entries over 0.50 hour for potential block billed tasks. | 357.50 |
| | | 0.10 | Review all fee entries related to potential travel. | 32.50 |
| | | 0.70 | Continue to analyze fee entries with respect to time increments. | 227.50 |
| | | 0.30 | Begin review of all fee entries regarding whole and half hour time increments. | 97.50 |
| | | 0.40 | Analyze task descriptions related to legal research and their potential relation to vague activity. | 130.00 |
| 10/21/2011 | KCT | 0.30 | Review fee entries identified firm's compensation and retention for relation to firm's response to fee examiner. | 97.50 |
| | | **8.30** | | **$2,697.50** |

Exhibit: B

## STUART/MAUE
LEGAL COST / MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1203 - 1030676
Matter Number: 1030676
Firm: Seyfarth Shaw LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Kathy C. Tahan | KCT | 325.00 x | 8.30 = | $2,697.50 |
| **Total for Legal Auditors:** | | | 8.30 | $2,697.50 |
| **Total Hours Worked:** | | | 8.30 | |
| **Total Hours Billed:** | | | 8.30 | $2,697.50 |

Exhibit: B

STUART/MAUE
LEGAL COST / MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1203 - 1027397
Matter Number: 1027397
Firm: Sidley Austin LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/11/2011 | PSS | 1.40 | Prepare final exhibits and Appendix A to accompany final report. | 385.00 |
| | | 1.40 | | $385.00 |

*STUART/MAUE*
LEGAL COST √ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1027397**
**Matter Number: 1027397**
**Firm: Sidley Austin LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 1.40 = | $385.00 |
| **Total for Legal Auditors:** | | | 1.40 | $385.00 |
| **Total Hours Worked:** | | | 1.40 | |
| **Total Hours Billed:** | | | 1.40 | $385.00 |

*STUART/MAUE*
LEGAL COST / MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1029655**
**Matter Number: 1029655**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/10/2011 | JT | 1.30 | Review and analyze coding for 6th quarterly fee application. | 487.50 |
| | | 1.60 | Continue work on preliminary report for 6th preliminary fee application. | 600.00 |
| | | 2.10 | Review and study Sidley's 15th, 16th and 17th monthly and 6th quarterly fee application. | 787.50 |
| 10/11/2011 | JT | 2.90 | Continue work on the preliminary report for Sidley's sixth interim fee application. | 1,087.50 |
| 10/13/2011 | JT | 2.30 | Finalize work on preliminary report. | 862.50 |
| 10/13/2011 | PSS | 2.70 | Review preliminary report and exhibits to verify amounts. | 742.50 |
| 10/17/2011 | PSS | 0.70 | Continue to review preliminary report and exhibits to verify amounts. | 192.50 |
| | | **13.60** | | **$4,760.00** |

STUART/MAUE
LEGAL COST √ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1029655**
**Matter Number: 1029655**
**Firm: Sidley Austin LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 3.40 = | $935.00 |
| John Theil | JT | 375.00 x | 10.20 = | $3,825.00 |
| | | **Total for Legal Auditors:** | 13.60 | $4,760.00 |
| | | **Total Hours Worked:** | 13.60 | |
| | | **Total Hours Billed:** | 13.60 | $4,760.00 |



**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1030695**
**Matter Number: 1030695**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/13/2011 | JT | 0.80 | Review and analyze coding, calculation and exhibits for multiple attendees and intraoffice conferences and work on draft of pertinent portion of report. | 300.00 |
| | | 0.70 | Review and study coding and calculations for timekeepers roles and rework preliminary report accordingly. | 262.50 |
| | | 1.60 | Review and analyze 18th, 19th and 20th fee application. | 600.00 |
| | | 0.90 | Review and analyze the Seventh Quarterly Fee Application. | 337.50 |
| | | 0.40 | Review and analyze coding and calculations for double billing and extended work days and edit report. | 150.00 |
| | | 0.80 | Review and study coding and calculations of block billing and edit preliminary report. | 300.00 |
| | | 0.40 | Review and study coding and calculation of questioned timekeepers and edit report. | 150.00 |
| | | 0.30 | Review coding and calculate firm staffing and hourly rates. | 112.50 |
| | | 0.40 | Review and calculate the reconciliation of fees and expenses. | 150.00 |
| 10/14/2011 | JT | 0.40 | Analyze expense reports and edit preliminary report accordingly. | 150.00 |
| | | 0.60 | Analyze coding and exhibits and work on preliminary report pertaining to administrative and clerical activities. | 225.00 |
| | | 0.70 | Analyze entries, coding and exhibits regarding vague entries and edit report. | 262.50 |
| | | 0.90 | Review and analyze exhibits in preparation for finalizing preliminary report. | 337.50 |
| | | 0.80 | Continue to study monthly fee applications and quarterly fee application to prepare to continue work on preliminary report. | 300.00 |
| 10/17/2011 | JT | 0.70 | Review and analyze issues regarding multiple attendance and intraoffice conference entries. | 262.50 |
| | | 0.40 | Finalize preliminary report in Sidley-TB6 and Sidley-TB7. | 150.00 |
| 10/17/2011 | PSS | 4.20 | Review preliminary report and exhibits to verify amounts. | 1,155.00 |
| | | **15.00** | | **$5,205.00** |

Exhibit: B

## STUART/MAUE
LEGAL COST/MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1030695**
**Matter Number: 1030695**
**Firm: Sidley Austin LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 4.20 = | $1,155.00 |
| John Theil | JT | 375.00 x | 10.80 = | $4,050.00 |
| | **Total for Legal Auditors:** | | 15.00 | $5,205.00 |
| | **Total Hours Worked:** | | 15.00 | |
| | **Total Hours Billed:** | | 15.00 | $5,205.00 |



**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1030697**
**Matter Number: 1030697**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/03/2011 | PSS | 5.60 | Reconcile fees in database to fees requested in interim application. | 1,540.00 |
| 10/11/2011 | PSS | 2.90 | Continue to reconcile fees in database to fees requested in interim application. | 797.50 |
| 10/26/2011 | PSS | 1.80 | Continue to reconcile fees in database to fees requested in interim application. | 495.00 |
| | | 3.10 | Review expenses requested in interim application. | 852.50 |
| 10/27/2011 | PSS | 6.50 | Continue to review expenses requested in interim application. | 1,787.50 |
| | | **19.90** | | **$5,472.50** |

*STUART* / *MAUE*
LEGAL COST ∨ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1030697**
**Matter Number: 1030697**
**Firm: Sidley Austin LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 19.90 = | $5,472.50 |
| | **Total for Legal Auditors:** | | 19.90 | $5,472.50 |
| | **Total Hours Worked:** | | 19.90 | |
| | **Total Hours Billed:** | | 19.90 | $5,472.50 |

Exhibit: B



STUART MAUE
LEGAL COST MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1203 - 1024395
Matter Number: 1024395
Firm: Tribune Company

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/03/2011 | KCT | 0.10 | Confer with PSS regarding status of pending audits. | 32.50 |
| 10/04/2011 | JT | 0.40 | Review and analyze motion of the official committee of unsecured creditors. | 150.00 |
| 10/04/2011 | PSS | 0.60 | Review applications recently received. | 165.00 |
| 10/05/2011 | JEP | 0.20 | Conferred with KCT regarding the handling of billing entries relating to repetitive document review project activities. | 65.00 |
| 10/05/2011 | KCT | 0.20 | Confer with JEP regarding excessive document review. | 65.00 |
| 10/06/2011 | JT | 0.30 | Prepare notice for fee application. | 112.50 |
| | | 1.60 | Prepare for, outline and draft tenth quarterly fee application. | 600.00 |
| | | 0.40 | Review numerous emails from K. Stickles and A. Dalton regarding the upcoming fee hearing. | 150.00 |
| | | 0.20 | Review correspondence from K. Stickles to regarding several firms' outstanding responses to preliminary reports. | 75.00 |
| | | 0.20 | Prepare certificate of service. | 75.00 |
| | | 0.20 | Review correspondence from counsel re: interim fee application deadline. | 75.00 |
| | | 0.30 | Prepare certification for fee application. | 112.50 |
| 10/06/2011 | KCT | 0.50 | Confer with JFT regarding consistency in categorization throughout the applications and in particular with regard to clerical activity. | 162.50 |
| 10/10/2011 | JT | 0.20 | Review December fee hearing order. | 75.00 |
| | | 0.20 | Review incoming correspondence and Certification of No Objection. | 75.00 |
| 10/10/2011 | PSS | 0.40 | Review applications and data recently received. | 110.00 |
| 10/11/2011 | JT | 0.40 | Review and finalize the final report for Sidley's fifth interim fee application. | 150.00 |
| | | 0.30 | Review and analyze two certification of counsel and attached orders. | 112.50 |
| | | 0.30 | Review and analyze incoming order. | 112.50 |
| 10/11/2011 | KCT | 0.10 | Confer with JFT regarding new audit and status. | 32.50 |
| 10/12/2011 | JT | 0.20 | Analyze numerous court pleadings related to quarterly fee applications. | 75.00 |
| | | 2.10 | Continue work on 10th quarterly fee application and associated pleadings. | 787.50 |
| 10/13/2011 | JT | 0.20 | Review several correspondence from Jone's Day regarding SC July 2011 Fee application. | 75.00 |
| 10/13/2011 | PSS | 1.80 | Review applications recently received. | 495.00 |

**STUART MAUE**
LEGAL COST √ MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1203 - 1024395
Matter Number: 1024395
Firm: Tribune Company

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/17/2011 | JT | 0.30 | Review email and attachments from Reed Smith regarding monthly and quarterly fee application. | 112.50 |
| | | 0.80 | Review email and attachments regarding Paul Hastings 11th Interim Fee application and 20th monthly fee applications. | 300.00 |
| | | 0.40 | Review email and attachment regarding Dow Lohnes 9th Interim Fee application. | 150.00 |
| | | 0.50 | Work with PSS on several exhibits for the Sidley-TB7 report. | 187.50 |
| | | 0.40 | Review email from Cole Schotz and proposed Omnibus Order regarding approval of fifth quarterly fee applications. | 150.00 |
| 10/17/2011 | KCT | 0.40 | Confer with JFT regarding methodology and categorizing intraoffice conferences, intraoffice multiple attendance, nonfirm multiple attendance and multiple attendance questioned. | 130.00 |
| 10/17/2011 | PSS | 0.10 | Review applications received recently. | 27.50 |
| 10/18/2011 | JT | 1.40 | Review and analyze incoming notices, pleadings and orders. | 525.00 |
| | | 0.40 | Review Notice of Agenda and prepare notes in preparation of hearing. | 150.00 |
| | | 0.10 | Review letter and attachments from M. Senter to Judge Carey. | 37.50 |
| | | 0.20 | Review several emails regarding court appearance for fee applications. | 75.00 |
| | | 0.30 | Review several emails regarding SNR Denton's fee application on docket tomorrow. | 112.50 |
| | | 0.70 | Several emails and discussions with Pam regarding SNR application in preparation for the hearing tomorrow. | 262.50 |
| | | 1.80 | Review and study pleadings and notice related to SNR Denton's fee application request and study rules and orders to prepare outline in preparation for court hearing. | 675.00 |
| | | 0.30 | Review email and attachments regarding Cole Schotz's 32nd fee application. | 112.50 |
| 10/18/2011 | PSS | 2.10 | Review applications recently received. | 577.50 |
| 10/19/2011 | JEP | 0.80 | Further conferred with JFT and KCT regarding methodology used to analyze, review and classify block-billed task descriptons. | 260.00 |
| | | 0.30 | Conferred with JFT and KCT regarding methodology used to analyze, review and classify block-billed task descriptons. | 97.50 |
| 10/19/2011 | JT | 1.40 | Review rules and guidlines and outline procedure for and explain block billing and spliting fee entries with team. | 525.00 |
| | | 0.80 | Review notes and pleadings in preparation for and attend hearing regarding SNR Denton's fee application. | 300.00 |
| 10/19/2011 | KCT | 0.30 | Meet with JFT and JEP and discuss methodology with regard to block billing. | 97.50 |
| 10/19/2011 | PSS | 1.00 | Review applications received recently. | 275.00 |


LEGAL COST MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/20/2011 | JT | 0.60 | Review fee and expense reports in preparation for preparing monthly fee application. | 225.00 |
| | | 1.20 | Analyze orders and formulate and outline approach for handling duplicative billings concerns on Jones Day-SC retention and inform bankruptcy team of same. | 450.00 |
| 10/21/2011 | JT | 0.20 | Review email from K. Stickles and attached Ominbus Order regarding approval of 5th Interim Fees. | 75.00 |
| | | 0.40 | Outline future handling of interim fee applications with PSS. | 150.00 |
| | | 0.20 | Review CNO pleadings filed by Chadbourne. | 75.00 |
| 10/21/2011 | PSS | 1.20 | Review applications recently received. | 330.00 |
| 10/24/2011 | JT | 0.10 | Review Fee Application of Davis Wright. | 37.50 |
| | | 0.20 | Review and analyze various pleadings and filings made with the court. | 75.00 |
| | | 0.10 | Review McDermitt Will's August Fee Application. | 37.50 |
| | | 0.20 | Review SNR Denton's Fee Applications. | 75.00 |
| | | 0.10 | Review Dow Lohnes CNO. | 37.50 |
| | | 0.40 | Draft email to Anne Bush of SNR Denton regarding accounting questions. | 150.00 |
| | | 0.80 | Review and analyze additional information regarding account issues with SNR Denton's fee application. | 300.00 |
| | | 0.30 | Outline further handling of Jones Day SC fee examinations for multiple firm attendance. | 112.50 |
| | | 0.20 | Calls to and from Stephanie Wowchuck regarding accountng issues. | 75.00 |
| | | 0.40 | Review SNR fee application regarding descrepancy in fees requested. | 150.00 |
| 10/25/2011 | JT | 0.40 | Continue work on 30th monthly fee application. | 150.00 |
| | | 0.30 | Review numerous pleadings filed. | 112.50 |
| | | 3.10 | Review accounting and billing information, exhibits and prepare pleadings for 30th monthly fee application. | 1,162.50 |
| | | 0.30 | Emails to and from S. Wowchuck re: SNR Denton fee application. | 112.50 |
| | | 0.90 | Review and analyze additional information and documentation from SNR Denton regarding fee application. | 337.50 |
| 10/25/2011 | PSS | 0.90 | Review applications recently received. | 247.50 |
| 10/26/2011 | JT | 0.50 | Review and study Tribune Sept 2011 Operating Report. | 187.50 |
| | | 0.10 | Review email from Helen Lamb regarding Chadbourne's 33rd monthly Fee Application. | 37.50 |
| | | 0.10 | Review email and attachments from Fran Panchak regarding Landis Rath & Cobb's 33rd monthly Fee Application. | 37.50 |
| | | 0.10 | Review Moelis & Co's CNO regarding its 32nd monthly fee application. | 37.50 |
| | | 0.20 | Review email and attachments regarding Reed Smith's 32nd monthly Fee Application. | 75.00 |
| | | 0.40 | Edit and verify 30th Monthly Fee Application. | 150.00 |
| 10/26/2011 | PSS | 1.10 | Update status spreadsheet with amounts approved in Omnibus Order for the Fifth Interim Period. | 302.50 |

Exhibit: B



Invoice Date: 11/28/2011
Invoice Number: R1203 - 1024395
Matter Number: 1024395
Firm: Tribune Company

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/27/2011 | JT | 0.30 | Review numerous emails regarding status of PWC's response to the 6th Interim Preliminary Report and outstanding fee application data. | 112.50 |
| 10/27/2011 | PSS | 0.40 | Review applications received recently. | 110.00 |
| 10/28/2011 | JT | 0.30 | Discuss issues related to questioned entries with attorneys. | 112.50 |
| | | 0.30 | Final edit and verification of 30th Monthly SM Fee Application. | 112.50 |
| | | 2.80 | Verify all SM fee and expense requests, and court approved amounts through 5th interim fee period. | 1,050.00 |
| 10/31/2011 | JT | 0.30 | Review and analyze filings; and Dow Lohnes 28th monthly, Alix Partners 33rd and Levine's 14th monthly fee applications. | 112.50 |
| | | 0.70 | Review and analyze SNR Denton Fee application regarding flat fee agreement and fee invoices, and discuss same with attorney. | 262.50 |
| | | 0.20 | Review 30th monthly CNO for Levine and the 18th Fee Application for Young Conaway. | 75.00 |
| | | 0.30 | Conference regarding policy on handling ordinary course counsel fee examine pertaining to flat fee. | 112.50 |
| 10/31/2011 | PSS | 0.60 | Review applications received recently. | 165.00 |
| | | **47.40** | | **$16,610.00** |



**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Janet E. Papageorge | JEP | 325.00 x | 1.30 = | $422.50 |
| Pamela S. Snyder | PSS | 275.00 x | 10.20 = | $2,805.00 |
| Kathy C. Tahan | KCT | 325.00 x | 1.60 = | $520.00 |
| John Theil | JT | 375.00 x | 34.30 = | $12,862.50 |
| | **Total for Legal Auditors:** | | 47.40 | $16,610.00 |
| | **Total Hours Worked:** | | 47.40 | |
| | **Total Hours Billed:** | | 47.40 | $16,610.00 |

Exhibit: B

## STUART/MAUE
LEGAL COST √ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1031595**
**Matter Number: 1031595**
**Firm: Zuckerman Spaeder**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/12/2011 | JT | 0.40 | Review email and attachments regarding Zuckerman's 25th fee application. | 150.00 |
| | | **0.40** | | **$150.00** |

STUART/MAUE
LEGAL COST / MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1203 - 1031595**
**Matter Number: 1031595**
**Firm: Zuckerman Spaeder**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| John Theil | JT | 375.00 x | 0.40 = | $150.00 |
| | | **Total for Legal Auditors:** | 0.40 | $150.00 |
| | | **Total Hours Worked:** | 0.40 | |
| | | **Total Hours Billed:** | 0.40 | $150.00 |

*STUART MAUE*
LEGAL COST √ MANAGEMENT

| Name | Initials | Rate | Hours | | Amount |
|---|---|---|---|---|---|
| **Summary For Professional Services through 10/31/2011** | | | | | |
| <u>Legal Auditors</u> | | | | | |
| Janet E. Papageorge | JEP | 325.00 X | 112.80 | = | $36,660.00 |
| Pamela S. Snyder | PSS | 275.00 X | 60.50 | = | $16,637.50 |
| Kathy C. Tahan | KCT | 325.00 X | 49.20 | = | $15,990.00 |
| John Theil | JT | 375.00 X | 68.60 | = | $25,725.00 |
| | | **Total for Legal Auditors:** | **291.10** | | **$95,012.50** |
| | | **Total Hours Worked:** | **291.10** | | |
| | | **Total Hours Billed:** | **291.10** | | **$95,012.50** |

# Exhibit C

EXHIBIT C

### Tribune Company et al. - October 2011 Expenses

PHOTOCOPIES:

|  | 2,484 at $0.10/Page | $ | 248.40 |
|---|---|---|---|
| POSTAGE: | | | |
|  | Postage Paid | $ | 122.12 |
|  | TOTAL EXPENSES: | $ | **370.52** |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Objection Deadline: December 19, 2011 4:00 pm (ET) |
| | Hearing Date: Only If Objection Filed |

## CERTIFICATION OF JOHN F. THEIL

I, John F. Theil, hereby certify that:

1.      I am a Senior Legal Auditor at Stuart Maue, Fee Examiner in the above-captioned

bankruptcy cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.     This Certification is made in support of the Thirty-First Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2011 Through October 31, 2011 (the "**Application**") and in compliance with Local Rule 2016-2 (the "**Rule**") and with the United States Trustee's Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "**UST Guidelines**").

3.     I have read the Application and I certify that the Application substantially complies with the Rule and the UST Guidelines.

DATED:     November 28, 2011
           Saint Louis, Missouri

                    **STUART MAUE**

                    By: _____
                        John F. Theil, Esq.
                        3840 McKelvey Road
                        St. Louis, Missouri  63044
                        Telephone:  (314) 291-3030
                        Facsimile:  (314) 291-6546
                        tribunebkr@smmj.com

                        *Fee Examiner*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, John F. Theil, hereby certify that a true and correct copy of the **Notice of Application** and the **Thirty-First Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2011 Through October 31, 2011** have been served via First Class Mail to the Notice Parties on the attached service list on this 28th day of November, 2011.

STUART MAUE

By: _____
      John F. Theil, Esq.
      3840 McKelvey Road
      St. Louis, Missouri  63044
      Telephone:  (314) 291-3030
      Facsimile:  (314) 291-6546
      tribunebkr@smmj.com

      *Fee Examiner*

TRIBUNE COMPANY, et al.

SERVICE LIST RE THIRTY-FIRST MONTHLY FEE APPLICATION

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
William E. Chipman Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE  19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0511
(Counsel to Administrative Agent for Prepetition
Lenders, JP Morgan Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE  19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY  10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)