# **EXHIBIT A**


LEVINE SULLIVAN
KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

November 1, 2011  Invoice 1830   DAS

In Reference To: 00499-008 - General

Client: Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/04/11 | MB | Review correspondence and filing in Pennsylvania Right to Know Law appeals (.1); exchange email with client regarding same (.1). | 0.20<br>420.00/hr | 84.00 |
| 10/06/11 | MB | Exchange email with client regarding withdrawal of appeals. | 0.10<br>420.00/hr | 42.00 |
| | | **For professional services rendered** | **0.30** | **$126.00** |
| | | **Total Amount of this Bill** | | **$126.00** |

## Levine Sullivan Koch & Schulz, L.L.P.

I.D. 00499-008 - DAS  
Re: General

November 1, 2011  
Invoice 1830  
Page 2

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Michael Berry | 0.30 | 420.00 | 126.00 |
| **Totals** | **0.30** |  | **$126.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP  
1050 SEVENTEENTH STREET, N.W.  
SUITE 800  
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



**LEVINE SULLIVAN KOCH & SCHULZ, LLP**

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

November 1, 2011                                                        Invoice  1832      RP

In Reference To:  00499-077 - Journal Publ. v. Hartford Courant

Client:  Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/03/11 | RP | Exchange email with R. Weinstein regarding privilege log (.4); draft correspondence to plaintiff regarding preservation of discovery issues (.8). | 1.20 445.00/hr | 534.00 |
| 10/04/11 | CAS | Attend to plaintiff's document production. | 0.20 420.00/hr | 84.00 |
| 10/04/11 | RP | Review and revise proposed joint motion regarding mediation (.5); correspondence with client regarding same (.5); exchange correspondence with plaintiff regarding privilege issues and joint motion (1.0). | 2.00 445.00/hr | 890.00 |
| 10/05/11 | RP | Review joint motion as filed by plaintiff. | 0.30 445.00/hr | 133.50 |
| 10/06/11 | MXB | Research relating to settlement conference. | 0.20 290.00/hr | 58.00 |
| 10/06/11 | RP | Review mediation issues (1.0); review court order (.3); draft correspondence to client regarding same (.3); telephone conference with client regarding same (.3). | 1.90 445.00/hr | 845.50 |
| 10/11/11 | RP | Review correspondence from court regarding schedule (.3); exchange correspondence with client regarding mediation (.4). | 0.70 445.00/hr | 311.50 |
| 10/12/11 | RP | Exchange email with client regarding mediation scheduling (.4); exchange email with R. Weinstein and the Court regarding same (.4). | 0.80 445.00/hr | 356.00 |
| 10/13/11 | RP | Telephone conference with client regarding mediation. | 1.00 445.00/hr | 445.00 |

**Levine Sullivan Koch & Schulz, L.L.P.**

I.D. 00499-077 - RP  
Re: Journal Publ. v. Hartford Courant

November 1, 2011  
Invoice 1832  
Page 2

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/17/11 | RP | Review issues for mediation (1.0); draft memorandum to client regarding settlement position (1.2); correspond with court reporters regarding cancellation of depositions (.3). | 2.50<br>445.00/hr | 1,112.50 |
| 10/18/11 | SB | Follow up regarding order granting pro hac vice admission and notice of appearance. | 0.10<br>195.00/hr | 19.50 |
| 10/18/11 | RP | Exchange correspondence with M. Richardson regarding plaintiff's document production (.4); prepare materials for use in connection with mediation (2.0). | 2.40<br>445.00/hr | 1,068.00 |
| 10/20/11 | RP | Review invoices for privilege issues (.5); telephone conference with client regarding mediation issues (.4). | 0.90<br>445.00/hr | 400.50 |
| 10/26/11 | RP | Telephone conference with client regarding mediation issues. | 0.20<br>445.00/hr | 89.00 |
| | | **For professional services rendered** | **14.40** | **$6,347.00** |
| | | **Total Amount of this Bill** | | **$6,347.00** |

**Levine Sullivan Koch & Schulz, L.L.P.**

| | | | November 1, 2011 |
|---|---|---|---|
| I.D. 00499-077 - RP | | | Invoice 1832 |
| Re: Journal Publ. v. Hartford Courant | | | Page 3 |

**Timekeeper Summary**

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Robert Penchina | 13.90 | 445.00 | 6,185.50 |
| Cameron A. Stracher | 0.20 | 420.00 | 84.00 |
| Scott Bailey | 0.10 | 195.00 | 19.50 |
| Michael Beylkin | 0.20 | 290.00 | 58.00 |
| **Totals** | 14.40 | | $6,347.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

 LEVINE SULLIVAN KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

November 1, 2011      Invoice 1831   SDB

In Reference To: 00499-080 - Tribune Company - Fee Application-Bankruptcy Retention Issues

Client: Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/03/11 | SDJ | Correspond with local bankruptcy counsel regarding certificate of no objection and client regarding same. | 0.30<br>290.00/hr | 87.00 |
| 10/04/11 | SDB | Review and revise thirteenth monthly fee application and invoices in connection with same. | 0.30<br>445.00/hr | 133.50 |
| 10/06/11 | SDJ | Draft and revise quarterly fee application and thirteenth monthly fee application and review invoices regarding same. | 1.60<br>290.00/hr | 464.00 |
| 10/06/11 | JPB | Review fifth quarterly fee application for accuracy. | 0.90<br>195.00/hr | 175.50 |
| 10/07/11 | SDJ | Correspond with fee examiner regarding Ledes files and expense backup. | 0.20<br>290.00/hr | 58.00 |
| 10/11/11 | SDB | Review and revise fifth quarterly fee application. | 0.40<br>445.00/hr | 178.00 |
| 10/12/11 | SDJ | Review invoice for privilege and for compliance with bankruptcy court rules. | 0.40<br>290.00/hr | 116.00 |
| 10/27/11 | SDJ | Draft fourteenth monthly fee application for submission to bankruptcy court and review invoices regarding same. | 1.50<br>290.00/hr | 435.00 |
| 10/27/11 | SDB | Review and revise fourteenth monthly fee application and exhibit to same. | 0.40<br>445.00/hr | 178.00 |
| 10/31/11 | SDJ | Review and revise fourteenth monthly fee application for submission to bankruptcy court and correspond with local counsel regarding | 0.60<br>290.00/hr | 174.00 |

**Levine Sullivan Koch & Schulz, L.L.P.**

|  |  |  | November 1, 2011 |
|---|---|---|---|
| I.D. 00499-080 - SDB | | | Invoice 1831 |
| Re: Tribune Company - Fee Application-Bankruptcy Retention Issues | | | Page 2 |
| **Date** | **Atty** | **Description** | **Hours/Rate**    **Amount** |
| | | same. | |
| | | **For professional services rendered** | 6.60    $1,999.00 |
| | | **Total Amount of this Bill** | $1,999.00 |

## Levine Sullivan Koch & Schulz, L.L.P.

I.D. 00499-080 - SDB
Re: Tribune Company - Fee Application-Bankruptcy Retention Issues

November 1, 2011
Invoice 1831
Page 3

### Timekeeper Summary

|                    | Hours | Rate/Hour | Amount    |
|--------------------|-------|-----------|-----------|
| Seth D. Berlin     | 1.10  | 445.00    | 489.50    |
| Shaina D. Jones    | 4.60  | 290.00    | 1,334.00  |
| Jennifer P. Burke  | 0.90  | 195.00    | 175.50    |
| **Totals**         | 6.60  |           | $1,999.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605