# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

### October 1, 2011 through and including October 31, 2011

| Project Code | Description | Hour | Amount |
|---|---|---|---|
| 5735.00001 | Business Analysis | 21.0 | 12,278.50 |
| 5735.00004 | Current Financials | 97.8 | 56,681.00 |
| 5735.00007 | Employee Issues | 12.8 | 7,653.50 |
| 5735.00008 | Plan of Reorganization | 40.7 | 23,587.50 |
| 5735.0001 | Claims & Recoveries | 20.4 | 11,959.50 |
| 5735.00015 | UCC Meetings | 1.6 | 1,032.00 |
| 5735.00017 | Billing and Retention | 8.9 | 5,543.00 |
| | | **203.2** | **$118,735.00** |

Re:              Business Analysis
Client/Matter #  005735.00001

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 10/04/11 | BH | Review and analyze the announcement that strategic partner, Scripps, is acquiring assets of McGraw Hill. | 0.50 |
| 10/11/11 | ANL | Reviewed Classified Ventures amendment agreements. | 2.80 |
| 10/12/11 | ANL | Participated in call with A&M regarding new digital investment. | 0.50 |
| 10/12/11 | ANL | Reviewed materials for project Nomad. | 1.80 |
| 10/12/11 | BH | Discuss with Debtors advisors the potential media company investment being considered by Tribune. | 0.50 |
| 10/14/11 | BH | Draft and send memo to UCC on the anticipated equity investment of Tribune in a media related start-up venture. | 1.70 |
| 10/14/11 | ANL | Reviewed investment presentation on interactive TV. | 1.70 |
| 10/17/11 | ANL | Reviewed Tribune investment in digital media company and due diligence documents. | 2.50 |
| 10/17/11 | ANL | Prepared memo on Tribune investment for UCC counsel. | 2.20 |
| 10/17/11 | BH | Review and revise supplemental memo to UCC on Tribune potential investment in new media company. | 1.30 |
| 10/18/11 | ANL | Reviewed deal documents related to Tribune investment. | 1.60 |
| 10/20/11 | ANL | Reviewed Tribune digital media investment documents. | 1.80 |
| 10/20/11 | BH | Research Tribune media company potential investment and call UCC member to discuss strategy and issues of investment. | 2.10 |
| | | **Total Hours** | **21.00** |

Re:                          Business Analysis
Client/Matter #              005735.00001

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 14.90 | 560.00 | 8,344.00 |
| Brad Hall | 6.10 | 645.00 | 3,934.50 |
| **Total Hours & Fees** | **21.00** | | **12,278.50** |

Re:                    Current Financials
Client/Matter #        005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/03/11 | ANL | Reviewed industry news and analyst notes on media industry. | 1.50 |
| 10/03/11 | ANL | Reviewed weekly revenue flash and weekly cash reports. | 1.60 |
| 10/03/11 | ANL | Prepared weekly status update. | 1.80 |
| 10/03/11 | BH | Review and analyze Tribune weekly financial performance as compared to Plan. | 1.50 |
| 10/04/11 | BH | Review and analyze Tribune weekly financial results and edit report to Committee on actual to forecast results. | 1.00 |
| 10/04/11 | ANL | Reviewed examiners report. | 1.80 |
| 10/04/11 | ANL | Prepared weekly status update. | 1.20 |
| 10/04/11 | ANL | Reviewed August 2011 management operating report. | 1.70 |
| 10/05/11 | ANL | Reviewed weekly cash flash report and revenue flash report. | 1.30 |
| 10/05/11 | ANL | Reviewed Moelis media update. | 0.50 |
| 10/05/11 | ANL | Reviewed August 2011 management operating report. | 1.80 |
| 10/05/11 | BH | Review and analyze Moelis Media Update. | 0.40 |
| 10/05/11 | MPM | Reviewed weekly report. | 0.30 |
| 10/06/11 | ANL | Reviewed weekly revenue flash reports. | 1.80 |
| 10/06/11 | ANL | Prepared weekly status update. | 1.20 |
| 10/06/11 | ANL | Reviewed Tribune year to date results for publishing and broadcasting. | 1.60 |
| 10/06/11 | ANL | Reviewed 2011 operating plan. | 2.10 |
| 10/07/11 | ANL | Reviewed weekly revenue flash reports. | 1.80 |
| 10/07/11 | ANL | Reviewed cash flow reports. | 1.50 |
| 10/07/11 | ANL | Prepared weekly status update. | 1.20 |
| 10/10/11 | ANL | Reviewed weekly revenue flash reports. | 1.20 |
| 10/10/11 | ANL | Prepared weekly status update. | 2.20 |
| 10/11/11 | ANL | Reviewed 2011 Operating Plan. | 1.10 |
| 10/11/11 | MPM | Reviewed publishing and broadcasting YTD results. | 1.20 |
| 10/12/11 | BH | Review and analyze Tribune weekly financial performance relative to Plan and edit report to UCC on same. | 2.50 |
| 10/12/11 | ANL | Reviewed Sept 2011 and Q3 2011 publishing and broadcasting results. | 2.70 |
| 10/12/11 | ANL | Reviewed weekly revenue flash reports. | 0.70 |
| 10/12/11 | ANL | Prepared weekly status update. | 1.20 |
| 10/13/11 | ANL | Prepared weekly status update. | 1.70 |
| 10/13/11 | ANL | Reviewed Q3 2011 and September 2011 results. | 2.50 |
| 10/13/11 | BH | Review and analyze Tribune quarterly financial results compared to Plan and draft memo to UCC on same. | 3.60 |

Re:                          Current Financials
Client/Matter #              005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/14/11 | BH | Participate in review of monthly results in call hosted by Debtors advisors. | 0.60 |
| 10/14/11 | ANL | Participated in monthly FA calls with Debtor's advisors. | 0.70 |
| 10/14/11 | ANL | Reviewed Sept 2011 and year to date results. | 2.30 |
| 10/17/11 | ANL | Reviewed Sept 2011 and Q3 results. | 2.10 |
| 10/18/11 | ANL | Reviewed August 2011 management operating report and Sept reports. | 2.30 |
| 10/18/11 | ANL | Prepared weekly reports. | 1.60 |
| 10/18/11 | BH | Review and analyze the weekly financial results of Tribune compared to Plan and edit a report to UCC on same. | 2.40 |
| 10/19/11 | ANL | Reviewed Sept 2011 and Q3 results. | 2.30 |
| 10/19/11 | ANL | Reviewed weekly reports. | 1.60 |
| 10/20/11 | ANL | Reviewed Moelis media update. | 0.50 |
| 10/20/11 | ANL | Prepared weekly status update. | 1.70 |
| 10/20/11 | ANL | Reviewed weekly cash reports and revenue flash. | 2.20 |
| 10/20/11 | BH | Review and analyze Moelis Media Update. | 0.50 |
| 10/21/11 | ANL | Reviewed Sept 2011 and Q3 management operating reports. | 1.80 |
| 10/21/11 | ANL | Prepared summary of Sept 2011 and Q3 results. | 1.20 |
| 10/21/11 | ANL | Reviewed weekly reports. | 1.50 |
| 10/24/11 | ANL | Reviewed weekly cash reports. | 0.90 |
| 10/24/11 | ANL | Reviewed publishing and TV revenue flash and quarterly TV pacing reports. | 1.30 |
| 10/24/11 | ANL | Prepared weekly status update to UCC. | 1.80 |
| 10/24/11 | BH | Review and analyze Tribune Third Quarter financial results compared to Plan. | 2.00 |
| 10/25/11 | BH | Review and analyze weekly financial results of Tribune compared to Plan and edit report to UCC on same. | 2.30 |
| 10/25/11 | ANL | Reviewed Moelis media update. | 0.50 |
| 10/25/11 | ANL | Prepared weekly status update to UCC. | 2.30 |
| 10/25/11 | ANL | Reviewed year to date publishing and broadcasting results. | 2.10 |
| 10/25/11 | ANL | Reviewed Gannett and New York Times Q3 2011 results. | 1.80 |
| 10/25/11 | ANL | Reviewed weekly cash and revenue flash. | 1.30 |
| 10/26/11 | ANL | Prepared weekly status update to UCC. | 2.10 |
| 10/26/11 | ANL | Reviewed Sept circulation summary. | 1.20 |
| 10/27/11 | ANL | Reviewed weekly publishing revenue flash and TV pacing reports. | 1.30 |
| 10/27/11 | ANL | Reviewed cash reports. | 1.20 |
| 10/27/11 | BH | Review and analyze latest Moelis Media Update. | 0.50 |

Re:                          Current Financials
Client/Matter #              005735.00004

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 10/28/11 | ANL | Reviewed weekly flash reports. | 0.50 |
| 10/31/11 | ANL | Reviewed pacing reports. | 1.20 |
| | | **Total Hours** | **97.80** |

Re:                          Current Financials
Client/Matter #              005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Michael P Murphy | 1.50 | 855.00 | 1,282.50 |
| Albert Leung | 79.00 | 560.00 | 44,240.00 |
| Brad Hall | 17.30 | 645.00 | 11,158.50 |
| **Total Hours & Fees** | **97.80** | | **56,681.00** |

Re:                         Employee Issues
Client/Matter #             005735.00007

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 10/03/11 | ANL | Reviewed notes on court hearing and MIP update. | 0.90 |
| 10/03/11 | ANL | Reviewed 2011 MIP motion and exhibits. | 1.20 |
| 10/04/11 | ANL | Reviewed 2011 MIP motion and exhibits. | 1.30 |
| 10/04/11 | MPM | Reviewed MIP motion and severance information. | 1.30 |
| 10/05/11 | ANL | Reviewed Mercer report and MIP motion. | 1.20 |
| 10/13/11 | BH | Review and analyze the proposed separation payments to Wilson and Feeney. | 1.20 |
| 10/14/11 | ANL | Reviewed profit sharing and MIP information. | 1.60 |
| 10/17/11 | ANL | Reviewed severance package related to R. Feeney and A. Wilson and other Tribune insider information. | 1.50 |
| 10/18/11 | ANL | Reviewed Tribune separation agreements. | 1.10 |
| 10/24/11 | ANL | Reviewed severance agreements. | 1.50 |
| | | **Total Hours** | **12.80** |

Re:                    Employee Issues
Client/Matter #        005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Michael P Murphy | 1.30 | 855.00 | 1,111.50 |
| Albert Leung | 10.30 | 560.00 | 5,768.00 |
| Brad Hall | 1.20 | 645.00 | 774.00 |
| **Total Hours & Fees** | **12.80** | | **7,653.50** |

Re:               Plan of Reorganization
Client/Matter #    005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 10/04/11 | ANL | Reviewed DCL plan documents and Noteholder plan documents. | 2.10 |
| 10/04/11 | BH | Review and analyze memo drafted by Chadbourne on Bankruptcy Appeals and related legal issues. | 1.00 |
| 10/05/11 | ANL | Reviewed POR documents and memo on legal appeals process. | 1.70 |
| 10/06/11 | ANL | Reviewed DCL plan and exhibits. | 1.50 |
| 10/07/11 | ANL | Reviewed C&P memo on POR issues and legal appeals process. | 2.20 |
| 10/07/11 | ANL | Reviewed legal memo on comparable cases & actions. | 1.60 |
| 10/10/11 | ANL | Reviewed 5 year plan model and POR. | 3.20 |
| 10/10/11 | ANL | Reviewed priority tax claims. | 1.50 |
| 10/10/11 | ANL | Reviewed IRS settlement information. | 0.60 |
| 10/11/11 | ANL | Reviewed 5 year plan model and POR. | 2.20 |
| 10/11/11 | ANL | Reviewed IRS settlement information. | 2.80 |
| 10/12/11 | ANL | Reviewed 5 year plan model and POR. | 1.80 |
| 10/12/11 | ANL | Reviewed IRS settlement information. | 0.60 |
| 10/12/11 | MPM | Reviewed DCL Plan of Reorg. | 0.80 |
| 10/13/11 | ANL | Reviewed 5 year plan model and POR. | 1.80 |
| 10/19/11 | ANL | Reviewed confirmation update. | 0.50 |
| 10/19/11 | ANL | Reviewed DCL plan and exhibits. | 1.60 |
| 10/21/11 | ANL | Reviewed DCL plan and noteholder plan. | 2.20 |
| 10/24/11 | ANL | Reviewed DCL plan and noteholder plan. | 1.60 |
| 10/26/11 | ANL | Reviewed examiners report and DCL plan. | 1.70 |
| 10/27/11 | MPM | Reviewed Tribune tax settlement documents. | 0.60 |
| 10/28/11 | ANL | Reviewed DCL plan documents. | 1.80 |
| 10/31/11 | ANL | Reviewed Judge Carey's plan opinion. | 1.80 |
| 10/31/11 | BH | Review Judge Carey's opinion on Plans of Reorganization. | 3.50 |
| | | **Total Hours** | **40.70** |

Re:                    Plan of Reorganization
Client/Matter #        005735.00008

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Michael P Murphy | 1.40 | 855.00 | 1,197.00 |
| Albert Leung | 34.80 | 560.00 | 19,488.00 |
| Brad Hall | 4.50 | 645.00 | 2,902.50 |
| **Total Hours & Fees** | **40.70** | | **23,587.50** |

Re:                          Claims & Recoveries
Client/Matter #              005735.00010

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/10/11 | BH | Review and analyze memo on IRS settlement and relationship to filed claims. | 1.60 |
| 10/26/11 | BH | Review and analyze the proposed tax settlement with the State of California compared to claim amount and expectations as referenced in the latest 5- year forecast. | 2.60 |
| 10/26/11 | ANL | Reviewed CA FTB motion and exhibits. | 2.50 |
| 10/26/11 | ANL | Discussed CA FTB motion with C&P. | 0.60 |
| 10/27/11 | ANL | Reviewed draft CA tax settlement motion and exhibits. | 2.30 |
| 10/27/11 | ANL | Reviewed proofs of claims filed by CA FTB. | 3.10 |
| 10/27/11 | BH | Review and analyze the impact of settlement agreement with State of California relative to filed claim amounts. | 1.40 |
| 10/28/11 | BH | Participate in call with tribune advisors on the reconciliation of tax settlement amounts to filed claims. | 0.70 |
| 10/28/11 | ANL | Prepared notes on the tax settlement issue. | 1.20 |
| 10/28/11 | ANL | Call with A&M to discuss CA tax settlement | 0.70 |
| 10/28/11 | ANL | Reviewed proofs of claims filed by CA FTB. | 1.10 |
| 10/28/11 | ANL | Reviewed Chadbourne memo on the FTB tax settlement. | 0.50 |
| 10/31/11 | ANL | Reviewed tax settlement documents. | 2.10 |
| | | **Total Hours** | **20.40** |

Re:                    Claims & Recoveries
Client/Matter #        005735.00010

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 14.10 | 560.00 | 7,896.00 |
| Brad Hall | 6.30 | 645.00 | 4,063.50 |
| **Total Hours & Fees** | **20.40** | | **11,959.50** |

Re:                          UCC Meetings
Client/Matter #              005735.00015

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 10/04/11 | BH | Participate in weekly UCC professionals call hosted by Chadbourne. | 0.20 |
| 10/11/11 | BH | Participate in weekly UCC professionals meeting hosted by Chadbourne. | 0.50 |
| 10/18/11 | BH | Participate in weekly UCC professionals call hosted by Chadbourne. | 0.50 |
| 10/25/11 | BH | Participate in weekly UCC professionals call hosted by Chadbourne. | 0.40 |
| | | **Total Hours** | **1.60** |

Re:                          UCC Meetings
Client/Matter #              005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 1.60 | 645.00 | 1,032.00 |
| **Total Hours & Fees** | **1.60** | | **1,032.00** |

Re:              Billing and Retention
Client/Matter #  005735.00017

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/06/11 | BH | Review and analyze fee September application. | 1.50 |
| 10/26/11 | BH | Review and analyze September fee application report. | 1.80 |
| 10/27/11 | MPM | Reviewed and analyze September fee app. | 0.80 |
| 10/28/11 | ANL | Prepared September 2011 fee application. | 2.80 |
| 10/31/11 | ANL | Prepared September 2011 fee application. | 1.50 |
| 10/31/11 | BH | Review and revise September fee application. | 0.50 |
| | | **Total Hours** | **8.90** |

Re:                          Billing and Retention
Client/Matter #              005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Michael P Murphy | 0.80 | 855.00 | 684.00 |
| Albert Leung | 4.30 | 560.00 | 2,408.00 |
| Brad Hall | 3.80 | 645.00 | 2,451.00 |
| **Total Hours & Fees** | **8.90** | | **5,543.00** |