# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey #5

Calendar Date: 11/29/2011
Calendar Time: 01:30 PM ET

2nd Revision 11/29/2011 09:14 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4609975 | Jason D. Abbruzzese | (212) 612-1441 | Realm Partners | Interested Party, Realm Partners / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4604743 | David J. Adler | (212) 609-6847 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4610438 | Ronak Amin | (212) 390-2783 | The Blackstone Group | Interested Party, The Blackstone Group / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4606942 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4612274 | Gavin Baiera | 212-692-0217 | Angelo Gordon & Co., LP | Creditor, Credit Agreement Lenders / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4604746 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4613011 | James Bendernagel | 202-736-8136 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4607444 | Bruce Bennett | 213-621-6021 | Dewey & LeBoeuf LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4606425 | Donald S. Bernstein | 212-450-4092 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4609417 | Alexander Bilus | (215) 994-2608 | Dechert LLP | Interested Party, Alexander Bilus / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4606946 | Kristie Blase | (212) 756-2466 | Schulte Roth & Zabel, LLP | Defendant(s), Schulte Roth & Zabel, LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4609703 | Stephen Blauner | (212) 373-1562 | Solus LP - Client | Interested Party, Solus LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4609376 | Michael Blumenthal | 212-895-4241 | Crowell & Moring LLP | Creditor, National Broadcasting Systems / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4609538 | Jessica Boelter | 312-853-7030 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4612183 | Robert S. Brady | (302) 571-5713 | Young, Conaway Stargatt & Taylor, | Creditor, Credit Lenders / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | | 4606959 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | | 4612937 | Nick Campanario | 312-407-0974 | Skadden Arps Slate Meagher & Flom | Third Party, Former Special Committee of Tribune's Board of Directors / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4607032 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | | 4606963 | Andrew Caridas | 202-778-1855 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | | 4609540 | Shagun S. Chadha | (203) 569-4345 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4610626 | Randall Chase | (302) 674-3037 | Associated Press | Interested Party, Associated Press / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4607132 | Christopher S. Chow | (302) 252-4431 | Ballard Spahr LLP | Creditor, Comcast / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4606363 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4613121 | Steven H. Church | (302) 661-7606 | Bloomberg, LLP | Interested Party, Bloomberg, LP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4612249 | M. Blake Cleary | 302-571-6714 | Young, Conaway Stargatt & Taylor, | Creditor, Credit Agreement Lenders / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4612913 | Peter Couri | 203-552-6900 | Cooperstown Capital Management, | Interested Party, Cooperstown Capital Management, LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4606792 | Douglas Deutsch | 212-408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | | 4610942 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4604922 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, Defendants(Former Directors and Officers) / LIVE |
| Tribune Company | 08-13141 | Hearing | | 4606708 | Joseph Drayton | (212) 836-7177 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | | 4609593 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4609339 | Lexi Fallon | (212) 902-0791 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4607342 | Gregory W. Fox | (212) 833-1177 | Friedman Kaplan Seiler & Adelman | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | | 4605248 | Joseph Frank | (312) 276-1400 ext. 1432 | Frank Gecker LLP | Defendant(s), Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | | 4607238 | Matthew Frank | (312) 371-9955 | Alvarez & Marsal LLC. | Interested Party, Matthew Frank / LIVE |

| Debtor | Case | Type | Name | ID | Representative | Firm | Phone | Party / Representing |
|---|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4607418 | Igor Fuks | | Halcyon Asset Management | (212) 303-9453 | Creditor, Halcyon Asset Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4606824 | Daniel H. Golden | | Akin Gump Strauss Hauer & Feld | 212-872-1000 | Creditor, Aurelus Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4606961 | Andrew Goldfarb | | Zuckerman Spaeder LLP | (202) 778-1800 | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4606422 | Andrew N. Goldman | | Wilmer Cutler Pickering Hale & Dorr, | (212) 230-8836 | Interested Party, Angelo, Gordon & Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4609527 | Peter Gruszka | | Chicago Fundamental Investment | 312-416-4215 | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4609284 | Brian Guiney | | Patterson, Belknap, Webb & Tyler | 212-336-2305 | Interested Party, Patterson, Belknap, Webb & Tyler / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4607054 | David Hammerman | | Latham & Watkins LLP | (212) 906-1200 | Creditor, Barclays & Waterstone / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4605258 | Reed Heiligman | | Frank Gecker LLP | (312) 276-1432 | Defendant(s), Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4606526 | Timothy Hoffmann | | Jones Day | 312-269-4376 | Representing, Special Committee of The Board of Directors / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4610807 | Mark E. Holliday | | Camden Asset Management | (503) 243-5000 | Creditor, Wilmington Trust Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4609665 | Thomas Horan | | Womble Carlyle Sandridge & Rice, | (302) 252-4339 | Interested Party, GreatBanc Trust Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4607452 | James O. Johnston | | Dewey & LeBoeuf LLP | 213-621-6030 | Creditor, Credit Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4607024 | Evan Jones | | O'Melveny & Myers, LLP | 213-430-6236 | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4609264 | Anna Kalenchits | | Anna Kalenchits | (212) 723-1808 | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4606382 | Michael C. Kass | | Bluemountain Capital | (212) 905-3911 | Interested Party, Bluemountain Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4609651 | Michael J. Kelly | | Monarch Alternative Capital LP | 212-554-1760 | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4606426 | Peter Kim | | Davis Polk & Wardwell LLP | (212) 450-3028 | Creditor, JPMorgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4606392 | David Klauder | | Office of the United States Trustee | 302-573-6491 | Interested Party, Office of the United States Trustee / LIVE |
| Tribune Company | 08-13141 | Hearing | 4606530 | Sheron Korpus | | Kasowitz Benson Torres & Friedman | 212-506-1700 | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company | 08-13141 | Hearing | 4610024 | Stuart Kovensky | | Onex Credit Partners | 201-541-2121 | Creditor, Onex Credit Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4609542 | Bryan Krakauer | | Sidley Austin | (312) 853-7515 | Debtor, Tribune Company / LIVE |

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4606980 | Adam G. Landis | (302) 467-4444 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4609530 | Kevin Lantry | (213) 896-6022 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4609490 | Chung H. Lee | (312) 201-2641 | Edwards Wildman & Palmer | Representing, Mark Hianik / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4606800 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4607680 | Scott J Leonhardt | (302) 295-5093 | The Rosner Law Group LLC | Creditor, Silverpoint Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4609560 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4606543 | David Litvack | (212) 310-8361 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4609551 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4605641 | Michelle Maman | (212) 504-6000 | Cadwalader Wickersham and Taft | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4605280 | Michelle Marino | (302) 468-5700 | DLA Piper US, LLP | Interested Party, DLA Piper US, LLP / LIVE |
| Tribune Company | 08-13141 | Hearing | 4606417 | Olivia Mauro | (212) 412-6773 | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4604730 | Katharine L. Mayer | 302-984-6312 | McCarter & English | Creditor, Deutsche Bank Trust Company Americas / LIVE |
| Tribune Company | 08-13141 | Hearing | 4606809 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4606990 | Matthew B. McGuire | (302) 467-4431 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4606682 | R. Stephen McNeill | 302-984-6067 | Potter Anderson & Corroon LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4607460 | Joshua M. Mester | 213-621-6016 | Dewey & LeBoeuf LLP | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4609556 | David Miles | 202-736-8556 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4609922 | Kerriann Mills | 312-853-0036 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4606376 | Shachar Minkove | (212) 834-7174 | JPMorgan Chase Bank, N.A. | Interested Party, JPMorgan Chase Bank, N.A. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4607588 | Ainsley G. Moloney | (617) 951-8873 | Bingham McCutchen, LLP | Interested Party, Bingham McCutchen, LLP / LIVE |
| Tribune Company | 08-13141 | Hearing | 4609502 | Francis Monaco | 302-252-4340 | Womble Carlyle Sandridge & Rice, | Creditor, GreatBanc Trust Company / LIVE |

| Tribune Company | 08-13141 | Hearing | 4612956 | Christine Montenegro | (212) 506-1715 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4607218 | Frederick Morris | (212) 902-2886 | Goldman Sachs & Co. | Creditor, Goldman Sachs / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4609409 | Tina Moss | 212-326-0421 | Pryor Cashman LLP | Interested Party, Pryor Cashman LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4604605 | Grant Nachman | 212-745-9781 | Brigade Capital Management | Interested Party, Brigade Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4607283 | Gordon Novod | 212-209-4940 | Brown Rudnick LLP | Creditor, Welmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 4611155 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4609585 | Karen S. Park | 212-756-2036 | Schulte Roth & Zabel, LLP | Interested Party, Schulte Roth & Zabel / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4606696 | Jane Parver | (212) 836-8510 | Kaye Scholer LLP | Creditor, Merril Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4610207 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Creditor, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4609515 | Norman L. Pernick | (302) 651-2000 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4606546 | David Powlen | (302) 888-4536 | Barnes & Thornburg LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4606690 | Madlyn G. Primoff | (212) 836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4606985 | Daniel Rath | 302-467-4400 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4606709 | David W. Reimann | (310) 414-3000 | Reimann Law Group | Creditor, Majestic Realty Co. & Yorba Park Sub, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4611344 | Courtney Rogers | (203) 897-4815 | Royal Bank of Scotland | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4606804 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4607075 | Robert Rosenberg | 212-906-1200 | Latham & Watkins | Creditor, Barclays & Waterstone / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4606532 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LIVE |
| Tribune Company | 08-13141 | Hearing | 4613072 | Allison E. Ross Stromberg | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4606636 | Arthur Roulac | (212) 667-2073 | Nomura Securites | Interested Party, Nomura Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4606539 | Andrea Saavedra | (212) 310-8544 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4606424 | Damian Schaible | (212) 450-4000 | Davis Polk & Wardwell LLP | Creditor, JP Morgan Chase Bank, N.A. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4604890 | Jason D. Schauer | 310-275-5335 | Levine Leichtman Capital Partners | Creditor, Levine Leichtman LLCP / LIVE |
| Tribune Company | 08-13141 | Hearing | 4609283 | Jeffrey M. Schlerf | (302) 622-4212 | Fox Rothschild LLP | Debtor, Tribune Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4609788 | Brad R Schneider | (213) 683-9100 ext. 9237 | Munger, Tolles & Olson LLP | Interested Party, Abbott Laboratories Retirement Trust / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4611690 | Mike J. Schott | (212) 593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4606777 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4607016 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4612970 | Beth Sieg | (804) 775-1137 | McGuireWoods, LLP | Interested Party, Dominion / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4609315 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4608185 | Ian J. Silverbrand | (212) 819-7811 | White & Case | Interested Party, White & Case / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4606675 | Laurie S. Silverstein | 302-984-6033 | Potter Anderson & Corroon LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4606773 | Rebecca Song | (212) 559-9933 | CITI | Creditor, Citi / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4606949 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4607274 | Robert Stark | 212-209-4862 | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 4606421 | Robert Stearn, Jr. | 302-651-7830 | Richards, Layton & Finger, P.A. | Creditor, JP Morgan Chase Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4609523 | J. Kate Stickles | (302) 651-2001 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4611207 | Alan Stone | (212) 530-5285 | Milbank, Tweed, Hadley & McCloy, | Creditor, Amalgamated Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4609361 | William Sullivan | 302-428-8191 | Sullivan Hazeltine Allinson, LLC | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 4610130 | Jay Teitelbaum | 914-437-7670 | Teitelbaum & Baskin | Interested Party, William A. Niese / LIVE |
| Tribune Company | 08-13141 | Hearing | 4609286 | Andrew M. Thau | (212) 692-5178 | Miller Tabak Roberts Securities, LLC | Interested Party, Miller Tabak Roberts Securities, LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4604653 | Sina Toussi | 212-230-4510 | One East Partners | Interested Party, One East Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4611483 | Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4605198 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |

| Party | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4606365 | Eric VanSchyndle | (414) 277-5155 | Quarles & Brady LLP | Interested Party, Stark Entities / LIVE |
| Tribune Company | 08-13141 | Hearing | 4606542 | Michael F. Walsh | (212) 310-8197 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley & Company, LLC, et al / LIVE |
| Tribune Company | 08-13141 | Hearing | 4609625 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4610380 | Jennifer Wild | 212-418-6877 | Smith Management | Interested Party, Smith Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4607331 | Amanda Winfree | 302-654-1888 ext. 00 | Ashby & Geddes | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4606522 | Jeffrey C. Wisler | (302) 888-6258 | Connolly Bove Lodge & Hutz LLP | Creditor, Certain Current & Former Officers and Directors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4606819 | David M. Zensky | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4605214 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |