## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, et al.,**[1] | **Case No. 08-13141 (KJC)** |
| Debtors. | **Jointly Administered** |
| | **Ref. Docket No. 10278** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1.   I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.  On November 21, 2011, I caused to be served the "Notice of Amended Agenda of Matters Scheduled for Hearing on November 22, 2011 at 2:00 P.M. Before the Honorable Kevin J. Carey," dated November 21, 2011 [Docket No. 10278], by causing true and correct copies to be:

    i.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    ii.  delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    iii.  delivered via facsimile to those parties listed on the annexed Exhibit C.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Eleni Kossivas

Sworn to before me this
28th day of November, 2011

_____
Notary Public

PANAGIOTA MANATAK...
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COU...
LIC. #01MA6...
COMM. EXP. AP...

**EXHIBIT A**

**TRB AGENDA 11-21-11**

Marbury L. von Briesen
401 Plumbridge Court
Timonium, MD 21093-8125

**TRB AGENDA 11-21-11**

Carol Hoeme Walker
3561 W. Hemlock
Oxnard, CA 93035

**TRB AGENDA 11-21-11**

Mr Herbert E. Eye
HC 72 Box 36
Franklin, WV 26807

**TRB AGENDA 11-21-11**

Stephen K. Gallagher. Esq.
Kristen E. Burgers, Esq.
Venable LLP
8010 towers Crescent Drive, Suite 300
Vienna, VA 22182

**TRB AGENDA 11-21-11**

Mr. Robby S. Wells
P.O. Box 345
Saunemin, IL  61769

**TRB AGENDA 11-21-11**

Mr. Robert Wells
54 Center Street
Saunemin, IL  61769-0345

**TRB AGENDA 11-21-11**

Mr. James E. Heckenlaible
Settlement Officer
State of California Franchise Tax Board
Legal Division MS A270
Rancho Cordova, CA 95741-3070

**TRB AGENDA 11-21-11**

Patricia E. Bender, Esq.
5415 N. Sheridan Rd., Suite 1411
Chicago, IL 60640

**TRB AGENDA 11-21-11**

Ian Connor Bifferato, Esquire
Thomas F. Driscoll, III, Esquire
Kevin G. Collins, Esquire
J. Zachary Haupt, Esquire
Bifferato LLC
800 N. King Street, First Floor
Wilmington, DE 19801

**TRB AGENDA 11-21-11**

Anthony M. Saccullo, Esquire
Thomas H. Kovach, Esquire
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE  19701

**TRB AGENDA 11-21-11**

Ronald L. Rowland, Esquire
Receivable Management Services Corporation
as Agent for Dun & Bradstreet
307 International Drive, Suite 270
Hunt Valley, MD  21030

**EXHIBIT B**

**_Email Address_**

bulla@aol.com

chriseyec@aol.com

keburgers@venable.com

mvbbvb@comcast.net

skgallagher@venable.com

stevewalkergolf@gmail.com

**EXHIBIT C**

| Name | Fax |
|------|-----|
| Office of the United States Trustee  Attn: David M Klauder | 302-573-6497 |
| Landis Rath & Cobb LLP  Attn: Adam G Landis | 302-467-4450 |
| Landis Rath & Cobb LLP  Attn: Matthew B McGuire | 302-467-4450 |
| Richards, Layton & Finger, P.A.  Attn: Mark D Collins | 302-498-7531 |
| Richards, Layton & Finger, P.A.  Attn: Mark D Collins | 302-651-7701 |
| Richards, Layton & Finger, P.A.  Attn: Robert J Stern Jr | 302-498-7531 |
| Richards, Layton & Finger, P.A.  Attn: Robert J Stern Jr | 302-651-7701 |
| U. S. Attorney's Office  Attn: Ellen W Slights | 302-573-6431 |
| DLA Piper LLP (US)  Attn: Stuart M Brown | 302-394-2341 |
| DLA Piper LLP (US)  Attn: R.Craig Martin | 302-394-2341 |
| DLA Piper LLP (US)  Attn: Michelle E. Marino | 302-394-2341 |
| Potter Anderson & Corroon LLP  Attn: Laurie Silverstein | 302-658-1192 |
| McCarter & English, LLP  Attn: Katherine L Mayer | 302-984-6399 |
| Wilmington Trust Company  Attn: Patrick J Healy Vice President | 302-636-4148 |
| Seitz, van Ogtrop & Green, P.A.  Attn: R Karl Hill | 302-888-0606 |
| Elliott Greenleaf  Attn: William M Kelleher | 302-656-3714 |
| Elliott Greenleaf  Attn: William M Kelleher | 302-384-9399 |
| The Rosner Law Group LLC  Attn: Frederick B Rosner | 302-351-8010 |
| The Rosner Law Group LLC  Attn: Scott J Leonhardt | 302-351-8010 |
| Cooch and Taylor, P.A.  Attn: Susan E Kaufman | 302-984-3939 |
| Cross & Simon, LLC  Attn: Christopher P Simon | 302-777-4224 |
| Cross & Simon, LLC  Attn: Joseph Grey | 302-777-4224 |
| Cozen O'Connor  Attn: Mark E Felger | 302-295-2013 |
| Archer & Greiner, P.C.  Attn: John V Fiorella | 302-777-4352 |
| Archer & Greiner, P.C.  Attn: Charles J Brown | 302-777-4352 |
| Brown Stone Nimeroff LLC  Attn: Jami B Nimeroff | 302-351-2744 |
| Pepper Hamilton LLP  Attn: David B Stratton | 302-421-8390 |
| Pepper Hamilton LLP  Attn: John H Schanne II | 302-421-8390 |
| Eckert, Seamans, Cherin & Mellott, LLC | 302-425-0432 |
| Monzack Mersky McLaughlin & Browder, P.A.  Attn: Rachel B Mersky | 302-656-2769 |
| Pinckney, Harris & Weidinger, LLC  Attn: Donna Harris | 302-442-7046 |
| Hiller & Arban, LLC  Attn: Adam Hiller | 302-442-7045 |
| Bifferato LLC  Attn: Ian Connor Bifferato | 302-254-5383 |
| Bifferato LLC  Attn: Kevin G Collins | 302-254-5383 |
| Bifferato LLC  Attn: Thomas F Driscoll | 302-254-5383 |
| Bifferato LLC  Attn: J Zachary Haupt | 302-254-5383 |
| Duane Morris LLP  Attn: Michael R Lastowski | 302-657-4901 |
| Duane Morris LLP  Attn: Sommer L Ross | 302-657-4901 |
| Ashby & Geddes, P.A.  Attn: William Bowden | 302-654-2067 |
| Ashby & Geddes, P.A.  Attn: Amanda M Winfree | 302-654-2067 |
| Ashby & Geddes, P.A.  Attn: Karen B Skomorucha | 302-654-2067 |
| Pachulski Stang Ziehl & Jones LLP  Attn: Laura Davis Jones | 302-652-4400 |
| Pachulski Stang Ziehl & Jones LLP  Attn: Timothy P Cairns | 302-652-4400 |
| Young Conaway Stargatt & Taylor, LLP  Attn: Robert S Brady | 302-571-1253 |
| Young Conaway Stargatt & Taylor, LLP  Attn: M Blake Cleary | 302-571-1253 |
| Barnes & Thornburg LLP  Attn: David M Powlen | 317-231-7433 |

Paul, Weiss, Rifkind, Wharton & Garrison LLP  Attn: Joseph L Christensen          302-655-4420
Fox Rothschild LLP  Attn: Jeffrey M Schlerf                                       302-656-8920
Fox Rothschild LLP  Attn: John H Strock                                          302-656-8920
Greenberg Traurig, LLP  Attn: Dennis A Meloro                                    302-661-7360
Bifferato Gentilotti LLC  Attn: Garvan F McDaniel                                302-429-8600
Blank Rome LLP  Attn: David W Carickhoff                                          302-425-6464
Duane Morris LLP  Attn: Richard W Riley                                          302-657-4901
Sullivan Hazeltine Allinson LLC  Attn: William Hazeltine                         302-428-8195
Sullivan Hazeltine Allinson LLC  Attn: William D Sullivan                        302-428-8195
Sullivan Hazeltine Allinson LLC  Attn: Elihu E Allinson III                      302-428-8195
Morris, Nichols, Arsht & Tunnell LLP  Attn: Derek C Abbott                       302-658-3989
Morris, Nichols, Arsht & Tunnell LLP  Attn: Curtis S Miller                      302-658-3989
Ballard Spahr LLP  Attn: Christopher S Chow                                      302-252-4466
Ballard Spahr LLP  Attn: Leslie C Heilman                                        302-252-4466
Duane Morris LLP  Attn: Lawrence J Kotler                                        302-657-4901
Morgan, Lewis & Bockius LLP  Attn: Colm F Connolly                               302-574-3001
Klehr Harrison Harvey Branzburg LLP  Attn: Michael W Yurkewicz                   302-426-9193
Eckert Seamans Cherin & Mellott, LLC  Attn: Tara L Lattomus                      302-425-0432
Loizides, P.A.  Attn: Christopher D Loizides                                     302-654-0728
Bayard, P.A.  Attn: Justin R Alberto                                            302-658-6395
Polsinelli Shughart PC  Attn: Christopher A Ward                                 302-252-0921
Tybout Redfearn and Pell  Attn: Sherry Ruggiero Fallon                           302-658-4018
Phillips, Goldman & Spence, P.A.  Attn: John C Phillips                          302-655-4210
Silverman McDonald & Friedman  Attn: Brian E Lutness                             302-888-2923
Margolis Edelstein  Attn: James E Huggett                                        302-888-1119
A.M. Saccullo Legal, LLC  Attn: Anthony M Saccullo                               302-836-8787
A.M. Saccullo Legal, LLC  Attn: Thomas H Kovach                                  302-836-8787
Sidley Austin LLP  Attn: James F Conlan                                          312-853-7036
Sidley Austin LLP  Attn:  Bryan Krakauer                                         312-853-7036
Sidley Austin LLP  Attn: Kevin T Lantry                                          213-896-6600
Chadbourne & Parke LLP  Attn: Howard Seife                                       212-541-5369
Chadbourne & Parke LLP  Attn: David M LeMay                                      212-541-5369
Chadbourne & Parke LLP  Attn: Douglas E Deutsche                                 212-541-5369
Zuckerman Spaeder LLP  Attn: Graeme W Bush                                       202-822-8106
Zuckerman Spaeder LLP  Attn: James  Sottile                                      202-822-8106
Davis Polk & Wardwell  Attn: Dennis E Glazer                                     212-607-7999
Davis Polk & Wardwell  Attn: Elliot Moskowitz                                    212-607-7999
Davis Polk & Wardwell  Attn: Michael Russano                                     212-607-7999
Kaye Scholer LLP  Attn: Madlyn Gleich Primoff                                    212-836-6525
Kaye Scholer LLP  Attn: Jane W Parver                                            212-836-6525
Kaye Scholer LLP  Attn: Joseph W Drayton                                         212-836-6525
Mayer Brown LLP  Attn: Frederick D Hyman                                         212-262-1910
Mayer Brown LLP  Attn: Brian Trust                                               212-262-1910
Mayer Brown LLP  Attn: Amit K Trehan                                             212-262-1910
Mayer Brown LLP  Attn: Barbara Yan                                               212-262-1910
Brown Rudnick LLP  Attn: Robert J Stark                                          212-209-4801
Brown Rudnick LLP  Attn: Martin S Siegel                                         212-209-4801

| | |
|---|---|
| Brown Rudnick LLP  Attn: Gordon Z Novod | 212-209-4801 |
| Lerman Senter, PLLC  Attn: Meredith S Senter Jr | 202-429-4618 |
| Lerman Senter, PLLC  Attn: Sally A Buckman | 202-429-4618 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: Daniel H Golden | 212-872-1002 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: David M Zensky | 212-872-1002 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: Abid Qureshi | 212-872-1002 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: Deborah J Newman | 212-872-1002 |
| Friedman Kaplan Seiler & Adelman LLP  Attn: Edward A Friedman | 212-833-1250 |
| Friedman Kaplan Seiler & Adelman LLP  Attn: William P Weintraub | 212-833-1250 |
| Kasowitz, Benson, Torres & Friedman LLP  Attn: David S Rosner | 212-506-1800 |
| Kasowitz, Benson, Torres & Friedman LLP  Attn: Andrew K Glenn | 212-506-1800 |
| Kasowitz, Benson, Torres & Friedman LLP  Attn: Sheron Korpus | 212-506-1800 |
| McCarter & English, LLP  Attn: David Adler | 212-609-6921 |
| Dewey & Leboeuf LLP  Attn: Bruce Bennett | 213-621-6100 |
| Dewey & Leboeuf LLP  Attn: James O Johnston | 213-621-6100 |
| Dewey & Leboeuf LLP  Attn: Joshua M Mester | 213-621-6100 |
| Wilmer Cutler Pickering Hale and Dorr LLP  Attn: Andrew Goldman | 212-230-8888 |
| Paul, Weiss, Rifkind,Wharton & Garrison LLP  Attn: Stephen J Shimshak | 212-757-3990 |
| Paul, Weiss, Rifkind,Wharton & Garrison LLP  Attn: Andrew Gorden | 212-492-0543 |
| O'Melveny & Myers LLP  Attn: Bradley Butwin | 212-326-2061 |
| O'Melveny & Myers LLP  Attn: Daniel S Shamah | 212-326-2061 |
| O'Melveny & Myers LLP  Attn: Evan M Jones | 213-430-6407 |
| GE Capital Fleet Services  Attn: Aaron N Chapin | 312-207-6400 |
| City of Chicago; Dept. of Law  Attn: Esther Tryban Telser | 312-744-6798 |
| City of Chicago; Dept. of Law  Attn: Esther Tryban Telser | 312-744-3832 |
| United States Debt Recovery III LLP  Attn: Nathan E Jones | 775-832-5085 |
| Wildman, Harrold, Allen & Dixon LLP  Attn: Joy L Monahan | 312-416-4823 |
| Receivable Management Services Corporation  Attn: Ronald L Rowland | 410-242-4218 |
| SNR Denton US LLP  Attn: Stefanie L. Wowchuk | 312-876-7934 |
| Morrison & Head-Indsutrial  Attn: John S. Woolard | 512-302-5801 |
| Jackson Walker LLP  Attn: Heather M. Forrest | 214-953-5822 |
| Alston & Bird LLP  Attn: John W. Weiss | 212-922-3860 |
| PricewaterhouseCoopers LLP  Attn: Andrea Clark Smith | 813-637-4271 |
| United States Dept. of Justice  Attn: Yonatan Gelblum | 202-514-6866 |
| Colamarino & Sohns LLP  Attn: Gregory Sohns | 212-448-0066 |
| Michael J. Agusta | 516-355-2074 |
| Office of Ohio Aggorney General Mike DeWine  Attn: Donn D. Rosenblum | 877-591-5768 |