# EXHIBIT A

| Transaction Date | Client Name | Employee Name | Actual Hours Logged | Fees Logged | Description |
|---|---|---|---|---|---|
| 10/4/2011 | Tribune Company | Zilka,Jeffrey R. | 0.5 | 350 | Comment on news reports that judge says he is close to deciding, counsel on next steps .5 |
| 10/9/2011 | Tribune Company | Zilka,Jeffrey R. | 2.5 | 1,750.00 | Write draft internal memos, reflecting different scenarios re: Court confirmation of Tribune and competing plans of reorg |
| 10/20/2011 | Tribune Company | Zilka,Jeffrey R. | 1 | 700 | Review draft confirmation announcement plan .2 Discuss with Gary Weitman .3 Review, edit draft holding statements .5 total 1 |
| 10/24/2011 | Tribune Company | Zilka,Jeffrey R. | 1.5 | 1,050.00 | Review and edit employee memos re: confirmation hearings .7 Discuss speaking platforms, external communication strategy with Gary .3 Secure Caitlin O'Byrne, brief her on platform research project .5 total: 1.5 |
| 10/24/2011 | Tribune Company | O'Byrne,Caitlin Campbell | 1 | 175 | Met with Jeff Zilka about compiling/updating a list of tech and business conferences (.50); Found list of conference for the Corp. Comm. practice, went through and highlighted all of the applicable conferences that might pertain to them. (.50) |
| 10/25/2011 | Tribune Company | Zilka,Jeffrey R. | 1.3 | 875 | Review Caitlin O'Byrne's first pass at tech and business conferences .8 Conversation with Gary Weitman re: internal and external communications .2 meet with Brittany Morris re: digital and tech conferences .3 total: 1.3 |
| 10/25/2011 | Tribune Company | Morris,Brittany J | 0.5 | 217.5 | Met with Jeff and Caitlin to discuss Tribune conference needs and provided initial recommendations. |
| 10/25/2011 | Tribune Company | O'Byrne,Caitlin Campbell | 4 | 700 | From Corporate Comm. List, created a new document of conferences that apply to the 4 streams of interest for Tribune. Printed off the new list, the Corp.Comm. list, and previous notes for meeting with Jeff (.50); -Meeting with Jeff to go through list and discuss which make sense to continue researching (.80); - Continued to research the identified conferences to gather correct date and location, added any other additional ones I came upon, and merged the Corp. Comm. list with the list Jeff had previously sent Gary (2.5); - Brief meeting with Jeff and Brittany to discuss tech conferences to identify any gaps (.20) |

| Transaction Date | Client Name | Employee Name | Actual Hours Logged | Fees Logged | Description |
|---|---|---|---|---|---|
| 10/26/2011 | Tribune Company | Morris,Brittany J | 1 | 435 | Sourced additional digital and tech conferences from team and provided recommendations to Caitlin to help populate the targeted list for Tribune. |
| 10/26/2011 | Tribune Company | O'Byrne,Caitlin Campbell | 1.2 | 218.75 | Connected with Brittany to go through additional tech conferences (.50); - Finished completing the report and sent to Jeff (.50); - Based on feedback from Gary, edited the document to have a tab for each "stream". (.20) |
| 10/27/2011 | Tribune Company | Zilka,Jeffrey R. | 1 | 700 | Draft counseling memo re: communications strategy post-confirmation ruling re: FCC review |
| 10/27/2011 | Tribune Company | O'Byrne,Caitlin Campbell | 0.2 | 43.75 | Based on feedback from Gary, edited the header and name of document. Also added another conference and researched for others. (.20) |
| 10/31/2011 | Tribune Company | Zilka,Jeffrey R. | 0.8 | 525 | Review Court ruling re: confirmation of neither plan |
| | | **TOTAL** | **16.5** | **$ 7,740.00** | |