Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Ph. 619-220-8900/ Fax 619-220-8112

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY, et al.,

Debtors

) CHAPTER 11
)
) Case No. 08-13141 (KJC)
) (Jointly Administered)
)
)
) NOTICE OF TRANSFER OF CLAIM
) OTHER THAN FOR SECURITY AND
) WAIVER OF NOTICE
)
Bankruptcy Rule 3001(e)(2)

PLEASE TAKE NOTICE that the filed claim of **220 EAST NEWSTAND, INC** ("Transferor") against the Debtor in the amount of **$810.32 (Claim No. 1287)**, as listed within the Claims Register, and all other claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the claim is not less than $810.32 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to DACA any correspondence or payments received subsequent to the date of this agreement and authorize DACA to take the steps necessary to transfer this claim and all claims we hold against the above debtor into their name. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**220 EAST NEWSTAND, INC**
**220 E 42ND ST  NEW YORK NY 10017**

Print Name ___Mickey Kumar___ Title ___Manager___

Signature ___[signature]___ Date ___12/2/11___

Updated Address (if needed) _____

Phone ___917 604 1950___ Fax ___212 986 2745___ E-Mail ___mickeykumar220@yahoo.com___

Federal Tax Identification / Social Security Number: ___26-0006667___

TRANSFEREE:
**Debt Acquisition Company of America V, LLC**
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: ___[signature]___
                    Andrew Whatnall

Mail Ref# 4-486
2684090

1