# EXHIBIT 1

## Tribune Twenty-Eighth Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Littler Mendelson<br>200 North LaSalle St., Suite 2900<br>Chicago, IL 60601-1014 | Labor Litigation Counsel | $10,000.00 |