## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT REGARDING
## SIXTH QUARTERLY FEE APPLICATION OF SIDLEY AUSTIN LLP

Stuart Maue (the **"Fee Examiner"**) submits this Final Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the **"Fee Examiner Order"**) in connection with the *Sixth Quarterly Fee Application of Sidley Austin LLP* [Docket No. 7189] (the **"Fee Application"**). The Fee Application seeks approval of fees that total

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

$6,581,178.43 and reimbursement of expenses that total $425,733.29 for the period from March 1, 2010 through May 31, 2010. Sidley Austin LLP ("**Sidley**") serves as Counsel to the Debtors and Debtors in Possession.

## Background

1.       On December 8, 2008 (the "**Petition Date**"), Tribune Company and its listed subsidiaries and affiliates (each a "**Debtor**" and collectively the "**Debtors**") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. On December 10, 2008, the Bankruptcy Court entered an order consolidating the Debtors' Chapter 11 cases for procedural purposes only.

2.       On December 26, 2008, the Debtors filed the *Application for an Order Authorizing Debtors and Debtors in Possession to Retain Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession Pursuant to 11 U.S.C. §§ 327(e) and 1107, Nunc Pro Tunc to the Petition Date* [Docket No. 139] (the "**Retention Application**"). By order dated February 20, 2009 [Docket 435], this Court approved the retention of Sidley (the "**Retention Order**").

3.       Sidley submitted the Fee Application on December 14, 2010, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* (January 15, 2009) [Docket No. 225] (the "**Interim Compensation Order**").

## Applicable Standards

4.       In light of the size and complexity of these Chapter 11 cases, this Court appointed the Fee Examiner "to act as a special consultant to the Court for professional fee and expense analysis and review, as described in [the Fee Examiner Order]" and observed that "it is necessary to establish uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and guidelines." *Fee Examiner Order* ¶¶ 1, 3.

5.       The Fee Examiner reviewed the Fee Application for compliance with Sections 330 and 331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**"). In addition, the Fee Examiner reviewed the Fee Application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

6.      Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals "reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A)*. In evaluating the amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F)*.

7.      A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses were necessary, reasonable, and actually incurred. A fee application must comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules. Moreover, the exercise of billing judgment by attorneys is ethically mandated; it is an inherent and unavoidable

component of every fee application.    A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

8.      The Fee Examiner completed the preliminary evaluation of the Fee Application, the Retention Application, the Retention Order, the Interim Compensation Order, and all related filings and provided a Preliminary Report to Sidley for review and comment.    The firm and the Fee Examiner communicated regarding the issues raised in the Preliminary Report, and Sidley provided a comprehensive written response.    After consideration of the additional information provided by the firm, the Fee Examiner now issues this final report (the **"Final Report"**) "in a format designed to opine whether the requested fees of the Case Professional meet the applicable standards of section 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Guidelines." *Fee Examiner Order ¶5.*

## DISCUSSION OF FINDINGS

### Technical Requirements

### Reconciliation of Fees and Expenses

9.      The Fee Examiner compared the total amount of fees and expenses requested in the Fee Application (**"Fees Requested"** and **"Expenses Requested"**) to the fees and expenses actually documented in the electronic and/or hard copy data received from the firm (**"Fees Computed"** and **"Expenses Computed"**).    The Fee Examiner determined that the Fees Computed exceed the Fees Requested by $2,230.50, resulting in an apparent undercharge.    The discrepancy is the result of task hours within several entries that do not equal the time billed for the entries as a whole, as displayed in **Exhibit A** to the preliminary report.[2]    Sidley agreed to the mathematical error identified by the Fee Examiner. Exhibit A is omitted from this report.

---

[2] This Final Report includes exhibits that detail and support the findings discussed herein.    Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit. The tasks included in a specific category are underlined in the fee exhibits.    For purpose of context, other tasks within the same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit category.

The recomputation of expenses revealed that the Expenses Requested were $27.57 more than the Expenses Computed.   The sum of the expenses requested in the monthly applications total $425,705.72; however the *Sixth Quarterly Fee Application* requests expenses in the amount of $425,733.29.   The "Expense Summary for the Quarterly Period" includes an additional $27.57 in the "Other" category that was not included on the summaries for each of the monthly applications.   In its response, Sidley agreed to waive its request for reimbursement of the $27.57.

10.    **Block Billing.**   The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment." *Local Rule 2016-2(d)(vii)*.   The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." *UST Guidelines ¶(b)(4)(v)*.[3] Sidley block billed entries totaling 329.33 hours and $234,696.50 in associated fees.   Those entries, hours and associated fees were included in **Exhibit B** to the preliminary report.   In particular, Sidley's timekeepers often lumped together more than one conference or combined conferences and written communications in one fee entry.   Given the Fee Examiner's prior admonishments to Sidley on this matter, and the fact that failure to comply with the Local Rules and UST Guidelines has consequences, the Fee Examiner feels that a fee reduction is appropriate.   Sidley was invited to comment on the firm's continued practice of block billing.

In response, Sidley provided a lengthy statement regarding the interrelation of the activities described in the questioned entries and asserted that the multiple verbs contained in entries did not prevent the Fee Examiner or the Court from determining the reasonableness and necessity of the work performed.   The firm also noted the comparatively small amount of blocked entries when viewed in light of total time expended.   Sidley stated that the Debtors required the services of a significant number

---

[3] The judicial response to block billing varies.   Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g.*, *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g.*, *In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007).   Across the board cuts range from five to 100 percent. *See id.* at 495 n.7 and cases cited.

of non-bankruptcy professionals and gave examples of the non-bankruptcy work performed during the interim period. The firm anticipates that the amount of block billing will decline in future applications, and the Fee Examiner will look for and expect such a trend. No recommendation for a fee reduction is made at this time, and Exhibit B is omitted from this report.

11.    **Time Increments.**  The Local Rules provide that "[a]ctivities shall be billed in tenths of an hour (six (6) minutes)." *Local Rule 2016-2(d)(iv)*. The UST Guidelines further provide that time entries "should be kept contemporaneously with the services rendered in time periods of tenths of an hour." *UST Guidelines ¶(b)(4)(v)*. Billing in greater than 0.10 hour increments is a practice that lends itself to the potential of increased rounding of time, thereby increasing the likelihood that the reported time charged is inflated. It is a practice widely criticized by courts and legal scholars and is typically prohibited by sophisticated consumers of legal services as it can result in the billing of time over and above the amount of time actually expended to perform a particular activity. The Fee Examiner observed that six of seven fee entries billed by one timekeeper and all of the daily hours billed by a second timekeeper were in one-half hour or hour time increments. **Exhibit C**, to the preliminary report, displayed all of the time entries of the timekeepers, totaling 38.30 hours with $4,381.00 in associated fees. The Fee Examiner requested Sidley explain these billing patterns.

The time increment issue was also present in Sidley's prior interim fee application, and at that time the firm and the Fee Examiner discussed the problem and Sidley asserted there was no inflation in the time recorded. As with the prior fee application, the Fee Examiner and Sidley have come to a compromise solution and the firm has agreed to a voluntary fee reduction in the amount of $43.81. Exhibit C is omitted from this report.

### Review of Fees

12.    **Firm Staffing.**  The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether

the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11." *UST Guidelines ¶(b)(1)(iii)*.  The Fee Application provided the names, positions, and hourly rates of the 162 Sidley professionals and paraprofessionals who billed to this matter, consisting of 43 partners, 2 senior counsel, 3 counsel, 61 associates, 2 staff attorneys, 7 senior legal assistants, 17 legal assistants, 1 communications specialist, 1 project assistant, 3 librarians, 1 litigation support manager, 20 litigation support, and 1 docket.  A summary of hours and fees billed by each timekeeper is displayed in **Exhibit D**.

The firm billed a total of 11,660.80 hours with associated fees of $6,583,408.93.[4]  The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 4,416.70 | 38% | $3,471,626.25 | 53% |
| Senior Counsel | 17.50 | * | 14,437.50 | * |
| Counsel | 498.10 | 4% | 338,335.25 | 5% |
| Associate | 5,447.60 | 47% | 2,468,802.93 | 37% |
| Staff Attorney | 72.00 | * | 17,640.00 | * |
| Senior Legal Assistant | 180.20 | 2% | 45,992.50 | * |
| Legal Assistant | 595.70 | 5% | 125,594.50 | 2% |
| Communications Specialist | 205.40 | 2% | 54,431.00 | * |
| Project Assistant | 33.50 | * | 3,685.00 | * |
| Librarian | 6.60 | * | 876.00 | * |
| Litigation Support Manager | 5.00 | * | 1,575.00 | * |
| Litigation Support | 180.50 | 2% | 40,203.00 | * |
| Docket | 2.00 | * | 210.00 | * |
| **TOTAL** | 11,660.80 | 100% | $6,583,408.93 | 100% |

* Less than 1%

The blended hourly rate for the Sidley professionals is $603.80 and the blended hourly rate for professionals and paraprofessionals is $564.58.

13.    **Hourly Rate Increases.**  Sidley did not increase the hourly rates of firm timekeepers during this interim period.

14.    **Timekeepers' Roles.**  A court may not allow compensation of fees for duplicative or unnecessary services. *See 11 U.S.C. § 330(4)*.  With this directive in mind, the Fee Examiner reviewed

---

[4] This amount reflects the Fees Computed.

the billing entries of each timekeeper to evaluate his or her contribution to the representation, including a comparison to others' efforts. On the whole, each timekeeper appeared to perform either core team responsibilities necessary to the engagement, or performed limited but discrete, necessary, and/or fungible tasks that did not appear to be duplicated by other professionals. The Fee Examiner requested additional information regarding the necessity and scope of the roles performed by several of Sidley's timekeepers. **Exhibit E** to the preliminary report, totaling 27.20 hours with associated fees of $14,626.00, listed the billing entries invoiced by the timekeepers about whom additional information was requested.

In response to the Preliminary Report, Sidley provided a significant amount of additional information regarding the staffing of the Tribune matters as well as each of the individuals in question. The firm stated to the Fee Examiner that the time billed by the professionals in question did not reflect unnecessary duplication or inefficiencies which form the basis of the Fee Examiner's concern. After analysis of the extensive information provided, the Fee Examiner makes no recommendation for an additional fee reduction. Exhibit E is omitted from this report.

15.    **Potential Double Billing.** The Fee Examiner identified 2.30 hours and $2,097.50 in associated fees that are the result of apparent double billing of the same task or activity (i.e., on the same date by the same timekeeper with identical or nearly identical descriptions and time increments). The questioned fees were displayed in **Exhibit F** to the preliminary report and were highlighted in bold and marked with an ampersand [&] in the exhibit. The Fee Examiner requested that the firm review the entries and either (i) confirm that the fee entry was inadvertently billed twice, or (ii) provide an explanation for the duplication. In response, Sidley admitted that although the entries appeared identical, they were regarding two separate and distinct meetings about the same subject matter. Sidley also provided a detailed explanation regarding the other questioned timekeeper. After analysis of the detailed information provided, the Fee Examiner makes no recommendation for a fee reduction. Exhibit F is omitted from this report.

16.    **Meetings, Conferences, Hearings, and Other Events.**  The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" *Local Rule 2016-2(d)(ix)*, and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v)*.  While it may be appropriate to have multiple attendees at some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.

The Fee Examiner identified many occasions where two or more Sidley timekeepers attended the same meeting, conference, hearing, or other event.  Contrary to Local Rules and UST Guidelines, neither the Fee Application nor the activity descriptions explained the role of each participant or the need for multiple attendees.  The entries, totaling 306.15 hours with $218,722.50 in associated fees, were displayed in **Exhibit G** to the preliminary report.  In each instance where multiple timekeepers attended a meeting, conference, hearing or other event, Stuart Maue identified the timekeeper who appeared most responsible for the matter or the particular event (*i.e.*, the attorney leading rather than observing a conference).  The potentially duplicative and unnecessary timekeepers' entries totaled 198.70 hours with $128,397.50 in associated fees, and were highlighted in bold and marked with an ampersand [&] in the exhibit.  The Fee Examiner requested the firm provide what the Local Rules and UST Guidelines mandate -- an explanation of the duplicative attendees' roles and comment on the necessity of the multiple attendees for each event.

In response to the Preliminary Report, Sidley stated that the firm reviewed the time entries in question and asserted that the attendance by all individuals was necessary and warranted based on the size and complexity of the Debtors' chapter 11 cases that none of the entries related to duplicative activities, and that none related to mere observation of such proceedings.  The written response included a very lengthy and detailed explanation of the roles played by the firm and its professionals in

these cases, the staffing and subdivision of responsibilities, and the resulting need for more than one individual to attend a variety of meetings, conferences, and events. Through the extensive explanation provided, Sidley substantially complied with the Local Rules and UST Guidelines and accordingly the Fee Examiner makes no recommendation for a fee reduction. Exhibit G is omitted from this report.

17.    **Intraoffice Conferences.** Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The Fee Examiner identified billing activities by Sidley timekeepers describing intraoffice conferences totaling 133.97 hours with $83,523.57 in associated fees, or approximately 1% of the Fees Computed, as were displayed in **Exhibit H** to the preliminary report. The Fee Examiner observed that in certain instances, two or more timekeepers invoiced fees associated with the same intraoffice conference. The entries describing intraoffice conferences invoiced by two or more firm personnel total 51.60 hours with $35,123.90 in associated fees and were highlighted in bold and marked with an ampersand [&] in the exhibit.

Sidley's response to the intraoffice conferences issue was combined with the supplemental information provided regarding multiple attendees at meetings and events. For the reasons set forth above, the Fee Examiner makes no recommendation for a fee reduction, and Exhibit H is omitted from this report. However, the Fee Examiner will continue to monitor the level of intraoffice conferencing in future fee applications and in the course of the cases overall.

18.    **Complete and Detailed Task Descriptions.** Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable and necessary." The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each activity description "shall include the type of activity (*e.g.*, phone call, research)," each activity description "shall include the subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing

and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix)*.  The UST Guidelines provide that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication.   Time entries for court hearings and conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v)*.

a.      **Vague Communications.**    The Fee Examiner identified entries totaling 379.04 hours with $263,872.00 in associated fees in which a conference or other communication was not described with sufficient detail.   This lack of detail hinders a reviewer's ability to determine the reasonableness and necessity of the activity, and is in clear violation of the applicable guidelines.   The entries were displayed in **Exhibit I** to the preliminary report.   The Fee Examiner invited comment from Sidley.

b.      **Vague Tasks.**    The Fee Examiner reviewed the substantive detail of each billing entry and identified 14.83 hours with $10,012.50 in associated fees where the Fee Examiner could not determine the precise nature of the services performed by the timekeeper.   The entries were displayed in **Exhibit J** to the preliminary report.   As reflected in the Local Rules and UST Guidelines, billing entries must adequately describe the services actually performed to allow a determination of whether the task was staffed appropriately, whether the task involved the exercise of legal judgment, and/or whether the task was duplicated by other timekeepers.[5]   In the present instance, the timekeeper described the activity performed as "Review and research caselaw."   This narrative fails to sufficiently describe the activity performed in that it does not describe the issue researched and frustrates the reviewer's ability to determine duplication of effort.   The Fee Examiner requested the firm provide sufficient detail for the entries in question.

Sidley responded to the issues of vague communications and vague tasks first by stating that the firm has internal control, procedures, and best practices for recording time in chapter 11 cases and has

---

[5] Vague entries do not allow the court to determine the reasonableness and necessity of the effort expended, and fees may be denied or reduced when insufficiently documented.  *E.g.*, *In re Bennett Funding, Inc.*, 213 B.R. 234, 245-46 (Bankr. N.D.N.Y. 1997).  Entries for legal research must identify the issue and explain the research need. *In re Fibermark, Inc.*, 349 B.R. 385, 397 (Bankr. D. Vt. 2006).

made (and will continue to make) efforts to ensure all task descriptions are sufficiently detailed. The firm noted prior conversations with the Fee Examiner regarding certain inadequate phrases and terms, again emphasized that many of the entries at issue were recorded by non-bankruptcy professionals, and cited the need protect confidential information especially with respect to litigation strategy. Sidley then provided a lengthy table containing the additional detail for each entry requested by the Fee Examiner. The supplemental information brings the fee entries into accord with the Local Rules and UST Guidelines, and after review of same the Fee Examiner makes no recommendation for a fee reduction. Exhibits I and J are omitted from this report.

19.     **Administrative Activities.**  Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm. The Fee Examiner identified two tasks describing the administrative functions of reviewing an invoice and delivering a pleading to court's night drop box. The entries were displayed in **Exhibit K** to the preliminary report, and total 2.40 hours with $832.00 in fees. In response, Sidley provided additional information and context regarding both of the questioned entries. The Fee Examiner and Sidley have agreed to a compromise solution, and the firm has agreed to a voluntary fee reduction of $73.50 regarding the second entry. Exhibit K is omitted from this report.

20.     **Clerical Activities.**  Clerical activities are tasks that do not require legal acumen and may be effectively performed by administrative assistants, secretaries, or support personnel.[6] The Fee Examiner reviewed each timekeeper's billing activities and identified numerous entries describing clerical activities, including but not limited to organizing materials, preparing hard copies, and uploading documents. The questioned entries were displayed in **Exhibit L** to the preliminary report.

---

[6] "Duties appropriate for office staff are considered part of a professional's overhead expenses and may not be billed to the estate." *Fibermark*, 349 B.R. at 397; *In re Korea Chosun Daily Times, Inc.*, 337 B.R. 758 769 (Bankr. E.D.N.Y. 2005) (overhead not compensable); *but see Bennett Funding*, 213 B.R. at 247-48 (discussing differing approaches to clerical work at professional rates). These overhead activities may include: mailing; photocopying, word processing (including the creation of templates), formatting, creating spreadsheets, printing, organizing files, checking for docket updates, creating binders, and secretarial overtime. *Fibermark*, 349 B.R. at 396-97.

Sidley responded with a long and detailed explanation of the activities performed and, in most cases, the legal acumen/training required to complete the work. Sidley recognized that certain entries could have been described more thoroughly to allow the Fee Examiner and the Court to evaluate the necessity and/or reasonableness of the fees sought. The detailed information provided by Sidley resolved most of the questioned entries. However, Sidley has accepted the Fee Examiner's recommendation to reduce 4 entries, totaling 2.10 hours, to the rate of $80.00 - a fee reduction of $423.50 computed by reducing to $80.00 the hourly rate applied to the entries in the revised and attached Exhibit L.

21.    **Travel.** The Local Rules provide that nonworking travel time "shall be separately described and may be billed at no more than 50% of regular hourly rates." *Local Rule 2016-2(d)(viii).* Sidley properly billed all fee entries describing travel at half rate.

22.    **Sidley Retention/Compensation.** Sidley billed 265.50 hours with associated fees of $86,117.00 to prepare the firm's retention documents and applications for compensation, which computes to approximately 1% of the Fees Computed. The fee entries describing Sidley's retention/compensation activities are displayed in **Exhibit M**, included in the Final Report for the Court's reference.

23.    **Other Firms' Retention/Compensation.** Sidley billed 67.50 hours with associated fees of $34,265.50 for activities relating to other firms' retention and compensation. The fee entries are displayed in the attached **Exhibit N**.

**Review of Expenses**

24.    **Itemization of Expenses.** The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual incurring the expense, if available." *Local Rule 2016-2(e)(i-ii).* The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that

applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.  Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines ¶(b)(5)(iii)*.  Sidley provided an itemization for its expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

25.    **Travel Expenses – Insufficient Detail.**  Sidley categorized the expenses for travel according to the type of expense (*e.g.*, airfare, lodging, ground transportation, meals).  The descriptions, however, did not provide the information necessary for a determination of the firm's compliance with the Guidelines.

a.    **Airfare.**  The descriptions for the airfare charges did not include the fare class at which the tickets were purchased.  The Application stated "Sidley submits that, to the best of its knowledge, all air travel utilized by Debtors' personnel during the period covered by this Application was at the prevailing coach-class rate for such travel less any corporate discounts received by Sidley, in accordance with Sidley's policies for business travel for bankruptcy and non-bankruptcy matters."  In response, Sidley provided additional detailed information (i.e. charts and invoices) regarding the airfare expenses.  After reviewing the detailed information, the Fee Examiner only noted a minor discrepancy, and Sidley has agreed to a voluntary expense reduction of $29.00.

b.    **Travel Meals.**  The Fee Examiner has applied and this Court has followed per person ceilings for meals:  breakfast at $15.00 per person, lunch at $25.00 per person, and dinner at $50.00 per person.  Several meal charges requested for reimbursement appear to exceed the ceiling amounts.  The Fee Examiner requested Sidley provide information regarding the type of meal (breakfast, lunch, or dinner) and the number of attendees for each meal listed in **Exhibit O** to the preliminary report.  In response, Sidley provided additional detailed information regarding travel meal

expenses. After reviewing the detailed information, the Fee Examiner agrees with Sidley's calculations and voluntary expense reduction of $518.21. Exhibit O is omitted from this report.

        c.    **Lodging.** The Fee Examiner has applied and this Court has followed a ceiling for lodging of $350.00 per night (domestic). Several lodging charges appear to exceed this amount. The Fee Examiner requests that Sidley provide the number of nights included in each of the hotel charges displayed in **Exhibit P** to the preliminary report. In response, Sidley provided additional detailed information and stated lodging expenses were reasonable and reflected the prevailing rates. After reviewing the detailed information, the Fee Examiner will not make a recommendation for a reduction at this time, but will continue to monitor Sidley's lodging expenses to ensure compliance. Exhibit P is omitted from this report.

    26.    **Photocopies.** The Local Rules provide that copying charges shall not exceed $0.10 per page. *Local Rule 2016-2(e)(iii).* Sidley stated in the Application that the firm's rate for duplication is $0.10 per page.

    27.    **Computer Assisted Legal Research.** The Local Rules provide that computer assisted legal research charges "shall not be more than the actual cost." *Local Rule 2016-2 (e)(iii).* Sidley stated in the Application that "[t]he Firm's charges for computerized legal research such as Westlaw and Lexis are based on a rate that recovers no more than the Firm's costs."

    28.    **Document Depository.** In connection with Sidley's maintenance of the Document Depository, in which the equivalent of approximately 4.5 million pages of documents relating to the Leveraged ESOP Transactions are electronically stored, Sidley utilized the services of an outside vendor to process electronic data files for production upon request to the Examiner and Depository Designees. During the Sixth Interim Fee Period, Sidley was subject to substantial time constraints imposed by the need to pursue the confirmation of the Original Plan and facilitate the Examiner's Investigation simultaneously, in accordance with the schedule approved by the Bankruptcy Court. Sidley utilized the services of contract attorneys to supplement the Firm's litigation professionals in the

review and analysis of documents received and produced in discovery to meet the deadlines imposed by this schedule. During the Sixth Interim Fee Period, Sidley charged a total of $241,765.57 relating to such outside document processing and professional services (under the expense category "Professional Services/Specialists") that were billed to the Debtors at cost." Given the representation that the services were invoiced at cost and were necessary, the Fee Examiner makes no recommendation for an expense reduction related to the document expenses.

29.    **Overtime Expenses.** Sidley requested reimbursement of overtime-related expenses in the amount of $6,128.35, as were displayed in **Exhibit Q** to the preliminary report. While a firm may have a policy that personnel may be reimbursed for time, meals and/or transportation home when working late, such charges are generally considered part of the firm's overhead. Although maintaining its position that the overtime expenses were reasonable and justified, Sidley has agreed to waive its reimbursement request for the overtime expenses in the amount of $6,128.35. Exhibit Q is omitted from this report.

30.    **Meal Expenses.** Sidley requested reimbursement for meal charges, totaling $606.09, that were not sufficiently described. Some of the descriptions stated the number of attendees and the type of meal, or that the charge was for refreshments. Based on the information provided, the Fee Examiner is unable to determine if the meal charges related meetings with people outside the firm, or solely involved employees of Sidley. The Fee Examiner requests that Sidley provide information regarding the type of meal (breakfast, lunch, or dinner), an explanation of the "refreshment" charges, the number of attendees for each meal expense, and whether the meals included any attendees that are not firm personnel. The charges were displayed in **Exhibit R** to the preliminary report. In response, Sidley provided the requested information to the Fee Examiner, and also agreed to a voluntary expense reduction in the amount of $293.74. Exhibit R is omitted from this report.

## CONCLUSION

The Fee Examiner submits this final report regarding the Fee Application and the fees and expenses discussed above.   The Fee Examiner recommends the approval of fees in the amount of $6,582,868.12 ($6,581,178.43 plus $2,230.50 minus $540.81) and approval of expenses in the amount of $418,736.42 ($425,733.29 minus $6,996.87) for the period from March 1, 2010 through May 31, 2010.  The findings are summarized in the attached Appendix A.

Respectfully submitted,

STUART MAUE

By: _____
John F. Theil, Esq.
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:    (314) 291-3030
Facsimile:     (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

## APPENDIX A

**SIDLEY AUSTIN LLP**

### SUMMARY OF FINDINGS

#### Sixth Quarterly Fee Application (March 1, 2010 through May 31, 2010)

**A.      Amounts Requested and Computed**

| | | |
|---|---|---|
| Fees Requested | $6,581,178.43 | |
| Expenses Requested | 425,733.29 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $7,006,911.72 |
| | | |
| Fees Computed | $6,583,408.93 | |
| Expenses Computed | 425,705.72 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $7,009,114.65 |
| | | |
| Discrepancy in Fees | ($    2,230.50) | |
| Discrepancy in Expenses | 27.57 | |
| | | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | ($    2,202.93) |

**B.      Recommended Fee Allowance and Expense Reimbursement**

| | | |
|---|---|---|
| Fees Requested | $6,581,178.43 | |
| *Discrepancy in Fees* | *$2,230.50* | |
| *Agreed Reduction for Time Increments* | *(43.81)* | |
| *Agreed Reduction for Administrative Activities* | *(73.50)* | |
| *Agreed Reduction for Clerical Activities* | *(423.50)* | |
| Subtotal | *$1,689.69* | |
| | | |
| RECOMMENDED FEE ALLOWANCE | | $6,582,868.12 |
| | | |
| Expenses Requested | $425,733.29 | |
| *Agreed Reduction for Discrepancy in Expenses* | *($    27.57)* | |
| *Agreed Reduction for Airfare* | *(29.00)* | |
| *Agreed Reduction for Travel Meals* | *(518.21)* | |
| *Agreed Reduction for Overtime Expenses* | *(6,128.35)* | |
| *Agreed Reduction for Meal Expenses* | *(293.74)* | |
| Subtotal | *($6,996.87)* | |
| | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | 418,736.42 |
| | | |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | $7,001,604.54 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 6th day of December, 2011.

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE  19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Mr. James F. Conlan
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE  19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY  10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

John F. Theil, Esq.

EXHIBIT F

### SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

### COMPUTED AT STANDARD RATES

**Sidley Austin LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|----------|------|----------|--------------|--------------|----------------|---------------|
| 609 | Conlan, James F. | PARTNER | $475.00 | $950.00 | 505.50 | $476,235.00 |
| 6537 | Krakauer, Bryan | PARTNER | $462.50 | $925.00 | 540.90 | $475,681.25 |
| 810 | Henderson, Janet E. | PARTNER | $425.00 | $850.00 | 478.80 | $402,517.50 |
| 1362 | Lantry, Kevin T. | PARTNER | $425.00 | $850.00 | 442.50 | $364,650.00 |
| 1540 | Bendernagel Jr., James F. | PARTNER | $775.00 | $775.00 | 456.90 | $354,097.50 |
| 2370 | Kansa, Kenneth P. | PARTNER | $350.00 | $700.00 | 471.00 | $325,570.00 |
| 1318 | Ducayet, James W. | PARTNER | $685.00 | $685.00 | 366.00 | $250,710.00 |
| 449 | Barden, Larry A. | PARTNER | $825.00 | $825.00 | 223.90 | $184,717.50 |
| 9310 | Caruso, Paul S. | PARTNER | $725.00 | $725.00 | 187.80 | $136,155.00 |
| 4059 | Lotsoff, Jonathan D. | PARTNER | $325.00 | $650.00 | 195.20 | $123,630.00 |
| 8248 | Schneider, Mark D. | PARTNER | $700.00 | $700.00 | 98.90 | $69,230.00 |
| 1974 | Heyman, Scott J. | PARTNER | $725.00 | $725.00 | 95.10 | $68,947.50 |
| 3143 | Ryan, Priscilla E. | PARTNER | $735.00 | $735.00 | 62.20 | $45,717.00 |
| 6097 | Fischer, Max C. | PARTNER | $625.00 | $625.00 | 71.70 | $44,812.50 |
| 8745 | Young, James P. | PARTNER | $605.00 | $605.00 | 68.00 | $41,140.00 |
| 1023 | Walker, Melanie E. | PARTNER | $575.00 | $575.00 | 25.10 | $14,432.50 |
| 3931 | Advani, Suresh T. | PARTNER | $400.00 | $800.00 | 16.10 | $12,640.00 |
| 8391 | Lewis, Robert J. | PARTNER | $650.00 | $650.00 | 17.50 | $11,375.00 |
| 6396 | Fullerton, Lawrence R. | PARTNER | $800.00 | $800.00 | 10.50 | $8,400.00 |
| 480 | Gold, Brian J. | PARTNER | $725.00 | $725.00 | 8.70 | $6,307.50 |
| 9141 | Van Wazer, Thomas P. | PARTNER | $600.00 | $600.00 | 10.30 | $6,180.00 |
| 2749 | Nyhan, Larry J. | PARTNER | $950.00 | $950.00 | 6.30 | $5,985.00 |
| 9824 | Carlson, Stephen C. | PARTNER | $735.00 | $735.00 | 8.00 | $5,880.00 |
| 8603 | Fonstein, Cliff | PARTNER | $775.00 | $775.00 | 5.90 | $4,572.50 |
| 2787 | Johnson, Matthew E. | PARTNER | $685.00 | $685.00 | 6.30 | $4,315.50 |
| 6747 | Unger, Alan M. | PARTNER | $850.00 | $850.00 | 4.70 | $3,995.00 |
| 6464 | Flagg, Ronald S. | PARTNER | $650.00 | $650.00 | 6.00 | $3,900.00 |
| 4049 | Contopulos, Stephen G. | PARTNER | $725.00 | $725.00 | 4.20 | $3,045.00 |
| 5636 | Stern, Gary B. | PARTNER | $825.00 | $825.00 | 3.60 | $2,970.00 |
| 2844 | Hyatte, Michael | PARTNER | $875.00 | $875.00 | 2.90 | $2,537.50 |
| 7581 | Marcil, Lorrie M. | PARTNER | $600.00 | $600.00 | 4.00 | $2,400.00 |
| 1104 | Blatchford, Kevin F. | PARTNER | $735.00 | $735.00 | 2.10 | $1,543.50 |

### SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

### COMPUTED AT STANDARD RATES

**Sidley Austin LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 1020 | Box, John R. | PARTNER | $685.00 | $685.00 | 2.20 | $1,507.00 |
| 2526 | Hirth, Robert W. | PARTNER | $875.00 | $875.00 | 1.60 | $1,400.00 |
| 9481 | Zimbler, Jay H. | PARTNER | $850.00 | $850.00 | 1.20 | $1,020.00 |
| 4182 | Schaff, John T. | PARTNER | $600.00 | $600.00 | 1.50 | $900.00 |
| 5449 | Doss, Michael P. | PARTNER | $685.00 | $685.00 | 1.10 | $753.50 |
| 5599 | Kaufmann, Mark L. | PARTNER | $660.00 | $660.00 | 0.80 | $528.00 |
| 2174 | Saef, Scott E. | PARTNER | $630.00 | $630.00 | 0.60 | $378.00 |
| 8246 | Osimitz, Dennis V. | PARTNER | $775.00 | $775.00 | 0.40 | $310.00 |
| 7232 | Lassar, Scott R. | PARTNER | $850.00 | $850.00 | 0.30 | $255.00 |
| 4716 | Bjork, Jeffrey E. | PARTNER | $725.00 | $725.00 | 0.20 | $145.00 |
| 5654 | Ellis, Steven A. | PARTNER | $700.00 | $700.00 | 0.20 | $140.00 |
| | No. of Billers for Position: 43 | Blended Rate for Position: | $786.02 | | 4,416.70 | $3,471,626.25 |
| | | | | | % of Total: 37.88% | % of Total: 52.73% |
| 1960 | Peters, Richard T. | SENIOR COUNSEL | $825.00 | $825.00 | 17.20 | $14,190.00 |
| 2176 | Neely, Sally S. | SENIOR COUNSEL | $825.00 | $825.00 | 0.30 | $247.50 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $825.00 | | 17.50 | $14,437.50 |
| | | | | | % of Total: 0.15% | % of Total: 0.22% |
| 4803 | Miles, David M. | COUNSEL | $675.00 | $675.00 | 482.30 | $325,552.50 |
| 1370 | Long, William R. M. | COUNSEL | $783.60 | $808.30 | 15.00 | $12,062.75 |
| 4228 | Kloner, Dean | COUNSEL | $900.00 | $900.00 | 0.80 | $720.00 |
| | No. of Billers for Position: 3 | Blended Rate for Position: | $679.25 | | 498.10 | $338,335.25 |
| | | | | | % of Total: 4.27% | % of Total: 5.14% |
| 5381 | Boelter, Jessica C.K. | ASSOCIATE | $325.00 | $650.00 | 609.30 | $388,732.50 |
| 6336 | Mills, Kerriann S. | ASSOCIATE | $280.00 | $560.00 | 574.50 | $316,036.00 |
| 6741 | Kline, Candice L. | ASSOCIATE | $212.50 | $425.00 | 451.80 | $189,890.00 |
| 4591 | Bergeron, D'Lisia E. | ASSOCIATE | $525.00 | $525.00 | 353.40 | $185,535.00 |
| 4887 | Ludwig, Jillian K. | ASSOCIATE | $475.00 | $475.00 | 384.90 | $182,827.50 |

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

### COMPUTED AT STANDARD RATES

#### Sidley Austin LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 3231 | Demo, Gregory V. | ASSOCIATE | $212.50 | $425.00 | 352.30 | $147,963.75 |
| 5070 | Triggs, Alison Leff | ASSOCIATE | $425.00 | $425.00 | 218.20 | $92,735.00 |
| 4315 | Alexiou, Nicholas | ASSOCIATE | $250.00 | $250.00 | 334.30 | $83,575.00 |
| 8813 | Palmer, Sandra F. | ASSOCIATE | $525.00 | $525.00 | 158.30 | $83,107.50 |
| 3876 | Langdon, James P. | ASSOCIATE | $430.00 | $430.00 | 191.10 | $82,173.00 |
| 9711 | Wackerly, Patrick J. | ASSOCIATE | $395.00 | $395.00 | 179.50 | $70,902.50 |
| 7623 | Peltz, Jen | ASSOCIATE | $515.00 | $515.00 | 121.30 | $62,469.50 |
| 4046 | Ross, Thomas E. | ASSOCIATE | $325.00 | $325.00 | 176.90 | $57,492.50 |
| 3221 | Lagana, Susan P. | ASSOCIATE | $325.00 | $325.00 | 173.10 | $56,257.50 |
| 8920 | Silverman, Richard M. | ASSOCIATE | $395.00 | $395.00 | 121.30 | $47,913.50 |
| 2413 | Ross, Allison E. | ASSOCIATE | $425.00 | $425.00 | 109.20 | $46,410.00 |
| 9638 | Shull, Brian S. | ASSOCIATE | $395.00 | $395.00 | 100.30 | $39,618.50 |
| 5264 | Yang, Hsin Hsin | ASSOCIATE | $425.00 | $425.00 | 92.10 | $39,142.50 |
| 9410 | Diskin, Bret T. | ASSOCIATE | $315.00 | $315.00 | 100.60 | $31,689.00 |
| 7415 | Kramer, Scott P. | ASSOCIATE | $395.00 | $395.00 | 67.10 | $26,504.50 |
| 6731 | Hoffman, Eric G. | ASSOCIATE | $650.00 | $650.00 | 36.90 | $23,985.00 |
| 3771 | Morris, Ryan C. | ASSOCIATE | $475.00 | $475.00 | 45.50 | $21,612.50 |
| 1896 | Durick, Katie M. | ASSOCIATE | $325.00 | $325.00 | 55.30 | $17,972.50 |
| 5013 | Thal Simonds, Ariella | ASSOCIATE | $425.00 | $425.00 | 40.40 | $17,170.00 |
| 1210 | Fortosis, James A. | ASSOCIATE | $355.00 | $355.00 | 36.70 | $13,028.50 |
| 2182 | Luna, Shawn C. | ASSOCIATE | $375.00 | $375.00 | 34.60 | $12,975.00 |
| 8230 | Paral, Joseph M. | ASSOCIATE | $395.00 | $395.00 | 31.90 | $12,600.50 |
| 5432 | Hauserman, Bridget J. | ASSOCIATE | $475.00 | $475.00 | 25.70 | $12,207.50 |
| 3381 | Rosemergy, Benjamin A. | ASSOCIATE | $495.00 | $495.00 | 24.50 | $12,127.50 |
| 2100 | Myrick, Brett H. | ASSOCIATE | $375.00 | $375.00 | 29.70 | $11,137.50 |
| 5478 | McClay, Adam | ASSOCIATE | $375.00 | $375.00 | 25.30 | $9,487.50 |
| 3358 | Krueger, Christopher S. | ASSOCIATE | $355.00 | $355.00 | 20.80 | $7,384.00 |
| 2593 | Hale, Christopher R. | ASSOCIATE | $355.00 | $355.00 | 20.30 | $7,206.50 |
| 4562 | Dorfman, Jonathan | ASSOCIATE | $315.00 | $315.00 | 20.50 | $6,457.50 |
| 5288 | Umar, Nilofer | ASSOCIATE | $355.00 | $355.00 | 12.50 | $4,437.50 |
| 6901 | Ripple, Christopher A. | ASSOCIATE | $355.00 | $355.00 | 11.30 | $4,011.50 |
| 6539 | Adamczyk, Sarah E. | ASSOCIATE | $425.00 | $425.00 | 9.40 | $3,995.00 |

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### Sidley Austin LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 3894 | Dornauer, Matthew R. | ASSOCIATE | $355.00 | $355.00 | 10.20 | $3,621.00 |
| 4132 | Schoenbaum, Naomi | ASSOCIATE | $475.00 | $475.00 | 7.10 | $3,372.50 |
| 1962 | Fiet, Kyle J. | ASSOCIATE | $405.00 | $405.00 | 8.30 | $3,361.50 |
| 4473 | Laval, Meredith Jenkin | ASSOCIATE | $395.00 | $395.00 | 7.60 | $3,002.00 |
| 6194 | MacConaill, Gabriel R. | ASSOCIATE | $560.00 | $560.00 | 4.80 | $2,688.00 |
| 1119 | Coulson, Geo. Tyler | ASSOCIATE | $425.00 | $425.00 | 5.90 | $2,507.50 |
| 2320 | Guzina, Bojan | ASSOCIATE | $650.00 | $650.00 | 3.50 | $2,275.00 |
| 5768 | Carter, Les | ASSOCIATE | $315.00 | $315.00 | 7.10 | $2,236.50 |
| 4587 | Beer, Megan Nogasky | ASSOCIATE | $355.00 | $355.00 | 6.10 | $2,165.50 |
| 4706 | Katz, Seth H. | ASSOCIATE | $530.00 | $530.00 | 4.00 | $2,120.00 |
| 4517 | Clark, Brenna M. | ASSOCIATE | $355.00 | $355.00 | 5.60 | $1,988.00 |
| 8341 | Armbrust (fka Gogate), Sheila G. | ASSOCIATE | $380.00 | $380.00 | 5.10 | $1,938.00 |
| 4819 | King, Geoffrey M. | ASSOCIATE | $375.00 | $375.00 | 4.50 | $1,687.50 |
| 7288 | Skakun III, John M. | ASSOCIATE | $355.00 | $355.00 | 3.70 | $1,313.50 |
| 7370 | Walsh, Megan M. | ASSOCIATE | $395.00 | $395.00 | 3.30 | $1,303.50 |
| 1735 | Heinz, Michael P. | ASSOCIATE | $495.00 | $495.00 | 1.80 | $891.00 |
| 7717 | Gray, Rachel D. | ASSOCIATE | $475.00 | $475.00 | 1.60 | $760.00 |
| 2060 | Englund, Jason J. | ASSOCIATE | $355.00 | $355.00 | 2.10 | $745.50 |
| 1772 | Lindup, Thomas | ASSOCIATE | $678.97 | $678.97 | 0.80 | $543.18 |
| 2064 | Peluso, Michael A. | ASSOCIATE | $315.00 | $315.00 | 1.50 | $472.50 |
| 1137 | Horvath, Sara A. | ASSOCIATE | $465.00 | $465.00 | 1.00 | $465.00 |
| 4280 | Heller (fka Ziv), Lior Z. | ASSOCIATE | $510.00 | $510.00 | 0.60 | $306.00 |
| 1591 | Rauscher, Scott R. | ASSOCIATE | $465.00 | $465.00 | 0.30 | $139.50 |
| 5023 | Bruce Boran, Heather M. | ASSOCIATE | $430.00 | $430.00 | 0.30 | $129.00 |
| No. of Billers for Position: 61 | | Blended Rate for Position: | $453.19 | | 5,447.60 | $2,468,802.93 |
| | | | | % of Total: | 46.72% | % of Total: 37.50% |
| 9575 | Holohan, Matthew T. | STAFF ATTORNEY | $245.00 | $245.00 | 38.40 | $9,408.00 |
| 7711 | Irwin, Heather | STAFF ATTORNEY | $245.00 | $245.00 | 33.60 | $8,232.00 |

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Sidley Austin LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| No. of Billers for Position: 2 | | Blended Rate for Position: | $245.00 | | 72.00 | $17,640.00 |
| | | | | | % of Total:    0.62% | % of Total:    0.27% |
| 6540 | Lutes, David J. | SR LEGAL ASST | $285.00 | $285.00 | 106.90 | $30,466.50 |
| 6865 | Platt, James P. | SR LEGAL ASST | $200.00 | $200.00 | 37.10 | $7,420.00 |
| 3046 | Nastasic, Branka V. | SR LEGAL ASST | $225.00 | $225.00 | 27.10 | $6,097.50 |
| 3481 | Rodriguez, Arturo J. | SR LEGAL ASST | $190.00 | $190.00 | 3.60 | $684.00 |
| 6145 | Nelms, Karen A. | SR LEGAL ASST | $245.00 | $245.00 | 2.40 | $588.00 |
| 5927 | Rebic, Nebojsa | SR LEGAL ASST | $225.00 | $225.00 | 2.50 | $562.50 |
| 1663 | McDonnell-O'Driscoll, Eileen A. | SR LEGAL ASST | $290.00 | $290.00 | 0.60 | $174.00 |
| No. of Billers for Position: 7 | | Blended Rate for Position: | $255.23 | | 180.20 | $45,992.50 |
| | | | | | % of Total:    1.55% | % of Total:    0.70% |
| 3531 | Summerfield, Susan L. | LEGAL ASSISTANT | $190.00 | $190.00 | 238.50 | $45,315.00 |
| 601 | Bryan, Richard | LEGAL ASSISTANT | $190.00 | $190.00 | 126.30 | $23,997.00 |
| 3890 | Dennis, Beryl E. | LEGAL ASSISTANT | $290.00 | $290.00 | 80.80 | $23,432.00 |
| 5062 | Higashi, Shirley | LEGAL ASSISTANT | $195.00 | $195.00 | 33.70 | $6,571.50 |
| 3875 | Lantos, Zeno | LEGAL ASSISTANT | $240.00 | $240.00 | 27.30 | $6,552.00 |
| 2759 | Riley, Katherine | LEGAL ASSISTANT | $275.00 | $275.00 | 11.50 | $3,162.50 |
| 8467 | Brandon, Eva Mozena | LEGAL ASSISTANT | $190.00 | $190.00 | 15.50 | $2,945.00 |
| 8954 | Luce, Randall C. | LEGAL ASSISTANT | $265.00 | $265.00 | 10.10 | $2,676.50 |
| 5600 | Meehan, John | LEGAL ASSISTANT | $240.00 | $240.00 | 10.10 | $2,424.00 |
| 2655 | Richardson, Rebecca | LEGAL ASSISTANT | $190.00 | $190.00 | 9.00 | $1,710.00 |
| 5997 | Garvey, Kevin | LEGAL ASSISTANT | $215.00 | $215.00 | 6.80 | $1,462.00 |
| 8819 | Lindberg, Megan Scholl | LEGAL ASSISTANT | $190.00 | $190.00 | 6.40 | $1,216.00 |
| 8984 | Smith, D'Esprit | LEGAL ASSISTANT | $190.00 | $190.00 | 6.30 | $1,197.00 |
| 8507 | Lusk, Nancy J. | LEGAL ASSISTANT | $230.00 | $230.00 | 4.90 | $1,127.00 |
| 6898 | Porter, David R. | LEGAL ASSISTANT | $205.00 | $205.00 | 4.40 | $902.00 |
| 3833 | Such, Maud | LEGAL ASSISTANT | $220.00 | $220.00 | 3.80 | $836.00 |
| 7764 | Gmoser, Kelley | LEGAL ASSISTANT | $230.00 | $230.00 | 0.30 | $69.00 |

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### Sidley Austin LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| | No. of Billers for Position: 17 | Blended Rate for Position: | $210.84 | | 595.70 | $125,594.50 |
| | | | | | % of Total: 5.11% | % of Total: 1.91% |
| 7524 | McCarty, Laurie J. | COMMUNICATIONS | $265.00 | $265.00 | 205.40 | $54,431.00 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $265.00 | | 205.40 | $54,431.00 |
| | | | | | % of Total: 1.76% | % of Total: 0.83% |
| 3702 | Fernandez, Lupe | PROJECT ASST | $110.00 | $110.00 | 33.50 | $3,685.00 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $110.00 | | 33.50 | $3,685.00 |
| | | | | | % of Total: 0.29% | % of Total: 0.06% |
| 4284 | Bosh, Jeffrey V. | LIBRARIAN | $145.00 | $145.00 | 4.80 | $696.00 |
| 4632 | Butler, Jennifer O. | LIBRARIAN | $100.00 | $100.00 | 1.30 | $130.00 |
| 7311 | Kreis, Ellen J. | LIBRARIAN | $100.00 | $100.00 | 0.50 | $50.00 |
| | No. of Billers for Position: 3 | Blended Rate for Position: | $132.73 | | 6.60 | $876.00 |
| | | | | | % of Total: 0.06% | % of Total: 0.01% |
| 9074 | Bawden, Michael P. | LIT SUPP MGR | $315.00 | $315.00 | 5.00 | $1,575.00 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $315.00 | | 5.00 | $1,575.00 |
| | | | | | % of Total: 0.04% | % of Total: 0.02% |
| 8883 | Shim, Tanya | LITIGATION SUPP | $210.00 | $210.00 | 107.20 | $22,512.00 |
| 2531 | Laurens, Rene | LITIGATION SUPP | $265.00 | $265.00 | 16.70 | $4,425.50 |
| 6735 | Nakai, Karin | LITIGATION SUPP | $265.00 | $265.00 | 15.90 | $4,213.50 |
| 1463 | Stavropoulos, Christopher | LITIGATION SUPP | $185.00 | $185.00 | 8.50 | $1,572.50 |
| 6171 | Littlejohn, Kimberly | LITIGATION SUPP | $265.00 | $265.00 | 4.00 | $1,060.00 |
| 5142 | Hlynski, Steven | LITIGATION SUPP | $210.00 | $210.00 | 4.50 | $945.00 |
| 5876 | Bell, Khalib J. | LITIGATION SUPP | $185.00 | $185.00 | 4.50 | $832.50 |
| 4362 | San Mateo, JoAnne | LITIGATION SUPP | $265.00 | $265.00 | 2.90 | $768.50 |

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Sidley Austin LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 1358 | Tebbe, Justin | LITIGATION SUPP | $265.00 | $265.00 | 2.80 | $742.00 |
| 6935 | Beltran, Marc A. | LITIGATION SUPP | $265.00 | $265.00 | 2.70 | $715.50 |
| 8142 | Blouin, Monica M. | LITIGATION SUPP | $265.00 | $265.00 | 1.80 | $477.00 |
| 9398 | Young, Steve | LITIGATION SUPP | $265.00 | $265.00 | 1.50 | $397.50 |
| 8940 | Lang, Daniel H. | LITIGATION SUPP | $185.00 | $185.00 | 2.00 | $370.00 |
| 7059 | Savell, Olivia | LITIGATION SUPP | $265.00 | $265.00 | 1.10 | $291.50 |
| 2407 | Godofsky, Alex | LITIGATION SUPP | $185.00 | $185.00 | 1.30 | $240.50 |
| 6286 | Cosgrove, Steven P. | LITIGATION SUPP | $235.00 | $235.00 | 1.00 | $235.00 |
| 4123 | Pan, John | LITIGATION SUPP | $210.00 | $210.00 | 0.80 | $168.00 |
| 9884 | Glidden, Madeline E. | LITIGATION SUPP | $210.00 | $210.00 | 0.50 | $105.00 |
| 8792 | Rioja, Daniel | LITIGATION SUPP | $185.00 | $185.00 | 0.50 | $92.50 |
| 7269 | Gabriel, Cheryl | LITIGATION SUPP | $130.00 | $130.00 | 0.30 | $39.00 |

No. of Billers for Position: 20   Blended Rate for Position: $222.73   180.50   $40,203.00

% of Total: 1.55%   % of Total: 0.61%

| 2519 | Singh, Robert | DOCKET | $105.00 | $105.00 | 2.00 | $210.00 |

No. of Billers for Position: 1   Blended Rate for Position: $105.00   2.00   $210.00

% of Total: 0.02%   % of Total: 0.00%

Total No. of Billers: 162   Blended Rate for Report: $564.58   11,660.80   $6,583,408.93

EXHIBIT L

CLERICAL ACTIVITIES

Sidley Austin LLP

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Luce, R | 0.40 | 106.00 | 32.00 | 74.00 |
| Peluso, M | 1.30 | 409.50 | 104.00 | 305.50 |
| Summerfield, S | 0.40 | 76.00 | 32.00 | 44.00 |
| | 2.10 | $591.50 | $168.00 | $423.50 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Case Administration | 0.40 | 76.00 | 32.00 | 44.00 |
| DIP Financing/Cash Collateral | 1.30 | 409.50 | 104.00 | 305.50 |
| FCC-Related Services: Newspaper Crossownership | 0.40 | 106.00 | 32.00 | 74.00 |
| | 2.10 | $591.50 | $168.00 | $423.50 |

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT L  PAGE 1 of 3

EXHIBIT L

CLERICAL ACTIVITIES

Sidley Austin LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *MATTER NAME: FCC-Related Services: Newspaper Crossownership* |
| Luce, R | 05/17/10    Mon | 3.50 | | | | | F | 1 CITE CHECK, EDIT AND FORMAT BRIEF (3.1): |
| | 30048293/545 | | 0.20 | 53.00 | 16.00 | 37.00 | F | 2 PREPARE BRIEF FOR COPYING ( .2): |
| | | | 0.20 | 53.00 | 16.00 | 37.00 | F | 3 FILE BRIEF BY FEDERAL EXPRESS (.2) |
| | TOTAL FOR TIMEKEEPER: | | 0.40 | $106.00 | $32.00 | $74.00 | | |
| | NUMBER OF ENTRIES: | 1 | | | | | | |
| | | | | | | | | *MATTER NAME: DIP Financing/Cash Collateral* |
| Peluso, M | 03/17/10    Wed | 1.00 | 1.00 | 315.00 | 80.00 | 235.00 | F | 1 DRAFT CONFORMED COPY OF POST-PETITION LETTER OF CREDIT AGREEMENT |
| | 30029624/194 | | | | | | | |
| | | | | | | | | *MATTER NAME: DIP Financing/Cash Collateral* |
| | 03/18/10    Thu | 0.50 | | | | | F | 1 MEET WITH R. LEWIS TO DISCUSS CONFORMED COPY OF POST-PETITION LETTER OF CREDIT AGREEMENT (0.2): |
| | 30029624/195 | | 0.30 | 94.50 | 24.00 | 70.50 | F | 2 DRAFT SAME (0.3) |
| | TOTAL FOR TIMEKEEPER: | | 1.30 | $409.50 | $104.00 | $305.50 | | |
| | NUMBER OF ENTRIES: | 2 | | | | | | |
| | | | | | | | | *MATTER NAME: Case Administration* |
| Summerfield, S | 03/04/10    Thu | 2.40 | | | | | F | 1 REVISE PLEADING INDEX, AND HEARING MATERIALS FOR J. DUCAYET (2.0): |
| | 30029658/1498 | | 0.40 | 76.00 | 32.00 | 44.00 | F | 2 DISTRIBUTE TO ATTORNEYS (.40) |
| | TOTAL FOR TIMEKEEPER: | | 0.40 | $76.00 | $32.00 | $44.00 | | |
| | NUMBER OF ENTRIES: | 1 | | | | | | |
| TOTAL: | | | 2.10 | $591.50 | $168.00 | $423.50 | | |
| NUMBER OF ENTRIES | 4 | | | | | | | |

~  See the last page of exhibit for explanation

*  Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT L  PAGE 2 of 3

EXHIBIT L

CLERICAL ACTIVITIES

Sidley Austin LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Luce, R | 0.40 | 106.00 | 32.00 | 74.00 |
| Peluso, M | 1.30 | 409.50 | 104.00 | 305.50 |
| Summerfield, S | 0.40 | 76.00 | 32.00 | 44.00 |
| | 2.10 | $591.50 | $168.00 | $423.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Case Administration | 0.40 | 76.00 | 32.00 | 44.00 |
| DIP Financing/Cash Collateral | 1.30 | 409.50 | 104.00 | 305.50 |
| FCC-Related Services: Newspaper Crossownership | 0.40 | 106.00 | 32.00 | 74.00 |
| | 2.10 | $591.50 | $168.00 | $423.50 |

(~) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT L  PAGE 3 of 3

EXHIBIT M

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Ducayet, J | 1.00 | 685.00 |
| Fernandez, L | 32.00 | 3,520.00 |
| Henderson, J | 0.30 | 255.00 |
| Higashi, S | 33.70 | 6,571.50 |
| Kansa, K | 5.60 | 3,920.00 |
| Lantry, K | 1.30 | 1,105.00 |
| Ludwig, J | 80.70 | 38,332.50 |
| Lutes, D | 106.00 | 30,210.00 |
| Nelms, K | 2.40 | 588.00 |
| Peltz, J | 1.40 | 721.00 |
| Summerfield, S | 1.10 | 209.00 |
| | 265.50 | $86,117.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee Applications | 264.20 | 85,177.00 |
| Litigated Matters | 1.30 | 940.00 |
| | 265.50 | $86,117.00 |

EXHIBIT M

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 03/01/10 Mon | Lutes, D 30029621/73 | 0.40 | 0.40 | 114.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARATION OF 13TH MONTHLY FEE APPLICATION |
| 03/02/10 Tue | Ludwig, J 30029621/74 | 7.00 | 7.00 | 3,325.00 | | F | 1 | MATTER NAME: Fee Applications<br>DRAFT RESPONSE TO FEE EXAMINER'S REPORT |
| 03/02/10 Tue | Lutes, D 30029621/75 | 1.80 | 1.80 | 513.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARATION OF 13TH MONTHLY FEE APPLICATION |
| 03/03/10 Wed | Ludwig, J 30029621/79 | 7.60 | 7.60 | 3,610.00 | 6.90<br>0.40<br>0.30 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee Applications<br>DRAFT RESPONSE TO FEE EXAMINER'S REPORT (6.9);<br>TELEPHONE CALL WITH A. DALTON RE: SAME (0.4);<br>TELEPHONE CALL WITH D. LUTES RE: PREPARATION OF RESPONSE (0.3) |
| 03/03/10 Wed | Lutes, D 30029621/76 | 1.20 | 1.20 | 342.00 | 0.40<br>0.80 | F<br>F | 1<br>2 | MATTER NAME: Fee Applications<br>PREPARATION OF 13TH MONTHLY FEE APPLICATION MATERIALS (.40);<br>REVIEW AND PREPARE RESPONSE TO FEE EXAMINER (.80) |
| 03/04/10 Thu | Ludwig, J 30029621/81 | 3.30 | 3.30 | 1,567.50 | 3.10<br>0.20 | F<br>F | 1<br>2 | MATTER NAME: Fee Applications<br>DRAFT RESPONSE TO FEE EXAMINER'S REPORT (3.1);<br>EMAIL TO A. DALTON RE: SAME (0.2) |
| 03/04/10 Thu | Lutes, D 30029621/77 | 4.60 | 4.60 | 1,311.00 | 0.40<br>4.20 | F<br>F | 1<br>2 | MATTER NAME: Fee Applications<br>PREPARATION OF 13TH MONTHLY FEE APPLICATION (.40);<br>PREPARATION OF RESPONSE TO FEE AUDITOR (4.2) |
| 03/05/10 Fri | Lutes, D 30029621/78 | 3.40 | 3.40 | 969.00 | 0.20<br>2.30<br>0.90 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee Applications<br>PREPARATION OF 13TH MONTHLY FEE APPLICATION (.20);<br>PREPARE FEE AUDITOR RESPONSE (2.30);<br>RESEARCH EXPENSE MATERIALS FOR FEE AUDITOR RESPONSE (.90) |
| 03/08/10 Mon | Fernandez, L 30029621/88 | 7.00 | 8.00 | 880.00 | 1.30<br>6.70 | F<br>F | 1<br>2 | MATTER NAME: Fee Applications<br>PREPARE 13TH MONTHLY APPLICATION FEE MATERIALS (1.3);<br>PREPARE 14TH MONTHLY APPLICATION MATERIALS (6.7.) |
| 03/08/10 Mon | Ludwig, J 30029621/80 | 7.70 | 7.70 | 3,657.50 | 0.10<br>0.40<br>7.20 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee Applications<br>EMAIL TO V. GARLATI RE: 14TH MONTHLY FEE APPLICATION (0.1);<br>REVISE 13TH MONTHLY FEE APPLICATION (0.4);<br>REVIEW AND REVISE 14TH MONTHLY FEE APPLICATION (7.2) |
| 03/08/10 Mon | Lutes, D 30029621/82 | 3.30 | 3.30 | 940.50 | 0.40<br>2.30<br>0.60 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee Applications<br>PREPARATION OF 13TH MONTHLY FEE APPLICATION (.40);<br>PREPARATION OF 14TH MONTHLY FEE APPLICATION (2.30);<br>PREPARATION OF FEE AUDITOR RESPONSE MATERIALS (.60) |
| 03/09/10 Tue | Fernandez, L 30029621/89 | 5.50 | 5.50 | 605.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE 14TH MONTHLY APPLICATION MATERIALS |

~  See the last page of exhibit for explanation

EXHIBIT M

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|----------------|-------------|-------|------|------------|---|---|-------------|
| 03/09/10 Tue | Higashi, S 30029621/86 | 2.00 | 2.00 | 390.00 | | F | 1 | MATTER NAME: Fee Applications PREPARE 14TH FEE APPLICATION MATERIALS |
| 03/09/10 Tue | Ludwig, J 30029621/83 | 2.90 | 2.90 | 1,377.50 | 1.90 1.00 | F F | 1 2 | MATTER NAME: Fee Applications REVIEW AND REVISE 14TH MONTHLY FEE APPLICATION (1.9) FINALIZE 13TH MONTHLY FEE APPLICATION (1.0). |
| 03/09/10 Tue | Lutes, D 30029621/84 | 6.50 | 6.50 | 1,852.50 | 3.50 2.80 0.20 | F F F | 1 2 3 | MATTER NAME: Fee Applications PREPARATION OF 13TH MONTHLY FEE APPLICATION (3.50): PREPARATION OF 14TH MONTHLY FEE APPLICATION (2.80): PREPARATION OF FEE AUDITOR RESPONSE (.20) |
| 03/10/10 Wed | Fernandez, L 30029621/90 | 2.50 | 2.50 | 275.00 | | F | 1 | MATTER NAME: Fee Applications PREPARE 14TH MONTHLY APPLICATION MATERIALS |
| 03/10/10 Wed | Higashi, S 30029621/87 | 0.50 | 0.50 | 97.50 | | F | 1 | MATTER NAME: Fee Applications PREPARE 14TH FEE APPLICATION MATERIALS |
| 03/10/10 Wed | Ludwig, J 30029621/91 | 0.30 | 0.30 | 142.50 | 0.20 0.10 | F F | 1 2 | MATTER NAME: Fee Applications EMAIL TO V. GARLATI RE: 13TH MONTHLY FEE APPLICATION (0.2): EMAIL TO A. DALTON RE: LEDES FILES FOR 13TH MONTHLY FEE APPLICATION (0.1) |
| 03/10/10 Wed | Lutes, D 30029621/85 | 3.10 | 3.10 | 883.50 | | F | 1 | MATTER NAME: Fee Applications PREPARATION OF 14TH MONTHLY FEE APPLICATION |
| 03/12/10 Fri | Higashi, S 30029621/92 | 0.50 | 0.50 | 97.50 | | F | 1 | MATTER NAME: Fee Applications PREPARE 14TH FEE APPLICATION MATERIALS |
| 03/17/10 Wed | Ludwig, J 30029621/93 | 2.60 | 2.60 | 1,235.00 | | F | 1 | MATTER NAME: Fee Applications REVISE 14TH MONTHLY FEE APPLICATION |
| 03/18/10 Thu | Ludwig, J 30029621/94 | 0.80 | 0.80 | 380.00 | 0.70 0.10 | F F | 1 2 | MATTER NAME: Fee Applications REVISE 14TH MONTHLY FEE APPLICATION (0.7): EMAIL TO J. JENSEN RE: SAME (0.1) |
| 03/19/10 Fri | Ludwig, J 30029621/95 | 0.20 | 0.20 | 95.00 | 0.10 0.10 | F F | 1 2 | MATTER NAME: Fee Applications TELEPHONE CALL WITH J. JENSEN RE: 14TH MONTHLY FEE APPLICATION (0.1): CONFERENCE WITH J. DUCAYET RE: PRIVILEGE REVIEW OF SAME (0.1) |
| 03/23/10 Tue | Fernandez, L 30029621/103 | 1.50 | 1.50 | 165.00 | | F | 1 | MATTER NAME: Fee Applications PREPARE 14TH MONTHLY APPLICATION MATERIALS |

~  See the last page of exhibit for explanation

EXHIBIT M

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 03/23/10 Tue | Higashi, S 30029621/97 | 4.70 | 4.70 | 916.50 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE 14TH MONTHLY FEE APPLICATION |
| 03/23/10 Tue | Lantry, K 30029621/116 | 1.00 | 1.00 | 850.00 | | F | 1 | MATTER NAME: Fee Applications<br>REVIEW AND EDIT FEE APPLICATION |
| 03/23/10 Tue | Lutes, D 30029621/96 | 2.60 | 2.60 | 741.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARATION OF 14TH MONTHLY FEE APPLICATION |
| 03/24/10 Wed | Fernandez, L 30029621/104 | 0.50 | 0.50 | 55.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE 14TH MONTHLY APPLICATION MATERIALS |
| 03/24/10 Wed | Lantry, K 30029621/115 | 0.20 | 0.20 | 170.00 | | F | 1 | MATTER NAME: Fee Applications<br>DISCUSS FEE APPLICATION PREPARATION WITH D. LUTES |
| 03/24/10 Wed | Ludwig, J 30029621/99 | 6.90 | 6.90 | 3,277.50 | 1.50<br>1.00<br>4.40 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee Applications<br>REVISE RESPONSE TO EXAMINERS REPORT ON 2ND INTERIM PERIOD (1.5);<br>REVIEW FEE EXAMINER'S REPORT ON 3RD INTERIM PERIOD (1.0);<br>PREPARE RESPONSE TO EXAMINER'S REPORT ON 3RD INTERIM PERIOD (4.4) |
| 03/24/10 Wed | Lutes, D 30029621/98 | 1.20 | 1.20 | 342.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARATION OF 14TH MONTHLY FEE APPLICATION |
| 03/25/10 Thu | Higashi, S 30029621/100 | 0.20 | 0.20 | 39.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE 14TH MONTHLY FEE APPLICATION |
| 03/25/10 Thu | Kansa, K 30029621/106 | 1.50 | 1.50 | 1,050.00 | | F | 1 | MATTER NAME: Fee Applications<br>REVIEW FEE AUDITOR RESPONSE AND REVISE |
| 03/25/10 Thu | Ludwig, J 30029621/102 | 0.30 | 0.30 | 142.50 | 0.20<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Fee Applications<br>EMAILS WITH D. LUTES RE: COMMENTS TO 14TH MONTHLY FEE APPLICATION (0.2);<br>EMAIL TO J. DUCAYET RE: CONFIDENTIALITY REVIEW OF CERTAIN MATTERS (0.1) |
| 03/25/10 Thu | Lutes, D 30029621/101 | 1.90 | 1.90 | 541.50 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARATION OF 14TH MONTHLY FEE APPLICATION |
| 03/26/10 Fri | Ducayet, J 30029627/602 | 7.80 | 1.00 | 685.00 | 5.00<br>1.50<br>0.10<br>0.20<br>1.00 | F<br>F<br>F<br>F<br>F | 1<br>2<br>3<br>4<br>5 | MATTER NAME: Litigated Matters<br>PREPARE FOR AND ATTEND HEARING (5.0);<br>OFFICE CONFERENCE WITH J. HENDERSON, N. PERNICK REGARDING SAME (1.5);<br>TELEPHONE CONFERENCE WITH B. KRAKAUER REGARDING SAME (.1);<br>DRAFT CERTIFICATION OF COUNSEL (.2);<br>REVIEW PRO FORMAS FOR FEE APPLICATION (1.0) |

~  See the last page of exhibit for explanation

EXHIBIT M

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 03/26/10 Fri | Kansa, K 30029621/107 | 2.10 | 2.10 | 1,470.00 | 1.90 0.20 | F F | 1 2 | MATTER NAME: Fee Applications<br>REVIEW FEE EXAMINER RESPONSE (1.9);<br>OFFICE CONFERENCE WITH J. LUDWIG RE: SAME (.2) |
| 03/26/10 Fri | Ludwig, J 30029621/110 | 0.30 | 0.30 | 142.50 | 0.10 0.10 0.10 | F F F | 1 2 3 | MATTER NAME: Fee Applications<br>EMAIL TO J. JENSEN REGARDING 14TH MONTHLY FEE APPLICATION (0.1);<br>EMAIL TO D. LUTES REGARDING COSTS (0.1);<br>EMAIL TO V. GARLATI REGARDING REVIEW OF 14TH MONTHLY FEE APPLICATION (0.1) |
| 03/26/10 Fri | Lutes, D 30029621/105 | 2.40 | 2.40 | 684.00 | 2.00 0.40 | F F | 1 2 | MATTER NAME: Fee Applications<br>PREPARATION OF 14TH MONTHLY FEE APPLICATION (2.0);<br>REVIEW FEE APPLICATION MATERIALS FOR FEE AUDITOR ISSUES (.40) |
| 03/29/10 Mon | Fernandez, L 30029621/114 | 0.50 | 0.50 | 55.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE 14TH MONTHLY APPLICATION MATERIALS |
| 03/29/10 Mon | Higashi, S 30029621/108 | 1.90 | 1.90 | 370.50 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE 14TH MONTHLY FEE APPLICATION |
| 03/29/10 Mon | Ludwig, J 30029621/112 | 0.20 | 0.20 | 95.00 | 0.10 0.10 | F F | 1 2 | MATTER NAME: Fee Applications<br>REVIEW COMMENTS FROM J. DUCAYET ON 14TH MONTHLY FEE APPLICATION (0.1);<br>EMAIL TO D. LUTES AND J. JENSEN REGARDING SAME (0.1) |
| 03/29/10 Mon | Lutes, D 30029621/109 | 2.40 | 2.40 | 684.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARATION OF 14TH MONTHLY FEE APPLICATION |
| 03/30/10 Tue | Ludwig, J 30029621/118 | 3.70 | 3.70 | 1,757.50 | 0.20 0.10 0.10 2.40 0.10 0.80 | F F F F F F | 1 2 3 4 5 6 | MATTER NAME: Fee Applications<br>REVISE 14TH MONTHLY FEE APPLICATION (0.2);<br>EMAIL TO V. GARLATI RE: SAME (0.1);<br>EMAILS TO D. LUTES AND J. JENSEN RE: SAME (0.1);<br>REVISE RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT FOR SECOND QUARTERLY FEE PERIOD (2.4);<br>EMAIL TO A. DALTON RE: SAME (0.1);<br>DRAFT RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT FOR THIRD QUARTERLY FEE PERIOD (0.8) |
| 03/30/10 Tue | Lutes, D 30029621/111 | 0.50 | 0.50 | 142.50 | 0.20 0.30 | F F | 1 2 | MATTER NAME: Fee Applications<br>REVIEW AND RESPOND TO EMAIL FROM J. LUDWIG RE FEE APPLICATION, FEE AUDITOR RESPONSE AND QUARTERLY FEE APPLICATION DEADLINE (.20);<br>INITIAL PREPARATION OF 5TH QUARTERLY FEE APPLICATION (.30) |
| 03/31/10 Wed | Higashi, S 30029621/113 | 2.30 | 2.30 | 448.50 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE 5TH QUARTERLY FEE APPLICATION |
| 03/31/10 Wed | Ludwig, J 30029621/119 | 2.10 | 2.10 | 997.50 | | F | 1 | MATTER NAME: Fee Applications<br>DRAFT RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT FOR THIRD QUARTERLY FEE PERIOD |

~ See the last page of exhibit for explanation

EXHIBIT M

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 03/31/10 Wed | Lutes, D 30029621/117 | 2.40 | 2.40 | 684.00 | 1.20 0.60 0.60 | F F F | 1 2 3 | MATTER NAME: Fee Applications PREPARATION OF 5TH QUARTERLY FEE APPLICATION (1.20); PREPARE EXHIBITS TO 5TH QUARTERLY FEE APPLICATION (.60); RETRIEVE AND REVIEW PRIOR MONTHLY FEE APPLICATIONS FOR QUARTERLY INFORMATION (.60) |
| 04/01/10 Thu | Higashi, S 30036302/29 | 6.50 | 6.50 | 1,267.50 | | F | 1 | MATTER NAME: Fee Applications PREPARE 5TH QUARTERLY FEE APPLICATION MATERIALS |
| 04/01/10 Thu | Lutes, D 30036302/31 | 0.50 | 0.50 | 142.50 | | F | 1 | MATTER NAME: Fee Applications PREPARATION OF 5TH QUARTERLY FEE APPLICATION |
| 04/02/10 Fri | Higashi, S 30036302/30 | 6.80 | 6.80 | 1,326.00 | | F | 1 | MATTER NAME: Fee Applications PREPARE 5TH QUARTERLY FEE APPLICATION MATERIALS |
| 04/02/10 Fri | Ludwig, J 30036302/33 | 0.40 | 0.40 | 190.00 | 0.40 | F | 1 | MATTER NAME: Fee Applications DRAFT FIFTH QUARTERLY FEE APPLICATION (0.4) |
| 04/02/10 Fri | Lutes, D 30036302/32 | 0.50 | 0.50 | 142.50 | | F | 1 | MATTER NAME: Fee Applications PREPARATION OF 5TH QUARTERLY FEE APPLICATION |
| 04/05/10 Mon | Higashi, S 30036302/34 | 3.70 | 3.70 | 721.50 | | F | 1 | MATTER NAME: Fee Applications PREPARE 5TH QUARTERLY FEE APPLICATION MATERIALS |
| 04/05/10 Mon | Ludwig, J 30036302/37 | 1.50 | 1.50 | 712.50 | 1.50 | F | 1 | MATTER NAME: Fee Applications DRAFT FIFTH QUARTERLY FEE APPLICATION (1.5) |
| 04/05/10 Mon | Lutes, D 30036302/35 | 0.30 | 0.30 | 85.50 | | F | 1 | MATTER NAME: Fee Applications PREPARATION OF 5TH QUARTERLY FEE APPLICATION MATERIALS |
| 04/06/10 Tue | Higashi, S 30036302/36 | 2.00 | 2.00 | 390.00 | | F | 1 | MATTER NAME: Fee Applications PREPARE 5TH QUARTERLY FEE APPLICATION MATERIALS |
| 04/06/10 Tue | Ludwig, J 30036302/38 | 0.70 | 0.70 | 332.50 | 0.60 0.10 | F F | 1 2 | MATTER NAME: Fee Applications RESPOND TO EMAIL FROM A. DALTON RE: SIDLEY 2ND QUARTERLY FEE APPLICATION (0.6); EMAIL TO S. SUMMERFIELD RE: SAME (0.1) |
| 04/06/10 Tue | Lutes, D 30036302/39 | 0.90 | 0.90 | 256.50 | 0.40 0.50 | F F | 1 2 | MATTER NAME: Fee Applications PREPARATION OF 5TH QUARTERLY FEE APPLICATION MATERIALS (.40); RESEARCH INTO CERTAIN MEAL EXPENSES AS PER FEE AUDITOR REQUIREMENTS AND RESPONSE TO FEE AUDITOR (.50) |

~ See the last page of exhibit for explanation

EXHIBIT M

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|------|------|------|------|------|------|------|------|
| 04/06/10 Tue | Summerfield, S 30036302/45 | 0.30 | 0.30 | 57.00 | | F | 1 | MATTER NAME: *Fee Applications* <br> REVIEW LIST TIME ENTRIES RE FEE AUDITOR REDUCTION |
| 04/07/10 Wed | Ludwig, J 30036302/41 | 0.40 | 0.40 | 190.00 | 0.20 <br> 0.20 | F <br> F | 1 <br> 2 | MATTER NAME: *Fee Applications* <br> RESPOND TO EMAIL FROM V. GARLATI RE: MARCH INVOICES (0.2); <br> REVIEW AND REVISE 15TH MONTHLY FEE APPLICATION (0.2) |
| 04/07/10 Wed | Lutes, D 30036302/40 | 0.60 | 0.60 | 171.00 | 0.30 <br> 0.30 | F <br> F | 1 <br> 2 | MATTER NAME: *Fee Applications* <br> PREPARATION OF 5TH QUARTERLY FEE APPLICATION (.30); <br> ASSIST WITH RESEARCH INTO EXPENSE ITEMS FOR FEE AUDITOR RESPONSE (.30) |
| 04/08/10 Thu | Ludwig, J 30036302/43 | 6.50 | 6.50 | 3,087.50 | 6.50 | F | 1 | MATTER NAME: *Fee Applications* <br> REVIEW AND REVISE 5TH QUARTERLY FEE APPLICATION (6.5) |
| 04/08/10 Thu | Lutes, D 30036302/42 | 0.40 | 0.40 | 114.00 | | F | 1 | MATTER NAME: *Fee Applications* <br> PREPARATION OF 5TH QUARTERLY FEE APPLICATION |
| 04/08/10 Thu | Peltz, J 30036302/76 | 0.10 | 0.10 | 51.50 | | F | 1 | MATTER NAME: *Fee Applications* <br> DISCUSS QUARTERLY FEE APPLICATION WITH J. LUDWIG |
| 04/09/10 Fri | Ludwig, J 30036302/46 | 4.00 | 4.00 | 1,900.00 | 0.10 <br> 0.20 <br> 3.70 | F <br> F <br> F | 1 <br> 2 <br> 3 | MATTER NAME: *Fee Applications* <br> EMAIL TO A. DALTON RE: SECOND QUARTERLY FEE APPLICATION (0.1); <br> REVISE 5TH QUARTERLY APPLICATION (0.2); <br> REVISE 15TH MONTHLY APPLICATION (3.7) |
| 04/09/10 Fri | Lutes, D 30036302/44 | 1.10 | 1.10 | 313.50 | 0.50 <br> 0.60 | F <br> F | 1 <br> 2 | MATTER NAME: *Fee Applications* <br> PREPARATION OF 15TH MONTHLY FEE APPLICATION (.50); <br> PREPARATION OF 5TH QUARTERLY FEE APPLICATION (.60) |
| 04/09/10 Fri | Peltz, J 30036302/77 | 1.30 | 1.30 | 669.50 | | F | 1 | MATTER NAME: *Fee Applications* <br> DRAFT AND REVISE PORTION OF QUARTERLY FEE APPLICATION |
| 04/12/10 Mon | Fernandez, L 30036302/55 | 3.50 | 3.50 | 385.00 | | F | 1 | MATTER NAME: *Fee Applications* <br> PREPARE 15TH MONTHLY APPLICATION MATERIALS |
| 04/12/10 Mon | Ludwig, J 30036302/50 | 0.40 | 0.40 | 190.00 | 0.40 | F | 1 | MATTER NAME: *Fee Applications* <br> REVIEW FEE EXAMINER'S FINAL REPORT ON SIDLEY'S SECOND INTERIM FEE APPLICATION (0.4) |
| 04/12/10 Mon | Lutes, D 30036302/47 | 4.50 | 4.50 | 1,282.50 | 2.40 <br> 0.30 <br> 1.70 <br> 0.10 | F <br> F <br> F <br> F | 1 <br> 2 <br> 3 <br> 4 | MATTER NAME: *Fee Applications* <br> PREPARE AND REVISE 5TH QUARTERLY FEE APPLICATION (2.40); <br> EMAILS TO J. LUDWIG RE SAME (.30); <br> PREPARATION OF 15TH MONTHLY FEE APPLICATION (1.70); <br> REVIEW EMAIL FROM J. LUDWIG RE FEE AUDITOR RESPONSE STATUS (.10) |

~ See the last page of exhibit for explanation

EXHIBIT M

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 04/12/10 Mon | Summerfield, S 30036302/68 | 0.80 | 0.80 | 152.00 | | F | 1 | MATTER NAME: Fee Applications<br>REVIEW TIME ENTRIES PER FEE AUDITOR OBJECTION/SPREAD SHEET AND COMMENTS RE SAME |
| 04/13/10 Tue | Ludwig, J 30036302/51 | 1.30 | 1.30 | 617.50 | 1.30 | F | 1 | MATTER NAME: Fee Applications<br>REVISE 5TH QUARTERLY FEE APPLICATION (1.3) |
| 04/13/10 Tue | Lutes, D 30036302/48 | 1.20 | 1.20 | 342.00 | 0.80<br>0.40 | F<br>F | 1<br>2 | MATTER NAME: Fee Applications<br>PREPARATION OF 15TH MONTHLY FEE APPLICATION (.80);<br>PREPARATION OF 5TH QUARTERLY FEE APPLICATION (.40) |
| 04/14/10 Wed | Kansa, K 30036302/54 | 2.00 | 2.00 | 1,400.00 | 1.90<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Fee Applications<br>REVIEW QUARTERLY FEE APPLICATION AND COMMENT ON SAME (1.9);<br>OFFICE CONFERENCE WITH J. LUDWIG RE: SAME (.1) |
| 04/14/10 Wed | Lantry, K 30036302/78 | 0.10 | 0.10 | 85.00 | | F | 1 | MATTER NAME: Fee Applications<br>E-MAILS WITH K. KANSA RE: 5TH FEE APPLICATION |
| 04/14/10 Wed | Lutes, D 30036302/81 | 0.40 | 0.40 | 114.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARATION OF 15TH MONTHLY FEE APPLICATION |
| 04/15/10 Thu | Higashi, S 30036302/80 | 1.50 | 1.50 | 292.50 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE 15TH MONTHLY FEE APPLICATION |
| 04/15/10 Thu | Ludwig, J 30036302/53 | 1.20 | 1.20 | 570.00 | 1.20 | F | 1 | MATTER NAME: Fee Applications<br>DRAFT 5TH QUARTERLY FEE APPLICATION (1.2) |
| 04/15/10 Thu | Lutes, D 30036302/52 | 1.50 | 1.50 | 427.50 | 0.80<br>0.20<br>0.50 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee Applications<br>PREPARATION OF 15TH MONTHLY FEE APPLICATION (.80);<br>PREPARATION OF 5TH QUARTERLY FEE APPLICATION (.20);<br>REVISE QUARTERLY AND MONTHLY FEE APPLICATION MATERIALS (.50) |
| 04/16/10 Fri | Lutes, D 30036302/56 | 0.40 | 0.40 | 114.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARATION OF 15TH MONTHLY FEE APPLICATION |
| 04/19/10 Mon | Ludwig, J 30036302/57 | 7.00 | 7.00 | 3,325.00 | 4.50<br>2.50 | F<br>F | 1<br>2 | MATTER NAME: Fee Applications<br>REVISE 15TH MONTHLY FEE APPLICATION (4.5);<br>REVISE RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT FOR THIRD QUARTERLY PERIOD (2.5) |
| 04/19/10 Mon | Lutes, D 30036302/59 | 0.20 | 0.20 | 57.00 | | F | 1 | MATTER NAME: Fee Applications<br>REVIEW AND RESPOND TO EMAILS WITH J. LUDWIG RE STATUS AND PREPARATION OF 15TH MONTHLY FEE APPLICATION |

~  See the last page of exhibit for explanation

EXHIBIT M

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 04/20/10 Tue | Fernandez, L 30036302/64 | 3.50 | 3.50 | 385.00 | | F | 1 | MATTER NAME: Fee Applications PREPARE 15TH MONTHLY APPLICATION MATERIALS |
| 04/20/10 Tue | Ludwig, J 30036302/58 | 4.50 | 4.50 | 2,137.50 | 4.50 | F | 1 | MATTER NAME: Fee Applications REVISE RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT FOR THIRD QUARTERLY PERIOD (4.5) |
| 04/20/10 Tue | Lutes, D 30036302/60 | 0.80 | 0.80 | 228.00 | 0.50 0.30 | F F | 1 2 | MATTER NAME: Fee Applications PREPARATION OF 15TH MONTHLY FEE APPLICATION (.50): PREPARATION OF RESPONSE TO FEE AUDITOR FOR 3RD INTERIM FEE APPLICATION (.30) |
| 04/21/10 Wed | Fernandez, L 30036302/65 | 2.50 | 2.50 | 275.00 | | F | 1 | MATTER NAME: Fee Applications PREPARE 15TH MONTHLY APPLICATION MATERIALS |
| 04/21/10 Wed | Higashi, S 30036302/62 | 0.30 | 0.30 | 58.50 | | F | 1 | MATTER NAME: Fee Applications PREPARE MATERIALS FOR FEE AUDITOR RESPONSE TO 3RD INTERIM FEE APPLICATION |
| 04/21/10 Wed | Lutes, D 30036302/61 | 5.10 | 5.10 | 1,453.50 | 1.40 2.10 1.20 0.40 | F F F F | 1 2 3 4 | MATTER NAME: Fee Applications PREPARATION OF 15TH MONTHLY FEE APPLICATION (1.40): PREPARE RESPONSE TO FEE AUDITOR'S INITIAL REPORT TO 3RD INTERIM FEE APPLICATION (2.10): RESEARCH AND REVIEW TRAVEL EXPENSE ITEMS (1.20) AND TC TO D. HINES RE SAME (.40) |
| 04/22/10 Thu | Lutes, D 30036302/63 | 3.60 | 3.60 | 1,026.00 | 0.30 3.30 | F F | 1 2 | MATTER NAME: Fee Applications PREPARATION OF 15TH MONTHLY FEE APPLICATION (.30): PREPARATION RESPONSE TO FEE AUDITOR RE: THIRD INTERIM FEE APPLICATION (3.30) |
| 04/23/10 Fri | Ludwig, J 30036302/67 | 1.20 | 1.20 | 570.00 | 0.50 0.70 | F F | 1 2 | MATTER NAME: Fee Applications TELEPHONE CALL WITH D. LUTES RE: RESPONSE TO FEE EXAMINER'S REPORT ON THIRD QUARTERLY PERIOD (0.5): REVISE SAME (0.7) |
| 04/23/10 Fri | Lutes, D 30036302/66 | 2.60 | 2.60 | 741.00 | 0.50 1.70 0.40 | F F F | 1 2 3 | MATTER NAME: Fee Applications PREPARATION OF 15TH MONTHLY FEE APPLICATION (.50): PREPARATION OF RESPONSE TO FEE AUDITOR RE 3RD QUARTERLY FEE APPLICATION (1.70): TC WITH J. LUDWIG RE SAME (.40) |
| 04/26/10 Mon | Ludwig, J 30036302/69 | 0.80 | 0.80 | 380.00 | 0.80 | F | 1 | MATTER NAME: Fee Applications REVISE 15TH MONTHLY FEE APPLICATION (0.8) |
| 04/27/10 Tue | Fernandez, L 30036302/73 | 1.50 | 1.50 | 165.00 | | F | 1 | MATTER NAME: Fee Applications PREPARE 15TH MONTHLY APPLICATION MATERIALS |
| 04/27/10 Tue | Ludwig, J 30036302/71 | 0.10 | 0.10 | 47.50 | 0.10 | F | 1 | MATTER NAME: Fee Applications EMAILS WITH D. LUTES RE: PREPARATION OF 15TH MONTHLY FEE APPLICATION (0.1) |

~ See the last page of exhibit for explanation

EXHIBIT M

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 04/27/10 Tue | Lutes, D 30036302/70 | 2.30 | 2.30 | 655.50 | 2.10 0.20 | F F | 1 2 | *MATTER NAME: Fee Applications* PREPARATION OF 15TH MONTHLY FEE APPLICATION (2.1); EMAILS TO J. LUDWIG RE SAME (.2) |
| 04/28/10 Wed | Henderson, J 30036310/489 | 0.90 | 0.30 | 255.00 | 0.30 0.30 0.30 | F F F | 1 2 3 | *MATTER NAME: Litigated Matters* REVIEW EMAILS RE: FEE PAYMENT/RETAINER ISSUE AND EMAIL EXCHANGES W/CLIENT RE: SAME (.30); EMAIL EXCHANGES W/SIDLEY AND DELAWARE COUNSEL RE: FINALIZING AND REVIEW FINAL DRAFTS (.30); REVIEW PLEADINGS/EXHIBITS AND REVISE/EMAIL J. LUDWIG (.30) |
| 04/28/10 Wed | Ludwig, J 30036302/72 | 4.40 | 4.40 | 2,090.00 | 0.30 4.10 | F F | 1 2 | *MATTER NAME: Fee Applications* CONFERENCE WITH K. KANSA RE: RESPONSE TO FEE EXAMINER REPORT (0.3); REVISE SAME (4.1) |
| 04/30/10 Fri | Ludwig, J 30036302/74 | 0.30 | 0.30 | 142.50 | 0.30 | F | 1 | *MATTER NAME: Fee Applications* REVIEW FEE EXAMINER PRELIMINARY REPORT FOR 4TH QUARTER (0.3) |
| 04/30/10 Fri | Lutes, D 30036302/75 | 0.40 | 0.40 | 114.00 | | F | 1 | *MATTER NAME: Fee Applications* PREPARATION OF 15TH MONTHLY FEE APPLICATION |
| 05/03/10 Mon | Ludwig, J 30048270/22 | 0.10 | 0.10 | 47.50 | | F | 1 | *MATTER NAME: Fee Applications* EMAILS WITH J. JENSEN AND D. LUTES RE: 15TH MONTHLY FEE APPLICATION |
| 05/03/10 Mon | Lutes, D 30048270/23 | 0.50 | 0.50 | 142.50 | | F | 1 | *MATTER NAME: Fee Applications* PREPARATION OF 15TH MONTHLY FEE APPLICATION |
| 05/06/10 Thu | Higashi, S 30048270/25 | 0.80 | 0.80 | 156.00 | | F | 1 | *MATTER NAME: Fee Applications* PREPARE 15TH MONTHLY FEE APPLICATION MATERIALS |
| 05/06/10 Thu | Lutes, D 30048270/24 | 0.60 | 0.60 | 171.00 | | F | 1 | *MATTER NAME: Fee Applications* PREPARATION OF 15TH MONTHLY FEE APPLICATION |
| 05/07/10 Fri | Lutes, D 30048270/27 | 0.40 | 0.40 | 114.00 | | F | 1 | *MATTER NAME: Fee Applications* PREPARATION OF 15TH MONTHLY FEE APPLICATION |
| 05/07/10 Fri | Nelms, K 30048270/26 | 2.40 | 2.40 | 588.00 | | F | 1 | *MATTER NAME: Fee Applications* PREPARATION OF 15TH MONTHLY FEE APPLICATION |
| 05/10/10 Mon | Lutes, D 30048270/28 | 0.30 | 0.30 | 85.50 | | F | 1 | *MATTER NAME: Fee Applications* PREPARATION OF 15TH MONTHLY FEE APPLICATION AND EMAILS TO J. JENSEN IN ACCOUNTING RE SAME |

~ See the last page of exhibit for explanation

EXHIBIT M

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 05/12/10 Wed | Lutes, D 30048270/29 | 0.60 | 0.60 | 171.00 | 0.30 0.30 | F F | 1 2 | MATTER NAME: Fee Applications<br>PREPARATION OF 15TH MONTHLY FEE APPLICATION (.3):<br>EMAILS TO J. JENSEN AND J. LUDWIG RE SAME (.3) |
| 05/14/10 Fri | Lutes, D 30048270/30 | 0.40 | 0.40 | 114.00 | | F | 1 | MATTER NAME: Fee Applications<br>EMAILS WITH J. JENSEN RE BILLING STATUS AND PENDING FEE APPLICATION ISSUES |
| 05/17/10 Mon | Lutes, D 30048270/31 | 1.30 | 1.30 | 370.50 | 0.30 1.00 | F F | 1 2 | MATTER NAME: Fee Applications<br>PREPARATION OF 15TH MONTHLY FEE APPLICATION (.30):<br>INITIAL PREPARATIONS OF 16TH MONTHLY FEE APPLICATION (1.0) |
| 05/18/10 Tue | Lutes, D 30048270/32 | 2.60 | 2.60 | 741.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARATION OF 16TH MONTHLY FEE APPLICATION |
| 05/20/10 Thu | Lutes, D 30048270/33 | 2.90 | 2.90 | 826.50 | 0.50 0.70 1.70 | F F F | 1 2 3 | MATTER NAME: Fee Applications<br>REVIEW AND RESPOND TO MULTIPLE EMAILS WITH J. LUDWIG AND J. JENSEN RE 15TH AND 16TH FEE APPLICATION PROCESSING STATUS AND STRATEGIES (.50):<br>PREPARATION OF 15TH FEE APPLICATION (.70):<br>PREPARATION OF 16TH FEE APPLICATION (1.70) |
| 05/21/10 Fri | Lutes, D 30048270/34 | 2.40 | 2.40 | 684.00 | 1.90 0.50 | F F | 1 2 | MATTER NAME: Fee Applications<br>PREPARATION OF 15TH MONTHLY FEE APPLICATION (1.90):<br>TCS AND EMAILS TO J. JENSEN RE INVOICE ISSUES (.50) |
| 05/24/10 Mon | Lutes, D 30048270/35 | 5.80 | 5.80 | 1,653.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARATION OF 15TH MONTHLY FEE APPLICATION |
| 05/25/10 Tue | Fernandez, L 30048270/39 | 2.50 | 2.50 | 275.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE 15TH MONTHLY APPLICATION MATERIALS |
| 05/25/10 Tue | Lutes, D 30048270/36 | 5.90 | 5.90 | 1,681.50 | 4.30 1.60 | F F | 1 2 | MATTER NAME: Fee Applications<br>PREPARATION OF 15TH MONTHLY FEE APPLICATION (4.30):<br>PREPARE 16TH MONTHLY FEE APPLICATION (1.60) |
| 05/26/10 Wed | Lutes, D 30048270/37 | 6.40 | 6.40 | 1,824.00 | 0.60 5.80 | F F | 1 2 | MATTER NAME: Fee Applications<br>PREPARATION OF 15TH MONTHLY FEE APPLICATION (.60):<br>PREPARATION OF 16TH MONTHLY FEE APPLICATION (5.80) |
| 05/27/10 Thu | Lutes, D 30048270/38 | 4.30 | 4.30 | 1,225.50 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARATION OF 16TH MONTHLY FEE APPLICATION |
| 05/28/10 Fri | Lutes, D 30048270/40 | 6.60 | 6.60 | 1,881.00 | 5.80 0.80 | F F | 1 2 | MATTER NAME: Fee Applications<br>PREPARATION OF 16TH MONTHLY FEE APPLICATION (5.80):<br>PREPARE EMAILS TO J. LUDWIG AND J. JENSEN RE SAME (.80) |

~ See the last page of exhibit for explanation

EXHIBIT M
SIDLEY RETENTION/COMPENSATION
Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| | | | 265.50 | $86,117.00 | | | |
| Total | | | | | | | |
| Number of Entries: | 119 | | | | | | |

EXHIBIT M

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Ducayet, J | 1.00 | 685.00 |
| Fernandez, L | 32.00 | 3,520.00 |
| Henderson, J | 0.30 | 255.00 |
| Higashi, S | 33.70 | 6,571.50 |
| Kansa, K | 5.60 | 3,920.00 |
| Lantry, K | 1.30 | 1,105.00 |
| Ludwig, J | 80.70 | 38,332.50 |
| Lutes, D | 106.00 | 30,210.00 |
| Nelms, K | 2.40 | 588.00 |
| Peltz, J | 1.40 | 721.00 |
| Summerfield, S | 1.10 | 209.00 |
| | 265.50 | $86,117.00 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee Applications | 264.20 | 85,177.00 |
| Litigated Matters | 1.30 | 940.00 |
| | 265.50 | $86,117.00 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

EXHIBIT N

OTHER FIRMS' RETENTION/COMPENSATION

Sidley Austin LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Hauserman, B | 0.40 | 190.00 |
| Kansa, K | 14.00 | 9,800.00 |
| Kline, C | 0.70 | 297.50 |
| Ludwig, J | 49.20 | 23,370.00 |
| Summerfield, S | 3.20 | 608.00 |
| | 67.50 | $34,265.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Case Administration | 3.50 | 750.50 |
| Fee Applications | 0.30 | 127.50 |
| Litigated Matters | 0.40 | 170.00 |
| Professional Retention | 63.30 | 33,217.50 |
| | 67.50 | $34,265.50 |

EXHIBIT N
OTHER FIRMS' RETENTION/COMPENSATION
Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MATTER NAME: Professional Retention |
| 03/01/10 Mon | Kansa, K 30029632/1198 | 0.70 | 0.70 | 490.00 | 0.50 0.20 | F F | 1 2 | REVIEW CTMI FEE APPLICATION AND COMMENT ON SAME (.5); OFFICE CONFERENCES WITH J. LUDWIG RE: SAME (.2) |
| | | | | | | | | MATTER NAME: Professional Retention |
| 03/01/10 Mon | Ludwig, J 30029632/1199 | 1.80 | 1.80 | 855.00 | 1.30 0.40 0.10 | F F F | 1 2 3 | DRAFT OCP FEE APPLICATION AND EXHIBITS FOR CTMI (1.3); REVISE LAZARD SUPPLEMENTAL RETENTION APPLICATION (0.4); TELEPHONE CALL WITH J. MERRIMEE RE: SAME (0.1) |
| | | | | | | | | MATTER NAME: Professional Retention |
| 03/02/10 Tue | Ludwig, J 30029632/1200 | 0.90 | 0.90 | 427.50 | 0.70 0.10 0.10 | F F F | 1 2 3 | REVISE OCP FEE APPLICATION FOR CTMI (0.7); EMAIL TO K. STICKLES RE: NOTICE AND SERVICE OF SAME (0.1); EMAIL TO B. WHITTMAN RE: FINANCIAL ASPECTS OF SAME (0.1) |
| | | | | | | | | MATTER NAME: Professional Retention |
| 03/03/10 Wed | Ludwig, J 30029632/1203 | 0.20 | 0.20 | 95.00 | 0.20 | F | 1 | TELEPHONE CALL WITH J. MERIMEE RE: LAZARD SUPPLEMENTAL ENGAGEMENT LETTER (0.2) |
| | | | | | | | | MATTER NAME: Professional Retention |
| 03/04/10 Thu | Kansa, K 30029632/1201 | 0.70 | 0.70 | 490.00 | | F | 1 | REVIEW AND REVISE LAZARD APPLICATION AND EMAIL J. LUDWIG RE: SAME |
| | | | | | | | | MATTER NAME: Professional Retention |
| 03/04/10 Thu | Ludwig, J 30029632/1204 | 2.90 | 2.90 | 1,377.50 | 1.70 1.20 | F F | 1 2 | REVIEW AND REVISE LAZARD ENGAGEMENT LETTER (1.7); REVIEW AND REVISE LAZARD SUPPLEMENTAL APPLICATION (1.2) |
| | | | | | | | | MATTER NAME: Professional Retention |
| 03/05/10 Fri | Kansa, K 30029632/1202 | 0.90 | 0.90 | 630.00 | 0.20 0.10 0.10 0.10 0.20 0.20 | F F F F F F | 1 2 3 4 5 6 | T/C D. ELDERSVELD RE: LAZARD ENGAGEMENT LETTER (.2); EMAIL D. ELDERSVELD RE: SAME (.1); T/C J. MERIMEE RE: SAME (.1); O/C J. LUDWIG RE: SAME (.1); REVIEW FINAL VERSION OF APPLICATION (.2); EMAIL B. HAUSERMAN RE: MERCER (.2) |
| | | | | | | | | MATTER NAME: Professional Retention |
| 03/05/10 Fri | Ludwig, J 30029632/1205 | 1.10 | 1.10 | 522.50 | 0.10 0.30 0.50 0.20 | F F F F | 1 2 3 4 | TELEPHONE CALL WITH J. MERIMEE RE: LAZARD SUPPLEMENTAL ENGAGEMENT LETTER (0.1); REVISE SAME BASED ON LAZARD AND CLIENT COMMENTS (0.3); REVISE LAZARD SUPPLEMENTAL APPLICATION BASED ON LAZARD AND CLIENT COMMENTS (0.5); EMAILS TO N. LARSEN AND D. ELDERSVELD RE: SIDLEY COMMENTS TO SAME (0.2) |
| | | | | | | | | MATTER NAME: Professional Retention |
| 03/09/10 Tue | Ludwig, J 30029632/1206 | 0.10 | 0.10 | 47.50 | | F | 1 | EMAILS TO D. ELDERSVELD RE: OCP RETENTION |
| | | | | | | | | MATTER NAME: Professional Retention |
| 03/15/10 Mon | Ludwig, J 30029632/1207 | 0.10 | 0.10 | 47.50 | 0.10 | F | 1 | TELEPHONE CALL WITH R. MARIELLA RE: OCP FEE APPLICATION (0.1) |

EXHIBIT N
OTHER FIRMS' RETENTION/COMPENSATION
Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 03/17/10 Wed | Ludwig, J 30029632/1208 | 1.00 | 1.00 | 475.00 | 0.50 0.30 0.20 | F F F | 1 2 3 | *MATTER NAME: Professional Retention* EMAIL TO R. MARIELLA RE: OCP RETENTION ISSUES (0.5); REVISE PROPOSED LIST OF ADDITIONAL OCP (0.3); CONFERENCE WITH K. KANSA RE: SAME (0.2) |
| 03/19/10 Fri | Kansa, K 30029632/1214 | 0.20 | 0.20 | 140.00 | | F | 1 | *MATTER NAME: Professional Retention* REVIEW OCP SUPPLEMENTAL LIST |
| 03/19/10 Fri | Ludwig, J 30029632/1209 | 0.40 | 0.40 | 190.00 | 0.10 0.30 | F F | 1 2 | *MATTER NAME: Professional Retention* REVIEW EMAIL FROM R. MARIELLA RE: ADDITIONAL OCP (0.1); DRAFT NOTICE OF ADDITIONAL OCP (0.3) |
| 03/22/10 Mon | Hauserman, B 30029632/1222 | 0.10 | 0.10 | 47.50 | | F | 1 | *MATTER NAME: Professional Retention* EMAIL TO J. WEISS RE: ORDER APPROVING E&Y'S SUPPLEMENTAL APPLICATION |
| 03/22/10 Mon | Kansa, K 30029632/1215 | 0.40 | 0.40 | 280.00 | | F | 1 | *MATTER NAME: Professional Retention* EMAIL D. ELDERSVELD RE: TVFN/LAZARD ENGAGEMENT ISSUES |
| 03/22/10 Mon | Ludwig, J 30029632/1210 | 0.60 | 0.60 | 285.00 | 0.10 0.10 0.20 0.20 | F F F F | 1 2 3 4 | *MATTER NAME: Professional Retention* EMAIL TO CTMI AND V. GARLATI RE: ORDER APPROVING OCP FEE APP (0.1); EMAILS WITH R. MARIELLA AND M. BERGER RE: MONTHLY OCP REPORT (0.1); REVIEW MONTHLY OCP REPORT (0.2); DRAFT NOTICE OF OCP REPORT TO UST AND COMMITTEE (0.2) |
| 03/23/10 Tue | Kansa, K 30029632/1216 | 0.20 | 0.20 | 140.00 | 0.20 | F | 1 | *MATTER NAME: Professional Retention* EMAIL D. ELDERSVELD AND N. LARSEN RE: TVFN ENGAGEMENT LETTER FOR LAZARD (.2) |
| 03/23/10 Tue | Ludwig, J 30029632/1211 | 0.20 | 0.20 | 95.00 | 0.20 | F | 1 | *MATTER NAME: Professional Retention* REVIEW AFFIDAVIT FILED BY OCP (0.2) |
| 03/24/10 Wed | Ludwig, J 30029632/1212 | 0.30 | 0.30 | 142.50 | 0.10 0.10 0.10 | F F F | 1 2 3 | *MATTER NAME: Professional Retention* TELEPHONE CALLS WITH R. MARIELLA RE: ADDITIONAL OCP (0.1); PREPARE SUPPLEMENTAL LIST OF OCP (0.1); EMAIL TO K. STICKLES RE: FILING OF SAME (0.1) |
| 03/25/10 Thu | Kansa, K 30029632/1217 | 0.30 | 0.30 | 210.00 | 0.20 0.10 | F F | 1 2 | *MATTER NAME: Professional Retention* TELEPHONE CONFERENCE WITH D. ELDERSVELD AND N. LARSEN RE: TVFN AND RETENTION OF LAZARD (.2) TELEPHONE CALL TO D. DEUTSCH RE: SAME (.1) |
| 03/25/10 Thu | Ludwig, J 30029632/1213 | 0.60 | 0.60 | 285.00 | 0.10 0.10 0.40 | F F F | 1 2 3 | *MATTER NAME: Professional Retention* REVISE NOTICE OF SUPPLEMENTAL OCP (0.1); EMAIL TO K. STICKLES RE: SAME (0.1); EMAIL TO R. MARIELLA RE: SUPPLEMENTAL OCP AND AFFIDAVITS (0.4) |

~ See the last page of exhibit for explanation

EXHIBIT N
OTHER FIRMS' RETENTION/COMPENSATION
Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| 03/26/10 Fri | Kansa, K 30029632/1218 | 0.30 | 0.30 | 210.00 | 0.20 0.10 | F F | MATTER NAME: Professional Retention 1  EMAIL J. LUDWIG RE: LAZARD RETENTION APPLICATION (.2) 2  TELEPHONE CALL TO D. SCHAIBLE RE: SAME (.1) |
| 03/26/10 Fri | Ludwig, J 30029632/1219 | 0.40 | 0.40 | 190.00 | 0.20 0.10 0.10 | F F F | MATTER NAME: Professional Retention 1  TELEPHONE CALLS WITH J. BOELTER REGARDING CONLAN AFFIDAVIT (0.2); 2  TELEPHONE CALL TO J. MERIMEE REGARDING LAZARD SUPPLEMENTAL APPLICATION STATUS (0.1); 3  CONFERENCE WITH K. KANSA REGARDING SAME (0.1) |
| 03/29/10 Mon | Ludwig, J 30029632/1220 | 0.20 | 0.20 | 95.00 | 0.20 | F | MATTER NAME: Professional Retention 1  TELEPHONE CALL WITH J. MERIMEE REGARDING LAZARD SUPPLEMENTAL RETENTION (0.2) |
| 03/31/10 Wed | Ludwig, J 30029632/1221 | 0.40 | 0.40 | 190.00 | 0.20 0.20 | F F | MATTER NAME: Professional Retention 1  REVIEW DRAFT QUARTERLY OCP REPORT (0.2); 2  EMAIL TO M. BERGER RE: COMMENTS TO SAME (0.2) |
| 04/01/10 Thu | Kansa, K 30036314/952 | 0.40 | 0.40 | 280.00 | 0.20 0.20 | F F | MATTER NAME: Professional Retention 1  EMAIL D. ELDERSVELD RE: SUPPLEMENTAL LAZARD APPLICATION (.2); 2  OFFICE CONFERENCE WITH J. LUDWIG RE: SAME (.2) |
| 04/01/10 Thu | Ludwig, J 30036314/949 | 0.70 | 0.70 | 332.50 | 0.10 0.20 0.20 0.20 | F F F F | MATTER NAME: Professional Retention 1  TELEPHONE CALL WITH J. MERIMEE RE: LAZARD SUPPLEMENTAL RETENTION (0.1); 2  EMAILS TO D. LIEBENTRITT, D. ELDERSVELD, C. BIGELOW, AND N. LARSEN RE: SAME (0.2); 3  REVIEW AND REVISE SUPPLEMENTAL APPLICATION (0.2); 4  EMAIL TO K. STICKLES RE: FILING AND SERVICE OF SAME (0.2) |
| 04/01/10 Thu | Summerfield, S 30036318/1214 | 3.20 | 3.20 | 608.00 | | F | MATTER NAME: Case Administration 1  REVIEW OTHER PARTY FEE APPLICATIONS AND PLEADINGS AND REVISE FILES FOR K. KANSA |
| 04/05/10 Mon | Kline, C 30036302/49 | 0.10 | 0.10 | 42.50 | | F | MATTER NAME: Fee Applications 1  REVIEW SCNI FEE APPLICATION DESCRIPTION W/J. LUDWIG, PROVIDING COMMENT PER SAME |
| 04/08/10 Thu | Kline, C 30036302/79 | 0.20 | 0.20 | 85.00 | 0.20 | F | MATTER NAME: Fee Applications 1  REVIEW FEE APPLICATION DIP DESCRIPTION FOR J. LUDWIG (0.2) |
| 04/08/10 Thu | Ludwig, J 30036314/950 | 0.10 | 0.10 | 47.50 | 0.10 | F | MATTER NAME: Professional Retention 1  TELEPHONE CALL WITH M. ROITMAN RE: LAZARD SUPPLEMENTAL APPLICATION (0.1) |
| 04/09/10 Fri | Ludwig, J 30036314/951 | 1.00 | 1.00 | 475.00 | 0.10 0.20 0.20 0.10 0.20 0.20 | F F F F F F | MATTER NAME: Professional Retention 1  EMAIL TO K. STICKLES AND PAUL HASTINGS RE: MONTHLY FEE APPLICATIONS (0.1); 2  TELEPHONE CALL WITH R. MARIELLA RE: RETENTION AND COMPENSATION OF CONSULTANT (0.2); 3  EMAIL TO K. KANSA RE: SAME (0.2); 4  EMAIL TO R. MARIELLA RE: RECOMMENDATIONS FOR RETENTION AND COMPENSATION OF CONSULTANT (0.1); 5  REVIEW AFFIDAVIT FILED BY OCP (0.2); 6  EMAIL TO R. MARIELLA RE: OCP AFFIDAVIT AND OBJECTION DEADLINES FOR RECENTLY-ADDED OCP (0.2) |

~ See the last page of exhibit for explanation

EXHIBIT N
OTHER FIRMS' RETENTION/COMPENSATION
Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 04/10/10 Sat | Kansa, K 30036314/974 | 0.60 | 0.60 | 420.00 | 0.20 0.40 | F F | 1 2 | MATTER NAME: Professional Retention EMAIL D. ELDERSVELD RE: LAZARD SUPPLEMENTAL APPLICATION (.2); REVIEW N. LARSEN EMAILS ON SAME AND EMAILS TO N. LARSEN RE: SAME (.4) |
| 04/11/10 Sun | Kansa, K 30036314/975 | 0.40 | 0.40 | 280.00 | 0.10 0.20 0.10 | F F F | 1 2 3 | MATTER NAME: Professional Retention EMAIL TO M. ROITMAN RE: LAZARD SUPPLEMENTAL APPLICATION (.1); EMAIL TO D. DEUTSCH RE: SAME (.2); REVIEW MATERIALS RE: SAME (.1) |
| 04/12/10 Mon | Ludwig, J 30036314/953 | 0.30 | 0.30 | 142.50 | 0.30 | F | 1 | MATTER NAME: Professional Retention REVIEW FEE APPLICATIONS FILED BY OTHER PROFESSIONALS RE: REAL ESTATE MATTERS (0.3) |
| 04/13/10 Tue | Kansa, K 30036314/957 | 0.70 | 0.70 | 490.00 | 0.30 0.10 0.30 | F F F | 1 2 3 | MATTER NAME: Professional Retention TELEPHONE CALL TO D. DEUTSCH RE: LAZARD RETENTION (.3); EMAIL D. DEUTSCH RE: SAME (.1); EMAIL D. ELDERSVELD AND N. LARSEN RE: SAME (.3) |
| 04/14/10 Wed | Hauserman, B 30036314/955 | 0.30 | 0.30 | 142.50 | 0.20 0.10 | F F | 1 2 | MATTER NAME: Professional Retention CALL WITH D. EGGART RE: MERCER FEES (0.2); EMAIL TO J. LUDWIG RE: SAME (0.1) |
| 04/14/10 Wed | Kansa, K 30036314/958 | 0.70 | 0.70 | 490.00 | 0.20 0.20 0.10 0.20 | F F F F | 1 2 3 4 | MATTER NAME: Professional Retention EMAIL J. LUDWIG RE: LAZARD SUPPLEMENTAL APPLICATION (.2); EMAIL TO N. LARSEN AND D. ELDERSVELD RE: LAZARD APPLICATION (.2); OFFICE CONFERENCE WITH J. LUDWIG RE: SAME (.1); EMAILS TO D. DEUTSCH RE: SAME (.2) |
| 04/14/10 Wed | Ludwig, J 30036314/954 | 0.70 | 0.70 | 332.50 | 0.20 0.10 0.20 0.20 | F F F F | 1 2 3 4 | MATTER NAME: Professional Retention REVIEW EMAIL FROM R. MARIELLA AND MERCER REGARDING COMPENSATION PROCEDURES FOR MERCER AFFILIATE (0.2); TELEPHONE CALL WITH R. MARIELLA RE: SAME (0.1); REVIEW EMAIL FROM K. KANSA RE: COMMITTEE RESPONSE TO LAZARD SUPPLEMENTAL RETENTION APPLICATION (0.2); TELEPHONE CALL TO J. MERIMEE RE: SAME (0.2) |
| 04/15/10 Thu | Ludwig, J 30036314/956 | 0.20 | 0.20 | 95.00 | 0.20 | F | 1 | MATTER NAME: Professional Retention TELEPHONE CALL WITH OCP RE: PREPARATION OF FEE APPLICATION FOR OVERAGE (0.2) |
| 04/16/10 Fri | Kline, C 30036310/297 | 6.20 | 0.40 | 170.00 | 0.60 0.40 3.40 1.80 | F F F F | 1 2 3 4 | MATTER NAME: Litigated Matters RESEARCH PHONES OUTSTANDINGS AS DISCLOSED BY TRIBUNE AND WTC (0.6); RESEARCH AND REPORT ON ZUCKERMAN FEES TO DATE (0.4); RESEARCH AND ANALYZE CASE LAW RE: EVIDENTIARY ASPECTS OF EXAMINER MATTER FOR B. KRAKAUER (3.4); SUMMARIZE RESEARCH AND CONCLUSIONS PER SAME (1.8) |
| 04/20/10 Tue | Kansa, K 30036314/962 | 0.20 | 0.20 | 140.00 | | F | 1 | MATTER NAME: Professional Retention EMAIL J. LUDWIG RE: PWC ENGAGEMENT |

~ See the last page of exhibit for explanation

EXHIBIT N
OTHER FIRMS' RETENTION/COMPENSATION
Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 04/20/10 Tue | Ludwig, J 30036314/959 | 1.30 | 1.30 | 617.50 | | | | *MATTER NAME: Professional Retention* |
| | | | | | 0.20 | F | 1 | TELEPHONE CALL WITH M. BERGER RE: PREPARATION OF MONTHLY OCP REPORT (0.2); |
| | | | | | 0.10 | F | 2 | EMAIL TO OCP RE: OVERAGE AND FEE APPLICATION REQUIREMENTS (0.1); |
| | | | | | 0.30 | F | 3 | REVIEW EMAIL FROM B. LITMAN RE: SUPPLEMENTAL PWC ENGAGEMENT LETTER (0.3); |
| | | | | | 0.70 | F | 4 | REVIEW PWC ENGAGEMENT LETTER AND RETENTION MATERIALS (0.7) |
| 04/21/10 Wed | Kansa, K 30036314/963 | 0.50 | 0.50 | 350.00 | | F | 1 | *MATTER NAME: Professional Retention* <br> REVIEW THOMAS & LOCICERO DRAFT APPLICATION AND EMAIL J. LUDWIG RE: SAME |
| 04/21/10 Wed | Ludwig, J 30036314/960 | 4.70 | 4.70 | 2,232.50 | | | | *MATTER NAME: Professional Retention* |
| | | | | | 0.10 | F | 1 | EMAIL TO M. BERGER RE: THOMAS LOCICERO OCP FEE APPLICATION (0.1); |
| | | | | | 0.40 | F | 2 | REVIEW OCP INVOICES AND BACKGROUND MATERIALS (0.4); |
| | | | | | 3.00 | F | 3 | DRAFT OCP FEE APPLICATION (3.0); |
| | | | | | 0.20 | F | 4 | EMAIL TO K. KANSA REGARDING SAME (0.2); |
| | | | | | 0.30 | F | 5 | TELEPHONE CALL WITH B. LITMAN RE: SUPPLEMENTAL RETENTION APPLICATIONS FOR FRESH START ACCOUNTING SERVICES (0.3); |
| | | | | | 0.10 | F | 6 | EMAIL TO B. LITMAN RE: SAME (0.1); |
| | | | | | 0.20 | F | 7 | TELEPHONE CALL WITH A. CLARK SMITH RE: SAME (0.2); |
| | | | | | 0.20 | F | 8 | TELEPHONE CALL WITH D. EGGERT RE: MERCER AFFILIATE SERVICES (0.2); |
| | | | | | 0.10 | F | 9 | REVIEW MARCH MONTHLY OCP REPORT (0.1); |
| | | | | | 0.10 | F | 10 | EMAIL TO J. MCMAHON AND D. DEUTSCH RE: SAME (0.1) |
| 04/22/10 Thu | Ludwig, J 30036314/961 | 3.90 | 3.90 | 1,852.50 | | | | *MATTER NAME: Professional Retention* |
| | | | | | 0.30 | F | 1 | REVISE OCP FEE APPLICATION OF THOMAS LOCICERO (0.3); |
| | | | | | 0.10 | F | 2 | EMAILS WITH C. CAPPS RE: SAME (0.1); |
| | | | | | 0.50 | F | 3 | REVIEW FILED 2019 STATEMENTS (0.5); |
| | | | | | 1.00 | F | 4 | REVISE RULE 2014 STATEMENT (1.0); |
| | | | | | 2.00 | F | 5 | DRAFT SUPPLEMENTAL APPLICATION TO RETAIN PWC (2.0) |
| 04/23/10 Fri | Ludwig, J 30036314/964 | 1.70 | 1.70 | 807.50 | | | | *MATTER NAME: Professional Retention* |
| | | | | | 0.10 | F | 1 | TELEPHONE CALL WITH J. MCMAHON RE: PROFESSIONAL SERVICES (0.1); |
| | | | | | 0.10 | F | 2 | TELEPHONE CALL WITH R. MARIELLA RE: LITIGATION-RELATED INVOICE (0.1); |
| | | | | | 0.50 | F | 3 | REVIEW POTENTIAL ENGAGEMENT RELATING TO MEDIATION OF DISPUTE (0.5); |
| | | | | | 0.10 | F | 4 | EMAIL TO K. KANSA WITH RECOMMENDATIONS FOR SAME (0.1); |
| | | | | | 0.50 | F | 5 | DRAFT SUPPLEMENTAL APPLICATION TO RETAIN PWC (0.5); |
| | | | | | 0.20 | F | 6 | EMAIL TO B. LITMAN RE: PWC AND E&Y RETENTIONS (0.2); |
| | | | | | 0.20 | F | 7 | TELEPHONE CALL WITH J. SPEARS RE: E&Y RETENTION (0.2) |
| 04/25/10 Sun | Kansa, K 30036314/976 | 0.10 | 0.10 | 70.00 | | F | 1 | *MATTER NAME: Professional Retention* <br> EMAIL B. KRAKAUER RE:E&Y |

~  See the last page of exhibit for explanation

EXHIBIT N
OTHER FIRMS' RETENTION/COMPENSATION
Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 04/26/10 Mon | Kansa, K 30036314/970 | 1.10 | 1.10 | 770.00 | 0.20 0.10 0.10 0.60 0.10 | F F F F F | *MATTER NAME: Professional Retention* 1  T/C B. GRUEMMER AND R. HARRIS ON ACCOUNTING FIRM RETENTION (.2); 2  EMAIL B. KRAKAUER RE: SAME (.1); 3  T/C B. KRAKAUER RE: SAME (.1); 4  REVIEW SUPPLEMENTAL PWC APPLICATION AND REVISE SAME (.6); 5  OFFICE CONFERENCE J. LUDWIG RE: SAME (.1) |
| 04/26/10 Mon | Ludwig, J 30036314/965 | 2.70 | 2.70 | 1,282.50 | 2.40 0.30 | F F | *MATTER NAME: Professional Retention* 1  REVISE PWC APPLICATION (2.4); 2  REVIEW EMAILS FROM COUNSEL TO E&Y RE: SUPPLEMENTAL ENGAGEMENT (0.3) |
| 04/27/10 Tue | Kansa, K 30036314/971 | 1.00 | 1.00 | 700.00 | 0.50 0.50 | F F | *MATTER NAME: Professional Retention* 1  CONFERENCE CALL WITH E&Y, MWE AND J. LUDWIG RE: E&Y RETENTION (.5); 2  REVIEW MATERIALS IN PREPARATION FOR SAME (.5) |
| 04/27/10 Tue | Ludwig, J 30036314/966 | 3.30 | 3.30 | 1,567.50 | 0.10 0.20 0.10 0.10 0.20 0.10 0.10 1.40 0.50 0.50 | F F F F F F F F F F | *MATTER NAME: Professional Retention* 1  REVIEW EMAIL FROM D. EGGERT RE: MERCER RETENTION ISSUE (0.1); 2  TELEPHONE CALL WITH R. MARIELLA RE: OCP ISSUES (0.2); 3  REVIEW OCP INVOICE RELATING TO SAME (0.1); 4  EMAIL WITH C. CAPPS RE: OCP FEE APPLICATION (0.1); 5  REVISE SAME (0.2); 6  EMAIL TO K. STICKLES REGARDING FILING AND SERVICE OF SAME (0.1); 7  TELEPHONE CALL TO OFFIT KURMAN REGARDING OCP FEE APPLICATION (0.1); 8  DRAFT OCP FEE APPLICATION ON BEHALF OF OFFIT KURMAN (1.4); 9  PREPARE FOR (0.5) 10  AND PARTICIPATE IN CONFERENCE CALL WITH K. KANSA, B. GRUEMER, R. HARRIS, P. QUICK, J. WEISS, AND G. WOLSKY RE: E&Y SERVICES (0.5) |
| 04/28/10 Wed | Kansa, K 30036314/972 | 0.30 | 0.30 | 210.00 |  | F | *MATTER NAME: Professional Retention* 1  OFFICE CONFERENCES WITH J. LUDWIG ON PWC APPLICATION |
| 04/28/10 Wed | Ludwig, J 30036314/967 | 1.50 | 1.50 | 712.50 | 0.60 0.30 0.50 0.10 | F F F F | *MATTER NAME: Professional Retention* 1  EMAILS WITH B. LITMAN RE: RETENTION OF PROFESSIONALS FOR FRESH START ACCOUNTING SERVICES (0.6); 2  REVIEW DRAFT DECLARATION FROM PWC RELATING TO SAME (0.3); 3  REVISE PWC SUPPLEMENTAL APPLICATION (0.5); 4  TELEPHONE CALL WITH OCP COUNSEL REGARDING PREPARATION OF OCP AFFIDAVIT FOR FILING (0.1) |
| 04/29/10 Thu | Ludwig, J 30036314/968 | 0.80 | 0.80 | 380.00 | 0.80 | F | *MATTER NAME: Professional Retention* 1  REVISE SUPPLEMENTAL APPLICATION TO RETAIN PWC (0.8) |
| 04/29/10 Thu | Ludwig, J 30036318/1280 | 0.30 | 0.30 | 142.50 | 0.10 0.20 | F F | *MATTER NAME: Case Administration* 1  REVISE NOTICE OF PROFESSIONAL FEE PAYMENT AND EXHIBIT (0.1); 2  EMAILS WITH D. LIEBENTRITT, J. HENDERSON, AND V. GARLATI RE: SAME (0.2) |
| 04/30/10 Fri | Kansa, K 30036314/973 | 0.90 | 0.90 | 630.00 | 0.70 0.20 | F F | *MATTER NAME: Professional Retention* 1  REVIEW E&Y SUPPLEMENTAL APPLICATION AND J. LUDWIG REVISIONS TO SAME (.7); 2  OFFICE CONFERENCES WITH J. LUDWIG ON SAME (.2) |

~ See the last page of exhibit for explanation

EXHIBIT N

OTHER FIRMS' RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|------|------|------|------|------|------|------|------|
| 04/30/10 | Ludwig, J | 2.80 | 2.80 | 1,330.00 | 1.80 | F | 1 | MATTER NAME: Professional Retention<br>REVISE SUPPLEMENTAL APPLICATION TO RETAIN PWC (1.8); |
| Fri | 30036314/969 | | | | 0.10 | F | 2 | EMAIL TO A. CLARK-SMITH RE SAME (0.1); |
| | | | | | 0.10 | F | 3 | TELEPHONE CALL WITH A. CLARK-SMITH RE: SUPPORTING DECLARATION (0.1); |
| | | | | | 0.10 | F | 4 | EMAIL TO C. BIGELOW AND B. LITMAN RE: SAME (0.1); |
| | | | | | 0.40 | F | 5 | EMAILS TO P. RATKOWIAK AND D. STREANY RE: FILING AND SERVICE OF SAME (0.4); |
| | | | | | 0.10 | F | 6 | REVIEW EMAIL FROM R. MARIELLA RE: OCP ADDITIONAL ENGAGEMENT (0.1); |
| | | | | | 0.10 | F | 7 | TELEPHONE CALL WITH D. BRALOW RE: SAME (0.1); |
| | | | | | 0.10 | F | 8 | PREPARE SUPPLEMENTAL OCP LIST (0.1) |
| 05/03/10 | Kansa, K | 0.60 | 0.60 | 420.00 | 0.10 | F | 1 | MATTER NAME: Professional Retention<br>EMAIL J. LUDWIG RE: OCP CAP ISSUE (.1); |
| Mon | 30048283/142 | | | | 0.50 | F | 2 | REVIEW OFFIT KURMAN OCP APPLICATION AND EMAIL J. LUDWIG RE: SAME (.5) |
| 05/03/10 | Ludwig, J | 2.50 | 2.50 | 1,187.50 | 0.10 | F | 1 | MATTER NAME: Professional Retention<br>REVIEW AND RESPOND TO EMAIL FROM K. KANSA RE: OCP CAP ISSUE (0.1); |
| Mon | 30048283/140 | | | | 0.80 | F | 2 | REVISE OCP FEE APPLICATION OF OFFIT KURMAN (0.8); |
| | | | | | 0.20 | F | 3 | EMAILS WITH H. KURMAN AND A. BARNES RE: SAME (0.2); |
| | | | | | 0.30 | F | 4 | DRAFT LETTER TO C. BOITANO RE: OCP AFFIDAVIT (0.3); |
| | | | | | 0.10 | F | 5 | TELEPHONE CALL WITH C. BOITANO RE: SAME (0.1); |
| | | | | | 0.40 | F | 6 | REVIEW AND RESPOND TO EMAIL FROM M. BERGER RE: OCP PAYMENT ISSUE (0.4); |
| | | | | | 0.40 | F | 7 | REVIEW UNDERLYING INVOICES AND BACKGROUND MATERIALS RELATING TO SAME (0.4); |
| | | | | | 0.20 | F | 8 | DRAFT SUPPLEMENTAL OCP LIST TO INCREASE CAP (0.2) |
| 05/04/10 | Ludwig, J | 0.50 | 0.50 | 237.50 | 0.40 | F | 1 | MATTER NAME: Professional Retention<br>REVISE OCP FEE APPLICATION FOR OFFIT KURMAN (0.4); |
| Tue | 30048283/141 | | | | 0.10 | F | 2 | EMAIL TO A. BARNES AND J. OSICK RE: OCP CAP ADJUSTMENT (0.1) |
| 05/05/10 | Kansa, K | 0.20 | 0.20 | 140.00 | | F | 1 | MATTER NAME: Professional Retention<br>EMAIL D. DEUTSCH RE: SUPPLEMENTAL LAZARD APPLICATION AND EMAIL TO D. ELDERSVELD/N. LARSEN RE: SAME |
| Wed | 30048283/143 | | | | | | | |
| 05/05/10 | Ludwig, J | 0.10 | 0.10 | 47.50 | | F | 1 | MATTER NAME: Professional Retention<br>REVIEW EMAIL FROM K. KANSA CONFIRMING NO OBJECTION TO LAZARD SUPPLEMENTAL APPLICATION |
| Wed | 30048283/144 | | | | | | | |
| 05/06/10 | Ludwig, J | 0.20 | 0.20 | 95.00 | 0.10 | F | 1 | MATTER NAME: Professional Retention<br>REVIEW COC RE: LAZARD SUPPLEMENTAL APPLICATION (0.1); |
| Thu | 30048283/145 | | | | 0.10 | F | 2 | EMAIL TO K. STICKLES RE: FILING OF SAME (0.1) |
| 05/07/10 | Kansa, K | 0.20 | 0.20 | 140.00 | | F | 1 | MATTER NAME: Professional Retention<br>OFFICE CONFERENCES WITH J. LUDWIG RE: TAX SERVICES ISSUES |
| Fri | 30048283/163 | | | | | | | |

~  See the last page of exhibit for explanation

EXHIBIT N
OTHER FIRMS' RETENTION/COMPENSATION
Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 05/07/10 Fri | Ludwig, J 30048283/146 | 1.20 | 1.20 | 570.00 | 0.10 0.10 0.10 0.90 | F F F F | 1 2 3 4 | MATTER NAME: Professional Retention EMAILS WITH H. KURMAN RE: OCP FEE APPLICATION (0.1); REVISE SAME (0.1); EMAIL TO K. STICKLES RE: FILING OF OCP FEE APPLICATION (0.1); ANALYZE ORDINARY COURSE PROFESSIONAL DESIGNATION/PAYMENT ISSUE (0.9) |
| 05/11/10 Tue | Ludwig, J 30048283/147 | 0.40 | 0.40 | 190.00 | 0.10 0.30 | F F | 1 2 | MATTER NAME: Professional Retention EMAILS TO K. STICKLES AND H. KURMAN RE: FILING OF OFFIT KURMAN OCP FEE APPLICATION (0.1); EMAILS WITH M. BERGER RE: OCP RETENTION AND PAYMENT ISSUES (0.3) |
| 05/12/10 Wed | Ludwig, J 30048283/148 | 2.00 | 2.00 | 950.00 | 0.20 0.20 1.60 | F F F | 1 2 3 | MATTER NAME: Professional Retention TELEPHONE CALL WITH M. BERGER RE: MONTHLY OCP REPORT ISSUES (0.2); REVIEW EMAIL FROM M. BERGER RE: SUMMARY OF OVERAGES RELATING TO SAME (0.2); DRAFT SUPPLEMENTAL APPLICATION TO RETAIN E&Y (1.6) |
| 05/13/10 Thu | Kansa, K 30048283/154 | 0.20 | 0.20 | 140.00 | | F | 1 | MATTER NAME: Professional Retention OFFICE CONFERENCES WITH J. LUDWIG RE: E&Y SUPPLEMENTAL APPLICATION |
| 05/13/10 Thu | Ludwig, J 30048283/149 | 1.30 | 1.30 | 617.50 | 1.10 0.20 | F F | 1 2 | MATTER NAME: Professional Retention EMAILS WITH J. SPEARS AND J. WEISS RE: E&Y SUPPLEMENTAL RETENTION AND SUPPLEMENTAL DECLARATION (1.1); EMAILS TO B. LITMAN AND K. KANSA RE: SAME (0.2) |
| 05/14/10 Fri | Kansa, K 30048283/153 | 0.10 | 0.10 | 70.00 | | F | 1 | MATTER NAME: Professional Retention OFFICE CONFERENCES WITH J. LUDWIG RE: E&YAPP |
| 05/17/10 Mon | Ludwig, J 30048283/150 | 0.30 | 0.30 | 142.50 | | F | 1 | MATTER NAME: Professional Retention TELEPHONE CALLS AND EMAILS WITH K. STICKLES RE: FEE HEARING |
| 05/19/10 Wed | Ludwig, J 30048283/151 | 0.90 | 0.90 | 427.50 | | F | 1 | MATTER NAME: Professional Retention DRAFT E&Y SUPPLEMENTAL RETENTION APPLICATION |
| 05/20/10 Thu | Ludwig, J 30048283/152 | 1.40 | 1.40 | 665.00 | | F | 1 | MATTER NAME: Professional Retention DRAFT E&Y SUPPLEMENTAL RETENTION APPLICATION |
| 05/21/10 Fri | Kansa, K 30048283/155 | 0.60 | 0.60 | 420.00 | 0.50 0.10 | F F | 1 2 | MATTER NAME: Professional Retention REVIEW E&Y SUPPLEMENTAL APPLICATION AND EMAIL J. LUDWIG RE: SAME (.5); T/C J. LUDWIG RE: SAME (.1) |
| 05/21/10 Fri | Ludwig, J 30048283/156 | 0.30 | 0.30 | 142.50 | 0.10 0.10 0.10 | F F F | 1 2 3 | MATTER NAME: Professional Retention EMAIL TO J. MCMAHON AND D. DEUTSCH RE: APRIL MONTHLY OCP REPORT (0.1); REVIEW APRIL MONTHLY OCP REPORT (0.1); REVISE E&Y SUPPLEMENTAL RETENTION APPLICATION (0.1) |

~  See the last page of exhibit for explanation

EXHIBIT N

OTHER FIRMS' RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 05/24/10 Mon | Kansa, K 30048283/160 | 1.00 | 1.00 | 700.00 | 0.60 0.20 0.20 | F F F | 1 2 3 | *MATTER NAME: Professional Retention* REVIEW AND REVISE E&Y SUPPLEMENTAL APPLICATION (.6); EMAILS TO J. SPEARS AND B. LITMAN RE: SAME (.2); EMAILS TO K. STICKLES RE: FILING OF SAME (.2) |
| 05/25/10 Tue | Ludwig, J 30048283/157 | 0.30 | 0.30 | 142.50 | 0.10 0.10 0.10 | F F F | 1 2 3 | *MATTER NAME: Professional Retention* EMAIL WITH R. MARIELLA RE: ADDITIONAL OCP (0.1); DRAFT SUPPLEMENTAL LIST OF OCP (0.1); EMAILS WITH K. STICKLES AND P. RATKOWIAK RE: NOTICE AND SERVICE OF SAME (0.1) |
| 05/26/10 Wed | Kansa, K 30048283/161 | 0.30 | 0.30 | 210.00 | 0.10 0.20 | F F | 1 2 | *MATTER NAME: Professional Retention* T/C TO R. MARIELLA RE: RETENTION OF OCP (.1); EMAILS TO J. LUDWIG RE: SAME (.2) |
| 05/26/10 Wed | Ludwig, J 30048283/158 | 0.50 | 0.50 | 237.50 | 0.20 0.10 0.20 | F F F | 1 2 3 | *MATTER NAME: Professional Retention* TELEPHONE CALL WITH R. MARIELLA RE: ADDITIONAL OCP AND PAYMENT ISSUE (0.2); EMAIL TO K. KANSA RE: SAME (0.1); EMAIL TO J. MCMAHON AND D. DEUTSCH RE: SAME (0.2) |
| 05/27/10 Thu | Kansa, K 30048283/162 | 0.20 | 0.20 | 140.00 | | F | 1 | *MATTER NAME: Professional Retention* EMAIL J. LUDWIG AND R. MARIELLA RE: SUPPLEMENTAL OCP LIST AND J. MCMAHON EMAIL ON OCP RETAINER |
| 05/27/10 Thu | Ludwig, J 30048283/159 | 0.10 | 0.10 | 47.50 | | F | 1 | *MATTER NAME: Professional Retention* EMAILS WITH R. MARIELLA AND K. KANSA RE: OCP PAYMENT ISSUE |
| Total | | | 67.50 | $34,265.50 | | | | |

Number of Entries:    82

EXHIBIT N

OTHER FIRMS' RETENTION/COMPENSATION

Sidley Austin LLP

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Hauserman, B | 0.40 | 190.00 |
| Kansa, K | 14.00 | 9,800.00 |
| Kline, C | 0.70 | 297.50 |
| Ludwig, J | 49.20 | 23,370.00 |
| Summerfield, S | 3.20 | 608.00 |
| | 67.50 | $34,265.50 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Case Administration | 3.50 | 750.50 |
| Fee Applications | 0.30 | 127.50 |
| Litigated Matters | 0.40 | 170.00 |
| Professional Retention | 63.30 | 33,217.50 |
| | 67.50 | $34,265.50 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F       FINAL BILL