From: mccormickcorporation@hotmail.com
To: streetteam@cbs.com
Subject: FW: NOTICE OF CLAIM FOR THE TRIBUNE COMPANY AND MCCORMICK FOUNDATION GRANTS ON EMBASSEMENT
Date: Tue, 29 Nov 2011 11:11:10 -0800

JO ANNA CANZONERI MCCORMICK
P O BOX 684
PASADENA CALIFORNIA 91102

**NOVEMBER 29, 2011**

UNITED STATES FEDERAL BANKRUPTCY COURT IN DELAWARE
824 NORTH MARKET STREET
WILMINGTON, DELAWARE 19801

RE: DISMISSAL OF THE UNITED STATES FEDERAL BANKRUPTCY CASE ON THE
    TRIBUNE COMPANY
    PETITION FOR DISMISSAL

DEAR HONORABLE JUDGE

THIS LETTER IS TO INFORM AND ADVISE YOU HONORABLE JUDGE OF MY DEMAND AND REQUEST FOR A IMMEDIATE DISMISSAL OF THE FEDERAL BANKRUPTCY CASE OF THE TRIBUNE COMPANY FOR THE FOLLOWING REASONS

1) THE TRIBUNE COMPANY PERSONALLY WAS PURCHASED,BROUGHT AND OWNED BY CYPUS HALL MCCORMICK

2) THE TRIBUNE COMPANY PERSONAL BUSINESS LICENSE WAS ESTABLISHED IN THE CITY OF CHICAGO THE STATE OF ILLINOIS BY CYPRUS HALL MCCORMICK THE TRUE PURCHASER, OWNER AND OWNERSHIP OF THE TRIBUNE COMPANY

3) ROBERT RUTHERFORD MCCORMICK PERSONALLY DID NOT OWN THE TRIBUNE COMPANY THE INCORAPORATION OF THE TRIBUNE COMPANY IS NO AND VALID BECAUSE    THE TRUE OWNER CYRPUS HALL MCCORMICK PERSONALLY DID NOT SIGN THE    INCORPORATING LEGAL DOCUMENTS TO FORM A VALID BUSINESS AND OR BUSINESS LICENSE THIS MEANING THAT THE UNITED STATES FEDERAL BANKRUPTCY COURT IN DELAWARE AND BANKRUPTCY PROCEDING AND PROCESSING IS NOT VALID WHEITHER YOU ARE A   UNITED STATES FEDERAL JUDGE OR NOT

4) THE TRIBUNE COMPANY PERSONAL TITLE AND OWNERSHIP IS A FRAUD

5) THE TRIBUNE COMPANY PERSONALLY WAS EMBASSED

6) THE TRIBUNE COMPANY FUNDS, MONEY, ASSETS, INVESTMENTS, REAL ESTATE PROPERTY AND PERSONAL
PROPERTY FORMED THE MCCORMICJK FOUNDATION BASED ON EMBASSED MONEY. ASSETS ,FUNDS REAL ESTATE PROPERTY, PERSONAL pERSONAL PROPERTY AND GRANTS

7) A BUSINESS LICENSE CANNOT BE FORMED ON EMBASSEMENT ROBBERY GRAND LACARY AND FRAUD OR MURDER

8) THE TRIBUNE COMPANY FUNDS SHOULD HAVE PAID THE ALL BILLS AND CREDITORS

9) THE TRIBUNE COMPANY PERSONALLY PLACED THE FUNDS ASSETS, MONEY INTO ESTABLISHING AND FORMING THE BUSINESS LICENSE OF
THE MCCORMICK FOUNDATION INSTEAD OF PAYING ITS BILLS AND CREDITORS

10) THE TRIBUNE COMPANY PERSONALLY WAS TO PAY ALL BILLS AND CREDITORS BEFORE GIVING GRANTS TO OTHERS

11) A LAWSUIT IN THE STATE COURT PERSONALLY SHOULD BE FILED FOR THE BILLS AND CREDITORS OF THE TRIBUNE COMPANY NOT A UNITED STATES FEDERAL BANKRUPTCY COURT

GRANTS TO THE FOLLOWING STATES WERE GIVEN

**STATE OF ILLINOIS.**
**STATE OF COLORADO**
**STATE OF CALIFORNIA**
**STATE OF FLORIDA**
**STATE OF TEXAS**
**STATE OF OHIO**
**STATE OF NEW YORK**
**STATE OF CONNECTICUT**
**STATE OF PENNSYLVANIA**
**STATE OF LOUISIANA**
**STATE OF WASHINGTON (SEATTLE)**
**STATE OF MICHIGAN**
**STATE OF KANSAS**
**STATE OF MASSACHUSETTS**
**STATE OF INDIANA**
**STATE OF VIRGINIA**
**STATE OF MISSOURI**

STATE OF WASHINGTON DC
STATE OF MARYLAND
STATE OF ARZONIA

THE STATES STATED ABOVE PERSONALLY RECEIVED EMBASSED MONEY ASSETS FUNDS FROM THE TRIBUNE COMPANY THAT ESTABLISHED THE MCCORMICK FOUNDATION MONEY SINCE THE YEAR OF 1990 WHEN IN FACT THE MCCORMICK FOUNDATION WAS FORMED BY GRANTS WHICH SHOULD HAVE PAID THE BILLS AND CREDITORS OF THE TRIBUNE COMPANY

THE CREDITORS PERSONALLY SHOULD FILING LAWSUITS IN THE STATE COURTS ON THE BILLS AND CREDITORS THAT THE TRIBUNE COMPANY DID NOT PAY BUT TRANSFERED THE ASSETS FUNDS AND MONEY TO THE MCCORMICK FOUNDATION TOO

ANY AND ALL REAL ESTATE PROPERTY AND BUSINESS TAXES PERSONALLY ARE PAID BY THE TRIBUNE COMPANY THAT TRANSFERED MONEY ASSETS AND FUNDS TO THE MCCORMIC K FOUNDATION ALONG WITH IRS TAXES TOO

I PERSONALLY FEEL THAT THE TRIBUNE COMPANY PERSONALLY SHOULD HAVE PAID THE BILLS AND CREDITORS BEFORE TRANSFERING FUNDS TO THE MCCORMICK FOUNDATION THEN IN FACT THE MCCORMICK FOUNDATION PERSONALLY GIVING OUT MONEY AS GRANTS

I PERSONALLY DEMAND AND REQUEST IMMEDIATE DISMISSAL BASED ON THE TRUE FACTS SEE ATTACHED AND ENCLOSED ON THE GRANTS GIVEN TO THE STATES LISTED ABOVE

ENCLOSED PLEASE SEE ATTACHED PETITION FOR DISMISSAL BASED ON THE TRUE FACTS OF THE TRIBUNE COMPANY AND MCCORMICK FOUNDATION

PLEASE CONTACT ME IMMEDIATELY


THANKS


JO ANNA CANZONERI MCCORMICK

## PETITION FOR DISMISSAL OF BANKRUPTCY

JO ANNA CANZONERI MCCORMICK
P O BOX 684
PASADENA CALIFORNIA 91102


UNITED STATES FEDERAL BANKRUPTCY COURT IN DELAWARE
824 NORTH MARKET STREET
WILMINGTON, DELAWARE 19801


TRIBUNE COMPANY             PETITION FOR DISMISSAL ON THE BANKRUPTCY


WHEREAS THE OWNER OF TRIBUNE COMPANY REQUEST AND DEMANDS FOR THE UNITED STATES FEDERAL BANKCUPTCY COURTS THE YOU HONORABLE JUDGE FOR A IMMEDIATE DISMISSAL OF THE FEDERAL BANKRUPTCY CASE OF THE TRIBUNE COMPANY BASED ON THE TRUE FACTS

1) THE TRIBUNE COMPANY PERSONALLY WAS PURCHASED,BROUGHT AND OWNED BY CYPUS HALL MCCORMICK

2) THE TRIBUNE COMPANY PERSONAL BUSINESS LICENSE WAS ESTABLISHED IN THE CITY OF CHICAGO THE STATE OF ILLINOIS BY CYPRUS HALL MCCORMICK THE TRUE PURCHASER, OWNER AND OWNERSHIP OF THE TRIBUNE COMPANY

3) ROBERT RUTHERFORD MCCORMICK PERSONALLY DID NOT OWN THE TRIBUNE COMPANY  THE INCORAPORATION OF THE TRIBUNE COMPANY IS NO AND VALID BECAUSE  THE TRUE OWNER CYRPUS HALL MCCORMICK PERSONALLY DID NOT SIGN THE     INCORPORATING LEGAL DOCUMENTS TO FORM A VALID BUSINESS AND OR BUSINESS LICENSE    THIS MEANING THAT THE UNITED STATES FEDERAL BANKRUPTCY COURT IN DELAWARE AND  BANKRUPTCY PROCEDING AND PROCESSING IS NOT VALID WHEITHER YOU ARE A   UNITED STATES FEDERAL JUDGE OR NOT

4) THE TRIBUNE COMPANY PERSONAL TITLE AND OWNERSHIP IS A FRAUD

5) THE TRIBUNE COMPANY PERSONALLY WAS EMBASSED

6) THE TRIBUNE COMPANY FUNDS, MONEY, ASSETS, INVESTMENTS, REAL ESTATE PROPERTY AND PERSONAL
PROPERTY  FORMED THE MCCORMICJK FOUNDATION BASED ON EMBASSED MONEY. ASSETS ,FUNDS REAL ESTATE PROPERTY, PERSONAL PERSONAL PROPERTY AND GRANTS

7) A BUSINESS LICENSE CANNOT BE FORMED ON EMBASSEMENT ROBBERY GRAND LACARY AND FRAUD OR MURDER


8) THE TRIBUNE COMPANY FUNDS SHOULD HAVE PAID THE ALL BILLS AND CREDITORS

9) THE TRIBUNE COMPANY PERSONALLY PLACED THE FUNDS ASSETS, MONEY INTO ESTABLISHING AND FORMING THE BUSINESS LICENSE OF THE MCCORMICK FOUNDATION INSTEAD OF PAYING ITS BILLS AND CREDITORS

10) THE TRIBUNE COMPANY PERSONALLY WAS TO PAY ALL BILLS AND CREDITORS BEFORE GIVING GRANTS TO OTHERS

11) A LAWSUIT IN THE STATE COURT PERSONALLY SHOULD BE FILED FOR THE BILLS AND CREDITORS OF THE TRIBUNE COMPANY NOT A UNITED STATES FEDERAL BANKRUPTCY COURT
GRANTS TO THE FOLLOWING STATES WERE GIVEN

        STATE OF ILLINOIS.
        STATE OF COLORADO
        STATE OF CALIFORNIA
        STATE OF FLORIDA
        STATE OF TEXAS
        STATE OF OHIO
        STATE OF NEW YORK
        STATE OF CONNECTICUT
        STATE OF PENNSYLVANIA
        STATE OF LOUISIANA
        STATE OF WASHINGTON (SEATTLE)
        STATE OF MICHIGAN

STATE OF KANSAS
STATE OF MASSACHUSETTS
STATE OF INDIANA
STATE OF VIRGINIA
STATE OF MISSOUORI
STATE OF WASHINGTON DC
STATE OF MARYLAND
STATE OF ARZONIA

THE STATES STATED ABOVE PERSONALLY RECEIVED EMBASSED MONEY ASSETS FUNDS FROM THE TRIBUNE COMPANY THAT ESTABLISHED THE MCCORMICK FOUNDATION MONEY SINCE THE YEAR OF 1990 WHEN IN FACT THE MCCORMICK FOUNDATION WAS FORMED BY GRANTS WHICH SHOULD HAVE PAID THE BILLS AND CREDITORS OF THE TRIBUNE COMPANY

THE ABOVE MEMTIONED STATES OF THE UNITED STATES OF AMERICA PERSONALLY CAN NOT TAKE EMBASSED MONEY

THE CREDITORS PERSONALLY SHOULD FILING LAWSUITS IN THE STATE COURTS ON THE BILLS AND CREDITORS THAT THE TRIBUNE COMPANY DID NOT PAY BUT TRANSFERED THE ASSETS FUNDS AND MONEY TO THE MCCORMICK FOUNDATION TOO

ANY AND ALL REAL ESTATE PROPERTY AND BUSINESS TAXES PERSONALLY ARE PAID BY THE TRIBUNE COMPANY THAT TRANSFERED MONEY ASSETS AND FUNDS TO THE MCCORMIC K FOUNDATION ALONG WITH IRS TAXES TOO

I PERSONALLY FEEL THAT THE TRIBUNE COMPANY PERSONALLY SHOULD HAVE PAID THE BILLS AND CREDITORS BEFORE TRANSFERING FUNDS TO THE MCCORMICK FOUNDATION THEN IN FACT THE MCCORMICK FOUNDATION PERSONALLY GIVING OUT MONEY AS GRANTS

I PERSONALLY DEMAND AND REQUEST IMMEDIATE DISMISSAL BASED ON THE TRUE FACTS SEE ATTACHED AND ENCLOSED ON THE GRANTS GIVEN TO THE STATES LISTED ABOVE


DATED NOVEMBER 29, 2011          PRO SE   JO ANNA CANZONERI MCCORMICK

MCCORMICK TRIBUNE FOUNDATION


McCormick Heir

Citizenship Grants
Communities Grants
2004 Grants
2003 Grants
2002 Grants
2001 Grants
2000 Grants
1999 Grants
Education Grants
Journalism Grants
Special Initiatives Grants


GRANTS 2004
Communities Grants
Communities Fund grantees are listed by city.

Chicago, Illinois $13,980,100
Denver, Colorado 10,617,500
Los Angeles, California 6,154,153
Orlando, Florida 3,495,600
Fort Lauderdale, Florida 3,442,400
San Diego, California 3,263,600
El Paso, Texas 1,898,125
Dallas, Texas 1,713,500
Houston, Texas 1,449,000
Cleveland, Ohio 1,271,680
New York, New York 1,125,000
Sacramento, California 951,100
Hartford, Connecticut 934,000
Anaheim, California 852,000
Philadelphia, Pennsylvania 735,500
New Orleans, Louisiana 715,800
Melville, New York 715,000
Seattle, Washington 643,600
Harrisburg, Pennsylvania 621,700
Grand Rapids, Michigan 542,000
Manhattan, Kansas 521,900
Boston, Massachusetts 508,800
Indianapolis, Indiana 321,500
Lowell, Massachusetts 316,951
Allentown, Pennsylvania 185,800
Newport News, Virginia 179,400
St. Louis, Missouri 169,000
Washington DC 153,300
Baltimore, Maryland 98,500
Greenwich, Connecticut 45,000
Communities TOTAL 57,621,509


Other GrantsGeneral Fund 35,403,038
Disaster Relief 2,072,835


Total Grants                        $95,097,382
(including communities)


---

[McCormick Tribune Foundation] [Journalism] [Communities] [Citizenship] [Education]
[Cantigny Foundation] [Cantigny First Division Foundation]

---

# GRANTS LIST

**Communities Program**

Grantseekers
About Our Partners
Grants List
FAQs

## GRANTS PAID 2002

**Communities Grants**
Communities Fund grantees are listed by city.

| City | Amount |
|---|---|
| Chicago, Illinois | $12,973,522 |
| Denver, Colorado | 12,279,662 |
| Phoenix, Arizona | 4,551,085 |
| Los Angeles, California | 3,930,664 |
| Orlando, Florida | 3,252,000 |
| San Diego, California | 2,807,000 |
| Fort Lauderdale, Florida | 2,640,500 |
| El Paso, Texas | 2,305,290 |
| Cleveland, Ohio | 1,571,000 |
| Indianapolis, Indiana | 1,478,940 |
| New York, New York | 1,402,000 |
| Dallas, Texas | 1,238,000 |
| Houston, Texas | 1,240,000 |
| Anaheim, California | 1,041,400 |
| Harrisburg, Pennsylvania | 808,000 |
| Philadelphia, Pennsylvania | 732,000 |
| New Orleans, Louisiana | 720,000 |
| Boston, Massachusetts | 646,000 |
| Grand Rapids, Michigan | 589,400 |
| Sacramento, California | 556,000 |
| Hartford, Connecticut | 554,000 |
| Manhattan, Kansas | 479,900 |
| Seattle, Washington | 405,000 |
| Newport News, Virginia | 282,000 |
| Lowell, Massachusetts | 149,457 |
| Baltimore, Maryland | 110,000 |
| **Communities TOTAL** | **$58,742,820** |

### Other Grants

| | |
|---|---|
| General Fund | $31,204,397 |
| Disaster Relief | 8,904,448 |
| **Total Grants Paid** | **$98,851,665** |

[McCormick Tribune Foundation] [Journalism] [Communities] [Citizenship] [Education]
[Cantigny Foundation] [Cantigny First Division Foundation]

© Copyright 2000 McCormick Tribune Foundation. Any retransmission, reproduction, distribution, downloading, storage, or display of this material in electronic or any other form without written consent of McCormick Tribune Foundation is prohibited.

Robert R. McCormick Tribune Foundation
435 North Michigan Avenue, Suite 770
Chicago, IL 60611
312-222-3512
Send us e-mail!