**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| TRIBUNE COMPANY, *et al.*, | ) Case No. 08-13141 (KJC) ) |
| Debtors. | ) Jointly Administered ) |

**SCHEDULING ORDER**

IT IS HEREBY ORDERED THAT the hearing on all Allocation Disputes shall take place as part of the hearing on confirmation of the Third Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JP Morgan Chase Bank, N.A. (the "Plan"). The confirmation schedule will be set at a later date. Briefing on the subordination issues will occur on the same schedule set for the filing of confirmation objections. Any evidence to be presented on the subordination issues will be presented during the confirmation hearing. Determinations about the timing and extent of discovery will be deferred until such time as the Court decides how it intends to rule on the pending motions to reconsider.

**SO ORDERED:**

Date: _____, 2011

_____
HONORABLE KEVIN J. CAREY
United States Bankruptcy Judge