IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case Nos. 08-13141 (KJC), *et seq.*<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 6, 2011, I caused copies of the foregoing Response Of TM Retirees To Motions For Reconsideration Of Portions Of The October 31, 2011 Opinion On Confirmation to be served via electronic mail upon the parties listed on the attached matrix.

Dated: December 6, 2011　　　　　　　　　/s/ **Adam Hiller**
　　　　Wilmington, Delaware　　　　　　Adam Hiller (DE No. 4105)
　　　　　　　　　　　　　　　　　　　　Hiller & Arban, LLC
　　　　　　　　　　　　　　　　　　　　1500 North French Street, 2nd Floor
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　(302) 442-7676 telephone
　　　　　　　　　　　　　　　　　　　　ahiller@hillerarban.com