Plan Benefits Security Division
Elizabeth Goldberg, Esq.
Leonard H. Gerson, Esq.
Christine Heri, Esq.
Michael Schloss, Esq.
**United States Department of Labor**
P.O. Box 1914
Washington, D.C. 20013

Goldberg.elizabeth@dol.gov
Gerson.leonard@dol.gov
Heri.christine@dol.gov
Schloss.michael@dol.gov


Jared A. Ellias, Esq.
Gordon Z. Novod, Esq.
Kate Bromberg, Esq.
Martin Siegel, Esq.
**Brown Rudnick**
Seven Times Square
New York, NY  10036

jellias@brownrudnick.com
gnovod@brownrudnick.com
kbromberg@brownrudnick.com
msiegel@brownrudnick.com


Graeme W. Bush, Esq.
James Sottile, Esq.
Andrew N. Goldfarb, Esq.
**Zuckerman Spaeder  LLP**
1800 M Street, NW, Suite 1000
Washington, D.C. 20036

gbush@zuckerman.com
jsottile@zuckerman.com
agoldfarb@zuckerman.com


Andrew W. Hammond, Esq.
Brian E. Fritz, Esq.
David Hille, Esq.
**White & Case LLP**
1155 Avenue of the Americas
New York, NY  10036

ahammond@whitecase.com
bfritz@whitecase.com
dhille@whitecase.com

{698.001-W0012309.}

Andrew N. Goldman, Esq.
Charles C. Platt, Esq.
Dawn M. Wilson, Esq.
**Wilmer Hale, Esq.**
399 Park Avenue
New York, NY  10022

Andrew.goldman@wilmerhale.com
Charles.platt@wilmerhale.com
Dawn.wilson@wilmerhale.com

Abid Qureshi, Esq.
Daniel H. Golden, Esq.
Deborah Newman, Esq.
David Zensky, Esq.
Jason Goldsmith, Esq.
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036

aqureshi@akingump.com
dgolden@akingump.com
djnewman@akingump.com
dzensky@akingump.com
jgoldsmith@akingump.com

Mitchell Hurley, Esq.
Nancy Chung, Esq.
Sunny Gulati, Esq.
Christine Doniak, Esq.
Brian Carney, Esq.
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036

mhurley@akingump.com
nchung@akingump.com
sgulati@akingump.com
cdoniak@akingump.com
bcarney@akin.gump.com

Bryan Krakauer, Esq.
Colleen M. Kenney, Esq.
James F. Conlan, Esq.
James W. Ducayet, Esq.
Jen Peltz, Esq.
Dale E. Thomas, Esq.
Patrick Wackerly, Esq.
**Sidley Austin LLP**
One South Dearborn
Chicago, IL  60603

Bkrakauer@sidley.com
Ckenney@sidley.com
jconlan@sidley.com
jducayet@sidley.com
jpeltz@sidley.com
dthomas@sidley.com
pwackerly@sidley.com

Daniel L. Cantor, Esq.  
Daniel Shamah, Esq.  
**O'Melveny & Myers LLP**  
Times Square Tower  
7 Times Square  
New York, NY 10036  

dcantor@omm.com  
dshamah@omm.com  

Howard J. Kaplan, Esq.  
Johnny Yeh, Esq.  
**Arkin Kaplan Rice LLP**  
590 Madison Avenue, 35th Floor  
New York, NY 10022  

hkaplan@arkin-law.com  
jyeh@arkin-law.com  

Katharine L. Mayer, Esq.  
**McCarter & English, LLP**  
Renaissance Centre  
405 N. Market Street, 8th Floor  
Wilmington, DE 19801  

kmayer@mccarter.com  

Kevin T. Lantry, Esq.  
**Sidley Austin LLP**  
555 West Fifth Street  
Los Angeles, CA 90013  

klantry@sidley.com

| | |
|---|---|
| Laurie Silverstein, Esq.<br>R. Stephen McNeill, Esq.<br>**Potter Anderson & Corroon LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE  19801 | lsilverstein@potteranderson.com<br>rmcneill@potteranderson.com |
| David Rosner, Esq.<br>Sheron Korpus, Esq.<br>Christine A. Montenegro<br>Matthew B. Stein, Esq.<br>**Kasowitz, Benson, Torres & Friedman LLP**<br>1633 Broadway<br>New York, NY 10019 | drosner@kasowitz.com<br>skorpus@kasowitz.com<br>cmontenegro@kasowitz.com<br>mstein@kasowitz.com |
| James O. Johnston, Esq.<br>Joshua Mester, Esq.<br>**Dewey LeBoeuf LLP**<br>333 South Grand Avenue, Suite 2600<br>Los Angeles, CA  90071 | jjohnston@dl.com<br>jmester@dl.com |
| Alitia Faccone, Esq.<br>Joseph T. Boccassini, Esq.<br>**McCarter & English**<br>100 Mulberry Street<br>Newark, NJ  07102 | afaccone@mccarter.com<br>jboccassini@mccarter.com |

{698.001-W0012309.}

Andrew Gordon, Esq.
David W. Brown, Esq.
Elizabeth McColm, Esq.
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas
New York, NY 10019-6064

agordon@paulweiss.com
dbrown@paulweiss.com
emccolm@paulweiss.com

Andrew J. Puglia Levy, Esq.
**Paul, Weiss, Rifkind, Wharton & Garrison**
2001 K Street, NW
Washington, DC  20006

alevy@paulweiss.com

Brad B. Erens, Esq.
David A. Hall, Esq.
**Jones Day**
77 West Wacker
Chicago, IL  60601

bberens@jonesday.com
dahall@jonesday.com

Steven M. Bierman, Esq
**Sidley Austin LLP**
787 Seventh Avenue
New York, NY  10019

sbierman@sidley.com

{698.001-W0012309.}

David Adler, Esq.
**McCarter & English**
245 Park Avenue, 27th Floor
New York, NY  10167

dadler@mccarter.com

Evan D. Flaschen, Esq.
**Bracewell & Giuliani LLP**
25 Asylum Street, Suite 2600
Hartford, CT 06103

Evan.flaschen@bgllp.com

Joseph M. Drayton, Esq.
Jonathan Agudelo, Esq.
Jane Parver, Esq.
Madlyn Primoff, Esq.
**Kaye Scholer LLP**
425 Park Avenue
New York, NY  10022

jdrayton@kayescholer.com
jonathan.agudelo@kayescholer.com
jparver@kayescholer.com
mprimoff@kayescholer.com

J. Kate Stickles, Esq.
**Cole, Schotz, Meisel, Forman & Leonard, P.A.**
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

kstickles@coleschotz.com

{698.001-W0012309.}

Lynn DiPaola Marvin, Esq.
**Jones Day**
222 East 41st Street
New York, NY 10017

lmarvin@jonesday.com

John Henry Schanne, II, Esq.
David Stratton, Esq.
**Pepper Hamilton LLP**
1313 Market St.
P.O. Box 1709
Wilmington, DE 19899

schannej@pepperlaw.com
strattond@pepperlaw.com

Damian Schaible, Esq.
Elliott Moskowitz, Esq.
Michael Russano, Esq.
Dennis Glazer, Esq.
Donald Bernstein, Esq.
Karen Luftglass, Esq.
**Davis Polk & Wardwell LLP**
450 Lexington Avenue
New York, NY 10017

Damian.schaible@dpw.com
Elliott.moskowitz@davispolk.com
Michael.russano@davispolk.com
dglazer@davispolk.com
Donald.bernstein@davispolk.com
Karen.luftglass@davispolk.com

Charles Jackson, Esq.
Theodore M. Becker, Esq.
Deborah S. Davidson, Esq.
**Morgan Lewis & Bockius LLP**
77 West Wacker Dr.
Chicago, IL 60601-5094

Charles.jackson@morganlewis.com
tbecker@morganlewis.com
ddavidson@morganlewis.com

{698.001-W0012309.}

Menachem Zelmanovitz, Esq.
**Morgan, Lewis & Bockius LLP**
101 Park Avenue
New York, NY 10178

mzelmanovitz@morganlewis.com

David M. Miles, Esq.
Ronald Flagg, Esq.
James F. Bendernagel, Jr.
**Sidley Austin LLP**
1501 K Street, N.W.
Washington, DC  20005

dmiles@sidley.com
rflagg@sidley.com
jbendern@sidley.com

A. Brent Truitt, Esq.
**, Bennett & Dorman LLP**
245 Park Ave., 39th Floor
New York, NY

truittb@hbdlawyers.com

Rachel Jaffe Mauceri, Esq.
**Morgan Lewis**
1701 Market Street
Philadelphia, PA 19103

rmauceri@morganlewis.com

{698.001-W0012309.}