## CERTIFICATE OF SERVICE

I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 6th day of December, 2011, I caused copies of the within *Wilmington Trust Company's Preliminary Objection to Motion of Debtors for Order (I) Approving Supplemental Disclosure Statement; (II) Establishing Scope, Forms, Procedures, and Deadlines for Resolicitation and Tabulation of Votes to Accept or Reject DCL Plan from Certain Classes; (III) Authorizing Tabulation of Prior Votes and Elections on DCL Plan Made by Holders of Claims in Non-Resolicited Classes; (IV) Scheduling the Confirmation Hearing and Establishing Notice and Objection Procedures in Respect Thereof; and (V) Granting Related Relief* to be served upon the parties listed on the attached service list via U.S. Mail, First Class, postage pre-paid.

James F. Conlan, Esq.  
Kevin T. Lantry, Esq.  
Kenneth P. Kansa, Esq.  
Jillian K. Ludwig, Esq.  
Sidley Austin LLP  
One South Dearborn Street  
Chicago, IL  60603

Norman L. Pernick, Esq.  
J. Kate Stickles, Esq.  
Cole, Schotz, Meisel, Forman & Leonard, P.A.  
500 Delaware Avenue, Suite 1410  
Wilmington, DE  19801

December 6, 2011  
Date

*/s/ William D. Sullivan*  
William D. Sullivan