## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 6th day of December, 2011, I caused copies of the within *Wilmington Trust Company's Omnibus Objection to Motions for Reconsideration of this Court's Decision on PHONES Subordination and the Proceeds of the Litigation Trust Under DCL Plan* to be served upon the parties listed on the attached service list via U.S. Mail, First Class, postage pre-paid.

William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Leigh-Anne M. Raport, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
P.O. Box 19899

Garvin F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE  19801

Christopher D. Loizides, Esq.
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801

James J Freebery, IV, Esq.
McCarter & English LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801

Daniel H. Golden, Esq.
David M. Zensky, Esq.
Philip C. Dublin, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036

Adam C. Harris, Esq.
Karen S. Park, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY  10022

Isaac M. Pachulski, Esq.
Stutman Treister & Glatt
1901 Avenue of the Stars, #1200
Los Angeles, CA  90067

David J. Adler, Esq.
245 Park Avenue, 27th Floor
New York, NY  10167

David S. Rosner, Esq.
Sheron Korpus, Esq.
Christine A. Montegergro, Esq.
Matthew B. Stein, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019

December 6, 2011                                                                        */s/ William D. Sullivan*
Date                                                                                              William D. Sullivan