# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------- x
:
In Re:                             :
                                   : Chapter 11
                                   :
TRIBUNE COMPANY, et al.,           : Case No. 08-13141 (KJC)
                                   :
                                   : Jointly Administered
              Debtors.             :
                                   : **Re: Docket No. 10363**
                                   :
                                   :
---------------------------------- x

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that on December 6, 2011, the DCL Plan Proponents, by and through their undersigned counsel, filed the **Objection of the Debtor/Committee/Lender Plan Proponents to the Motion of the Noteholder Plan Proponents for Reconsideration and Clarification of the Court's October 31, 2011 Opinion** [Docket No. 10363] (the "Objection") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that an incorrect reply deadline was listed in the caption of the Objection.

PLEASE TAKE FURTHER NOTICE that the Objection is hereby withdrawn without prejudice.

RLF1 5658547v. 1

Dated: December 6, 2011
      Wilmington, Delaware

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
Jessica C.K. Boelter
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

    -and-

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

    */s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

*Counsel for Debtors and Debtors in Possession and Certain Non-Debtor Affiliates*

CHADBOURNE & PARKE LLP
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, New York 10112
Telecopier: (212) 541-5369

    -and-

LANDIS RATH & COBB LLP

    */s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telecopier: (302) 467-4450

    -and-

ZUCKERMAN SPAEDER LLP
Graeme W. Bush
James Sottile
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Telecopier: (202) 822-8106

*Counsel for the Official Committee of Unsecured Creditors*

DEWEY & LEBOEUF LLP
Bruce Bennett
James O. Johnston
Joshua M. Mester
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telecopier: (213) 621-6100

      -and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Robert S. Brady
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
The Brandywine Building – 17th Floor
1000 West Street, Post Office Box 391
Wilmington, Delaware 19899-0391
Telecopier: (302) 571-1253

*Counsel For Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P.*

WILMER CUTLER PICKERING HALE & DORR LLP
Andrew Goldman
399 Park Avenue
New York, New York 10022
Telecopier: (212) 230-8888

*Co-Counsel For Angelo, Gordon & Co., L.P.*

DAVIS POLK & WARDWELL LLP
Donald S. Bernstein
Benjamin S. Kaminetzky
Damian S. Schaible
Elliot Moskowitz
450 Lexington Avenue
New York, New York 10017
Telecopier: (212) 701-5800

      -and-

RICHARDS, LAYTON & FINGER, P.A.

Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Drew G. Sloan (No. 5069)
One Rodney Square
920 North King Street
Wilmington, Delaware 19899
Telecopier: (302) 651-7701

*Counsel For JPMorgan Chase Bank, N.A.*

3

RLF1 5658547v. 1