**CERTIFICATE OF SERVICE**

I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 6th day of December, 2011, I caused copies of the within *Wilmington Trust Company's Statement Concerning the Timing of Consideration of the Debtors' Request to Commence Solicitation of the Third Amended Plan of Reorganization and the Debtors' Proposal Concerning the Resolution of the Allocation Disputes, as Defined Therein* to be served upon the parties listed on the attached service list via U.S. Mail, First Class, postage pre-paid.

| | |
|---|---|
| James F. Conlan, Esq. | Norman L. Pernick, Esq. |
| Kevin T. Lantry, Esq. | J. Kate Stickles, Esq. |
| Kenneth P. Kansa, Esq. | Cole, Schotz, Meisel, Forman & Leonard, P.A. |
| Jillian K. Ludwig, Esq. | 500 Delaware Avenue, Suite 1410 |
| Sidley Austin LLP | Wilmington, DE  19801 |
| One South Dearborn Street | |
| Chicago, IL  60603 | |

December 6, 2011                           */s/ William D. Sullivan*
Date                                                    William D. Sullivan