**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | ) |
| | ) Case No. 08-13141 (KJC) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Re:  Docket No. 10364, 10365 & |
| | ) 10368 |

## CERTIFICATE OF SERVICE

I, David W. Carickhoff, hereby certify that on December 6, 2011, I caused a copy of the following documents to be served on the parties listed on the attached service list in the manner indicated.

- **EGI-TRB LLC's Statement of Position on Scheduling of the Allocation Dispute** (Dkt. No. 10364)

- **EGI-TRB LLC's Objection To (1) Motion Of Aurelius Capital Management, LP For Reconsideration Of The Courts October 31, 2011 Decision As It Pertains To The Application Of Phones Notes Subordination; (2) Joint Motion Of Law Debenture Trust Company Of New York And Deutsche Bank Trust Company Amercias Requesting Reconsideration Of The Courts Confirmation Opinion With Respect To The Subordination Of The Phones; And (3) Joinders By Brigade Capital Management, LLC, Davidson Kempner Capital Management LLC, And Deutsche Bank Trust Company Americas** (Dkt. No. 10365)

- **EGI-TRB LLC's Objection to Motion of the Noteholder Plan Proponents for Reconsideration and Clarification of the Court's October 31, 2011 Decision** (Dkt. No. 10368)

Dated: December 6, 2011         **BLANK ROME LLP**

By:  /s/ *David W. Carickhoff*
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400

and

**JENNER & BLOCK LLP**
David J. Bradford (admitted *pro hac vice)*
Catherine L. Steege (admitted *pro hac vice*)
Andrew W. Vail (admitted *pro hac vice)*
353 North Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350

*Counsel for EGI-TRB, LLC*

**Service List**

**Via Hand Delivery**
Norman L. Pernick, Esq.
Cole Schotz Meisel Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(Counsel to the Debtors)

David M. Klauder, Esq.
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Adam G. Landis, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to the OCUC)

William P. Bowden
Amanda M. Winfree
Ashby & Geddes, P.A.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(Counsel for Aurelius Capital Management, LP)

Mark D. Collins
Robert J. Stearn, Jr.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(Counsel to JP Morgan Chase Bank, N.A.)

Robert S. Brady
M. Blake Cleary
Young Conaway Stargatt & Taylor LLP
The Brandywine Building – 17th Floor
1000 West St., P.O. Box 391
Wilmington, DE 19899
(Counsel for Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P.)

**Via First Class Mail**
James F. Conlan
Jessica C. K. Boelter
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(Counsel to the Debtors)

Douglas A. Deutsch
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to the OCUC)

Daniel H. Golden
Philip C. Dublin
David Zensky
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for Aurelius Capital Management, LP)

Graeme Bush
James Sottile
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
(Special Counsel to the OCUC)

Donald S. Bernstein
Damian S. Schaible
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to JP Morgan Chase Bank, N.A.)

Bruce Bennett
James O. Johnston
Dewey & LeBoeuf LLP
333 South Grand Avenue
Suite 2600
Los Angeles, CA 90071-1530
(Counsel for Oaktree Capital Management,
L.P. and Angelo, Gordon & Co., L.P.)