## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 6th day of December 2011, I caused a true and correct copy of the **Certain Current and Former Directors and Officers' Objections to Noteholder Plan Proponents' Motion for Reconsideration and Clarification of the Court's October 31, 2011 Decision** to be served as indicated upon the following counsel.

**BY HAND DELIVERY**

William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
Wilmington, DE 19801

Katharine L. Mayer, Esq.
McCarter & English, LLP
Renaissance Center
405 N. King Street
Wilmington, DE 19801

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

William D. Sullivan, Esq.
Elihu E. Allinson, III, Esq.
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

**BY TELEFAX AND FIRST CLASS U.S. MAIL**

David J. Adler, Esq.
McCarter & English, LLP
245 Park Avenue
New York, NY 10167

Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Gordon Z. Novod, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

David S. Rosner, Esq.
Richard F. Casher, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Daniel H. Golden, Esq.
Philip C. Dublin, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

_____
Marc J. Phillips (#4445)

#4572270