# **<u>EXHIBIT A</u>**

# JONES DAY

Plan of Reorganization Matters | Page 1

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/19/11 | D G HEIMAN | Conference with Shapiro regarding PC's to lenders. | 0.50 | 487.50 |
| 10/20/11 | B B ERENS | Telephone call with Heiman regarding upcoming court hearing regarding confirmation (.50); review background material in preparation for decision regarding same (1.30). | 1.80 | 1,440.00 |
| 10/20/11 | D G HEIMAN | Conference with Erens regarding confirmation issues. | 0.50 | 487.50 |
| 10/21/11 | B B ERENS | Review plan materials for upcoming court decision on confirmation. | 2.60 | 2,080.00 |
| 10/22/11 | B B ERENS | Review plan materials for Hoffmann regarding upcoming decision on confirmation. | 0.50 | 400.00 |
| 10/23/11 | B B ERENS | Finalize review of plan documentation regarding upcoming court decision on confirmation. | 1.50 | 1,200.00 |
| 10/24/11 | B B ERENS | Telephone call with Hoffmann regarding preparation for court confirmation opinion (.20); telephone call with Heiman regarding same (.20). | 0.40 | 320.00 |
| 10/28/11 | B B ERENS | E-mails and telephone conference with Heiman regarding upcoming confirmation opinion. | 0.30 | 240.00 |
| 10/28/11 | D G HEIMAN | Conferences with Shapiro and Erens regarding preparation for confirmation. | 0.50 | 487.50 |
| 10/31/11 | B B ERENS | Review confirmation opinion (.80); e-mails to Heiman and team regarding same (.70). | 1.50 | 1,200.00 |
| 10/31/11 | T HOFFMANN | Review and analyze decision denying confirmation of competing plans. | 1.00 | 575.00 |
| **TOTAL** | | | **11.10** USD | **8,917.50** |

# JONES DAY

Employee Issues                                                                                                    Page 1

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 10/02/11 | D G HEIMAN | 0.50 | 487.50 |

Review memorandum and analysis on employee litigation issues.

| 10/03/11 | B B ERENS | 0.50 | 400.00 |

Telephone calls with Kitslaar regarding employee litigation issues (.30); telephone call with Heiman regarding same (.20).

| 10/03/11 | D G HEIMAN | 0.50 | 487.50 |

Conference with Erens regarding employee litigation issues (.20); review memorandum regarding same (.30).

| 10/03/11 | E C KITSLAAR | 3.30 | 2,475.00 |

Review Delaware law memorandum and revise (1.20); e-mails to and from Erens and Holland regarding same (.20); review and revise memorandum to special committee (1.60); telephone conference with Erens regarding employee litigation issues (.30).

| 10/04/11 | B B ERENS | 2.50 | 2,000.00 |

Telephone calls with Heiman regarding memorandum on employee litigation issues (.50); conference calls with Heiman and Kitslaar regarding revisions regarding same (.50); telephone call with Lantry regarding legal and factual issues regarding same (.80); separate follow up calls with Kitslaar regarding Sidley discussion (.40); review memorandum changes from Kitslaar regarding same (.30).

| 10/04/11 | D G HEIMAN | 1.50 | 1,462.50 |

Review memorandum regarding employee litigation issues (.40); conferences with Kitslaar and Erens regarding same (.60); review Shapiro/Hartenstein e-mails regarding MIP (.50).

| 10/04/11 | E C KITSLAAR | 2.80 | 2,100.00 |

E-mails to and from Erens (.20); telephone conferences with Erens and Heiman regarding employee litigation issues memorandum (.90); review indemnity authorizations and resolutions (1.70).

| 10/05/11 | B B ERENS | 0.20 | 160.00 |

Voice mails to and from Heiman and Kitslaar regarding revisions to employee litigation issues memorandum.

| 10/05/11 | D G HEIMAN | 0.50 | 487.50 |

Conference with Erens regarding employee litigation issues (.20); review memorandum regarding same (.30).

| 10/06/11 | B B ERENS | 1.50 | 1,200.00 |

Revise employee litigation issues memorandum based on fact updates.

| 10/07/11 | D G HEIMAN | 0.50 | 487.50 |

Review revised memorandum on employee litigation issues.

| 10/10/11 | B B ERENS | 0.40 | 320.00 |

Telephone calls with Lantry regarding employee litigation issues (.20); e-mails with Kitslaar regarding memorandum regarding same (.20).

| 10/10/11 | E C KITSLAAR | 0.80 | 600.00 |

E-mails to and from Erens regarding memorandum (.20); review revised memorandum (.60).

| 10/12/11 | B B ERENS | 2.20 | 1,760.00 |

Voice mails to and from Kitslaar regarding finalization of employee litigation issues memorandum (.20); telephone calls with Heiman regarding same (.20); telephone call with Lantry regarding issues regarding same (.30); review and revise regarding same (.70); review and revise draft resolution (.60); e-mails to Shapiro regarding same (.20).

| 10/12/11 | P G HOLLAND | 2.00 | 700.00 |

Draft employee related resolutions (1.80); communicate with Kitslaar regarding same (.20).

| 10/12/11 | E C KITSLAAR | 2.30 | 1,725.00 |

Review and revise special committee memorandum (1.30); e-mails to and from Erens and Holland regarding same (.20); review and revise employee related resolutions (.80).

# JONES DAY

Employee Issues                                                                                                         Page 2

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 10/13/11 | B B ERENS | 3.20 | 2,560.00 |

E-mails to Shapiro regarding special committee meeting on employee litigation issues (.30); prepare for conference call regarding same (.70); review and revise undertaking (.30); finalize memorandum regarding same (.30); telephone calls with Holland regarding resolution draft (.50); revise regarding same (.20); telephone call with Lantry regarding updated facts regarding litigation (.30); e-mails to Shapiro regarding same (.20); telephone call with Heiman regarding preparation for committee conference call (.20); e-mails to Kitslaar regarding resolution regarding same (.20).

| 10/13/11 | D G HEIMAN | 0.50 | 487.50 |

Conferences with Erens regarding committee conference call (.20); participate in conference call regarding employee litigation issues (.30).

| 10/13/11 | P G HOLLAND | 2.00 | 700.00 |

Edit employee litigation issues resolutions (1.00); meeting with team regarding same (.50); communicate with Erens regarding resolutions (.50).

| 10/14/11 | B B ERENS | 0.50 | 400.00 |

Distribute memorandum and e-mail to special committee regarding upcoming call on employee litigation issues (.30); telephone calls with Heiman regarding same (.20).

| 10/17/11 | B B ERENS | 3.50 | 2,800.00 |

Telephone call with Kitslaar regarding preparation for special committee call (.20); prepare for call regarding same (.70); call with special committee (.50); draft minutes regarding same (.60); voice mails to Lantry regarding same (.20); telephone calls with Lantry regarding same (.40); e-mail to Sherman regarding same (.20); follow up with Heiman regarding same (.20); check company charter and related documents in preparation for call regarding same (.50).

| 10/17/11 | D G HEIMAN | 1.50 | 1,462.50 |

Conference with Shapiro regarding employee litigation issues (.60); attend special committee call (.50); follow-up conferences with Shapiro (.20) and Erens (.20).

| 10/17/11 | E C KITSLAAR | 1.20 | 900.00 |

Prepare for special committee call (.50); telephone conference with Erens (.20); participate in special committee call (.50).

| 10/18/11 | B B ERENS | 1.00 | 800.00 |

Telephone call with Heiman regarding next steps regarding employee litigation issues (.30); e-mail to special committee regarding same (.30); finalize documents regarding same (.40).

| 10/18/11 | D G HEIMAN | 4.50 | 4,387.50 |

Conference with Erens regarding employee litigation issues (.30); conference with Johnson regarding same and plan of reorganization (1.90); conferences with Shapiro and Scabble regarding same (2.30).

| 10/18/11 | E C KITSLAAR | 1.00 | 750.00 |

Review and revise minutes (.70); e-mails to and from Tribune regarding same (.30).

| 10/19/11 | B B ERENS | 0.40 | 320.00 |

Telephone call with Lantry regarding next steps regarding employee litigation issues (.20); e-mails to team regarding same (.20).

| 10/20/11 | B B ERENS | 0.20 | 160.00 |

Finalize discussion with Lantry regarding employee litigation issues.

| **TOTAL** | | **41.50** | **USD 32,580.00** |

# JONES DAY

Fee Applications/Retention Preparation                                                              Page 1

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 10/02/11 | J M TILLER | 0.30 | 150.00 |

Communicate with Erens regarding 12th fee application (.10); review documents regarding same (.20).

| 10/03/11 | T HOFFMANN | 0.80 | 460.00 |

Finalize response to fee examiner letter.

| 10/03/11 | J M TILLER | 0.50 | 250.00 |

Review Erens' comments regarding 12th fee application.

| 10/06/11 | J M TILLER | 0.20 | 100.00 |

Communicate with Denton regarding 12th fee application.

| 10/07/11 | AK DENTON | 1.70 | 425.00 |

Communicate with Soffer (financial services) regarding Erens' edits to August bill (.10); review and revise September bill (1.00); review August bill edits (.10); review and revise August fee application (.20); draft exhibits A, B and C to August fee application (.20); transmit same to Erens and Tiller (.10).

| 10/10/11 | AK DENTON | 0.40 | 100.00 |

Review and revise August bill and fee application (.30); communicate with Soffer (financial services) regarding same (.10).

| 10/10/11 | B B ERENS | 0.30 | 240.00 |

Review special committee fee application.

| 10/11/11 | AK DENTON | 1.70 | 425.00 |

Communicate with Erens regarding August fee application (.10); transmit fee application and exhibits to Ratkowiak (Cole Schotz) for e-filing (.20); communicate with Ratkowiak regarding same (.10); draft, review and revise exhibits for interim fee application (1.30).

| 10/12/11 | AK DENTON | 1.10 | 275.00 |

Review and revise fourth interim fee application (.40); communicate with Erens regarding same (.30); communicate with Tiller regarding same (.20); transmit filed August 2011 fee application to client and fee auditor (.20).

| 10/12/11 | B B ERENS | 0.30 | 240.00 |

Telephone calls and e-mails to Denton regarding special committee fee application.

| 10/12/11 | J M TILLER | 3.00 | 1,500.00 |

Review and revise fourth interim fee application (2.00); communicate with Denton regarding same (.20); review documents, including previous fee applications in the covered period, regarding same (.80).

| 10/13/11 | AK DENTON | 0.20 | 50.00 |

Communicate with Tiller regarding fourth interim fee application (.10); communicate with Erens regarding same (.10).

| 10/13/11 | B B ERENS | 0.30 | 240.00 |

Finalize special committee interim fee application.

| 10/14/11 | AK DENTON | 0.40 | 100.00 |

Review and revise fourth interim fee application (.30); communicate with Ratkowiak (Cole Schotz) regarding same (.10).

| 10/18/11 | AK DENTON | 1.90 | 475.00 |

Review and revise September 2011 bill (.80); draft, review and revise fee application (.90); communicate with Erens regarding summary descriptions for same (.10); communicate with Tiller regarding same (.10).

| 10/18/11 | B B ERENS | 0.30 | 240.00 |

Review September fee application regarding special committee (.10); communicate with Tiller regarding same (.10); communicate with Denton regarding same (.10).

| 10/18/11 | J M TILLER | 0.70 | 350.00 |

Communicate with Erens and Denton regarding 13th special committee fee application (.20); review 13th fee application (.50).

| 10/19/11 | AK DENTON | 0.40 | 100.00 |

Review and revise September 2011 bill (.20); communicate with Soffer (financial services) regarding same (.10); communicate with Erens regarding same (.10).

# JONES DAY

| Fee Applications/Retention Preparation | | | Page 2 |
|---|---|---|---|
| 10/19/11 | B B ERENS | 0.60 | 480.00 |
| | Revise and finalize fee application for special committee (.50); communicate with Denton regarding same (.10). | | |
| 10/20/11 | AK DENTON | 0.40 | 100.00 |
| | Communicate with Tiller regarding bill edits (.20); communicate with Soffer (financial services) regarding bill (.10); communicate with Erens regarding same (.10). | | |
| 10/20/11 | B B ERENS | 0.20 | 160.00 |
| | Finalize September fee application for special committee. | | |
| 10/20/11 | J M TILLER | 0.20 | 100.00 |
| | Communicate with Denton regarding September bill and edits thereto. | | |
| 10/21/11 | J M TILLER | 0.70 | 350.00 |
| | Communicate with Denton regarding special committee fee applications and process of same (.20); review documents regarding same (.50). | | |
| 10/24/11 | B B ERENS | 0.20 | 160.00 |
| | E-mails with client regarding special committee fee applications. | | |
| 10/25/11 | AK DENTON | 0.30 | 75.00 |
| | Review edits to bill for accuracy (.10); transmit same to Erens for review (.20). | | |
| 10/25/11 | B B ERENS | 0.20 | 160.00 |
| | Communicate with Denton regarding September fee application. | | |
| 10/27/11 | AK DENTON | 0.30 | 75.00 |
| | Communicate with Erens regarding additional edits to September 2011 bill (.20); communicate with Soffer (financial services) regarding same (.10). | | |
| 10/27/11 | B B ERENS | 0.20 | 160.00 |
| | Communicate with Denton regarding September fee application. | | |
| 10/28/11 | B B ERENS | 0.20 | 160.00 |
| | Review upcoming fee application submissions. | | |
| **TOTAL** | | 18.00    USD | 7,700.00 |

# **EXHIBIT B**

CHI-1510731v1

Special Committee of the Board of Directors of _____ Page 1

Plan of Reorganization Matters

### DISBURSEMENT DETAIL - October 31, 2011

| Date | Timekeeper Name | Location | Amount | |
|---|---|---|---|---|
| **DUPLICATION CHARGES** | | | | |
| 10/20/11 | CHI ACCOUNTING | CHI | 0.90 | |
| | Duplication charges through 10/20/2011 | | | |
| 10/27/11 | CHI ACCOUNTING | CHI | 81.60 | |
| | Duplication charges through 10/27/2011 | | | |
| | **Duplication charges Subtotal** | | | 82.50 |
| **IMAGING SERVICES** | | | | |
| 10/25/11 | L M MARVIN | NYC | 183.30 | |
| | Imaging services - ALPHA SYSTEMS September 2011 e-direct hosting | | | |
| 10/25/11 | L M MARVIN | NYC | 77.80 | |
| | Imaging services - ALPHA SYSTEMS September 2011 e-direct hosting | | | |
| | **Imaging services Subtotal** | | | 261.10 |
| **WESTLAW SEARCH FEES** | | | | |
| 10/27/11 | P G HOLLAND | CHI | 23.57 | |
| | Westlaw search fees 27-Sep-2011 | | | |
| 10/27/11 | P G HOLLAND | CHI | 34.80 | |
| | Westlaw search fees 28-Sep-2011 | | | |
| | **Westlaw search fees Subtotal** | | | 58.37 |
| **Total** | | | USD | 401.97 |
| **Grand Total** | | | USD | 401.97 |

# **EXHIBIT C**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### CERTIFICATION OF BRAD B. ERENS

Brad B. Erens, under penalty of perjury, certifies as follows:

1. I am a partner in the law firm of Jones Day. I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") regarding the contents of applications for compensation and expenses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.      I have read the Fourteenth Monthly Application of Jones Day for Allowance of Compensation for and for Reimbursement of Expenses for Services Performed on Behalf of the Special Committee of the Board of Directors of Tribune Company for the Period from October 1, 2011 Through October 31, 2011 (the "<u>Application</u>").

3.      A Jones Day attorney has reviewed the requirements of the Guidelines For Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "<u>Guidelines</u>") and the Local Rules, and I believe that the Application complies with the Guidelines and the Local Rules.

Dated: December 6, 2011                <u>/s/Brad B. Erens</u>
                                                Brad B. Erens