

**New York State Department of Labor**
Andrew M. Cuomo, *Governor*
Colleen C. Gardner, *Commissioner*

UNEMPLOYMENT INSURANCE DIVISION

November 29, 2011

Clerk of Court
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 MARKET ST.
WILMINGTON, DE. 19801-0000

Re: TOWER DISTRIBUTION COMPANY
ER# 46-08242
BANKRUPTCY# 08-13220

Dear Sir:

We hereby withdraw our Administrative Expense Claim which was dated 8/5/2011 for a $63.75.

Very truly yours,

Debbie Anziano
Tax Compliance Agent 2
(518)457-1738

DA:da
cc: NORMAN L. PERNICK

RECEIVED
DEC 0 2 2011
By____

STATE OF NEW YORK  
DEPARTMENT OF LABOR  
Unemployment Insurance Division  
Governor W. Averell Harriman State Office Building Campus  
Building 12, Room 256  
Albany, New York 12240

DATED: 08/09/11

ARRANGEMENT #08-13220

EMPLOYER REG. NO.: 46-08242 4

**LIQUIDATED ADMINISTRATIVE EXPENSE**
**CLAIM FOR UNEMPLOYMENT INSURANCE**

CLERK OF THE COURT  
U.S. BANKRUPTCY COURT  
DISTRICT OF DELAWARE  
824 MARKET ST.  
WILMINGTON, DE. 19801-0000

IN THE MATTER OF:  
TOWER DISTRIBUTION COMPANY

Debbie Anziano is an agent of the New York State Department of Labor, Unemployment Insurance Division, and is authorized to make this claim on behalf of the Commissioner of Labor of the State of New York pursuant to Article 18 of the Labor Law of the State of New York.

The debtor is liable to the New York State Department of Labor in the sum of $63.75 representing unpaid unemployment insurance taxes.

| PERIOD FROM/TO | A/E | Contributions | Section 581D Assessment | Accrued Interest | Posted Interest | Penalty |
|---|---|---|---|---|---|---|
| 10/01/09-09/30/10 | A | | $63.75 | | | |
| | | Total: | | $63.75 | | |

A - Actual Returns Filed    E - Estimated, no return filed

No part of this debt has been paid. There are no set-offs or counterclaims.

All contributions set forth in the Administrative Expense Claim arose subsequent to the date of petition to wit 12/08/08

All checks in satisfaction of this claim should be made payable to NYS Unemployment Insurance and forwarded to the NYS Department of Labor, Insolvency Unit, at the address indicated above.

Commissioner of Labor

*Debbie Anziano* (signature)  
By: Debbie Anziano  
Tax Compliance Agent 2  
Unemployment Insurance Division

Indicate Acknowledgement Date

Claim Number Assigned _____

Telephone (518) 457-1738         debbie.anziano@labor.state.ny.us         Fax (518) 457-3256  
IA37.1AEC (9-01)