**EXHIBIT A**

 **ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

December 6, 2011

Tribune Company                                      Invoice:281030
c/o Kenneth P. Kansa                                 Client: 12464
Sidley Austin LLP                                    Matter: 0001
One South Dearborn                                   EIN: 52-1112263
Chicago, IL 60603

Re: Special Counsel / Bank Claims

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through October 31, 2011.

| | |
|---|---:|
| By Graeme W. Bush<br>5.70 hours at $850.00 per hour | $ 4,845.00 |
| By James Sottile<br>9.30 hours at $725.00 per hour | $ 6,742.50 |
| By Andrew N. Goldfarb<br>41.70 hours at $600.00 per hour | $ 25,020.00 |
| By P. Andrew Torrez<br>1.60 hours at $585.00 per hour | $ 936.00 |
| By Andrew Caridas<br>9.80 hours at $340.00 per hour | $ 3,332.00 |
| By Lisa Medoro<br>1.20 hours at $265.00 per hour | $ 318.00 |
| By Kimberley Wilson<br>0.30 hours at $175.00 per hour | $ 52.50 |
| TOTAL FEES | $ 41,246.00 |
| TOTAL EXPENSES | $ 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ 41,246.00 |

BALTIMORE          NEW YORK          TAMPA          WASHINGTON, DC

December 6, 2011                                                                       Page 2
DESCRIPTION OF SERVICES                                                    CLIENT: 12464
                                                                            MATTER: 0001

James Sottile

| | | |
|---|---|---|
| 10/03/11 | 0.30 | Review/analyze letter from Friedman Kaplan re issues on serving shareholders, requests for dismissal by shareholders. |
| 10/03/11 | 0.40 | Participate in conference call with D. Rath, R. Cobb (Landis Rath) and A. Goldfarb re issues on serving shareholders, requests for dismissal by shareholders. |
| 10/03/11 | 0.30 | Participate in telephonic conference with Judge Carey re upcoming MIP hearing. |
| 10/03/11 | 1.90 | Close review and analysis of correspondence with defendants re conduit issues and key relevant decisions. |
| 10/03/11 | 0.30 | Review and edit draft certification of counsel and order further extending litigation stay. |
| 10/04/11 | 0.50 | Prepare for hearing re Committee motion to extend service deadline for preference complaints. |
| 10/04/11 | 0.60 | Participate in hearing re MIP and Committee motion to extend time to serve preference complaints. |
| 10/04/11 | 0.80 | Edit memo to Committee re proposed Sandleman settlements. |
| 10/04/11 | 0.20 | Participate in weekly Committee professionals' call. |
| 10/06/11 | 0.80 | Further review/analysis of conduit issues raised by various defendants to shareholder action. |
| 10/06/11 | 0.20 | Review and edit revised memo to Committee re Sandelman proposed settlement. |
| 10/11/11 | 0.30 | Review and edit draft letter to counsel for bank defendants in shareholder adversary proceeding. |
| 10/12/11 | 0.90 | Telephone conference with Bob Lack (Friedman Kaplan), D. Rath and R. Cobb (Landis Rath) and A. Goldfarb re discovery of shareholder defendants. |
| 10/31/11 | 0.50 | Prepare for hearing on motion to compel and extension of litigation stay. |
| 10/31/11 | 0.50 | Participate in hearing on motion to compel and extension of litigation stay. |
| 10/31/11 | 0.80 | Initial quick review of confirmation opinion. |

December 6, 2011                                                                                                    Page 3
P. Andrew Torrez

| | | |
|---|---|---|
| 10/03/11 | 0.20 | Review e-mail correspondence and filed pleadings. |
| 10/17/11 | 0.20 | Review filed notices, including corrected filing, various quarterly claims settlement report, and various interim fee application requests. |
| 10/18/11 | 0.10 | Review filed notices, including interim fee applications. |
| 10/19/11 | 0.20 | Review memorandum regarding Debtors' investment with digital media start-up company. |
| 10/26/11 | 0.20 | Review Zell limited objection to Committee's proposed Fourth Order regarding amending the definition of "termination event". |
| 10/26/11 | 0.10 | Review Debtor's notice of filing of amendment to second amended joint plan of reorganization. |
| 10/26/11 | 0.10 | Review Aurelius' notice of filing amendment to third amended joint plan. |
| 10/27/11 | 0.20 | Review order granting motion of committee for authority to dismiss certain insider preference actions. |
| 10/27/11 | 0.30 | Review order (I) authorizing debtors to enter into ERISA claim settlement and (II) modifying automatic stay. |

Andrew N. Goldfarb

| | | |
|---|---|---|
| 10/01/11 | 0.20 | Send materials to counsel for debtors and Aurelius re shareholder discovery. |
| 10/02/11 | 0.20 | Review R. Lack (Friedman Kaplan) emails re amended Exh. A and other issues. |
| 10/02/11 | 0.10 | Emails with LRC and J. Sottile re same. |
| 10/02/11 | 1.00 | Revise draft memo to UCC on Sandelman funds settlement actions. |
| 10/03/11 | 1.00 | Call with LRC (R. Cobb and D. Rath) and J. Sottile re third party action questions and strategy. |
| 10/03/11 | 0.10 | Email to J. Sottile re amended Ex. A. and inquiry from Friedman Kaplan re same. |
| 10/03/11 | 0.10 | Email Y. Yoo and D. Deutsch (Chadbourne & Parke) re litigation stay in adversary proceedings. |
| 10/03/11 | 0.10 | Email counsel for Northern Trust (Fulbright) re shareholder discovery. |
| 10/03/11 | 0.20 | Review Committee subpoena and document requests. |

December 6, 2011

| | | |
|---|---|---|
| 10/03/11 | 0.10 | Confer with A. Caridas re shareholder discovery issue. |
| 10/03/11 | 0.20 | Email J. Sottile re shareholder discovery issues in follow-up to LRC call. |
| 10/03/11 | 0.10 | Email J. Green (LRC) re draft memo to Committee on Sandelman issue. |
| 10/03/11 | 0.30 | Revise COC and proposed order for fourth extension to definition of termination event. |
| 10/03/11 | 0.10 | Coordinate service on several Northern Trust entities. |
| 10/03/11 | 0.10 | Emails with R. Butcher (LRC) re meeting with clerk's office to discuss service issues. |
| 10/04/11 | 0.20 | Email with J. Sottile re 10/4 court hearing and Sandelman memoranda. |
| 10/04/11 | 0.50 | Conference call with Delaware Bankruptcy Court Clerk and LRC re service issues for 2nd adversary proceedings. |
| 10/04/11 | 0.20 | Participate in weekly professionals' call re status of bankruptcy, litigation, and confirmation matters. |
| 10/04/11 | 0.40 | Review and revise Sandelman memorandum per J. Sottile's comments. |
| 10/04/11 | 0.20 | Revise draft COC and proposed order on stay extension. |
| 10/04/11 | 0.20 | Circulate draft COC and proposed order on stay extension to counsel for competing plan proponents. |
| 10/05/11 | 0.10 | Review and respond to emails from L. Medoro and A. Caridas re third party service. |
| 10/05/11 | 0.20 | Send materials to B. Lack (Friedman Kaplan) re shareholder defendants. |
| 10/05/11 | 0.20 | Review spreadsheet on shareholder defendants from LRC. |
| 10/05/11 | 0.20 | Email J. Sottile summarizing letter from plan proponents to Court re FCC 3d Cir. Decision. |
| 10/05/11 | 0.20 | Email J. Bendernagel re question on third party action shareholder defendants. |
| 10/05/11 | 0.20 | Call with L. Kitching (E&Y) re Sandelman funds potential settlement. |
| 10/05/11 | 0.30 | Email to J. Sottile and LRC re Sandelman issue. |
| 10/06/11 | 0.20 | Call with R. Cobb (LRC) re strategy on shareholder defendants. |
| 10/06/11 | 0.20 | Email J. Sottile re strategy on shareholder defendants. |

| 10/06/11 | 0.20 | Review LRC email re shareholder defendants discovery. |
|----------|------|------------------------------------------------------|
| 10/06/11 | 0.30 | Email J. Sottile in response to LRC email re shareholder discovery. |
| 10/06/11 | 0.10 | Email B. Lack (Friedman Kaplan) re response to his 10/2 email. |
| 10/06/11 | 0.10 | Email LRC to set up call to discuss Committee response to B. Lack's questions. |
| 10/06/11 | 1.20 | Revise and edit motion to compel to reflect legal research and addition of parties. |
| 10/06/11 | 1.00 | Legal research re Rule 37 and contractual obligations. |
| 10/06/11 | 0.20 | Email revised draft and blackline of motion to compel to Zuckerman Spaeder and LRC. |
| 10/06/11 | 0.30 | Call with counsel for shareholder defendant. |
| 10/06/11 | 0.20 | Email E&Y (Caymans) re Sandelman funds. |
| 10/06/11 | 0.10 | Email LRC (Cobb, Rath, Green) and J. Sottile re Sandelman update. |
| 10/07/11 | 0.50 | Call with R. Cobb and J. Green (LRC) re shareholder discovery strategy. |
| 10/07/11 | 0.40 | Email J. Sottile and D. Rath (LRC) summary of call with R. Cobb and J. Green (LRC). |
| 10/07/11 | 0.30 | Revise draft proposed order for motion to compel. |
| 10/07/11 | 0.10 | Emails with J. Sottile and LRC re timing of filing stay extension papers. |
| 10/07/11 | 0.10 | Email draft stay extension papers to D. Golden (Akin). |
| 10/07/11 | 0.10 | Email counsel for Noteholders (Akin and Friedman Kaplan) re shareholder defendant. |
| 10/09/11 | 0.20 | Review and revise draft language sent by J. Green (LRC) for shareholder defendants. |
| 10/09/11 | 0.30 | Email draft motion to compel to D. Deutsch (Chadbourne & Parke) re posting for Committee. |
| 10/10/11 | 0.70 | Revise and draft motion to compel. |
| 10/10/11 | 0.10 | Emails with J. Green re motion to compel. |
| 10/10/11 | 0.20 | Emails with D. Deutsche and J. Marrero (Chadbourne & Parke) re posting draft motion to compel to Committee. |
| 10/10/11 | 0.20 | Review M. Ashley (Chadbourne & Parke) comments. |

| 10/10/11 | 0.60 | Revise draft motion to compel per M. Ashley's comments. |
| 10/11/11 | 0.10 | Call with J. Green (LRC) re filing of motion to compel. |
| 10/11/11 | 0.50 | Participate in weekly professionals' call re status of bankruptcy and litigation proceedings. |
| 10/11/11 | 0.60 | Final review and edit of motion to compel brief. |
| 10/11/11 | 0.20 | Call with J. Green (LRC) re strategy re banks and brokers and shareholder discovery. |
| 10/11/11 | 0.10 | Final review of COC and proposed order for stay extension. |
| 10/11/11 | 0.10 | Email LRC the papers for filing re extension of stay. |
| 10/12/11 | 0.80 | Conference call with J. Sottile and J. Green, D. Rath, and R. Cobb (LRC) and B. Lack (Friedman Kaplan) re shareholder discovery issues. |
| 10/12/11 | 0.20 | Calls with A. Saavedra (Weil) re scheduling hearing on the motion to compel. |
| 10/12/11 | 0.30 | Respond to J. Green (LRC) re COC edits. |
| 10/12/11 | 0.20 | Email J. Green (LRC) re follow-up to call with B. Lack (Friedman Kaplan). |
| 10/12/11 | 0.20 | Email B. Lack (Friedman Kaplan) re follow-up action items to call. |
| 10/13/11 | 0.10 | Call with Joe Lamport (Mercer) re Sandelman funds issue. |
| 10/13/11 | 0.10 | Review LRC letter re bank/broker shareholder discovery. |
| 10/13/11 | 0.10 | Call with A. Saavedra (Weil) re timing of hearing on motion to compel. |
| 10/13/11 | 0.20 | Emails to LRC and Zuckerman Spaeder teams re timing of motion to compel. |
| 10/13/11 | 0.20 | Respond to request from J. Teitelbaum for exhibits to UCC motion to amend complaint. |
| 10/14/11 | 0.10 | Call and email to A. Saavedra (Weil) re timing of hearing on motion to compel. |
| 10/14/11 | 0.20 | Confer with LRC and J. Sottile via email re timing of motion to compel. |
| 10/14/11 | 0.30 | Review ECF filings. |
| 10/14/11 | 0.20 | Review Lender and third party complaint exhibits. |
| 10/14/11 | 0.10 | Respond to email from L. Kitching (E&Y) re Sandelman issue. |

| | | |
|---|---|---|
| 10/14/11 | 0.10 | Review letter of inability to accomplish service for a shareholder defendant. |
| 10/17/11 | 0.60 | Call with D. Rath (LRC) and M. Ashley and T. McCormack (C&P) re Sandelman issue and strategy. |
| 10/17/11 | 0.20 | Email J. Sottile re Sandelman call. |
| 10/17/11 | 0.20 | Calls with J. Green re 10/19 agenda and Committee issues. |
| 10/17/11 | 0.20 | Review shareholder discovery materials re Lehman production. |
| 10/17/11 | 0.10 | Email J. Fourmaux (Friedman Kaplan) re Lehman contact information. |
| 10/18/11 | 0.70 | Participate in weekly professionals' call re status of bankruptcy and litigation matters. |
| 10/18/11 | 1.00 | Revise Sandelman memoranda. |
| 10/18/11 | 0.10 | Review Chadbourne & Parke and LRC emails on Sandelman issue. |
| 10/18/11 | 0.20 | Email to L. Kitching (E&Y) re Sandelman issue. |
| 10/19/11 | 0.50 | Confer with D. Rath, A. Landis, R. Cobb and J. Green (LRC) re shareholder discovery status and strategy. |
| 10/19/11 | 0.70 | Attend 10/19 omnibus hearing. |
| 10/19/11 | 0.70 | Draft and review memo to UCC re Hartford defendants. |
| 10/19/11 | 0.40 | Draft and revise modification to entry of appearance in connection with Hartford defendants. |
| 10/19/11 | 0.30 | Confer with G. Bush re post-confirmation litigation trust formation, disclosure statement. |
| 10/19/11 | 0.10 | Email S. Sulkowski (Milbank) hearing transcript in response to request. |
| 10/19/11 | 0.30 | Review joint disclosure statement. |
| 10/20/11 | 0.50 | Meeting with J. Sottile and G. Bush re Hartford defendants and Tribune confirmation status. |
| 10/20/11 | 0.10 | Email A. Oettinger (M&I Bank) re shareholder discovery. |
| 10/20/11 | 0.10 | Email P. Guirguis and D. Rosenzweig (Fulbright) re Northern Trust shareholder discovery. |
| 10/20/11 | 0.70 | Revise and circulate draft memo to Committee re Hartford defendants. |
| 10/20/11 | 0.30 | Draft and send to A. Tomback summary of Tribune cases. |

December 6, 2011                                                                                          Page 8

| | | |
|---|---|---|
| 10/20/11 | 0.40 | Email to A. Tomback, G. Bush, and J. Sottile re Hartford defendants and Tribune representation. |
| 10/25/11 | 0.20 | Emails with D. Rath and J. Sottile re motion to compel and other Tribune matters. |
| 10/25/11 | 0.20 | Research history on motions to extend stay by modifying termination event. |
| 10/25/11 | 0.10 | Review of filings in Tribune matter. |
| 10/25/11 | 0.40 | Review oppositions to UCC motion to compel. |
| 10/25/11 | 0.20 | Attention to Tribune's other party creditors in response to J. Sottile's request. |
| 10/25/11 | 0.10 | Emails to LRC and J. Sottile re strategy in response to MTC opposition. |
| 10/26/11 | 1.00 | Call with D. Rath, R. Cobb and J. Green re motion to compel strategy. |
| 10/27/11 | 0.20 | Call with S. Sulkowski (Milbank) to discuss motion to compel. |
| 10/27/11 | 0.10 | Call with S. Sulkowski (Milbank) re Committee's motion to compel. |
| 10/27/11 | 0.40 | Confer via email with J. Sottile and LRC (R. Cobb, J. Green and D. Rath) to discuss possible resolution of motion to compel. |
| 10/27/11 | 0.20 | Call with J. Sottile re motion to compel strategy. |
| 10/27/11 | 0.30 | Call with D. Rath (LRC) to discuss motion to compel strategy. |
| 10/27/11 | 1.50 | Begin preparing outline of argument for motion to compel. |
| 10/28/11 | 0.40 | Review transcripts and orders in preparation for 10/31 hearing on UCC motion to compel. |
| 10/28/11 | 0.40 | Revise draft of argument outline. |
| 10/28/11 | 0.30 | Prepare and review materials for hearing. |
| 10/28/11 | 0.20 | Email to LRC re draft argument outline. |
| 10/28/11 | 0.10 | Call with S. Sulkowski (Milbank) re potential settlement of motion to compel. |
| 10/29/11 | 1.20 | Prepare for hearing on UCC motion to compel. |
| 10/30/11 | 2.40 | Prepare for hearing on UCC motion to compel. |
| 10/31/11 | 1.30 | Prepare for motion to compel hearing. |

December 6, 2011                                                                                    Page 9

| 10/31/11 | 0.50 | Confer with D. Rath and R. Cobb (LRC) re motion to compel hearing. |
| 10/31/11 | 1.00 | Participate in motion to compel hearing. |
| 10/31/11 | 0.70 | Initial review of confirmation decision. |

Graeme W. Bush

| 10/01/11 | 0.20 | Review omnibus scheduling notice. |
| 10/04/11 | 0.20 | Review reports of hearing before Judge Carey. |
| 10/04/11 | 0.20 | Review correspondence from DCL and Noteholder Plan proponents regarding FCC issues. |
| 10/05/11 | 0.20 | Review e-mails from Chadbourne & Parke regarding UCC matters. |
| 10/18/11 | 0.20 | Confer with A. Goldfarb regarding litigation trust and disclosure statement questions. |
| 10/19/11 | 0.80 | Review plan and related documents regarding litigation trust. |
| 10/19/11 | 0.20 | Review e-mails from UCC counsel and ZS team regarding Omnibus hearing. |
| 10/20/11 | 0.50 | Confer with Messrs. Goldfarb and Sottile and review documents regarding plan confirmation and litigation trust. |
| 10/20/11 | 0.30 | Review e-mail and memorandum from A. Goldfarb regarding Hartford and parties in adversary proceedings. |
| 10/28/11 | 0.20 | E-mail notice regarding omnibus hearing and confer with A. Goldfarb regarding same. |
| 10/28/11 | 0.30 | Review Morgan Stanley opposition to UCC motion to compel. |
| 10/31/11 | 1.30 | Review confirmation decision. |
| 10/31/11 | 0.40 | E-mail exchange with J. Sottile and A. Goldfarb regarding issues from decision. |
| 10/31/11 | 0.30 | E-mail exchange with DCL proponents. |
| 10/31/11 | 0.40 | Prepare memorandum regarding issued confirmation decision. |

Andrew Caridas

| 10/04/11 | 1.70 | Correspondence with cocounsel regarding filing issue. |
| 10/04/11 | 0.80 | Calls with court clerk regarding same. |

December 6, 2011                                                                                     Page 10

| 10/04/11 | 0.60 | Call with Polsinelli Shugart regarding shareholder discovery deadline. |
| 10/26/11 | 1.20 | Review opposition to motion to compel discovery. |
| 10/27/11 | 0.60 | Discussions with DLA Piper regarding discovery request. |
| 10/31/11 | 0.70 | Prepare for and attend telephonic hearing. |
| 10/31/11 | 4.20 | Review confirmation order. |

Lisa Medoro

| 10/04/11 | 0.20 | Prepare complaint and exhibits for service on Northern Trust entities. |
| 10/04/11 | 0.30 | Prepare, organize and finalize packages for service on the Northern Trust entities. |
| 10/04/11 | 0.70 | Prepare and finalize summons and certificate of service for the Northern Trust entities to be filed with court. |

Kimberley Wilson

| 10/26/11 | 0.30 | Gather cases to assist attorney legal research. |



**ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800   202.822.8106 fax   www.zuckerman.com

December 6, 2011

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:281031
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through October 31, 2011.

| | | |
|---|---|---|
| By Andrew N. Goldfarb | | |
| 4.70 hours at $600.00 per hour | $ | 2,820.00 |
| TOTAL FEES | $ | 2,820.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 2,820.00 |

December 6, 2011                                                                                    Page 2

DESCRIPTION OF SERVICES                                               CLIENT: 12464
                                                                     MATTER: 0002

Andrew N. Goldfarb

| | | |
|---|---|---|
| 10/03/11 | 0.80 | Review invoices for August 2011 time for compliance with local rules. |
| 10/03/11 | 0.10 | Email Debtors' counsel (Cole Schotz) re hearing on Zuckerman Spaeder 2d interim fee application. |
| 10/04/11 | 1.20 | Begin preparation of 8th interim fee request. |
| 10/04/11 | 0.30 | Review fee examiner's reports on 3rd and 4th interim fee applications. |
| 10/04/11 | 0.10 | Email G. Bush and J. Sottile re 3rd and 4th interim fee applications. |
| 10/05/11 | 0.60 | Review and finalize for filing 25th monthly fee application. |
| 10/07/11 | 0.20 | Email V. Garlati (Sidley) re payment on 23rd and 24th monthly fee applications. |
| 10/07/11 | 0.20 | Email 25th monthly fee app to fee examiner. |
| 10/13/11 | 0.50 | Review and finalize 8th interim fee application. |
| 10/13/11 | 0.10 | Review proposed order to ensure Zuckerman Spaeder fee requests are correct and email Cole Schotz re same. |
| 10/17/11 | 0.60 | Review 9/2011 time entries for compliance with local rules. |

 **ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

December 6, 2011

Tribune Company                                      Invoice:281032
c/o Kenneth P. Kansa                                  Client: 12464
Sidley Austin LLP                                     Matter: 0003
One South Dearborn                                 EIN: 52-1112263
Chicago, IL 60603

Re: Special Counsel / Non-Working Travel Time

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through October 31, 2011.

| | | |
|---|---|---|
| By James Sottile | | |
| 5.40 hours at $725.00 per hour | $ | 3,915.00 |
| By Andrew N. Goldfarb | | |
| 5.20 hours at $600.00 per hour | $ | 3,120.00 |
| TOTAL FEES | $ | 7,035.00 |
| Less Professional Courtesy | $ | -3,517.50 |
| TOTAL FEES | $ | 3,517.50 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 3,517.50 |

BALTIMORE            NEW YORK            TAMPA            WASHINGTON, DC

December 6, 2011                                                              Page 2

DESCRIPTION OF SERVICES                                      CLIENT: 12464
                                                             MATTER: 0003


James Sottile
10/04/11        2.20  Travel to Wilmington for hearing on approval of MIP and
                      other matters

10/31/11        3.20  Travel to/from Wilmington for hearing on Committee motion
                      to compel and extension of litigation stay

Andrew N. Goldfarb
10/19/11        1.50  Travel to and from Wilmington for omnibus hearing.

10/31/11        3.70  Travel to and from Delaware for motion to compel hearing.