**EXHIBIT B**

Tribune Company, No. 08-13141 (KJC)
Zuckerman Spaeder LLP
27th Monthly Fee Application
Period 10/1/11-10/31/11

| EXPENSES | AMOUNT | DATE OF SERVICE | | TOTALS |
|---|---|---|---|---|
| | | | | |
| **TRAVEL** | | | | |
| | $ 230.00 | 10/24/2011 | ANG | |
| | $ 135.00 | 10/31/2011 | JS | |
| | | | | |
| Total | $ 365.00 | | | $ 365.00 |
| **TAXI/SUBWAY SERVICE** | | | | |
| Sunny's | $ 69.58 | 10/18/2011 | JS | |
| Taxi | $ 8.00 | 10/24/2011 | ANG | |
| Taxi | $ 10.00 | 10/31/2011 | JS | |
| | | | | |
| Total | $ 87.58 | | | $ 87.58 |
| **EXPRESS DELIVERY** | | | | |
| FedEx | $ 15.32 | 10/6/2011 | | |
| FedEx | $ 19.82 | 10/19/2011 | | |
| | | | | |
| Total | $ 35.14 | | | $ 35.14 |
| **IN HOUSE COPY** | | | | |
| | $ 0.40 | 10/20/2011 | | |
| | | | | |
| Total | $ 0.40 | | | $ 0.40 |
| **TELEPHONE CONFERENCING** | | | | |
| Soundpath | $ 39.76 | 10/12/2011 | | |
| | | | | |
| Total | $ 39.76 | | | $ 39.76 |
| **DOCUMENT RESEARCH** | | | | |
| Westlaw Research | $ 163.21 | 9/30/2011 | | |
| Pacer | $ 137.84 | 10/31/2011 | | |
| | | | | |
| Total | $ 301.05 | | | $ 301.05 |
| **LONG DISTANCE CALLS** | | | | |
| | $ 6.60 | 10/3/2011 | | |
| | $ 0.12 | 10/4/2011 | | |
| | $ 0.60 | 10/4/2011 | | |
| | $ 0.36 | 10/5/2011 | | |
| | $ 2.88 | 10/7/2011 | | |
| | $ 0.12 | 10/11/2011 | | |
| | $ 1.20 | 10/11/2011 | | |
| | $ 0.12 | 10/12/2011 | | |
| | $ 0.12 | 10/12/2011 | | |
| | $ 0.24 | 10/12/2011 | | |
| | $ 0.12 | 10/12/2011 | | |
| | $ 0.36 | 10/13/2011 | | |
| | $ 0.12 | 10/14/2011 | | |
| | $ 0.24 | 10/17/2011 | | |
| | $ 0.60 | 10/17/2011 | | |
| | $ 2.40 | 10/20/2011 | | |
| | $ 0.84 | 10/21/2011 | | |
| | $ 0.84 | 10/21/2011 | | |
| | $ 0.12 | 10/21/2011 | | |
| | $ 0.12 | 10/21/2011 | | |
| | $ 0.12 | 10/21/2011 | | |
| | $ 2.64 | 10/25/2011 | | |
| | $ 1.68 | 10/28/2011 | | |
| | | | | |
| Total | $ 22.56 | | | $ 22.56 |

| EXPENSES | AMOUNT | DATE OF SERVICE | TOTALS |
|---|---|---|---|
| POSTAGE | $ 31.40 | 10/4/2011 | |
| Total | $ 31.40 | | $ 31.40 |
| GRAND TOTAL | | | $ 882.89 |