THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY, et al.,[1]

Debtors.

Chapter 11

Case No. 08-13141 (KJC)

Jointly Administered

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON DECEMBER 13, 2011 AT 1:00 P.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the hearing via telephone must contact
CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946)
no later than 12:00 p.m. one business day prior to the hearing.

## CONTINUED MATTERS

1.    Motion of the Debtors for an Order Pursuant to 11 U.S.C. §§ 363 and 553 and Fed. R.
      Bankr. P. 9019(a) Approving Settlement Agreement By and Between InsertCo Inc. and
      57-11 49th Place, LLC (Filed November 1, 2011) (Docket No. 10138)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Objection Deadline: November 15, 2011 at 4:00 p.m.
On consent of the parties, the objection deadline is extended to 4:00 p.m. on January 4, 2012 for Shuttle Printing and the reply deadline is extended to 4:00 p.m. on January 6, 2011 for the Debtors.

Responses Received: None at this time

Status:     This matter is adjourned to the January 11, 2012 hearing. This matter will not be going forward.

2.     Debtors' Objection to Shuttle Printing, Inc.'s Proof of Claim No. 6260 (Filed November 1, 2011) (Docket No. 10139)

Response Deadline: December 5, 2011 at 4:00 p.m.
On consent of the parties, the objection deadline is extended to 4:00 p.m. on January 4, 2012 for Shuttle Printing and the reply deadline is extended to 4:00 p.m. on January 6, 2011 for the Debtors.

Responses Received: None at this time.

Status:     This matter is adjourned to the January 11, 2012 hearing. This matter will not be going forward.

3.     Joint Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas Requesting Reconsideration of the Court's Confirmation Opinion with Respect to the Subordination of the PHONES (Filed November 14, 2011) (Docket No. 10222)

Response Deadline (Court Ordered): December 6, 2011 at 4:00 p.m.
Reply Deadline (Court Ordered): December 9, 2011 at 4:00 p.m.

Related Documents:

(a)     Joinder of Davidson Kempner Capital Management LLC, as Investment Advisor, to Joint Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas Requesting Reconsideration of the Court's Confirmation Opinion with Respect to the Subordination of the PHONES (Filed November 14, 2011) (Docket No. 10223)

(b)     Joinder of Brigade Capital Management, LLC in the Joint Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas Requesting Reconsideration of the Court's Confirmation Opinion with Respect to the Subordination of the PHONES (Filed November 14, 2011) (Docket No. 10225)

Responses Received:

    (a)    EGI-TRB LLC's Objection to [1] Motion of Aurelius Capital Management, LP for Reconsideration of the Court's October 31, 2011 Decision as it Pertains to the Application of PHONES Notes Subordination; [2] Joint Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Amercias Requesting Reconsideration of the Court's Confirmation Opinion with Respect to the Subordination of the PHONES; and [3] Joinders by Brigade Capital Management, LLC, Davidson Kempner Capital Management LLC, and Deutsche Bank Trust Company Americas (Filed December 6, 2011) (Docket No. 10365)

    (b)    Response of TM Retirees to Motions for Reconsideration of Portions of the October 31, 2011 Opinion on Confirmation (Filed December 6, 2011) (Docket No. 10366)

    (c)    Wilmington Trust Company's Omnibus Objection to Motions for Reconsideration of this Court's Decision on PHONES Subordination and the Proceeds of the Litigation Trust Under the DCL Plan (Filed December 6, 2011) (Docket No. 10371)

Status:    Pursuant to the Court's directive at the November 29, 2011 telephonic hearing, the hearing on this matter is rescheduled to December 14, 2011 at 1:30 p.m. and will proceed at that time.

4.    Motion of Aurelius Capital Management, LP for Reconsideration of the Court's October 31, 2011 Decision as it Pertains to the Application of PHONES Notes Subordination (Filed November 14, 2011) (Docket No. 10226)

Response Deadline (Court Ordered):  December 6, 2011 at 4:00 p.m.
Reply Deadline (Court Ordered):  December 9, 2011 at 4:00 p.m.

Related Documents:

    (a)    Joinder to Motion of Aurelius Capital Management, LP for Reconsideration of the Court's October 31, 2011 Decision as it Pertains to the Application of PHONES Notes Subordination (Filed November 16, 2011) (Docket No. 10238)

46429/0001-8039759v2

Responses Received:

(a)    EGI-TRB LLC's Objection to [1] Motion of Aurelius Capital Management, LP for Reconsideration of the Court's October 31, 2011 Decision as it Pertains to the Application of PHONES Notes Subordination; [2] Joint Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Amercias Requesting Reconsideration of the Court's Confirmation Opinion with Respect to the Subordination of the PHONES; and [3] Joinders by Brigade Capital Management, LLC, Davidson Kempner Capital Management LLC, and Deutsche Bank Trust Company Americas (Filed December 6, 2011) Docket No. 10365)

(b)    Response of TM Retirees to Motions for Reconsideration of Portions of the October 31, 2011 Opinion on Confirmation (Filed December 6, 2011) (Docket No. 10366)

(c)    Wilmington Trust Company's Omnibus Objection to Motions for Reconsideration of this Court's Decision on PHONES Subordination and the Proceeds of the Litigation Trust Under the DCL Plan (Filed December 6, 2011) (Docket No. 10371)

Status:    Pursuant to the Court's directive at the November 29, 2011 telephonic hearing, the hearing on this matter is rescheduled to December 14, 2011 at 1:30 p.m. and will proceed at that time.

5.    Motion of the Noteholder Plan Proponents for Reconsideration and Clarification of the Court's October 31, 2011 Decision (Filed November 14, 2011) (Docket No. 10227)

Response Deadline (Court Ordered):  December 6, 2011 at 4:00 p.m.
Reply Deadline (Court Ordered):  December 9, 2011 at 4:00 p.m.

Responses Received:

(a)    Response of TM Retirees to Motions for Reconsideration of Portions of the October 31, 2011 Opinion on Confirmation (Filed December 6, 2011) (Docket No. 10366)

(b)    EGI-TRB LLC's Objection to Motion of the Noteholder Plan Proponents for Reconsideration and Clarification of the Court's October 31, 2011 Decision (Filed December 6, 2011) (Docket No. 10368)

(c)    Objection of the Debtor/Committee/Lender Plan Proponents to the Motion of the Noteholder Plan Proponents for Reconsideration and Clarification of the Court's October 31, 2011 Opinion (Filed December 6, 2011) (Docket No. 10373)

(d)     Certain Current and Former Directors and Officers' Objections to
        Noteholder Plan Proponents' Motion for Reconsideration and Clarification
        of the Court's October 31, 2011 Decision (Filed December 6, 2011)
        (Docket No. 10376)

Status:     Pursuant to the Court's directive at the November 29, 2011 telephonic
            hearing, the hearing on this matter is rescheduled to December 14, 2011 at
            1:30 p.m. and will proceed at that time.

6.     Motion of Debtors for Order (I) Approving Supplemental Disclosure Document;
       (II) Establishing Scope, Forms, Procedures, and Deadlines for Resolicitation and
       Tabulation of Votes to Accept or Reject DCL Plan From Certain Classes;
       (III) Authorizing Tabulation of Prior Votes and Elections on DCL Plan Made By Holders
       of Claims in Non-Resolicited Classes; (IV) Scheduling the Confirmation Hearing and
       Establishing Notice and Objection Procedures In Respect Thereof; and (V) Granting
       Related Relief (Filed November 18 2011) (Docket No. 10274)

       Objection Deadline: December 6, 2011 at 4:00 p.m.

       Responses Received:

           (a)     Wilmington Trust Company's Preliminary Objection to Motion of Debtors
                   for Order (I) Approving Supplemental Disclosure Statement; (II)
                   Establishing Scope, Forms, Procedures, and Deadlines for Resolicitation
                   and Tabulation of Votes to Accept or Reject DCL Plan from Certain
                   Classes; (III) Authorizing Tabulation of Prior Votes and Elections on DCL
                   Plan Made by Holders of Claims in Non-Resolicited Classes; (IV)
                   Scheduling the Confirmation Hearing and Establishing Notice and
                   Objection Procedures in Respect Thereof; and (V) Granting Related Relief
                   (Filed December 6, 2011) (Docket No. 10367)

           (b)     Wilmington Trust Company's Statement Concerning the Timing of
                   Consideration of the Debtors' Request to Commence Solicitation of the
                   Third Amended Plan of Reorganization and the Debtors' Proposal
                   Concerning the Resolution of the Allocation Disputes, as defined Therein
                   (Filed December 6, 2011) (Docket No. 10374)

       Status:     Pursuant to the Court's directive at the November 29, 2011 telephonic
                   hearing, this matter will be scheduled by the Court. This matter will not
                   be going forward.

46429/0001-8039759v2

## CERTIFICATIONS OF NO OBJECTION / CERTIFICATIONS OF COUNSEL

7.    Debtors' Forty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 (Filed November 10, 2011) (Docket No. 10191)

Response Deadline:  December 6, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    (a)    Notice of Submission of Proofs of Claim Regarding Debtors' Forty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 (Filed November 29, 2011) (Docket No. 10310)

    (b)    Certification of Counsel Regarding Docket No. 10191 (Filed December 8, 2011) (Docket No. 10387)

Status:    A Certification of Counsel, together with a proposed order, was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

8.    Application of SNR Denton US LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for Services Rendered as Ordinary Course Counsel to the Debtors During the Period from September 1, 2011 through October 31, 2011 (Filed November 10, 2011) (Docket No. 10196)

Objection Deadline:  December 1, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    (a)    Certification of No Objection Regarding Docket No. 10196 (Filed December 5, 2011) (Docket No. 10352)

Status:    A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

9.    Application for an Order Authorizing Debtors to Employ and Retain SNR Denton US LLP as Special Counsel to the Debtors for Certain Litigation and Transactional Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107, Nunc Pro Tunc to November 1, 2011 (Filed November 23 2011) (Docket No. 10295)

Objection Deadline:  December 6, 2011 at 4:00 p.m.

46429/0001-8039759v2

Responses Received: None.

Related Documents:

(a)    Certification of No Objection Regarding Docket No. 10295 (Filed December 8, 2011) (Docket No. 10386)

Status:    A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

## MATTERS GOING FORWARD

10.    Motion of Tribune Company for an Order Pursuant to 11 U.S.C. § 363 and Fed. R. Bankr. P. 9019(a) Approving Settlement Agreement Between Tribune Company and Randy Michaels (Filed November 22 2011) (Docket No. 10287)

Objection Deadline: December 6, 2011 at 4:00 p.m.

Responses Received: None.

Status:    This matter will be going forward.

11.    Motion of the Official Committee of Unsecured Creditors for Authority to Address and Send Service to Foreign Defendants on Behalf of the Clerk of the Court (Filed November 23 2011) (Adv. Proceeding No. 10-53963, Docket No. 667 and Adv. Proceeding No. 10-54010, Docket No. 338)

Objection Deadline: December 6, 2011 at 4:00 p.m.

Responses Received:

(a)    Brief of Defendants Amalgamated Bank; BNP Paribas Securities Corp.; Brown Brothers Harriman & Co.; Deutsche Bank Securities, Inc.; PNC Bank, National Association; Swiss American Securities, Inc.; TD Ameritrade Clearing, Inc.; UBS Financial Services, Inc.; and UBS Securities LLC in Opposition to Plaintiff's Motion for Leave to Serve Foreign Defendants by Registered Mail (Filed December 6, 2011) (Adv. Proceeding No. 10-54010, Docket No. 350)

(b)    Reply of the Official Committee of Unsecured Creditors in Support of Motion for Authority to Address and Send Service to Foreign Defendants on Behalf of the Clerk of the Court (Filed December 8, 2011) (Adv. Proceeding No. 10-54010, Docket No. 356)

Status:    This matter will be going forward.

12.  Omnibus Motion of the Official Committee of Unsecured Creditors to Compel Production of Documents by Defendants (Filed December 6, 2011) (Adv. Proceeding No. 10-54010, Docket No. 351)

Objection Deadline:  December 12, 2011 at 12:00 p.m.

Responses Received:  None at this time.

Status:        This matter will be going forward.

13.  Hearing on Written Submissions with respect to Scheduling of Confirmation-Related Proceedings and the Process for Resolution of the Allocation Disputes.

Response Deadline (Court Ordered):  December 6, 2011 at 4:00 p.m.
Reply Deadline (Court Ordered):  December 9, 2011 at 4:00 p.m.

Responses Received:

(a)  EGI-TRB LLC's Statement of Position on Scheduling of the Allocation Dispute (Filed December 6, 2011) (Docket No. 10364)

(b)  Statement of Aurelius Capital Management, LP in Support of its Position Regarding Process for Resolution of the Allocation Disputes (Filed December 6, 2011) (Docket No. 10369)

(c)  Memorandum of the DCL Plan Proponents Regarding the Scheduling of Further Proceedings (Filed December 6, 2011) (Docket No. 10370)

(d)  Wilmington Trust Company's Statement Concerning the Timing of Consideration of the Debtors' Request to Commence Solicitation of the Third Amended Plan of Reorganization and the Debtors' Proposal Concerning the Resolution of the Allocation Disputes, as defined Therein (Filed December 6, 2011) (Docket No. 10374)

Status:        This matter will be going forward.

## PROFESSIONAL FEE APPLICATIONS – CERTIFICATION OF COUNSEL FILED

14.  Notice of Hearing on Monthly Fee Requests and Quarterly Fee Application Requests for the Sixth Interim Fee Period (Filed November 2, 2011) (Docket No. 10146)

Related Document(s):

(a)  An index referencing the relevant fee requests, certifications and the fee examiner's final reports is attached hereto as Exhibit A

8

(b)    Certification of Counsel Regarding Omnibus Order Approving Fee
        Applications for the Compensation Period March 1, 2010 through and
        Including May 31, 2010 (Filed December 7, 2011) (Docket No. 10380)

Response Deadlines:  See respective Applicants' monthly fee applications.

Responses Received:  None.

Status:    All fee applications are uncontested and all issues raised by the Fee Examiner
            with respect to the Applications have been resolved.  A certification of
            counsel, together with a proposed order, was filed with the Court.  This matter
            will not be going forward unless otherwise directed by the Court.

Dated:  December 9, 2011                    SIDLEY AUSTIN LLP
                                            James F. Conlan
                                            Bryan Krakauer
                                            One South Dearborn Street
                                            Chicago, IL  60603
                                            Telephone:  (312) 853-7000

                                            -and-

                                            COLE, SCHOTZ, MEISEL,
                                            FORMAN & LEONARD, P.A.

                                    By:    _Kate Stickles_____
                                            Norman L. Pernick (No. 2290)
                                            J. Kate Stickles (No. 2917)
                                            Patrick J. Reilley (No. 4451)
                                            500 Delaware Avenue, Suite 1410
                                            Wilmington, DE  19801
                                            Telephone:  (302) 652-3131

                                            ATTORNEYS FOR DEBTORS
                                            AND DEBTORS IN POSSESSION

46429/0001-8039759v2