UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date December 13, 2011 @ 1:00 pm |
| | ) | Response Date: December 9, 2011 @ 4:00 pm |
| | ) | Related Docket No. 10369 |

### JOINDER TO STATEMENT OF AURELIUS CAPITAL MANAGEMENT, LP IN SUPPORT OF ITS POSITION REGARDING PROCESS FOR RESOLUTION OF THE ALLOCATION DISPUTES

Deutsche Bank Trust Company Americas ("DBTCA"), successor trustee under (i) that certain indenture dated March 1, 1992, by and between Tribune and Continental Bank, N.A. (as amended, the "1992 Indenture"); (ii) that certain indenture dated January 30, 1995, by and between Tribune and First Interstate Bank of California (as amended, the "1995 Indenture"); and (iii) that certain indenture dated January 1, 1997, by and between Tribune and Bank of Montreal Trust Company (as amended, the "1997 Indenture") hereby files this Joinder to the Statement of Aurelius Capital Management, LP, on behalf of itself and its managed entities (collectively, "Aurelius"), in Support of its Position Regarding Process for Resolution of the Allocation Disputes (the "Statement").

### JOINDER

For the reasons set forth in the Statement, DBTCA submits that the Court should implement the procedures as outlined by Aurelius and decide the Allocation Disputes (as defined in the Statement) prior to the confirmation process.[1]

---

[1] DBTCA reserves all rights with respect to discovery issues, including but not limited to scope, breadth, burden or subject matter, and nothing herein should be construed as consent to additional discovery or waiver of the right to contest any discovery directed to DBTCA.

ME1 12660416v.1

**WHEREFORE**, DBTCA respectfully requests that the Court approve the procedures and timeline set forth by Aurelius and grant such other and further relief as is just and proper.

Dated: December 9, 2011  **McCARTER & ENGLISH LLP**
Wilmington, DE

By:  /s/ Katharine L. Mayer
Katharine L. Mayer (DE# 3758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 Facsimile
(302) 984-2494 Direct Fax
kmayer@mccarter.com

-and-

David J. Adler, Esq. (DA0048)
245 Park Avenue
27th Floor
New York, New York  10167
(212) 609-6800 - Telephone
(212) 609-6921 - Facsimile
dadler@mccarter.com

C*ounsel for Deutsche Bank Trust Company Americas*