## CERTIFICATE OF SERVICE

I, Elihu E. Allinson, III, do hereby certify I am not less than 18 years of age and that on this 9th day of December, 2011, I caused copies of the within *Wilmington Trust Company's Reply to (I) the Memfornadum of the DCL Plan Proponents Regarding the Scheduling of Further Proceedings and (II) the Statement of Aurelius Capital Management, LP in Support of Its Position Regarding Process for Resolution of the Allocation Disputes* to be served upon the parties on the attached service list in the manner indicated.

December 9, 2011                                           */s/ E.E. Allinson III*
Date                                                   Elihu E. Allinson, III

**FIRST CLASS MAIL**
James F. Conlan, Esq.
Kevin T. Lantry, Esq.
Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

**FIRST CLASS MAIL**
Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

**FIRST CLASS MAIL**
Graeme W. Bush, Esq.
James Sottile, Esq.
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, DC  20036

**FIRST CLASS MAIL**
Bruce Bennett, Esq.
James O. Johnston, Esq.
Joshua M. Mester, Esq.
Dewey & LeBoeuf LLP
333 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

**FIRST CLASS MAIL**
Andrew Goldman, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

**FIRST CLASS MAIL**
Donald S. Bernstein, Esq.
Benjamin S. Kaminetzky, Esq.
Damian S. Schaible, Esq.
Elliot Moskowitz, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

**HAND DELIVERY**
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

**HAND DELIVERY**
Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801

**HAND DELIVERY**
Robert S. Brady, Esq.
M. Blake Cleary, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building – 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391

**HAND DELIVERY**
Mark Collins, Esq.
Robert J. Stearn, Jr., Esq.
Drew G. Sloan, Esq.
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801

**HAND DELIVERY**
William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Leigh-Anne M. Raport, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19801

**FIRST CLASS MAIL**
Daniel H. Golden, Esq.
David M. Zensky, Esq.
Philip C. Dublin, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryan Park
New York, NY  10036

2