**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Re: Docket Nos. 10399 and 10400** |
| | : | |

---------------------------------------------------------x

## CERTIFICATE OF SERVICE

Mary E. Augustine hereby certifies that on December 8, 2011 copies of the following were served on the attached service list *via* First Class U.S. Mail and electronic mail:

- Joint Reply of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas in Further Support of their Request for Reconsideration of the Court's Confirmation Opinion with Respect to the Subordination of the Phones [Docket 10399]; and

- Joinder of Davidson Kempner Capital Management LLC, as Investment Advisor, to Joint Reply of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas in Further Support of their Request for Reconsideration of the Court's Confirmation Opinion with Respect to the Subordination of the Phones [Docket No. 10400]

        BIFFERATO GENTILOTTI LLC

        */s/ Mary E. Augustine*
        Garvan F. McDaniel (No. 4167)
        Mary E. Augustine (No. 4477)
        800 N. King Street, Plaza Level
        Wilmington, Delaware 19801
        302- 429-1900

        *Co-counsel for Law Debenture Trust Company of*
        *New York and Davidson Kempner Capital*
        *Management LLC*