**SERVICE LIST**

**VIA FIRST-CLASS MAIL**

Sullivan Hazeltine Allinson LLC
Attn: William D. Sullivan; Elihu E. Allinson, Iii
Counsel To Wilmington Trust Co
4901 N. Market Street, Suite 1300
Wilmington, DE 19801

Brown Rudnick LLP
Attn. Robert J. Stark & Daniel J. Saval, Esq.
(Counsel To Wilmington Trust Co)
Seven Times Square
New York, NY 10036

Atty Aurelius Capital Mgmt
Ashby & Geddes, PA
William P. Bowden; Amanda M. Winfree
500 Delaware Avenue, 8th Floor
Po Box 1150
Wilmington, DE 19899

Loizides, P.A.
Christopher D. Loizides
(Atty For Navigant Consulting, Inc)
1225 King Street, Suite 800
Wilmington, DE 1980

Akin Gump Strauss Hauer & Feld LLP
Daniel H. Golden/Philip C. Dublin
Counsel To Aurelius (Mediation Party)
One Bryant Park
New York, NY 10036

Schulte Roth & Zabel LLP
Lawrence V. Gelber, Esquire
Adam L. Hirsch, Esquire
(Counsel To Suttonbrook Capital Mgmt LP)
919 Third Avenue
New York, NY 10022

McCarter & English, LLP
Attn: David Adler, Esq.
(Counsel To Deutsche Bank Trust Co Americas)
245 Park Ave, 27th Fl
New York, NY 10167

Kasowitz, Benson, Torres & Friedman LLP
David S. Rosner/Andrew K. Glenn/Sheron Korpus
(Atty Law Debenture Trust Co Of New York)
1633 Broadway
New York, NY 10019

Garvin F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King St., Plaza Level
Wilmington, DE 19801

James J. Freebery, IV, Esq.
McCarter & English LLP
Renaissance Center
405 N. King Street, 8th Floor
Wilmington, DE 19801