# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON DECEMBER 14, 2011 AT 1:30 P.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the hearing via telephone must contact CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946) no later than 12:00 p.m. one business day prior to the hearing.

## CONTESTED MATTERS GOING FORWARD

1.  Joint Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas Requesting Reconsideration of the Court's Confirmation Opinion with Respect to the Subordination of the PHONES (Filed November 14, 2011) (Docket No. 10222)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Response Deadline (Court Ordered): December 6, 2011 at 4:00 p.m.
Reply Deadline (Court Ordered): December 9, 2011 at 4:00 p.m.

Related Documents:

(a) Joinder of Davidson Kempner Capital Management LLC, as Investment Advisor, to Joint Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas Requesting Reconsideration of the Court's Confirmation Opinion with Respect to the Subordination of the PHONES (Filed November 14, 2011) (Docket No. 10223)

(b) Joinder of Brigade Capital Management, LLC in the Joint Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas Requesting Reconsideration of the Court's Confirmation Opinion with Respect to the Subordination of the PHONES (Filed November 14, 2011) (Docket No. 10225)

Responses Received:

(a) EGI-TRB LLC's Objection to [1] Motion of Aurelius Capital Management, LP for Reconsideration of the Court's October 31, 2011 Decision as it Pertains to the Application of PHONES Notes Subordination; [2] Joint Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Amercias Requesting Reconsideration of the Court's Confirmation Opinion with Respect to the Subordination of the PHONES; and [3] Joinders by Brigade Capital Management, LLC, Davidson Kempner Capital Management LLC, and Deutsche Bank Trust Company Americas (Filed December 6, 2011) (Docket No. 10365)

(b) Response of TM Retirees to Motions for Reconsideration of Portions of the October 31, 2011 Opinion on Confirmation (Filed December 6, 2011) (Docket No. 10366)

(c) Wilmington Trust Company's Omnibus Objection to Motions for Reconsideration of this Court's Decision on PHONES Subordination and the Proceeds of the Litigation Trust Under the DCL Plan (Filed December 6, 2011) (Docket No. 10371)

(d) Joint Reply of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas in Further Support of Their Request for Reconsideration of the Court's Confirmation Opinion With Respect to the Subordination of the PHONES (Filed December 9, 2011) (Docket No. 10399)

2

(e) Joinder of Davidson Kempner Capital Management LLC, as Investment Advisor, to Joint Reply of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas in Further Support of Their Request for Reconsideration of the Court's Confirmation Opinion With Respect to the Subordination of the PHONES (Filed December 9, 2011) (Docket No. 10400)

(f) Joinder of Brigade Capital Management, LLC in the Joint Reply of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas in Further Support of Their Request for Reconsideration of the Court's Confirmation Opinion With Respect to the Subordination of the PHONES (Filed December 9, 2011) (Docket No. 10401)

Status: This matter will be going forward.

2. Motion of Aurelius Capital Management, LP for Reconsideration of the Court's October 31, 2011 Decision as it Pertains to the Application of PHONES Notes Subordination (Filed November 14, 2011) (Docket No. 10226)

Response Deadline (Court Ordered): December 6, 2011 at 4:00 p.m.
Reply Deadline (Court Ordered): December 9, 2011 at 4:00 p.m.

Related Documents:

(a) Deutsche Bank Trust Company Americas' Joinder to Motion of Aurelius Capital Management, LP for Reconsideration of the Court's October 31, 2011 Decision as it Pertains to the Application of PHONES Notes Subordination (Filed November 16, 2011) (Docket No. 10238)

Responses Received:

(a) EGI-TRB LLC's Objection to [1] Motion of Aurelius Capital Management, LP for Reconsideration of the Court's October 31, 2011 Decision as it Pertains to the Application of PHONES Notes Subordination; [2] Joint Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Amercias Requesting Reconsideration of the Court's Confirmation Opinion with Respect to the Subordination of the PHONES; and [3] Joinders by Brigade Capital Management, LLC, Davidson Kempner Capital Management LLC, and Deutsche Bank Trust Company Americas (Filed December 6, 2011) Docket No. 10365)

(b) Response of TM Retirees to Motions for Reconsideration of Portions of the October 31, 2011 Opinion on Confirmation (Filed December 6, 2011) (Docket No. 10366)

    (c)    Wilmington Trust Company's Omnibus Objection to Motions for Reconsideration of this Court's Decision on PHONES Subordination and the Proceeds of the Litigation Trust Under the DCL Plan (Filed December 6, 2011) (Docket No. 10371)

    (d)    Aurelius Capital Management, LP's Omnibus Reply in Support of Motion of Aurelius Capital Management, LP for Reconsideration of the Court's October 31, 2011 Decision as it Pertains to the Application of PHONES Notes Subordination (Filed December 9, 2011) (Docket No. 10396)

Status:    This matter will be going forward.

3.    Motion of the Noteholder Plan Proponents for Reconsideration and Clarification of the Court's October 31, 2011 Decision (Filed November 14, 2011) (Docket No. 10227)

Response Deadline (Court Ordered): December 6, 2011 at 4:00 p.m.
Reply Deadline (Court Ordered): December 9, 2011 at 4:00 p.m.

Responses Received:

    (a)    Response of TM Retirees to Motions for Reconsideration of Portions of the October 31, 2011 Opinion on Confirmation (Filed December 6, 2011) (Docket No. 10366)

    (b)    EGI-TRB LLC's Objection to Motion of the Noteholder Plan Proponents for Reconsideration and Clarification of the Court's October 31, 2011 Decision (Filed December 6, 2011) (Docket No. 10368)

    (c)    Objection of the Debtor/Committee/Lender Plan Proponents to the Motion of the Noteholder Plan Proponents for Reconsideration and Clarification of the Court's October 31, 2011 Opinion (Filed December 6, 2011) (Docket No. 10373)

    (d)    Certain Current and Former Directors and Officers' Objections to Noteholder Plan Proponents' Motion for Reconsideration and Clarification of the Court's October 31, 2011 Decision (Filed December 6, 2011) (Docket No. 10376)

    (e)    Aurelius Capital Management, LP on behalf of itself and its managed entities and the other Noteholder Plan Proponents' Omnibus Reply in Support of the Noteholder Plan Proponents' Motion for Reconsideration and Clarification of the Court's October 31, 2011 Decision (Filed December 9, 2011) (Docket No. 10398)

Status:    This matter will be going forward.

46429/0001-8108917v3

Dated: December 12, 2011

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: *(signature)*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-8108917v3