IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                          :    Chapter 11 Cases
                                                :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                        :    (Jointly Administered)
                                                :
                        Debtors.                :
---------------------------------------------------------x    Related Dkt. No. 10369

### JOINDER OF LAW DEBENTURE TRUST COMPANY OF NEW YORK TO STATEMENT OF AURELIUS CAPITAL MANAGEMENT, LP IN SUPPORT OF ITS POSITION REGARDING PROCESS FOR RESOLUTION OF THE ALLOCATION DISPUTES

Law Debenture Trust Company of New York ("Law Debenture"), as successor indenture trustee under that certain Indenture dated March 19, 1996 between Tribune Company (with its debtor subsidiaries, "Tribune" or the "Debtors") (successor to The Times Mirror Company) and Citibank, N.A., for the 6.61% Debentures due 2027 and the 7 1/4 % Debentures due 2096 (as amended, the "Indenture"), by and through its undersigned counsel, hereby respectfully submits this joinder (the "Joinder") to the *Statement of Aurelius Capital Management, LP In Support Of Its Position Regarding Process For Resolution Of The Allocation Disputes* [Dkt. No. 10369] (the "Aurelius Allocation Statement"). In support of its Joinder, Law Debenture respectfully states as follows:

### JOINDER

Law Debenture joins in the Aurelius Allocation Statement and supports the factual and legal arguments set forth therein and submits that Court resolve the Allocation Disputes (as defined in the Aurelius Allocation Statement) prior to the commencement of the solicitation and confirmation process with respect to the *Third Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of*

*Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JP Morgan Chase N.A.*, dated November 18, 2011 [Dkt. No. 10273].

**WHEREFORE**, Law Debenture respectfully requests that the Court approve the schedule and procedures set forth in the Aurelius Allocation Statement and grant such other and further relief as is just and proper.

Dated: December 12, 2011
Wilmington, Delaware

Respectfully submitted,

By: /s/ signature

**BIFFERATO GENTILOTTI LLC**
Garvan F. McDaniel (No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

– and –

David S. Rosner
Sheron Korpus
Christine Montenegro
Matthew B. Stein
**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

*Co-Counsel for Law Debenture Trust Company of New York*