**TRIBUNE COMPANY, et al.**
**Case No. 08-13141 (KJC)**
**Exhibit "A" to Omnibus Order Approving Fee Applications**
**for the Compensation Period March 1, 2010 - May 31, 2010**

| APPLICANT AND TITLE | DKT. NO. | INTERIM FEES APPROVED | INTERIM EXPENSES APPROVED | TOTAL AMOUNT APPROVED |
|---|---|---|---|---|
| **Debtors' Professionals** | | | | |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. (Counsel to Debtors) | 5604 | $440,371.50 | $40,612.60 | $480,984.10 |
| Sidley Austin LLP (Counsel to Debtors) | 7189 | $6,582,868.12 | $418,736.42 | $7,001,604.54 |
| Alvarez & Marsal North America (Restructuring Advisors to Debtors) | 4983 | $1,494,376.00 | $4,478.67 | $1,498,854.67 |
| Daniel J. Edelman, Inc. (Corporate Communications and Investor Relations Consultants to Debtors) | 5009 | $1,575.00 | $33.60 | $1,608.60 |
| Dow Lohnes PLLC (Special Regulatory Counsel) | 5026 | $571,366.00 | $3,346.18 | $574,712.18 |
| Ernst & Young LLP (Valuation and Business Modeling, and Marketing Survey Services) | 6048 | $67,822.50 | $0.00 | $67,822.50 |
| Jenner & Block LLP (Special Counsel for Certain Litigation Matters for Debtors) | 5036 | $141,860.50 | $2,659.64 | $144,520.14 |
| Jones Day (Special Counsel for Certain Litigation Matters - Antitrust) | 5191 | $44,206.00 | $303.60 | $44,509.60 |
| Lazard Frères & Co. LLC (Investment Bankers to Debtors) | 5035 | $600,000.00 | $24,143.79 | $624,143.79 |
| McDermott Will & Emery LLP (Special Counsel for General Domestic Legal Matters for Debtors) | 5622 | $437,539.50 | $1,892.73 | $439,432.23 |
| Paul Hastings LLP (Special Counsel for General Real Estate for Debtors) | 5045 | $63,517.00 | $17.70 | $63,534.70 |
| PricewaterhouseCoopers LLP (Compensation and Tax Advisors and Independent Auditors to Debtors) | 6666 | $803,079.00 | $2,949.57 | $806,028.57 |
| Reed Smith LLP (Special Counsel for Certain Litigation Matters for Debtors) | 5025 | $79,509.00 | $1,018.80 | $80,527.80 |
| Mercer (US) Inc. (Compensation Consultants to Debtors) | 5042 | $199,081.62 | $21,451.58 | $220,533.20 |
| Seyfarth Shaw LLP (Employment Litigation Counsel to Debtors) | 5094 | $306,129.10 | $8,285.46 | $314,414.56 |
| **Fee Examiner** | | | | |
| Stuart Maue (Fee Examiner) | 5726 | $160,120.00 | $793.93 | $160,913.93 |
| **Creditors' Committee's Professionals** | | | | |
| Chadbourne & Parke LLP (Counsel to Committee) | 5030 | $3,741,912.75 | $218,663.44 | $3,960,576.19 |
| Landis Rath & Cobb LLP (Co-Counsel to Committee) | 5031 | $396,335.50 | $9,403.57 | $405,739.07 |
| AlixPartners, LLP (Financial Advisor to Committee) | 5032 | $867,954.00 | $7,015.31 | $874,969.31 |
| Moelis & Company LLC (Financial Advisor and Investment Banker to Committee) | 5033 | $600,000.00 | $13,584.53 | $613,584.53 |
| Zuckerman Spaeder LLP (Special Counsel to Committee) | 5044 | $575,728.00 | $336,798.75 | $912,526.75 |
| **Committee Members** | | | | |
| Committee Members [Warner Brothers, Wayne M. Smith; Washington-Baltimore Newspaper Guild, Local 32035, William Salganik; Counsel to Washington-Baltimore Newspaper Guild, Local 32035, Robert E. Paul, Esquire] | 4163 | $0.00 | $4,335.09 | $4,335.09 |
| Committee Members [William A. Niese; Warner Brothers, Wayne M. Smith; Washington-Baltimore Newspaper Guild, Local 32035, William Salganik; Counsel to Washington-Baltimore Newspaper Guild, Local 32035, Robert E. Paul, Esquire] | 4602 | $0.00 | $5,370.87 | $5,370.87 |

#8102748.1