# EXHIBIT B

## Modified Priority, Modified Debtor Claims

Tribune Company, et al.
Omnibus Objection 49: Exhibit B - Modified Priority, Modified Debtor Claims

| NAME | CLAIM # | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT | REASON |
|---|---|---|---|---|---|---|---|---|
| 1 ADP INC<br>ATTN: ANA SENZIG, MAIL STOP 110<br>400 COVINA BLVD<br>SAN DIMAS, CA 91773 | 3097 | Tribune Company | Priority | $237.10 | Tribune Finance Service Center, Inc. | Unsecured | $237.10 | Proof of Claim provides no statutory basis for priority. Claimant's supporting documentation and Debtors' books and records provide no basis for priority. |
| 2 ASM CAPITAL, L.P.<br>TRANSFEROR: PACEMAKER PRESS, INC<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 521 | No Debtor Asserted | Priority<br>Unsecured<br>Subtotal | $940.01<br>$15,666.86<br>$16,606.87 | The Baltimore Sun Company | Unsecured | $16,606.87 | Claim asserted priority under 11 U.S.C. § 507 (a)(8). Tax charge is related to sales tax that does not give rise to priority status. |
| 3 AVENUE TC FUND, L.P.<br>TRANSFEROR: RANDALL LOKEY<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | 703 | No Debtor Asserted | Priority | $350.00 | KTLA Inc. | Unsecured | $350.00 | Claim asserted priority under 11 U.S.C § 507 (a)(4). Claimant is not an employee. |
| 4 AVENUE TC FUND, L.P.<br>TRANSFEROR: HARMON, INC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | 782 | No Debtor Asserted | Priority | $620.00 | Chicago Tribune Company | Unsecured | $620.00 | Claim asserted priority under 11 U.S.C § 507 (a)(1)(A) or (a)(1)(B). Claimant is not entitled to priority for domestic support obligations under 507 (a)(1)(A) or (a)(1)(B). Claim included service or other non-goods. |
| 5 B&D TRANSPORT INC<br>103 MEADOW RUE CT<br>WILLIAMSBURG, VA 23185 | 3074 | No Debtor Asserted | 503(b)(9) | $3,096.00 | The Daily Press, Inc. | Unsecured | $3,096.00 | Claim included services or other non-goods. |
| 6 BAXTER, TODD<br>2121 W. DIVISION ST. # 5<br>CHICAGO, IL 60622 | 6648 | Tribune Company | Priority | $2,500.00 | Eagle New Media Investments, LLC | Unsecured | $2,500.00 | Claim asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |
| 7 BEACH, RANDI<br>PO BOX 297<br>SANTA CLARA, CA 95052 | 58 | No Debtor Asserted | Priority | $100.00 | Los Angeles Times Communications LLC | Unsecured | $100.00 | Claim asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |
| 8 BIRMAN, BATHSHEBA<br>6000 N CICERO AVE NO. 308<br>CHICAGO, IL 60646 | 5284 | Tribune Company | Priority | $1,284.00 | Chicago Tribune Company | Unsecured | $1,284.00 | Claim asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |

Tribune Company, et al.
Omnibus Objection 49: Exhibit B - Modified Priority, Modified Debtor Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | MODIFIED REASON |
|---|---|---|---|---|---|---|---|---|
| **9 DOOR SYSTEMS** 751 EXPRESSWAY DR ITASCA, IL 60143 | 3598 | Tribune Company | 503(b)(9) Unsecured | $5,634.00 $670.73 | Chicago Tribune Company Chicago Tribune Company | 503(b)(9) Unsecured | $1,640.17 $4,664.56 | Claim included services or other non-goods. |
| | | | Subtotal | $6,304.73 | | Subtotal | $6,304.73 | |
| **10 DUFFER, ROBERT** 1407 W. SIGWALT ST. ARLINGTON HTS, IL 60005 | 6947 | Chicago Tribune Newspapers, Inc. | Priority | $300.00 | Chicago Tribune Company | Unsecured | $300.00 | Claim asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |
| **11 EUROPEAN PRESSPHOTO AGEN** AM HAUPTBAHNHOF 16 FRANKFURT, 60329 GERMANY | 2633 | Chicago Tribune Newspapers, Inc. | Priority | $1,540.00 | Chicago Tribune Company | Unsecured | $1,540.00 | Proof of Claim provides no statutory basis for priority. Claimant's supporting documentation and Debtors' books and records provide no basis for priority. Invoices are for services or other non-goods more than 20 days before the Petition Date. |
| **12 FASHION CENTRE AT PENTAGO** C/O SIMON PROPERTY GROUP ATTN: PATTY SUMMERS 225 W. WASHINGTON STREET INDIANAPOLIS, IN 46204 | 356 | Tribune Company | Priority Unsecured | $110,999.00 $1.00 | WDCW Broadcasting, Inc. | Unsecured | $111,000.00 | Proof of Claim provides no statutory basis for priority. Claimant's supporting documentation and Debtors' books and records provide no basis for priority. Claim is on account of an unexpired lease. |
| | | | Subtotal | $111,000.00 | | | | |
| **13 H-O-H WATER TECHNOLOGY, IN** 500 S. VERMONT ST. PALATINE, IL 60067 | 3701 | Chicago Tribune Company | 503(b)(9) | $2,429.68 | Chicago Tribune Company Tribune Direct Marketing, Inc. | 503(b)(9) Unsecured | $1,867.25 $562.43 | Claim included services or other non-goods. |
| | | | | | | Subtotal | $2,429.68 | |
| **14 JEFFERIES LEVERAGED CREDIT)** TRANSFEROR: GO PROMOTIONS ONE STATION PLACE THREE NORTH STAMFORD, CT 06902 | 770 | No Debtor Asserted | Priority Unsecured | $410.24 $8,602.47 | Chicago Tribune Company | Unsecured | $9,012.71 | Claim asserted priority under 11 U.S.C. § 507 (a)(8). Tax charge is related to sales tax that does not give rise to priority status. |
| | | | Subtotal | $9,012.71 | | | | |
| **15 MI-SOOK YOU** KOREAN RADIO TALENT 22 HURST CT SAN RAMON, CA 94583 | 1187 | No Debtor Asserted | 503(b)(9) Priority Unsecured | $0.00 $0.00 $175.00 | Los Angeles Times Communications LLC | Unsecured | $175.00 | Claim asserted 503(b)(9) and priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. In addition, claim included services or other non-goods. |
| | | | Subtotal | $175.00 | | | | |

Tribune Company, et al.
Omnibus Objection 49: Exhibit B - Modified Priority, Modified Debtor Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | MODIFIED REASON |
|---|---|---|---|---|---|---|---|---|
| 16 MINUTE MAN DELIVERY<br>P O BOX 3759<br>GARDENA, CA 90247 | 2243 | No Debtor Asserted | 503(b)(9)<br>Unsecured<br>Subtotal | $39.95<br>$1,986.94<br>$2,026.89 | Los Angeles Times Communications LLC<br>Tribune Media Net, Inc.<br>Subtotal | Unsecured<br>Unsecured | $1,313.94<br>$712.95<br>$2,026.89 | Claim included services or other non-goods. |
| 17 NATIONWIDE RESTORATION LI<br>4825 AIRLINE DR<br>METAIRIE, LA 70001 | 2659 | No Debtor Asserted | Priority | $1,170.00 | Tribune Television New Orleans, Inc. | Unsecured | $1,170.00 | Proof of Claim provides no statutory basis for priority. Claimant's supporting documentation and Debtors' books and records provide no basis for priority. Invoice is for storage rental fees. |
| 18 REAL DATA STRATEGIES<br>480 APOLLO STREET, SUITE A<br>BREA, CA 92821 | 1995 | No Debtor Asserted | 503(b)(9) | $6,000.00 | Los Angeles Times Communications LLC | Unsecured | $6,000.00 | Claim included services or other non-goods. |
| 19 REGER, JOHN<br>PO BOX 2984<br>SEAL BEACH, CA 90740 | 1552 | No Debtor Asserted | 503(b)(9) | $650.00 | Los Angeles Times Communications LLC | Unsecured | $650.00 | Claim included services or other non-goods. |
| 20 SMITH, ANNE<br>63 STAMFORD STREET<br>LONDON, SE1 9NB<br>UNITED KINGDOM | 787 | Tribune Company | Priority | $400.00 | Chicago Tribune Company | Unsecured | $400.00 | Claim asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |
| 21 STRATA MARKETING INC<br>30 W MONROE ST<br>SUITE 1900<br>CHICAGO, IL 60603 | 2910 | KSWB Inc. | 503(b)(9) | $1,634.82 | Channel 40, Inc. | Unsecured | $1,634.82 | Claim included services or other non-goods. |
| 22 STRATA MARKETING, INC<br>30 W. MONROE, SUITE 1900<br>ATTN: LEGAL COUNSEL<br>CHICAGO, IL 60603 | 2913 | KSWB Inc. | 503(b)(9) | $1,101.85 | Tribune Television Holdings, Inc. | Unsecured | $1,101.85 | Claim included services or other non-goods. |
| 23 STRATA MARKETING, INC<br>30 W. MONROE, SUITE 1900<br>ATTN: LEGAL COUNSEL<br>CHICAGO, IL 60603 | 2914 | KSWB Inc. | 503(b)(9) | $2,044.46 | Tribune Broadcast Holdings, Inc. | Unsecured | $2,044.46 | Claim included services or other non-goods. |

Tribune Company, et al.
Omnibus Objection 49: Exhibit B - Modified Priority, Modified Debtor Claims

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | MODIFIED REASON |
|---|---|---|---|---|---|---|---|---|
| 24 UMBARGER, TODD<br>124 CANDLEWOOD MOUNTAIN RD<br>NEW MILFORD, CT 06776-5810 | 1797 | No Debtor Asserted | Priority | $200.00 | New Mass. Media, Inc. | Unsecured | $200.00 | Claim asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |
| 25 UNIVERSITY OF CHICAGO<br>1103 SOUTH LANGLEY AVE.<br>CHICAGO, IL 60628 | 1577 | No Debtor Asserted | 503(b)(9) | $165.38 | Chicago Tribune Company | Unsecured | $165.38 | Goods were received by the Debtor more than 20 days before the Petition Date. |
| 26 VENCO WESTERN INC<br>2400 EASTMAN AV<br>OXNARD, CA 93030 | 2683 | Los Angeles Times Newspapers, Inc. | 503(b)(9)<br>Unsecured<br>Subtotal | $0.00<br>$991.60<br>$991.60 | Los Angeles Times Communications LLC | Unsecured | $991.60 | Claim included services or other non-goods. |
| | | | TOTAL | $171,961.09 | | | TOTAL $171,961.09 | |