IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Cases No. 08-13141 (KJC)<br>Jointly Administered<br><br>Ref. Nos. 9012, 9256, 9703, 10132, 10162 and 10230 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, et al.,<br><br>Plaintiff,<br>vs.<br><br>See Attached Exhibit A,<br><br>Defendants. | Adv. Pro. No. Various (KJC) |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED FIFTH ORDER AMENDING DEFINITION OF "TERMINATION EVENT" IN ORDERS GRANTING OFFICIAL COMMITTEE OF UNSECURED CREDITORS STANDING AND AUTHORITY TO COMMENCE, PROSECUTE, SETTLE AND RECOVER CERTAIN CAUSES OF ACTION ON BEHALF OF THE DEBTORS' ESTATES**

The undersigned counsel for the Official Committee of Unsecured Creditors of Tribune Company (the "Committee"), hereby certifies as follows:

1. On June 16, 2011, the Court issued the Order Granting Second Motion to Amend Definition of "Termination Event" in Orders Granting Official Committee of Unsecured Creditors Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action on Behalf of the Debtors' Estates (the "Stay Extension Order") [D.I. 9256].

2. The Stay Extension Order provides that the proponents of the Competing Plans[1] may further extend the definition of Termination Event in subsection (iii) of the Standing

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Second Motion to Amend Definition of "Termination Event" in Orders Granting Official Committee of Unsecured Creditors Standing

{698.001-W0018332.}

3487419.1

Orders for a period not to exceed sixty (60) days by submission of an agreed proposed order under certification of counsel.

3.  Pursuant to the Fourth Order Amending Definition of "Termination Event" in Orders Granting Official Committee of Unsecured Creditors Standing and Authority To Commence, Prosecute, Settle and Recover Certain Causes of Action on Behalf of the Debtors' Estates [D.I. 10132], subsection (iii) of the definition of Termination Event in the Standing Orders is currently December 13, 2011.

4.  On November 4, 2011, the Official Committee of Unsecured Creditors filed the Motion For An Order *Nunc Pro Tunc* Amending The Definition Of "Termination Event" In Orders Granting Official Committee Of Unsecured Creditors Standing And Authority To Commence, Prosecute, Settle And Recover Certain Causes Of Action On Behalf Of The Debtors' Estates (the "Motion") [D.I. 10162]. The Motion sought to remove subsection (ii) of the definition of Termination Event in the Standing Orders. Sam Zell filed a limited objection to the Motion on November 15, 2011 [D.I. 10230], which was overruled by the Court during the November 22, 2011 hearing. (*See* Nov. 22 Hearing Tr. at 21-22.)

5.  Pursuant to the Stay Extension Order, the proponents of the Competing Plans have agreed to modify subsection (iii) of the definition of Termination Event in the Standing Orders by changing the date to January 17, 2012 in *The Official Committee of Unsecured Creditors of Tribune Company, et al. v. Dennis J. FitzSimons, et al.*, Adv. Proc. 10-54010 (KJC) (the "Shareholder Action"), and to February 17, 2012 for all other adversary proceedings and preference actions brought by the Committee pursuant to the Standing Orders,

---

and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action on Behalf of the Debtors' Estates, dated May 27, 2011 [D.I. 9012].

including *The Official Committee of Unsecured Creditors of Tribune Company, et al. v. JPMorgan Chase Bank, N.A., et al.*, Adv. Proc. 10-53963 (KJC) (the "Lender Action").

6. Counsel for the Noteholder Plan Proponents have advised counsel for the DCL Plan Proponents that certain of the Noteholder Plan Proponents oppose any further extensions of time related to subsection (iii) of the definition of Termination Event beyond January 17, 2012 with respect to the Shareholder Action.

7. The DCL Plan Proponents and the Noteholder Plan Proponents will meet and confer in good faith prior to January 17, 2012 concerning whether, and under what circumstances, the stay of the Shareholder Action should be continued or terminated. Pursuant to the Stay Extension Order or otherwise, the DCL Plan Proponents reserve the right to seek further extensions from the Court related to the stay of prosecution of the Shareholder Action, the Lender Action, and other proceedings brought pursuant to the Standing Orders.

8. Undersigned counsel certifies that the proposed order attached hereto as Exhibit B (the "Proposed Order") is in a form acceptable to the proponents of the Competing Plans and respectfully requests that the Court enter the Proposed Order at its convenience.

9. Pursuant to the Stay Extension Order, notice of this Proposed Order will be given to all parties who have requested notice in these cases pursuant to Fed. R. Bankr. P. 2002.

10. Pursuant to the Stay Extension Order, Samuel Zell shall have the right to file an objection to the relief sought in the Proposed Order within ten (10) days after the filing of this Certification of Counsel.

Dated: December 12, 2011
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ James S. Green, Jr.*
Adam G. Landis (No. 3407)
Daniel B. Rath (No. 3022)
Matthew B. McGuire (No. 4366)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

*Counsel to the Official Committee of Unsecured Creditors for the Shareholder Action and not the Lender Action*

- and -

Graeme W. Bush
James Sottile
Andrew N. Goldfarb
**ZUCKERMAN SPAEDER LLP**
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

*Counsel to the Official Committee of Unsecured Creditors*

and

Dated: December 12, 2011
Wilmington, Delaware

**SEITZ, VAN OGTROP & GREEN, P.A.**

/s/ *James S. Green, Sr.*

———————————————
James S. Green, Sr. (No. 481)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
Telephone: (302) 888-0600
Facsimile: (302) 888-0606

*Counsel to the Official Committee of Unsecured Creditors for the Lender Action and not the Shareholder Action*

-and-

Graeme W. Bush
James Sottile
Andrew N. Goldfarb
**ZUCKERMAN SPAEDER LLP**
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

*Counsel to the Official Committee of Unsecured Creditors*