# EXHIBIT A

{698.001-W0018332.}

3487419.1

# EXHIBIT A

## LBO-Related Adversary Proceedings

| Defendant | Adversary No. |
|---|---|
| Dennis J. FitzSimons, et al. | 10-54010 |
| JPMorgan Chase Bank, N.A., et al. | 10-53963 |

## Preference Actions

| Defendant | Adversary No. |
|---|---|
| Paul, Hastings, Janofsky & Walker LLP | 10-55967 |
| Katten Muchin Rosenman LLP | 10-55957 |
| Timothy P. Knight | 10-55956 |
| Eagle Aircraft & Transportation Management, Inc. | 10-55824 |
| Michael C. Gates | 10-55802 |
| Thomas S. Finke | 10-55801 |
| Kathy H. Skipper | 10-55800 |
| Alison R. Scholly | 10-55799 |
| Matthew Catania | 10-55798 |
| Richard H. Malone | 10-55797 |
| Michael J. Malee | 10-55796 |
| Lisa E. Brewer | 10-55795 |
| Timothy J. Landon | 10-55794 |
| Julie D. Anderson | 10-55793 |
| Greg Healy | 10-55792 |
| Lynne Anne Adamson | 10-55791 |
| Dana C. Hayes Jr. | 10-55790 |
| Stephen J. Mulderrig | 10-55788 |
| Richard D. Molchany | 10-55787 |
| Dan Mitrovich | 10-55786 |
| Robyn L. Motley | 10-55785 |
| Kenneth Mitchell | 10-55784 |
| Christopher C. Morrill | 10-55783 |
| Susan M. Mitchell | 10-55782 |
| L. Clark Morehouse III | 10-55781 |
| Eric J. Meyrowitz | 10-55780 |
| Nancy A. Meyer | 10-55779 |

| | |
|---|---|
| Kim A. McCleary La France | 10-55778 |
| Gina M. Mazzaferri | 10-55777 |
| Earl R. Maucker | 10-55776 |
| Jerome P. Martin | 10-55775 |
| Louis Maranto | 10-55774 |
| John M. Manzi | 10-55773 |
| Vincent A. Malcolm | 10-55772 |
| Jeffrey S. Levine | 10-55771 |
| Ardith Hilliard | 10-55770 |
| Walter F. Mahoney | 10-55769 |
| Thomas E. Langmyer | 10-55768 |
| David Dean Hiller | 10-55767 |
| Ann Marie Lipinski | 10-55766 |
| William A. Lanesey | 10-55765 |
| Glenn G. Kranzley | 10-55764 |
| Catherine M. Hertz | 10-55763 |
| Timothy L. Koller | 10-55762 |
| John R. Hendricks | 10-55761 |
| Jane E. Healy | 10-55760 |
| Patricia A. Kolb | 10-55759 |
| William B. Haselden | 10-55758 |
| David Kniffin | 10-55757 |
| Randy Hano | 10-55756 |
| Peter A. Knapp | 10-55755 |
| Paul R. Kelly Jr. | 10-55754 |
| Jack D. Klunder | 10-55753 |
| Avido Dikari Khahaifa | 10-55752 |
| Charlotte H. Hall | 10-55750 |
| Gerould Kern | 10-55749 |
| Timothy R. Kennedy | 10-55747 |
| Gordon L. Jones | 10-55746 |
| Robert J. Gremillion | 10-55745 |
| Terry Jimenez | 10-55744 |
| Janice Jacobs | 10-55743 |
| Howard Greenberg | 10-55742 |
| Alice T. Iskra | 10-55741 |
| Richard J. Graziano | 10-55740 |
| Richard E. Inouye | 10-55738 |
| Linda Hutzler | 10-55737 |
| Ira Goldstone | 10-55736 |
| Tony Hunter | 10-55735 |

| | |
|---|---|
| Vincent R. Giannini | 10-55734 |
| Bonnie B. Hunter | 10-55733 |
| Carolyn Hudspeth | 10-55732 |
| Ernest C. Gates | 10-55731 |
| Susan M. Conway | 10-55730 |
| Michael Gart | 10-55729 |
| Vincent Casanova | 10-55725 |
| Stephen D. Carver | 10-55724 |
| Timothy Franklin | 10-55723 |
| Stephen M. Budihas | 10-55722 |
| Michael C. Foux | 10-55721 |
| David A. Bucknor | 10-55720 |
| Audrey L. Farrington | 10-55719 |
| Rebecca M. Brubaker | 10-55718 |
| Peter D. Filice | 10-55717 |
| Steve Farber | 10-55716 |
| Thomas F. Brown | 10-55715 |
| Richard D. Felty | 10-55714 |
| Richard Engberg | 10-55713 |
| John Birmingham | 10-55712 |
| James L. Ellis | 10-55711 |
| Theodore J. Biedron | 10-55710 |
| James D. Fehnel | 10-55709 |
| Tom E. Ehlmann | 10-55708 |
| Betty Ellen Berlamino | 10-55707 |
| Dianne Donovan | 10-55706 |
| James F. Feher Jr. | 10-55705 |
| Cindy Donnelly | 10-55704 |
| Philip Doherty | 10-55703 |
| Richard S. Feeney | 10-55702 |
| Kenneth J. DePaola | 10-55701 |
| Lawrence Delia | 10-55700 |
| Catherine A. Davis | 10-55699 |
| Raymond Daley | 10-55698 |
| Kelly F. Benson | 10-55697 |
| David A. Bennett | 10-55696 |
| Bob Bellack | 10-55695 |
| James D. Zerwekh | 10-55694 |
| Alexa A. Bazanos | 10-55693 |
| John E. Zelenka | 10-55692 |
| Henry R. Barrett | 10-55691 |

| Owen Youngman | 10-55690 |
|---|---|
| Roger A. Bare | 10-55689 |
| David D. Williams | 10-55688 |
| Joseph A. Young | 10-55687 |
| Cynthia Baker | 10-55686 |
| Craig Allen | 10-55685 |
| Jack Whisler | 10-55684 |
| Michael D. Asher | 10-55683 |
| F. Ashley Allen | 10-55682 |
| Howard G. Weinstein | 10-55681 |
| Gladys M. Arroyo | 10-55680 |
| Thomas J. Anischik | 10-55678 |
| Harry A. Amsden | 10-55677 |
| Kathleen M. Waltz | 10-55676 |
| Javier J. Aldape | 10-55675 |
| John J. Vitanovec | 10-55674 |
| Deepak Agarwal | 10-55673 |
| John F. Acanfora | 10-55672 |
| Julie K. Xanders | 10-55671 |
| John D. Worthington IV | 10-55670 |
| Deborah B. Vinakos | 10-55669 |
| John Wollney | 10-55667 |
| John C. Twohey | 10-55666 |
| Leo C. Wolinsky | 10-55665 |
| Cam B. Trinh | 10-55664 |
| Timothy F. Windsor | 10-55663 |
| Roger D. Williams | 10-55662 |
| Stephen P. Tippie | 10-55661 |
| Daniel A. O'Sullivan | 10-55660 |
| Timothy J. Thomas | 10-55659 |
| James O'Shea | 10-55658 |
| Kevin P. Scanlon | 10-55657 |
| John T. O'Loughlin | 10-55656 |
| Douglas Thomas | 10-55655 |
| Stephen G. Santay | 10-55654 |
| Timothy E. Ryan | 10-55653 |
| Dennis G. O'Brien | 10-55651 |
| Michael D. Slason | 10-55650 |
| Clifford L. Teutsch | 10-55648 |
| Shaun M. Sheehan | 10-55647 |
| Lou Tazioli | 10-55646 |

| | |
|---|---|
| William P. Shaw | 10-55645 |
| Stephen G. Seidl | 10-55643 |
| Lynne A. Segall | 10-55642 |
| Louis J. Stancampiano | 10-55641 |
| Digby A. Solomon | 10-55639 |
| Robert K. Schrepf | 10-55638 |
| Scott C. Smith | 10-55637 |
| Linda A. Schaible | 10-55636 |
| Marc S. Schacher | 10-55635 |
| Erik A. Smist | 10-55634 |
| Robert R. Rounce | 10-55633 |
| Sheau-ming Kuo Ross | 10-55632 |
| John A. Riggle | 10-55631 |
| John E. Reardon | 10-55629 |
| Joseph F. Pisani | 10-55628 |
| Gregory C. Pedersen | 10-55627 |
| Pamela S. Pearson | 10-55625 |
| Robert J. Ramsey | 10-55624 |
| Robert J. Palermini | 10-55623 |
| Myrna G. Ramirez | 10-55622 |
| Irving L. Quimby Jr. | 10-55621 |
| Julian G. Posada | 10-55620 |
| Norbert E. Ortiz | 10-55619 |
| Scott G. Pompe | 10-55617 |
| John F. Poelking | 10-55616 |
| Thomas J. Nork | 10-55615 |
| Russell J. Newton | 10-55614 |
| George C. NeJame | 10-55613 |
| David P. Murphy | 10-55612 |
| Gwen P. Murakami | 10-55611 |
| Charles Sennet | 10-55609 |
| Gary Weitman | 10-55608 |
| John B. Rodden | 10-55607 |
| Patrick Shanahan | 10-55606 |
| Irene M. F. Sewell | 10-55605 |
| R. Mark Mallory | 10-55604 |
| Luis E. Lewin | 10-55603 |
| Brian F. Litman | 10-55602 |
| Thomas D. Leach | 10-55601 |
| Crane H. Kenney | 10-55600 |
| Mark W. Hianik | 10-55599 |

| | |
|---|---|
| Daniel G. Kazan | 10-55598 |
| Robert Holm | 10-55597 |
| Donald C. Grenesko | 10-55596 |
| Karen H. Flax | 10-55595 |
| Dennis J.FitzSimons | 10-55594 |
| Thomas Caputo | 10-55593 |
| Chandler Bigelow | 10-55585 |