THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket Nos. 10390 and 10413** |

## NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 13, 2011 AT 1:00 P.M. BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the hearing via telephone must contact
CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946)
no later than 12:00 p.m. one business day prior to the hearing.

## CONTINUED MATTERS

1.    Motion of the Debtors for an Order Pursuant to 11 U.S.C. §§ 363 and 553 and Fed. R. Bankr. P. 9019(a) Approving Settlement Agreement By and Between InsertCo Inc. and 57-11 49th Place, LLC (Filed November 1, 2011) (Docket No. 10138)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2]  **Amendments appear in bold print.**

Objection Deadline: November 15, 2011 at 4:00 p.m.
On consent of the parties, the objection deadline is extended to 4:00 p.m. on January 4, 2012 for Shuttle Printing and the reply deadline is extended to 4:00 p.m. on January 6, 2011 for the Debtors.

Responses Received: None at this time

Status:      This matter is adjourned to the January 11, 2012 hearing.  This matter will not be going forward.

2.      Debtors' Objection to Shuttle Printing, Inc.'s Proof of Claim No. 6260 (Filed November 1, 2011) (Docket No. 10139)

Response Deadline: December 5, 2011 at 4:00 p.m.
On consent of the parties, the objection deadline is extended to 4:00 p.m. on January 4, 2012 for Shuttle Printing and the reply deadline is extended to 4:00 p.m. on January 6, 2011 for the Debtors.

Responses Received: None at this time.

Status:      This matter is adjourned to the January 11, 2012 hearing.  This matter will not be going forward.

3.      Joint Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas Requesting Reconsideration of the Court's Confirmation Opinion with Respect to the Subordination of the PHONES (Filed November 14, 2011) (Docket No. 10222)

Response Deadline (Court Ordered): December 6, 2011 at 4:00 p.m.
Reply Deadline (Court Ordered): December 9, 2011 at 4:00 p.m.

Related Documents:

   (a)      Joinder of Davidson Kempner Capital Management LLC, as Investment Advisor, to Joint Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas Requesting Reconsideration of the Court's Confirmation Opinion with Respect to the Subordination of the PHONES (Filed November 14, 2011) (Docket No. 10223)

   (b)      Joinder of Brigade Capital Management, LLC in the Joint Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas Requesting Reconsideration of the Court's Confirmation Opinion with Respect to the Subordination of the PHONES (Filed November 14, 2011) (Docket No. 10225)

46429/0001-8039759v4

Responses Received:

(a)     EGI-TRB LLC's Objection to [1] Motion of Aurelius Capital
        Management, LP for Reconsideration of the Court's October 31, 2011
        Decision as it Pertains to the Application of PHONES Notes
        Subordination; [2] Joint Motion of Law Debenture Trust Company of New
        York and Deutsche Bank Trust Company Amercias Requesting
        Reconsideration of the Court's Confirmation Opinion with Respect to the
        Subordination of the PHONES; and [3] Joinders by Brigade Capital
        Management, LLC, Davidson Kempner Capital Management LLC, and
        Deutsche Bank Trust Company Americas (Filed December 6, 2011)
        (Docket No. 10365)

(b)     Response of TM Retirees to Motions for Reconsideration of Portions of
        the October 31, 2011 Opinion on Confirmation (Filed December 6, 2011)
        (Docket No. 10366)

(c)     Wilmington Trust Company's Omnibus Objection to Motions for
        Reconsideration of this Court's Decision on PHONES Subordination and
        the Proceeds of the Litigation Trust Under the DCL Plan (Filed
        December 6, 2011) (Docket No. 10371)

(d)     Joint Reply of Law Debenture Trust Company of New York and Deutsche
        Bank Trust Company Americas in Further Support of Their Request for
        Reconsideration of the Court's Confirmation Opinion With Respect to the
        Subordination of the PHONES (Filed December 9, 2011) (Docket No.
        10399)

(e)     Joinder of Davidson Kempner Capital Management LLC, as Investment
        Advisor, to Joint Reply of Law Debenture Trust Company of New York
        and Deutsche Bank Trust Company Americas in Further Support of Their
        Request for Reconsideration of the Court's Confirmation Opinion With
        Respect to the Subordination of the PHONES (Filed December 9, 2011)
        (Docket No. 10400)

(f)     Joinder of Brigade Capital Management, LLC in the Joint Reply of Law
        Debenture Trust Company of New York and Deutsche Bank Trust
        Company Americas in Further Support of Their Request for
        Reconsideration of the Court's Confirmation Opinion With Respect to the
        Subordination of the PHONES (Filed December 9, 2011) (Docket No.
        10401)

Status:     Pursuant to the Court's directive at the November 29, 2011 telephonic
            hearing, the hearing on this matter is rescheduled to December 14, 2011 at
            1:30 p.m. and will proceed at that time.

3

4.    Motion of Aurelius Capital Management, LP for Reconsideration of the Court's
      October 31, 2011 Decision as it Pertains to the Application of PHONES Notes
      Subordination (Filed November 14, 2011) (Docket No. 10226)

      Response Deadline (Court Ordered):  December 6, 2011 at 4:00 p.m.
      Reply Deadline (Court Ordered):  December 9, 2011 at 4:00 p.m.

      Related Documents:

            (a)    Deutsche Bank Trust Company Americas' Joinder to Motion of Aurelius
                   Capital Management, LP for Reconsideration of the Court's October 31,
                   2011 Decision as it Pertains to the Application of PHONES Notes
                   Subordination (Filed November 16, 2011) (Docket No. 10238)

      Responses Received:

            (a)    EGI-TRB LLC's Objection to [1] Motion of Aurelius Capital
                   Management, LP for Reconsideration of the Court's October 31, 2011
                   Decision as it Pertains to the Application of PHONES Notes
                   Subordination; [2] Joint Motion of Law Debenture Trust Company of New
                   York and Deutsche Bank Trust Company Amercias Requesting
                   Reconsideration of the Court's Confirmation Opinion with Respect to the
                   Subordination of the PHONES; and [3] Joinders by Brigade Capital
                   Management, LLC, Davidson Kempner Capital Management LLC, and
                   Deutsche Bank Trust Company Americas (Filed December 6, 2011)
                   Docket No. 10365)

            (b)    Response of TM Retirees to Motions for Reconsideration of Portions of
                   the October 31, 2011 Opinion on Confirmation (Filed December 6, 2011)
                   (Docket No. 10366)

            (c)    Wilmington Trust Company's Omnibus Objection to Motions for
                   Reconsideration of this Court's Decision on PHONES Subordination and
                   the Proceeds of the Litigation Trust Under the DCL Plan (Filed
                   December 6, 2011) (Docket No. 10371)

            (d)    Aurelius Capital Management, LP's Omnibus Reply in Support of Motion
                   of Aurelius Capital Management, LP for Reconsideration of the Court's
                   October 31, 2011 Decision as it Pertains to the Application of PHONES
                   Notes Subordination (Filed December 9, 2011) (Docket No. 10396)

      Status:      Pursuant to the Court's directive at the November 29, 2011 telephonic
                   hearing, the hearing on this matter is rescheduled to December 14, 2011 at
                   1:30 p.m. and will proceed at that time.

5.    Motion of the Noteholder Plan Proponents for Reconsideration and Clarification of the
      Court's October 31, 2011 Decision (Filed November 14, 2011) (Docket No. 10227)

46429/0001-8039759v4

Response Deadline (Court Ordered):  December 6, 2011 at 4:00 p.m.
Reply Deadline (Court Ordered):  December 9, 2011 at 4:00 p.m.

Responses Received:

(a)   Response of TM Retirees to Motions for Reconsideration of Portions of
the October 31, 2011 Opinion on Confirmation (Filed December 6, 2011)
(Docket No. 10366)

(b)   EGI-TRB LLC's Objection to Motion of the Noteholder Plan Proponents
for Reconsideration and Clarification of the Court's October 31, 2011
Decision (Filed December 6, 2011) (Docket No. 10368)

(c)   Objection of the Debtor/Committee/Lender Plan Proponents to the Motion
of the Noteholder Plan Proponents for Reconsideration and Clarification
of the Court's October 31, 2011 Opinion (Filed December 6, 2011)
(Docket No. 10373)

(d)   Certain Current and Former Directors and Officers' Objections to
Noteholder Plan Proponents' Motion for Reconsideration and Clarification
of the Court's October 31, 2011 Decision (Filed December 6, 2011)
(Docket No. 10376)

(e)   Aurelius Capital Management, LP on behalf of itself and its managed
entities and the other Noteholder Plan Proponents' Omnibus Reply in
Support of the Noteholder Plan Proponents' Motion for Reconsideration
and Clarification of the Court's October 31, 2011 Decision (Filed
December 9, 2011) (Docket No. 10398)

Status:     Pursuant to the Court's directive at the November 29, 2011 telephonic
hearing, the hearing on this matter is rescheduled to December 14, 2011 at
1:30 p.m. and will proceed at that time.

6.   Motion of Debtors for Order (I) Approving Supplemental Disclosure Document;
(II) Establishing Scope, Forms, Procedures, and Deadlines for Resolicitation and
Tabulation of Votes to Accept or Reject DCL Plan From Certain Classes;
(III) Authorizing Tabulation of Prior Votes and Elections on DCL Plan Made By Holders
of Claims in Non-Resolicited Classes; (IV) Scheduling the Confirmation Hearing and
Establishing Notice and Objection Procedures In Respect Thereof; and (V) Granting
Related Relief (Filed November 18 2011) (Docket No. 10274)

Objection Deadline:  December 6, 2011 at 4:00 p.m.

46429/0001-8039759v4

Responses Received:

(a)     Wilmington Trust Company's Preliminary Objection to Motion of Debtors for Order (I) Approving Supplemental Disclosure Statement; (II) Establishing Scope, Forms, Procedures, and Deadlines for Resolicitation and Tabulation of Votes to Accept or Reject DCL Plan from Certain Classes; (III) Authorizing Tabulation of Prior Votes and Elections on DCL Plan Made by Holders of Claims in Non-Resolicited Classes; (IV) Scheduling the Confirmation Hearing and Establishing Notice and Objection Procedures in Respect Thereof; and (V) Granting Related Relief (Filed December 6, 2011) (Docket No. 10367)

(b)     Wilmington Trust Company's Statement Concerning the Timing of Consideration of the Debtors' Request to Commence Solicitation of the Third Amended Plan of Reorganization and the Debtors' Proposal Concerning the Resolution of the Allocation Disputes, as defined Therein (Filed December 6, 2011) (Docket No. 10374)

Status:    Pursuant to the Court's directive at the November 29, 2011 telephonic hearing, this matter will be scheduled by the Court.  This matter will not be going forward.

## CERTIFICATIONS OF NO OBJECTION / CERTIFICATIONS OF COUNSEL

7.    Debtors' Forty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 (Filed November 10, 2011) (Docket No. 10191)

Response Deadline:  December 6, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:

(a)     Notice of Submission of Proofs of Claim Regarding Debtors' Forty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 (Filed November 29, 2011) (Docket No. 10310)

(b)     Certification of Counsel Regarding Docket No. 10191 (Filed December 8, 2011) (Docket No. 10387)

(c)     **Order Sustaining Debtors' Forty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502 and 507 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 (Entered December 12, 2011) (Docket No. 10420)**

46429/0001-8039759v4

**Status:** **The Court entered an Order sustaining the Objection. This matter will not be going forward.**

8.  Application of SNR Denton US LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for Services Rendered as Ordinary Course Counsel to the Debtors During the Period from September 1, 2011 through October 31, 2011 (Filed November 10, 2011) (Docket No. 10196)

    Objection Deadline: December 1, 2011 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    (a)  Certification of No Objection Regarding Docket No. 10196 (Filed December 5, 2011) (Docket No. 10352)

    (b)  **Order Allowing Compensation and Reimbursement of Expenses to SNR Denton US LLP for Services Rendered as Ordinary Course Counsel to the Debtors During the Period from September 1, 2011 through October 31, 2011 (Entered December 12, 2011) (Docket No. 10421)**

    **Status:** **The Court entered an Order granting the Application. This matter will not be going forward.**

9.  Application for an Order Authorizing Debtors to Employ and Retain SNR Denton US LLP as Special Counsel to the Debtors for Certain Litigation and Transactional Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107, Nunc Pro Tunc to November 1, 2011 (Filed November 23 2011) (Docket No. 10295)

    Objection Deadline: December 6, 2011 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    (a)  Certification of No Objection Regarding Docket No. 10295 (Filed December 8, 2011) (Docket No. 10386)

    (b)  **Order Authorizing Debtors to Employ and Retain SNR Denton US LLP as Special Counsel to the Debtors for Certain Litigation and Transactional Matters Nunc Pro Tunc to November 1, 2011 (Entered December 12, 2011) (Docket No. 10422)**

    **Status:** **The Court entered an Order granting the Application. This matter will not be going forward.**

46429/0001-8039759v4

## MATTERS GOING FORWARD

10.    Motion of Tribune Company for an Order Pursuant to 11 U.S.C. § 363 and Fed. R. Bankr. P. 9019(a) Approving Settlement Agreement Between Tribune Company and Randy Michaels (Filed November 22, 2011) (Docket No. 10287)

Objection Deadline:  December 6, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:

(a)    Certification of No Objection Regarding Motion of Tribune Company for an Order Pursuant to 11 U.S.C. § 363 and Fed. R. Bankr. P. 9019(a) Approving Settlement Agreement Between Tribune Company and Randy Michaels (Filed December 12, 2011) (Docket No. 10412)

Status:    A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

11.    Motion of the Official Committee of Unsecured Creditors for Authority to Address and Send Service to Foreign Defendants on Behalf of the Clerk of the Court (Filed November 23 2011) (Adv. Proceeding No. 10-53963, Docket No. 667 and Adv. Proceeding No. 10-54010, Docket No. 338)

Objection Deadline:  December 6, 2011 at 4:00 p.m.

Responses Received:

(a)    Brief of Defendants Amalgamated Bank; BNP Paribas Securities Corp.; Brown Brothers Harriman & Co.; Deutsche Bank Securities, Inc.; PNC Bank, National Association; Swiss American Securities, Inc.; TD Ameritrade Clearing, Inc.; UBS Financial Services, Inc.; and UBS Securities LLC in Opposition to Plaintiff's Motion for Leave to Serve Foreign Defendants by Registered Mail (Filed December 6, 2011) (Adv. Proceeding No. 10-54010, Docket No. 350)

(b)    Reply of the Official Committee of Unsecured Creditors in Support of Motion for Authority to Address and Send Service to Foreign Defendants on Behalf of the Clerk of the Court (Filed December 8, 2011) (Adv. Proceeding No. 10-54010, Docket No. 356)

Status:    This matter will be going forward.

46429/0001-8039759v4

12. Omnibus Motion of the Official Committee of Unsecured Creditors to Compel Production of Documents by Defendants (Filed December 6, 2011) (Adv. Proceeding No. 10-54010, Docket No. 351)

Objection Deadline:  December 12, 2011 at 12:00 p.m.

Responses Received:

(a) **Response Brief in Opposition to Plaintiff's Omnibus Motion to Compel Production of Documents of Defendants AG Edwards, Inc., Evergreen Equity Trust, Evergreen Select Equity Trust, Wachovia Corp., Wells Fargo & Co., Wells Fargo Bank, N.A., Wells Fargo Funds Trust, Wells Fargo Investments, LLC, Wells Fargo Master Trust, Wells Fargo Variable Trust, Bank of New York Trust Company, N.A., BNY Hamilton Funds Inc., Strategic Funds, Inc., Dreyfus Index Funds, Inc., Dreyfus Premier Manager Funds II, Dreyfus Stock Index Fund, Inc., Dreyfus Variable Investment Fund and The Dreyfus/Laurel Funds, Inc. (Filed December 12, 2011) (Adv. Proceeding No. 10-54010, Docket No. 365)**

(b) **Response Brief and Joinder of Harris N.A. in Opposition to Plaintiff's Motion to Compel Production of Documents (Filed December 12, 2011) (Adv. Proceeding No. 10-54010, Docket No. 366)**

(c) **Response Brief of Defendants Deutsche Bank Aktiengesellschaft; Fidelity Advisor Series I; Fidelity Commonwealth Trust; Fidelity Puritan Trust; Fidelity Rutland Square Trust II; Fidelity Securities Fund; Fidelity Select Portfolios; FMR LLC; and Geode Capital Management, LLC, in Opposition to Plaintiff's Motion to Compel Production of Documents (Filed December 12, 2011) (Adv. Proceeding No. 10-54010, Docket No. 368)**

(d) **Joinder of Channing Capital Management to (I) Response Brief in Opposition to Plaintiff's Omnibus Motion to Compel Production of Documents by AG Edwards, Inc., Evergreen Equity Trust, Evergreen Select Equity Trust, Wachovia Corp., Wells Fargo & Co., Wells Fargo Bank, N.A., Wells Fargo Funds Trust, Wells Fargo Master Trust, Wells Fargo Variable Trust, The Bank of New York Trust Company, N.A., BNY Hamilton Funds Inc., Strategic Funds, Inc., Dreyfus Index Funds, Inc., Dreyfus Premier Manager Funds II, Dreyfus Stock Index Funds, Inc., Dreyfus Variable Investment Funds, The Dreyfus/Laurel Funds, Inc., (II) Response Brief and Joinder of Harris N.A. in Opposition to Plaintiff's Motion to Compel Production of Documents, and (III) Response Brief of Defendants Deutsche Bank Aktiengesellschaft, Fidelity Advisor Series I, Fidelity Commonwealth Trust, Fidelity Puritan Trust, Fidelity Rutland Square II, Fidelity Securities Fund, Fidelity Select Portfolios, FMR, LLC and Geode**

9

Capital Management LLC (Filed December 12, 2011) (Adv.
Proceeding No. 10-54010, Docket No. 370)

(e)   Exhibit 1 [Corrected] to Docket No. 368 (Filed December 12, 2011)
       (Adv. Proceeding No. 10-54010, Docket No. 371)

(f)    Exhibit 2 [Corrected] to Docket No. 368 (Filed December 12, 2011)
       (Adv. Proceeding No. 10-54010, Docket No. 372)

**Related Documents:**

(a)   **Notice of Withdrawal of Motion to Compel with Respect to Harris
       Financial Corp. and Welch & Forbes, LLC (Filed December 9, 2011)
       (Adv. Proceeding No. 10-54010, Docket No. 358)**

Status:        This matter will be going forward.

13.   Hearing on Written Submissions with respect to Scheduling of Confirmation-Related
      Proceedings and the Process for Resolution of the Allocation Disputes.

      Response Deadline (Court Ordered):  December 6, 2011 at 4:00 p.m.
      Reply Deadline (Court Ordered):  December 9, 2011 at 4:00 p.m.

      Responses Received:

(a)   EGI-TRB LLC's Statement of Position on Scheduling of the Allocation
      Dispute (Filed December 6, 2011) (Docket No. 10364)

(b)   Statement of Aurelius Capital Management, LP in Support of its Position
      Regarding Process for Resolution of the Allocation Disputes (Filed
      December 6, 2011) (Docket No. 10369)

(c)   Memorandum of the DCL Plan Proponents Regarding the Scheduling of
      Further Proceedings (Filed December 6, 2011) (Docket No. 10370)

(d)   Wilmington Trust Company's Statement Concerning the Timing of
      Consideration of the Debtors' Request to Commence Solicitation of the
      Third Amended Plan of Reorganization and the Debtors' Proposal
      Concerning the Resolution of the Allocation Disputes, as defined Therein
      (Filed December 6, 2011) (Docket No. 10374)

(e)   Deutsche Bank Trust Company Americas' Joinder to Statement of
      Aurelius Capital Management, LP in Support of Its Position Regarding
      Process for Resolution of the Allocation Disputes (Filed December 9,
      2011) (Docket No. 10392)

10

(f)    Wilmington Trust Company's Reply to (I) the Memorandum of the DCL
       Plan Proponents Regarding the Scheduling of Further Proceedings and (II)
       the Statement of Aurelius Capital Management, LP in Support of its
       Position Regarding Process for Resolution of the Allocation Disputes
       (Filed December 9, 2011) (Docket No. 10393)

(g)    DCL Plan Proponents' Omnibus Response to Statements Regarding the
       Scheduling of Further Proceedings (Filed December 9, 2011) (Docket No.
       10394)

(h)    Response of Aurelius Capital Management, LP to (I) Memorandum of the
       DCL Plan Proponents Regarding the Scheduling of Further Proceedings
       and (II) EGI-TRB LLC's Statement of Position on Scheduling of the
       Allocation Dispute (Filed December 9, 2011) (Docket No. 10395)

(i)    EGI-TRB LLC's Objection and Reply to [1] Statement of Aurelius Capital
       Management, LP in Support of Its Position Regarding Process for
       Resolution of the Allocation Disputes; [2] Memorandum of DCL Plan
       Proponents Regarding the Scheduling of Further Proceedings and [3]
       Wilmington Trust Company's Statement Concerning the Timing of
       Consideration of the Debtors' Request to Commence Solicitation of the
       Third Amended Plan of Reorganization and Debtors' Proposal Concerning
       the Resolution of the Allocation Disputes (Filed December 9, 2011)
       (Docket No. 10397)

(j)    **Joinder of Law Debenture Trust Company of New York to Statement
       of Aurelius Capital Management, LP in Support of Its Position
       Regarding Process for Resolution of the Allocation Disputes (Filed
       December 12, 2011) (Docket No. 10415)**

Status:    This matter will be going forward.

## PROFESSIONAL FEE APPLICATIONS – CERTIFICATION OF COUNSEL FILED

14.    Notice of Hearing on Monthly Fee Requests and Quarterly Fee Application Requests for
       the Sixth Interim Fee Period (Filed November 2, 2011) (Docket No. 10146)

       Related Document(s):

       (a)    An index referencing the relevant fee requests, certifications and the fee
              examiner's final reports is attached hereto as Exhibit A

       (b)    Certification of Counsel Regarding Omnibus Order Approving Fee
              Applications for the Compensation Period March 1, 2010 through and
              Including May 31, 2010 (Filed December 7, 2011) (Docket No. 10380)

46429/0001-8039759v4

(c)    **Omnibus Order Approving Fee Applications for the Compensation Period March 1, 2010 through and including May 31, 2010 (Entered December 12, 2011) (Docket No. 10418)**

Response Deadlines:  See respective Applicants' monthly fee applications.

Responses Received:  None.

**Status:**    **The Court entered an Omnibus Order granting the fee applications.  This matter will not be going forward.**

Dated: December 12, 2011

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone:  (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-8039759v4