## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141-KJC |
| Debtors. | Jointly Administered |

### EXHIBIT "A" TO NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON DECEMBER 13, 2011 AT 1:00 P.M.
### BEFORE THE HONORABLE KEVIN J. CAREY

1.    Notice of Hearing on Monthly Fee Requests and Quarterly Fee Application Requests for the Sixth Interim Fee Period (Filed November 2, 2011) (Docket No. 10146)

**Fee Applications**:

A.    Cole, Schotz, Meisel, Forman & Leonard, P.A.

1.    Sixth Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2010 through May 31, 2010 (Filed September 1, 2010) (Docket No. 5604)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.       Certification of No Objection Regarding Docket No. 5604 (Filed September 23, 2010) (Docket No. 5793)

3.       Fifteenth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2010 through March 31, 2010 (Filed May 7, 2010) (Docket No. 4259)

4.       Certification of No Objection Regarding Fifteenth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2010 through March 31, 2010 (Filed June 1, 2010) (Docket No. 4657)

5.       Sixteenth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2010 through April 30, 2010 (Filed July 15, 2010) (Docket No. 5051)

6.       Certification of No Objection Regarding Docket No. 5051 (Filed August 6, 2010) (Docket No. 5307)

7.       Seventeenth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2010 through May 31, 2010 (Filed August 13, 2010) (Docket No. 5378)

8.       Certification of No Objection Regarding Docket No. 5378 (Filed September 8, 2010) (Docket No. 5639)

9.       Fee Examiner's Final Report Regarding the Sixth Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A. (Filed November 8, 2011) (Docket No. 10177)

B.     <u>Sidley Austin LLP</u>

1.       Sixth Quarterly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of March 1, 2010 through May 31, 2010 (Filed December 14, 2010) (Docket No. 7189)

2.       Certification of No Objection Regarding Sixth Quarterly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of March 1, 2010 through May 31, 2010 (Filed January 6, 2011) (Docket No. 7396)

3.      Fifteenth Monthly Fee Application of Sidley Austin LLP for
Compensation for Services Rendered and Reimbursement of Expenses as
Counsel to the Debtors and Debtors in Possession for the Period of
March 1, 2010 through March 31, 2010 (Filed June 17, 2010) (Docket
No. 4820)

4.      Certification of No Objection Regarding Fifteenth Monthly Fee
Application of Sidley Austin LLP for Compensation for Services
Rendered and Reimbursement of Expenses as Counsel to the Debtors and
Debtors in Possession for the Period of March 1, 2010 through March 31,
2010 (Filed July 12, 2010) (Docket No. 4994)

5.      Sixteenth Monthly Fee Application of Sidley Austin LLP for
Compensation for Services Rendered and Reimbursement of Expenses as
Counsel to the Debtors and Debtors in Possession for the Period of
April 1, 2010 through April 30, 2010 (Filed August 10, 2010) (Docket
No. 5329)

6.      Certification of No Objection Regarding Docket No. 5329 (Filed
September 14, 2010) (Docket No. 5692)

7.      Seventeenth Monthly Fee Application of Sidley Austin LLP for
Compensation for Services Rendered and Reimbursement of Expenses as
Counsel to the Debtors and Debtors in Possession for the Period of May 1,
2010 through May 31, 2010 (Filed October 22, 2010) (Docket No. 6088)

8.      Certification of No Objection Regarding Docket No. 6088 (Filed
November 16, 2010) (Docket No. 6471)

9.      Fee Examiner's Final Report Regarding Sixth Quarterly Fee Application
of Sidley Austin LLP (Filed December 6, 2011) (Docket No. 10358)

C.      Alvarez & Marsal North America

1.      Sixth Interim Fee Application of Alvarez & Marsal North America, LLC
in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-
Possession, for Compensation and Reimbursement of Expenses Incurred
for the Period March 1, 2010 through May 31, 2010 (Filed July 9, 2010)
(Docket No. 4983)

2.      Certification of No Objection Regarding Docket No. 4983 (Filed
September 9, 2010) (Docket No. 5319)

3.      Fifteenth Monthly Fee Statement of Alvarez & Marsal North America,
LLC in their Capacity as Restructuring Advisors to the Debtors and
Debtors-in-Possession, for Compensation and Reimbursement of
Expenses Incurred for the Period from March 1, 2010 through March 31,
2010 (Filed May 18, 2010) (Docket No. 4461)

46429/0001-8102670v1

4.      Certification of No Objection Regarding Fifteenth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period from March 1, 2010 through March 31, 2010 (Filed June 11, 2010) (Docket No. 4762)

5.      Sixteenth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period from April 1, 2010 through April 30, 2010 (Filed June 7, 2010) (Docket No. 4713)

6.      Certification of No Objection Regarding Sixteenth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period from April 1, 2010 through April 30, 2010 (Filed June 30, 2010) (Docket No. 4917)

7.      Seventeenth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period from May 1, 2010 through May 31, 2010 (Filed July 6, 2010) (Docket No. 4940)

8.      Certification of No Objection Regarding Seventeenth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period from May 1, 2010 through May 31, 2010 (Filed July 29, 2010) (Docket No. 5196)

9.      Fee Examiner's Final Report Regarding the Sixth Interim Fee Application of Alvarez & Marsal North America, LLC (Filed June 2, 2011) (Docket No. 9048)

D.      Daniel J. Edelman, Inc.

1.      Fifth Quarterly Fee Application of Daniel J. Edelman, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Corporate Communications and Investor Relations Consultants for the Debtors and Debtors-in-Possession for the Period March 1, 2010 through May 31, 2010 (Filed July 14, 2010) (Docket No. 5009)

2.      Certification of No Objection Regarding Docket No. 5009 (Filed August 6, 2010) (Docket No. 5295)

3.     Twelfth Monthly Application for Allowance of Compensation and
Reimbursement of Expenses of Daniel J. Edelman, Inc., Corporate
Communications and Investor Relations Consultants for the Debtors and
Debtors-in-Possession for the Period from March 1, 2010 through
March 31, 2010 (Filed May 5, 2010) (Docket No. 4239)

4.     Certification of No Objection Regarding Twelfth Monthly Application for
Allowance of Compensation and Reimbursement of Expenses of Daniel J.
Edelman, Inc., Corporate Communications and Investor Relations
Consultants for the Debtors and Debtors-in-Possession for the Period from
March 1, 2010 through March 31, 2010 [No Order Required] (Filed
May 26, 2010) (Docket No. 4623)

5.     Thirteenth Monthly Application for Allowance of Compensation and
Reimbursement of Expenses of Daniel J. Edelman, Inc., Corporate
Communications and Investor Relations Consultants for the Debtors and
Debtors in Possession, for Services Rendered and Expenses Incurred for
the Period April 1, 2010 through April 30, 2010 (Filed June 17, 2010)
(Docket No. 4819)

6.     Certification of No Objection Regarding Thirteenth Monthly Application
for Allowance of Compensation and Reimbursement of Expenses of
Daniel J. Edelman, Inc., Corporate Communications and Investor
Relations Consultants for the Debtors and Debtors in Possession, for
Services Rendered and Expenses Incurred for the Period April 1, 2010
through April 30, 2010 [No Order Required] (Filed July 12, 2010)
(Docket No. 4993)

7.     Fee Examiner's Final Report Regarding the Fifth Quarterly Fee
Application of Daniel J. Edelman, Inc. (Filed January 28, 2011) (Docket
No. 7660)

E.     Dow Lohnes PLLC

1.     Fourth Interim Fee Application of Dow Lohnes PLLC, Special Regulatory
Counsel to the Debtors, for Allowance of Compensation and
Reimbursement of Expenses for the Interim Period from March 1, 2010
through May 31, 2010 (Filed July 15, 2010) (Docket No. 5026)

2.     Certification of No Objection Regarding Docket No. 5026 (Filed
August 6, 2010) (Docket No. 5297)

3.     Tenth Monthly Fee Application of Dow Lohnes PLLC for Compensation
for Services Rendered and Reimbursement of Expenses as Special
Counsel to Debtors and Debtors in Possession for the Period of March 1,
2010 through March 31, 2010 (Filed April 23, 2010) (Docket No. 4148)

4.    Certification of No Objection Regarding Tenth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to Debtors and Debtors in Possession for the Period of March 1, 2010 through March 31, 2010 [No Order Required] (Filed May 18, 2010) (Docket No. 4456)

5.    Eleventh Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to Debtors and Debtors in Possession for the Period of April 1, 2010 through April 30, 2010 (Filed May 24, 2010) (Docket No. 4595)

6.    Certification of No Objection Regarding Eleventh Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to Debtors and Debtors in Possession for the Period of April 1, 2010 through April 30, 2010 [No Order Required] (Filed June 17, 2010) (Docket No. 4821)

7.    Twelfth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to Debtors and Debtors in Possession for the Period of May 1, 2010 through May 31, 2010 (Filed June 24, 2010) (Docket No. 4871)

8.    Certification of No Objection Regarding Twelfth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to Debtors and Debtors in Possession for the Period of May 1, 2010 through May 31, 2010 [No Order Required] (Filed July 21, 2010) (Docket No. 5095)

9.    Fee Examiner's Final Report Regarding the Fourth Interim Fee Application of Dow Lohnes PLLC (Filed February 15, 2011) (Docket No. 7967)

F.    Ernst & Young LLP

1.    Fourth Quarterly Fee Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, and Marketing Survey Services for the Debtors and Debtors in Possession for the Period from March 1, 2010 through May 31, 2010 (Filed October 20, 2010) (Docket No. 6048)

2.    Certification of No Objection Regarding Docket No. 6048 (Filed November 12, 2010) (Docket No. 6430)

46429/0001-8102670v1

3.  Combined Tenth, Eleventh and Twelfth Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, and Marketing Survey Services for the Debtors and Debtors in Possession for the Period from March 1, 2010 through May 31, 2010 (Filed October 20, 2010) (Docket No. 6046)

4.  Certification of No Objection Regarding Docket No. 6046 (Filed November 12, 2010) (Docket No. 6428)

5.  Fee Examiner's Final Report Regarding the Fourth Quarterly Fee Application of Ernst & Young LLP (Filed August 5, 2011) (Docket No. 9622)

G.  Jenner & Block LLP

1.  Sixth Quarterly Application of Jenner Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2010 through May 31, 2010 (Filed July 15, 2010) (Docket No. 5036)

2.  Certification of No Objection Regarding Docket No. 5036 (Filed August 6, 2010) (Docket No. 5302)

3.  Monthly Application of Jenner Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2010 through March 31, 2010 (Filed May 26, 2010) (Docket No. 4610)

4.  Certification of No Objection Regarding Monthly Application of Jenner Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2010 through March 31, 2010 [No Order Required] (Filed June 17, 2010) (Docket No. 4822)

5.  Monthly Application of Jenner Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period April 1, 2010 through April 30, 2010 (Filed July 6, 2010) (Docket No. 4939)

6.  Certification of No Objection Regarding Monthly Application of Jenner Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period April 1, 2010 through April 30, 2010 [No Order Required] (Filed July 28, 2010) (Docket No. 5180)

46429/0001-8102670v1

7.    Monthly Application of Jenner Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period May 1, 2010 through May 31, 2010 (Filed July 14, 2010) (Docket No. 5012)

8.    Certification of No Objection Regarding Docket No. 5012 (Filed August 6, 2010) (Docket No. 5296)

9.    Fee Examiner's Final Report Regarding the Sixth Quarterly Application of Jenner & Block LLP (Filed October 21, 2011) (Docket No. 10044)

H.    <u>Jones Day</u> (Special Counsel for Certain Litigation Matters - Antitrust)

1.    Fourth Interim Fee Application of Jones Day for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2009 through March 31, 2010 (Filed July 29, 2010) (Docket No. 5191)

2.    Certification of No Objection Regarding Docket No. 5191 (Filed August 23, 2010) (Docket No. 5477)

3.    Fifth Application of Jones Day for Allowance of Compensation and for Reimbursement of Expenses for the Period from September 1, 2009 through October 31, 2009 (Filed November 25, 2009) (Docket No. 2661)

4.    Certificate of No Objection Regarding Fifth Application of Jones Day for Allowance of Compensation and for Reimbursement of Expenses for the Period from September 1, 2009 through October 31, 2009 [No Order Required] (Filed December 17, 2009) (Docket No. 2881)

5.    Sixth Application of Jones Day for Allowance of Compensation and for Reimbursement of Expenses for the Period from November 1, 2009 through March 31, 2010 (Filed May 18, 2010) (Docket No. 4471)

6.    Certificate of No Objection Regarding Sixth Application of Jones Day for Allowance of Compensation and for Reimbursement of Expenses for the Period from November 1, 2009 through March 31, 2010 [No Order Required] (Filed June 11, 2010) (Docket No. 4763)

7.    Fee Examiner's Final Report Regarding the Fourth Interim Fee Application of Jones Day (Filed February 10, 2011) (Docket No. 7899)

I.    <u>Lazard Frères & Co. LLC</u>

1.    Sixth Interim Fee Application of Lazard Frères & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2010 through May 31, 2010 (Filed July 15, 2010) (Docket No. 5035)

2.      Certification of No Objection Regarding Docket No. 5035 (Filed August 6, 2010) (Docket No. 5301)

3.      Fifteenth Monthly Application of Lazard Frères & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2010 through March 31, 2010 (Filed July 15, 2010) (Docket No. 5028)

4.      Certification of No Objection Regarding Docket No. 5028 (Filed August 6, 2010) (Docket No. 5298)

5.      Sixteenth Monthly Application of Lazard Frères & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period April 1, 2010 through April 30, 2010 (Filed July 15, 2010) (Docket No. 5029)

6.      Certification of No Objection Regarding Docket No. 5029 (Filed August 6, 2010) (Docket No. 5299)

7.      Seventeenth Monthly Application of Lazard Frères & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period May 1, 2010 through May 31, 2010 (Filed July 15, 2010) (Docket No. 5034)

8.      Certification of No Objection Regarding Docket No. 5034 (Filed August 6, 2010) (Docket No. 5300)

9.      Fee Examiner's Final Report Regarding the Sixth Interim Fee Application of Lazard Frères & Co. LLC (Filed November 7, 2011) (Docket No. 10166)

J.    <u>McDermott Will & Emery</u>

1.      Sixth Quarterly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2010 through May 31, 2010 (Filed September 3, 2010) (Docket No. 5622)

2.      Certification of No Objection Regarding Docket No. 5262 (Filed September 27, 2010) (Docket No. 5819)

3.      Monthly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2010 through March 31, 2010 (Filed August 11, 2010) (Docket No. 5338)

4.      Certification of No Objection Regarding Docket No. 5338 (Filed September 3, 2010) (Docket No. 5615)

5.    Monthly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period April 1, 2010 through April 30, 2010 (Filed August 11, 2010) (Docket No. 5339)

6.    Certification of No Objection Regarding Docket No. 5339 (Filed September 3, 2010) (Docket No. 5616)

7.    Monthly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period May 1, 2010 through May 31, 2010 (Filed August 11, 2010) (Docket No. 5340)

8.    Certification of No Objection Regarding Docket No. 5340 (Filed September 3, 2010) (Docket No. 5617)

9.    Fee Examiner's Final Report Regarding Sixth Quarterly Fee Application of McDermott Will & Emery LLP (Filed June 2, 2011) (Docket No. 9050)

K.    Paul Hastings LLP (f/k/a Paul, Hastings, Janofsky & Walker LLP)

1.    Sixth Interim Fee Application Request of Paul, Hastings, Janofsky & Walker LLP for the Period March 1, 2010 through May 31, 2010 (Filed July 15, 2010) (Docket No. 5045)

2.    Certification of No Objection Regarding Docket No. 5045 (Filed August 6, 2010) (Docket No. 5303)

3.    Fifteenth Monthly Application of Paul, Hastings, Janofsky & Walker LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for General Real Estate and Related Matters for the Combined Period from March 1, 2010 through May 31, 2010 (Filed July 8, 2010) (Docket No. 4960)

4.    Certification of No Objection Regarding Docket No. 4960 (Filed August 9, 2010) (Docket No. 5318)

5.    Fee Examiner's Final Report Regarding the Sixth Interim Fee Application Request of Paul, Hastings, Janofsky & Walker LLP (Filed September 26, 2011) (Docket No. 9814)

L.    PricewaterhouseCoopers LLP

1.    Amended Sixth Interim Fee Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period March 1, 2010 through May 31, 2010 (Filed November 30, 2010) (Docket No. 6666)

10

2.      Certification of No Objection Regarding Docket No. 6666 (Filed December 22, 2010) (Docket No. 7280)

3.      Fourteenth Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period March 1, 2010 through March 31, 2010 (Filed June 22, 2010) (Docket No. 4856)

4.      Certification of No Objection Regarding Fourteenth Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period March 1, 2010 through March 31, 2010 [No Order Required] (Filed July 14, 2010) (Docket No. 5014)

5.      Fifteenth Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period April 1, 2010 through April 30, 2010 (Filed July 15, 2010) (Docket No. 5047)

6.      Certification of No Objection Regarding Docket No. 5047 (Filed August 6, 2010) (Docket No. 5304)

7.      Amended Sixteenth Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period May 1, 2010 through May 31, 2010 (Filed November 30, 2010) (Docket No. 6664)

8.      Certification of No Objection Regarding Docket No. 6664 (Filed December 22, 2010) (Docket No. 7278)

9.      Fee Examiner's Final Report Regarding Amended the Sixth Interim Fee Application of PricewaterhouseCoopers LLP (Filed November 14, 2011) (Docket No. 10216)

M.    Reed Smith LLP

1.      Sixth Interim Application of Reed Smith LLP, Special Counsel for Certain Insurance Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period March 1, 2010 through May 31, 2010 (Filed July 15, 2010) (Docket No. 5025)

2.      Fourteenth Monthly Application of Reed Smith LLP, Special Counsel for Certain Insurance Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period March 1, 2010 through March 31, 2010 (Filed May 3, 2010) (Docket No. 4225)

3.      Certification of No Objection Regarding Fourteenth Monthly Application of Reed Smith LLP, Special Counsel for Certain Insurance Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period March 1, 2010 through March 31, 2010 (Filed June 2, 2010) (Docket No. 4661)

4.      Fifteenth Monthly Application of Reed Smith LLP, Special Counsel for Certain Insurance Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period April 1, 2010 through April 30, 2010 (Filed June 16, 2010) (Docket No. 4798)

5.      Certification of No Objection Regarding Fifteenth Monthly Application of Reed Smith LLP, Special Counsel for Certain Insurance Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period April 1, 2010 through April 30, 2010 (Filed July 15, 2010) (Docket No. 5017)

6.      Sixteenth Monthly Application of Reed Smith LLP, Special Counsel for Certain Insurance Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period May 1, 2010 through May 31, 2010 (Filed July 15, 2010) (Docket No. 5022)

7.      Certification of No Objection Regarding Sixteenth Monthly Application of Reed Smith LLP, Special Counsel for Certain Insurance Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period May 1, 2010 through May 31, 2010 (Filed August 23, 2010) (Docket No. 5471)

8.      Fee Examiner's Final Report Regarding the Sixth Interim Fee Application of Reed Smith LLP (Filed April 18, 2011) (Docket No. 8686)

N.      Mercer (US) Inc.

1.      Sixth Quarterly Application of Mercer (US) Inc. as Compensation Consultant to the Debtors Seeking Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period of March 1, 2010 through May 31, 2010 (Filed July 15, 2010) (Docket No. 5042)

2.      Certification of No Objection Sixth Quarterly Application of Mercer (US) Inc. as Compensation Consultant to the Debtors Seeking Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period of March 1, 2010 through May 31, 2010 Filed August 12, 2010) (Docket No. 5351)

3.  Fifteenth Monthly Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period of March 1, 2010 through March 31, 2010 (Filed July 15, 2010) (Docket No. 5039)

4.  Certification of No Objection Regarding Fifteenth Monthly Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period of March 1, 2010 through March 31, 2010 (Filed August 12, 2010) (Docket No. 5347)

5.  Sixteenth Monthly Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period of April 1, 2010 through April 30, 2010 (Filed July 15, 2010) (Docket No. 5040)

6.  Certification of No Objection Regarding Sixteenth Monthly Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period of April 1, 2010 through April 30, 2010 (Filed August 12, 2010) (Docket No. 5348)

7.  Seventeenth Monthly Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period of May 1, 2010 through May 31, 2010 (Filed July 15, 2010) (Docket No. 5041)

8.  Certification of No Objection Regarding Seventeenth Monthly Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period of May 1, 2010 through May 31, 2010 (Filed August 12, 2010) (Docket No. 5349)

9.  Fee Examiner's Final Report Regarding the Sixth Quarterly Fee Application of Mercer (US) Inc. (Filed December 2, 2011) (Docket No. 10342)

O.  <u>Seyfarth Shaw LLP</u>

1.  Third Quarterly Fee Application of Seyfarth Shaw LLP for Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of March 1, 2010 through May 31, 2010 (Filed July 21, 2010) (Docket No. 5094)

2.      Certification of No Objection Regarding Docket No. 5094 (Filed August 12, 2010) (Docket No. 5371)

3.      Sixth Monthly Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors in the Ordinary Course of Business for the Period of March 1, 2010 through March 31, 2010 (Filed July 21, 2010) (Docket No. 5091)

4.      Certification of No Objection Regarding Docket No. 5091 (Filed August 12, 2010) (Docket No. 5368)

5.      Seventh Monthly Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors in the Ordinary Course of Business for the Period of April 1, 2010 through April 30, 2010 (Filed July 21, 2010) (Docket No. 5092)

6.      Certification of No Objection Regarding Docket No. 5092 (Filed August 12, 2010) (Docket No. 5369)

7.      Eighth Monthly Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors in the Ordinary Course of Business for the Period of May 1, 2010 through May 31, 2010 (Filed July 21, 2010) (Docket No. 5093)

8.      Certification of No Objection Regarding Docket No. 5093 (Filed August 12, 2010) (Docket No. 5370)

9.      Fee Examiner's Final Report Regarding the Third Quarterly Fee Application of Seyfarth Shaw LLP (Filed September 27, 2011) (Docket No. 9832)

P.      <u>Stuart Maue</u>

1.      Fifth Interim Quarterly Fee Application of Stuart Maue, Fee Examiner to the Court, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2010 through May 31, 2010 (Filed September 17, 2010) (Docket No. 5726)

2.      Certification of No Objection Regarding Fifth Interim Quarterly Fee Application of Stuart Maue, Fee Examiner to the Court, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2010 through May 31, 2010 (Filed October 12, 2010) (Docket No. 5928)

3.   Twelfth Monthly Application of Stuart Maue as Fee Examiner for
     Allowance of Compensation and Reimbursement of Expenses for the
     Period March 1, 2010 through March 31, 2010 (Filed April 26, 2010)
     (Docket No. 4159)

4.   Certificate of No Objection Twelfth Monthly Fee Application of Stuart
     Maue (Regarding Docket No. 4159) (Filed May 21, 2010) (Docket No.
     4589)

5.   Thirteenth Monthly Application of Stuart Maue as Fee Examiner for
     Allowance of Compensation and Reimbursement of Expenses for the
     Period April 1, 2010 through April 30, 2010 (Filed May 26, 2010) (Docket
     No. 4619)

6.   Certificate of No Objection Thirteenth Monthly Fee Application of Stuart
     Maue (Regarding Docket No. 4619) (Filed June 21, 2010) (Docket No.
     4844)

7.   Fourteenth Monthly Application of Stuart Maue as Fee Examiner for
     Allowance of Compensation and Reimbursement of Expenses for the
     Period May 1, 2010 through May 31, 2010 (Filed June 28, 2010) (Docket
     No. 4887)

8.   Certificate of No Objection Fourteenth Monthly Application of Stuart
     Maue (Regarding Docket No. 4887) (Filed July 22, 2010) (Docket No.
     5101)

Q.   Chadbourne & Parke LLP

1.   Sixth Interim Application of Chadbourne & Parke LLP, as Co-Counsel to
     the Official Committee of Unsecured Creditors of Tribune Company et al.
     for Allowance of Compensation and Reimbursement of Expenses for the
     Period March 1, 2010 through May 31, 2010 (Filed July 15, 2010)
     (Docket No. 5030)

2.   Fifteenth Monthly Application of Chadbourne & Parke LLP, as Co-
     Counsel to the Official Committee of Unsecured Creditors of Tribune
     Company et al. for Allowance of Compensation and Reimbursement of
     Expenses for the Period March 1, 2010 through March 31, 2010 (Filed
     April 26, 2010) (Docket No. 4160)

3.   Certification of No Objection to Application Re: Docket No. 4160 (Filed
     May 19, 2010) (Docket No. 4486)

4.   Sixteenth Monthly Application of Chadbourne & Parke LLP, as Co-
     Counsel to the Official Committee of Unsecured Creditors of Tribune
     Company et al, for Allowance of Compensation and Reimbursement of
     Expenses for the Period April 1, 2010 through April 30, 2010 (Filed
     May 25, 2010) (Docket No. 4601)

46429/0001-8102670v1

5.      Certification of No Objection to Application Re: Docket No. 4601 (Filed June 16, 2010) (Docket No. 4804)

6.      Seventeenth Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company et al. for Allowance of Compensation and Reimbursement of Expenses for the Period May 1, 2010 through May 31, 2010 (Filed June 25, 2010) (Docket No. 4882)

7.      Certification of No Objection to Application Re: Docket No. 4882 (Filed July 19, 2010) (Docket No. 5075)

8.      Fee Examiner's Final Report Regarding the Sixth Interim Application of Chadbourne & Parke LLP (Filed May 25, 2011) (Docket No. 8993)

R.    Landis Rath & Cobb LLP

1.      Sixth Interim Fee Application of Landis Rath & Cobb LLP (Filed July 15, 2010) (Docket No. 5031)

2.      Fifteenth Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed April 26, 2010) (Docket No. 4161)

3.      Certificate of No Objection To Application Re: Docket No. 4161 (Filed May 19, 2010) (Docket No. 4487)

4.      Sixteenth Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed May 25, 2010) (Docket No. 4605)

5.      Certificate of No Objection To Application Re: Docket No. 4605 (Filed June 16, 2010) (Docket No. 4806)

6.      Seventeenth Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed June 25, 2010) (Docket No. 4883)

7.      Certificate of No Objection To Application Re: Docket No. 4883 (Filed July 19, 2010) (Docket No. 5077)

8.      Fee Examiner's Final Report Regarding the Sixth Interim Fee Application of Landis Rath & Cobb LLP (Filed July 13, 2011) (Docket No. 9452)

46429/0001-8102670v1

S.    AlixPartners, LLP

    1.    Sixth Interim Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period March 1, 2010 through May 31, 2010 (Filed July 15, 2010) (Docket No. 5032)

    2.    Fifteenth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed April 26, 2010) (Docket No. 4162)

    3.    Certificate of No Objection to Application Re: Docket No. 4162 (Filed May 19, 2010) (Docket No. 4489)

    4.    Sixteenth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed May 26, 2010) (Docket No. 4618)

    5.    Certificate of No Objection to Application Re: Docket No. 4162 (Filed June 17, 2010) (Docket No. 4618)

    6.    Seventeenth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and (Filed June 25, 2010) (Docket No. 4884)

    7.    Certificate of No Objection to Application Re: Docket No. 4884 (Filed July 19, 2010) (Docket No. 5078)

    8.    Fee Examiner's Final Report Regarding the Sixth Interim Fee Application of AlixPartners, LLP (Filed August 5, 2011) (Docket No. 9625)

T.    Moelis & Company LLC

    1.    Sixth Interim Application of Moelis & Company LLC for Compensation as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period March 1, 2010 through May 31, 2010 (Filed July 15, 2010) (Docket No. 5033)

    2.    Fifteenth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period March 1, 2010 through March 31, 2010 (Filed May 20, 2010) (Docket No. 4515)

    3.    Certificate of No Objection to Application Re: Docket No. 4515 (Filed June 11, 2010) (Docket No. 4760)

4.    Sixteenth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for Period April 1, 2010 through April 30, 2010 (Filed June 30, 2010) (Docket No. 4909)

5.    Certificate of No Objection to Application Re: Docket No. 4909 (Filed July 22, 2010) (Docket No. 5103)

6.    Seventeenth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for Period May 1, 2010 through May 31, 2010 (Filed July 13, 2010) (Docket No. 5003)

7.    Certificate of No Objection to Application Re: Docket No. 5003 (Filed August 4, 2010) (Docket No. 5271)

8.    Fee Examiner's Final Report Regarding the Sixth Interim Fee Application of Moelis & Company LLC (Filed April 18, 2011) (Docket No. 8696)

U.    <u>Zuckerman Spaeder LLP</u>

1.    Third Interim Fee Application of Zuckerman Spaeder LLP for Interim Approval and Allowance of Compensation and Reimbursement of Expenses (Filed July 15, 2010) (Docket No. 5044)

2.    Certificate of No Objection Regarding Docket No. 5044 (Filed August 9, 2010) (Docket No. 5316)

3.    Eighth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed April 27, 2010) (Docket No. 4179)

4.    Certificate of No Objection Regarding Docket No. 4179 (Filed May 19, 2010) (Docket No. 4493)

5.    Ninth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed June 2, 2010) (Docket No. 4664)

6.    Certificate of No Objection Regarding Docket No. 4664 (Filed June 24, 2010) (Docket No. 4869)

7.    Tenth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed July 14, 2010, Notice amended July 19, 2010) (Docket Nos. 5008 and 5076)

8.    Certificate of No Objection Regarding Docket No. 5008 (Filed August 5, 2010) (Docket No. 5283)

9.    Fee Examiner's Final Report Regarding the Third Interim Fee Application of Zuckerman Spaeder LLP (Filed September 30, 2011) (Docket No. 9854)

V.    <u>Committee Members</u>

1.    Tenth Monthly Application of the Official Committee of Unsecured Creditors for Reimbursement of Committee Members' Expenses Pursuant to 11 U.S.C. § 503(b)(3)(F) (Filed April 26, 2010) (Docket No. 4163)

2.    Certificate of No Objection to Application Re: Docket No. 4163 (Filed May 19, 2010) (Docket No. 4491)

3.    Eleventh Tenth Monthly Application of the Official Committee of Unsecured Creditors for Reimbursement of Committee Members' Expenses Pursuant to 11 U.S.C. § 503(b)(3)(F) (Filed May 25, 2010) (Docket No. 4602)

4.    Certificate of No Objection to Application re: Docket No. 4602 (Filed June 16, 2010) (Docket No. 4805)

5.    Fee Examiner's Final Report Regarding the Tenth and Eleventh Monthly Applications of the Official Committee of Unsecured Creditors (Filed December 14, 2010) (Docket No. 7162)

46429/0001-8102670v1