## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Cases No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Ref. Nos. 9012, 9256, 9703, 10132, 10162 and 10230** |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, et al., | |
| Plaintiff, | Adv. Pro. No. Various (KJC) |
| vs. | |
| See Attached Exhibit A, | |
| Defendants. | |

**FIFTH ORDER AMENDING DEFINITION OF "TERMINATION EVENT" IN ORDERS GRANTING OFFICIAL COMMITTEE OF UNSECURED CREDITORS STANDING AND AUTHORITY TO COMMENCE, PROSECUTE, SETTLE AND RECOVER CERTAIN CAUSES OF ACTION ON BEHALF OF THE DEBTORS' ESTATES**

Pursuant to the Order Granting Second Motion to Amend Definition of "Termination Event" in Orders Granting Official Committee of Unsecured Creditors Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action on Behalf of the Debtors' Estates, dated June 16, 2011 (the "Stay Extension Order") [D.I. 9256], and the Committee's Motion For An Order *Nunc Pro Tunc* Amending The Definition Of "Termination Event" In Orders Granting Official Committee Of Unsecured Creditors Standing And Authority To Commence, Prosecute, Settle And Recover Certain Causes Of Action On Behalf Of The Debtors' Estates (the "Motion") [D.I. 10162], and the November 22, 2011 hearing in the above-captioned matter, and the Court having found that the process in the Stay Extension Order for extending such definition of Termination Event has been followed and notice of a Proposed

Order has been given to all parties who have requested notice in these cases pursuant to Fed. R. Bankr. P. 2002, and good and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that in the defined term "Termination Event" in each of the Standing Orders,[1] "(ii) the Court declines to confirm the Proposed Plan" shall be and hereby is stricken in its entirety, *nunc pro tunc* to October 31, 2011, prior to issuance of the Order on Confirmation [D.I. 10133]; it is further

ORDERED that in the defined term "Termination Event" in each of the Standing Orders, "(iii) December 13, 2011"[2] shall be and hereby is deleted and replaced with "(ii) (A) January 17, 2012 for *The Official Committee of Unsecured Creditors of Tribune Company, et al. v. Dennis J. FitzSimons, et al.*, Adv. Proc. 10-54010 (KJC), and (B) February 17, 2012 for *The Official Committee of Unsecured Creditors of Tribune Company, et al. v. JPMorgan Chase Bank, N.A., et al.*, Adv. Proc. 10-53963 (KJC), and all other proceedings initiated by the Committee pursuant to the Standing Orders"; it is further

ORDERED that except as provided herein, each of the Standing Orders shall remain unchanged and enforceable by its terms; it is further

ORDERED that the proponents of the Competing Plans may further modify the definition of Termination Event in subsection (iii) of the Standing Orders by the process provided in the Stay Extension Order or by the Court on motion of any of the proponents of the Competing Plans; and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Second Motion to Amend Definition of "Termination Event" in Orders Granting Official Committee of Unsecured Creditors Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action on Behalf of the Debtors' Estates, dated May 27, 2011 [D.I. 9012].

[2] Pursuant to the Fourth Order Amending Definition of "Termination Event" in Orders Granting Official Committee of Unsecured Creditors Standing and Authority To Commence, Prosecute, Settle and Recover Certain Causes of Action on Behalf of the Debtors' Estates [D.I. 9703], December 13, 2011 replaced the prior date in subsection (iii) of the definition of Termination Event in the Standing Orders.

ORDERED that the Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: December 1 2, 2011

The Honorable Kevin J. Carey
United States Bankruptcy Judge

## EXHIBIT A

## LBO-Related Adversary Proceedings

| Defendant | Adversary No. |
|-----------|---------------|
| Dennis J. FitzSimons, et al. | 10-54010 |
| JPMorgan Chase Bank, N.A., et al. | 10-53963 |

## Preference Actions

| Defendant | Adversary No. |
|-----------|---------------|
| Paul, Hastings, Janofsky & Walker LLP | 10-55967 |
| Katten Muchin Rosenman LLP | 10-55957 |
| Timothy P. Knight | 10-55956 |
| Eagle Aircraft & Transportation Management, Inc. | 10-55824 |
| Michael C. Gates | 10-55802 |
| Thomas S. Finke | 10-55801 |
| Kathy H. Skipper | 10-55800 |
| Alison R. Scholly | 10-55799 |
| Matthew Catania | 10-55798 |
| Richard H. Malone | 10-55797 |
| Michael J. Malee | 10-55796 |
| Lisa E. Brewer | 10-55795 |
| Timothy J. Landon | 10-55794 |
| Julie D. Anderson | 10-55793 |
| Greg Healy | 10-55792 |
| Lynne Anne Adamson | 10-55791 |
| Dana C. Hayes Jr. | 10-55790 |
| Stephen J. Mulderrig | 10-55788 |
| Richard D. Molchany | 10-55787 |
| Dan Mitrovich | 10-55786 |
| Robyn L. Motley | 10-55785 |
| Kenneth Mitchell | 10-55784 |
| Christopher C. Morrill | 10-55783 |
| Susan M. Mitchell | 10-55782 |
| L. Clark Morehouse III | 10-55781 |
| Eric J. Meyrowitz | 10-55780 |
| Nancy A. Meyer | 10-55779 |

3487419.1

| | |
|---|---|
| Kim A. McCleary La France | 10-55778 |
| Gina M. Mazzaferri | 10-55777 |
| Earl R. Maucker | 10-55776 |
| Jerome P. Martin | 10-55775 |
| Louis Maranto | 10-55774 |
| John M. Manzi | 10-55773 |
| Vincent A. Malcolm | 10-55772 |
| Jeffrey S. Levine | 10-55771 |
| Ardith Hilliard | 10-55770 |
| Walter F. Mahoney | 10-55769 |
| Thomas E. Langmyer | 10-55768 |
| David Dean Hiller | 10-55767 |
| Ann Marie Lipinski | 10-55766 |
| William A. Lanesey | 10-55765 |
| Glenn G. Kranzley | 10-55764 |
| Catherine M. Hertz | 10-55763 |
| Timothy L. Koller | 10-55762 |
| John R. Hendricks | 10-55761 |
| Jane E. Healy | 10-55760 |
| Patricia A. Kolb | 10-55759 |
| William B. Haselden | 10-55758 |
| David Kniffin | 10-55757 |
| Randy Hano | 10-55756 |
| Peter A. Knapp | 10-55755 |
| Paul R. Kelly Jr. | 10-55754 |
| Jack D. Klunder | 10-55753 |
| Avido Dikari Khahaifa | 10-55752 |
| Charlotte H. Hall | 10-55750 |
| Gerould Kern | 10-55749 |
| Timothy R. Kennedy | 10-55747 |
| Gordon L. Jones | 10-55746 |
| Robert J. Gremillion | 10-55745 |
| Terry Jimenez | 10-55744 |
| Janice Jacobs | 10-55743 |
| Howard Greenberg | 10-55742 |
| Alice T. Iskra | 10-55741 |
| Richard J. Graziano | 10-55740 |
| Richard E. Inouye | 10-55738 |
| Linda Hutzler | 10-55737 |
| Ira Goldstone | 10-55736 |
| Tony Hunter | 10-55735 |

3487419.1

| | |
|---|---|
| Vincent R. Giannini | 10-55734 |
| Bonnie B. Hunter | 10-55733 |
| Carolyn Hudspeth | 10-55732 |
| Ernest C. Gates | 10-55731 |
| Susan M. Conway | 10-55730 |
| Michael Gart | 10-55729 |
| Vincent Casanova | 10-55725 |
| Stephen D. Carver | 10-55724 |
| Timothy Franklin | 10-55723 |
| Stephen M. Budihas | 10-55722 |
| Michael C. Foux | 10-55721 |
| David A. Bucknor | 10-55720 |
| Audrey L. Farrington | 10-55719 |
| Rebecca M. Brubaker | 10-55718 |
| Peter D. Filice | 10-55717 |
| Steve Farber | 10-55716 |
| Thomas F. Brown | 10-55715 |
| Richard D. Felty | 10-55714 |
| Richard Engberg | 10-55713 |
| John Birmingham | 10-55712 |
| James L. Ellis | 10-55711 |
| Theodore J. Biedron | 10-55710 |
| James D. Fehnel | 10-55709 |
| Tom E. Ehlmann | 10-55708 |
| Betty Ellen Berlamino | 10-55707 |
| Dianne Donovan | 10-55706 |
| James F. Feher Jr. | 10-55705 |
| Cindy Donnelly | 10-55704 |
| Philip Doherty | 10-55703 |
| Richard S. Feeney | 10-55702 |
| Kenneth J. DePaola | 10-55701 |
| Lawrence Delia | 10-55700 |
| Catherine A. Davis | 10-55699 |
| Raymond Daley | 10-55698 |
| Kelly F. Benson | 10-55697 |
| David A. Bennett | 10-55696 |
| Bob Bellack | 10-55695 |
| James D. Zerwekh | 10-55694 |
| Alexa A. Bazanos | 10-55693 |
| John E. Zelenka | 10-55692 |
| Henry R. Barrett | 10-55691 |

3487419.1

| | |
|---|---|
| Owen Youngman | 10-55690 |
| Roger A. Bare | 10-55689 |
| David D. Williams | 10-55688 |
| Joseph A. Young | 10-55687 |
| Cynthia Baker | 10-55686 |
| Craig Allen | 10-55685 |
| Jack Whisler | 10-55684 |
| Michael D. Asher | 10-55683 |
| F. Ashley Allen | 10-55682 |
| Howard G. Weinstein | 10-55681 |
| Gladys M. Arroyo | 10-55680 |
| Thomas J. Anischik | 10-55678 |
| Harry A. Amsden | 10-55677 |
| Kathleen M. Waltz | 10-55676 |
| Javier J. Aldape | 10-55675 |
| John J. Vitanovec | 10-55674 |
| Deepak Agarwal | 10-55673 |
| John F. Acanfora | 10-55672 |
| Julie K. Xanders | 10-55671 |
| John D. Worthington IV | 10-55670 |
| Deborah B. Vinakos | 10-55669 |
| John Wollney | 10-55667 |
| John C. Twohey | 10-55666 |
| Leo C. Wolinsky | 10-55665 |
| Cam B. Trinh | 10-55664 |
| Timothy F. Windsor | 10-55663 |
| Roger D. Williams | 10-55662 |
| Stephen P. Tippie | 10-55661 |
| Daniel A. O'Sullivan | 10-55660 |
| Timothy J. Thomas | 10-55659 |
| James O'Shea | 10-55658 |
| Kevin P. Scanlon | 10-55657 |
| John T. O'Loughlin | 10-55656 |
| Douglas Thomas | 10-55655 |
| Stephen G. Santay | 10-55654 |
| Timothy E. Ryan | 10-55653 |
| Dennis G. O'Brien | 10-55651 |
| Michael D. Slason | 10-55650 |
| Clifford L. Teutsch | 10-55648 |
| Shaun M. Sheehan | 10-55647 |
| Lou Tazioli | 10-55646 |

3487419.1

| | |
|---|---|
| William P. Shaw | 10-55645 |
| Stephen G. Seidl | 10-55643 |
| Lynne A. Segall | 10-55642 |
| Louis J. Stancampiano | 10-55641 |
| Digby A. Solomon | 10-55639 |
| Robert K. Schrepf | 10-55638 |
| Scott C. Smith | 10-55637 |
| Linda A. Schaible | 10-55636 |
| Marc S. Schacher | 10-55635 |
| Erik A. Smist | 10-55634 |
| Robert R. Rounce | 10-55633 |
| Sheau-ming Kuo Ross | 10-55632 |
| John A. Riggle | 10-55631 |
| John E. Reardon | 10-55629 |
| Joseph F. Pisani | 10-55628 |
| Gregory C. Pedersen | 10-55627 |
| Pamela S. Pearson | 10-55625 |
| Robert J. Ramsey | 10-55624 |
| Robert J. Palermini | 10-55623 |
| Myrna G. Ramirez | 10-55622 |
| Irving L. Quimby Jr. | 10-55621 |
| Julian G. Posada | 10-55620 |
| Norbert E. Ortiz | 10-55619 |
| Scott G. Pompe | 10-55617 |
| John F. Poelking | 10-55616 |
| Thomas J. Nork | 10-55615 |
| Russell J. Newton | 10-55614 |
| George C. NeJame | 10-55613 |
| David P. Murphy | 10-55612 |
| Gwen P. Murakami | 10-55611 |
| Charles Sennet | 10-55609 |
| Gary Weitman | 10-55608 |
| John B. Rodden | 10-55607 |
| Patrick Shanahan | 10-55606 |
| Irene M. F. Sewell | 10-55605 |
| R. Mark Mallory | 10-55604 |
| Luis E. Lewin | 10-55603 |
| Brian F. Litman | 10-55602 |
| Thomas D. Leach | 10-55601 |
| Crane H. Kenney | 10-55600 |
| Mark W. Hianik | 10-55599 |

3487419.1

| Daniel G. Kazan | 10-55598 |
|---|---|
| Robert Holm | 10-55597 |
| Donald C. Grenesko | 10-55596 |
| Karen H. Flax | 10-55595 |
| Dennis J.FitzSimons | 10-55594 |
| Thomas Caputo | 10-55593 |
| Chandler Bigelow | 10-55585 |

3487419.1