# EXHIBIT A

# Declaration of Christopher L. Meazell

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF CHRISTOPHER L. MEAZELL

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Twenty-Ninth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period October 1, 2011 through October 31, 2011 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Twenty-Ninth Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.      There is no agreement or understanding between Dow Lohnes and any other person for a

division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.


5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 12th day of December, 2011.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

### FEE SUMMARY FOR THE PERIOD FROM
### OCTOBER 1 - OCTOBER 31, 2011

| Name of Professional | Position (Number of Years in Position); Area of Expertise;  Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan E. Anderson | Communications Coordinator (since 1990); n/a | 250 | 0.5 | 125.00 |
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 550 | 49.4 | 27,170.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 730 | 50.4 | 36,792.00 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 370 | 13.7 | 5,069.00 |
| Kevin P. Latek | Member (since 2005); Communications; 1997 (DC) | 600 | 9.5 | 5,700.00 |
| Kristin M. Leavy | Counsel (since 2005); Media & Information Technology; 2005(MA) & 2006 (DC) | 370 | 6.8 | 2,516.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 72.5 | 47,125.00 |
| Laurie J. McCarthy | Communications Specialist (since 2010); n/a | 275 | 36.2 | 9,955.00 |
| Christopher L. Meazell | Member (since 2010); Litigation & Bankruptcy; 2001 (GA); 2007(OK) | 450 | 14.1 | 6,345.00 |
| Jason E. Rademacher | Associate (since 2000): Communications;  2000 (DC) & 2000 | 460 | 70.8 | 32,568.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 640 | 59.5 | 38,080.00 |
| Derek H. Teslik | Associate (since 2007): Communications; 2008 (NY) & DC (2009) | 330 | 0.7 | 231.00 |
| David J. Wittenstein | Member (since 1990); Media & I.P.; 1981 (DC) & 1982 (GA) | 700 | 2.2 | 1,540.00 |
| **TOTALS** | | | **386.3** | **213,216.00** |

**BLENDED RATE**                                                    551.9440849

[1]  The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2011 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $730 per hour.

**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD FROM**
**OCTOBER 1 - OCTOBER 31, 2011**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 338.1 | 190,659.00 |
| Fee Applications 08656.0101 | 14.1 | 6,345.00 |
| Broadcast Contracts 08656.0104 | 29.8 | 13,165.00 |
| Fox and Network Agreements 08656.0104:001 | 4.3 | 3,047.00 |
| Travel Time  08656.0102 (with 50% discount) | 0.0 | 0.00 |
| **TOTAL** | **386.3** | **213,216.00** |

# ꙮ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

T  202.776.2000  F  202.776.2222

November 25, 2011

Page 1

Tribune Company
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL  60611

Invoice 548347

Our File # 08656.0100          For Services Through October 31, 2011
FCC/Broadcast Matters

| | | |
|---|---|---|
| 10/01/11 | Work on supplement/amendment to pending applications re waiver showing/agreements (0.4); work on timeline, restructuring applications and timing (0.5). | |
| | J. Feore | 0.90 hrs. |
| 10/03/11 | Review case status regarding FCC timing issues (0.9); review FCC issues re FCC restructuring applications (0.6). | |
| | C. Burrow | 1.50 hrs. |
| 10/03/11 | Review proposed court motion re post-bankruptcy procedures (0.7); conference with S. Sheehan re regulatory issues and lobbying (0.6); research re FCC requirements on reporting updates (0.4). | |
| | J. Feore | 1.70 hrs. |
| 10/03/11 | Review scheduling order re transcript corrections (0.4); telephone call with D. Roberts (FCC) re procedures for processing of restructuring applications (0.6); review comments from Sidley on timing chart for post-confirmation FCC-related actions (0.4); review draft motion on FCC procedures and foreign ownership certification from Sidley (0.9); review draft questionnaire and certification form and instructions for foreign ownership certification (0.7). | |
| | J. Logan | 3.00 hrs. |
| 10/04/11 | Revise timeline of FCC steps post-confirmation (0.9); correspondence with Sidley re same (0.4); revise FCC procedures motion (1.4); review issues re joint filing of court letter on media ownership (0.5). | |
| | C. Burrow | 3.20 hrs. |
| 10/04/11 | Review letter re Third Circuit decision and proposed revisions re FCC (0.2); telephone conference with J. Stenger re letter issues | |

Tribune Company

|  |  |  |
|---|---|---|
|  | (0.2); review and revise exhibits for restructuring applications (0.5).<br>J. Feore | 0.90 hrs. |
| 10/04/11 | Review Sidley comments on draft timeline (0.4); review draft procedural motion re terms for conduct of foreign ownership certification process in connection with distribution of warrants and stock (0.7); prepare correspondence to DCL credit proponents re response from Aurelius on draft letter to bankruptcy court re Third Circuit FCC ownership rules decision (0.8); telephone conference with J. Boelter re Aurelius comments on court letter re Third Circuit decision (0.2); prepare electronic applications for anticipated restructuring application filings (0.8); revise procedural motion (0.7).<br>J. Logan | 3.60 hrs. |
| 10/04/11 | Review and edit further revised draft comprehensive exhibits for pro forma restructuring applications.<br>L. McCarty (Practice Group Professional) | 1.30 hrs. |
| 10/04/11 | Review court correspondence re waiver standard (0.1); work on updating waiver requests (0.1); email E. Washburn re bankruptcy court action (0.1).<br>M. Swanson | 0.30 hrs. |
| 10/05/11 | Revise FCC procedures motion (0.8); review media ownership letter (0.4).<br>C. Burrow | 1.20 hrs. |
| 10/05/11 | Telephone conference with Wiley team re court letter (0.2); review final draft for court (0.2); work on timeline issues for FCC processing and memorandum re FCC procedures (1.4).<br>J. Feore | 1.80 hrs. |
| 10/05/11 | Prepare correspondence to J. Boelter, K. Lantry (Sidley) and FCC counsel to DCL proponents re Aurelius responses on proposed letter re decision of Prometheus court (0.6); prepare correspondence to E. Washburn re draft exhibits for restructuring applications and amendment to exit applications (0.4).<br>J. Logan | 1.00 hrs. |
| 10/05/11 | Develop proposed format for waiver amendments (0.8); review and telephone conference with E. Washburn re same (0.3).<br>M. Swanson | 1.10 hrs. |
| 10/06/11 | Revise FCC procedures motion (0.6); correspondence with Sidley re same (0.4); revise FCC foreign ownership questionnaire (0.7).<br>C. Burrow | 1.70 hrs. |
| 10/06/11 | Research regarding AllVid ex parte filings.<br>D. Teslik | 0.70 hrs. |
| 10/06/11 | Research re possible cross-ownership waiver showings re permanent waivers in certain markets (1.1); review draft procedures motion re |  |

November 25, 2011                                                              Page 3

Tribune Company                                                       Invoice 548347

|  | FCC issues (0.7). | |
|---|---|---|
|  | J. Feore | 1.80 hrs. |
| 10/06/11 | Review and revise proposed procedural motion (1.1); review and revise proposed foreign ownership certification (0.9); prepare correspondence to J. Boelter re revised draft foreign ownership certification and remaining points for resolution (0.5); prepare correspondence to R. Flagg re joint letter with Aurelius to the bankruptcy court on the Prometheus decision (0.2). | |
|  | J. Logan | 2.70 hrs. |
| 10/06/11 | Prepare correspondence to client regarding AT&T inquiry about CARs license KB60125. | |
|  | L. McCarty (Practice Group Professional) | 0.10 hrs. |
| 10/06/11 | Telephone conference with E. Washburn re update of cross-ownership waiver requests (0.1); review FCC agenda and email exchange with client re FCC's reconsideration of enhanced disclosure (0.1); review, revise and send client email re AllVid status (0.1). | |
|  | M. Swanson | 0.30 hrs. |
| 10/07/11 | Review processing issues re FCC restructuring applications (1.2); correspondence with Sidley re same (0.4). | |
|  | C. Burrow | 1.60 hrs. |
| 10/07/11 | Work on revisions to pro forma restructuring applications and exhibits (0.9); telephone conference with FCC staff re filing and processing of applications (0.3); research re waiver issues (0.5). | |
|  | J. Feore | 1.70 hrs. |
| 10/07/11 | Prepare correspondence to J. Langdon re schedule for obtaining federal tax identification numbers required for application process (0.5); research and analyze alternative approaches to obtaining FRN numbers for FCC non-broadcast filings (0.6). | |
|  | J. Logan | 1.10 hrs. |
| 10/07/11 | Research FRN issue relating to pro-forma restructuring applications. | |
|  | L. McCarty (Practice Group Professional) | 1.20 hrs. |
| 10/07/11 | Review creation of FRNs for corporate entities without FRNs. | |
|  | S. Anderson (Practice Group Professional) | 0.30 hrs. |
| 10/08/11 | Review and update draft exhibits for pending applications and pro forma applications. | |
|  | J. Feore | 0.90 hrs. |
| 10/10/11 | Telephone conference with S. Sheehan re pending FCC applications (0.3); review restructuring applications re waiver issues and timing issues for FCC (0.5); review bankruptcy counsel comments re foreign ownership certification (0.6). | |
|  | J. Feore | 1.40 hrs. |

Tribune Company                                                    Invoice 548347

| Date | Description | Hours |
|------|-------------|-------|
| 10/10/11 | Review and revise draft Form 316 application in preparation for filing of restructuring applications (0.8); review and revise procedural motion from Sidley re foreign ownership compliance procedures under FCC policies (0.7).<br>J. Logan | 1.50 hrs. |
| 10/10/11 | Review and reply to correspondence from client regarding preparation of ownership reports for various Tribune entities (0.4); draft pro-forma applications (9.6).<br>L. McCarty (Practice Group Professional) | 10.00 hrs. |
| 10/10/11 | Work on New York City and Miami market reports, facts and attachments.<br>M. Swanson | 2.10 hrs. |
| 10/11/11 | Review draft restructuring applications (0.8); review issues re FCC procedures motion (0.7); review issues re FCC foreign ownership certification (0.6).<br>C. Burrow | 2.10 hrs. |
| 10/11/11 | Research regarding updates to FCC cross-ownership waiver requests regarding FCC applications to assign broadcast licenses in bankruptcy.<br>J. Rademacher | 0.60 hrs. |
| 10/11/11 | Research re pending waiver requests and impact of FCC rulemaking (0.8); review updates to FCC waiver showings and factual issues (0.5); review drafts of court ownership certifications (0.4); revise FCC procedures/timelines (0.5).<br>J. Feore | 2.20 hrs. |
| 10/11/11 | Review and revise draft foreign ownership certifications from A. Stromberg (Sidley) (0.7); prepare correspondence to DCL credit co-proponents re foreign ownership certification drafts (0.4); telephone conference with W. Johnsen (JP Morgan counsel) re issues in connection with foreign ownership certifications (0.3).<br>J. Logan | 1.40 hrs. |
| 10/11/11 | Preparation of draft pro forma applications.<br>L. McCarty (Practice Group Professional) | 3.70 hrs. |
| 10/11/11 | Work on Miami and New York City market reports, facts and attachments.<br>M. Swanson | 3.80 hrs. |
| 10/11/11 | Review receipt of waiver request for Tribune 4/10 filings.<br>S. Anderson (Practice Group Professional) | 0.20 hrs. |
| 10/12/11 | Review updates to FCC applications (0.8); revise FCC procedures motion (0.7); correspondence with Sidley re same (0.4).<br>C. Burrow | 1.90 hrs. |
| 10/12/11 | Prepare update to Miami cross-ownership waiver request regarding | |

Tribune Company

|  |  |  |
|---|---|---|
|  | FCC applications to assign broadcast licenses in bankruptcy (2.3); research regarding update to New York cross-ownership waiver request regarding same (0.3). | |
|  | J. Rademacher | 2.60 hrs. |
| 10/12/11 | Review FCC letter re shot clock on applications (0.3); memorandum to company and follow-up with counsel re plan proponents (0.5); telephone conference with S. Sheehan re timing and lobbying issues (0.3); review drafts of amended waiver requests for FCC (1.2); review procedures motion (0.2). | |
|  | J. Feore | 2.50 hrs. |
| 10/12/11 | Telephone call with D. Roberts (FCC) re forthcoming FCC letter resetting transactional shot clock for Tribune (0.4); review letter from FCC re resetting of transactional clock (0.6); review and revise draft procedural motions order from Sidley re FCC issues (0.5); review prior JP Morgan issues re structure of foreign ownership certification form and instructions (0.3). | |
|  | J. Logan | 1.80 hrs. |
| 10/12/11 | Preparation of draft pro forma applications. | |
|  | L. McCarty (Practice Group Professional) | 2.70 hrs. |
| 10/12/11 | Work on New York City market report (2.4); work on Los Angeles market report (1.5); telephone conference with E. Washburn re same (0.2). | |
|  | M. Swanson | 4.10 hrs. |
| 10/13/11 | Review revisions to FCC restructuring applications. | |
|  | C. Burrow | 0.80 hrs. |
| 10/13/11 | Prepare update to New York cross-ownership waiver request regarding FCC applications to assign broadcast licenses in bankruptcy (2.6); prepare update to Miami cross-ownership waiver request regarding FCC applications to assign broadcast licenses in bankruptcy (1.9). | |
|  | J. Rademacher | 4.50 hrs. |
| 10/13/11 | Prepare memorandum and update re FCC and Hill timing issues and procedures (0.5); telephone conference with S. Sheehan re updates on FCC (0.3); telephone conferences with counsel for Halcyon re FCC letter and update (0.4). | |
|  | J. Feore | 1.20 hrs. |
| 10/13/11 | Telephone conference with W. Johnsen (FCC counsel to JP Morgan) re foreign ownership certification issues (0.3); telephone call with J. Tobias (FCC Wireless Bureau) re issues in connection with form for filing applications for restructuring applications in FCC electronic filing system (0.5); review comments on restructuring application comprehensive exhibit from E. Washburn (0.9); prepare correspondence to E. Washburn responding to comments on restructuring application comprehensive exhibit (0.8); revise | |

November 25, 2011                                                     Page 6

Tribune Company                                                      Invoice 548347

|  | comprehensive exhibit to restructuring application (0.9). | |
|  | J. Logan | 3.40 hrs. |
| 10/13/11 | Telephone call to FCC staff regarding procedures for filing pro forma restructuring applications in the Wireless Bureau (0.4); prepare revised list of wireless applications (1.6). | |
|  | L. McCarty (Practice Group Professional) | 2.00 hrs. |
| 10/13/11 | Work on Miami market update (1.3); work on Los Angeles market update (3.8); work on Hartford market update (2.5). | |
|  | M. Swanson | 7.60 hrs. |
| 10/14/11 | Revise FCC applications. | |
|  | C. Burrow | 1.20 hrs. |
| 10/14/11 | Prepare update to Los Angeles cross-ownership waiver request regarding FCC applications to assign broadcast licenses in bankruptcy (1.5); correspondence with E. Washburn regarding same (0.2); prepare update to Hartford cross-ownership waiver request regarding FCC applications to assign broadcast licenses in bankruptcy (1.8); prepare update to New York cross-ownership waiver request regarding FCC applications to assign broadcast licenses in bankruptcy (1.4); prepare update to Miami cross-ownership waiver request regarding FCC applications to assign broadcast licenses in bankruptcy (1.6). | |
|  | J. Rademacher | 6.50 hrs. |
| 10/14/11 | Review FCC issues in draft restructuring applications and exhibits (0.4); review changes to same (0.4); research re possible extension of cross-ownership waivers and current court appeals and impact on FCC (0.7). | |
|  | J. Feore | 1.50 hrs. |
| 10/14/11 | Prepare correspondence to K. Kensinger re procedures for filing satellite applications in connection with restructuring applications (0.3); review issues in connection with revisions to restructuring applications (0.6). | |
|  | J. Logan | 0.90 hrs. |
| 10/14/11 | Work on Hartford market report and facts (1.4); telephone conference with E. Washburn re reports (0.2); email exchange with E. Washburn re Hartford report (0.2); review and revise Los Angeles report (0.9). | |
|  | M. Swanson | 2.70 hrs. |
| 10/15/11 | Prepare update to Los Angeles cross-ownership waiver request regarding FCC applications to assign broadcast licenses in bankruptcy. | |
|  | J. Rademacher | 3.20 hrs. |
| 10/15/11 | Review updates to ownership certification procedures, motion and notices (0.7); review extension of FCC application amendments | |

Tribune Company                                             Invoice 548347

|            |                                                                                                                                                                                                                                                                                                                      |            |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            | required by possible ownership changes (0.7). <br> J. Feore                                                                                                                                                                                                                                                           | 1.40 hrs. |
| 10/15/11   | Review and revise Hartford market report. <br> M. Swanson                                                                                                                                                                                                                                                            | 3.00 hrs. |
| 10/16/11   | Review reports re FCC Phoenix hearing (0.2); work on Hartford report (0.3); work on Chicago report (2.5). <br> M. Swanson                                                                                                                                                                                            | 3.00 hrs. |
| 10/17/11   | Revise FCC restructuring applications exhibit (0.7); revise FCC procedures motion with exhibits (1.1). <br> C. Burrow                                                                                                                                                                                                | 1.80 hrs. |
| 10/17/11   | Telephone conference with E. Washburn and M. Gremillion regarding update to Miami cross-ownership waiver request regarding FCC applications to assign broadcast licenses in bankruptcy (1.0); prepare update to Hartford cross-ownership waiver request regarding same (2.0); correspondence with E. Washburn regarding same (0.2); prepare update to Chicago cross-ownership waiver request regarding same (2.9). <br> J. Rademacher | 6.10 hrs. |
| 10/17/11   | Review proposed changes to ownership certifications (0.7); work on updates to waiver showings (0.7); telephone conference with FCC re timing of updates and amendments (0.2). <br> J. Feore                                                                                                                          | 1.60 hrs. |
| 10/17/11   | Review and revise draft motion on foreign ownership polling procedures. <br> J. Logan                                                                                                                                                                                                                               | 1.40 hrs. |
| 10/17/11   | Preparation of draft pro forma applications for restructuring in FCC database. <br> L. McCarty (Practice Group Professional)                                                                                                                                                                                         | 3.40 hrs. |
| 10/17/11   | Review Chicago market factual changes (1.3); prepare for and telephone conference with E. Washburn and B. Gremillion re Miami market report (1.6); review and revise Hartford market report (2.2). <br> M. Swanson                                                                                                   | 5.10 hrs. |
| 10/18/11   | Analysis of FCC ownership issues implicated by WGN America (0.4); preparation of updates for requests for waiver of newspaper/broadcast cross-ownership rule regarding applications to assign FCC licenses in bankruptcy (4.0). <br> J. Rademacher                                                                    | 4.40 hrs. |
| 10/18/11   | Review updated foreign certification motions re Wiley comments and FCC timing (0.6); revise waiver requests for individual cross-ownership markets (0.4); research re redraft of ownership waiver legal arguments (0.8). <br> J. Feore                                                                                | 1.80 hrs. |

November 25, 2011                                                                         Page 8

Tribune Company                                                                   Invoice 548347

| | | |
|---|---|---|
| 10/18/11 | Telephone conference with A. Tobias (FCC Wireless Division) re FCC procedures for accommodating filing software to restructuring applications and amended exit applications (0.5); review alternative approaches for addressing non-broadcast applications for restructuring applications (0.7); review FCC attribution and licensing issues in connection with possible investment in Tower Distribution and superstation operations (1.4); review FCC regulatory provisions on superstation operations in connection with proposed structure for investment in superstation operation (1.6); review Reorganization Plan re timing and foreign certification issues (0.7); review FCC decisions on superstation operations under amendments to Communications Act (0.8). | |
| | J. Logan | 5.70 hrs. |
| 10/18/11 | Preparation of draft pro forma assignment applications for restructuring in FCC database. | |
| | L. McCarty (Practice Group Professional) | 2.10 hrs. |
| 10/18/11 | Review and revise Chicago market report and attachments (2.8); telephone conference with J. Bayes (WRF) re approach to waivers (0.2). | |
| | M. Swanson | 3.00 hrs. |
| 10/19/11 | Review revised FCC foreign ownership certification from co-proponent's FCC counsel (1.3); correspondence with Sidley re same (0.8); review timing issues re FCC applications (1.2). | |
| | C. Burrow | 3.30 hrs. |
| 10/19/11 | Preparation of update to Miami request for waiver of newspaper/broadcast cross-ownership rule regarding applications to assign FCC licenses in bankruptcy (2.7); preparation of update to Chicago request for waiver of newspaper/broadcast cross-ownership rule regarding application to assign FCC licenses in bankruptcy (1.9). | |
| | J. Rademacher | 4.60 hrs. |
| 10/19/11 | Research re issues and timing on ownership certification (0.8); telephone conference with D. Wiley re pending court decision (0.2); work on application updates and amendments (0.8); prepare draft response to court action (0.4); review comments from Oaktree counsel re certifications (0.6). | |
| | J. Feore | 2.80 hrs. |
| 10/19/11 | Review agenda of open items for post confirmation FCC processes (0.7); telephone conference with J. Boelter (Sidley) re status of court proceeding and comments from court on timing for issuance of order (0.4); review comments from Oaktree, Angelo Gordon and JP Morgan re draft certification of foreign ownership (0.6); prepare correspondence to J. Boelter re comments from credit co-proponents re foreign ownership certification process (0.5); work on forms for pro forma applications and structure of exhibits (0.8); telephone | |

Tribune Company                                                      Invoice 548347

conference with T. Davidson (FCC counsel to Oaktree and Angelo Gordon) re Oaktree/AG concerns on foreign ownership certification process (0.4); prepare correspondence to J. Boelter re anticipated Oaktree changes to foreign certification process (0.3).
J. Logan                                           3.70 hrs.

10/19/11        Research relating to digital subchannel network affiliation agreement for ownership report preparation.
L. McCarty (Practice Group Professional)           2.10 hrs.

10/19/11        Review "facts" and changes related to Chicago market report (0.9); telephone conference with E. Washburn re changes to market reports (0.2); revise Chicago report (1.9).
M. Swanson                                         3.00 hrs.

10/20/11        Review timing issues re FCC process post-confirmation order (1.7); prepare process list re foreign ownership (1.4); circulate foreign ownership process list to Sidley and co-proponents' FCC counsel (0.4); correspondence with Sidley and co-proponents' FCC counsel re post-confirmation issues (0.7); review revisions to FCC restructuring applications (0.7).
C. Burrow                                          4.90 hrs.

10/20/11        Preparation of update to Chicago request for waiver of newspaper/broadcast cross-ownership rule regarding (1.8); research regarding same (1.0).
J. Rademacher                                      2.80 hrs.

10/20/11        Work on outline of issues and response to court order (0.7); telephone conference with D.Wiley re re court decision and timing issues (0.3); telephone conference with S. Sheehan re FCC issues (0.4); work on further revisions to amendments and waivers and restructuring applications (1.0); telephone conference with FCC staff re filings (0.3).
J. Feore                                           2.70 hrs.

10/20/11        Revise restructuring comprehensive exhibit per comments from E. Washburn (Tribune) (1.6); prepare correspondence to E. Washburn re revised draft of comprehensive exhibit (0.4); research and analyze alternate approaches to address FCC concerns with accommodating restructuring applications in the non-broadcast services (0.7); review issues in connection with proposed structure to accommodate investment in superstation operations and Tower Distribution (1.2); telephone conference with K. Kensinger (FCC) re status of FCC review of approaches to accommodate restructuring applications in International Bureau software (0.6); review revised procedural motions and accompanying orders and exhibits on foreign ownership processes (0.8); review and revise draft FCC Form 316 applications for restructuring applications (0.6); prepare correspondence to J. Boelter re potential bankruptcy and related issues in connection with non-broadcast filings at FCC and

November 25, 2011                                                Page 10

alternative approach to address FCC processing issues (0.4).
J. Logan                                    6.30 hrs.

10/20/11    Revise draft Form 316 for KPLR to reflect transaction as a pro
            forma transfer of control (0.8); research regarding restructuring
            transaction (0.8); prepare list of restructuring applications needed for
            satellite and wireless bureaus (1.4); draft amendments to long term
            applications (4.3).
            L. McCarty (Practice Group Professional)      7.30 hrs.

10/20/11    Meeting re bankruptcy cross-ownership filing timing (0.7); review re
            Wiley Rein "shell" draft (0.8); telephone conference with E.
            Washburn re same (0.8); review and revise changes to Miami report
            (1.1); revise "shell" (0.9); email exchanges with E. Washburn re
            same (0.2).
            M. Swanson                                  4.50 hrs.

10/21/11    Telephone conference with co-proponents' FCC counsel re FCC
            application process post-confirmation order (0.7); telephone
            conference with co-proponents' FCC counsel re foreign ownership
            timing issues (1.1); review revised foreign ownership certification
            (0.8); review revised foreign ownership procedures (0.7); telephone
            conferences and correspondence with Sidley re same (0.8).
            C. Burrow                                   4.10 hrs.

10/21/11    Telephone conference with D. Wiley and team re work on FCC
            applications, supplements and waivers (0.6); telephone conference
            with D. Wiley re court decision and timing (0.3); work on revised
            waiver showings and legal analysis (1.4); conference with S.
            Sheehan re FCC and Hill lobbying (0.3).
            J. Feore                                    2.60 hrs.

10/21/11    Prepare for meeting with FCC counsel to credit co-proponents re
            post-confirmation order processes on FCC-related items, including
            waivers, ownership amendments and certification procedures (0.5);
            telephone conference with FCC counsel to JP Morgan, Oaktree and
            Angelo Gordon re post-confirmation processes (0.8); prepare
            correspondence to W. Johnsen (JP Morgan counsel) and T.
            Davidson (Oaktree/Angelo Gordon counsel) re revised foreign
            ownership certification (0.9); telephone conference with T.
            Davidson and W. Johnsen re Oaktree-Angelo Gordon proposals for
            alternate timeframe and procedures for foreign ownership polling
            (1.1); telephone conference with K. Kensinger (FCC International
            Bureau) re procedures for restructuring application and relationship
            to emergence from bankruptcy (0.6); prepare correspondence to J.
            Stenger re revised foreign ownership certification (0.3); telephone
            conference with J. Stenger re post-confirmation steps for emergence
            from bankruptcy (0.6); review and analyze issues in connection with
            Oaktree/Angelo Gordon proposal to change timing of post-
            confirmation FCC processes (0.7); telephone conference with W.
            Johnsen re JP Morgan position on change in timing of post-

Tribune Company

|  |  |  |
|---|---|---|
|  | confirmation FCC processes (0.2). |  |
|  | J. Logan | 5.70 hrs. |
| 10/21/11 | Prepare for and participate in call with Wiley Rein and Akin Gump re bankruptcy process and FCC filing issues (0.5); review changes and facts for market reports (0.4). |  |
|  | M. Swanson | 0.90 hrs. |
| 10/22/11 | Review updates proposed for ownership showings, certifications and timing of motions (0.7); work on FCC supplements re pending applications and waivers (0.8); revise restructuring applications re possible FCC appeal of licenses (0.9). |  |
|  | J. Feore | 2.40 hrs. |
| 10/24/11 | Review revisions to FCC exhibits (0.8); review new FCC filings (0.4); correspondence with Sidley re same (0.6). |  |
|  | C. Burrow | 1.80 hrs. |
| 10/24/11 | Telephone conference with E. Washburn and B. Carey regarding updates to New York newspaper/broadcast cross-ownership waiver request regarding assignment of broadcast licenses in bankruptcy (0.7); preparation of update to New York newspaper/broadcast cross-ownership waiver request regarding same (2.2); correspondence with B. Carey regarding same (0.3). |  |
|  | J. Rademacher | 3.20 hrs. |
| 10/24/11 | Work on comprehensive exhibit for pro forma restructuring applications (0.7); review FCC filings (0.4); telephone conference with S. Sheehan re FCC issues (0.3); review issues with FCC timeline and outline of filings (0.8). |  |
|  | J. Feore | 2.20 hrs. |

10/24/11     Telephone conference with D. Roberts ( FCC) re FCC personnel in charge of processing exit applications and restructuring applications (0.3); telephone conference with FCC counsel to credit co-proponents re FCC staffing (0.2); telephone conference with E. Reed (JP Morgan FCC counsel) re N. Ellis filing (0.3); review and analyze N. Ellis FCC filing re cross-ownership in Hartford market (0.6); prepare correspondence to E. Washburn and J. Boelter re N. Ellis FCC filing re Hartford cross-ownership (0.4); review changes and comments from E. Washburn re draft comprehensive exhibit for FCC exit applications (0.6); revise draft comprehensive exhibit for FCC exit applications (0.7); prepare correspondence to J. Boelter re revised draft comprehensive exhibit (0.3); prepare correspondence to J. Boelter re proposal for credit co-proponents for alternate approach to foreign ownership certification process (0.4); review and analyze timing issues affecting restructuring applications and non-broadcast processing in connection with alternative foreign ownership certification approach from credit co-proponents (1.1); prepare correspondence to FCC counsel to credit co-proponents re additional information needed for completion of media ownership and general

Tribune Company

|  |  |  |
|---|---|---|
|  | ownership sections of comprehensive exhibits to exit applications (0.3). | |
|  | J. Logan | 5.20 hrs. |
| 10/24/11 | Telephone conference with D. Roberts (FCC) re status of Enforcement Bureau and proof of claim issues (0.2); review E. Washburn changes to New York City report (0.5); prepare for and telephone conference with B. Carey (WPIX) re New York City facts (1.2); work on New York City market report (0.4). | |
|  | M. Swanson | 2.30 hrs. |
| 10/25/11 | Telephone conferences and correspondence with Sidley re FCC foreign ownership procedures (1.9); telephone conferences and correspondence with co-proponents' FCC counsel re FCC foreign ownership procedures (1.8); revise FCC applications (1.2). | |
|  | C. Burrow | 4.90 hrs. |
| 10/25/11 | Correspondence with E. Washburn regarding updates to newspaper/broadcast cross-ownership waiver requests regarding assignment of FCC licenses in bankruptcy (0.3); preparation of update to New York newspaper/broadcast cross-ownership waiver request regarding same (0.3); preparation of update to Los Angeles newspaper/broadcast cross-ownership waiver request regarding same (0.4); preparation of update to Hartford newspaper/broadcast cross-ownership waiver request regarding same (0.5); preparation of update to Chicago newspaper/broadcast cross-ownership waiver request regarding same (0.7). | |
|  | J. Rademacher | 2.20 hrs. |
| 10/25/11 | Work on updates to application exhibits re ownership and waivers (0.7); review proposals of JP Morgan and Oaktree re foreign ownership (0.5); revise cross-ownership showings in certain markets (0.8); telephone conferences with FCC staff re new filings (0.2). | |
|  | J. Feore | 2.20 hrs. |
| 10/25/11 | Prepare correspondence to FCC counsel to credit co-proponents re status of ownership information for update to draft exit application exhibit (0.2); review correspondence from T. Davidson ( FCC counsel to Oaktree/Angelo Gordon) re proposal for alternative approach to foreign ownership certification procedures (0.4); prepare correspondence to J. Boelter (Sidley) re issues raised by Oaktree/Angelo Gordon alternative approach to foreign ownership procedures (0.4); review comments from J. Boelter ( Sidley) on draft comprehensive exhibit for exit applications (0.4); revise draft comprehensive exhibits to exit applications to reflect comments from Sidley (0.5); prepare correspondence to T. Davidson re updates required from Angelo Gordon and Oaktree for exit applications amendment (0.4); telephone conference with J. Boelter (Sidley) re objections and comments to procedures motion for foreign ownership certification (0.8); telephone conference with T. Davidson ( FCC counsel to Oaktree/Angelo Gordon) and W. | |

November 25, 2011                                                    Page 13

Johnsen (FCC counsel to JP Morgan) re alternate procedures proposed for foreign ownership certification process (0.8); telephone conference with J. Boelter (Sidley) re revised foreign ownership procedures proposed by Oaktree/Angelo Gordon (0.4); prepare correspondence to FCC counsel to co-proponents transmitting draft comprehensive exhibit for exit applications and for restructuring applications for review and comment (0.6); review correspondence from J. Boelter re adapting organizational charts from plan supplement to restructuring applications (0.3); review correspondence from J. Boelter re trading restriction precedent from other FCC-related bankruptcy proceedings (0.4); review counterproposal from J. Boelter (Sidley) re foreign ownership procedural motion (0.6).

J. Logan                                          6.20 hrs.

10/25/11        Telephone conference with D. Roberts (FCC) re Enforcement Bureau issues, proofs of claim and FCC process (0.3); exchange voicemails and emails with S. Stone (FCC) and N. Dellar (FCC) re bankruptcy procedural issues (0.2); review re E. Washburn changes to market reports (0.5).

M. Swanson                                        1.00 hrs.

10/26/11        Review foreign ownership calculation procedures re timing questions (0.9); correspondence with Sidley re same (0.8); review distribution issues (0.7); review revisions to foreign ownership certification (0.9); correspondence with Sidley and co-proponents' FCC counsel re same (0.8).

C. Burrow                                         4.10 hrs.

10/26/11        Telephone conference with S. Stone (FCC Enforcement Bureau) regarding FCC complaints about Tribune broadcast stations regarding assignment of broadcast licenses in bankruptcy (0.4); preparation of list of Enforcement Bureau complaints for correspondence with S. Stone regarding same (0.5); telephone conference with E. Washburn and C. Marren regarding updates to Hartford newspaper/broadcast cross-ownership waiver request regarding same (0.6); preparation of update to Hartford newspaper/broadcast cross-ownership waiver request regarding same (2.5); telephone conference with E. Washburn and J. Moczulski regarding update to Los Angeles newspaper/broadcast cross-ownership waiver request regarding same (0.5); preparation of update to Los Angeles newspaper/broadcast cross-ownership waiver request regarding same (2.6); telephone conference with E. Washburn and G. Caputo regarding update to Chicago newspaper/broadcast cross-ownership waiver request regarding same (0.5); preparation of update to Los Angeles newspaper/broadcast cross-ownership waiver request regarding same (3.0).

J. Rademacher                                     10.60 hrs.

10/26/11        Work on changes to proposed FCC timeline on ownership

November 25, 2011                                              Page 14

Tribune Company                                              Invoice 548347

certifications, restructuring and court orders (1.0); review
bankruptcy updates to draft FCC exhibits (0.8); telephone
conference with Angelo Gordon counsel re FCC applications and
exhibits (0.4).
J. Feore                                    2.20 hrs.

10/26/11      Prepare correspondence to J. Stenger re foreign ownership
certification and draft comprehensive exhibit (0.3); review issues
raised by FCC counsel to Angelo Gordon/Oaktree re procedures for
joint certification under foreign ownership certification (1.1);
prepare correspondence to J. Boelter (Sidley) re issues in connection
with Angelo Gordon/Oaktree certification report (0.4); prepare
correspondence to co-proponents re draft comprehensive exhibit and
additional items needed on credit co-proponents' ownership interests
(0.4); review proposed timeline for FCC process from JP Morgan
bankruptcy counsel (0.7); prepare correspondence to J. Boelter
(Sidley) re JP Morgan revised timeline and procedural memorandum
(0.4); prepare correspondence to J. Boelter (Sidley) re FCC-related
comments on proposed JP Morgan timeline and analysis for
proposed process (0.8); prepare correspondence to J. Boelter re
revisions by Sidley to draft timeline and process memorandum from
JP Morgan counsel (0.6); review and provide comments on further
revisions from Alvarez on process memorandum and additional
procedures for addressing distribution of attributable stock (0.9).
J. Logan                                    5.60 hrs.

10/26/11      Review client's changes to Chicago market report (0.5); prepare for
and telephone conference with E. Washburn and G. Caputo (WGN-
TV) re Chicago report (1.2); prepare for and telephone conference
with E. Washburn and KTLA general manager re Los Angeles
market report (1.1); review E. Washburn changes to Hartford market
report (0.3); prepare for and telephone conference with E. Washburn
and Hartford News Director re market report (0.8); review re TMS
and IP closed captioning docket (0.3); prepare for and telephone
conference with S. Stone (FCC) re FCC/bankruptcy procedural
issues (0.5); telephone conference with E. Washburn re possible
TMS filing (0.2); review Tribune FCC Enforcement Bureau chart
and email S. Stone re same (0.8).
M. Swanson                                  5.70 hrs.

10/27/11      Review revisions to Davis Polk post-consummation timeline (0.8);
correspondence with Sidley re same (0.7); review FCC foreign
ownership issues (0.9).
C. Burrow                                   2.40 hrs.

10/27/11      Preparation of update to New York market request for
newspaper/broadcast cross-ownership waiver regarding assignment
of broadcast licenses in bankruptcy (0.9); preparation of update to
Los Angeles market request for newspaper/broadcast cross-
ownership waiver regarding same (0.6); preparation of update to
Chicago market request for newspaper/broadcast cross-ownership

November 25, 2011                                                Page 15

Tribune Company                                                Invoice 548347

|  |  |  |
|---|---|---|
|  | waiver regarding same (1.0); preparation of update to Miami market request for newspaper/broadcast cross-ownership waiver regarding same (2.0); preparation of update to Hartford market request for newspaper/broadcast cross-ownership waiver regarding same (1.6); telephone conference with E. Washburn regarding same (0.2). |  |
|  | J. Rademacher | 6.30 hrs. |
| 10/27/11 | Work on FCC applications and exhibits (0.7); prepare restructuring applications for FCC filing (0.7); review Oaktree comments and proposals re ownership (0.6); review new timeline re exit from bankruptcy (0.4). |  |
|  | J. Feore | 2.40 hrs. |
| 10/27/11 | Complete review and revision of timeline and procedures memorandum with Sidley comments (0.7); prepare correspondence to J. Boelter re timeline and procedures memorandum (0.4); prepare Form 316 applications for restructuring transactions (0.5); telephone conference with J. Boelter re timeline and procedural memorandum and potential changes to motion to establish certification procedures (0.8). |  |
|  | J. Logan | 2.40 hrs. |
| 10/27/11 | Voicemail and email exchange with S. Smith (FCC) re status of cross-ownership rulemaking (0.2); review and revise changes to cross-ownership "shell" (1.5); prepare for and telephone conference with J. Boelter (Sidley) re FCC/bankruptcy procedural issues (0.4); review re Miami facts (0.4). |  |
|  | M. Swanson | 2.50 hrs. |
| 10/28/11 | Review revised foreign ownership certification form (0.9); review revisions to FCC comprehensive exhibit (0.8); review revised foreign ownership timeline (0.7); telephone conferences and correspondence with Sidley and co-proponents' FCC counsel re same (1.8). |  |
|  | C. Burrow | 4.20 hrs. |
| 10/28/11 | Preparation of update to New York market request for newspaper/broadcast cross-ownership waiver regarding assignment of broadcast licenses in bankruptcy (1.2); preparation of update to Los Angeles market request for newspaper/broadcast cross-ownership waiver regarding same (1.1); preparation of update to Chicago market request for newspaper/broadcast cross-ownership waiver regarding same (1.1); preparation of update to Miami market request for newspaper/broadcast cross-ownership waiver regarding same (1.6); preparation of update to Hartford market request for newspaper/broadcast cross-ownership waiver regarding same (1.1); correspondence with E. Washburn regarding same (0.2); telephone conference with E. Washburn regarding same (0.2). |  |
|  | J. Rademacher | 6.50 hrs. |
| 10/28/11 | Work on updates to market ownership waiver showings (0.8); |  |

Tribune Company

|  |  |  |
|---|---|---|
|  | research re cross-ownership options and FCC requests (0.8); work on revised foreign ownership compliance and timeline re court (0.6). | |
|  | J. Feore | 2.20 hrs. |
| 10/28/11 | Review revisions to foreign ownership certification form from T. Davidson (Oaktree/Angelo Gordon FCC counsel) (0.5); prepare correspondence to J. Boelter re implications of proposed Oaktree/Angelo Gordon extension of eligibility for joint certification under foreign ownership procedures (0.9); review comments from Alvarez on proposed procedural memorandum (0.2); review Sidley revisions to timeline and procedural memorandum (0.4); prepare correspondence to J. Boelter (Sidley) re procedural memorandum (0.7); telephone conference with J. Bayes (JP Morgan FCC counsel) re comments on proposed comprehensive exhibit for application amendments (0.8); revise comprehensive exhibit and review Reorganization Plan in connection with changes (1.4); prepare correspondence to J. Bayes (FCC counsel to JP Morgan) with revisions to comprehensive exhibits for exit applications (0.2). | |
|  | J. Logan | 5.10 hrs. |
| 10/28/11 | Review re possible TMS filing of IP closed captioning rulemaking comments (0.4); review re changes to covering "shell" (0.3); review and revise Miami market report (0.5); voicemail S. Stone (FCC) re bankruptcy procedural issues (0.1); telephone conference with E. Washburn re waivers (0.1). | |
|  | M. Swanson | 1.40 hrs. |
| 10/29/11 | Preparation of update to Los Angeles market request for newspaper/broadcast cross-ownership waiver regarding assignment of broadcast licenses in bankruptcy. | |
|  | J. Rademacher | 1.30 hrs. |
| 10/29/11 | Work on further updates to ownership certifications and court motion (0.6); review issues raised by JP Morgan and Oaktree (0.4). | |
|  | J. Feore | 1.00 hrs. |
| 10/29/11 | Prepare correspondence to JP Morgan counsel re comprehensive exhibit. | |
|  | J. Logan | 0.30 hrs. |
| 10/30/11 | Preparation of update to Chicago market request for newspaper/broadcast cross-ownership waiver regarding assignment of broadcast licenses in bankruptcy. | |
|  | J. Rademacher | 2.10 hrs. |
| 10/30/11 | Review and revise Chicago market report. | |
|  | M. Swanson | 1.80 hrs. |
| 10/31/11 | Review confirmation opinion for FCC and timing issues. | |
|  | C. Burrow | 2.70 hrs. |
| 10/31/11 | Preparation of update to Chicago market request for newspaper/broadcast cross-ownership waiver regarding assignment | |

November 25, 2011                                                    Page 17

Tribune Company                                                    Invoice 548347

|  |  |  |
|---|---|---|
|  | of broadcast licenses in bankruptcy (1.5); correspondence with E. Washburn regarding same (0.5); analysis of bankruptcy court ruling regarding bankruptcy plan confirmation (1.3). | |
|  | J. Rademacher | 3.30 hrs. |
| 10/31/11 | Work on amended comprehensive exhibit for FCC (1.1); telephone conference with S. Sheehan re timing issues (0.2); telephone conference with D. Kazan re Chicago media waiver issues (0.4); review court decision re FCC and timing issues (0.8). | |
|  | J. Feore | 2.50 hrs. |
| 10/31/11 | Complete further JP Morgan changes to post-confirmation amendment and related update changes (0.8); prepare correspondence to FCC counsel to DCL co-proponents re revised comprehensive exhibit (0.2); prepare correspondence to J. Boelter (Sidley) re restructuring applications and proposed outreach to FCC staff (0.3); telephone conference with J. Bayes (JP Morgan counsel) re JP Morgan presentation on attributable parties (0.3); prepare correspondence to J. Boelter re timing issues in connection with anticipated order (0.3); prepare correspondence to J. Boelter re open FCC issues and documents for inclusion in amendment (0.6); review open items for amendment filing in preparation for order (0.6); review opinion and confirmation order from bankruptcy court (1.4). | |
|  | J. Logan | 4.50 hrs. |
| 10/31/11 | Telephone call from client regarding preparation of draft ownership reports. | |
|  | L. McCarty (Practice Group Professional) | 0.30 hrs. |
| 10/31/11 | Review re Chicago market awards. | |
|  | M. Swanson | 0.30 hrs. |

BILLING SUMMARY

|  | Hours |
|---|---|
| BURROW | 49.40 |
| FEORE | 48.50 |
| LOGAN | 72.50 |
| SWANSON | 59.50 |
| RADEMACHER | 70.80 |
| TESLIK | 0.70 |
| ANDERSON | 0.50 |
| MCCARTY | 36.20 |
| TOTAL | 338.10 |

Fees for Professional Services ........................................................................ $         190,659.00

FACSIMILE                                                    $         70.50

November 25, 2011                                       Page 18

Tribune Company                                      Invoice 548347
    REPRODUCTION                          $        296.40
    TELEPHONE                             $         68.12

Total Reimbursable Costs .......................................................... $         435.02
Total Current Billing for This File................................................. $     191,094.02


Our File # 08656.0101            For Services Through October 31, 2011
Retention and Fee Applications


| Date | Description | Hours |
|---|---|---|
| 10/03/11 | Review 6th and 7th preliminary audit reports from fee examiner.<br>C. Meazell | 1.40 hrs. |
| 10/04/11 | Research regarding questions raised by 6th and 7th preliminary audit reports from fee examiner (1.9);  preparation of correspondence to fee examiner regarding response to same (0.7).<br>C. Meazell | 2.60 hrs. |
| 10/05/11 | Preparation of 28th monthly fee application.<br>C. Meazell | 1.60 hrs. |
| 10/06/11 | Preparation of 28th monthly fee application (1.1); preparation of 9th interim fee application (0.6).<br>C. Meazell | 1.70 hrs. |
| 10/13/11 | Finalize 9th interim fee application (1.3); correspondence with Delaware counsel regarding same (0.3); review proposed fee order (0.2).<br>C. Meazell | 1.80 hrs. |
| 10/18/11 | Review fax regarding omnibus hearing agenda (0.2); telephone conference with Court Call regarding telephonic appearance registration for same (0.5).<br>C. Meazell | 0.70 hrs. |
| 10/24/11 | Preparation of 28th monthly fee application.<br>C. Meazell | 1.20 hrs. |
| 10/26/11 | Preparation of 28th monthly fee application.<br>C. Meazell | 1.90 hrs. |
| 10/31/11 | Finalize and file 28th monthly fee application.<br>C. Meazell | 1.20 hrs. |

BILLING SUMMARY

|  | Hours |
|---|---|
| MEAZELL | 14.10 |
| TOTAL | 14.10 |

November 25, 2011                                      Page 19

Tribune Company                                        Invoice 548347

Fees for Professional Services ....................................................... $        6,345.00
Total Current Billing for This File................................................. $        6,345.00

Our File # 08656.0104          For Services Through October 31, 2011
Broadcast Contracts

| | | |
|---|---|---|
| 10/04/11 | Telephone conference with K. Connor re negotiating strategy for upcoming retransmission agreements.<br>K. Latek | 0.40 hrs. |
| 10/04/11 | Revise digital migration language and other carriage terms for Knology agreement for WGN America (0.9); prepare email to K. Connor re same (0.1).<br>R. Folliard III | 1.00 hrs. |
| 10/05/11 | Telephone conference with K. Connor and tower representatives re legal and business issues in upcoming retransmission and distribution negotiations (2.2); prepare correspondence to K. Connor re cable programming license fees (0.1).<br>K. Latek | 2.30 hrs. |
| 10/06/11 | Analysis re assignment issues for WGN America agreements.<br>K. Leavy | 6.80 hrs. |
| 10/06/11 | Work on summary of major distribution agreements for K. Connor.<br>K. Latek | 0.40 hrs. |
| 10/13/11 | Telephone conference with K. Connor re Fidelity, RCN and other negotiations (1.0); revise Fidelity retransmission agreement (0.6).<br>K. Latek | 1.60 hrs. |
| 10/13/11 | Review Golden Rain WGN distribution agreement (0.3); conference call with K. Connor and K. McNeil re same (0.5).<br>R. Folliard III | 0.80 hrs. |
| 10/14/11 | Analyze proposed markup of WGN agreement by Fidelity Cable (0.2); telephone call with K. Mullane re response to Fidelity markup (0.3); prepare counter offer to Fidelity (0.5); prepare counter offer to Golden Rain Cable re markup of WGN agreement (0.2).<br>R. Folliard III | 1.20 hrs. |
| 10/17/11 | Prepare template for new Tribune and Tower term sheets.<br>K. Latek | 1.20 hrs. |

November 25, 2011                                                    Page 20

Tribune Company                                                Invoice 548347

| 10/17/11 | Revise Golden Rain WGN America distribution agreement (0.5); prepare email to K. McNeil re Golden Rain (0.1); revise form Tribune Broadcasting retransmission consent offer sheet (0.3); analyze Atlantic Broadband retransmission agreement and WGN distribution agreement (0.2); conference call with K. Connor and K. Mullane re Atlantic Broadband (1.1). | |
| | R. Folliard III | 2.20 hrs. |
| 10/18/11 | Prepare revised version of retransmission consent and WGN distribution agreements with Atlantic Broadband. | |
| | R. Folliard III | 1.60 hrs. |
| 10/19/11 | Analysis re transport issues for WGN America. | |
| | K. Leavy | 0.00 hrs. |
| 10/21/11 | Telephone conference with K. Connor re new template for Tribune and Tower proposals and status and strategy for RCN and Fidelity negotiations. | |
| | K. Latek | 1.00 hrs. |
| 10/21/11 | Review New Wave broadcast retransmission agreement (0.3); telephone call with K. Connor re same (0.7). | |
| | R. Folliard III | 1.00 hrs. |
| 10/23/11 | Revise Fidelity retransmission consent agreement (0.5); prepare new templates for proposals and retransmission consent agreement (1.4). | |
| | K. Latek | 1.90 hrs. |
| 10/24/11 | Review options for RCN negotiation (0.3); telephone conference with K. Connor re same (0.2). | |
| | K. Latek | 0.50 hrs. |
| 10/24/11 | Telephone conference with K. Connor and K. Mullane re Atlantic Broadband agreements (0.5); review Atlantic Broadband agreements in preparation for conference call (0.2). | |
| | R. Folliard III | 0.70 hrs. |
| 10/25/11 | Telephone call with K. Mullane re Atlantic Broadband retransmission agreement. | |
| | R. Folliard III | 0.80 hrs. |
| 10/26/11 | Prepare response to New Wave retransmission consent agreement for broadcast stations (0.7); prepare revised WGN America and broadcast retransmission agreements for Atlantic Broadband (1.2); prepare email to K. Connor and K. Mullane re Atlantic Broadband (0.1); conference call with Atlantic Broadband re out of market carriage (0.5); conference call with K. Mullane following up call with Atlantic Broadband (0.2). | |
| | R. Folliard III | 2.70 hrs. |
| 10/31/11 | Review New Wave markup of WGN America agreement (0.2); telephone call with K. Connor re New Wave (0.3); prepare revised New Wave agreement for WGN America (0.6); review | |

Tribune Company                                                    Invoice 548347

retransmission agreement for Antietam Cable (0.2); telephone call
with K. Mullane re Antietam Cable (0.4).
R. Folliard III                                        1.70 hrs.

## BILLING SUMMARY

|                | Hours  |
|----------------|--------|
| LATEK          | 9.30   |
| LEAVY          | 6.80   |
| FOLLIARD III   | 13.70  |
| TOTAL          | 29.80  |

| | | |
|---|---|---|
| Fees for Professional Services ....................................................... $ | | 13,165.00 |
| REPRODUCTION | $ | 13.50 |
| TELEPHONE | $ | 27.96 |
| Total Reimbursable Costs ............................................................ $ | | 41.46 |
| Total Current Billing for This File............................................. $ | | 13,206.46 |

Our File # 08656.0104:001        For Services Through October 31, 2011
Fox and Network Agreements

| 10/18/11 | Analyze issues in potential Fox agreement.<br>D. Wittenstein | 0.30 hrs. |
|----------|-------------------------------------------------------------|-----------|
| 10/18/11 | Telephone conference with D. Eldersveld re Fox options (0.3); review issues raised (0.6).<br>J. Feore | 0.90 hrs. |
| 10/19/11 | Research re possible deal with Fox (0.6); telephone conference with Tribune personnel re same (0.5); telephone conference with Fox and Tribune personnel re same (0.8).<br>D. Wittenstein | 1.90 hrs. |
| 10/19/11 | Review issues and outline options re potential Fox deal (0.5); telephone conference with D. Eldersveld, C. Sennett and G. Mazzaferri re options (0.5).<br>J. Feore | 1.00 hrs. |
| 10/19/11 | Analyze implications of potential Fox agreement.<br>K. Latek | 0.20 hrs. |

November 25, 2011                                    Page 22

Tribune Company                                              Invoice 548347

BILLING SUMMARY

|  | Hours |
|---|---|
| FEORE | 1.90 |
| LATEK | 0.20 |
| WITTENSTEIN | 2.20 |
| TOTAL | 4.30 |

Fees for Professional Services ...................................................................... $        3,047.00

Total Current Billing for This File.................................................................. $        3,047.00

Total Current Billing for This Invoice............................................................ $       213,692.48

# ⊗ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC 20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

T 202.776.2000  F 202.776.2222

## DUE UPON RECEIPT
**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC 20036-6802**

November 25, 2011

Tribune Company
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL 60611

Invoice 548347

Our File # 08656.0100      For Services Through October 31, 2011
FCC/Broadcast Matters
    Total Current Billing for This Invoice ............................................................. $    191,143.37

Our File # 08656.0101      For Services Through October 31, 2011
Retention and Fee Applications
    Total Current Billing for This Invoice ............................................................. $    6,345.00

Our File # 08656.0104      For Services Through October 31, 2011
Broadcast Contracts
    Total Current Billing for This Invoice ............................................................. $    13,206.46

Our File # 08656.0104:001      For Services Through October 31, 2011
Fox and Network Agreements
    Total Current Billing for This Invoice ............................................................. $    3,047.00

Total Current Billing for This Invoice ............................................................. $    213,741.83

# EXHIBIT C

## Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## OCTOBER 1 - OCTOBER 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 309.90 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 0.00 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 70.50 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 0.00 |
| Lexis Research Service | Lexis | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | Lasership - FCC | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 0.00 |
| Search Services | Pacer | 0.00 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Conferencing Services | Soundpath | 0.00 |
| Telephone Tolls | | 96.08 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |
| **Total** | | **476.48** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2) Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.