United States Bankruptcy Court
For the District Of Delaware

_____

LOS ANGELES TIMES COMMUNICATIONS LLC    } Chapter 11
                                        }
                                        }
                                        }
                                        } Case No.
                                        } 08-13185
Debtor_____ } **Amount $1,144.44**

*AS SET FORTH ON SCHEDULE F*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**CUCAMONGA COUNTY WATER DISTRICT**
**PO BOX 51788**
**LOS ANGELES, CA 90051**

The transfer of your claim as shown above in the amount of **$1,144.44** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/JEFF CARESS
      Liquidity Solutions Inc
      (201) 968-0001

3295826

## TRANSFER NOTICE

Cucamonga County Water District ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **LOS ANGELES TIMES COMMUNICATIONS LLC** (the "Debtor"), in the aggregate amount of **$1,144.44** , representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 08-13185.

IN WITNESS WHEREOF, Assignor has signed below as of the _22_ day of _November_ 2011

## Cucamonga County Water District

_(Signature)_

_MONICA HALLBERG_
(Print Name and Title)

_Senior - Billing - Collection Rep_

Liquidity Solutions, Inc.

_JEFF CARESS_

LOS ANGELES TIMES COMMUNICATIONS LLC
Cucamonga County Water District


3295826