# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141-KJC  

**COURTROOM LOCATION:** 5  
**DATE:** 12/13/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Daniel Rath | Landis Rath & Cobb | Creditors Committee |
| James Green, Jr. | " | " |
| Damian Schaible | Davis Polk | JPMorgan |
| Jim Johnston | Dewey & LeBoeuf | Credit Agreement Lenders |
| Paul Bradford | Jenner & Block | EGI-TRB |
| Ben Rath | Curtis Rath & Cobb | |
| Howard Seife | Chadbourne & Parke | Creditors Committee |
| David LeMay | " | " |
| Andrew Rosenblatt | " | " |
| Garvan McDaniel | Bifferato Gentilotti | Law Debenture |
| David Rosner | Kasowitz Benson | " |
| Katherine Mayer | McCarter & English | DBTCA |
| David Adler | " | " |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** 12/13/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James Conlan | Sidley Austin | Tribune Company |
| James Bendernagel | " | " |
| Kevin Lantry | " | " |
| Jessica Boelter | " | " |
| Norman Pernick | Cole Schotz | " |
| Kate Stickles | " | " |
| Martin Siegel | Brown Rudnick | Wilmington Trust |
| Gordon Novod | " | " |
| William Sullivan | Sullivan Hazeltine Allinson | " |
| David H. Golden | Akin Gump | Aurelius Capital Management |
| David Zensky | " | " |
| Andrew Goldfarb | Zuckerman Spaeder | Creditors Committee |
| James Sottile | " | " |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** 12/13/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Bradford | Jenner & Block | EGI-TRB |
| David Carrickhoff | Blank Rome | " |
| Alan J. Stone | Milbank Tweed Hadley & McCloy | Various Defendants in the Fraudulent Transfer Actions |
| Jeffry Sichler | Fox Rothschild | Bridge Lenders |
| Damian Schaible | Davis Polk | JP Morgan |
| Peter Kim | " " | JP Morgan |
| Drew Sloan | Richards Layton | JP Morgan |
| Laurel Silber Silversten | Potter Anderson Corroon | Merrill Lynch |
| David Powlen / Beeky Workman | Barnes & Thornburg | Morgan Stanley |
| Amanda M. Winfree | Ashby + Geddes | Aurelius Capital Management |
| Thomas W. Horan | Womble Carlyle Sandridge & Rice | Great Banc / Pension Financial |
| Richard Pent | Klehr Harrison | Bno Harris |

SIGN-IN SHEET

| CASE NAME: | Tribune | COURTROOM NO.: | 5 |
| --- | --- | --- | --- |
| CASE NO.: | 08-13141 KJC | DATE: | 12/13/2011 |

PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
| --- | --- | --- |
| Chad Fights | MNAT | Wells Fargo |
| Al Carroll | " | " |
| Tom Labuda | SNR Denton US LLP | Randy Michaels |
| Marc Roitman | Chadbourne + Parke | The Committee |
| Justin Edelen | Pelsuilli Shughart | Channing Capital Management |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
**#5**

Calendar Date: 12/13/2011
Calendar Time: 01:00 PM ET

*Amended Calendar 12/13/2011 07:13 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4638922 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4637790 | Gavin Baiera | 212-692-0217 | Angelo Gordon & Co., LP | Creditor, Credit Agreement Lenders / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4640745 | Bruce Bennett | 213-621-6021 | Dewey & LeBoeuf LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4640479 | Eric Bilmes | 212-588-5115 | HBK Capital Management | Interested Party, Eric Bilmes / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4624892 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Naftalis & Frankel, LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4640525 | Jessica Boelter | 312-853-7030 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4640444 | Justin Brass | (203) 708-5847 | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4638928 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4638958 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4629821 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4638939 | Andrew Caridas | 202-778-1855 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4624863 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4642356 | Peter Couri | 203-552-6900 | Cooperstown Capital Management | Interested Party, Cooperstown Capital Management, LLC / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4638894 | Douglas Deutsch | 212-408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4640652 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson Kempner / LISTEN ONLY |

| Case | Type | Case # | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | Hearing | 08-13141 | 4592170 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, Defendants(Former Directors and Officers) / LIVE |
| Tribune Company | Hearing | 08-13141 | 4642205 | David Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Creditor, Arrowgrass Capital Services / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4640367 | Devon J. Eggert | (312) 360-6378 | Freeborn & Peters LLP | Interested Party, Mercer US, Inc. / LIVE |
| Tribune Company | Hearing | 08-13141 | 4640172 | Laura J. Eisele | (248) 204-0675 | AlixPartners, LLC (ALL OFFICES) | Debtor, Tribune Company / LIVE |
| Tribune Company | Hearing | 08-13141 | 4640583 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4640268 | Lexi Fallon | (212) 902-0791 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4637872 | Gregory W. Fox | (212) 833-1177 | Friedman Kaplan Seiler & Adelman | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4634798 | Joseph Frank | (312) 276-1400 ext. 1432 | Frank Gecker LLP | Defendant(s), Employees Compensation Defendant's Group / LIVE |
| Tribune Company | Hearing | 08-13141 | 4637691 | Matthew Frank | (312) 371-9955 | Alvarez & Marsal LLC. | Interested Party, Matthew Frank / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4634750 | Igor Fuks | (212) 303-9453 | Halcyon Asset Management | Creditor, Halcyon Asset Management / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4638931 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | Hearing | 08-13141 | 4640521 | Scott Greissman | (212) 819-8567 | White & Case | Client, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4640346 | Peter Gruszka | 312-416-4215 | Chicago Fundamental Investment | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4641634 | Brian Guiney | 212-336-2305 | Patterson, Belknap, Webb & Tyler | Interested Party, Patterson, Belknap, Webb & Tyler / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4637862 | David Hammerman | 212-906-1398 | Latham & Watkins LLP | Creditor, Barclays & Waterstone / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4634803 | Reed Heiligman | (312) 276-1432 | Frank Gecker LLP | Defendant(s), Employees Compensation Defendant's Group / LIVE |
| Tribune Company | Hearing | 08-13141 | 4643521 | Carras Holmstead | 203-719-1425 | UBS Securities LLC | Interested Party, UBS Securities LLC / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4629803 | Evan Jones | 213-430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company | Hearing | 08-13141 | 4630070 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4638456 | Peter Kim | (212) 450-3028 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank / LISTEN ONLY |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4638955 | Gregory A. Kopacz | (212) 547-5400 | McDermott Will & Emery (New York) | | Debtor, Tribune / LIVE |
| Tribune Company | 08-13141 | Hearing | 4640495 | Sheron Korpus | 212-506-1700 | Kasowitz Benson Torres & Friedman | | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company | 08-13141 | Hearing | 4639068 | Stuart Kovensky | 201-541-2121 | Onex Credit Partners | | Creditor, Onex Credit Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4640534 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4638903 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4640567 | Don Liebentritt | (312) 222-3651 | Tribune Company | | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4642302 | Jonathan D. Lotsoff | (312) 853-4602 | Sidley Austin | | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4640542 | Jillian Ludwig | 312-853-7523 | Sidley Austin | | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4618903 | Michelle Maman | (212) 504-6000 | Cadwalader Wickersham and Taft | | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4638225 | Rachel Mauceri | (215) 963-5000 | Morgan Lewis & Bockius LLP | | Creditor, New York State Common Retiremenet Fund & GreatBanc / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4634512 | Olivia Mauro | (212) 412-6773 | Barclays Capital, Inc. | | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4638915 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4640559 | David Miles | 202-736-8556 | Sidley Austin | | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4637846 | Shachar Minkove | (212) 834-7174 | JPMorgan Chase & Co. | | Interested Party, Shachar Minkove / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4638725 | Ainsley G. Moloney | (617) 951-8873 | Bingham McCutchen, LLP | | Interested Party, Bingham McCutchen, LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4640560 | Brett Myrick | (312) 853-1049 | Sidley Austin | | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4642556 | Grant Nachman | 212-745-9781 | Brigade Capital Management | | Interested Party, Brigade Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4376288 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | | Interested Party, Bigalo / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4640712 | Michael D. Oneal | (312) 222-3490 | Tribune Company | | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4639235 | Karen S. Park | 212-756-2036 | Schulte Roth & Zabel, LLP | | Interested Party, Davidson Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4635765 | Jane Parver | (212) 836-8510 | Kaye Scholer LLP | | Creditor, Merril Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4640535 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | | Creditor, Citigroup / LISTEN ONLY |

| Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4635753 | Madlyn G. Primoff | (212) 836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4637823 | David W. Reimann | (310) 414-3000 | Reimann Law Group | Creditor, Majestic Realty Co. & Yorba Park Sub, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4638908 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4637886 | Robert Rosenberg | 212-906-1200 | Latham & Watkins | Creditor, Barclays & Waterstone / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4640547 | Allison E. Ross Stromberg | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4631502 | Andrea Saavedra | (212) 310-8544 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4638891 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4629785 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4637995 | Chaney M. Sheffield | (310) 272-1062 | Canyon Partners | Interested Party, Canyon Partners LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4637751 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4638943 | Sandhya Sistla | (212) 883-3832 | Moelis & Company | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4640315 | Kenneth Smalley | (212) 616-7763 | The Seaport Group | Non-Party, The Seaport Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4637513 | Rebecca Song | (212) 559-9933 | CITI | Creditor, Citi / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4642195 | Andrew Sorkin | (212) 728-8818 | Willkie Farr & Gallagher LLP | Interested Party, Willkie Farr & Gallagher LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4638925 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4640424 | Jason Sunshine | (212) 872-7469 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4641994 | David D. Tawil | 212-300-6791 | Maglan Capital | Interested Party, Maglan Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4637909 | Andrew M. Thau | (212) 692-5178 | Miller Tabak Roberts Securities, LLC | Interested Party, Miller Tabak Roberts Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4640309 | John Theil | (314) 291-3030 | Stuart Maue | Representing, Fee Examiner / LIVE |
| Tribune Company | 08-13141 | Hearing | 4641495 | Katherine A. Traxler | (213) 683-6170 | Paul Hastings LLP | Representing, Paul Hastings / LIVE |
| Tribune Company | 08-13141 | Hearing | 4639656 | Amit Treham | (212) 506-2198 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4638623 | Joshua Trump | 203-862-8299 | Contrarian Capital Management | Creditor, Contrarian Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4374238 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4640496 | Eric VanSchyndle | (414) 277-5155 | Quarles & Brady LLP | Interested Party, Stark Entities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4637806 | Michael F. Walsh | (212) 310-8197 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley & Company, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4571699 | John W. Weiss | (212) 210-9412 | Alston & Bird, LLP | Interested Party, Ernst & Young LLP / LIVE |
| Tribune Company | 08-13141 | Hearing | 4640591 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4640603 | Menachem O. Zelmanovitz | (212) 309-6000 | Morgan Lewis & Bockius LLP | Creditor, New York State Common Retirement Fund / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4637884 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Matthew A Zloto / LISTEN ONLY |
| Tribune Company | 08-13141( 10-54010) | Hearing | 4640473 | David S. Mordkoff | (212) 969-3831 | Proskauer Rose LLP | Creditor, Wells Fargo and Bank of New York Mellon / LIVE |