ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Robert A. Greenfield, Esquire of Stutman Treister & Glatt PC, to represent Brigade Capital Management, LLC, an interested party in the above-captioned bankruptcy proceeding.

DATED: December 13, 2011

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 654-0248
Facsimile:   (302) 654-0728
Email:        loizides@loizides.com

*Counsel for Brigade Capital Management LLC*

10434
12/13/11

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Robert A. Greenfield (CA Bar No. 39648)
STUTMAN TREISTER & GLATT PC
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone:   (310) 228-5630
Facsimile:   (310) 228-5788
Email:       rgreenfield@stutman.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.

DATED: December 14, 2011

The Honorable Kevin J. Carey
United States Bankruptcy Court Judge