# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC
**COURTROOM LOCATION:** 5
**DATE:** December 14, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James Johnston | Dewey LeBoeuf | Credit Agreement Lenders |
| Robert Brady | Young Conaway | " |
| Blake Cleary | " | " |
| Elliot Moskowitz | Davis Polk | JP Morgan |
| Michael Ressard | " | " |
| Robert Stearn | Richards Layton | " |
| Drew Sloan | " | " |
| David Bradt | Seven & Black | Zell & EGI-TRB |
| Katharine Mayr | McCata & English | DBTCA |
| David Adler | | " |
| Robert A. Green PHV | Stutman Treister & Glatt | BRIGADE |
| Chris Loizides | Loizides, P.A. | Brigade |
| Jay Teitelbaum | Teitelbaum & Baskin LLP | TM Retirees |
| Rebecca Workman | Barnes + Thornburg LLP | Morgan Stanley |
| David Carickhoff | Blank Rome | EGI-TRB |
| David Zensky | Akin Gump | Aurelius Capital |
| Debbie Newman | " | " |
| Milton Hurley | " | " |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** December 14, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Adam G. Landis | Landis Rath & Cobb | The Committee |
| Daniel B. Rath | " | " " |
| Howard Seife | Chadbourne & Parke | " " |
| David LeMay | " " | " " |
| Andrew Rosenblatt | " " | " " |
| Marc Roitman | " " | " " |
| Jane Sottile | Zuckerman Spaeder | " " |
| Garvan McDaniel | Bifferato Gentilotti | Law Debenture |
| David Rosner | Kasowitz Benson | " " |
| Matthew Stein | " " | " " |
| William Sullivan | Sullivan Hazeltine Allinson | Wilmington Trust |
| Robert Stark | Brown Rudnick | " " |
| Martin Siegel | " " | " " |
| Gordon Novod | " " | " " |
| Eric Sutty | Fox Rothschild | Wells Fargo |
| Jeffrey Wisler | Connolly Bove | Certain Former D's + O's |

Norman Pernick — Cole Schotz — Debtors
James Bendernagel — Sidley — "
Kevin Lantry — "
Don Liebentritt — Tribune

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
**#5**

Calendar Date: 12/14/2011
Calendar Time: 01:30 PM ET

Amended Calendar 12/14/2011 09:15 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4640465 | Jason D. Abbruzzese | (212) 612-1441 | Realm Partners | Creditor, Realm Partners / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4560315 | David J. Adler | (212) 609-6847 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4642866 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4637800 | Gavin Baiera | 212-692-0217 | Angelo Gordon & Co., LP | Creditor, Credit Agreement Lenders / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4637565 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4644905 | Randall W. Beeler | (212) 332-5109 | Siguler Guff | Representing, Siguler Guff / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4640732 | Bruce Bennett | 213-621-6021 | Dewey & LeBoeuf LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4641416 | Alexander Bilus | (215) 994-2608 | Dechert LLP | Interested Party, Alexander Bilus / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4624894 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Naftalis & Frankel, LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4644946 | Kristie Blase | (212) 756-2466 | Schulte Roth & Zabel, LLP | Defendant(s), Schulte Roth & Zabel, LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4646218 | Stephen Blauner | (212) 373-1562 | Solus LP - Client | Interested Party, Solus LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4642519 | Jessica Boelter | 312-853-7030 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4640420 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4642882 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4644837 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Company / LISTEN ONLY |

Raymond Reyes          CourtConfCal2009          Page 3 of 7

| Case Name | Case # | Proceeding | # | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4629826 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4642900 | Andrew Caridas | 202-778-1855 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4629999 | Shagun S. Chadha | (203) 569-4345 | CRT Capital Group, LLC | Third Party, CRT Capital Group, LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4640177 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4644335 | Richard Corbi | (212) 969-3000 | Proskauer Rose LLP | Interested Party, Richard Corbi / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4642360 | Peter Couri | 203-552-6900 | Cooperstown Capital Management | Interested Party, Cooperstown Capital Management, LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4642837 | Douglas Deutsch | 212-408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4640653 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4616463 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Creditor, Former Directors and Officers / LIVE |
| Tribune Company | 08-13141 | Hearing | 4642218 | David Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Creditor, Arrowgrass Capital Services / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4642576 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4645141 | Lexi Fallon | (212) 902-0791 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4643527 | Gregory W. Fox | (212) 833-1177 | Friedman Kaplan Seiler & Adelman | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4641073 | Joseph Frank | (312) 276-1400 ext. 1432 | Frank Gecker LLP | Defendant(s), Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4637694 | Matthew Frank | (312) 371-9955 | Alvarez & Marsal LLC. | Interested Party, Matthew Frank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4634756 | Igor Fuks | (212) 303-9453 | Halcyon Asset Management | Creditor, Halcyon Asset Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4598401 | Rodney Gaughan | 201-593-4016 | Deutsche Bank | Client, Rodney Gaughan / LIVE |
| Tribune Company | 08-13141 | Hearing | 4642891 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4644190 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | Interested Party, Angelo, Gordon & Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4628403 | Scott Greissman | (212) 819-8567 | White & Case | Client, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4640332 | Peter Gruszka | 312-416-4215 | Chicago Fundamental Investment | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4641644 | Brian Guiney | 212-336-2305 | Patterson, Belknap, Webb & Tyler | Interested Party, Patterson, Belknap, Webb & Tyler / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4641087 | Reed Heiligman | (312) 276-1432 | Frank Gecker LLP | Defendant(s), Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4637967 | Mark E. Holliday | (503) 243-5000 | Camden Asset Management | Creditor, Wilmington Trust Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4629809 | Evan Jones | 213-430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4630084 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4638468 | Peter Kim | (212) 450-3028 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4639057 | Stuart Kovensky | 201-541-2121 | Onex Credit Partners | Creditor, Onex Credit Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4642523 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4642845 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4642572 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4642543 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4618904 | Michelle Maman | (212) 504-6000 | Cadwalader Wickersham and Taft | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4643862 | D. Ross Martin | (617) 951-7000 | Ropes & Gray LLP | Interested Party, Ropes & Gray / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4632641 | Rachel Mauceri | (215) 963-5000 | Morgan Lewis & Bockius LLP | Creditor, New York State Common Retiremenet Fund & GreatBanc / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4634515 | Olivia Mauro | (212) 412-6773 | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4642861 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4642561 | David Miles | 202-736-8556 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4642535 | Kerriann Mills | 312-853-0036 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4637847 | Shachar Minkove | (212) 834-7174 | JPMorgan Chase & Co. | Interested Party, Shachar Minkove / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4643563 | Ainsley G. Moloney | (617) 951-8873 | Bingham McCutchen, LLP | Interested Party, Bingham McCutchen, LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4641876 | Christine Montenegro | (212) 506-1715 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4643964 | Tina Moss | 212-326-0421 | Pryor Cashman LLP | Interested Party, Pryor Cashman LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4642566 | Brett Myrick | (312) 853-1049 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4642560 | Grant Nachman | 212-745-9781 | Brigade Capital Management | Interested Party, Brigade Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4644613 | Svetoslav Nikov - Client | (212) 380-5890 | Jones Day - New York | Creditor, Cyrus Capital Partners, LP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4636588 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4639237 | Karen S. Park | 212-756-2036 | Schulte Roth & Zabel, LLP | Interested Party, Davidson Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4635767 | Jane Parver | (212) 836-8510 | Kaye Scholer LLP | Creditor, Merril Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4616195 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Creditor, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4635775 | Madlyn G. Primoff | (212) 836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4638288 | Matthew Rice | (312) 641-3200 | Sperling & Slater | Defendant(s), Chandler Bigelow / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4640334 | Courtney Rogers | (203) 897-4815 | Royal Bank of Scotland | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4642854 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4637898 | Robert Rosenberg | 212-906-1200 | Latham & Watkins | Creditor, Barclays & Waterstone / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4646314 | Thomas E. Ross | (202) 736-8374 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4642554 | Allison E. Ross Stromberg | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4644193 | Arthur Roulac | (212) 667-2073 | Nomura Securites | Interested Party, Nomura Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4631503 | Andrea Saavedra | (212) 310-8544 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4645474 | Mike J. Schott | (212) 593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4644706 | Marc Schwartz | (212) 209-3122 | Taconic Capital | Interested Party, Taconic Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4642831 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4629791 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4637999 | Chaney M. Sheffield | (310) 272-1062 | Canyon Partners | Interested Party, Canyon Partners LLC / LISTEN ONLY |

| Tribune Company | 08-13141 | Hearing | 4637753 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4644165 | Kenneth Smalley | (212) 616-7763 | The Seaport Group | Non-Party, The Seaport Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4637523 | Rebecca Song | (212) 559-9933 | CITI | Creditor, Citi / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4642211 | Andrew Sorkin | (212) 728-8818 | Willkie Farr & Gallagher LLP | Interested Party, Willkie Farr & Gallagher LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4642875 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4640797 | Alan Stone | (212) 530-5285 | Milbank, Tweed, Hadley & McCloy | Creditor, Amalgamated Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4640425 | Jason Sunshine | (212) 872-7469 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4644850 | David D. Tawil | 212-300-6791 | Maglan Capital | Interested Party, Maglan Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4644536 | Andrew M. Thau | (212) 692-5178 | Miller Tabak Roberts Securities, LLC | Interested Party, Miller Tabak Roberts Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4637601 | Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4621920 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4640498 | Eric VanSchyndle | (414) 277-5155 | Quarles & Brady LLP | Interested Party, Stark Entities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4644463 | Rushabh Vora | (212) 231-6311 | Macquarie Capital (USA) | Creditor, Macquarie Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4637813 | Michael F. Walsh | (212) 310-8197 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley & Company, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4642584 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4637701 | Brian Whittman | (312) 601-4226 | Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4644779 | Jennifer Wild | 212-418-6877 | Smith Management | Interested Party, Smith Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4645265 | Teck Wong | (952) 984-3292 | Carval Investors | Creditor, Carval Investors / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4638237 | Menachem O. Zelmanovitz | (212) 309-6000 | Morgan Lewis & Bockius LLP | Creditor, New York State Common Retirement Fund / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4636622 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Matthew A Zloto / LISTEN ONLY |