# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 12/16/2011 |
| Case: 08−13141−KJC | Form ID: ntcBK | Total: 24 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Bryan Krakauer | bkrakauer@sidley.com |
| aty | Carl D. Neff | cneff@ciardilaw.com |
| aty | J. Kate Stickles | kstickles@coleschotz.com |
| aty | J. Kate Stickles | kstickles@coleschotz.com |
| aty | John H. Strock, III | jstrock@foxrothschild.com |
| aty | Michael A. Henry | mhenry@grossmcginley.com |
| aty | Norman L. Pernick | bankruptcy@coleschotz.com |
| aty | Patricia K. Smoots | psmoots@mcguirewoods.com |
| aty | Patrick J. Reilley | preilley@coleschotz.com |
| aty | Patrick Theodore Garvey | garveyp@jbltd.com |
| aty | Robert S. Brady | bankfilings@ycst.com |

TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Tribune Company         435 N. Michigan Avenue         Chicago, IL 60611 | |
| aty | Carl D. Neff         Ciardi Ciardi &Astin         919 N. Market Street         Suite 700         Wilmington, DE 19801 U.S.A. | |
| aty | Edward Cerasia, II         Seyfarth Shaw LLP         620 Eighth Avenue         32nd Floor         New York, NY 10018 | |
| aty | George R. Dougherty         Grippo &Elden LLC         111 S. Wacker Drive         Chicago, IL 60606 | |
| aty | Gregory Kopacz         McDermott, Will &Emery LLP         340 Madison Avenue         New York, NY 10173−3922 | |
| aty | Holly Snow         Paul Hastings LLP         191 N. Wacker Drive, 30th Floor         Chicago, IL 60606 | |
| aty | James F. Conlan         Sidley Austin LLP         One South Dearborn Street         Chicago, IL 60603 | |
| aty | Jared D. Zajac         McDermott Will &Emery LLP         340 Madison Avenue         New York, NY 10173−0002 | |
| aty | John R. McCambridge         Grippo &Elden         111 S. Wacker Drive         Chicago, IL 60606 | |
| aty | Michael W. kazan         Grippo &Elden LLC         111 S. Wacker Drive         Chicago, IL 60606 | |
| aty | Patrick T. Nash         Grippo &Elden         111 S. Wacker Drive         Chicago, IL 60606 | |
| aty | Stephen Novack         Novack and Macey LLP         100 North Riverside Plaza         Chicago, IL 312−419−6900 312−419−6928 | |

TOTAL: 12