# EXHIBIT A

## AMENDMENT NO. 2 TO AGREEMENT AND ORDER REGARDING TOLLING OF STATUTES OF LIMITATION WITH RESPECT TO INTERCOMPANY ACTIONS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## AMENDMENT NO. 2 TO AGREEMENT AND ORDER REGARDING TOLLING OF STATUTES OF LIMITATION WITH RESPECT TO INTERCOMPANY ACTIONS

Reference is made to that certain agreement, as amended (the "Tolling Agreement"), by and between Tribune Company ("Tribune"), each of Tribune's affiliates that have filed voluntary petitions for relief in the above-captioned chapter 11 cases (Tribune and such affiliates, individually and collectively, the "Debtors"), and each of Tribune's affiliated entities listed on Schedule 1 hereto that are not the subject of a chapter 11 petition (the "Non-Debtor Affiliates," and together with the Debtors, collectively referred to herein as, the "Parties").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] The Tolling Agreement was executed by the Parties on October 28, 2010 and approved by the Bankruptcy Court on November 12, 2010. (See Docket No. 6417). Amendment No. 1 to the Tolling Agreement was executed by the

## AMENDMENT NO. 2

WHEREAS the Parties desire to amend the Tolling Agreement, in part, to further toll, enlarge, postpone, and extend the limitations periods contained in sections 108(a), 546(a), and 549(d) of the Bankruptcy Code and in other applicable statute or law (collectively referred to herein as the "SOL"), the time within which the Debtors and Non-Debtor Affiliates may commence actions or proceedings with respect to Intercompany Actions that may exist among the Debtors and Non-Debtor Affiliates;

NOW, THEREFORE, the Parties hereby agree as follows:

1. Paragraph 2 of the Tolling Agreement is deleted in its entirety and replaced with the following:

> This Agreement shall remain in force and effect until June 30, 2012, unless the Tolling Period is extended earlier according to the terms hereof.

2. Except as modified by this Amendment, the Tolling Agreement shall remain in full force and effect.

[Signature Page Follows]

---

Parties and approved by the Bankruptcy Court on June 13, 2011. (See Docket No. 9238.) All capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Tolling Agreement, as amended.

IN WITNESS WHEREOF, the Parties have executed this Amendment No. 1 to the Tolling Agreement as of the 16th day of December, 2011.

                                              TRIBUNE COMPANY on behalf of itself and each of the other Debtors listed on Schedule 1 hereof

                                              By: _____
                                              Donald Liebentritt
                                              Authorized Officer

                                              Each and every one of the Non-Debtor Affiliates listed on Schedule 1 hereof

                                              By: _____
                                              Donald Liebentritt
                                              Authorized Officer

SO FOUND AND ORDERED:

Dated: Wilmington, Delaware

_____, 2011

                                              _____
                                              The Honorable Kevin J. Carey
                                              Chief United States Bankruptcy Judge

## SCHEDULE I

TRIBUNE COMPANY
435 PRODUCTION COMPANY
5800 SUNSET PRODUCTIONS INC.
BALTIMORE NEWSPAPER NETWORKS, INC.
CALIFORNIA COMMUNITY NEWS CORPORATION
CANDLE HOLDINGS CORPORATION
CHANNEL 20, INC.
CHANNEL 39, INC.
CHANNEL 40, INC.
CHICAGO AVENUE CONSTRUCTION COMPANY
CHICAGO RIVER PRODUCTION COMPANY
CHICAGO TRIBUNE COMPANY
CHICAGO TRIBUNE NEWSPAPERS, INC.
CHICAGO TRIBUNE PRESS SERVICE, INC.
CHICAGOLAND MICROWAVE LICENSEE, INC.
CHICAGOLAND PUBLISHING COMPANY
CHICAGOLAND TELEVISION NEWS, INC.
COURANT SPECIALTY PRODUCTS, INC.
DIRECT MAIL ASSOCIATES, INC.
DISTRIBUTION SYSTEMS OF AMERICA, INC.
EAGLE NEW MEDIA INVESTMENTS, LLC
EAGLE PUBLISHING INVESTMENTS, LLC
FORSALEBYOWNER.COM CORP.
FORTIFY HOLDINGS CORPORATION
FORUM PUBLISHING GROUP, INC.
GOLD COAST PUBLICATIONS, INC.
GREENCO, INC.
HEART & CROWN ADVERTISING, INC.
HOMEOWNERS REALTY, INC.
HOMESTEAD PUBLISHING CO.
HOY PUBLICATIONS, LLC
HOY, LLC
INSERTCO, INC.
INTERNET FORECLOSURE SERVICE, INC.
KIAH INC.
KPLR, INC.
KSWB INC.
KTLA INC.
KWGN INC.
LOS ANGELES TIMES COMMUNICATIONS LLC
LOS ANGELES TIMES INTERNATIONAL, LTD.
LOS ANGELES TIMES NEWSPAPERS, INC.
NEOCOMM, INC.
NEW MASS. MEDIA, INC.

NEWSCOM SERVICES, INC.
NEWSPAPER READERS AGENCY, INC.
NORTH MICHIGAN PRODUCTION COMPANY
NORTH ORANGE AVENUE PROPERTIES, INC.
OAK BROOK PRODUCTIONS, INC.
ORLANDO SENTINEL COMMUNICATIONS COMPANY
PATUXENT PUBLISHING COMPANY
PUBLISHERS FOREST PRODUCTS CO. OF WASHINGTON
SENTINEL COMMUNICATIONS NEWS VENTURES, INC.
SHEPARD'S INC.
SIGNS OF DISTINCTION, INC.
SOUTHERN CONNECTICUT NEWSPAPERS, INC.
STAR COMMUNITY PUBLISHING GROUP, LLC
STEMWEB, INC.
SUN-SENTINEL COMPANY
THE BALTIMORE SUN COMPANY
THE DAILY PRESS, INC.
THE HARTFORD COURANT COMPANY
THE MORNING CALL, INC.
TIMES MIRROR LAND AND TIMBER COMPANY
TIMES MIRROR PAYROLL PROCESSING COMPANY, INC.
TMLS I, INC.
TMS ENTERTAINMENT GUIDES, INC.
TOWER DISTRIBUTION COMPANY
TOWERING T MUSIC PUBLISHING COMPANY
TRIBUNE BROADCAST HOLDINGS, INC.
TRIBUNE BROADCASTING COMPANY
TRIBUNE CALIFORNIA PROPERTIES, INC.
TRIBUNE DIRECT MARKETING, INC.
TRIBUNE ENTERTAINMENT COMPANY
TRIBUNE ENTERTAINMENT PRODUCTION COMPANY
TRIBUNE FINANCE SERVICE CENTER, INC.
TRIBUNE FINANCE, LLC
TRIBUNE INTERACTIVE, INC.
TRIBUNE LICENSE, INC.
TRIBUNE MEDIA NET, INC.
TRIBUNE MEDIA SERVICES, INC.
TRIBUNE NETWORK HOLDINGS COMPANY
TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC
TRIBUNE PUBLISHING COMPANY
TRIBUNE RECEIVABLES, LLC
TRIBUNE TELEVISION COMPANY
TRIBUNE TELEVISION HOLDINGS, INC.
TRIBUNE TELEVISION NEW ORLEANS, INC.
TRIBUNE TELEVISION NORTHWEST, INC.
TRIBUNE WASHINGTON BUREAU INC.

VALUMAIL, INC.
VIRGINIA COMMUNITY SHOPPERS, LLC
VIRGINIA GAZETTE COMPANIES, LLC
WATL, LLC
WCCT, INC.
WCWN LLC
WDCW BROADCASTING, INC.
WGN CONTINENTAL BROADCASTING COMPANY
WLVI INC.
WPIX, INC.
MULTIMEDIA INSURANCE COMPANY
RIVERWALK CENTER I JV
TMS ENTERTAINMENT GUIDES CANADA CORP
TRIBUNE (FN) CABLE VENTURES, INC.
TRIBUNE CNLBC, LLC
TRIBUNE DB, LLC
TRIBUNE DQ, LLC
TRIBUNE HONG KONG LTD.
TRIBUNE MEDIA SERVICES B.V.
TRIBUNE NATIONAL MARKETING COMPANY
TRIBUNE ND, INC.
TRIBUNE SPORTS NETWORK HOLDINGS, LLC
TRIBUNE WFPT, LLC