TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| 4X SOLUTIONS, INC.<br>305 WEST BROADWAY # 241<br>NEW YORK, NY 10013 | Claim Number: 5105<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $23,170.00 |
|---|---|---|

---

| 900 UNIVERSITY AVENUE<br>STUDENT SERVICES BUILDING 2103<br>RIVERSIDE, CA 92521 | Claim Number: 3213<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $245.00 |
|---|---|---|

---

| ABATEMARCO, FRED A.<br>25 CHAPEL PLACE, 3E<br>GREAT NECK, NY 11021 | Claim Number: 3968<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6952 |
|---|---|

| UNSECURED | Claimed: | $105,156.30 | Scheduled: | $58,175.00 UNLIQ |
|---|---|---|---|---|

---

| ABATEMARCO, FRED A.<br>25 CHAPEL PLACE, 3E<br>GREAT NECK, NY 11021 | Claim Number: 6952<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3968 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| ABBEY CAREGIVERS, LLC<br>2872 ARBELLA LN<br>THOUSAND OAKS, CA 91362-1757 | Claim Number: 2962<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $325.00 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| ABOVENET COMMUNICATIONS, INC.<br>ATTN: THOMAS L. KELLY<br>360 HAMILTON AVENUE<br>WHITE PLAINS, NY 10601 | Claim Number: 4983<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $12,697.72 | Allowed: | $10,883.78 |
|---|---|---|---|---|

---

| ACACIA MEDIA TECHNOLOGIES<br>500 NEWPORT CENTER DR  STE 700<br>NEWPORT NEWS, CA 92660 | Claim Number: 2591<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED |
|---|---|

| UNSECURED | Claimed: | $58,951.09 |
|---|---|---|

---

| ACCOUNTEMPS<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN: MARY GONZALEZ<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | Claim Number: 3625<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|

| UNSECURED | Claimed: | $400.00 |
|---|---|---|

---

| ACCOUNTEMPS<br>2613 CAMINO RAMON #3<br>SAN RAMON, CA 94583-9128 | Claim Number: 5976<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED |
|---|---|

| UNSECURED | Claimed: | $400.00 |
|---|---|---|

---

| ACE AMERICAN INSURANCE COMPANY<br>C/O MARGERY N. REED, ESQ<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | Claim Number: 5642<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $33,334,456.00 | UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

ADP INC
ATTN: ANA SENZIG, MAIL STOP 110
400 COVINA BLVD
SAN DIMAS, CA 91773

Claim Number: 3097
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 10191 (11/10/2011)

---

| PRIORITY | Claimed: | $237.10 |
|----------|----------|---------|

ADT SECURITY SERVICES
14200 E EXPOSITION AVENUE
AURORA, CO 80012

Claim Number: 6166
Claim Date: 08/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

---

| UNSECURED | Claimed: | $5,129.66 |
|-----------|----------|-----------|

ADVANCED BOILER CONTROL SERVICE
8730 CLINE AVE
CROWN POINT, IN 46307

Claim Number: 2970
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $2,069.00 | Scheduled: | $2,069.85 |
|-----------|----------|-----------|------------|-----------|

ADVOCATE FITNESS
OCCUPATIONAL HEALTH
PO BOX 70003
CHICAGO, IL 60673

Claim Number: 4658
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $27,423.07 | Scheduled: | $27,423.07 |
|-----------|----------|------------|------------|------------|

AGEMA, GERALD
12630 S. TIMBERLANE DRIVE
PALOS PARK, IL 60464

Claim Number: 6864
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00  UNLIQ |
|-----------|----------|--------------|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER                                                          Date: 12/06/2011
Alphabetical Claims Register for The Tribune Company (08-13141)

---

AIG CASUALTY COMPANY ET AL                    Claim Number: 5017
MICHELLE A. LEVITT AUTHORIZED REP.            Claim Date: 06/12/2009
COMMERCIAL INSURANCE BANKRUPTCY COLLECT.      Debtor: TRIBUNE COMPANY
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

| SECURED | Claimed: | $0.00   UNLIQ | | |
|---------|----------|---------------|--|--|

AKBAR OMAR INC DEFINED BENEFIT PLAN TR        Claim Number: 6532
U-A 10-01-84                                  Claim Date: 06/16/2010
222 NORTH SUNSET AVE STE C                    Debtor: TRIBUNE COMPANY
WEST COVINA, CA 91790-2278

| UNSECURED | Claimed: | $3,400.00 | Scheduled: | $3,400.00 |
|-----------|----------|-----------|------------|-----------|

ALCANTA, GERALD J.                            Claim Number: 3967
5445 SELMARINE DR.                            Claim Date: 06/09/2009
CULVER CITY, CA 90230                         Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $11,811.29 | | |
|-----------|----------|------------|--|--|

ALFANO, RICHARD S.                            Claim Number: 3966
403 BRYN MEADOWS                              Claim Date: 06/09/2009
SOUTHLAKE, TX 76092                           Debtor: TRIBUNE COMPANY
                                              Comments: POSSIBLY AMENDED BY 6953

| UNSECURED | Claimed: | $56,537.94 | Scheduled: | $22,262.00 UNLIQ |
|-----------|----------|------------|------------|------------------|

ALFANO, RICHARD S.                            Claim Number: 6953
403 BRYN MEADOWS                              Claim Date: 11/02/2011
SOUTHLAKE, TX 76092                           Debtor: TRIBUNE COMPANY
                                              Comments:
                                              amends claim 3966

| UNSECURED | Claimed: | $0.00   UNDET | | |
|-----------|----------|---------------|--|--|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| ALL DIRECT MAIL SERVICES INC<br>15392 COBALT ST<br>SYLMAR, CA 91342 | Claim Number: 3384<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) |

| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $300.00 |

---

| ALLEN, F. ASHLEY<br>C/O CATHERINE G. PAPPAS, ESQ.<br>DILWORTH PAXSON LLP<br>1500 MARKET STREET, SUITE 3500E<br>PHILADELPHIA, PA 19102 | Claim Number: 7052<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| ALLEN, JAMES<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4911<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 6450 (11/15/2010) |

| UNSECURED | Claimed: | $10,000.00 |

---

| ALLEN, JAMES, ET AL<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4939<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 6450 (11/15/2010) |

| UNSECURED | Claimed: | $1,500,000.00 |

---

| ALLIANCE MAINTENANCE SERVICES<br>855 MORSE AVE<br>ELK GROVE VILLAGE, IL 60007 | Claim Number: 2147<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $41,243.25 | Scheduled: | $41,243.25 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

AMBROSE,JOHN DBA HOME RUN
DISTRIBUTIONS, INC.
CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5857
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $109,749.64 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

AMERICAN DOOR AND DOCK
2125 HAMMOND DRIVE
SCHAUMBURG, IL 60173

Claim Number: 1949
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $342.25 | | |
| UNSECURED | | | Scheduled: | $342.25 |

---

AMERICAN FEDERATION OF TELEVISION AND
RADIO ARTISTS HEALTH & RETIREMENT FUNDS
ATTN: JOE HARRIS
261 MADISON AVENUE
NEW YORK, NY 10016

Claim Number: 4886
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

AMERICAN FEDERATION OF TELEVISION AND
RADIO ARTISTS
ATTN: DEBRA OSOFSKY
261 MADISON AVENUE
NEW YORK, NY 10016

Claim Number: 4891
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

AMERICAN TOWER CORPORATION
ATTENTION: DREW GALVIN
116 HUNTINGTON AVENUE
BOSTON, MA 02116

Claim Number: 3478
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010)

| UNSECURED | Claimed: | $79,679.75 | Scheduled: | $64,463.19 |
|---|---|---|---|---|

---

---

| AMINCO INTERNATIONAL<br>20571 CRESCENT BAY DRIVE<br>LAKE FOREST, CA 92630 | Claim Number: 6671<br>Claim Date: 11/08/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED |
|---|---|

| UNSECURED | Claimed: | $1,959.00 |
|---|---|---|

| AMMERDALE TRUST<br>C/O DAVID KISSI<br>PO BOX 77878<br>ONE MASSACHUSETTS AVE NE<br>WASHINGTON, DC 20013 | Claim Number: 940<br>Claim Date: 02/13/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| AMORIM, KEVIN C.<br>5 DAWN DR.<br>EAST NORTHPORT, NY 11731 | Claim Number: 5326<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| AMSDEN, HARRY<br>72 ROSE PLACE<br>CLARENDON HILLS, IL 60514 | Claim Number: 3284<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $208,333.33 |
|---|---|---|

| AMSDEN, HARRY<br>72 ROSE PLACE<br>CLARENDON HILLS, IL 60514 | Claim Number: 3287<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $391.48 | Scheduled: | $391.48 |
|---|---|---|---|---|

---

AMSDEN, HARRY
72 ROSE PLACE
CLARENDON HILLS, IL 60514

Claim Number: 6865
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

ANDERSON, PATRICK
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4908
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

ANGEL COVERS
PO BOX 6891
BROOMFIELD, CO 80021

Claim Number: 5791
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

ANNAPOLIS WEST LIMITED PARTNERSHIP
RE: ANNAPOLIS 60 WEST ST
C/O THE LOUGHLIN MANAGEMENT GROUP
60 WEST ST., SUITE 204
ANNAPOLIS, MD 21401

Claim Number: 5933
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 7791 (02/04/2011)

| UNSECURED | Claimed: | $226,037.00 |
|---|---|---|

ANTON BAUER, INC.
14 PROGRESS AVE
SHELTON, CT 06484

Claim Number: 4117
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4776 (06/14/2010)

| UNSECURED | Claimed: | $8,895.59 |
|---|---|---|

| APERTA INC<br>DEPT 77534<br>PO BOX 77000<br>DETROIT, MI 48277-0534 | Claim Number: 2024<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

| ARAMARK UNIFORM & CAREER APPAREL, LLC<br>ET AL. - C/O SHEILA R. SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>PO BOX 1617<br>BOISE, ID 83701 | Claim Number: 4645<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $2,696.26 |
|---|---|---|

| ARAMARK UNIFORM & CAREER APPAREL, LLC<br>ET AL. - C/O SHEILA R. SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>PO BOX 1617<br>BOISE, ID 83701 | Claim Number: 4648-02<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $813.37 |
|---|---|---|

| ARANETA, VICTOR H<br>514 S HARVARD 307<br>LOS ANGELES, CA 90020-3559 | Claim Number: 6706<br>Claim Date: 02/28/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $11.34 | Scheduled: | $11.34 |
|---|---|---|---|---|

| ARIZONA REPUBLIC, THE<br>200 E VAN BUREN ST.<br>PHOENIX, AZ 85004 | Claim Number: 2259<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $1,767.86 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| ARMSTRONG, C. MICHAEL<br>1683 GALLEON DR.<br>NAPLES, FL 34102 | Claim Number: 6954<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3961 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| ARMSTRONG, MICHAEL C.<br>1683 GALLEON DRIVE<br>NAPLES, FL 34102 | Claim Number: 3961<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6954 |
|---|---|

| UNSECURED | Claimed: | $195,890.45 | Scheduled: | $180,694.35 |
|---|---|---|---|---|

| ARNOLD, GARY M.<br>910 FAR OAKS DR<br>CASEYVILLE, IL 62232 | Claim Number: 3962<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6955 |
|---|---|

| UNSECURED | Claimed: | $103,730.01 | Scheduled: | $80,634.46 UNLIQ |
|---|---|---|---|---|

| ARNOLD, GARY M.<br>910 FAR OAKS DR<br>CASEYVILLE, IL 62232 | Claim Number: 6955<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3962 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| ARROW MESSENGER SERVICE<br>1322 W WALTON STREET<br>CHICAGO, IL 60642-5340 | Claim Number: 5931<br>Claim Date: 06/23/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $83.31 | Scheduled: | $50.61 |
|---|---|---|---|---|

---

| ARTHUR, JOHN M.<br>1506 GRANT STREET<br>SANTA MONICA, CA 90405 | Claim Number: 3963<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $78,075.76 | Scheduled: | $47,352.09  UNLIQ |
|---|---|---|---|---|

---

| ARTINI-ZAK CORPORATION, INC.<br>ARTINI FINE JEWELRY, INC.<br>100 PLAZA REAL SOUTH, SUITE B<br>BOCA RATON, FL 33432 | Claim Number: 838<br>Claim Date: 03/24/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

| ASM CAPITAL<br>7600 JERICHO TURNPIKE<br>SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 5832<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $11,869.04 |
|---|---|---|

---

| ASM CAPITAL III, L.P.<br>TRANSFEROR: EASTLAKE STUDIO<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1549<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 1270 (05/29/2009) |
|---|---|

| UNSECURED | Claimed: | $3,900.00 | Scheduled: | $3,900.00 |
|---|---|---|---|---|

---

| ASPELIN, JOHN<br>220 MONTGOMERY ST # 1009<br>SAN FRANCISCO, CA 94104 | Claim Number: 3358<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $6,000.00  UNLIQ |
|---|---|---|

---

---

ASSOCIATED LIBRARY SERVICE
500 N MICHIGAN AVE STE 300
CHICAGO, IL 60611-3775

Claim Number: 1762
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |
|---|---|---|---|---|

AT & T CORP
JAMES GRUDUS, ESQ
AT & T SERVICES, INC.
ONE AT & T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 6309
Claim Date: 10/23/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6641
This claim amends claim 6191

| UNSECURED | Claimed: | $620,015.62 | Scheduled: | $253,631.81 |
|---|---|---|---|---|

AT&T
AT&T ATTORNEY: JAMES GRUDUS, ESQ.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 618
Claim Date: 03/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $88,507.96 |
|---|---|---|

AT&T CORP.
JAMES GRUDUS, ESQ.
AT&T SERVICES, INC.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 4104
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| UNSECURED | Claimed: | $1,000,773.25 |
|---|---|---|

AT&T CORP.
AT&T SERVICE, INC.
ATTN: JOHN JACKSON, ESQ.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 6009
Claim Date: 07/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $992,488.01 |
|---|---|---|

| | | |
|---|---|---|
| AT&T CORP.<br>JAMES GRUDUS, ESQ.<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 6191<br>Claim Date: 09/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED            Claimed: | $1,011,939.62 | |
| AT&T CORP.<br>AT&T ATTORNEY: JAMES GRUDUS, ESQ.<br>AT&T INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 6641<br>Claim Date: 08/16/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 6309 | |
| UNSECURED            Claimed: | $650,334.33 | |
| AT&T DBA BELLSOUTH ADVERTISING &<br>PUBLISHING<br>600 N POINT PKWY<br>ALPHARETTA, GA 30005 | Claim Number: 619<br>Claim Date: 03/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED            Claimed: | $16,132.10 | |
| AT&T DBA BELLSOUTH ADVERTISING &<br>PUBLISHING<br>600 N POINT PKWY<br>ALPHARETTA, GA 30005 | Claim Number: 6198<br>Claim Date: 09/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 619 | |
| UNSECURED            Claimed: | $70,911.30 | |
| ATALA, ONALA M.<br>157 THOREAU DR<br>PLAINSBORO, NJ 08536 | Claim Number: 5966<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED            Claimed: | $20,299.20 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| AUDIO IMPLEMENTS/GKC<br>1703 PEARL STREET<br>WAUKESHA, WI 53186 | Claim Number: 424<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $85.53 | | | | | |

---

| AUERBACH, ALEXANDER<br>C/O ALEXANDER AUEBACH & CO INC<br>3887 DIXIE CANYON AVE<br>SHERMAN OAKS, CA 91423-4839 | Claim Number: 6487<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $952.00 | Allowed: | $952.00 |

---

| AUGUGULIARO, JOSEPH,<br>INC.<br>CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5862<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $106,108.10 | Scheduled: | $0.00 UNLIQ | |

---

| AUTOMATED SOLUTIONS CORPORATION<br>3401 BRECKSVILLE ROAD<br>RICHFIELD, OH 44286 | Claim Number: 2991<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $580.00 | |

---

| AUTOMATED SOLUTIONS CORPORATION<br>3402 BRECKSVILLE ROAD<br>RICHFIELD, OH 44287 | Claim Number: 3002<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $292.50 | |

---

---

| AUTOMATED SOLUTIONS CORPORATION<br>3401 BRECKVILLE RD<br>RICHFIELD, OH 44286 | Claim Number: 3005<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) |
| --- | --- |

| UNSECURED | Claimed: | $1,582.50 |
| --- | --- | --- |

| AVAYA INC. DBA EXPANETS<br>C/O RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 15<br>Claim Date: 12/19/2008<br>Debtor: TRIBUNE COMPANY |
| --- | --- |

| UNSECURED | Claimed: | $17.21 | Scheduled: | $73.74 |
| --- | --- | --- | --- | --- |

| AVENUE TC FUND, L.P.<br>TRANSFEROR: WORLDNOW<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 4313-24<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |
| --- | --- |

| UNSECURED | Claimed: | $2,176.56 | Scheduled: | $2,176.56 |
| --- | --- | --- | --- | --- |

| AZIM FAKIR, DBA Z DISTRIBUTION, INC.<br>C/O GIAMO ASSOCIATES LLP<br>ATTN: JOSEPH O. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5854<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| --- | --- |

| UNSECURED | Claimed: | $112,118.32 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

| B&F COFFEE SERVICE<br>3535 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | Claim Number: 595<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) |
| --- | --- |

| UNSECURED | Claimed: | $228.99 | Scheduled: | $228.99 |
| --- | --- | --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | |
|---|---|---|---|---|---|
| B&F COFFEE SERVICE<br>3535 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | | Claim Number: 596<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | | |
| UNSECURED | Claimed: | $170.95 | | | |
| B&F COFFEE SERVICE<br>3535 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | | Claim Number: 599<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | | |
| UNSECURED | Claimed: | $218.26 | | | |
| BAHNER, PETER G CUST PETER L BAHNER UTMA OH<br>1703 DEVONWOOD DR<br>ROCHESTER HILLS, MI 48306-3109 | | Claim Number: 6491<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 | |
| BAILIS, KAREN<br>35-36 76TH ST.<br>#520<br>JACKSON HEIGHTS, NY 11372 | | Claim Number: 5122<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| BAKER & DANIELS LLP<br>ATTN: JAY JAFFE<br>600 EAST 96TH STREET, SUITE 600<br>INDIANAPOLIS, IN 46240 | | Claim Number: 315<br>Claim Date: 01/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |
| UNSECURED | Claimed: | $8,401.31 | | | |
| TOTAL | Claimed: | $8,401.50 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| BAKER & DANIELS LLP | Claim Number: 952 |
| ATTN: JAY JAFFE | Claim Date: 04/13/2009 |
| 600 EAST 96TH STREET, SUITE 600 | Debtor: TRIBUNE COMPANY |
| INDIANAPOLIS, IN 46240 | Comments: |
| | Amends claim number 315 |

| UNSECURED | Claimed: | $13,040.50 | Scheduled: | $6,935.00 |

---

| BALAZS, JEFFREY | Claim Number: 2741 |
| 10330 MARLOU DRIVE | Claim Date: 05/12/2009 |
| MUNSTER, IN 46321 | Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $5,050.98 |

---

| BALLINGER, BRENT | Claim Number: 6032 |
| 5804 WOODLAND RD | Claim Date: 07/06/2009 |
| BARTLESVILLE, OK 74006 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $1,014,960.00 |

---

| BANK OF AMERICA PENSION PLAN | Claim Number: 1326 |
| DEREK C. ABBOTT, ESQ. | Claim Date: 04/22/2009 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Debtor: TRIBUNE COMPANY |
| 1201 N. MARKET ST., P.O. BOX 1347 | Comments: EXPUNGED |
| WILMINGTON, DE 19899 | DOCKET: 4405 (05/14/2010) |

| UNSECURED | Claimed: | $535,857.00 UNLIQ |

---

| BANK OF INDIA | Claim Number: 3105 |
| 227 PARK AVENUE | Claim Date: 05/19/2009 |
| NEW YORK, NY 10172-0083 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $3,940,000.00 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

BANNON, MARIE L
7515 NANTUCKET DR
#102
DARIEN, IL 60561

Claim Number: 2730
Claim Date: 05/12/2009
Debtor: TRIBUNE COMPANY

---

| SECURED | Claimed: | $445.33 |
| --- | --- | --- |

BANNON, MICHAEL
1022 4TH AVE
PROSPECT PARK, PA 19076

Claim Number: 5695
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $10,000.00 |
| --- | --- | --- |

BARBER, ALLEEN
85-29 121ST ST.
KEW GARDENS, NY 11415

Claim Number: 5311
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

---

| UNSECURED | Claimed: | $0.00  UNDET |
| --- | --- | --- |

BARLOW, WILLIAM H.
15507 SADDLEBACK RD.
SANTA CLARITA, CA 91387

Claim Number: 3964
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $30,213.16 |
| --- | --- | --- |

BARNBY, NANCY W.
CHARLES SCHWAB & CO. INC. CUSTODIAN
IRA ROLLOVER
169 SPRUCE AVE
MENLO PARK, CA 94025-3039

Claim Number: 6025
Claim Date: 07/02/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $45,673.20 |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

BARNHARDT, VELMA
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4916
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $10,000.00 | | |

BARRETT, DAVID S.
257 OXFORD STREET
HARTFORD, CT 06105-2249

Claim Number: 3965
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6908

---

| UNSECURED | Claimed: | $4,685.88 | Scheduled: | $4,477.00 UNLIQ |

BARRETT, DAVID S.
257 OXFORD STREET
HARTFORD, CT 06105-2249

Claim Number: 6908
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3965

---

| UNSECURED | Claimed: | $0.00   UNDET | | |

BARRETT, J LARRE
14 DRYPETES COURT EAST
HOMOSASSA, FL 34446

Claim Number: 6022
Claim Date: 07/02/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $7,496.00 | | |

BARRIERE, JOSE M
1363 W. 39TH STREET
LOS ANGELES, CA 90062

Claim Number: 2343
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

---

| UNSECURED | Claimed: | $14,124.20 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| BARRY COUNTY TREASURER<br>220 W. STATE ST.<br>HASTINGS, MI 49058 | | Claim Number: 1617<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | Claim out of balance | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $423.62 | | |
| SECURED | Claimed: | $423.62 | | |
| TOTAL | Claimed: | $423.62 | | |
| BARTZ, JAROLD M.<br>650 AURORA AVE.<br>SANTA BARBARA, CA 93109 | | Claim Number: 5810<br>Claim Date: 06/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $202,992.00 | | |
| BARWICK, BRUCE E.<br>3913 HAWTHORN RD<br>ELLICOTT CITY, MD 21042 | | Claim Number: 3932<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6910 | | |
| UNSECURED | Claimed: | $46,913.69 | Scheduled: | $21,985.00 UNLIQ |
| BARWICK, BRUCE E.<br>3913 HAWTHORN RD<br>ELLICOTT CITY, MD 21042 | | Claim Number: 6910<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3932 | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| BATES, IVAN J.<br>BRIAN K. TELFAIR, ESQUIRE<br>THE TELFAIR LAW FIRM<br>3007 BROOK ROAD<br>RICHMOND, VA 23227 | | Claim Number: 6643<br>Claim Date: 08/25/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 6251 (11/08/2010) | | |
| UNSECURED | Claimed: | $0.00   CONT | Scheduled: | $0.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER                                                                                    Date: 12/06/2011
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| BAUMBACH, JAMES<br>355 S WELLWOOD AVE<br>LINDENHURST, NY 11757 | Claim Number: 5069<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

---

| UNSECURED | Claimed: | $0.00  UNDET |

| BAXTER, TODD<br>2121 W. DIVISION ST. # 5<br>CHICAGO, IL 60622 | Claim Number: 6648<br>Claim Date: 09/10/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) |

---

| PRIORITY | Claimed: | $2,500.00 |

| BAZANOS, ALEXA<br>3513 N. JANSSEN AVE.<br>CHICAGO, IL 60657 | Claim Number: 7058<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |

---

| UNSECURED | Claimed: | $0.00  UNLIQ |

| BEARD, ARTHUR<br>3569 KARIYA DR<br>MISSISSAUGA, ON L5B 3J2<br>CANADA | Claim Number: 5805<br>Claim Date: 06/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for $241.81/month for life |

---

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $241.81 |

| BEARD, ARTHUR<br>3569 KARIYA DR<br>MISSISSAUGA, ON L5B 3J2<br>CANADA | Claim Number: 5806<br>Claim Date: 06/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 5805<br>Claimant asserts $241.81 per month for life. |

---

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER

Date: 12/06/2011

Alphabetical Claims Register for The Tribune Company (08-13141)

---

| | | | | | |
|---|---|---|---|---|---|
| BECKER, TODD A. 1539 CREST DR ALTADENA, CA 91001-1838 | | Claim Number: 3933 Claim Date: 06/09/2009 Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $130,317.53 | Scheduled: | $114,039.34 | |

---

| | | |
|---|---|---|
| BELL, GEORGE 240 DUDLEY ST. BROOKLINE, MA 02455 | | Claim Number: 3934 Claim Date: 06/09/2009 Debtor: TRIBUNE COMPANY Comments: POSSIBLY AMENDED BY 6956 |
| UNSECURED | Claimed: | $21,758.70 |

---

| | | |
|---|---|---|
| BELL, GEORGE 240 DUDLEY ST. BROOKLINE, MA 02455 | | Claim Number: 6956 Claim Date: 11/02/2011 Debtor: TRIBUNE COMPANY Comments: amends claim 3934 |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| BELL, SUSAN P. 14081 MONTGOMERY DR. WESTMINSTER, CA 92683 | | Claim Number: 3935 Claim Date: 06/09/2009 Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $43,290.37 |

---

| | | |
|---|---|---|
| BELLACK, ROBERT 820 S. OAKLAND AVENUE PASADENA, CA 91106 | | Claim Number: 6866 Claim Date: 11/01/2011 Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

BERGMANN, HORST A.
4261 PRESERVE PARKWAY SOUTH
GREENWOOD VILLAGE, CO 80121-2188

Claim Number: 3936
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6957

| UNSECURED | Claimed: | $5,868,608.14 | Scheduled: | $4,111,376.00 UNLIQ |
|-----------|----------|---------------|------------|---------------------|

BERGMANN, HORST A.
4261 PRESERVE PARKWAY SOUTH
GREENWOOD VILLAGE, CO 80121-2188

Claim Number: 6957
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3936

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

BERLAMINO, BETTY ELLEN
C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,
PATRICK FRYE WILDMAN, HARROLD, ALLEN
225 W. WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 6877
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $0.00   UNLIQ |
|---------|----------|---------------|
| UNSECURED | Claimed: | $0.00   UNLIQ |

BERNZWEIG, JASON
12 FERN DRIVE
COMMACK, NY 11725

Claim Number: 5085
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $60,000.00 |
|----------|----------|------------|

BIEDRON, THEODORE J.
404 JACKSON AVE
GLENCOE, IL 60022

Claim Number: 7051
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNLIQ |
|-----------|----------|---------------|

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| BIRKENTALL, ROBERT | Claim Number: 5881 |
| 947 NORTH HUMPHREY AVENUE | Claim Date: 06/18/2009 |
| OAK PARK, IL 60302 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 8523 (03/30/2011) |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $22,350.00 |

---

| BIRMAN, BATHSHEBA | Claim Number: 5284 |
| 6000 N CICERO AVE NO. 308 | Claim Date: 06/12/2009 |
| CHICAGO, IL 60646 | Debtor: TRIBUNE COMPANY |
| | Comments: DOCKET: 10191 (11/10/2011) |

| PRIORITY | Claimed: | $1,284.00 |

---

| BIRMINGHAM, JOHN | Claim Number: 6744 |
| C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG, | Claim Date: 04/08/2011 |
| PATRICK FRYE WILDMAN, HARROLD, ALLEN | Debtor: TRIBUNE COMPANY |
| 225 W. WACKER DRIVE | Comments: POSSIBLY AMENDED BY 6875 |
| CHICAGO, IL 60606 | DOCKET: 8748 (04/25/2011) |

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| BIRMINGHAM, JOHN | Claim Number: 6875 |
| C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG, | Claim Date: 11/01/2011 |
| PATRICK FRYE WILDMAN, HARROLD, ALLEN | Debtor: TRIBUNE COMPANY |
| 225 W. WACKER DRIVE | Comments: |
| CHICAGO, IL 60606 | amends claim 6744 |

| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| BLANC, ROBERT E. | Claim Number: 6832 |
| 60 EAST END AVENUE, APT 19A | Claim Date: 10/31/2011 |
| NEW YORK, NY 10028 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| BLEIMAN, ANDREW & BLEIMAN JT TEN<br>1610 MONTGOMERY RD<br>DEERFIELD, IL 60015-2631 | Claim Number: 6486<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $204.00 | Allowed: | $204.00 |
|---|---|---|---|---|---|---|

---

| BLOCK, DUANE L., DR.<br>BENEFICIARY CONTROLLED IRA<br>3699 BROOKSIDE DRIVE<br>BLOOMFIELD HILLS, MI 48302 | Claim Number: 5567<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| SECURED | Claimed: | $50,767.81 |
|---|---|---|

---

| BLOOD, EDWARD L.<br>5310 E. HELENA DRIVE<br>SCOTTSDALE, AZ 85254-7526 | Claim Number: 3937<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6958 |
|---|---|

| UNSECURED | Claimed: | $85,974.55 | Scheduled: | $61,646.00 UNLIQ |
|---|---|---|---|---|

---

| BLOOD, EDWARD L.<br>5310 E. HELENA DRIVE<br>SCOTTSDALE, AZ 85254-7526 | Claim Number: 6958<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3937 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| BOIGER, ELISABETH C.<br>PATER-PETRUS ST. 18<br>ROSENHEIM, 83022<br>GERMANY | Claim Number: 3242<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| SECURED | Claimed: | $21,102.86 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| BOLLING, C.B. | Claim Number: 5971 |
| 410 PINE GROVE RD | Claim Date: 06/26/2009 |
| ROSWELL, GA 30075 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $60,897.60 |

---

| BOLLINGER & GARVEY BOLLINGER | Claim Number: 3424 |
| ATTN: JAMES R. PRENDERGAST, CFO | Claim Date: 06/03/2009 |
| 500 W MADISON ST NO. 2300 | Debtor: TRIBUNE COMPANY |
| CHICAGO, IL 60661 | |

| UNSECURED | Claimed: | $1,631.25 |

---

| BOLLINGER, RUBERRY & GARVEY | Claim Number: 3425 |
| ATTN: JAMES R. PRENDERGAST, CFO | Claim Date: 06/03/2009 |
| 500 W. MADISON ST., SUITE 2300 | Debtor: TRIBUNE COMPANY |
| CHICAGO, IL 60661 | |

| UNSECURED | Claimed: | $1,315.50 |

---

| BOLLINGER, RUBERRY & GARVEY | Claim Number: 3426 |
| ATTN: JAMES R. PRENDERGAST, CFO | Claim Date: 06/03/2009 |
| 500 W. MADISON ST., SUITE 2300 | Debtor: TRIBUNE COMPANY |
| CHICAGO, IL 60661 | |

| UNSECURED | Claimed: | $2,573.28 |

---

| BOLLINGER, RUBERRY & GARVEY | Claim Number: 3427 |
| ATTN: JAMES R. PRENDERGAST, CFO | Claim Date: 06/03/2009 |
| 500 W. MADISON ST SUITE 2300 | Debtor: TRIBUNE COMPANY |
| CHICAGO, IL 60661 | |

| UNSECURED | Claimed: | $424.80 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| BOLLINGER, RUBERRY & GARVEY<br>ATTN: JAMES R. PRENDERGAST, CFO<br>500 W. MADISON ST., SUITE 2300<br>CHICAGO, IL 60661 | Claim Number: 3428<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY |

---

| UNSECURED | Claimed: | $3,348.40 |

---

| BOLLINGER, RUBERRY & GARVEY<br>ATTN: JAMES R. PRENDERGAST, CFO<br>500 W. MADISON ST., SUITE 2300<br>CHICAGO, IL 60661 | Claim Number: 3429<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY |

---

| UNSECURED | Claimed: | $2,689.92 |

---

| BOLLINGER, RUBERRY & GARVEY<br>ATTN: JAMES R. PRENDERGAST, CFO<br>500 W. MADISON ST., SUITE 2300<br>CHICAGO, IL 60661 | Claim Number: 3725<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY |

---

| UNSECURED | Claimed: | $513.95 |

---

| BOLTON, PERRY J.<br>200 S BEACH RD.<br>HOBE SOUND, FL 33455 | Claim Number: 887<br>Claim Date: 03/31/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |

---

| UNSECURED | Claimed: | $80,000.00 |

---

| BONAR, SAMANTHA<br>1922 GARFIAS DR<br>PASADENA, CA 91104 | Claim Number: 2437<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |

---

| PRIORITY | Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

BONARDI, DOROTHY A.
580 BALDWIN DRIVE
WEST HEMPSTEAD, NY 11552

Claim Number: 5068
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

BOND, CURTIS
101 RIVERMEADE CT., APT D
YORKTOWN, VA 23690

Claim Number: 1153
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| SECURED | Claimed: | $500.00 |
|---|---|---|
| UNSECURED | Claimed: | $240.00 |

BORGARDT, JEFF
4250 N MARINE STE 2934
CHICAGO, IL 60613

Claim Number: 5436
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| PRIORITY | Claimed: | $1,750.00 |
|---|---|---|

BORRESEN, CARYN L
525 N. ADA
#37
CHICAGO, IL 60622

Claim Number: 3734
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| PRIORITY | Claimed: | $1,584.20 |
|---|---|---|

BOUDAKIAN, AGNES
83-25 VIETOR AVENUE #5F
ELMHURST, NY 11373

Claim Number: 2603
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for retiree pension benefits

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| BOWEN, SHARON<br>15 NIGHTINGALE WAY C-11<br>LUTHERVILLE, MD 21093-7321 | Claim Number: 6517<br>Claim Date: 06/07/2010<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $170.00 | Scheduled: | $170.00 |

| BOWEN, SHARON M.<br>15 NIGHTINGALE WAY<br>APT. C11<br>LUTHERVILLE, MD 21093 | Claim Number: 3939<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $7,928.66 | | |

| BOWLIN, GREGORY L.<br>6152 S. JERICHO WAY<br>CENTENNIAL, CO 80016-1275 | Claim Number: 3940<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6959 | | | |

| UNSECURED | Claimed: | $548.59 | Scheduled: | $507.00 UNLIQ |

| BOWLIN, GREGORY L.<br>6152 S. JERICHO WAY<br>CENTENNIAL, CO 80016-1275 | Claim Number: 6959<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3940 | | | |

| UNSECURED | Claimed: | $0.00   UNDET | | |

| BRAITSCH, RICHARD G JR<br>2139 WHISTLER AVE<br>BALTIMORE, MD 21230 | Claim Number: 5015<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | | | |

| PRIORITY | Claimed: | $9,342.14 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | | | | |
|---|---|---|---|---|---|
| BRAMSON, ROBERT, MD. - IRA<br>PMB 169<br>139 CHARLES ST #A<br>BOSTON, MA 02114-3282 | | Claim Number: 5927<br>Claim Date: 06/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |

| UNSECURED | Claimed: | $92,000.00 | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| BRANDT, PATRICIA<br>681 GRAND AVE<br>LINDENHURST, NY 11757 | | Claim Number: 5071<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |

| UNSECURED | Claimed: | $0.00  UNDET | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| BRANDT, ROBERT F.<br>PO BOX 519<br>ST. MICHAELS, MD 21663-0519 | | Claim Number: 3941<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6960 | | | |

| UNSECURED | Claimed: | $51,409.08 | Scheduled: | $32,238.00 UNLIQ | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| BRANDT, ROBERT F.<br>111 MULBERRY ST; P.O. BOX 519<br>ST. MICHAELS, MD 21663 | | Claim Number: 6960<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3941 | | | |

| UNSECURED | Claimed: | $0.00  UNDET | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| BRANECKI, PHILLIP J<br>12219 BAKER TERR.<br>WOODSTOCK, IL 60098 | | Claim Number: 1501<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | | | |

| PRIORITY | Claimed: | $2,612.23 | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $2,612.23 | | | |
| TOTAL | Claimed: | $2,612.23 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER                                                                Date: 12/06/2011
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| BRASS RING LLC | Claim Number: 5440 |
|---|---|
| 343 WINTER STREET | Claim Date: 06/12/2009 |
| WALTHAM, MA 02451 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $19,526.00 |
|---|---|---|

| BRAUER, ALAN L. | Claim Number: 3942 |
|---|---|
| 3506 SWEET CLOVER STREET | Claim Date: 06/09/2009 |
| THOUSAND OAKS, CA 91362 | Debtor: TRIBUNE COMPANY |
| | Comments: POSSIBLY AMENDED BY 6961 |

| UNSECURED | Claimed: | $27,545.56 | Scheduled: | $17,386.00 UNLIQ |
|---|---|---|---|---|

| BRAUER, ALAN L. | Claim Number: 6961 |
|---|---|
| 3506 SWEET CLOVER STREET | Claim Date: 11/02/2011 |
| THOUSAND OAKS, CA 91362 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | amends claim 3942 |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| BREECE, DENNIS J. | Claim Number: 3753 |
|---|---|
| 1641 E. MARTHA DR. | Claim Date: 06/11/2009 |
| MARION, IN 46952-9065 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| SECURED | Claimed: | $25,000.00 |
|---|---|---|

| BRENNAN, LEO | Claim Number: 3943 |
|---|---|
| 3825 TEESDALE CT. | Claim Date: 06/09/2009 |
| ATLANTA, GA 30350 | Debtor: TRIBUNE COMPANY |
| | Comments: POSSIBLY AMENDED BY 6962 |

| UNSECURED | Claimed: | $650,642.48 | Scheduled: | $600,169.23 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | | | |
|---|---|---|---|---|
| BRENNAN, LEO<br>3825 TEESDALE CT.<br>ATLANTA, GA 30350 | | Claim Number: 6962<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3943 | | |

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|
| BREWER, LISA E.<br>203 CLAYTON DRIVE<br>YORKTOWN, VA 23693 | | Claim Number: 7065<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|
| BRIDGEPORT U.S.A. CORPORATION<br>D/B/A POLO CAFE & CATERING<br>BRDGEPORT USA<br>3322 S. MORGAN ST.<br>CHICAGO, IL 60608 | | Claim Number: 6304<br>Claim Date: 10/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) | | |

| ADMINISTRATIVE | Claimed: | $5,512.28 | | |
|---|---|---|---|---|
| BRIEF, KENNETH H.<br>4 KENNEBEC LANE<br>BRUNSWICK, ME 04011 | | Claim Number: 3944<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6901 | | |

| UNSECURED | Claimed: | $79,868.36 | Scheduled: | $73,672.61 |
|---|---|---|---|---|
| BRIEF, KENNETH H.<br>4 KENNEBEC LANE<br>BRUNSWICK, ME 04011 | | Claim Number: 6901<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3944 | | |

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

BRIGHT STAR COURIERS LLC
70 W 36TH ST    STE 301
NEW YORK, NY 10018

Claim Number: 2289
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $1,300.50 | | |
|---|---|---|---|---|

BRINK, JENNY L.
STONERIDGE RETIREMENT CENTER
186 JERRY BROWNE ROAD, UNIT # 5406
MYSTIC, CT 06355

Claim Number: 5898
Claim Date: 06/19/2009
Debtor: TRIBUNE COMPANY
Comments:
Claimant asserts $1,233.48 monthly pension

| UNSECURED | Claimed: | $0.00  UNLIQ | | |
|---|---|---|---|---|

BRINK, JENNY L.
STONERIDGE RETIREMENT CENTER
186 JERRY BROWNE ROAD, UNIT # 5406
MYSTIC, CT 06355

Claim Number: 5899
Claim Date: 06/19/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 10021 (10/19/2011)

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $67,116.00 UNLIQ |
|---|---|---|---|---|

BRINKS INC.
555 DIVIDEND DR., STE 100
COPPELL, TX 75019

Claim Number: 476
Claim Date: 02/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| UNSECURED | Claimed: | $6,160.80 | | |
|---|---|---|---|---|

BRISCO, ROBERT N.
1 FLYING MANE LANE
ROLLING HILLS, CA 90274

Claim Number: 3945
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6922

| UNSECURED | Claimed: | $55,918.19 | Scheduled: | $17,881.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | |
|---|---|---|---|
| BRISCO, ROBERT N.<br>1 FLYING MANE LANE<br>ROLLING HILLS, CA 90274 | | Claim Number: 6922<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3945 | |
| UNSECURED | Claimed: | $0.00  UNDET | |
| BROADSPIRE SERVICES INC.<br>1001 SUMMIT BOULEVARD<br>ATLANTA, GA 30319 | | Claim Number: 5335<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 8523 (03/30/2011)<br>Third Party Admin. of Insurance Programs | |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | |
| PRIORITY | Claimed: | $0.00  UNLIQ | |
| SECURED | Claimed: | $0.00  UNLIQ | |
| UNSECURED | Claimed: | $0.00  UNLIQ | |
| BROWARD COUNTY REVENUE COLLECTOR<br>REVENUE COLLECTION DIV., GOV'T CTR ANNEX<br>ATTN: LITIGATION SECTION<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 265<br>Claim Date: 01/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |
| SECURED | Claimed: | $276,729.21  UNLIQ | |
| BROWARD COUNTY REVENUE COLLECTOR<br>REVENUE COLLECTION DIV., GOV'T CTR ANNEX<br>ATTN: LITIGATION SECTION<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 889<br>Claim Date: 03/31/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |
| SECURED | Claimed: | $113,357.20 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| BROWN, RENEE<br>42 CATOONA LANE<br>STAMFORD, CT 06902 | Claim Number: 4846<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| BROZA, CLARK<br>215 HILLAIR CIRCLE<br>WHITE PLAINS, NY 10605-4516 | Claim Number: 448<br>Claim Date: 02/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $55,199.24 | |
| BROZA, CLARK<br>215 HILLAIR CIRCLE<br>WHITE PLAINS, NY 10605-4516 | Claim Number: 3257<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $55,199.24 | |
| BROZA, CLARK & KATZ-BROZA, VALERIE L.<br>215 HILLAIR CIRCLE<br>WHITE PLAINS, NY 10605-4516 | Claim Number: 3256<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $7,025.36 | |
| BROZA, CLARK & VALERIE L. KATZ-BROZA<br>215 HILLAIR CIRCLE<br>WHITE PLAINS, NY 10605-4516 | Claim Number: 449<br>Claim Date: 02/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $7,025.36 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

BRUCE, DONALD W.
3 RED OAK DR
BOILING SPRINGS, PA 17007

Claim Number: 5953
Claim Date: 06/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $15,224.40 | | |
|---|---|---|---|---|

BRUGGEMAN, DAN R.
126 E CHURCH ST
ADRIAN, MI 49221

Claim Number: 5969
Claim Date: 06/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $91,346.40 | | |
|---|---|---|---|---|

BRUNO, GERBINO & SORIANO, LLP
VINCENT GERBINO
445 BROAD HOLLOW RD.
SUITE 220
MELVILLE, NY 11747

Claim Number: 3236
Claim Date: 05/28/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

---

| UNSECURED | Claimed: | $3,832.53 | | |
|---|---|---|---|---|

BRUNO, LISA
9 SCHERER ST.
BETHPAGE, NY 11714

Claim Number: 5061
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

---

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

BRYSON, JOHN E.
SOUTHERN CALIFORNIA EDISON, RM. 101
2244 WALNUT GROVE AVE, P.O.BOX 976
ROSEMEAD, CA 91770

Claim Number: 3946
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6963

---

| UNSECURED | Claimed: | $966,473.57 | Scheduled: | $891,499.89 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| BRYSON, JOHN E.<br>2244 WALNUT GROVE AVE., ROOM 101<br>P.O. BOX 976<br>ROSEMEAD, CA 91770 | Claim Number: 6963<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3946 |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

| BUCKINGHAM, JIM J<br>CUST JUSTIN BUCKINGHAM UTMA OH<br>2600 SPRINGMILL RD<br>FINDLAY, OH 45840-2860 | Claim Number: 6691<br>Claim Date: 02/10/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10021 (10/19/2011) |
|---|---|

| UNSECURED | Claimed: | $204.00 | Scheduled: | $3.24 |
|---|---|---|---|---|

---

| BUCKINGHAM, JIM J<br>2600 SPRINGMILL RD<br>FINDLAY, OH 45840-2860 | Claim Number: 6692<br>Claim Date: 02/10/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $1.80 |
|---|---|---|---|---|

---

| BUCKINGHAM, JIM J CUST JUSTIN BUCKINGHAM<br>UTMA OH<br>2600 SPRINGMILL RD<br>FINDLAY, OH 45840-2860 | Claim Number: 6593<br>Claim Date: 07/15/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $204.00 | Allowed: | $204.00 |
|---|---|---|---|---|---|---|

---

| BUDIHAS, STEPHEN M.<br>2865 GREEN ACRES DRIVE<br>ALLENTOWN, PA 18103 | Claim Number: 7071<br>Claim Date: 11/28/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

BULL, DEBBY
208 N MADISON ST
ST CROIX FLS, WI 54024-9134

Claim Number: 3489
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $1,526.00 |
|---|---|---|

BULLOCK, LOREN E. - TRUSTEE OF
THE LOREN E. BULLOCK REVOCABLE TRUST
U/A 05/08/98
2469 CAVALIER DRIVE
SALT LAKE CITY, UT 84121-3916

Claim Number: 3481
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $20,000.00   UNLIQ |
|---|---|---|

BURKE, DIANE E.
1506 SADDLE ROCK RD
HOLBROOK, NY 11741-4822

Claim Number: 5328
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

BURNETT, MARY L
730 NORTH WHITNALL HWY
APT 107
BURBANK, CA 91505-5400

Claim Number: 3690
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments:
Tribune Co Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

BURNS, BETTY
1422 N. GORDON APT 5
HOLLYWOOD, CA 90028

Claim Number: 4284
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments:
Retiree medical benefits & life insurance

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

BURSON, PATRICIA L.
48 S. LONG BEACH AVE., APT 2E
FREEPORT, NY 11520

Claim Number: 5318
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | |

---

BUSY BEE PROMOTIONS
211 E OHIO NO. 2624
CHICAGO, IL 60611

Claim Number: 5299
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3426 (02/16/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,125.00 | | |
| UNSECURED | Claimed: | $12,292.25 | Scheduled: | $1,315.00 |

---

BUTHMAN, JANE M
1340 CARIBOU TRAIL
CAROL STREAM, IL 60188-9080

Claim Number: 6511
Claim Date: 06/04/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $34.00 | Allowed: | $34.00 |

---

CADAVID-RUIZ, ESPERANZA
C/O GIAIMO ASSOCIATES, LLP
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 6114
Claim Date: 07/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $150,732.00 | |

---

CAGNEY, MONICA
10 FOREST ST
BAYVILLE, NY 11709-1948

Claim Number: 6484
Claim Date: 05/21/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $136.00 | | | | |
| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 | Allowed: | $136.00 |
| TOTAL | Claimed: | $136.00 | | | | $0.00 |

---

| CALIANESE, ANTHONY J.<br>824 ELLIS PL<br>ORADELL, NJ 07649-1918 | Claim Number: 1650<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| SECURED | Claimed: | $143,055.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $54,033.00 UNLIQ |

| CALIFORNIA DEPARTMENT OF MOTOR VEHICLES<br>REVENUE SERVICES SUPPORT UNIT<br>PO BOX 825341<br>SACRAMENTO, CA 94232-5341 | Claim Number: 4462<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
|---|---|

| PRIORITY | Claimed: | $4,175.00 |
|---|---|---|

| CALIFORNIA STATE CONTROLLER'S OFFICE<br>300 CAPITOL MALL, SUITE 1850<br>SACRAMENTO, CA 95814 | Claim Number: 6707<br>Claim Date: 03/01/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) |
|---|---|

| UNSECURED | Claimed: | $456,272.52 |
|---|---|---|

| CAMACHO, JOSE A<br>5942 S SAWYER<br>CHICAGO, IL 60629 | Claim Number: 1212<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
|---|---|

| PRIORITY | Claimed: | $9,000.00 |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $15,000.00 |
| TOTAL | Claimed: | $9,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| CAMACHO, JOSE A<br>5942 S SAWYER<br>CHICAGO, IL 60629 | | Claim Number: 1213<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $9,000.00 | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $15,000.00 | | |
| TOTAL | Claimed: | $9,000.00 | | |

---

| CAMERA DYNAMICS, INC.<br>709 EXECUTIVE BLVD<br>VALLEY COTTAGE, NY 10989 | | Claim Number: 4120<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4776 (06/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,501.55 | | |

---

| CAMPBELL, BRIAN<br>418 MEADOW BROOK LANE<br>BIRMINGHAM, AL 35213 | | Claim Number: 5439<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,369.95 | | |

---

| CAMPBELL, JEREMY D<br>519 COFFEETOWN RD<br>LANGSTON, AL 35755-8019 | | Claim Number: 6502<br>Claim Date: 05/28/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $171.36 | Scheduled: | $171.36 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| CAMPBELL, PATRICIA . | Claim Number: 3947 |
| 1765 NARROWS HILL RD. | Claim Date: 06/09/2009 |
| UPPER BLACK EDDY, PA 18972 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $102,312.38 |

---

| CAMPBELL, PATRICIA G. | Claim Number: 7032 |
| 1765 NARROWS HILL RD | Claim Date: 11/02/2011 |
| UPPER BLACK EDDY, PA 18972 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| CAMPBELL, RAMSEY L | Claim Number: 1533 |
| 2947 ALDRICH ST. | Claim Date: 04/23/2009 |
| EUSTIS, FL 32726 | Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $1,851.63 |

---

| CAMPOS, ALFONSO | Claim Number: 2123 |
| 801 BURR OAKS DR APT 303 | Claim Date: 04/30/2009 |
| WEST CHICAGO, IL 60185-2951 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3012 (01/05/2010) |

| UNSECURED | Claimed: | $3,000.00 |

---

| CAMPOS, TRACY | Claim Number: 2108 |
| 4703 SAILBOAT BAY APT 2D | Claim Date: 04/30/2009 |
| LISLE, IL 60532-1473 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3011 (01/05/2010) |

| UNSECURED | Claimed: | $3,000.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | |
|---|---|---|---|
| CANZONERI MCCORMICK, JO ANNA<br>342 N ATLANTIC BLVD<br>ALHAMBRA, CA 91801-2217 | | Claim Number: 5844<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3186 (01/25/2010) | |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $50,000,000,000.00 | UNLIQ |
| CARANNANTE, GREGORY<br>2108 N 31ST ROAD<br>HOLLYWOOD, FL 33021 | | Claim Number: 5286<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |
| PRIORITY | Claimed: | $223,018.00 | |
| CARANNANTE, GREGORY V<br>2108 N 31ST ROAD<br>HOLLYWOOD, FL 33021 | | Claim Number: 5285<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |
| PRIORITY | Claimed: | $1,021.22 | UNLIQ |
| CARANNANTE, GREGORY V<br>2108 N 31ST ROAD<br>HOLLYWOOD, FL 33021 | | Claim Number: 5287<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |
| PRIORITY | Claimed: | $2,773.55 | |
| CARAWAY, AMY L.<br>IRA FBO<br>1656 ALGONQUIN TRAIL<br>MAITLAND, FL 32751 | | Claim Number: 4633<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $16,057.96 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | |
|---|---|---|---|---|
| CARBAJAL, ROSA<br>C/O GIAIMO ASSOCIATES, LLP<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | | Claim Number: 6164<br>Claim Date: 08/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
| UNSECURED | Claimed: | $98,000.00 | | |
| CARPENTER, DIAN S.<br>P.O. BOX 810<br>INVERNESS, CA 94937 | | Claim Number: 3948<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $703,514.32 | Scheduled: | $528,632.00 UNLIQ |
| CARPENTER, DIAN S.<br>P.O. BOX 810<br>INVERNESS, CA 94937 | | Claim Number: 7039<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| CARROLL, JOHN S.<br>223 QUEENSWAY DRIVE<br>LEXINGTON, KY 40502 | | Claim Number: 3949<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6884 | | |
| UNSECURED | Claimed: | $1,523,628.61 | Scheduled: | $1,322,513.44 UNLIQ |
| CARROLL, JOHN S.<br>223 QUEENSWAY DRIVE<br>LEXINGTON, KY 40502 | | Claim Number: 6884<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3949 | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |

| | | | | |
|---|---|---|---|---|
| CARVER, STEPHEN<br>10943 WRIGHTWOOD LANE<br>STUDIO CITY, CA 91604 | | Claim Number: 6867<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| CASEY, EDITH<br>2 THORPE DR 4B<br>SPARKILL, NY 10976 | | Claim Number: 3342<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $30,450.00 | | |
| CASEY, KATHLEEN M.<br>104 GALAXY ST<br>LAKEWAY, TX 78734 | | Claim Number: 3950<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6964 | | |
| UNSECURED | Claimed: | $111,836.75 | Scheduled: | $87,551.03 UNLIQ |
| CASEY, KATHLEEN M.<br>104 GALAXY ST<br>LAKEWAY, TX 78734 | | Claim Number: 6964<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 696400 | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| CASEY, LINDA J. AND MICHAEL D.<br>23 MEADOW LN.<br>NORWOOD, NJ 07648 | | Claim Number: 3343<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $232,400.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| CASEY, MICHAEL D. IRA<br>23 MEADOW LN<br>NORWOOD, NJ 07648 | Claim Number: 3344<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $50,700.00 |
|---|---|---|

| CASEY, PETER A.<br>ROTH IRA<br>212 PROSPECT AVE #21B<br>HACKENSACK, NJ 07601 | Claim Number: 4125<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $6,011.37 |
|---|---|---|

| CASEY, PETER A.<br>212 PROSPECT AVE #2B<br>HACKENSACK, NJ 07601 | Claim Number: 4126<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $89,798.42 |
|---|---|---|

| CASEY, PETER A.<br>TRADITIONAL IRA<br>212 PROSPECT AVE # 2B<br>HACKENSACK, NJ 07601 | Claim Number: 4185<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $1,001.90 |
|---|---|---|

| CASSIDY, DAVID<br>3 LINCOLN STREET<br>GARDEN CITY, NY 11530 | Claim Number: 5330<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

CASSIO, KEVIN T
7300 NW 93RD AVE
TAMARAC, FL 33321-3042

Claim Number: 6533
Claim Date: 06/17/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $544.00 | Scheduled: | $544.00 |

CASTANON, DAVID A.
21 CASTANO COURT
NEEDHAM, MA 02494

Claim Number: 4288
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $43,900.00 |

CASTELLUZZO, RENEE
728 W JACKSON BLVD APT 1205
CHICAGO, IL 60661-5476

Claim Number: 2588
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $191.75 | | |
| UNSECURED | | | Scheduled: | $191.75 |

CATANIA, ROBERT
P.O. BOX 1486
AGOURA HILLS, CA 91376-1486

Claim Number: 5900
Claim Date: 06/19/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $174.00 |

CAVALIERE, PETER
161 BLUE HERON DR.
SECAUCUS, NJ 07094

Claim Number: 951
Claim Date: 04/13/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $20,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| CAWLEY CHICAGO PORTFOLIO, LLC<br>C/O EKL WILLIAMS PLLC<br>901 WARRENVILLE ROAD #175<br>LISLE, IL 60532 | Claim Number: 5785<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5071 (07/19/2010) |
|---|---|
| UNSECURED          Claimed: | $75,649.06 |

---

| CAWLEY CHICAGO PORTFOLIO, LLC<br>C/O EKL WILLIAMS PLLC<br>901 WARRENVILLE ROAD # 175<br>LISLE, IL 60532 | Claim Number: 5830<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|
| UNSECURED          Claimed: | $75,649.06 |

---

| CBS RADIO EAST INC.<br>C/O CBS LAW DEPT.<br>ATTN: HELEN D'ANTONA<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019 | Claim Number: 4868<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|
| UNSECURED          Claimed: | $11,751.25 |

---

| CBS RADIO INC.<br>C/O CBS LAW DEPT.<br>ATTN: HELEN D'ANTONA<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019 | Claim Number: 4873<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|
| UNSECURED          Claimed: | $50,303.00 |

---

| CCI EUROPE INTERNATIONAL INC<br>3550 GEORGE BUSBEE PRKWAY<br>KENNESAW, GA 30144 | Claim Number: 3541<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|
| UNSECURED          Claimed:          $235,474.58          Scheduled:          $162,683.83 | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

CDW CORPORATION
C/O RMS BANKRUPTCY RECOVERY SERVICES
P.O. BOX 5126
TIMONIUM, MD 21094

Claim Number: 582
Claim Date: 02/20/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 10191 (11/10/2011)

| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $1,656.29 |

---

CENTERPOINT ENERGY SERVICES, INC.
1111 LOUISIANA STREET CNPT 20
HOUSTON, TX 77002

Claim Number: 624
Claim Date: 03/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| UNSECURED | Claimed: | $155,538.53 |

---

CENTERPOINT ENERGY SERVICES, INC.
1111 LOUISIANA STREET CNPT 20
HOUSTON, TX 77002

Claim Number: 1755
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| UNSECURED | Claimed: | $146,233.64 |

---

CENTERPOINT ENERGY SERVICES, INC.
1111 LOUISIANA STREET CNPT 20
HOUSTON, TX 77002

Claim Number: 2211
Claim Date: 05/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3802 (03/22/2010)

| UNSECURED | Claimed: | $144,359.05 |

---

CENTERPOINT ENERGY SERVICES, INC.
1111 LOUISIANA STREET CNPT 20
HOUSTON, TX 77002

Claim Number: 6291
Claim Date: 10/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3802 (03/22/2010)

| UNSECURED | Claimed: | $93,012.48 |

---

---

CENTERPOINT ENERGY SERVICES, INC.
1111 LOUISIANA STREET CNPT 20
HOUSTON, TX 77002

Claim Number: 6292
Claim Date: 10/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3802 (03/22/2010)

| UNSECURED | Claimed: | $16,458.46 | | |
| --- | --- | --- | --- | --- |

CENTERPOINT ENERGY SERVICES, INC.
1111 LOUISIANA STREET CNPT 20
HOUSTON, TX 77002

Claim Number: 6310
Claim Date: 10/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3802 (03/22/2010)

| UNSECURED | Claimed: | $34,888.11 | | |
| --- | --- | --- | --- | --- |

CENTERPOINT ENERGY SERVICES, INC.
1111 LOUISIANA STREET
CNPT 46 ROOM 4661
ATTN: ROBERT CLAUDE
HOUSTON, TX 77002

Claim Number: 6377
Claim Date: 01/19/2010
Debtor: TRIBUNE COMPANY
Comments:
Amends Claim 6291.

| UNSECURED | Claimed: | $61,202.87 | Scheduled: | $75,693.39 |
| --- | --- | --- | --- | --- |

CF 4242 BRYN MAWR LLC
C/O COLLEEN E. MCMANUS
MUCH SHELIST DENENBERG AMENT RUBENSTEIN
191 N WACKER DR, STE 1800
CHICAGO, IL 60646

Claim Number: 4666
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| UNSECURED | Claimed: | $36,179.81 | | |
| --- | --- | --- | --- | --- |

CHANDHOK, RAJENDER K.
273 MABERY RD
SANTA MONICA, CA 90402-1205

Claim Number: 3951
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6965

| UNSECURED | Claimed: | $49,874.04 | Scheduled: | $27,997.00 UNLIQ |
| --- | --- | --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

CHANDHOK, RAJENDER K.
273 MABERY RD
SANTA MONICA, CA 90402

Claim Number: 6965
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3951

| UNSECURED | Claimed: | $0.00  UNDET |
| --- | --- | --- |

CHANDLER, BETTINA W.
1013 SHOKAT DRIVE
OJAI, CA 93023

Claim Number: 3952
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6950

| UNSECURED | Claimed: | $1,089,878.63 | Scheduled: | $767,501.00  UNLIQ |
| --- | --- | --- | --- | --- |

CHANDLER, BETTINA W.
1013 SHOKAT DRIVE
OJAI, CA 93023

Claim Number: 6950
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3952

| UNSECURED | Claimed: | $0.00  UNDET |
| --- | --- | --- |

CHANSKY, KATHERINE M.
12001 FALCON RIDGE WAY
NORTHRIDGE, CA 91326

Claim Number: 3251
Claim Date: 05/28/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $134.00 |
| --- | --- | --- |

CHAPMAN, WILLIAM G. & MARGARET ELAINE
REVOCABLE TRUST
810 RIO GRANDE NW
ALBUQUERQUE, NM 87107

Claim Number: 5571
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $101,535.63 |
| --- | --- | --- |

| CHARLES & MILDRED HILBORN REVOCABLE TRUST - CHARLES GENE HILBORN JR. & CHARLES GENE HILBORN TRUSTEES 1306 W 59TH AVE PINE BLUFF, AR 71603 | Claim Number: 5703 Claim Date: 06/15/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $10,149.60 | | |
| CHARLES SCHWAB FBO LYNDEE KUZNIAR 4A KINGERY QUARTER APT 203 WILLOWBROOK, IL 60527-6574 | Claim Number: 6506 Claim Date: 06/01/2010 Debtor: TRIBUNE COMPANY Comments: DOCKET: 10191 (11/10/2011) | | |
| PRIORITY          Claimed: | $2,142.00 | | |
| UNSECURED | | Scheduled: | $2,142.00 |
| CHARLES, CLIFTON SR 9602 SOUTH CALUMET AVE CHICAGO, IL 60628 | Claim Number: 4188 Claim Date: 06/09/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 3013 (01/05/2010) | | |
| SECURED          Claimed: | $50,000.00 | | |
| CHARLES, RANDOLPH R. 1032 SPRUCE ST. UNIT 200 PHILADELPHIA, PA 19107 | Claim Number: 3953 Claim Date: 06/09/2009 Debtor: TRIBUNE COMPANY | | |
| UNSECURED          Claimed: | $53,190.66 | Scheduled: | $19,087.00 UNLIQ |
| CHARLES, RANDOLPH R. 1032 SPRUCE ST. UNIT 200 PHILADELPHIA, PA 19107 | Claim Number: 6966 Claim Date: 11/02/2011 Debtor: TRIBUNE COMPANY | | |
| UNSECURED          Claimed: | $0.00   UNDET | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| CHASE BANK USA, N.A.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE 8TH FLOOR<br>NEW YORK, NY 10172 | Claim Number: 5104<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>First USA Commercial Card Master Agreement |
|---|---|

| SECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| CHASE, PETER<br>2555 N. CLARK STREET , #1006<br>CHICAGO, IL 60614 | Claim Number: 5338<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10021 (10/19/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| CHATOW, MARK<br>11 TROUVILLE<br>NEWPORT COAST, CA 92657 | Claim Number: 3746<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $171.85 |
|---|---|---|

| CHAVEZ, LISA<br>883 MAGNOLIA AVE APT 10<br>PASADENA, CA 91106-4618 | Claim Number: 6729<br>Claim Date: 03/10/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) |
|---|---|

| PRIORITY | Claimed: | $1,428.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,428.00 |

| CHECK CASHING STORE, THE<br>6340 N.W. 5TH WAY<br>FORT LAUDERDALE, FL 33309 | Claim Number: 869<br>Claim Date: 04/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
|---|---|

| UNSECURED | Claimed: | $1,590.86 |
|---|---|---|

---

| CHEN, MARIA & CHONG, DANIEL | Claim Number: 6193 |
| 7 PANDAN VALLEY | Claim Date: 09/01/2009 |
| #07-502 POINCIANA TOWER | Debtor: TRIBUNE COMPANY |
| 597631 | Comments: EXPUNGED |
| SINGAPORE | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $16,239.36 |

---

| CHEUNG, JESSICA | Claim Number: 293 |
| 2336 WEST 13TH STREET, THIRD FLOOR | Claim Date: 01/20/2009 |
| BROOKLYN, NY 11223 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $2,682.50 |

---

| CHICAGOLAND PUBLISHING COMPANY | Claim Number: 3394 |
| 3 WESTBROOK CORPORATE CTR # 800 | Claim Date: 06/01/2009 |
| WESTCHESTER, IL 60154-5703 | Debtor: TRIBUNE COMPANY |
| | Comments: WITHDRAWN |
| | DOCKET: 3466 (02/17/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| CHIN, CINDY | Claim Number: 5121 |
| 621 6TH ST. | Claim Date: 06/12/2009 |
| EAST NORTHPORT, NY 11731 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| CHRISTENSEN. LUCILLE | Claim Number: 3735 |
| 164 BARRYPOINT ROAD | Claim Date: 06/08/2009 |
| RIVERSIDE, IL 60546 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $855.59   UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | | | |
|---|---|---|---|---|
| CICCOTTO, WILLIAM, DBA WDC<br>C/O GIAMO ASSOCIATES LLP<br>ATTN: JOSEPH O. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | | Claim Number: 5858<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $104,777.46 | Scheduled: | $0.00 UNLIQ | |

| | | | |
|---|---|---|---|
| CIOLLI, RITA<br>5 GREENWAY LANE<br>HUNTINGTON, NY 11743 | | Claim Number: 5037<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

| | | |
|---|---|---|
| CISCO SYSTEMS CAPITAL CORPORATION<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | | Claim Number: 4108<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,097,030.46 |

| | | |
|---|---|---|
| CIT<br>1162 E SONTERRA BLVD STE 130<br>SAN ANTONIO, TX 78258-4048 | | Claim Number: 3631<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $181,272.00 |
| TOTAL | Claimed: | $181,272.62 |

| | | |
|---|---|---|
| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | | Claim Number: 437<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $682.52 |
| UNSECURED | Claimed: | $26.70 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| CITY OF CHICAGO | | |
|---|---|---|
| DEPARTMENT OF REVENUE | Claim Number: 438 | |
| BUSINESS BANKRUPTCY UNIT | Claim Date: 02/09/2009 | |
| 121 N. LASALLE STREET - ROOM 107A | Debtor: TRIBUNE COMPANY | |
| CHICAGO, IL 60602 | | |

| PRIORITY | Claimed: | $157,260.43 |
|---|---|---|
| UNSECURED | Claimed: | $8,596.85 |

| CITY OF CHICAGO | | |
|---|---|---|
| DEPARTMENT OF REVENUE | Claim Number: 440 | |
| BUSINESS BANKRUPTCY UNIT | Claim Date: 02/09/2009 | |
| 121 N. LASALLE STREET - ROOM 107A | Debtor: TRIBUNE COMPANY | |
| CHICAGO, IL 60602 | | |

| PRIORITY | Claimed: | $674,939.02 |
|---|---|---|
| UNSECURED | Claimed: | $164,064.90 |

| CITY OF CHICAGO | | |
|---|---|---|
| DEPARTMENT OF REVENUE | Claim Number: 443 | |
| BUSINESS BANKRUPTCY UNIT | Claim Date: 02/09/2009 | |
| 121 N. LASALLE STREET - ROOM 107A | Debtor: TRIBUNE COMPANY | |
| CHICAGO, IL 60602 | | |

| PRIORITY | Claimed: | $59,369.28 |
|---|---|---|
| UNSECURED | Claimed: | $6,042.54 |

| CITY OF CHICAGO | | |
|---|---|---|
| DEPARTMENT OF REVENUE | Claim Number: 727 | |
| BUSINESS BANKRUPTCY UNIT | Claim Date: 03/13/2009 | |
| 121 N. LASALLE STREET - ROOM 107A | Debtor: TRIBUNE COMPANY | |
| CHICAGO, IL 60602 | | |

| PRIORITY | Claimed: | $31,591.63 |
|---|---|---|
| UNSECURED | Claimed: | $7,778.40 |

---

| CITY OF CHICAGO | Claim Number: 728 |
| DEPARTMENT OF REVENUE | Claim Date: 03/13/2009 |
| BUSINESS BANKRUPTCY UNIT | Debtor: TRIBUNE COMPANY |
| 121 N. LASALLE STREET - ROOM 107A | Comments: DOCKET: 5434 (08/19/2010) |
| CHICAGO, IL 60602 | |

| PRIORITY | Claimed: | $19,095.99 |
| UNSECURED | Claimed: | $96.00 |

---

| CITY OF NEW YORK - DEPARTMENT OF FINANCE | Claim Number: 3021 |
| DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL | Claim Date: 05/21/2009 |
| RON MEDLEY, OF COUNSEL | Debtor: TRIBUNE COMPANY |
| 345 ADAMS STREET - 3RD FLOOR | Comments: EXPUNGED |
| BROOKLYN, NY 11201 | DOCKET: 5689 (09/14/2010) |

| PRIORITY | Claimed: | $837,000.00   UNLIQ |

---

| CITY OF NEW YORK DEPARTMENT OF FINANCE | Claim Number: 2870 |
| RON MEDLEY, OF COUNSEL | Claim Date: 05/08/2009 |
| 345 ADAMS STREET - 3RD FLOOR | Debtor: TRIBUNE COMPANY |
| BROOKLYN, NY 11201 | Comments: EXPUNGED |
| | DOCKET: 2270 (10/02/2009) |

| PRIORITY | Claimed: | $132,000.00   UNLIQ |

---

| CITY OF NEWPORT NEWS, VIRGINIA | Claim Number: 255 |
| CITY ATTORNEY'S OFFICE | Claim Date: 01/09/2009 |
| 2400 WASHINGTON AVENUE | Debtor: TRIBUNE COMPANY |
| NEWPORT NEWS, VA 23607 | Comments: EXPUNGED |
| | DOCKET: 2270 (10/02/2009) |

| UNSECURED | Claimed: | $4,066.97   UNLIQ |

---

| CLARK STEVENS | Claim Number: 5597 |
| 2215 SANTA ANITA AVENUE | Claim Date: 06/12/2009 |
| SIERRA MADRE, CA 91024 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 4406 (05/14/2010) |

| UNSECURED | Claimed: | $3,671.09 |

---

---

CLASSIFIED VENTURES, LLC
ATTN: CHIEF LEGAL OFFICER
175 W. JACKSON BLVD., 8TH FL
CHICAGO, IL 60604

Claim Number: 5610
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

---

| UNSECURED | Claimed: | $3,781,470.00 | | |
|---|---|---|---|---|

CLAYTON, JANET T.
655 S RIMPAU BLVD
LOS ANGELES, CA 90005

Claim Number: 3954
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6923

---

| UNSECURED | Claimed: | $137,253.11 | Scheduled: | $54,907.48 UNLIQ |
|---|---|---|---|---|

CLAYTON, JANET T.
655 S RIMPAU BLVD
LOS ANGELES, CA 90005

Claim Number: 6923
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3954

---

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 4981
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 5245 (08/03/2010)

---

| UNSECURED | Claimed: | $1,182,144.41 | | |
|---|---|---|---|---|

CLEMENT, JAYNE
C/O SHEGERIAN & ASSOCIATES, INC.
ATTN: CARNEY R. SHEGERIAN
225 ARIZONA AVENUE
SANTA MONICA, CA 90401

Claim Number: 3263
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY

---

| PRIORITY | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

---

CLEMENT, JAYNE
C/O SHEGERIAN & ASSOCIATES, INC.
ATTN: CARNEY R. SHEGERIAN
225 ARIZONA AVENUE
SANTA MONICA, CA 90401

Claim Number: 3265
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLE DUPLICATE OF 3263

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

CLENDENIN, MICHAEL
328 CAROLINA MEADOWS VILLA
CHAPEL HILL, NC 27517

Claim Number: 1013
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $6,235.00 UNLIQ |
|---|---|---|---|---|

CLIFFORD, PATRICK A.
1185 PARK AVENUE APT 3E
NEW YORK, NY 10128

Claim Number: 3956
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,161,516.02 | Scheduled: | $871,862.00 UNLIQ |
|---|---|---|---|---|

CLIFFORD, PATRICK A.
1185 PARK AVENUE APT 3E
NEW YORK, NY 10128

Claim Number: 6967
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

CLURMAN, ANDREW W.
6936 BASELINE RD.
BOULDER, CO 80303-3142

Claim Number: 3957
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $50,625.17 | Scheduled: | $17,285.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

CLURMAN, ANDREW W.
6936 BASELINE RD.
BOULDER, CO 80303-3142

Claim Number: 6968
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

COAPSTICK, LOUISE G.
22809 W ACACIA COURT
SAUGUS, CA 91350

Claim Number: 3958
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010)

---

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $36,061.00 | Scheduled: | $24,855.60 UNLIQ |

COASTAL SYSTEMS, INC.
13687 NEWPORT AVE
UNIT 8361
TUSTIN, CA 92780

Claim Number: 541
Claim Date: 02/24/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $1,294.65 | | |
|---|---|---|---|---|

COASTAL SYSTEMS, INC.
13681 NEWPORT AVE STE 8
TUSTIN, CA 92780-7815

Claim Number: 542
Claim Date: 02/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

---

| UNSECURED | Claimed: | $419.89 | | |
|---|---|---|---|---|

COASTAL SYSTEMS, INC.
13687 NEWPORT AVE
UNIT 8361
TUSTIN, CA 92780

Claim Number: 543
Claim Date: 02/24/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $2,543.88 | | |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| COASTAL SYSTEMS, INC.<br>13687 NEWPORT AVE<br>UNIT 8361<br>TUSTIN, CA 92780 | | Claim Number: 544<br>Claim Date: 02/24/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $6,904.70 | | |
|---|---|---|---|---|

| COFFEY, C. SHELBY, III<br>897 CHINQUAPIN RD.<br>MC LEAN, VA 22102 | | Claim Number: 6924<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3959 | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| COFFEY, SHELBY C. III<br>897 CHINQUAPIN ROAD<br>MC LEAN, VA 22102 | | Claim Number: 3959<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6924 | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $239,849.60 | Scheduled: | $160,125.00 UNLIQ |
|---|---|---|---|---|

| COLEMAN, SANDRA B<br>50 LEVEL ACRES RD<br>ATTLEBORO, MA 02703-6842 | | Claim Number: 6678<br>Claim Date: 11/23/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $102.00 | Allowed: | $102.00 |
|---|---|---|---|---|---|---|

| COLLINS, KEVIN P.<br>5 NIBLICK LANE<br>LITTLETON, CO 80123 | | Claim Number: 2451<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $14,494.00 | Scheduled: | $14,494.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER                                                                                              Date: 12/06/2011
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| COLLINS, MICHAEL E | Claim Number: 6504 |
| 6351 FARRAGUT ST | Claim Date: 06/01/2010 |
| HOLLYWOOD, FL 33024-2115 | Debtor: TRIBUNE COMPANY |
| | Comments: DOCKET: 10191 (11/10/2011) |

| PRIORITY | Claimed: | $1,054.00 | | |
| UNSECURED | | | Scheduled: | $1,054.00 |

---

| COLSTON, JAMES WILLARD | Claim Number: 3909 |
| 61 THOMAS STREET | Claim Date: 06/09/2009 |
| PORTLAND, ME 04102 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $341,112.31 | Scheduled: | $314,650.70 UNLIQ |

---

| COLSTON, JAMES WILLARD | Claim Number: 6882 |
| 61 THOMAS ST | Claim Date: 11/02/2011 |
| PORTLAND, ME 04102 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | amends claim 3960 |

| UNSECURED | Claimed: | $0.00  UNDET |

---

| COMED CO. | Claim Number: 366-03 |
| ATTN: BANKRUPTCY SECTION/REVENUE MGMT | Claim Date: 01/22/2009 |
| 2100 SWIFT DRIVE | Debtor: TRIBUNE COMPANY |
| OAK BROOK, IL 60523 | Comments: DOCKET: 4102 (04/19/2010) |

| UNSECURED | Claimed: | $31,130.22 |

---

| COMGRAPHICS INCORPORATION | Claim Number: 1097 |
| 329 W 18TH STREET | Claim Date: 04/20/2009 |
| 10TH FLOOR | Debtor: TRIBUNE COMPANY |
| CHICAGO, IL 60616 | |

| UNSECURED | Claimed: | $0.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| COMMUNITY ANESTHESIA ASSOCIATE P.C.<br>PROFIT SHARING PLAN<br>C/O LOUIS BOJAB TTEE<br>13379 WEST SHERBORN<br>CARMEL, IN 46032 | Claim Number: 5632<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| SECURED | Claimed: | $71,157.63 |
|---|---|---|

| COMMUNITY HOUSE PRESERVATION FUND, THE<br>380 SOUTH BATES<br>BIRMINGHAM, MI 48009-3366 | Claim Number: 5636<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| SECURED | Claimed: | $25,413.44 |
|---|---|---|

| COMPTROLLER OF MARYLAND<br>301 WEST PRESTON STREET ROOM 409<br>BALTIMORE, MD 21201 | Claim Number: 2257<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $6,355,300.00 |
|---|---|---|
| UNSECURED | Claimed: | $402,528.00 |

| CONNECTICUT DEPT OF REVENUE SERVICES<br>C&E DIVISION, BANKRUPTCY SECTION<br>25 SIGOURNEY STREET<br>HARTFORD, CT 06106-5032 | Claim Number: 4138<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5745 (09/20/2010) |
|---|---|

| PRIORITY | Claimed: | $250.00 |
|---|---|---|

| CONNER, LAURIE<br>5966 MEMPHIS ST<br>NEW ORLEANS, LA 70124-2942 | Claim Number: 6633<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) |
|---|---|

| PRIORITY | Claimed: | $1,768.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,768.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| CONSOLIDATED EDISON COMPANY OF<br>NEW YORK, INC.<br>BANKRUPTCY GROUP<br>4 IRVING PLACE, ROOM 1875-S<br>NEW YORK, NY 10003 | Claim Number: 187<br>Claim Date: 12/30/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
|---|---|

| UNSECURED | Claimed: | $15,419.92 |
|---|---|---|

---

| CONSOLIDATED ELECTRICAL DISTRIBUTORS<br>PO BOX 489<br>LEMONT, IL 60439-0489 | Claim Number: 937<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $777.00 |
|---|---|---|

---

| CONSTELLATION NEW ENERGY<br>BANK OF AMERICA LOCKBOX SERVICE<br>14217 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | Claim Number: 5117<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $316,586.03 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $192,676.71 | Scheduled: | $269,599.16 |

---

| CONWAY, SUSAN M.<br>125 LEEDS<br>WILLIAMSBURG, VA 23188 | Claim Number: 6871<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| COOK COUNTY DEPT. OF REVENUE<br>118 N. CLARK STREET, ROOM 1160<br>CHICAGO, IL 60602 | Claim Number: 6683<br>Claim Date: 12/15/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 8204 (03/01/2011) |
|---|---|

| PRIORITY | Claimed: | $1,286,329.03 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| COOK COUNTY DEPT. OF REVENUE<br>118 N. CLARK STREET, ROOM 1160<br>CHICAGO, IL 60602 | Claim Number: 6687<br>Claim Date: 01/19/2011<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,519,196.85 | | |

---

| COOK COUNTY DEPT. OF REVENUE<br>118 N. CLARK STREET, ROOM 1160<br>CHICAGO, IL 60602 | Claim Number: 6694<br>Claim Date: 02/18/2011<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $570,207.39 | | |

---

| COOK, STANTON<br>222 RALEIGH ROAD<br>KENILWORTH, IL 60043 | Claim Number: 5788<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,225,000.00 | Scheduled: | $830,177.18 UNLIQ |

---

| COPELAND, LLOYD & DEBORAH<br>139 BOONE RIDGE<br>MOUNTAIN CITY, TN 37683 | Claim Number: 3204<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $121,000.00 | | |

---

| COPELAND, LOYD & DEBORAH<br>139 BOONE RIDGE<br>MOUNTAIN CITY, TN 37683 | Claim Number: 3443<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $121,000.00 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | |
|---|---|---|---|---|
| COPPENS, STUART K.<br>726 MAYBANK LOOP<br>THE VILLAGES, FL 32162 | | Claim Number: 3910<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $22,713.20 | Scheduled: | $22,165.00 UNLIQ |
| COPPENS, STUART K.<br>726 MAYBANK LOOP<br>THE VILLAGES, FL 32162 | | Claim Number: 6969<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| CORNER LLC<br>C/O PENELOPE PARMES<br>RUTAN & TUCKER LLP<br>611 ANTON BLVD., 14TH FLOOR<br>COSTA MESA, CA 92626 | | Claim Number: 6054<br>Claim Date: 07/10/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $25,480.00 | | |
| COSGROVE, JAMES T.<br>C/O WINEGAR, WILHELM, GLYNN & ROEMER<br>ATTN: SCOTT M. WILHELM<br>3005 ROSEBERRY STREET, P.O. BOX 800<br>PHILLIPSBURG, NJ 08865 | | Claim Number: 2238<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | |
| UNSECURED | Claimed: | $150,000.00 | Scheduled: | $0.00 UNLIQ |
| COSTELLO, DANIEL J<br>2060 CONTINENTAL AVE<br>APT 3<br>BRONX, NY 10461 | | Claim Number: 1767<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY | | |
| PRIORITY | Claimed: | $17,260.00 | | |

---

COTLIAR, GEORGE J.
1618 ANITA LANE
NEWPORT BEACH, CA 92660

Claim Number: 3911
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6925

| UNSECURED | Claimed: | $239,050.32 | Scheduled: | $175,144.00 UNLIQ |
|---|---|---|---|---|

COTLIAR, GEORGE J.
1618 ANITA LANE
NEWPORT BEACH, CA 92660

Claim Number: 6925
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3911

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

COUSINS, ROBERT R AND MILDRED L COUSINS
3581 FROST ROAD
SHRUB OAK, NY 10588

Claim Number: 6634
Claim Date: 07/30/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8153 (02/25/2011)

| SECURED | Claimed: | $2,437.52 |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

COUSINS, ROBERT R. & MILDRED L.
3581 FROST ROAD
SHRUB OAK, NY 10588

Claim Number: 6628
Claim Date: 07/28/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8153 (02/25/2011)

| SECURED | Claimed: | $2,437.52 |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

COVA, ANNE M
7 TRANQUILITY PLACE
LADERA RANCH, CA 92694

Claim Number: 1551
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $40.58 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

CRABHOUSE OF DOUGLASTON, INC.
D/B/A DOUGLASTON MANOR
CO GIAIMO ASSOCIATES LLP, ATTN: J GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5851
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $255,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

CRAWFORD, WILLIAM
3509 B AVENIDA MADERA
BRADENTON, FL 34210

Claim Number: 3167
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $12,619.33 UNLIQ | Scheduled: | $81,779.00 UNLIQ |
|---|---|---|---|---|

CRAWFORD, WILLIAM D.
3509B AVENIDA MADERA
BRADENTON, FL 34210

Claim Number: 7033
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

CROWDER, GRACE E.
499 B&F ROAD
GETTYSBURG, PA 17325

Claim Number: 3913
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $328,983.31 |
|---|---|---|

CROWDER, GRACE E.
499 B&F ROAD
GETTYSBURG, PA 17325

Claim Number: 6916
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3912

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

CRUM, RAYMOND
3508 PARRIS BRIDGE ROAD
BOILING SPRINGS, SC 29316

Claim Number: 3030
Claim Date: 05/21/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $14,749.38 |
|---|---|---|

CRUZ, VICTOR
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4915
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

CS STARS LLC
500 W MONROE ST
CHICAGO, IL 60661

Claim Number: 4990
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $1,390.87 |
|---|---|---|

CSC HOLDINGS, INC., ET AL
ATTN: GENERAL COUNSEL
1111 STEWART AVENUE
BETHPAGE, NY 11714

Claim Number: 4277
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

CURCIO WEBB LLC
100 BUSH ST   STE 2400
SAN FRANCISCO, CA 94104

Claim Number: 2452
Claim Date: 05/05/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $1,750.00 | Scheduled: | $1,750.00 |
|---|---|---|---|---|

CURL, CAROL D
8233 LOWER RIVER ROAD
GRANTS PASS, OR 97526

Claim Number: 3202
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $267,125.97 | | |
|---|---|---|---|---|

CVS CAREMARK
2211 SAUNDERS ROAD
NBT10
NORTHBROOK, IL 60062

Claim Number: 3051
Claim Date: 05/22/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $149,912.87 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

CWA/ITU NEGOTIATED PENSION PLAN
MICHELLE MCMAHON, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

Claim Number: 2896
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $329,569.00 UNLIQ | | |
|---|---|---|---|---|

CZADZECK, GERALD H.
3279 E. BRECKENRIDGE LN.
BLOOMFIELD, MI 48301-4149

Claim Number: 2625
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $62,944.01 | | |
|---|---|---|---|---|

CZARK, RICHARD
44 WATERFORD DR
BLUFTON, SC 29910

Claim Number: 2210
Claim Date: 05/01/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $45,778.23 UNLIQ | Scheduled: | $40,189.83 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| DALLAS COUNTY | | Claim Number: 5981 | | |
|---|---|---|---|---|
| C/O LINEBARGER GOGGAN BLAIR & SAMPSON, | | Claim Date: 06/29/2009 | | |
| LLP; ATTN: ELIZABETH WELLER | | Debtor: TRIBUNE COMPANY | | |
| 2323 BRYAN STREET SUITE 1600 | | Comments: DOCKET: 5913 (07/21/2011) | | |
| DALLAS, TX 75201 | | THIS CLAIM HAS BEEN SATISFIED | | |

| ADMINISTRATIVE | Claimed: | $44,895.89 UNLIQ | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ | | |

---

| DALLAS COUNTY | | Claim Number: 6018 | | |
|---|---|---|---|---|
| ELIZABETH WELLER | | Claim Date: 06/30/2009 | | |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | | Debtor: TRIBUNE COMPANY | | |
| 2323 BRYAN STREET SUITE 1600 | | Comments: EXPUNGED | | |
| DALLAS, TX 75201-2691 | | DOCKET: 5689 (09/14/2010) | | |

| ADMINISTRATIVE | Claimed: | $44,895.89 UNLIQ | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ | | |

---

| DALMAU, BARBARA A | | Claim Number: 6503 | | |
|---|---|---|---|---|
| 12 TILDEN DR | | Claim Date: 06/01/2010 | | |
| NOVATO, CA 94947-4625 | | Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 |
|---|---|---|---|---|

---

| DANIEL J. HURLEY RESID. TRUST | | Claim Number: 5908 | | |
|---|---|---|---|---|
| W.A. BAKER, TRUSTEE | | Claim Date: 06/19/2009 | | |
| 83 EAGLE RUN | | Debtor: TRIBUNE COMPANY | | |
| S. WINDSOR, CT 06074 | | Comments: EXPUNGED | | |
| | | DOCKET: 3013 (01/05/2010) | | |

| UNSECURED | Claimed: | $15,224.40 | | |
|---|---|---|---|---|

---

| DANIELS, DIANE | | Claim Number: 5323 | | |
|---|---|---|---|---|
| 5 JUNIPER ST. | | Claim Date: 06/12/2009 | | |
| HICKSVILLE, NY 11801 | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: | | |
| | | Pension Plan, ESOP, Cash Balance Plan | | |

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

DANIELS, SARAH
43 ROYAL CRESCENT WAY
FREDERICKSBRG, VA 22406-7296

Claim Number: 1532
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY

---

| PRIORITY | Claimed: | $3,565.38 | | |
|---|---|---|---|---|

DARNALL, JOHN
6378 LADA AVE.
CAMARILLO, CA 93012

Claim Number: 3915
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $12,067.23 | | |
|---|---|---|---|---|

DARR, THOMAS
7808 CAUSEWAY DR APT 107
CHARLOTTE, NC 28227-6770

Claim Number: 3445
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim amount is $15/weekly

---

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNDET |
|---|---|---|---|---|

DARR, THOMAS
7808 CAUSEWAY DR APT 107
CHARLOTTE, NC 28227-6770

Claim Number: 3446
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim amount is $75/weekly

---

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNDET |
|---|---|---|---|---|

DARR, THOMAS
7808 CAUSEWAY DR APT 107
CHARLOTTE, NC 28227-6770

Claim Number: 3447
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim amount is $30/weekly

---

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNDET |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

DARR, THOMAS
7808 CAUSEWAY DR APT 107
CHARLOTTE, NC 28227-6770

Claim Number: 3448
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim amount is $30/weekly

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNDET |
|---|---|---|---|---|

DATABANK IMX LLC
PO BOX 62286
BALTIMORE, MD 21264

Claim Number: 5009
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 10191 (11/10/2011)

| ADMINISTRATIVE | Claimed: | $5.98 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $26.50 | Scheduled: | $5.98 |

DAVIS, KENNETH
400 PLUMBRIDGE CT., UNIT 101
TIMONIUM, MD 21093

Claim Number: 3917
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $85,588.75 | | |
|---|---|---|---|---|

DAVISON, GEORGE
3169 WARREN RD
CLEVELAND, OH 44111

Claim Number: 3041
Claim Date: 05/21/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $15,365.63 | | |
|---|---|---|---|---|

DAY PITNEY LLP
PO BOX 33300
HARTFORD, CT 06150-3300

Claim Number: 2657-02
Claim Date: 05/11/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $662.50 | | |
|---|---|---|---|---|

---

---

| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>STEELCASE FINANCAL SERVICES, INC.<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | Claim Number: 3327<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| SECURED | Claimed: | $2,041,319.96 |
| UNSECURED | Claimed: | $0.00 |

---

| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>STEELCASE FINANCAL SERVICES, INC.<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | Claim Number: 3328<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $143,069.28 |

---

| DE MARTINI, THOMAS<br>529 COLLEGE DR<br>ALLENTOWN, PA 18104-6137 | Claim Number: 304<br>Claim Date: 01/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
|---|---|

| PRIORITY | Claimed: | $1,500.00 | | |
| UNSECURED | | | Scheduled: | $300.00 |

---

| DEADLINE CLUB<br>47 5TH AVENUE<br>NEW YORK, NY 10003-4303 | Claim Number: 5310<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $660.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| DECAPRIO, DARCIE | | Claim Number: 4463 | | |
| 116 TERRI COURT | | Claim Date: 06/11/2009 | | |
| MANHATTAN, IL 60442 | | Debtor: TRIBUNE COMPANY | | |

| PRIORITY | Claimed: | $964.71 | | |
|---|---|---|---|---|

| DEE, ELIZABETH | | Claim Number: 6100 | | |
| 1217 DUBOIS CT. | | Claim Date: 07/20/2009 | | |
| KIRKWOOD, MO 63122 | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: EXPUNGED | | |
| | | DOCKET: 3013 (01/05/2010) | | |

| PRIORITY | Claimed: | $17,000.00  UNLIQ | | |
| SECURED | Claimed: | $17,000.00  UNLIQ | | |
| TOTAL | Claimed: | $17,000.00  UNLIQ | | |

| DELUCA, SOUTH SHORE NEWS, INC. | | Claim Number: 5865 | | |
| C/O GIAMO ASSOCIATES LLP | | Claim Date: 06/18/2009 | | |
| ATTN: JOSEPH O. GIAIMO | | Debtor: TRIBUNE COMPANY | | |
| 80-02 KEW GARDENS ROAD | | Comments: EXPUNGED | | |
| KEW GARDENS, NY 11415 | | DOCKET: 4774 (06/14/2010) | | |

| UNSECURED | Claimed: | $140,760.86 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| DELUGACH, ALBERT L | | Claim Number: 2422 | | |
| 4313 PRICE | | Claim Date: 05/04/2009 | | |
| LOS ANGELES, CA 90027 | | Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $1,105.75  UNLIQ | | |
|---|---|---|---|---|

| DEMANUEL, KIM | | Claim Number: 5079 | | |
| 20 IVY LEAGUE LN | | Claim Date: 06/12/2009 | | |
| STONY BROOK, NY 11790-2714 | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: | | |
| | | Pension Plan, ESOP, Cash Balance Plan | | |

| UNSECURED | Claimed: | $0.00  UNDET | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| DEMMA, JOSEPH<br>1912 N 56TH AVE<br>HOLLYWOOD, FL 33021-3906 | Claim Number: 2160<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8523 (03/30/2011) |
|---|---|

| PRIORITY | Claimed: | $200.00   UNLIQ |
|---|---|---|

| DENNISTON, LYLE W<br>301 PINE ROAD<br>FORT WASHINGTON, MD 20744-6612 | Claim Number: 3340<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for retiree pension benefit |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

| DEPAOLA, KENNETH J.<br>C/O DEVON J. EGGERT<br>FREEBORN & PETERS LLP<br>311 S. WACKER DR., STE. 3000<br>CHICAGO, IL 60606 | Claim Number: 7056<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| DEPARTMENT OF HOMELAND SECURITY<br>SVC<br>222 S RIVERSIDE PLZ NO. 2300<br>C/O ZULKIE PARTNERS LLC<br>CHICAGO, IL 60606-6101 | Claim Number: 2771<br>Claim Date: 05/14/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|

| UNSECURED | Claimed: | $1,583.50 |
|---|---|---|

| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 6254<br>Claim Date: 09/24/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $314,482,945.74 |
|---|---|---|
| SECURED | Claimed: | $34,201,261.49 |
| UNSECURED | Claimed: | $3,004,586.75 |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| DEROY TESTAMENTARY FOUNDATION<br>26999 CENTRAL PARK BLVD., STE 166 N<br>SOUTHFIELD, MI 48076 | Claim Number: 5630<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| SECURED | Claimed: | $254,134.38 | | |
|---|---|---|---|---|

| DESOLA, JOSEPH<br>C/O BINDER & BINDER, P.C.<br>PATRICK BUSSE<br>300 RABRO DR SUITE 101<br>HAUPPAUGE, NY 11788 | Claim Number: 5442<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $64,000.00 | Scheduled: | $0.00 UNDET |
|---|---|---|---|---|

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>100 PLAZA ONE FL 3<br>JERSEY CITY, NJ 07311-3934 | Claim Number: 3525<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $83,702,999.21 | Scheduled: | $83,702,999.21 UNLIQ |
|---|---|---|---|---|

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>100 PLAZA ONE FL 3<br>JERSEY CITY, NJ 07311-3934 | Claim Number: 3526<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $120,500.00 | Scheduled: | $120,500.00 UNLIQ |
|---|---|---|---|---|

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>100 PLAZA ONE FL 3<br>JERSEY CITY, NJ 07311-3934 | Claim Number: 3527<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $335,486,250.00 | Scheduled: | $335,486,250.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | |
|---|---|---|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | | Claim Number: 3528<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $456,946,875.00 | Scheduled: | $456,946,875.00 UNLIQ | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | | Claim Number: 3529<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $148,715,333.33 | Scheduled: | $148,715,333.33 UNLIQ | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | | Claim Number: 3530<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $86,270,366.40 | Scheduled: | $86,270,366.40 UNLIQ | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | | Claim Number: 3531<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $102,000,520.83 | Scheduled: | $102,000,520.83 UNLIQ | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | | Claim Number: 3532<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $69,812,899.00 | Scheduled: | $69,812,899.00 UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

DEYOUNG, BARBARA R.
4 STONEY CLOVER LANE
PITTSFORD, NY 14534-4601

Claim Number: 3918
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $140,144.34 | Scheduled: | $121,735.77 |
|---|---|---|---|---|

DEYOUNG, BARBARA R.
4 STONEY CLOVER LANE
PITTSFORD, NY 14534-4601

Claim Number: 6970
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

DIETER, SHARON L
1016 HAZEL LANE
BEL AIR, MD 21014

Claim Number: 5722
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments:
Life insurance policy

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

DIETER, SHARON L.
1016 HAZEL LANE
BEL AIR, MD 21014

Claim Number: 5723
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments:
Retiree medical benefits

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

DIETZ PARK
RE: DEKALB 328 DIETZ AVE.
120 N. ANNIE GLIDDEN RD.
DEKALB, IL 60114

Claim Number: 2416
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 1196 (05/12/2009)

| UNSECURED | Claimed: | $1,282.51 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| DIKEMAN, FORREST L.<br>3264 NE 156TH AVE.<br>PORTLAND, OR 97230 | Claim Number: 3316<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $150,000.00  UNLIQ |
|---|---|---|

---

| DILL, JOHN F.<br>1001 ARBOR LAKE DR., #408<br>NAPLES, FL 34110-7083 | Claim Number: 3919<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $109,100.04 | Scheduled: | $79,385.00  UNLIQ |
|---|---|---|---|---|

---

| DILL, JOHN F.<br>1001 ARBOR LAKE DR #408<br>NAPLES, FL 34110-7083 | Claim Number: 6971<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

| DILWORTH, ANN E.<br>101 PASEO ENCANTADO NE<br>SANTA FE, NM 87506 | Claim Number: 3920<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $184,998.00 | Scheduled: | $114,930.00  UNLIQ |
|---|---|---|---|---|

---

| DILWORTH, ANN E.<br>101 PASEO ENCANTADO NE<br>SANTA FE, NM 87506 | Claim Number: 6972<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| DIXON, KATHYE D<br>2040 W JACKSON ST<br>ORLANDO, FL 32805-2110 | | Claim Number: 6529<br>Claim Date: 06/15/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $102.00 | Allowed: | $102.00 |

| DLC INC<br>21800 OXNARD STREET  SUITE 980<br>WOODLAND HILLS, CA 91367 | | Claim Number: 6549<br>Claim Date: 06/24/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $32,915.00 | Scheduled: | $21,965.00 | Allowed: | $21,965.00 |

| DOESCHER, CLIFFORD<br>557 ARIS AVE<br>METAIRE, LA 70005-2905 | | Claim Number: 6544<br>Claim Date: 06/21/2010<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 |

| DOOR SYSTEMS<br>751 EXPRESSWAY DR<br>ITASCA, IL 60143 | | Claim Number: 3598<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,634.00 |
| UNSECURED | Claimed: | $670.73 |

| DOROTHY DZIADZIO<br>516 W BRIAR PL APT 2-A<br>CHICAGO, IL 60657-4637 | | Claim Number: 5790<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5914 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | |
|---|---|---|---|
| UNSECURED | Claimed: | $12,000.00 |

---

| | | | | |
|---|---|---|---|---|
| DOWNES, BRIAN P.<br>PO BOX 518<br>WINTERSET, IA 50273 | Claim Number: 6031<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for $419.20/month for life | | | |
| PRIORITY          Claimed: | $0.00  UNLIQ | | | |
| UNSECURED          Claimed: | $0.00  UNLIQ | | | |
| DOWNES, MARY M.<br>9650 SHORE DR., MAISON SUR MER, NO. 2202<br>MYRTLE BEACH, SC 29572 | Claim Number: 3922<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED          Claimed: | $107,609.85 | | | |
| DOWNES, MARY M.<br>9650 SHORE DR., MAISON SUR MER, # 2202<br>MYRTLE BEACH, SC 29572 | Claim Number: 6879<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3921 | | | |
| UNSECURED          Claimed: | $0.00  UNDET | | | |
| DOWNEY, MICHAEL<br>32 OAKMONT DR.<br>RANCHO MIRAGE, CA 92270 | Claim Number: 2019<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED          Claimed: | $448.63 | Scheduled: | $448.63 | |
| DOWNING, KATHRYN M.<br>121 VIA ALICIA<br>SANTA BARBARA, CA 93108 | Claim Number: 3923<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6926 | | | |
| UNSECURED          Claimed: | $1,350,233.65 | Scheduled: | $675,965.00  UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER

Alphabetical Claims Register for The Tribune Company (08-13141)

---

| | | | | |
|---|---|---|---|---|
| DOWNING, KATHRYN M.<br>121 VIA ALICIA<br>SANTA BARBARA, CA 93108 | Claim Number: 6926<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3923 | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

| | | | | |
|---|---|---|---|---|
| DRACHLIS, TIMOTHY<br>150 MAPLE HILL RD<br>HUNTINGTON, NY 11743-2113 | Claim Number: 5123<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

| | | | | |
|---|---|---|---|---|
| DREHER, BEVERLY<br>6301 ACACIA HILL DRIVE<br>YORBA LINDA, CA 92886-5810 | Claim Number: 6927<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3924 | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

| | | | | |
|---|---|---|---|---|
| DREHER, BEVERLY A.<br>6301 ACACIA HILL DR<br>YORBA LINDA, CA 92886-5810 | Claim Number: 3924<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6927 | | | |
| UNSECURED | Claimed: | $58,882.23 | Scheduled: | $34,808.00  UNLIQ |

| | | | | |
|---|---|---|---|---|
| DREWRY, ELIZABETH V.<br>100 RIDGE PASS WAY<br>LANDRUM, SC 29356 | Claim Number: 3925<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6928 | | | |
| UNSECURED | Claimed: | $159,351.22 | Scheduled: | $91,219.00  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | | | | | |
|---|---|---|---|---|---|---|
| DREWRY, ELIZABETH V.<br>100 RIDGE PASS WAY<br>LANDRUM, SC 29356 | | Claim Number: 6928<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3925 | | | | |

| UNSECURED | Claimed: | $0.00  UNDET | | | | |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| DRUMMEY, SARAH J<br>10 FREELAND DR<br>SPRINGVALE, ME 04083-1968 | | Claim Number: 6519<br>Claim Date: 06/08/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | |

| UNSECURED | Claimed: | $0.00 | Scheduled: | $1,972.00 | Allowed: | $1,972.00 |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| DRYDEN IX-SENIOR LOAN FUND 2005<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | | Claim Number: 3439<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | | | |

| SECURED | Claimed: | $1,703,125.00 | | | | |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| DRYDEN V - LEVERAGED LOAN CDO 2003<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | | Claim Number: 3441<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | | | |

| SECURED | Claimed: | $2,962,500.00 | | | | |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| DRYDEN VII-LEVERAGED LOAN CDO 2004<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | | Claim Number: 3442<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | | | |

| SECURED | Claimed: | $3,950,000.00 | | | | |
|---|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| DRYDEN VIII-LEVERAGE | Claim Number: 3438 |
| C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC | Claim Date: 06/03/2009 |
| ATTN: FRANK JONES | Debtor: TRIBUNE COMPANY |
| GATEWAY CENTER 2, 10TH FLOOR | Comments: EXPUNGED |
| NEWARK, NJ 07102 | DOCKET: 4405 (05/14/2010) |

| SECURED | Claimed: | $2,950,000.00 |

---

| DRYDEN XI-LEVERAGED LOAN CDO 2006 | Claim Number: 3436 |
| C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC | Claim Date: 06/03/2009 |
| ATTN: FRANK JONES | Debtor: TRIBUNE COMPANY |
| GATEWAY CENTER 2, 10TH FLOOR | Comments: EXPUNGED |
| NEWARK, NJ 07102 | DOCKET: 4405 (05/14/2010) |

| SECURED | Claimed: | $3,937,500.00 |

---

| DRYDEN XVI-LEVERAGED LOAN CDO 2006 | Claim Number: 3435 |
| C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC | Claim Date: 06/03/2009 |
| ATTN: FRANK JONES | Debtor: TRIBUNE COMPANY |
| GATEWAY CENTER 2, 10TH FLOOR | Comments: EXPUNGED |
| NEWARK, NJ 07102 | DOCKET: 4405 (05/14/2010) |

| SECURED | Claimed: | $2,962,500.00 |

---

| DRYDEN XVIII LEVERAGED LOAN 2007 LTD. | Claim Number: 3440 |
| C/O PRUDENTIAL INVESTMENT MANAGEMENT INC | Claim Date: 06/03/2009 |
| ATTN: FRANK JONES | Debtor: TRIBUNE COMPANY |
| GATEWAY CENTER 2, FLOOR 10 | Comments: EXPUNGED |
| NEWARK, NJ 07102 | DOCKET: 4405 (05/14/2010) |

| SECURED | Claimed: | $3,209,375.00 |

---

| DUBESTER, MICHAEL S. | Claim Number: 3926 |
| 27 TAPPANWOOD DR | Claim Date: 06/09/2009 |
| LOCUST VALLEY, NY 11560 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $38,404.01 | Scheduled: | $23,518.00 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| DUBRIEL, DAWN<br>5901 NW 71ST AVE<br>TAMARAC, FL 33321 | Claim Number: 3737<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
|---|---|

| PRIORITY | Claimed: | $450.00 |
|---|---|---|

---

| DUCHARME, NANCY K.<br>P.O. BOX 222<br>TINLEY PARK, IL 60477-0222 | Claim Number: 5295<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $4,250.00 |
|---|---|---|

---

| DUDLEY, SHAMEKA N.<br>185 FELLER DR<br>CENTRAL ISLIP, NY 11722-1211 | Claim Number: 5124<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| DUN & BRADSTREET<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 6624<br>Claim Date: 07/26/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $184,701.66 |
|---|---|---|

---

| DUN & BRADSTREET<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 6627<br>Claim Date: 07/26/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $184,701.66 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

DUN & BRADSTREET
C/O RMS BANKRUPTCY SERVICES
P.O. BOX 5126
TIMONIUM, MD 21094

Claim Number: 6668
Claim Date: 10/29/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 9918 (10/06/2011)

| ADMINISTRATIVE | Claimed: | $195,268.79 | | Allowed: | $99,000.00 |
|---|---|---|---|---|---|

DUNAWAY, HILDEGARD M.
3500 HOLLINGSWORTH
WILLIAMSBURG, VA 23188

Claim Number: 3260
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| PRIORITY | Claimed: | $10,000.00 |
|---|---|---|

DUNAWAY, JOHN A., JR.
3500 HOLLINGSWORTH
WILLIAMSBURG, VA 23188

Claim Number: 3261
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| PRIORITY | Claimed: | $10,000.00 |
|---|---|---|

DUNAWAY, JOHN A., JR.
3500 HOLLINGSWORTH
WILLIAMSBURG, VA 23188

Claim Number: 3262
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| PRIORITY | Claimed: | $10,000.00 |
|---|---|---|

DUONG, PAUL
13925 DALTREY LN
CHARLOTTE, NC 28277

Claim Number: 6740
Claim Date: 04/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,870.00 | Scheduled: | $1,870.00 |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| DURIE, MARCIA W.<br>1880 BAY ROAD #219<br>VERO BEACH, FL 32963 | | Claim Number: 6023<br>Claim Date: 07/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $39,108.40 | | |

---

| DUTTON, DOUGLAS<br>240 SOUTHPORT ST.<br>RONKONKOMA, NY 11779 | | Claim Number: 5125<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | |

---

| DVORAK, HEIDI<br>9126 GRUNDY LANE<br>CHATSWORTH, CA 91311 | | Claim Number: 1033<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,023.45 | | |
| UNSECURED | Claimed: | $5,023.45 | | |
| TOTAL | Claimed: | $5,023.45 | | |

---

| DYER, JOHN<br>980 FENIMORE CIRCLE<br>ATLANTA, GA 30350 | | Claim Number: 3927<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $592,605.17 | Scheduled: | $546,634.13 |

---

| DYER, JOHN M.<br>980 FENIMORE CIRCLE<br>ATLANTA, GA 30350 | | Claim Number: 6973<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| DYMSKI, GARY M. | | Claim Number: 5006 |
|---|---|---|
| 14 SWEET BRIAS PATH | | Claim Date: 06/12/2009 |
| LAKE GROVE, NY 11755-1849 | | Debtor: TRIBUNE COMPANY |
| | | Comments: |
| | | Penion benefits |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| DYSON, JOHN W. | | Claim Number: 3313 |
|---|---|---|
| 8770 HERITAGE CT. | | Claim Date: 06/01/2009 |
| REDDING, CA 96001 | | Debtor: TRIBUNE COMPANY |
| | | Comments: EXPUNGED |
| | | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $50,403.00 |
|---|---|---|

| E Z BUY & E Z SELL RECYCLER CORPORATION | | Claim Number: 4332 |
|---|---|---|
| C/O TARGET MEDIA PARTNERS | | Claim Date: 06/10/2009 |
| ATTN SUSAN M. HUMPHREVILLE | | Debtor: TRIBUNE COMPANY |
| 5900 WILSHIRE BLVD, STE 550 | | Comments: |
| LOS ANGELES, CA 90036 | | Claim out of balance |

| SECURED | Claimed: | $1,700,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,300,000.00 |
| TOTAL | Claimed: | $3,069,497.23 |

| EDELSTEIN, ANDREW | | Claim Number: 5099 |
|---|---|---|
| 5 COLONY CT | | Claim Date: 06/12/2009 |
| GREENLAWN, NY 11740 | | Debtor: TRIBUNE COMPANY |
| | | Comments: |
| | | Pension |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| EDLUND, RICK | | Claim Number: 3271 |
|---|---|---|
| ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER | | Claim Date: 05/29/2009 |
| 1221 LOCUST ST | | Debtor: TRIBUNE COMPANY |
| 2ND FL | | Comments: |
| SAINT LOUIS, MO 63103 | | Claim out of balance |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $21,644.00 |
| TOTAL | Claimed: | $21,644.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | |
|---|---|---|
| EDMONDS, DOROTHY M.<br>141 PATTERSON AVE.<br>HEMPSTEAD, NY 11550 | Claim Number: 5067<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| EGAN, PAUL H.<br>5926 SE IRIS COURT<br>MILWAUKIE, OR 97267-1851 | Claim Number: 3929<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $23,494.71 |
|---|---|---|

| EGAN, PAUL H.<br>5926 SE IRIS COURT<br>MILWAUKIE, OR 97267-1851 | Claim Number: 6891<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3928 | |

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| EGI-TRB, L.L.C<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6395<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 4654 | |

| UNSECURED | Claimed: | $167,047,531.55  UNLIQ | Scheduled: | $167,047,531.55 |
|---|---|---|---|---|

| EGI-TRB, L.L.C.<br>TWO NORTH RIVERSIDE DRIVE<br>SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 4654<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |

| UNSECURED | Claimed: | $167,026,386.62  UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

EHLMANN, TOM E.
C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,
PATRICK FRYE WILDMAN, HARROLD, ALLEN
225 W. WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 6745
Claim Date: 04/08/2011
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6876
DOCKET: 8747 (04/25/2011)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

EHLMANN, TOM E.
C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,
PATRICK FRYE WILDMAN, HARROLD, ALLEN
225 W. WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 6876
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 6745

| SECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

ELECTRORACK PRODUCTS COMPANY
1443 S. SUNKIST ST
ANAHEIM, CA 92806

Claim Number: 575
Claim Date: 02/27/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $12,047.28 |
|---|---|---|

---

ELECTRORACK PRODUCTS COMPANY
1443 S. SUNKIST ST
ANAHEIM, CA 92806

Claim Number: 1079
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| ADMINISTRATIVE | Claimed: | $10,125.17 |
|---|---|---|
| UNSECURED | Claimed: | $1,922.11 |

---

ELLIS, JAMES L.
C/O DEVON J. EGGERT
FREEBORN & PETERS LLP
311 S. WACKER DR., STE 3000
CHICAGO, IL 60606

Claim Number: 7055
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

EMC CORPORATION
C/O RMS BANKRUPTCY SERVICES
P.O. BOX 5126
TIMONIUM, MD 21094

Claim Number: 6781
Claim Date: 06/09/2011
Debtor: TRIBUNE COMPANY

---

| ADMINISTRATIVE | Claimed: | $24,595.51 |
|---|---|---|

ENGLER, JOY
RR 2 BOX 137
KUNKLETOWN, PA 18058

Claim Number: 2099
Claim Date: 04/30/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

---

| UNSECURED | Claimed: | $14,000.00 |
|---|---|---|

ENRIQUEZ, RODGER, MANAGER
BUSINESS MAIL ENTRY - L.A. DISTRICT
UNITED STATES POSTAL SERVICE
7001 S. CENTRAL AVENUE
LOS ANGELES, CA 90052-9614

Claim Number: 5432
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $625.00 |
|---|---|---|

ENSTAD, PAUL O CUST KELLY ENSTAD UGMA IL
1102 PEPPERSTREE
PALATINE, IL 60067-2742

Claim Number: 6540
Claim Date: 06/21/2010
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |
|---|---|---|---|---|

ENTERPRISE GROUP
A DIVISION OF DOMTAR COMPANY
6461 SAGUARO COURT
INDIANAPOLIS, IN 46268

Claim Number: 914
Claim Date: 04/08/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

---

| UNSECURED | Claimed: | $1,687.72 | Scheduled: | $1,687.72 |
|---|---|---|---|---|

| ENTERPRISE VISION TECHNOLOGIES, INC<br>201 WILSHIRE BLVD. A9<br>SANTA MONICA, CA 90401 | Claim Number: 6476<br>Claim Date: 05/17/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | | |

| UNSECURED | Claimed: | $9,031.38 | Scheduled: | $3,646.04 | Allowed: | $3,646.04 |

| EQUITY GROUP INVESTMENTS LLC<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3711<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY | | | | | |

| UNSECURED | Claimed: | $4,931.68  UNLIQ | | | | |

| EQUITY OVERLAY FUND, LLC<br>DEREK C. ABBOTT, ESQ.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. MARKET ST., P.O. BOX 1347<br>WILMINGTON, DE 19899 | Claim Number: 1325<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | | | | |

| UNSECURED | Claimed: | $327,368.10  UNLIQ | | | | |

| ERBURU, ROBERT F.<br>1518 BLUE JAY WAY<br>LOS ANGELES, CA 90069 | Claim Number: 3930<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | | |

| UNSECURED | Claimed: | $8,976,796.34 | Scheduled: | $6,866,105.23 UNLIQ | | |

| ERBURU, ROBERT F.<br>4265 CRESTA AVE<br>SANTA BARBARA, CA 93110 | Claim Number: 6974<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | | | | | |

| UNSECURED | Claimed: | $0.00  UNDET | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| ERICSSON INC.<br>6300 LEGACY DRIVE<br>PLANO, TX 75024 | Claim Number: 2547<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $118,397.84 |

---

| ERNIE BANKS INTERNATIONAL INC<br>578 WASHINGTON BLVD, SUITE 284<br>MARINA DEL REY, CA 90242 | Claim Number: 6551<br>Claim Date: 06/30/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5606 (09/02/2010) |

| UNSECURED | Claimed: | $63,969.62 |

---

| ERNST, VINCENT C.<br>2717 NW CLIFFVIEW<br>LEES SUMMIT, MO 64081 | Claim Number: 5699<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $10,149.60 |

---

| ESGRO, DAVID A.<br>9415 LA ALBA DR<br>WHITTIER, CA 90603-1229 | Claim Number: 3931<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $32,602.00 |

---

| ESPOSITO, ROGER<br>20 MAYWOOD PLACE<br>KINGS PARK, NY 11754 | Claim Number: 3250<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claimant asserts $880 per month workers' comp payments |

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00 UNDET |

---

---

ESTATE OF EUGENE L. FALK
C/O SHANNON LYNN MOORE, P.R.
14340 SALMON RIVER RD.
CALDWELL, ID 83607-7813

Claim Number: 3892
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6929

| UNSECURED | Claimed: | $1,425.50 |
|---|---|---|

ESTATE OF JOHN VANDENHEUVEL, THE
3543 LADONIA STREET
SEAFORD, NY 11783-3024

Claim Number: 3186
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for total amount of future pension & retiree spousal

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

ETHICS & EXCELLENCE IN JOURNALISM
FOUNDATION
OKLAHOMA TOWER
210 PARK AVE
OKLAHOMA CITY, OK 73102

Claim Number: 4395
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $140,000.00 |
|---|---|---|

EVANS, CHARLES
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4907
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 6450 (11/15/2010)

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

EVANS, PEARL
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4905
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 6450 (11/15/2010)

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER                                          Date: 12/06/2011
Alphabetical Claims Register for The Tribune Company (08-13141)

---

EYER, RODERICK                          Claim Number: 5126
2 WALLING FORD DRIVE                    Claim Date: 06/12/2009
MELVILLE, NY 11747                      Debtor: TRIBUNE COMPANY
                                        Comments:
                                        Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

FAIR LIQUIDITY PARTNERS, LLC            Claim Number: 5938
TRANSFEROR: CHRISTIE PARKER HALE, LLP   Claim Date: 06/23/2009
1777 SARATOGA AVE, SUITE #106           Debtor: TRIBUNE COMPANY
SAN JOSE, CA 95129

| UNSECURED | Claimed: | $3,265.22 | Scheduled: | $3,265.22 |
|---|---|---|---|---|

FALK, EUGENE L., ESTATE OF              Claim Number: 6929
C/O SHANNON LYNN MOORE, P.R.            Claim Date: 11/02/2011
14340 SALMON RIVER RD.                  Debtor: TRIBUNE COMPANY
CALDWELL, ID 83607-7813                 Comments:
                                        amends claim 3892

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

FALK, JOANNE K.                         Claim Number: 3893
161 ROYAL LONDON COURT                  Claim Date: 06/09/2009
THOUSAND OAKS, CA 91361                 Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $133,983.00 | Scheduled: | $135,622.00  UNLIQ |
|---|---|---|---|---|

FALK, JOANNE K.                         Claim Number: 6951
161 ROYAL LONDON COURT                  Claim Date: 11/02/2011
THOUSAND OAKS, CA 91361                 Debtor: TRIBUNE COMPANY
                                        Comments:
                                        amends claim 3893

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

FARRINGTON, AUDREY L.
C/O DAVID TYRA
KRONICK MOSKOVITZ TIEDEMANN & GIRARD
400 CAPITOL MALL, 27TH FLOOR
SACRAMENTO, CA 95814

Claim Number: 6830
Claim Date: 10/31/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

FARRINGTON, AUDREY L.
C/O DAVID TYRA
KRONICK MOSKOVITZ TIEDEMANN & GIRARD
400 CAPITOL MALL, 27TH FLOOR
SACRAMENTO, CA 95814

Claim Number: 7066
Claim Date: 10/31/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

FASHION CENTRE AT PENTAGON
C/O SIMON PROPERTY GROUP
ATTN: PATTY SUMMERS
225 W. WASHINGTON STREET
INDIANAPOLIS, IN 46204

Claim Number: 356
Claim Date: 02/03/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 10191 (11/10/2011)

| PRIORITY | Claimed: | $110,999.00 |
|----------|----------|-------------|
| UNSECURED | Claimed: | $1.00 |

FAULLER, BILLY L. III
ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER
1221 LOCUST ST., 2ND FL
SAINT LOUIS, MO 63103

Claim Number: 3274
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| PRIORITY | Claimed: | $4,224.00 |
|----------|----------|-----------|
| UNSECURED | Claimed: | $4,224.00 |
| TOTAL | Claimed: | $4,224.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| FAY, DONALD<br>712 30TH AVE<br>SAN MATEO, CA 94403 | | Claim Number: 5944<br>Claim Date: 06/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | | |

---

| UNSECURED | Claimed: | $10,149.60 | | | | | |

---

| FEDCOM CREDIT UNION<br>150 ANN ST NW<br>GRAND RAPIDS, MI 49505 | | Claim Number: 5991<br>Claim Date: 06/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | | |

---

| UNSECURED | Claimed: | $515,505.21 | | | | | |

---

| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | | Claim Number: 4818-01<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | | |

---

| UNSECURED | Claimed: | $1,542.18 | Scheduled: | $1,143.92 | Allowed: | $1,542.18 |

---

| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | | Claim Number: 4819-04<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | | |

---

| UNSECURED | Claimed: | $25.66 | | | Allowed: | $25.66 |

---

| FEE, WALTER M.<br>761 NORTH 29TH STREET<br>#204<br>MILWAUKEE, WI 53208 | | Claim Number: 6664<br>Claim Date: 10/18/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9347 (06/24/2011) | | | | | |

---

| PRIORITY<br>UNSECURED | Claimed: | $8,972.50 | | | Allowed: | $5,434.95 |

---

---

FEENEY, RICHARD S.
C/O FRANCES GECKER
FRANK / GECKER LLP
325 N. LASALLE STREET, STE. 625
CHICAGO, IL 60654

Claim Number: 6841
Claim Date: 10/31/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

FELTY, RICK
15 BEACON ST.
NATICK, MA 01760

Claim Number: 6826
Claim Date: 10/07/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

FERNALD, PETER J.
1338 GLEN OAKS BLVD
PASADENA, CA 91105

Claim Number: 3894
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $174,235.31 | Scheduled: | $132,911.00 UNLIQ |
|---|---|---|---|---|

FERNALD, PETER J.
1338 GLEN OAKS BLVD.
PASADENA, CA 91105

Claim Number: 6975
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

FERNANDEZ, LARRY
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4902
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $10,000.00 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| FERRARO, MICHAEL<br>1255 LAKESHORE DRIVE<br>MASSAPEQUA PARK, NY 11762 | Claim Number: 5681<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

---

| PRIORITY | Claimed: | $5,459.83 | |
|---|---|---|---|

| FERRELL, BRADLEY S.<br>3949 MAIN STREET<br>PERRY, OH 44081 | Claim Number: 4766<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

---

| UNSECURED | Claimed: | $32,925.00 |
|---|---|---|

| FILICE, PETER D.<br>9456 BURNS COURT<br>GRANITE BAY, CA 95746 | Claim Number: 7070<br>Claim Date: 11/21/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

---

| UNSECURED | Claimed: | $21,890.86 |
|---|---|---|

| FILM MUSICIANS SECONDARY MARKET FUND<br>ATTN: KAREN L. TUCKER<br>12001 VENTURA PLACE, 5TH FLOOR<br>STUDIO CITY, CA 91604 | Claim Number: 6530<br>Claim Date: 06/15/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|

---

| PRIORITY | Claimed: | $1,000.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $49,000.00 | UNLIQ |

| FINKE, THOMAS<br>682 GROVE<br>GLENCOE, IL 60022 | Claim Number: 7050<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

---

| UNSECURED | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

FIRST QUALITY MAINTENANCE
70 WEST 36TH STREET
NEW YORK, NY 10018

Claim Number: 892
Claim Date: 04/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| UNSECURED | Claimed: | $4,425.42 |
|---|---|---|

FISHER, GAIL L
4025 CONNECTICUT AVE NW
APT 102
WASHINGTON, DC 20008

Claim Number: 6493
Claim Date: 05/24/2010
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 10191 (11/10/2011)

| PRIORITY | Claimed: | $204.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $204.00 |

FITZGERALD, JAMES E.
93 5TH STREET
GARDEN CITY, NY 11530

Claim Number: 3895
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $133,437.04 | Scheduled: | $117,342.00 UNLIQ |
|---|---|---|---|---|

FITZGERALD, JAMES E.
93 FIFTH STREET
GARDEN CITY, NY 11530

Claim Number: 6976
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

FITZSIMONS, DENNIS
MCCORMICK TRIBUNE FOUNDATION
435 N. MICHIGAN AVENUE
CHICAGO, IL 60601

Claim Number: 5149
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $11,636.56   UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER

Alphabetical Claims Register for The Tribune Company (08-13141)

---

FITZSIMONS, DENNIS
MCCORMICK TRIBUNE FOUNDATION
435 N. MICHIGAN AVENUE
CHICAGO, IL 60601

Claim Number: 5639
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $11,636.56   UNLIQ |
|---|---|---|

FITZSIMONS, DENNIS J.
800 NORTH MICHIGAN AVENUE
UNIT 2501
CHICAGO, IL 60611

Claim Number: 6860
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

FLICK, JOHN E.
31 SEAVIEW DR
SANTA BARBARA, CA 93108

Claim Number: 3896
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6887

| UNSECURED | Claimed: | $465,665.58 | Scheduled: | $365,927.00 UNLIQ |
|---|---|---|---|---|

FLICK, JOHN E.
31 SEAVIEW DR
SANTA BARBARA, CA 93108

Claim Number: 6887
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3896

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

FMT CO CUST IRA
FBO BERNARD PEARLMAN
11 FIFTH AVE, APT 12D
NEW YORK, NY 10003-4342

Claim Number: 3248
Claim Date: 05/28/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $203,063.42 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| FMT CO CUST IRA<br>FBO ALLAN R. PEARLMAN<br>11 FIFTH AVE, APT 12D<br>NEW YORK, NY 10003-4342 | Claim Number: 3249<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $86,530.21 | |
| FMTC CUSTODIAN - ROTH IRA<br>FBO PETER B. BLEICHER<br>PMB 171<br>13492 RESEARCH BLVD STE 120<br>AUSTIN, TX 78750-2254 | Claim Number: 4181<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $10,975.00 | |
| FMTC CUSTODIAN - ROTH IRA<br>FBO JOANA L TABA<br>41-525 FLAMINGO ST<br>WAIMANALO, HI 96795-1134 | Claim Number: 5916<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $2,029.92 | |
| FMTC CUSTODIAN- ROTH IRA<br>FBO DAVID LLOYD TAYLOR<br>966 WILDFLOWER WAY<br>LONGWOOD, FL 32750-4045 | Claim Number: 3593<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| UNSECURED          Claimed: | $1,000,000.00 | |
| FMTC, CUSTODIAN FOR ROBERT A. MCKEAN III<br>ROTH IRA<br>3 COLBY LANE<br>BYFIELD, MA 01922 | Claim Number: 3747<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| PRIORITY          Claimed: | $40,000.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

FMTC/NFSC FBO TENIYA
FARNANDIS IRA
<A/C CHT-087572>
1140 W 112TH STREET
CHICAGO, IL 60643

Claim Number: 6731
Claim Date: 03/24/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $331.74 | Scheduled: | $331.74 |
|---|---|---|---|---|

FOLEY, MARY BETH
31 GROVE ST
NORTHPORT, NY 11768-2905

Claim Number: 5056
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

FONG, PHILLIP
4512 N DELTA ST
ROSEMEAD, CA 91770

Claim Number: 5727
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments:
Retiree medical benefits & life insurance

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

FORGIONE, MICHAEL J.
185 CAMBRIDGE DRIVE EAST
COPIAGUE, NY 11726

Claim Number: 3897
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $44,838.32 | Scheduled: | $35,090.00 UNLIQ |
|---|---|---|---|---|

FORGIONE, MICHAEL J.
185 CAMBRIDGE DR. EAST
COPIAGUE, NY 11726

Claim Number: 6977
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

FORST, DONALD
P O BOX 2
LIVINGSTON, NY 12541

Claim Number: 3898
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $115,977.12 | Scheduled: | $82,669.00 UNLIQ |
|---|---|---|---|---|

FORYS, JOSEPH V.
9 DAELL LANE
CENTEREACH, NY 11720

Claim Number: 5081
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

FOUX, MICHAEL C.
4898 WATERFORD DRIVE
MACUNGIE, PA 18062

Claim Number: 7072
Claim Date: 11/30/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

FOX, DOUGLAS
223 WALL ST., # 318
HUNTINGTON, NY 11743

Claim Number: 6978
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

FOX, DOUGLAS B.
223 WALL STREET #318
HUNTINGTON, NY 11743

Claim Number: 3899
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $154,934.21 | Scheduled: | $55,799.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 3558<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $51,750,072.01   UNLIQ | | | |
| UNSECURED | Claimed: | $27,782,334.00   UNLIQ | | | |

| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 6716<br>Claim Date: 03/04/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 3558 | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $33,191,055.53 | | | |

| FRANZESE, PHILIP C.<br>55 OCEANVIEW DRIVE<br>MASTIC BEACH, NY 11951 | | Claim Number: 604<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $218,750.25 | | | |

| FREDERICK, KAREN L<br>343 GREENWOOD DR<br>PO BOX 1070<br>LAKE SHERWOOD, MO 63357 | | Claim Number: 6536<br>Claim Date: 06/18/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 | |

| FREEDOM OF EXPRESSION FOUNDATN<br>171B CLAREMONT AVENUE<br>LONG BEACH, CA 90803 | | Claim Number: 1804<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,000.00 | Scheduled: | $5,000.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| FREY, VINCENT<br>891 N LACROSSE ST<br>ALLENTOWN, PA 18109-1953 | Claim Number: 1859<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 |
| PRIORITY | Claimed: | $1,183.86 |
| SECURED | Claimed: | $1,183.86 |
| TOTAL | Claimed: | $1,183.86 |

---

| FRIEDLANDER, H. JOE<br>1026 OLYMPIA RD.<br>BELLMORE, NY 11710 | Claim Number: 5080<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |

---

| FROST, DANIEL F.<br>PO BOX 7285<br>KENNEWICK, WA 99336-0617 | Claim Number: 3900<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $247,414.15 | Scheduled: | $123,521.00 UNLIQ |

---

| FROST, F., DANIEL<br>P.O. BOX 7285<br>KENNEWICK, WA 99336-0617 | Claim Number: 6979<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| FURUKAWA, VANCE | Claim Number: 3226 |
| 5 MEADOW RIDGE CIRCLE | Claim Date: 05/27/2009 |
| POMONA, CA 91766 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $318,241.94 | Scheduled: | $293,487.92 |

---

| GAGE SPENCER & FLEMING LLP | Claim Number: 3509 |
| 410 PARK AVE STE 900 | Claim Date: 06/04/2009 |
| NEW YORK, NY 10022 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $7,462.00 |

---

| GALBO, CAMILLA | Claim Number: 4279 |
| 1416 S WASHINGTON | Claim Date: 06/10/2009 |
| PARK RIDGE, IL 60068 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 4406 (05/14/2010) |

| UNSECURED | Claimed: | $10,429.28 |

---

| GALLANT, JOHN | Claim Number: 5706 |
| EMPLOYMENT LAWYERS GROUP | Claim Date: 06/15/2009 |
| KARL GERBER | Debtor: TRIBUNE COMPANY |
| 13418 VENTURA BLVD | Comments: EXPUNGED |
| SHERMAN OAKS, CA 91423 | DOCKET: 4774 (06/14/2010) |

| PRIORITY | Claimed: | $2,500,000.00 |

---

| GARCIA, GARY W. | Claim Number: 4127 |
| C/O SIEBEN & SIEBEN, LLP | Claim Date: 06/09/2009 |
| 90 EAST MAIN STREET | Debtor: TRIBUNE COMPANY |
| BAY SHORE, NY 11706 | |

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

GARRETT, F. WALKER
787 BROADOAK LOOP
LAKE FOREST, FL 32771

Claim Number: 5970
Claim Date: 06/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $40,598.40 |
|---|---|---|

GART, MICHAEL
C/O FRANCES GECKER
FRANK / GECKER LLP
325 N. LASALLE STREET, STE. 625
CHICAGO, IL 60654

Claim Number: 6838
Claim Date: 10/31/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

GARY, JESSE M
330 FIELD COURT
SUN PRAIRIE, WI 53590

Claim Number: 6516
Claim Date: 06/07/2010
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $1,020.00 | Scheduled: | $1,020.00 |
|---|---|---|---|---|

GARY, KAMILLA M
1303 COOL MIST CT
FORT MILL, SC 29707-7736

Claim Number: 6489
Claim Date: 05/24/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

---

| UNSECURED | Claimed: | $0.00 | Scheduled: | $204.00 | Allowed: | $204.00 |
|---|---|---|---|---|---|---|

GASTLER, DEBRA A.
4236 BAKMAN AVENUE
STUDIO CITY, CA 91602

Claim Number: 3901
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6888

---

| UNSECURED | Claimed: | $105,061.35 | Scheduled: | $51,528.00 UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| GASTLER, DEBRA A.<br>4236 BAKMAN AVENUE<br>STUDIO CITY, CA 91602 | Claim Number: 6888<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3901 | |
| UNSECURED         Claimed: | $0.00   UNDET | |
| GATEWAY PACIFIC PROPERTIES, INC.<br>C/O RONALD K. BROWN JR<br>LAW OFFICES OF RONALD K. BROWN JR<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660 | Claim Number: 3461<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| ADMINISTRATIVE         Claimed: | $15,108.96 | |
| GATEWAY PACIFIC PROPERTIES, INC.<br>C/O RONALD K BROWN, JR., LAW OFFICES OF<br>RONALD K BROWN, JR.<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660 | Claim Number: 6010<br>Claim Date: 07/01/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED         Claimed: | $171,906.50 | |
| GE CAPITAL FLEET SERVICES<br>C/O AARON N. CHAPIN<br>REED SMITH LLP<br>10 S. WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 5579<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 2561 (11/13/2009) | |
| UNSECURED         Claimed: | $53,069.48 | |
| GECKER, FRANCES - AS CHAPTER 7 TRUSTEE<br>FOR ILLINOIS BATTERY CO.<br>FRANK/GECKER LLP<br>325 W. LASALLE ST., SUITE 625<br>CHICAGO, IL 60654 | Claim Number: 4195<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | |
| UNSECURED         Claimed: | $10,000.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

GELLMAN, STEVEN
C/O LESLIE COHEN
LESLIE COHEN LAW PC
506 SANTA MONICA BLVD., SUITE 200
SANTA MONICA, CA 90401

Claim Number: 6669
Claim Date: 11/01/2010
Debtor: TRIBUNE COMPANY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,750,000.00 | | | | | |

GENESYS
ATTN: MELODY LOHR
11808 MIRACLE HILLS DR.
OMAHA, NE 68154

Claim Number: 198-02
Claim Date: 01/08/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $537.74 | Scheduled: | $161.61 | Allowed: | $537.74 |

GEORGE LIBERMAN ENTERPRISES, INC.
C/O MERHAB ROBINSON & JACKSON
ATTN: JAMES T. JACKSON, ESQ.
1551 N. TUSTIN AVE., STE. 910
SANTA ANA, CA 92705

Claim Number: 2974
Claim Date: 05/19/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 7455 (01/11/2011)

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $138,557.54 | CONT | | |
| UNSECURED | Claimed: | $861,442.50 | CONT | Scheduled: | $0.00 UNLIQ |
| TOTAL | Claimed: | $1,000,000.00 | CONT | | |

GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
BANKRUPTCY SECTION
P.O. BOX 161108
ATLANTA, GA 30321

Claim Number: 995
Claim Date: 04/13/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $17.30 |
| SECURED | Claimed: | $143,243.00 |
| UNSECURED | Claimed: | $1.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | Claim Number: 6235<br>Claim Date: 09/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 995 |
|---|---|

| PRIORITY | Claimed: | $17.30 |
|---|---|---|
| SECURED | Claimed: | $780,789.00 |
| UNSECURED | Claimed: | $1.00 |

---

| GESCHELIN, EDWARD V.<br>67 PARK ST.<br>SOMERVILLE, MA 02143 | Claim Number: 3320<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| SECURED | Claimed: | $400,000.00 |
|---|---|---|

---

| GETTY IMAGES<br>601 N. 34TH STREET<br>SEATTLE, WA 98103 | Claim Number: 1375<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $205.00 |
|---|---|---|

---

| GIANNONE, LISA<br>P O BOX 75<br>HICKSVILLE, NY 11801 | Claim Number: 2867<br>Claim Date: 04/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

| GILLESKI, JOSEPH J.<br>110 ELMBROOK DRIVE<br>STAMFORD, CT 06906 | Claim Number: 955<br>Claim Date: 04/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $3,931.14 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

GILMARTIN, JOHN
293 MURRAY HILL TERR
APT 318
BERGENFIELD, NJ 07621

Claim Number: 6311
Claim Date: 10/23/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $436.00 | | |
| UNSECURED | Claimed: | $436.00 | Scheduled: | $436.00 UNLIQ |
| TOTAL | Claimed: | $436.00 | | |

---

GIORDANO, THOMAS
146 HIGH ST
APT 110
MILFORD, CT 06460

Claim Number: 3007
Claim Date: 05/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 10021 (10/19/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $124.74   UNLIQ |

---

GLAVIN SECURITY HARDWARE
SPECIALIST 1010 W JACKSON BLVD
CHICAGO, IL 60607

Claim Number: 1477
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $1,141.63 |

---

GLAVIN SECURITY SPECIALISTS
1010 W JACKSON BLVD
CHICAGO, IL 60607

Claim Number: 1478
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $1,141.63 |

---

GLENDALE BUSINESS CENTER, LLC
RE: GLENDALE 6631 N SIDNEY PL
CARE OF CLOVERLEAF GROUP, INC.
666 DUNDEE ROAD, SUITE 901
NORTHBROOK, IL 60062

Claim Number: 3408
Claim Date: 06/02/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $990.95 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| GLOBAL CROSSING TELECOMMUNICATIONS INC<br>PO BOX 741276<br>CINCINNATI, OH 45274-1276 | Claim Number: 3149<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4778 (06/14/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,203.33 | Scheduled: | $1,300.45 |
| GODBEY, TERRY<br>830 ELLWOOD AVE<br>ORLANDO, FL 32804 | Claim Number: 3672<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8988 (05/25/2011) | | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $4,717.77 | | |
| GOLD, LOUIS<br>13801 YORK RD APT C9<br>COCKEYSVILLE, MD 21030-1826 | Claim Number: 2411<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $73,207.00 | Scheduled: | $72,566.00 UNLIQ |
| GOLDENBERG, BARRY<br>RUSKIN MOSCOU FALTISCHEK, PC<br>C/O M. AMATO<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556 | Claim Number: 4294<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $350,000.00 | | |
| GOLDENBERG, MARIE<br>RUSKIN MOSCOU FALTISCHEK, PC<br>C/O M. AMATO<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556 | Claim Number: 4293<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $350,000.00 | Scheduled: | $5,833.34 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| GOLDSTEIN, GARY P.<br>15 LONG ACRE LANE<br>DIX HILLS, NY 11746 | Claim Number: 3902<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $217,241.76 | Scheduled: | $121,945.00 UNLIQ |

| GOLDSTEIN, GARY P.<br>15 LONG ACRE LANE<br>DIX HILLS, NY 11746 | Claim Number: 6980<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $0.00  UNDET | | |

| GOLDSTONE, IRA<br>420 MANHATTAN AVE<br>MANHATTAN BEACH, CA 90266 | Claim Number: 6817<br>Claim Date: 09/23/2011<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $0.00  UNDET | | |

| GOMEZ, CHRISTINE MARIE<br>793 BONNIE DR<br>BALDWIN, NY 11510-4522 | Claim Number: 6481<br>Claim Date: 05/20/2010<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |

| GOODMAN, THEODORE A.<br>THEODORE A. GOODMAN MD SEP-IRA<br>4348 BERRENDO DR.<br>SACRAMENTO, CA 95864 | Claim Number: 5935<br>Claim Date: 06/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |

| UNSECURED | Claimed: | $131,944.80 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GOODMAN, THEODORE A. - TTEE<br>THEODORE A. GOODMAN MD DBPP<br>4348 BERRENDO DR.<br>SACRAMENTO, CA 95864 | | Claim Number: 5028<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | | |
| UNSECURED | Claimed: | $109,615.68 | | | | | |
| GOOGLE, INC.<br>BINDER & MALTER, LLP<br>C/O WENDY W. SMITH<br>2775 PARK AVENUE<br>SANTA CLARA, CA 95050 | | Claim Number: 810<br>Claim Date: 03/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 6192 (11/01/2010) | | | | | |
| UNSECURED | Claimed: | $167,362.00 | Scheduled: | $88,082.82 | Allowed: | $146,881.83 |
| GOTTSMAN, EDWARD<br>235 EAST 22ND STREET,APARTMENT 3A<br>NEW YORK, NY 10010 | | Claim Number: 1777<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $181,031.90 | Scheduled: | $181,031.90 | | |
| GOTTSMAN, EDWARD J.<br>235 EAST 22ND ST., APT 3A<br>NEW YORK, NY 10010 | | Claim Number: 6981<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| GRAHAM, CHARLES<br>1003 SPARKS ST SW<br>ATLANTA, GA 30310-3311 | | Claim Number: 6705<br>Claim Date: 02/28/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9347 (06/24/2011) | | | | | |
| SECURED<br>UNSECURED | Claimed: | $0.00 | Scheduled: | $120.96 | Allowed: | $120.96 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

GRAHAM, KENNETH
44 VIA PAUSA
RCHO STA MARG, CA 92688-4950

Claim Number: 3903
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,288.91 | Scheduled: | $10,893.00 UNLIQ |

GRANT, ERNESTINE W
220 MANHATTAN AVE
#6M
NEW YORK, NY 10025-2666

Claim Number: 6632
Claim Date: 08/02/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $714.00 | Scheduled: | $714.00 |

GRANT, GARY
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4912
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 6450 (11/15/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

GRANT, LORETTA
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4937
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 6450 (11/15/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

GRANT, ROBERT T.
3166 BUTLER BAY DR. N
WINDERMERE, FL 34786

Claim Number: 3904
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,899.74 | Scheduled: | $23,140.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| GRANT, ROBERT T. | Claim Number: 6982 |
| 3166 BUTLER BAY DRIVE N | Claim Date: 11/02/2011 |
| WINDERMERE, FL 34786 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| GREGORAC, ROBERT J. | Claim Number: 6050 |
| 1722 BUCHANAN DR. | Claim Date: 07/09/2009 |
| AMES, IA 50010 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $25,374.00 |

---

| GREMILLION, ROBERT | Claim Number: 6861 |
| 200 S. VICTORIA PARK ROAD | Claim Date: 11/01/2011 |
| FORT LAUDERDALE, FL 33301 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| GRENESKO, DONALD | Claim Number: 6862 |
| 130 THORNTREE LANE | Claim Date: 11/01/2011 |
| WINNETKA, IL 60093 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | amends claim 5426 |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| GRENESKO, DONALD C | Claim Number: 5426 |
| 130 THORN TREE LANE | Claim Date: 06/12/2009 |
| WINNETKA, IL 60093 | Debtor: TRIBUNE COMPANY |
| | Comments: POSSIBLY AMENDED BY 6862 |

| UNSECURED | Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

GRINSTEAD, MILDRED H, IRRA
211 BELMEAD LN.
TYLER, TX 75701-5443

Claim Number: 5572
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $50,767.81 |
|---|---|---|

GRIPPO & ELDEN
3476 EAGLE WAY
CHICAGO, IL 60678

Claim Number: 4984
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 7588 (01/20/2011)

| UNSECURED | Claimed: | $24,823.39 |
|---|---|---|

GROGAN, WILLIAM R
275 SIMSBURY ROAD
WEST HARTFORD, CT 06117

Claim Number: 4851
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLE DUPLICATE OF 4852

| UNSECURED | Claimed: | $150,000.00   UNLIQ |
|---|---|---|

GRONEMANN, URI F.
11/1 HASARGEL ST.
HOD HASHARON, 45284
ISRAEL

Claim Number: 3698
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,975.00 |
|---|---|---|

GUARDSMARK LLC
22 SOUTH SECOND ST.
MEMPHIS, TN 38103-2695

Claim Number: 511
Claim Date: 02/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| UNSECURED | Claimed: | $61,475.35 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| GUERRERO, RICHARD<br>46 SAINT MICHAEL<br>DANA POINT, CA 92629 | | Claim Number: 3905<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 5 | | |
| UNSECURED | Claimed: | $569,312.18 | Scheduled: | $525,148.08 |
| GUERRERO, RICHARD<br>46 SAINT MICHAEL<br>DANA POINT, CA 92629 | | Claim Number: 6983<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| GUIDICE, NICHOLAS<br>1708 DEVONSHIRE RD<br>HAUPPAUGE, NY 11788-4505 | | Claim Number: 5078<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| GUILLEN, CHRISTOPHER J<br>7451 W MADISON ST<br>FOREST PARK, IL 60130 | | Claim Number: 2008<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4100 (04/19/2010) | | |
| UNSECURED | Claimed: | $1,000.00 | | |
| GUITTAR, LEE J.<br>3750 GAUT OCEAN DRIVE<br>APT #401<br>FORT LAUDERDALE, FL 33308 | | Claim Number: 3906<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $126,217.54 | Scheduled: | $94,125.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| GUITTAR, LEE J.<br>3750 GALT OCEAN DR., APT. 401<br>FORT LAUDERDALE, FL 33308 | Claim Number: 6984<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| GUNTER, WANDA<br>185 CORNELL STREET<br>HEMPSTEAD, NY 11550 | Claim Number: 5682<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $8,937.93 |
|---|---|---|

| GUTHRIE, JAMES F.<br>205 COSTA BELLA DR.<br>AUSTIN, TX 78734 | Claim Number: 3907<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $577,807.24 | Scheduled: | $391,972.00 UNLIQ |
|---|---|---|---|---|

| GUTHRIE, JAMES F.<br>205 COSTA BELLA<br>AUSTIN, TX 78734 | Claim Number: 6985<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| GUTMAN, E. MICHAEL, M.D.<br>711 WEST COLONIAL DRIVE<br>ORLANDO, FL 32804 | Claim Number: 870<br>Claim Date: 04/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| GUTMAN, E. MICHAEL, MD, MIKE GUTMAN MD (MPAC)PA & GUTMAN PAIN/ACCIDENT CTR, INC AKA/DBA BACK PAIN INSTITUTE OF ORLANDO 711 WEST COLONIAL DRIVE ORLANDO, FL 32804 | Claim Number: 2488 Claim Date: 05/06/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 4407 (05/14/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $38,634.25  UNLIQ | |

| GUTTRY, DELYNN 1135 SCENIC WAY LOS OSOS, CA 93402 | Claim Number: 3908 Claim Date: 06/09/2009 Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $70,638.34 | Scheduled: | $53,464.00 UNLIQ |

| GUTTRY, DELYNN T. 1135 SCENIC WAY LOS OSOS, CA 93402 | Claim Number: 7040 Claim Date: 11/02/2011 Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | |

| HABERSTROH, JOSEPH K. 75 S. PENATAQUIT AV BAY SHORE, NY 11706 | Claim Number: 5127 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY Comments: Pension Plan, ESOP, Cash Balance Plan | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | |

| HALAJIAN, KENNETH L. 21 HIGH RIDGE RD OSSINING, NY 10562-1969 | Claim Number: 3869 Claim Date: 06/09/2009 Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $279,880.66 | Scheduled: | $217,824.53 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| HALAJIAN, KENNETH L.<br>21 HIGH RIDGE RD<br>OSSINING, NY 10562-1969 | Claim Number: 6986<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

---

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| HALL, CHARLOTTE H.<br>219 CORNERSTONE DRIVE<br>NEWTOWN SQUARE, PA 19073 | Claim Number: 3870<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6894 |
|---|---|

---

| UNSECURED | Claimed: | $532,387.27 | Scheduled: | $419,111.34 |
|---|---|---|---|---|

| HALL, CHARLOTTE H.<br>219 CORNERSTONE DR<br>NEWTOWN SQUARE, PA 19073 | Claim Number: 6894<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3870 |
|---|---|

---

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| HALL, GARY D.<br>350 LONGWOOD PLACE<br>JONESBORO, GA 30236 | Claim Number: 5936<br>Claim Date: 06/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

---

| UNSECURED | Claimed: | $40,598.40 | | |
|---|---|---|---|---|

| HALL, JOSEPH<br>1144 NORTH STRICKER STREET<br>BALTIMORE, MD 21217 | Claim Number: 1505<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |
|---|---|

---

| PRIORITY | Claimed: | $9,000.00 |
|---|---|---|
| SECURED | Claimed: | $80,000.00 |
| TOTAL | Claimed: | $80,000.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| HALLE, JEAN<br>11536 PEBBLECREEK DR.<br>LUTHERVILLE TIMONIUM, MD 21093 | Claim Number: 3871<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6911 | | |
|---|---|---|---|

| UNSECURED | Claimed: | $45,477.17 | Scheduled: | $18,057.00 UNLIQ |
|---|---|---|---|---|

| HALLE, JEAN<br>11536 PEBBLECREEK DR.<br>LUTHERVILLE, MD 21093 | Claim Number: 6911<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3871 |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| HAMMETT & EDISON<br>470 THIRD ST. WEST<br>SONOMA, CA 95476 | Claim Number: 2965<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
|---|---|

| UNSECURED | Claimed: | $4,756.30 |
|---|---|---|

| HANDELSMAN, WALT<br>37 HARVARD DR.<br>WOODBURY, NY 11797 | Claim Number: 5040<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| HANO, RANDY<br>124 WOODLAND AVE<br>WINNETKA, IL 60093 | Claim Number: 7049<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER

Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| HARMER ASSOCIATES<br>ATTN RANDY HARMER<br>100 S WACKER DRIVE  SUITE 1950<br>CHICAGO, IL 60606 | Claim Number: 2001<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | | | |

| UNSECURED | Claimed: | $0.00 | Scheduled: | $30,000.00 | Allowed: | $30,000.00 |

---

| HARRIS COUNTY<br>TREASURER<br>1001 PRESTON          STE 652<br>HOUSTON, TX 77002 | Claim Number: 292<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED |

| PRIORITY | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $35,200.63  UNLIQ |

---

| HARRIS COUNTY<br>TREASURER<br>1001 PRESTON          STE 652<br>HOUSTON, TX 77002 | Claim Number: 311<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |

| PRIORITY | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $35,200.63  UNLIQ |

---

| HARRIS COUNTY<br>TREASURER<br>1001 PRESTON          STE 652<br>HOUSTON, TX 77002 | Claim Number: 1706<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 292 |

| ADMINISTRATIVE | Claimed: | $35,200.63  UNLIQ |

---

| HARRIS COUNTY<br>TREASURER<br>1001 PRESTON          STE 652<br>HOUSTON, TX 77002 | Claim Number: 2262<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |

| ADMINISTRATIVE | Claimed: | $35,200.63  UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| HARRIS, JILL CUST NATHAN G HARRIS UTMA PA.,<br>474 JEFFERSON DR<br>PITTSBURG, PA 15228-2117 | Claim Number: 6520<br>Claim Date: 06/09/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 |
|---|---|---|---|---|

| HARTFORD MEDICAL GROUP<br>PO BOX 1086<br>WILBRAHAM, MA 01089 | Claim Number: 6673<br>Claim Date: 11/12/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) |
|---|---|

| UNSECURED | Claimed: | $722.00 |
|---|---|---|

| HARTNEY, MARY<br>221 W. LANVALE ST. APT. 3F<br>BALTIMORE, MD 21217 | Claim Number: 3201<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $746.40 |
|---|---|---|

| HASENOHR, PETER<br>420 MONROE DR<br>CENTERPORT, NY 11721 | Claim Number: 2079<br>Claim Date: 04/29/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $26,399.94 |
|---|---|---|

| HASSELL, PAMELA M.<br>269 MILL CREEK CT<br>ACWORTH, GA 30101 | Claim Number: 5965<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $20,299.20 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER                                                                                          Date: 12/06/2011
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| HATTENBACH, LINDA<br>1236 LITTLE CREEK CIRC<br>BREINIGSVILLE, PA 18031 | Claim Number: 2342<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |

---

| UNSECURED | Claimed: | $350.00 | | |

| HAUGH, MICHAEL J.<br>106 BEACON BLVD.<br>SEA GIRT, NJ 08750 | Claim Number: 3872<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |

---

| UNSECURED | Claimed: | $173,043.24 | Scheduled: | $119,301.00 UNLIQ |

| HAUGH, MICHAEL J.<br>106 BEACON BLVD.<br>SEA GIRT, NJ 08750 | Claim Number: 6987<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | | |

---

| UNSECURED | Claimed: | $0.00   UNDET | | |

| HAYES JR., DANA C.<br>C/O DEVON J. EGGERT<br>FREEBORN & PETERS LLP<br>311 S. WACKER DR., STE. 3000<br>CHICAGO, IL 60606 | Claim Number: 7054<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | | |

---

| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| HAYNES, KEVIN L<br>15450 NISQUALLI RD APT O208<br>VICTORVILLE, CA 92395-9317 | Claim Number: 6483<br>Claim Date: 05/20/2010<br>Debtor: TRIBUNE COMPANY | | |

---

| UNSECURED | Claimed: | $170.00 | Scheduled: | $170.00 |

---

Epiq Bankruptcy Solutions, LLC                                                                                                                   Page: 127

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| HAYWOOD, JOHN<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4934<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

| HEALTH CONCEPTS/DOLPHIN CAPITAL CORP<br>566 WEST LAKE STREET, LOWER LEVEL<br>CHICAGO, IL 60661 | Claim Number: 685<br>Claim Date: 02/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $260.75 |
|---|---|---|

| HEALY, JANE E.<br>813 GREENWOOD ST.<br>ORLANDO, FL 32801 | Claim Number: 6822<br>Claim Date: 10/03/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| HEAPHY, JANIS<br>25 HIGHLAND PARK VILLAGE, #100-340<br>DALLAS, TX 75205 | Claim Number: 3873<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6930 |
|---|---|

| UNSECURED | Claimed: | $116,041.17 | Scheduled: | $63,061.00 UNLIQ |
|---|---|---|---|---|

| HEAPHY, JANIS<br>25 HIGHLAND PARK VILLAGE, # 100-340<br>DALLAS, TX 75205 | Claim Number: 6930<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3873 |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

HECK-MEAD, JOULE
820 ONEIDA ST
JOLIET, IL 60435-7311

Claim Number: 6542
Claim Date: 06/21/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $850.00 | Scheduled: | $850.00 |
|---|---|---|---|---|

HEIMBERG, ERIC
6233 S MAJOR
CHICAGO, IL 60638

Claim Number: 4421
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| PRIORITY | Claimed: | $2,673.60 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,673.60 | | |
| TOTAL | Claimed: | $2,673.60 | | |

HELIN, JAMES D.
12156 LA CASA LANE
LOS ANGELES, CA 90049

Claim Number: 3874
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6931

| UNSECURED | Claimed: | $34,404.38 | Scheduled: | $24,238.72 UNLIQ |
|---|---|---|---|---|

HELIN, JAMES D.
12156 LA CASA LANE
LOS ANGELES, CA 90049

Claim Number: 6931
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3874

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

HENDERSON, LAURA W.
106 GREAT LAKE DR.
CARY, NC 27519

Claim Number: 6271
Claim Date: 09/30/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $15,224.40 | | |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| HENDRICKS, JOHN R.<br>C/O FRANCES GECKER<br>FRANK / GECKER LLP<br>325 N. LASALLE STREET, STE. 625<br>CHICAGO, IL 60654 | Claim Number: 6837<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| HENDRY, WILLIAM T.<br>1000 MIDNIGHT PASS<br>ROCKWALL, TX 75087 | Claim Number: 5885<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| PRIORITY | Claimed: | $30,460.78 | | |
|---|---|---|---|---|

| HENSON, PAMELA<br>11099 SHADOWBROOK CIRCLE<br>HIGHLANDS RANCH, CO 80130 | Claim Number: 6900<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3875 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| HENSON, PAMELA D.<br>552 ALTA WAY<br>MILL VALLEY, CA 94941-3900 | Claim Number: 3875<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6900 |
|---|---|

| UNSECURED | Claimed: | $3,863.68 | Scheduled: | $3,222.00  UNLIQ |
|---|---|---|---|---|

| HERMAN, ROBIN<br>770 29TH ST APT 717<br>BOULDER, CO 80303-2342 | Claim Number: 534<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10022 (10/19/2011) |
|---|---|

| PRIORITY | Claimed: | $925.00 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

HERNANDEZ, ENRIQUE JR.
C/O MATTHEW R. KIPP
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
155 NORTH WACKER DRIVE
CHICAGO, IL 60606-1720

Claim Number: 6843
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

HERNANDEZ, IRENE
9100 DUARTE RD APT 233
SAN GABRIEL, CA 91775-2053

Claim Number: 4593
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| PRIORITY | Claimed: | $10,950.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $24,972.81 |

HERTZ, CATHERINE M.
C/O CATHERINE G. PAPPAS, ESQ.
DILWORTH PAXSON LLP
1500 MARKET STREET, SUITE 3500E
PHILADELPHIA, PA 19102

Claim Number: 7064
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

HESSLER, CURTIS A.
570 BRADSFORD ST.
PASADENA, CA 91105-2409

Claim Number: 3876
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,022,521.60 | Scheduled: | $684,712.00 UNLIQ |
| --- | --- | --- | --- | --- |

HESSLER, CURTIS A.
570 BRADSFORD ST.
PASADENA, CA 91105

Claim Number: 6988
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

HEWITT ASSOCIATES, LLC
ATTN: GENERAL COUNSEL
100 HALF DAY ROAD
LINCOLNSHIRE, IL 60069-3342

Claim Number: 3165
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $8,180.00 | Scheduled: | $8,180.00 |
|---|---|---|---|---|

HIANIK, MARK W.
C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,
PATRICK FRYE WILDMAN, HARROLD, ALLEN
225 W. WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 6742
Claim Date: 04/08/2011
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6873
DOCKET: 8749 (04/25/2011)

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

HIANIK, MARK W.
C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,
PATRICK FRYE WILDMAN, HARROLD, ALLEN
225 W. WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 6873
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 6742

---

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

HIGBY, JAMES H.
51 KEELERS RIDGE RD.
WILTON, CT 06897

Claim Number: 3877
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $57,086.86 |
|---|---|---|

HIGBY, JAMES H.
51 KEELERS RIDGE RD.
WILTON, CT 06897

Claim Number: 6989
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

HIGBY, LAWRENCE
218 VIA LIDO NORD
NEWPORT BEACH, CA 92663

Claim Number: 1506
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| PRIORITY | Claimed: | $126,183.00 |
|---|---|---|

HIGBY, LAWRENCE M.
218 VIA LIDO NORD
NEWPORT BEACH, CA 92663

Claim Number: 3878
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6878
Amends claim number 1506

| UNSECURED | Claimed: | $191,250.95 | Scheduled: | $126,183.00 UNLIQ |
|---|---|---|---|---|

HIGBY, LAWRENCE M.
218 VIA LIDO NORD
NEWPORT BEACH, CA 92663

Claim Number: 6878
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3878

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

HILBORN, GENE
R/O IRA E*TRADE CUSTODIAN
13191 TRIPLE CROWN LOOP
GAINESVILLE, VA 20155

Claim Number: 5702
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $40,598.40 |
|---|---|---|

HILLER, DAVID
1550 N. STATE STREET
CHICAGO, IL 60610

Claim Number: 6863
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| HIRAM ELECTRICAL CONTRACTOR<br>1351 WEST FOSTER AVENUE<br>CHICAGO, IL 60640-2214 | Claim Number: 3130<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $36,107.97 | Scheduled: | $35,027.84 |
|---|---|---|---|---|

| HIRAM ELECTRICAL CONTRACTOR<br>1351 W FOSTER AVE<br>CHICAGO, IL 60640 | Claim Number: 5983<br>Claim Date: 06/29/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $6,970.93 |
|---|---|---|

| HOARD, ROBERT<br>2333 VILLARET DR.<br>HUNTSVILLE, AL 35803 | Claim Number: 5794<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $10,149.60 |
|---|---|---|

| HOFFNER, CONRAD C.<br>2430 SODERBLOM AVE<br>SAN DIEGO, CA 92122 | Claim Number: 6034<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $8,119.68 |
|---|---|---|

| HOGAN & HARTSON LLP<br>COLUMBIA SQUARE<br>555  13TH STREET, NW<br>WASHINGTON, DC 20004-1109 | Claim Number: 3477<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $12,935.23 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

HOLLAND & KNIGHT LLP
1 EAST BROWARD BLVD, STE 1300
FORT LAUDERDALE, FL 33301

Claim Number: 2260
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY

---

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,849.12 | | | |

HOLT, VANESSA
3019 JOE LOUISE DR
ORLANDO, FL 32805-2954

Claim Number: 6545
Claim Date: 06/22/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $68.00 | | | | | |
| SECURED | Claimed: | $68.00 | | | | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 | Allowed: | $68.00 | |
| TOTAL | Claimed: | $68.00 | | | | $0.00 | |

HOLTON, RAYMOND
1021 STONE STACK DRIVE
BETHLEHEM, PA 18015

Claim Number: 50
Claim Date: 12/26/2008
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

---

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $79,699.55 | | |

HOLTON, RAYMOND
1021 STONE STACK DRIVE
BETHLEHEM, PA 18015

Claim Number: 3879
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6906
Amends claim number 50

---

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $86,402.16 | Scheduled: | $79,699.55 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | |
|---|---|---|
| HOLTON, RAYMOND<br>1021 STONE STACK DRIVE<br>BETHLEHEM, PA 18015 | Claim Number: 6906<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3879 | |
| UNSECURED            Claimed: | $0.00   UNDET | |
| HOME INSURANCE CO. IN LIQUIDATION, THE<br>KAREN TISDELL<br>55 SOUTH COMMERCIAL STREET<br>MANCHESTER, NH 03101 | Claim Number: 3643<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Insurance premiums | |
| UNSECURED            Claimed: | $0.00   UNDET | |
| HOMFINDER, LLC<br>ATTN: TIMOTHY FAGAN, PRESIDENT & CEO<br>175 W. JAKCSON BLVD., 8TH FL<br>CHICAGO, IL 60604 | Claim Number: 5640<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | |
| UNSECURED            Claimed: | $186,901.00 | |
| HOOGHKIRK, BARRY<br>27 SALEM ST.<br>PATCHOGUE, NY 11772 | Claim Number: 5083<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED            Claimed: | $0.00   UNDET | |
| HOPKINS, ELIZABETH<br>1014 N. 3RD ST.<br>CLINTON, IA 52732 | Claim Number: 6146<br>Claim Date: 08/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED            Claimed: | $5,243.75 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| HOPKINS, ELIZABETH<br>1014 N. 3RD ST.<br>CLINTON, IA 52732 | Claim Number: 6202<br>Claim Date: 09/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|

---

| UNSECURED | Claimed: | $10,487.50 | | |
|---|---|---|---|---|

| HORN, KAREN LAUKKA<br>50 RIDGECREST COURT<br>LAFAYETTE, CA 94549-3690 | Claim Number: 3880<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|

---

| UNSECURED | Claimed: | $329,826.52 | Scheduled: | $304,240.40 |
|---|---|---|---|---|

| HORN, KAREN LAUKKA<br>50 RIDGECREST COURT<br>LAFAYETTE, CA 94549-2147 | Claim Number: 6990<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|

---

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| HORTON, INEZ<br>4 E 107TH ST, # 12B<br>NEW YORK, NY 10029-3870 | Claim Number: 6548<br>Claim Date: 06/23/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) | | |
|---|---|---|---|

---

| PRIORITY<br>UNSECURED | Claimed: | $306.00 | Scheduled: | $306.00 |
|---|---|---|---|---|

| HOTCHKISS PEACOCK RANCH INC.<br>5990 SAN SIMEON CK RD<br>CAMBRIA, CA 93428 | Claim Number: 5679<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
|---|---|---|---|

---

| ADMINISTRATIVE | Claimed: | $5,000.00 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| HOWARD COUNTY, MARYLAND | Claim Number: 5818 |
| MARAGARET ANN NOLAN & CAMELA J. SANDMANN | Claim Date: 06/01/2009 |
| HOWARD COUNTY OFFICE OF LAW | Debtor: TRIBUNE COMPANY |
| 3430 COURTHOUSE DRIVE | |
| ELLICOTT CITY, MD 21043 | |

| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $135.55 |

---

| HOWARD COUNTY, MARYLAND | Claim Number: 5819 |
| MARAGARET ANN NOLAN & CAMELA J. SANDMANN | Claim Date: 06/01/2009 |
| HOWARD COUNTY OFFICE OF LAW | Debtor: TRIBUNE COMPANY |
| 3430 COURTHOUSE DRIVE | |
| ELLICOTT CITY, MD 21043 | |

| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $15.88 |

---

| HOWARD COUNTY, MARYLAND | Claim Number: 5820 |
| MARAGARET ANN NOLAN & CAMELA J. SANDMANN | Claim Date: 06/01/2009 |
| HOWARD COUNTY OFFICE OF LAW | Debtor: TRIBUNE COMPANY |
| 3430 COURTHOUSE DRIVE | |
| ELLICOTT CITY, MD 21043 | |

| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $573.68 |

---

| HOWARD COUNTY, MARYLAND | Claim Number: 6591 |
| MARGARET ANN NOLAN & CAMELA J. SANDMANN | Claim Date: 07/15/2010 |
| ESQ., HOWARD COUNTY OFFICE OF LAW | Debtor: TRIBUNE COMPANY |
| 3430 COURTHOUSE DRIVE | Comments: DOCKET: 5913 (07/21/2011) |
| ELLICOTT CITY, MD 21043 | THIS CLAIM HAS BEEN SATISFIED |

| SECURED | Claimed: | $37,168.48 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| HOWARD COUNTY, MARYLAND<br>MARAGARET ANN NOLAN & CAMELA J. SANDMANN<br>HOWARD COUNTY OFFICE OF LAW<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 | Claim Number: 6600<br>Claim Date: 07/15/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $37,168.48 | | |
| HOWARD COUNTY, MARYLAND<br>HOWARD COUNTY OFFICE OF LAW - MARGARET<br>ANN NOLAN, ESQ. CAMELA J. SANDMANN, ESQ.<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 | Claim Number: 6709<br>Claim Date: 03/03/2011<br>Debtor: TRIBUNE COMPANY | | | |
| SECURED | Claimed: | $511.99 | | |
| HOWARD, LESLIE M.<br>2737 GRANDVIEW PLACE<br>ENDICOTT, NY 13760 | Claim Number: 3881<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $145,496.90 | Scheduled: | $134,210.05 |
| HOWE, MARK E.<br>8 PINEVIEW LANE<br>EAST GREENBUSH, NY 12061 | Claim Number: 3882<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $187,208.77 | Scheduled: | $172,686.14 |
| HOWLAND, VAUGHAN A.<br>4205 STATE HWY UNIT 5B<br>EASTHAM, MA 02642-2165 | Claim Number: 5726<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $20,299.20 | | |

---

| HUGHES, JOSEPH M.<br>9596 E ROADRUNNER DR<br>SCOTTSDALE, AZ 85262 | Claim Number: 3883<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $188,913.12 | Scheduled: | $177,168.28  UNLIQ |

| HUNDT, PAUL L<br>5105 LEANNE LN<br>MC FARLAND, WI 53558-8403 | Claim Number: 6501<br>Claim Date: 05/27/2010<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |

| HUNIHAN, DOROTHY A.<br>200 DIPLOMAT DR. 5L<br>MT. KISCO, NY 10549 | Claim Number: 3341<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |

| UNSECURED | Claimed: | $30,400.00 | | |

| HUNTING, SUSAN K.<br>764 GLEN DR.<br>PO BOX 803<br>MOVILLE, IA 51039 | Claim Number: 5920<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |

| UNSECURED | Claimed: | $7,210.90 | | |

| HUNTON & WILLIAMS LLP<br>ATTN: LINDSAY K. BIGGS, ESQ.<br>951 EAST BYRD STREET<br>RICHMOND, VA 23219 | Claim Number: 2841<br>Claim Date: 05/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4776 (06/14/2010) | | | |

| UNSECURED | Claimed: | $1,147.04 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

HURT, ALBERT L
18032 JASON LN
LANSING, IL 60438-1500

Claim Number: 1575
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $10,745.21 |
| --- | --- | --- |

HUTCHINSON, JOYCE F.
121 W CHESTNUT ST APT 3304
CHICAGO, IL 60610-3457

Claim Number: 6384
Claim Date: 01/26/2010
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $300,000.00  UNLIQ |
| --- | --- | --- |

HUTCHINSON, JOYCE F.
16851 HARLEM AVENUE, UNIT 225
TINLEY PARK, IL 60477

Claim Number: 6385
Claim Date: 01/27/2010
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $300,000.00  UNLIQ |
| --- | --- | --- |

HUTCHISON, GLEN
3827 E 3RD ST #59
TUCSON, AZ 85716

Claim Number: 6318
Claim Date: 10/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $10,000.00 |
| --- | --- | --- |

HYLAND-SAVAGE,GAILR.
24 VIA CAPRI
RANCHO PALOS VERDES, CA 90275

Claim Number: 5875
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $5,779.00 | Scheduled: | $5,779.00  UNLIQ |
| --- | --- | --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

IKON OFFICE SOLUTIONS
ACCOUNTS RECEIVABLE CENTER
ATTN: BANKRUPTCY TEAM
3920 ARKWRIGHT RD. - SUITE 400
MACON, GA 31210

Claim Number: 3678-01
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $5,720.78 | Scheduled: | $5,543.25 | Allowed: | $5,720.78 |
|---|---|---|---|---|---|---|

ILLINOIS DEPARTMENT OF EMPLOYMENT
SECURITY
33 SOUTH STATE STREET
CHICAGO, IL 60603

Claim Number: 6213
Claim Date: 09/04/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments:
Amends claim 478

| PRIORITY | Claimed: | $0.00 |
|---|---|---|

ILLINOIS DEPARTMENT OF EMPLOYMENT
SECURITY
33 SOUTH STATE STREET
CHICAGO, IL 60603

Claim Number: 6214
Claim Date: 09/04/2009
Debtor: HOY PUBLICATIONS, LLC
Comments:
Amends claim 411

| PRIORITY | Claimed: | $0.00 |
|---|---|---|

ILLINOIS DEPARTMENT OF EMPLOYMENT
SECURITY
33 SOUTH STATE STREET
CHICAGO, IL 60603

Claim Number: 6215
Claim Date: 09/04/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments:
Amends claim 403

| PRIORITY | Claimed: | $0.00 |
|---|---|---|

ILLINOIS DEPARTMENT OF EMPLOYMENT
SECURITY
33 SOUTH STATE STREET
CHICAGO, IL 60603

Claim Number: 6216
Claim Date: 09/04/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments:
Amends claim 413

| PRIORITY | Claimed: | $0.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | Claim Number: 752<br>Claim Date: 03/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|

| PRIORITY | Claimed: | $102,617.06 |
| UNSECURED | Claimed: | $100.00 |

---

| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | Claim Number: 784<br>Claim Date: 03/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|

| PRIORITY | Claimed: | $20,583,890.06 |
| UNSECURED | Claimed: | $3,141,111.00 |

---

| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | Claim Number: 2332<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|

| PRIORITY | Claimed: | $20,303,924.06 |
| UNSECURED | Claimed: | $2,092,721.00 |

---

| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | Claim Number: 2370<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|

| PRIORITY | Claimed: | $46,523,550.00 |
| UNSECURED | Claimed: | $4,924,196.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | Claim Number: 3081<br>Claim Date: 05/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Replaces claim number 2370 | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $46,523,550.00 | | |
| UNSECURED | Claimed: | $4,924,196.00 | | |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., # 7-400<br>CHICAGO, IL 60601 | Claim Number: 3196<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Replaces claim number 2332 | | | |
| PRIORITY | Claimed: | $20,303,924.06 | | |
| UNSECURED | Claimed: | $2,092,721.00 | | |
| IMBRIACO, JAMES<br>8 ACORN LANE<br>LEBANON, NJ 08833 | Claim Number: 3884<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $63,028.95 | Scheduled: | $24,863.00 UNLIQ |
| IMBRIACO, JAMES<br>8 ACORN LANE<br>LEBANON, NJ 08833 | Claim Number: 6991<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| INASMUCH FOUNDATION<br>OKLAHOMA TOWER<br>210 PARK AVE<br>OKLAHOMA CITY, OK 73102 | Claim Number: 4392<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $300,000.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | | |
|---|---|---|---|---|---|
| INDIANA AMERICAN WATER (IN AMERICAN WATE<br>1410 DISCOVERY PARKWAY<br>PO BOX 578<br>ALTON, IL 62002 | | Claim Number: 5841<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| UNSECURED | Claimed: | $116.16 | | | |
| INDIANA AMERICAN WATER (IN AMERICAN WATE<br>1410 DISCOVERY PARKWAY<br>PO BOX 578<br>ALTON, IL 62002 | | Claim Number: 5842<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| UNSECURED | Claimed: | $168.88 | | | |
| INDUSTRIAL DOOR CO.<br>1555 LANDMEIER RD.<br>ELK GROVE VILLAGE, IL 60007 | | Claim Number: 6652<br>Claim Date: 09/16/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) | | | |
| UNSECURED | Claimed: | $5,163.58 | | | |
| INNES, MICHAEL A & DEBRA JT TEN<br>50 REDBUD RIDGE PL<br>THE WOODLANDS, TX 77380-3411 | | Claim Number: 6482<br>Claim Date: 05/20/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 | |
| INSTY PRINTS OF PALATINE, INC.<br>DBA ALLEGRA PRINT & IMAGING<br>510 E. NORTHWEST HWY<br>PALATINE, IL 60074 | | Claim Number: 2380<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,265.54 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

INTERCALL
ATTN: MELODY LOHR
11808 MIRACLE HILLS DR.
OMAHA, NE 68154

Claim Number: 512
Claim Date: 02/23/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,507.40 | Scheduled: | $245.21 |

IRON MOUNTAIN INFORMATION MANAGEMENT INC
C/O R FREDERICK LINFESTY, ESQ
745 ATLANTIC AVENUE, 10TH FLOOR
BOSTON, MA 02111

Claim Number: 862
Claim Date: 03/30/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $36,743.00 | | |
| UNSECURED | Claimed: | $1,171.21 | Scheduled: | $2,708.09 |

ISAKSEN INVESTMENTS LLC
RE: ARLETA 9351 LAUREL CANYON
7250 FRANKLIN AVE, STE 1108
LOS ANGELES, CA 90046

Claim Number: 6113
Claim Date: 07/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4777 (06/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $94,047.00 |

ISAKSEN INVESTMENTS, LLC
C/O J. BENNETT FRIEDMAN, ESQ.
FRIEDMAN LAW GROUP
1900 AVENUE OF THE STARS, SUITE 1800
LOS ANGELES, CA 90067

Claim Number: 6467
Claim Date: 04/26/2010
Debtor: TRIBUNE COMPANY
Comments:
Amends claim no. 6113

| | | |
|---|---|---|
| UNSECURED | Claimed: | $125,253.75 |

ISENBERG, STEVEN L.
151 CENTRAL PARK WEST, 3N
NEW YORK, NY 10023

Claim Number: 3885
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6880

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $577,618.26 | Scheduled: | $282,310.00 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | | | |
|---|---|---|---|---|
| ISENBERG, STEVEN L.<br>151 CENTRAL PARK WEST, 3N<br>NEW YORK, NY 10023 | | Claim Number: 6880<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3885 | | |

UNSECURED          Claimed:                    $0.00   UNDET

---

| | | | | |
|---|---|---|---|---|
| ISINGER, WILLIAM R.<br>26682 COUNTRY CREEK LN<br>CALABASAS, CA 91302-3587 | | Claim Number: 3886<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6932 | | |

UNSECURED          Claimed:              $298,855.71          Scheduled:              $229,594.00 UNLIQ

---

| | | | | |
|---|---|---|---|---|
| ISINGER, WILLIAM R.<br>26682 COUNTRY CREEK LANE<br>CALABASAS, CA 91302 | | Claim Number: 6932<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3886 | | |

UNSECURED          Claimed:                    $0.00   UNDET

---

| | | | | |
|---|---|---|---|---|
| ISKRA, ALICE<br>6236 PARALLEL LANE<br>COLUMBIA, MD 21045 | | Claim Number: 6839<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY | | |

UNSECURED          Claimed:                    $0.00   UNLIQ

---

| | | | | |
|---|---|---|---|---|
| JACKSON, CHERYL<br>3264 NE 156TH AVE<br>PORTLAND, OR 97230 | | Claim Number: 3317<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |

UNSECURED          Claimed:              $10,000.00   UNLIQ

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER                                                                           Date: 12/06/2011
Alphabetical Claims Register for The Tribune Company (08-13141)

| JACKSON, MARK<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4933<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $10,000.00 | | | | |
|---|---|---|---|---|---|---|

| JACOBSEN, CLARICE<br>5623 N OLCOTT<br>CHICAGO, IL 60631 | Claim Number: 2333<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | | | |
|---|---|---|---|---|---|---|

| JAGOE, THOMAS ANTHONY<br>18028 W ANNES CIRCLE<br>APT 103<br>CANYON COUNTRY, CA 91387 | Claim Number: 6646<br>Claim Date: 09/03/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $295.84 | Allowed: | $295.84 |
|---|---|---|---|---|---|---|

| JANSEN, RAYMOND A. JR.<br>24 DOCKSIDE LANE, #422<br>KEY LARGO, FL 33037 | Claim Number: 3887<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6909 |
|---|---|

| UNSECURED | Claimed: | $6,439,394.24 | Scheduled: | $4,350,612.00 UNLIQ | | |
|---|---|---|---|---|---|---|

| JANSEN, RAYMOND A., JR.<br>24 DOCKSIDE LANE, # 422<br>KEY LARGO, FL 33037 | Claim Number: 6909<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3887 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | | | |
|---|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

JANUS, KENNETH C
924 S COURTLAND AVE
PARK RIDGE, IL 60068

Claim Number: 1820
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for $285/month for life

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

JCPENNEY CORPORATION, INC.
C/O ANGIE JENSEN, MS 1122
LEGAL DEPT
6501 LEGACY DRIVE
PLANO, TX 75024

Claim Number: 5834
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $33,583.32 |
|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 1389
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| UNSECURED | Claimed: | $13,110.00 | Scheduled: | $4,869.43 | Allowed: | $4,869.43 |
|---|---|---|---|---|---|---|

JENKINS, JOHN B.
3575 E. 135TH CT
THORNTON, CO 80241

Claim Number: 3252
Claim Date: 05/28/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

JM MCGANN & COMPANY
2230 S BLUE ISLAND AVE
CHICAGO, IL 60608

Claim Number: 2966
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $5,956.05 | Scheduled: | $5,956.05 |
|---|---|---|---|---|

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| JM MCGANN & COMPANY<br>2230 SOUTH BLUE ISLAND AVE<br>CHICAGO, IL 60608 | Claim Number: 2967<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $3,025.00 | Scheduled: | $3,025.00 |

| JOHN B. DOLVEN IRA<br>281 SOUTH PLAZA COURT<br>MT. PLEASANT, SC 29464 | Claim Number: 5633<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |

| SECURED | Claimed: | $50,826.88 |

| JOHNSON, EDWARD ARNETT "EDDIE"<br>ROBERT H. ROSENFELD, ESQ.<br>6703 N. CICERO AVE.<br>LINCOLNWOOD, IL 60712 | Claim Number: 536<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |

| UNSECURED | Claimed: | $10,000,000.00 |

| JOHNSON, EDWARD E.<br>4418 OAKWOOD AVE.<br>LA CANADA FLINTRIDGE, CA 91011-3414 | Claim Number: 3888<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $1,183,611.96 | Scheduled: | $804,881.00 UNLIQ |

| JOHNSON, EDWARD E.<br>4418 OAKWOOD AVE.<br>LA CANADA FLINTRIDGE, CA 91011-3414 | Claim Number: 6992<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $0.00  UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

JOHNSON, PHIL
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4930
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $10,000.00 | | |
|---|---|---|---|---|

JOHNSON, ROBERT M.
7348 ARBOR PINES DR.
P.O.BOX 485
GLEN ARBOR, MI 49636

Claim Number: 3889
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $314,859.81 | Scheduled: | $204,647.00 UNLIQ |
|---|---|---|---|---|

JOHNSON, ROBERT M.
7348 ARBOR PINES DR., P.O. BOX 485
JUPITER, FL 33458

Claim Number: 6993
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

JOHNSON, RUSSELL
1360 WATERSIDE DRIVE
BOLINGBROOK, IL 60490

Claim Number: 2621
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $139,000.00 | | |
|---|---|---|---|---|

JOHNSON, W. THOMAS, JR.
3280 RILMAN ROAD, NW
ATLANTA, GA 30327

Claim Number: 3890
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6933

| UNSECURED | Claimed: | $2,091,151.24 | Scheduled: | $1,447,300.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| JOHNSON, W. THOMAS, JR. | Claim Number: 6933 |
| 3280 RILMAN ROAD, NW | Claim Date: 11/02/2011 |
| ATLANTA, GA 30327 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | amends claim 3890 |

| UNSECURED | Claimed: | $0.00  UNDET |

---

| JOSEFAK, JOHN C. | Claim Number: 5076 |
| 23 RALPH AVE. | Claim Date: 06/12/2009 |
| LAKE GROVE, NY 11755 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00  UNDET |

---

| JOSEPH B. WORTMAN IRA | Claim Number: 5629 |
| 21400 HOOVER ROAD | Claim Date: 06/12/2009 |
| WARREN, MI 48089 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| SECURED | Claimed: | $50,826.88 |

---

| JPMORGAN CHASE BANK, N.A. | Claim Number: 4957 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/12/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: TRIBUNE COMPANY |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $355,602.54  UNLIQ |

---

| JPMORGAN CHASE BANK, N.A. & J.P. MORGAN | Claim Number: 6645 |
| SECURITIES INC. | Claim Date: 08/27/2010 |
| ATTN: MIRIAM KULNIS | Debtor: TRIBUNE COMPANY |
| 383 MADISON AVENUE, 23RD FLOOR | |
| NEW YORK, NY 10017 | |

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

JPMORGAN CHASE BANK, N.A., ET AL.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4464
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $8,643,006,907.37 UNLIQ | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $8,571,192,475.83 UNLIQ |

---

JUDD, LIAM R.
IRREVOCABLE TRUST
C/O A.R. JUDD TRUSTEE
1592 REDDING
BIRMINGHAM, MI 48009

Claim Number: 5569
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $25,383.91 |

---

JUN-WEN CAI, WENDY
67 PARK ST.
SOMERVILLE, MA 02143

Claim Number: 3321
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $20,000.00 UNLIQ |

---

JUNCK, MARY E.
18475 DEER HILL ROAD
P.O. BOX 20
PLEASANT VALLEY, IA 52767

Claim Number: 3891
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6891

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $687,471.28 | Scheduled: | $179,436.00 UNLIQ |

---

JUNCK, MARY E.
P.O. BOX 20; 18475 DEER HILL ROAD
PLEASANT VALLEY, IA 52767

Claim Number: 6912
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3891

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

K&D FACTORY SERVICES INC
1833-41 N CARMEN ST
HARRISBURG, PA 17103

Claim Number: 1594
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| PRIORITY | Claimed: | $43,500.00 | | |
|---|---|---|---|---|

KABAK, SCOTT W.
15 MEADOW LANE
MANHASSET, NY 11030

Claim Number: 3848
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $135,856.56 | Scheduled: | $61,785.00 UNLIQ |
|---|---|---|---|---|

KABAK, SCOTT W.
15 MEADOW LANE
MANHASSET, NY 11030

Claim Number: 6994
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

KACHARABA, ROSEMARIE
210 UTICA AVENUE
NORTH MASSAPEQUA, NY 11758

Claim Number: 3084
Claim Date: 05/22/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $661.28 | | |
|---|---|---|---|---|

KALLET, JUDITH S.
7949 CRANES POINTE WAY
WEST PALM BEACH, FL 33412

Claim Number: 3849
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6920

| UNSECURED | Claimed: | $86,874.62 | Scheduled: | $57,462.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | |
|---|---|---|---|
| KALLET, JUDITH S.<br>7949 CRANES POINTE WAY<br>WEST PALM BEACH, FL 33412 | Claim Number: 6920<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3849 | | |

| UNSECURED | Claimed: | $0.00  UNDET | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| KAMAKAZEE KIWI CORP.<br>3835-R EAST THOUSAND OAKS BLVD<br>SUITE 343<br>WESTLAKE VILLAGE, CA 91362 | Claim Number: 6704<br>Claim Date: 02/28/2011<br>Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $0.00  UNDET | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| KAMINSKY, NEIL I.<br>IRA TRUST UAD 1-21-2000<br>4109 SILVERY MINNOW NW<br>ALBUQUERQUE, NM 87120 | Claim Number: 5570<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |

| SECURED | Claimed: | $35,537.47 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| KAY, JOHN M., DBA KAY DELIVERY, INC.<br>C/O GIAMO ASSOCIATES LLP<br>ATTN: JOSEPH O. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5863<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |

| UNSECURED | Claimed: | $122,899.23 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| KAZAN, DANIEL<br>1715 FALLING LEAF LANE<br>NORTHBROOK, IL 60062 | Claim Number: 6690<br>Claim Date: 02/09/2011<br>Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $0.00  UNLIQ | |
|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

KEATING, JOHN
610 BREAD & CHEESE HOLLOW RD
NORTHPORT, NY 11768

Claim Number: 5128
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

KEBIR, LORE O
2424 ESTHER VIEW DR
LOMITA, CA 90717-2313

Claim Number: 6538
Claim Date: 06/21/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |
|---|---|---|---|---|

KEELER, ROBERT F.
18 MAGNET ST.
STONY BROOK, NY 11790

Claim Number: 5038
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

KELLER, WILLIAM
7916 W. HILLSIDE ROAD ROUTE 3
CRYSTAL LAKE, IL 60012

Claim Number: 3850
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $43,819.77 | Scheduled: | $34,580.00  UNLIQ |
|---|---|---|---|---|

KELLER, WILLIAM F.
7916 W. HILLSIDE RD, ROUTE 3
CRYSTAL LAKE, IL 60012

Claim Number: 6995
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| KELLERMANN, DONALD S.<br>2750 UNICORN LANE<br>WASHINGTON, DC 20015 | | Claim Number: 3851<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6917 | | | | |
| UNSECURED | Claimed: | $202,942.77 | Scheduled: | $107,003.00 UNLIQ | | |
| KELLERMANN, DONALD S., ESTATE OF<br>C/O JOAN R. KELLERMANN<br>2750 UNICORN LANE<br>WASHINGTON, DC 20015 | | Claim Number: 6917<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3851 | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| KELLOGG, VALERIE<br>108 LA RUE DRIVE<br>HUNTINGTON, NY 11743 | | Claim Number: 5094<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| KELLY CREWS INC.<br>1823 QUARTER HORSE DR.<br>WOODSTOCK, MD 21163 | | Claim Number: 340<br>Claim Date: 01/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | | | |
| PRIORITY | Claimed: | $8,116.00 | | | | |
| KELLY SERVICES INC.<br>999 W BIG BEAVER ROAD<br>TROY, MI 48084 | | Claim Number: 197-01<br>Claim Date: 01/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | |
| UNSECURED | Claimed: | $278.02 | Scheduled: | $704.80 | Allowed: | $278.02 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| KELLY, JAMES C.<br>20154 ZIMMERMAN PL.<br>SANTA CLARITA, CA 91390 | Claim Number: 4978<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| KELLY, MARGARET<br>8250 BRENTWOOD CT<br>ARVADA, CO 80005 | Claim Number: 5957<br>Claim Date: 06/25/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $10,149.60 |
|---|---|---|

| KEMPER INSURANCE COMPANIES<br>SHERRI L. PATTERSON<br>MANAGED ACCOUNTS, 13NW0348<br>ONE KEMPER DRIVE<br>LONG GROVE, IL 60049 | Claim Number: 1005<br>Claim Date: 04/14/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |

| KEMPSTER, NORMAN<br>7505 DEMOCRACY BLVD<br>APT 114<br>BETHESDA, MD 20817 | Claim Number: 3740<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10021 (10/19/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| KENDRICK-MCCANN LP<br>RE: SANTA FE 12236 MCCANN DR<br>C/O T C COLLINS & ASSOCIATES<br>3600 BIRCH ST SUITE NO.100<br>NEWPORT BEACH, CA 92660 | Claim Number: 2728<br>Claim Date: 05/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $2,375.44 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| KENNEDY, TIMOTHY | Claim Number: 5685 |
| 2075 CHARLES DRIVE | Claim Date: 06/15/2009 |
| HELLERTOWN, PA 18055 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $5,000.00 |

| KENNEDY, TIMOTHY | Claim Number: 5686 |
| 2075 CHARLES DRIVE | Claim Date: 06/15/2009 |
| HELLERTOWN, PA 18055 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $383.49 | Scheduled: | $383.49 |

| KENNEDY, TIMOTHY R. | Claim Number: 7073 |
| 2075 CHARLES DR. | Claim Date: 11/30/2011 |
| HELLERTOWN, PA 18055 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00  UNDET |

| KENNEY, CRANE | Claim Number: 5337 |
| 1021 CHERRY ST | Claim Date: 06/12/2009 |
| WINNETKA, IL 60093-2112 | Debtor: TRIBUNE COMPANY |
| | Comments: POSSIBLY AMENDED BY 6833 |
| | Certain Compensation and benefits in certain scenarios |

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNLIQ |

| KENNEY, CRANE | Claim Number: 6833 |
| 1220 LINDENWOOD | Claim Date: 10/31/2011 |
| WINNETKA, IL 60093 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | amends claim 5337 |

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | |
|---|---|---|---|---|---|
| KENT, DAVID H.<br>22347 KENT LANE<br>GRAND RAPIDS, MN 55744 | | Claim Number: 5874<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| ADMINISTRATIVE | Claimed: | $209.44 | | | |
| UNSECURED | Claimed: | $14,000.00 | | | |
| KENT, ROBERT W. & ELIZABETH A., TRUSTEES<br>KENT FAMILY REVOCABLE TRUST<br>U/A DATED 03/09/07<br>13084 FERNTAILS<br>ST. LOUIS, MO 63141 | | Claim Number: 5909<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $5,238.95   UNLIQ | | | |
| KING FEATURES SYNDICATE<br>ALAN LEWIS, ESQ.<br>OFFICE OF GENERAL COUNSEL, HEARST CORP.<br>300 WEST 57TH STREET, 40TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 529<br>Claim Date: 02/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |
| UNSECURED | Claimed: | $97,111.95 | | | |
| KING, VICTORIA<br>515 EAST 14TH STREET,#3B<br>NEW YORK, NY 10009 | | Claim Number: 3852<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $74,235.11 | Scheduled: | $68,476.36 | |
| KING-COHEN, SYLVIA ELIZABETH<br>225 KOHR RD<br>KINGS PARK, NY 11754 | | Claim Number: 5065<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| KISSI, DAVID<br>PO BOX 77878<br>ONE MASSACHUSETTS AVE NE<br>WASHINGTON, DC 20013 | Claim Number: 1334<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| KITSAP COUNTY TREASURER<br>614 DIVISION ST MS-32<br>PORT ORCHARD, WA 98366-4614 | Claim Number: 1042<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED |
|---|---|

| SECURED | Claimed: | $5,109.82 |
|---|---|---|

| KLEIN, JASON E.<br>6 TANGLEWILD PLACE<br>CHAPPAQUA, NY 10514-2528 | Claim Number: 3853<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $113,350.42 | Scheduled: | $40,676.00  UNLIQ |
|---|---|---|---|---|

| KLEIN, JASON E.<br>6 TANGLEWILD PLACE<br>CHAPPAQUA, NY 10514-2528 | Claim Number: 6996<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| KLEIN, JEFFREY S.<br>18778 HILLSBORO ROAD<br>NORTHRIDGE, CA 91326 | Claim Number: 3854<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6934 |
|---|---|

| UNSECURED | Claimed: | $214,771.81 | Scheduled: | $103,115.00  UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

KLEIN, JEFFREY S.
18778 HILLSBORO ROAD
NORTHRIDGE, CA 91326

Claim Number: 6934
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3854

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

KLEINER, ARNOLD J.
7575 MULHOLLAND DR.
LOS ANGELES, CA 90046

Claim Number: 3856
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,428,807.91 |
|---|---|---|

---

KLEINER, ARNOLD J.
7575 MULHOLLAND DR.
LOS ANGELES, CA 90046

Claim Number: 6914
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3855

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

KLUTNICK, SUSAN  K.
17582 BERLARK CIRCLE
HUNTINGTON BCH, CA 92649

Claim Number: 3857
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $381,723.02 | Scheduled: | $352,111.05 |
|---|---|---|---|---|

---

KNAPP, PETER A.
C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,
PATRICK FRYE WILDMAN, HARROLD, ALLEN
225 W. WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 6743
Claim Date: 04/08/2011
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6872
DOCKET: 8750 (04/25/2011)

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| KNAPP, PETER A.<br>C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,<br>PATRICK FRYE WILDMAN, HARROLD, ALLEN<br>225 W. WACKER DRIVE, SUITE 2800<br>CHICAGO, IL 60606 | Claim Number: 6872<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 6743 |
|---|---|

| SECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| KNIGHT, TIMOTHY P.<br>C/O BLAKE T. HANNAFAN<br>HANNAFAN & HANNAFAN, LTD.<br>ONE EAST WACKER DR., SUITE 2800<br>CHICAGO, IL 60601 | Claim Number: 6776<br>Claim Date: 06/07/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 8996 (05/25/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

| KNORR, THOMAS H., DCD<br>506 C RIDGE ROAD<br>WILMETTE, IL 60091 | Claim Number: 5437<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

---

| KOPPER, JAMES L.<br>7768 LAKESIDE BLVD<br>APT 531<br>BOCA RATON, FL 33434 | Claim Number: 3858<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $353,362.22 | Scheduled: | $217,809.00 UNLIQ |
|---|---|---|---|---|

---

| KOPPER, JAMES L.<br>7768 LAKESIDE BLVD<br>APT 531<br>BOCA RATON, FL 33434 | Claim Number: 7034<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

KRANTZ, RANDI
100 BEEKMAN STREET 9J
NEW YORK, NY 10038

Claim Number: 4330
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $6,239.42 |
|---|---|---|

KRANZLEY, GLENN G.
839 MAGNOLIA ROAD
HELLERTOWN, PA 18055

Claim Number: 7074
Claim Date: 11/30/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

KRENEK, DEBBY
361  72ND ST
BROOKLYN, NY 11209

Claim Number: 5088
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

KROPINSKI, MIKE
1530 HAMMAN DR
TROY, MI 48085

Claim Number: 5705
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $5,074.80 |
|---|---|---|

KUCERA, PHILIP E.
1700 S BAYSHORE LANE APT 4B
MIAMI, FL 33133

Claim Number: 3859
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $295,403.76 | Scheduled: | $199,781.00  UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

KUCERA, PHILIP E.
1700 S BAYSHORE LANE APT 4B
MIAMI, FL 33133

Claim Number: 7035
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

KUEKES, SALLY
BENEFICIARY FOR KUEKES, GEORGE
10671 E SAN SALVADOR
SCOTTSDALE, AZ 85258

Claim Number: 3860
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $49,664.99 | Scheduled: | $65,963.52  UNLIQ |
|---|---|---|---|---|

KURTICH, MARK H.
81593 CAMINO VALLECITA
INDIO, CA 92203

Claim Number: 3861
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6921

| UNSECURED | Claimed: | $90,448.02 | Scheduled: | $44,754.00  UNLIQ |
|---|---|---|---|---|

KURTICH, MARK H.
81593 CAMINO VALLECITA
INDIO, CA 92203

Claim Number: 6921
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3861

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

KUSTER, JOHN
5 SEBURN DRIVE
BLUFFTON, SC 29909

Claim Number: 3750
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | | | |
|---|---|---|---|---|
| KUTZ, MATTHEW P<br>3960 CLEVELAND AVE<br>SAINT LOUIS, MO 63110-4032 | | Claim Number: 2606<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $500.00 | |
| UNSECURED | Claimed: | $25.00 | |

---

| | | |
|---|---|---|
| KUXHAUSEN, STEVE & MICHELE<br>13219 MISTY HILLS DR<br>CYPRESS, TX 77429 | | Claim Number: 4452<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $29,457.24 |

---

| | | |
|---|---|---|
| KWON, DAEWON<br>10531 EDGELEY PL<br>LOS ANGELES, CA 90024 | | Claim Number: 1585<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,088.00 | Scheduled: | $2,088.00 |

---

| | | |
|---|---|---|
| L MILLER & SON LUMBER CO INC<br>1815-25 W DIVISION ST<br>CHICAGO, IL 60622 | | Claim Number: 3604<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $926.66 |

---

| | | |
|---|---|---|
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | | Claim Number: 693<br>Claim Date: 03/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $13,230.99 |
| SECURED | Claimed: | $3,061.32 |
| UNSECURED | Claimed: | $13,230.99 |
| TOTAL | Claimed: | $16,292.31 |

---

| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Claim Number: 768<br>Claim Date: 03/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | |
|---|---|---|---|

| PRIORITY | Claimed: | $13,230.99 | |
| SECURED | Claimed: | $3,061.32 | |
| UNSECURED | Claimed: | $13,230.99 | |
| TOTAL | Claimed: | $16,292.31 | |

| LAFRANCE, KIMBERLY MCCLEARY<br>1540 11TH ST<br>MANHATTAN BEACH, CA 90266 | Claim Number: 3862<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6904 | | |
|---|---|---|---|

| UNSECURED | Claimed: | $44,006.64 | Scheduled: | $21,602.59 UNLIQ |

| LAFRANCE, KIMBERLY MCCLEARY<br>1540 11TH ST<br>MANHATTAN BEACH, CA 90266 | Claim Number: 6904<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3862 | | |
|---|---|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | |

| LAGUNA BEACH PATRIOTS DAY<br>PARADE ASSOCIATION<br>PO BOX 5147<br>LAGUNA BEACH, CA 92652 | Claim Number: 1173<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|

| UNSECURED | Claimed: | $0.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

LANDON, TIMOTHY
2704 BENNETT AVENUE
EVANSTON, IL 60201

Claim Number: 6855
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

LANESEY, WILLIAM
7730 ANNESDALE DRIVE
CINCINNATI, OH 45243

Claim Number: 4318
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $431.18 | Scheduled: | $431.18 |
| --- | --- | --- | --- | --- |

LANESEY, WILLIAM A.
7730 ANNESDALE DRIVE
CINCINNATI, OH 45243

Claim Number: 4317
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $83,400.00 |
| --- | --- | --- |

LANKEY, JEFFREY W.
4829 BURGOYNE LANE
LA CANADA, CA 91011

Claim Number: 3863
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $8,600.23 |
| --- | --- | --- |

LARSON, CHARLES E.
1401 WOODBINE COURT
ARLINGTON, TX 76012-4236

Claim Number: 6696
Claim Date: 02/22/2011
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 9346 (06/24/2011)

| UNSECURED | Claimed: | $17,465.00 |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| LASALLE NETWORK, THE<br>MARTIN J. WASSERMAN<br>MUCH SHELIST DENENBERG AMENT RUBENSTEIN<br>191 N. WACKER DRIVE, SUITE 1800<br>CHICAGO, IL 60606 | Claim Number: 3279<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY | | | | |

| UNSECURED | Claimed: | $5,285.00 | | | |

---

| LASER LINE INC<br>1025 W NURSEY RD  STE 122<br>LINTHICUM, MD 21090 | Claim Number: 1066-01<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | | | |

| UNSECURED | Claimed: | $418.15 | | Allowed: | $418.15 |

---

| LAUGHLIN, JOAN MC<br>201 FIVE CITIES DR<br>SPACE # 62<br>PISMO BEACH, CA 93449-3085 | Claim Number: 6524<br>Claim Date: 06/10/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | |

| UNSECURED | Claimed: | $0.00 | Scheduled: | $3,230.00 | Allowed: | $3,230.00 |

---

| LAURENCE FURNELL, DBA LAURENCE FURNELL,<br>INC.<br>C/O GIAMO ASSOCIATES LLP; ATTN: J GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5855<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | | |

| UNSECURED | Claimed: | $330,593.00 | Scheduled: | $0.00 UNLIQ | |

---

| LAURENCE P. SKENDZEL IRA ROLLOVER<br>10338 WESTERN HILLS DR.<br>TRAVERSE CITY, MI 49864 | Claim Number: 5628<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | |

| SECURED | Claimed: | $40,661.50 | | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

LAVENTHOL, DAVID A.
870 UNITED NATIONS PLAZA
#31B
NEW YORK, NY 10017

Claim Number: 3864
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6935

---

| UNSECURED | Claimed: | $3,598,937.76 | Scheduled: | $2,606,945.00 UNLIQ |
|---|---|---|---|---|

LAVENTHOL, DAVID A.
870 UNITED NATIONS PLAZA, # 31B
NEW YORK, NY 10017

Claim Number: 6935
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3864

---

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

LAVU, NIRMALA
5554 E. RIO VERDE VISTA DR
TUCSON, AZ 85750

Claim Number: 3283
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

LAW OFFICES OF GERALD S. SACK, LLC
836 FARMINGTON AVENUE, SUITE 109
WEST HARTFORD, CT 06119

Claim Number: 994
Claim Date: 04/13/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8204 (03/01/2011)

---

| UNSECURED | Claimed: | $8,541.01 |
|---|---|---|

LAW OFFICES OF GERALD S. SACK, LLC
GERALD S. SACK
836 FARMINGTON AVE.
SUITE 109
WEST HARTFORD, CT 06119

Claim Number: 1091
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

---

| UNSECURED | Claimed: | $8,541.01 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| LAW OFFICES OF GERALD S. SACK, LLC | Claim Number: 6663 | | | |
|---|---|---|---|---|
| 836 FARMINGTON AVENUE, SUITE 109 | Claim Date: 10/18/2010 | | | |
| WEST HARTFORD, CT 06119 | Debtor: TRIBUNE COMPANY | | | |
| | Comments: ALLOWED | | | |
| | DOCKET: 9949 (10/11/2011) | | | |

| UNSECURED | Claimed: | $16,791.01 | Allowed: | $8,541.01 |
|---|---|---|---|---|

| LAWRENCE S. LOESEL IRA ROLLOVER | Claim Number: 5627 |
|---|---|
| 324 WATER WARH LANE | Claim Date: 06/12/2009 |
| TRAVERSE CITY, MI 49686-1079 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| SECURED | Claimed: | $25,413.44 |
|---|---|---|

| LEACH, THOMAS | Claim Number: 6856 |
|---|---|
| 200 EAST DELAWARE PLACE, #4F | Claim Date: 11/01/2011 |
| CHICAGO, IL 60611 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| LEE SCHNEIDER, R. MARILYN | Claim Number: 6936 |
|---|---|
| 2124 BAGLEY AVE. | Claim Date: 11/02/2011 |
| LOS ANGELES, CA 90034 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | amends claim 3865 |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| LEE, DENNIS M. | Claim Number: 4632 |
|---|---|
| IRA FBO | Claim Date: 06/11/2009 |
| 3153 ORLEANS WAY S. | Debtor: TRIBUNE COMPANY |
| APOPKA, FL 32703-5920 | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $25,090.56 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER                                                                    Date: 12/06/2011
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| LEE, JEFFRY<br>278 STEELE ROAD<br>WEST HARTFORD, CT 06117 | Claim Number: 2624<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,000.00 | |

---

| LEESCHNEIDER, R. MARILYN<br>2124 BAGLEY AVENUE<br>LOS ANGELES, CA 90034 | Claim Number: 3865<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6937 | | |
|---|---|---|---|
| UNSECURED | Claimed: | $63,947.25 | Scheduled: $37,556.00 UNLIQ |

---

| LEFEBVRE, SUSAN<br>1 CHELSEA PLACE<br>FARMINGTON, CT 06032 | Claim Number: 267<br>Claim Date: 01/13/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

---

| LEFEBVRE, SUSAN<br>1 CHELSEA PLACE<br>FARMINGTON, CT 06032 | Claim Number: 1531<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $45,000.00 UNLIQ | |

---

| LEGER, LISA<br>C/O DALEY, DEBOFSKY & BRYANT<br>55 W. MONROE STREET<br>SUITE 2440<br>CHICAGO, IL 60603 | Claim Number: 3689<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $38,973.35 | Scheduled: $0.00 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

LEO, JAMES
93 ISLIP BLVD.
ISLIP, NY 11751

Claim Number: 5073
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

LEONARD, JOSEPH J.
26 LAPEER ST.
DEER PARK, NY 11729

Claim Number: 295
Claim Date: 01/21/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $36,267.00 |
|---|---|---|

LEONE, MARK
19 STRUM ST.
BRENTWOOD, NY 11717

Claim Number: 5084
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

LEPE, JOSE M
455 NORTH DAHLIA AVENUE
ONTARIO, CA 91762

Claim Number: 2566
Claim Date: 05/07/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $11,369.51 |
|---|---|---|

LEVIN, MARTIN P.
221 KIRBY LANE
RYE, NY 10580

Claim Number: 3866
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $103,195.50 | Scheduled: | $105,518.00 UNLIQ |
|---|---|---|---|---|

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

LEVIN, MARTIN P.
221 KIRBY LANE
RYE, NY 10580

Claim Number: 6997
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00  UNDET | | |

LEVINE, JESSE E.
1255 OWOSSO AVENUE
HERMOSA BEACH, CA 90254

Claim Number: 3867
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6937

---

| UNSECURED | Claimed: | $49,524.89 | Scheduled: | $25,872.00  UNLIQ |

LEVINE, JESSE E.
1255 OWOSSO AVENUE
HERMOSA BEACH, CA 90254

Claim Number: 6937
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3867

---

| UNSECURED | Claimed: | $0.00  UNDET | | |

LEVINE, NED
301 FRANKEL BLVD.
MERRICK, NY 11566

Claim Number: 5329
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00  UNDET | | |

LEVINE, STANLEY H.
1209 MARSALIS WAY
CARY, NC 27519-7070

Claim Number: 5923
Claim Date: 06/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $20,299.20 | | |

Epiq Bankruptcy Solutions, LLC

---

| | | | | |
|---|---|---|---|---|
| LEWIN, LUIS
1800 KING EIDER DRIVE
WEST LAFAYETTE, IN 47906 | | Claim Number: 6857
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY | | |

---

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|
| LEXISNEXIS A DIV. OF REED ELSEVIER INC
9443 SPRINGBORO PIKE
MIAMISBURG, OH 45342 | | Claim Number: 660
Claim Date: 02/19/2009
Debtor: TRIBUNE COMPANY | | |

---

| UNSECURED | Claimed: | $979.31 | Scheduled: | $363.85 |
|---|---|---|---|---|
| LEXISNEXIS A DIV. OF REED ELSEVIER INC
9443 SPRINGBORO PIKE
MIAMISBURG, OH 45342 | | Claim Number: 663
Claim Date: 02/19/2009
Debtor: TRIBUNE COMPANY | | |

---

| UNSECURED | Claimed: | $506.53 | | |
|---|---|---|---|---|
| LEXISNEXIS A DIV. OF REED ELSEVIER INC
9443 SPRINGBORO PIKE
MIAMISBURG, OH 45342 | | Claim Number: 670
Claim Date: 02/19/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009) | | |

---

| UNSECURED | Claimed: | $443.63 | | |
|---|---|---|---|---|
| LI, TAO
234 BRENRICH CV N
MEMPHIS, TN 38117-2834 | | Claim Number: 3731
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance | | |

| PRIORITY | Claimed: | $24,713.71 |
|---|---|---|
| SECURED | Claimed: | $24,713.71 |
| UNSECURED | Claimed: | $0.00 |
| TOTAL | Claimed: | $24,713.71 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| LIBERTY MUTUAL INSURANCE COMPANY | Claim Number: 4443 |
| F/K/A SAFECO INSURANCE COMPANY | Claim Date: 06/10/2009 |
| C/O T. SCOTT LEO, LEO & WEBER, PC | Debtor: TRIBUNE COMPANY |
| 1 N LASALLE ST, STE 3600 | Comments: EXPUNGED |
| CHICAGO, IL 60602 | DOCKET: 3802 (03/22/2010) |

| UNSECURED | Claimed: | $19,844,866.20  CONT | | |

---

| LICHTMAN, RONALD | Claim Number: 2718 |
| 16-28 RADBURN ROAD | Claim Date: 05/11/2009 |
| FAIR LAWN, NJ 07410 | Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $29,673.00 | | |
| UNSECURED | | | Scheduled: | $29,673.00  UNLIQ |

---

| LIEBL, ALFRED R. | Claim Number: 6103 |
| 2820 ANTIOCH CHURCH ROAD | Claim Date: 07/20/2009 |
| WATKINSVILLE, GA 30677 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $4,059.84 | | |

---

| LILLICRAF, VIRGINIA C & ROME | Claim Number: 6539 |
| JT TEN | Claim Date: 06/21/2010 |
| 137 ELM ST | Debtor: TRIBUNE COMPANY |
| FAIRFIELD, CT 06824-5105 | |

| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |

---

| LINDSAY, JOHN P. | Claim Number: 3868 |
| 1147 EL MEDIO AVENUE | Claim Date: 06/09/2009 |
| PACIFIC PALISADES, CA 90272 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $23,066.77 | Scheduled: | $21,758.00  UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| LIONHEART ENGINEERING<br>1004 TRAKK LANE<br>WOODSTOCK, IL 60098 | | Claim Number: 1903<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $775.00 | Scheduled: | $775.00 |

| LIPINSKI, ANN MARIE<br>4919 S. WOODLAWN AVE.<br>CHICAGO, IL 60615 | | Claim Number: 7048<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| LIPINSKI, ANNMARIE<br>4919 S. WOODLAWN AVE.<br>CHICAGO, IL 60615 | | Claim Number: 3484<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $462.99 | Scheduled: | $462.99 |

| LIPTON, RICHARD CUST THOMAS S LIPTON UTM<br>IL<br>235 WARWICK<br>KENILWORTH, IL 60043-1141 | | Claim Number: 6492<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SIRVA RELOCATION LLC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3396<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,775.00 | Scheduled: | $16,775.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

LOAN FUNDING V, LLC, ET AL
C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC
ATTN: FRANK JONES
GATEWAY CENTER 2, 10TH FLOOR
NEWARK, NJ 07102

Claim Number: 3437
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| SECURED | Claimed: | $3,950,000.00 | | |
|---|---|---|---|---|

LOBDELL, NANACY
620 SAND HILL RD, APT. 301C
PALO ALTO, CA 94304

Claim Number: 6890
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3828

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

LOBDELL, NANCY
620 SAND HILL RD, APT. 301C
PALO ALTO, CA 94304

Claim Number: 3828
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6890

| UNSECURED | Claimed: | $115,583.28 | Scheduled: | $89,882.00 UNLIQ |
|---|---|---|---|---|

LOISELLE, PAUL
640 S BROADVIEW ST
ANAHEIM, CA 92804-2649

Claim Number: 4189
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $588.14   UNLIQ | | |
|---|---|---|---|---|

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: ENTERCOM COMM. NEW ORLEANS
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 63
Claim Date: 12/29/2008
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $33,969.40 | Scheduled: | $33,900.80 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: HEXAWARE TECHNOLOGIES INC<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2464<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|
| UNSECURED          Claimed: | $21,480.22          Scheduled: | $21,480.22 |

| LORETONI, RICHARD<br>18 BRADISH LANE<br>BABYLON, NY 11702 | Claim Number: 5129<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|
| UNSECURED          Claimed: | $0.00  UNDET |

| LUBIN, MARSHALL<br>314 NEPTUNE AVENUE<br>WEST BABYLON, NY 11704 | Claim Number: 5130<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|
| UNSECURED          Claimed: | $0.00  UNDET |

| LUFRANO, MICHAEL R.<br>5707 N. RAVENSWOOD<br>CHICAGO, IL 60660 | Claim Number: 5281<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Certain Compensation and benefits in certain scenarios |
|---|---|
| UNSECURED          Claimed: | $0.00  UNDET |

| LUNDQUIST, MARGARET<br>208 FARHAN LANE<br>NORTH BABYLON, NY 11703 | Claim Number: 5063<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|
| UNSECURED          Claimed: | $0.00  UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| LUTHER, MARYLOU<br>35 PARK AVE<br>11H<br>NEW YORK, NY 10016 | Claim Number: 2033<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| LYLE, JOHN<br>361 E 50TH ST<br>APT 3H<br>NEW YORK, NY 10022-7953 | Claim Number: 6508<br>Claim Date: 06/01/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $306.00 | Scheduled: | $306.00 |
|---|---|---|---|---|

| MACGOWAN, CARL<br>211-01 85TH AVENUE<br>HOLLIS HILLS, NY 11427 | Claim Number: 4976<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| MACMUNNIS INC.<br>1840 OAK AVENUE<br>SUITE 300<br>EVANSTON, IL 60201 | Claim Number: 1616<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $4,590.00 |
|---|---|---|

| MADISON CORPORATE GROUP, INC., AS AGENT<br>OF CRYSTAL LAKE LIMITED PARTNERSHIP<br>650 ROOSEVELT ROAD, SUITE 204<br>GLEN ELLYN, IL 60137 | Claim Number: 6165<br>Claim Date: 08/07/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $99,168.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

MAGELLAN HEALTH SERVICES
125 SOUTH WACKER DR
SUITE 1450
CHICAGO, IL 60606

Claim Number: 4673
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 9400 (06/30/2011)

| UNSECURED | Claimed: | $184,803.00 | Scheduled: | $765.00 | Allowed: | $49,803.00 |

MAGID GLOVE & SAFETY MFG. CO. LLC.
2060 N. KOLMAR AVENUE
CHICAGO, IL 60639

Claim Number: 645-02
Claim Date: 03/06/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $603.44 |

MAGNUSON, ROBERT G.
374 FLORA ST.
LAGUNA BEACH, CA 92651

Claim Number: 3829
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6938

| UNSECURED | Claimed: | $230,074.32 | Scheduled: | $117,314.00 UNLIQ |

MAGNUSON, ROBERT G.
374 FLORA ST.
LAGUNA BEACH, CA 92651

Claim Number: 6938
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3829

| UNSECURED | Claimed: | $0.00   UNDET |

MALLORY, MARK
3312 LAKEWOOD COURT
GLENVIEW, IL 60026

Claim Number: 6859
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

MALLORY, R. MARK
3312 LAKEWOOD COURT
GLENVIEW, IL 60026

Claim Number: 5014
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

MALONE, RICHARD H.
899 OAK STREET
WINNETKA, IL 60093

Claim Number: 6854
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

MANCINI, JOHN
64-14 847TH ST.
MIDDLE VILLAGE, NY 11379-2424

Claim Number: 5089
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

MANGO, CONSTANCE
29 EAST STREET
MIDDLE ISLAND, NY 11953-1712

Claim Number: 5314
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

MANN, LAURA E.
249-11 61ST AVE
LITTLE NECK, NY 11362

Claim Number: 5060
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| MANRESA JESUIT RETREAT ENDOWMENT FUND<br>C/O THOMAS HCIRLEY<br>1390 QUARTON ROAD<br>BLOOMFIELD HILLS, MI 48034 | Claim Number: 5634<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $25,413.44 | | |
| MANSI, MATTHEW M.<br>539 DOWNING STREET<br>DENVER, CO 80218 | Claim Number: 4988<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
| UNSECURED | Claimed: | $42,500.00 | | |
| MARAS, JEFFREY J & AMY K MARAS JT TEN<br>BOX 205<br>GRAYSLAKE, IL 60030-0205 | Claim Number: 6567<br>Claim Date: 07/09/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $340.00 | Scheduled: | $340.00 |
| MARCUS, ERICA<br>88 WYCKOFF ST<br>BROOKLYN, NY 11201 | Claim Number: 5093<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| MARIMOW, WILLIAMK.<br>1942 PANAMA STREET<br>PHILADELPHIA, PA 19103 | Claim Number: 3830<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6899 | | | |
| UNSECURED | Claimed: | $37,443.28 | Scheduled: | $22,775.00  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

MARIMOW, WILLIAMK.
1942 PANAMA STREET
PHILADELPHIA, PA 19103

Claim Number: 6899
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3830

| UNSECURED | Claimed: | $0.00  UNDET | | | |
|---|---|---|---|---|---|

---

MARK 1 RESTORATION COMPANY
1021 MARYLAND AVENUE
DOLTON, IL 60419

Claim Number: 820
Claim Date: 03/27/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $47,450.10 | Scheduled: | $47,450.10 | |
|---|---|---|---|---|---|

---

MARRO, ANTHONY J.
10 WEST RD, PO BOX 944
OLD BENNINGTON, VT 05201

Claim Number: 3831
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6889

| UNSECURED | Claimed: | $324,038.35 | Scheduled: | $220,893.00 UNLIQ | |
|---|---|---|---|---|---|

---

MARRO, ANTHONY J.
10 WEST RD.; P.O. BOX 944
OLD BENNINGTON, VT 05201

Claim Number: 6889
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3831

| UNSECURED | Claimed: | $0.00  UNDET | | | |
|---|---|---|---|---|---|

---

MARSCH, CHRISTINE SHANEL CUST WILLIAM
KENNETH MARSCH UGMA IL
596 WHARTON DR
LAKE FOREST, IL 60045-4827

Claim Number: 6543
Claim Date: 06/21/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| SECURED | Claimed: | $0.00 | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,360.00 | Allowed: | $1,360.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

MARSH USA, INC.
ATTN: MITCHELL AUSLANDER & CHRISTOPHER
JEANOS C/O WILKIE FARR & GALLAGHER LLP
787 SEVENTH AVE
NEW YORK, NY 10019

Claim Number: 4396
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments:
Confidential Settlement Agreement

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

MARTIN, JEROME P.
2727 REVERE STREET
HOUSTON, TX 77098

Claim Number: 6842
Claim Date: 10/31/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

MASON, WILLIAM
46 EAST 21 ST.
HUNTINGTON STATION, NY 11746

Claim Number: 5007
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension benefits

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

MASSARO, JEFFREY M.
78 ROOT AVE.
ISLIP, NY 11751-2416

Claim Number: 5036
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

MATHIAS WASHINGTON COUNTY CHARITABLE
TRUST, THE
12019 BAYER DRIVE
SMITHSBURG, MD 21783

Claim Number: 5992
Claim Date: 06/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $1,051,498.56 |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

MATILLA SURVIVOR TRUST, THE
C/O PATRICIA MORRIS
DANNING GILL DIAMOND & KOLLITZ, LLP
2029 CENTURY PARK EAST, THIRD FLOOR
LOS ANGELES, CA 90067

Claim Number: 6139
Claim Date: 07/24/2009
Debtor: TRIBUNE COMPANY

---

| ADMINISTRATIVE | Claimed: | $8,937.53 |
|---|---|---|

MATILLA SURVIVORS TRUST
SHIRLEY MATILLA AS SOLE TRUSTEE
ERIC P ISRAEL / DANNIN GILL DIAMOND
2029 CENTURY PARK EAST, THIRD FLOOR
LOS ANGELES, CA 900678

Claim Number: 6118
Claim Date: 07/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8204 (03/01/2011)

---

| UNSECURED | Claimed: | $159,162.04 |
|---|---|---|

MATILLA SURVIVORS TRUST
SHIRLEY MATILLA AS SOLE TRUSTEE
ERIC P ISRAEL ESQ / DANNING GILL DIAMOND
2029 CENTURY PARK EAST, THIRD FLOOR
LOS ANGELES, CA 90067

Claim Number: 6635
Claim Date: 08/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 6118

---

| UNSECURED | Claimed: | $171,673.07 |
|---|---|---|

MATILLA SURVIVORS TRUST-SHIRLEY MATILLA
AS SOLE TRUSTEE, C/O ERIC P. ISRAEL, ESQ
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 CENTURY PARK EAST, THIRD FLOOR
LOS ANGELES, CA 90067

Claim Number: 6637
Claim Date: 08/03/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8204 (03/01/2011)

---

| UNSECURED | Claimed: | $171,673.07 |
|---|---|---|

MAXWELL, DONALD S.
2160 LE FLORE DRIVE
LA HABRA HEIGHT, CA 90631

Claim Number: 3832
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6939

---

| UNSECURED | Claimed: | $375,385.65 | Scheduled: | $302,117.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| MAXWELL, DONALD S.<br>2160 LE FLORE DRIVE<br>LA HABRA HEIGHTS, CA 90631 | Claim Number: 6939<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3832 | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | |
| MAY, LIISA M.<br>15 SARATOGA ST<br>COMMACK, NY 11725 | Claim Number: 5427<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| PRIORITY | Claimed: | $0.00  UNDET | | |
| SECURED | Claimed: | $0.00  UNDET | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| MAYER, MOSES TRUST<br>FBO ELIZABETH F. LIPPER<br>370 COOK STREET<br>DENVER, CO 80206 | Claim Number: 5573<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| SECURED | Claimed: | $35,537.47 | | |
| MAZURKEWICZ, DANIAL<br>NICHOLS & CANE, LLP<br>REGINA C. NICHOLS, ESQ.<br>6800 JERICHO TPKE, STE 120 W<br>SYOSSET, NY 11791 | Claim Number: 2920<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $10,000,000.00 | Scheduled: | $0.00 UNLIQ |
| MC CRORY, JOHN J<br>187 DOLPHIN COVE QUAY<br>STAMFORD, CT 06902 | Claim Number: 5302<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $248,000.00 | Scheduled: | $219,546.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| MCCORMICK, JO ANNA CANZONERI | Claim Number: 6647 |
| 342 N ATLANTIC BLVD | Claim Date: 09/07/2010 |
| ALHAMBRA, CA 91801-2217 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 8204 (03/01/2011) |

| SECURED | Claimed: | $10,000,000,000.00   CONT |
| UNSECURED | Claimed: | $40,000,000,000.00   CONT |

---

| MCCROHON, NANCY | Claim Number: 4389 |
| 2101 CONNECTICUT AV | Claim Date: 06/10/2009 |
| WASHINGTON, DC 20008 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension and survivor benefits |

| PRIORITY | Claimed: | $0.00   UNDET |

---

| MCDOWELL, CURTIS | Claim Number: 2092 |
| 166 JONES CREEK ACRES DR | Claim Date: 04/30/2009 |
| FRANKLIN, NC 28734 | Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $417.45   UNLIQ |

---

| MCGUINNESS, KATHLEEN G. | Claim Number: 3833 |
| PO BOX 169 | Claim Date: 06/09/2009 |
| FAIRFIELD, IA 52556 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $1,800,192.32 | Scheduled: | $1,713,849.82 UNLIQ |

---

| MCGUINNESS, KATHLEEN G. | Claim Number: 6998 |
| PO BOX 169 | Claim Date: 11/02/2011 |
| FAIRFIELD, IA 52556 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

MCGUIRE, MARK E.
519 ORCHARD LANE
WINNETKA, IL 60093

Claim Number: 5340
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 10021 (10/19/2011)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

MCINERNEY, MAUREEN
19 WAYSIDE LANE
SELDEN, NY 11784

Claim Number: 5313
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

MCKEON, JOHN C.
3522 GILLESPIE ST
DALLAS, TX 75219-4832

Claim Number: 3834
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6903

| UNSECURED | Claimed: | $96,928.56 | Scheduled: | $38,521.00 UNLIQ |
|---|---|---|---|---|

---

MCKEON, JOHN C.
3522 GILLESPIE ST
DALLAS, TX 75219

Claim Number: 6903
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3834

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

MCLAUGHLIN, DONALD
2632 NE 201ST AVENUE
UNIT 30
FAIRVIEW, OR 97024-8706

Claim Number: 2273
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY
Comments:
Attached letter refers to retiree life insurance policy

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| MCLAUGHLIN, VICTORIA | Claim Number: 4929 |
| 233 BROADWAY FL 5 | Claim Date: 06/12/2009 |
| NEW YORK, NY 10279-0599 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $10,000.00 |

---

| MCLOUGHLIN, ANTOINETTE | Claim Number: 5131 |
| 266 RIDER AVE. | Claim Date: 06/12/2009 |
| MALVERNE, NY 11565 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| MCNAIR, BILL | Claim Number: 4926 |
| 233 BROADWAY FL 5 | Claim Date: 06/12/2009 |
| NEW YORK, NY 10279-0599 | Debtor: TRIBUNE COMPANY |
| | Comments: DOCKET: 6450 (11/15/2010) |

| UNSECURED | Claimed: | $10,000.00 |

---

| MEADOWS, JACK E. | Claim Number: 3836 |
| 2225 TWELVE OAKS DR | Claim Date: 06/09/2009 |
| FAYETTEVILLE, AR 72703 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $108,100.07 | Scheduled: | $86,230.00  UNLIQ |

---

| MEADOWS, JACK E. | Claim Number: 6999 |
| 2225 TWELVE OAKS DR | Claim Date: 11/02/2011 |
| FAYETTEVILLE, AR 72703 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNDET |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | |
|---|---|---|---|---|
| MEANEY, THOMAS<br>124 REMSEN ST APT 13<br>BROOKLYN, NY 11201-4228 | | Claim Number: 1112<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | |
| PRIORITY | Claimed: | $400.00 | | |
| MEBT HOLDING LLC<br>2 GRAPEVINE LANE<br>BLOOMINGTON, IL 61704 | | Claim Number: 5897<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| SECURED | Claimed: | $54,000.00 | | |
| UNSECURED | Claimed: | $0.00 | | |
| MEIER, ANDREW<br>430 HENRY ST NO.2<br>BROOKLYN, NY 11231 | | Claim Number: 6263<br>Claim Date: 10/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
| UNSECURED | Claimed: | $500.00 | | |
| MEIER, ANDREW<br>430 HENRY STREET., # 2<br>BROOKLYN, NY 11231 | | Claim Number: 6264<br>Claim Date: 10/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
| UNSECURED | Claimed: | $500.00 | | |
| MEIER, STEPHEN C.<br>1512 BEECH STREET<br>SO PASADENA, CA 91030 | | Claim Number: 3837<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $232,480.68 | Scheduled: | $126,084.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

MEIER, STEPHEN C.
1512 BEECH STREET
SO PASADENA, CA 91030

Claim Number: 7000
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

MEISSNER, ROSEMARIE
134 SACKETT HILL RD
WARREN, CT 06754

Claim Number: 3355
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| SECURED | Claimed: | $12,073.14 |
|---|---|---|

MERCER, INC.
PO BOX 730182
DALLAS, TX 75373-0182

Claim Number: 240
Claim Date: 01/15/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 8091 (02/22/2011)

---

| UNSECURED | Claimed: | $35,596.00 | Scheduled: | $18,026.98 |
|---|---|---|---|---|

MERRILL COMMUNICATIONS
ONE MERRILL CIRCLE
SAINT PAUL, MN 55108

Claim Number: 797
Claim Date: 03/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

---

| UNSECURED | Claimed: | $15,634.45 |
|---|---|---|

MERRILL COMMUNICATIONS
ONE MERRILL CIRCLE
SAINT PAUL, MN 55108

Claim Number: 935
Claim Date: 04/13/2009
Debtor: TRIBUNE COMPANY
Comments:
Amends claim number 797

---

| UNSECURED | Claimed: | $16,041.31 | Scheduled: | $16,041.31 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| MERRILL LYNCH CAPITAL CORPORATION<br>ATTN: MICHAEL O'BRIEN<br>4 WORLD FINANCIAL CENTER<br>250 VESEY STREET<br>NEW YORK, NY 10080 | Claim Number: 4331<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY |

---

| UNSECURED | Claimed: | $1,619,060,109.29  UNLIQ | Scheduled: | $1,619,506,849.32  UNLIQ |

---

| MERRITT GB1 LLC<br>2066 LORD BALTIMORE DR<br>BALTIMORE, MD 21244 | Claim Number: 3644<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3188 (01/25/2010) |

---

| UNSECURED | Claimed: | $395.92 |

---

| MET TESTING (CALVERT ST.)<br>3700 COMMERCE DRIVE SUITE 901<br>ATTN: RON COOPER<br>BALTIMORE, MD 21227 | Claim Number: 2114<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |

---

| UNSECURED | Claimed: | $2,445.00 |

---

| MET TESTING (SUN PARK)<br>3700 COMMERCE DRIVE SUITE 901<br>ATTN: RON COOPER<br>BALTIMORE, MD 21227 | Claim Number: 2115<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |

---

| UNSECURED | Claimed: | $2,277.00 |

---

| METCALFE, FRIEDA A.<br>MYRON B. DEWITT, ESQ.<br>DEWITT & CORDNER<br>PO BOX 244<br>SUSQUEHANNA, PA 18847 | Claim Number: 6518<br>Claim Date: 06/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>CLAIM AMOUNT IS $190.68 PER MONTH |

---

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| METHOT, PAUL B<br>1357 S INDIANA PKWY<br>CHICAGO, IL 60605-2619 | Claim Number: 6495<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $3,808.00 | Scheduled: | $3,808.00 | | |
|---|---|---|---|---|---|---|

| MEUSER, MEGAN LOUISE<br>1328 S PARK AVE<br>SPRINGFIELD, IL 62704-3462 | Claim Number: 6603<br>Claim Date: 07/23/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |

| UNSECURED | Claimed: | $0.00 | Scheduled: | $68.00 | Allowed: | $68.00 |

| MEYER, DANNY & KELLY<br>8891 LEE REEVES RD<br>TALLAHASSEE, FL 32309 | Claim Number: 5967<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $60,897.60 |

| MICROSOFT CORPORATION<br>ATTN: MARC BARRECA<br>K&L GATES LLP<br>925 FOURTH AVE, SUITE 2900<br>SEATTLE, WA 98104 | Claim Number: 4672<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9835 (09/27/2011) |

| UNSECURED | Claimed: | $36,494,101.15   CONT |

| MICROSOFT CORPORATION AND MICROSOFT<br>LICENSING, GP<br>C/O MARIA ANN MILANO - RIDDELL WILLIAMS<br>1001  4TH AVE STE 4500<br>SEATTLE, WA 98154-1192 | Claim Number: 4296<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9949 (10/11/2011) |

| UNSECURED | Claimed: | $4,214,723.11 | Scheduled: | $366,800.30 | Allowed: | $366,800.30 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | |
|---|---|---|---|---|---|
| MIKE ANTHONY PHOTO LLC<br>MICHAEL ANTHONY MOFFA<br>1003 CORKWOOD DRIVE<br>OVIEDO, FL 32765 | | Claim Number: 490<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 2123 (09/16/2009) | | | |
| PRIORITY | Claimed: | $150.00 | | | |
| MIKLISH, BRENDA<br>415 ARCH AVE<br>GREENSBURG, PA 15601 | | Claim Number: 24<br>Claim Date: 12/22/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | | |
| PRIORITY | Claimed: | $360.00 | | | |
| MILAN, JOHN M., AS TRUSTEE<br>THE JOHN M. MILAN AND DIANE N. MILAN<br>LIVING TRUST<br>7520 CARMENITA LN<br>WEST HILLS, CA 91304 | | Claim Number: 4848<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $10,975.00 | | | |
| MILAN, JOHN M., AS TRUSTEE<br>THE JOHN M. MILAN AND DIANE N. MILAN<br>LIVING TRUST<br>7520 CARMENITA LN<br>WEST HILLS, CA 91304 | | Claim Number: 5822<br>Claim Date: 06/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $10,975.00 | | | |
| MILLARD CHICAGO WINDOW CLEANING<br>ATTN: MARISELL ACUESTA<br>7301 N. CICERO AVE<br>LINCOLNWOOD, IL 60712 | | Claim Number: 3193<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $5,071.00 | Scheduled: | $5,071.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| MILLEN, KEVIN<br>1704 LANIER LANE<br>MEMPHIS, TN 38117 | | Claim Number: 526<br>Claim Date: 01/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4775 (06/14/2010) |
| --- | --- | --- |
| UNSECURED | Claimed: | $250,000.00 |
| MILLEN, KEVIN<br>1704 LANIER LANE<br>MEMPHIS, TN 38117 | | Claim Number: 688<br>Claim Date: 02/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4775 (06/14/2010) |
| UNSECURED | Claimed: | $250,000.00   UNLIQ |
| MILLER, JERRY H.<br>924 MOUNTAIN TERRACE<br>HURST, TX 76053 | | Claim Number: 5877<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $202,992.00 |
| MILLER, SANDRA H.<br>1 PERKINS AVE.<br>AMITYVILLE, NY 11701 | | Claim Number: 5332<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension |
| UNSECURED | Claimed: | $0.00   UNDET |
| MILLROD, JACK<br>56 AMERICAN AVE<br>CORAM, NY 11727 | | Claim Number: 5087<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| MISSOURI DEPARTMENT OF REVENUE<br>GENERAL COUNSEL'S OFFICE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | Claim Number: 200<br>Claim Date: 01/08/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $993.96 |
|---|---|---|

---

| MISSOURI DEPARTMENT OF REVENUE<br>GENERAL COUNSEL'S OFFICE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | Claim Number: 6672<br>Claim Date: 11/08/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $9,514.58 |
|---|---|---|
| UNSECURED | Claimed: | $16,930.59 |

---

| MITCHEL & STRANGE LLP BOOTH<br>SETH W. WHITAKER<br>707 WILSHIRE BOULEVARD<br>SUITE 4450<br>LOS ANGELES, CA 90017 | Claim Number: 3331<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) |
|---|---|

| UNSECURED | Claimed: | $4,559.45 | Allowed: | $4,164.85 |
|---|---|---|---|---|

---

| MITCHELL, SR., KEIFFER J., AS PR OF THE<br>ESTATE OF PARREN J. MITCHELL<br>LARRY GIBSON, ESQ. & JOHN LEIDIG, ESQ.<br>36 SO. CHARLES ST., SUITE 2000<br>BALTIMORE, MD 21201 | Claim Number: 878<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $20,000,000.00 |
|---|---|---|

---

| MITTLEMAN, ILEENE H<br>525 EAST 82ND ST APT 9H<br>NEW YORK, NY 10028-7158 | Claim Number: 6594<br>Claim Date: 07/16/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $170.00 | Allowed: | $170.00 |
|---|---|---|---|---|---|---|

---

---

MLRP PENNY LANE LLC, A DELAWARE LLC
RE: SCHAUMBURG 1717 PENNY LN.
C/O ML REALTY PARTNERS, LLC
ONE PIERCE PLACE, SUITE 450
ITASCA, IL 60143

Claim Number: 2650
Claim Date: 05/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| UNSECURED | Claimed: | $100,493.27   CONT |
|---|---|---|

MOLINET, JASON A.
50 GILBERT ST.
NORTHPORT, NY 11768

Claim Number: 5043
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

MOLINET, VIRGINIA A (NEE DUNLEAVEY)
50 GILBERT ST.
NORTHPORT, NY 11768

Claim Number: 5044
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

MOLVAR, JANIE
17625 PALADIN DR
BEND, OR 97701-9132

Claim Number: 3838
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $843,787.40 | Scheduled: | $778,331.03 |
|---|---|---|---|---|

MOLVAR, JANIE
17625 PALADIN DR
BEND, OR 97701

Claim Number: 7038
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

MOLVAR, ROGER H.
13113 SOUTH ECHO LAKE ROAD
SNOHOMISH, WA 98296

Claim Number: 3839
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $560,764.12 | Scheduled: | $213,621.00 UNLIQ |

MOLVAR, ROGER H.
13113 SOUTH ECHO LAKE ROAD
SNOHOMISH, WA 98296

Claim Number: 7001
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00  UNDET |

MONEY SERVICE CENTERS OF HAWAII, INC.
4-901 G KUHIO HWY.
KAPAA, HI 96746

Claim Number: 416
Claim Date: 02/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3802 (03/22/2010)

---

| UNSECURED | Claimed: | $800.00 |

MONICA R. MOCERI REVOCABLE TRUST
3555 FOREST HILL RD
BLOOMFIELD HILLS, MI 48302

Claim Number: 5635
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| SECURED | Claimed: | $50,826.88 |

MONROE COUNTY TREASURER
100 W KIRKWOOD AVE, COURTHOUSE RM 204
BLOOMINGTON, IN 47404-5140

Claim Number: 783
Claim Date: 03/20/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 9882 (10/04/2011)

---

| PRIORITY | Claimed: | $479.98 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| MONSMA, DURHAM J. | Claim Number: 3840 |
| 10305 WYSTONE AVE. | Claim Date: 06/09/2009 |
| PORTER RANCH, CA 91326 | Debtor: TRIBUNE COMPANY |
| | Comments: POSSIBLY AMENDED BY 6893 |

| UNSECURED | Claimed: | $107,492.11 | Scheduled: | $66,079.00 UNLIQ |
|---|---|---|---|---|

| MONSMA, DURHAM J. | Claim Number: 6893 |
| 10305 WYSTONE | Claim Date: 11/02/2011 |
| NORTHRIDGE, CA 91326 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | amends claim 3840 |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| MONSTER INC. | Claim Number: 1544 |
| 5 CLOCK TOWER PLACE | Claim Date: 04/23/2009 |
| SUITE 500 | Debtor: TRIBUNE COMPANY |
| MAYNARD, MA 01754 | Comments: ALLOWED |
| | DOCKET: 4135 (04/22/2010) |

| UNSECURED | Claimed: | $35,000.00 | Allowed: | $3,164.38 |
|---|---|---|---|---|

| MOORE, DARRYL | Claim Number: 1790 |
| 155 EAST GREENWICH ST. | Claim Date: 04/27/2009 |
| APT 314 | Debtor: TRIBUNE COMPANY |
| HEMPSTEAD, NY 11550 | Comments: |
| | Claim out of balance |

| ADMINISTRATIVE | Claimed: | $5,084.61 |
| PRIORITY | Claimed: | $5,084.61 |
| TOTAL | Claimed: | $5,084.61 |

| MOORE, ELIZABETH K. | Claim Number: 5132 |
| 75 S. PENATAQUIT AVE | Claim Date: 06/12/2009 |
| BAY SHORE, NY 11706 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| MOORE, NEVILLE<br>161 SHERIDAN AVE<br>ALBANY, NY 12210-2406 | Claim Number: 6794<br>Claim Date: 07/29/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $102.00 | Scheduled: | $102.00 |
|---|---|---|---|---|

---

| MOREHOUSE, L. CLARK III<br>1 OXFORD ROAD<br>LARCHMONT, NY 10538 | Claim Number: 6812<br>Claim Date: 09/15/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

| MORGAN STANLEY & CO., INC<br>ATTN: STEPHEN O'CONNOR / GENERAL COUNSEL<br>1585 BROADWAY, 3RD FL<br>NEW YORK, NY 10036 | Claim Number: 5034<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| SECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

| MORGAN STANLEY & CO., INCORPORATED<br>ATTN: MATTHEW MORNINGSTAR<br>1221 AVENUE OF THE AMERICAS, 35TH FL<br>NEW YORK, NY 10020 | Claim Number: 6708<br>Claim Date: 03/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $1,000,511.87  UNLIQ |
|---|---|---|

---

| MORGAN STANLEY CAPITAL SERVICES, INC<br>ATTN: SIMON PLATEL, GENERAL COUNSEL<br>1585 BROADWAY, 3RD FLOOR<br>NEW YORK, NY 10036 | Claim Number: 5027<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Various claims including protective claim of $41+million for 7.5% |
|---|---|

| SECURED | Claimed: | $0.00  UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | |
|---|---|---|
| MORGAN, MARY T<br>1 LAFAYETTE ST<br>HUDSON FALLS, NY 12839 | Claim Number: 6033<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| MORITSUGU, HENRY O.<br>92 CLAYDON ROAD<br>GARDEN CITY, NY 11530-1807 | Claim Number: 5133<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| MORNINGSTAR, COLLEEN<br>1460 NE 57TH CT<br>FT. LAUDERDALE, FL 33334 | Claim Number: 6471<br>Claim Date: 05/04/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | |

| SECURED | Claimed: | $10,005.64 |
|---|---|---|

| | | |
|---|---|---|
| MORRISON, ROBERT S.<br>C/O MATTHEW R. KIPP<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>155 NORTH WACKER DRIVE<br>CHICAGO, IL 60606-1720 | Claim Number: 6844<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| MORTON S. COX, JR. IRA<br>P.O. BOX 590<br>PINCKNEY, MI 48169 | Claim Number: 5637<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |

| SECURED | Claimed: | $76,151.72 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| MOSS, GERALD<br>7030 N PENNSYLVANIA STREET<br>INDIANAPOLIS, IN 46220 | Claim Number: 6527<br>Claim Date: 06/11/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8153 (02/25/2011) |
|---|---|

| PRIORITY | Claimed: | $55,012.94 |
|---|---|---|

| MOTLEY, ROBYN L.<br>C/O FRANCES GECKER<br>FRANK / GECKER LLP<br>325 N. LASALLE STREET, STE. 625<br>CHICAGO, IL 60654 | Claim Number: 6834<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| MULDERRIG, STEPHEN J.<br>78 STANTON ROAD<br>DARIEN, CT 06820 | Claim Number: 6823<br>Claim Date: 10/04/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| MULLOOLY, PATRICK<br>153 CHESTNUT STREET<br>GARDEN CITY, NY 11530 | Claim Number: 5321<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| MULVANEY, ROBIN A.<br>970 OAK STREET<br>WINNETKA, IL 60093 | Claim Number: 6836<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| MUNGARIAN, JOHN M. - SEP-IRA<br>FIDELITY MANAGEMENT TRUST CO - CUSTODIAN<br>4460 LA JOLLA<br>PENSACOLA, FL 32504 | Claim Number: 897<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $20,000.00 | | | |
| MURPHY, DAVID P.<br>C/O DEVON J. EGGERT<br>FREEBORN & PETERS LLP<br>311 S. WACKER DR., STE. 3000<br>CHICAGO, IL 60606 | Claim Number: 6870<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | |
| MURPHY, JENNIFER<br>418 N PINE LAKE DR<br>PATCHOGUE, NY 11772 | Claim Number: 6460<br>Claim Date: 04/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $1,775.26 DISP CONT | Allowed: | $1,775.26 |
| MURPHY, JOHN R.<br>P.O. BOX 30927<br>SEA ISLAND, GA 31561 | Claim Number: 3842<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $1,259,218.77 | | | |
| MURPHY, JOHN R.<br>PO BOX 30927<br>SEA ISLAND, GA 31561 | Claim Number: 6915<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3841 | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| MURRAY, CARYN EVE<br>2 WALLINGFORD DRIVE<br>MELVILLE, NY 11747 | Claim Number: 5134<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

| MUSIL, RUTHELLYN<br>179 E. LAKE SHORE DRIVE<br># 501<br>CHICAGO, IL 60611 | Claim Number: 6852<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ | | |
|---|---|---|---|---|

| MUSSMAN, KRISTIN L<br>36 WILDROSE AVE<br>SOUTH PORTLAND, ME 04106-6618 | Claim Number: 6505<br>Claim Date: 06/01/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $5,406.00 | Scheduled: | $5,406.00 |
|---|---|---|---|---|

| MYERS, SIDNEY<br>7842 FISHER ISLAND DR<br>FISHER ISLAND, FL 33109 | Claim Number: 6602<br>Claim Date: 07/23/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8153 (02/25/2011) |
|---|---|

| UNSECURED | Claimed: | $102.00 | | |
|---|---|---|---|---|

| NAGEL, CONRAD F. III<br>2841 APPLE BLOSSOM DR.<br>ALVA, FL 33920 | Claim Number: 3369<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| SECURED | Claimed: | $18,000.00  UNLIQ | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | |
|---|---|---|---|---|---|
| NAKELSKI, CHESTER, DBA C.J. NAKELSKI, INC. CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | Claim Number: 5864 Claim Date: 06/18/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 4774 (06/14/2010) | | | | |
| UNSECURED | Claimed: | $57,044.00 | Scheduled: | $0.00 UNLIQ | |
| NAPER SMALL BUSINESS, LLC 1805 HIGH GROVE LANE NAPERVILLE, IL 60540 | Claim Number: 6081 Claim Date: 07/13/2009 Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $40,636.70 | | | |
| NASH, JOHN T. HC 1 BOX 126 KAUNAKAKAI, HI 96748-8603 | Claim Number: 3843 Claim Date: 06/09/2009 Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $373,594.11 | Scheduled: | $344,612.74 | |
| NATIONAL DECORATING SERVICE INC 2210 CAMDEN COURT ATTN: LEO HART OAK BROOK, IL 60523-1272 | Claim Number: 1405 Claim Date: 04/24/2009 Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $11,400.00 | | | |
| NATIONAL FINANCIAL SERVICES FBO PAUL M MOHME 709 LAKE STREET SAN FRANCISCO, CA 94118 | Claim Number: 3370 Claim Date: 06/01/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 3013 (01/05/2010) | | | | |
| UNSECURED | Claimed: | $10,153.02 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| NAVISTAR LEASING COMPANY<br>425 N. MARTINGALE ROAD, 18TH FLOOR<br>SCHAUMBURG, IL 60173 | Claim Number: 4290<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | | |
|---|---|---|---|---|
| UNSECURED        Claimed: | $387,987.70 | | | |
| NAVISTAR LEASING COMPANY<br>425 N. MARTINGALE ROAD, 18TH FLOOR<br>SCHAUMBURG, IL 60173 | Claim Number: 6550<br>Claim Date: 06/29/2010<br>Debtor: TRIBUNE COMPANY | | | |
| SECURED        Claimed:<br>UNSECURED        Claimed: | $0.00<br>$387,987.70 | | | |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1233<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED        Claimed: | $27,000.00 | Scheduled: | $27,000.00 | |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1234<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED        Claimed: | $400.00 | Scheduled: | $400.00 | |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1235<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED        Claimed: | $9,600.00 | Scheduled: | $9,600.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1236<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1237<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $6,800.00 | Scheduled: | $6,800.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1238<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $10,400.00 | Scheduled: | $10,400.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1239<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $7,100.00 | Scheduled: | $7,100.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1240<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $6,900.00 | Scheduled: | $6,900.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1241<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1242<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $32,000.00 | Scheduled: | $32,000.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1243<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $11,617.00 | Scheduled: | $11,617.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1244<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,745.00 | Scheduled: | $7,745.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1245<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1246<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | | |

| UNSECURED | Claimed: | $2,900.00 | Scheduled: | $2,900.00 | Allowed: | $1,299.52 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1247<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | | |

| UNSECURED | Claimed: | $2,800.00 | Scheduled: | $2,800.00 | | |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1248<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | | |

| UNSECURED | Claimed: | $60,294.00 | Scheduled: | $60,294.00 | | |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1249<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | | |

| UNSECURED | Claimed: | $104,000.00 | Scheduled: | $104,000.00 | | |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1250<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | | |

| UNSECURED | Claimed: | $9,600.00 | Scheduled: | $9,600.00 | | |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1251<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,855.64 | Scheduled: | $1,855.64 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1252<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $2,029.16 | Scheduled: | $2,029.16 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1253<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $2,413.10 | Scheduled: | $2,413.10 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1254<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $800.00 | Scheduled: | $800.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1255<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $2,140.41 | Scheduled: | $2,140.41 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1256<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,420.02 | Scheduled: | $1,420.02 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1257<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,815.06 | Scheduled: | $1,815.06 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1258<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,698.47 | Scheduled: | $1,698.47 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1259<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,407.62 | Scheduled: | $1,407.62 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1260<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $40,196.00 | Scheduled: | $40,196.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1261<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,200.00 | Scheduled: | $19,200.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1262<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $62,400.00 | Scheduled: | $62,400.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1263<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,600.00 | Scheduled: | $9,600.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1266<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,200.00 | Scheduled: | $12,200.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1267<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,400.00 | Scheduled: | $11,400.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1268<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | |
|---|---|---|---|---|---|

| UNSECURED | Claimed: | $14,000.00 | Scheduled: | $14,000.00 | |
|---|---|---|---|---|---|

| NEELY, JACK W<br>41121 BRYN BACH LN<br>LEESBURG, VA 20175-8747 | Claim Number: 3845<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | |
|---|---|---|---|---|---|

| UNSECURED | Claimed: | $8,957.24 | Scheduled: | $7,597.50 UNLIQ | |
|---|---|---|---|---|---|

| NEIBERGALL, BRENDAN DOUGLAS<br>1328 S PARK AVE<br>SPRINGFIELD, IL 62704-3462 | Claim Number: 6604<br>Claim Date: 07/23/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | |
|---|---|---|---|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $68.00 | Allowed: | $68.00 |
|---|---|---|---|---|---|---|

| NEIBERGALL, GABRIEL HANSEN<br>3201 58TH ST S<br>APT 159<br>GULFPORT, FL 33707-6041 | Claim Number: 6552<br>Claim Date: 07/02/2010<br>Debtor: TRIBUNE COMPANY | | | | |
|---|---|---|---|---|---|

| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 | |
|---|---|---|---|---|---|

| NEIGHBORS, THOMAS F &<br>GWEN C WINTER-NEIGHBORS JT TEN<br>26 CHARTERHOUSE AVE<br>PIEDMONT, SC 29673-9139 | Claim Number: 6534<br>Claim Date: 06/18/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) | | | | |
|---|---|---|---|---|---|

| SECURED | Claimed: | $0.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 | |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| NEILSON, LAURA<br>160 E 3RD ST APT 4F<br>NEW YORK, NY 10009-7735 | | Claim Number: 1026<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
| PRIORITY | Claimed: | $75.00 |
| NELSON, GARY H.<br>9299 MOORING CIRCLE<br>FORT MYERS, FL 33967 | | Claim Number: 5719<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $20,299.20 |
| NELSON, GARY H.<br>9299 MOORING CIRCLE<br>FORT MYERS, FL 33967 | | Claim Number: 5720<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $19,284.24 |
| NELSON, GARY H.<br>9299 MOORING CIRCLE<br>FORT MYERS, FL 33967 | | Claim Number: 5721<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $18,269.28 |
| NETTIMI, SOUMYA<br>2941 GRAY ST<br>OAKTON, VA 22124 | | Claim Number: 4896<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $10,149.60 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

NEUMAN, CHRIS
C/O MOSKOWITZ LAW GROUP, KAREN MOSKOWITZ
JUDITH SALKOW SHAPIRO, PC
1010 LEXINGTON ROAD
BEVERLY HILLS, CA 90210

Claim Number: 4859
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 4892 (06/28/2010)

---

| UNSECURED | Claimed: | $1,500,000.00 UNLIQ | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NEW JERSEY DEPARTMENT OF THE TREASURY
PROPERTY ADMINISTRATION
CN 214
TRENTON, NJ 08646

Claim Number: 3113
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 67
Claim Date: 12/29/2008
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

---

| PRIORITY | Claimed: | $0.79 |
|---|---|---|
| UNSECURED | Claimed: | $761.56 |

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 950
Claim Date: 04/13/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

---

| PRIORITY | Claimed: | $322,942.07 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $96,661.64 UNLIQ |

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 3462
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

---

| PRIORITY | Claimed: | $323,473.78 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $96,986.64 UNLIQ |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 3600 Claim Date: 06/05/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 5689 (09/14/2010) | |
| ADMINISTRATIVE        Claimed: | | $23.62 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 4895 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 4417 (05/14/2010) | |
| PRIORITY        Claimed: UNSECURED        Claimed: | | $2,681,770.78 $262,294.64 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 6442 Claim Date: 03/22/2010 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 8204 (03/01/2011) | |
| PRIORITY        Claimed: UNSECURED        Claimed: | | $2,681,770.78 $292,587.78 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 6568 Claim Date: 07/12/2010 Debtor: TRIBUNE COMPANY | |
| ADMINISTRATIVE        Claimed: | | $1,251.73   UNLIQ |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 6684 Claim Date: 01/14/2011 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 9345 (06/24/2011) | |
| PRIORITY        Claimed: UNSECURED        Claimed: | | $2,681,770.78 $291,926.14 |

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | |
|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 6741<br>Claim Date: 04/07/2011<br>Debtor: TRIBUNE COMPANY | | |
| PRIORITY | Claimed: | $618,496.78 | | |
| UNSECURED | Claimed: | $126,618.14 | | |
| NEWSDAY LLC<br>ATTN: DAVID KNIFFIN<br>235 PINELAWN RD<br>MELVILLE, NY 11747 | | Claim Number: 5765<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
| UNSECURED | Claimed: | $43,313.54 | | |
| NEWSDAY LLC<br>ATTN: DAVID KNIFFIN<br>235 PINELAWN RD<br>MELVILLE, NY 11747 | | Claim Number: 5766<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
| UNSECURED | Claimed: | $35,400.97 | | |
| NEWSDAY LLC<br>ATTN: DAVID KNIFFIN<br>235 PINELAWN RD<br>MELVILLE, NY 11747 | | Claim Number: 5767<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
| UNSECURED | Claimed: | $13,249.87 | | |
| NIESE, WILLIAM A.<br>6061 LAKE VISTA DRIVE<br>BONSALL, CA 92003 | | Claim Number: 3846<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6940 | | |
| UNSECURED | Claimed: | $1,894,702.51 | Scheduled: | $1,451,433.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

NIESE, WILLIAM A.
6061 LAKE VISTA DRIVE
BONSALL, CA 92003

Claim Number: 6940
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3846

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

NILES, NICHOLAS H.
THE BLOOMING GROVE CLUB
123 OLD FIELD ROAD
HAWLEY, PA 18428

Claim Number: 3847
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $43,691.01 | Scheduled: | $30,236.00 UNLIQ |
|---|---|---|---|---|

NILES, NICHOLAS H.
THE BLOOMING GROVE CLUB
123 OLD FIELD ROAD
HAWLEY, PA 18428

Claim Number: 7002
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

NOLLIE, YOLANDA
814 MARGARET SQUARE
WINTER PARK, FL 32789

Claim Number: 1579
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| ADMINISTRATIVE | Claimed: | $13,375.00 |
|---|---|---|
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $2,425.00 |
| TOTAL | Claimed: | $13,375.00 |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| NOLLIE, YOLANDA<br>814 MARGARET SQUARE<br>WINTER PARK, FL 32789 | | Claim Number: 1580<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $13,375.00 | | |
| SECURED | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $2,425.00 | | |
| TOTAL | Claimed: | $13,375.00 | | |

---

| NORRIS, JAMES<br>121 TAFT CRESCENT<br>CENTERPORT, NY 11721 | | Claim Number: 3814<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $244,398.59 | Scheduled: | $170,700.58 |

---

| NORRIS, JAMES H.<br>121 TAFT CRESCENT<br>CENTERPORT, NY 11721 | | Claim Number: 7003<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

---

| NORTH DALLAS BANK & TRUST CO.<br>ATTN: KELLY L. GREEN<br>12900 PRESTON RD.<br>DALLAS, TX 75230 | | Claim Number: 2261<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 266 | |
|---|---|---|---|
| UNSECURED | Claimed: | $41,457.84 | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | |
|---|---|---|
| NORTH HILLS INDUSTRIAL PARK, INC<br>RE: NORTH HILLS 16715 SCHOENB<br>C/O CASTLE ARCH REAL ESTATE INVESTMENTS<br>9595 WILSHIRE BLVD STE 1000<br>BEVERLY HILLS, CA 90212 | Claim Number: 4665<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,826.62 |

---

| | | |
|---|---|---|
| NORTHERN TRUST COMPANY, THE<br>ATTN: TREASURY MANAGEMENT SERVICES<br>50 S. LASALLE STREET<br>CHICAGO, IL 60603 | Claim Number: 839-02<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,181.94 |

---

| | | |
|---|---|---|
| NORTHERN TRUST COMPANY, THE<br>ATTN: JOHN A. PILIPONIS<br>50 SOUTH LASALLE STREET, M-9<br>CHICAGO, IL 60603 | Claim Number: 3479<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $150,895.94 |

---

| | | |
|---|---|---|
| NORTHWESTERN MUTUAL LIFE INSURANCE CO<br>C/O E. KEITH HARWELL<br>SEEFRIED PROPERTIES INC.<br>7101 PRESIDENTS DRIVE, SUITE 105<br>ORLANDO, FL 32809 | Claim Number: 888<br>Claim Date: 03/31/2009<br>Debtor: TRIBUNE COMPANY | |

| | | |
|---|---|---|
| SECURED | Claimed: | $4,428.00 |
| UNSECURED | Claimed: | $56,185.63 |

---

| | | |
|---|---|---|
| NOYES, SUSAN BLANKENBAKER<br>BOX 51<br>WILMETTE, IL 60091-0051 | Claim Number: 6654<br>Claim Date: 09/27/2010<br>Debtor: TRIBUNE COMPANY | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,700.00 | Scheduled: | $1,700.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| NUCKOLS, JAMES<br>1740 DYLAN WAY<br>ENCINITAS, CA 92024-6201 | Claim Number: 3815<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $159,526.04 | Scheduled: | $146,820.84 UNLIQ |
|---|---|---|---|---|

| NUCKOLS, JAMES H.<br>1740 DYLAN WAY<br>ENCINITAS, CA 92024 | Claim Number: 7004<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| NUCOMM, INC.<br>200 INTERNATIONAL DR #1<br>BUDD LAKE, NJ 07828-4304 | Claim Number: 4122<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $4,778.51 |
|---|---|---|

| NULSEN, JOHN<br>ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER<br>1221 LOCUST ST., 2ND FL<br>SAINT LOUIS, MO 63103 | Claim Number: 3273<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $1,286.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,286.00 |
| TOTAL | Claimed: | $1,286.00 |

| NYC DEPT. OF FINANCE, AUDIT DIVISION<br>ATTN: BANKRUPTCY UNIT<br>345 ADAMS ST, 5TH FL<br>BROOKLYN, NY 11201 | Claim Number: 5972<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 3021 |
|---|---|

| PRIORITY | Claimed: | $1,830,123.00 UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

O'NEILL, MICHAEL
23 CAYUGA RD
SCARSDALE, NY 10583-6941

Claim Number: 2717
Claim Date: 05/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $96,070.00 | | |
| SECURED | Claimed: | $96,070.00 | | |
| TOTAL | Claimed: | $96,070.00 | | |

---

O'NEILL, MICHAEL
23 CAYUGA ROAD
SCARSDALE, NY 10583

Claim Number: 2937
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $118,284.00 | | |
| SECURED | Claimed: | $118,284.00 | | |
| UNSECURED | | | Scheduled: | $126,509.00 UNLIQ |
| TOTAL | Claimed: | $118,284.00 | | |

---

O'NEILL, NANCY
4 CORTE LAS CASAS
TIBURON, CA 94920-2012

Claim Number: 3817
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $473,600.44 | Scheduled: | $417,791.44 |

---

O'NEILL, NANCY W.
4 CORTE LAS CASAS
TIBURON, CA 94920

Claim Number: 7005
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

O'SHEA, JAMES
2242 N. LINCOLN PARK W. APT. 3E
CHICAGO, IL 60614

Claim Number: 7043
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

O'SULLIVAN, ROBERT
304 JEFFERSON CT.
EDGEWATER, NJ 07020

Claim Number: 3818
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6898

---

| UNSECURED | Claimed: | $317,971.62 | Scheduled: | $293,305.13 |
|---|---|---|---|---|

O'SULLIVAN, ROBERT T.
304 JEFFERSON CT.
EDGEWATER, NJ 07020

Claim Number: 6898
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3818

---

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4587-01
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

---

| SECURED | Claimed: | $2,827,161.00   UNLIQ | | |
|---|---|---|---|---|

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4587
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

---

| SECURED | Claimed: | $5,587,879.00   UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $150,948,822.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | |
|---|---|---|
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FL<br>LOS ANGELES, CA 90071 | Claim Number: 4587-05<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | |
| SECURED            Claimed: | $24,412,121.00   UNLIQ | |
| OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4587-04<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | |
| SECURED            Claimed: | $7,022,053.00   UNLIQ | |
| OCM OPPORTUNITIES FUND VII DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4587-02<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | |
| SECURED            Claimed: | $28,983,367.00   UNLIQ | |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4587-03<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | |
| SECURED            Claimed: | $82,116,241.00   UNLIQ | |
| OFFOR, KINGSLEY<br>15 CHABLIS DRIVE<br>DIX HILLS, NY 11746 | Claim Number: 1133<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | |
| UNSECURED            Claimed: | $12,985.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

OFFOR, KINGSLEY N
15 CHABLIS DRIVE
DIX HILLS, NY 11746

Claim Number: 2378
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| UNSECURED | Claimed: | $29,827.00 | | |
|---|---|---|---|---|

OGLESBY, ROGER D
401 NORTH 2ND ST. #117
MINNEAPOLIS, MN 55401

Claim Number: 3816
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6902

| UNSECURED | Claimed: | $47,034.01 | Scheduled: | $27,386.00 UNLIQ |
|---|---|---|---|---|

OGLESBY, ROGER D.
401 NORTH 2ND ST. #117
MINNEAPOLIS, MN 55401

Claim Number: 6902
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3816

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

OHIO DEPARTMENT OF TAXATION
CHARLES W. RHILINGER JR.
30 EAST BROAD STREET
COLUMBUS, OH 43215

Claim Number: 241
Claim Date: 01/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 7791 (02/04/2011)

| PRIORITY | Claimed: | $26,219.18 | | |
|---|---|---|---|---|

OHIO DEPARTMENT OF TAXATION
REBECCA L DAUM, ATTORNEY-BANKRUPTCY DIV.
PO BOX 530
COLUMBUS, OH 43216-0530

Claim Number: 6626
Claim Date: 07/27/2010
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $10,115.07 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

OHIO DEPARTMENT OF TAXATION
REBECCA L DAUM
PO BOX 530
COLUMBUS, OH 43216-0530

Claim Number: 6656
Claim Date: 10/04/2010
Debtor: TRIBUNE COMPANY

---

| ADMINISTRATIVE | Claimed: | $10,112.88 |
|---|---|---|

OHIO DEPARTMENT OF TAXATION
BANKRUPTCY DIVISION
P.O. BOX 530
COLUMBUS, OH 43216

Claim Number: 6657
Claim Date: 10/04/2010
Debtor: TRIBUNE COMPANY
Comments:
Amends claim 241

---

| PRIORITY | Claimed: | $6,110.48 |
|---|---|---|
| UNSECURED | Claimed: | $1,124.00 |

OMNITURE, INC.
KYLE PANKRATZ,
550 EAST TIMPANOGOS CIRCLE
OREM, UT 84097

Claim Number: 4987
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

---

| UNSECURED | Claimed: | $11,500.00 |
|---|---|---|

ON TIME SOLUTIONS, INC.
CLAUDINE MCCARTHY
40 HASTINGS LANE
BOYNTON BEACH, FL 33426

Claim Number: 291
Claim Date: 01/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

---

| UNSECURED | Claimed: | $65.00 |
|---|---|---|

ORACLE USA, INC.
BUCHALTER NEMER P.C.
SHAWN CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FL
SAN FRANCISCO, CA 94105

Claim Number: 3275
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $8,560.19 |
|---|---|---|

| ORANGE COUNTY TAX COLLECTOR<br>EARL K. WOOD<br>200 SOUTH ORANGE AVENUE<br>POST OFFICE BOX 2551<br>ORLANDO, FL 32802 | Claim Number: 487<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| SECURED | Claimed: | $577.42 UNLIQ |
|---|---|---|

| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>P.O. BOX 1438<br>ATTN: BANKRUPTCY UNIT<br>SANTA ANA, CA 92702 | Claim Number: 2214<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $891,563.33 UNLIQ |
|---|---|---|

| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 1438<br>SANTA ANA, CA 92702 | Claim Number: 2249<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 |
|---|---|---|
| PRIORITY | Claimed: | $557.51 |
| SECURED | Claimed: | $0.00 |

| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>P.O. BOX 1438<br>ATTN: BANKRUPTCY UNIT<br>SANTA ANA, CA 92702 | Claim Number: 2628<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
|---|---|

| PRIORITY | Claimed: | $557.51 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| OREGON DEPARTMENT OF REVENUE<br>MARIA E. ROYSTON, BANKRUPTCY<br>REVENUE BUILDING<br>955 CENTER STREET NE<br>SALEM, OR 97301-2555 | Claim Number: 6787<br>Claim Date: 07/05/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10022 (10/19/2011) |
|---|---|
| PRIORITY          Claimed: | $23,373.88 |
| ORLANDO MAGIC, LTD.<br>ZACHARY J. BANCROFT, ESQ.;<br>LOWNDES DROSDICK, ET AL.;<br>P.O. BOX 2809<br>ORLANDO, FL 32802 | Claim Number: 2845<br>Claim Date: 05/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) |
| UNSECURED          Claimed: | $13,059.68 |
| ORTEZ, ALBERTO M. JR.<br>22 FLORAL AVE.<br>HUNTINGTON, NY 11743 | Claim Number: 5324<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED          Claimed: | $0.00   UNDET |
| OTIS ELEVATOR COMPANY, ET AL<br>ATTN: TREASURY SERVICES - J. PARENT<br>1 FARMS SPRINGS, 3RD FLOOR<br>FARMINGTON, CT 06032 | Claim Number: 237<br>Claim Date: 01/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
| UNSECURED          Claimed: | $3,679.60 |
| OWEN, JOHN R. - SEP-IRA<br>840 S. COLLIER BLVD #1104<br>MARCO ISLAND, FL 34145 | Claim Number: 3023<br>Claim Date: 05/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED          Claimed: | $6,595.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| OXENDINE, JACQUELYN ESQ<br>1327 PRESCOTT ST. SO.<br>SAINT PETERSBURG, FL 33712 | Claim Number: 5012<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $10,000,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| PADGETT, TANIA<br>68-36 108TH ST., APT. B51<br>FOREST HILLS, NY 11375 | Claim Number: 5046<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| PALAGANO, THOMAS<br>4242 EAST-WEST HWY #817<br>CHEVY CHASE, MD 20815 | Claim Number: 5593<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $71,047.20 |
|---|---|---|

| PALERMINI, ROBERT<br>1816 ORCHARD AVE UNIT 2<br>GLENDALE, CA 91206 | Claim Number: 2999<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $359.62 | Scheduled: | $359.62 |
|---|---|---|---|---|

| PALKA, EDWARD & KATHRYN E.<br>2893 SLEEPY HOLLOW DRIVE<br>GREEN BAY, WI 54311-6535 | Claim Number: 6535<br>Claim Date: 06/18/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $170.00 | Allowed: | $170.00 |
|---|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| PALMER, DENISE E. | Claim Number: 6828 |
| C/O CARLOS E. SARDI, ESQ. | Claim Date: 10/11/2011 |
| GENOVESE, JOBLOVE & BATISTA | Debtor: TRIBUNE COMPANY |
| 100 SE 2ND ST., 44TH FL | |
| MIAMI, FL 33131 | |

---

| UNSECURED | Claimed: | $0.00   UNDET |

---

| PANDOLFI, FRANCIS P. | Claim Number: 1546 |
| 168 WATER STREET | Claim Date: 04/23/2009 |
| STONINGTON, CT 06378-1210 | Debtor: TRIBUNE COMPANY |

---

| UNSECURED | Claimed: | $172,194.00 | Scheduled: | $172,194.00 UNLIQ |

---

| PANDOLFI, FRANCIS P. | Claim Number: 7006 |
| 168 WATER ST. | Claim Date: 11/02/2011 |
| STONINGTON, CT 06378 | Debtor: TRIBUNE COMPANY |

---

| UNSECURED | Claimed: | $0.00   UNDET |

---

| PARAMOUNT RODEO REALTY, INC. | Claim Number: 2426 |
| 600 N SEPULVEDA BLVD | Claim Date: 05/04/2009 |
| BEL AIR, CA 90049 | Debtor: TRIBUNE COMPANY |

---

| UNSECURED | Claimed: | $65.45 | Scheduled: | $65.45 |

---

| PARKS, MICHAEL | Claim Number: 3819 |
| 1211 S EUCLID AVENUE | Claim Date: 06/09/2009 |
| PASADENA, CA 91106 | Debtor: TRIBUNE COMPANY |
| | Comments: POSSIBLY AMENDED BY 6941 |

---

| UNSECURED | Claimed: | $1,963,183.90 | Scheduled: | $1,680,463.58 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

PARKS, MICHAEL C.
1211 S. EUCLID AVE.
PASADENA, CA 91106

Claim Number: 6941
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3819

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

PARO, JEFFREY N.
30 QUAKER ROAD
SHORT HILLS, NJ 07078-1955

Claim Number: 3820
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $57,050.82 | Scheduled: | $23,486.00 UNLIQ |
|---|---|---|---|---|

PARO, JEFFREY N.
30 QUAKER ROAD
SHORT HILLS, NJ 07078

Claim Number: 7007
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

PARSONS, LEIF
223 MONITOR ST  2ND FLOOR
BROOKLYN, NY 11222

Claim Number: 4282
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 |
|---|---|---|---|---|

PARSONS, WILLIAM H
4444 BRENDENWOOD RD
APT 207
ROCKFORD, IL 61107-2266

Claim Number: 6553
Claim Date: 07/02/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| PASTIER, JOHN<br>241 S 12TH ST<br>SAN JOSE, CA 95112 | Claim Number: 6499<br>Claim Date: 05/25/2010<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,904.00 | Scheduled: | $1,904.00 |

| PATINELLA, JOHN F.<br>13061 PEBBLEBROOK POINT CIR # 202<br>FORT MYERS, FL 33905-6305 | Claim Number: 3821<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6919 | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $150,001.24 | Scheduled: | $97,381.00 UNLIQ |

| PATINELLA, JOHN F.<br>13061 PEBBLEBROOK POINT CIRCLE, # 202<br>FORT MYERS, FL 33905 | Claim Number: 6919<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3821 | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| PATSCHKE, RONALD B. IRA<br>GUARANTEE & TRUST CO.<br>2801 COOL RIVER LOOP<br>ROUND ROCK, TX 78665 | Claim Number: 4847<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| PATTISHALL MCAULIFFE NEWBERRY HILLIARD<br>AND GERALDSON<br>311 S WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 2255<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,280.57 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

PAYNE, JANETTE O.
27 BUTTONWOOD DR.
DIX HILLS, NY 11746

Claim Number: 3822
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $35,393.07 | Scheduled: | $23,117.00 UNLIQ |
|---|---|---|---|---|

PAYNE, JANETTE O.
27 BUTTONWOOD DR.
HUNTINGTON STATION, NY 11746

Claim Number: 7008
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

PECHA, FRANK J. & CAMILLE A.
JT TEN
21300 BRUSH LAKE DR
CRESTHILL, IL 60403

Claim Number: 6693
Claim Date: 02/14/2011
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 10191 (11/10/2011)

| PRIORITY | Claimed: | $7,072.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $7,072.00 |

PELIZZA, ELLEN
5300 EMERYWOOD DR
BUENA PARK, CA 90621

Claim Number: 3823
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6918

| UNSECURED | Claimed: | $67,546.24 | Scheduled: | $30,930.00 UNLIQ |
|---|---|---|---|---|

PELIZZA, ELLEN, ESTATE OF
C/O PETER PELIZZA, EXECUTOR
W 11052 EAGLE DR
LODI, WI 53555

Claim Number: 6918
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3823

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

PELLINO, LOUIS
P.O. BOX 75
HICKSVILLE, NY 11802

Claim Number: 2078
Claim Date: 04/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3012 (01/05/2010)

| PRIORITY | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

PENNINGTON, STEPHEN
3005B HIRTER RD
ST JOSEPH, MO 64506-1552

Claim Number: 6507
Claim Date: 06/01/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |
|---|---|---|---|---|

PENNSYLVANIA TREASURY
BUREAU OF UNCLAIMED PROPERTY
P.O. BOX 1837
HARRISBURG, PA 17105

Claim Number: 4728
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4799
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $749,700,000.00 UNLIQ | | |
|---|---|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4800
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| PENSION BENEFIT GUARANTY CORPORATION | Claim Number: 4801 |
| ATTN: CASSANDRA R. BURTON, ATTORNEY | Claim Date: 06/11/2009 |
| OFFICE OF THE CHIEF COUNSEL | Debtor: TRIBUNE COMPANY |
| 1200 K STREET, N.W., SUITE 340 | |
| WASHINGTON, DC 20005-4026 | |

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |

---

| PENSION BENEFIT GUARANTY CORPORATION | Claim Number: 4802 |
| ATTN: CASSANDRA R. BURTON, ATTORNEY | Claim Date: 06/11/2009 |
| OFFICE OF THE CHIEF COUNSEL | Debtor: TRIBUNE COMPANY |
| 1200 K STREET, N.W., SUITE 340 | |
| WASHINGTON, DC 20005-4026 | |

| ADMINISTRATIVE | Claimed: | $33,000,000.00   UNLIQ |

---

| PENSION BENEFIT GUARANTY CORPORATION | Claim Number: 4803 |
| ATTN: CASSANDRA R. BURTON, ATTORNEY | Claim Date: 06/11/2009 |
| OFFICE OF THE CHIEF COUNSEL | Debtor: TRIBUNE COMPANY |
| 1200 K STREET, N.W., SUITE 340 | |
| WASHINGTON, DC 20005-4026 | |

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |

---

| PENSION BENEFIT GUARANTY CORPORATION | Claim Number: 4804 |
| ATTN: CASSANDRA R. BURTON, ATTORNEY | Claim Date: 06/11/2009 |
| OFFICE OF THE CHIEF COUNSEL | Debtor: TRIBUNE COMPANY |
| 1200 K STREET, N.W., SUITE 340 | |
| WASHINGTON, DC 20005-4026 | |

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |

---

| PENSION BENEFIT GUARANTY CORPORATION | Claim Number: 4805 |
| ATTN: CASSANDRA R. BURTON, ATTORNEY | Claim Date: 06/11/2009 |
| OFFICE OF THE CHIEF COUNSEL | Debtor: TRIBUNE COMPANY |
| 1200 K STREET, N.W., SUITE 340 | |
| WASHINGTON, DC 20005-4026 | |

| ADMINISTRATIVE | Claimed: | $4,500,000.00   UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4806
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4807
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4808
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $5,500,000.00 UNLIQ |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4809
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4810
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4811
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $200,000.00  UNLIQ |
| --- | --- | --- |

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4812
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
| --- | --- | --- |

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4813
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
| --- | --- | --- |

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4814
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
| --- | --- | --- |

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4815
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4816<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | |
|---|---|---|---|

---

| PEOPLES GAS LIGHT & CO.<br>NORTH SHORE GAS CO.<br>130 E. RANDOLPH DR<br>CHICAGO, IL 60601 | Claim Number: 6187<br>Claim Date: 08/25/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $49,607.51 | |
|---|---|---|---|

---

| PEOPLES GAS LIGHT AND COKE CO.<br>NORTH SHORE GAS CO.<br>130 E. RANDOLPH DR.<br>CHICAGO, IL 60601 | Claim Number: 6270<br>Claim Date: 09/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $52,809.15 | |
|---|---|---|---|

---

| PEPER, GEORGE F.<br>9A GIBSON PLACE<br>ST ANDREWS, KY169JE<br>UNITED KINGDOM | Claim Number: 3010<br>Claim Date: 05/21/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|

| UNSECURED | Claimed: | $102,842.00 | Scheduled: | $102,842.00 UNLIQ |
|---|---|---|---|---|

---

| PEPER, GEORGE F.<br>9A GIBSON<br>ST ANDREWS, KY169JE<br>UNITED KINGDOM | Claim Number: 3011<br>Claim Date: 05/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | |
|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| PERELLE & GRANVILLE LIVING TRUST<br>DIANE GRANVILLE TTEE<br>601 E. BRANCH RD<br>PATTERSON, NY 12563 | Claim Number: 4980<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,500.00 | | |

---

| PEREZ, ROBERT<br>JAMES SORENSON, ESQ. AND D. TYLER VAN<br>LEUVEN, ESQ. AND CHAD D. HECKMAN, ESQ.<br>PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 5661<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5914 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $68,701.71 | | |

---

| PERRUSO, CAROL<br>376 ULTIMO AVENUE<br>LONG BEACH, CA 90814 | Claim Number: 3824<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6942 | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $93,718.73 | Scheduled: | $3,500.00 UNLIQ |

---

| PERRUSO, CAROL<br>376 ULTIMO AVENUE<br>LONG BEACH, CA 90814 | Claim Number: 6942<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3824 | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | |

---

| PERRY, VICTOR A.<br>115 17TH STREET, NE<br>ATLANTA, GA 30309 | Claim Number: 3825<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $32,377.21 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| PERRY, VICTOR A.<br>3633 TUXEDO RD NW<br>ATLANTA, GA 30305 | Claim Number: 7009<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| PERSONAL PLUS, INC.<br>SQUIRE, SANDERS & DEMPSEY LLP<br>C/O KELLY SINGER<br>40 N. CENTRAL AVE., # 2700<br>PHOENIX, AZ 85004 | Claim Number: 5606<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3526 (02/24/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| PETERSON, MAUREEN G.<br>7 BARNES RD W<br>STAMFORD, CT 06902-1243 | Claim Number: 3826<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6886 |
|---|---|

| UNSECURED | Claimed: | $594,751.05 | Scheduled: | $762,066.00 UNLIQ |
|---|---|---|---|---|

| PETERSON, MAUREEN G.<br>7 BARNES ROAD WEST<br>STAMFORD, CT 06902 | Claim Number: 6886<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3826 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| PETRY, LYNN A.<br>70 ROY AVE.<br>MASSAPEQUA, NY 11758 | Claim Number: 5317<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

PETTY, MARTHA A.
5933 SEABIRD DRIVE SOUTH
GULFPORT, FL 33707

Claim Number: 3827
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6896

---

| UNSECURED | Claimed: | $149,885.51 | Scheduled: | $73,760.00 UNLIQ |
|---|---|---|---|---|

PETTY, MARTHA A.
5933 SEABIRD DRIVE SOUTH
GULFPORT, FL 33707

Claim Number: 6896
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3827

---

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

PHELPS, CAROLE
175 TIMROD ROAD
MANCHESTER, CT 06040

Claim Number: 5951
Claim Date: 06/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

---

| PRIORITY | Claimed: | $11,457.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,488,543.00 |

PITNEY BOWES CREDIT CORP
ATTN: RECOVERY DEPT
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

Claim Number: 885
Claim Date: 03/30/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

---

| UNSECURED | Claimed: | $4,294.97 |
|---|---|---|

PITNEY BOWES CREDIT CORPORATION
27 WATERVIEW DRIVE
ATTN: RECOVERY DEPARTMETN
SHELTON, CT 06484

Claim Number: 884
Claim Date: 03/30/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $1,000.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | Claim Number: 684<br>Claim Date: 02/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) | |
| PRIORITY                Claimed: | $211.40 | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | Claim Number: 689<br>Claim Date: 03/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED | |
| PRIORITY                Claimed: | $211.40 | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | Claim Number: 835<br>Claim Date: 03/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8523 (03/30/2011) | |
| PRIORITY                Claimed: | $1,356.30 | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | Claim Number: 882<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) | |
| PRIORITY                Claimed: | $351.90 | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>ATTN: RECOVERY DEPT<br>SHELTON, CT 06484 | Claim Number: 883<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED                Claimed: | $5,115.33 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

PITNEY BOWES GLOBAL FINANCIAL SERVICES
ATTN: RECOVERY DEPT.
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

Claim Number: 954
Claim Date: 03/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $12,442.88 |
|---|---|---|

PITNEY BOWES GLOBAL FINANCIAL SERVICES
27 WATERVIEW DRIVE
ATTN:RECOVERY DEPT.
SHELTON, CT 06484

Claim Number: 3085
Claim Date: 03/23/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $15,817.25 |
|---|---|---|

PITNEY BOWES GLOBAL FINANCIAL SERVICES
ATTN: RECOVERY DEPARTMENT
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

Claim Number: 6154
Claim Date: 07/31/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $16,282.18 |
|---|---|---|

PITNEY BOWES GLOBAL FINANCIAL SERVICES
27 WATERVIEW DRIVE
SHELTON, CT 06484

Claim Number: 6337
Claim Date: 11/23/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $397.80 |
|---|---|---|

PITNEY BOWES GLOBAL FINANCIAL SERVICES
PITNEY BOWES INC.
ATTN: RECOVERY DEPT.
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

Claim Number: 6436
Claim Date: 03/16/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $3,297.20 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| PITNEY BOWES GLOBAL FINANCIAL SERVICES | Claim Number: 6444 |
| ATTN: RECOVERY DEPT. | Claim Date: 03/22/2010 |
| 27 WATERVIEW DRIVE | Debtor: TRIBUNE COMPANY |
| SHELTON, CT 06484-4361 | Comments: EXPUNGED |
| | DOCKET: 5689 (09/14/2010) |

| UNSECURED | Claimed: | $3,297.20 |

---

| PITNEY BOWES GLOBAL FINANCIAL SERVICES | Claim Number: 6565 |
| ATTN: RECOVERY DEPT. | Claim Date: 07/07/2010 |
| 27 WATERVIEW DRIVE | Debtor: TRIBUNE COMPANY |
| SHELTON, CT 06484-4361 | Comments: WITHDRAWN |
| | DOCKET: 9011 (05/26/2011) |

| UNSECURED | Claimed: | $5,136.18 |

---

| PITNEY BOWES GLOBAL FINANCIAL SERVICES | Claim Number: 6590 |
| PITNEY BOWES INC. | Claim Date: 07/06/2010 |
| ATTN: RECOVERY DEPT. | Debtor: TRIBUNE COMPANY |
| 27 WATERVIEW DRIVE | Comments: WITHDRAWN |
| SHELTON, CT 06484-4361 | DOCKET: 5869 (10/01/2010) |

| UNSECURED | Claimed: | $5,136.18 |

---

| PITNEY BOWES GLOBAL FINANCIAL SERVICES | Claim Number: 6810 |
| 27 WATERVIEW DRIVE | Claim Date: 09/12/2011 |
| SHELTON, CT 06484 | Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $466.67 |

---

| PITNEY BOWES GLOBAL FINANCIAL SERVICES | Claim Number: 6811 |
| PITNEY BOWES INC. | Claim Date: 09/12/2011 |
| ATTN: RECOVERY DEPT. | Debtor: TRIBUNE COMPANY |
| 27 WATERVIEW DRIVE | |
| SHELTON, CT 06484-4361 | |

| UNSECURED | Claimed: | $1,340.59 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

PLANK, JACK L.
33522 NANCY JANE COURT
DANA POINT, CA 92629-1532

Claim Number: 3789
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $316,088.85 | Scheduled: | $254,817.00 UNLIQ |
| --- | --- | --- | --- | --- |

PLANK, JACK L.
33522 NANCY JANE COURT
DANA POINT, CA 92629-1532

Claim Number: 7010
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

PLCS CORPORATION
GREMLEY & BIEDERMANN INC
4505 N ELSTON
CHICAGO, IL 60630

Claim Number: 2436
Claim Date: 05/05/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

---

| UNSECURED | Claimed: | $6,750.00 |
| --- | --- | --- |

POELKING, JOHN
825 NORTH CHESTNUT AVENUE
ARLINGTON HEIGHTS, IL 60004

Claim Number: 6853
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

POLLARD, DONALD E. LIVING TRUST U/A
DONALD E. POLLARD AND VICKIE E. POLLARD
TRUSTEES
14250 ROYAL HARBOUR COURT #918
FORT MYERS, FL 33908

Claim Number: 5793
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $7,104.72 |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

POMMREHN, WILLIAM
202 SETTLERS DR
CEDAR PARK, TX 78613

Claim Number: 5779
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,149.60 |
|---|---|---|

POSEY, JOHN A. JR
5013 EVERGREEN STREET
BELLAIRE, TX 77401-5014

Claim Number: 4159
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $35,000.00   UNLIQ |
|---|---|---|

PPF OFF TWO PARK AVE OWNER, LLC
C/O MORGAN STANLEY INC.
ATTN: MARIA BLAKE
1585 BROADWAY
NEW YORK, NY 10036

Claim Number: 6319
Claim Date: 10/28/2009
Debtor: TRIBUNE COMPANY
Comments:
Amends Claim number 3407 from 6/2/09

| UNSECURED | Claimed: | $1,700,000.00 |
|---|---|---|

PPF OFF TWO PARK AVENUE OWNER, LLC
C/O MORGAN STANLEY INC.
ATTN: MARIA BLAKE
1585 BROADWAY
NEW YORK, NY 10036

Claim Number: 3407
Claim Date: 06/02/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $43,711.01   UNLIQ |

PROLARMCO INC
P O BOX 117
GREENVALE, NY 11548

Claim Number: 2017
Claim Date: 04/28/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| ADMINISTRATIVE | Claimed: | $354.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $350.42 | Allowed: | $350.42 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

PROTECTION ONE
C/O CREDITORS BANKRUPTCY SERVICE
P.O. BOX 740933
DALLAS, TX 75374

Claim Number: 2960
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $2,679.97 | | | | |
|---|---|---|---|---|---|---|

PRUDENTIAL JA&A
23925 PARK SORRENTO
CALABASAS, CA 91302

Claim Number: 2481
Claim Date: 05/06/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 10022 (10/19/2011)

---

| UNSECURED | Claimed: | $50.00 | Scheduled: | $50.00 | | |
|---|---|---|---|---|---|---|

PRUDENTIAL JA&A
16810 VENTURA BLVD.
ENCINO, CA 91436

Claim Number: 2483
Claim Date: 05/06/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 10022 (10/19/2011)

---

| UNSECURED | Claimed: | $0.00 | Scheduled: | $46.20 | Allowed: | $46.20 |
|---|---|---|---|---|---|---|

PRUDENTIAL JA&A
8687 MELROSE AVE STE NO.B-110
LOS ANGELES, CA 90069

Claim Number: 2484
Claim Date: 05/06/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 10022 (10/19/2011)

---

| UNSECURED | Claimed: | $0.00 | Scheduled: | $30.80 | Allowed: | $30.80 |
|---|---|---|---|---|---|---|

PSOMAS
555 SOUTH FLOWER STREET  SUITE 4400
LOS ANGELES, CA 90071

Claim Number: 974
Claim Date: 04/17/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 9400 (06/30/2011)

---

| UNSECURED | Claimed: | $57,431.59 | Scheduled: | $18,962.22 | Allowed: | $55,283.15 |
|---|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| | | |
|---|---|---|
| PUBON, GUSTAVO<br>86 FOREST RD.<br>CENTEREACH, NY 11720 | | Claim Number: 5135<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| PULLEY, DAN<br>ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER<br>1221 LOCUST ST., 2ND FL<br>SAINT LOUIS, MO 63103 | | Claim Number: 3272<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,276.80 |
| UNSECURED | Claimed: | $2,276.80 |
| TOTAL | Claimed: | $2,276.80 |

---

| | | |
|---|---|---|
| PURI, SURRINDER K.<br>865 OAKDALE RD<br>ATLANTA, GA 30307 | | Claim Number: 5964<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,374.00 |

---

| | | |
|---|---|---|
| PURJES, DAN<br>60 SUTTON PLACE SOUTH<br>NEW YORK, NY 10022 | | Claim Number: 6135<br>Claim Date: 07/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

---

| | | |
|---|---|---|
| QUIGLEY, IRIS<br>6 O'HARA PL<br>HUNTINGTON, NY 11743 | | Claim Number: 3743<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

QUIMBY JR., IRVING L.
C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,
PATRICK FRYE WILDMAN, HARROLD, ALLEN
225 W. WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 6874
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

QUINTANILLA, BLANCA MONICA
8200 BLVD. EAST APT 14 B
NORTH BERGEN, NJ 07047

Claim Number: 5136
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension

| UNSECURED | Claimed: | $0.00 UNDET |

---

R.R. DONNELLEY & SONS COMPANY
EULER HERMES ACI
AGENT OF R.R. DONNELLEY & SONS COMPANY
800 RED BROOK BOULEVARD
OWINGS MILLS, MD 21117

Claim Number: 482
Claim Date: 02/10/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 411 (02/17/2009)

| UNSECURED | Claimed: | $478,865.06 |

---

RADCLIFFE JEWELERS
1848 REISTERSTOWN RD
BALTIMORE, MD 21208

Claim Number: 3480
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| ADMINISTRATIVE | Claimed: | $5,459.00 |

---

RAGNAR BENSON LLC
250 S NORTHWEST HIGHWAY
ATTN: JEN HAUB
PARK RIDGE, IL 60068

Claim Number: 1071
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,914.12 | Scheduled: | $9,914.12 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

RAIA, ALEXANDER J.
128 WELLINGTON RD.
GARDEN CITY, NY 11530

Claim Number: 5064
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|-----------|----------|--------------|

RAIA, JUDITH
128 WELLINGTON RD.
GARDEN CITY, NY 11530

Claim Number: 5072
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|-----------|----------|--------------|

RAISH, JASON
3069 COUNTY RD    119
CANISTEO, NY 14823

Claim Number: 3485
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 |
|-----------|----------|---------|------------|---------|

RAMIREZ, MYRNA
4015 70TH AVENUE EAST
ELLENTON, FL 34222

Claim Number: 6825
Claim Date: 10/04/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNDET |
|-----------|----------|--------------|

RAMIREZ, VICTORIA RIGNER
36 HARTFORD STREET
LINDENHURST, NY 11757

Claim Number: 5320
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNDET |
|-----------|----------|--------------|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

RAMSEY, ROBERT
C/O DAVID TYRA
KRONICK MOSKOVITZ TIEDEMANN & GIRARD
400 CAPITOL MALL, 27TH FLOOR
SACRAMENTO, CA 95814

Claim Number: 7057
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

RAMSEY, ROBERT
C/O DAVID TYRA
KRONICK MOSKOVITZ TIEDEMANN & GIRARD
400 CAPITOL MALL, 27TH FLOOR
SACRAMENTO, CA 95814

Claim Number: 7068
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

RANGE, MICHAEL S
360 KINGSBERY CT
HIGHLAND, IL 62249-2924

Claim Number: 6488
Claim Date: 05/24/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 |
|---|---|---|---|---|

RAWITCH, ROBERT
9730 TUNNEY AVE.
NORTHRIDGE, CA 91324

Claim Number: 3633
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for retiree medical benefits

| UNSECURED | Claimed: | $0.00  UNLIQ | | |
|---|---|---|---|---|

RAY OHERRON CO
523 E ROOSEVELT RD
LOMBARD, IL 60148

Claim Number: 1385
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,667.50 | Scheduled: | $1,667.50 |
|---|---|---|---|---|

---

RAYSSES, MICHAEL
2729 BARRY AVENUE
LOS ANGELES, CA 90064

Claim Number: 3176
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

REALTY ASSOCIATES FUND VIII LP., THE
C/O RONALD K. BROWN JR
LAW OFFICES OF RONALD K. BROWN JR
901 DOVE STREET, SUITE 120
NEWPORT BEACH, CA 92660

Claim Number: 3460
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| UNSECURED | Claimed: | $44,626.87 |
|---|---|---|

---

REARDON, JOHN
1325 NORTH ASTOR
CHICAGO, IL 60610

Claim Number: 6849
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

REDBOURN PARTNERS, LTD
DEREK C. ABBOTT, ESQ.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. MARKET ST., P.O. BOX 1347
WILMINGTON, DE 19899

Claim Number: 2275
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $2,394,767.45 UNLIQ |
|---|---|---|

---

REDMOND, ELIZABETH
2198 FAIRHURST DR.
LA CANADA, CA 91011

Claim Number: 3790
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $838,434.21 | Scheduled: | $568,379.00 UNLIQ |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| REDMOND, ELIZABETH F.<br>2198 FAIRHURST DR.<br>LA CANADA, CA 91011 | Claim Number: 7041<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| REDWOOD SOFTWARE<br>3000 AERIAL CENTER PARKWAY<br>SUITE 115<br>MORRISVILLE, NC 27560 | Claim Number: 973<br>Claim Date: 04/17/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $19,020.09 | Scheduled: | $19,020.09 |
|---|---|---|---|---|

| REICHERT, WAYNE<br>143 WOODLAWN AVE<br>SAINT JAMES, NY 11780-2509 | Claim Number: 5077<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| REID, DAMION<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4925<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $10,000.00 | | |
|---|---|---|---|---|

| REILLY, ELIZABETH C<br>PO BOX 437<br>WHEATLEY HEIGHTS, NY 11798 | Claim Number: 5322<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| RELIANT ENERGY<br>PO BOX 1409<br>HOUSTON, TX 77251-1409 | | Claim Number: 527<br>Claim Date: 02/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
| UNSECURED | Claimed: | $46,964.18 |
| REMINICK, JOAN<br>2 SALISBURY DR. S.<br>E NORTHPORT, NY 11731 | | Claim Number: 5048<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |
| REVENUE COLLECTION DIVISION<br>GOVERNMENTAL CENTER ANNEX<br>ATTN: LITIGATION DEPT<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 2877<br>Claim Date: 05/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 889 by Broward County |
| SECURED | Claimed: | $1,235,823.67 |
| REYES, ELIEZER<br>444 SCREVIN AVE<br>BRONX, NY 10473 | | Claim Number: 5782<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| PRIORITY | Claimed: | $0.00   UNDET |
| REYES, J. CHRISTOPHER<br>C/O MATTHEW R. KIPP<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>155 NORTH WACKER DRIVE<br>CHICAGO, IL 60606-1720 | | Claim Number: 6845<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $0.00   UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| REYES, YLKA<br>203 PARK AVE. 2ND FL.<br>HUNTINGTON, NY 11743 | Claim Number: 5137<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

---

| RHEIN, ESTHER<br>RUSKIN MOSCOU FALTISCHEK PC<br>C/O M. AMATO<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556 | Claim Number: 4292<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $350,000.00 |
|---|---|---|

---

| RHOADS, S. KEATING<br>2611 NIDO WAY<br>LAGUNA BEACH, CA 92651 | Claim Number: 3791<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6892 |
|---|---|

| UNSECURED | Claimed: | $98,744.57 | Scheduled: | $21,310.00 UNLIQ |
|---|---|---|---|---|

---

| RHOADS,S. KEATING<br>2611 NIDO WAY<br>LAGUNA BEACH, CA 92651 | Claim Number: 6892<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3791 |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

| RICE, CARL<br>615 PARKWOOD AVE<br>PARK RIDGE, IL 60068-2229 | Claim Number: 5339<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10021 (10/19/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| RICHARDSON, RUDOLPH 4750 S.W. 151ST PLACE OCALA, FL 34473 | | Claim Number: 2780 Claim Date: 05/14/2009 Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| PRIORITY UNSECURED | Claimed: | $231.76  UNLIQ | Scheduled: | $0.00  UNDET |

| RICIGLIANO, MICHAEL C 3628 EASTWOOD DR. BALTIMORE, MD 21206 | | Claim Number: 3611 Claim Date: 06/05/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 2832 (12/11/2009) | | |
|---|---|---|---|---|
| SECURED UNSECURED | Claimed: | $200.00 | Scheduled: | $200.00 |

| RICKS, DELTHIA 72 PLEASANT ST HUNTINGTON, NY 11743 | | Claim Number: 5138 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY Comments: Pension Plan, ESOP, Cash Balance Plan | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | |

| RILEY, JOHN 55 MEADOW WAY IRVINGTON, NY 10533 | | Claim Number: 2445 Claim Date: 05/05/2009 Debtor: TRIBUNE COMPANY Comments: Claim is for pension and ESOP benefits | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ | | |

| RILEY, MICHAEL 5 AVONDALE DR. NEWTOWN, PA 18940 | | Claim Number: 3792 Claim Date: 06/09/2009 Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $123,950.91 | Scheduled: | $64,803.00 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

RILEY, MICHAEL R.
5 AVONDALE DR.
NEWTOWN, PA 18940

Claim Number: 7011
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00  UNDET |

RINKE, ROGER
REVOCABLE TRUST
C/O KEITH STARK,TRUSTEE
1111 W. LONG LAKE RD #202
TROY, MI 48098

Claim Number: 5568
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| SECURED | Claimed: | $50,767.81 |

RITA L. MARIHERIOI IRA
4633 TWIN FAWN LN
ORCHARD LAKE, MI 48324

Claim Number: 5638
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| SECURED | Claimed: | $101,535.63 |

RIVERSIDE CLAIMS LLC
TRANSFEROR: THOMSON INC DBA GRASS VALLEY
POST OFFICE BOX 626
PLANETARIUM STATION
NEW YORK, NY 10024

Claim Number: 696
Claim Date: 03/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4777 (06/14/2010)

---

| UNSECURED | Claimed: | $99,243.52 |

RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR
WORLDNET INTERNATIONAL COURIERS, INC.
P.O. BOX 626
PLANETARIUM STATION
NEW YORK, NY 10023

Claim Number: 3315
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

---

| ADMINISTRATIVE | Claimed: | $10,196.01 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

RIVERSIDE CLAIMS LLC AS ASSIGNEE OF
STILLWATER TECHNOLOGIES, INC.
P.O. BOX 626
PLANETARIUM STATION
NEW YORK, NY 10023

Claim Number: 3620
Claim Date: 05/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4777 (06/14/2010)

| ADMINISTRATIVE | Claimed: | $8,963.25 |
| --- | --- | --- |

---

RIVERSIDE COUNTY SCHOOLS
CREDIT UNION CUST
GRANT LEE DISMUKE IRA
5 BARQUE DR
CEDAR CREST, NM 87008-9481

Claim Number: 6730
Claim Date: 03/18/2011
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 9347 (06/24/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $1.08 | Allowed: | $1.08 |
| --- | --- | --- | --- | --- | --- | --- |

---

RIZZITANO, FELICE
7 LILLIAN PL
PATCHOGUE, NY 11772-2955

Claim Number: 5074
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

RJ BENNETT REPRESENTS
530 EAST 20TH, # 2B
NEW YORK, NY 10009

Claim Number: 317
Claim Date: 01/26/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN

| UNSECURED | Claimed: | $960.00 |
| --- | --- | --- |

---

ROACH, LEON M. - TRUSTEE OF THE
LEON M. ROACH TRUST
608 BENEDICT DRIVE
LAS VEGAS, NV 89110

Claim Number: 3651
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $11,091.00 |
| --- | --- | --- |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

ROBERT C WALL, IRA
CHARLES SCHWAB CUSTODIAN
10523 MISTY HILL RD
ORLAND PARK, IL 60462

Claim Number: 6266
Claim Date: 10/02/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $76,122.00 | | |
|---|---|---|---|---|

ROBERT J TOMEI SR CUST ROBERT J TOMEI JR
UTMA IL
320 BLOSSOM #102
LAKEMOOR, IL 60051

Claim Number: 6661
Claim Date: 10/08/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |
|---|---|---|---|---|

ROBERT LANGER CO INC
P O BOX 2075
PATCHOGUE, NY 11772

Claim Number: 2077
Claim Date: 04/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $3,815.50 | | |
|---|---|---|---|---|

ROBERTS, WIDOW
22 WALDEN AVE
JERICHO, NY 11753

Claim Number: 4415
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim amount is stated as $60/bi-weekly

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNDET |
|---|---|---|---|---|

ROBERTSON FREILICH BRUNO & COHEN LLC
1 GATEWAY CTR STE 300
NEWARK, NJ 07102-5321

Claim Number: 5303
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $5,571.36 | | |
|---|---|---|---|---|

---

| ROBINS, MARJORIE<br>5 4TH RD.<br>GREAT NECK, NY 11021 | Claim Number: 5101<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| ROBINSON, WILLIAM<br>JT TEN<br>15500 BUBBLING WELLS<br>DESERT HOT SPRINGS, CA 92240-7043 | Claim Number: 6820<br>Claim Date: 09/27/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 6500 |
|---|---|

| UNSECURED | Claimed: | $340.00 |
|---|---|---|

---

| ROBINSON, WILLIAM E & DOROTHY A<br>JT TEN<br>15500 BUBBLING WELLS RD<br>DESERT HOT SPRINGS, CA 92240-7043 | Claim Number: 6768<br>Claim Date: 05/09/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6816<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $680.00 |
|---|---|---|
| SECURED | Claimed: | $680.00 |
| TOTAL | Claimed: | $680.00 |

---

| ROBINSON, WILLIAM E & DOROTHY A<br>JT TEN<br>15500 BUBBLING WELLS RD<br>DESERT HOT SPRINGS, CA 92240-7043 | Claim Number: 6816<br>Claim Date: 09/22/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $340.00 |
|---|---|---|
| SECURED | Claimed: | $340.00 |
| TOTAL | Claimed: | $340.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

ROBINSON, WILLIAM E & DOROTHY A.
117 RANCHO VERDE CIR
ROHNERT PARK, CA 94928-2069

Claim Number: 6500
Claim Date: 05/26/2010
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6820

| UNSECURED | Claimed: | $680.00 | Scheduled: | $680.00 |
|---|---|---|---|---|

ROCKENBACH, PHILIP C.
1231 SOUTH 11TH STREET
SAINT CHARLES, IL 60174

Claim Number: 912
Claim Date: 04/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

RODGERS, JAMES
1913 S TWIN AVENUE
SAN GABRIEL, CA 91776

Claim Number: 2601
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $400.00   UNLIQ |
|---|---|---|

RODRIGUEZ, KRISTINE B.
1917 E. ILLINOIS ST
WHEATON, IL 60187

Claim Number: 84
Claim Date: 01/05/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| PRIORITY | Claimed: | $350.00 |
|---|---|---|
| UNSECURED | Claimed: | $10.00 |

RODRIGUEZ, NELSON JR.
5128 GOLDEN LANE
FORT WORTH, TX 76123

Claim Number: 5949
Claim Date: 06/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $30,448.80 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | |
|---|---|---|---|---|---|
| ROEDER, EDWARD<br>JAMES B. WILCOX, JR. PLLC<br>JAMES B. WILCOX, JR.<br>2900 P. STREET N.W.<br>WASHINGTON, DC 20007 | | Claim Number: 5886<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| SECURED | Claimed: | $0.00  UNDET | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| ROESSNER, BARBARA<br>ROME MCGUIGAN PC<br>JOHN F STROTHER<br>ONE STATE ST<br>HARTFORD, CT 06103 | | Claim Number: 5664<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| ROGERS, GARY<br>282 WOODBINE AVE.<br>NORTHPORT, NY 11768 | | Claim Number: 5312<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| ROSE, MICHAEL G.<br>5170 W 2ND ST.<br>LOS ANGELES, CA 90004 | | Claim Number: 3793<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6943 | | | |
| UNSECURED | Claimed: | $352,557.60 | Scheduled: | $325,154.40 UNLIQ | |
| ROSE, MICHAEL G.<br>5170 W 2ND ST.<br>LOS ANGELES, CA 90004 | | Claim Number: 6943<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3793 | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

ROSENBERG, RICHARD A
235 E 87TH ST # 85
NEW YORK, NY 10128

Claim Number: 5053
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

ROSSO, SALVATORE E.
737  7TH ST
WEST BABYLON, NY 11704

Claim Number: 5082
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

ROWE, WILLIAM J.
15005 PRATOLINO WAY
NAPLES, FL 34110

Claim Number: 3794
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6895

| UNSECURED | Claimed: | $308,021.09 | Scheduled: | $221,819.00 UNLIQ |
|---|---|---|---|---|

ROWE, WILLIAM J.
15005 PRATOLINO WAY
NAPLES, FL 34110

Claim Number: 6895
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3794

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

RUBIN, JEROME S.
15 WEST 53RD ST. APT # 29B
NEW YORK, NY 10019

Claim Number: 3795
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $151,876.68 | Scheduled: | $140,017.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

RUBIN, JEROME S.
875 FIFTH AVENUE
NEW YORK, NY 10065

Claim Number: 7012
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

RUDOLPH, HERBERT
4727 186TH LN N.W.
ANOKA, MN 55303-8908

Claim Number: 3064
Claim Date: 05/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,652.40 |
|---|---|---|

RUSSELL, DAVID A & WANDA S, TTEES
RUSSELL LIVING TRUST U/D 8-25-97
738 LANINA PL
KIHEI, HI 96753-9311

Claim Number: 5996
Claim Date: 06/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $25,374.00 |
|---|---|---|

RUSSIS, MARTHA
2817 KNOLLWOOD
GLENVIEW, IL 60025

Claim Number: 5625
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $98,000.00 |
|---|---|---|

RYDER TRUCK RENTAL, INC.
ATTN: JENNIFER MORRIS
6000 WINDWARD PARKWAY
ALPHARETTA, GA 30005

Claim Number: 5824
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $367,503.93 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

SABIO, WARNER N., SR.
441 HALSEY STREET
BROOKLYN, NY 11233

Claim Number: 5139
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SACK, MARSHALL R.
6011 MARQUESA DRIVE
AUSTIN, TX 78731

Claim Number: 3372
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $25,000.00 |
|---|---|---|

SACRAMENTO COUNTY TAX COLLECTOR
ATTN: BANKRUPTCY
700 H STREET, ROOM 1710
SACRAMENTO, CA 95814

Claim Number: 6815
Claim Date: 09/22/2011
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $2,175.07 |
|---|---|---|
| SECURED | Claimed: | $30,181.18 |

SAFECO INSURANCE COMPANY OF AMERICA
C/O T. SCOTT LEO
LEO & WEBER, PC
1 N. LASALLE ST., STE 3600
CHICAGO, IL 60602

Claim Number: 6370
Claim Date: 01/15/2010
Debtor: TRIBUNE COMPANY
Comments:
Amends claim 4443

| UNSECURED | Claimed: | $19,844,866.20   CONT |
|---|---|---|

SALAMONE, SALVATOER, DBA S.A.K.
DISTRIBUTION, INC.
CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5861
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $156,087.04 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

SAMUELSON, WILLIAM
930 CHEYENNE STREET
COSTA MESA, CA 92626

Claim Number: 1122
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $123.02 |
|---|---|---|

SANN, ALEXANDER
165 EAST 72ND STREET
APT. 8K
NEW YORK, NY 10021-4342

Claim Number: 3796
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $1,456,012.18 | Scheduled: | $1,230,259.81 UNLIQ |
|---|---|---|---|---|

SANN, ALEXANDER
165 EAST 72ND STREET
APT. 8K
NEW YORK, NY 10021-4342

Claim Number: 7013
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SANZERI, CLAUDIA
35 WOODCOCK LANE
LEVITTOWN, NY 11756

Claim Number: 2111
Claim Date: 04/30/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 7273 (12/22/2010)

---

| PRIORITY | Claimed: | $7,680.82 |
|---|---|---|

SATKOWSKI, EDWARD
69 AUDUBON AVENUE
NEWINGTON, CT 06111

Claim Number: 3654
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $33,594.77 |
|---|---|---|

---

SAVETZ, BERNARD & LENORE
3450 LAWRENCE AVE
OCEANSIDE, NY

Claim Number: 5950
Claim Date: 06/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $152,244.00 |
|---|---|---|

SAWCHUK, KENNETH
26 TEANECK DRIVE
EAST NORTHPORT, NY 11731

Claim Number: 5140
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SBC GLOBAL SERVICES, INC.
JAMES GRUDUS, ESQ.: AT&T ATTORNEY
AT&T SERVICES, INC.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 3222
Claim Date: 05/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| UNSECURED | Claimed: | $775,371.19 |
|---|---|---|

SBC GLOBAL SERVICES, INC.
JAMES GRUDUS, ESQ.: AT&T ATTORNEY
AT&T SERVICES, INC.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 6475
Claim Date: 05/12/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| UNSECURED | Claimed: | $307,408.72 |
|---|---|---|

SBC GLOBAL SERVICES, INC.
C/O AT&T INC.
AT&T ATTORNEY: JAMES GRUDUS, ESQ.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 6556
Claim Date: 07/07/2010
Debtor: TRIBUNE COMPANY
Comments:
Amends claim 6475

| UNSECURED | Claimed: | $321,424.91 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| SBC LONG DISTANCE, LLC | Claim Number: 3322 |
| JAMES GRUDUS, ESQ. | Claim Date: 06/01/2009 |
| AT&T SERVICES, INC. | Debtor: TRIBUNE COMPANY |
| ONE AT&T WAY, ROOM 3A218 | Comments: DOCKET: 4778 (06/14/2010) |
| BEDMINSTER, NJ 07921 | Claim out of balance |

| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $0.46 |
| UNSECURED | Claimed: | $0.46 |
| TOTAL | Claimed: | $0.46 |

---

| SCALA, THEODORE F. | Claim Number: 5141 |
| 123 HINSDALE AVENUE | Claim Date: 06/12/2009 |
| FLORAL PARK, NY 11001 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| SCALLY, GERALDINE | Claim Number: 3797 |
| 16775 SUNSET BLVD. | Claim Date: 06/09/2009 |
| PACIFIC PALISADES, CA 90272 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $28,433.38 |

---

| SCARBOROUGH RESEARCH CORP | Claim Number: 4856 |
| PO BOX 88990 | Claim Date: 06/11/2009 |
| CHICAGO, IL 60695-1990 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Amends claim number 2516 |

| SECURED | Claimed: | $3,541.86 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

SCHAIBLE, LINDA A.
13365 NW 7TH ST.
PLANTATION, FL 33325

Claim Number: 7069
Claim Date: 11/16/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

SCHAMBERRY, JEFFREY
864 CLEVELAND ST
W HEMPSTEAD, NY 11552

Claim Number: 5086
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

SCHERB, JEFF
945 OAK HILL DRIVE
ELMIRA, NY 14905

Claim Number: 6429
Claim Date: 03/15/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $10,005.66 | Scheduled: | $10,005.66 DISP CONT |
|---|---|---|---|---|

SCHINDLER ELEVATOR CORPORATION
1530 TIMBERWOLF DRIVE
HOLLAND, OH 43528

Claim Number: 475
Claim Date: 02/05/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $7,210.75 | | |
|---|---|---|---|---|

SCHLOSBERG, RICHARD T. III
164 SENDERO VERDE DR.
SAN ANTONIO, TX 78261

Claim Number: 3798
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6944

| UNSECURED | Claimed: | $2,760,068.72 | Scheduled: | $1,853,550.00 UNLIQ |
|---|---|---|---|---|

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

SCHLOSBERG, RICHARD T. III
164 SENDERO VERDE DR.
SAN ANTONIO, TX 78261

Claim Number: 6944
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3798

| UNSECURED | Claimed: | $0.00 UNDET |
|-----------|----------|-------------|

SCHMID, MIKE
14525 S ACUFF CT
OLATHE, KS 66062

Claim Number: 5701
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $50,748.00 |
|-----------|----------|------------|

SCHMITZ, ANDREW J.
9530 DUFFNEY DR
CORCORAN, MN 55374

Claim Number: 5912
Claim Date: 06/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $18,000.00 |
|-----------|----------|------------|

SCHNALL, HERBERT K.
P.O. BOX 9457
15102 CAMINITO MARIA
RANCHO SANTA FE, CA 92067

Claim Number: 3799
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $601,401.39 | Scheduled: | $455,572.00 UNLIQ |
|-----------|----------|-------------|------------|-------------------|

SCHNALL, HERBERT K.
P.O. BOX 9457
15102 CAMINITO MARIA
RANCHO SANTA FE, CA 92067

Claim Number: 7014
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET |
|-----------|----------|-------------|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | | | | |
|---|---|---|---|---|---|
| SCHNEIDER, CHARLES<br>522 NORTH BEVERLY DRIVE<br>BEVERLY HILLS, CA 90210 | | Claim Number: 3800<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $300,413.12 | Scheduled: | $355,878.00 UNLIQ |
|---|---|---|---|---|

| SCHNEIDER, CHARLES I.<br>522 N. BEVERLY DR.<br>BEVERLY HILLS, CA 90210 | | Claim Number: 7015<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

| SCHNEIDER, HILARY A.<br>54 CHESTNUT AVENUE<br>LOS GATOS, CA 95030 | | Claim Number: 3801<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6913 |
|---|---|---|

| UNSECURED | Claimed: | $116,920.23 | Scheduled: | $36,718.00 UNLIQ |
|---|---|---|---|---|

| SCHNEIDER, HILARY A.<br>54 CHESTNUT AVENUE<br>LOS GATOS, CA 95030 | | Claim Number: 6913<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3801 |
|---|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

| SCHNEIDER, HOWARD<br>9 BRANDYWINE DRIVE<br>SETAUKET, NY 11733 | | Claim Number: 3802<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|---|

| UNSECURED | Claimed: | $111,725.93 | Scheduled: | $72,649.00 UNLIQ |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

SCHNEIDER, HOWARD S.
9 BRANDYWINE DR.
SETAUKET, NY 11733

Claim Number: 7016
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

SCHOLLY, ALISON R.
2137 W. HOMER ST.
CHICAGO, IL 60647

Claim Number: 7047
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

SCHULER, BARBARA L.
5 HOLDSWORTH DR.
HUNTINGTON, NY 11743

Claim Number: 5102
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

SCHUON, JONALYN
8 CRESCENT DR
HUNTINGTON, NY 11743

Claim Number: 5096
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

SCW CAPITAL RESOURCES, LP
10 GLENRIDGE DRIVE
BEDFORD, MA 01730

Claim Number: 3490
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $3,300.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| SEIFERT, LESLIE<br>318 W 100 ST 16C<br>NEW YORK, NY 10025 | Claim Number: 5039<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

---

| SELLSTROM, BRIAN<br>PO BOX 1035<br>RANCHO SANTE FE, CA 92067 | Claim Number: 3803<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $59,424.51 | Scheduled: | $37,113.00  UNLIQ |
|---|---|---|---|---|

---

| SELLSTROM, BRIAN J.<br>P.O. BOX 1035<br>RANCHO SANTA FE, CA 92067 | Claim Number: 7017<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

---

| SELZER, CAROLYN<br>1047 BANGOR LANE<br>VENTURA, CA 93001 | Claim Number: 3805<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $8,834.93 | | |
|---|---|---|---|---|

---

| SEMINOLE COUNTY TAX COLLECTOR, THE<br>RAY VALDES<br>1101 EAST FIRST STREET<br>PO BOX 630<br>SANFORD, FL 32772 | Claim Number: 415<br>Claim Date: 02/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 10229 (11/15/2011) |
|---|---|

| SECURED | Claimed: | $100.77 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| SERRAO, SEAN<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4922<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 6450 (11/15/2010) |
|---|---|

---

| UNSECURED | Claimed: | $10,000.00 | | | |
|---|---|---|---|---|---|

| SEWELL, IRENE<br>2310 DEWES STREET<br>GLENVIEW, IL 60025-4157 | Claim Number: 6848<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

---

| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
|---|---|---|---|---|---|

| SHANNON LEE PHOTOGRAPHY<br>PO BOX 411<br>MT AIRY, MD 21771 | Claim Number: 3195<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4100 (04/19/2010) |
|---|---|

---

| ADMINISTRATIVE | Claimed: | $450.00 | | | |
|---|---|---|---|---|---|

| SHAPE, STEVEN<br>CUST JASON SHAPE UTMA IL<br>1308 LINCOLN AVE S<br>HIGHLAND PARK, IL 60035-3459 | Claim Number: 6748<br>Claim Date: 04/15/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

---

| UNSECURED | Claimed: | $1.26 | Scheduled: | $1.26 | |
|---|---|---|---|---|---|

| SHARP, JOHN KEVIN<br>8650 SPICEWOOD SPRINGS ROAD # 145<br>AUSTIN, TX 78759 | Claim Number: 5291<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

---

| UNSECURED | Claimed: | $25,374.00 | | | |
|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

SHARP, LORA LAVERNE
8650 SPICEWOOD SPRINGS RD., # 145
AUSTIN, TX 78759

Claim Number: 5293
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $91,346.40 |
|---|---|---|

SHARP, RUTH E.
8650 SPICEWOOD SPRINGS RD., # 145
AUSTIN, TX 78759

Claim Number: 5292
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $38,568.48 |
|---|---|---|

SHAW, JAMES D
228 JEFFERSON'S HUNDRED
WILLIAMSBURG, VA 23185

Claim Number: 3806
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6885

| UNSECURED | Claimed: | $188,663.28 | Scheduled: | $104,697.00 UNLIQ |
|---|---|---|---|---|

SHAW, JAMES D.
228 JEFFERSON'S HUNDRED
WILLIAMSBURG, VA 23185

Claim Number: 6885
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3806

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SHIRLEY, DENNIS
2440 STANLEY
TUSTIN, CA 92782

Claim Number: 3807
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6945

| UNSECURED | Claimed: | $1,374,704.51 | Scheduled: | $1,244,089.95 UNLIQ |
|---|---|---|---|---|

---

| SHIRLEY, DENNIS A.<br>2440 STANLEY<br>TUSTIN, CA 92782 | | Claim Number: 6945<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3807 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | |
| SHOPLOCAL<br>225 N MICHIGAN AVE<br>SUITE 1600<br>CHICAGO, IL 60601 | | Claim Number: 1678<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4407 (05/14/2010) | | |
| UNSECURED | Claimed: | $20,950.00 | | |
| SHORES, KIRK R.<br>464 N. PINE MEADOW DR.<br>DEBARY, FL 32713-2305 | | Claim Number: 4844<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $21,000.00 | | |
| SHORTS, GARY K.<br>2940 BEECH LANE<br>DOYLESTOWN, PA 18902-1941 | | Claim Number: 3808<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6907 | | |
| UNSECURED | Claimed: | $169,089.46 | Scheduled: | $88,941.00 UNLIQ |
| SHORTS, GARY K.<br>2940 BEECH LANE<br>DOYLESTOWN, PA 18902-1941 | | Claim Number: 6907<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3808 | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

SIDHRA, NILAMBAR K.
1427 VISTA CREEK DRIVE
ROSEVILLE, CA 95661

Claim Number: 5787
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $101,496.00 | | |
|---|---|---|---|---|

SIEMENS BUILDING TECHNOLOGIES
580 SLAWIN COURT
MOUNT PROSPECT, IL 60056

Claim Number: 6161
Claim Date: 08/13/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $1,013.42 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,835.00 | Scheduled: | $1,835.00 |

SILVA, REGINA I
3508 S FLEMINGTON DR
WEST COVINA, CA 91792-2913

Claim Number: 6728
Claim Date: 03/07/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $137.44 | Scheduled: | $137.44 |
|---|---|---|---|---|

SIMPSON, JAMES R.
5 CRESTWOOD DRIVE
NEWPORT BEACH, CA 92660

Claim Number: 3809
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $3,924,877.86 | Scheduled: | $2,618,441.00 UNLIQ |
|---|---|---|---|---|

SIMPSON, JAMES R.
5 CRESTWOOD DRIVE
NEWPORT BEACH, CA 92660

Claim Number: 7018
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

SINGH, SATNAM
P.O. BOX 305
LA PUENTE, CA 91747

Claim Number: 1676
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,222.32 |

SITO, LOUIS
5501 HUNTINGTON PKWY
BETHESDA, MD 20814-1130

Claim Number: 3810
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100,409.32 | Scheduled: | $63,009.00 UNLIQ |

SITO, LOUIS
140 RAPTOR WAY
LANDRUM, SC 29356

Claim Number: 7019
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET |

SKINNER, MARYANN
10 MEUDON DRIVE
LOCUST VALLEY, NY 11560

Claim Number: 5091
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET |

SKYLINE LANDSCAPE INC
1957 EAST PONTO LAKE RD
BACKUS, MN 56435

Claim Number: 3383
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,499.85 | Scheduled: | $1,499.85 |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| SKYTEL<br>PO BOX 2469<br>JACKSON, MS 39225-2469 | Claim Number: 3224<br>Claim Date: 05/27/2009<br>Debtor: TRIBUNE COMPANY | | | | | |

| UNSECURED | Claimed: | $6,938.74 | Scheduled: | $5,649.16 | | |

---

| SLASON, MICHAEL D.<br>C/O CATHERINE G. PAPPAS, ESQ.<br>DILWORTH PAXSON LLP<br>1500 MARKET STREET, SUITE 3500E<br>PHILADELPHIA, PA 19102 | Claim Number: 7060<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | | | | | |

| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |

---

| SMITH BARNEY CUST FBO RACHEL DONELSON<br>IRA<br>1115 UNION ST<br>SAN FRANCISCO, CA 94109 | Claim Number: 6537<br>Claim Date: 06/21/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | | |

| UNSECURED | Claimed: | $0.00 | Scheduled: | $3,230.00 | Allowed: | $3,230.00 |

---

| SMITH, ANNE<br>63 STAMFORD STREET<br>LONDON, SE1 9NB<br>UNITED KINGDOM | Claim Number: 787<br>Claim Date: 03/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) | | | | | |

| PRIORITY | Claimed: | $400.00 | | | | |

---

| SMITH, JAMES S.<br>15 COVERT ST<br>PORT WASHINGTON, NY 11050 | Claim Number: 5325<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | | | |

| UNSECURED | Claimed: | $0.00   UNDET | | | | |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

SMITH, KATHERINE F.
912 JAMES DRIVE
NEWPORT NEWS, VA 23605

Claim Number: 719
Claim Date: 03/11/2009
Debtor: TRIBUNE COMPANY

---

| PRIORITY | Claimed: | $2,508.48 | | |
|---|---|---|---|---|

SMITH, MIRIAM
282 WOODBINE AVE.
NORTHPORT, NY 11768

Claim Number: 5315
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

---

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

SMITH, SCOTT
1361 HACKBERRY LANE
WINNETKA, IL 60093

Claim Number: 6850
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

SMITH, THERESA, DBA ME-2-U DELIVERY
SERVICE
CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5860
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

---

| UNSECURED | Claimed: | $242,265.28 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

SMUKLER, ANN
600 SHORE ROAD, 3F
LONG BEACH, NY 11561

Claim Number: 5051
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan

---

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

SODEXO, INC.
C/O ADRIENNE VADELL STURGES
6081 HAMILTON BOULEVARD
ALLENTOWN, PA 18106

Claim Number: 5581-04
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

---

| UNSECURED | Claimed: | $2,048.49 | Scheduled: | $989.00 |
|---|---|---|---|---|

SOLLITTO, PATRICIA
931 PARK DRIVE
WANTAGH, NY 11793

Claim Number: 5327
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

---

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

SOLOMON, BARRY
12115 SAN VICENTE BLVD. # 109
LOS ANGELES, CA 90049

Claim Number: 6514
Claim Date: 06/07/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8153 (02/25/2011)

---

| SECURED | Claimed: | $15,000.00 | | |
|---|---|---|---|---|

SOLSTICE CONSULTING, LLC
641 W. LAKE, SUITE 102
CHICAGO, IL 60661

Claim Number: 47
Claim Date: 12/26/2008
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4407 (05/14/2010)

---

| PRIORITY | Claimed: | $10,200.00 | | |
|---|---|---|---|---|

SOMMELLA, LOUISE
JOSEPH SOMMELLA, DECEASED
325 OAK PARK LOOP
DAVENPORT, FL 33837

Claim Number: 3728
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $246.78 | Scheduled: | $0.00  UNDET |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| SOUTH SHORE MEDICAL SALES & SVCS LLC PSP<br>2286 BRIGHAM ST APT 2F<br>BROOKLYN, NY 11229-6116 | Claim Number: 5896<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $20,299.60 | |
| SOUTHERN CALIFORNIA EDISON COMPANY<br>300 N. LONE HILL AVE.<br>SAN DIMAS, CA 91773 | Claim Number: 407<br>Claim Date: 02/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 3951 (04/06/2010) | |
| UNSECURED          Claimed: | $253,283.68 | |
| SPECTRUM ENGINEERING GROUP LLC<br>25 SURREY DR<br>CHESHIRE, CT 06410-2814 | Claim Number: 3628<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) | |
| PRIORITY          Claimed: | $11,633.46 | |
| SPIECKER, FRANK<br>100 STREAM CT<br>CHALFONT, PA 18914 | Claim Number: 5700<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $25,374.00 | |
| SPRECK CORP., A CALIFORNIA CORPORATION<br>SPRECKELS BUILDING<br>121 BROADWAY, SUITE 600<br>SAN DIEGO, CA 92101 | Claim Number: 6062<br>Claim Date: 07/13/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $4,475.66 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | |
|---|---|---|---|
| SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 7949<br>OVERLAND PARK, KS 66207-0949 | Claim Number: 435<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| UNSECURED          Claimed: | $199,573.13 | | |
| SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 7949<br>OVERLAND PARK, KS 66207-0949 | Claim Number: 3420<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 435 | | |
| UNSECURED          Claimed: | $203,303.59 | Scheduled: | $17,001.95 |
| ST. LOUIS COUNTY, MISSOURI<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | Claim Number: 306<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
| PRIORITY          Claimed: | $14,866.47 | | |
| ST. LOUIS COUNTY, MISSOURI<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | Claim Number: 307<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
| PRIORITY          Claimed: | $28,431.58 | | |
| ST. LOUIS COUNTY, MISSOURI<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | Claim Number: 308<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
| PRIORITY          Claimed: | $20,583.09 | | |

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| STABILE, KAREW
194 KILBURN RD
GARDEN CITY, NY 11530 | Claim Number: 5786
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan | | | |

| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| STACKLER, RONALD E.
6786 SHEARWATER LANE
MALIBU, CA 90265 | Claim Number: 3234
Claim Date: 05/28/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010) | | | |

| UNSECURED | Claimed: | $150,000.00 | | |

---

| STAMP, MARION N
10801 CROOKED RIVER RD
APT 203
BONITA SPRINGS, FL 34135-1782 | Claim Number: 6677
Claim Date: 11/22/2010
Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $340.00 | Scheduled: | $340.00 |

---

| STANCAMPIANO, LOUIS J.
C/O CATHERINE G. PAPPAS, ESQ.
DILWORTH PAXSON LLP
1500 MARKET STREET, SUITE 3500E
PHILADELPHIA, PA 19102 | Claim Number: 7062
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| STANDARD REGISTER COMPANY
LILLIAN FLATT
600 ALBANY ST
DAYTON, OH 45408 | Claim Number: 95
Claim Date: 12/18/2008
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010) | | | |

| UNSECURED | Claimed: | $4,147.36 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

STANFIELD, KATHY R
726 SAN PASCUAL AVENUE
APT. #11
LOS ANGELES, CA 90042

Claim Number: 2687
Claim Date: 05/11/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | | |
| UNSECURED | Claimed: | $1,518.49 | | |

---

STANISZ, JANUSZ
11055 NORTH 128 PLACE
SCOTTSDALE, AZ 85259

Claim Number: 4966
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $162,393.60 | |

---

STANLEY SECURITY SOLUTIONS INC
SAFEMASTERS
DEPT CH 14202
PALATINE, IL 60055-4202

Claim Number: 2172
Claim Date: 04/30/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,395.03 | | |
| UNSECURED | | | Scheduled: | $1,395.03 |

---

STANTON, RICHARD W.
1239 MAPLEWOOD DRIVE
MAPLE GLEN, PA 91301

Claim Number: 3499
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6946

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $58,991.00 | Scheduled: | $58,991.00 UNLIQ |

---

STANTON, RICHARD W.
1239 MAPLEWOOD DR.
MAPLE GLEN, PA 19002

Claim Number: 6946
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3499

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| STARZYK, KARA<br>13230 SW 32ND COURT<br>FORT LAUDERDALE, FL 33330 | Claim Number: 729<br>Claim Date: 03/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,300.00 | | |

---

| STATE OF CONNECTICUT<br>UNCLAIMED PROPERTY DIVISION<br>DEPARTMENT OF TREASURY<br>55 ELM STREET<br>HARTFORD, CT 06106 | Claim Number: 6494<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,862.96 | Scheduled: | $4,862.96 |

---

| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>FREDERICK F. RUDZIK<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | Claim Number: 3357<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,740,043.00 | | |

---

| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>FREDERICK F. RUDZIK<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | Claim Number: 3464<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,190,498.00 | | |

---

| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | Claim Number: 6472<br>Claim Date: 05/07/2010<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,337,722.06 | | |
| SECURED | Claimed: | $0.00 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>DEBORAH B. WALDMEIR, ASST ATTY GENERAL<br>3030 W. GRAND BLVD - CADILLAC PL 10-200<br>DETROIT, MI 48202 | Claim Number: 6629<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5677 (09/13/2010) |
|---|---|
| ADMINISTRATIVE          Claimed: | $435,030.42 |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>DEBORAH B. WALDMEIR, ASST ATTY GENERAL<br>3030 W. GRAND BLVD - CADILLAC PL 10-200<br>DETROIT, MI 48202 | Claim Number: 6630<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5678 (09/13/2010) |
| ADMINISTRATIVE          Claimed: | $7,251.24 |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>DEBORAH B. WALDMEIR, ASST ATTY GENERAL<br>3030 W. GRAND BLVD - CADILLAC PL 10-200<br>DETROIT, MI 48202 | Claim Number: 6631<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5679 (09/13/2010) |
| ADMINISTRATIVE          Claimed: | $120,854.00 |
| STATE OF NEW JERSEY<br>DEPARTMENT OF TREASURY<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON, NJ 08646-0245 | Claim Number: 1059<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY          Claimed: | $31,024.77 |
| STATE OF NEW YORK DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOVERNOR W AVERELL HARRIMAN STATE OFFICE<br>BUILDING CAMPUS, BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 6821<br>Claim Date: 09/22/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9961 (10/12/2011) |
| ADMINISTRATIVE          Claimed: | $1,496.10 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| STATE OF NEW YORK DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOVERNOR W AVERELL HARRIMAN STATE OFFICE<br>BUILDING CAMPUS, BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 6827<br>Claim Date: 10/11/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,496.10 |
|---|---|---|

| STATE OF NEW YORK, DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURACE DIVISION<br>GOVERNOR W. AVERELL HARRIMAN STATE<br>OFFICE BUILDING CAMPUS - BLDG 12, RM 256<br>ALBANY, NY 12240 | Claim Number: 3095<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED |
|---|---|

| ADMINISTRATIVE | Claimed: | $619.48 |
|---|---|---|

| STAZAK, THOMAS W.<br>3950 SCHOONER RIDGE<br>ALPHARETTA, GA 30004 | Claim Number: 5968<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $20,299.20 |
|---|---|---|

| STEVENS, THOMAS<br>1801 MICHAELS CT<br>HENDERSON, NV 89014 | Claim Number: 6058<br>Claim Date: 07/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $2,200.00 |
|---|---|---|

| STEWART, CLETUS C.<br>7733 CLARCONA OCOEE RD<br>ORLANDO, FL 32818-1219 | Claim Number: 4631<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $25,090.56 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

STEWART, HAI
#1010, 540-14 AVE. SW
CALGARY, AB T2R OM6
CANADA

Claim Number: 6679
Claim Date: 12/01/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8153 (02/25/2011)

| UNSECURED | Claimed: | $8,000.00 |
| --- | --- | --- |

STEWART, ROBERT
PO BOX 3834
LAKEWOOD, CA 90711

Claim Number: 5773
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| PRIORITY | Claimed: | $468.21 |
| --- | --- | --- |

STIMPFCE, LORRAINE E.
222 CEDAR AVE.
PATCHOGUE, NY 11772

Claim Number: 5075
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

STORYTELLERS'S WORKSHOP INC
TED SLAMPYAK
217 CALLE EVANGELINE
BERNALILLO, NM 87004

Claim Number: 196
Claim Date: 01/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| PRIORITY | Claimed: | $1,800.00 |
| --- | --- | --- |

STRAIN, MARGARET M.
1665 SPINNAKER DR
ALPHARETTA, GA 30005

Claim Number: 5963
Claim Date: 06/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $25,374.00 |
| --- | --- | --- |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| STRANGE, JENNIFER<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4921<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

| STRIEGEL, LAWRENCE W.<br>30 NORTON DRIVE<br>EAST NORTHPORT, NY 11731 | Claim Number: 5035<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| STUPIN, DANIEL & CAROL<br>51 VISTA REDONDA<br>SANTA FE, NM 97506 | Claim Number: 4670<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $1,704.50 |
|---|---|---|

| SUJKA, JAMES<br>5359 W MARGARET ST<br>PO BOX 474<br>MONEE, IL 60449-8071 | Claim Number: 6541<br>Claim Date: 06/21/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $850.00 | Scheduled: | $850.00 |
|---|---|---|---|---|

| SULLIVAN, EUGENE<br>74 COTTONWOOD LANE<br>WESTBURY, NY 11590 | Claim Number: 5333<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| SUN MICROSYSTEMS, INC.<br>BUCHALTER NEMER, PC<br>ATTN: SHAWN CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO, CA 94105 | Claim Number: 4635<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 6593 (11/23/2010) |

| PRIORITY | Claimed: | $562,444.74 |
| UNSECURED | Claimed: | $438,981.26 |

---

| SUN MICROSYSTEMS, INC.<br>BUCHALTER NEMER, PC<br>ATTN: SHAWN CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO, CA 94105 | Claim Number: 4749<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 6593 (11/23/2010) |

| ADMINISTRATIVE | Claimed: | $536,316.79 |
| UNSECURED | Claimed: | $293,156.21 |

---

| SUN MICROSYSTEMS, INC.<br>BUCHALTER NEMER, PC<br>ATTN: SHAWN CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO, CA 94105 | Claim Number: 4748<br>Claim Date: 06/11/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 6593 (11/23/2010) |

| ADMINISTRATIVE | Claimed: | $536,316.79 |

---

| SWAN, WOODBURY D.<br>2606 CIPRIANI BLVD<br>BELMONT, CA 94002-1404 | Claim Number: 3392<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| SECURED | Claimed: | $15,000.00 |

---

| SWARTZ, ALICE<br>2203 E 26TH STREET<br>BROOKLYN, NY 11229 | Claim Number: 4893<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $82,211.76 |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| SWARTZ, CONRAD<br>12911 NW 25TH COURT<br>VANCOUVER, WA 98685 | Claim Number: 4892<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $81,196.80 | | |

---

| SWARTZ, CONRAD<br>12911 NW 25TH COURT<br>VANCOUVER, WA 98685 | Claim Number: 5827<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $81,196.80 | | |

---

| SWEENEY, JUDITH<br>30937 STEEPLECHASE DR<br>SAN JUAN CAPO, CA 92675-1929 | Claim Number: 3811<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6947 | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,827.72 | Scheduled: | $16,538.00 UNLIQ |

---

| SWEENEY, JUDITH L.<br>31112 VIA LIMON<br>SAN JUAN CAPISTRANO, CA 92675 | Claim Number: 6947<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3811 | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| SWEENEY, STENDER E.<br>790 HUNTINGTON GARDEN DRIVE<br>PASADENA, CA 91108-1725 | Claim Number: 3812<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $92,525.62 | Scheduled: | $64,868.00 UNLIQ |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

SWEENEY, STENDER E.
790 HUNTINGTON GARDEN DRIVE
PASADENA, CA 91108-1725

Claim Number: 7020
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

SYSTEM MAINTENANCE SERVICES, INC
9013 PERIMITER WOODS, SUITE E
CHARLOTTE, NC 28216

Claim Number: 3129-01
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $646.46 | Allowed: | $646.46 |
|---|---|---|---|---|

T-MOBILE USA INC.
P.O. BOX 53410
BELLEVUE, WA 98015

Claim Number: 3096
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $5,528.75 | | |
|---|---|---|---|---|

T-MOBILE USA INC.
P.O. BOX 53410
BELLEVUE, WA 98015

Claim Number: 3098
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $806.90 | | |
|---|---|---|---|---|

T-MOBILE USA INC.
P.O. BOX 53410
BELLEVUE, WA 98015

Claim Number: 3099
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $7,896.34 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

T-MOBILE USA, INC.
PO BOX 53410
BELLEVUE, WA 98015

Claim Number: 375
Claim Date: 01/27/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $3,080.66 | Scheduled: | $14,552.83 |
|---|---|---|---|---|

T-MOBILE USA, INC.
PO BOX 53410
BELLEVUE, WA 98015

Claim Number: 376
Claim Date: 01/27/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $342.66 |
|---|---|---|

T-MOBILE USA, INC.
PO BOX 53410
BELLEVUE, WA 98015

Claim Number: 388
Claim Date: 01/27/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $43,841.74 |
|---|---|---|

T-MOBILE USA, INC.
PO BOX 53410
BELLEVUE, WA 98015

Claim Number: 393
Claim Date: 01/27/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $6,465.34 |
|---|---|---|

T-MOBILE USA, INC.
PO BOX 53410
BELLEVUE, WA 98015

Claim Number: 398
Claim Date: 01/27/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $5,099.99 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| TABLET & TICKET COMPANY<br>1120 ATLANTIC DRIVE<br>WEST CHICAGO, IL 60185 | Claim Number: 1155<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) |
|---|---|

| PRIORITY | Claimed: | $98.38 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $98.38 |

---

| TAFT, DUDLEY S.<br>C/O MATTHEW R. KIPP<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>155 NORTH WACKER DRIVE<br>CHICAGO, IL 60606-1720 | Claim Number: 6846<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| TALL OAKS KENNEL, LLC<br>C/O ELAINE PERKINS<br>PO BOX 53<br>ATTN: ELAINE PERKINS<br>WHITMORE LAKE, MI 48189 | Claim Number: 6133<br>Claim Date: 07/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) |
|---|---|

| UNSECURED | Claimed: | $181.60 |
|---|---|---|

---

| TANNENBAUM, IRVING & JUDITH R JT TEN<br>840 LIONSGATE DR<br>SAINT LOUIS, MO 63130-2848 | Claim Number: 6531<br>Claim Date: 06/16/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $2,176.00 | Allowed: | $2,176.00 |
|---|---|---|---|---|---|---|

---

| TARRANT COUNTY<br>C/O LINEBARGER BOGGAN BLAIR & SAMPSON,<br>LLP; ATTN: ELIZABETH WELLER<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201-2691 | Claim Number: 5979<br>Claim Date: 06/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 4782 (06/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $21.05   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

TARRANT COUNTY
ATTN: E. WELLER; M. DEEDS; L. SPINDLER
LINEBARGER BOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201-2691

Claim Number: 6016
Claim Date: 06/30/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 4783 (06/14/2010)

| ADMINISTRATIVE | Claimed: | $21.05  UNLIQ |
| --- | --- | --- |

---

TAYLOR, DAVID LLOYD, TRUSTEE
DAVID LLOYD TAYLOR TRUST, U/A 1/1/01
966 WILDFLOWER WAY
LONGWOOD, FL 32750-4045

Claim Number: 3592
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $2,050,000.00 |
| --- | --- | --- |

---

TAYLOR, DAVID ROSS
C/O GERALD S. SACK, ESQUIRE
LAW OFFICES OF GERALD S. SACK, LLC
836 FARMINGTON AVENUE, SUITE 109
WEST HARTFORD, CT 06119

Claim Number: 6599
Claim Date: 07/15/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNDET |
| --- | --- | --- |

---

TELECOMMUNICATION SYSTEMS, INC.
333 N MICHIGAN AVE STE 2700
CHICAGO, IL 60601-4047

Claim Number: 2185
Claim Date: 05/01/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for patenet infringement

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNLIQ |
| --- | --- | --- | --- | --- |

---

TEMPLE, EDWARD J.
246 PINE LANE
WETHERSFIELD, CT 06109

Claim Number: 3613
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $8,000.00 |
| --- | --- | --- |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | |
|---|---|---|---|---|
| TEMPLE, EDWARD J.<br>246 PINE LANE<br>WETHERSFIELD, CT 06109 | | Claim Number: 3614<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $23,000.00 | | |
| TERPSTRA, JAMES E.<br>20457 NO. CANYON WHISPER DR.<br>SURPRISE, AZ 85387 | | Claim Number: 3813<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,238.30 | Scheduled: | $872.00  UNLIQ |
| TERPSTRA, JAMES E.<br>20457 NO. CANYON WHISPER DR.<br>SURPRISE, AZ 85387 | | Claim Number: 7021<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| TERRY, ROBERT H.<br>C/O LAUREL TERRY<br>601 MOORELAND AVE.<br>CARLISLE, PA 17013 | | Claim Number: 3691<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension, ESOP and Savings Plan | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| THARP, VAN K. - TRUSTEE<br>11TM TARGET TRUST PLAN<br>337 LOCHSIDE DR<br>CARY, NC 27518 | | Claim Number: 5289<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $512,554.80 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| THE L & M FAMILY TRUST<br>BRUCE TIEGS OR PAULA TIEGS, CO TRUSTEES<br>PO BOX 429<br>GREEN LEAF, ID 83626 | Claim Number: 6247<br>Claim Date: 09/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $748.00 |
|---|---|---|
| UNSECURED | Claimed: | $50,000.00 |

---

| THEOBALD, EDWARD<br>5401 215 LANE NE<br>CEDAR, MN 55011 | Claim Number: 5690<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $30,448.80 |
|---|---|---|

---

| THIRD SCREEN MEDIA INC. DBA QUIGO ET AL<br>TIFFANY STRELOW COBB ESQ.<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET (PO BOX 1008)<br>COLUMBUS, OH 43216-1008 | Claim Number: 234<br>Claim Date: 01/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4410 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $7,500.00 |
|---|---|---|

---

| THOMAS P. YOUNGBLOOD IRA<br>55 FORDCROFT STREET<br>GROSSE POINTE, MI 48236 | Claim Number: 5631<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| SECURED | Claimed: | $76,240.31 |
|---|---|---|

---

| THOMAS, JESSY<br>THE LAW OFFICES OF FRED M. MORELLI, JR.<br>403 W. GALENA<br>AURORA, IL 60506 | Claim Number: 3673<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $65,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

THOMAS, WILLIAM F.
16025 VALLEY WOOD RD
SHERMAN OAKS, CA 91403

Claim Number: 3769
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $395,688.06 |
|---|---|---|

THOMAS, WILLIAM F.
16025 VALLEY WOOD RD
SHERMAN OAKS, CA 91403

Claim Number: 6883
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3768

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

THOMAS-JOSEPH, LEEMA
7 SAGAMORE LANE
DIX HILLS, NY 11746

Claim Number: 5143
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

THOMPSON, JAMES, DBA J&L AMERICAN
ENTERPRISES, LTD.
CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5856
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $119,080.00 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

THOMSON, JEAN
2902 FERNAN COURT
COEUR D'ALENE, ID 83814

Claim Number: 3182
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $54,666.00 | Scheduled: | $54,666.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | |
|---|---|---|
| THORPE, CAROLINE<br>11252 GONSALVES ST<br>CERRITOS, CA 90703 | Claim Number: 3771<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>With claim number 3770, amends claim number 205 | |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $49,050.00 |

| | | |
|---|---|---|
| THRIFTY OIL CO<br>RE: LOS ANGELES 1201 MATEO ST<br>13116 IMPERIAL HIGHWAY<br>SANTA FE SPRINGS, CA 90670 | Claim Number: 2915<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $335,687.76 |
|---|---|---|

| | | |
|---|---|---|
| TIERNAN, AUDREY<br>46 NORTH COURT<br>ROSLYN HEIGHTS, NY 11577 | Claim Number: 5789<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| | | |
|---|---|---|
| TIGHE, JAMES H<br>2120 SPRINGFIELD AVE<br>FORT WAYNE, IN 46805-1540 | Claim Number: 6515<br>Claim Date: 06/07/2010<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| TIP TOP BRANDING LLC<br>350 W HUBBARD ST #460<br>CHICAGO, IL 60654-5798 | Claim Number: 3738<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4407 (05/14/2010) | |

| UNSECURED | Claimed: | $784.18 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| TITAN OUTDOOR<br>850 THIRD AVE.<br>NEW YORK, NY 10022 | | Claim Number: 2996<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|---|

| UNSECURED | Claimed: | $229,157.00 | Scheduled: | $77,651.00 | |
|---|---|---|---|---|---|

| TOEDTMAN, JAMES<br>2604 GENEVA HILL CT<br>OAKTON, VA 22124 | | Claim Number: 3772<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|---|

| UNSECURED | Claimed: | $7,503.51 | Scheduled: | $6,921.42 | |
|---|---|---|---|---|---|

| TOGUT, ALBERT<br>CHAPTER 7 TRUSTEE OF PLVTZ, INC.<br>TOGUT, SEGAL & SEGAL LLP., ATTN: NEIL<br>BERGER, ESQ., ONE PENN PLAZA, SUITE 3335<br>NEW YORK, NY 10119 | | Claim Number: 6343<br>Claim Date: 12/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) | | | |
|---|---|---|---|---|---|

| UNSECURED | Claimed: | $413,581.99 | | | |
|---|---|---|---|---|---|

| TOMLINSON, SAMUEL C.<br>432 TWISTING PINE CIRCLE<br>LONGWOOD, FL 32779 | | Claim Number: 3729<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
|---|---|---|---|---|---|

| SECURED | Claimed: | $10,975.20 | | | |
|---|---|---|---|---|---|

| TOPOREK, VIRGINIA W<br>106 AIMEE PL<br>LONGWOOD, FL 32750-2763 | | Claim Number: 6523<br>Claim Date: 06/10/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | |
|---|---|---|---|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $204.00 | Allowed: | $204.00 |
|---|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | | | |
|---|---|---|---|---|
| TOPPING, ROBIN<br>20 PENFIELD DRIVE<br>EAST NORTHPORT, NY 11731 | Claim Number: 5144<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED          Claimed: | $0.00   UNDET | | | |
| TOPPING, ROBIN<br>20 PENFIELD DRIVE<br>EAST NORTHPORT, NY 11731 | Claim Number: 5331<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED          Claimed: | $0.00   UNDET | | | |
| TOWER CH, L.L.C<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6396<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3712 | | | |
| UNSECURED          Claimed: | $336,143.45   UNLIQ | Scheduled: | $336,143.45 | |
| TOWER CH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3712<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED          Claimed: | $336,100.90   UNLIQ | | | |
| TOWER DC, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3713<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED          Claimed: | $2,464,739.97   UNLIQ | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

TOWER DC, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6397
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3713

| UNSECURED | Claimed: | $2,465,052.00  UNLIQ | Scheduled: | $2,465,052.00 |
|---|---|---|---|---|

---

TOWER DL, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3714
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $373,445.45  UNLIQ |
|---|---|---|

---

TOWER DL, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGEN
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6398
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3714

| UNSECURED | Claimed: | $373,492.73  UNLIQ | Scheduled: | $373,492.73 |
|---|---|---|---|---|

---

TOWER EH, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3715
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $2,780,287.18  UNLIQ |
|---|---|---|

---

TOWER EH, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHOIRZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6399
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3715

| UNSECURED | Claimed: | $2,780,639.16  UNLIQ | Scheduled: | $2,780,639.16 |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

TOWER GREENSPUN DGSPT, LLC
901 GREEN VALLEY PARKWAY, SUITE 210
HENDERSON, NV 89074

Claim Number: 4769
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $9,336,136.25  UNLIQ | Scheduled: | $9,337,318.24 | |

TOWER GREENSPUN JGGSTP, LLC
901 GREEN VALLEY PARKWAY, SUITE 210
HENDERSON, NV 89074

Claim Number: 4771
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $9,336,136.25  UNLIQ | Scheduled: | $9,337,318.24 | |

TOWER GREENSPUN SGFFT, LLC
901 GREEN VALLEY PARKWAY, SUITE 210
HENDERSON, NV 89074

Claim Number: 4772
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $9,336,136.25  UNLIQ | Scheduled: | $9,337,318.24 | |

TOWER GREENSPUN, L.L.C.
901 GREEN VALLEY PARKWAY, SUITE 210
HENDERSON, NV 89074

Claim Number: 4770
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $9,336,136.24  UNLIQ | Scheduled: | $9,337,318.24 | |

TOWER HZ, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6400
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 4394

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $746,985.45  UNLIQ | Scheduled: | $746,985.45 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| TOWER HZ, LLC<br>ATTN: MARC D. HAUSER<br>C/O EGI-TRB, LLC, AS AUTHORIZED AGENT<br>2 NORTH RIVERSIDE PLAZA, STE 600<br>CHICAGO, IL 60606 | Claim Number: 4394<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $746,890.90   UNLIQ | | |

| TOWER JB, L.L.C<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6401<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3717 | | |
|---|---|---|---|
| UNSECURED          Claimed: | $847,081.50   UNLIQ | Scheduled: | $847,081.50 |

| TOWER JB, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3717<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $846,974.28   UNLIQ | | |

| TOWER JK, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3719<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $3,475,347.59   UNLIQ | | |

| TOWER JK, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6402<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3719 | | |
|---|---|---|---|
| UNSECURED          Claimed: | $3,475,787.56   UNLIQ | Scheduled: | $3,475,787.56 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | |
|---|---|
| TOWER JP, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3720<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |

UNSECURED          Claimed:          $952,285.90   UNLIQ

---

| | |
|---|---|
| TOWER JP, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6403<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3720 |

UNSECURED          Claimed:          $952,406.46   UNLIQ          Scheduled:          $952,406.46

---

| | |
|---|---|
| TOWER JS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3718<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |

UNSECURED          Claimed:          $423,487.14   UNLIQ

---

| | |
|---|---|
| TOWER JS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6404<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3718 |

UNSECURED          Claimed:          $423,540.75   UNLIQ          Scheduled:          $423,540.75

---

| | |
|---|---|
| TOWER KS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3721<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |

UNSECURED          Claimed:          $336,100.90   UNLIQ

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | | |
|---|---|---|---|---|---|
| TOWER KS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6405<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3721 | | | | |
| UNSECURED | Claimed: | $336,143.65  UNLIQ | Scheduled: | $336,143.65 | |
| TOWER LL, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3723<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | | |
| UNSECURED | Claimed: | $186,722.73  UNLIQ | | | |
| TOWER LL, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6406<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3723 | | | | |
| UNSECURED | Claimed: | $186,746.36  UNLIQ | Scheduled: | $186,746.36 | |
| TOWER LM, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3724<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | | |
| UNSECURED | Claimed: | $74,689.09  UNLIQ | | | |
| TOWER LM, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6407<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3724 | | | | |
| UNSECURED | Claimed: | $74,698.54  UNLIQ | Scheduled: | $74,698.54 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | |
|---|---|---|---|---|
| TOWER LZ, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3722<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED            Claimed: | $933,613.62   UNLIQ | | | |
| TOWER LZ, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6408<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3722 | | | |
| UNSECURED            Claimed: | $933,731.81   UNLIQ | Scheduled: | $933,731.81 | |
| TOWER MH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3702<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED            Claimed: | $134,440.36   UNLIQ | | | |
| TOWER MH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6409<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3702 | | | |
| UNSECURED            Claimed: | $134,457.38   UNLIQ | Scheduled: | $134,457.38 | |
| TOWER MS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3703<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED            Claimed: | $2,940,882.92   UNLIQ | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

TOWER MS, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6410
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3703

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,941,255.22  UNLIQ | Scheduled: | $2,941,255.22 |

---

TOWER MZ, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3704
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,764,529.75  UNLIQ | |

---

TOWER MZ, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6411
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3704

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,764,753.13  UNLIQ | Scheduled: | $1,764,753.13 |

---

TOWER NL, L.L.C.
TWO NORTH RIVERSIDE DRIVE
SUITE 600
CHICAGO, IL 60606

Claim Number: 3705
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,136,941.78  UNLIQ | |

---

TOWER NL, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6412
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3705

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,137,338.90  UNLIQ | Scheduled: | $3,137,338.90 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| TOWER PH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3716<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $373,445.45   UNLIQ | | |

| TOWER PH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6413<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3716 | | |
|---|---|---|---|
| UNSECURED          Claimed: | $373,492.73   UNLIQ | Scheduled: | $373,492.73 |

| TOWER PT, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3706<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $2,352,706.33   UNLIQ | | |

| TOWER PT, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA<br>CHICAGO, IL 60606 | Claim Number: 6414<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3706 | | |
|---|---|---|---|
| UNSECURED          Claimed: | $2,353,004.18   UNLIQ | Scheduled: | $2,353,004.18 |

| TOWER SF, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3707<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $186,722.73   UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| TOWER SF, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6415<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3707 | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $186,746.36  UNLIQ | Scheduled: | $186,746.36 |

---

| TOWER TT, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3708<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $746,890.90  UNLIQ | | |

---

| TOWER TT, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6416<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3708 | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $746,985.45  UNLIQ | Scheduled: | $746,985.45 |

---

| TOWER VC, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3709<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $235,270.63  UNLIQ | | |

---

| TOWER VC, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6417<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3709 | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $235,300.42  UNLIQ | Scheduled: | $235,300.42 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | |
|---|---|---|---|---|
| TOWER WP, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3710<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED          Claimed: | $5,097,185.33   UNLIQ | | | |
| TOWER WP, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6418<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3710 | | | |
| UNSECURED          Claimed: | $5,097,830.61   UNLIQ | Scheduled: | $5,097,830.61 | |
| TRAINOR, ROBERT E.<br>1412 SHEFFORD RD.<br>BALTIMORE, MD 21239 | Claim Number: 3774<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED          Claimed: | $74,825.54 | | | |
| TRANSNATIONAL TRADING INC.<br>A.A. 85656<br>BOGOTA,<br>COLOMBIA | Claim Number: 6295<br>Claim Date: 10/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | | |
| UNSECURED          Claimed: | $40,598.40 | | | |
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5534<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | |
| ADMINISTRATIVE    Claimed:<br>SECURED          Claimed:<br>UNSECURED          Claimed: | $0.00   UNLIQ<br>$108,594.00   UNLIQ<br>$0.00   UNLIQ | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TREASURER, OKLAHOMA STATE<br>2401 NW 23RD ST STE 42<br>OKLAHOMA CITY, OK 73107-2401 | | Claim Number: 6509<br>Claim Date: 06/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $990.94 | Allowed: | | $990.94 |
| TRIEMER, ISABELL<br>1301 TOWSON ST<br>BALTIMORE, MD 21230-5323 | | Claim Number: 720<br>Claim Date: 03/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4100 (04/19/2010) | | | | | |
| UNSECURED | Claimed: | $325.00 | | | | | |
| TRINH, CAM<br>C/O FRANCES GECKER<br>FRANK / GECKER LLP<br>325 N. LASALLE STREET, STE. 625<br>CHICAGO, IL 60654 | | Claim Number: 6840<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | | |
| TRIO ASSOCIATES<br>RE: PASADENA 125 N. VINEDO<br>PO BOX 757<br>4778 NORTH STONE ROAD<br>BETHEL ISLAND, CA 94511 | | Claim Number: 2900<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | | | |
| UNSECURED | Claimed: | $5,612,205.00 | | | | | |
| TRUJILLO, JEAN<br>365 ROUTE 111 APT C13<br>SMITHTOWN, NY 11787 | | Claim Number: 1148<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for $241/week for life | | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $0.00 UNDET | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

TUNSTALL, SHARON S.
2323 FAIRWAY DRIVE
BIRMINGHAM, MI 48009

Claim Number: 3775
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,684.60 | Scheduled: | $7,911.00 UNLIQ |

TUNSTALL, SHARON S.
2323 FAIRWAY DRIVE
BIRMINGHAM, MI 48009

Claim Number: 7022
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

TV GUIDE ONLINE, INC.
C/O CHRISTOPHER J. HARNETT
ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

Claim Number: 4900
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| PRIORITY | Claimed: | $5,699,364.00 UNLIQ |

TV GUIDE ONLINE, LLC
C/O CHRISTOPHER J. HARNETT
ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

Claim Number: 4901
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLE DUPLICATE OF 4900

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| PRIORITY | Claimed: | $5,699,364.00 UNLIQ |

TW TELECOM INC
10475 PARK MEADOWS DRIVE
LITTLETON, CO 80124

Claim Number: 6306
Claim Date: 10/19/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $11,641.97 |
| UNSECURED | Claimed: | $17,943.95 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 330<br>Claim Date: 01/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) | |
| UNSECURED | Claimed: | $23,811.52 |
| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 400<br>Claim Date: 01/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | |
| UNSECURED | Claimed: | $23,811.52 |
| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 745<br>Claim Date: 03/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | |
| UNSECURED | Claimed: | $25,127.41 |
| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 832<br>Claim Date: 03/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | |
| UNSECURED | Claimed: | $25,127.41 |
| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 6313<br>Claim Date: 10/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) | |
| ADMINISTRATIVE | Claimed: | $11,641.97 |
| UNSECURED | Claimed: | $17,943.95 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| TWTR, INC., ET AL.<br>C/O A-S-K FINANCIAL LLP<br>2600 EAGAN WOODS DRIVE, SUITE 400<br>EAGAN, MN 55121 | Claim Number: 188<br>Claim Date: 12/30/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 189 |

---

| UNSECURED | Claimed: | $13,532.00 |

---

| TYRRELL, JOIE<br>189 SPRING RD<br>HUNTINGTON, NY 11743 | Claim Number: 5145<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for pension |

---

| UNSECURED | Claimed: | $0.00  UNDET |

---

| TYRRELL, MARK<br>189 SPRING RD.<br>HUNTINGTON, NY 11743 | Claim Number: 5146<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

---

| UNSECURED | Claimed: | $0.00  UNDET |

---

| U.S. DEPARTMENT OF LABOR<br>ELIZABETH GOLDBERG, OFC OF THE SOLICITOR<br>PLAN BENEFITS SECURITY DIVISION<br>200 CONSTITUTION AVENUE, N.W. STE N-4611<br>WASHINGTON, DC 20210 | Claim Number: 3629<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6747<br>ERISA violations |

---

| PRIORITY | Claimed: | $0.00  UNLIQ |

---

| U.S. DEPARTMENT OF LABOR<br>ELIZABETH GOLDBERG, OFC OF THE SOLICITOR<br>PLAN BENEFITS SECURITY DIVISION<br>200 CONSTITUTION AVENUE, N.W. STE N-4611<br>WASHINGTON, DC 20210 | Claim Number: 6747<br>Claim Date: 04/12/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 3629 |

---

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | |
|---|---|---|---|
| UB PROPERTY LLC<br>ATTN: KIM NELSON<br>PO BOX 58746<br>SEATTLE, WA 98138 | Claim Number: 5833<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | |

| UNSECURED | Claimed: | $488.06 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| UDOVIC, MICHAEL S.<br>929 SOUTH OAKLAND AVE.<br>PASADENA, CA 91106 | Claim Number: 3776<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $6,875.50 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| UGI UTILITIES, INC.<br>225 MORGANTOWN RD<br>READING, PA 19612-1949 | Claim Number: 5919<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |

| UNSECURED | Claimed: | $36,994.82 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| UHLMANN, CHARLES O<br>3-22-24 SAKAE-CHO<br>TACHIKAWA CITY<br>TOKYO, 190-0003<br>JAPAN | Claim Number: 6528<br>Claim Date: 06/14/2010<br>Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $6,800.00 | Scheduled: | $6,800.00 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| UNCLAIMED PROPERTY DIVISION DEPARTMENT<br>OF TREASURY<br>55 ELM STREET<br>HARTFORD, CT 06106 | Claim Number: 2049<br>Claim Date: 04/29/2009<br>Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | |
|---|---|---|---|
| UNCLAIMED PROPERTY DIVISION OFFICE OF STATE TREASURER CAPITOL COMPLEX CHARLESTON, WV 25305 | | Claim Number: 3109 Claim Date: 05/26/2009 Debtor: TRIBUNE COMPANY | |
| PRIORITY | Claimed: | $242.57   UNLIQ | |
| UNION BANK OF CALIFORNIA C/O JONES LANG LA SALLE AMERICAS IN ATTN  CORPORATE REAL ESTATE SRVCS PO BOX 45799 SAN FRANCISCO, CA 94145-0799 | | Claim Number: 3686 Claim Date: 06/08/2009 Debtor: TRIBUNE COMPANY Comments: DOCKET: 7426 (01/07/2011) THIS CLAIM HAS BEEN SATISFIED | |
| UNSECURED | Claimed: | $1,395.91 | |
| UNISYS CORPORATION C/O DANA S. PLON, ESQUIRE SIRLIN GALLOGLY & LESSER, P.C. 123 SOUTH BROAD STREET, SUITE 2100 PHILADELPHIA, PA 19109 | | Claim Number: 6465 Claim Date: 04/06/2010 Debtor: TRIBUNE COMPANY | |
| PRIORITY | Claimed: | $8,368.75 | |
| UNSECURED | Claimed: | $1,588.90 | |
| UNIVERSAL CITY STUDIOS PRODCUTIONS LLLP ATTN: SHARON J. GLANCZ 100 UNIVERSAL CITY PLAZA BLDG 1440, 32ND FL UNIVERSAL CITY, CA 91608 | | Claim Number: 4674 Claim Date: 06/11/2009 Debtor: TRIBUNE COMPANY Comments: DOCKET: 3191 (01/25/2010) | |
| UNSECURED | Claimed: | $0.00 | |
| UNIVERSAL PRESS SYNDICATE PO BOX 419149 KANSAS CITY, MO 64141-9149 | | Claim Number: 894 Claim Date: 04/06/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 2272 (10/02/2009) | |
| UNSECURED | Claimed: | $78,272.36 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

UNTERMAN, E. THOMAS
1451 AMALFI DR
PACIFIC PALISADES, CA 90272

Claim Number: 3777
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,405,127.79 | Scheduled: | $958,608.42 UNLIQ |
|---|---|---|---|---|

UNTERMAN, E. THOMAS
1451 AMALFI DR
PACIFIC PALISADES, CA 90272

Claim Number: 7023
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

USA MOBILITY
3000 TECHNOLOGY DR STE 400
PLANO, TX 75074

Claim Number: 5663
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $2,018.60 | Scheduled: | $1,568.60 | Allowed: | $1,568.60 |
|---|---|---|---|---|---|---|

USA TODAY
ATTN: PETE GALLO
535 MADISON AVENUE, 27TH FLOOR
NEW YORK, NY 10022

Claim Number: 286
Claim Date: 01/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010)

| UNSECURED | Claimed: | $285,377.36 | Scheduled: | $9,431.99 |
|---|---|---|---|---|

VALENTI, JOHN A. III
44-11 MACNISH STREET, APT 2G
ELMHURST, NY 11373

Claim Number: 5316
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

VALENTI, MICHAEL
400 TAMARAC DR
PASADENA, CA 91105

Claim Number: 3778
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $1,228,403.25 | Scheduled: | $1,133,110.51 |
|---|---|---|---|---|

VALUATION RESEARCH CORPORATION
500 5TH AVE
39TH FL
NEW YORK, NY 10110

Claim Number: 3969
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| PRIORITY | Claimed: | $100,000.00  UNLIQ |
|---|---|---|

VAN HORN, PHILIP D
9948 MARNICE AVE.
TUJUNGA, CA 91042

Claim Number: 5713
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY

---

| PRIORITY | Claimed: | $6,283.77 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

VAN NESS, SHAWNA
355 SOUTH WELLWOOD AVE.
LINDENHURST, NY 11757

Claim Number: 5070
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

---

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

VAN TATENHOVE, JAMES M.
8812 CANYON SPRINGS DRIVE
LAS VEGAS, NV 89117

Claim Number: 3291
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $23,458.50 |
|---|---|---|

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | |
|---|---|---|---|---|---|
| VANN, BARNITA P.<br>PO BOX 359<br>CHICAGO, IL 60690 | | Claim Number: 5425<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | | |
| PRIORITY | Claimed: | $0.00  UNDET | | | |
| SECURED | Claimed: | $0.00  UNDET | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| VAZOULAS, JEAN<br>798 HIGHVIEW AVE<br>WESTBURY, NY 11590 | | Claim Number: 3353<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for $440/week for life | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNDET | |
| VELAPOLDI, FRANK M.<br>24304 KINTAIL CT<br>PORT CHARLOTTE, FL 33980 | | Claim Number: 6051<br>Claim Date: 07/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $10,149.60 | | | |
| VERIZON<br>AFNI/VERIZON EAST<br>PO BOX 3037<br>BLOOMINGTON, IL 61702-3037 | | Claim Number: 399<br>Claim Date: 01/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED | Claimed: | $1,865.17 | | | |
| VERIZON COMMUNICATIONS INC<br>DARRYL S. LADDIN, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171  17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 | | Claim Number: 4985<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) | | | |
| UNSECURED | Claimed: | $169,228.13 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

VERIZON COMMUNICATIONS INC
DARRYL S. LADDIN, ESQ.
ARNALL GOLDEN GREGORY LLP
171  17TH STREET NW, SUITE 2100
ATLANTA, GA 30363-1031

Claim Number: 6243
Claim Date: 09/18/2009
Debtor: TRIBUNE COMPANY
Comments:
Replaces claim 399 & 4985

| UNSECURED | Claimed: | $66,261.65 | | |
|---|---|---|---|---|

VERIZON INC.
AFNI/VERIZON
404 BROCK DRIVE
BLOOMINGTON, IL 61701

Claim Number: 3630
Claim Date: 06/02/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,636.03 | | |
|---|---|---|---|---|

VERIZON WIRELESS
PO BOX 3397
BLOOMINGTON, IL 61702

Claim Number: 3308
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY
Comments:
Amends claim number 262

| UNSECURED | Claimed: | $22,703.68 | Scheduled: | $22,703.68 |
|---|---|---|---|---|

VERIZON WIRELESS NORTHEAST
PO BOX 3397
BLOOMINGTON, IL 61701

Claim Number: 262
Claim Date: 01/13/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2272 (10/02/2009)

| UNSECURED | Claimed: | $100,544.88 | | |
|---|---|---|---|---|

VERTIS, INC.
HUSCH BLACKWELL SANDERS LLP
JOHN J. CRUCIANI
4801 MAIN STREET, SUITE 1000
KANSAS CITY, MO 64112

Claim Number: 52
Claim Date: 12/29/2008
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 7426 (01/07/2011)
THIS CLAIM HAS BEEN SATISFIED

| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| VIDA, HERBERT J.<br>1303 W. 214TH<br>TORRANCE, CA 90501 | Claim Number: 3780<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED          Claimed: | $45,399.65 | | |

| VITANOVEC, JOHN<br>1256 N. FOREST GLEN DRIVE<br>WINNETKA, IL 60093 | Claim Number: 6851<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED          Claimed: | $0.00  UNLIQ | | |

| VOLK, PHYLLIS<br>250 E. PEARSON ST.<br>SUITE 906<br>CHICAGO, IL 60611 | Claim Number: 4641<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED          Claimed: | $6,180.00 | Scheduled: | $7,000.00 |

| VON WEIDING, MARK, DBA PJT DELIVERY<br>SERVICE, INC.<br>CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5859<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $140,753.78 | Scheduled: | $0.00  UNLIQ |

| WADA, KAREN<br>2215 SANTA ANITA<br>SIERRA MADRE, CA 91024 | Claim Number: 3781<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED          Claimed: | $277,091.87 | Scheduled: | $108,100.00  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

WADE, CLAUDIA A.
401 AUDRAINE DR.
GLENDALE, CA 91202

Claim Number: 3782
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $25,214.57 |
|---|---|---|

WALCOTT, TENISHA
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4918
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

WALKER, CAROL
3561 W. HEMLOCK
OXNARD, CA 93035

Claim Number: 6601
Claim Date: 07/19/2010
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6780
DOCKET: 8523 (03/30/2011)

| UNSECURED | Claimed: | $65,000.00 |
|---|---|---|

WALKER, CAROL
3561 W. HEMLOCK
OXNARD, CA 93035

Claim Number: 6786
Claim Date: 06/16/2011
Debtor: TRIBUNE COMPANY
Comments:
Amends claim 6601

| UNSECURED | Claimed: | $65,000.00 |
|---|---|---|

WALKER, KAROLYN M
1457 W. 37TH STREET
RIVIERA BEACH, FL 33404

Claim Number: 1332
Claim Date: 04/22/2009
Debtor: SUN-SENTINEL COMPANY
Comments: EXPUNGED
DOCKET: 7274 (12/22/2010)

| PRIORITY | Claimed: | $300.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

WALL, ROBERT C. - IRA
CHARLES SCHWAB CUSTODIAN
10523 MISTY HILL RD
ORLAND PARK, IL 60462

Claim Number: 5924
Claim Date: 06/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $76,122.00 | | |
|-----------|----------|------------|--|--|

WALLACE, JAMES W.
5822 BRIARTREE DR
LA CANADA FLINT, CA 91011

Claim Number: 3783
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $319,337.67 | Scheduled: | $239,022.00 UNLIQ |
|-----------|----------|-------------|------------|-------------------|

WALLACE, JAMES W.
5822 BRIARTREE DR
LA CANADA FLINT, CA 91011

Claim Number: 7024
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNDET | | |
|-----------|----------|---------------|--|--|

WALLER, MARTA
10490 SANTA MONICA BLVD
LOS ANGELES, CA 90025-5033

Claim Number: 263
Claim Date: 01/13/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $5,000,000.00 | | |
|-----------|----------|---------------|--|--|

WALLER, MARTA
GERALDINE WEISS, ESQ.
LAW OFFICES OF MICHAEL J. PIUZE
11755 WILSHIRE BOULEVARD, ST 1170
LOS ANGELES, CA 90025

Claim Number: 4411
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLE DUPLICATE OF 263

---

| UNSECURED | Claimed: | $5,000,000.00 | | |
|-----------|----------|---------------|--|--|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

WALLER, MICHAEL E.
5 FULL SWEEP
HILTON HEAD ISLAND, SC 29928

Claim Number: 3784
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $1,856,802.57 | Scheduled: | $1,236,765.00 UNLIQ |

WALLER, MICHAEL E.
5 FULL SWEEP
HILTON HEAD ISLAND, SC 29928

Claim Number: 6881
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3784

---

| UNSECURED | Claimed: | $0.00 UNDET |

WALLS, MARY LOU TTEE
10741 N. GREEN RIVER RD.
EVANSVILLE, IN 47725

Claim Number: 3367
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| PRIORITY | Claimed: | $13,000.00 |

WALLS, THOMAS R. TTEE
10741 N. GREEN RIVER RD.
EVANSVILLE, IN 47725

Claim Number: 3366
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| PRIORITY | Claimed: | $12,000.00 |

WALSH, CONSTANCE
430 S. WESTERN AVE.
UNIT 202
DES PLAINES, IL 60016

Claim Number: 2014
Claim Date: 04/28/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 4891 (06/28/2010)

---

| UNSECURED | Claimed: | $2,090.83 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| WALTZ, KATHLEEN<br>3410 N. HIGHWAY A1A - # 801<br>FORT PIERCE, FL 34949 | Claim Number: 6868<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| WANG, ZHONG<br>7312 RAINBOW DR<br>CUPERTINO, CA 95014 | Claim Number: 6290<br>Claim Date: 10/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $1,000.00 |
|---|---|---|

| WANGBERG, LARRY<br>110 ELK VIEW DRIVE<br>HAILEY, ID 83333 | Claim Number: 3785<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $403,201.80 | Scheduled: | $246,543.00 UNLIQ |
|---|---|---|---|---|

| WANGBERG, LARRY W.<br>110 ELK VIEW DR.<br>HAILEY, ID 83333 | Claim Number: 7025<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| WARD, ELEANORE P<br>186 OAK TREE RD<br>MOORESVILLE, NC 28117-5914 | Claim Number: 6546<br>Claim Date: 06/22/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $68.00 | Allowed: | $68.00 |
|---|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| WASHINGTON STATE DEPT OF REVENUE<br>ATTN: SUSAN ROLAND<br>2101 4TH AVE, SUITE 1400<br>SEATTLE, WA 98121-2300 | Claim Number: 5670<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $346.72 |

| WATER CLOSET MEDIA INC<br>1816 NE ALBERTA ST.<br>PORTLAND, OR 97211 | Claim Number: 876<br>Claim Date: 04/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9346 (06/24/2011) |

| ADMINISTRATIVE | Claimed: | $1,500.00 |

| WATER DEPARTMENT OF PHILADELPHIA<br>C/O ASHLEY M. CHAN, ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103 | Claim Number: 6336<br>Claim Date: 11/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |

| SECURED | Claimed: | $134.80 |

| WEINBERG, JUDY<br>61 RIDGE ROAD<br>SMITHTOWN, NY 11787 | Claim Number: 5041<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |

| WEINSTEIN, HOWARD<br>12114 FAULKNER DR.<br>OWINGS MILLS, MD 21117 | Claim Number: 3786<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6905 |

| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $335,073.78 | Scheduled: | $7,415.37  UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| WEINSTEIN, HOWARD<br>12114 FAULKNER DR.<br>OWINGS MILLS, MD 21117 | Claim Number: 6905<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3786 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| WEST EAST LIMITED PARTNERSHIP<br>C/O ITSKOWITCH<br>602 NORTH ALPINE DRIVE<br>BEVERLY HILLS, CA 90210 | Claim Number: 6205<br>Claim Date: 09/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $10,149.60 |
|---|---|---|

---

| WESTERN PREFERRED LIFE INSURANCE LTD.<br>PO BOX 26800<br>AUSTIN, TX 78755-0800 | Claim Number: 5566<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| SECURED | Claimed: | $50,767.81 |
|---|---|---|

---

| WHISLER, JACK<br>645 LINCOLN STREET<br>GLENVIEW, IL 60025 | Claim Number: 7046<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| WHITE, MILES D.<br>C/O MATTHEW R. KIPP<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>155 NORTH WACKER DRIVE<br>CHICAGO, IL 60606-1720 | Claim Number: 6847<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| WHITEHALL JEWELERS HOLDINGS, INC., ET AL<br>C/O ASK FINANCIAL LLP<br>2600 EAGAN WOODS DRIVE, SUITE 400<br>EAGAN, MN 55121 | Claim Number: 6124<br>Claim Date: 07/17/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $29,470.89 |
|---|---|---|

| WHITEHOUSE, BETH<br>12 VILLAS CIR<br>MELVILLE, NY 11747-3050 | Claim Number: 5050<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| WIEGAND, WILLIAM<br>PO BOX 655<br>COUPEVILLE, WA 98239 | Claim Number: 3787<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $348,721.05 | Scheduled: | $299,621.13 |
|---|---|---|---|---|

| WIEGAND, WILLIAM D.<br>P.O. BOX 655<br>COUPEVILLE, WA 98239 | Claim Number: 7026<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| WILD, MARY A.<br>918 W. WOLFENSBERGER RD.<br>CASTLE ROCK, CO 80109-9631 | Claim Number: 3788<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $36,816.87 | Scheduled: | $17,170.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

WILD, MARY A.
918 W. WOLFENSBERGER RD.
CASTLE ROCK, CO 80109-9631

Claim Number: 7027
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

WILLCOX & SAVAGE PC
ATTORNEYS AT LAW
ATTN: CONRAD M. SHUMADINE, ESQUIRE
1800 BANK OF AMERICA CTR
NORFOLK, VA 23510-2197

Claim Number: 1502
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $728.09 |
|---|---|---|

---

WILLES, MARK H.
4343 SHEFFIELD DRIVE
PROVO, UT 84604

Claim Number: 3767
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $19,534,351.47 | Scheduled: | $14,482,661.38 UNLIQ |
|---|---|---|---|---|

---

WILLES, MARK H.
4343 SHEFFIELD DRIVE
PROVO, UT 84604

Claim Number: 7028
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

WILLETTE, MARCIA, AS GUARDIAN AND
NATURAL MOTHER OF ZACHERY MITZKOVITZ
69 PECAN RUN, STE 5623
OCALA, FL 34472

Claim Number: 6160
Claim Date: 08/10/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $111,043.24 |
|---|---|---|

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| WILLIAMS, DAVID D.<br>415 S. GARFIELD<br>HINSDALE, IL 60521 | Claim Number: 6858<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| WILLIAMS, JEFFREY LYNN<br>147 CHICHESTER RD.<br>HUNTINGTON, NY 11743 | Claim Number: 5147<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00 UNDET |

---

| WILLIAMS, LANCE<br>2831 PRINCE ST.<br>BERKELEY, CA 94705 | Claim Number: 584<br>Claim Date: 02/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) |

| UNSECURED | Claimed: | $539.19 |

---

| WILLIAMS, PHILLIP L.<br>1156 AMALFI DR.<br>PACIFIC PALISADES, CA 90272 | Claim Number: 3766<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $572,842.71 | Scheduled: | $601,251.00 UNLIQ |

---

| WILLIAMS, PHILLIP L.<br>1156 AMALFI DR.<br>PACIFIC PALISADES, CA 90272 | Claim Number: 7029<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00 UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | | | |
|---|---|---|---|---|
| WILLIAMS, SOPHONIE<br>350 WEST JAMAICA AVE<br>VALLEY STREAM, NY 11580 | Claim Number: 5148<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |

| UNSECURED | Claimed: | $0.00 UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| WILMINGTON TRUST CORPORATION,<br>AS INDENTURE TRUSTEE<br>C/O PATRICK J. HEALY, VP<br>1100 NORTH MARKET ST - RODNEY SQ NORTH<br>WILMINGTON, DE 19890 | Claim Number: 3523<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $1,196,823,429.80 UNLIQ | Scheduled: | $758,871,303.23 UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| WILSHIRE CLASSIFIEDS LLC<br>C/O TARGET MEDIA PARTNERS DC, LLC<br>5900 WILSHIRE BLVD STE 550<br>LOS ANGELES, CA 90036 | Claim Number: 4333<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | | | |

| SECURED | Claimed: | $1,700,000.00 UNLIQ | | |
| UNSECURED | Claimed: | $1,300,000.00 UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| WILSON, DONALD N., ESQ.<br>MURRAY, JENSEN & WILSON, ESQ.<br>101 N. WACKER DR, SUITE 101<br>CHICAGO, IL 60606 | Claim Number: 4656<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | | |

| UNSECURED | Claimed: | $12,812.40 | Scheduled: | $13,401.20 |

---

| | | | | |
|---|---|---|---|---|
| WILSON, HAZEL E.<br>21712 LANAR<br>MISSION VIEJO, CA 92692 | Claim Number: 3765<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $26,114.05 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

WILSON, HAZEL E.
21712 LANAR
MISSION VIEJO, CA 92692

Claim Number: 7030
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | |

WILSON, JULIA C.
1872  8TH AVE.
SACRAMENTO, CA 95818

Claim Number: 3764
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6948

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $219,353.70 | Scheduled: | $188,302.12  UNLIQ | |

WILSON, JULIA C.
1872  8TH AVE.
SACRAMENTO, CA 95818

Claim Number: 6948
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3764

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | |

WILSON, ROBERT M.
3556 HAMPSHIRE DR.
BIRMINGHAM, AL 35223

Claim Number: 5878
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,074.80 | |

WINKLER, LEE B., IRA ROLLOVER
15250 VENTURA BLVD
SUITE 710
SHERMAN OAKS, CA 91403

Claim Number: 6513
Claim Date: 06/07/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8153 (02/25/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | |
| SECURED | Claimed: | $50,000.00 | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| WINTERS, CARLYLE<br>2205 BELLEAIR ROAD<br>APT. A25<br>CLEARWATER, FL 33764-2765 | Claim Number: 2805<br>Claim Date: 05/14/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $10,000.00  UNLIQ |
|---|---|---|

| WISS JANNEY ELSTNER ASSOCIATES<br>330 PFINGSTEN RD<br>NORTHBROOK, IL 60062 | Claim Number: 1428<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $3,000.00 | Scheduled: | $3,000.00 |
|---|---|---|---|---|

| WOLDT, HAROLD F. JR.<br>6059 WEEPING BANYAN LANE<br>WOODLAND HILLS, CA 91367 | Claim Number: 3763<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $35,533.16 | Scheduled: | $21,697.00 UNLIQ |
|---|---|---|---|---|

| WOLDT, HAROLD F., JR.<br>6059 WEEPING BANYAN LANE<br>WOODLAND HILLS, CA 91367 | Claim Number: 7036<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| WOLFSON, DOUGLAS S<br>11 CROFT PL<br>HUNTINGTON, NY 11743 | Claim Number: 5090<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | |
|---|---|---|---|---|
| WOLFSON, JAYNE H.<br>11 CROFT PL.<br>HUNTINGTON, NY 11743 | | Claim Number: 5045<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| WOLINSKY, LEO<br>8550 HOLLYWOOD BLVD.<br>LOS ANGELES, CA 90069 | | Claim Number: 3762<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $606,750.39 | Scheduled: | $432,772.56 UNLIQ |
| WOLLNEY, JOHN<br>318 50TH PLACE<br>WESTERN SPRINGS, IL 60558 | | Claim Number: 7045<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |
| WOOD, JIM - AUDITOR OF STATE<br>UNCLAIMED PROPERTY DIVISION<br>PO BOX 251920<br>LITTLE ROCK, AR 72225-1920 | | Claim Number: 5866<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY | | |
| PRIORITY | Claimed: | $0.00  UNDET | | |
| WOODFIELD MALL LLC, A DELAWARE LLC<br>ANDREW S. CONWAY<br>200 EAST LONG LAKE ROAD, SUITE 300<br>BLOOMFIELD HILLS, MI 48304 | | Claim Number: 1393<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY | | |
| ADMINISTRATIVE | Claimed: | $341,936.00 | | |

| WRIGHT, DONALD F.<br>P.O. BOX 842<br>TESUQUE, NM 87574 | | Claim Number: 3761<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6949 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,713,574.92 | Scheduled: | $1,929,418.00 UNLIQ |
| WRIGHT, DONALD F.<br>P.O. BOX 842<br>TESUQUE, NM 87574 | | Claim Number: 6949<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3761 | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| WRIGHT,JULIE A<br>1990 MT. SHASTA DRIVE<br>SAN PEDRO, CA 90732 | | Claim Number: 6030<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| WTOP-FM RADIO<br>C/O SZABO ASSOCIATES, INC.<br>3355 LENOX ROAD NE, 9TH FLOOR<br>ATLANTA, GA 30326 | | Claim Number: 763<br>Claim Date: 03/04/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $49,026.30 | | |
| XANDERS, JULIE<br>1720 HIGHLAND AVENUE<br>GLENDALE, CA 91202 | | Claim Number: 4602<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $389.99 | Scheduled: | $389.99 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | | | | | |
|---|---|---|---|---|---|---|
| XANDERS, JULIE<br>1720 HIGHLAND AVENUE<br>GLENDALE, CA 91202 | | Claim Number: 4603<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $9,815.00 | Scheduled: | $9,815.00 UNLIQ | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| XEROX CORP<br>XEROX CAPITAL SERVICES LLC<br>ATTN: VANESSA ADAMS<br>PO BOX 660506<br>DALLAS, TX 75266-9937 | | Claim Number: 472-01<br>Claim Date: 02/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9949 (10/11/2011) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $71,001.06 | Scheduled: | $1,724.12 | Allowed: | $71,001.06 |

| | | | | | | |
|---|---|---|---|---|---|---|
| XEROX CORP.<br>XEROX CAPITAL SERVICES LLC<br>ATTN: VANESSA ADAMS<br>PO BOX 660506<br>DALLAS, TX 75266-9937 | | Claim Number: 409<br>Claim Date: 02/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9949 (10/11/2011) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,847,137.05 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| YAGED, MARTIN<br>11 APPALOOSA DR.<br>MANALAPAN, NJ 07726 | | Claim Number: 3004<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $15,000.00 | | | | |
| UNSECURED | Claimed: | $0.00 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| YAHOO! INC.<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL  SUITE 300<br>PALO ALTO, CA 94306 | | Claim Number: 4356<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,924.12 | | | | |
| UNSECURED | Claimed: | $10,075.52 | | | | |

| | | | | |
|---|---|---|---|---|
| YAN, ELLEN<br>#B1405<br>61-20 GRAND CENTRAL PKWY<br>FOREST HILLS, NY 11375 | | Claim Number: 5319<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| YEAGER, ROBERT B.<br>1672 RICHLAND RD<br>SPRING VALLEY, OH 45370 | | Claim Number: 6272<br>Claim Date: 10/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | |
| UNSECURED | Claimed: | $50,186.41 | | |
| YELLOWBRIX INC<br>200 N GLEBE RD STE 1025<br>ARLINGTON, VA 22203-3759 | | Claim Number: 3409<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $6,856.85 | Scheduled: | $6,856.85 |
| YIELD STRATEGIES FUND I, LP<br>DEREK C. ABBOTT, ESQ.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. MARKET ST., P.O. BOX 1347<br>WILMINGTON, DE 19899 | | Claim Number: 1324<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | |
| UNSECURED | Claimed: | $664,066.42   UNLIQ | | |
| YIELD STRATEGIES FUND II, LP<br>DEREK C. ABBOTT, ESQ.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. MARKET ST., P.O. BOX 1347<br>WILMINGTON, DE 19899 | | Claim Number: 1327<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | |
| UNSECURED | Claimed: | $226,951.20   UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER                                                                                           Date: 12/06/2011
Alphabetical Claims Register for The Tribune Company (08-13141)

---

YOON, JOSEPH                                    Claim Number: 6510
206 NORTHSHORE XING                             Claim Date: 06/03/2010
DALLAS, GA 30157-1641                           Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |
|---|---|---|---|---|

YOST, WILLIAM                                   Claim Number: 5659
JAMES SORENSON, ESQ. AND D. TYLER VAN           Claim Date: 06/05/2009
LEUVEN, ESQ. AND CHAD D. HECKMAN, ESQ.          Debtor: TRIBUNE COMPANY
PO BOX 4128                                     Comments: DOCKET: 5914 (07/21/2011)
TALLAHASSEE, FL 32315-4128                      THIS CLAIM HAS BEEN SATISFIED

| UNSECURED | Claimed: | $45,602.93 |
|---|---|---|

YOST, WILLIAM                                   Claim Number: 5660
JAMES SORENSON, ESQ. AND D. TYLER VAN           Claim Date: 06/05/2009
LEUVEN, ESQ. AND CHAD D. HECKMAN, ESQ.          Debtor: TRIBUNE COMPANY
PO BOX 4128                                     Comments: DOCKET: 5914 (07/21/2011)
TALLAHASSEE, FL 32315-4128                      THIS CLAIM HAS BEEN SATISFIED

| UNSECURED | Claimed: | $9,444.35 |
|---|---|---|

YOUNG, JOHN W.                                  Claim Number: 3760
88 PACE DR S                                    Claim Date: 06/09/2009
WEST ISLIP, NY 11795-5100                       Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $73,452.93 | Scheduled: | $25,263.00 UNLIQ |
|---|---|---|---|---|

YOUNG, JOHN W.                                  Claim Number: 7037
88 PACE DR S                                    Claim Date: 11/02/2011
WEST ISLIP, NY 11795                            Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| YOUNG, SOMMER, WARD, RITZENBERG, BAKER & MOORE LLC<br>5 PALISADES DRIVE, SUITE 300<br>ALBANY, NY 12205 | Claim Number: 1698<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|
| UNSECURED            Claimed: | $1,307.00 | |

| YOUNGMAN, OWEN<br>40 KENMORE AVE.<br>DEERFIELD, IL 60015 | Claim Number: 3026<br>Claim Date: 05/21/2009<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|
| UNSECURED            Claimed: | $379.97          Scheduled: | $379.97 |

| YOUNGMAN, OWEN R.<br>40 KENMORE AVENUE<br>DEERFIELD, IL 60015 | Claim Number: 7044<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|
| UNSECURED            Claimed: | $0.00   UNLIQ | |

| ZAKARIAN, JOHN J.<br>656 RIDGE RD<br>WETHERSFIELD, CT 06109 | Claim Number: 3757<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6897 | |
|---|---|---|
| UNSECURED            Claimed: | $295,629.56          Scheduled: | $272,696.25 |

| ZAKARIAN, JOHN J.<br>656 RIDGE RD<br>WETHERSFIELD, CT 06109 | Claim Number: 6897<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3757 | |
|---|---|---|
| UNSECURED            Claimed: | $0.00   UNDET | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

ZAPANTA, NORENE
53 OVERLOOK DR.
NEWPORT COAST, CA 92657

Claim Number: 3758
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $11,482.47 | Scheduled: | $10,591.72 |
|---|---|---|---|---|

ZAPANTA, NORENE
(TRUSTEE FOR DR. EDWARD ZAPANTA TRUST)
53 OVERLOOK DR.
NEWPORT COAST, CA 92657

Claim Number: 7042
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

ZEEK FAMILY TRUST
575 GOLDEN HAWK DR
PRESCOTT, AZ 86301

Claim Number: 5798
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $71,046.20 |
|---|---|---|

ZEITLIN, ERICA
2662 S. BARRINGTON AVE.
LOS ANGELES, CA 90064

Claim Number: 6638
Claim Date: 08/12/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

---

| PRIORITY | Claimed: | $3,405.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $1,956.17 |

ZELENKA, JOHN E.
56 WAVERLY AVENUE
CLARENDON HILLS, IL 60514

Claim Number: 6835
Claim Date: 10/31/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| ZEP MANUFACTURING COMPANY<br>ENGEL, HAIRSTON & JOHANSON, P.C.<br>ATTN: JONATHAN E. RAULSTON<br>P.O. BOX 11405<br>BIRMINGHAM, AL 35202 | | Claim Number: 2258<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | |
| UNSECURED | Claimed: | $506.04 | | |
| ZERWEKH, JAMES D<br>401 CLEARWATER DR<br>PONTE VEDRA, FL 32082-4176 | | Claim Number: 6083<br>Claim Date: 07/13/2009<br>Debtor: TRIBUNE COMPANY | | |
| PRIORITY | Claimed: | $453.59 | | |
| UNSECURED | | | Scheduled: | $453.59 |
| ZEZIMA, GERALD R. JR.<br>101 WEDGEWOOD DR.<br>CORAM, NY 11727 | | Claim Number: 5057<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| ZIMBALIST, EFREM III<br>216 FIRST ST.<br>MANHATTAN BEACH, CA 90266 | | Claim Number: 3759<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $2,206,657.73 | Scheduled: | $1,070,690.00 UNLIQ |
| ZIMBALIST, EFREM, III<br>216 FIRST ST.<br>MANHATTAN BEACH, CA 90266 | | Claim Number: 7031<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

ZOLNIER, EDWIN
1407 MIDDLE ROAD
UNIT #14
CALVERTON, NY 11933

Claim Number: 2946
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY

---

| SECURED | Claimed: | $1,096.18 | | |
|---|---|---|---|---|

ZULKIE PARTNERS LLC
222 S RIVERSIDE PLAZA  STE 2300
CHICAGO, IL 60606

Claim Number: 2769
Claim Date: 05/14/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $260.00 | Scheduled: | $260.00 |
|---|---|---|---|---|

ZURICH AMERICAN INSURANCE COMPANY
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5457
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Amends claim number 102

---

| UNSECURED | Claimed: | $29,494,266.00 | | |
|---|---|---|---|---|

ZURICH AMERICAN INSURANCE COMPANY, ET AL
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 102
Claim Date: 12/29/2008
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2272 (10/02/2009)

---

| UNSECURED | Claimed: | $0.00  UNLIQ | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

## Summary Page

Total Number of Filed Claims:          1916

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | ******************* | $99,000.00 |
| Priority: | ******************* | $0.00 |
| Secured: | ******************* | $0.00 |
| Unsecured: | ******************* | $814,765.56 |
| Total: | ******************* | $913,765.56 |