TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| AVAYA INC. DBA EXPANETS<br>C/O RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 15<br>Claim Date: 12/19/2008<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $17.21 | Scheduled: | $73.74 |

---

| MIKLISH, BRENDA<br>415 ARCH AVE<br>GREENSBURG, PA 15601 | Claim Number: 24<br>Claim Date: 12/22/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |

| PRIORITY | Claimed: | $360.00 |

---

| SOLSTICE CONSULTING, LLC<br>641 W. LAKE, SUITE 102<br>CHICAGO, IL 60661 | Claim Number: 47<br>Claim Date: 12/26/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4407 (05/14/2010) |

| PRIORITY | Claimed: | $10,200.00 |

---

| HOLTON, RAYMOND<br>1021 STONE STACK DRIVE<br>BETHLEHEM, PA 18015 | Claim Number: 50<br>Claim Date: 12/26/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |

| PRIORITY | Claimed: | $79,699.55 |

---

| VERTIS, INC.<br>HUSCH BLACKWELL SANDERS LLP<br>JOHN J. CRUCIANI<br>4801 MAIN STREET, SUITE 1000<br>KANSAS CITY, MO 64112 | Claim Number: 52<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED |

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| LONGACRE OPPORTUNITY FUND, L.P. | Claim Number: 63 |
| TRANSFEROR: ENTERCOM COMM. NEW ORLEANS | Claim Date: 12/29/2008 |
| ATTN: VLADIMIR JELISAVCIC | Debtor: TRIBUNE COMPANY |
| 810 SEVENTH AVENUE, 33RD FLOOR | |
| NEW YORK, NY 10019 | |

| UNSECURED | Claimed: | $33,969.40 | Scheduled: | $33,900.80 |

---

| NEW YORK STATE DEPARTMENT OF | Claim Number: 67 |
| TAXATION AND FINANCE | Claim Date: 12/29/2008 |
| BANKRUPTCY SECTION | Debtor: TRIBUNE COMPANY |
| PO BOX 5300 | Comments: EXPUNGED |
| ALBANY, NY 12205-0300 | DOCKET: 2270 (10/02/2009) |

| PRIORITY | Claimed: | $0.79 |
| UNSECURED | Claimed: | $761.56 |

---

| RODRIGUEZ, KRISTINE B. | Claim Number: 84 |
| 1917 E. ILLINOIS ST | Claim Date: 01/05/2009 |
| WHEATON, IL 60187 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 2832 (12/11/2009) |

| PRIORITY | Claimed: | $350.00 |
| UNSECURED | Claimed: | $10.00 |

---

| STANDARD REGISTER COMPANY | Claim Number: 95 |
| LILLIAN FLATT | Claim Date: 12/18/2008 |
| 600 ALBANY ST | Debtor: TRIBUNE COMPANY |
| DAYTON, OH 45408 | Comments: EXPUNGED |
| | DOCKET: 4101 (04/19/2010) |

| UNSECURED | Claimed: | $4,147.36 |

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL | Claim Number: 102 |
| ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 | Claim Date: 12/29/2008 |
| 1400 AMERICAN LANE | Debtor: TRIBUNE COMPANY |
| SCHAUMBURG, IL 60196 | Comments: EXPUNGED |
| | DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CONSOLIDATED EDISON COMPANY OF<br>NEW YORK, INC.<br>BANKRUPTCY GROUP<br>4 IRVING PLACE, ROOM 1875-S<br>NEW YORK, NY 10003 | | Claim Number: 187<br>Claim Date: 12/30/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | | | | |
| UNSECURED | Claimed: | $15,419.92 | | | | | |
| TWTR, INC., ET AL.<br>C/O A-S-K FINANCIAL LLP<br>2600 EAGAN WOODS DRIVE, SUITE 400<br>EAGAN, MN 55121 | | Claim Number: 188<br>Claim Date: 12/30/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 189 | | | | | |
| UNSECURED | Claimed: | $13,532.00 | | | | | |
| STORYTELLERS'S WORKSHOP INC<br>TED SLAMPYAK<br>217 CALLE EVANGELINE<br>BERNALILLO, NM 87004 | | Claim Number: 196<br>Claim Date: 01/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | | | | |
| PRIORITY | Claimed: | $1,800.00 | | | | | |
| KELLY SERVICES INC.<br>999 W BIG BEAVER ROAD<br>TROY, MI 48084 | | Claim Number: 197-01<br>Claim Date: 01/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | | |
| UNSECURED | Claimed: | $278.02 | Scheduled: | $704.80 | Allowed: | $278.02 |
| GENESYS<br>ATTN: MELODY LOHR<br>11808 MIRACLE HILLS DR.<br>OMAHA, NE 68154 | | Claim Number: 198-02<br>Claim Date: 01/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | | |
| UNSECURED | Claimed: | $537.74 | Scheduled: | $161.61 | Allowed: | $537.74 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | |
|---|---|---|---|---|
| MISSOURI DEPARTMENT OF REVENUE<br>GENERAL COUNSEL'S OFFICE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | Claim Number: 200<br>Claim Date: 01/08/2009<br>Debtor: TRIBUNE COMPANY | | | |
| PRIORITY                Claimed: | $993.96 | | | |
| THIRD SCREEN MEDIA INC. DBA QUIGO ET AL<br>TIFFANY STRELOW COBB ESQ.<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET (PO BOX 1008)<br>COLUMBUS, OH 43216-1008 | Claim Number: 234<br>Claim Date: 01/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4410 (05/14/2010) | | | |
| UNSECURED                Claimed: | $7,500.00 | | | |
| OTIS ELEVATOR COMPANY, ET AL<br>ATTN: TREASURY SERVICES - J. PARENT<br>1 FARMS SPRINGS, 3RD FLOOR<br>FARMINGTON, CT 06032 | Claim Number: 237<br>Claim Date: 01/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |
| UNSECURED                Claimed: | $3,679.60 | | | |
| MERCER, INC.<br>PO BOX 730182<br>DALLAS, TX 75373-0182 | Claim Number: 240<br>Claim Date: 01/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 8091 (02/22/2011) | | | |
| UNSECURED                Claimed: | $35,596.00 | Scheduled: | $18,026.98 | |
| OHIO DEPARTMENT OF TAXATION<br>CHARLES W. RHILINGER JR.<br>30 EAST BROAD STREET<br>COLUMBUS, OH 43215 | Claim Number: 241<br>Claim Date: 01/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 7791 (02/04/2011) | | | |
| PRIORITY                Claimed: | $26,219.18 | | | |

| CITY OF NEWPORT NEWS, VIRGINIA<br>CITY ATTORNEY'S OFFICE<br>2400 WASHINGTON AVENUE<br>NEWPORT NEWS, VA 23607 | Claim Number: 255<br>Claim Date: 01/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|
| UNSECURED          Claimed: | $4,066.97  UNLIQ |
| VERIZON WIRELESS NORTHEAST<br>PO BOX 3397<br>BLOOMINGTON, IL 61701 | Claim Number: 262<br>Claim Date: 01/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
| UNSECURED          Claimed: | $100,544.88 |
| WALLER, MARTA<br>10490 SANTA MONICA BLVD<br>LOS ANGELES, CA 90025-5033 | Claim Number: 263<br>Claim Date: 01/13/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED          Claimed: | $5,000,000.00 |
| BROWARD COUNTY REVENUE COLLECTOR<br>REVENUE COLLECTION DIV., GOV'T CTR ANNEX<br>ATTN: LITIGATION SECTION<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | Claim Number: 265<br>Claim Date: 01/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
| SECURED          Claimed: | $276,729.21  UNLIQ |
| LEFEBVRE, SUSAN<br>1 CHELSEA PLACE<br>FARMINGTON, CT 06032 | Claim Number: 267<br>Claim Date: 01/13/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED          Claimed: | $0.00  UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | |
|---|---|---|---|---|
| USA TODAY<br>ATTN: PETE GALLO<br>535 MADISON AVENUE, 27TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 286<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | |
| UNSECURED | Claimed: | $285,377.36 | Scheduled: | $9,431.99 |
| ON TIME SOLUTIONS, INC.<br>CLAUDINE MCCARTHY<br>40 HASTINGS LANE<br>BOYNTON BEACH, FL 33426 | | Claim Number: 291<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
| UNSECURED | Claimed: | $65.00 | | |
| HARRIS COUNTY<br>TREASURER<br>1001 PRESTON        STE 652<br>HOUSTON, TX 77002 | | Claim Number: 292<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
| PRIORITY<br>SECURED | Claimed:<br>Claimed: | $0.00   UNLIQ<br>$35,200.63   UNLIQ | | |
| CHEUNG, JESSICA<br>2336 WEST 13TH STREET, THIRD FLOOR<br>BROOKLYN, NY 11223 | | Claim Number: 293<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $2,682.50 | | |
| LEONARD, JOSEPH J.<br>26 LAPEER ST.<br>DEER PARK, NY 11729 | | Claim Number: 295<br>Claim Date: 01/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| PRIORITY | Claimed: | $36,267.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| DE MARTINI, THOMAS<br>529 COLLEGE DR<br>ALLENTOWN, PA 18104-6137 | Claim Number: 304<br>Claim Date: 01/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |

| PRIORITY | Claimed: | $1,500.00 | | |
| UNSECURED | | | Scheduled: | $300.00 |

---

| ST. LOUIS COUNTY, MISSOURI<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | Claim Number: 306<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED |

| PRIORITY | Claimed: | $14,866.47 |

---

| ST. LOUIS COUNTY, MISSOURI<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | Claim Number: 307<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED |

| PRIORITY | Claimed: | $28,431.58 |

---

| ST. LOUIS COUNTY, MISSOURI<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | Claim Number: 308<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED |

| PRIORITY | Claimed: | $20,583.09 |

---

| HARRIS COUNTY<br>TREASURER<br>1001 PRESTON        STE 652<br>HOUSTON, TX 77002 | Claim Number: 311<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $35,200.63 | UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| BAKER & DANIELS LLP | Claim Number: 315 |
| ATTN: JAY JAFFE | Claim Date: 01/26/2009 |
| 600 EAST 96TH STREET, SUITE 600 | Debtor: TRIBUNE COMPANY |
| INDIANAPOLIS, IN 46240 | Comments: EXPUNGED |
| | DOCKET: 2270 (10/02/2009) |

| UNSECURED | Claimed: | $8,401.31 |
| TOTAL | Claimed: | $8,401.50 |

---

| RJ BENNETT REPRESENTS | Claim Number: 317 |
| 530 EAST 20TH, # 2B | Claim Date: 01/26/2009 |
| NEW YORK, NY 10009 | Debtor: TRIBUNE COMPANY |
| | Comments: WITHDRAWN |

| UNSECURED | Claimed: | $960.00 |

---

| TW TELECOM INC. | Claim Number: 330 |
| 10475 PARK MEADOWS DRIVE | Claim Date: 01/28/2009 |
| LITTLETON, CO 80124 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $23,811.52 |

---

| KELLY CREWS INC. | Claim Number: 340 |
| 1823 QUARTER HORSE DR. | Claim Date: 01/30/2009 |
| WOODSTOCK, MD 21163 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 2665 (11/25/2009) |

| PRIORITY | Claimed: | $8,116.00 |

---

| FASHION CENTRE AT PENTAGON | Claim Number: 356 |
| C/O SIMON PROPERTY GROUP | Claim Date: 02/03/2009 |
| ATTN: PATTY SUMMERS | Debtor: TRIBUNE COMPANY |
| 225 W. WASHINGTON STREET | Comments: DOCKET: 10191 (11/10/2011) |
| INDIANAPOLIS, IN 46204 | |

| PRIORITY | Claimed: | $110,999.00 |
| UNSECURED | Claimed: | $1.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

COMED CO.
ATTN: BANKRUPTCY SECTION/REVENUE MGMT
2100 SWIFT DRIVE
OAK BROOK, IL 60523

Claim Number: 366-03
Claim Date: 01/22/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

---

| UNSECURED | Claimed: | $31,130.22 | | |
|---|---|---|---|---|

T-MOBILE USA, INC.
PO BOX 53410
BELLEVUE, WA 98015

Claim Number: 375
Claim Date: 01/27/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $3,080.66 | Scheduled: | $14,552.83 |
|---|---|---|---|---|

T-MOBILE USA, INC.
PO BOX 53410
BELLEVUE, WA 98015

Claim Number: 376
Claim Date: 01/27/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $342.66 | | |
|---|---|---|---|---|

T-MOBILE USA, INC.
PO BOX 53410
BELLEVUE, WA 98015

Claim Number: 388
Claim Date: 01/27/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $43,841.74 | | |
|---|---|---|---|---|

T-MOBILE USA, INC.
PO BOX 53410
BELLEVUE, WA 98015

Claim Number: 393
Claim Date: 01/27/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $6,465.34 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | Claim Number: 398<br>Claim Date: 01/27/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $5,099.99 | |
| VERIZON<br>AFNI/VERIZON EAST<br>PO BOX 3037<br>BLOOMINGTON, IL 61702-3037 | Claim Number: 399<br>Claim Date: 01/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED          Claimed: | $1,865.17 | |
| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 400<br>Claim Date: 01/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | |
| UNSECURED          Claimed: | $23,811.52 | |
| SOUTHERN CALIFORNIA EDISON COMPANY<br>300 N. LONE HILL AVE.<br>SAN DIMAS, CA 91773 | Claim Number: 407<br>Claim Date: 02/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 3951 (04/06/2010) | |
| UNSECURED          Claimed: | $253,283.68 | |
| XEROX CORP.<br>XEROX CAPITAL SERVICES LLC<br>ATTN: VANESSA ADAMS<br>PO BOX 660506<br>DALLAS, TX 75266-9937 | Claim Number: 409<br>Claim Date: 02/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9949 (10/11/2011) | |
| UNSECURED          Claimed: | $1,847,137.05 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| SEMINOLE COUNTY TAX COLLECTOR, THE<br>RAY VALDES<br>1101 EAST FIRST STREET<br>PO BOX 630<br>SANFORD, FL 32772 | Claim Number: 415<br>Claim Date: 02/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 10229 (11/15/2011) | |
| SECURED            Claimed: | $100.77 | |
| MONEY SERVICE CENTERS OF HAWAII, INC.<br>4-901 G KUHIO HWY.<br>KAPAA, HI 96746 | Claim Number: 416<br>Claim Date: 02/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) | |
| UNSECURED          Claimed: | $800.00 | |
| AUDIO IMPLEMENTS/GKC<br>1703 PEARL STREET<br>WAUKESHA, WI 53186 | Claim Number: 424<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | |
| UNSECURED          Claimed: | $85.53 | |
| SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 7949<br>OVERLAND PARK, KS 66207-0949 | Claim Number: 435<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |
| UNSECURED          Claimed: | $199,573.13 | |
| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | Claim Number: 437<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY | |
| PRIORITY           Claimed: | $682.52 | |
| UNSECURED          Claimed: | $26.70 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

CITY OF CHICAGO
DEPARTMENT OF REVENUE
BUSINESS BANKRUPTCY UNIT
121 N. LASALLE STREET - ROOM 107A
CHICAGO, IL 60602

Claim Number: 438
Claim Date: 02/09/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $157,260.43 |
|----------|----------|-------------|
| UNSECURED | Claimed: | $8,596.85 |

---

CITY OF CHICAGO
DEPARTMENT OF REVENUE
BUSINESS BANKRUPTCY UNIT
121 N. LASALLE STREET - ROOM 107A
CHICAGO, IL 60602

Claim Number: 440
Claim Date: 02/09/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $674,939.02 |
|----------|----------|-------------|
| UNSECURED | Claimed: | $164,064.90 |

---

CITY OF CHICAGO
DEPARTMENT OF REVENUE
BUSINESS BANKRUPTCY UNIT
121 N. LASALLE STREET - ROOM 107A
CHICAGO, IL 60602

Claim Number: 443
Claim Date: 02/09/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $59,369.28 |
|----------|----------|-------------|
| UNSECURED | Claimed: | $6,042.54 |

---

BROZA, CLARK
215 HILLAIR CIRCLE
WHITE PLAINS, NY 10605-4516

Claim Number: 448
Claim Date: 02/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $55,199.24 |
|-----------|----------|------------|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | | |
|---|---|---|---|---|---|---|
| BROZA, CLARK & VALERIE L. KATZ-BROZA<br>215 HILLAIR CIRCLE<br>WHITE PLAINS, NY 10605-4516 | | Claim Number: 449<br>Claim Date: 02/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | |
| UNSECURED | Claimed: | $7,025.36 | | | | |
| XEROX CORP<br>XEROX CAPITAL SERVICES LLC<br>ATTN: VANESSA ADAMS<br>PO BOX 660506<br>DALLAS, TX 75266-9937 | | Claim Number: 472-01<br>Claim Date: 02/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9949 (10/11/2011) | | | | |
| UNSECURED | Claimed: | $71,001.06 | Scheduled: | $1,724.12 | Allowed: | $71,001.06 |
| SCHINDLER ELEVATOR CORPORATION<br>1530 TIMBERWOLF DRIVE<br>HOLLAND, OH 43528 | | Claim Number: 475<br>Claim Date: 02/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | | |
| UNSECURED | Claimed: | $7,210.75 | | | | |
| BRINKS INC.<br>555 DIVIDEND DR., STE 100<br>COPPELL, TX 75019 | | Claim Number: 476<br>Claim Date: 02/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | | |
| UNSECURED | Claimed: | $6,160.80 | | | | |
| R.R. DONNELLEY & SONS COMPANY<br>EULER HERMES ACI<br>AGENT OF R.R. DONNELLEY & SONS COMPANY<br>800 RED BROOK BOULEVARD<br>OWINGS MILLS, MD 21117 | | Claim Number: 482<br>Claim Date: 02/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 411 (02/17/2009) | | | | |
| UNSECURED | Claimed: | $478,865.06 | | | | |

| ORANGE COUNTY TAX COLLECTOR<br>EARL K. WOOD<br>200 SOUTH ORANGE AVENUE<br>POST OFFICE BOX 2551<br>ORLANDO, FL 32802 | Claim Number: 487<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| SECURED          Claimed: | $577.42   UNLIQ | | | |
| MIKE ANTHONY PHOTO LLC<br>MICHAEL ANTHONY MOFFA<br>1003 CORKWOOD DRIVE<br>OVIEDO, FL 32765 | Claim Number: 490<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 2123 (09/16/2009) | | | |
| PRIORITY          Claimed: | $150.00 | | | |
| GUARDSMARK LLC<br>22 SOUTH SECOND ST.<br>MEMPHIS, TN 38103-2695 | Claim Number: 511<br>Claim Date: 02/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |
| UNSECURED          Claimed: | $61,475.35 | | | |
| INTERCALL<br>ATTN: MELODY LOHR<br>11808 MIRACLE HILLS DR.<br>OMAHA, NE 68154 | Claim Number: 512<br>Claim Date: 02/23/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED          Claimed: | $6,507.40 | Scheduled: | $245.21 | |
| MILLEN, KEVIN<br>1704 LANIER LANE<br>MEMPHIS, TN 38117 | Claim Number: 526<br>Claim Date: 01/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4775 (06/14/2010) | | | |
| UNSECURED          Claimed: | $250,000.00 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| RELIANT ENERGY<br>PO BOX 1409<br>HOUSTON, TX 77251-1409 | Claim Number: 527<br>Claim Date: 02/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | |
| UNSECURED          Claimed: | $46,964.18 | |
| KING FEATURES SYNDICATE<br>ALAN LEWIS, ESQ.<br>OFFICE OF GENERAL COUNSEL, HEARST CORP.<br>300 WEST 57TH STREET, 40TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 529<br>Claim Date: 02/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |
| UNSECURED          Claimed: | $97,111.95 | |
| HERMAN, ROBIN<br>770 29TH ST APT 717<br>BOULDER, CO 80303-2342 | Claim Number: 534<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10022 (10/19/2011) | |
| PRIORITY          Claimed: | $925.00 | |
| JOHNSON, EDWARD ARNETT "EDDIE"<br>ROBERT H. ROSENFELD, ESQ.<br>6703 N. CICERO AVE.<br>LINCOLNWOOD, IL 60712 | Claim Number: 536<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |
| UNSECURED          Claimed: | $10,000,000.00 | |
| COASTAL SYSTEMS, INC.<br>13687 NEWPORT AVE<br>UNIT 8361<br>TUSTIN, CA 92780 | Claim Number: 541<br>Claim Date: 02/24/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $1,294.65 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| COASTAL SYSTEMS, INC.<br>13681 NEWPORT AVE STE 8<br>TUSTIN, CA 92780-7815 | Claim Number: 542<br>Claim Date: 02/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|

| UNSECURED | Claimed: | $419.89 |
|---|---|---|

| COASTAL SYSTEMS, INC.<br>13687 NEWPORT AVE<br>UNIT 8361<br>TUSTIN, CA 92780 | Claim Number: 543<br>Claim Date: 02/24/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $2,543.88 |
|---|---|---|

| COASTAL SYSTEMS, INC.<br>13687 NEWPORT AVE<br>UNIT 8361<br>TUSTIN, CA 92780 | Claim Number: 544<br>Claim Date: 02/24/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $6,904.70 |
|---|---|---|

| ELECTRORACK PRODUCTS COMPANY<br>1443 S. SUNKIST ST<br>ANAHEIM, CA 92806 | Claim Number: 575<br>Claim Date: 02/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $12,047.28 |
|---|---|---|

| CDW CORPORATION<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 582<br>Claim Date: 02/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,656.29 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

| | | | | |
|---|---|---|---|---|
| WILLIAMS, LANCE<br>2831 PRINCE ST.<br>BERKELEY, CA 94705 | | Claim Number: 584<br>Claim Date: 02/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | |
| UNSECURED | Claimed: | $539.19 | | |
| B&F COFFEE SERVICE<br>3535 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | | Claim Number: 595<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | |
| UNSECURED | Claimed: | $228.99 | Scheduled: | $228.99 |
| B&F COFFEE SERVICE<br>3535 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | | Claim Number: 596<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | |
| UNSECURED | Claimed: | $170.95 | | |
| B&F COFFEE SERVICE<br>3535 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | | Claim Number: 599<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | |
| UNSECURED | Claimed: | $218.26 | | |
| FRANZESE, PHILIP C.<br>55 OCEANVIEW DRIVE<br>MASTIC BEACH, NY 11951 | | Claim Number: 604<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| PRIORITY | Claimed: | $218,750.25 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| AT&T<br>AT&T ATTORNEY: JAMES GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 618<br>Claim Date: 03/03/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $88,507.96 |
|---|---|---|

| AT&T DBA BELLSOUTH ADVERTISING &<br>PUBLISHING<br>600 N POINT PKWY<br>ALPHARETTA, GA 30005 | Claim Number: 619<br>Claim Date: 03/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $16,132.10 |
|---|---|---|

| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET CNPT 20<br>HOUSTON, TX 77002 | Claim Number: 624<br>Claim Date: 03/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $155,538.53 |
|---|---|---|

| MAGID GLOVE & SAFETY MFG. CO. LLC.<br>2060 N. KOLMAR AVENUE<br>CHICAGO, IL 60639 | Claim Number: 645-02<br>Claim Date: 03/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $603.44 |
|---|---|---|

| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Claim Number: 660<br>Claim Date: 02/19/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $979.31 | Scheduled: | $363.85 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | | Claim Number: 663<br>Claim Date: 02/19/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $506.53 |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | | Claim Number: 670<br>Claim Date: 02/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
| UNSECURED | Claimed: | $443.63 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | | Claim Number: 684<br>Claim Date: 02/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) |
| PRIORITY | Claimed: | $211.40 |
| HEALTH CONCEPTS/DOLPHIN CAPITAL CORP<br>566 WEST LAKE STREET, LOWER LEVEL<br>CHICAGO, IL 60661 | | Claim Number: 685<br>Claim Date: 02/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
| UNSECURED | Claimed: | $260.75 |
| MILLEN, KEVIN<br>1704 LANIER LANE<br>MEMPHIS, TN 38117 | | Claim Number: 688<br>Claim Date: 02/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4775 (06/14/2010) |
| UNSECURED | Claimed: | $250,000.00   UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | Claim Number: 689<br>Claim Date: 03/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED | |

| PRIORITY | Claimed: | $211.40 |
|---|---|---|

| | | |
|---|---|---|
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Claim Number: 693<br>Claim Date: 03/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | |

| PRIORITY | Claimed: | $13,230.99 |
|---|---|---|
| SECURED | Claimed: | $3,061.32 |
| UNSECURED | Claimed: | $13,230.99 |
| TOTAL | Claimed: | $16,292.31 |

| | | |
|---|---|---|
| RIVERSIDE CLAIMS LLC<br>TRANSFEROR: THOMSON INC DBA GRASS VALLEY<br>POST OFFICE BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10024 | Claim Number: 696<br>Claim Date: 03/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) | |

| UNSECURED | Claimed: | $99,243.52 |
|---|---|---|

| | | |
|---|---|---|
| SMITH, KATHERINE F.<br>912 JAMES DRIVE<br>NEWPORT NEWS, VA 23605 | Claim Number: 719<br>Claim Date: 03/11/2009<br>Debtor: TRIBUNE COMPANY | |

| PRIORITY | Claimed: | $2,508.48 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| TRIEMER, ISABELL<br>1301 TOWSON ST<br>BALTIMORE, MD 21230-5323 | Claim Number: 720<br>Claim Date: 03/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4100 (04/19/2010) |

| UNSECURED | Claimed: | $325.00 |

---

| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | Claim Number: 727<br>Claim Date: 03/13/2009<br>Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $31,591.63 |
| UNSECURED | Claimed: | $7,778.40 |

---

| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | Claim Number: 728<br>Claim Date: 03/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5434 (08/19/2010) |

| PRIORITY | Claimed: | $19,095.99 |
| UNSECURED | Claimed: | $96.00 |

---

| STARZYK, KARA<br>13230 SW 32ND COURT<br>FORT LAUDERDALE, FL 33330 | Claim Number: 729<br>Claim Date: 03/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |

| PRIORITY | Claimed: | $1,300.00 |

---

| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 745<br>Claim Date: 03/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |

| UNSECURED | Claimed: | $25,127.41 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | Claim Number: 752<br>Claim Date: 03/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|

| PRIORITY | Claimed: | $102,617.06 |
|---|---|---|
| UNSECURED | Claimed: | $100.00 |

---

| WTOP-FM RADIO<br>C/O SZABO ASSOCIATES, INC.<br>3355 LENOX ROAD NE, 9TH FLOOR<br>ATLANTA, GA 30326 | Claim Number: 763<br>Claim Date: 03/04/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $49,026.30 |
|---|---|---|

---

| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Claim Number: 768<br>Claim Date: 03/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
|---|---|

| PRIORITY | Claimed: | $13,230.99 |
|---|---|---|
| SECURED | Claimed: | $3,061.32 |
| UNSECURED | Claimed: | $13,230.99 |
| TOTAL | Claimed: | $16,292.31 |

---

| MONROE COUNTY TREASURER<br>100 W KIRKWOOD AVE, COURTHOUSE RM 204<br>BLOOMINGTON, IN 47404-5140 | Claim Number: 783<br>Claim Date: 03/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9882 (10/04/2011) |
|---|---|

| PRIORITY | Claimed: | $479.98 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | | Claim Number: 784<br>Claim Date: 03/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | | | |
| PRIORITY | Claimed: | $20,583,890.06 | | | | | |
| UNSECURED | Claimed: | $3,141,111.00 | | | | | |
| SMITH, ANNE<br>63 STAMFORD STREET<br>LONDON, SE1 9NB<br>UNITED KINGDOM | | Claim Number: 787<br>Claim Date: 03/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) | | | | | |
| PRIORITY | Claimed: | $400.00 | | | | | |
| MERRILL COMMUNICATIONS<br>ONE MERRILL CIRCLE<br>SAINT PAUL, MN 55108 | | Claim Number: 797<br>Claim Date: 03/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | | | |
| UNSECURED | Claimed: | $15,634.45 | | | | | |
| GOOGLE, INC.<br>BINDER & MALTER, LLP<br>C/O WENDY W. SMITH<br>2775 PARK AVENUE<br>SANTA CLARA, CA 95050 | | Claim Number: 810<br>Claim Date: 03/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 6192 (11/01/2010) | | | | | |
| UNSECURED | Claimed: | $167,362.00 | Scheduled: | $88,082.82 | Allowed: | $146,881.83 |
| MARK 1 RESTORATION COMPANY<br>1021 MARYLAND AVENUE<br>DOLTON, IL 60419 | | Claim Number: 820<br>Claim Date: 03/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | | | | |
| UNSECURED | Claimed: | $47,450.10 | Scheduled: | $47,450.10 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 832<br>Claim Date: 03/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | |

| UNSECURED | Claimed: | $25,127.41 |
|---|---|---|

| | | |
|---|---|---|
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | Claim Number: 835<br>Claim Date: 03/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8523 (03/30/2011) | |

| PRIORITY | Claimed: | $1,356.30 |
|---|---|---|

| | | |
|---|---|---|
| ARTINI-ZAK CORPORATION, INC.<br>ARTINI FINE JEWELRY, INC.<br>100 PLAZA REAL SOUTH, SUITE B<br>BOCA RATON, FL 33432 | Claim Number: 838<br>Claim Date: 03/24/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| NORTHERN TRUST COMPANY, THE<br>ATTN: TREASURY MANAGEMENT SERVICES<br>50 S. LASALLE STREET<br>CHICAGO, IL 60603 | Claim Number: 839-02<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | |

| UNSECURED | Claimed: | $2,181.94 |
|---|---|---|

| | | |
|---|---|---|
| IRON MOUNTAIN INFORMATION MANAGEMENT INC<br>C/O R FREDERICK LINFESTY, ESQ<br>745 ATLANTIC AVENUE, 10TH FLOOR<br>BOSTON, MA 02111 | Claim Number: 862<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE COMPANY | |

| SECURED | Claimed: | $36,743.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,171.21 | Scheduled: | $2,708.09 |

| | | |
|---|---|---|
| CHECK CASHING STORE, THE<br>6340 N.W. 5TH WAY<br>FORT LAUDERDALE, FL 33309 | Claim Number: 869<br>Claim Date: 04/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | |
| UNSECURED        Claimed: | $1,590.86 | |
| GUTMAN, E. MICHAEL, M.D.<br>711 WEST COLONIAL DRIVE<br>ORLANDO, FL 32804 | Claim Number: 870<br>Claim Date: 04/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |
| UNSECURED        Claimed: | $0.00   UNLIQ | |
| WATER CLOSET MEDIA INC<br>1816 NE ALBERTA ST.<br>PORTLAND, OR 97211 | Claim Number: 876<br>Claim Date: 04/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9346 (06/24/2011) | |
| ADMINISTRATIVE        Claimed: | $1,500.00 | |
| MITCHELL, SR., KEIFFER J., AS PR OF THE<br>ESTATE OF PARREN J. MITCHELL<br>LARRY GIBSON, ESQ. & JOHN LEIDIG, ESQ.<br>36 SO. CHARLES ST., SUITE 2000<br>BALTIMORE, MD 21201 | Claim Number: 878<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED        Claimed: | $20,000,000.00 | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | Claim Number: 882<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) | |
| PRIORITY        Claimed: | $351.90 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>ATTN: RECOVERY DEPT<br>SHELTON, CT 06484 | Claim Number: 883<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $5,115.33 | |
| PITNEY BOWES CREDIT CORPORATION<br>27 WATERVIEW DRIVE<br>ATTN: RECOVERY DEPARTMETN<br>SHELTON, CT 06484 | Claim Number: 884<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $1,000.00 | |
| PITNEY BOWES CREDIT CORP<br>ATTN: RECOVERY DEPT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 885<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | |
| UNSECURED          Claimed: | $4,294.97 | |
| BOLTON, PERRY J.<br>200 S BEACH RD.<br>HOBE SOUND, FL 33455 | Claim Number: 887<br>Claim Date: 03/31/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | |
| UNSECURED          Claimed: | $80,000.00 | |
| NORTHWESTERN MUTUAL LIFE INSURANCE CO<br>C/O E. KEITH HARWELL<br>SEEFRIED PROPERTIES INC.<br>7101 PRESIDENTS DRIVE, SUITE 105<br>ORLANDO, FL 32809 | Claim Number: 888<br>Claim Date: 03/31/2009<br>Debtor: TRIBUNE COMPANY | |
| SECURED          Claimed: | $4,428.00 | |
| UNSECURED          Claimed: | $56,185.63 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| BROWARD COUNTY REVENUE COLLECTOR<br>REVENUE COLLECTION DIV., GOV'T CTR ANNEX<br>ATTN: LITIGATION SECTION<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | Claim Number: 889<br>Claim Date: 03/31/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |
| SECURED          Claimed: | $113,357.20 | |
| FIRST QUALITY MAINTENANCE<br>70 WEST 36TH STREET<br>NEW YORK, NY 10018 | Claim Number: 892<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |
| UNSECURED          Claimed: | $4,425.42 | |
| UNIVERSAL PRESS SYNDICATE<br>PO BOX 419149<br>KANSAS CITY, MO 64141-9149 | Claim Number: 894<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) | |
| UNSECURED          Claimed: | $78,272.36 | |
| MUNGARIAN, JOHN M. - SEP-IRA<br>FIDELITY MANAGEMENT TRUST CO - CUSTODIAN<br>4460 LA JOLLA<br>PENSACOLA, FL 32504 | Claim Number: 897<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| SECURED          Claimed: | $20,000.00 | |
| ROCKENBACH, PHILIP C.<br>1231 SOUTH 11TH STREET<br>SAINT CHARLES, IL 60174 | Claim Number: 912<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $10,000.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | | | |
|---|---|---|---|---|
| ENTERPRISE GROUP<br>A DIVISION OF DOMTAR COMPANY<br>6461 SAGUARO COURT<br>INDIANAPOLIS, IN 46268 | Claim Number: 914<br>Claim Date: 04/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | | |

| UNSECURED | Claimed: | $1,687.72 | Scheduled: | $1,687.72 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| MERRILL COMMUNICATIONS<br>ONE MERRILL CIRCLE<br>SAINT PAUL, MN 55108 | Claim Number: 935<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 797 | | | |

| UNSECURED | Claimed: | $16,041.31 | Scheduled: | $16,041.31 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| CONSOLIDATED ELECTRICAL DISTRIBUTORS<br>PO BOX 489<br>LEMONT, IL 60439-0489 | Claim Number: 937<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | | |

| UNSECURED | Claimed: | $777.00 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| AMMERDALE TRUST<br>C/O DAVID KISSI<br>PO BOX 77878<br>ONE MASSACHUSETTS AVE NE<br>WASHINGTON, DC 20013 | Claim Number: 940<br>Claim Date: 02/13/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 950<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |

| PRIORITY | Claimed: | $322,942.07   UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $96,661.64   UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | | | |
|---|---|---|---|---|
| CAVALIERE, PETER<br>161 BLUE HERON DR.<br>SECAUCUS, NJ 07094 | | Claim Number: 951<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |

---

| SECURED | Claimed: | $20,000.00 | | |
|---|---|---|---|---|

| BAKER & DANIELS LLP<br>ATTN: JAY JAFFE<br>600 EAST 96TH STREET, SUITE 600<br>INDIANAPOLIS, IN 46240 | | Claim Number: 952<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 315 | | |

---

| UNSECURED | Claimed: | $13,040.50 | Scheduled: | $6,935.00 |
|---|---|---|---|---|

| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 954<br>Claim Date: 03/03/2009<br>Debtor: TRIBUNE COMPANY | | |

---

| UNSECURED | Claimed: | $12,442.88 | | |
|---|---|---|---|---|

| GILLESKI, JOSEPH J.<br>110 ELMBROOK DRIVE<br>STAMFORD, CT 06906 | | Claim Number: 955<br>Claim Date: 04/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |

---

| UNSECURED | Claimed: | $3,931.14 | | |
|---|---|---|---|---|

| REDWOOD SOFTWARE<br>3000 AERIAL CENTER PARKWAY<br>SUITE 115<br>MORRISVILLE, NC 27560 | | Claim Number: 973<br>Claim Date: 04/17/2009<br>Debtor: TRIBUNE COMPANY | | |

---

| UNSECURED | Claimed: | $19,020.09 | Scheduled: | $19,020.09 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| PSOMAS<br>555 SOUTH FLOWER STREET  SUITE 4400<br>LOS ANGELES, CA 90071 | Claim Number: 974<br>Claim Date: 04/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9400 (06/30/2011) | | | | | |

| UNSECURED | Claimed: | $57,431.59 | Scheduled: | $18,962.22 | Allowed: | $55,283.15 |

---

| LAW OFFICES OF GERALD S. SACK, LLC<br>836 FARMINGTON AVENUE, SUITE 109<br>WEST HARTFORD, CT 06119 | Claim Number: 994<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) |

| UNSECURED | Claimed: | $8,541.01 |

---

| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | Claim Number: 995<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |

| PRIORITY | Claimed: | $17.30 |
| SECURED | Claimed: | $143,243.00 |
| UNSECURED | Claimed: | $1.00 |

---

| KEMPER INSURANCE COMPANIES<br>SHERRI L. PATTERSON<br>MANAGED ACCOUNTS, 13NW0348<br>ONE KEMPER DRIVE<br>LONG GROVE, IL 60049 | Claim Number: 1005<br>Claim Date: 04/14/2009<br>Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| CLENDENIN, MICHAEL<br>328 CAROLINA MEADOWS VILLA<br>CHAPEL HILL, NC 27517 | Claim Number: 1013<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $6,235.00  UNLIQ |
|---|---|---|---|---|

---

| NEILSON, LAURA<br>160 E 3RD ST APT 4F<br>NEW YORK, NY 10009-7735 | Claim Number: 1026<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
|---|---|

| PRIORITY | Claimed: | $75.00 |
|---|---|---|

---

| DVORAK, HEIDI<br>9126 GRUNDY LANE<br>CHATSWORTH, CA 91311 | Claim Number: 1033<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
|---|---|

| PRIORITY | Claimed: | $5,023.45 |
|---|---|---|
| UNSECURED | Claimed: | $5,023.45 |
| TOTAL | Claimed: | $5,023.45 |

---

| KITSAP COUNTY TREASURER<br>614 DIVISION ST MS-32<br>PORT ORCHARD, WA 98366-4614 | Claim Number: 1042<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED |
|---|---|

| SECURED | Claimed: | $5,109.82 |
|---|---|---|

---

| STATE OF NEW JERSEY<br>DEPARTMENT OF TREASURY<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON, NJ 08646-0245 | Claim Number: 1059<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $31,024.77 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

---

LASER LINE INC
1025 W NURSEY RD  STE 122
LINTHICUM, MD 21090

Claim Number: 1066-01
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5503 (08/25/2010)

| UNSECURED | Claimed: | $418.15 | | | Allowed: | $418.15 |

RAGNAR BENSON LLC
250 S NORTHWEST HIGHWAY
ATTN: JEN HAUB
PARK RIDGE, IL 60068

Claim Number: 1071
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,914.12 | Scheduled: | $9,914.12 |

ELECTRORACK PRODUCTS COMPANY
1443 S. SUNKIST ST
ANAHEIM, CA 92806

Claim Number: 1079
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| ADMINISTRATIVE | Claimed: | $10,125.17 |
| UNSECURED | Claimed: | $1,922.11 |

LAW OFFICES OF GERALD S. SACK, LLC
GERALD S. SACK
836 FARMINGTON AVE.
SUITE 109
WEST HARTFORD, CT 06119

Claim Number: 1091
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

| UNSECURED | Claimed: | $8,541.01 |

COMGRAPHICS INCORPORATION
329 W 18TH STREET
10TH FLOOR
CHICAGO, IL 60616

Claim Number: 1097
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

MEANEY, THOMAS
124 REMSEN ST APT 13
BROOKLYN, NY 11201-4228

Claim Number: 1112
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| PRIORITY | Claimed: | $400.00 |
|---|---|---|

SAMUELSON, WILLIAM
930 CHEYENNE STREET
COSTA MESA, CA 92626

Claim Number: 1122
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $123.02 |
|---|---|---|

OFFOR, KINGSLEY
15 CHABLIS DRIVE
DIX HILLS, NY 11746

Claim Number: 1133
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| UNSECURED | Claimed: | $12,985.00 |
|---|---|---|

TRUJILLO, JEAN
365 ROUTE 111 APT C13
SMITHTOWN, NY 11787

Claim Number: 1148
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for $241/week for life

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNDET |
|---|---|---|---|---|

BOND, CURTIS
101 RIVERMEADE CT., APT D
YORKTOWN, VA 23690

Claim Number: 1153
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| SECURED | Claimed: | $500.00 |
|---|---|---|
| UNSECURED | Claimed: | $240.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| TABLET & TICKET COMPANY<br>1120 ATLANTIC DRIVE<br>WEST CHICAGO, IL 60185 | Claim Number: 1155<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) |
|---|---|

| PRIORITY | Claimed: | $98.38 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $98.38 |

---

| LAGUNA BEACH PATRIOTS DAY<br>PARADE ASSOCIATION<br>PO BOX 5147<br>LAGUNA BEACH, CA 92652 | Claim Number: 1173<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

---

| CAMACHO, JOSE A<br>5942 S SAWYER<br>CHICAGO, IL 60629 | Claim Number: 1212<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
|---|---|

| PRIORITY | Claimed: | $9,000.00 |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $15,000.00 |
| TOTAL | Claimed: | $9,000.00 |

---

| CAMACHO, JOSE A<br>5942 S SAWYER<br>CHICAGO, IL 60629 | Claim Number: 1213<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
|---|---|

| PRIORITY | Claimed: | $9,000.00 |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $15,000.00 |
| TOTAL | Claimed: | $9,000.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1233<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $27,000.00 | Scheduled: | $27,000.00 | |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1234<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 | |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1235<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $9,600.00 | Scheduled: | $9,600.00 | |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1236<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 | |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1237<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $6,800.00 | Scheduled: | $6,800.00 | |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1238<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,400.00 | Scheduled: | $10,400.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1239<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $7,100.00 | Scheduled: | $7,100.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1240<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $6,900.00 | Scheduled: | $6,900.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1241<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1242<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $32,000.00 | Scheduled: | $32,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1243<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,617.00 | Scheduled: | $11,617.00 | | |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1244<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $7,745.00 | Scheduled: | $7,745.00 | | |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1245<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 | | |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1246<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | |
| UNSECURED | Claimed: | $2,900.00 | Scheduled: | $2,900.00 | Allowed: | $1,299.52 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1247<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $2,800.00 | Scheduled: | $2,800.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

| | | | | |
|---|---|---|---|---|
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1248<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $60,294.00 | Scheduled: | $60,294.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1249<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $104,000.00 | Scheduled: | $104,000.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1250<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $9,600.00 | Scheduled: | $9,600.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1251<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,855.64 | Scheduled: | $1,855.64 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1252<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $2,029.16 | Scheduled: | $2,029.16 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | |
|---|---|---|---|---|
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1253<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $2,413.10 | Scheduled: | $2,413.10 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1254<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $800.00 | Scheduled: | $800.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1255<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $2,140.41 | Scheduled: | $2,140.41 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1256<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,420.02 | Scheduled: | $1,420.02 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1257<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,815.06 | Scheduled: | $1,815.06 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1258<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,698.47 | Scheduled: | $1,698.47 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1259<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,407.62 | Scheduled: | $1,407.62 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1260<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $40,196.00 | Scheduled: | $40,196.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1261<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $19,200.00 | Scheduled: | $19,200.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1262<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $62,400.00 | Scheduled: | $62,400.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | |
|---|---|---|---|---|---|
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1263<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $9,600.00 | Scheduled: | $9,600.00 | |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1266<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $12,200.00 | Scheduled: | $12,200.00 | |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1267<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $11,400.00 | Scheduled: | $11,400.00 | |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1268<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $14,000.00 | Scheduled: | $14,000.00 | |
| YIELD STRATEGIES FUND I, LP<br>DEREK C. ABBOTT, ESQ.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. MARKET ST., P.O. BOX 1347<br>WILMINGTON, DE 19899 | | Claim Number: 1324<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | | |
| UNSECURED | Claimed: | $664,066.42   UNLIQ | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| EQUITY OVERLAY FUND, LLC<br>DEREK C. ABBOTT, ESQ.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. MARKET ST., P.O. BOX 1347<br>WILMINGTON, DE 19899 | Claim Number: 1325<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $327,368.10 UNLIQ |
|---|---|---|

---

| BANK OF AMERICA PENSION PLAN<br>DEREK C. ABBOTT, ESQ.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. MARKET ST., P.O. BOX 1347<br>WILMINGTON, DE 19899 | Claim Number: 1326<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $535,857.00 UNLIQ |
|---|---|---|

---

| YIELD STRATEGIES FUND II, LP<br>DEREK C. ABBOTT, ESQ.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. MARKET ST., P.O. BOX 1347<br>WILMINGTON, DE 19899 | Claim Number: 1327<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $226,951.20 UNLIQ |
|---|---|---|

---

| WALKER, KAROLYN M<br>1457 W. 37TH STREET<br>RIVIERA BEACH, FL 33404 | Claim Number: 1332<br>Claim Date: 04/22/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 7274 (12/22/2010) |
|---|---|

| PRIORITY | Claimed: | $300.00 |
|---|---|---|

---

| KISSI, DAVID<br>PO BOX 77878<br>ONE MASSACHUSETTS AVE NE<br>WASHINGTON, DC 20013 | Claim Number: 1334<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GETTY IMAGES<br>601 N. 34TH STREET<br>SEATTLE, WA 98103 | | Claim Number: 1375<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | | | |
| UNSECURED | Claimed: | $205.00 | | | | | |
| RAY OHERRON CO<br>523 E ROOSEVELT RD<br>LOMBARD, IL 60148 | | Claim Number: 1385<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $1,667.50 | Scheduled: | $1,667.50 | | | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 1389<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | | | | |
| UNSECURED | Claimed: | $13,110.00 | Scheduled: | $4,869.43 | Allowed: | $4,869.43 | |
| WOODFIELD MALL LLC, A DELAWARE LLC<br>ANDREW S. CONWAY<br>200 EAST LONG LAKE ROAD, SUITE 300<br>BLOOMFIELD HILLS, MI 48304 | | Claim Number: 1393<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| ADMINISTRATIVE | Claimed: | $341,936.00 | | | | | |
| NATIONAL DECORATING SERVICE INC<br>2210 CAMDEN COURT<br>ATTN: LEO HART<br>OAK BROOK, IL 60523-1272 | | Claim Number: 1405<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $11,400.00 | | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| WISS JANNEY ELSTNER ASSOCIATES<br>330 PFINGSTEN RD<br>NORTHBROOK, IL 60062 | Claim Number: 1428<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $3,000.00 | Scheduled: | $3,000.00 |
|---|---|---|---|---|

| GLAVIN SECURITY HARDWARE<br>SPECIALIST 1010 W JACKSON BLVD<br>CHICAGO, IL 60607 | Claim Number: 1477<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|

| SECURED | Claimed: | $1,141.63 |
|---|---|---|

| GLAVIN SECURITY SPECIALISTS<br>1010 W JACKSON BLVD<br>CHICAGO, IL 60607 | Claim Number: 1478<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
|---|---|

| SECURED | Claimed: | $1,141.63 |
|---|---|---|

| BRANECKI, PHILLIP J<br>12219 BAKER TERR.<br>WOODSTOCK, IL 60098 | Claim Number: 1501<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $2,612.23 |
|---|---|---|
| SECURED | Claimed: | $2,612.23 |
| TOTAL | Claimed: | $2,612.23 |

| WILLCOX & SAVAGE PC<br>ATTORNEYS AT LAW<br>ATTN: CONRAD M. SHUMADINE, ESQUIRE<br>1800 BANK OF AMERICA CTR<br>NORFOLK, VA 23510-2197 | Claim Number: 1502<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $728.09 |
|---|---|---|

| HALL, JOSEPH 1144 NORTH STRICKER STREET BALTIMORE, MD 21217 | Claim Number: 1505 Claim Date: 04/24/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 3011 (01/05/2010) |
|---|---|

| PRIORITY | Claimed: | $9,000.00 |
|---|---|---|
| SECURED | Claimed: | $80,000.00 |
| TOTAL | Claimed: | $80,000.00 |

| HIGBY, LAWRENCE 218 VIA LIDO NORD NEWPORT BEACH, CA 92663 | Claim Number: 1506 Claim Date: 04/24/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 2270 (10/02/2009) |
|---|---|

| PRIORITY | Claimed: | $126,183.00 |
|---|---|---|

| LEFEBVRE, SUSAN 1 CHELSEA PLACE FARMINGTON, CT 06032 | Claim Number: 1531 Claim Date: 04/23/2009 Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $45,000.00   UNLIQ |
|---|---|---|

| DANIELS, SARAH 43 ROYAL CRESCENT WAY FREDERICKSBRG, VA 22406-7296 | Claim Number: 1532 Claim Date: 04/23/2009 Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $3,565.38 |
|---|---|---|

| CAMPBELL, RAMSEY L 2947 ALDRICH ST. EUSTIS, FL 32726 | Claim Number: 1533 Claim Date: 04/23/2009 Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $1,851.63 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| MONSTER INC.<br>5 CLOCK TOWER PLACE<br>SUITE 500<br>MAYNARD, MA 01754 | Claim Number: 1544<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $35,000.00 | Allowed: | $3,164.38 |

---

| PANDOLFI, FRANCIS P.<br>168 WATER STREET<br>STONINGTON, CT 06378-1210 | Claim Number: 1546<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $172,194.00 | Scheduled: $172,194.00 UNLIQ |

---

| ASM CAPITAL III, L.P.<br>TRANSFEROR: EASTLAKE STUDIO<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1549<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 1270 (05/29/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,900.00 | Scheduled: $3,900.00 |

---

| COVA, ANNE M<br>7 TRANQUILITY PLACE<br>LADERA RANCH, CA 92694 | Claim Number: 1551<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|
| UNSECURED | Claimed: | $40.58 |

---

| HURT, ALBERT L<br>18032 JASON LN<br>LANSING, IL 60438-1500 | Claim Number: 1575<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|
| PRIORITY | Claimed: | $10,745.21 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

NOLLIE, YOLANDA
814 MARGARET SQUARE
WINTER PARK, FL 32789

Claim Number: 1579
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $13,375.00 |
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $2,425.00 |
| TOTAL | Claimed: | $13,375.00 |

NOLLIE, YOLANDA
814 MARGARET SQUARE
WINTER PARK, FL 32789

Claim Number: 1580
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5434 (08/19/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $13,375.00 |
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $2,425.00 |
| TOTAL | Claimed: | $13,375.00 |

KWON, DAEWON
10531 EDGELEY PL
LOS ANGELES, CA 90024

Claim Number: 1585
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,088.00 | Scheduled: | $2,088.00 |

K&D FACTORY SERVICES INC
1833-41 N CARMEN ST
HARRISBURG, PA 17103

Claim Number: 1594
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $43,500.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER                                                                           Date: 12/06/2011
Numerical Claims Register for The Tribune Company (08-13141)

---

| MACMUNNIS INC. | Claim Number: 1616 |
| 1840 OAK AVENUE | Claim Date: 04/23/2009 |
| SUITE 300 | Debtor: TRIBUNE COMPANY |
| EVANSTON, IL 60201 | |

| UNSECURED | Claimed: | $4,590.00 |

---

BARRY COUNTY TREASURER            Claim Number: 1617
220 W. STATE ST.                  Claim Date: 04/23/2009
HASTINGS, MI 49058                Debtor: TRIBUNE COMPANY
                                  Comments: DOCKET: 5913 (07/21/2011)
                                  THIS CLAIM HAS BEEN SATISFIED          Claim out of balance

| PRIORITY | Claimed: | $423.62 |
| SECURED | Claimed: | $423.62 |
| TOTAL | Claimed: | $423.62 |

---

CALIANESE, ANTHONY J.             Claim Number: 1650
824 ELLIS PL                      Claim Date: 04/23/2009
ORADELL, NJ 07649-1918            Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $143,055.00 | | |
| UNSECURED | | | Scheduled: | $54,033.00 UNLIQ |

---

SINGH, SATNAM                     Claim Number: 1676
P.O. BOX 305                      Claim Date: 04/23/2009
LA PUENTE, CA 91747               Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $1,222.32 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| SHOPLOCAL<br>225 N MICHIGAN AVE<br>SUITE 1600<br>CHICAGO, IL 60601 | Claim Number: 1678<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4407 (05/14/2010) | |

| UNSECURED | Claimed: | $20,950.00 |
|---|---|---|

| | | |
|---|---|---|
| YOUNG, SOMMER, WARD, RITZENBERG, BAKER<br>& MOORE LLC<br>5 PALISADES DRIVE, SUITE 300<br>ALBANY, NY 12205 | Claim Number: 1698<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $1,307.00 |
|---|---|---|

| | | |
|---|---|---|
| HARRIS COUNTY<br>TREASURER<br>1001 PRESTON          STE 652<br>HOUSTON, TX 77002 | Claim Number: 1706<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 292 | |

| ADMINISTRATIVE | Claimed: | $35,200.63   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET CNPT 20<br>HOUSTON, TX 77002 | Claim Number: 1755<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |

| UNSECURED | Claimed: | $146,233.64 |
|---|---|---|

| | | |
|---|---|---|
| ASSOCIATED LIBRARY SERVICE<br>500 N MICHIGAN AVE STE 300<br>CHICAGO, IL 60611-3775 | Claim Number: 1762<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

COSTELLO, DANIEL J
2060 CONTINENTAL AVE
APT 3
BRONX, NY 10461

Claim Number: 1767
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $17,260.00 |
|---|---|---|

GOTTSMAN, EDWARD
235 EAST 22ND STREET, APARTMENT 3A
NEW YORK, NY 10010

Claim Number: 1777
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $181,031.90 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $181,031.90 |

MOORE, DARRYL
155 EAST GREENWICH ST.
APT 314
HEMPSTEAD, NY 11550

Claim Number: 1790
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| ADMINISTRATIVE | Claimed: | $5,084.61 |
|---|---|---|
| PRIORITY | Claimed: | $5,084.61 |
| TOTAL | Claimed: | $5,084.61 |

FREEDOM OF EXPRESSION FOUNDATN
171B CLAREMONT AVENUE
LONG BEACH, CA 90803

Claim Number: 1804
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $5,000.00 | Scheduled: | $5,000.00 |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER                                                      Date: 12/06/2011
Numerical Claims Register for The Tribune Company (08-13141)

---

| JANUS, KENNETH C | Claim Number: 1820 |
| 924 S COURTLAND AVE | Claim Date: 04/27/2009 |
| PARK RIDGE, IL 60068 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Claim is for $285/month for life |

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| FREY, VINCENT | Claim Number: 1859 |
| 891 N LACROSSE ST | Claim Date: 04/27/2009 |
| ALLENTOWN, PA 18109-1953 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Claim out of balance |

| ADMINISTRATIVE | Claimed: | $0.00 |
| PRIORITY | Claimed: | $1,183.86 |
| SECURED | Claimed: | $1,183.86 |
| TOTAL | Claimed: | $1,183.86 |

---

| LIONHEART ENGINEERING | Claim Number: 1903 |
| 1004 TRAKK LANE | Claim Date: 04/27/2009 |
| WOODSTOCK, IL 60098 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $775.00 | Scheduled: | $775.00 |

---

| AMERICAN DOOR AND DOCK | Claim Number: 1949 |
| 2125 HAMMOND DRIVE | Claim Date: 04/27/2009 |
| SCHAUMBURG, IL 60173 | Debtor: TRIBUNE COMPANY |

| ADMINISTRATIVE | Claimed: | $342.25 | | |
| UNSECURED | | | Scheduled: | $342.25 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

---

HARMER ASSOCIATES
ATTN RANDY HARMER
100 S WACKER DRIVE SUITE 1950
CHICAGO, IL 60606

Claim Number: 2001
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 4135 (04/22/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $30,000.00 | Allowed: | $30,000.00 |

GUILLEN, CHRISTOPHER J
7451 W MADISON ST
FOREST PARK, IL 60130

Claim Number: 2008
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4100 (04/19/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,000.00 |

WALSH, CONSTANCE
430 S. WESTERN AVE.
UNIT 202
DES PLAINES, IL 60016

Claim Number: 2014
Claim Date: 04/28/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 4891 (06/28/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,090.83 |

PROLARMCO INC
P O BOX 117
GREENVALE, NY 11548

Claim Number: 2017
Claim Date: 04/28/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $354.00 | | | | |
| UNSECURED | | | Scheduled: | $350.42 | Allowed: | $350.42 |

DOWNEY, MICHAEL
32 OAKMONT DR.
RANCHO MIRAGE, CA 92270

Claim Number: 2019
Claim Date: 04/28/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $448.63 | Scheduled: | $448.63 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| APERTA INC<br>DEPT 77534<br>PO BOX 77000<br>DETROIT, MI 48277-0534 | Claim Number: 2024<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

| LUTHER, MARYLOU<br>35 PARK AVE<br>11H<br>NEW YORK, NY 10016 | Claim Number: 2033<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

| UNCLAIMED PROPERTY DIVISION DEPARTMENT<br>OF TREASURY<br>55 ELM STREET<br>HARTFORD, CT 06106 | Claim Number: 2049<br>Claim Date: 04/29/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| ROBERT LANGER CO INC<br>P O BOX 2075<br>PATCHOGUE, NY 11772 | Claim Number: 2077<br>Claim Date: 04/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $3,815.50 |
|---|---|---|

| PELLINO, LOUIS<br>P.O. BOX 75<br>HICKSVILLE, NY 11802 | Claim Number: 2078<br>Claim Date: 04/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| HASENOHR, PETER<br>420 MONROE DR<br>CENTERPORT, NY 11721 | | Claim Number: 2079<br>Claim Date: 04/29/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $26,399.94 |
| MCDOWELL, CURTIS<br>166 JONES CREEK ACRES DR<br>FRANKLIN, NC 28734 | | Claim Number: 2092<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $417.45   UNLIQ |
| ENGLER, JOY<br>RR 2 BOX 137<br>KUNKLETOWN, PA 18058 | | Claim Number: 2099<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
| UNSECURED | Claimed: | $14,000.00 |
| CAMPOS, TRACY<br>4703 SAILBOAT BAY APT 2D<br>LISLE, IL 60532-1473 | | Claim Number: 2108<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |
| UNSECURED | Claimed: | $3,000.00 |
| SANZERI, CLAUDIA<br>35 WOODCOCK LANE<br>LEVITTOWN, NY 11756 | | Claim Number: 2111<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 7273 (12/22/2010) |
| PRIORITY | Claimed: | $7,680.82 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | |
|---|---|---|---|---|
| MET TESTING (CALVERT ST.)<br>3700 COMMERCE DRIVE SUITE 901<br>ATTN: RON COOPER<br>BALTIMORE, MD 21227 | | Claim Number: 2114<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
| UNSECURED | Claimed: | $2,445.00 | | |
| MET TESTING (SUN PARK)<br>3700 COMMERCE DRIVE SUITE 901<br>ATTN: RON COOPER<br>BALTIMORE, MD 21227 | | Claim Number: 2115<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
| UNSECURED | Claimed: | $2,277.00 | | |
| CAMPOS, ALFONSO<br>801 BURR OAKS DR APT 303<br>WEST CHICAGO, IL 60185-2951 | | Claim Number: 2123<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | | |
| UNSECURED | Claimed: | $3,000.00 | | |
| ALLIANCE MAINTENANCE SERVICES<br>855 MORSE AVE<br>ELK GROVE VILLAGE, IL 60007 | | Claim Number: 2147<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $41,243.25 | Scheduled: | $41,243.25 |
| DEMMA, JOSEPH<br>1912 N 56TH AVE<br>HOLLYWOOD, FL 33021-3906 | | Claim Number: 2160<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8523 (03/30/2011) | | |
| PRIORITY | Claimed: | $200.00   UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| STANLEY SECURITY SOLUTIONS INC<br>SAFEMASTERS<br>DEPT CH 14202<br>PALATINE, IL 60055-4202 | Claim Number: 2172<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,395.03 | Scheduled: | $1,395.03 |

| TELECOMMUNICATION SYSTEMS, INC.<br>333 N MICHIGAN AVE STE 2700<br>CHICAGO, IL 60601-4047 | Claim Number: 2185<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for patenet infringement | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNLIQ |

| CZARK, RICHARD<br>44 WATERFORD DR<br>BLUFTON, SC 29910 | Claim Number: 2210<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $45,778.23  UNLIQ | Scheduled: | $40,189.83 |

| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET CNPT 20<br>HOUSTON, TX 77002 | Claim Number: 2211<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $144,359.05 | | |

| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>P.O. BOX 1438<br>ATTN: BANKRUPTCY UNIT<br>SANTA ANA, CA 92702 | Claim Number: 2214<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $891,563.33  UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | |
|---|---|---|---|---|
| COSGROVE, JAMES T.<br>C/O WINEGAR, WILHELM, GLYNN & ROEMER<br>ATTN: SCOTT M. WILHELM<br>3005 ROSEBERRY STREET, P.O. BOX 800<br>PHILLIPSBURG, NJ 08865 | Claim Number: 2238<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
| UNSECURED            Claimed: | $150,000.00 | Scheduled: | $0.00  UNLIQ | |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 1438<br>SANTA ANA, CA 92702 | Claim Number: 2249<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY | | | |
| ADMINISTRATIVE      Claimed:<br>PRIORITY               Claimed:<br>SECURED               Claimed: | $0.00<br>$557.51<br>$0.00 | | | |
| PATTISHALL MCAULIFFE NEWBERRY HILLIARD<br>AND GERALDSON<br>311 S WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 2255<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
| UNSECURED            Claimed: | $1,280.57 | | | |
| COMPTROLLER OF MARYLAND<br>301 WEST PRESTON STREET ROOM 409<br>BALTIMORE, MD 21201 | Claim Number: 2257<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY | | | |
| PRIORITY               Claimed:<br>UNSECURED            Claimed: | $6,355,300.00<br>$402,528.00 | | | |

| | | |
|---|---|---|
| ZEP MANUFACTURING COMPANY<br>ENGEL, HAIRSTON & JOHANSON, P.C.<br>ATTN: JONATHAN E. RAULSTON<br>P.O. BOX 11405<br>BIRMINGHAM, AL 35202 | Claim Number: 2258<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | |
| UNSECURED          Claimed: | $506.04 | |
| ARIZONA REPUBLIC, THE<br>200 E VAN BUREN ST.<br>PHOENIX, AZ 85004 | Claim Number: 2259<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | |
| UNSECURED          Claimed: | $1,767.86 | |
| HOLLAND & KNIGHT LLP<br>1 EAST BROWARD BLVD, STE 1300<br>FORT LAUDERDALE, FL 33301 | Claim Number: 2260<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $6,849.12 | |
| NORTH DALLAS BANK & TRUST CO.<br>ATTN: KELLY L. GREEN<br>12900 PRESTON RD.<br>DALLAS, TX 75230 | Claim Number: 2261<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 266 | |
| UNSECURED          Claimed: | $41,457.84 | |
| HARRIS COUNTY<br>TREASURER<br>1001 PRESTON          STE 652<br>HOUSTON, TX 77002 | Claim Number: 2262<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | |
| ADMINISTRATIVE          Claimed: | $35,200.63   UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

MCLAUGHLIN, DONALD
2632 NE 201ST AVENUE
UNIT 30
FAIRVIEW, OR 97024-8706

Claim Number: 2273
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY
Comments:
Attached letter refers to retiree life insurance policy

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

REDBOURN PARTNERS, LTD
DEREK C. ABBOTT, ESQ.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. MARKET ST., P.O. BOX 1347
WILMINGTON, DE 19899

Claim Number: 2275
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $2,394,767.45 UNLIQ |
|---|---|---|

---

BRIGHT STAR COURIERS LLC
70 W 36TH ST    STE 301
NEW YORK, NY 10018

Claim Number: 2289
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $1,300.50 |
|---|---|---|

---

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
100 W. RANDOLPH ST., #7-400
CHICAGO, IL 60601

Claim Number: 2332
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| PRIORITY | Claimed: | $20,303,924.06 |
|---|---|---|
| UNSECURED | Claimed: | $2,092,721.00 |

---

JACOBSEN, CLARICE
5623 N OLCOTT
CHICAGO, IL 60631

Claim Number: 2333
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| HATTENBACH, LINDA<br>1236 LITTLE CREEK CIRC<br>BREINIGSVILLE, PA 18031 | | Claim Number: 2342<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
|---|---|---|
| UNSECURED | Claimed: | $350.00 |

| BARRIERE, JOSE M<br>1363 W. 39TH STREET<br>LOS ANGELES, CA 90062 | | Claim Number: 2343<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
|---|---|---|
| UNSECURED | Claimed: | $14,124.20 |

| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | | Claim Number: 2370<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|---|
| PRIORITY | Claimed: | $46,523,550.00 |
| UNSECURED | Claimed: | $4,924,196.00 |

| OFFOR, KINGSLEY N<br>15 CHABLIS DRIVE<br>DIX HILLS, NY 11746 | | Claim Number: 2378<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |
|---|---|---|
| UNSECURED | Claimed: | $29,827.00 |

| INSTY PRINTS OF PALATINE, INC.<br>DBA ALLEGRA PRINT & IMAGING<br>510 E. NORTHWEST HWY<br>PALATINE, IL 60074 | | Claim Number: 2380<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|---|
| UNSECURED | Claimed: | $1,265.54 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | |
|---|---|---|---|---|---|
| GOLD, LOUIS<br>13801 YORK RD APT C9<br>COCKEYSVILLE, MD 21030-1826 | | Claim Number: 2411<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $73,207.00 | Scheduled: | $72,566.00 UNLIQ | |
| DIETZ PARK<br>RE: DEKALB 328 DIETZ AVE.<br>120 N. ANNIE GLIDDEN RD.<br>DEKALB, IL 60114 | | Claim Number: 2416<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 1196 (05/12/2009) | | | |
| UNSECURED | Claimed: | $1,282.51 | | | |
| DELUGACH, ALBERT L<br>4313 PRICE<br>LOS ANGELES, CA 90027 | | Claim Number: 2422<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,105.75   UNLIQ | | | |
| PARAMOUNT RODEO REALTY, INC.<br>600 N SEPULVEDA BLVD<br>BEL AIR, CA 90049 | | Claim Number: 2426<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $65.45 | Scheduled: | $65.45 | |
| PLCS CORPORATION<br>GREMLEY & BIEDERMANN INC<br>4505 N ELSTON<br>CHICAGO, IL 60630 | | Claim Number: 2436<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | | |
| UNSECURED | Claimed: | $6,750.00 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | | |
|---|---|---|---|
| BONAR, SAMANTHA<br>1922 GARFIAS DR<br>PASADENA, CA 91104 | | Claim Number: 2437<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | |

PRIORITY          Claimed:                    $0.00  UNDET

---

RILEY, JOHN
55 MEADOW WAY
IRVINGTON, NY 10533

Claim Number: 2445
Claim Date: 05/05/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for pension and ESOP benefits

PRIORITY          Claimed:                    $0.00  UNLIQ

---

COLLINS, KEVIN P.
5 NIBLICK LANE
LITTLETON, CO 80123

Claim Number: 2451
Claim Date: 05/05/2009
Debtor: TRIBUNE COMPANY

PRIORITY          Claimed:          $14,494.00
UNSECURED                                          Scheduled:          $14,494.00 UNLIQ

---

CURCIO WEBB LLC
100 BUSH ST   STE 2400
SAN FRANCISCO, CA 94104

Claim Number: 2452
Claim Date: 05/05/2009
Debtor: TRIBUNE COMPANY

UNSECURED          Claimed:          $1,750.00          Scheduled:          $1,750.00

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: HEXAWARE TECHNOLOGIES INC
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 2464
Claim Date: 05/05/2009
Debtor: TRIBUNE COMPANY

UNSECURED          Claimed:          $21,480.22          Scheduled:          $21,480.22

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | | |
|---|---|---|---|---|---|---|
| PRUDENTIAL JA&A<br>23925 PARK SORRENTO<br>CALABASAS, CA 91302 | | Claim Number: 2481<br>Claim Date: 05/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10022 (10/19/2011) | | | | |
| UNSECURED | Claimed: | $50.00 | Scheduled: | $50.00 | | |
| PRUDENTIAL JA&A<br>16810 VENTURA BLVD.<br>ENCINO, CA 91436 | | Claim Number: 2483<br>Claim Date: 05/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10022 (10/19/2011) | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $46.20 | Allowed: | $46.20 |
| PRUDENTIAL JA&A<br>8687 MELROSE AVE STE NO.B-110<br>LOS ANGELES, CA 90069 | | Claim Number: 2484<br>Claim Date: 05/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10022 (10/19/2011) | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $30.80 | Allowed: | $30.80 |
| GUTMAN, E. MICHAEL, MD, MIKE GUTMAN MD<br>(MPAC)PA & GUTMAN PAIN/ACCIDENT CTR, INC<br>AKA/DBA BACK PAIN INSTITUTE OF ORLANDO<br>711 WEST COLONIAL DRIVE<br>ORLANDO, FL 32804 | | Claim Number: 2488<br>Claim Date: 05/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4407 (05/14/2010) | | | | |
| UNSECURED | Claimed: | $38,634.25   UNLIQ | | | | |
| ERICSSON INC.<br>6300 LEGACY DRIVE<br>PLANO, TX 75024 | | Claim Number: 2547<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $118,397.84 | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

LEPE, JOSE M
455 NORTH DAHLIA AVENUE
ONTARIO, CA 91762

Claim Number: 2566
Claim Date: 05/07/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $11,369.51 |
|---|---|---|

CASTELLUZZO, RENEE
728 W JACKSON BLVD APT 1205
CHICAGO, IL 60661-5476

Claim Number: 2588
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $191.75 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $191.75 |

ACACIA MEDIA TECHNOLOGIES
500 NEWPORT CENTER DR   STE 700
NEWPORT NEWS, CA 92660

Claim Number: 2591
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 7426 (01/07/2011)
THIS CLAIM HAS BEEN SATISFIED

| UNSECURED | Claimed: | $58,951.09 |
|---|---|---|

RODGERS, JAMES
1913 S TWIN AVENUE
SAN GABRIEL, CA 91776

Claim Number: 2601
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $400.00   UNLIQ |
|---|---|---|

BOUDAKIAN, AGNES
83-25 VIETOR AVENUE #5F
ELMHURST, NY 11373

Claim Number: 2603
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for retiree pension benefits

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| KUTZ, MATTHEW P<br>3960 CLEVELAND AVE<br>SAINT LOUIS, MO 63110-4032 | | Claim Number: 2606<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) |
| PRIORITY | Claimed: | $500.00 |
| UNSECURED | Claimed: | $25.00 |
| JOHNSON, RUSSELL<br>1360 WATERSIDE DRIVE<br>BOLINGBROOK, IL 60490 | | Claim Number: 2621<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $139,000.00 |
| LEE, JEFFRY<br>278 STEELE ROAD<br>WEST HARTFORD, CT 06117 | | Claim Number: 2624<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $10,000.00 |
| CZADZECK, GERALD H.<br>3279 E. BRECKENRIDGE LN.<br>BLOOMFIELD, MI 48301-4149 | | Claim Number: 2625<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $62,944.01 |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>P.O. BOX 1438<br>ATTN: BANKRUPTCY UNIT<br>SANTA ANA, CA 92702 | | Claim Number: 2628<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
| PRIORITY | Claimed: | $557.51 |
| SECURED | Claimed: | $0.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| MLRP PENNY LANE LLC, A DELAWARE LLC<br>RE: SCHAUMBURG 1717 PENNY LN.<br>C/O ML REALTY PARTNERS, LLC<br>ONE PIERCE PLACE, SUITE 450<br>ITASCA, IL 60143 | Claim Number: 2650<br>Claim Date: 05/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $100,493.27   CONT |
|---|---|---|

| DAY PITNEY LLP<br>PO BOX 33300<br>HARTFORD, CT 06150-3300 | Claim Number: 2657-02<br>Claim Date: 05/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $662.50 |
|---|---|---|

| STANFIELD, KATHY R<br>726 SAN PASCUAL AVENUE<br>APT. #11<br>LOS ANGELES, CA 90042 | Claim Number: 2687<br>Claim Date: 05/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $2,425.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,518.49 |

| O'NEILL, MICHAEL<br>23 CAYUGA RD<br>SCARSDALE, NY 10583-6941 | Claim Number: 2717<br>Claim Date: 05/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|

| PRIORITY | Claimed: | $96,070.00 |
|---|---|---|
| SECURED | Claimed: | $96,070.00 |
| TOTAL | Claimed: | $96,070.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

---

LICHTMAN, RONALD
16-28 RADBURN ROAD
FAIR LAWN, NJ 07410

Claim Number: 2718
Claim Date: 05/11/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $29,673.00 | | |
| UNSECURED | | | Scheduled: | $29,673.00 UNLIQ |

---

KENDRICK-MCCANN LP
RE: SANTA FE 12236 MCCANN DR
C/O T C COLLINS & ASSOCIATES
3600 BIRCH ST SUITE NO.100
NEWPORT BEACH, CA 92660

Claim Number: 2728
Claim Date: 05/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,375.44 |

---

BANNON, MARIE L
7515 NANTUCKET DR
#102
DARIEN, IL 60561

Claim Number: 2730
Claim Date: 05/12/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| SECURED | Claimed: | $445.33 |

---

BALAZS, JEFFREY
10330 MARLOU DRIVE
MUNSTER, IN 46321

Claim Number: 2741
Claim Date: 05/12/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,050.98 |

---

ZULKIE PARTNERS LLC
222 S RIVERSIDE PLAZA   STE 2300
CHICAGO, IL 60606

Claim Number: 2769
Claim Date: 05/14/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $260.00 | Scheduled: | $260.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER

Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| DEPARTMENT OF HOMELAND SECURITY<br>SVC<br>222 S RIVERSIDE PLZ NO. 2300<br>C/O ZULKIE PARTNERS LLC<br>CHICAGO, IL 60606-6101 | Claim Number: 2771<br>Claim Date: 05/14/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|

| UNSECURED | Claimed: | $1,583.50 |
|---|---|---|

---

| RICHARDSON, RUDOLPH<br>4750 S.W. 151ST PLACE<br>OCALA, FL 34473 | Claim Number: 2780<br>Claim Date: 05/14/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $231.76 UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNDET |

---

| WINTERS, CARLYLE<br>2205 BELLEAIR ROAD<br>APT. A25<br>CLEARWATER, FL 33764-2765 | Claim Number: 2805<br>Claim Date: 05/14/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $10,000.00 UNLIQ |
|---|---|---|

---

| HUNTON & WILLIAMS LLP<br>ATTN: LINDSAY K. BIGGS, ESQ.<br>951 EAST BYRD STREET<br>RICHMOND, VA 23219 | Claim Number: 2841<br>Claim Date: 05/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4776 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $1,147.04 |
|---|---|---|

---

| ORLANDO MAGIC, LTD.<br>ZACHARY J. BANCROFT, ESQ.;<br>LOWNDES DROSDICK, ET AL.;<br>P.O. BOX 2809<br>ORLANDO, FL 32802 | Claim Number: 2845<br>Claim Date: 05/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) |
|---|---|

| UNSECURED | Claimed: | $13,059.68 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

GIANNONE, LISA
P O BOX 75
HICKSVILLE, NY 11801

Claim Number: 2867
Claim Date: 04/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3012 (01/05/2010)

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|

CITY OF NEW YORK DEPARTMENT OF FINANCE
RON MEDLEY, OF COUNSEL
345 ADAMS STREET - 3RD FLOOR
BROOKLYN, NY 11201

Claim Number: 2870
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| PRIORITY | Claimed: | $132,000.00 UNLIQ |
|---|---|---|

REVENUE COLLECTION DIVISION
GOVERNMENTAL CENTER ANNEX
ATTN: LITIGATION DEPT
115 S ANDREWS AVENUE
FORT LAUDERDALE, FL 33301

Claim Number: 2877
Claim Date: 05/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Amends claim number 889 by Broward County

| SECURED | Claimed: | $1,235,823.67 |
|---|---|---|

CWA/ITU NEGOTIATED PENSION PLAN
MICHELLE MCMAHON, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

Claim Number: 2896
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $329,569.00 UNLIQ |
|---|---|---|

TRIO ASSOCIATES
RE: PASADENA 125 N. VINEDO
PO BOX 757
4778 NORTH STONE ROAD
BETHEL ISLAND, CA 94511

Claim Number: 2900
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| UNSECURED | Claimed: | $5,612,205.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| THRIFTY OIL CO<br>RE: LOS ANGELES 1201 MATEO ST<br>13116 IMPERIAL HIGHWAY<br>SANTA FE SPRINGS, CA 90670 | Claim Number: 2915<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $335,687.76 | | |
|---|---|---|---|---|

| MAZURKEWICZ, DANIAL<br>NICHOLS & CANE, LLP<br>REGINA C. NICHOLS, ESQ.<br>6800 JERICHO TPKE, STE 120 W<br>SYOSSET, NY 11791 | Claim Number: 2920<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $10,000,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| O'NEILL, MICHAEL<br>23 CAYUGA ROAD<br>SCARSDALE, NY 10583 | Claim Number: 2937<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $118,284.00 | | |
|---|---|---|---|---|
| SECURED | Claimed: | $118,284.00 | | |
| UNSECURED | | | Scheduled: | $126,509.00 UNLIQ |
| TOTAL | Claimed: | $118,284.00 | | |

| ZOLNIER, EDWIN<br>1407 MIDDLE ROAD<br>UNIT #14<br>CALVERTON, NY 11933 | Claim Number: 2946<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| SECURED | Claimed: | $1,096.18 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| PROTECTION ONE<br>C/O CREDITORS BANKRUPTCY SERVICE<br>P.O. BOX 740933<br>DALLAS, TX 75374 | Claim Number: 2960<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $2,679.97 | | |

---

| ABBEY CAREGIVERS, LLC<br>2872 ARBELLA LN<br>THOUSAND OAKS, CA 91362-1757 | Claim Number: 2962<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $325.00 | | |

---

| HAMMETT & EDISON<br>470 THIRD ST. WEST<br>SONOMA, CA 95476 | Claim Number: 2965<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | | |

| UNSECURED | Claimed: | $4,756.30 | | |

---

| JM MCGANN & COMPANY<br>2230 S BLUE ISLAND AVE<br>CHICAGO, IL 60608 | Claim Number: 2966<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $5,956.05 | Scheduled: | $5,956.05 |

---

| JM MCGANN & COMPANY<br>2230 SOUTH BLUE ISLAND AVE<br>CHICAGO, IL 60608 | Claim Number: 2967<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $3,025.00 | Scheduled: | $3,025.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| ADVANCED BOILER CONTROL SERVICE<br>8730 CLINE AVE<br>CROWN POINT, IN 46307 | Claim Number: 2970<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|

| UNSECURED | Claimed: | $2,069.00 | Scheduled: | $2,069.85 |
|---|---|---|---|---|

---

| GEORGE LIBERMAN ENTERPRISES, INC.<br>C/O MERHAB ROBINSON & JACKSON<br>ATTN: JAMES T. JACKSON, ESQ.<br>1551 N. TUSTIN AVE., STE. 910<br>SANTA ANA, CA 92705 | Claim Number: 2974<br>Claim Date: 05/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 7455 (01/11/2011) | | |
|---|---|---|---|

| SECURED | Claimed: | $138,557.54   CONT | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $861,442.50   CONT | Scheduled: | $0.00  UNLIQ |
| TOTAL | Claimed: | $1,000,000.00   CONT | | |

---

| AUTOMATED SOLUTIONS CORPORATION<br>3401 BRECKSVILLE ROAD<br>RICHFIELD, OH 44286 | Claim Number: 2991<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $580.00 | | |
|---|---|---|---|---|

---

| TITAN OUTDOOR<br>850 THIRD AVE.<br>NEW YORK, NY 10022 | Claim Number: 2996<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|

| UNSECURED | Claimed: | $229,157.00 | Scheduled: | $77,651.00 |
|---|---|---|---|---|

---

| PALERMINI, ROBERT<br>1816 ORCHARD AVE UNIT 2<br>GLENDALE, CA 91206 | Claim Number: 2999<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|

| UNSECURED | Claimed: | $359.62 | Scheduled: | $359.62 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | |
|---|---|---|---|---|
| AUTOMATED SOLUTIONS CORPORATION<br>3402 BRECKSVILLE ROAD<br>RICHFIELD, OH 44287 | | Claim Number: 3002<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | |
| UNSECURED | Claimed: | $292.50 | | |
| YAGED, MARTIN<br>11 APPALOOSA DR.<br>MANALAPAN, NJ 07726 | | Claim Number: 3004<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| SECURED | Claimed: | $15,000.00 | | |
| UNSECURED | Claimed: | $0.00 | | |
| AUTOMATED SOLUTIONS CORPORATION<br>3401 BRECKVILLE RD<br>RICHFIELD, OH 44286 | | Claim Number: 3005<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | |
| UNSECURED | Claimed: | $1,582.50 | | |
| GIORDANO, THOMAS<br>146 HIGH ST<br>APT 110<br>MILFORD, CT 06460 | | Claim Number: 3007<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10021 (10/19/2011) | | |
| PRIORITY | Claimed: | $124.74   UNLIQ | | |
| PEPER, GEORGE F.<br>9A GIBSON PLACE<br>ST ANDREWS, KY169JE<br>UNITED KINGDOM | | Claim Number: 3010<br>Claim Date: 05/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $102,842.00 | Scheduled: | $102,842.00  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

PEPER, GEORGE F.
9A GIBSON
ST ANDREWS, KY169JE
UNITED KINGDOM

Claim Number: 3011
Claim Date: 05/21/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $0.00  UNDET |
| --- | --- | --- |

CITY OF NEW YORK - DEPARTMENT OF FINANCE
DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL
RON MEDLEY, OF COUNSEL
345 ADAMS STREET - 3RD FLOOR
BROOKLYN, NY 11201

Claim Number: 3021
Claim Date: 05/21/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| PRIORITY | Claimed: | $837,000.00  UNLIQ |
| --- | --- | --- |

OWEN, JOHN R. - SEP-IRA
840 S. COLLIER BLVD #1104
MARCO ISLAND, FL 34145

Claim Number: 3023
Claim Date: 05/21/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $6,595.00 |
| --- | --- | --- |

YOUNGMAN, OWEN
40 KENMORE AVE.
DEERFIELD, IL 60015

Claim Number: 3026
Claim Date: 05/21/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $379.97 | Scheduled: | $379.97 |
| --- | --- | --- | --- | --- |

CRUM, RAYMOND
3508 PARRIS BRIDGE ROAD
BOILING SPRINGS, SC 29316

Claim Number: 3030
Claim Date: 05/21/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $14,749.38 |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

DAVISON, GEORGE
3169 WARREN RD
CLEVELAND, OH 44111

Claim Number: 3041
Claim Date: 05/21/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $15,365.63 |
| --- | --- | --- |

CVS CAREMARK
2211 SAUNDERS ROAD
NBT10
NORTHBROOK, IL 60062

Claim Number: 3051
Claim Date: 05/22/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $149,912.87 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

RUDOLPH, HERBERT
4727 186TH LN N.W.
ANOKA, MN 55303-8908

Claim Number: 3064
Claim Date: 05/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,652.40 |
| --- | --- | --- |

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
100 W. RANDOLPH ST., #7-400
CHICAGO, IL 60601

Claim Number: 3081
Claim Date: 05/22/2009
Debtor: TRIBUNE COMPANY
Comments:
Replaces claim number 2370

| PRIORITY | Claimed: | $46,523,550.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $4,924,196.00 |

KACHARABA, ROSEMARIE
210 UTICA AVENUE
NORTH MASSAPEQUA, NY 11758

Claim Number: 3084
Claim Date: 05/22/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $661.28 |
| --- | --- | --- |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>ATTN:RECOVERY DEPT.<br>SHELTON, CT 06484 | | Claim Number: 3085<br>Claim Date: 03/23/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $15,817.25 |
| STATE OF NEW YORK, DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURACE DIVISION<br>GOVERNOR W. AVERELL HARRIMAN STATE<br>OFFICE BUILDING CAMPUS - BLDG 12, RM 256<br>ALBANY, NY 12240 | | Claim Number: 3095<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED |
| ADMINISTRATIVE | Claimed: | $619.48 |
| T-MOBILE USA INC.<br>P.O. BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 3096<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
| UNSECURED | Claimed: | $5,528.75 |
| ADP INC<br>ATTN: ANA SENZIG, MAIL STOP 110<br>400 COVINA BLVD<br>SAN DIMAS, CA 91773 | | Claim Number: 3097<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) |
| PRIORITY | Claimed: | $237.10 |
| T-MOBILE USA INC.<br>P.O. BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 3098<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
| UNSECURED | Claimed: | $806.90 |

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | |
|---|---|---|---|---|---|
| T-MOBILE USA INC.<br>P.O. BOX 53410<br>BELLEVUE, WA 98015 | Claim Number: 3099<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | | |
| UNSECURED          Claimed: | $7,896.34 | | | | |
| BANK OF INDIA<br>227 PARK AVENUE<br>NEW YORK, NY 10172-0083 | Claim Number: 3105<br>Claim Date: 05/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | |
| UNSECURED          Claimed: | $3,940,000.00   UNLIQ | | | | |
| UNCLAIMED PROPERTY DIVISION OFFICE OF<br>STATE TREASURER<br>CAPITOL COMPLEX<br>CHARLESTON, WV 25305 | Claim Number: 3109<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| PRIORITY          Claimed: | $242.57   UNLIQ | | | | |
| NEW JERSEY DEPARTMENT OF THE TREASURY<br>PROPERTY ADMINISTRATION<br>CN 214<br>TRENTON, NJ 08646 | Claim Number: 3113<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED          Claimed: | $0.00   UNDET | Scheduled: | $0.00  UNLIQ | | |
| SYSTEM MAINTENANCE SERVICES, INC<br>9013 PERIMITER WOODS, SUITE E<br>CHARLOTTE, NC 28216 | Claim Number: 3129-01<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | |
| UNSECURED          Claimed: | $646.46 | | | Allowed: | $646.46 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| HIRAM ELECTRICAL CONTRACTOR<br>1351 WEST FOSTER AVENUE<br>CHICAGO, IL 60640-2214 | Claim Number: 3130<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $36,107.97 | Scheduled: | $35,027.84 |

| GLOBAL CROSSING TELECOMMUNICATIONS INC<br>PO BOX 741276<br>CINCINNATI, OH 45274-1276 | Claim Number: 3149<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4778 (06/14/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,203.33 | Scheduled: | $1,300.45 |

| HEWITT ASSOCIATES, LLC<br>ATTN: GENERAL COUNSEL<br>100 HALF DAY ROAD<br>LINCOLNSHIRE, IL 60069-3342 | Claim Number: 3165<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,180.00 | Scheduled: | $8,180.00 |

| CRAWFORD, WILLIAM<br>3509 B AVENIDA MADERA<br>BRADENTON, FL 34210 | Claim Number: 3167<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $12,619.33  UNLIQ | Scheduled: | $81,779.00 UNLIQ |

| RAYSSES, MICHAEL<br>2729 BARRY AVENUE<br>LOS ANGELES, CA 90064 | Claim Number: 3176<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | |

| | | | | |
|---|---|---|---|---|
| THOMSON, JEAN<br>2902 FERNAN COURT<br>COEUR D'ALENE, ID 83814 | | Claim Number: 3182<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $54,666.00 | Scheduled: | $54,666.00 UNLIQ |
| ESTATE OF JOHN VANDENHEUVEL, THE<br>3543 LADONIA STREET<br>SEAFORD, NY 11783-3024 | | Claim Number: 3186<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for total amount of future pension & retiree spousal | | |
| PRIORITY | Claimed: | $0.00   UNDET | | |
| MILLARD CHICAGO WINDOW CLEANING<br>ATTN: MARISELL ACUESTA<br>7301 N. CICERO AVE<br>LINCOLNWOOD, IL 60712 | | Claim Number: 3193<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $5,071.00 | Scheduled: | $5,071.00 |
| SHANNON LEE PHOTOGRAPHY<br>PO BOX 411<br>MT AIRY, MD 21771 | | Claim Number: 3195<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4100 (04/19/2010) | | |
| ADMINISTRATIVE | Claimed: | $450.00 | | |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., # 7-400<br>CHICAGO, IL 60601 | | Claim Number: 3196<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Replaces claim number 2332 | | |
| PRIORITY | Claimed: | $20,303,924.06 | | |
| UNSECURED | Claimed: | $2,092,721.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

---

| | | |
|---|---|---|
| HARTNEY, MARY<br>221 W. LANVALE ST. APT. 3F<br>BALTIMORE, MD 21217 | | Claim Number: 3201<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY |

PRIORITY          Claimed:                    $746.40

| | | |
|---|---|---|
| CURL, CAROL D<br>8233 LOWER RIVER ROAD<br>GRANTS PASS, OR 97526 | | Claim Number: 3202<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY |

UNSECURED          Claimed:                    $267,125.97

| | | |
|---|---|---|
| COPELAND, LLOYD & DEBORAH<br>139 BOONE RIDGE<br>MOUNTAIN CITY, TN 37683 | | Claim Number: 3204<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

UNSECURED          Claimed:                    $121,000.00

| | | |
|---|---|---|
| 900 UNIVERSITY AVENUE<br>STUDENT SERVICES BUILDING 2103<br>RIVERSIDE, CA 92521 | | Claim Number: 3213<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY |

UNSECURED          Claimed:                    $245.00

| | | |
|---|---|---|
| SBC GLOBAL SERVICES, INC.<br>JAMES GRUDUS, ESQ.: AT&T ATTORNEY<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 3222<br>Claim Date: 05/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |

UNSECURED          Claimed:                    $775,371.19

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | |
|---|---|---|---|---|---|
| SKYTEL<br>PO BOX 2469<br>JACKSON, MS 39225-2469 | | Claim Number: 3224<br>Claim Date: 05/27/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $6,938.74 | Scheduled: | $5,649.16 | |
| FURUKAWA, VANCE<br>5 MEADOW RIDGE CIRCLE<br>POMONA, CA 91766 | | Claim Number: 3226<br>Claim Date: 05/27/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $318,241.94 | Scheduled: | $293,487.92 | |
| STACKLER, RONALD E.<br>6786 SHEARWATER LANE<br>MALIBU, CA 90265 | | Claim Number: 3234<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $150,000.00 | | | |
| BRUNO, GERBINO & SORIANO, LLP<br>VINCENT GERBINO<br>445 BROAD HOLLOW RD.<br>SUITE 220<br>MELVILLE, NY 11747 | | Claim Number: 3236<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | | |
| UNSECURED | Claimed: | $3,832.53 | | | |
| BOIGER, ELISABETH C.<br>PATER-PETRUS ST. 18<br>ROSENHEIM, 83022<br>GERMANY | | Claim Number: 3242<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| SECURED | Claimed: | $21,102.86 | | | |

| FMT CO CUST IRA<br>FBO BERNARD PEARLMAN<br>11 FIFTH AVE, APT 12D<br>NEW YORK, NY 10003-4342 | Claim Number: 3248<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|
| UNSECURED         Claimed: | $203,063.42 |

| FMT CO CUST IRA<br>FBO ALLAN R. PEARLMAN<br>11 FIFTH AVE, APT 12D<br>NEW YORK, NY 10003-4342 | Claim Number: 3249<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|
| UNSECURED         Claimed: | $86,530.21 |

ESPOSITO, ROGER
20 MAYWOOD PLACE
KINGS PARK, NY 11754

Claim Number: 3250
Claim Date: 05/28/2009
Debtor: TRIBUNE COMPANY
Comments:
Claimant asserts $880 per month workers' comp payments

| UNSECURED         Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNDET |
|---|---|---|---|

CHANSKY, KATHERINE M.
12001 FALCON RIDGE WAY
NORTHRIDGE, CA 91326

Claim Number: 3251
Claim Date: 05/28/2009
Debtor: TRIBUNE COMPANY

| PRIORITY         Claimed: | $134.00 |
|---|---|

JENKINS, JOHN B.
3575 E. 135TH CT
THORNTON, CO 80241

Claim Number: 3252
Claim Date: 05/28/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED         Claimed: | $5,000.00 |
|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| BROZA, CLARK & KATZ-BROZA, VALERIE L.<br>215 HILLAIR CIRCLE<br>WHITE PLAINS, NY 10605-4516 | Claim Number: 3256<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $7,025.36 | |
| BROZA, CLARK<br>215 HILLAIR CIRCLE<br>WHITE PLAINS, NY 10605-4516 | Claim Number: 3257<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $55,199.24 | |
| DUNAWAY, HILDEGARD M.<br>3500 HOLLINGSWORTH<br>WILLIAMSBURG, VA 23188 | Claim Number: 3260<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| PRIORITY          Claimed: | $10,000.00 | |
| DUNAWAY, JOHN A., JR.<br>3500 HOLLINGSWORTH<br>WILLIAMSBURG, VA 23188 | Claim Number: 3261<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| PRIORITY          Claimed: | $10,000.00 | |
| DUNAWAY, JOHN A., JR.<br>3500 HOLLINGSWORTH<br>WILLIAMSBURG, VA 23188 | Claim Number: 3262<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| PRIORITY          Claimed: | $10,000.00 | |

---

CLEMENT, JAYNE
C/O SHEGERIAN & ASSOCIATES, INC.
ATTN: CARNEY R. SHEGERIAN
225 ARIZONA AVENUE
SANTA MONICA, CA 90401

Claim Number: 3263
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ | | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | |

---

CLEMENT, JAYNE
C/O SHEGERIAN & ASSOCIATES, INC.
ATTN: CARNEY R. SHEGERIAN
225 ARIZONA AVENUE
SANTA MONICA, CA 90401

Claim Number: 3265
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLE DUPLICATE OF 3263

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNLIQ | |

---

EDLUND, RICK
ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER
1221 LOCUST ST
2ND FL
SAINT LOUIS, MO 63103

Claim Number: 3271
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $21,644.00 |
| TOTAL | Claimed: | $21,644.00 |

---

PULLEY, DAN
ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER
1221 LOCUST ST., 2ND FL
SAINT LOUIS, MO 63103

Claim Number: 3272
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,276.80 |
| UNSECURED | Claimed: | $2,276.80 |
| TOTAL | Claimed: | $2,276.80 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

---

NULSEN, JOHN
ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER
1221 LOCUST ST., 2ND FL
SAINT LOUIS, MO 63103

Claim Number: 3273
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,286.00 |
| UNSECURED | Claimed: | $1,286.00 |
| TOTAL | Claimed: | $1,286.00 |

---

FAULLER, BILLY L. III
ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER
1221 LOCUST ST., 2ND FL
SAINT LOUIS, MO 63103

Claim Number: 3274
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,224.00 |
| UNSECURED | Claimed: | $4,224.00 |
| TOTAL | Claimed: | $4,224.00 |

---

ORACLE USA, INC.
BUCHALTER NEMER P.C.
SHAWN CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FL
SAN FRANCISCO, CA 94105

Claim Number: 3275
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,560.19 |

---

LASALLE NETWORK, THE
MARTIN J. WASSERMAN
MUCH SHELIST DENENBERG AMENT RUBENSTEIN
191 N. WACKER DRIVE, SUITE 1800
CHICAGO, IL 60606

Claim Number: 3279
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,285.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | |
|---|---|---|---|---|---|
| LAVU, NIRMALA<br>5554 E. RIO VERDE VISTA DR<br>TUCSON, AZ 85750 | | Claim Number: 3283<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $5,000.00 | | | |
| AMSDEN, HARRY<br>72 ROSE PLACE<br>CLARENDON HILLS, IL 60514 | | Claim Number: 3284<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $208,333.33 | | | |
| AMSDEN, HARRY<br>72 ROSE PLACE<br>CLARENDON HILLS, IL 60514 | | Claim Number: 3287<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $391.48 | Scheduled: | $391.48 | |
| VAN TATENHOVE, JAMES M.<br>8812 CANYON SPRINGS DRIVE<br>LAS VEGAS, NV 89117 | | Claim Number: 3291<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $23,458.50 | | | |
| VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702 | | Claim Number: 3308<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 262 | | | |
| UNSECURED | Claimed: | $22,703.68 | Scheduled: | $22,703.68 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| DYSON, JOHN W.<br>8770 HERITAGE CT.<br>REDDING, CA 96001 | | Claim Number: 3313<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $50,403.00 |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR<br>WORLDNET INTERNATIONAL COURIERS, INC.<br>P.O. BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10023 | | Claim Number: 3315<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
| ADMINISTRATIVE | Claimed: | $10,196.01 |
| DIKEMAN, FORREST L.<br>3264 NE 156TH AVE.<br>PORTLAND, OR 97230 | | Claim Number: 3316<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $150,000.00   UNLIQ |
| JACKSON, CHERYL<br>3264 NE 156TH AVE<br>PORTLAND, OR 97230 | | Claim Number: 3317<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $10,000.00   UNLIQ |
| GESCHELIN, EDWARD V.<br>67 PARK ST.<br>SOMERVILLE, MA 02143 | | Claim Number: 3320<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| SECURED | Claimed: | $400,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| JUN-WEN CAI, WENDY<br>67 PARK ST.<br>SOMERVILLE, MA 02143 | Claim Number: 3321<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| SECURED | Claimed: | $20,000.00  UNLIQ |
|---|---|---|

| SBC LONG DISTANCE, LLC<br>JAMES GRUDUS, ESQ.<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 3322<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4778 (06/14/2010)<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $0.46 |
| UNSECURED | Claimed: | $0.46 |
| TOTAL | Claimed: | $0.46 |

| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>STEELCASE FINANCAL SERVICES, INC.<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | Claim Number: 3327<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| SECURED | Claimed: | $2,041,319.96 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>STEELCASE FINANCAL SERVICES, INC.<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | Claim Number: 3328<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $143,069.28 |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | |
|---|---|---|---|---|
| MITCHEL & STRANGE LLP BOOTH<br>SETH W. WHITAKER<br>707 WILSHIRE BOULEVARD<br>SUITE 4450<br>LOS ANGELES, CA 90017 | Claim Number: 3331<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | | |
| UNSECURED | Claimed: | $4,559.45 | Allowed: | $4,164.85 |
| DENNISTON, LYLE W<br>301 PINE ROAD<br>FORT WASHINGTON, MD 20744-6612 | Claim Number: 3340<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for retiree pension benefit | | | |
| PRIORITY | Claimed: | $0.00   UNDET | | |
| HUNIHAN, DOROTHY A.<br>200 DIPLOMAT DR. 5L<br>MT. KISCO, NY 10549 | Claim Number: 3341<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $30,400.00 | | |
| CASEY, EDITH<br>2 THORPE DR 4B<br>SPARKILL, NY 10976 | Claim Number: 3342<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $30,450.00 | | |
| CASEY, LINDA J. AND MICHAEL D.<br>23 MEADOW LN.<br>NORWOOD, NJ 07648 | Claim Number: 3343<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $232,400.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| CASEY, MICHAEL D. IRA<br>23 MEADOW LN<br>NORWOOD, NJ 07648 | Claim Number: 3344<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $50,700.00 |
|---|---|---|

| VAZOULAS, JEAN<br>798 HIGHVIEW AVE<br>WESTBURY, NY 11590 | Claim Number: 3353<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for $440/week for life |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNDET |
|---|---|---|---|---|

| MEISSNER, ROSEMARIE<br>134 SACKETT HILL RD<br>WARREN, CT 06754 | Claim Number: 3355<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| SECURED | Claimed: | $12,073.14 |
|---|---|---|

| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>FREDERICK F. RUDZIK<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | Claim Number: 3357<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|

| PRIORITY | Claimed: | $1,740,043.00 |
|---|---|---|

| ASPELIN, JOHN<br>220 MONTGOMERY ST # 1009<br>SAN FRANCISCO, CA 94104 | Claim Number: 3358<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $6,000.00   UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

| | | |
|---|---|---|
| WALLS, THOMAS R. TTEE<br>10741 N. GREEN RIVER RD.<br>EVANSVILLE, IN 47725 | | Claim Number: 3366<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| PRIORITY | Claimed: | $12,000.00 |
| WALLS, MARY LOU TTEE<br>10741 N. GREEN RIVER RD.<br>EVANSVILLE, IN 47725 | | Claim Number: 3367<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| PRIORITY | Claimed: | $13,000.00 |
| NAGEL, CONRAD F. III<br>2841 APPLE BLOSSOM DR.<br>ALVA, FL 33920 | | Claim Number: 3369<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| SECURED | Claimed: | $18,000.00   UNLIQ |
| NATIONAL FINANCIAL SERVICES<br>FBO PAUL M MOHME<br>709 LAKE STREET<br>SAN FRANCISCO, CA 94118 | | Claim Number: 3370<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $10,153.02 |
| SACK, MARSHALL R.<br>6011 MARQUESA DRIVE<br>AUSTIN, TX 78731 | | Claim Number: 3372<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $25,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | |
|---|---|---|---|---|---|
| SKYLINE LANDSCAPE INC<br>1957 EAST PONTO LAKE RD<br>BACKUS, MN 56435 | | Claim Number: 3383<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,499.85 | Scheduled: | $1,499.85 | |
| ALL DIRECT MAIL SERVICES INC<br>15392 COBALT ST<br>SYLMAR, CA 91342 | | Claim Number: 3384<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | | |
| PRIORITY | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $300.00 | | | |
| SWAN, WOODBURY D.<br>2606 CIPRIANI BLVD<br>BELMONT, CA 94002-1404 | | Claim Number: 3392<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| SECURED | Claimed: | $15,000.00 | | | |
| CHICAGOLAND PUBLISHING COMPANY<br>3 WESTBROOK CORPORATE CTR # 800<br>WESTCHESTER, IL 60154-5703 | | Claim Number: 3394<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 3466 (02/17/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SIRVA RELOCATION LLC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3396<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $16,775.00 | Scheduled: | $16,775.00 | |

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

PPF OFF TWO PARK AVENUE OWNER, LLC
C/O MORGAN STANLEY INC.
ATTN: MARIA BLAKE
1585 BROADWAY
NEW YORK, NY 10036

Claim Number: 3407
Claim Date: 06/02/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $43,711.01 | UNLIQ |

---

GLENDALE BUSINESS CENTER, LLC
RE: GLENDALE 6631 N SIDNEY PL
CARE OF CLOVERLEAF GROUP, INC.
666 DUNDEE ROAD, SUITE 901
NORTHBROOK, IL 60062

Claim Number: 3408
Claim Date: 06/02/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

UNSECURED          Claimed:          $990.95

---

YELLOWBRIX INC
200 N GLEBE RD STE 1025
ARLINGTON, VA 22203-3759

Claim Number: 3409
Claim Date: 06/02/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,856.85 | Scheduled: | $6,856.85 |

---

SPRINT NEXTEL - CORRESPONDENCE
ATTN: BANKRUPTCY DEPT
P.O. BOX 7949
OVERLAND PARK, KS 66207-0949

Claim Number: 3420
Claim Date: 06/02/2009
Debtor: TRIBUNE COMPANY
Comments:
Amends claim number 435

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $203,303.59 | Scheduled: | $17,001.95 |

---

BOLLINGER & GARVEY BOLLINGER
ATTN: JAMES R. PRENDERGAST, CFO
500 W MADISON ST NO. 2300
CHICAGO, IL 60661

Claim Number: 3424
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY

UNSECURED          Claimed:          $1,631.25

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

BOLLINGER, RUBERRY & GARVEY
ATTN: JAMES R. PRENDERGAST, CFO
500 W. MADISON ST., SUITE 2300
CHICAGO, IL 60661

Claim Number: 3425
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,315.50 |
|-----------|----------|-----------|

BOLLINGER, RUBERRY & GARVEY
ATTN: JAMES R. PRENDERGAST, CFO
500 W. MADISON ST., SUITE 2300
CHICAGO, IL 60661

Claim Number: 3426
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,573.28 |
|-----------|----------|-----------|

BOLLINGER, RUBERRY & GARVEY
ATTN: JAMES R. PRENDERGAST, CFO
500 W. MADISON ST SUITE 2300
CHICAGO, IL 60661

Claim Number: 3427
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $424.80 |
|-----------|----------|---------|

BOLLINGER, RUBERRY & GARVEY
ATTN: JAMES R. PRENDERGAST, CFO
500 W. MADISON ST., SUITE 2300
CHICAGO, IL 60661

Claim Number: 3428
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $3,348.40 |
|-----------|----------|-----------|

BOLLINGER, RUBERRY & GARVEY
ATTN: JAMES R. PRENDERGAST, CFO
500 W. MADISON ST., SUITE 2300
CHICAGO, IL 60661

Claim Number: 3429
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,689.92 |
|-----------|----------|-----------|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

| | | |
|---|---|---|
| DRYDEN XVI-LEVERAGED LOAN CDO 2006<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | Claim Number: 3435<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| SECURED          Claimed: | $2,962,500.00 | |
| DRYDEN XI-LEVERAGED LOAN CDO 2006<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | Claim Number: 3436<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| SECURED          Claimed: | $3,937,500.00 | |
| LOAN FUNDING V, LLC, ET AL<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | Claim Number: 3437<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| SECURED          Claimed: | $3,950,000.00 | |
| DRYDEN VIII-LEVERAGE<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | Claim Number: 3438<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| SECURED          Claimed: | $2,950,000.00 | |
| DRYDEN IX-SENIOR LOAN FUND 2005<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | Claim Number: 3439<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| SECURED          Claimed: | $1,703,125.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

DRYDEN XVIII LEVERAGED LOAN 2007 LTD.
C/O PRUDENTIAL INVESTMENT MANAGEMENT INC
ATTN: FRANK JONES
GATEWAY CENTER 2, FLOOR 10
NEWARK, NJ 07102

Claim Number: 3440
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| SECURED | Claimed: | $3,209,375.00 |
|---|---|---|

---

DRYDEN V - LEVERAGED LOAN CDO 2003
C/O PRUDENTIAL INVESTMENT MANAGEMENT INC
ATTN: FRANK JONES
GATEWAY CENTER 2, 10TH FLOOR
NEWARK, NJ 07102

Claim Number: 3441
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| SECURED | Claimed: | $2,962,500.00 |
|---|---|---|

---

DRYDEN VII-LEVERAGED LOAN CDO 2004
C/O PRUDENTIAL INVESTMENT MANAGEMENT INC
ATTN: FRANK JONES
GATEWAY CENTER 2, 10TH FLOOR
NEWARK, NJ 07102

Claim Number: 3442
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| SECURED | Claimed: | $3,950,000.00 |
|---|---|---|

---

COPELAND, LOYD & DEBORAH
139 BOONE RIDGE
MOUNTAIN CITY, TN 37683

Claim Number: 3443
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $121,000.00 |
|---|---|---|

---

DARR, THOMAS
7808 CAUSEWAY DR APT 107
CHARLOTTE, NC 28227-6770

Claim Number: 3445
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim amount is $15/weekly

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNDET |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | |
|---|---|---|---|---|---|
| DARR, THOMAS<br>7808 CAUSEWAY DR APT 107<br>CHARLOTTE, NC 28227-6770 | | Claim Number: 3446<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim amount is $75/weekly | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNDET | |
| DARR, THOMAS<br>7808 CAUSEWAY DR APT 107<br>CHARLOTTE, NC 28227-6770 | | Claim Number: 3447<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim amount is $30/weekly | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNDET | |
| DARR, THOMAS<br>7808 CAUSEWAY DR APT 107<br>CHARLOTTE, NC 28227-6770 | | Claim Number: 3448<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim amount is $30/weekly | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNDET | |
| REALTY ASSOCIATES FUND VIII LP., THE<br>C/O RONALD K. BROWN JR<br>LAW OFFICES OF RONALD K. BROWN JR<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660 | | Claim Number: 3460<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
| UNSECURED | Claimed: | $44,626.87 | | | |
| GATEWAY PACIFIC PROPERTIES, INC.<br>C/O RONALD K. BROWN JR<br>LAW OFFICES OF RONALD K. BROWN JR<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660 | | Claim Number: 3461<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| ADMINISTRATIVE | Claimed: | $15,108.96 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | |
|---|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 3462<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $323,473.78  UNLIQ<br>$96,986.64  UNLIQ | | | |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>FREDERICK F. RUDZIK<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | | Claim Number: 3464<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | | |
| PRIORITY | Claimed: | $5,190,498.00 | | | |
| HOGAN & HARTSON LLP<br>COLUMBIA SQUARE<br>555  13TH STREET, NW<br>WASHINGTON, DC 20004-1109 | | Claim Number: 3477<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $12,935.23 | | | |
| AMERICAN TOWER CORPORATION<br>ATTENTION: DREW GALVIN<br>116 HUNTINGTON AVENUE<br>BOSTON, MA 02116 | | Claim Number: 3478<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | | |
| UNSECURED | Claimed: | $79,679.75 | Scheduled: | $64,463.19 | |
| NORTHERN TRUST COMPANY, THE<br>ATTN: JOHN A. PILIPONIS<br>50 SOUTH LASALLE STREET, M-9<br>CHICAGO, IL 60603 | | Claim Number: 3479<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $150,895.94 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | | | | |
|---|---|---|---|---|---|
| RADCLIFFE JEWELERS<br>1848 REISTERSTOWN RD<br>BALTIMORE, MD 21208 | | Claim Number: 3480<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | | |
| ADMINISTRATIVE | Claimed: | $5,459.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| BULLOCK, LOREN E. - TRUSTEE OF<br>THE LOREN E. BULLOCK REVOCABLE TRUST<br>U/A 05/08/98<br>2469 CAVALIER DRIVE<br>SALT LAKE CITY, UT 84121-3916 | | Claim Number: 3481<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $20,000.00  UNLIQ | | | |

| | | | | | |
|---|---|---|---|---|---|
| LIPINSKI, ANNMARIE<br>4919 S. WOODLAWN AVE.<br>CHICAGO, IL 60615 | | Claim Number: 3484<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $462.99 | Scheduled: | $462.99 | |

| | | | | | |
|---|---|---|---|---|---|
| RAISH, JASON<br>3069 COUNTY RD    119<br>CANISTEO, NY 14823 | | Claim Number: 3485<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | | |
| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 | |

| | | | | | |
|---|---|---|---|---|---|
| BULL, DEBBY<br>208 N MADISON ST<br>ST CROIX FLS, WI 54024-9134 | | Claim Number: 3489<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |
| UNSECURED | Claimed: | $1,526.00 | | | |

| | | | | |
|---|---|---|---|---|
| SCW CAPITAL RESOURCES, LP<br>10 GLENRIDGE DRIVE<br>BEDFORD, MA 01730 | Claim Number: 3490<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| SECURED           Claimed: | $3,300.00 | | | |
| STANTON, RICHARD W.<br>1239 MAPLEWOOD DRIVE<br>MAPLE GLEN, PA 91301 | Claim Number: 3499<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6946 | | | |
| UNSECURED           Claimed: | $58,991.00 | Scheduled: | $58,991.00 UNLIQ | |
| GAGE SPENCER & FLEMING LLP<br>410 PARK AVE STE 900<br>NEW YORK, NY 10022 | Claim Number: 3509<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED           Claimed: | $7,462.00 | | | |
| WILMINGTON TRUST CORPORATION,<br>AS INDENTURE TRUSTEE<br>C/O PATRICK J. HEALY, VP<br>1100 NORTH MARKET ST - RODNEY SQ NORTH<br>WILMINGTON, DE 19890 | Claim Number: 3523<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED           Claimed: | $1,196,823,429.80 UNLIQ | Scheduled: | $758,871,303.23 UNLIQ | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>100 PLAZA ONE FL 3<br>JERSEY CITY, NJ 07311-3934 | Claim Number: 3525<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED           Claimed: | $83,702,999.21 | Scheduled: | $83,702,999.21 UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>100 PLAZA ONE FL 3<br>JERSEY CITY, NJ 07311-3934 | Claim Number: 3526<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $120,500.00 | Scheduled: | $120,500.00 UNLIQ |

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>100 PLAZA ONE FL 3<br>JERSEY CITY, NJ 07311-3934 | Claim Number: 3527<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $335,486,250.00 | Scheduled: | $335,486,250.00 UNLIQ |

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | Claim Number: 3528<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $456,946,875.00 | Scheduled: | $456,946,875.00 UNLIQ |

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | Claim Number: 3529<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $148,715,333.33 | Scheduled: | $148,715,333.33 UNLIQ |

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | Claim Number: 3530<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $86,270,366.40 | Scheduled: | $86,270,366.40 UNLIQ |

---

DEUTSCHE BANK NATIONAL TRUST COMPANY
ATTN: DAVID CONTINO, VICE PRESIDENT
GLOBAL TRANSACTION BANK TRUST & SEC SERV
25 DEFOREST AVE, MAIL STOP: SUM01-0105
SUMMIT, NJ 07901

Claim Number: 3531
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $102,000,520.83 | Scheduled: | $102,000,520.83  UNLIQ |

DEUTSCHE BANK NATIONAL TRUST COMPANY
ATTN: DAVID CONTINO, VICE PRESIDENT
GLOBAL TRANSACTION BANK TRUST & SEC SERV
25 DEFOREST AVE, MAIL STOP: SUM01-0105
SUMMIT, NJ 07901

Claim Number: 3532
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $69,812,899.00 | Scheduled: | $69,812,899.00  UNLIQ |

CCI EUROPE INTERNATIONAL INC
3550 GEORGE BUSBEE PRKWAY
KENNESAW, GA 30144

Claim Number: 3541
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $235,474.58 | Scheduled: | $162,683.83 |

FRANCHISE TAX BOARD
SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 3558
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 9345 (06/24/2011)

| PRIORITY | Claimed: | $51,750,072.01   UNLIQ |
| UNSECURED | Claimed: | $27,782,334.00   UNLIQ |

TAYLOR, DAVID LLOYD, TRUSTEE
DAVID LLOYD TAYLOR TRUST, U/A 1/1/01
966 WILDFLOWER WAY
LONGWOOD, FL 32750-4045

Claim Number: 3592
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $2,050,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | |
|---|---|---|---|
| FMTC CUSTODIAN- ROTH IRA<br>FBO DAVID LLOYD TAYLOR<br>966 WILDFLOWER WAY<br>LONGWOOD, FL 32750-4045 | | Claim Number: 3593<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| UNSECURED | Claimed: | $1,000,000.00 | |
| DOOR SYSTEMS<br>751 EXPRESSWAY DR<br>ITASCA, IL 60143 | | Claim Number: 3598<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) | |
| ADMINISTRATIVE | Claimed: | $5,634.00 | |
| UNSECURED | Claimed: | $670.73 | |
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 3600<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | |
| ADMINISTRATIVE | Claimed: | $23.62 | |
| L MILLER & SON LUMBER CO INC<br>1815-25 W DIVISION ST<br>CHICAGO, IL 60622 | | Claim Number: 3604<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | |
| UNSECURED | Claimed: | $926.66 | |
| RICIGLIANO, MICHAEL C<br>3628 EASTWOOD DR.<br>BALTIMORE, MD 21206 | | Claim Number: 3611<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | |
| SECURED | Claimed: | $200.00 | |
| UNSECURED | | Scheduled: | $200.00 |

| | | |
|---|---|---|
| TEMPLE, EDWARD J.<br>246 PINE LANE<br>WETHERSFIELD, CT 06109 | Claim Number: 3613<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $8,000.00 | |
| TEMPLE, EDWARD J.<br>246 PINE LANE<br>WETHERSFIELD, CT 06109 | Claim Number: 3614<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $23,000.00 | |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE OF<br>STILLWATER TECHNOLOGIES, INC.<br>P.O. BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10023 | Claim Number: 3620<br>Claim Date: 05/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) | |
| ADMINISTRATIVE          Claimed: | $8,963.25 | |
| ACCOUNTEMPS<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN: MARY GONZALEZ<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | Claim Number: 3625<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | |
| UNSECURED          Claimed: | $400.00 | |
| SPECTRUM ENGINEERING GROUP LLC<br>25 SURREY DR<br>CHESHIRE, CT 06410-2814 | Claim Number: 3628<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) | |
| PRIORITY          Claimed: | $11,633.46 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| U.S. DEPARTMENT OF LABOR<br>ELIZABETH GOLDBERG, OFC OF THE SOLICITOR<br>PLAN BENEFITS SECURITY DIVISION<br>200 CONSTITUTION AVENUE, N.W. STE N-4611<br>WASHINGTON, DC 20210 | Claim Number: 3629<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6747<br>ERISA violations | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| VERIZON INC.<br>AFNI/VERIZON<br>404 BROCK DRIVE<br>BLOOMINGTON, IL 61701 | Claim Number: 3630<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $2,636.03 |
| CIT<br>1162 E SONTERRA BLVD STE 130<br>SAN ANTONIO, TX 78258-4048 | Claim Number: 3631<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | |
| UNSECURED | Claimed: | $181,272.00 |
| TOTAL | Claimed: | $181,272.62 |
| RAWITCH, ROBERT<br>9730 TUNNEY AVE.<br>NORTHRIDGE, CA 91324 | Claim Number: 3633<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for retiree medical benefits | |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| HOME INSURANCE CO. IN LIQUIDATION, THE<br>KAREN TISDELL<br>55 SOUTH COMMERCIAL STREET<br>MANCHESTER, NH 03101 | Claim Number: 3643<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Insurance premiums | |
| UNSECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| MERRITT GB1 LLC<br>2066 LORD BALTIMORE DR<br>BALTIMORE, MD 21244 | | Claim Number: 3644<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3188 (01/25/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $395.92 | | |
| ROACH, LEON M. - TRUSTEE OF THE<br>LEON M. ROACH TRUST<br>608 BENEDICT DRIVE<br>LAS VEGAS, NV 89110 | | Claim Number: 3651<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| SECURED | Claimed: | $11,091.00 | | |
| SATKOWSKI, EDWARD<br>69 AUDUBON AVENUE<br>NEWINGTON, CT 06111 | | Claim Number: 3654<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $33,594.77 | | |
| GODBEY, TERRY<br>830 ELLWOOD AVE<br>ORLANDO, FL 32804 | | Claim Number: 3672<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8988 (05/25/2011) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $4,717.77 | | |
| THOMAS, JESSY<br>THE LAW OFFICES OF FRED M. MORELLI, JR.<br>403 W. GALENA<br>AURORA, IL 60506 | | Claim Number: 3673<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $65,000.00 | Scheduled: | $0.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| IKON OFFICE SOLUTIONS<br>ACCOUNTS RECEIVABLE CENTER<br>ATTN: BANKRUPTCY TEAM<br>3920 ARKWRIGHT RD. - SUITE 400<br>MACON, GA 31210 | Claim Number: 3678-01<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | |

| UNSECURED | Claimed: | $5,720.78 | Scheduled: | $5,543.25 | Allowed: | $5,720.78 |

---

| UNION BANK OF CALIFORNIA<br>C/O JONES LANG LA SALLE AMERICAS IN<br>ATTN  CORPORATE REAL ESTATE SRVCS<br>PO BOX 45799<br>SAN FRANCISCO, CA 94145-0799 | Claim Number: 3686<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED |

| UNSECURED | Claimed: | $1,395.91 |

---

| LEGER, LISA<br>C/O DALEY, DEBOFSKY & BRYANT<br>55 W. MONROE STREET<br>SUITE 2440<br>CHICAGO, IL 60603 | Claim Number: 3689<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $38,973.35 | Scheduled: | $0.00 UNLIQ |

---

| BURNETT, MARY L<br>730 NORTH WHITNALL HWY<br>APT 107<br>BURBANK, CA 91505-5400 | Claim Number: 3690<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Tribune Co Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| TERRY, ROBERT H.<br>C/O LAUREL TERRY<br>601 MOORELAND AVE.<br>CARLISLE, PA 17013 | Claim Number: 3691<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension, ESOP and Savings Plan |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| GRONEMANN, URI F.<br>11/1 HASARGEL ST.<br>HOD HASHARON, 45284<br>ISRAEL | Claim Number: 3698<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|
| UNSECURED          Claimed: | $10,975.00 |
| TOWER MH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3702<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
| UNSECURED          Claimed: | $134,440.36   UNLIQ |
| TOWER MS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3703<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
| UNSECURED          Claimed: | $2,940,882.92   UNLIQ |
| TOWER MZ, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3704<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
| UNSECURED          Claimed: | $1,764,529.75   UNLIQ |
| TOWER NL, L.L.C.<br>TWO NORTH RIVERSIDE DRIVE<br>SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3705<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
| UNSECURED          Claimed: | $3,136,941.78   UNLIQ |

| | | |
|---|---|---|
| TOWER PT, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3706<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED          Claimed: | $2,352,706.33   UNLIQ | |
| TOWER SF, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3707<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED          Claimed: | $186,722.73   UNLIQ | |
| TOWER TT, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3708<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED          Claimed: | $746,890.90   UNLIQ | |
| TOWER VC, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3709<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED          Claimed: | $235,270.63   UNLIQ | |
| TOWER WP, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3710<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED          Claimed: | $5,097,185.33   UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

EQUITY GROUP INVESTMENTS LLC
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3711
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $4,931.68   UNLIQ |
|---|---|---|

TOWER CH, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3712
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $336,100.90   UNLIQ |
|---|---|---|

TOWER DC, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3713
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $2,464,739.97   UNLIQ |
|---|---|---|

TOWER DL, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3714
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $373,445.45   UNLIQ |
|---|---|---|

TOWER EH, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3715
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $2,780,287.18   UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

| | | |
|---|---|---|
| TOWER PH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3716<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED          Claimed: | $373,445.45   UNLIQ | |
| TOWER JB, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3717<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED          Claimed: | $846,974.28   UNLIQ | |
| TOWER JS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3718<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED          Claimed: | $423,487.14   UNLIQ | |
| TOWER JK, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3719<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED          Claimed: | $3,475,347.59   UNLIQ | |
| TOWER JP, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3720<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED          Claimed: | $952,285.90   UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | |
|---|---|---|---|
| TOWER KS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3721<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
| UNSECURED        Claimed: | $336,100.90   UNLIQ | | |
| TOWER LZ, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3722<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
| UNSECURED        Claimed: | $933,613.62   UNLIQ | | |
| TOWER LL, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3723<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
| UNSECURED        Claimed: | $186,722.73   UNLIQ | | |
| TOWER LM, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3724<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
| UNSECURED        Claimed: | $74,689.09   UNLIQ | | |
| BOLLINGER, RUBERRY & GARVEY<br>ATTN: JAMES R. PRENDERGAST, CFO<br>500 W. MADISON ST., SUITE 2300<br>CHICAGO, IL 60661 | Claim Number: 3725<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED        Claimed: | $513.95 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| SOMMELLA, LOUISE<br>JOSEPH SOMMELLA, DECEASED<br>325 OAK PARK LOOP<br>DAVENPORT, FL 33837 | Claim Number: 3728<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $246.78 | Scheduled: | $0.00 UNDET |

---

| TOMLINSON, SAMUEL C.<br>432 TWISTING PINE CIRCLE<br>LONGWOOD, FL 32779 | Claim Number: 3729<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| SECURED | Claimed: | $10,975.20 |

---

| LI, TAO<br>234 BRENRICH CV N<br>MEMPHIS, TN 38117-2834 | Claim Number: 3731<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance |

| PRIORITY | Claimed: | $24,713.71 |
| SECURED | Claimed: | $24,713.71 |
| UNSECURED | Claimed: | $0.00 |
| TOTAL | Claimed: | $24,713.71 |

---

| BORRESEN, CARYN L<br>525 N. ADA<br>#37<br>CHICAGO, IL 60622 | Claim Number: 3734<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |

| PRIORITY | Claimed: | $1,584.20 |

---

| | | |
|---|---|---|
| CHRISTENSEN. LUCILLE<br>164 BARRYPOINT ROAD<br>RIVERSIDE, IL 60546 | | Claim Number: 3735<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $855.59   UNLIQ |
| DUBRIEL, DAWN<br>5901 NW 71ST AVE<br>TAMARAC, FL 33321 | | Claim Number: 3737<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
| PRIORITY | Claimed: | $450.00 |
| TIP TOP BRANDING LLC<br>350 W HUBBARD ST #460<br>CHICAGO, IL 60654-5798 | | Claim Number: 3738<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4407 (05/14/2010) |
| UNSECURED | Claimed: | $784.18 |
| KEMPSTER, NORMAN<br>7505 DEMOCRACY BLVD<br>APT 114<br>BETHESDA, MD 20817 | | Claim Number: 3740<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10021 (10/19/2011) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| QUIGLEY, IRIS<br>6 O'HARA PL<br>HUNTINGTON, NY 11743 | | Claim Number: 3743<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| CHATOW, MARK | Claim Number: 3746 |
| 11 TROUVILLE | Claim Date: 06/08/2009 |
| NEWPORT COAST, CA 92657 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $171.85 |

---

| FMTC, CUSTODIAN FOR ROBERT A. MCKEAN III | Claim Number: 3747 |
| ROTH IRA | Claim Date: 06/08/2009 |
| 3 COLBY LANE | Debtor: TRIBUNE COMPANY |
| BYFIELD, MA 01922 | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| PRIORITY | Claimed: | $40,000.00 |

---

| KUSTER, JOHN | Claim Number: 3750 |
| 5 SEBURN DRIVE | Claim Date: 06/08/2009 |
| BLUFFTON, SC 29909 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| BREECE, DENNIS J. | Claim Number: 3753 |
| 1641 E. MARTHA DR. | Claim Date: 06/11/2009 |
| MARION, IN 46952-9065 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| SECURED | Claimed: | $25,000.00 |

---

| ZAKARIAN, JOHN J. | Claim Number: 3757 |
| 656 RIDGE RD | Claim Date: 06/09/2009 |
| WETHERSFIELD, CT 06109 | Debtor: TRIBUNE COMPANY |
| | Comments: POSSIBLY AMENDED BY 6897 |

| UNSECURED | Claimed: | $295,629.56 | Scheduled: | $272,696.25 |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

ZAPANTA, NORENE
53 OVERLOOK DR.
NEWPORT COAST, CA 92657

Claim Number: 3758
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $11,482.47 | Scheduled: | $10,591.72 |
|---|---|---|---|---|

ZIMBALIST, EFREM III
216 FIRST ST.
MANHATTAN BEACH, CA 90266

Claim Number: 3759
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,206,657.73 | Scheduled: | $1,070,690.00 UNLIQ |
|---|---|---|---|---|

YOUNG, JOHN W.
88 PACE DR S
WEST ISLIP, NY 11795-5100

Claim Number: 3760
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $73,452.93 | Scheduled: | $25,263.00 UNLIQ |
|---|---|---|---|---|

WRIGHT, DONALD  F.
P.O. BOX 842
TESUQUE, NM 87574

Claim Number: 3761
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6949

| UNSECURED | Claimed: | $2,713,574.92 | Scheduled: | $1,929,418.00 UNLIQ |
|---|---|---|---|---|

WOLINSKY, LEO
8550 HOLLYWOOD BLVD.
LOS ANGELES, CA 90069

Claim Number: 3762
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $606,750.39 | Scheduled: | $432,772.56 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

WOLDT, HAROLD F. JR.
6059 WEEPING BANYAN LANE
WOODLAND HILLS, CA 91367

Claim Number: 3763
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $35,533.16 | Scheduled: | $21,697.00 UNLIQ |
|---|---|---|---|---|

WILSON, JULIA C.
1872 8TH AVE.
SACRAMENTO, CA 95818

Claim Number: 3764
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6948

| UNSECURED | Claimed: | $219,353.70 | Scheduled: | $188,302.12 UNLIQ |
|---|---|---|---|---|

WILSON, HAZEL E.
21712 LANAR
MISSION VIEJO, CA 92692

Claim Number: 3765
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $26,114.05 | | |
|---|---|---|---|---|

WILLIAMS, PHILLIP L.
1156 AMALFI DR.
PACIFIC PALISADES, CA 90272

Claim Number: 3766
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $572,842.71 | Scheduled: | $601,251.00 UNLIQ |
|---|---|---|---|---|

WILLES, MARK H.
4343 SHEFFIELD DRIVE
PROVO, UT 84604

Claim Number: 3767
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $19,534,351.47 | Scheduled: | $14,482,661.38 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

THOMAS, WILLIAM F.
16025 VALLEY WOOD RD
SHERMAN OAKS, CA 91403

Claim Number: 3769
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $395,688.06 | | |
|---|---|---|---|---|

THORPE, CAROLINE
11252 GONSALVES ST
CERRITOS, CA 90703

Claim Number: 3771
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments:
With claim number 3770, amends claim number 205

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $49,050.00 | | |

TOEDTMAN, JAMES
2604 GENEVA HILL CT
OAKTON, VA 22124

Claim Number: 3772
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $7,503.51 | Scheduled: | $6,921.42 |
|---|---|---|---|---|

TRAINOR, ROBERT E.
1412 SHEFFORD RD.
BALTIMORE, MD 21239

Claim Number: 3774
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $74,825.54 | | |
|---|---|---|---|---|

TUNSTALL, SHARON S.
2323 FAIRWAY DRIVE
BIRMINGHAM, MI 48009

Claim Number: 3775
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $8,684.60 | Scheduled: | $7,911.00  UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| UDOVIC, MICHAEL S.<br>929 SOUTH OAKLAND AVE.<br>PASADENA, CA 91106 | Claim Number: 3776<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|

| UNSECURED | Claimed: | $6,875.50 | | |
|---|---|---|---|---|

| UNTERMAN, E. THOMAS<br>1451 AMALFI DR<br>PACIFIC PALISADES, CA 90272 | Claim Number: 3777<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|

| UNSECURED | Claimed: | $1,405,127.79 | Scheduled: | $958,608.42  UNLIQ |
|---|---|---|---|---|

| VALENTI, MICHAEL<br>400 TAMARAC DR<br>PASADENA, CA 91105 | Claim Number: 3778<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|

| UNSECURED | Claimed: | $1,228,403.25 | Scheduled: | $1,133,110.51 |
|---|---|---|---|---|

| VIDA, HERBERT J.<br>1303 W. 214TH<br>TORRANCE, CA 90501 | Claim Number: 3780<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|

| UNSECURED | Claimed: | $45,399.65 | | |
|---|---|---|---|---|

| WADA, KAREN<br>2215 SANTA ANITA<br>SIERRA MADRE, CA 91024 | Claim Number: 3781<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|

| UNSECURED | Claimed: | $277,091.87 | Scheduled: | $108,100.00  UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

---

WADE, CLAUDIA A.
401 AUDRAINE DR.
GLENDALE, CA 91202

Claim Number: 3782
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $25,214.57 | | |
|---|---|---|---|---|

WALLACE, JAMES W.
5822 BRIARTREE DR
LA CANADA FLINT, CA 91011

Claim Number: 3783
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $319,337.67 | Scheduled: | $239,022.00 UNLIQ |
|---|---|---|---|---|

WALLER, MICHAEL E.
5 FULL SWEEP
HILTON HEAD ISLAND, SC 29928

Claim Number: 3784
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,856,802.57 | Scheduled: | $1,236,765.00 UNLIQ |
|---|---|---|---|---|

WANGBERG, LARRY
110 ELK VIEW DRIVE
HAILEY, ID 83333

Claim Number: 3785
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $403,201.80 | Scheduled: | $246,543.00 UNLIQ |
|---|---|---|---|---|

WEINSTEIN, HOWARD
12114 FAULKNER DR.
OWINGS MILLS, MD 21117

Claim Number: 3786
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6905

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $335,073.78 | Scheduled: | $7,415.37 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

---

WIEGAND, WILLIAM
PO BOX 655
COUPEVILLE, WA 98239

Claim Number: 3787
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $348,721.05 | Scheduled: | $299,621.13 |
|---|---|---|---|---|

WILD, MARY A.
918 W. WOLFENSBERGER RD.
CASTLE ROCK, CO 80109-9631

Claim Number: 3788
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $36,816.87 | Scheduled: | $17,170.00 UNLIQ |
|---|---|---|---|---|

PLANK, JACK L.
33522 NANCY JANE COURT
DANA POINT, CA 92629-1532

Claim Number: 3789
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $316,088.85 | Scheduled: | $254,817.00 UNLIQ |
|---|---|---|---|---|

REDMOND, ELIZABETH
2198 FAIRHURST DR.
LA CANADA, CA 91011

Claim Number: 3790
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $838,434.21 | Scheduled: | $568,379.00 UNLIQ |
|---|---|---|---|---|

RHOADS, S. KEATING
2611 NIDO WAY
LAGUNA BEACH, CA 92651

Claim Number: 3791
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6892

| UNSECURED | Claimed: | $98,744.57 | Scheduled: | $21,310.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

RILEY, MICHAEL
5 AVONDALE DR.
NEWTOWN, PA 18940

Claim Number: 3792
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $123,950.91 | Scheduled: | $64,803.00 UNLIQ |
|---|---|---|---|---|

ROSE, MICHAEL G.
5170 W 2ND ST.
LOS ANGELES, CA 90004

Claim Number: 3793
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6943

| UNSECURED | Claimed: | $352,557.60 | Scheduled: | $325,154.40 UNLIQ |
|---|---|---|---|---|

ROWE, WILLIAM J.
15005 PRATOLINO WAY
NAPLES, FL 34110

Claim Number: 3794
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6895

| UNSECURED | Claimed: | $308,021.09 | Scheduled: | $221,819.00 UNLIQ |
|---|---|---|---|---|

RUBIN, JEROME S.
15 WEST 53RD ST. APT # 29B
NEW YORK, NY 10019

Claim Number: 3795
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $151,876.68 | Scheduled: | $140,017.00 UNLIQ |
|---|---|---|---|---|

SANN, ALEXANDER
165 EAST 72ND STREET
APT. 8K
NEW YORK, NY 10021-4342

Claim Number: 3796
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,456,012.18 | Scheduled: | $1,230,259.81 UNLIQ |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| SCALLY, GERALDINE<br>16775 SUNSET BLVD.<br>PACIFIC PALISADES, CA 90272 | Claim Number: 3797<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $28,433.38 | | |
|---|---|---|---|---|

| SCHLOSBERG, RICHARD T. III<br>164 SENDERO VERDE DR.<br>SAN ANTONIO, TX 78261 | Claim Number: 3798<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6944 |
|---|---|

| UNSECURED | Claimed: | $2,760,068.72 | Scheduled: | $1,853,550.00 UNLIQ |
|---|---|---|---|---|

| SCHNALL, HERBERT K.<br>P.O. BOX 9457<br>15102 CAMINITO MARIA<br>RANCHO SANTA FE, CA 92067 | Claim Number: 3799<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $601,401.39 | Scheduled: | $455,572.00 UNLIQ |
|---|---|---|---|---|

| SCHNEIDER, CHARLES<br>522 NORTH BEVERLY DRIVE<br>BEVERLY HILLS, CA 90210 | Claim Number: 3800<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $300,413.12 | Scheduled: | $355,878.00 UNLIQ |
|---|---|---|---|---|

| SCHNEIDER, HILARY A.<br>54 CHESTNUT AVENUE<br>LOS GATOS, CA 95030 | Claim Number: 3801<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6913 |
|---|---|

| UNSECURED | Claimed: | $116,920.23 | Scheduled: | $36,718.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

---

SCHNEIDER, HOWARD
9 BRANDYWINE DRIVE
SETAUKET, NY 11733

Claim Number: 3802
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $111,725.93 | Scheduled: | $72,649.00 UNLIQ |
|---|---|---|---|---|

SELLSTROM, BRIAN
PO BOX 1035
RANCHO SANTE FE, CA 92067

Claim Number: 3803
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $59,424.51 | Scheduled: | $37,113.00 UNLIQ |
|---|---|---|---|---|

SELZER, CAROLYN
1047 BANGOR LANE
VENTURA, CA 93001

Claim Number: 3805
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $8,834.93 | | |
|---|---|---|---|---|

SHAW, JAMES D
228 JEFFERSON'S HUNDRED
WILLIAMSBURG, VA 23185

Claim Number: 3806
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6885

| UNSECURED | Claimed: | $188,663.28 | Scheduled: | $104,697.00 UNLIQ |
|---|---|---|---|---|

SHIRLEY, DENNIS
2440 STANLEY
TUSTIN, CA 92782

Claim Number: 3807
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6945

| UNSECURED | Claimed: | $1,374,704.51 | Scheduled: | $1,244,089.95 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | | | |
|---|---|---|---|---|
| SHORTS, GARY K.<br>2940 BEECH LANE<br>DOYLESTOWN, PA 18902-1941 | | Claim Number: 3808<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6907 | | |
| UNSECURED | Claimed: | $169,089.46 | Scheduled: | $88,941.00 UNLIQ |
| SIMPSON, JAMES R.<br>5 CRESTWOOD DRIVE<br>NEWPORT BEACH, CA 92660 | | Claim Number: 3809<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $3,924,877.86 | Scheduled: | $2,618,441.00 UNLIQ |
| SITO, LOUIS<br>5501 HUNTINGTON PKWY<br>BETHESDA, MD 20814-1130 | | Claim Number: 3810<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $100,409.32 | Scheduled: | $63,009.00 UNLIQ |
| SWEENEY, JUDITH<br>30937 STEEPLECHASE DR<br>SAN JUAN CAPO, CA 92675-1929 | | Claim Number: 3811<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6947 | | |
| UNSECURED | Claimed: | $37,827.72 | Scheduled: | $16,538.00 UNLIQ |
| SWEENEY, STENDER E.<br>790 HUNTINGTON GARDEN DRIVE<br>PASADENA, CA 91108-1725 | | Claim Number: 3812<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $92,525.62 | Scheduled: | $64,868.00 UNLIQ |

| | | | | | |
|---|---|---|---|---|---|
| TERPSTRA, JAMES E.<br>20457 NO. CANYON WHISPER DR.<br>SURPRISE, AZ 85387 | | Claim Number: 3813<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,238.30 | Scheduled: | $872.00 UNLIQ | |
| NORRIS, JAMES<br>121 TAFT CRESCENT<br>CENTERPORT, NY 11721 | | Claim Number: 3814<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $244,398.59 | Scheduled: | $170,700.58 | |
| NUCKOLS, JAMES<br>1740 DYLAN WAY<br>ENCINITAS, CA 92024-6201 | | Claim Number: 3815<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $159,526.04 | Scheduled: | $146,820.84 UNLIQ | |
| OGLESBY, ROGER D<br>401 NORTH 2ND ST. #117<br>MINNEAPOLIS, MN 55401 | | Claim Number: 3816<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6902 | | | |
| UNSECURED | Claimed: | $47,034.01 | Scheduled: | $27,386.00 UNLIQ | |
| O'NEILL, NANCY<br>4 CORTE LAS CASAS<br>TIBURON, CA 94920-2012 | | Claim Number: 3817<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $473,600.44 | Scheduled: | $417,791.44 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | |
|---|---|---|---|---|
| O'SULLIVAN, ROBERT<br>304 JEFFERSON CT.<br>EDGEWATER, NJ 07020 | | Claim Number: 3818<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6898 | | |
| UNSECURED | Claimed: | $317,971.62 | Scheduled: | $293,305.13 |
| PARKS, MICHAEL<br>1211 S EUCLID AVENUE<br>PASADENA, CA 91106 | | Claim Number: 3819<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6941 | | |
| UNSECURED | Claimed: | $1,963,183.90 | Scheduled: | $1,680,463.58 UNLIQ |
| PARO, JEFFREY N.<br>30 QUAKER ROAD<br>SHORT HILLS, NJ 07078-1955 | | Claim Number: 3820<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $57,050.82 | Scheduled: | $23,486.00 UNLIQ |
| PATINELLA, JOHN F.<br>13061 PEBBLEBROOK POINT CIR # 202<br>FORT MYERS, FL 33905-6305 | | Claim Number: 3821<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6919 | | |
| UNSECURED | Claimed: | $150,001.24 | Scheduled: | $97,381.00 UNLIQ |
| PAYNE, JANETTE O.<br>27 BUTTONWOOD DR.<br>DIX HILLS, NY 11746 | | Claim Number: 3822<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $35,393.07 | Scheduled: | $23,117.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

PELIZZA, ELLEN
5300 EMERYWOOD DR
BUENA PARK, CA 90621

Claim Number: 3823
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6918

| UNSECURED | Claimed: | $67,546.24 | Scheduled: | $30,930.00 UNLIQ |
|---|---|---|---|---|

PERRUSO, CAROL
376 ULTIMO AVENUE
LONG BEACH, CA 90814

Claim Number: 3824
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6942

| UNSECURED | Claimed: | $93,718.73 | Scheduled: | $3,500.00 UNLIQ |
|---|---|---|---|---|

PERRY, VICTOR A.
115 17TH STREET, NE
ATLANTA, GA 30309

Claim Number: 3825
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $32,377.21 | | |
|---|---|---|---|---|

PETERSON, MAUREEN G.
7 BARNES RD W
STAMFORD, CT 06902-1243

Claim Number: 3826
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6886

| UNSECURED | Claimed: | $594,751.05 | Scheduled: | $762,066.00 UNLIQ |
|---|---|---|---|---|

PETTY, MARTHA A.
5933 SEABIRD DRIVE SOUTH
GULFPORT, FL 33707

Claim Number: 3827
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6896

| UNSECURED | Claimed: | $149,885.51 | Scheduled: | $73,760.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | |
|---|---|---|---|---|
| LOBDELL, NANCY<br>620 SAND HILL RD, APT. 301C<br>PALO ALTO, CA 94304 | | Claim Number: 3828<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6890 | | |
| UNSECURED | Claimed: | $115,583.28 | Scheduled: | $89,882.00 UNLIQ |
| MAGNUSON, ROBERT G.<br>374 FLORA ST.<br>LAGUNA BEACH, CA 92651 | | Claim Number: 3829<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6938 | | |
| UNSECURED | Claimed: | $230,074.32 | Scheduled: | $117,314.00 UNLIQ |
| MARIMOW, WILLIAM K.<br>1942 PANAMA STREET<br>PHILADELPHIA, PA 19103 | | Claim Number: 3830<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6899 | | |
| UNSECURED | Claimed: | $37,443.28 | Scheduled: | $22,775.00 UNLIQ |
| MARRO, ANTHONY J.<br>10 WEST RD, PO BOX 944<br>OLD BENNINGTON, VT 05201 | | Claim Number: 3831<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6889 | | |
| UNSECURED | Claimed: | $324,038.35 | Scheduled: | $220,893.00 UNLIQ |
| MAXWELL, DONALD S.<br>2160 LE FLORE DRIVE<br>LA HABRA HEIGHT, CA 90631 | | Claim Number: 3832<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6939 | | |
| UNSECURED | Claimed: | $375,385.65 | Scheduled: | $302,117.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

MCGUINNESS, KATHLEEN G.
PO BOX 169
FAIRFIELD, IA 52556

Claim Number: 3833
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,800,192.32 | Scheduled: | $1,713,849.82 UNLIQ |
|---|---|---|---|---|

MCKEON, JOHN C.
3522 GILLESPIE ST
DALLAS, TX 75219-4832

Claim Number: 3834
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6903

| UNSECURED | Claimed: | $96,928.56 | Scheduled: | $38,521.00 UNLIQ |
|---|---|---|---|---|

MEADOWS, JACK E.
2225 TWELVE OAKS DR
FAYETTEVILLE, AR 72703

Claim Number: 3836
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $108,100.07 | Scheduled: | $86,230.00 UNLIQ |
|---|---|---|---|---|

MEIER, STEPHEN C.
1512 BEECH STREET
SO PASADENA, CA 91030

Claim Number: 3837
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $232,480.68 | Scheduled: | $126,084.00 UNLIQ |
|---|---|---|---|---|

MOLVAR, JANIE
17625 PALADIN DR
BEND, OR 97701-9132

Claim Number: 3838
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $843,787.40 | Scheduled: | $778,331.03 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

MOLVAR, ROGER H.
13113 SOUTH ECHO LAKE ROAD
SNOHOMISH, WA 98296

Claim Number: 3839
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $560,764.12 | Scheduled: | $213,621.00 UNLIQ |
|---|---|---|---|---|

MONSMA, DURHAM J.
10305 WYSTONE AVE.
PORTER RANCH, CA 91326

Claim Number: 3840
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6893

---

| UNSECURED | Claimed: | $107,492.11 | Scheduled: | $66,079.00 UNLIQ |
|---|---|---|---|---|

MURPHY, JOHN R.
P.O. BOX 30927
SEA ISLAND, GA 31561

Claim Number: 3842
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $1,259,218.77 | | |
|---|---|---|---|---|

NASH, JOHN T.
HC 1 BOX 126
KAUNAKAKAI, HI 96748-8603

Claim Number: 3843
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $373,594.11 | Scheduled: | $344,612.74 |
|---|---|---|---|---|

NEELY, JACK W
41121 BRYN BACH LN
LEESBURG, VA 20175-8747

Claim Number: 3845
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $8,957.24 | Scheduled: | $7,597.50 UNLIQ |
|---|---|---|---|---|

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

NIESE, WILLIAM A.
6061 LAKE VISTA DRIVE
BONSALL, CA 92003

Claim Number: 3846
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6940

| UNSECURED | Claimed: | $1,894,702.51 | Scheduled: | $1,451,433.00 UNLIQ |
|-----------|----------|---------------|------------|---------------------|

NILES, NICHOLAS H.
THE BLOOMING GROVE CLUB
123 OLD FIELD ROAD
HAWLEY, PA 18428

Claim Number: 3847
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $43,691.01 | Scheduled: | $30,236.00 UNLIQ |
|-----------|----------|------------|------------|------------------|

KABAK, SCOTT W.
15 MEADOW LANE
MANHASSET, NY 11030

Claim Number: 3848
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $135,856.56 | Scheduled: | $61,785.00 UNLIQ |
|-----------|----------|-------------|------------|------------------|

KALLET, JUDITH S.
7949 CRANES POINTE WAY
WEST PALM BEACH, FL 33412

Claim Number: 3849
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6920

| UNSECURED | Claimed: | $86,874.62 | Scheduled: | $57,462.00 UNLIQ |
|-----------|----------|------------|------------|------------------|

KELLER, WILLIAM
7916 W. HILLSIDE ROAD ROUTE 3
CRYSTAL LAKE, IL 60012

Claim Number: 3850
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $43,819.77 | Scheduled: | $34,580.00 UNLIQ |
|-----------|----------|------------|------------|------------------|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

KELLERMANN, DONALD S.
2750 UNICORN LANE
WASHINGTON, DC 20015

Claim Number: 3851
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6917

| UNSECURED | Claimed: | $202,942.77 | Scheduled: | $107,003.00 UNLIQ |
|---|---|---|---|---|

KING, VICTORIA
515 EAST 14TH STREET, #3B
NEW YORK, NY 10009

Claim Number: 3852
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $74,235.11 | Scheduled: | $68,476.36 |
|---|---|---|---|---|

KLEIN, JASON E.
6 TANGLEWILD PLACE
CHAPPAQUA, NY 10514-2528

Claim Number: 3853
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $113,350.42 | Scheduled: | $40,676.00 UNLIQ |
|---|---|---|---|---|

KLEIN, JEFFREY S.
18778 HILLSBORO ROAD
NORTHRIDGE, CA 91326

Claim Number: 3854
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6934

| UNSECURED | Claimed: | $214,771.81 | Scheduled: | $103,115.00 UNLIQ |
|---|---|---|---|---|

KLEINER, ARNOLD J.
7575 MULHOLLAND DR.
LOS ANGELES, CA 90046

Claim Number: 3856
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,428,807.91 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

KLUTNICK, SUSAN K.
17582 BERLARK CIRCLE
HUNTINGTON BCH, CA 92649

Claim Number: 3857
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $381,723.02 | Scheduled: | $352,111.05 |
|---|---|---|---|---|

KOPPER, JAMES L.
7768 LAKESIDE BLVD
APT 531
BOCA RATON, FL 33434

Claim Number: 3858
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $353,362.22 | Scheduled: | $217,809.00 UNLIQ |
|---|---|---|---|---|

KUCERA, PHILIP E.
1700 S BAYSHORE LANE APT 4B
MIAMI, FL 33133

Claim Number: 3859
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $295,403.76 | Scheduled: | $199,781.00 UNLIQ |
|---|---|---|---|---|

KUEKES, SALLY
BENEFICIARY FOR KUEKES, GEORGE
10671 E SAN SALVADOR
SCOTTSDALE, AZ 85258

Claim Number: 3860
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $49,664.99 | Scheduled: | $65,963.52 UNLIQ |
|---|---|---|---|---|

KURTICH, MARK H.
81593 CAMINO VALLECITA
INDIO, CA 92203

Claim Number: 3861
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6921

| UNSECURED | Claimed: | $90,448.02 | Scheduled: | $44,754.00 UNLIQ |
|---|---|---|---|---|

---

| LAFRANCE, KIMBERLY MCCLEARY<br>1540 11TH ST<br>MANHATTAN BEACH, CA 90266 | Claim Number: 3862<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6904 |
|---|---|

| UNSECURED | Claimed: | $44,006.64 | Scheduled: | $21,602.59  UNLIQ |
|---|---|---|---|---|

| LANKEY, JEFFREY W.<br>4829 BURGOYNE LANE<br>LA CANADA, CA 91011 | Claim Number: 3863<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $8,600.23 | | |
|---|---|---|---|---|

| LAVENTHOL, DAVID A.<br>870 UNITED NATIONS PLAZA<br>#31B<br>NEW YORK, NY 10017 | Claim Number: 3864<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6935 |
|---|---|

| UNSECURED | Claimed: | $3,598,937.76 | Scheduled: | $2,606,945.00  UNLIQ |
|---|---|---|---|---|

| LEESCHNEIDER, R. MARILYN<br>2124 BAGLEY AVENUE<br>LOS ANGELES, CA 90034 | Claim Number: 3865<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6937 |
|---|---|

| UNSECURED | Claimed: | $63,947.25 | Scheduled: | $37,556.00  UNLIQ |
|---|---|---|---|---|

| LEVIN, MARTIN P.<br>221 KIRBY LANE<br>RYE, NY 10580 | Claim Number: 3866<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $103,195.50 | Scheduled: | $105,518.00  UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

LEVINE, JESSE E.
1255 OWOSSO AVENUE
HERMOSA BEACH, CA 90254

Claim Number: 3867
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6937

| UNSECURED | Claimed: | $49,524.89 | Scheduled: | $25,872.00 UNLIQ |
|---|---|---|---|---|

LINDSAY, JOHN P.
1147 EL MEDIO AVENUE
PACIFIC PALISADES, CA 90272

Claim Number: 3868
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $23,066.77 | Scheduled: | $21,758.00 UNLIQ |
|---|---|---|---|---|

HALAJIAN, KENNETH L.
21 HIGH RIDGE RD
OSSINING, NY 10562-1969

Claim Number: 3869
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $279,880.66 | Scheduled: | $217,824.53 UNLIQ |
|---|---|---|---|---|

HALL, CHARLOTTE H.
219 CORNERSTONE DRIVE
NEWTOWN SQUARE, PA 19073

Claim Number: 3870
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6894

| UNSECURED | Claimed: | $532,387.27 | Scheduled: | $419,111.34 |
|---|---|---|---|---|

HALLE, JEAN
11536 PEBBLECREEK DR.
LUTHERVILLE TIMONIUM, MD 21093

Claim Number: 3871
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6911

| UNSECURED | Claimed: | $45,477.17 | Scheduled: | $18,057.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

HAUGH, MICHAEL J.
106 BEACON BLVD.
SEA GIRT, NJ 08750

Claim Number: 3872
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $173,043.24 | Scheduled: | $119,301.00 UNLIQ |
|---|---|---|---|---|

HEAPHY, JANIS
25 HIGHLAND PARK VILLAGE, #100-340
DALLAS, TX 75205

Claim Number: 3873
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6930

| UNSECURED | Claimed: | $116,041.17 | Scheduled: | $63,061.00 UNLIQ |
|---|---|---|---|---|

HELIN, JAMES D.
12156 LA CASA LANE
LOS ANGELES, CA 90049

Claim Number: 3874
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6931

| UNSECURED | Claimed: | $34,404.38 | Scheduled: | $24,238.72 UNLIQ |
|---|---|---|---|---|

HENSON, PAMELA D.
552 ALTA WAY
MILL VALLEY, CA 94941-3900

Claim Number: 3875
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6900

| UNSECURED | Claimed: | $3,863.68 | Scheduled: | $3,222.00 UNLIQ |
|---|---|---|---|---|

HESSLER, CURTIS A.
570 BRADSFORD ST.
PASADENA, CA 91105-2409

Claim Number: 3876
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,022,521.60 | Scheduled: | $684,712.00 UNLIQ |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| HIGBY, JAMES H.<br>51 KEELERS RIDGE RD.<br>WILTON, CT 06897 | | Claim Number: 3877<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $57,086.86 | | |
| HIGBY, LAWRENCE M.<br>218 VIA LIDO NORD<br>NEWPORT BEACH, CA 92663 | | Claim Number: 3878<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6878<br>Amends claim number 1506 | | |
| UNSECURED | Claimed: | $191,250.95 | Scheduled: | $126,183.00 UNLIQ |
| HOLTON, RAYMOND<br>1021 STONE STACK DRIVE<br>BETHLEHEM, PA 18015 | | Claim Number: 3879<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6906<br>Amends claim number 50 | | |
| UNSECURED | Claimed: | $86,402.16 | Scheduled: | $79,699.55 |
| HORN, KAREN LAUKKA<br>50 RIDGECREST COURT<br>LAFAYETTE, CA 94549-3690 | | Claim Number: 3880<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $329,826.52 | Scheduled: | $304,240.40 |
| HOWARD, LESLIE M.<br>2737 GRANDVIEW PLACE<br>ENDICOTT, NY 13760 | | Claim Number: 3881<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $145,496.90 | Scheduled: | $134,210.05 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

HOWE, MARK E.
8 PINEVIEW LANE
EAST GREENBUSH, NY 12061

Claim Number: 3882
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $187,208.77 | Scheduled: | $172,686.14 |
|---|---|---|---|---|

HUGHES, JOSEPH M.
9596 E ROADRUNNER DR
SCOTTSDALE, AZ 85262

Claim Number: 3883
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $188,913.12 | Scheduled: | $177,168.28 UNLIQ |
|---|---|---|---|---|

IMBRIACO, JAMES
8 ACORN LANE
LEBANON, NJ 08833

Claim Number: 3884
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $63,028.95 | Scheduled: | $24,863.00 UNLIQ |
|---|---|---|---|---|

ISENBERG, STEVEN L.
151 CENTRAL PARK WEST, 3N
NEW YORK, NY 10023

Claim Number: 3885
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6880

| UNSECURED | Claimed: | $577,618.26 | Scheduled: | $282,310.00 UNLIQ |
|---|---|---|---|---|

ISINGER, WILLIAM R.
26682 COUNTRY CREEK LN
CALABASAS, CA 91302-3587

Claim Number: 3886
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6932

| UNSECURED | Claimed: | $298,855.71 | Scheduled: | $229,594.00 UNLIQ |
|---|---|---|---|---|

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | |
|---|---|---|---|---|---|
| JANSEN, RAYMOND A. JR.<br>24 DOCKSIDE LANE, #422<br>KEY LARGO, FL 33037 | | Claim Number: 3887<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6909 | | | |
| UNSECURED | Claimed: | $6,439,394.24 | Scheduled: | $4,350,612.00 UNLIQ | |
| JOHNSON, EDWARD E.<br>4418 OAKWOOD AVE.<br>LA CANADA FLINTRIDGE, CA 91011-3414 | | Claim Number: 3888<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,183,611.96 | Scheduled: | $804,881.00 UNLIQ | |
| JOHNSON, ROBERT M.<br>7348 ARBOR PINES DR.<br>P.O. BOX 485<br>GLEN ARBOR, MI 49636 | | Claim Number: 3889<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $314,859.81 | Scheduled: | $204,647.00 UNLIQ | |
| JOHNSON, W. THOMAS, JR.<br>3280 RILMAN ROAD, NW<br>ATLANTA, GA 30327 | | Claim Number: 3890<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6933 | | | |
| UNSECURED | Claimed: | $2,091,151.24 | Scheduled: | $1,447,300.00 UNLIQ | |
| JUNCK, MARY E.<br>18475 DEER HILL ROAD<br>P.O. BOX 20<br>PLEASANT VALLEY, IA 52767 | | Claim Number: 3891<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6891 | | | |
| UNSECURED | Claimed: | $687,471.28 | Scheduled: | $179,436.00 UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

ESTATE OF EUGENE L. FALK
C/O SHANNON LYNN MOORE, P.R.
14340 SALMON RIVER RD.
CALDWELL, ID 83607-7813

Claim Number: 3892
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6929

| UNSECURED | Claimed: | $1,425.50 | | |
|---|---|---|---|---|

FALK, JOANNE K.
161 ROYAL LONDON COURT
THOUSAND OAKS, CA 91361

Claim Number: 3893
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $133,983.00 | Scheduled: | $135,622.00 UNLIQ |
|---|---|---|---|---|

FERNALD, PETER J.
1338 GLEN OAKS BLVD
PASADENA, CA 91105

Claim Number: 3894
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $174,235.31 | Scheduled: | $132,911.00 UNLIQ |
|---|---|---|---|---|

FITZGERALD, JAMES E.
93 5TH STREET
GARDEN CITY, NY 11530

Claim Number: 3895
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $133,437.04 | Scheduled: | $117,342.00 UNLIQ |
|---|---|---|---|---|

FLICK, JOHN E.
31 SEAVIEW DR
SANTA BARBARA, CA 93108

Claim Number: 3896
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6887

| UNSECURED | Claimed: | $465,665.58 | Scheduled: | $365,927.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

FORGIONE, MICHAEL J.
185 CAMBRIDGE DRIVE EAST
COPIAGUE, NY 11726

Claim Number: 3897
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $44,838.32 | Scheduled: | $35,090.00 UNLIQ |
|---|---|---|---|---|

FORST, DONALD
P O BOX 2
LIVINGSTON, NY 12541

Claim Number: 3898
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $115,977.12 | Scheduled: | $82,669.00 UNLIQ |
|---|---|---|---|---|

FOX, DOUGLAS B.
223 WALL STREET #318
HUNTINGTON, NY 11743

Claim Number: 3899
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $154,934.21 | Scheduled: | $55,799.00 UNLIQ |
|---|---|---|---|---|

FROST, DANIEL F.
PO BOX 7285
KENNEWICK, WA 99336-0617

Claim Number: 3900
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $247,414.15 | Scheduled: | $123,521.00 UNLIQ |
|---|---|---|---|---|

GASTLER, DEBRA A.
4236 BAKMAN AVENUE
STUDIO CITY, CA 91602

Claim Number: 3901
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6888

| UNSECURED | Claimed: | $105,061.35 | Scheduled: | $51,528.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

GOLDSTEIN, GARY P.
15 LONG ACRE LANE
DIX HILLS, NY 11746

Claim Number: 3902
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $217,241.76 | Scheduled: | $121,945.00 UNLIQ |
|---|---|---|---|---|

GRAHAM, KENNETH
44 VIA PAUSA
RCHO STA MARG, CA 92688-4950

Claim Number: 3903
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $14,288.91 | Scheduled: | $10,893.00 UNLIQ |
|---|---|---|---|---|

GRANT, ROBERT T.
3166 BUTLER BAY DR. N
WINDERMERE, FL 34786

Claim Number: 3904
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $37,899.74 | Scheduled: | $23,140.00 UNLIQ |
|---|---|---|---|---|

GUERRERO, RICHARD
46 SAINT MICHAEL
DANA POINT, CA 92629

Claim Number: 3905
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments:
Amends claim number 5

| UNSECURED | Claimed: | $569,312.18 | Scheduled: | $525,148.08 |
|---|---|---|---|---|

GUITTAR, LEE J.
3750 GAUT OCEAN DRIVE
APT #401
FORT LAUDERDALE, FL 33308

Claim Number: 3906
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $126,217.54 | Scheduled: | $94,125.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

GUTHRIE, JAMES F.
205 COSTA BELLA DR.
AUSTIN, TX 78734

Claim Number: 3907
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $577,807.24 | Scheduled: | $391,972.00 UNLIQ |
|---|---|---|---|---|

GUTTRY, DELYNN
1135 SCENIC WAY
LOS OSOS, CA 93402

Claim Number: 3908
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $70,638.34 | Scheduled: | $53,464.00 UNLIQ |
|---|---|---|---|---|

COLSTON, JAMES WILLARD
61 THOMAS STREET
PORTLAND, ME 04102

Claim Number: 3909
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $341,112.31 | Scheduled: | $314,650.70 UNLIQ |
|---|---|---|---|---|

COPPENS, STUART K.
726 MAYBANK LOOP
THE VILLAGES, FL 32162

Claim Number: 3910
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $22,713.20 | Scheduled: | $22,165.00 UNLIQ |
|---|---|---|---|---|

COTLIAR, GEORGE J.
1618 ANITA LANE
NEWPORT BEACH, CA 92660

Claim Number: 3911
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6925

| UNSECURED | Claimed: | $239,050.32 | Scheduled: | $175,144.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | |
|---|---|---|---|---|
| CROWDER, GRACE E.<br>499 B&F ROAD<br>GETTYSBURG, PA 17325 | | Claim Number: 3913<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $328,983.31 | | |
| DARNALL, JOHN<br>6378 LADA AVE.<br>CAMARILLO, CA 93012 | | Claim Number: 3915<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $12,067.23 | | |
| DAVIS, KENNETH<br>400 PLUMBRIDGE CT., UNIT 101<br>TIMONIUM, MD 21093 | | Claim Number: 3917<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $85,588.75 | | |
| DEYOUNG, BARBARA R.<br>4 STONEY CLOVER LANE<br>PITTSFORD, NY 14534-4601 | | Claim Number: 3918<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $140,144.34 | Scheduled: | $121,735.77 |
| DILL, JOHN F.<br>1001 ARBOR LAKE DR., #408<br>NAPLES, FL 34110-7083 | | Claim Number: 3919<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $109,100.04 | Scheduled: | $79,385.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| DILWORTH, ANN E.<br>101 PASEO ENCANTADO NE<br>SANTA FE, NM 87506 | Claim Number: 3920<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $184,998.00 | Scheduled: | $114,930.00 UNLIQ |

---

| DOWNES, MARY M.<br>9650 SHORE DR., MAISON SUR MER, NO. 2202<br>MYRTLE BEACH, SC 29572 | Claim Number: 3922<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $107,609.85 | | |

---

| DOWNING, KATHRYN M.<br>121 VIA ALICIA<br>SANTA BARBARA, CA 93108 | Claim Number: 3923<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6926 | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,350,233.65 | Scheduled: | $675,965.00 UNLIQ |

---

| DREHER, BEVERLY A.<br>6301 ACACIA HILL DR<br>YORBA LINDA, CA 92886-5810 | Claim Number: 3924<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6927 | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $58,882.23 | Scheduled: | $34,808.00 UNLIQ |

---

| DREWRY, ELIZABETH V.<br>100 RIDGE PASS WAY<br>LANDRUM, SC 29356 | Claim Number: 3925<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6928 | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $159,351.22 | Scheduled: | $91,219.00 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

---

DUBESTER, MICHAEL S.
27 TAPPANWOOD DR
LOCUST VALLEY, NY 11560

Claim Number: 3926
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $38,404.01 | Scheduled: | $23,518.00 UNLIQ |
|---|---|---|---|---|

DYER, JOHN
980 FENIMORE CIRCLE
ATLANTA, GA 30350

Claim Number: 3927
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $592,605.17 | Scheduled: | $546,634.13 |
|---|---|---|---|---|

EGAN, PAUL H.
5926 SE IRIS COURT
MILWAUKIE, OR 97267-1851

Claim Number: 3929
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $23,494.71 |
|---|---|---|

ERBURU, ROBERT F.
1518 BLUE JAY WAY
LOS ANGELES, CA 90069

Claim Number: 3930
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $8,976,796.34 | Scheduled: | $6,866,105.23 UNLIQ |
|---|---|---|---|---|

ESGRO, DAVID A.
9415 LA ALBA DR
WHITTIER, CA 90603-1229

Claim Number: 3931
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $32,602.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

---

BARWICK, BRUCE E.
3913 HAWTHORN RD
ELLICOTT CITY, MD 21042

Claim Number: 3932
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6910

| UNSECURED | Claimed: | $46,913.69 | Scheduled: | $21,985.00 UNLIQ |
|---|---|---|---|---|

BECKER, TODD A.
1539 CREST DR
ALTADENA, CA 91001-1838

Claim Number: 3933
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $130,317.53 | Scheduled: | $114,039.34 |
|---|---|---|---|---|

BELL, GEORGE
240 DUDLEY ST.
BROOKLINE, MA 02455

Claim Number: 3934
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6956

| UNSECURED | Claimed: | $21,758.70 | | |
|---|---|---|---|---|

BELL, SUSAN P.
14081 MONTGOMERY DR.
WESTMINSTER, CA 92683

Claim Number: 3935
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $43,290.37 | | |
|---|---|---|---|---|

BERGMANN, HORST A.
4261 PRESERVE PARKWAY SOUTH
GREENWOOD VILLAGE, CO 80121-2188

Claim Number: 3936
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6957

| UNSECURED | Claimed: | $5,868,608.14 | Scheduled: | $4,111,376.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

BLOOD, EDWARD L.
5310 E. HELENA DRIVE
SCOTTSDALE, AZ 85254-7526

Claim Number: 3937
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6958

| UNSECURED | Claimed: | $85,974.55 | Scheduled: | $61,646.00 UNLIQ |
|---|---|---|---|---|

BOWEN, SHARON M.
15 NIGHTINGALE WAY
APT. C11
LUTHERVILLE, MD 21093

Claim Number: 3939
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $7,928.66 | | |
|---|---|---|---|---|

BOWLIN, GREGORY L.
6152 S. JERICHO WAY
CENTENNIAL, CO 80016-1275

Claim Number: 3940
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6959

| UNSECURED | Claimed: | $548.59 | Scheduled: | $507.00 UNLIQ |
|---|---|---|---|---|

BRANDT, ROBERT F.
PO BOX 519
ST. MICHAELS, MD 21663-0519

Claim Number: 3941
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6960

| UNSECURED | Claimed: | $51,409.08 | Scheduled: | $32,238.00 UNLIQ |
|---|---|---|---|---|

BRAUER, ALAN L.
3506 SWEET CLOVER STREET
THOUSAND OAKS, CA 91362

Claim Number: 3942
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6961

| UNSECURED | Claimed: | $27,545.56 | Scheduled: | $17,386.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

BRENNAN, LEO
3825 TEESDALE CT.
ATLANTA, GA 30350

Claim Number: 3943
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6962

| UNSECURED | Claimed: | $650,642.48 | Scheduled: | $600,169.23 |
|---|---|---|---|---|

BRIEF, KENNETH H.
4 KENNEBEC LANE
BRUNSWICK, ME 04011

Claim Number: 3944
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6901

| UNSECURED | Claimed: | $79,868.36 | Scheduled: | $73,672.61 |
|---|---|---|---|---|

BRISCO, ROBERT N.
1 FLYING MANE LANE
ROLLING HILLS, CA 90274

Claim Number: 3945
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6922

| UNSECURED | Claimed: | $55,918.19 | Scheduled: | $17,881.00 UNLIQ |
|---|---|---|---|---|

BRYSON, JOHN E.
SOUTHERN CALIFORNIA EDISON, RM. 101
2244 WALNUT GROVE AVE, P.O.BOX 976
ROSEMEAD, CA 91770

Claim Number: 3946
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6963

| UNSECURED | Claimed: | $966,473.57 | Scheduled: | $891,499.89 |
|---|---|---|---|---|

CAMPBELL, PATRICIA .
1765 NARROWS HILL RD.
UPPER BLACK EDDY, PA 18972

Claim Number: 3947
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $102,312.38 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

| | | | | | |
|---|---|---|---|---|---|
| CARPENTER, DIAN S.<br>P.O. BOX 810<br>INVERNESS, CA 94937 | | Claim Number: 3948<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $703,514.32 | Scheduled: | $528,632.00 UNLIQ | |
| CARROLL, JOHN S.<br>223 QUEENSWAY DRIVE<br>LEXINGTON, KY 40502 | | Claim Number: 3949<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6884 | | | |
| UNSECURED | Claimed: | $1,523,628.61 | Scheduled: | $1,322,513.44 UNLIQ | |
| CASEY, KATHLEEN M.<br>104 GALAXY ST<br>LAKEWAY, TX 78734 | | Claim Number: 3950<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6964 | | | |
| UNSECURED | Claimed: | $111,836.75 | Scheduled: | $87,551.03 UNLIQ | |
| CHANDHOK, RAJENDER K.<br>273 MABERY RD<br>SANTA MONICA, CA 90402-1205 | | Claim Number: 3951<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6965 | | | |
| UNSECURED | Claimed: | $49,874.04 | Scheduled: | $27,997.00 UNLIQ | |
| CHANDLER, BETTINA W.<br>1013 SHOKAT DRIVE<br>OJAI, CA 93023 | | Claim Number: 3952<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6950 | | | |
| UNSECURED | Claimed: | $1,089,878.63 | Scheduled: | $767,501.00 UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

CHARLES, RANDOLPH R.
1032 SPRUCE ST. UNIT 200
PHILADELPHIA, PA 19107

Claim Number: 3953
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $53,190.66 | Scheduled: | $19,087.00 UNLIQ |
|---|---|---|---|---|

CLAYTON, JANET T.
655 S RIMPAU BLVD
LOS ANGELES, CA 90005

Claim Number: 3954
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6923

| UNSECURED | Claimed: | $137,253.11 | Scheduled: | $54,907.48 UNLIQ |
|---|---|---|---|---|

CLIFFORD, PATRICK A.
1185 PARK AVENUE APT 3E
NEW YORK, NY 10128

Claim Number: 3956
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,161,516.02 | Scheduled: | $871,862.00 UNLIQ |
|---|---|---|---|---|

CLURMAN, ANDREW W.
6936 BASELINE RD.
BOULDER, CO 80303-3142

Claim Number: 3957
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $50,625.17 | Scheduled: | $17,285.00 UNLIQ |
|---|---|---|---|---|

COAPSTICK, LOUISE G.
22809 W ACACIA COURT
SAUGUS, CA 91350

Claim Number: 3958
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010)

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $36,061.00 | Scheduled: | $24,855.60 UNLIQ |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| COFFEY, SHELBY C. III<br>897 CHINQUAPIN ROAD<br>MC LEAN, VA 22102 | Claim Number: 3959<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6924 | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $239,849.60 | Scheduled: | $160,125.00 UNLIQ |
| ARMSTRONG, MICHAEL C.<br>1683 GALLEON DRIVE<br>NAPLES, FL 34102 | Claim Number: 3961<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6954 | | | |
| UNSECURED | Claimed: | $195,890.45 | Scheduled: | $180,694.35 |
| ARNOLD, GARY M.<br>910 FAR OAKS DR<br>CASEYVILLE, IL 62232 | Claim Number: 3962<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6955 | | | |
| UNSECURED | Claimed: | $103,730.01 | Scheduled: | $80,634.46 UNLIQ |
| ARTHUR, JOHN M.<br>1506 GRANT STREET<br>SANTA MONICA, CA 90405 | Claim Number: 3963<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $78,075.76 | Scheduled: | $47,352.09 UNLIQ |
| BARLOW, WILLIAM H.<br>15507 SADDLEBACK RD.<br>SANTA CLARITA, CA 91387 | Claim Number: 3964<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $30,213.16 | | |

| BARRETT, DAVID S.<br>257 OXFORD STREET<br>HARTFORD, CT 06105-2249 | Claim Number: 3965<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6908 | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,685.88 | Scheduled: | $4,477.00 UNLIQ |

| ALFANO, RICHARD S.<br>403 BRYN MEADOWS<br>SOUTHLAKE, TX 76092 | Claim Number: 3966<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6953 | | |
|---|---|---|---|
| UNSECURED | Claimed: | $56,537.94 | Scheduled: | $22,262.00 UNLIQ |

| ALCANTA, GERALD J.<br>5445 SELMARINE DR.<br>CULVER CITY, CA 90230 | Claim Number: 3967<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|
| UNSECURED | Claimed: | $11,811.29 |

| ABATEMARCO, FRED A.<br>25 CHAPEL PLACE, 3E<br>GREAT NECK, NY 11021 | Claim Number: 3968<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6952 | | |
|---|---|---|---|
| UNSECURED | Claimed: | $105,156.30 | Scheduled: | $58,175.00 UNLIQ |

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3969<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|
| PRIORITY | Claimed: | $100,000.00  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| AT&T CORP.<br>JAMES GRUDUS, ESQ.<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 4104<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |
| UNSECURED        Claimed: | $1,000,773.25 | |
| CISCO SYSTEMS CAPITAL CORPORATION<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | Claim Number: 4108<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | |
| ADMINISTRATIVE        Claimed: | $1,097,030.46 | |
| ANTON BAUER, INC.<br>14 PROGRESS AVE<br>SHELTON, CT 06484 | Claim Number: 4117<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4776 (06/14/2010) | |
| UNSECURED        Claimed: | $8,895.59 | |
| CAMERA DYNAMICS, INC.<br>709 EXECUTIVE BLVD<br>VALLEY COTTAGE, NY 10989 | Claim Number: 4120<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4776 (06/14/2010) | |
| UNSECURED        Claimed: | $1,501.55 | |
| NUCOMM, INC.<br>200 INTERNATIONAL DR #1<br>BUDD LAKE, NJ 07828-4304 | Claim Number: 4122<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| UNSECURED        Claimed: | $4,778.51 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | |
|---|---|---|---|---|
| CASEY, PETER A.<br>ROTH IRA<br>212 PROSPECT AVE #21B<br>HACKENSACK, NJ 07601 | Claim Number: 4125<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $6,011.37 | | |
| CASEY, PETER A.<br>212 PROSPECT AVE #2B<br>HACKENSACK, NJ 07601 | Claim Number: 4126<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $89,798.42 | | |
| GARCIA, GARY W.<br>C/O SIEBEN & SIEBEN, LLP<br>90 EAST MAIN STREET<br>BAY SHORE, NY 11706 | Claim Number: 4127<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00 UNLIQ |
| CONNECTICUT DEPT OF REVENUE SERVICES<br>C&E DIVISION, BANKRUPTCY SECTION<br>25 SIGOURNEY STREET<br>HARTFORD, CT 06106-5032 | Claim Number: 4138<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5745 (09/20/2010) | | | |
| PRIORITY | Claimed: | $250.00 | | |
| POSEY, JOHN A. JR<br>5013 EVERGREEN STREET<br>BELLAIRE, TX 77401-5014 | Claim Number: 4159<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| SECURED | Claimed: | $35,000.00  UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

FMTC CUSTODIAN - ROTH IRA
FBO PETER B. BLEICHER
PMB 171
13492 RESEARCH BLVD STE 120
AUSTIN, TX 78750-2254

Claim Number: 4181
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,975.00 |
|---|---|---|

CASEY, PETER A.
TRADITIONAL IRA
212 PROSPECT AVE # 2B
HACKENSACK, NJ 07601

Claim Number: 4185
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $1,001.90 |
|---|---|---|

CHARLES, CLIFTON SR
9602 SOUTH CALUMET AVE
CHICAGO, IL 60628

Claim Number: 4188
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $50,000.00 |
|---|---|---|

LOISELLE, PAUL
640 S BROADVIEW ST
ANAHEIM, CA 92804-2649

Claim Number: 4189
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $588.14   UNLIQ |
|---|---|---|

GECKER, FRANCES - AS CHAPTER 7 TRUSTEE
FOR ILLINOIS BATTERY CO.
FRANK/GECKER LLP
325 W. LASALLE ST., SUITE 625
CHICAGO, IL 60654

Claim Number: 4195
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

CSC HOLDINGS, INC., ET AL
ATTN: GENERAL COUNSEL
1111 STEWART AVENUE
BETHPAGE, NY 11714

Claim Number: 4277
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

GALBO, CAMILLA
1416 S WASHINGTON
PARK RIDGE, IL 60068

Claim Number: 4279
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

---

| UNSECURED | Claimed: | $10,429.28 |
|---|---|---|

PARSONS, LEIF
223 MONITOR ST  2ND FLOOR
BROOKLYN, NY 11222

Claim Number: 4282
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

---

| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 |
|---|---|---|---|---|

BURNS, BETTY
1422 N. GORDON APT 5
HOLLYWOOD, CA 90028

Claim Number: 4284
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments:
Retiree medical benefits & life insurance

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

CASTANON, DAVID A.
21 CASTANO COURT
NEEDHAM, MA 02494

Claim Number: 4288
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $43,900.00 |
|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| NAVISTAR LEASING COMPANY<br>425 N. MARTINGALE ROAD, 18TH FLOOR<br>SCHAUMBURG, IL 60173 | | Claim Number: 4290<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | | | |
| UNSECURED | Claimed: | $387,987.70 | | | | |
| RHEIN, ESTHER<br>RUSKIN MOSCOU FALTISCHEK PC<br>C/O M. AMATO<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556 | | Claim Number: 4292<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $350,000.00 | | | | |
| GOLDENBERG, MARIE<br>RUSKIN MOSCOU FALTISCHEK, PC<br>C/O M. AMATO<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556 | | Claim Number: 4293<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $350,000.00 | Scheduled: | $5,833.34 | | |
| GOLDENBERG, BARRY<br>RUSKIN MOSCOU FALTISCHEK, PC<br>C/O M. AMATO<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556 | | Claim Number: 4294<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $350,000.00 | | | | |
| MICROSOFT CORPORATION AND MICROSOFT<br>LICENSING, GP<br>C/O MARIA ANN MILANO - RIDDELL WILLIAMS<br>1001  4TH AVE STE 4500<br>SEATTLE, WA 98154-1192 | | Claim Number: 4296<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9949 (10/11/2011) | | | | |
| UNSECURED | Claimed: | $4,214,723.11 | Scheduled: | $366,800.30 | Allowed: | $366,800.30 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

AVENUE TC FUND, L.P.
TRANSFEROR: WORLDNOW
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 4313-24
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $2,176.56 | Scheduled: | $2,176.56 |
|---|---|---|---|---|

LANESEY, WILLIAM A.
7730 ANNESDALE DRIVE
CINCINNATI, OH 45243

Claim Number: 4317
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $83,400.00 | | |
|---|---|---|---|---|

LANESEY, WILLIAM
7730 ANNESDALE DRIVE
CINCINNATI, OH 45243

Claim Number: 4318
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $431.18 | Scheduled: | $431.18 |
|---|---|---|---|---|

KRANTZ, RANDI
100 BEEKMAN STREET 9J
NEW YORK, NY 10038

Claim Number: 4330
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $6,239.42 | | |
|---|---|---|---|---|

MERRILL LYNCH CAPITAL CORPORATION
ATTN: MICHAEL O'BRIEN
4 WORLD FINANCIAL CENTER
250 VESEY STREET
NEW YORK, NY 10080

Claim Number: 4331
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,619,060,109.29  UNLIQ | Scheduled: | $1,619,506,849.32 UNLIQ |
|---|---|---|---|---|

| E Z BUY & E Z SELL RECYCLER CORPORATION<br>C/O TARGET MEDIA PARTNERS<br>ATTN SUSAN M. HUMPHREVILLE<br>5900 WILSHIRE BLVD, STE 550<br>LOS ANGELES, CA 90036 | Claim Number: 4332<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance |
|---|---|

| SECURED | Claimed: | $1,700,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,300,000.00 |
| TOTAL | Claimed: | $3,069,497.23 |

| WILSHIRE CLASSIFIEDS LLC<br>C/O TARGET MEDIA PARTNERS DC, LLC<br>5900 WILSHIRE BLVD STE 550<br>LOS ANGELES, CA 90036 | Claim Number: 4333<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| SECURED | Claimed: | $1,700,000.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $1,300,000.00 | UNLIQ |

| YAHOO! INC.<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL  SUITE 300<br>PALO ALTO, CA 94306 | Claim Number: 4356<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4,924.12 |
|---|---|---|
| UNSECURED | Claimed: | $10,075.52 |

| MCCROHON, NANCY<br>2101 CONNECTICUT AV<br>WASHINGTON, DC 20008 | Claim Number: 4389<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension and survivor benefits |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNDET |
|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| INASMUCH FOUNDATION<br>OKLAHOMA TOWER<br>210 PARK AVE<br>OKLAHOMA CITY, OK 73102 | | Claim Number: 4392<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $300,000.00 |
| TOWER HZ, LLC<br>ATTN: MARC D. HAUSER<br>C/O EGI-TRB, LLC, AS AUTHORIZED AGENT<br>2 NORTH RIVERSIDE PLAZA, STE 600<br>CHICAGO, IL 60606 | | Claim Number: 4394<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
| UNSECURED | Claimed: | $746,890.90   UNLIQ |
| ETHICS & EXCELLENCE IN JOURNALISM<br>FOUNDATION<br>OKLAHOMA TOWER<br>210 PARK AVE<br>OKLAHOMA CITY, OK 73102 | | Claim Number: 4395<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $140,000.00 |
| MARSH USA, INC.<br>ATTN: MITCHELL AUSLANDER & CHRISTOPHER<br>JEANOS C/O WILKIE FARR & GALLAGHER LLP<br>787 SEVENTH AVE<br>NEW YORK, NY 10019 | | Claim Number: 4396<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Confidential Settlement Agreement |
| UNSECURED | Claimed: | $0.00   UNDET |
| WALLER, MARTA<br>GERALDINE WEISS, ESQ.<br>LAW OFFICES OF MICHAEL J. PIUZE<br>11755 WILSHIRE BOULEVARD, ST 1170<br>LOS ANGELES, CA 90025 | | Claim Number: 4411<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 263 |
| UNSECURED | Claimed: | $5,000,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

| | | | | | |
|---|---|---|---|---|---|
| ROBERTS, WIDOW<br>22 WALDEN AVE<br>JERICHO, NY 11753 | | Claim Number: 4415<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim amount is stated as $60/bi-weekly | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNDET | |
| HEIMBERG, ERIC<br>6233 S MAJOR<br>CHICAGO, IL 60638 | | Claim Number: 4421<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | | | |
| PRIORITY | Claimed: | $2,673.60 | | | |
| UNSECURED | Claimed: | $2,673.60 | | | |
| TOTAL | Claimed: | $2,673.60 | | | |
| LIBERTY MUTUAL INSURANCE COMPANY<br>F/K/A SAFECO INSURANCE COMPANY<br>C/O T. SCOTT LEO, LEO & WEBER, PC<br>1 N LASALLE ST, STE 3600<br>CHICAGO, IL 60602 | | Claim Number: 4443<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) | | | |
| UNSECURED | Claimed: | $19,844,866.20 CONT | | | |
| KUXHAUSEN, STEVE & MICHELE<br>13219 MISTY HILLS DR<br>CYPRESS, TX 77429 | | Claim Number: 4452<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $29,457.24 | | | |
| CALIFORNIA DEPARTMENT OF MOTOR VEHICLES<br>REVENUE SERVICES SUPPORT UNIT<br>PO BOX 825341<br>SACRAMENTO, CA 94232-5341 | | Claim Number: 4462<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
| PRIORITY | Claimed: | $4,175.00 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| DECAPRIO, DARCIE<br>116 TERRI COURT<br>MANHATTAN, IL 60442 | Claim Number: 4463<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

---

| PRIORITY | Claimed: | $964.71 |
|---|---|---|

| JPMORGAN CHASE BANK, N.A., ET AL.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | Claim Number: 4464<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

---

| SECURED | Claimed: | $8,643,006,907.37  UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $8,571,192,475.83  UNLIQ |

| OAKTREE HUNTINGTON INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4587<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

---

| SECURED | Claimed: | $5,587,879.00  UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $150,948,822.00 |

| OAKTREE FF INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CPAITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4587-01<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

---

| SECURED | Claimed: | $2,827,161.00  UNLIQ |
|---|---|---|

| OCM OPPORTUNITIES FUND VII DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4587-02<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

---

| SECURED | Claimed: | $28,983,367.00  UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4587-03<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| SECURED | Claimed: | $82,116,241.00   UNLIQ |
|---|---|---|

---

| OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4587-04<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| SECURED | Claimed: | $7,022,053.00   UNLIQ |
|---|---|---|

---

| OAKTREE OPPORTUNITIES FUND VIII DELAWARE<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FL<br>LOS ANGELES, CA 90071 | Claim Number: 4587-05<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| SECURED | Claimed: | $24,412,121.00   UNLIQ |
|---|---|---|

---

| HERNANDEZ, IRENE<br>9100 DUARTE RD APT 233<br>SAN GABRIEL, CA 91775-2053 | Claim Number: 4593<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $24,972.81 |

---

| XANDERS, JULIE<br>1720 HIGHLAND AVENUE<br>GLENDALE, CA 91202 | Claim Number: 4602<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $389.99 | Scheduled: | $389.99 |
|---|---|---|---|---|

---

| | | | | | |
|---|---|---|---|---|---|
| XANDERS, JULIE<br>1720 HIGHLAND AVENUE<br>GLENDALE, CA 91202 | | Claim Number: 4603<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $9,815.00 | Scheduled: | $9,815.00 UNLIQ | |
| STEWART, CLETUS C.<br>7733 CLARCONA OCOEE RD<br>ORLANDO, FL 32818-1219 | | Claim Number: 4631<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $25,090.56 | | | |
| LEE, DENNIS M.<br>IRA FBO<br>3153 ORLEANS WAY S.<br>APOPKA, FL 32703-5920 | | Claim Number: 4632<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $25,090.56 | | | |
| CARAWAY, AMY L.<br>IRA FBO<br>1656 ALGONQUIN TRAIL<br>MAITLAND, FL 32751 | | Claim Number: 4633<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $16,057.96 | | | |
| SUN MICROSYSTEMS, INC.<br>BUCHALTER NEMER, PC<br>ATTN: SHAWN CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO, CA 94105 | | Claim Number: 4635<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 6593 (11/23/2010) | | | |
| PRIORITY | Claimed: | $562,444.74 | | | |
| UNSECURED | Claimed: | $438,981.26 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| VOLK, PHYLLIS<br>250 E. PEARSON ST.<br>SUITE 906<br>CHICAGO, IL 60611 | Claim Number: 4641<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

---

| UNSECURED | Claimed: | $6,180.00 | Scheduled: | $7,000.00 |
|---|---|---|---|---|

| ARAMARK UNIFORM & CAREER APPAREL, LLC<br>ET AL. - C/O SHEILA R. SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>PO BOX 1617<br>BOISE, ID 83701 | Claim Number: 4645<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
|---|---|

---

| UNSECURED | Claimed: | $2,696.26 |
|---|---|---|

| ARAMARK UNIFORM & CAREER APPAREL, LLC<br>ET AL. - C/O SHEILA R. SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>PO BOX 1617<br>BOISE, ID 83701 | Claim Number: 4648-02<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |
|---|---|

---

| UNSECURED | Claimed: | $813.37 |
|---|---|---|

| EGI-TRB, L.L.C.<br>TWO NORTH RIVERSIDE DRIVE<br>SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 4654<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
|---|---|

---

| UNSECURED | Claimed: | $167,026,386.62   UNLIQ |
|---|---|---|

| WILSON, DONALD N., ESQ.<br>MURRAY, JENSEN & WILSON, ESQ.<br>101 N. WACKER DR, SUITE 101<br>CHICAGO, IL 60606 | Claim Number: 4656<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |
|---|---|

---

| UNSECURED | Claimed: | $12,812.40 | Scheduled: | $13,401.20 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| ADVOCATE FITNESS<br>OCCUPATIONAL HEALTH<br>PO BOX 70003<br>CHICAGO, IL 60673 | Claim Number: 4658<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $27,423.07 | Scheduled: | $27,423.07 |
|---|---|---|---|---|

| NORTH HILLS INDUSTRIAL PARK, INC<br>RE: NORTH HILLS 16715 SCHOENB<br>C/O CASTLE ARCH REAL ESTATE INVESTMENTS<br>9595 WILSHIRE BLVD STE 1000<br>BEVERLY HILLS, CA 90212 | Claim Number: 4665<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $6,826.62 |
|---|---|---|

| CF 4242 BRYN MAWR LLC<br>C/O COLLEEN E. MCMANUS<br>MUCH SHELIST DENENBERG AMENT RUBENSTEIN<br>191 N WACKER DR, STE 1800<br>CHICAGO, IL 60646 | Claim Number: 4666<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $36,179.81 |
|---|---|---|

| STUPIN, DANIEL & CAROL<br>51 VISTA REDONDA<br>SANTA FE, NM 97506 | Claim Number: 4670<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $1,704.50 |
|---|---|---|

| MICROSOFT CORPORATION<br>ATTN: MARC BARRECA<br>K&L GATES LLP<br>925 FOURTH AVE, SUITE 2900<br>SEATTLE, WA 98104 | Claim Number: 4672<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9835 (09/27/2011) |
|---|---|

| UNSECURED | Claimed: | $36,494,101.15   CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MAGELLAN HEALTH SERVICES<br>125 SOUTH WACKER DR<br>SUITE 1450<br>CHICAGO, IL 60606 | | Claim Number: 4673<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9400 (06/30/2011) | | | | | |
| UNSECURED | Claimed: | $184,803.00 | Scheduled: | $765.00 | Allowed: | | $49,803.00 |
| UNIVERSAL CITY STUDIOS PRODCUTIONS LLLP<br>ATTN: SHARON J. GLANCZ<br>100 UNIVERSAL CITY PLAZA<br>BLDG 1440, 32ND FL<br>UNIVERSAL CITY, CA 91608 | | Claim Number: 4674<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 3191 (01/25/2010) | | | | | |
| UNSECURED | Claimed: | $0.00 | | | | | |
| PENNSYLVANIA TREASURY<br>BUREAU OF UNCLAIMED PROPERTY<br>P.O. BOX 1837<br>HARRISBURG, PA 17105 | | Claim Number: 4728<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ | | | |
| SUN MICROSYSTEMS, INC.<br>BUCHALTER NEMER, PC<br>ATTN: SHAWN CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO, CA 94105 | | Claim Number: 4748<br>Claim Date: 06/11/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 6593 (11/23/2010) | | | | | |
| ADMINISTRATIVE | Claimed: | $536,316.79 | | | | | |
| SUN MICROSYSTEMS, INC.<br>BUCHALTER NEMER, PC<br>ATTN: SHAWN CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO, CA 94105 | | Claim Number: 4749<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 6593 (11/23/2010) | | | | | |
| ADMINISTRATIVE | Claimed: | $536,316.79 | | | | | |
| UNSECURED | Claimed: | $293,156.21 | | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| FERRELL, BRADLEY S.<br>3949 MAIN STREET<br>PERRY, OH 44081 | Claim Number: 4766<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $32,925.00 | | |

---

| TOWER GREENSPUN DGSPT, LLC<br>901 GREEN VALLEY PARKWAY, SUITE 210<br>HENDERSON, NV 89074 | Claim Number: 4769<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,336,136.25  UNLIQ | Scheduled: | $9,337,318.24 |

---

| TOWER GREENSPUN, L.L.C.<br>901 GREEN VALLEY PARKWAY, SUITE 210<br>HENDERSON, NV 89074 | Claim Number: 4770<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,336,136.24  UNLIQ | Scheduled: | $9,337,318.24 |

---

| TOWER GREENSPUN JGGSTP, LLC<br>901 GREEN VALLEY PARKWAY, SUITE 210<br>HENDERSON, NV 89074 | Claim Number: 4771<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,336,136.25  UNLIQ | Scheduled: | $9,337,318.24 |

---

| TOWER GREENSPUN SGFFT, LLC<br>901 GREEN VALLEY PARKWAY, SUITE 210<br>HENDERSON, NV 89074 | Claim Number: 4772<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,336,136.25  UNLIQ | Scheduled: | $9,337,318.24 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4799<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |

ADMINISTRATIVE          Claimed:          $749,700,000.00   UNLIQ

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4800<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |

ADMINISTRATIVE          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4801<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |

ADMINISTRATIVE          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4802<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |

ADMINISTRATIVE          Claimed:          $33,000,000.00   UNLIQ

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4803<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |

ADMINISTRATIVE          Claimed:                    $0.00   UNLIQ

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

---

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4804
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
| --- | --- | --- |

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4805
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $4,500,000.00  UNLIQ |
| --- | --- | --- |

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4806
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
| --- | --- | --- |

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4807
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
| --- | --- | --- |

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4808
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $5,500,000.00  UNLIQ |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4809<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |

ADMINISTRATIVE          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4810<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |

ADMINISTRATIVE          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4811<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |

ADMINISTRATIVE          Claimed:               $200,000.00   UNLIQ

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4812<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |

ADMINISTRATIVE          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4813<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |

ADMINISTRATIVE          Claimed:                    $0.00   UNLIQ

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4814
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

---

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4815
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

---

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4816
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

---

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

FEDEX CUSTOMER INFORMATION SERVICE
AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND
ATTN: REVENUE REVENUE/BANKRUPTCY
3965 AIRWAYS MODULE G, 3RD FL
MEMPHIS, TN 38116

Claim Number: 4818-01
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

---

| UNSECURED | Claimed: | $1,542.18 | Scheduled: | $1,143.92 | Allowed: | $1,542.18 |
|---|---|---|---|---|---|---|

FEDEX CUSTOMER INFORMATION SERVICE
AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND
ATTN: REVENUE REVENUE/BANKRUPTCY
3965 AIRWAYS MODULE G, 3RD FL
MEMPHIS, TN 38116

Claim Number: 4819-04
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

---

| UNSECURED | Claimed: | $25.66 | | | Allowed: | $25.66 |
|---|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | |
|---|---|---|
| SHORES, KIRK R.<br>464 N. PINE MEADOW DR.<br>DEBARY, FL 32713-2305 | | Claim Number: 4844<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

---

| UNSECURED | Claimed: | $21,000.00 |
|---|---|---|

| BROWN, RENEE<br>42 CATOONA LANE<br>STAMFORD, CT 06902 | | Claim Number: 4846<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |
|---|---|---|

---

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| PATSCHKE, RONALD B. IRA<br>GUARANTEE & TRUST CO.<br>2801 COOL RIVER LOOP<br>ROUND ROCK, TX 78665 | | Claim Number: 4847<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|---|

---

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| MILAN, JOHN M., AS TRUSTEE<br>THE JOHN M. MILAN AND DIANE N. MILAN<br>LIVING TRUST<br>7520 CARMENITA LN<br>WEST HILLS, CA 91304 | | Claim Number: 4848<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|---|

---

| UNSECURED | Claimed: | $10,975.00 |
|---|---|---|

| GROGAN, WILLIAM R<br>275 SIMSBURY ROAD<br>WEST HARTFORD, CT 06117 | | Claim Number: 4851<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 4852 |
|---|---|---|

---

| UNSECURED | Claimed: | $150,000.00   UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | Claim Number: 4856<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 2516 | | | |
|---|---|---|---|---|
| **SECURED** Claimed: | $3,541.86 | | | |

| NEUMAN, CHRIS<br>C/O MOSKOWITZ LAW GROUP, KAREN MOSKOWITZ<br>JUDITH SALKOW SHAPIRO, PC<br>1010 LEXINGTON ROAD<br>BEVERLY HILLS, CA 90210 | Claim Number: 4859<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 4892 (06/28/2010) | | | |
|---|---|---|---|---|
| **UNSECURED** Claimed: | $1,500,000.00  UNLIQ | Scheduled: | $0.00 UNLIQ | |

| CBS RADIO EAST INC.<br>C/O CBS LAW DEPT.<br>ATTN: HELEN D'ANTONA<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019 | Claim Number: 4868<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| **UNSECURED** Claimed: | $11,751.25 | | | |

| CBS RADIO INC.<br>C/O CBS LAW DEPT.<br>ATTN: HELEN D'ANTONA<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019 | Claim Number: 4873<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| **UNSECURED** Claimed: | $50,303.00 | | | |

| AMERICAN FEDERATION OF TELEVISION AND<br>RADIO ARTISTS HEALTH & RETIREMENT FUNDS<br>ATTN: JOE HARRIS<br>261 MADISON AVENUE<br>NEW YORK, NY 10016 | Claim Number: 4886<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| **PRIORITY** Claimed: | $0.00  UNLIQ | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS ATTN: DEBRA OSOFSKY 261 MADISON AVENUE NEW YORK, NY 10016 | | Claim Number: 4891 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SWARTZ, CONRAD 12911 NW 25TH COURT VANCOUVER, WA 98685 | | Claim Number: 4892 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $81,196.80 |
| SWARTZ, ALICE 2203 E 26TH STREET BROOKLYN, NY 11229 | | Claim Number: 4893 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $82,211.76 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 4895 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 4417 (05/14/2010) |
| PRIORITY | Claimed: | $2,681,770.78 |
| UNSECURED | Claimed: | $262,294.64 |
| NETTIMI, SOUMYA 2941 GRAY ST OAKTON, VA 22124 | | Claim Number: 4896 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $10,149.60 |

| | | | |
|---|---|---|---|
| TV GUIDE ONLINE, INC.<br>C/O CHRISTOPHER J. HARNETT<br>ROPES & GRAY LLP<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-8704 | | Claim Number: 4900<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | |
| PRIORITY | Claimed: | $5,699,364.00  UNLIQ | |

| | | | |
|---|---|---|---|
| TV GUIDE ONLINE, LLC<br>C/O CHRISTOPHER J. HARNETT<br>ROPES & GRAY LLP<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-8704 | | Claim Number: 4901<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 4900 | |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | |
| PRIORITY | Claimed: | $5,699,364.00  UNLIQ | |

| | | | |
|---|---|---|---|
| FERNANDEZ, LARRY<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4902<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

| | | | |
|---|---|---|---|
| EVANS, PEARL<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4905<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 6450 (11/15/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

| | | | |
|---|---|---|---|
| EVANS, CHARLES<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4907<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 6450 (11/15/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

---

ANDERSON, PATRICK
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4908
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

ALLEN, JAMES
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4911
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 6450 (11/15/2010)

---

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

GRANT, GARY
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4912
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 6450 (11/15/2010)

---

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

CRUZ, VICTOR
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4915
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

BARNHARDT, VELMA
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4916
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

WALCOTT, TENISHA
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4918
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

---

UNSECURED          Claimed:              $10,000.00

STRANGE, JENNIFER
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4921
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

---

UNSECURED          Claimed:              $10,000.00

SERRAO, SEAN
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4922
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 6450 (11/15/2010)

---

UNSECURED          Claimed:              $10,000.00

REID, DAMION
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4925
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

---

UNSECURED          Claimed:              $10,000.00

MCNAIR, BILL
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4926
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 6450 (11/15/2010)

---

UNSECURED          Claimed:              $10,000.00

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | |
|---|---|---|
| MCLAUGHLIN, VICTORIA<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4929<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

| JOHNSON, PHIL<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4930<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

| JACKSON, MARK<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4933<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

| HAYWOOD, JOHN<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4934<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

| GRANT, LORETTA<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4937<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 6450 (11/15/2010) | |
|---|---|---|

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| ALLEN, JAMES, ET AL<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4939<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 6450 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $1,500,000.00 |
|---|---|---|

| JPMORGAN CHASE BANK, N.A.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | Claim Number: 4957<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| SECURED | Claimed: | $355,602.54  UNLIQ |
|---|---|---|

| STANISZ, JANUSZ<br>11055 NORTH 128 PLACE<br>SCOTTSDALE, AZ 85259 | Claim Number: 4966<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $162,393.60 |
|---|---|---|

| MACGOWAN, CARL<br>211-01 85TH AVENUE<br>HOLLIS HILLS, NY 11427 | Claim Number: 4976<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| KELLY, JAMES C.<br>20154 ZIMMERMAN PL.<br>SANTA CLARITA, CA 91390 | Claim Number: 4978<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| PERELLE & GRANVILLE LIVING TRUST<br>DIANE GRANVILLE TTEE<br>601 E. BRANCH RD<br>PATTERSON, NY 12563 | Claim Number: 4980<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED          Claimed: | $10,500.00 | | | |
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 4981<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) | | | |
| UNSECURED          Claimed: | $1,182,144.41 | | | |
| ABOVENET COMMUNICATIONS, INC.<br>ATTN: THOMAS L. KELLY<br>360 HAMILTON AVENUE<br>WHITE PLAINS, NY 10601 | Claim Number: 4983<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
| UNSECURED          Claimed: | $12,697.72 | | Allowed: | $10,883.78 |
| GRIPPO & ELDEN<br>3476 EAGLE WAY<br>CHICAGO, IL 60678 | Claim Number: 4984<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 7588 (01/20/2011) | | | |
| UNSECURED          Claimed: | $24,823.39 | | | |
| VERIZON COMMUNICATIONS INC<br>DARRYL S. LADDIN, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171  17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 | Claim Number: 4985<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) | | | |
| UNSECURED          Claimed: | $169,228.13 | | | |

| | | |
|---|---|---|
| OMNITURE, INC.<br>KYLE PANKRATZ,<br>550 EAST TIMPANOGOS CIRCLE<br>OREM, UT 84097 | Claim Number: 4987<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | |
| UNSECURED          Claimed: | $11,500.00 | |
| MANSI, MATTHEW M.<br>539 DOWNING STREET<br>DENVER, CO 80218 | Claim Number: 4988<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | |
| UNSECURED          Claimed: | $42,500.00 | |
| CS STARS LLC<br>500 W MONROE ST<br>CHICAGO, IL 60661 | Claim Number: 4990<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $1,390.87 | |
| DYMSKI, GARY M.<br>14 SWEET BRIAS PATH<br>LAKE GROVE, NY 11755-1849 | Claim Number: 5006<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Penion benefits | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| MASON, WILLIAM<br>46 EAST 21 ST.<br>HUNTINGTON STATION, NY 11746 | Claim Number: 5007<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension benefits | |
| UNSECURED          Claimed: | $0.00   UNDET | |

| DATABANK IMX LLC<br>PO BOX 62286<br>BALTIMORE, MD 21264 | | Claim Number: 5009<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5.98 | | |
| UNSECURED | Claimed: | $26.50 | Scheduled: | $5.98 |

| OXENDINE, JACQUELYN ESQ<br>1327 PRESCOTT ST. SO.<br>SAINT PETERSBURG, FL 33712 | | Claim Number: 5012<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,000,000.00 | Scheduled: | $0.00 UNLIQ |

| MALLORY, R. MARK<br>3312 LAKEWOOD COURT<br>GLENVIEW, IL 60026 | | Claim Number: 5014<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | |

| BRAITSCH, RICHARD G JR<br>2139 WHISTLER AVE<br>BALTIMORE, MD 21230 | | Claim Number: 5015<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $9,342.14 | |

| AIG CASUALTY COMPANY ET AL<br>MICHELLE A. LEVITT AUTHORIZED REP.<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECT.<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | | Claim Number: 5017<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|---|
| SECURED | Claimed: | $0.00  UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

---

MORGAN STANLEY CAPITAL SERVICES, INC
ATTN: SIMON PLATEL, GENERAL COUNSEL
1585 BROADWAY, 3RD FLOOR
NEW YORK, NY 10036

Claim Number: 5027
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Various claims including protective claim of $41+million for 7.5%

| SECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

GOODMAN, THEODORE A. - TTEE
THEODORE A. GOODMAN MD DBPP
4348 BERRENDO DR.
SACRAMENTO, CA 95864

Claim Number: 5028
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $109,615.68 |
|---|---|---|

---

MORGAN STANLEY & CO., INC
ATTN: STEPHEN O'CONNOR / GENERAL COUNSEL
1585 BROADWAY, 3RD FL
NEW YORK, NY 10036

Claim Number: 5034
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

STRIEGEL, LAWRENCE W.
30 NORTON DRIVE
EAST NORTHPORT, NY 11731

Claim Number: 5035
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

MASSARO, JEFFREY M.
78 ROOT AVE.
ISLIP, NY 11751-2416

Claim Number: 5036
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | |
|---|---|---|
| CIOLLI, RITA<br>5 GREENWAY LANE<br>HUNTINGTON, NY 11743 | | Claim Number: 5037<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| KEELER, ROBERT F.<br>18 MAGNET ST.<br>STONY BROOK, NY 11790 | | Claim Number: 5038<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| SEIFERT, LESLIE<br>318 W 100 ST 16C<br>NEW YORK, NY 10025 | | Claim Number: 5039<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| HANDELSMAN, WALT<br>37 HARVARD DR.<br>WOODBURY, NY 11797 | | Claim Number: 5040<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| WEINBERG, JUDY<br>61 RIDGE ROAD<br>SMITHTOWN, NY 11787 | | Claim Number: 5041<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| MOLINET, JASON A. | Claim Number: 5043 |
| 50 GILBERT ST. | Claim Date: 06/12/2009 |
| NORTHPORT, NY 11768 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| MOLINET, VIRGINIA A (NEE DUNLEAVEY) | Claim Number: 5044 |
| 50 GILBERT ST. | Claim Date: 06/12/2009 |
| NORTHPORT, NY 11768 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| WOLFSON, JAYNE H. | Claim Number: 5045 |
| 11 CROFT PL. | Claim Date: 06/12/2009 |
| HUNTINGTON, NY 11743 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| PADGETT, TANIA | Claim Number: 5046 |
| 68-36  108TH ST., APT. B51 | Claim Date: 06/12/2009 |
| FOREST HILLS, NY 11375 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| REMINICK, JOAN | Claim Number: 5048 |
| 2 SALISBURY DR. S. | Claim Date: 06/12/2009 |
| E NORTHPORT, NY 11731 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| WHITEHOUSE, BETH<br>12 VILLAS CIR<br>MELVILLE, NY 11747-3050 | Claim Number: 5050<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |

---

| SMUKLER, ANN<br>600 SHORE ROAD, 3F<br>LONG BEACH, NY 11561 | Claim Number: 5051<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |

---

| ROSENBERG, RICHARD A<br>235 E 87TH ST # 85<br>NEW YORK, NY 10128 | Claim Number: 5053<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |

---

| FOLEY, MARY BETH<br>31 GROVE ST<br>NORTHPORT, NY 11768-2905 | Claim Number: 5056<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |

---

| ZEZIMA, GERALD R. JR.<br>101 WEDGEWOOD DR.<br>CORAM, NY 11727 | Claim Number: 5057<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| MANN, LAURA E. | Claim Number: 5060 |
| 249-11  61ST AVE | Claim Date: 06/12/2009 |
| LITTLE NECK, NY 11362 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00  UNDET |
| --- | --- | --- |

| BRUNO, LISA | Claim Number: 5061 |
| 9 SCHERER ST. | Claim Date: 06/12/2009 |
| BETHPAGE, NY 11714 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00  UNDET |
| --- | --- | --- |

| LUNDQUIST, MARGARET | Claim Number: 5063 |
| 208 FARHAN LANE | Claim Date: 06/12/2009 |
| NORTH BABYLON, NY 11703 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00  UNDET |
| --- | --- | --- |

| RAIA, ALEXANDER J. | Claim Number: 5064 |
| 128 WELLINGTON RD. | Claim Date: 06/12/2009 |
| GARDEN CITY, NY 11530 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00  UNDET |
| --- | --- | --- |

| KING-COHEN, SYLVIA ELIZABETH | Claim Number: 5065 |
| 225 KOHR RD | Claim Date: 06/12/2009 |
| KINGS PARK, NY 11754 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00  UNDET |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

EDMONDS, DOROTHY M.
141 PATTERSON AVE.
HEMPSTEAD, NY 11550

Claim Number: 5067
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

BONARDI, DOROTHY A.
580 BALDWIN DRIVE
WEST HEMPSTEAD, NY 11552

Claim Number: 5068
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

BAUMBACH, JAMES
355 S WELLWOOD AVE
LINDENHURST, NY 11757

Claim Number: 5069
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

VAN NESS, SHAWNA
355 SOUTH WELLWOOD AVE.
LINDENHURST, NY 11757

Claim Number: 5070
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

BRANDT, PATRICIA
681 GRAND AVE
LINDENHURST, NY 11757

Claim Number: 5071
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

RAIA, JUDITH
128 WELLINGTON RD.
GARDEN CITY, NY 11530

Claim Number: 5072
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

LEO, JAMES
93 ISLIP BLVD.
ISLIP, NY 11751

Claim Number: 5073
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

RIZZITANO, FELICE
7 LILLIAN PL
PATCHOGUE, NY 11772-2955

Claim Number: 5074
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

STIMPFCE, LORRAINE E.
222 CEDAR AVE.
PATCHOGUE, NY 11772

Claim Number: 5075
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

JOSEFAK, JOHN C.
23 RALPH AVE.
LAKE GROVE, NY 11755

Claim Number: 5076
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

REICHERT, WAYNE
143 WOODLAWN AVE
SAINT JAMES, NY 11780-2509

Claim Number: 5077
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

GUIDICE, NICHOLAS
1708 DEVONSHIRE RD
HAUPPAUGE, NY 11788-4505

Claim Number: 5078
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

DEMANUEL, KIM
20 IVY LEAGUE LN
STONY BROOK, NY 11790-2714

Claim Number: 5079
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

FRIEDLANDER, H. JOE
1026 OLYMPIA RD.
BELLMORE, NY 11710

Claim Number: 5080
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

FORYS, JOSEPH V.
9 DAELL LANE
CENTEREACH, NY 11720

Claim Number: 5081
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| ROSSO, SALVATORE E.<br>737 7TH ST<br>WEST BABYLON, NY 11704 | | Claim Number: 5082<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00  UNDET |
| HOOGHKIRK, BARRY<br>27 SALEM ST.<br>PATCHOGUE, NY 11772 | | Claim Number: 5083<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $0.00  UNDET |
| LEONE, MARK<br>19 STRUM ST.<br>BRENTWOOD, NY 11717 | | Claim Number: 5084<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00  UNDET |
| BERNZWEIG, JASON<br>12 FERN DRIVE<br>COMMACK, NY 11725 | | Claim Number: 5085<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $60,000.00 |
| SCHAMBERRY, JEFFREY<br>864 CLEVELAND ST<br>W HEMPSTEAD, NY 11552 | | Claim Number: 5086<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00  UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| MILLROD, JACK<br>56 AMERICAN AVE<br>CORAM, NY 11727 | Claim Number: 5087<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| KRENEK, DEBBY<br>361  72ND ST<br>BROOKLYN, NY 11209 | Claim Number: 5088<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| MANCINI, JOHN<br>64-14  847TH ST.<br>MIDDLE VILLAGE, NY 11379-2424 | Claim Number: 5089<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| WOLFSON, DOUGLAS S<br>11 CROFT PL<br>HUNTINGTON, NY 11743 | Claim Number: 5090<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| SKINNER, MARYANN<br>10 MEUDON DRIVE<br>LOCUST VALLEY, NY 11560 | Claim Number: 5091<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

MARCUS, ERICA
88 WYCKOFF ST
BROOKLYN, NY 11201

Claim Number: 5093
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

KELLOGG, VALERIE
108 LA RUE DRIVE
HUNTINGTON, NY 11743

Claim Number: 5094
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

SCHUON, JONALYN
8 CRESCENT DR
HUNTINGTON, NY 11743

Claim Number: 5096
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

EDELSTEIN, ANDREW
5 COLONY CT
GREENLAWN, NY 11740

Claim Number: 5099
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

ROBINS, MARJORIE
5 4TH RD.
GREAT NECK, NY 11021

Claim Number: 5101
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

SCHULER, BARBARA L.
5 HOLDSWORTH DR.
HUNTINGTON, NY 11743

Claim Number: 5102
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | |

CHASE BANK USA, N.A.
ATTN: MIRIAM KULNIS
277 PARK AVENUE 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 5104
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
First USA Commercial Card Master Agreement

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00  UNDET | | |

4X SOLUTIONS, INC.
305 WEST BROADWAY # 241
NEW YORK, NY 10013

Claim Number: 5105
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23,170.00 | | |

CONSTELLATION NEW ENERGY
BANK OF AMERICA LOCKBOX SERVICE
14217 COLLECTIONS CENTER DR
CHICAGO, IL 60693

Claim Number: 5117
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $316,586.03 | | |
| UNSECURED | Claimed: | $192,676.71 | Scheduled: | $269,599.16 |

CHIN, CINDY
621 6TH ST.
EAST NORTHPORT, NY 11731

Claim Number: 5121
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| BAILIS, KAREN<br>35-36 76TH ST.<br>#520<br>JACKSON HEIGHTS, NY 11372 | | Claim Number: 5122<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |
| DRACHLIS, TIMOTHY<br>150 MAPLE HILL RD<br>HUNTINGTON, NY 11743-2113 | | Claim Number: 5123<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |
| DUDLEY, SHAMEKA N.<br>185 FELLER DR<br>CENTRAL ISLIP, NY 11722-1211 | | Claim Number: 5124<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |
| DUTTON, DOUGLAS<br>240 SOUTHPORT ST.<br>RONKONKOMA, NY 11779 | | Claim Number: 5125<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |
| EYER, RODERICK<br>2 WALLING FORD DRIVE<br>MELVILLE, NY 11747 | | Claim Number: 5126<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

HABERSTROH, JOSEPH K.
75 S. PENATAQUIT AV
BAY SHORE, NY 11706

Claim Number: 5127
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

KEATING, JOHN
610 BREAD & CHEESE HOLLOW RD
NORTHPORT, NY 11768

Claim Number: 5128
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

LORETONI, RICHARD
18 BRADISH LANE
BABYLON, NY 11702

Claim Number: 5129
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

LUBIN, MARSHALL
314 NEPTUNE AVENUE
WEST BABYLON, NY 11704

Claim Number: 5130
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

MCLOUGHLIN, ANTOINETTE
266 RIDER AVE.
MALVERNE, NY 11565

Claim Number: 5131
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

---

| | |
|---|---|
| MOORE, ELIZABETH K.<br>75 S. PENATAQUIT AVE<br>BAY SHORE, NY 11706 | Claim Number: 5132<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | |
|---|---|
| MORITSUGU, HENRY O.<br>92 CLAYDON ROAD<br>GARDEN CITY, NY 11530-1807 | Claim Number: 5133<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | |
|---|---|
| MURRAY, CARYN EVE<br>2 WALLINGFORD DRIVE<br>MELVILLE, NY 11747 | Claim Number: 5134<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | |
|---|---|
| PUBON, GUSTAVO<br>86 FOREST RD.<br>CENTEREACH, NY 11720 | Claim Number: 5135<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | |
|---|---|
| QUINTANILLA, BLANCA MONICA<br>8200 BLVD. EAST APT 14 B<br>NORTH BERGEN, NJ 07047 | Claim Number: 5136<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

---

| | | |
|---|---|---|
| REYES, YLKA<br>203 PARK AVE. 2ND FL.<br>HUNTINGTON, NY 11743 | Claim Number: 5137<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| RICKS, DELTHIA<br>72 PLEASANT ST<br>HUNTINGTON, NY 11743 | Claim Number: 5138<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
|---|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| SABIO, WARNER N., SR.<br>441 HALSEY STREET<br>BROOKLYN, NY 11233 | Claim Number: 5139<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
|---|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| SAWCHUK, KENNETH<br>26 TEANECK DRIVE<br>EAST NORTHPORT, NY 11731 | Claim Number: 5140<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
|---|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| SCALA, THEODORE F.<br>123 HINSDALE AVENUE<br>FLORAL PARK, NY 11001 | Claim Number: 5141<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
|---|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

THOMAS-JOSEPH, LEEMA
7 SAGAMORE LANE
DIX HILLS, NY 11746

Claim Number: 5143
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

TOPPING, ROBIN
20 PENFIELD DRIVE
EAST NORTHPORT, NY 11731

Claim Number: 5144
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

TYRRELL, JOIE
189 SPRING RD
HUNTINGTON, NY 11743

Claim Number: 5145
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for pension

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

TYRRELL, MARK
189 SPRING RD.
HUNTINGTON, NY 11743

Claim Number: 5146
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

WILLIAMS, JEFFREY LYNN
147 CHICHESTER RD.
HUNTINGTON, NY 11743

Claim Number: 5147
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| WILLIAMS, SOPHONIE<br>350 WEST JAMAICA AVE<br>VALLEY STREAM, NY 11580 | Claim Number: 5148<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

---

| UNSECURED | Claimed: | $0.00  UNDET |

---

| FITZSIMONS, DENNIS<br>MCCORMICK TRIBUNE FOUNDATION<br>435 N. MICHIGAN AVENUE<br>CHICAGO, IL 60601 | Claim Number: 5149<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |

---

| UNSECURED | Claimed: | $11,636.56  UNLIQ |

---

| LUFRANO, MICHAEL R.<br>5707 N. RAVENSWOOD<br>CHICAGO, IL 60660 | Claim Number: 5281<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Certain Compensation and benefits in certain scenarios |

---

| UNSECURED | Claimed: | $0.00  UNDET |

---

| BIRMAN, BATHSHEBA<br>6000 N CICERO AVE NO. 308<br>CHICAGO, IL 60646 | Claim Number: 5284<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) |

---

| PRIORITY | Claimed: | $1,284.00 |

---

| CARANNANTE, GREGORY V<br>2108 N 31ST ROAD<br>HOLLYWOOD, FL 33021 | Claim Number: 5285<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |

---

| PRIORITY | Claimed: | $1,021.22  UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

---

| CARANNANTE, GREGORY<br>2108 N 31ST ROAD<br>HOLLYWOOD, FL 33021 | Claim Number: 5286<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $223,018.00 |
|---|---|---|

| CARANNANTE, GREGORY V<br>2108 N 31ST ROAD<br>HOLLYWOOD, FL 33021 | Claim Number: 5287<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $2,773.55 |
|---|---|---|

| THARP, VAN K. - TRUSTEE<br>11TM TARGET TRUST PLAN<br>337 LOCHSIDE DR<br>CARY, NC 27518 | Claim Number: 5289<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $512,554.80 |
|---|---|---|

| SHARP, JOHN KEVIN<br>8650 SPICEWOOD SPRINGS ROAD # 145<br>AUSTIN, TX 78759 | Claim Number: 5291<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $25,374.00 |
|---|---|---|

| SHARP, RUTH E.<br>8650 SPICEWOOD SPRINGS RD., # 145<br>AUSTIN, TX 78759 | Claim Number: 5292<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $38,568.48 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| SHARP, LORA LAVERNE<br>8650 SPICEWOOD SPRINGS RD., # 145<br>AUSTIN, TX 78759 | Claim Number: 5293<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $91,346.40 | | |
| DUCHARME, NANCY K.<br>P.O. BOX 222<br>TINLEY PARK, IL 60477-0222 | Claim Number: 5295<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED          Claimed: | $4,250.00 | | |
| BUSY BEE PROMOTIONS<br>211 E OHIO NO. 2624<br>CHICAGO, IL 60611 | Claim Number: 5299<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3426 (02/16/2010) | | |
| ADMINISTRATIVE     Claimed:<br>UNSECURED          Claimed: | $1,125.00<br>$12,292.25 | Scheduled: | $1,315.00 |
| MC CRORY, JOHN J<br>187 DOLPHIN COVE QUAY<br>STAMFORD, CT 06902 | Claim Number: 5302<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED          Claimed: | $248,000.00 | Scheduled: | $219,546.00 UNLIQ |
| ROBERTSON FREILICH BRUNO & COHEN LLC<br>1 GATEWAY CTR STE 300<br>NEWARK, NJ 07102-5321 | Claim Number: 5303<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED          Claimed: | $5,571.36 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | |
|---|---|---|
| DEADLINE CLUB<br>47 5TH AVENUE<br>NEW YORK, NY 10003-4303 | | Claim Number: 5310<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $660.00 |
|---|---|---|

| BARBER, ALLEEN<br>85-29 121ST ST.<br>KEW GARDENS, NY 11415 | | Claim Number: 5311<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| ROGERS, GARY<br>282 WOODBINE AVE.<br>NORTHPORT, NY 11768 | | Claim Number: 5312<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| MCINERNEY, MAUREEN<br>19 WAYSIDE LANE<br>SELDEN, NY 11784 | | Claim Number: 5313<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| MANGO, CONSTANCE<br>29 EAST STREET<br>MIDDLE ISLAND, NY 11953-1712 | | Claim Number: 5314<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

SMITH, MIRIAM
282 WOODBINE AVE.
NORTHPORT, NY 11768

Claim Number: 5315
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|-----------|----------|-------------|

---

VALENTI, JOHN A. III
44-11 MACNISH STREET, APT 2G
ELMHURST, NY 11373

Claim Number: 5316
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|-----------|----------|-------------|

---

PETRY, LYNN A.
70 ROY AVE.
MASSAPEQUA, NY 11758

Claim Number: 5317
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|-----------|----------|-------------|

---

BURSON, PATRICIA L.
48 S. LONG BEACH AVE., APT 2E
FREEPORT, NY 11520

Claim Number: 5318
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|-----------|----------|-------------|

---

YAN, ELLEN
#B1405
61-20 GRAND CENTRAL PKWY
FOREST HILLS, NY 11375

Claim Number: 5319
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension

| UNSECURED | Claimed: | $0.00 UNDET |
|-----------|----------|-------------|

| | | |
|---|---|---|
| RAMIREZ, VICTORIA RIGNER<br>36 HARTFORD STREET<br>LINDENHURST, NY 11757 | | Claim Number: 5320<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $0.00   UNDET |
| MULLOOLY, PATRICK<br>153 CHESTNUT STREET<br>GARDEN CITY, NY 11530 | | Claim Number: 5321<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |
| REILLY, ELIZABETH C<br>PO BOX 437<br>WHEATLEY HEIGHTS, NY 11798 | | Claim Number: 5322<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |
| DANIELS, DIANE<br>5 JUNIPER ST.<br>HICKSVILLE, NY 11801 | | Claim Number: 5323<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |
| ORTEZ, ALBERTO M. JR.<br>22 FLORAL AVE.<br>HUNTINGTON, NY 11743 | | Claim Number: 5324<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | |
|---|---|---|
| SMITH, JAMES S.<br>15 COVERT ST<br>PORT WASHINGTON, NY 11050 | Claim Number: 5325<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| AMORIM, KEVIN C.<br>5 DAWN DR.<br>EAST NORTHPORT, NY 11731 | Claim Number: 5326<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
|---|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| SOLLITTO, PATRICIA<br>931 PARK DRIVE<br>WANTAGH, NY 11793 | Claim Number: 5327<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
|---|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| BURKE, DIANE E.<br>1506 SADDLE ROCK RD<br>HOLBROOK, NY 11741-4822 | Claim Number: 5328<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| LEVINE, NED<br>301 FRANKEL BLVD.<br>MERRICK, NY 11566 | Claim Number: 5329<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

CASSIDY, DAVID
3 LINCOLN STREET
GARDEN CITY, NY 11530

Claim Number: 5330
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

TOPPING, ROBIN
20 PENFIELD DRIVE
EAST NORTHPORT, NY 11731

Claim Number: 5331
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

MILLER, SANDRA H.
1 PERKINS AVE.
AMITYVILLE, NY 11701

Claim Number: 5332
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

SULLIVAN, EUGENE
74 COTTONWOOD LANE
WESTBURY, NY 11590

Claim Number: 5333
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

BROADSPIRE SERVICES INC.
1001 SUMMIT BOULEVARD
ATLANTA, GA 30319

Claim Number: 5335
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 8523 (03/30/2011)
Third Party Admin. of Insurance Programs

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| KENNEY, CRANE<br>1021 CHERRY ST<br>WINNETKA, IL 60093-2112 | Claim Number: 5337<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6833<br>Certain Compensation and benefits in certain scenarios |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| CHASE, PETER<br>2555 N. CLARK STREET , #1006<br>CHICAGO, IL 60614 | Claim Number: 5338<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10021 (10/19/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| RICE, CARL<br>615 PARKWOOD AVE<br>PARK RIDGE, IL 60068-2229 | Claim Number: 5339<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10021 (10/19/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| MCGUIRE, MARK E.<br>519 ORCHARD LANE<br>WINNETKA, IL 60093 | Claim Number: 5340<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10021 (10/19/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| VANN, BARNITA P.<br>PO BOX 359<br>CHICAGO, IL 60690 | Claim Number: 5425<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNDET |
|---|---|---|
| SECURED | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

---

| GRENESKO, DONALD C<br>130 THORN TREE LANE<br>WINNETKA, IL 60093 | Claim Number: 5426<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6862 |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| MAY, LIISA M.<br>15 SARATOGA ST<br>COMMACK, NY 11725 | Claim Number: 5427<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| PRIORITY | Claimed: | $0.00  UNDET |
|---|---|---|
| SECURED | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |

| ENRIQUEZ, RODGER, MANAGER<br>BUSINESS MAIL ENTRY - L.A. DISTRICT<br>UNITED STATES POSTAL SERVICE<br>7001 S. CENTRAL AVENUE<br>LOS ANGELES, CA 90052-9614 | Claim Number: 5432<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $625.00 |
|---|---|---|

| BORGARDT, JEFF<br>4250 N MARINE STE 2934<br>CHICAGO, IL 60613 | Claim Number: 5436<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
|---|---|

| PRIORITY | Claimed: | $1,750.00 |
|---|---|---|

| KNORR, THOMAS H., DCD<br>506 C RIDGE ROAD<br>WILMETTE, IL 60091 | Claim Number: 5437<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | | | | |
|---|---|---|---|---|---|
| CAMPBELL, BRIAN<br>418 MEADOW BROOK LANE<br>BIRMINGHAM, AL 35213 | | Claim Number: 5439<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $10,369.95 | | | |
| BRASS RING LLC<br>343 WINTER STREET<br>WALTHAM, MA 02451 | | Claim Number: 5440<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $19,526.00 | | | |
| DESOLA, JOSEPH<br>C/O BINDER & BINDER, P.C.<br>PATRICK BUSSE<br>300 RABRO DR SUITE 101<br>HAUPPAUGE, NY 11788 | | Claim Number: 5442<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $64,000.00 | Scheduled: | $0.00 UNDET | |
| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | | Claim Number: 5457<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 102 | | | |
| UNSECURED | Claimed: | $29,494,266.00 | | | |
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5534<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | | | |
| SECURED | Claimed: | $108,594.00 UNLIQ | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | |

| WESTERN PREFERRED LIFE INSURANCE LTD.<br>PO BOX 26800<br>AUSTIN, TX 78755-0800 | Claim Number: 5566<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|
| SECURED          Claimed: | $50,767.81 |
| BLOCK, DUANE L., DR.<br>BENEFICIARY CONTROLLED IRA<br>3699 BROOKSIDE DRIVE<br>BLOOMFIELD HILLS, MI 48302 | Claim Number: 5567<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| SECURED          Claimed: | $50,767.81 |
| RINKE, ROGER<br>REVOCABLE TRUST<br>C/O KEITH STARK,TRUSTEE<br>1111 W. LONG LAKE RD #202<br>TROY, MI 48098 | Claim Number: 5568<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| SECURED          Claimed: | $50,767.81 |
| JUDD, LIAM R.<br>IRREVOCABLE TRUST<br>C/O A.R. JUDD TRUSTEE<br>1592 REDDING<br>BIRMINGHAM, MI 48009 | Claim Number: 5569<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| SECURED          Claimed: | $25,383.91 |
| KAMINSKY, NEIL I.<br>IRA TRUST UAD 1-21-2000<br>4109 SILVERY MINNOW NW<br>ALBUQUERQUE, NM 87120 | Claim Number: 5570<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| SECURED          Claimed: | $35,537.47 |

| | | | | |
|---|---|---|---|---|
| CHAPMAN, WILLIAM G. & MARGARET ELAINE REVOCABLE TRUST 810 RIO GRANDE NW ALBUQUERQUE, NM 87114 | Claim Number: 5571 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 3013 (01/05/2010) | | | |
| SECURED | Claimed: | $101,535.63 | | |
| GRINSTEAD, MILDRED H, IRRA 211 BELMEAD LN. TYLER, TX 75701-5443 | Claim Number: 5572 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 3013 (01/05/2010) | | | |
| SECURED | Claimed: | $50,767.81 | | |
| MAYER, MOSES TRUST FBO ELIZABETH F. LIPPER 370 COOK STREET DENVER, CO 80206 | Claim Number: 5573 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 3013 (01/05/2010) | | | |
| SECURED | Claimed: | $35,537.47 | | |
| GE CAPITAL FLEET SERVICES C/O AARON N. CHAPIN REED SMITH LLP 10 S. WACKER DRIVE CHICAGO, IL 60606 | Claim Number: 5579 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY Comments: DOCKET: 2561 (11/13/2009) | | | |
| UNSECURED | Claimed: | $53,069.48 | | |
| SODEXO, INC. C/O ADRIENNE VADELL STURGES 6081 HAMILTON BOULEVARD ALLENTOWN, PA 18106 | Claim Number: 5581-04 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY Comments: DOCKET: 4102 (04/19/2010) | | | |
| UNSECURED | Claimed: | $2,048.49 | Scheduled: | $989.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| PALAGANO, THOMAS<br>4242 EAST-WEST HWY #817<br>CHEVY CHASE, MD 20815 | Claim Number: 5593<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $71,047.20 |
|---|---|---|

| CLARK STEVENS<br>2215 SANTA ANITA AVENUE<br>SIERRA MADRE, CA 91024 | Claim Number: 5597<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $3,671.09 |
|---|---|---|

| PERSONAL PLUS, INC.<br>SQUIRE, SANDERS & DEMPSEY LLP<br>C/O KELLY SINGER<br>40 N. CENTRAL AVE., # 2700<br>PHOENIX, AZ 85004 | Claim Number: 5606<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3526 (02/24/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| CLASSIFIED VENTURES, LLC<br>ATTN: CHIEF LEGAL OFFICER<br>175 W. JACKSON BLVD., 8TH FL<br>CHICAGO, IL 60604 | Claim Number: 5610<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|

| UNSECURED | Claimed: | $3,781,470.00 |
|---|---|---|

| RUSSIS, MARTHA<br>2817 KNOLLWOOD<br>GLENVIEW, IL 60025 | Claim Number: 5625<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $98,000.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| LAWRENCE S. LOESEL IRA ROLLOVER<br>324 WATER WARH LANE<br>TRAVERSE CITY, MI 49686-1079 | Claim Number: 5627<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| SECURED | Claimed: | $25,413.44 |
| LAURENCE P. SKENDZEL IRA ROLLOVER<br>10338 WESTERN HILLS DR.<br>TRAVERSE CITY, MI 49864 | Claim Number: 5628<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| SECURED | Claimed: | $40,661.50 |
| JOSEPH B. WORTMAN IRA<br>21400 HOOVER ROAD<br>WARREN, MI 48089 | Claim Number: 5629<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| SECURED | Claimed: | $50,826.88 |
| DEROY TESTAMENTARY FOUNDATION<br>26999 CENTRAL PARK BLVD., STE 166 N<br>SOUTHFIELD, MI 48076 | Claim Number: 5630<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| SECURED | Claimed: | $254,134.38 |
| THOMAS P. YOUNGBLOOD IRA<br>55 FORDCROFT STREET<br>GROSSE POINTE, MI 48236 | Claim Number: 5631<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| SECURED | Claimed: | $76,240.31 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| COMMUNITY ANESTHESIA ASSOCIATE P.C.<br>PROFIT SHARING PLAN<br>C/O LOUIS BOJAB TTEE<br>13379 WEST SHERBORN<br>CARMEL, IN 46032 | | Claim Number: 5632<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| SECURED | Claimed: | $71,157.63 |
| JOHN B. DOLVEN IRA<br>281 SOUTH PLAZA COURT<br>MT. PLEASANT, SC 29464 | | Claim Number: 5633<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| SECURED | Claimed: | $50,826.88 |
| MANRESA JESUIT RETREAT ENDOWMENT FUND<br>C/O THOMAS HCIRLEY<br>1390 QUARTON ROAD<br>BLOOMFIELD HILLS, MI 48034 | | Claim Number: 5634<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| SECURED | Claimed: | $25,413.44 |
| MONICA R. MOCERI REVOCABLE TRUST<br>3555 FOREST HILL RD<br>BLOOMFIELD HILLS, MI 48302 | | Claim Number: 5635<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| SECURED | Claimed: | $50,826.88 |
| COMMUNITY HOUSE PRESERVATION FUND, THE<br>380 SOUTH BATES<br>BIRMINGHAM, MI 48009-3366 | | Claim Number: 5636<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| SECURED | Claimed: | $25,413.44 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| MORTON S. COX, JR. IRA<br>P.O. BOX 590<br>PINCKNEY, MI 48169 | Claim Number: 5637<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| SECURED | Claimed: | $76,151.72 |
|---|---|---|

---

| RITA L. MARIHERIOI IRA<br>4633 TWIN FAWN LN<br>ORCHARD LAKE, MI 48324 | Claim Number: 5638<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| SECURED | Claimed: | $101,535.63 |
|---|---|---|

---

| FITZSIMONS, DENNIS<br>MCCORMICK TRIBUNE FOUNDATION<br>435 N. MICHIGAN AVENUE<br>CHICAGO, IL 60601 | Claim Number: 5639<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $11,636.56   UNLIQ |
|---|---|---|

---

| HOMFINDER, LLC<br>ATTN: TIMOTHY FAGAN, PRESIDENT & CEO<br>175 W. JAKCSON BLVD., 8TH FL<br>CHICAGO, IL 60604 | Claim Number: 5640<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|

| UNSECURED | Claimed: | $186,901.00 |
|---|---|---|

---

| ACE AMERICAN INSURANCE COMPANY<br>C/O MARGERY N. REED, ESQ<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | Claim Number: 5642<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $33,334,456.00   UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| YOST, WILLIAM<br>JAMES SORENSON, ESQ. AND D. TYLER VAN<br>LEUVEN, ESQ. AND CHAD D. HECKMAN, ESQ.<br>PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 5659<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5914 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | | | | |
| UNSECURED | Claimed: | $45,602.93 | | | | | |
| YOST, WILLIAM<br>JAMES SORENSON, ESQ. AND D. TYLER VAN<br>LEUVEN, ESQ. AND CHAD D. HECKMAN, ESQ.<br>PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 5660<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5914 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | | | | |
| UNSECURED | Claimed: | $9,444.35 | | | | | |
| PEREZ, ROBERT<br>JAMES SORENSON, ESQ. AND D. TYLER VAN<br>LEUVEN, ESQ. AND CHAD D. HECKMAN, ESQ.<br>PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 5661<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5914 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | | | | |
| UNSECURED | Claimed: | $68,701.71 | | | | | |
| USA MOBILITY<br>3000 TECHNOLOGY DR STE 400<br>PLANO, TX 75074 | | Claim Number: 5663<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | | |
| UNSECURED | Claimed: | $2,018.60 | Scheduled: | $1,568.60 | Allowed: | $1,568.60 |
| ROESSNER, BARBARA<br>ROME MCGUIGAN PC<br>JOHN F STROTHER<br>ONE STATE ST<br>HARTFORD, CT 06103 | | Claim Number: 5664<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| WASHINGTON STATE DEPT OF REVENUE<br>ATTN: SUSAN ROLAND<br>2101 4TH AVE, SUITE 1400<br>SEATTLE, WA 98121-2300 | Claim Number: 5670<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | |
| PRIORITY          Claimed: | $346.72 | |
| HOTCHKISS PEACOCK RANCH INC.<br>5990 SAN SIMEON CK RD<br>CAMBRIA, CA 93428 | Claim Number: 5679<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | |
| ADMINISTRATIVE     Claimed: | $5,000.00 | |
| FERRARO, MICHAEL<br>1255 LAKESHORE DRIVE<br>MASSAPEQUA PARK, NY 11762 | Claim Number: 5681<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY | |
| PRIORITY          Claimed: | $5,459.83 | |
| GUNTER, WANDA<br>185 CORNELL STREET<br>HEMPSTEAD, NY 11550 | Claim Number: 5682<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY | |
| PRIORITY          Claimed: | $8,937.93 | |
| KENNEDY, TIMOTHY<br>2075 CHARLES DRIVE<br>HELLERTOWN, PA 18055 | Claim Number: 5685<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $5,000.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

| | | | | | |
|---|---|---|---|---|---|
| KENNEDY, TIMOTHY<br>2075 CHARLES DRIVE<br>HELLERTOWN, PA 18055 | | Claim Number: 5686<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $383.49 | Scheduled: | $383.49 | |
| THEOBALD, EDWARD<br>5401 215 LANE NE<br>CEDAR, MN 55011 | | Claim Number: 5690<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $30,448.80 | | | |
| BANNON, MICHAEL<br>1022 4TH AVE<br>PROSPECT PARK, PA 19076 | | Claim Number: 5695<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $10,000.00 | | | |
| ERNST, VINCENT C.<br>2717 NW CLIFFVIEW<br>LEES SUMMIT, MO 64081 | | Claim Number: 5699<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $10,149.60 | | | |
| SPIECKER, FRANK<br>100 STREAM CT<br>CHALFONT, PA 18914 | | Claim Number: 5700<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $25,374.00 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| SCHMID, MIKE<br>14525 S ACUFF CT<br>OLATHE, KS 66062 | | Claim Number: 5701<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $50,748.00 |
| HILBORN, GENE<br>R/O IRA E*TRADE CUSTODIAN<br>13191 TRIPLE CROWN LOOP<br>GAINESVILLE, VA 20155 | | Claim Number: 5702<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $40,598.40 |
| CHARLES & MILDRED HILBORN REVOCABLE<br>TRUST - CHARLES GENE HILBORN JR. &<br>CHARLES GENE HILBORN TRUSTEES<br>1306 W 59TH AVE<br>PINE BLUFF, AR 71603 | | Claim Number: 5703<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $10,149.60 |
| KROPINSKI, MIKE<br>1530 HAMMAN DR<br>TROY, MI 48085 | | Claim Number: 5705<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $5,074.80 |
| GALLANT, JOHN<br>EMPLOYMENT LAWYERS GROUP<br>KARL GERBER<br>13418 VENTURA BLVD<br>SHERMAN OAKS, CA 91423 | | Claim Number: 5706<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| PRIORITY | Claimed: | $2,500,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | | |
|---|---|---|---|
| VAN HORN, PHILIP D<br>9948 MARNICE AVE.<br>TUJUNGA, CA 91042 | | Claim Number: 5713<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY | |

| PRIORITY | Claimed: | $6,283.77 | |
| SECURED | Claimed: | $0.00 | |

---

| NELSON, GARY H.<br>9299 MOORING CIRCLE<br>FORT MYERS, FL 33967 | | Claim Number: 5719<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |

| UNSECURED | Claimed: | $20,299.20 | |

---

| NELSON, GARY H.<br>9299 MOORING CIRCLE<br>FORT MYERS, FL 33967 | | Claim Number: 5720<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |

| UNSECURED | Claimed: | $19,284.24 | |

---

| NELSON, GARY H.<br>9299 MOORING CIRCLE<br>FORT MYERS, FL 33967 | | Claim Number: 5721<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |

| UNSECURED | Claimed: | $18,269.28 | |

---

| DIETER, SHARON L<br>1016 HAZEL LANE<br>BEL AIR, MD 21014 | | Claim Number: 5722<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Life insurance policy | |

| UNSECURED | Claimed: | $0.00   UNLIQ | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| DIETER, SHARON L.<br>1016 HAZEL LANE<br>BEL AIR, MD 21014 | | Claim Number: 5723<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Retiree medical benefits |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ |

| HOWLAND, VAUGHAN A.<br>4205 STATE HWY UNIT 5B<br>EASTHAM, MA 02642-2165 | | Claim Number: 5726<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|---|
| UNSECURED | Claimed: | $20,299.20 |

| FONG, PHILLIP<br>4512 N DELTA ST<br>ROSEMEAD, CA 91770 | | Claim Number: 5727<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Retiree medical benefits & life insurance |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ |

| NEWSDAY LLC<br>ATTN: DAVID KNIFFIN<br>235 PINELAWN RD<br>MELVILLE, NY 11747 | | Claim Number: 5765<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
|---|---|---|
| UNSECURED | Claimed: | $43,313.54 |

| NEWSDAY LLC<br>ATTN: DAVID KNIFFIN<br>235 PINELAWN RD<br>MELVILLE, NY 11747 | | Claim Number: 5766<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
|---|---|---|
| UNSECURED | Claimed: | $35,400.97 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| NEWSDAY LLC<br>ATTN: DAVID KNIFFIN<br>235 PINELAWN RD<br>MELVILLE, NY 11747 | | Claim Number: 5767<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| UNSECURED | Claimed: | $13,249.87 |
| STEWART, ROBERT<br>PO BOX 3834<br>LAKEWOOD, CA 90711 | | Claim Number: 5773<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
| PRIORITY | Claimed: | $468.21 |
| POMMREHN, WILLIAM<br>202 SETTLERS DR<br>CEDAR PARK, TX 78613 | | Claim Number: 5779<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $10,149.60 |
| REYES, ELIEZER<br>444 SCREVIN AVE<br>BRONX, NY 10473 | | Claim Number: 5782<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| PRIORITY | Claimed: | $0.00  UNDET |
| CAWLEY CHICAGO PORTFOLIO, LLC<br>C/O EKL WILLIAMS PLLC<br>901 WARRENVILLE ROAD #175<br>LISLE, IL 60532 | | Claim Number: 5785<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5071 (07/19/2010) |
| UNSECURED | Claimed: | $75,649.06 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | | | | |
|---|---|---|---|---|---|
| STABILE, KAREW<br>194 KILBURN RD<br>GARDEN CITY, NY 11530 | | Claim Number: 5786<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| SIDHRA, NILAMBAR K.<br>1427 VISTA CREEK DRIVE<br>ROSEVILLE, CA 95661 | | Claim Number: 5787<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $101,496.00 | | | |
| COOK, STANTON<br>222 RALEIGH ROAD<br>KENILWORTH, IL 60043 | | Claim Number: 5788<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,225,000.00 | Scheduled: | $830,177.18 UNLIQ | |
| TIERNAN, AUDREY<br>46 NORTH COURT<br>ROSLYN HEIGHTS, NY 11577 | | Claim Number: 5789<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| DOROTHY DZIADZIO<br>516 W BRIAR PL APT 2-A<br>CHICAGO, IL 60657-4637 | | Claim Number: 5790<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5914 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | | |
| UNSECURED | Claimed: | $12,000.00 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | |
|---|---|---|---|---|---|
| ANGEL COVERS<br>PO BOX 6891<br>BROOMFIELD, CO 80021 | | Claim Number: 5791<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | |
| POLLARD, DONALD E. LIVING TRUST U/A<br>DONALD E. POLLARD AND VICKIE E. POLLARD<br>TRUSTEES<br>14250 ROYAL HARBOUR COURT #918<br>FORT MYERS, FL 33908 | | Claim Number: 5793<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $7,104.72 | | | |
| HOARD, ROBERT<br>2333 VILLARET DR.<br>HUNTSVILLE, AL 35803 | | Claim Number: 5794<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $10,149.60 | | | |
| ZEEK FAMILY TRUST<br>575 GOLDEN HAWK DR<br>PRESCOTT, AZ 86301 | | Claim Number: 5798<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $71,046.20 | | | |
| BEARD, ARTHUR<br>3569 KARIYA DR<br>MISSISSAUGA, ON L5B 3J2<br>CANADA | | Claim Number: 5805<br>Claim Date: 06/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for $241.81/month for life | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $241.81 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| BEARD, ARTHUR | Claim Number: 5806 |
| 3569 KARIYA DR | Claim Date: 06/17/2009 |
| MISSISSAUGA, ON L5B 3J2 | Debtor: TRIBUNE COMPANY |
| CANADA | Comments: POSSIBLE DUPLICATE OF 5805 |
| | Claimant asserts $241.81 per month for life. |

| UNSECURED | Claimed: | $0.00   UNLIQ |

| BARTZ, JAROLD M. | Claim Number: 5810 |
| 650 AURORA AVE. | Claim Date: 06/17/2009 |
| SANTA BARBARA, CA 93109 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $202,992.00 |

| HOWARD COUNTY, MARYLAND | Claim Number: 5818 |
| MARAGARET ANN NOLAN & CAMELA J. SANDMANN | Claim Date: 06/01/2009 |
| HOWARD COUNTY OFFICE OF LAW | Debtor: TRIBUNE COMPANY |
| 3430 COURTHOUSE DRIVE | |
| ELLICOTT CITY, MD 21043 | |

| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $135.55 |

| HOWARD COUNTY, MARYLAND | Claim Number: 5819 |
| MARAGARET ANN NOLAN & CAMELA J. SANDMANN | Claim Date: 06/01/2009 |
| HOWARD COUNTY OFFICE OF LAW | Debtor: TRIBUNE COMPANY |
| 3430 COURTHOUSE DRIVE | |
| ELLICOTT CITY, MD 21043 | |

| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $15.88 |

| HOWARD COUNTY, MARYLAND | Claim Number: 5820 |
| MARAGARET ANN NOLAN & CAMELA J. SANDMANN | Claim Date: 06/01/2009 |
| HOWARD COUNTY OFFICE OF LAW | Debtor: TRIBUNE COMPANY |
| 3430 COURTHOUSE DRIVE | |
| ELLICOTT CITY, MD 21043 | |

| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $573.68 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

MILAN, JOHN M., AS TRUSTEE
THE JOHN M. MILAN AND DIANE N. MILAN
LIVING TRUST
7520 CARMENITA LN
WEST HILLS, CA 91304

Claim Number: 5822
Claim Date: 06/13/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,975.00 |
|---|---|---|

RYDER TRUCK RENTAL, INC.
ATTN: JENNIFER MORRIS
6000 WINDWARD PARKWAY
ALPHARETTA, GA 30005

Claim Number: 5824
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $367,503.93 |
|---|---|---|

SWARTZ, CONRAD
12911 NW 25TH COURT
VANCOUVER, WA 98685

Claim Number: 5827
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $81,196.80 |
|---|---|---|

CAWLEY CHICAGO PORTFOLIO, LLC
C/O EKL WILLIAMS PLLC
901 WARRENVILLE ROAD # 175
LISLE, IL 60532

Claim Number: 5830
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $75,649.06 |
|---|---|---|

ASM CAPITAL
7600 JERICHO TURNPIKE
SUITE 302
WOODBURY, NY 11797

Claim Number: 5832
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

| UNSECURED | Claimed: | $11,869.04 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| UB PROPERTY LLC<br>ATTN: KIM NELSON<br>PO BOX 58746<br>SEATTLE, WA 98138 | Claim Number: 5833<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $488.06 |
|---|---|---|

---

| JCPENNEY CORPORATION, INC.<br>C/O ANGIE JENSEN, MS 1122<br>LEGAL DEPT<br>6501 LEGACY DRIVE<br>PLANO, TX 75024 | Claim Number: 5834<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $33,583.32 |
|---|---|---|

---

| INDIANA AMERICAN WATER (IN AMERICAN WATE<br>1410 DISCOVERY PARKWAY<br>PO BOX 578<br>ALTON, IL 62002 | Claim Number: 5841<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $116.16 |
|---|---|---|

---

| INDIANA AMERICAN WATER (IN AMERICAN WATE<br>1410 DISCOVERY PARKWAY<br>PO BOX 578<br>ALTON, IL 62002 | Claim Number: 5842<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $168.88 |
|---|---|---|

---

| CANZONERI MCCORMICK, JO ANNA<br>342 N ATLANTIC BLVD<br>ALHAMBRA, CA 91801-2217 | Claim Number: 5844<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3186 (01/25/2010) |
|---|---|

| SECURED | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $50,000,000,000.00 | UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | |
|---|---|---|---|---|---|
| CRABHOUSE OF DOUGLASTON, INC.<br>D/B/A DOUGLASTON MANOR<br>CO GIAIMO ASSOCIATES LLP, ATTN: J GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5851<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | | |
| UNSECURED | Claimed: | $255,000.00 | Scheduled: | $0.00 UNLIQ | |
| AZIM FAKIR, DBA Z DISTRIBUTION, INC.<br>C/O GIAMO ASSOCIATES LLP<br>ATTN: JOSEPH O. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5854<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | | |
| UNSECURED | Claimed: | $112,118.32 | Scheduled: | $0.00 UNLIQ | |
| LAURENCE FURNELL, DBA LAURENCE FURNELL,<br>INC.<br>C/O GIAMO ASSOCIATES LLP; ATTN: J GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5855<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | | |
| UNSECURED | Claimed: | $330,593.00 | Scheduled: | $0.00 UNLIQ | |
| THOMPSON, JAMES, DBA J&L AMERICAN<br>ENTERPRISES, LTD.<br>CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5856<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | | |
| UNSECURED | Claimed: | $119,080.00 | Scheduled: | $0.00 UNLIQ | |
| AMBROSE,JOHN DBA HOME RUN<br>DISTRIBUTIONS, INC.<br>CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5857<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | | |
| UNSECURED | Claimed: | $109,749.64 | Scheduled: | $0.00 UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | |
|---|---|---|---|---|
| CICCOTTO, WILLIAM, DBA WDC<br>C/O GIAMO ASSOCIATES LLP<br>ATTN: JOSEPH O. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5858<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| UNSECURED        Claimed: | $104,777.46 | Scheduled: | $0.00 UNLIQ | |
| VON WEIDING, MARK, DBA PJT DELIVERY<br>SERVICE, INC.<br>CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5859<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| UNSECURED        Claimed: | $140,753.78 | Scheduled: | $0.00 UNLIQ | |
| SMITH, THERESA, DBA ME-2-U DELIVERY<br>SERVICE<br>CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5860<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| UNSECURED        Claimed: | $242,265.28 | Scheduled: | $0.00 UNLIQ | |
| SALAMONE, SALVATOER, DBA S.A.K.<br>DISTRIBUTION, INC.<br>CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5861<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| UNSECURED        Claimed: | $156,087.04 | Scheduled: | $0.00 UNLIQ | |
| AUGUGULIARO, JOSEPH,<br>INC.<br>CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5862<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| UNSECURED        Claimed: | $106,108.10 | Scheduled: | $0.00 UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

| | | | | | |
|---|---|---|---|---|---|
| KAY, JOHN M., DBA KAY DELIVERY, INC.<br>C/O GIAMO ASSOCIATES LLP<br>ATTN: JOSEPH O. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5863<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | | |
| UNSECURED | Claimed: | $122,899.23 | Scheduled: | $0.00  UNLIQ | |
| NAKELSKI, CHESTER, DBA C.J. NAKELSKI,<br>INC.<br>CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5864<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | | |
| UNSECURED | Claimed: | $57,044.00 | Scheduled: | $0.00  UNLIQ | |
| DELUCA, SOUTH SHORE NEWS, INC.<br>C/O GIAMO ASSOCIATES LLP<br>ATTN: JOSEPH O. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5865<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | | |
| UNSECURED | Claimed: | $140,760.86 | Scheduled: | $0.00  UNLIQ | |
| WOOD, JIM - AUDITOR OF STATE<br>UNCLAIMED PROPERTY DIVISION<br>PO BOX 251920<br>LITTLE ROCK, AR 72225-1920 | Claim Number: 5866<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| PRIORITY | Claimed: | $0.00   UNDET | | | |
| KENT, DAVID H.<br>22347 KENT LANE<br>GRAND RAPIDS, MN 55744 | Claim Number: 5874<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $209.44 | | | |
| UNSECURED | Claimed: | $14,000.00 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | |
|---|---|---|---|---|---|
| HYLAND-SAVAGE,GAIL R.<br>24 VIA CAPRI<br>RANCHO PALOS VERDES, CA 90275 | | Claim Number: 5875<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $5,779.00 | Scheduled: | $5,779.00 UNLIQ | |
| MILLER, JERRY H.<br>924 MOUNTAIN TERRACE<br>HURST, TX 76053 | | Claim Number: 5877<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $202,992.00 | | | |
| WILSON, ROBERT M.<br>3556 HAMPSHIRE DR.<br>BIRMINGHAM, AL 35223 | | Claim Number: 5878<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $5,074.80 | | | |
| BIRKENTALL, ROBERT<br>947 NORTH HUMPHREY AVENUE<br>OAK PARK, IL 60302 | | Claim Number: 5881<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8523 (03/30/2011) | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $22,350.00 | | | |
| HENDRY, WILLIAM T.<br>1000 MIDNIGHT PASS<br>ROCKWALL, TX 75087 | | Claim Number: 5885<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| PRIORITY | Claimed: | $30,460.78 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | |
|---|---|---|---|---|---|
| ROEDER, EDWARD<br>JAMES B. WILCOX, JR. PLLC<br>JAMES B. WILCOX, JR.<br>2900 P. STREET N.W.<br>WASHINGTON, DC 20007 | | Claim Number: 5886<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| SECURED | Claimed: | $0.00 UNDET | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | |
| SOUTH SHORE MEDICAL SALES & SVCS LLC PSP<br>2286 BRIGHAM ST APT 2F<br>BROOKLYN, NY 11229-6116 | | Claim Number: 5896<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $20,299.60 | | | |
| MEBT HOLDING LLC<br>2 GRAPEVINE LANE<br>BLOOMINGTON, IL 61704 | | Claim Number: 5897<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| SECURED | Claimed: | $54,000.00 | | | |
| UNSECURED | Claimed: | $0.00 | | | |
| BRINK, JENNY L.<br>STONERIDGE RETIREMENT CENTER<br>186 JERRY BROWNE ROAD, UNIT # 5406<br>MYSTIC, CT 06355 | | Claim Number: 5898<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claimant asserts $1,233.48 monthly pension | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | |
| BRINK, JENNY L.<br>STONERIDGE RETIREMENT CENTER<br>186 JERRY BROWNE ROAD, UNIT # 5406<br>MYSTIC, CT 06355 | | Claim Number: 5899<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10021 (10/19/2011) | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $67,116.00 UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| CATANIA, ROBERT | Claim Number: 5900 |
| P.O. BOX 1486 | Claim Date: 06/19/2009 |
| AGOURA HILLS, CA 91376-1486 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $174.00 |

---

| DANIEL J. HURLEY RESID. TRUST | Claim Number: 5908 |
| W.A. BAKER, TRUSTEE | Claim Date: 06/19/2009 |
| 83 EAGLE RUN | Debtor: TRIBUNE COMPANY |
| S. WINDSOR, CT 06074 | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $15,224.40 |

---

| KENT, ROBERT W. & ELIZABETH A., TRUSTEES | Claim Number: 5909 |
| KENT FAMILY REVOCABLE TRUST | Claim Date: 06/19/2009 |
| U/A DATED 03/09/07 | Debtor: TRIBUNE COMPANY |
| 13084 FERNTAILS | Comments: EXPUNGED |
| ST. LOUIS, MO 63141 | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $5,238.95   UNLIQ |

---

| SCHMITZ, ANDREW J. | Claim Number: 5912 |
| 9530 DUFFNEY DR | Claim Date: 06/22/2009 |
| CORCORAN, MN 55374 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $18,000.00 |

---

| FMTC CUSTODIAN - ROTH IRA | Claim Number: 5916 |
| FBO JOANA L TABA | Claim Date: 06/22/2009 |
| 41-525 FLAMINGO ST | Debtor: TRIBUNE COMPANY |
| WAIMANALO, HI 96795-1134 | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $2,029.92 |

---

| UGI UTILITIES, INC.<br>225 MORGANTOWN RD<br>READING, PA 19612-1949 | | Claim Number: 5919<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
|---|---|---|
| UNSECURED | Claimed: | $36,994.82 |
| HUNTING, SUSAN K.<br>764 GLEN DR.<br>PO BOX 803<br>MOVILLE, IA 51039 | | Claim Number: 5920<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $7,210.90 |
| LEVINE, STANLEY H.<br>1209 MARSALIS WAY<br>CARY, NC 27519-7070 | | Claim Number: 5923<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $20,299.20 |
| WALL, ROBERT C. - IRA<br>CHARLES SCHWAB CUSTODIAN<br>10523 MISTY HILL RD<br>ORLAND PARK, IL 60462 | | Claim Number: 5924<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $76,122.00 |
| BRAMSON, ROBERT, MD. - IRA<br>PMB 169<br>139 CHARLES ST #A<br>BOSTON, MA 02114-3282 | | Claim Number: 5927<br>Claim Date: 06/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $92,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

ARROW MESSENGER SERVICE
1322 W WALTON STREET
CHICAGO, IL 60642-5340

Claim Number: 5931
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $83.31 | Scheduled: | $50.61 |
|---|---|---|---|---|

ANNAPOLIS WEST LIMITED PARTNERSHIP
RE: ANNAPOLIS 60 WEST ST
C/O THE LOUGHLIN MANAGEMENT GROUP
60 WEST ST., SUITE 204
ANNAPOLIS, MD 21401

Claim Number: 5933
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 7791 (02/04/2011)

| UNSECURED | Claimed: | $226,037.00 |
|---|---|---|

GOODMAN, THEODORE A.
THEODORE A. GOODMAN MD SEP-IRA
4348 BERRENDO DR.
SACRAMENTO, CA 95864

Claim Number: 5935
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $131,944.80 |
|---|---|---|

HALL, GARY D.
350 LONGWOOD PLACE
JONESBORO, GA 30236

Claim Number: 5936
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $40,598.40 |
|---|---|---|

FAIR LIQUIDITY PARTNERS, LLC
TRANSFEROR: CHRISTIE PARKER HALE, LLP
1777 SARATOGA AVE, SUITE #106
SAN JOSE, CA 95129

Claim Number: 5938
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $3,265.22 | Scheduled: | $3,265.22 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

| | | |
|---|---|---|
| FAY, DONALD<br>712 30TH AVE<br>SAN MATEO, CA 94403 | | Claim Number: 5944<br>Claim Date: 06/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $10,149.60 |
| RODRIGUEZ, NELSON JR.<br>5128 GOLDEN LANE<br>FORT WORTH, TX 76123 | | Claim Number: 5949<br>Claim Date: 06/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $30,448.80 |
| SAVETZ, BERNARD & LENORE<br>3450 LAWRENCE AVE<br>OCEANSIDE, NY | | Claim Number: 5950<br>Claim Date: 06/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $152,244.00 |
| PHELPS, CAROLE<br>175 TIMROD ROAD<br>MANCHESTER, CT 06040 | | Claim Number: 5951<br>Claim Date: 06/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| PRIORITY | Claimed: | $11,457.00 |
| UNSECURED | Claimed: | $1,488,543.00 |
| BRUCE, DONALD W.<br>3 RED OAK DR<br>BOILING SPRINGS, PA 17007 | | Claim Number: 5953<br>Claim Date: 06/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $15,224.40 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| KELLY, MARGARET<br>8250 BRENTWOOD CT<br>ARVADA, CO 80005 | | Claim Number: 5957<br>Claim Date: 06/25/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $10,149.60 |
| STRAIN, MARGARET M.<br>1665 SPINNAKER DR<br>ALPHARETTA, GA 30005 | | Claim Number: 5963<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $25,374.00 |
| PURI, SURRINDER K.<br>865 OAKDALE RD<br>ATLANTA, GA 30307 | | Claim Number: 5964<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $25,374.00 |
| HASSELL, PAMELA M.<br>269 MILL CREEK CT<br>ACWORTH, GA 30101 | | Claim Number: 5965<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $20,299.20 |
| ATALA, ONALA M.<br>157 THOREAU DR<br>PLAINSBORO, NJ 08536 | | Claim Number: 5966<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $20,299.20 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| MEYER, DANNY & KELLY<br>8891 LEE REEVES RD<br>TALLAHASSEE, FL 32309 | | Claim Number: 5967<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $60,897.60 |
| STAZAK, THOMAS W.<br>3950 SCHOONER RIDGE<br>ALPHARETTA, GA 30004 | | Claim Number: 5968<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $20,299.20 |
| BRUGGEMAN, DAN R.<br>126 E CHURCH ST<br>ADRIAN, MI 49221 | | Claim Number: 5969<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $91,346.40 |
| GARRETT, F. WALKER<br>787 BROADOAK LOOP<br>LAKE FOREST, FL 32771 | | Claim Number: 5970<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $40,598.40 |
| BOLLING, C.B.<br>410 PINE GROVE RD<br>ROSWELL, GA 30075 | | Claim Number: 5971<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $60,897.60 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| NYC DEPT. OF FINANCE, AUDIT DIVISION | Claim Number: 5972 |
| ATTN: BANKRUPTCY UNIT | Claim Date: 06/26/2009 |
| 345 ADAMS ST, 5TH FL | Debtor: TRIBUNE COMPANY |
| BROOKLYN, NY 11201 | Comments: |
| | Amends claim 3021 |

| PRIORITY | Claimed: | $1,830,123.00   UNLIQ |

---

| ACCOUNTEMPS | Claim Number: 5976 |
| 2613 CAMINO RAMON #3 | Claim Date: 06/22/2009 |
| SAN RAMON, CA 94583-9128 | Debtor: TRIBUNE COMPANY |
| | Comments: DOCKET: 7426 (01/07/2011) |
| | THIS CLAIM HAS BEEN SATISFIED |

| UNSECURED | Claimed: | $400.00 |

---

| TARRANT COUNTY | Claim Number: 5979 |
| C/O LINEBARGER BOGGAN BLAIR & SAMPSON, | Claim Date: 06/29/2009 |
| LLP; ATTN: ELIZABETH WELLER | Debtor: TRIBUNE COMPANY |
| 2323 BRYAN STREET, SUITE 1600 | Comments: WITHDRAWN |
| DALLAS, TX 75201-2691 | DOCKET: 4782 (06/14/2010) |

| ADMINISTRATIVE | Claimed: | $21.05   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |

---

| DALLAS COUNTY | Claim Number: 5981 |
| C/O LINEBARGER GOGGAN BLAIR & SAMPSON, | Claim Date: 06/29/2009 |
| LLP; ATTN: ELIZABETH WELLER | Debtor: TRIBUNE COMPANY |
| 2323 BRYAN STREET SUITE 1600 | Comments: DOCKET: 5913 (07/21/2011) |
| DALLAS, TX 75201 | THIS CLAIM HAS BEEN SATISFIED |

| ADMINISTRATIVE | Claimed: | $44,895.89   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |

---

| HIRAM ELECTRICAL CONTRACTOR | Claim Number: 5983 |
| 1351 W FOSTER AVE | Claim Date: 06/29/2009 |
| CHICAGO, IL 60640 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $6,970.93 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| FEDCOM CREDIT UNION<br>150 ANN ST NW<br>GRAND RAPIDS, MI 49505 | Claim Number: 5991<br>Claim Date: 06/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $515,505.21 |
| MATHIAS WASHINGTON COUNTY CHARITABLE<br>TRUST, THE<br>12019 BAYER DRIVE<br>SMITHSBURG, MD 21783 | Claim Number: 5992<br>Claim Date: 06/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $1,051,498.56 |
| RUSSELL, DAVID A & WANDA S, TTEES<br>RUSSELL LIVING TRUST U/D 8-25-97<br>738 LANINA PL<br>KIHEI, HI 96753-9311 | Claim Number: 5996<br>Claim Date: 06/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $25,374.00 |
| AT&T CORP.<br>AT&T SERVICE, INC.<br>ATTN: JOHN JACKSON, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 6009<br>Claim Date: 07/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED | Claimed: | $992,488.01 |
| GATEWAY PACIFIC PROPERTIES, INC.<br>C/O RONALD K BROWN, JR., LAW OFFICES OF<br>RONALD K BROWN, JR.<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660 | Claim Number: 6010<br>Claim Date: 07/01/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $171,906.50 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

| | | |
|---|---|---|
| TARRANT COUNTY<br>ATTN: E. WELLER; M. DEEDS; L. SPINDLER<br>LINEBARGER BOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201-2691 | | Claim Number: 6016<br>Claim Date: 06/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 4783 (06/14/2010) |
| ADMINISTRATIVE | Claimed: | $21.05  UNLIQ |
| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201-2691 | | Claim Number: 6018<br>Claim Date: 06/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
| ADMINISTRATIVE | Claimed: | $44,895.89  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |
| BARRETT, J LARRE<br>14 DRYPETES COURT EAST<br>HOMOSASSA, FL 34446 | | Claim Number: 6022<br>Claim Date: 07/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $7,496.00 |
| DURIE, MARCIA W.<br>1880 BAY ROAD #219<br>VERO BEACH, FL 32963 | | Claim Number: 6023<br>Claim Date: 07/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $39,108.40 |
| BARNBY, NANCY W.<br>CHARLES SCHWAB & CO. INC. CUSTODIAN<br>IRA ROLLOVER<br>169 SPRUCE AVE<br>MENLO PARK, CA 94025-3039 | | Claim Number: 6025<br>Claim Date: 07/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $45,673.20 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| WRIGHT,JULIE A<br>1990 MT. SHASTA DRIVE<br>SAN PEDRO, CA 90732 | | Claim Number: 6030<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET |

---

| DOWNES, BRIAN P.<br>PO BOX 518<br>WINTERSET, IA 50273 | | Claim Number: 6031<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for $419.20/month for life |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| BALLINGER, BRENT<br>5804 WOODLAND RD<br>BARTLESVILLE, OK 74006 | | Claim Number: 6032<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|---|
| UNSECURED | Claimed: | $1,014,960.00 |

---

| MORGAN, MARY T<br>1 LAFAYETTE ST<br>HUDSON FALLS, NY 12839 | | Claim Number: 6033<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET |

---

| HOFFNER, CONRAD C.<br>2430 SODERBLOM AVE<br>SAN DIEGO, CA 92122 | | Claim Number: 6034<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|---|
| UNSECURED | Claimed: | $8,119.68 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | |
|---|---|---|
| GREGORAC, ROBERT J.<br>1722 BUCHANAN DR.<br>AMES, IA 50010 | | Claim Number: 6050<br>Claim Date: 07/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $25,374.00 |
|---|---|---|

| | | |
|---|---|---|
| VELAPOLDI, FRANK M.<br>24304 KINTAIL CT<br>PORT CHARLOTTE, FL 33980 | | Claim Number: 6051<br>Claim Date: 07/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $10,149.60 |
|---|---|---|

| | | |
|---|---|---|
| CORNER LLC<br>C/O PENELOPE PARMES<br>RUTAN & TUCKER LLP<br>611 ANTON BLVD., 14TH FLOOR<br>COSTA MESA, CA 92626 | | Claim Number: 6054<br>Claim Date: 07/10/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $25,480.00 |
|---|---|---|

| | | |
|---|---|---|
| STEVENS, THOMAS<br>1801 MICHAELS CT<br>HENDERSON, NV 89014 | | Claim Number: 6058<br>Claim Date: 07/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $2,200.00 |
|---|---|---|

| | | |
|---|---|---|
| SPRECK CORP., A CALIFORNIA CORPORATION<br>SPRECKELS BUILDING<br>121 BROADWAY, SUITE 600<br>SAN DIEGO, CA 92101 | | Claim Number: 6062<br>Claim Date: 07/13/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $4,475.66 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER                                                                      Date: 12/06/2011
Numerical Claims Register for The Tribune Company (08-13141)

---

| NAPER SMALL BUSINESS, LLC<br>1805 HIGH GROVE LANE<br>NAPERVILLE, IL 60540 | Claim Number: 6081<br>Claim Date: 07/13/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $40,636.70 |
|---|---|---|

| ZERWEKH, JAMES D<br>401 CLEARWATER DR<br>PONTE VEDRA, FL 32082-4176 | Claim Number: 6083<br>Claim Date: 07/13/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $453.59 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $453.59 |

| DEE, ELIZABETH<br>1217 DUBOIS CT.<br>KIRKWOOD, MO 63122 | Claim Number: 6100<br>Claim Date: 07/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| PRIORITY | Claimed: | $17,000.00  UNLIQ |
|---|---|---|
| SECURED | Claimed: | $17,000.00  UNLIQ |
| TOTAL | Claimed: | $17,000.00  UNLIQ |

| LIEBL, ALFRED R.<br>2820 ANTIOCH CHURCH ROAD<br>WATKINSVILLE, GA 30677 | Claim Number: 6103<br>Claim Date: 07/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $4,059.84 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| ISAKSEN INVESTMENTS LLC<br>RE: ARLETA 9351 LAUREL CANYON<br>7250 FRANKLIN AVE, STE 1108<br>LOS ANGELES, CA 90046 | Claim Number: 6113<br>Claim Date: 07/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $94,047.00 |
|---|---|---|

---

| CADAVID-RUIZ, ESPERANZA<br>C/O GIAIMO ASSOCIATES, LLP<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 6114<br>Claim Date: 07/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $150,732.00 |
|---|---|---|

---

| MATILLA SURVIVORS TRUST<br>SHIRLEY MATILLA AS SOLE TRUSTEE<br>ERIC P ISRAEL / DANNIN GILL DIAMOND<br>2029 CENTURY PARK EAST, THIRD FLOOR<br>LOS ANGELES, CA 900678 | Claim Number: 6118<br>Claim Date: 07/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) |
|---|---|

| UNSECURED | Claimed: | $159,162.04 |
|---|---|---|

---

| WHITEHALL JEWELERS HOLDINGS, INC., ET AL<br>C/O ASK FINANCIAL LLP<br>2600 EAGAN WOODS DRIVE, SUITE 400<br>EAGAN, MN 55121 | Claim Number: 6124<br>Claim Date: 07/17/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $29,470.89 |
|---|---|---|

---

| TALL OAKS KENNEL, LLC<br>C/O ELAINE PERKINS<br>PO BOX 53<br>ATTN: ELAINE PERKINS<br>WHITMORE LAKE, MI 48189 | Claim Number: 6133<br>Claim Date: 07/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) |
|---|---|

| UNSECURED | Claimed: | $181.60 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

PURJES, DAN
60 SUTTON PLACE SOUTH
NEW YORK, NY 10022

Claim Number: 6135
Claim Date: 07/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

---

MATILLA SURVIVOR TRUST, THE
C/O PATRICIA MORRIS
DANNING GILL DIAMOND & KOLLITZ, LLP
2029 CENTURY PARK EAST, THIRD FLOOR
LOS ANGELES, CA 90067

Claim Number: 6139
Claim Date: 07/24/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $8,937.53 |
|---|---|---|

---

HOPKINS, ELIZABETH
1014 N. 3RD ST.
CLINTON, IA 52732

Claim Number: 6146
Claim Date: 08/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $5,243.75 |
|---|---|---|

---

PITNEY BOWES GLOBAL FINANCIAL SERVICES
ATTN: RECOVERY DEPARTMENT
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

Claim Number: 6154
Claim Date: 07/31/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $16,282.18 |
|---|---|---|

---

WILLETTE, MARCIA, AS GUARDIAN AND
NATURAL MOTHER OF ZACHERY MITZKOVITZ
69 PECAN RUN, STE 5623
OCALA, FL 34472

Claim Number: 6160
Claim Date: 08/10/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $111,043.24 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

SIEMENS BUILDING TECHNOLOGIES
580 SLAWIN COURT
MOUNT PROSPECT, IL 60056

Claim Number: 6161
Claim Date: 08/13/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,013.42 | | |
| UNSECURED | Claimed: | $1,835.00 | Scheduled: | $1,835.00 |

CARBAJAL, ROSA
C/O GIAIMO ASSOCIATES, LLP
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 6164
Claim Date: 08/13/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $98,000.00 |

MADISON CORPORATE GROUP, INC., AS AGENT
OF CRYSTAL LAKE LIMITED PARTNERSHIP
650 ROOSEVELT ROAD, SUITE 204
GLEN ELLYN, IL 60137

Claim Number: 6165
Claim Date: 08/07/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $99,168.00 |

ADT SECURITY SERVICES
14200 E EXPOSITION AVENUE
AURORA, CO 80012

Claim Number: 6166
Claim Date: 08/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,129.66 |

PEOPLES GAS LIGHT & CO.
NORTH SHORE GAS CO.
130 E. RANDOLPH DR
CHICAGO, IL 60601

Claim Number: 6187
Claim Date: 08/25/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $49,607.51 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| AT&T CORP.<br>JAMES GRUDUS, ESQ.<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 6191<br>Claim Date: 09/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED          Claimed: | $1,011,939.62 | |
| CHEN, MARIA & CHONG, DANIEL<br>7 PANDAN VALLEY<br>#07-502 POINCIANA TOWER<br>597631<br>SINGAPORE | Claim Number: 6193<br>Claim Date: 09/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $16,239.36 | |
| AT&T DBA BELLSOUTH ADVERTISING &<br>PUBLISHING<br>600 N POINT PKWY<br>ALPHARETTA, GA 30005 | Claim Number: 6198<br>Claim Date: 09/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 619 | |
| UNSECURED          Claimed: | $70,911.30 | |
| HOPKINS, ELIZABETH<br>1014 N. 3RD ST.<br>CLINTON, IA 52732 | Claim Number: 6202<br>Claim Date: 09/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $10,487.50 | |
| WEST EAST LIMITED PARTNERSHIP<br>C/O ITSKOWITCH<br>602 NORTH ALPINE DRIVE<br>BEVERLY HILLS, CA 90210 | Claim Number: 6205<br>Claim Date: 09/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $10,149.60 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 | Claim Number: 6213 Claim Date: 09/04/2009 Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY Comments: Amends claim 478 | |
| PRIORITY | Claimed: | $0.00 |
| ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 | Claim Number: 6214 Claim Date: 09/04/2009 Debtor: HOY PUBLICATIONS, LLC Comments: Amends claim 411 | |
| PRIORITY | Claimed: | $0.00 |
| ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 | Claim Number: 6215 Claim Date: 09/04/2009 Debtor: TRIBUNE MEDIA SERVICES, INC. Comments: Amends claim 403 | |
| PRIORITY | Claimed: | $0.00 |
| ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 | Claim Number: 6216 Claim Date: 09/04/2009 Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC Comments: Amends claim 413 | |
| PRIORITY | Claimed: | $0.00 |
| GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | Claim Number: 6235 Claim Date: 09/17/2009 Debtor: TRIBUNE COMPANY Comments: Amends claim 995 | |
| PRIORITY | Claimed: | $17.30 |
| SECURED | Claimed: | $780,789.00 |
| UNSECURED | Claimed: | $1.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| VERIZON COMMUNICATIONS INC | Claim Number: 6243 |
| DARRYL S. LADDIN, ESQ. | Claim Date: 09/18/2009 |
| ARNALL GOLDEN GREGORY LLP | Debtor: TRIBUNE COMPANY |
| 171  17TH STREET NW, SUITE 2100 | Comments: |
| ATLANTA, GA 30363-1031 | Replaces claim 399 & 4985 |

| UNSECURED | Claimed: | $66,261.65 |

---

| THE L & M FAMILY TRUST | Claim Number: 6247 |
| BRUCE TIEGS OR PAULA TIEGS, CO TRUSTEES | Claim Date: 09/21/2009 |
| PO BOX 429 | Debtor: TRIBUNE COMPANY |
| GREEN LEAF, ID 83626 | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| ADMINISTRATIVE | Claimed: | $748.00 |
| UNSECURED | Claimed: | $50,000.00 |

---

| DEPARTMENT OF THE TREASURY | Claim Number: 6254 |
| INTERNAL REVENUE SERVICE | Claim Date: 09/24/2009 |
| P.O. BOX 21126 | Debtor: TRIBUNE COMPANY |
| PHILADELPHIA, PA 19114 | |

| PRIORITY | Claimed: | $314,482,945.74 |
| SECURED | Claimed: | $34,201,261.49 |
| UNSECURED | Claimed: | $3,004,586.75 |

---

| MEIER, ANDREW | Claim Number: 6263 |
| 430 HENRY ST NO.2 | Claim Date: 10/01/2009 |
| BROOKLYN, NY 11231 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 4774 (06/14/2010) |

| UNSECURED | Claimed: | $500.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| MEIER, ANDREW<br>430 HENRY STREET., # 2<br>BROOKLYN, NY 11231 | Claim Number: 6264<br>Claim Date: 10/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | |
| UNSECURED         Claimed: | $500.00 | |
| ROBERT C WALL, IRA<br>CHARLES SCHWAB CUSTODIAN<br>10523 MISTY HILL RD<br>ORLAND PARK, IL 60462 | Claim Number: 6266<br>Claim Date: 10/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| UNSECURED         Claimed: | $76,122.00 | |
| PEOPLES GAS LIGHT AND COKE CO.<br>NORTH SHORE GAS CO.<br>130 E. RANDOLPH DR.<br>CHICAGO, IL 60601 | Claim Number: 6270<br>Claim Date: 09/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | |
| UNSECURED         Claimed: | $52,809.15 | |
| HENDERSON, LAURA W.<br>106 GREAT LAKE DR.<br>CARY, NC 27519 | Claim Number: 6271<br>Claim Date: 09/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| UNSECURED         Claimed: | $15,224.40 | |
| YEAGER, ROBERT B.<br>1672 RICHLAND RD<br>SPRING VALLEY, OH 45370 | Claim Number: 6272<br>Claim Date: 10/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| UNSECURED         Claimed: | $50,186.41 | |

| | | |
|---|---|---|
| WANG, ZHONG<br>7312 RAINBOW DR<br>CUPERTINO, CA 95014 | Claim Number: 6290<br>Claim Date: 10/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| UNSECURED          Claimed: | $1,000.00 | |
| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET CNPT 20<br>HOUSTON, TX 77002 | Claim Number: 6291<br>Claim Date: 10/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) | |
| UNSECURED          Claimed: | $93,012.48 | |
| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET CNPT 20<br>HOUSTON, TX 77002 | Claim Number: 6292<br>Claim Date: 10/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) | |
| UNSECURED          Claimed: | $16,458.46 | |
| TRANSNATIONAL TRADING INC.<br>A.A. 85656<br>BOGOTA,<br>COLOMBIA | Claim Number: 6295<br>Claim Date: 10/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| UNSECURED          Claimed: | $40,598.40 | |
| BRIDGEPORT U.S.A. CORPORATION<br>D/B/A POLO CAFE & CATERING<br>BRDGEPORT USA<br>3322 S. MORGAN ST.<br>CHICAGO, IL 60608 | Claim Number: 6304<br>Claim Date: 10/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) | |
| ADMINISTRATIVE          Claimed: | $5,512.28 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

TW TELECOM INC
10475 PARK MEADOWS DRIVE
LITTLETON, CO 80124

Claim Number: 6306
Claim Date: 10/19/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $11,641.97 | | |
| UNSECURED | Claimed: | $17,943.95 | | |

AT & T CORP
JAMES GRUDUS, ESQ
AT & T SERVICES, INC.
ONE AT & T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 6309
Claim Date: 10/23/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6641
This claim amends claim 6191

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $620,015.62 | Scheduled: | $253,631.81 |

CENTERPOINT ENERGY SERVICES, INC.
1111 LOUISIANA STREET CNPT 20
HOUSTON, TX 77002

Claim Number: 6310
Claim Date: 10/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3802 (03/22/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $34,888.11 |

GILMARTIN, JOHN
293 MURRAY HILL TERR
APT 318
BERGENFIELD, NJ 07621

Claim Number: 6311
Claim Date: 10/23/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $436.00 | | |
| UNSECURED | Claimed: | $436.00 | Scheduled: | $436.00 UNLIQ |
| TOTAL | Claimed: | $436.00 | | |

| | | |
|---|---|---|
| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 6313<br>Claim Date: 10/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) | |
| ADMINISTRATIVE | Claimed: | $11,641.97 |
| UNSECURED | Claimed: | $17,943.95 |
| HUTCHISON, GLEN<br>3827 E 3RD ST #59<br>TUCSON, AZ 85716 | Claim Number: 6318<br>Claim Date: 10/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | |
| UNSECURED | Claimed: | $10,000.00 |
| PPF OFF TWO PARK AVE OWNER, LLC<br>C/O MORGAN STANLEY INC.<br>ATTN: MARIA BLAKE<br>1585 BROADWAY<br>NEW YORK, NY 10036 | Claim Number: 6319<br>Claim Date: 10/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends Claim number 3407 from 6/2/09 | |
| UNSECURED | Claimed: | $1,700,000.00 |
| WATER DEPARTMENT OF PHILADELPHIA<br>C/O ASHLEY M. CHAN, ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103 | Claim Number: 6336<br>Claim Date: 11/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | |
| SECURED | Claimed: | $134.80 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | Claim Number: 6337<br>Claim Date: 11/23/2009<br>Debtor: TRIBUNE COMPANY | |
| PRIORITY | Claimed: | $397.80 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

TOGUT, ALBERT
CHAPTER 7 TRUSTEE OF PLVTZ, INC.
TOGUT, SEGAL & SEGAL LLP., ATTN: NEIL
BERGER, ESQ., ONE PENN PLAZA, SUITE 3335
NEW YORK, NY 10119

Claim Number: 6343
Claim Date: 12/17/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5434 (08/19/2010)

| UNSECURED | Claimed: | $413,581.99 |
|---|---|---|

---

SAFECO INSURANCE COMPANY OF AMERICA
C/O T. SCOTT LEO
LEO & WEBER, PC
1 N. LASALLE ST., STE 3600
CHICAGO, IL 60602

Claim Number: 6370
Claim Date: 01/15/2010
Debtor: TRIBUNE COMPANY
Comments:
Amends claim 4443

| UNSECURED | Claimed: | $19,844,866.20   CONT |
|---|---|---|

---

CENTERPOINT ENERGY SERVICES, INC.
1111 LOUISIANA STREET
CNPT 46 ROOM 4661
ATTN: ROBERT CLAUDE
HOUSTON, TX 77002

Claim Number: 6377
Claim Date: 01/19/2010
Debtor: TRIBUNE COMPANY
Comments:
Amends Claim 6291.

| UNSECURED | Claimed: | $61,202.87 | Scheduled: | $75,693.39 |
|---|---|---|---|---|

---

HUTCHINSON, JOYCE F.
121 W CHESTNUT ST APT 3304
CHICAGO, IL 60610-3457

Claim Number: 6384
Claim Date: 01/26/2010
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $300,000.00   UNLIQ |
|---|---|---|

---

HUTCHINSON, JOYCE F.
16851 HARLEM AVENUE, UNIT 225
TINLEY PARK, IL 60477

Claim Number: 6385
Claim Date: 01/27/2010
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $300,000.00   UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

EGI-TRB, L.L.C
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6395
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 4654

| UNSECURED | Claimed: | $167,047,531.55 UNLIQ | Scheduled: | $167,047,531.55 |
|---|---|---|---|---|

TOWER CH, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6396
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3712

| UNSECURED | Claimed: | $336,143.45 UNLIQ | Scheduled: | $336,143.45 |
|---|---|---|---|---|

TOWER DC, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6397
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3713

| UNSECURED | Claimed: | $2,465,052.00 UNLIQ | Scheduled: | $2,465,052.00 |
|---|---|---|---|---|

TOWER DL, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGEN
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6398
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3714

| UNSECURED | Claimed: | $373,492.73 UNLIQ | Scheduled: | $373,492.73 |
|---|---|---|---|---|

TOWER EH, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHOIRZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6399
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3715

| UNSECURED | Claimed: | $2,780,639.16 UNLIQ | Scheduled: | $2,780,639.16 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| TOWER HZ, L.L.C. | Claim Number: 6400 | | |
|---|---|---|---|
| C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT | Claim Date: 03/05/2010 | | |
| ATTENTION: MARC D. HAUSER | Debtor: TRIBUNE COMPANY | | |
| TWO NORTH RIVERSIDE PLAZA, SUITE 600 | Comments: | | |
| CHICAGO, IL 60606 | amends claim 4394 | | |

| UNSECURED | Claimed: | $746,985.45   UNLIQ | Scheduled: | $746,985.45 |
|---|---|---|---|---|

| TOWER JB, L.L.C | Claim Number: 6401 | | |
|---|---|---|---|
| C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT | Claim Date: 03/05/2010 | | |
| ATTENTION: MARC D. HAUSER | Debtor: TRIBUNE COMPANY | | |
| TWO NORTH RIVERSIDE PLAZA, SUITE 600 | Comments: | | |
| CHICAGO, IL 60606 | amends claim 3717 | | |

| UNSECURED | Claimed: | $847,081.50   UNLIQ | Scheduled: | $847,081.50 |
|---|---|---|---|---|

| TOWER JK, L.L.C. | Claim Number: 6402 | | |
|---|---|---|---|
| C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT | Claim Date: 03/05/2010 | | |
| ATTENTION: MARC D. HAUSER | Debtor: TRIBUNE COMPANY | | |
| TWO NORTH RIVERSIDE PLAZA, SUITE 600 | Comments: | | |
| CHICAGO, IL 60606 | amends claim 3719 | | |

| UNSECURED | Claimed: | $3,475,787.56   UNLIQ | Scheduled: | $3,475,787.56 |
|---|---|---|---|---|

| TOWER JP, L.L.C. | Claim Number: 6403 | | |
|---|---|---|---|
| C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT | Claim Date: 03/05/2010 | | |
| ATTENTION: MARC D. HAUSER | Debtor: TRIBUNE COMPANY | | |
| TWO NORTH RIVERSIDE PLAZA, SUITE 600 | Comments: | | |
| CHICAGO, IL 60606 | amends claim 3720 | | |

| UNSECURED | Claimed: | $952,406.46   UNLIQ | Scheduled: | $952,406.46 |
|---|---|---|---|---|

| TOWER JS, L.L.C. | Claim Number: 6404 | | |
|---|---|---|---|
| C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT | Claim Date: 03/05/2010 | | |
| ATTENTION: MARC D. HAUSER | Debtor: TRIBUNE COMPANY | | |
| TWO NORTH RIVERSIDE PLAZA, SUITE 600 | Comments: | | |
| CHICAGO, IL 60606 | amends claim 3718 | | |

| UNSECURED | Claimed: | $423,540.75   UNLIQ | Scheduled: | $423,540.75 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

---

TOWER KS, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6405
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3721

| UNSECURED | Claimed: | $336,143.65  UNLIQ | Scheduled: | $336,143.65 |
|---|---|---|---|---|

TOWER LL, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6406
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3723

| UNSECURED | Claimed: | $186,746.36  UNLIQ | Scheduled: | $186,746.36 |
|---|---|---|---|---|

TOWER LM, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6407
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3724

| UNSECURED | Claimed: | $74,698.54  UNLIQ | Scheduled: | $74,698.54 |
|---|---|---|---|---|

TOWER LZ, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6408
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3722

| UNSECURED | Claimed: | $933,731.81  UNLIQ | Scheduled: | $933,731.81 |
|---|---|---|---|---|

TOWER MH, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6409
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3702

| UNSECURED | Claimed: | $134,457.38  UNLIQ | Scheduled: | $134,457.38 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

TOWER MS, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6410
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3703

| UNSECURED | Claimed: | $2,941,255.22  UNLIQ | Scheduled: | $2,941,255.22 |

---

TOWER MZ, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6411
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3704

| UNSECURED | Claimed: | $1,764,753.13  UNLIQ | Scheduled: | $1,764,753.13 |

---

TOWER NL, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6412
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3705

| UNSECURED | Claimed: | $3,137,338.90  UNLIQ | Scheduled: | $3,137,338.90 |

---

TOWER PH, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6413
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3716

| UNSECURED | Claimed: | $373,492.73  UNLIQ | Scheduled: | $373,492.73 |

---

TOWER PT, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA
CHICAGO, IL 60606

Claim Number: 6414
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3706

| UNSECURED | Claimed: | $2,353,004.18  UNLIQ | Scheduled: | $2,353,004.18 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | |
|---|---|---|---|---|
| TOWER SF, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6415<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3707 | | | |
| UNSECURED          Claimed: | $186,746.36   UNLIQ | Scheduled: | $186,746.36 | |
| TOWER TT, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6416<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3708 | | | |
| UNSECURED          Claimed: | $746,985.45   UNLIQ | Scheduled: | $746,985.45 | |
| TOWER VC, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6417<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3709 | | | |
| UNSECURED          Claimed: | $235,300.42   UNLIQ | Scheduled: | $235,300.42 | |
| TOWER WP, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6418<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3710 | | | |
| UNSECURED          Claimed: | $5,097,830.61   UNLIQ | Scheduled: | $5,097,830.61 | |
| SCHERB, JEFF<br>945 OAK HILL DRIVE<br>ELMIRA, NY 14905 | Claim Number: 6429<br>Claim Date: 03/15/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED          Claimed: | $10,005.66 | Scheduled: | $10,005.66  DISP CONT | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 6436<br>Claim Date: 03/16/2010<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $3,297.20 | | | | |
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 6442<br>Claim Date: 03/22/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) | | | | |
| PRIORITY | Claimed: | $2,681,770.78 | | | | |
| UNSECURED | Claimed: | $292,587.78 | | | | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 6444<br>Claim Date: 03/22/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | | | |
| UNSECURED | Claimed: | $3,297.20 | | | | |
| MURPHY, JENNIFER<br>418 N PINE LAKE DR<br>PATCHOGUE, NY 11772 | | Claim Number: 6460<br>Claim Date: 04/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $1,775.26 DISP CONT | Allowed: | $1,775.26 |
| UNISYS CORPORATION<br>C/O DANA S. PLON, ESQUIRE<br>SIRLIN GALLOGLY & LESSER, P.C.<br>123 SOUTH BROAD STREET, SUITE 2100<br>PHILADELPHIA, PA 19109 | | Claim Number: 6465<br>Claim Date: 04/06/2010<br>Debtor: TRIBUNE COMPANY | | | | |
| PRIORITY | Claimed: | $8,368.75 | | | | |
| UNSECURED | Claimed: | $1,588.90 | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| ISAKSEN INVESTMENTS, LLC<br>C/O J. BENNETT FRIEDMAN, ESQ.<br>FRIEDMAN LAW GROUP<br>1900 AVENUE OF THE STARS, SUITE 1800<br>LOS ANGELES, CA 90067 | Claim Number: 6467<br>Claim Date: 04/26/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim no. 6113 |
|---|---|

| UNSECURED | Claimed: | $125,253.75 |
|---|---|---|

| MORNINGSTAR, COLLEEN<br>1460 NE 57TH CT<br>FT. LAUDERDALE, FL 33334 | Claim Number: 6471<br>Claim Date: 05/04/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
|---|---|

| SECURED | Claimed: | $10,005.64 |
|---|---|---|

| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | Claim Number: 6472<br>Claim Date: 05/07/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $4,337,722.06 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

| SBC GLOBAL SERVICES, INC.<br>JAMES GRUDUS, ESQ.: AT&T ATTORNEY<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 6475<br>Claim Date: 05/12/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $307,408.72 |
|---|---|---|

| ENTERPRISE VISION TECHNOLOGIES, INC<br>201 WILSHIRE BLVD. A9<br>SANTA MONICA, CA 90401 | Claim Number: 6476<br>Claim Date: 05/17/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |
|---|---|

| UNSECURED | Claimed: | $9,031.38 | Scheduled: | $3,646.04 | Allowed: | $3,646.04 |
|---|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

GOMEZ, CHRISTINE MARIE
793 BONNIE DR
BALDWIN, NY 11510-4522

Claim Number: 6481
Claim Date: 05/20/2010
Debtor: TRIBUNE COMPANY

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 | | |

INNES, MICHAEL A & DEBRA JT TEN
50 REDBUD RIDGE PL
THE WOODLANDS, TX 77380-3411

Claim Number: 6482
Claim Date: 05/20/2010
Debtor: TRIBUNE COMPANY

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 | | |

HAYNES, KEVIN L
15450 NISQUALLI RD APT O208
VICTORVILLE, CA 92395-9317

Claim Number: 6483
Claim Date: 05/20/2010
Debtor: TRIBUNE COMPANY

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $170.00 | Scheduled: | $170.00 | | |

CAGNEY, MONICA
10 FOREST ST
BAYVILLE, NY 11709-1948

Claim Number: 6484
Claim Date: 05/21/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $136.00 | | | | |
| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 | Allowed: | $136.00 |
| TOTAL | Claimed: | $136.00 | | | | $0.00 |

BLEIMAN, ANDREW & BLEIMAN JT TEN
1610 MONTGOMERY RD
DEERFIELD, IL 60015-2631

Claim Number: 6486
Claim Date: 05/24/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $204.00 | Allowed: | $204.00 |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

---

AUERBACH, ALEXANDER
C/O ALEXANDER AUEBACH & CO INC
3887 DIXIE CANYON AVE
SHERMAN OAKS, CA 91423-4839

Claim Number: 6487
Claim Date: 05/24/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $952.00 | Allowed: | $952.00 |

RANGE, MICHAEL S
360 KINGSBERY CT
HIGHLAND, IL 62249-2924

Claim Number: 6488
Claim Date: 05/24/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 | | |

GARY, KAMILLA M
1303 COOL MIST CT
FORT MILL, SC 29707-7736

Claim Number: 6489
Claim Date: 05/24/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $204.00 | Allowed: | $204.00 |

BAHNER, PETER G CUST PETER L BAHNER UTMA
OH
1703 DEVONWOOD DR
ROCHESTER HILLS, MI 48306-3109

Claim Number: 6491
Claim Date: 05/24/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 | | |

LIPTON, RICHARD CUST THOMAS S LIPTON UTM
IL
235 WARWICK
KENILWORTH, IL 60043-1141

Claim Number: 6492
Claim Date: 05/24/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 | | |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | |
|---|---|---|---|---|
| FISHER, GAIL L<br>4025 CONNECTICUT AVE NW<br>APT 102<br>WASHINGTON, DC 20008 | | Claim Number: 6493<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) | | |
| PRIORITY | Claimed: | $204.00 | | |
| UNSECURED | | | Scheduled: | $204.00 |
| STATE OF CONNECTICUT<br>UNCLAIMED PROPERTY DIVISION<br>DEPARTMENT OF TREASURY<br>55 ELM STREET<br>HARTFORD, CT 06106 | | Claim Number: 6494<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $4,862.96 | Scheduled: | $4,862.96 |
| METHOT, PAUL B<br>1357 S INDIANA PKWY<br>CHICAGO, IL 60605-2619 | | Claim Number: 6495<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $3,808.00 | Scheduled: | $3,808.00 |
| PASTIER, JOHN<br>241 S 12TH ST<br>SAN JOSE, CA 95112 | | Claim Number: 6499<br>Claim Date: 05/25/2010<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,904.00 | Scheduled: | $1,904.00 |
| ROBINSON, WILLIAM E & DOROTHY A.<br>117 RANCHO VERDE CIR<br>ROHNERT PARK, CA 94928-2069 | | Claim Number: 6500<br>Claim Date: 05/26/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6820 | | |
| UNSECURED | Claimed: | $680.00 | Scheduled: | $680.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

| | | | | | |
|---|---|---|---|---|---|
| HUNDT, PAUL L<br>5105 LEANNE LN<br>MC FARLAND, WI 53558-8403 | | Claim Number: 6501<br>Claim Date: 05/27/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 | |
| CAMPBELL, JEREMY D<br>519 COFFEETOWN RD<br>LANGSTON, AL 35755-8019 | | Claim Number: 6502<br>Claim Date: 05/28/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) | | | |
| PRIORITY | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $171.36 | Scheduled: | $171.36 | |
| DALMAU, BARBARA A<br>12 TILDEN DR<br>NOVATO, CA 94947-4625 | | Claim Number: 6503<br>Claim Date: 06/01/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 | |
| COLLINS, MICHAEL E<br>6351 FARRAGUT ST<br>HOLLYWOOD, FL 33024-2115 | | Claim Number: 6504<br>Claim Date: 06/01/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) | | | |
| PRIORITY | Claimed: | $1,054.00 | | | |
| UNSECURED | | | Scheduled: | $1,054.00 | |
| MUSSMAN, KRISTIN L<br>36 WILDROSE AVE<br>SOUTH PORTLAND, ME 04106-6618 | | Claim Number: 6505<br>Claim Date: 06/01/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $5,406.00 | Scheduled: | $5,406.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

CHARLES SCHWAB FBO LYNDEE KUZNIAR
4A KINGERY QUARTER APT 203
WILLOWBROOK, IL 60527-6574

Claim Number: 6506
Claim Date: 06/01/2010
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 10191 (11/10/2011)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | | $2,142.00 | | $2,142.00 |

---

PENNINGTON, STEPHEN
3005B HIRTER RD
ST JOSEPH, MO 64506-1552

Claim Number: 6507
Claim Date: 06/01/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |
|---|---|---|---|---|

---

LYLE, JOHN
361 E 50TH ST
APT 3H
NEW YORK, NY 10022-7953

Claim Number: 6508
Claim Date: 06/01/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $306.00 | Scheduled: | $306.00 |
|---|---|---|---|---|

---

TREASURER, OKLAHOMA STATE
2401 NW 23RD ST STE 42
OKLAHOMA CITY, OK 73107-2401

Claim Number: 6509
Claim Date: 06/02/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $990.94 | Allowed: | $990.94 |
|---|---|---|---|---|---|---|

---

YOON, JOSEPH
206 NORTHSHORE XING
DALLAS, GA 30157-1641

Claim Number: 6510
Claim Date: 06/03/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

BUTHMAN, JANE M
1340 CARIBOU TRAIL
CAROL STREAM, IL 60188-9080

Claim Number: 6511
Claim Date: 06/04/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $34.00 | Allowed: | $34.00 |

WINKLER, LEE B., IRA ROLLOVER
15250 VENTURA BLVD
SUITE 710
SHERMAN OAKS, CA 91403

Claim Number: 6513
Claim Date: 06/07/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8153 (02/25/2011)

| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $50,000.00 |

---

SOLOMON, BARRY
12115 SAN VICENTE BLVD. # 109
LOS ANGELES, CA 90049

Claim Number: 6514
Claim Date: 06/07/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8153 (02/25/2011)

| SECURED | Claimed: | $15,000.00 |

---

TIGHE, JAMES H
2120 SPRINGFIELD AVE
FORT WAYNE, IN 46805-1540

Claim Number: 6515
Claim Date: 06/07/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 |

---

GARY, JESSE M
330 FIELD COURT
SUN PRAIRIE, WI 53590

Claim Number: 6516
Claim Date: 06/07/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,020.00 | Scheduled: | $1,020.00 |

---

---

BOWEN, SHARON
15 NIGHTINGALE WAY C-11
LUTHERVILLE, MD 21093-7321

Claim Number: 6517
Claim Date: 06/07/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $170.00 | Scheduled: | $170.00 | | |
|---|---|---|---|---|---|---|

METCALFE, FRIEDA A.
MYRON B. DEWITT, ESQ.
DEWITT & CORDNER
PO BOX 244
SUSQUEHANNA, PA 18847

Claim Number: 6518
Claim Date: 06/07/2010
Debtor: TRIBUNE COMPANY
Comments:
CLAIM AMOUNT IS $190.68 PER MONTH

| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
|---|---|---|---|---|---|---|

DRUMMEY, SARAH J
10 FREELAND DR
SPRINGVALE, ME 04083-1968

Claim Number: 6519
Claim Date: 06/08/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $1,972.00 | Allowed: | $1,972.00 |
|---|---|---|---|---|---|---|

HARRIS, JILL CUST NATHAN G HARRIS UTMA
PA.,
474 JEFFERSON DR
PITTSBURG, PA 15228-2117

Claim Number: 6520
Claim Date: 06/09/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 | | |
|---|---|---|---|---|---|---|

TOPOREK, VIRGINIA W
106 AIMEE PL
LONGWOOD, FL 32750-2763

Claim Number: 6523
Claim Date: 06/10/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $204.00 | Allowed: | $204.00 |
|---|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| LAUGHLIN, JOAN MC<br>201 FIVE CITIES DR<br>SPACE # 62<br>PISMO BEACH, CA 93449-3085 | Claim Number: 6524<br>Claim Date: 06/10/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $3,230.00 | Allowed: | $3,230.00 |

| MOSS, GERALD<br>7030 N PENNSYLVANIA STREET<br>INDIANAPOLIS, IN 46220 | Claim Number: 6527<br>Claim Date: 06/11/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8153 (02/25/2011) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $55,012.94 | |

| UHLMANN, CHARLES O<br>3-22-24 SAKAE-CHO<br>TACHIKAWA CITY<br>TOKYO, 190-0003<br>JAPAN | Claim Number: 6528<br>Claim Date: 06/14/2010<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,800.00 | Scheduled: | $6,800.00 |

| DIXON, KATHYE D<br>2040 W JACKSON ST<br>ORLANDO, FL 32805-2110 | Claim Number: 6529<br>Claim Date: 06/15/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $102.00 | Allowed: | $102.00 |

| FILM MUSICIANS SECONDARY MARKET FUND<br>ATTN: KAREN L. TUCKER<br>12001 VENTURA PLACE, 5TH FLOOR<br>STUDIO CITY, CA 91604 | Claim Number: 6530<br>Claim Date: 06/15/2010<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|
| PRIORITY | Claimed: | $1,000.00  UNLIQ |
| UNSECURED | Claimed: | $49,000.00  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

TANNENBAUM, IRVING & JUDITH R JT TEN
840 LIONSGATE DR
SAINT LOUIS, MO 63130-2848

Claim Number: 6531
Claim Date: 06/16/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $0.00 | | $2,176.00 | | $2,176.00 |

AKBAR OMAR INC DEFINED BENEFIT PLAN TR
U-A 10-01-84
222 NORTH SUNSET AVE STE C
WEST COVINA, CA 91790-2278

Claim Number: 6532
Claim Date: 06/16/2010
Debtor: TRIBUNE COMPANY

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $3,400.00 | | $3,400.00 |

CASSIO, KEVIN T
7300 NW 93RD AVE
TAMARAC, FL 33321-3042

Claim Number: 6533
Claim Date: 06/17/2010
Debtor: TRIBUNE COMPANY

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $544.00 | | $544.00 |

NEIGHBORS, THOMAS F &
GWEN C WINTER-NEIGHBORS JT TEN
26 CHARTERHOUSE AVE
PIEDMONT, SC 29673-9139

Claim Number: 6534
Claim Date: 06/18/2010
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 10191 (11/10/2011)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| SECURED | | $0.00 | | |
| UNSECURED | | $68.00 | | $68.00 |

PALKA, EDWARD & KATHRYN E.
2893 SLEEPY HOLLOW DRIVE
GREEN BAY, WI 54311-6535

Claim Number: 6535
Claim Date: 06/18/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $0.00 | | $170.00 | | $170.00 |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| FREDERICK, KAREN L<br>343 GREENWOOD DR<br>PO BOX 1070<br>LAKE SHERWOOD, MO 63357 | Claim Number: 6536<br>Claim Date: 06/18/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) | | | | |
|---|---|---|---|---|---|

| SECURED | Claimed: | $0.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 | |

| SMITH BARNEY CUST FBO RACHEL DONELSON<br>IRA<br>1115 UNION ST<br>SAN FRANCISCO, CA 94109 | Claim Number: 6537<br>Claim Date: 06/21/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | |
|---|---|---|---|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $3,230.00 | Allowed: | $3,230.00 |
|---|---|---|---|---|---|---|

| KEBIR, LORE O<br>2424 ESTHER VIEW DR<br>LOMITA, CA 90717-2313 | Claim Number: 6538<br>Claim Date: 06/21/2010<br>Debtor: TRIBUNE COMPANY | | | | |
|---|---|---|---|---|---|

| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 | |
|---|---|---|---|---|---|

| LILLICRAF, VIRGINIA C & ROME<br>JT TEN<br>137 ELM ST<br>FAIRFIELD, CT 06824-5105 | Claim Number: 6539<br>Claim Date: 06/21/2010<br>Debtor: TRIBUNE COMPANY | | | | |
|---|---|---|---|---|---|

| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 | |
|---|---|---|---|---|---|

| ENSTAD, PAUL O CUST KELLY ENSTAD UGMA IL<br>1102 PEPPERSTREE<br>PALATINE, IL 60067-2742 | Claim Number: 6540<br>Claim Date: 06/21/2010<br>Debtor: TRIBUNE COMPANY | | | | |
|---|---|---|---|---|---|

| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 | |
|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| SUJKA, JAMES<br>5359 W MARGARET ST<br>PO BOX 474<br>MONEE, IL 60449-8071 | | Claim Number: 6541<br>Claim Date: 06/21/2010<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $850.00 | Scheduled: | $850.00 | |

| HECK-MEAD, JOULE<br>820 ONEIDA ST<br>JOLIET, IL 60435-7311 | | Claim Number: 6542<br>Claim Date: 06/21/2010<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $850.00 | Scheduled: | $850.00 | |

| MARSCH, CHRISTINE SHANEL CUST WILLIAM<br>KENNETH MARSCH UGMA IL<br>596 WHARTON DR<br>LAKE FOREST, IL 60045-4827 | | Claim Number: 6543<br>Claim Date: 06/21/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | |
|---|---|---|---|---|---|
| SECURED<br>UNSECURED | Claimed: | $0.00 | Scheduled: | $1,360.00 | Allowed: | $1,360.00 |

| DOESCHER, CLIFFORD<br>557 ARIS AVE<br>METAIRE, LA 70005-2905 | | Claim Number: 6544<br>Claim Date: 06/21/2010<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 | |

| HOLT, VANESSA<br>3019 JOE LOUISE DR<br>ORLANDO, FL 32805-2954 | | Claim Number: 6545<br>Claim Date: 06/22/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $68.00 | | | |
| SECURED | Claimed: | $68.00 | | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 | Allowed: | $68.00 |
| TOTAL | Claimed: | $68.00 | | | $0.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

WARD, ELEANORE P
186 OAK TREE RD
MOORESVILLE, NC 28117-5914

Claim Number: 6546
Claim Date: 06/22/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $68.00 | Allowed: | $68.00 |

HORTON, INEZ
4 E 107TH ST, # 12B
NEW YORK, NY 10029-3870

Claim Number: 6548
Claim Date: 06/23/2010
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 10191 (11/10/2011)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $306.00 | | | |
| UNSECURED | | | Scheduled: | $306.00 | |

DLC INC
21800 OXNARD STREET  SUITE 980
WOODLAND HILLS, CA 91367

Claim Number: 6549
Claim Date: 06/24/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $32,915.00 | Scheduled: | $21,965.00 | Allowed: | $21,965.00 |

NAVISTAR LEASING COMPANY
425 N. MARTINGALE ROAD, 18TH FLOOR
SCHAUMBURG, IL 60173

Claim Number: 6550
Claim Date: 06/29/2010
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $387,987.70 |

ERNIE BANKS INTERNATIONAL INC
578 WASHINGTON BLVD, SUITE 284
MARINA DEL REY, CA 90242

Claim Number: 6551
Claim Date: 06/30/2010
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 5606 (09/02/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $63,969.62 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

NEIBERGALL, GABRIEL HANSEN
3201 58TH ST S
APT 159
GULFPORT, FL 33707-6041

Claim Number: 6552
Claim Date: 07/02/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |
|---|---|---|---|---|

PARSONS, WILLIAM H
4444 BRENDENWOOD RD
APT 207
ROCKFORD, IL 61107-2266

Claim Number: 6553
Claim Date: 07/02/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 |
|---|---|---|---|---|

SBC GLOBAL SERVICES, INC.
C/O AT&T INC.
AT&T ATTORNEY: JAMES GRUDUS, ESQ.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 6556
Claim Date: 07/07/2010
Debtor: TRIBUNE COMPANY
Comments:
Amends claim 6475

| UNSECURED | Claimed: | $321,424.91 |
|---|---|---|

PITNEY BOWES GLOBAL FINANCIAL SERVICES
ATTN: RECOVERY DEPT.
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

Claim Number: 6565
Claim Date: 07/07/2010
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 9011 (05/26/2011)

| UNSECURED | Claimed: | $5,136.18 |
|---|---|---|

MARAS, JEFFREY J & AMY K MARAS JT TEN
BOX 205
GRAYSLAKE, IL 60030-0205

Claim Number: 6567
Claim Date: 07/09/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $340.00 | Scheduled: | $340.00 |
|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 6568<br>Claim Date: 07/12/2010<br>Debtor: TRIBUNE COMPANY | | | | | |
| ADMINISTRATIVE | Claimed: | $1,251.73   UNLIQ | | | | | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 6590<br>Claim Date: 07/06/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5869 (10/01/2010) | | | | | |
| UNSECURED | Claimed: | $5,136.18 | | | | | |
| HOWARD COUNTY, MARYLAND<br>MARGARET ANN NOLAN & CAMELA J. SANDMANN<br>ESQ., HOWARD COUNTY OFFICE OF LAW<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 | | Claim Number: 6591<br>Claim Date: 07/15/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | | | | |
| SECURED | Claimed: | $37,168.48 | | | | | |
| BUCKINGHAM, JIM J CUST JUSTIN BUCKINGHAM<br>UTMA OH<br>2600 SPRINGMILL RD<br>FINDLAY, OH 45840-2860 | | Claim Number: 6593<br>Claim Date: 07/15/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $204.00 | Allowed: | $204.00 |
| MITTLEMAN, ILEENE H<br>525 EAST 82ND ST APT 9H<br>NEW YORK, NY 10028-7158 | | Claim Number: 6594<br>Claim Date: 07/16/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $170.00 | Allowed: | $170.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

TAYLOR, DAVID ROSS
C/O GERALD S. SACK, ESQUIRE
LAW OFFICES OF GERALD S. SACK, LLC
836 FARMINGTON AVENUE, SUITE 109
WEST HARTFORD, CT 06119

Claim Number: 6599
Claim Date: 07/15/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

HOWARD COUNTY, MARYLAND
MARAGARET ANN NOLAN & CAMELA J. SANDMANN
HOWARD COUNTY OFFICE OF LAW
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD 21043

Claim Number: 6600
Claim Date: 07/15/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8204 (03/01/2011)

| SECURED | Claimed: | $37,168.48 |
|---|---|---|

---

WALKER, CAROL
3561 W. HEMLOCK
OXNARD, CA 93035

Claim Number: 6601
Claim Date: 07/19/2010
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6780
DOCKET: 8523 (03/30/2011)

| UNSECURED | Claimed: | $65,000.00 |
|---|---|---|

---

MYERS, SIDNEY
7842 FISHER ISLAND DR
FISHER ISLAND, FL 33109

Claim Number: 6602
Claim Date: 07/23/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8153 (02/25/2011)

| UNSECURED | Claimed: | $102.00 |
|---|---|---|

---

MEUSER, MEGAN LOUISE
1328 S PARK AVE
SPRINGFIELD, IL 62704-3462

Claim Number: 6603
Claim Date: 07/23/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $68.00 | Allowed: | $68.00 |
|---|---|---|---|---|---|---|

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| NEIBERGALL, BRENDAN DOUGLAS<br>1328 S PARK AVE<br>SPRINGFIELD, IL 62704-3462 | Claim Number: 6604<br>Claim Date: 07/23/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $68.00 | Allowed: | $68.00 |
|---|---|---|---|---|---|---|

| DUN & BRADSTREET<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 6624<br>Claim Date: 07/26/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $184,701.66 |
|---|---|---|

| OHIO DEPARTMENT OF TAXATION<br>REBECCA L DAUM, ATTORNEY-BANKRUPTCY DIV.<br>PO BOX 530<br>COLUMBUS, OH 43216-0530 | Claim Number: 6626<br>Claim Date: 07/27/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $10,115.07 |
|---|---|---|

| DUN & BRADSTREET<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 6627<br>Claim Date: 07/26/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $184,701.66 |
|---|---|---|

| COUSINS, ROBERT R. & MILDRED L.<br>3581 FROST ROAD<br>SHRUB OAK, NY 10588 | Claim Number: 6628<br>Claim Date: 07/28/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8153 (02/25/2011) |
|---|---|

| SECURED | Claimed: | $2,437.52 |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

| | | | | |
|---|---|---|---|---|
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>DEBORAH B. WALDMEIR, ASST ATTY GENERAL<br>3030 W. GRAND BLVD - CADILLAC PL 10-200<br>DETROIT, MI 48202 | Claim Number: 6629<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5677 (09/13/2010) | | | |
| ADMINISTRATIVE    Claimed: | $435,030.42 | | | |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>DEBORAH B. WALDMEIR, ASST ATTY GENERAL<br>3030 W. GRAND BLVD - CADILLAC PL 10-200<br>DETROIT, MI 48202 | Claim Number: 6630<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5678 (09/13/2010) | | | |
| ADMINISTRATIVE    Claimed: | $7,251.24 | | | |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>DEBORAH B. WALDMEIR, ASST ATTY GENERAL<br>3030 W. GRAND BLVD - CADILLAC PL 10-200<br>DETROIT, MI 48202 | Claim Number: 6631<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5679 (09/13/2010) | | | |
| ADMINISTRATIVE    Claimed: | $120,854.00 | | | |
| GRANT, ERNESTINE W<br>220 MANHATTAN AVE<br>#6M<br>NEW YORK, NY 10025-2666 | Claim Number: 6632<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED    Claimed: | $714.00 | Scheduled: | $714.00 | |
| CONNER, LAURIE<br>5966 MEMPHIS ST<br>NEW ORLEANS, LA 70124-2942 | Claim Number: 6633<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) | | | |
| PRIORITY    Claimed:<br>UNSECURED | $1,768.00 | Scheduled: | $1,768.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| COUSINS, ROBERT R AND MILDRED L COUSINS<br>3581 FROST ROAD<br>SHRUB OAK, NY 10588 | Claim Number: 6634<br>Claim Date: 07/30/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8153 (02/25/2011) | |

| | | |
|---|---|---|
| SECURED | Claimed: | $2,437.52 |
| UNSECURED | Claimed: | $10,000.00 |

| | | |
|---|---|---|
| MATILLA SURVIVORS TRUST<br>SHIRLEY MATILLA AS SOLE TRUSTEE<br>ERIC P ISRAEL ESQ / DANNING GILL DIAMOND<br>2029 CENTURY PARK EAST, THIRD FLOOR<br>LOS ANGELES, CA 90067 | Claim Number: 6635<br>Claim Date: 08/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 6118 | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $171,673.07 |

| | | |
|---|---|---|
| MATILLA SURVIVORS TRUST-SHIRLEY MATILLA<br>AS SOLE TRUSTEE, C/O ERIC P. ISRAEL, ESQ<br>DANNING, GILL, DIAMOND & KOLLITZ, LLP<br>2029 CENTURY PARK EAST, THIRD FLOOR<br>LOS ANGELES, CA 90067 | Claim Number: 6637<br>Claim Date: 08/03/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $171,673.07 |

| | | |
|---|---|---|
| ZEITLIN, ERICA<br>2662 S. BARRINGTON AVE.<br>LOS ANGELES, CA 90064 | Claim Number: 6638<br>Claim Date: 08/12/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,405.00 | | |
| UNSECURED | | | Allowed: | $1,956.17 |

| | | |
|---|---|---|
| AT&T CORP.<br>AT&T ATTORNEY: JAMES GRUDUS, ESQ.<br>AT&T INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 6641<br>Claim Date: 08/16/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 6309 | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $650,334.33 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| BATES, IVAN J.<br>BRIAN K. TELFAIR, ESQUIRE<br>THE TELFAIR LAW FIRM<br>3007 BROOK ROAD<br>RICHMOND, VA 23227 | Claim Number: 6643<br>Claim Date: 08/25/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 6251 (11/08/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  CONT | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

| JPMORGAN CHASE BANK, N.A. & J.P. MORGAN<br>SECURITIES INC.<br>ATTN: MIRIAM KULNIS<br>383 MADISON AVENUE, 23RD FLOOR<br>NEW YORK, NY 10017 | Claim Number: 6645<br>Claim Date: 08/27/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

| JAGOE, THOMAS ANTHONY<br>18028 W ANNES CIRCLE<br>APT 103<br>CANYON COUNTRY, CA 91387 | Claim Number: 6646<br>Claim Date: 09/03/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $295.84 | Allowed: | $295.84 |
|---|---|---|---|---|---|---|

---

| MCCORMICK, JO ANNA CANZONERI<br>342 N ATLANTIC BLVD<br>ALHAMBRA, CA 91801-2217 | Claim Number: 6647<br>Claim Date: 09/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) |
|---|---|

| SECURED | Claimed: | $10,000,000,000.00  CONT |
|---|---|---|
| UNSECURED | Claimed: | $40,000,000,000.00  CONT |

---

| BAXTER, TODD<br>2121 W. DIVISION ST. # 5<br>CHICAGO, IL 60622 | Claim Number: 6648<br>Claim Date: 09/10/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) |
|---|---|

| PRIORITY | Claimed: | $2,500.00 |
|---|---|---|

---

| | | | | |
|---|---|---|---|---|
| INDUSTRIAL DOOR CO.<br>1555 LANDMEIER RD.<br>ELK GROVE VILLAGE, IL 60007 | Claim Number: 6652<br>Claim Date: 09/16/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) | | | |
| UNSECURED        Claimed: | $5,163.58 | | | |
| NOYES, SUSAN BLANKENBAKER<br>BOX 51<br>WILMETTE, IL 60091-0051 | Claim Number: 6654<br>Claim Date: 09/27/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED        Claimed: | $1,700.00 | Scheduled: | $1,700.00 | |
| OHIO DEPARTMENT OF TAXATION<br>REBECCA L DAUM<br>PO BOX 530<br>COLUMBUS, OH 43216-0530 | Claim Number: 6656<br>Claim Date: 10/04/2010<br>Debtor: TRIBUNE COMPANY | | | |
| ADMINISTRATIVE    Claimed: | $10,112.88 | | | |
| OHIO DEPARTMENT OF TAXATION<br>BANKRUPTCY DIVISION<br>P.O. BOX 530<br>COLUMBUS, OH 43216 | Claim Number: 6657<br>Claim Date: 10/04/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 241 | | | |
| PRIORITY        Claimed:<br>UNSECURED        Claimed: | $6,110.48<br>$1,124.00 | | | |
| ROBERT J TOMEI SR CUST ROBERT J TOMEI JR<br>UTMA IL<br>320 BLOSSOM #102<br>LAKEMOOR, IL 60051 | Claim Number: 6661<br>Claim Date: 10/08/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED        Claimed: | $68.00 | Scheduled: | $68.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | |
|---|---|---|---|---|
| LAW OFFICES OF GERALD S. SACK, LLC<br>836 FARMINGTON AVENUE, SUITE 109<br>WEST HARTFORD, CT 06119 | | Claim Number: 6663<br>Claim Date: 10/18/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9949 (10/11/2011) | | |
| UNSECURED | Claimed: | $16,791.01 | Allowed: | $8,541.01 |
| FEE, WALTER M.<br>761 NORTH 29TH STREET<br>#204<br>MILWAUKEE, WI 53208 | | Claim Number: 6664<br>Claim Date: 10/18/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9347 (06/24/2011) | | |
| PRIORITY<br>UNSECURED | Claimed: | $8,972.50 | Allowed: | $5,434.95 |
| DUN & BRADSTREET<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 6668<br>Claim Date: 10/29/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9918 (10/06/2011) | | |
| ADMINISTRATIVE | Claimed: | $195,268.79 | Allowed: | $99,000.00 |
| GELLMAN, STEVEN<br>C/O LESLIE COHEN<br>LESLIE COHEN LAW PC<br>506 SANTA MONICA BLVD., SUITE 200<br>SANTA MONICA, CA 90401 | | Claim Number: 6669<br>Claim Date: 11/01/2010<br>Debtor: TRIBUNE COMPANY | | |
| ADMINISTRATIVE | Claimed: | $1,750,000.00 | | |
| AMINCO INTERNATIONAL<br>20571 CRESCENT BAY DRIVE<br>LAKE FOREST, CA 92630 | | Claim Number: 6671<br>Claim Date: 11/08/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
| UNSECURED | Claimed: | $1,959.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| MISSOURI DEPARTMENT OF REVENUE | Claim Number: 6672 |
|---|---|
| GENERAL COUNSEL'S OFFICE | Claim Date: 11/08/2010 |
| PO BOX 475 | Debtor: TRIBUNE COMPANY |
| JEFFERSON CITY, MO 65105-0475 | |

| PRIORITY | Claimed: | $9,514.58 |
|---|---|---|
| UNSECURED | Claimed: | $16,930.59 |

---

| HARTFORD MEDICAL GROUP | Claim Number: 6673 |
|---|---|
| PO BOX 1086 | Claim Date: 11/12/2010 |
| WILBRAHAM, MA 01089 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 8204 (03/01/2011) |

| UNSECURED | Claimed: | $722.00 |
|---|---|---|

---

| STAMP, MARION N | Claim Number: 6677 |
|---|---|
| 10801 CROOKED RIVER RD | Claim Date: 11/22/2010 |
| APT 203 | Debtor: TRIBUNE COMPANY |
| BONITA SPRINGS, FL 34135-1782 | |

| UNSECURED | Claimed: | $340.00 | Scheduled: | $340.00 |
|---|---|---|---|---|

---

| COLEMAN, SANDRA B | Claim Number: 6678 |
|---|---|
| 50 LEVEL ACRES RD | Claim Date: 11/23/2010 |
| ATTLEBORO, MA 02703-6842 | Debtor: TRIBUNE COMPANY |
| | Comments: ALLOWED |
| | DOCKET: 8146 (02/25/2011) |

| UNSECURED | Claimed: | $0.00 | Scheduled: | $102.00 | Allowed: | $102.00 |
|---|---|---|---|---|---|---|

---

| STEWART, HAI | Claim Number: 6679 |
|---|---|
| #1010, 540-14 AVE. SW | Claim Date: 12/01/2010 |
| CALGARY, AB T2R OM6 | Debtor: TRIBUNE COMPANY |
| CANADA | Comments: EXPUNGED |
| | DOCKET: 8153 (02/25/2011) |

| UNSECURED | Claimed: | $8,000.00 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

| | | | | |
|---|---|---|---|---|
| COOK COUNTY DEPT. OF REVENUE<br>118 N. CLARK STREET, ROOM 1160<br>CHICAGO, IL 60602 | Claim Number: 6683<br>Claim Date: 12/15/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 8204 (03/01/2011) | | | |
| PRIORITY          Claimed: | $1,286,329.03 | | | |
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 6684<br>Claim Date: 01/14/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) | | | |
| PRIORITY          Claimed:<br>UNSECURED        Claimed: | $2,681,770.78<br>$291,926.14 | | | |
| COOK COUNTY DEPT. OF REVENUE<br>118 N. CLARK STREET, ROOM 1160<br>CHICAGO, IL 60602 | Claim Number: 6687<br>Claim Date: 01/19/2011<br>Debtor: TRIBUNE COMPANY | | | |
| PRIORITY          Claimed: | $1,519,196.85 | | | |
| KAZAN, DANIEL<br>1715 FALLING LEAF LANE<br>NORTHBROOK, IL 60062 | Claim Number: 6690<br>Claim Date: 02/09/2011<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED        Claimed: | $0.00  UNLIQ | | | |
| BUCKINGHAM, JIM J<br>CUST JUSTIN BUCKINGHAM UTMA OH<br>2600 SPRINGMILL RD<br>FINDLAY, OH 45840-2860 | Claim Number: 6691<br>Claim Date: 02/10/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10021 (10/19/2011) | | | |
| UNSECURED        Claimed: | $204.00 | Scheduled: | $3.24 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| BUCKINGHAM, JIM J<br>2600 SPRINGMILL RD<br>FINDLAY, OH 45840-2860 | Claim Number: 6692<br>Claim Date: 02/10/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $1.80 |
|---|---|---|---|---|

---

| PECHA, FRANK J. & CAMILLE A.<br>JT TEN<br>21300 BRUSH LAKE DR<br>CRESTHILL, IL 60403 | Claim Number: 6693<br>Claim Date: 02/14/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) |
|---|---|

| PRIORITY | Claimed: | $7,072.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $7,072.00 |

---

| COOK COUNTY DEPT. OF REVENUE<br>118 N. CLARK STREET, ROOM 1160<br>CHICAGO, IL 60602 | Claim Number: 6694<br>Claim Date: 02/18/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $570,207.39 |
|---|---|---|

---

| LARSON, CHARLES E.<br>1401 WOODBINE COURT<br>ARLINGTON, TX 76012-4236 | Claim Number: 6696<br>Claim Date: 02/22/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9346 (06/24/2011) |
|---|---|

| UNSECURED | Claimed: | $17,465.00 |
|---|---|---|

---

| KAMAKAZEE KIWI CORP.<br>3835-R EAST THOUSAND OAKS BLVD<br>SUITE 343<br>WESTLAKE VILLAGE, CA 91362 | Claim Number: 6704<br>Claim Date: 02/28/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

GRAHAM, CHARLES
1003 SPARKS ST SW
ATLANTA, GA 30310-3311

Claim Number: 6705
Claim Date: 02/28/2011
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 9347 (06/24/2011)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SECURED | Claimed: | | $0.00 | | | | |
| UNSECURED | | | | Scheduled: | $120.96 | Allowed: | $120.96 |

---

ARANETA, VICTOR H
514 S HARVARD 307
LOS ANGELES, CA 90020-3559

Claim Number: 6706
Claim Date: 02/28/2011
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11.34 | Scheduled: | $11.34 | |

---

CALIFORNIA STATE CONTROLLER'S OFFICE
300 CAPITOL MALL, SUITE 1850
SACRAMENTO, CA 95814

Claim Number: 6707
Claim Date: 03/01/2011
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 9345 (06/24/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $456,272.52 |

---

MORGAN STANLEY & CO., INCORPORATED
ATTN: MATTHEW MORNINGSTAR
1221 AVENUE OF THE AMERICAS, 35TH FL
NEW YORK, NY 10020

Claim Number: 6708
Claim Date: 03/02/2011
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,000,511.87   UNLIQ |

---

HOWARD COUNTY, MARYLAND
HOWARD COUNTY OFFICE OF LAW - MARGARET
ANN NOLAN, ESQ. CAMELA J. SANDMANN, ESQ.
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD 21043

Claim Number: 6709
Claim Date: 03/03/2011
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| SECURED | Claimed: | $511.99 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 6716<br>Claim Date: 03/04/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 3558 | | | | | |
| SECURED | Claimed: | $33,191,055.53 | | | | | |
| SILVA, REGINA I<br>3508 S FLEMINGTON DR<br>WEST COVINA, CA 91792-2913 | | Claim Number: 6728<br>Claim Date: 03/07/2011<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $137.44 | Scheduled: | $137.44 | | | |
| CHAVEZ, LISA<br>883 MAGNOLIA AVE APT 10<br>PASADENA, CA 91106-4618 | | Claim Number: 6729<br>Claim Date: 03/10/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10191 (11/10/2011) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,428.00 | Scheduled: | $1,428.00 | | | |
| RIVERSIDE COUNTY SCHOOLS<br>CREDIT UNION CUST<br>GRANT LEE DISMUKE IRA<br>5 BARQUE DR<br>CEDAR CREST, NM 87008-9481 | | Claim Number: 6730<br>Claim Date: 03/18/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9347 (06/24/2011) | | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $1.08 | Allowed: | $1.08 | |
| FMTC/NFSC FBO TENIYA<br>FARNANDIS IRA<br><A/C CHT-087572><br>1140 W 112TH STREET<br>CHICAGO, IL 60643 | | Claim Number: 6731<br>Claim Date: 03/24/2011<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $331.74 | Scheduled: | $331.74 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| DUONG, PAUL<br>13925 DALTREY LN<br>CHARLOTTE, NC 28277 | Claim Number: 6740<br>Claim Date: 04/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $1,870.00 | Scheduled: | $1,870.00 |
|---|---|---|---|---|

---

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 6741<br>Claim Date: 04/07/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $618,496.78 |
|---|---|---|
| UNSECURED | Claimed: | $126,618.14 |

---

| HIANIK, MARK W.<br>C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,<br>PATRICK FRYE WILDMAN, HARROLD, ALLEN<br>225 W. WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 6742<br>Claim Date: 04/08/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6873<br>DOCKET: 8749 (04/25/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| KNAPP, PETER A.<br>C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,<br>PATRICK FRYE WILDMAN, HARROLD, ALLEN<br>225 W. WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 6743<br>Claim Date: 04/08/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6872<br>DOCKET: 8750 (04/25/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| BIRMINGHAM, JOHN<br>C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,<br>PATRICK FRYE WILDMAN, HARROLD, ALLEN<br>225 W. WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 6744<br>Claim Date: 04/08/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6875<br>DOCKET: 8748 (04/25/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| EHLMANN, TOM E.<br>C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,<br>PATRICK FRYE WILDMAN, HARROLD, ALLEN<br>225 W. WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 6745<br>Claim Date: 04/08/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6876<br>DOCKET: 8747 (04/25/2011) |

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| U.S. DEPARTMENT OF LABOR<br>ELIZABETH GOLDBERG, OFC OF THE SOLICITOR<br>PLAN BENEFITS SECURITY DIVISION<br>200 CONSTITUTION AVENUE, N.W. STE N-4611<br>WASHINGTON, DC 20210 | Claim Number: 6747<br>Claim Date: 04/12/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 3629 |

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| SHAPE, STEVEN<br>CUST JASON SHAPE UTMA IL<br>1308 LINCOLN AVE S<br>HIGHLAND PARK, IL 60035-3459 | Claim Number: 6748<br>Claim Date: 04/15/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $1.26 | Scheduled: | $1.26 |

---

| ROBINSON, WILLIAM E & DOROTHY A<br>JT TEN<br>15500 BUBBLING WELLS RD<br>DESERT HOT SPRINGS, CA 92240-7043 | Claim Number: 6768<br>Claim Date: 05/09/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6816<br>Claim out of balance |

| PRIORITY | Claimed: | $680.00 |
| SECURED | Claimed: | $680.00 |
| TOTAL | Claimed: | $680.00 |

---

| KNIGHT, TIMOTHY P.<br>C/O BLAKE T. HANNAFAN<br>HANNAFAN & HANNAFAN, LTD.<br>ONE EAST WACKER DR., SUITE 2800<br>CHICAGO, IL 60601 | Claim Number: 6776<br>Claim Date: 06/07/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 8996 (05/25/2011) |

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| EMC CORPORATION<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 6781<br>Claim Date: 06/09/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $24,595.51 | | |
|---|---|---|---|---|

| WALKER, CAROL<br>3561 W. HEMLOCK<br>OXNARD, CA 93035 | Claim Number: 6786<br>Claim Date: 06/16/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 6601 |
|---|---|

| UNSECURED | Claimed: | $65,000.00 | | |
|---|---|---|---|---|

| OREGON DEPARTMENT OF REVENUE<br>MARIA E. ROYSTON, BANKRUPTCY<br>REVENUE BUILDING<br>955 CENTER STREET NE<br>SALEM, OR 97301-2555 | Claim Number: 6787<br>Claim Date: 07/05/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10022 (10/19/2011) |
|---|---|

| PRIORITY | Claimed: | $23,373.88 | | |
|---|---|---|---|---|

| MOORE, NEVILLE<br>161 SHERIDAN AVE<br>ALBANY, NY 12210-2406 | Claim Number: 6794<br>Claim Date: 07/29/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $102.00 | Scheduled: | $102.00 |
|---|---|---|---|---|

| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | Claim Number: 6810<br>Claim Date: 09/12/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $466.67 | | |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 6811<br>Claim Date: 09/12/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $1,340.59 |
|---|---|---|

| MOREHOUSE, L. CLARK III<br>1 OXFORD ROAD<br>LARCHMONT, NY 10538 | Claim Number: 6812<br>Claim Date: 09/15/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>700 H STREET, ROOM 1710<br>SACRAMENTO, CA 95814 | Claim Number: 6815<br>Claim Date: 09/22/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $2,175.07 |
|---|---|---|
| SECURED | Claimed: | $30,181.18 |

| ROBINSON, WILLIAM E & DOROTHY A<br>JT TEN<br>15500 BUBBLING WELLS RD<br>DESERT HOT SPRINGS, CA 92240-7043 | Claim Number: 6816<br>Claim Date: 09/22/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $340.00 |
|---|---|---|
| SECURED | Claimed: | $340.00 |
| TOTAL | Claimed: | $340.00 |

| | | |
|---|---|---|
| GOLDSTONE, IRA<br>420 MANHATTAN AVE<br>MANHATTAN BEACH, CA 90266 | | Claim Number: 6817<br>Claim Date: 09/23/2011<br>Debtor: TRIBUNE COMPANY |

UNSECURED          Claimed:                    $0.00   UNDET

| | | |
|---|---|---|
| ROBINSON, WILLIAM<br>JT TEN<br>15500 BUBBLING WELLS<br>DESERT HOT SPRINGS, CA 92240-7043 | | Claim Number: 6820<br>Claim Date: 09/27/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 6500 |

UNSECURED          Claimed:                    $340.00

| | | |
|---|---|---|
| STATE OF NEW YORK DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOVERNOR W AVERELL HARRIMAN STATE OFFICE<br>BUILDING CAMPUS, BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | | Claim Number: 6821<br>Claim Date: 09/22/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9961 (10/12/2011) |

ADMINISTRATIVE          Claimed:                    $1,496.10

| | | |
|---|---|---|
| HEALY, JANE E.<br>813 GREENWOOD ST.<br>ORLANDO, FL 32801 | | Claim Number: 6822<br>Claim Date: 10/03/2011<br>Debtor: TRIBUNE COMPANY |

UNSECURED          Claimed:                    $0.00   UNDET

| | | |
|---|---|---|
| MULDERRIG, STEPHEN J.<br>78 STANTON ROAD<br>DARIEN, CT 06820 | | Claim Number: 6823<br>Claim Date: 10/04/2011<br>Debtor: TRIBUNE COMPANY |

UNSECURED          Claimed:                    $0.00   UNDET

---

RAMIREZ, MYRNA
4015 70TH AVENUE EAST
ELLENTON, FL 34222

Claim Number: 6825
Claim Date: 10/04/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

FELTY, RICK
15 BEACON ST.
NATICK, MA 01760

Claim Number: 6826
Claim Date: 10/07/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

STATE OF NEW YORK DEPARTMENT OF LABOR
UNEMPLOYMENT INSURANCE DIVISION
GOVERNOR W AVERELL HARRIMAN STATE OFFICE
BUILDING CAMPUS, BUILDING 12, ROOM 256
ALBANY, NY 12240

Claim Number: 6827
Claim Date: 10/11/2011
Debtor: TRIBUNE COMPANY

---

| ADMINISTRATIVE | Claimed: | $1,496.10 |
|---|---|---|

PALMER, DENISE E.
C/O CARLOS E. SARDI, ESQ.
GENOVESE, JOBLOVE & BATISTA
100 SE 2ND ST., 44TH FL
MIAMI, FL 33131

Claim Number: 6828
Claim Date: 10/11/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

FARRINGTON, AUDREY L.
C/O DAVID TYRA
KRONICK MOSKOVITZ TIEDEMANN & GIRARD
400 CAPITOL MALL, 27TH FLOOR
SACRAMENTO, CA 95814

Claim Number: 6830
Claim Date: 10/31/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| | | |
|---|---|---|
| BLANC, ROBERT E.<br>60 EAST END AVENUE, APT 19A<br>NEW YORK, NY 10028 | | Claim Number: 6832<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | | |
|---|---|---|
| KENNEY, CRANE<br>1220 LINDENWOOD<br>WINNETKA, IL 60093 | | Claim Number: 6833<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 5337 |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | | |
|---|---|---|
| MOTLEY, ROBYN L.<br>C/O FRANCES GECKER<br>FRANK / GECKER LLP<br>325 N. LASALLE STREET, STE. 625<br>CHICAGO, IL 60654 | | Claim Number: 6834<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | | |
|---|---|---|
| ZELENKA, JOHN E.<br>56 WAVERLY AVENUE<br>CLARENDON HILLS, IL 60514 | | Claim Number: 6835<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | | |
|---|---|---|
| MULVANEY, ROBIN A.<br>970 OAK STREET<br>WINNETKA, IL 60093 | | Claim Number: 6836<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY |

UNSECURED          Claimed:                    $0.00   UNLIQ

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

HENDRICKS, JOHN R.
C/O FRANCES GECKER
FRANK / GECKER LLP
325 N. LASALLE STREET, STE. 625
CHICAGO, IL 60654

Claim Number: 6837
Claim Date: 10/31/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

GART, MICHAEL
C/O FRANCES GECKER
FRANK / GECKER LLP
325 N. LASALLE STREET, STE. 625
CHICAGO, IL 60654

Claim Number: 6838
Claim Date: 10/31/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

ISKRA, ALICE
6236 PARALLEL LANE
COLUMBIA, MD 21045

Claim Number: 6839
Claim Date: 10/31/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

TRINH, CAM
C/O FRANCES GECKER
FRANK / GECKER LLP
325 N. LASALLE STREET, STE. 625
CHICAGO, IL 60654

Claim Number: 6840
Claim Date: 10/31/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

FEENEY, RICHARD S.
C/O FRANCES GECKER
FRANK / GECKER LLP
325 N. LASALLE STREET, STE. 625
CHICAGO, IL 60654

Claim Number: 6841
Claim Date: 10/31/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

---

MARTIN, JEROME P.
2727 REVERE STREET
HOUSTON, TX 77098

Claim Number: 6842
Claim Date: 10/31/2011
Debtor: TRIBUNE COMPANY

UNSECURED          Claimed:                $0.00   UNLIQ

---

HERNANDEZ, ENRIQUE JR.
C/O MATTHEW R. KIPP
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
155 NORTH WACKER DRIVE
CHICAGO, IL 60606-1720

Claim Number: 6843
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

UNSECURED          Claimed:                $0.00   UNLIQ

---

MORRISON, ROBERT S.
C/O MATTHEW R. KIPP
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 NORTH WACKER DRIVE
CHICAGO, IL 60606-1720

Claim Number: 6844
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

UNSECURED          Claimed:                $0.00   UNLIQ

---

REYES, J. CHRISTOPHER
C/O MATTHEW R. KIPP
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 NORTH WACKER DRIVE
CHICAGO, IL 60606-1720

Claim Number: 6845
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

UNSECURED          Claimed:                $0.00   UNLIQ

---

TAFT, DUDLEY S.
C/O MATTHEW R. KIPP
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 NORTH WACKER DRIVE
CHICAGO, IL 60606-1720

Claim Number: 6846
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

UNSECURED          Claimed:                $0.00   UNLIQ

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | |
|---|---|---|
| WHITE, MILES D.<br>C/O MATTHEW R. KIPP<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>155 NORTH WACKER DRIVE<br>CHICAGO, IL 60606-1720 | Claim Number: 6847<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY | |

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SEWELL, IRENE
2310 DEWES STREET
GLENVIEW, IL 60025-4157

Claim Number: 6848
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

REARDON, JOHN
1325 NORTH ASTOR
CHICAGO, IL 60610

Claim Number: 6849
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMITH, SCOTT
1361 HACKBERRY LANE
WINNETKA, IL 60093

Claim Number: 6850
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

VITANOVEC, JOHN
1256 N. FOREST GLEN DRIVE
WINNETKA, IL 60093

Claim Number: 6851
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

MUSIL, RUTHELLYN
179 E. LAKE SHORE DRIVE
# 501
CHICAGO, IL 60611

Claim Number: 6852
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

POELKING, JOHN
825 NORTH CHESTNUT AVENUE
ARLINGTON HEIGHTS, IL 60004

Claim Number: 6853
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

MALONE, RICHARD H.
899 OAK STREET
WINNETKA, IL 60093

Claim Number: 6854
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

LANDON, TIMOTHY
2704 BENNETT AVENUE
EVANSTON, IL 60201

Claim Number: 6855
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

LEACH, THOMAS
200 EAST DELAWARE PLACE, #4F
CHICAGO, IL 60611

Claim Number: 6856
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| LEWIN, LUIS | Claim Number: 6857 |
| 1800 KING EIDER DRIVE | Claim Date: 11/01/2011 |
| WEST LAFAYETTE, IN 47906 | Debtor: TRIBUNE COMPANY |

UNSECURED          Claimed:                    $0.00   UNLIQ

---

| WILLIAMS, DAVID D. | Claim Number: 6858 |
| 415 S. GARFIELD | Claim Date: 11/01/2011 |
| HINSDALE, IL 60521 | Debtor: TRIBUNE COMPANY |

UNSECURED          Claimed:                    $0.00   UNLIQ

---

| MALLORY, MARK | Claim Number: 6859 |
| 3312 LAKEWOOD COURT | Claim Date: 11/01/2011 |
| GLENVIEW, IL 60026 | Debtor: TRIBUNE COMPANY |

UNSECURED          Claimed:                    $0.00   UNLIQ

---

| FITZSIMONS, DENNIS J. | Claim Number: 6860 |
| 800 NORTH MICHIGAN AVENUE | Claim Date: 11/01/2011 |
| UNIT 2501 | Debtor: TRIBUNE COMPANY |
| CHICAGO, IL 60611 | |

UNSECURED          Claimed:                    $0.00   UNLIQ

---

| GREMILLION, ROBERT | Claim Number: 6861 |
| 200 S. VICTORIA PARK ROAD | Claim Date: 11/01/2011 |
| FORT LAUDERDALE, FL 33301 | Debtor: TRIBUNE COMPANY |

UNSECURED          Claimed:                    $0.00   UNLIQ

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| GRENESKO, DONALD<br>130 THORNTREE LANE<br>WINNETKA, IL 60093 | Claim Number: 6862<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 5426 | |
| UNSECURED          Claimed: | $0.00   UNLIQ | |
| HILLER, DAVID<br>1550 N. STATE STREET<br>CHICAGO, IL 60610 | Claim Number: 6863<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $0.00   UNLIQ | |
| AGEMA, GERALD<br>12630 S. TIMBERLANE DRIVE<br>PALOS PARK, IL 60464 | Claim Number: 6864<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $0.00   UNLIQ | |
| AMSDEN, HARRY<br>72 ROSE PLACE<br>CLARENDON HILLS, IL 60514 | Claim Number: 6865<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $0.00   UNLIQ | |
| BELLACK, ROBERT<br>820 S. OAKLAND AVENUE<br>PASADENA, CA 91106 | Claim Number: 6866<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $0.00   UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| CARVER, STEPHEN<br>10943 WRIGHTWOOD LANE<br>STUDIO CITY, CA 91604 | Claim Number: 6867<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| WALTZ, KATHLEEN<br>3410 N. HIGHWAY A1A - # 801<br>FORT PIERCE, FL 34949 | Claim Number: 6868<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| MURPHY, DAVID P.<br>C/O DEVON J. EGGERT<br>FREEBORN & PETERS LLP<br>311 S. WACKER DR., STE. 3000<br>CHICAGO, IL 60606 | Claim Number: 6870<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| CONWAY, SUSAN M.<br>125 LEEDS<br>WILLIAMSBURG, VA 23188 | Claim Number: 6871<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| KNAPP, PETER A.<br>C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,<br>PATRICK FRYE WILDMAN, HARROLD, ALLEN<br>225 W. WACKER DRIVE, SUITE 2800<br>CHICAGO, IL 60606 | Claim Number: 6872<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 6743 |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| HIANIK, MARK W. | Claim Number: 6873 |
| C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG, | Claim Date: 11/01/2011 |
| PATRICK FRYE WILDMAN, HARROLD, ALLEN | Debtor: TRIBUNE COMPANY |
| 225 W. WACKER DRIVE | Comments: |
| CHICAGO, IL 60606 | amends claim 6742 |

| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| QUIMBY JR., IRVING L. | Claim Number: 6874 |
| C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG, | Claim Date: 11/01/2011 |
| PATRICK FRYE WILDMAN, HARROLD, ALLEN | Debtor: TRIBUNE COMPANY |
| 225 W. WACKER DRIVE | |
| CHICAGO, IL 60606 | |

| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| BIRMINGHAM, JOHN | Claim Number: 6875 |
| C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG, | Claim Date: 11/01/2011 |
| PATRICK FRYE WILDMAN, HARROLD, ALLEN | Debtor: TRIBUNE COMPANY |
| 225 W. WACKER DRIVE | Comments: |
| CHICAGO, IL 60606 | amends claim 6744 |

| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| EHLMANN, TOM E. | Claim Number: 6876 |
| C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG, | Claim Date: 11/01/2011 |
| PATRICK FRYE WILDMAN, HARROLD, ALLEN | Debtor: TRIBUNE COMPANY |
| 225 W. WACKER DRIVE | Comments: |
| CHICAGO, IL 60606 | amends claim 6745 |

| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| BERLAMINO, BETTY ELLEN<br>C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,<br>PATRICK FRYE WILDMAN, HARROLD, ALLEN<br>225 W. WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 6877<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY | |

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| HIGBY, LAWRENCE M.<br>218 VIA LIDO NORD<br>NEWPORT BEACH, CA 92663 | Claim Number: 6878<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3878 | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| DOWNES, MARY M.<br>9650 SHORE DR., MAISON SUR MER, # 2202<br>MYRTLE BEACH, SC 29572 | Claim Number: 6879<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3921 | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| ISENBERG, STEVEN L.<br>151 CENTRAL PARK WEST, 3N<br>NEW YORK, NY 10023 | Claim Number: 6880<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3885 | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| WALLER, MICHAEL E.<br>5 FULL SWEEP<br>HILTON HEAD ISLAND, SC 29928 | Claim Number: 6881<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3784 | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | |
|---|---|---|---|
| COLSTON, JAMES WILLARD<br>61 THOMAS ST<br>PORTLAND, ME 04102 | | Claim Number: 6882<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3960 | |
| UNSECURED | Claimed: | $0.00 UNDET | |
| THOMAS, WILLIAM F.<br>16025 VALLEY WOOD RD<br>SHERMAN OAKS, CA 91403 | | Claim Number: 6883<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3768 | |
| UNSECURED | Claimed: | $0.00 UNDET | |
| CARROLL, JOHN S.<br>223 QUEENSWAY DRIVE<br>LEXINGTON, KY 40502 | | Claim Number: 6884<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3949 | |
| UNSECURED | Claimed: | $0.00 UNDET | |
| SHAW, JAMES D.<br>228 JEFFERSON'S HUNDRED<br>WILLIAMSBURG, VA 23185 | | Claim Number: 6885<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3806 | |
| UNSECURED | Claimed: | $0.00 UNDET | |
| PETERSON, MAUREEN G.<br>7 BARNES ROAD WEST<br>STAMFORD, CT 06902 | | Claim Number: 6886<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3826 | |
| UNSECURED | Claimed: | $0.00 UNDET | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | |
|---|---|
| FLICK, JOHN E.<br>31 SEAVIEW DR<br>SANTA BARBARA, CA 93108 | Claim Number: 6887<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3896 |
| UNSECURED           Claimed: | $0.00   UNDET |
| GASTLER, DEBRA A.<br>4236 BAKMAN AVENUE<br>STUDIO CITY, CA 91602 | Claim Number: 6888<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3901 |
| UNSECURED           Claimed: | $0.00   UNDET |
| MARRO, ANTHONY J.<br>10 WEST RD.; P.O. BOX 944<br>OLD BENNINGTON, VT 05201 | Claim Number: 6889<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3831 |
| UNSECURED           Claimed: | $0.00   UNDET |
| LOBDELL, NANACY<br>620 SAND HILL RD, APT. 301C<br>PALO ALTO, CA 94304 | Claim Number: 6890<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3828 |
| UNSECURED           Claimed: | $0.00   UNDET |
| EGAN, PAUL H.<br>5926 SE IRIS COURT<br>MILWAUKIE, OR 97267-1851 | Claim Number: 6891<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3928 |
| UNSECURED           Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | |
|---|---|---|
| RHOADS,S. KEATING<br>2611 NIDO WAY<br>LAGUNA BEACH, CA 92651 | | Claim Number: 6892<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3791 |
| UNSECURED | Claimed: | $0.00   UNDET |
| MONSMA, DURHAM J.<br>10305 WYSTONE<br>NORTHRIDGE, CA 91326 | | Claim Number: 6893<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3840 |
| UNSECURED | Claimed: | $0.00   UNDET |
| HALL, CHARLOTTE H.<br>219 CORNERSTONE DR<br>NEWTOWN SQUARE, PA 19073 | | Claim Number: 6894<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3870 |
| UNSECURED | Claimed: | $0.00   UNDET |
| ROWE, WILLIAM J.<br>15005 PRATOLINO WAY<br>NAPLES, FL 34110 | | Claim Number: 6895<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3794 |
| UNSECURED | Claimed: | $0.00   UNDET |
| PETTY, MARTHA A.<br>5933 SEABIRD DRIVE SOUTH<br>GULFPORT, FL 33707 | | Claim Number: 6896<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3827 |
| UNSECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

ZAKARIAN, JOHN J.
656 RIDGE RD
WETHERSFIELD, CT 06109

Claim Number: 6897
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3757

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

O'SULLIVAN, ROBERT T.
304 JEFFERSON CT.
EDGEWATER, NJ 07020

Claim Number: 6898
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3818

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

MARIMOW,  WILLIAMK.
1942 PANAMA STREET
PHILADELPHIA, PA 19103

Claim Number: 6899
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3830

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

HENSON, PAMELA
11099 SHADOWBROOK CIRCLE
HIGHLANDS RANCH, CO 80130

Claim Number: 6900
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3875

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

BRIEF, KENNETH H.
4 KENNEBEC LANE
BRUNSWICK, ME 04011

Claim Number: 6901
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3944

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| OGLESBY, ROGER D. | Claim Number: 6902 |
| 401 NORTH 2ND ST. #117 | Claim Date: 11/02/2011 |
| MINNEAPOLIS, MN 55401 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | amends claim 3816 |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| MCKEON, JOHN C. | Claim Number: 6903 |
| 3522 GILLESPIE ST | Claim Date: 11/02/2011 |
| DALLAS, TX 75219 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | amends claim 3834 |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| LAFRANCE, KIMBERLY MCCLEARY | Claim Number: 6904 |
| 1540 11TH ST | Claim Date: 11/02/2011 |
| MANHATTAN BEACH, CA 90266 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | amends claim 3862 |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| WEINSTEIN, HOWARD | Claim Number: 6905 |
| 12114 FAULKNER DR. | Claim Date: 11/02/2011 |
| OWINGS MILLS, MD 21117 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | amends claim 3786 |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| HOLTON, RAYMOND | Claim Number: 6906 |
| 1021 STONE STACK DRIVE | Claim Date: 11/02/2011 |
| BETHLEHEM, PA 18015 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | amends claim 3879 |

| UNSECURED | Claimed: | $0.00   UNDET |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

SHORTS, GARY K.
2940 BEECH LANE
DOYLESTOWN, PA 18902-1941

Claim Number: 6907
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3808

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

BARRETT, DAVID S.
257 OXFORD STREET
HARTFORD, CT 06105-2249

Claim Number: 6908
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3965

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

JANSEN, RAYMOND A., JR.
24 DOCKSIDE LANE, # 422
KEY LARGO, FL 33037

Claim Number: 6909
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3887

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

BARWICK, BRUCE E.
3913 HAWTHORN RD
ELLICOTT CITY, MD 21042

Claim Number: 6910
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3932

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

HALLE, JEAN
11536 PEBBLECREEK DR.
LUTHERVILLE, MD 21093

Claim Number: 6911
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3871

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

JUNCK, MARY E.
P.O. BOX 20; 18475 DEER HILL ROAD
PLEASANT VALLEY, IA 52767

Claim Number: 6912
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3891

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SCHNEIDER, HILARY A.
54 CHESTNUT AVENUE
LOS GATOS, CA 95030

Claim Number: 6913
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3801

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

KLEINER, ARNOLD J.
7575 MULHOLLAND DR.
LOS ANGELES, CA 90046

Claim Number: 6914
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3855

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

MURPHY, JOHN R.
PO BOX 30927
SEA ISLAND, GA 31561

Claim Number: 6915
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3841

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

CROWDER, GRACE E.
499 B&F ROAD
GETTYSBURG, PA 17325

Claim Number: 6916
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3912

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| KELLERMANN, DONALD S., ESTATE OF<br>C/O JOAN R. KELLERMANN<br>2750 UNICORN LANE<br>WASHINGTON, DC 20015 | Claim Number: 6917<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3851 | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| PELIZZA, ELLEN, ESTATE OF<br>C/O PETER PELIZZA, EXECUTOR<br>W 11052 EAGLE DR<br>LODI, WI 53555 | Claim Number: 6918<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3823 | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| PATINELLA, JOHN F.<br>13061 PEBBLEBROOK POINT CIRCLE, # 202<br>FORT MYERS, FL 33905 | Claim Number: 6919<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3821 | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| KALLET, JUDITH S.<br>7949 CRANES POINTE WAY<br>WEST PALM BEACH, FL 33412 | Claim Number: 6920<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3849 | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| KURTICH, MARK H.<br>81593 CAMINO VALLECITA<br>INDIO, CA 92203 | Claim Number: 6921<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3861 | |
| UNSECURED          Claimed: | $0.00   UNDET | |

| | | |
|---|---|---|
| BRISCO, ROBERT N.<br>1 FLYING MANE LANE<br>ROLLING HILLS, CA 90274 | | Claim Number: 6922<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3945 |
| UNSECURED | Claimed: | $0.00   UNDET |
| CLAYTON, JANET T.<br>655 S RIMPAU BLVD<br>LOS ANGELES, CA 90005 | | Claim Number: 6923<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3954 |
| UNSECURED | Claimed: | $0.00   UNDET |
| COFFEY, C. SHELBY, III<br>897 CHINQUAPIN RD.<br>MC LEAN, VA 22102 | | Claim Number: 6924<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3959 |
| UNSECURED | Claimed: | $0.00   UNDET |
| COTLIAR, GEORGE J.<br>1618 ANITA LANE<br>NEWPORT BEACH, CA 92660 | | Claim Number: 6925<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3911 |
| UNSECURED | Claimed: | $0.00   UNDET |
| DOWNING, KATHRYN M.<br>121 VIA ALICIA<br>SANTA BARBARA, CA 93108 | | Claim Number: 6926<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3923 |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | | |
|---|---|---|---|
| DREHER, BEVERLY<br>6301 ACACIA HILL DRIVE<br>YORBA LINDA, CA 92886-5810 | Claim Number: 6927<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3924 | | |
| UNSECURED | Claimed: | $0.00 UNDET | |
| DREWRY, ELIZABETH V.<br>100 RIDGE PASS WAY<br>LANDRUM, SC 29356 | Claim Number: 6928<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3925 | | |
| UNSECURED | Claimed: | $0.00 UNDET | |
| FALK, EUGENE L., ESTATE OF<br>C/O SHANNON LYNN MOORE, P.R.<br>14340 SALMON RIVER RD.<br>CALDWELL, ID 83607-7813 | Claim Number: 6929<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3892 | | |
| UNSECURED | Claimed: | $0.00 UNDET | |
| HEAPHY, JANIS<br>25 HIGHLAND PARK VILLAGE, # 100-340<br>DALLAS, TX 75205 | Claim Number: 6930<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3873 | | |
| UNSECURED | Claimed: | $0.00 UNDET | |
| HELIN, JAMES D.<br>12156 LA CASA LANE<br>LOS ANGELES, CA 90049 | Claim Number: 6931<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3874 | | |
| UNSECURED | Claimed: | $0.00 UNDET | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

ISINGER, WILLIAM R.
26682 COUNTRY CREEK LANE
CALABASAS, CA 91302

Claim Number: 6932
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3886

---

UNSECURED          Claimed:                    $0.00   UNDET

---

JOHNSON, W. THOMAS, JR.
3280 RILMAN ROAD, NW
ATLANTA, GA 30327

Claim Number: 6933
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3890

---

UNSECURED          Claimed:                    $0.00   UNDET

---

KLEIN, JEFFREY S.
18778 HILLSBORO ROAD
NORTHRIDGE, CA 91326

Claim Number: 6934
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3854

---

UNSECURED          Claimed:                    $0.00   UNDET

---

LAVENTHOL, DAVID A.
870 UNITED NATIONS PLAZA, # 31B
NEW YORK, NY 10017

Claim Number: 6935
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3864

---

UNSECURED          Claimed:                    $0.00   UNDET

---

LEE SCHNEIDER, R. MARILYN
2124 BAGLEY AVE.
LOS ANGELES, CA 90034

Claim Number: 6936
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3865

---

UNSECURED          Claimed:                    $0.00   UNDET

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| LEVINE, JESSE E.<br>1255 OWOSSO AVENUE<br>HERMOSA BEACH, CA 90254 | Claim Number: 6937<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3867 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

---

| MAGNUSON, ROBERT G.<br>374 FLORA ST.<br>LAGUNA BEACH, CA 92651 | Claim Number: 6938<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3829 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

---

| MAXWELL, DONALD S.<br>2160 LE FLORE DRIVE<br>LA HABRA HEIGHTS, CA 90631 | Claim Number: 6939<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3832 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

---

| NIESE, WILLIAM A.<br>6061 LAKE VISTA DRIVE<br>BONSALL, CA 92003 | Claim Number: 6940<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3846 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

---

| PARKS, MICHAEL C.<br>1211 S. EUCLID AVE.<br>PASADENA, CA 91106 | Claim Number: 6941<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3819 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| PERRUSO, CAROL<br>376 ULTIMO AVENUE<br>LONG BEACH, CA 90814 | Claim Number: 6942<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3824 | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| ROSE, MICHAEL G.<br>5170 W 2ND ST.<br>LOS ANGELES, CA 90004 | Claim Number: 6943<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3793 | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| SCHLOSBERG, RICHARD T. III<br>164 SENDERO VERDE DR.<br>SAN ANTONIO, TX 78261 | Claim Number: 6944<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3798 | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| SHIRLEY, DENNIS A.<br>2440 STANLEY<br>TUSTIN, CA 92782 | Claim Number: 6945<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3807 | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| STANTON, RICHARD W.<br>1239 MAPLEWOOD DR.<br>MAPLE GLEN, PA 19002 | Claim Number: 6946<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3499 | |
| UNSECURED          Claimed: | $0.00   UNDET | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

SWEENEY, JUDITH L.
31112 VIA LIMON
SAN JUAN CAPISTRANO, CA 92675

Claim Number: 6947
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3811

| UNSECURED | Claimed: | $0.00  UNDET |
|-----------|----------|--------------|

WILSON, JULIA C.
1872  8TH AVE.
SACRAMENTO, CA 95818

Claim Number: 6948
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3764

| UNSECURED | Claimed: | $0.00  UNDET |
|-----------|----------|--------------|

WRIGHT, DONALD F.
P.O. BOX 842
TESUQUE, NM 87574

Claim Number: 6949
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3761

| UNSECURED | Claimed: | $0.00  UNDET |
|-----------|----------|--------------|

CHANDLER, BETTINA W.
1013 SHOKAT DRIVE
OJAI, CA 93023

Claim Number: 6950
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3952

| UNSECURED | Claimed: | $0.00  UNDET |
|-----------|----------|--------------|

FALK, JOANNE K.
161 ROYAL LONDON COURT
THOUSAND OAKS, CA 91361

Claim Number: 6951
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3893

| UNSECURED | Claimed: | $0.00  UNDET |
|-----------|----------|--------------|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| ABATEMARCO, FRED A.<br>25 CHAPEL PLACE, 3E<br>GREAT NECK, NY 11021 | | Claim Number: 6952<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3968 |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |
| ALFANO, RICHARD S.<br>403 BRYN MEADOWS<br>SOUTHLAKE, TX 76092 | | Claim Number: 6953<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3966 |
| UNSECURED | Claimed: | $0.00   UNDET |
| ARMSTRONG, C. MICHAEL<br>1683 GALLEON DR.<br>NAPLES, FL 34102 | | Claim Number: 6954<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3961 |
| UNSECURED | Claimed: | $0.00   UNDET |
| ARNOLD, GARY M.<br>910 FAR OAKS DR<br>CASEYVILLE, IL 62232 | | Claim Number: 6955<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3962 |
| UNSECURED | Claimed: | $0.00   UNDET |
| BELL, GEORGE<br>240 DUDLEY ST.<br>BROOKLINE, MA 02455 | | Claim Number: 6956<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3934 |
| UNSECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | |
|---|---|
| BERGMANN, HORST A.<br>4261 PRESERVE PARKWAY SOUTH<br>GREENWOOD VILLAGE, CO 80121-2188 | Claim Number: 6957<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3936 |

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

| | |
|---|---|
| BLOOD, EDWARD L.<br>5310 E. HELENA DRIVE<br>SCOTTSDALE, AZ 85254-7526 | Claim Number: 6958<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3937 |

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

| | |
|---|---|
| BOWLIN, GREGORY L.<br>6152 S. JERICHO WAY<br>CENTENNIAL, CO 80016-1275 | Claim Number: 6959<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3940 |

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

| | |
|---|---|
| BRANDT, ROBERT F.<br>111 MULBERRY ST; P.O. BOX 519<br>ST. MICHAELS, MD 21663 | Claim Number: 6960<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3941 |

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

| | |
|---|---|
| BRAUER, ALAN L.<br>3506 SWEET CLOVER STREET<br>THOUSAND OAKS, CA 91362 | Claim Number: 6961<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3942 |

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

BRENNAN, LEO
3825 TEESDALE CT.
ATLANTA, GA 30350

Claim Number: 6962
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3943

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

BRYSON, JOHN E.
2244 WALNUT GROVE AVE., ROOM 101
P.O. BOX 976
ROSEMEAD, CA 91770

Claim Number: 6963
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3946

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

CASEY, KATHLEEN M.
104 GALAXY ST
LAKEWAY, TX 78734

Claim Number: 6964
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 696400

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

CHANDHOK, RAJENDER K.
273 MABERY RD
SANTA MONICA, CA 90402

Claim Number: 6965
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3951

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

CHARLES, RANDOLPH R.
1032 SPRUCE ST. UNIT 200
PHILADELPHIA, PA 19107

Claim Number: 6966
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

CLIFFORD, PATRICK A.
1185 PARK AVENUE APT 3E
NEW YORK, NY 10128

Claim Number: 6967
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

CLURMAN, ANDREW W.
6936 BASELINE RD.
BOULDER, CO 80303-3142

Claim Number: 6968
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

COPPENS, STUART K.
726 MAYBANK LOOP
THE VILLAGES, FL 32162

Claim Number: 6969
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

DEYOUNG, BARBARA R.
4 STONEY CLOVER LANE
PITTSFORD, NY 14534-4601

Claim Number: 6970
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

DILL, JOHN F.
1001 ARBOR LAKE DR #408
NAPLES, FL 34110-7083

Claim Number: 6971
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

DILWORTH, ANN E.
101 PASEO ENCANTADO NE
SANTA FE, NM 87506

Claim Number: 6972
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

---

UNSECURED          Claimed:                    $0.00   UNDET

DYER, JOHN M.
980 FENIMORE CIRCLE
ATLANTA, GA 30350

Claim Number: 6973
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

---

UNSECURED          Claimed:                    $0.00   UNDET

ERBURU, ROBERT F.
4265 CRESTA AVE
SANTA BARBARA, CA 93110

Claim Number: 6974
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

---

UNSECURED          Claimed:                    $0.00   UNDET

FERNALD, PETER J.
1338 GLEN OAKS BLVD.
PASADENA, CA 91105

Claim Number: 6975
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

---

UNSECURED          Claimed:                    $0.00   UNDET

FITZGERALD, JAMES E.
93 FIFTH STREET
GARDEN CITY, NY 11530

Claim Number: 6976
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

---

UNSECURED          Claimed:                    $0.00   UNDET

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| FORGIONE, MICHAEL J.<br>185 CAMBRIDGE DR. EAST<br>COPIAGUE, NY 11726 | Claim Number: 6977<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |

UNSECURED          Claimed:                    $0.00   UNDET

| | | |
|---|---|---|
| FOX, DOUGLAS<br>223 WALL ST., # 318<br>HUNTINGTON, NY 11743 | Claim Number: 6978<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |

UNSECURED          Claimed:                    $0.00   UNDET

| | | |
|---|---|---|
| FROST, F., DANIEL<br>P.O. BOX 7285<br>KENNEWICK, WA 99336-0617 | Claim Number: 6979<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |

UNSECURED          Claimed:                    $0.00   UNDET

| | | |
|---|---|---|
| GOLDSTEIN, GARY P.<br>15 LONG ACRE LANE<br>DIX HILLS, NY 11746 | Claim Number: 6980<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |

UNSECURED          Claimed:                    $0.00   UNDET

| | | |
|---|---|---|
| GOTTSMAN, EDWARD J.<br>235 EAST 22ND ST., APT 3A<br>NEW YORK, NY 10010 | Claim Number: 6981<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |

UNSECURED          Claimed:                    $0.00   UNDET

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

GRANT, ROBERT T.
3166 BUTLER BAY DRIVE N
WINDERMERE, FL 34786

Claim Number: 6982
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

GUERRERO, RICHARD
46 SAINT MICHAEL
DANA POINT, CA 92629

Claim Number: 6983
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

GUITTAR, LEE J.
3750 GALT OCEAN DR., APT. 401
FORT LAUDERDALE, FL 33308

Claim Number: 6984
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

GUTHRIE, JAMES F.
205 COSTA BELLA
AUSTIN, TX 78734

Claim Number: 6985
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

HALAJIAN, KENNETH L.
21 HIGH RIDGE RD
OSSINING, NY 10562-1969

Claim Number: 6986
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | |
|---|---|---|
| HAUGH, MICHAEL J.<br>106 BEACON BLVD.<br>SEA GIRT, NJ 08750 | | Claim Number: 6987<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |

UNSECURED          Claimed:                    $0.00   UNDET

---

| | | |
|---|---|---|
| HESSLER, CURTIS A.<br>570 BRADSFORD ST.<br>PASADENA, CA 91105 | | Claim Number: 6988<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |

UNSECURED          Claimed:                    $0.00   UNDET

---

| | | |
|---|---|---|
| HIGBY, JAMES H.<br>51 KEELERS RIDGE RD.<br>WILTON, CT 06897 | | Claim Number: 6989<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |

UNSECURED          Claimed:                    $0.00   UNDET

---

| | | |
|---|---|---|
| HORN, KAREN LAUKKA<br>50 RIDGECREST COURT<br>LAFAYETTE, CA 94549-2147 | | Claim Number: 6990<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |

UNSECURED          Claimed:                    $0.00   UNDET

---

| | | |
|---|---|---|
| IMBRIACO, JAMES<br>8 ACORN LANE<br>LEBANON, NJ 08833 | | Claim Number: 6991<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |

UNSECURED          Claimed:                    $0.00   UNDET

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

JOHNSON, EDWARD E.
4418 OAKWOOD AVE.
LA CANADA FLINTRIDGE, CA 91011-3414

Claim Number: 6992
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

JOHNSON, ROBERT M.
7348 ARBOR PINES DR., P.O. BOX 485
JUPITER, FL 33458

Claim Number: 6993
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

KABAK, SCOTT W.
15 MEADOW LANE
MANHASSET, NY 11030

Claim Number: 6994
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

KELLER, WILLIAM F.
7916 W. HILLSIDE RD, ROUTE 3
CRYSTAL LAKE, IL 60012

Claim Number: 6995
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

KLEIN, JASON E.
6 TANGLEWILD PLACE
CHAPPAQUA, NY 10514-2528

Claim Number: 6996
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| | | |
|---|---|---|
| LEVIN, MARTIN P.<br>221 KIRBY LANE<br>RYE, NY 10580 | Claim Number: 6997<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| | | |
|---|---|---|
| MCGUINNESS, KATHLEEN G.<br>PO BOX 169<br>FAIRFIELD, IA 52556 | Claim Number: 6998<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| | | |
|---|---|---|
| MEADOWS, JACK E.<br>2225 TWELVE OAKS DR<br>FAYETTEVILLE, AR 72703 | Claim Number: 6999<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| | | |
|---|---|---|
| MEIER, STEPHEN C.<br>1512 BEECH STREET<br>SO PASADENA, CA 91030 | Claim Number: 7000<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| | | |
|---|---|---|
| MOLVAR, ROGER H.<br>13113 SOUTH ECHO LAKE ROAD<br>SNOHOMISH, WA 98296 | Claim Number: 7001<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| NILES,NICHOLAS H. | Claim Number: 7002 |
| THE BLOOMING GROVE CLUB | Claim Date: 11/02/2011 |
| 123 OLD FIELD ROAD | Debtor: TRIBUNE COMPANY |
| HAWLEY, PA 18428 | |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| NORRIS, JAMES H. | Claim Number: 7003 |
| 121 TAFT CRESCENT | Claim Date: 11/02/2011 |
| CENTERPORT, NY 11721 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| NUCKOLS, JAMES H. | Claim Number: 7004 |
| 1740 DYLAN WAY | Claim Date: 11/02/2011 |
| ENCINITAS, CA 92024 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| O'NEILL, NANCY W. | Claim Number: 7005 |
| 4 CORTE LAS CASAS | Claim Date: 11/02/2011 |
| TIBURON, CA 94920 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| PANDOLFI, FRANCIS P. | Claim Number: 7006 |
| 168 WATER ST. | Claim Date: 11/02/2011 |
| STONINGTON, CT 06378 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| PARO, JEFFREY N. | Claim Number: 7007 |
| 30 QUAKER ROAD | Claim Date: 11/02/2011 |
| SHORT HILLS, NJ 07078 | Debtor: TRIBUNE COMPANY |

UNSECURED          Claimed:                    $0.00   UNDET

---

| PAYNE, JANETTE O. | Claim Number: 7008 |
| 27 BUTTONWOOD DR. | Claim Date: 11/02/2011 |
| HUNTINGTON STATION, NY 11746 | Debtor: TRIBUNE COMPANY |

UNSECURED          Claimed:                    $0.00   UNDET

---

| PERRY, VICTOR A. | Claim Number: 7009 |
| 3633 TUXEDO RD NW | Claim Date: 11/02/2011 |
| ATLANTA, GA 30305 | Debtor: TRIBUNE COMPANY |

UNSECURED          Claimed:                    $0.00   UNDET

---

| PLANK,JACK L. | Claim Number: 7010 |
| 33522 NANCY JANE COURT | Claim Date: 11/02/2011 |
| DANA POINT, CA 92629-1532 | Debtor: TRIBUNE COMPANY |

UNSECURED          Claimed:                    $0.00   UNDET

---

| RILEY, MICHAEL R. | Claim Number: 7011 |
| 5 AVONDALE DR. | Claim Date: 11/02/2011 |
| NEWTOWN, PA 18940 | Debtor: TRIBUNE COMPANY |

UNSECURED          Claimed:                    $0.00   UNDET

---

RUBIN, JEROME S.
875 FIFTH AVENUE
NEW YORK, NY 10065

Claim Number: 7012
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SANN, ALEXANDER
165 EAST 72ND STREET
APT. 8K
NEW YORK, NY 10021-4342

Claim Number: 7013
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SCHNALL, HERBERT K.
P.O. BOX 9457
15102 CAMINITO MARIA
RANCHO SANTA FE, CA 92067

Claim Number: 7014
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SCHNEIDER, CHARLES I.
522 N. BEVERLY DR.
BEVERLY HILLS, CA 90210

Claim Number: 7015
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SCHNEIDER, HOWARD S.
9 BRANDYWINE DR.
SETAUKET, NY 11733

Claim Number: 7016
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

SELLSTROM, BRIAN J.
P.O. BOX 1035
RANCHO SANTA FE, CA 92067

Claim Number: 7017
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

UNSECURED          Claimed:                    $0.00   UNDET

---

SIMPSON, JAMES R.
5 CRESTWOOD DRIVE
NEWPORT BEACH, CA 92660

Claim Number: 7018
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

UNSECURED          Claimed:                    $0.00   UNDET

---

SITO, LOUIS
140 RAPTOR WAY
LANDRUM, SC 29356

Claim Number: 7019
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

UNSECURED          Claimed:                    $0.00   UNDET

---

SWEENEY, STENDER E.
790 HUNTINGTON GARDEN DRIVE
PASADENA, CA 91108-1725

Claim Number: 7020
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

UNSECURED          Claimed:                    $0.00   UNDET

---

TERPSTRA, JAMES E.
20457 NO. CANYON WHISPER DR.
SURPRISE, AZ 85387

Claim Number: 7021
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

UNSECURED          Claimed:                    $0.00   UNDET

---

| | | |
|---|---|---|
| TUNSTALL, SHARON S.<br>2323 FAIRWAY DRIVE<br>BIRMINGHAM, MI 48009 | Claim Number: 7022<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |

UNSECURED          Claimed:                    $0.00   UNDET

| | | |
|---|---|---|
| UNTERMAN, E. THOMAS<br>1451 AMALFI DR<br>PACIFIC PALISADES, CA 90272 | Claim Number: 7023<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |

UNSECURED          Claimed:                    $0.00   UNDET

| | | |
|---|---|---|
| WALLACE, JAMES W.<br>5822 BRIARTREE DR<br>LA CANADA FLINT, CA 91011 | Claim Number: 7024<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |

UNSECURED          Claimed:                    $0.00   UNDET

| | | |
|---|---|---|
| WANGBERG, LARRY W.<br>110 ELK VIEW DR.<br>HAILEY, ID 83333 | Claim Number: 7025<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |

UNSECURED          Claimed:                    $0.00   UNDET

| | | |
|---|---|---|
| WIEGAND, WILLIAM D.<br>P.O. BOX 655<br>COUPEVILLE, WA 98239 | Claim Number: 7026<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |

UNSECURED          Claimed:                    $0.00   UNDET

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

| | | |
|---|---|---|
| WILD, MARY A.<br>918 W. WOLFENSBERGER RD.<br>CASTLE ROCK, CO 80109-9631 | | Claim Number: 7027<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $0.00   UNDET |
| WILLES, MARK H.<br>4343 SHEFFIELD DRIVE<br>PROVO, UT 84604 | | Claim Number: 7028<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $0.00   UNDET |
| WILLIAMS, PHILLIP L.<br>1156 AMALFI DR.<br>PACIFIC PALISADES, CA 90272 | | Claim Number: 7029<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $0.00   UNDET |
| WILSON, HAZEL E.<br>21712 LANAR<br>MISSION VIEJO, CA 92692 | | Claim Number: 7030<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $0.00   UNDET |
| ZIMBALIST, EFREM, III<br>216 FIRST ST.<br>MANHATTAN BEACH, CA 90266 | | Claim Number: 7031<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER

Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | | |
|---|---|---|---|
| CAMPBELL, PATRICIA G.<br>1765 NARROWS HILL RD<br>UPPER BLACK EDDY, PA 18972 | | Claim Number: 7032<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| CRAWFORD, WILLIAM D.<br>3509B AVENIDA MADERA<br>BRADENTON, FL 34210 | | Claim Number: 7033<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| KOPPER, JAMES L.<br>7768 LAKESIDE BLVD<br>APT 531<br>BOCA RATON, FL 33434 | | Claim Number: 7034<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| KUCERA, PHILIP E.<br>1700 S BAYSHORE LANE APT 4B<br>MIAMI, FL 33133 | | Claim Number: 7035<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| WOLDT, HAROLD F., JR.<br>6059 WEEPING BANYAN LANE<br>WOODLAND HILLS, CA 91367 | | Claim Number: 7036<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $0.00   UNDET | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

| YOUNG, JOHN W. | Claim Number: 7037 |
| 88 PACE DR S | Claim Date: 11/02/2011 |
| WEST ISLIP, NY 11795 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| MOLVAR, JANIE | Claim Number: 7038 |
| 17625 PALADIN DR | Claim Date: 11/02/2011 |
| BEND, OR 97701 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| CARPENTER, DIAN S. | Claim Number: 7039 |
| P.O. BOX 810 | Claim Date: 11/02/2011 |
| INVERNESS, CA 94937 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| GUTTRY, DELYNN T. | Claim Number: 7040 |
| 1135 SCENIC WAY | Claim Date: 11/02/2011 |
| LOS OSOS, CA 93402 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| REDMOND, ELIZABETH F. | Claim Number: 7041 |
| 2198 FAIRHURST DR. | Claim Date: 11/02/2011 |
| LA CANADA, CA 91011 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

ZAPANTA, NORENE
(TRUSTEE FOR DR. EDWARD ZAPANTA TRUST)
53 OVERLOOK DR.
NEWPORT COAST, CA 92657

Claim Number: 7042
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

O'SHEA, JAMES
2242 N. LINCOLN PARK W. APT. 3E
CHICAGO, IL 60614

Claim Number: 7043
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

YOUNGMAN, OWEN R.
40 KENMORE AVENUE
DEERFIELD, IL 60015

Claim Number: 7044
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

WOLLNEY, JOHN
318 50TH PLACE
WESTERN SPRINGS, IL 60558

Claim Number: 7045
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

WHISLER, JACK
645 LINCOLN STREET
GLENVIEW, IL 60025

Claim Number: 7046
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| | | |
|---|---|---|
| SCHOLLY, ALISON R.<br>2137 W. HOMER ST.<br>CHICAGO, IL 60647 | Claim Number: 7047<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| LIPINSKI, ANN MARIE<br>4919 S. WOODLAWN AVE.<br>CHICAGO, IL 60615 | Claim Number: 7048<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| HANO, RANDY<br>124 WOODLAND AVE<br>WINNETKA, IL 60093 | Claim Number: 7049<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| FINKE, THOMAS<br>682 GROVE<br>GLENCOE, IL 60022 | Claim Number: 7050<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| BIEDRON, THEODORE J.<br>404 JACKSON AVE<br>GLENCOE, IL 60022 | Claim Number: 7051<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

ALLEN, F. ASHLEY
C/O CATHERINE G. PAPPAS, ESQ.
DILWORTH PAXSON LLP
1500 MARKET STREET, SUITE 3500E
PHILADELPHIA, PA 19102

Claim Number: 7052
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

HAYES JR., DANA C.
C/O DEVON J. EGGERT
FREEBORN & PETERS LLP
311 S. WACKER DR., STE. 3000
CHICAGO, IL 60606

Claim Number: 7054
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

ELLIS, JAMES L.
C/O DEVON J. EGGERT
FREEBORN & PETERS LLP
311 S. WACKER DR., STE 3000
CHICAGO, IL 60606

Claim Number: 7055
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

DEPAOLA, KENNETH J.
C/O DEVON J. EGGERT
FREEBORN & PETERS LLP
311 S. WACKER DR., STE. 3000
CHICAGO, IL 60606

Claim Number: 7056
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

RAMSEY, ROBERT
C/O DAVID TYRA
KRONICK MOSKOVITZ TIEDEMANN & GIRARD
400 CAPITOL MALL, 27TH FLOOR
SACRAMENTO, CA 95814

Claim Number: 7057
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

BAZANOS, ALEXA
3513 N. JANSSEN AVE.
CHICAGO, IL 60657

Claim Number: 7058
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

SLASON, MICHAEL D.
C/O CATHERINE G. PAPPAS, ESQ.
DILWORTH PAXSON LLP
1500 MARKET STREET, SUITE 3500E
PHILADELPHIA, PA 19102

Claim Number: 7060
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

STANCAMPIANO, LOUIS J.
C/O CATHERINE G. PAPPAS, ESQ.
DILWORTH PAXSON LLP
1500 MARKET STREET, SUITE 3500E
PHILADELPHIA, PA 19102

Claim Number: 7062
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

HERTZ, CATHERINE M.
C/O CATHERINE G. PAPPAS, ESQ.
DILWORTH PAXSON LLP
1500 MARKET STREET, SUITE 3500E
PHILADELPHIA, PA 19102

Claim Number: 7064
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

BREWER, LISA E.
203 CLAYTON DRIVE
YORKTOWN, VA 23693

Claim Number: 7065
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

| FARRINGTON, AUDREY L.<br>C/O DAVID TYRA<br>KRONICK MOSKOVITZ TIEDEMANN & GIRARD<br>400 CAPITOL MALL, 27TH FLOOR<br>SACRAMENTO, CA 95814 | Claim Number: 7066<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNDET |

| RAMSEY, ROBERT<br>C/O DAVID TYRA<br>KRONICK MOSKOVITZ TIEDEMANN & GIRARD<br>400 CAPITOL MALL, 27TH FLOOR<br>SACRAMENTO, CA 95814 | Claim Number: 7068<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNDET |

| SCHAIBLE, LINDA A.<br>13365 NW 7TH ST.<br>PLANTATION, FL 33325 | Claim Number: 7069<br>Claim Date: 11/16/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |

| FILICE, PETER D.<br>9456 BURNS COURT<br>GRANITE BAY, CA 95746 | Claim Number: 7070<br>Claim Date: 11/21/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $21,890.86 |

| BUDIHAS, STEPHEN M.<br>2865 GREEN ACRES DRIVE<br>ALLENTOWN, PA 18103 | Claim Number: 7071<br>Claim Date: 11/28/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

---

FOUX, MICHAEL C.
4898 WATERFORD DRIVE
MACUNGIE, PA 18062

Claim Number: 7072
Claim Date: 11/30/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

KENNEDY, TIMOTHY R.
2075 CHARLES DR.
HELLERTOWN, PA 18055

Claim Number: 7073
Claim Date: 11/30/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

KRANZLEY, GLENN G.
839 MAGNOLIA ROAD
HELLERTOWN, PA 18055

Claim Number: 7074
Claim Date: 11/30/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (08-13141)

Date: 12/06/2011

## Summary Page

Total Number of Filed Claims:          1916

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | ******************* | $99,000.00 |
| Priority: | ******************* | $0.00 |
| Secured: | ******************* | $0.00 |
| Unsecured: | ******************* | $814,765.56 |
| Total: | ******************* | $913,765.56 |