**EXHIBIT "B"**

Case 08-13141-BLS    Doc 10472-2    Filed 12/19/11    Page 2 of 23

**2:06-cv-04859-JFB-ETB** Conte v. Newsday, Inc. et al
Joseph F. Bianco, presiding
E. Thomas Boyle, referral
**Date filed:** 09/07/2006
**Date of last filing:** 12/07/2011

# Parties

**Alfonso Amorizzo**
Added: 09/07/2006
*(Cross Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 11/13/2006*
*ATTORNEY TO BE NOTICED*

**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 11/13/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alfonso Amorizzo**
Added: 09/07/2006
*(Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 11/13/2006*
*ATTORNEY TO BE NOTICED*

**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 11/13/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H. Baker**
Alston & Bird LLP
90 Park Ave
New York, NY 10016
212-210-9487
212-922-3888 (fax)
bill.baker@alston.com
*Added: 11/01/2011*
*(Mediator)*
PRO SE

**James S. Baloga, Sr.**
*Added: 09/07/2006*
*(Cross Claimant)*

represented by

**Anthony F Prisco**
Salamon, Gruber, Blaymore & Strenger, P.C.
97 Powerhouse Road
Suite 102
Roslyn Heights, NY 11577
516-625-1700
516-625-1795 (fax)
aprisco@sgnblaw.com
*Assigned: 06/18/2010*
*ATTORNEY TO BE NOTICED*

**Sanford Strenger**
Salamon, Gruber, Blaymore & Strenger, P.C.
97 Powerhouse Road
Suite 102
Roslyn Heights, NY 11577
516-625-1700
516-625-1795 (fax)
sstrenger@sgnblaw.com
*Assigned: 11/20/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James S. Baloga, Sr.**
*Added: 09/07/2006*
*(Defendant)*

represented by

**Anthony F Prisco**
Salamon, Gruber, Blaymore & Strenger, P.C.
97 Powerhouse Road
Suite 102
Roslyn Heights, NY 11577
516-625-1700
516-625-1795 (fax)
aprisco@sgnblaw.com
*Assigned: 06/18/2010*
*ATTORNEY TO BE NOTICED*

**Sanford Strenger**
Salamon, Gruber, Blaymore & Strenger, P.C.
97 Powerhouse Road
Suite 102
Roslyn Heights, NY 11577
516-625-1700
516-625-1795 (fax)
sstrenger@sgnblaw.com
*Assigned: 11/20/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James S. Baloga, Jr.**
*Added: 09/07/2006*
*(Cross Claimant)*

represented by

**Anthony F Prisco**
Salamon, Gruber, Blaymore & Strenger, P.C.
97 Powerhouse Road
Suite 102
Roslyn Heights, NY 11577
516-625-1700
516-625-1795 (fax)
aprisco@sgnblaw.com
*Assigned: 06/18/2010*
*ATTORNEY TO BE NOTICED*

**Sanford Strenger**
Salamon, Gruber, Blaymore & Strenger, P.C.
97 Powerhouse Road
Suite 102

Roslyn Heights, NY 11577
516-625-1700
516-625-1795 (fax)
sstrenger@sgnblaw.com
*Assigned: 11/20/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James S. Baloga, Jr.**
*Added: 09/07/2006*
*(Defendant)*

      represented by

**Anthony F Prisco**
Salamon, Gruber, Blaymore & Stenger, P.C.
97 Powerhouse Road
Suite 102
Roslyn Heights, NY 11577
516-625-1700
516-625-1795 (fax)
aprisco@sgnblaw.com
*Assigned: 06/18/2010*
*ATTORNEY TO BE NOTICED*

**Sanford Strenger**
Salamon, Gruber, Blaymore & Stenger, P.C.
97 Powerhouse Road
Suite 102
Roslyn Heights, NY 11577
516-625-1700
516-625-1795 (fax)
sstrenger@sgnblaw.com
*Assigned: 11/20/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Brennan**
*Added: 07/20/2007*
*(Defendant)*

**Edmond Chin-Sang**
*Added: 09/07/2006*
*(Cross Defendant)*

      represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 11/13/2006*
*ATTORNEY TO BE NOTICED*

**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 11/13/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edmond Chin-Sang**
*Added: 09/07/2006*
*(Defendant)*

      represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415

718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 11/13/2006*
*ATTORNEY TO BE NOTICED*

**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 11/13/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Gregory Connors**<br>*Added: 12/08/2006*<br>*(Cross Defendant)* | represented by | **Jade Lois Fuller**<br>Giaimo Associates, LLP<br>80-02 Kew Gardens Rd<br>Kew Gardens, NY 11415<br>718-261-6200<br>718-261-0316 (fax)<br>jadefuller79@aol.com<br>*Assigned: 09/14/2007*<br>*ATTORNEY TO BE NOTICED* |

**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 10/30/2008*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Gregory Connors**<br>*Added: 12/08/2006*<br>*(Defendant)* | represented by | **Jade Lois Fuller**<br>Giaimo Associates, LLP<br>80-02 Kew Gardens Rd<br>Kew Gardens, NY 11415<br>718-261-6200<br>718-261-0316 (fax)<br>jadefuller79@aol.com<br>*Assigned: 09/14/2007*<br>*ATTORNEY TO BE NOTICED* |

**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 10/30/2008*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Consumers Warehouse Center, Inc.**<br>*Added: 09/07/2006*<br>*(Cross Claimant)* | represented by | **Anthony F Prisco**<br>Salamon, Gruber, Blaymore & Strenger, P.C.<br>97 Powerhouse Road |

Suite 102
Roslyn Heights, NY 11577
516-625-1700
516-625-1795 (fax)
aprisco@sgnblaw.com
*Assigned: 06/18/2010*
*ATTORNEY TO BE NOTICED*

**Sanford Strenger**
Salamon, Gruber, Blaymore & Strenger, P.C.
97 Powerhouse Road
Suite 102
Roslyn Heights, NY 11577
516-625-1700
516-625-1795 (fax)
sstrenger@sgnblaw.com
*Assigned: 11/20/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consumers Warehouse Center, Inc.**
*Added: 09/07/2006*
*(Defendant)*

represented by

**Anthony F Prisco**
Salamon, Gruber, Blaymore & Strenger, P.C.
97 Powerhouse Road
Suite 102
Roslyn Heights, NY 11577
516-625-1700
516-625-1795 (fax)
aprisco@sgnblaw.com
*Assigned: 06/18/2010*
*ATTORNEY TO BE NOTICED*

**Sanford Strenger**
Salamon, Gruber, Blaymore & Strenger, P.C.
97 Powerhouse Road
Suite 102
Roslyn Heights, NY 11577
516-625-1700
516-625-1795 (fax)
sstrenger@sgnblaw.com
*Assigned: 11/20/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Conte**
2 Ethan Allen Court
South Setauket, NY 11720
631-949-1660
*Added: 09/07/2006*
*(Plaintiff)*
PRO SE

**Renata Conte**
Non-Party

2 Ethan Allen Court
South Setauket, NY 11720
*Added: 03/15/2011*
*(Movant)*
PRO SE

**Pete Dill**
*Added: 09/07/2006*
*(Cross Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 11/13/2006*
*ATTORNEY TO BE NOTICED*

**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 11/13/2006*
*ATTORNEY TO BE NOTICED*

**Pete Dill**
*Added: 09/07/2006*
*(Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 11/13/2006*
*ATTORNEY TO BE NOTICED*

**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 11/13/2006*
*ATTORNEY TO BE NOTICED*

**Raymond Dodge**
*Added: 09/07/2006*
*(Cross Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 11/13/2006*
*ATTORNEY TO BE NOTICED*

**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 11/13/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond Dodge**
*Added: 09/07/2006*
*(Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 11/13/2006*
*ATTORNEY TO BE NOTICED*

**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 11/13/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Dodge**
*Added: 09/07/2006*
*(Cross Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 11/13/2006*
*ATTORNEY TO BE NOTICED*

**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 11/13/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Dodge**
*Added: 09/07/2006*
*(Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 11/13/2006*
*ATTORNEY TO BE NOTICED*

**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 11/13/2006*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John and Jane Does**
1-20, Individuals

*Added: 09/07/2006*
*(Cross Defendant)*

**John and Jane Does**
1-20, Individuals

*Added: 09/07/2006*
*(Defendant)*

**John and Jane Does**
1-10, Business Entities

*Added: 09/07/2006*
*(Cross Defendant)*

**John and Jane Does**
1-10, Business Entities

*Added: 09/07/2006*
*(Defendant)*

**Mario Escamilla**
*Added: 09/07/2006*
*(Cross Claimant)*

     represented by

**Anthony F Prisco**
Salamon, Gruber, Blaymore & Strenger, P.C.
97 Powerhouse Road
Suite 102
Roslyn Heights, NY 11577
516-625-1700
516-625-1795 (fax)
aprisco@sgnblaw.com
*Assigned: 06/18/2010*
*ATTORNEY TO BE NOTICED*

**Sanford Strenger**
Salamon, Gruber, Blaymore & Strenger, P.C.
97 Powerhouse Road
Suite 102
Roslyn Heights, NY 11577
516-625-1700
516-625-1795 (fax)
sstrenger@sgnblaw.com
*Assigned: 11/20/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mario Escamilla**
*Added: 09/07/2006*
*(Defendant)*

     represented by

**Anthony F Prisco**
Salamon, Gruber, Blaymore & Strenger, P.C.
97 Powerhouse Road
Suite 102
Roslyn Heights, NY 11577
516-625-1700
516-625-1795 (fax)
aprisco@sgnblaw.com
*Assigned: 06/18/2010*
*ATTORNEY TO BE NOTICED*

Sanford Strenger
Salamon, Gruber, Blaymore & Strenger, P.C.
97 Powerhouse Road
Suite 102
Roslyn Heights, NY 11577
516-625-1700
516-625-1795 (fax)
sstrenger@sgnblaw.com
*Assigned: 11/20/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Faiella**
*Added: 07/20/2007*
*(Defendant)*

**Jade Fuller**
*Added: 09/07/2006*
*(Cross Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 09/14/2007*
*ATTORNEY TO BE NOTICED*

**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 10/30/2008*
*ATTORNEY TO BE NOTICED*

**Jade Fuller**
*Added: 09/07/2006*
*(Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 09/14/2007*
*ATTORNEY TO BE NOTICED*

**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 10/30/2008*
*ATTORNEY TO BE NOTICED*

**Laurence Furnell**
*Added: 09/07/2006*
*(Cross Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415

12/12/2011 10:52 AM

718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 11/13/2006*
*ATTORNEY TO BE NOTICED*

**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 11/13/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurence Furnell**
*Added: 09/07/2006*
*(Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 11/13/2006*
*ATTORNEY TO BE NOTICED*

**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 11/13/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Garcia**
*Added: 07/20/2007*
*(Defendant)*

**Joseph O. Giaimo**
*Added: 09/07/2006*
*TERMINATED: 10/28/2011*
*(Cross Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 09/14/2007*
*ATTORNEY TO BE NOTICED*

**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 10/30/2008*

ATTORNEY TO BE NOTICED

**Joseph O. Giaimo**
*Added: 09/07/2006*
*TERMINATED: 10/28/2011*
*(Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 09/14/2007*
*ATTORNEY TO BE NOTICED*

**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 10/30/2008*
*ATTORNEY TO BE NOTICED*

**Giaimo Associates, LLP**
*Added: 09/07/2006*
*TERMINATED: 10/28/2011*
*(Cross Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 09/14/2007*
*ATTORNEY TO BE NOTICED*

**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 10/30/2008*
*ATTORNEY TO BE NOTICED*

**Giaimo Associates, LLP**
*Added: 09/07/2006*
*TERMINATED: 10/28/2011*
*(Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 09/14/2007*
*ATTORNEY TO BE NOTICED*

**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 10/30/2008*

Case 08-13141-BLS    Doc 10472-2    Filed 12/19/11    Page 13 of 23

*ATTORNEY TO BE NOTICED*

**Mark Harrington**
*Added: 09/07/2006*
*(Cross Defendant)*

represented by

**Kennisha Anlee Austin**
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza
New York, NY 10019
212-763-5000
212-763-5001 (fax)
kaustin@ecbalaw.com
*Assigned: 03/02/2007*
*ATTORNEY TO BE NOTICED*

**Andrew G. Celli, Jr**
Emery, Celli, Brinckerhoff & Abady LLP
75 Rockefeller Plaza
20th Floor
New York, NY 10019
(212) 763-5000
212-763-5001 (fax)
acelli@ecbalaw.com
*Assigned: 11/08/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zoe A Salzman**
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
212-763-5000
212-763-5001 (fax)
zsalzman@ecbalaw.com
*Assigned: 06/13/2011*
*ATTORNEY TO BE NOTICED*

**O. Andrew F. Wilson**
Emery, Celli, Brinckerhoff & Abady, LLP
75 Rockerfeller Plaza, 20th Floor
New York, NY 10019
212-763-5000
212-763-5001 (fax)
awilson@ecbalaw.com
*Assigned: 11/08/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Harrington**
*Added: 09/07/2006*
*(Defendant)*

represented by

**Kennisha Anlee Austin**
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza
New York, NY 10019
212-763-5000
212-763-5001 (fax)
kaustin@ecbalaw.com
*Assigned: 03/02/2007*
*ATTORNEY TO BE NOTICED*

**Andrew G. Celli, Jr**
Emery, Celli, Brinckerhoff & Abady LLP
75 Rockefeller Plaza
20th Floor
New York, NY 10019

(212) 763-5000
212-763-5001 (fax)
acelli@ecbalaw.com
*Assigned: 11/08/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Zoe A Salzman**
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
212-763-5000
212-763-5001 (fax)
zsalzman@ecbalaw.com
*Assigned: 07/28/2010*
*ATTORNEY TO BE NOTICED*


**O. Andrew F. Wilson**
Emery, Celli, Brinckerhoff & Abady, LLP
75 Rockerfeller Plaza, 20th Floor
New York, NY 10019
212-763-5000
212-763-5001 (fax)
awilson@ecbalaw.com
*Assigned: 11/08/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Carol Hazeldine**
*Added: 09/07/2006*
*(Cross Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 11/13/2006*
*ATTORNEY TO BE NOTICED*


**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 11/13/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Carol Hazeldine**
*Added: 09/07/2006*
*(Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 11/13/2006*
*ATTORNEY TO BE NOTICED*


**Joseph O. Giaimo**

Case 08-13141-BLS   Doc 10472-2   Filed 12/19/11   Page 15 of 23

Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 11/13/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bob Hoblin**
*Added: 09/07/2006*
*(Defendant)*

**Timothy Knight**
*Added: 07/20/2007*
*(Cross Defendant)*

represented by

**Kennisha Anlee Austin**
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza
New York, NY 10019
212-763-5000
212-763-5001 (fax)
kaustin@ecbalaw.com
*Assigned: 06/19/2009*
*ATTORNEY TO BE NOTICED*

**Andrew G. Celli, Jr**
Emery, Celli, Brinckerhoff & Abady LLP
75 Rockefeller Plaza
20th Floor
New York, NY 10019
(212) 763-5000
212-763-5001 (fax)
acelli@ecbalaw.com
*Assigned: 05/19/2009*
*ATTORNEY TO BE NOTICED*

**Zoe A Salzman**
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
212-763-5000
212-763-5001 (fax)
zsalzman@ecbalaw.com
*Assigned: 06/13/2011*
*ATTORNEY TO BE NOTICED*

**O. Andrew F. Wilson**
Emery, Celli, Brinckerhoff & Abady, LLP
75 Rockerfeller Plaza, 20th Floor
New York, NY 10019
212-763-5000
212-763-5001 (fax)
awilson@ecbalaw.com
*Assigned: 09/14/2007*
*ATTORNEY TO BE NOTICED*

**Timothy Knight**
*Added: 07/20/2007*
*(Defendant)*

represented by

**Kennisha Anlee Austin**
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza
New York, NY 10019
212-763-5000

212-763-5001 (fax)
kaustin@ecbalaw.com
*Assigned: 06/19/2009*
*ATTORNEY TO BE NOTICED*

**Andrew G. Celli, Jr**
Emery, Celli, Brinckerhoff & Abady LLP
75 Rockefeller Plaza
20th Floor
New York, NY 10019
(212) 763-5000
212-763-5001 (fax)
acelli@ecbalaw.com
*Assigned: 05/19/2009*
*ATTORNEY TO BE NOTICED*

**Zoe A Salzman**
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
212-763-5000
212-763-5001 (fax)
zsalzman@ecbalaw.com
*Assigned: 07/28/2010*
*ATTORNEY TO BE NOTICED*

**O. Andrew F. Wilson**
Emery, Celli, Brinckerhoff & Abady, LLP
75 Rockerfeller Plaza, 20th Floor
New York, NY 10019
212-763-5000
212-763-5001 (fax)
awilson@ecbalaw.com
*Assigned: 09/14/2007*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **John Mancini**<br>*Added: 07/20/2007*<br>*(Cross Defendant)* | represented by | **Kennisha Anlee Austin**<br>Emery Celli Brinckerhoff & Abady LLP<br>75 Rockefeller Plaza<br>New York, NY 10019<br>212-763-5000<br>212-763-5001 (fax)<br>kaustin@ecbalaw.com<br>*Assigned: 06/19/2009*<br>*ATTORNEY TO BE NOTICED* |

**Andrew G. Celli, Jr**
Emery, Celli, Brinckerhoff & Abady LLP
75 Rockefeller Plaza
20th Floor
New York, NY 10019
(212) 763-5000
212-763-5001 (fax)
acelli@ecbalaw.com
*Assigned: 05/19/2009*
*ATTORNEY TO BE NOTICED*

**Zoe A Salzman**
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor

New York, NY 10019
212-763-5000
212-763-5001 (fax)
zsalzman@ecbalaw.com
*Assigned: 06/13/2011*
*ATTORNEY TO BE NOTICED*

**O. Andrew F. Wilson**
Emery, Celli, Brinckerhoff & Abady, LLP
75 Rockerfeller Plaza, 20th Floor
New York, NY 10019
212-763-5000
212-763-5001 (fax)
awilson@ecbalaw.com
*Assigned: 09/14/2007*
*ATTORNEY TO BE NOTICED*

**John Mancini**
*Added: 07/20/2007*
*(Defendant)*

represented by

**Kennisha Anlee Austin**
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza
New York, NY 10019
212-763-5000
212-763-5001 (fax)
kaustin@ecbalaw.com
*Assigned: 06/19/2009*
*ATTORNEY TO BE NOTICED*

**Andrew G. Celli, Jr**
Emery, Celli, Brinckerhoff & Abady LLP
75 Rockefeller Plaza
20th Floor
New York, NY 10019
(212) 763-5000
212-763-5001 (fax)
acelli@ecbalaw.com
*Assigned: 05/19/2009*
*ATTORNEY TO BE NOTICED*

**Zoe A Salzman**
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
212-763-5000
212-763-5001 (fax)
zsalzman@ecbalaw.com
*Assigned: 07/28/2010*
*ATTORNEY TO BE NOTICED*

**O. Andrew F. Wilson**
Emery, Celli, Brinckerhoff & Abady, LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
212-763-5000
212-763-5001 (fax)
awilson@ecbalaw.com
*Assigned: 09/14/2007*
*ATTORNEY TO BE NOTICED*

**Sam Martinez**
8 Elizabeth Court

Selden, NY 11720
631-473-3906
*Added: 11/16/2006*
*(Defendant)*
PRO SE

**John McKeon**
*Added: 07/20/2007*
*(Defendant)*

**Dorothy McKillop**
*Added: 07/20/2007*
*(Defendant)*

**James McMullen**
*Added: 09/07/2006*
*(Cross Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 11/13/2006*
*ATTORNEY TO BE NOTICED*

**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 11/13/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James McMullen**
*Added: 09/07/2006*
*(Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 11/13/2006*
*ATTORNEY TO BE NOTICED*

**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 11/13/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Metis Group LLC**
*Added: 09/16/2011*
*(Interested Party)*

represented by

**John Mark Lane**
Koo Larrabee Lau-Kee & Lane LLP
106 Corporate Park Drive
Suite 110

White Plains, NY 10604
914-251-0001
914-251-0969 (fax)
jmlane@kllklaw.com
*Assigned: 09/16/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Newsday, Inc.**
*Added: 09/07/2006*
*(Cross Defendant)*

represented by

**Kennisha Anlee Austin**
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza
New York, NY 10019
212-763-5000
212-763-5001 (fax)
kaustin@ecbalaw.com
*Assigned: 03/02/2007*
*ATTORNEY TO BE NOTICED*

**Andrew G. Celli, Jr**
Emery, Celli, Brinckerhoff & Abady LLP
75 Rockefeller Plaza
20th Floor
New York, NY 10019
(212) 763-5000
212-763-5001 (fax)
acelli@ecbalaw.com
*Assigned: 11/08/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zoe A Salzman**
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
212-763-5000
212-763-5001 (fax)
zsalzman@ecbalaw.com
*Assigned: 06/13/2011*
*ATTORNEY TO BE NOTICED*

**O. Andrew F. Wilson**
Emery, Celli, Brinckerhoff & Abady, LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
212-763-5000
212-763-5001 (fax)
awilson@ecbalaw.com
*Assigned: 11/08/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Newsday, Inc.**
*Added: 09/07/2006*
*(Defendant)*

represented by

**Kennisha Anlee Austin**
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza
New York, NY 10019
212-763-5000
212-763-5001 (fax)
kaustin@ecbalaw.com
*Assigned: 03/02/2007*
*ATTORNEY TO BE NOTICED*

**Andrew G. Celli, Jr**
Emery, Celli, Brinckerhoff & Abady LLP
75 Rockefeller Plaza
20th Floor
New York, NY 10019
(212) 763-5000
212-763-5001 (fax)
acelli@ecbalaw.com
*Assigned: 11/08/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zoe A Salzman**
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
212-763-5000
212-763-5001 (fax)
zsalzman@ecbalaw.com
*Assigned: 07/28/2010*
*ATTORNEY TO BE NOTICED*

**O. Andrew F. Wilson**
Emery, Celli, Brinckerhoff & Abady, LLP
75 Rockerfeller Plaza, 20th Floor
New York, NY 10019
212-763-5000
212-763-5001 (fax)
awilson@ecbalaw.com
*Assigned: 11/08/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rob Rein**
*Added: 09/07/2006*
*(Cross Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 11/13/2006*
*ATTORNEY TO BE NOTICED*

**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 11/13/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rob Rein**
*Added: 09/07/2006*
*(Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com

*Assigned: 11/13/2006*
*ATTORNEY TO BE NOTICED*

**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 11/13/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis Sito**
*Added: 07/20/2007*
*(Defendant)*

**Ed Smith**
*Added: 07/20/2007*
*(Defendant)*

represented by

**Daniel Victor Shapiro**
Stillman, Friedman & Shechtman, P.C.
425 Park Ave
New York, NY 10022
(212)223-0200
(212)223-1942 (fax)
dshapiro@stillmanfriedman.com
*Assigned: 07/29/2008*
*ATTORNEY TO BE NOTICED*

**Paul Shechtman**
Stillman & Friedman
425 Park Avenue
New York, NY 10022
212-223-0200
212-223-1942 (fax)
pshechtman@stillmanfriedman.com
*Assigned: 10/10/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis Springer**
932 N. Delaware Avenue
Lindenhurst, NY 11757
631-897-9731
*Added: 07/20/2007*
*(Defendant)*
PRO SE

**Ken Stone**
*Added: 09/07/2006*
*(Cross Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 11/13/2006*
*ATTORNEY TO BE NOTICED*

**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road

Case 08-13141-BLS   Doc 10472-2   Filed 12/19/11   Page 22 of 23

Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 11/13/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ken Stone**
*Added: 09/07/2006*
*(Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 11/13/2006*
*ATTORNEY TO BE NOTICED*

**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 11/13/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harris Zelkind**
*Added: 09/07/2006*
*(Cross Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 11/13/2006*
*ATTORNEY TO BE NOTICED*

**Joseph O. Giaimo**
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 11/13/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harris Zelkind**
*Added: 09/07/2006*
*(Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 11/13/2006*
*ATTORNEY TO BE NOTICED*

Joseph O. Giaimo
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 11/13/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rhoda Zelkind**
*Added: 09/07/2006*
*(Cross Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 11/13/2006*
*ATTORNEY TO BE NOTICED*

Joseph O. Giaimo
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 11/13/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rhoda Zelkind**
*Added: 09/07/2006*
*(Defendant)*

represented by

**Jade Lois Fuller**
Giaimo Associates, LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
jadefuller79@aol.com
*Assigned: 11/13/2006*
*ATTORNEY TO BE NOTICED*

Joseph O. Giaimo
Giaimo & Vreeburg LLP
80-02 Kew Gardens Road
Kew Gardens, NY 11415
718-261-6200
718-261-0316 (fax)
giaimovreeburgpc@aol.com
*Assigned: 11/13/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/09/2011 10:27:01 | | |
| **PACER Login:** | rc2492 | **Client Code:** | |
| **Description:** | Party List | **Search Criteria:** | 2:06-cv-04859-JFB-ETB |
| **Billable Pages:** | 8 | **Cost:** | 0.64 |