**EXHIBIT "C"**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
---------------------------------------------------------------------X
ALFONSO AMORIZZO, CHARLES CHIN-SANG,
EDMUND CHIN-SANG, GREGORY CONNORS,
JOHN DELAHANTY, PETER DILL, RAYMOND
DODGE, ROBERT DODGE, NEIL R. DOHREN,
VANESSA ESPEJO, ESTATES HOME DELIVERY,
LTD., JAMES FRAZZITTA, LAURENCE FURNELL
CHARLES HAGEMEYER, CAROL HAZELDINE
JUSTIAN A NICKMICK OF TIME, INC., MAKO
ASSOCIATES, INC., SAM MARTINEZ,
DIANE McDONALD dba DIANE M. McDONALD
ENTERPRISES, JAMES McMULLEN, MICHAEL
RADANO, REIN DISTRIBUTION INC., KEITH J.
RUMM, GARY SPIERER, CAROL-ANNE STAUER,
TJ'S PARTY TENTS INC., TOP DOG DELIVERY
SERVICE, INC., LEN TORCHIA, JOSEPH VETRO,
MARK VON WIEDING, MAREK WADOLOWSKI,
WDC INC., RHODA ZELKIND, VINCENT ROMANO,
On Behalf of Themselves and On Behalf of All Others
Similarly Situated,

**FIRST AMENDED
THIRD-PARTY COMPLAINT**

Index No. 12200/05

Plaintiffs,

-against-

ANTHONY CONTE, ANTHONY CONTE dba
I-MEDIA CORPORATION, ANTHONY CONTE
dba I MEDIA, ANTHONY CONTE dba IMEDIA
CORPORATION, ANTHONY CONTE dba
IMEDIA TECHNOLOGY CORPORATION,
ANTHONY CONTE dba AMERICAN HOME TV
TIME MAGAZINE, ANTHONY CONTE dba
AMERICAN HOME DISTRIBUTION NETWORK

Defendants.
---------------------------------------------------------------------X
---------------------------------------------------------------------X
ANTHONY CONTE,

Defendant and Third-Party Plaintiff,

-against-

1) COUNTY OF NASSAU, NEW YORK;
2) NASSAU COUNTY DISTRICT ATTORNEY'S OFFICE,

  a Governmental Agency;

3) DENIS E. DILLON, Individually and as Former District Attorney of Nassau County, New York;
4) BOB EMMONS, Individually and as Assistant District Attorney of Nassau County, New York;
5) PHILIP WASILAUSKY, Individually and as Assistant District Attorney of Nassau County, New York;
6) WILLIAM WALLACE, Individually and as Assistant District Attorney of Nassau County, New York;
7) MIKE FALZARANO, Individually and as Special Investigator for the Office of the District Attorney of Nassau County, New York;
8) TEFTA SHASKA, Individually and as a Detective for the Police Department of the City of New York;
9) LISA BLAND, Individually and as attorney for the Police Department of the City of New York;
10) ROBERT VINAL, Individually and as Deputy Commissioner for the Police Department of the City of New York;
11) THE CITY OF NEW YORK;
12) THE POLICE DEPARTMENT OF THE CITY OF NEW YORK;
13) LARRY GUERRA;
14) MARK HARRINGTON;
15) NEWSDAY, INC.;
16) "JOHN" AND "JANE" DOES, 1-30 Individuals and Business Entities
17) CONSUMERS WAREHOUSE CENTER, INC.;
18) JAMES S. BALOGA, SR.;
19) JAMES S. BALOGA, JR.;
20) MARIO ESCAMILLA;
21) JOSEPH CUTOLO;
22) ENID SALTUS;

  Third-Party Defendants.
-------------------------------------------------------------------------X

  Third-party plaintiff Anthony Conte alleges:

## NATURE OF ACTION

1. This is an action for money damages against the third party defendants, both individuals and entities, acting in both their official capacities and individual capacities and in concert and combination with the other defendants in this action including with, on behalf and under the auspices and control of the County of Nassau and City of New York, in a calculated, deliberate, malicious, reckless, grossly negligent and wrongful effort to harm the third party plaintiff and his