**EXHIBIT "D"**

(TRB) Search Claims

http://chapter11.epiqsystems.com/TRB/claim/SearchClaims.aspx?rc=1

Guest | Sign In

# TRIBUNE

Tribune Company
Change Client

## Claim Question? Call: 646 282 2400
## Question? Call: 800 794 4430

### Technical Support



**Client Home**   **Claims**   **Docket**   **Key Documents**

Home » Search Claims

## Search Claims

⭐ Bookmark this Page

### Results

Expand All

**[1]  Page 1 of 1 - 01 total items**

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| ☐ | 141000760 | ANTHONY CONTE<br>2 ETHAN ALLEN COURT<br>SOUTH SETAUKET, NY 11720 | | $0.00 | No Image |
| | | | Scheduled Unsecured: | $0.00 | |
| | | Debtor: 08-13141 Tribune Company | *Remarks:* SCHEDULED CONTINGENT, UNLIQUIDATED, DISPUTED THE SCHEDULED AMOUNT IS UNDETERMINED | | |

**[1]  Page 1 of 1 - 01 total items**