**EXHIBIT "E"**

In re: Tribune Company

Case No. 08-13141

**SCHEDULE B - PERSONAL PROPERTY**
**Rider B.9 - Interests in Insurance Policies**

| INSURANCE COMPANY | TYPE OF POLICY | POLICY NUMBER | SURRENDER OR REFUND VALUE |
|---|---|---|---|
| Axis Insurance Company | Fiduciary Liability - Excess 2 | MCN 728389/01/2007 | $0.00 |
| Federal Insurance Company | Fiduciary Liability - Excess 1 | 8130-1881 | $0.00 |
| Illinois National Insurance Company | Fiduciary Liability - Primary | 193-25-37 | $0.00 |
| National Union Fire Insurance Company of Pittsburgh, PA | Crime - Excess | 012115928 | $55,906.64 |
| Federal Insurance Company | Crime - Primary | 8058-6342 | $109,111.74 |
| XL Insurance (Bermuda) Ltd. | Excess/Umbrella Liability - Excess 5 - Includes Punitive, Includes Cubs, Excludes Media | XLUMB601524 | $68,219.18 |
| Ace American Insurance Company | Excess/Umbrella Liability - Excess 4 - Excludes Cubs | XCPG23863996 | $42,527.84 |
| Allied World Assurance Company, Ltd | Excess/Umbrella Liability - Excess 3 - Includes Punitive, Excludes Cubs | C000118/007 | $62,559.92 |
| Chubb Atlantic Indemnity Ltd. | Excess/Umbrella Liability - Punitive Wrap for Excess 2 | 33101329 | $0.00 |
| Federal Insurance Company | Excess/Umbrella Liability - Excess 2 | 79769303 | $75,723.29 |
| St. Paul Fire & Marine Insurance Company | Excess/Umbrella Liability - Excess 1 - Includes Punitive | QK01201777 | $155,539.73 |
| Executive Risk Indemnity Inc. | Media Liability - Excess 7 | 8208-0447 | $8,329.56 |
| Axis Reinsurance Company | Media Liability - Excess 6 | MCN634176 | $13,251.58 |
| Illinois National Insurance Company | Media Liability - Excess 5 | 003270107 | $24,823.11 |
| Chubb Atlantic Indemnity Ltd. | Media Liability - Punitive for Primary | 33101443 | $0.00 |
| Executive Risk Indemnity Inc. | Media Liability - Primary | 8171-0293 | $61,192.60 |
| Global Aerospace | Aviation - Helipad | 13000536 | $11,256.16 |
| Global Aerospace | Aviation - Aircraft - Non-Owned | 13000537 | $12,279.45 |
| Ace American Insurance Company | Foreign Liability | PHFD36823276 | $3,925.79 |
| Scottsdale Insurance Company | General Liability - Special Events | BCS0016767 | $4,919.97 |
| Zurich American Insurance Company | General Liability | GLO 5918664-02 | $0.00 |
| Zurich American Insurance Company | Auto Liability | BAP 5918665-02 | $0.00 |
| Zurich American Insurance Company | Workers' Compensation / Employers Liability | WC 5918662-02 WC 5918663-02 | $285,549.45 |
| FM Global | Property - Property and Business Interruption | FC727 | $1,381,520.01 |
| Multimedia Insurance Company | Property - Camera - Broadcasting | 358-1CAM001 | $23,276.71 |
| Multimedia Insurance Company | Property - Third Party Property | 358-1TPCP01 | $23,276.71 |
| Multimedia Insurance Company | Property - TRIA/Terrorism all coverages | 358-1TRIEA1 | $87,287.67 |
| The Hartford Insurance Group - (To be replaced with United Healthcare plan on 1/1/09) | Miscellaneous Insurance - Business Travel Accident - CANCELLED EFFECTIVE 1/1/09 | ETB-019044 | $4,140.69 |
| Multimedia Insurance Company | Miscellaneous Insurance - Business Travel Accident - Difference in Condition - Policy Period is 1/1/08-1/1/09 | 358-1BTDIC1 | $16,438.36 |
| Lloyd's | Miscellaneous Insurance - Special Employee Benefits - Policy Period 4/1/06-4/1/09 - Premium Paid at Inception | A06SC2194900 | $36,331.64 |
| Indian Harbor Insurance/ESC | Miscellaneous Insurance - Pollution - Policy Period 9/17/01-9/17/11 - Premium Paid at Inception | PEC0010026 | $184,622.75 |

Total   $2,836,816.81

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District Of Delaware

In re  Tribune Company                ,           Case No. 08-13141
         Debtor

Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | 1 | $ 27,165,097.85 | | |
| B - Personal Property | | 17 | $ 40,143,804,843.34 | | |
| C - Property Claimed as Exempt | | 1 | | | |
| D - Creditors Holding Secured Claims | | 2 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | 11 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | 410 | | $ 44,026,307,090.15 | |
| G - Executory Contracts and Unexpired Leases | | 46 | | | |
| H - Codebtors | | 4 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ N/A |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $ N/A |
| TOTAL | | 492 | $ 40,170,969,941.19 + undetermined amounts | $ 44,026,307,090.15 + undetermined amounts | |

B6B (Official Form 6B) (12/07)

In re  Tribune Company          ,
                Debtor

Case No.  08-13141
                    (If known)

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian," Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See attached rider | | $458,663.62 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See attached rider | | $2,836,816.81 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

CONFIDENTIAL

Executive Risk Indemnity Inc.
Home Office
The Prentice-Hall Corporation System, Inc.
1013 Centre Road
Wilmington, DE 19805-1297

Administrative Offices/Mailing Address:
82 Hopmeadow Street
Simsbury, Connecticut 06070-7683



# DECLARATIONS
# NEWSMEDIA<sup>SM</sup>
# LIABILITY INSURANCE POLICY

| RENEWAL OF | POLICY NUMBER |
|---|---|
| 8171-0293 | 8171-0293 |

**NOTICE:** THE LIMIT OF LIABILITY AVAILABLE TO PAY DAMAGES OR SETTLEMENTS WILL BE REDUCED BY "DEFENSE EXPENSES" AND "SUBPOENA DEFENSE EXPENSES." "DEFENSE EXPENSES" AND "SUBPOENA DEFENSE EXPENSES" WILL BE APPLIED AGAINST THE APPLICABLE RETENTION. **NOTICE:** THE COVERAGE AFFORDED UNDER THIS POLICY DIFFERS FROM THAT AFFORDED BY OTHER POLICIES. PLEASE READ THE ENTIRE POLICY CAREFULLY.

**ITEM 1.  INSURED - NAME AND PRINCIPAL ADDRESS:**
TRIBUNE COMPANY
435 N. Michigan Avenue
Chicago, IL 60611

**ITEM 2.  POLICY PERIOD:**
(a) Inception Date: March 1, 2004
(b) Expiration Date: March 1, 2005
at 12:01 a.m. both dates at the Principal Address in ITEM 1.

**ITEM 3.  LIMIT OF LIABILITY (inclusive of Defense Expenses):**
(a)   $10,000,000.00   maximum limit of liability for each **Claim**.
(b)           $0.00   maximum limit of liability for all **Covered Subpoenas**.
(c)   $10,000,000.00   maximum aggregate limit of liability for all **Claims** and **Covered Subpoenas**.

**ITEM 4.  INSURED PERCENTAGE (for Subpoena Defense Expenses only):**
80% of **Loss** in excess of the applicable Retention; the remaining
20% of **Loss** shall be uninsured.

**ITEM 5.  RETENTIONS:**
(a) $1,000,000.00   each and every **Claim**.
(b) $0.00           each and every **Covered Subpoena**.

**ITEM 6.  COVERED MEDIA:**
All Matter produced or disseminated by the Insured.

**ITEM 7.  PREMIUM:**
$510,000.00 Premium.
Due 45 days from the end of the month in which the premium is effective

**ITEM 8.  NOTICE REQUIRED TO BE GIVEN TO THE UNDERWRITER MUST BE ADDRESSED TO:**
Vice President of Claims
Executive Risk Management Associates
P. O. Box 2002
Simsbury, CT. 06070

**ITEM 9. POLICY FORM EDITION AND ENDORSEMENTS ATTACHED AT ISSUANCE:**
C25551 (10/98 ed.)
C28086 (12/98 ed.)      D32588 (8/02 ed.)
D27018 (7/98 ed.)       QTRIBUNE2 (9/04 ed.)
D27349IL (4/04 ed.)
D28351 (5/99 ed.)
D31570 (12/01 ed.)
D32407 (4/02 ed.)

These Declarations, the completed signed Application and the Policy with Endorsements shall constitute the contract between the Underwriter and the Insureds.

EXECUTIVE RISK INDEMNITY INC. by (Authorized Company Representative):

*Robert Hamburger* (signature)

Form C25549 (2/98 ed.)                                    Catalog No. NMd-I

INS00145