# **EXHIBIT A**

# JONES DAY

Confidential Matter                                                                                              Page 1

---

08/17/11     R C THOMAS                                          0.30                    172.50
Review draft non-disclosure agreement in connection with potential acquisition (.20); communicate with client regarding same (.10).

09/07/11     K M FENTON                                          0.30                    240.00
Discussion with Thomas regarding proposed bid and information required for antitrust analysis (.10); review background materials regarding same (.20).

09/07/11     R C THOMAS                                          0.40                    230.00
Review correspondence from client regarding potential acquisition (.10); review draft indication of interest and communicate with client regarding same (.10); review background materials for antitrust analysis (.10); communicate with Fenton regarding same (.10).

09/15/11     R C THOMAS                                          0.30                    172.50
Review correspondence from client regarding potential acquisition (.10); review background materials for antitrust analysis (.20).

09/19/11     K M FENTON                                          0.50                    400.00
Conference call with client regarding background for antitrust analysis on advertising issues.

09/19/11     R C THOMAS                                          2.40                  1,380.00
Review draft due diligence request in connection with potential acquisition (.30) and communicate with client regarding same (.90); prepare for (.70) and participate in teleconference with client regarding advertising (.50).

09/20/11     K M FENTON                                          1.50                  1,200.00
Conference call with client regarding antitrust timing and strategy (.30); discussions with client regarding circulation and other background for antitrust analysis (1.20).

09/20/11     R C THOMAS                                          1.20                    690.00
Participate in teleconference with client regarding circulation and other background for antitrust analysis.

09/22/11     K M FENTON                                          0.30                    240.00
Review transaction timeline.

09/26/11     R C THOMAS                                          0.60                    345.00
Draft and revise timeline for proposed transaction (.30) and communicate with Fenton and client regarding same (.30).

09/27/11     K M FENTON                                          0.30                    240.00
Review draft timeline for proposed transaction (.10) and discussion with Thomas regarding same (.20).

09/27/11     R C THOMAS                                          0.80                    460.00
Revise timeline for proposed transaction (.40) and communicate with client regarding same (.20); communicate with Fenton regarding antitrust analysis (.20).

10/12/11     R C THOMAS                                          0.30                    172.50
Communicate with client regarding due diligence process for proposed transaction.

10/19/11     R C THOMAS                                          0.40                    230.00
Review documents in data room in connection with proposed transaction (.20); communicate with client regarding same (.20).

10/20/11     R C THOMAS                                          0.20                    115.00
Review documents in data room in connection with proposed transaction (.10); communicate with client regarding same (.10).

10/24/11     R C THOMAS                                          0.40                    230.00
Review model assumptions for proposed transaction (.20); communicate with client regarding same (.20).

10/25/11     R C THOMAS                                          0.20                    115.00
Review documents in data room in connection with proposed transaction (.10); communicate with client regarding same (.10).

10/26/11     K M FENTON                                          0.80                    640.00
Review draft asset purchase agreement for potential antitrust issues.

# **EXHIBIT A**

# JONES DAY

Confidential Matter                                                                                          Page 1

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 08/17/11 | R C THOMAS | 0.30 | 172.50 |

Review draft non-disclosure agreement in connection with potential acquisition (.20); communicate with client regarding same (.10).

| 09/07/11 | K M FENTON | 0.30 | 240.00 |

Discussion with Thomas regarding proposed bid and information required for antitrust analysis (.10); review background materials regarding same (.20).

| 09/07/11 | R C THOMAS | 0.40 | 230.00 |

Review correspondence from client regarding potential acquisition (.10); review draft indication of interest and communicate with client regarding same (.10); review background materials for antitrust analysis (.10); communicate with Fenton regarding same (.10).

| 09/15/11 | R C THOMAS | 0.30 | 172.50 |

Review correspondence from client regarding potential acquisition (.10); review background materials for antitrust analysis (.20).

| 09/19/11 | K M FENTON | 0.50 | 400.00 |

Conference call with client regarding background for antitrust analysis on advertising issues.

| 09/19/11 | R C THOMAS | 2.40 | 1,380.00 |

Review draft due diligence request in connection with potential acquisition (.30) and communicate with client regarding same (.90); prepare for (.70) and participate in teleconference with client regarding advertising (.50).

| 09/20/11 | K M FENTON | 1.50 | 1,200.00 |

Conference call with client regarding antitrust timing and strategy (.30); discussions with client regarding circulation and other background for antitrust analysis (1.20).

| 09/20/11 | R C THOMAS | 1.20 | 690.00 |

Participate in teleconference with client regarding circulation and other background for antitrust analysis.

| 09/22/11 | K M FENTON | 0.30 | 240.00 |

Review transaction timeline.

| 09/26/11 | R C THOMAS | 0.60 | 345.00 |

Draft and revise timeline for proposed transaction (.30) and communicate with Fenton and client regarding same (.30).

| 09/27/11 | K M FENTON | 0.30 | 240.00 |

Review draft timeline for proposed transaction (.10) and discussion with Thomas regarding same (.20).

| 09/27/11 | R C THOMAS | 0.80 | 460.00 |

Revise timeline for proposed transaction (.40) and communicate with client regarding same (.20); communicate with Fenton regarding antitrust analysis (.20).

| 10/12/11 | R C THOMAS | 0.30 | 172.50 |

Communicate with client regarding due diligence process for proposed transaction.

| 10/19/11 | R C THOMAS | 0.40 | 230.00 |

Review documents in data room in connection with proposed transaction (.20); communicate with client regarding same (.20).

| 10/20/11 | R C THOMAS | 0.20 | 115.00 |

Review documents in data room in connection with proposed transaction (.10); communicate with client regarding same (.10).

| 10/24/11 | R C THOMAS | 0.40 | 230.00 |

Review model assumptions for proposed transaction (.20); communicate with client regarding same (.20).

| 10/25/11 | R C THOMAS | 0.20 | 115.00 |

Review documents in data room in connection with proposed transaction (.10); communicate with client regarding same (.10).

| 10/26/11 | K M FENTON | 0.80 | 640.00 |

Review draft asset purchase agreement for potential antitrust issues.

# JONES DAY

Confidential Matter  Page 2

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 10/28/11 | K M FENTON | 1.00 | 800.00 |

Conference call with client and Thomas to discuss antitrust issues (.20); follow up discussions regarding same (.80).

| 10/28/11 | R C THOMAS | 0.80 | 460.00 |

Participate in teleconference with Fenton and client regarding antitrust strategy for potential transaction (.20); review draft agreement in connection with same (.60).

| TOTAL | | 13.00 | USD 8,532.50 |

# **EXHIBIT B**

CHI-1510731v1

# JONES DAY

| Tribune Company | Page 1 |
|---|---:|

## Confidential Matter

### DISBURSEMENT DETAIL - October 31, 2011

| Date | Timekeeper Name | Location | Amount |
|---|---|---|---|

**COMPUTERIZED RESEARCH SERVICES**

10/28/11   CHI ACCOUNTING   CHI   5.92
Computerized research services - US COURTS AO - PACER SERVICE CENTER 7/1/11 - 9/30/11

|  | Computerized research services Subtotal |  | 5.92 |
|---|---|---|---:|
| Total |  | USD | 5.92 |

### Antitrust Advice

### DISBURSEMENT DETAIL - October 31, 2011

| Date | Timekeeper Name | Location | Amount |
|---|---|---|---|

**LONG DISTANCE CHARGES**

09/22/11   WAS ACCOUNTING   WAS   11.40
Long distance charges through 09/22/2011

|  | Long distance charges Subtotal |  | 11.40 |
|---|---|---|---:|
| Total |  | USD | 11.40 |
| Grand Total |  | USD | 17.32 |

## EXHIBIT C

CHI-1809697v1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF PHILLIP A. PROGER

Phillip A. Proger, under penalty of perjury, certifies as follows:

1.  I am a partner in the law firm of Jones Day. I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules")[2] regarding the contents of applications for compensation and expenses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

CHI-1809697v1

2.  I have read the Thirteenth Application of Jones Day for Allowance of Compensation for the Period from September 1, 2011 through October 31, 2011 (the "<u>Application</u>").

3.  A Jones Day attorney has reviewed the requirements of the Guidelines For Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "<u>Guidelines</u>") and the Local Rules, and I believe that the Application complies with the Guidelines and the Local Rules.

Dated: December 20, 2011         <u>/s/*Phillip A. Proger*</u>
                                 Phillip A. Proger

CHI-1809697v1