# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 10414 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\12-14 Agenda_DI 10414_Aff_12-12-11.doc

2. On December 12, 2011, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on December 14, 2011 at 1:30 P.M. Before the Honorable Kevin J. Carey," dated December 12, 2011 [Docket No. 10414], by causing true and correct copies to be delivered via facsimile to those parties listed on the annexed Exhibit A.

_____
Eleni Kossivas

Sworn to before me this
15th day of December, 2011

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA8221096
COMM. EXP. APRIL 26, 2014

T:\Clients\TRIBUNE\Affidavits\12-14 Agenda_DI 10414_Aff_12-12-11.doc

**EXHIBIT A**

| Name | Fax |
|---|---|
| Office of the United States Trustee  Attn: David M Klauder | 302-573-6497 |
| Landis Rath & Cobb LLP  Attn: Adam G Landis | 302-467-4450 |
| Landis Rath & Cobb LLP  Attn: Matthew B McGuire | 302-467-4450 |
| Richards, Layton & Finger, P.A.  Attn: Mark D Collins | 302-498-7531 |
| Richards, Layton & Finger, P.A.  Attn: Mark D Collins | 302-651-7701 |
| Richards, Layton & Finger, P.A.  Attn: Robert J Stern Jr | 302-498-7531 |
| Richards, Layton & Finger, P.A.  Attn: Robert J Stern Jr | 302-651-7701 |
| U. S. Attorney's Office  Attn: Ellen W Slights | 302-573-6431 |
| DLA Piper LLP (US)  Attn: Stuart M Brown | 302-394-2341 |
| DLA Piper LLP (US)  Attn: R.Craig Martin | 302-394-2341 |
| DLA Piper LLP (US)  Attn: Michelle E. Marino | 302-394-2341 |
| Potter Anderson & Corroon LLP  Attn: Laurie Silverstein | 302-658-1192 |
| McCarter & English, LLP  Attn: Katherine L Mayer; James J. Freebery IV | 302-984-6399 |
| Wilmington Trust Company  Attn: Patrick J Healy Vice President | 302-636-4148 |
| Seitz, van Ogtrop & Green, P.A.  Attn: R Karl Hill | 302-888-0606 |
| Elliott Greenleaf  Attn: William M Kelleher | 302-656-3714 |
| Elliott Greenleaf  Attn: William M Kelleher | 302-384-9399 |
| The Rosner Law Group LLC  Attn: Frederick B Rosner | 302-351-8010 |
| The Rosner Law Group LLC  Attn: Scott J Leonhardt | 302-351-8010 |
| Cooch and Taylor, P.A.  Attn: Susan E Kaufman | 302-984-3939 |
| Cross & Simon, LLC  Attn: Christopher P Simon | 302-777-4224 |
| Cross & Simon, LLC  Attn: Joseph Grey | 302-777-4224 |
| Cozen O'Connor  Attn: Mark E Felger | 302-295-2013 |
| Archer & Greiner, P.C.  Attn: John V Fiorella | 302-777-4352 |
| Archer & Greiner, P.C.  Attn: Charles J Brown | 302-777-4352 |
| Brown Stone Nimeroff LLC  Attn: Jami B Nimeroff | 302-351-2744 |
| Pepper Hamilton LLP  Attn: David B Stratton | 302-421-8390 |
| Pepper Hamilton LLP  Attn: John H Schanne II | 302-421-8390 |
| Eckert, Seamans, Cherin & Mellott, LLC | 302-425-0432 |
| Monzack Mersky McLaughlin & Browder, P.A.  Attn: Rachel B Mersky | 302-656-2769 |
| Pinckney, Harris & Weidinger, LLC  Attn: Donna Harris | 302-442-7046 |
| Hiller & Arban, LLC  Attn: Adam Hiller | 302-442-7045 |
| Bifferato LLC  Attn: Ian Connor Bifferato | 302-254-5383 |
| Bifferato LLC  Attn: Kevin G Collins | 302-254-5383 |
| Bifferato LLC  Attn: Thomas F Driscoll | 302-254-5383 |
| Bifferato LLC  Attn: J Zachary Haupt | 302-254-5383 |
| Duane Morris LLP  Attn: Michael R Lastowski | 302-657-4901 |
| Duane Morris LLP  Attn: Sommer L Ross | 302-657-4901 |
| Ashby & Geddes, P.A.  Attn: William Bowden | 302-654-2067 |
| Ashby & Geddes, P.A.  Attn: Amanda M Winfree | 302-654-2067 |
| Ashby & Geddes, P.A.  Attn: Karen B Skomorucha | 302-654-2067 |
| Pachulski Stang Ziehl & Jones LLP  Attn: Laura Davis Jones | 302-652-4400 |
| Pachulski Stang Ziehl & Jones LLP  Attn: Timothy P Cairns | 302-652-4400 |
| Young Conaway Stargatt & Taylor, LLP  Attn: Robert S Brady | 302-571-1253 |
| Young Conaway Stargatt & Taylor, LLP  Attn: M Blake Cleary | 302-571-1253 |
| Barnes & Thornburg LLP  Attn: David M Powlen | 317-231-7433 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP  Attn: Joseph L Christensen | 302-655-4420 |
| Fox Rothschild LLP  Attn: Jeffrey M Schlerf | 302-656-8920 |
| Fox Rothschild LLP  Attn: John H Strock | 302-656-8920 |
| Greenberg Traurig, LLP  Attn: Dennis A Meloro | 302-661-7360 |
| Bifferato Gentilotti LLC  Attn: Garvan F McDaniel | 302-429-8600 |
| Blank Rome LLP  Attn: David W Carickhoff | 302-425-6464 |
| Duane Morris LLP  Attn: Richard W Riley | 302-657-4901 |
| Sullivan Hazeltine Allinson LLC  Attn: William Hazeltine | 302-428-8195 |
| Sullivan Hazeltine Allinson LLC  Attn: William D Sullivan | 302-428-8195 |
| Sullivan Hazeltine Allinson LLC  Attn: Elihu E Allinson III | 302-428-8195 |
| Morris, Nichols, Arsht & Tunnell LLP  Attn: Derek C Abbott | 302-658-3989 |
| Morris, Nichols, Arsht & Tunnell LLP  Attn: Curtis S Miller | 302-658-3989 |

| | |
|---|---|
| Ballard Spahr LLP  Attn: Christopher S Chow | 302-252-4466 |
| Ballard Spahr LLP  Attn: Leslie C Heilman | 302-252-4466 |
| Duane Morris LLP  Attn: Lawrence J Kotler | 302-657-4901 |
| Morgan, Lewis & Bockius LLP  Attn: Colm F Connolly | 302-574-3001 |
| Klehr Harrison Harvey Branzburg LLP  Attn: Michael W Yurkewicz | 302-426-9193 |
| Eckert Seamans Cherin & Mellott, LLC  Attn: Tara L Lattomus | 302-425-0432 |
| Loizides, P.A.  Attn: Christopher D Loizides | 302-654-0728 |
| Bayard, P.A.  Attn: Justin R Alberto | 302-658-6395 |
| Polsinelli Shughart PC  Attn: Christopher A Ward | 302-252-0921 |
| Tybout Redfearn and Pell  Attn: Sherry Ruggiero Fallon | 302-658-4018 |
| Phillips, Goldman & Spence, P.A.  Attn: John C Phillips | 302-655-4210 |
| Silverman McDonald & Friedman  Attn: Brian E Lutness | 302-888-2923 |
| Margolis Edelstein  Attn: James E Huggett | 302-888-1119 |
| A.M. Saccullo Legal, LLC  Attn: Anthony M Saccullo | 302-836-8787 |
| A.M. Saccullo Legal, LLC  Attn: Thomas H Kovach | 302-836-8787 |
| Connolly Bove Lodge & Hutz LLP  Attn: Jeffrey C. Wisler, Marc J. Phillips | 302-658-0380 |
| Sidley Austin LLP  Attn: James F Conlan | 312-853-7036 |
| Sidley Austin LLP  Attn:  Bryan Krakauer | 312-853-7036 |
| Sidley Austin LLP  Attn: Kevin T Lantry | 213-896-6600 |
| Chadbourne & Parke LLP  Attn: Howard Seife | 212-541-5369 |
| Chadbourne & Parke LLP  Attn: David M LeMay | 212-541-5369 |
| Chadbourne & Parke LLP  Attn: Douglas E Deutsche | 212-541-5369 |
| Zuckerman Spaeder LLP  Attn: Graeme W Bush | 202-822-8106 |
| Zuckerman Spaeder LLP  Attn: James  Sottile | 202-822-8106 |
| Davis Polk & Wardwell  Attn: Dennis E Glazer | 212-607-7999 |
| Davis Polk & Wardwell  Attn: Elliot Moskowitz | 212-607-7999 |
| Davis Polk & Wardwell  Attn: Michael Russano | 212-607-7999 |
| Kaye Scholer LLP  Attn: Madlyn Gleich Primoff | 212-836-6525 |
| Kaye Scholer LLP  Attn: Jane W Parver | 212-836-6525 |
| Kaye Scholer LLP  Attn: Joseph W Drayton | 212-836-6525 |
| Mayer Brown LLP  Attn: Frederick D Hyman | 212-262-1910 |
| Mayer Brown LLP  Attn: Brian Trust | 212-262-1910 |
| Mayer Brown LLP  Attn: Amit K Trehan | 212-262-1910 |
| Mayer Brown LLP  Attn: Barbara Yan | 212-262-1910 |
| Brown Rudnick LLP  Attn: Robert J Stark | 212-209-4801 |
| Brown Rudnick LLP  Attn: Martin S Siegel | 212-209-4801 |
| Brown Rudnick LLP  Attn: Gordon Z Novod | 212-209-4801 |
| Lerman Senter, PLLC  Attn: Meredith S Senter Jr | 202-429-4618 |
| Lerman Senter, PLLC  Attn: Sally A Buckman | 202-429-4618 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: Daniel H Golden | 212-872-1002 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: David M Zensky | 212-872-1002 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: Abid Qureshi | 212-872-1002 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: Deborah J Newman | 212-872-1002 |
| Friedman Kaplan Seiler & Adelman LLP  Attn: Edward A Friedman | 212-833-1250 |
| Friedman Kaplan Seiler & Adelman LLP  Attn: William P Weintraub | 212-833-1250 |
| Kasowitz, Benson, Torres & Friedman LLP  Attn: David S Rosner | 212-506-1800 |
| Kasowitz, Benson, Torres & Friedman LLP  Attn: Andrew K Glenn | 212-506-1800 |
| Kasowitz, Benson, Torres & Friedman LLP  Attn: Sheron Korpus | 212-506-1800 |
| McCarter & English, LLP  Attn: David Adler | 212-609-6921 |
| Dewey & Leboeuf LLP  Attn: Bruce Bennett | 213-621-6100 |
| Dewey & Leboeuf LLP  Attn: James O Johnston | 213-621-6100 |
| Dewey & Leboeuf LLP  Attn: Joshua M Mester | 213-621-6100 |
| Wilmer Cutler Pickering Hale and Dorr LLP  Attn: Andrew Goldman | 212-230-8888 |
| Paul, Weiss, Rifkind,Wharton & Garrison LLP  Attn: Stephen J Shimshak | 212-757-3990 |
| Paul, Weiss, Rifkind,Wharton & Garrison LLP  Attn: Andrew Gorden | 212-492-0543 |
| O'Melveny & Myers LLP  Attn: Bradley Butwin | 212-326-2061 |
| O'Melveny & Myers LLP  Attn: Daniel S Shamah | 212-326-2061 |
| O'Melveny & Myers LLP  Attn: Evan M Jones | 213-430-6407 |
| Jenner & Block LLP  Attn: David J. Bradford | 312-527-0484 |

| | |
|---|---|
| Teitelbaum & Baskin, LLP  Attn: Jay Teitelbaum | 914-437-7672 |
| Grippo & Elden LLC  Attn: John R. McCambridge | 312-558-1195 |
| Grippo & Elden LLC  Attn: George R. Dougherty | 312-558-1195 |
| Grippo & Elden LLC  Attn: Michael W. Kazan | 312-558-1195 |
| Schulte Roth & Zabel LLP  Attn: Adam C. Harris | 212-593-5955 |
| Schulte Roth & Zabel LLP  Attn: Karen S. Park | 212-593-5955 |
| Stutman Treister & Glatt  Attn: Isaac M. Pachulski | 310-228-5788 |