# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: <u>Tribune Company, et al.,</u>    Case No. <u>08-13141</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>
Name of Transferee

Name and Address where notices to transferee
should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518

Phone:  <u>516-255-1801</u>
Last four digits of Acct#:  <u>N/A</u>

Name and address where transferee payments
should be sent (if different from above):

Phone:  <u>N/A</u>
Last four digits of Acct#:  <u>N/A</u>

<u>CLEAR CHANNEL OUTDOOR INC</u>
Name of Transferor

Court Claim # (if known): <u>N/A</u>
Amount of Claim:  USD<u>$11,000.00</u>
Date Claim Filed: <u>N/A</u>

Phone: <u>(210) 253-4075</u>
Last four digits of Acct.#:  <u>N/A</u>

Name and Current Address of Transferor:

CLEAR CHANNEL OUTDOOR INC
200 East Basse Road
San Antonio, TX 30384

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:  <u>/s/Terrel Ross</u>                    Date: <u>December 21, 2011</u>
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:         United States Bankruptcy Court ("Bankruptcy Court")
            District of Delaware
            824 North Market Street, 3rd Floor
            Wilmington, DE 19801-3024
            Attention: Clerk


AND TO:     CHANNEL 40, INC.   ("Debtor")
            Case No.08-13149
            Jointly Administered Under TRIBUNE COMPANY, ET AL., Case No. 08-13141

Claim # N/A


**CLEAR CHANNEL OUTDOOR INC**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:


TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross


its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$11,000.00** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _20th_ DAY OF _December_, 2011.


ASSIGNOR: CLEAR CHANNEL OUTDOOR INC

_____
(Signature)

_Sara Lee Keller_
(Print Name)

_EVP + GC_
(Title)


ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

_Terrel Ross_
(Print Name)

_Managing Member_
(Title)

B6F (Official Form 6F) (12/07) – Cont.

In re  Channel 40, Inc.                          ,          Case No.   08-13149
_____          _____
            **Debtor**                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CLEAR CHANNEL BROADCASTING INC <br> PO BOX 60000 <br> FILE 030070 <br> SAN FRANCISCO, CA 94160 | | | General Trade Payable | | | | $20,166.25 |
| ACCOUNT NO. <br><br> CLEAR CHANNEL OUTDOOR INC <br> PO BOX 60000 <br> FILE 30005 <br> SAN FRANCISCO, CA 94160-0001 | | | General Trade Payable | | | | $11,000.00 |
| ACCOUNT NO. <br><br> CNN NEWSOURCE SALES <br> PO BOX 532455 <br> ATLANTA, GA 30353-2455 | | | General Trade Payable | | | | $10,511.77 |
| ACCOUNT NO. <br><br> COMCAST SPOTLIGHT INC <br> FILE 30682 <br> PO BOX 60000 <br> SAN FRANCISCO, CA 94160 | | | General Trade Payable | | | | $19,550.00 |

Sheet no. _4_ of _20_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 61,228.02

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)