# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: <u>Tribune Company, et al.,</u>   Case No. <u>08-13141</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>CLEAR CHANNEL OUTDOOR INC</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518<br><br>Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u> | Court Claim # (if known): <u>N/A</u><br>Amount of Claim:   USD<u>$3,416.00</u><br>Date Claim Filed: <u>N/A</u><br><br>Phone: <u>(210) 253-4075</u><br>Last four digits of Acct.#: <u>N/A</u><br><br>Name and Current Address of Transferor:<br><br>CLEAR CHANNEL OUTDOOR INC<br>200 East Basse Road<br>San Antonio, TX 30384 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   <u>/s/Terrel Ross</u>                           Date: <u>December 21, 2011</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801-3024
Attention: Clerk

AND TO: TRIBUNE TELEVISION COMPANY ("Debtor")
Case No.08-13241
Jointly Administered Under TRIBUNE COMPANY, ET AL., Case No. 08-13141

Claim # N/A

**CLEAR CHANNEL OUTDOOR INC**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$3,416.00** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 20th DAY OF December, 2011.

ASSIGNOR: CLEAR CHANNEL OUTDOOR INC

_____
(Signature)

Sara Lee Keller
(Print Name)

EVP + GC
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

B6F (Official Form 6F) (12/07) – Cont.

In re  Tribune Television Company             ,            Case No.  08-13241
              Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> CLEAR CHANNEL BROADCASTING INC <br> PO BOX 406039 <br> ATLANTA, GA 30384 | | | General Trade Payable | | | | $590.56 |
| ACCOUNT NO. <br> CLEAR CHANNEL BROADCASTING INC <br> PO BOX 847572 <br> DALLAS, TX 75284-7572 | | | General Trade Payable | | | | $37,484.25 |
| ACCOUNT NO. <br> CLEAR CHANNEL BROADCASTING INC <br> PO BOX 402555 <br> ATLANTA, GA 30384-2555 | | | General Trade Payable | | | | $20,327.75 |
| ACCOUNT NO. <br> CLEAR CHANNEL BROADCASTING INC <br> PO BOX 402573 <br> ATLANTA, GA 30384-2573 | | | General Trade Payable | | | | $9,515.75 |
| ACCOUNT NO. <br> CLEAR CHANNEL OUTDOOR INC <br> PO BOX 847247 <br> DALLAS, TX 75284-7247 | | | General Trade Payable | | | | $3,416.00 |

Sheet no. 14 of 73 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 71,334.31

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)