# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re:  Tribune Company, et al.,      Case No. 08-13141

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC MASTER FUND LLC | CLEAR CHANNEL OUTDOOR INC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): N/A
Amount of Claim:  USD$26,250.00
Date Claim Filed:  N/A

TRC MASTER FUND LLC
Attn: Terrel Ross
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518

Phone: (210) 253-4075
Last four digits of Acct.#:  N/A

Name and Current Address of Transferor:

Phone:  516-255-1801
Last four digits of Acct#:  N/A

CLEAR CHANNEL OUTDOOR INC
200 East Basse Road
San Antonio, TX 30384

Name and address where transferee payments should be sent (if different from above):

Phone:  N/A
Last four digits of Acct#:  N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Terrel Ross                    Date: December 21, 2011
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:        United States Bankruptcy Court ("Bankruptcy Court")
           District of Delaware
           824 North Market Street, 3rd Floor
           Wilmington, DE 19801-3024
           Attention: Clerk

AND TO:    TRIBUNE TELEVISION NORTHWEST, INC.    ("Debtor")
           Case No.08-13245
           Jointly Administered Under TRIBUNE COMPANY, ET AL., Case No. 08-13141

Claim # N/A

**CLEAR CHANNEL OUTDOOR INC**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$26,250.00** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _20th_ DAY OF _December_, 2011.

ASSIGNOR: CLEAR CHANNEL OUTDOOR INC

_____
(Signature)

_Sara Lee Kelli_
(Print Name)

_EVP + GC_
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

_Terrel Ross_
(Print Name)

_Managing Member_
(Title)

B6F (Official Form 6F) (12/07) – Cont.

In re  Tribune Television Northwest, Inc.                    ,          Case No.  08-13245
　　　　　　　　　　Debtor                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CLEAR CHANNEL OUTDOOR INC <br> PO BOX 60000 <br> FILE 30005 <br> SAN FRANCISCO, CA 94160-0001 | | | General Trade Payable | | | | $26,250.00 |
| ACCOUNT NO. <br><br> CNN NEWSOURCE SALES <br> PO BOX 532455 <br> ATLANTA, GA 30353-2455 | | | General Trade Payable | | | | $17,382.73 |
| ACCOUNT NO. <br><br> COLUMBIA PICTURES <br> A DIVISION OF CPT HOLDINGS INC <br> FILE No.53771 <br> LOS ANGELES, CA 90074-3771 | | | General Trade Payable | | | | $27,957.00 |
| ACCOUNT NO. <br><br> DECISIONONE CORPORATION <br> P O BOX 7777 W4140 <br> PHILADELPHIA, PA 19175 | | | General Trade Payable | | | | $569.56 |

Sheet no. _5_ of _23_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 72,159.29

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)