IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 08-13141 (KJC) |
| Tribune Company, *et al.*, | : |
| | : Jointly Administered |
| Debtors. | : |
| | : |

## VERIFIED STATEMENT OF CIARDI CIARDI & ASTIN PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(a)

I, John D. McLaughlin, Jr., of Ciardi Ciardi & Astin, hereby state the following:

1. Ciardi represents **Jayne Clement** ("Jayne Clement") whose address is in care of Carney A. Shegerian, Esq., Shegarian & Associates, Inc., 2225 Arizona Avenue, Suite 400, Santa Monica, CA 90401. Jayne Clement is prosecuting a motion for relief from the automatic stay to seek leave to pursue an employment related tort claim in an unliquidated amount in California state court.

2. Additionally, Ciardi represents **Stardust Visions, Inc.** ("Stardust Vision"), of 315 South Beverly Drive, Suite 3310, Beverly Hills, CA 90212, which is the defendant in a preferential transfer suit No. 10-55842 (KJC) in which the asserted preference is asserted at $29,536.43.

I verify that the statements contained herein are true and correct under penalty of perjury.

Dated: December 22, 2011
Wilmington, Delaware

John D. McLaughlin, Jr. (No. 4123)