**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____ )  Chapter 11
                                    )
In re:                              )
                                    )  Case No. 08-13141 (KJC)
TRIBUNE COMPANY, *et al.*,          )
                                    )  Jointly Administered
                    Debtors.        )
                                    )
                                    )
_____ )

**EGI-TRB LLC'S AND OTHER EGI-TRB PLAINTIFFS'**
**NOTICE OF FILING PURSUANT TO THE COURT'S**
**APRIL 25, 2011 ORDER GRANTING (I) RELIEF FROM THE AUTOMATIC**
**STAY TO THE EXTENT THE AUTOMATIC STAY BARS COMMENCEMENT**
**BY CREDITORS OF STATE LAW CONSTRUCTIVE FRAUDULENT**
**CONVEYANCE CLAIMS TO RECOVER STOCK REDEMPTION PAYMENTS**
**MADE TO STEP ONE SHAREHOLDERS AND STEP TWO SHAREHOLDERS**
**AND (II) LEAVE FROM THE MEDIATION ORDER TO PERMIT**
**COMMENCEMENT OF LITIGATION ON ACCOUNT OF SUCH CLAIMS**

EGI-TRB LLC on its own behalf and on behalf of the EGI-TRB Plaintiffs (as defined below) (EGI-TRB LLC and the EGI-TRB Plaintiffs are collectively "EGI-TRB") respectfully submits this Notice of Filing Pursuant to the Court's April 25, 2011 Order Granting (I) Relief From The Automatic Stay To The Extent The Automatic Stay Bars Commencement By Creditors Of State Law Constructive Fraudulent Conveyance Claims To Recover Stock Redemption Payments Made To Step One Shareholders And Step Two Shareholders And (II) Leave From The Mediation Order To Permit Commencement Of Litigation On Account Of Such Claims (the "Stay Order").  EGI-TRB LLC states:

1.  On or about December 20, 2007, Tribune issued a promissory note to EGI-TRB LLC.  Also on or about December 20, 2007, Tribune issued promissory notes to Tower CH, LLC; Tower DC, LLC; Tower DL, LLC; Tower EH, LLC; Tower PH, LLC; Tower HZ, LLC; Tower JB, LLC; Tower JS, LLC; Tower JK, LLC; Tower JP, LLC;

Tower KS, LLC; Tower LZ, LLC; Tower LL, LLC; Tower LM, LLC; Tower MH, LLC; Tower MS, LLC; Tower MZ, LLC; Tower NL, LLC; Tower PT, LLC; Tower SF, LLC; Tower TT, LLC; Tower VC, LLC; Tower WP, LLC; Tower Greenspun DGSPT, LLC; Tower Greenspun JGGSTP, LLC; Tower Greenspun SGFFT, LLC; and Tower Greenspun, LLC (the "EGI-TRB Plaintiffs").  Those notes collectively were for the principal amount of $225 million.

2. As reflected in proofs of claim filed in these bankruptcy proceedings, EGI-TRB LLC and the EGI-TRB Plaintiffs are creditors of the Debtors.

3. In the Stay Order, the Court further ordered that any creditor other than those specifically identified in the Stay Order who seeks to file its own complaint with respect to its Creditor SLCFC Claims shall file a statement in this Court acknowledging that the creditor shall stay all actions in the state court litigation and will otherwise adhere to the terms of the Stay Order.  *Id*. at ¶ 4.

4. On December 19, 2011, EGI-TRB filed in the Circuit Court of Cook County the two complaints that are attached to this notice as **Exhibits A** and **B**.

5.   Consistent with the Stay Order, EGI-TRB agrees both to stay and take all necessary and reasonable steps to seek a stay of the actions it has filed and will otherwise adhere to the terms of the Stay Order.

Dated:  December 22, 2011

                      Respectfully submitted

By:   /s/ *David W. Carickhoff*
      David W. Carickhoff (DE No. 3715)
      BLANK ROME LLP
      1201 Market Street, Suite 800
      Wilmington, DE 19801
      Telephone: (302) 425-6400
      Facsimile: (302) 425-6464

      and

      David J. Bradford (admitted *pro hac vice)*
      Catherine L. Steege (admitted *pro hac vice*)
      JENNER & BLOCK LLP
      353 N. Clark St.
      Chicago, IL 60654
      Telephone: (312) 222-9350
      Facsimile: (312) 527-04844

      *Counsel for EGI-TRB LLC*