# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Re: Docket Nos. 227, 1027, 7507 and 8672 |

## THIRD SUPPLEMENT TO JOHN W. COSTELLO'S AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF ILLINOIS            )
                             :
COUNTY OF COOK               )

John W. Costello, being duly sworn, deposes and says:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hanford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TlvlLH 2, Inc. (0720); TMLH 2, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); VuluMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

1. I am a partner in the law firm of Edwards Wildman Palmer LLP (the "Firm"), a successor to Wildman, Harrold, Allen & Dixon LLP, which maintains offices at 225 West Wacker Drive, Suite 2800, Chicago, IL 60606. The firm was created by merger of my prior firm, Wildman, Harrold, Allen & Dixon LLP, with Edwards Angells Palmer & Dodge, LLP, effective October 1, 2011.

2. On or about April 15, 2009, John W. Costello submitted and caused his affidavit of ordinary course professional (the "Costello Affidavit") to be filed in the above-captioned case. The Costello Affidavit, which is incorporated herein by reference, was submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about January 15, 2009, authorizing the above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases. The Firm is one such professional that has been employed and compensated by the Debtors in the ordinary course its business during the pendency of these chapter 11 cases. The Costello Affidavit affirmatively stated that at any time during the period of its post-petition employment, if the Firm should discover any facts bearing on the matters described therein, the Firm would submit a supplemental affidavit.

3. On or about January 14, 2011, John W. Costello supplemented the Costello Affidavit (the "Supplemental Costello Affidavit"), which is incorporated herein by reference, to disclose the Firm's representation of Mr. Mark Hianik, a party in interest to these chapter 11 cases, in the case styled *The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. v. Dennis J. FitzSimons, et al.*, pending in the United States Bankruptcy Court for the District of Delaware under case number 10-54010 (the "Hianik Litigation Matter").

4. On or about April 15, 2011, John W. Costello filed a second supplemental affidavit to the Costello Affidavit and the Supplemental Costello Affidavit (the "Second Supplemental Costello Affidavit"), which is incorporated herein by reference to disclose the representation of Mr. Hianik in a second matter, in the case styled *Official Committee of Unsecured Creditors of Tribune Co. v. Mark W. Hianik*, pending in the United States Bankruptcy Court for the District of Delaware under case number 10-55599. The Second Supplemental Costello Affidavit also disclosed the representation of: (1) Mr. John Birmingham, a party in interest to these chapter 11 cases, in the case styled *Official Committee of Unsecured Creditors of Tribune Co. v. John Birmingham*, pending in the United States Bankruptcy Court for the District of Delaware under case number 10-55712; (2) Mr. Tom E. Ehlmann, a party in interest to these chapter 11 cases, in the case styled *Official Committee of Unsecured Creditors of Tribune Co. v. Tom E. Ehlmann*, pending in the United States Bankruptcy Court for the District of Delaware under case number 10-55708; and (3) Mr. Peter A. Knapp, a party in interest to these chapter 11 cases, in the case styled *Official Committee of Unsecured Creditors of Tribune Co. v. Peter A. Knapp*, pending in the United States Bankruptcy Court for the District of Delaware under case number 10-55755.

5. After the filing of the Costello Affidavit, the Supplemental Costello Affidavit and the Second Supplemental Costello Affidavit (collectively, the "Costello Affidavits"), Mr. Irving L. Quimby, Jr., a party in interest to these chapter 11 cases, requested that the Firm represent him

in the case styled *Official Committee of Unsecured Creditors of Tribune Co. v. Irving L. Quimby Jr.,* pending in the United States Bankruptcy Court for the District of Delaware under case number 10-55621 (the "Quimby Preference Litigation"). Mr. Quimby also requested that the Firm represent him in the Hianik Litigation referenced in paragraph 3 above in which Mr. Quimby is named as a defendant. Mr. Quimby is a former officer of Homestead Publishing Company. The Debtors have consented to the Firm representing Mr. Quimby in the Quimby Preference Litigation and the Hianik Litigation.

6. After the filing of the Costello Affidavits, Ms. Betty Ellen Berlamino, a party in interest to these chapter 11 cases, requested that the Firm represent her in the case styled *Official Committee of Unsecured Creditors of Tribune Co. v. Betty Ellen Berlamino,* pending in the United States Bankruptcy Court for the District of Delaware under case number 10-55707 (the "Berlamino Preference Litigation"). Ms. Berlamino is a former officer of WPIX, Inc. The Debtors have consented to the Firm representing Ms. Berlamino in the Berlamino Preference Litigation.

7. As stated in the Costello Affidavits, in the event we learn of additional information requiring further disclosure, the Firm will supplement the Costello Affidavits accordingly.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 22, 2011

_____
John W. Costello

Sworn to and subscribed before me
this 22nd day of December 2011

_____
Paula Ann Newton
Notary Public

"OFFICIAL SEAL"
PAULA ANN NEWTON
Notary Public, State of Illinois
My Commission Expires Dec. 11, 2014

3