# EXHIBIT B

## Statement of Work – Florida Sales Tax Utility Study



Ernst & Young LLP
155 North Wacker Drive
Chicago, IL 60606-1787

Tel: +1 312 879 2000
Fax: +1 312 879 4000
www.ey.com

September 19, 2011

Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
Attn: Mr. Patrick Shanahan
Vice President, Tax

## Statement of Work—Florida Sales Tax Utility Study

Dear Mr. Shanahan:

This Statement of Work (this "SOW") is made by Ernst & Young LLP ("we" or "EY") and Tribune Company ("you" or "Client") pursuant to the Agreement between EY and Client dated February 1, 2011 (the "Agreement"), which was executed in connection with the Client filing a petition under Chapter 11 of the United States Bankruptcy Code ("Chapter 11") on or about December 8, 2008 with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and describes certain tax services that EY will perform for the Client and certain of its affiliated entities during the Client's Chapter 11 proceedings.

Except as otherwise set forth in this SOW, this SOW incorporates by reference, and is deemed to be a part of, the Agreement. The additional terms and conditions of this SOW shall apply only to the tax advisory Services covered by this SOW and not to Services covered by any other Statement of Work pursuant to the Agreement. Capitalized terms used, but not otherwise defined, in this SOW shall have the meanings in the Agreement, and references in the Agreement to "you" or "Client" shall be deemed references to you.

### Scope of Services

EY will provide the following tax advisory Services to you, contingent upon the Bankruptcy Court's approval of our retention in accordance with the terms and conditions that are set forth in the Agreement (inclusive of this SOW):

EY will provide state and local tax advisory services consisting of an electricity study ("utility study") for state sales and use tax purposes for the Sun Sentinel Company ("Sun Sentinel"), including wholly owned subsidiaries Gold Coast Publications and Forum Publishing and the Orlando Sentinel Company ("Orlando Sentinel").



September 19, 2011

Additionally, if the opportunity exists, EY will file sales and/or use tax refund claims with the State of Florida or electricity vendor(s) for the amount of tax overpaid on electricity costs during all periods currently open under Florida's statute of limitations.

The utility study will analyze electricity consumption of the various pieces of equipment and devices consuming electricity and categorizing the consumption into taxable and non-taxable categories for Florida sales and use tax purposes. A taxability percentage is then developed typically on a separate meter basis.

The deliverable for the utility study will consist of a detailed listing of machinery and equipment used at the facilities broken down by meter, along with comments supporting the electric consumption in taxable and non-taxable categories. The deliverable of the utility study will also include providing the necessary supporting documentation for prospectively claiming the appropriate taxability percentage with current electricity vendors.

The results of the utility study will be used, if the opportunity exists, to file for a refund of the Florida sales and use tax overcharged on electricity billings for all periods open under the current statute. EY will prepare, subject to Client direction, other input and consent, on the Client's behalf, all of the necessary documentation in order to file any refund claim with either the utility provider or directly with the State of Florida.

Additionally, EY will address, on the Client's behalf, any questions by the State or utility vendor relating to the utility study referenced above and any refund claim(s) filed by EY at Client's direction pursuant to this SOW. The Internal Revenue Code, related IRS guidance, and professional standards require that tax advisors advise clients regarding their penalty exposure with respect to the advice they render and the disclosures that may avoid such penalties. Our tax opinions, memoranda, and similar documents will address disclosures we believe are appropriate to comply with applicable taxpayer and tax preparer obligations, including our views as to the level of support for the positions addressed therein in a manner designed to facilitate compliance with tax return disclosure requirements.

Client hereby confirms that it will timely provide or cause to be provided to EY all appropriate information and assistance and that the scope and complexity of such Services are consistent with our prior discussions. If, during the provision of the Services, EY determines that any additional work is necessary, whether at Client's request or because the complexity of the project is other than as originally discussed, EY will promptly contact Client to discuss any adjustments to the scope of work or EY's fees and Client shall obtain Bankruptcy Court approval before proceeding.

≝ ERNST & YOUNG                    September 19, 2011

**Your obligations**

We draw your attention to the reservations set out in paragraph 5 of the General Terms and Conditions of the Agreement, as well as your management responsibilities under paragraph 6, and your representation, as of the date hereof, under paragraph 26 thereof.

**Additional terms and conditions**

The Services are advisory in nature. EY will not render an assurance report or assurance opinion under the Agreement, nor will the Services constitute an audit, review, examination, or other form of attestation as those terms are defined by the American Institute of Certified Public Accountants. We will not conduct a review to detect fraud or illegal acts.

If we receive a request from a third party for any information relating to our Tax Advice, we will notify you and will not release any such information unless you have executed an appropriate written consent authorizing such disclosure and the third party has executed a non-reliance and release letter acceptable to us in form and substance.

To facilitate performance of the Services, we may (and may, subject to additional terms and conditions, including license agreements, permit your authorized representatives to) use certain software and tools that allow us to collaborate with you electronically, including Ernst & Young *eRoom* (collectively, "Collaboration Tools"). You shall not, and shall not permit third parties to, copy or modify any Collaboration Tools, or decompile, reverse engineer, or in any way derive any source code from, or create any derivative work of, any Collaboration Tools. COLLABORATION TOOLS ARE PROVIDED "AS IS," AND NONE OF EY OR ANY OTHER PARTY INVOLVED IN THE CREATION, PRODUCTION OR DELIVERY OF ANY COLLABORATION TOOL MAKES ANY WARRANTIES, EXPRESS OR IMPLIED, WITH RESPECT TO ANY COLLABORATION TOOL, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OR USE, NON-INFRINGEMENT, TITLE, OR ANY WARRANTY THAT THE OPERATION OF ANY COLLABORATION TOOL WILL BE UNINTERRUPTED, ERROR FREE OR THAT IT WILL BE COMPATIBLE WITH ANY OF YOUR HARDWARE OR SOFTWARE. EY WILL NOT SUPPORT, MAINTAIN OR UPGRADE ANY COLLABORATION TOOL. YOU ASSUME SOLE RESPONSIBILITY FOR THE USE OF ANY COLLABORATION TOOL AND THE RESULTS THEREOF. Your use of Collaboration Tools (or use on your behalf) is not a substitute for any documentation or system of records you must create or maintain pursuant to law, including, without limitation, Internal Revenue Code Section 6001. You alone are responsible for maintaining separate copies of any documentation you input into any Collaboration Tool.

**Contacts**

You have identified Michael Deloian as your contact with whom we should communicate about these Services. Your contact at EY for these Services will be Michael Licastro.



September 19, 2011

### Engagement Team

Michael Licastro (Partner) and Rick Bolt (Executive Director) will lead the EY team in providing the Services. If either of these individuals ceases to provide tax services to the Client pursuant to the Agreement, EY will so advise the Client, and if that person is replaced, provide the Client with the name of the professional's replacement. Other staff, not identified herein, may be utilized as required to conduct our work in an efficient manner.

### Fees

The General Terms and Conditions of the Agreement address our fees and expenses generally.

Subject to Bankruptcy Court approval, our fee for the sales and use tax Services described in this Statement of Work will be computed as 25% of the Refunds (as defined below) or Credits identified and recovered in connection with the Services.

"Refunds" identified and recovered (or offset against other liabilities) are defined as tax refunds actually received by Client (including applicable Interest benefit) as a result of any claims filed with vendors or the Florida Department of Revenue in excess of $1,000 during this engagement, as well as reductions in current audit assessments directly related to our findings.

"Interest" is defined to include refund of interest and reductions of interest charged by the Department of Revenue in any audit resulting from offsets to assessments. "Credits" are limited to sales/use tax overpayments from prior periods.

We will submit an itemized and detailed billing statement, and we will request payment of our fees and expenses, in accordance with the United States Bankruptcy Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and any relevant administrative orders.

We acknowledge that payment of our fees and expenses hereunder is subject to (i) the jurisdiction and approval of the Bankruptcy Court under Section 328 of the Bankruptcy Code, any order of the Bankruptcy Court approving the retention of us and the U.S. Trustee Guidelines, (ii) any applicable fee and expense guidelines and/or orders and (iii) any requirements governing interim and final fee applications.

Fees will be due to EY upon receipt of the applicable Refunds or any Credits from the Florida Department of Revenue and/or vendors for the overpayment of taxes from prior periods.

 September 19, 2011

Thanks again for your selection of our firm.

Very truly yours,

*Ernst + Young LLP*

In witness whereof, the parties have executed this SOW as of the date set forth below.

Tribune Company

By: _____
Patrick Shanahan
Vice President, Tax