**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit A**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period October 1, 2011 through November 30, 2011**

|  | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| 2011 Consolidated Audit | 1,306.30 | $360,000.00 |
| 2010 Employee Stock Ownership Plan | 50.00 | $10,000.00 |
| 2010 Forms 5500 and Related Filings | 68.90 | $16,500.00 |
| Shared Service Center/Payroll Diagnostic | 425.00 | $135,000.00 |
| **Subtotal - Fixed Fee Services** | **1,850.20** | **$521,500.00** |
| | | |
| **Hourly Services** | | |
| Records Management: Phase 1 | 65.30 | $19,546.00 |
| **Subtotal - Hourly Services** | **65.30** | **$19,546.00** |
| | | |
| **Bankruptcy Requirements and Obligations** | | |
| Employment Applications and Other Court Filings | 7.60 | $3,040.00 |
| Monthly, Interim and Final Fee Applications | 26.80 | $11,515.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **34.40** | **$14,555.00** |
| | | |
| **Total Hours and Compensation** | **1,949.90** | **$555,601.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                   **Exhibit B**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period October 1, 2011 through November 30, 2011**

|  | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| 2011 Consolidated Audit | 1,306.30 | $360,000.00 |
| 2010 Employee Stock Ownership Plan | 50.00 | $10,000.00 |
| 2010 Forms 5500 and Related Filings | 68.90 | $16,500.00 |
| Shared Service Center/Payroll Diagnostic | 425.00 | $135,000.00 |
| **Subtotal - Fixed Fee Services** | **1,850.20** | **$521,500.00** |
| **Total Hours and Compensation** | **1,850.20** | **$521,500.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                    **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2011 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the**
**Period October 1, 2011 through November 30, 2011**

| Professional | Professional's Position | Hours |
|---|---|---|
| Edward J Heitin | Partner | 1.00 |
| Grant E Hellwarth | Partner | 3.00 |
| John A Sandmeier | Partner | 1.00 |
| William T England | Partner | 29.00 |
| Christopher J King | Senior Managing Director | 1.50 |
| Betsy J Smith | Director | 7.10 |
| John Benedetti | Director | 5.00 |
| Leo P Gardina | Director | 3.00 |
| Patrick J Gabel | Director | 4.00 |
| Adam Kamhi | Manager | 2.00 |
| Justin A Spahn | Manager | 130.50 |
| Sheri L York | Manager | 104.50 |
| Bhavin Patel | Senior Associate | 154.80 |
| Lisa J Gross | Senior Associate | 1.50 |
| Lydia Kuebler | Senior Associate | 15.70 |
| Albano Feo | Associate | 1.00 |
| Daiana Bustamante | Associate | 0.75 |
| Hsien-Ing DeForest | Associate | 16.00 |
| Johana Lazarte | Associate | 0.50 |
| Kelsey Doherty | Associate | 40.00 |
| Kurt Gattiker | Associate | 4.25 |
| Leandro Musi | Associate | 8.50 |
| Luz Barcia | Associate | 4.00 |
| Matthew William Lynch | Associate | 303.00 |
| Melissa Mary Kirby | Associate | 240.50 |
| Michael Robert Schnell | Associate | 3.00 |
| Rashmi Singh | Associate | 1.20 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                   **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2011 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the**
**Period October 1, 2011 through November 30, 2011**

| Professional | Professional's Position | Hours |
|---|---|---|
| Thomas Bradley Stutesman | Associate | 219.00 |
| Patricia A Smith | Professional Assistant | 1.00 |
| **Total Hours Incurred during Compensation Period** | | **1,306.30** |
| Total Hours Incurred prior to October 1, 2011 | | 1,973.90 |
| **Total Hours Incurred through November 30, 2011** | | **3,280.20** |

| | | |
|---|---|---|
| **Total Fees - Payments Previously Requested for 2011 Consolidated Audit** | | $900,000.00 |
| **Remaining Payments for 2011 Consolidated Audit** | | $795,000.00 |
| **Total Fixed Fee for 2011 Consolidated Audit** | | $1,695,000.00 |
| **Requested Payment - 2011 Consolidated Audit** | **1,306.30** | **$360,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                    **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2011 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - October 1, 2011 through November 30, 2011**

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 256.75 |
| 2950 - Business Unit Analytics and Year-End Update | 13.25 |
| 3000 - Advertising Revenue and Receivables | 10.50 |
| 3200 - Treasury and Cash Management Process | 8.00 |
| 3250 - Investments Process | 26.00 |
| 3450 - Goodwill and Intangibles Process | 1.00 |
| 3650 - Benefits Process | 7.50 |
| 3700 - Income Tax Process | 9.10 |
| 3800 - Capital and Equity Process | 1.00 |
| 3900 - Period-end Financial Reporting Process | 5.00 |
| 5500 - Financing Process | 7.50 |
| 9201 - Q2 Interim Review Procedures | 7.50 |
| 9202 - Q3 Interim Review Procedures | 141.10 |
| 2900 - Information Technology General Controls | 21.70 |
| CTC Fieldwork | 231.40 |
| FSC-CA Fieldwork | 2.00 |
| LA Times Fieldwork | 253.50 |
| LA Times Fieldwork - Advertising Revenue and Receivables Process | 3.00 |
| LA Times Fieldwork - General | 12.50 |
| LA Times Fieldwork - Property, Plant & Equipment Process | 5.50 |
| Sun Sentinel Fieldwork | 105.00 |
| TPC Group Office Fieldwork | 4.50 |
| WGN Fieldwork | 6.00 |
| WGN-TV Fieldwork | 1.50 |
| WPIX Fieldwork | 45.50 |
| Liabilities Subject to Compromise | 10.50 |
| Blue Lynx Media Fieldwork | 109.50 |
| **Total Hours Incurred for the 2011 Consolidated Audit** | **1,306.30** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2010 Employee Stock Ownership Plan**
**Summary of Professionals, Hours and Payments For the Period**
**October 1, 2011 through November 30, 2011**

| Professional | Professional's Position | Hours |
|---|---|---|
| Robert T Farr | Partner | 4.00 |
| Heather L Vasilenko | Senior Manager | 12.00 |
| Melissa Mary Kirby | Associate | 24.00 |
| Thomas Bradley Stutesman | Associate | 10.00 |
| **Total Hours Incurred during Compensation Period** | | **50.00** |

| | | | |
|---|---|---|---|
| **Requested Payment - 2010 Employee Stock Ownership Plan** | | **50.00** | **$10,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-3**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2010 Forms 5500 and Related Filings**
**Summary of Professionals, Hours and Payments For the Period**
**October 1, 2011 through November 30, 2011**

| Professional | Professional's Position | Hours |
|---|---|---|
| Christopher J King | Senior Managing Director | 4.00 |
| Benjamin Joseph | Senior Associate | 40.00 |
| Diane Mathews | Administrative | 24.90 |
| **Total Hours Incurred during Compensation Period** | | **68.90** |

| | | | |
|---|---|---|---|
| **Requested Payment - 2010 Forms 5500 and Related Filings** | | **68.90** | **$16,500.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-4**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - Shared Service Center/Payroll Diagnostic**
**Summary of Professionals, Hours and Payments For the Period**
**October 1, 2011 through November 30, 2011**

| Professional | Professional's Position | Hours |
|---|---|---|
| Donald W Rupprecht | Partner | 16.00 |
| Alpesh Kadakia | Director | 34.00 |
| Paula M Cook | Director | 80.00 |
| Steven Joel Darrish | Director | 48.00 |
| Sam Dastoor | Manager | 80.00 |
| Scott Peterson | Manager | 87.00 |
| Jason Scott Miller | Senior Associate | 80.00 |
| **Total Hours Incurred during Compensation Period** | | **425.00** |

| | | |
|---|---|---|
| **Requested Payment - Shared Service Center/Payroll Diagnostic** | **425.00** | **$135,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit C-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Professionals - Hourly Professional Services**
**For the Period October 1, 2011 through November 30, 2011**

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Records Management: Phase 1** | | | | |
| Theodore Hawkins | Partner | $550 | 2.00 | $1,100.00 |
| Eric Matrejek | Senior Managing Director | $450 | 3.50 | $1,575.00 |
| Julie D Sinor | Director | $350 | 16.00 | $5,600.00 |
| Rudolph Mayer | Manager | $295 | 27.30 | $8,053.50 |
| Anthony E Anderson | Associate | $195 | 16.50 | $3,217.50 |
| **Subtotal - Records Management: Phase 1** | | | **65.30** | **$19,546.00** |
| **Employment Applications and Other Court Filings** | | | | |
| Shonda M Finseth | Manager (Bankruptcy) | $400 | 7.60 | $3,040.00 |
| **Subtotal - Employment Applications and Other Court Filings** | | | **7.60** | **$3,040.00** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 5.30 | $2,915.00 |
| Shonda M Finseth | Manager (Bankruptcy) | $400 | 21.50 | $8,600.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **26.80** | **$11,515.00** |
| **Total Hours and Compensation** | | | **99.70** | **$34,101.00** |

**Exhibit C-2**

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period October 1, 2011 through November 30, 2011**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| **Records Management: Phase 1** | | | | | | |
| 11/10/2011 | Rudolph Mayer | Manager | 1111H0001: Prepare sample communications plan and project plan for client workshop. | $295.00 | 3.90 | $1,150.50 |
| 11/11/2011 | Rudolph Mayer | Manager | 1111H0002: Revise the sample communications plan and project plan based upon feedback received from team. | $295.00 | 4.00 | $1,180.00 |
| 11/11/2011 | Anthony E Anderson | Associate | 1111H0003: Research templates to prepare the sample communications plan. | $195.00 | 1.40 | $273.00 |
| 11/14/2011 | Julie D Sinor | Director | 1111H0004: Review workshop materials in preparation of meeting. | $350.00 | 2.00 | $700.00 |
| 11/14/2011 | Rudolph Mayer | Manager | 1111H0005: Meeting with J. Sinor and A. Anderson (PwC) to prepare for workshop. | $295.00 | 0.50 | $147.50 |
| 11/14/2011 | Julie D Sinor | Director | 1111H0006: Meeting with R. Mayer and A. Anderson (PwC) to prepare for workshop. | $350.00 | 0.50 | $175.00 |
| 11/14/2011 | Anthony E Anderson | Associate | 1111H0007: Meeting with R. Mayer and J. Sinor (PwC) to prepare for workshop. | $195.00 | 0.50 | $97.50 |
| 11/14/2011 | Anthony E Anderson | Associate | 1111H0008: Participate in records management workshop with Tribune stakeholders including T. Caputo, E. Viergutz, R. Allen, D Wortsman, S. Yedida (Tribune), R. Mayer and J. Sinor (PwC). | $195.00 | 3.50 | $682.50 |
| 11/14/2011 | Julie D Sinor | Director | 1111H0009: Participate in records management workshop with Tribune stakeholders including T. Caputo, E. Viergutz, R. Allen, D Wortsman, S. Yedida (Tribune), A. Anderson and R. Mayer (PwC). | $350.00 | 3.50 | $1,225.00 |
| 11/14/2011 | Rudolph Mayer | Manager | 1111H0010: Participate in records management workshop with Tribune stakeholders including T. Caputo, E. Viergutz, R. Allen, D Wortsman, S. Yedida (Tribune), J. Sinor and A. Anderson (PwC). | $295.00 | 3.50 | $1,032.50 |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date – Hourly Professional Services
For the Period October 1, 2011 through November 30, 2011

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 11/14/2011 | Julie D Sinor | Director | 1111H0011: Continue to participate in records management workshop with Tribune stakeholders including E. Viergutz, R. Allen, D Wortsman, S. Yedida (Tribune), R. Mayer and A. Anderson (PwC). | $350.00 | 2.00 | $700.00 |
| 11/14/2011 | Anthony E Anderson | Associate | 1111H0012: Continue to participate in records management workshop with Tribune stakeholders including E. Viergutz, R. Allen, D Wortsman, S. Yedida (Tribune), J. Sinor and R. Mayer (PwC). | $195.00 | 2.00 | $390.00 |
| 11/14/2011 | Rudolph Mayer | Manager | 1111H0013: Continue to participate in records management workshop with Tribune stakeholders including E. Viergutz, R. Allen, D Wortsman, S. Yedida (Tribune), J. Sinor and A. Anderson (PwC). | $295.00 | 2.00 | $590.00 |
| 11/14/2011 | Anthony E Anderson | Associate | 1111H0014: Incorporate feedback received from E. Viergutz and R. Allen (Tribune) into draft communications plan. | $195.00 | 4.10 | $799.50 |
| 11/14/2011 | Rudolph Mayer | Manager | 1111H0015: Perform a quality review of the communications plan prepared by A. Anderson (PwC). | $295.00 | 4.60 | $1,357.00 |
| 11/15/2011 | Rudolph Mayer | Manager | 1111H0016: Participate in records management workshop with Tribune stakeholders including E. Viergutz, R. Allen, D Wortsman, S. Yedida (Tribune), J. Sinor and A. Anderson (PwC). | $295.00 | 2.00 | $590.00 |
| 11/15/2011 | Anthony E Anderson | Associate | 1111H0017: Participate in records management workshop with Tribune stakeholders including E. Viergutz, R. Allen, D Wortsman, S. Yedida (Tribune), J. Sinor and R. Mayer (PwC). | $195.00 | 2.00 | $390.00 |
| 11/15/2011 | Julie D Sinor | Director | 1111H0018: Participate in records management workshop with Tribune stakeholders including E. Viergutz, R. Allen, D Wortsman, S. Yedida (Tribune), R. Mayer and A. Anderson (PwC). | $350.00 | 2.00 | $700.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Details of Hours and Compensation by Project and Date - Hourly Professional Services

For the Period October 1, 2011 through November 30, 2011

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 11/15/2011 | Rudolph Mayer | Manager | 1111H0019: Continue to participate in records management workshop with Tribune stakeholders including E. Viergutz, R. Allen, D Wortsman, S. Yedida (Tribune), J. Sinor and A. Anderson (PwC). | $295.00 | 3.00 | $885.00 |
| 11/15/2011 | Anthony E Anderson | Associate | 1111H0020: Continue to participate in records management workshop with Tribune stakeholders including E. Viergutz, R. Allen, D Wortsman, S. Yedida (Tribune), J. Sinor and R. Mayer (PwC). | $195.00 | 3.00 | $585.00 |
| 11/15/2011 | Julie D Sinor | Director | 1111H0021: Continue to participate in records management workshop with Tribune stakeholders including E. Viergutz, R. Allen, D Wortsman, S. Yedida (Tribune), A. Anderson and R. Mayer (PwC). | $350.00 | 3.00 | $1,050.00 |
| 11/16/2011 | Rudolph Mayer | Manager | 1111H0022: Revise the communications plan based upon feedback received from E. Viergutz and R. Allen (Tribune). | $295.00 | 3.80 | $1,121.00 |
| 11/21/2011 | Julie D Sinor | Director | 1111H0023: Incorporate edits to the communications plan and project plan and finalize phase 1 deliverables for review by E. Matrejek and T. Hawkins (PwC). | $350.00 | 3.00 | $1,050.00 |
| 11/21/2011 | Eric Matrejek | Senior Managing Director | 1111H0024: Review the communications plan and project plan for delivery to Tribune. | $450.00 | 3.50 | $1,575.00 |
| 11/21/2011 | Theodore Hawkins | Partner | 1111H0025: Perform quality control review of the communications plan and project plan for delivery to Tribune. | $550.00 | 2.00 | $1,100.00 |
| **Subtotal - Hours and Compensation for Records Management: Phase 1** | | | | | **65.30** | **$19,546.00** |

**Employment Applications and Other Court Filings**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 10/4/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0026: Provide consultation guidance to J. Sinor (PwC) regarding the records management scope to be provided to Tribune. | $400.00 | 0.40 | $160.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period October 1, 2011 through November 30, 2011

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 10/5/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0027: Prepare the Supplemental Declaration. | $400.00 | 0.30 | $120.00 |
| 10/5/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0028: Meeting with J. Sinor (PwC) to provide guidance regarding compliance with bankruptcy procedures. | $400.00 | 0.80 | $320.00 |
| 10/5/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0029: Meeting with K. Stikles (Cole Schotz) regarding the Supplemental Application to be prepared for the records management project. | $400.00 | 0.10 | $40.00 |
| 10/6/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0030: Teleconference with J. Ludwig (Sidley) regarding the Supplemental Application. | $400.00 | 0.20 | $80.00 |
| 10/31/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0031: Review the revised Engagement Letter for the records management project related the Supplemental Application. | $400.00 | 0.60 | $240.00 |
| 11/1/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0032: Review the shared services Engagement Letter to provide consultation to the team. | $400.00 | 0.30 | $120.00 |
| 11/1/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0033: Meeting with B. Myrick (Sidley) regarding the Supplemental Application. | $400.00 | 0.30 | $120.00 |
| 11/2/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0034: Prepare the Supplemental Declaration. | $400.00 | 2.40 | $960.00 |
| 11/3/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0035: Revise the Supplemental Declaration based on comments received from Counsel. | $400.00 | 0.80 | $320.00 |
| 11/4/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0036: Review the revised shared services Engagement Letter for consultation. | $400.00 | 1.40 | $560.00 |
| **Subtotal - Hours and Compensation for Employment Applications and Other Court Filings** | | | | | **7.60** | **$3,040.00** |

**Monthly, Interim and Final Fee Applications**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 10/5/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0037: Prepare the June through August 2011 Interim Fee Application. | $400.00 | 1.90 | $760.00 |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period October 1, 2011 through November 30, 2011

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 10/7/2011 | Andrea Clark Smith | Director (Bankruptcy) | 1111H0038: Review the June through August 2011 Interim Fee Application. | $550.00 | 0.60 | $330.00 |
| 10/10/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0039: Revise the Interim Fee Application based upon feedback received from A. Clark Smith (PwC). | $400.00 | 0.40 | $160.00 |
| 10/10/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0040: Distribute the Interim Fee Application to B. England (PwC) for signature. | $400.00 | 0.10 | $40.00 |
| 10/19/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0041: Prepare the September 2011 Monthly Fee Application for Court submission. | $400.00 | 2.40 | $960.00 |
| 10/25/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0042: Review the Fee Auditor Report for the Sixth Interim period. | $400.00 | 0.60 | $240.00 |
| 10/26/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0043: Prepare the September 2011 exhibits for Court submission. | $400.00 | 1.50 | $600.00 |
| 10/26/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0044: Prepare the September 2011 Monthly Fee Application Narrative for Court submission. | $400.00 | 3.60 | $1,440.00 |
| 10/27/2011 | Andrea Clark Smith | Director (Bankruptcy) | 1111H0045: Review the September 2011 Monthly Fee Application for compliance with the Compensation Guidelines. | $550.00 | 0.30 | $165.00 |
| 10/27/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0046: Finalize the September 2011 Monthly Fee Application and send to B. England (PwC) for signature. | $400.00 | 1.30 | $520.00 |
| 10/31/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0047: Draft response to the Fee Auditor regarding the 6th Interim Fee Application. | $400.00 | 2.10 | $840.00 |
| 11/1/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0048: Finalize the September 2011 Monthly Fee Application and distribute to Counsel for filing. | $400.00 | 0.30 | $120.00 |
| 11/2/2011 | Andrea Clark Smith | Director (Bankruptcy) | 1111H0049: Review the responses prepared for the Fee Auditor's Report for the 6th Interim period. | $550.00 | 1.60 | $880.00 |
| 11/2/2011 | Andrea Clark Smith | Director (Bankruptcy) | 1111H0050: Review revisions to the preliminary response to the Fee Auditor related to the 6th interim initial report. | $550.00 | 1.90 | $1,045.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period October 1, 2011 through November 30, 2011

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 11/2/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0051: Review response prepared by J. Spahn (PwC) regarding the 6th Interim Fee Auditor Report. | $400.00 | 0.90 | $360.00 |
| 11/2/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0052: Finalize the 6th Interterm Fee Auditor response and distribute to A. Clark Smith (PwC). | $400.00 | 1.40 | $560.00 |
| 11/3/2011 | Andrea Clark Smith | Director (Bankruptcy) | 1111H0053: Update the 6th interim initial report based upon feedback from J. Spahn (PwC). | $550.00 | 0.40 | $220.00 |
| 11/8/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0054: Prepare the October 2011 time consolidator and send to M. Kirby (PwC) for review. | $400.00 | 2.10 | $840.00 |
| 11/8/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0055: Prepare the 10th and 11th Fee Committee electronic file and send to the J. Theil (Stuart Maue). | $400.00 | 0.60 | $240.00 |
| 11/10/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0056: Review and respond to email from P. Cook (PwC) regarding compensation guidelines. | $400.00 | 0.10 | $40.00 |
| 11/11/2011 | Andrea Clark Smith | Director (Bankruptcy) | 1111H0057: Discussion with J. Theil ( Stuart Maue) regarding the 7th and 8th Interim Fee Applications (joined meeting late). | $550.00 | 0.50 | $275.00 |
| 11/11/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0058: Teleconference with J. Theil (Stuart Maue) regarding the 7th and 8th Interim Fee Applications. | $400.00 | 0.90 | $360.00 |
| 11/11/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0059: Review email from J. Theil (Stuart Maue) regarding the 7th and 8th Interim Fee Applications and send email to J. Spahn regarding the same. | $400.00 | 0.30 | $120.00 |
| 11/14/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1111H0060: Meeting with J. Spahn (PwC) to discuss the Fee Auditor's Report to the 7th and 8th Interim Fee Application. | $400.00 | 1.00 | $400.00 |
| **Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications** | | | | | **26.80** | **$11,515.00** |
| **Total Hours and Compensation** | | | | | **99.70** | **$34,101.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit D-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Expenditures by Project and Type**
**For the Period October 1, 2011 through November 30, 2011**

| Transaction Type | Total Expenditures |
|---|---|
| **2011 Consolidated Audit** | |
| Research | $1,250.00 |
| **Subtotal - 2011 Consolidated Audit** | **$1,250.00** |
| **Records Management: Phase 1** | |
| Public/ground transportation | $10.00 |
| **Subtotal - Records Management: Phase 1** | **$10.00** |
| **Shared Service Center/Payroll Diagnostic** | |
| Airfare | $12,321.81 |
| Lodging | $5,571.47 |
| Meals | $1,202.28 |
| Mileage Allowance | $66.62 |
| Parking | $192.00 |
| Public/ground transportation | $1,662.57 |
| Rental Car | $607.20 |
| **Subtotal - Shared Service Center/Payroll Diagnostic** | **$21,623.95** |
| **Total Expenditures** | **$22,883.95** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1
Wednesday, December 21, 2011

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period October 1, 2011 through November 30, 2011

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **2011 Consolidated Audit** | | | | |
| 9/30/2011 | PricewaterhouseCoopers | Research | 1111E0001: MARKET RESEARCH - FOR Q3 2011 COMPILATION REPORT ON TELEVISION REVENUE SURVEY. | $1,250.00 |
| Subtotal - 2011 Consolidated Audit | | | | $1,250.00 |
| **Records Management: Phase 1** | | | | |
| 11/15/2011 | Rudolph Mayer | Public/ground transportation | 1111E0002: YELLOW TAXI CHICAGO IL - TAXI FROM CLIENT LOCATION TO PWC OFFICE. | $10.00 |
| Subtotal - Records Management: Phase 1 | | | | $10.00 |
| **Shared Service Center/Payroll Diagnostic** | | | | |
| 10/31/2011 | Alpesh Kadakia | Airfare | 1111E0003: AMERICAN AIRLINES IN MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > SFO TO DFW (WEEK OF 11/6/2011-11/11/2011) - FLIGHT CHANGED TO ORD. | $745.90 |
| 11/4/2011 | Alpesh Kadakia | Airfare | 1111E0004: AMERICAN AIRLINES IN MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > SFO TO ORD (WEEK OF 11/7/2011-11/10/2011). | $834.19 |
| 11/4/2011 | Steven Joel Darrish | Airfare | 1111E0005: AMERICAN AIRLINES IN MIAMI LAKES FL - ECONOMY ONE-WAY AIRFARE > STL TO ORD (WEEK OF 11/07/2011-11/11/2011). | $176.78 |
| 11/4/2011 | Paula M Cook | Airfare | 1111E0006: UNITED AIRLINES TAMPA FL - ECONOMY ROUNDTRIP AIRFARE > ORD TO LAX (WEEK OF 11/9/2011-11/10/2011). | $415.22 |
| 11/5/2011 | Jason Scott Miller | Airfare | 1111E0007: UNITED AIRLINES MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > SFO TO ORD (WEEK OF 11/13/2011-11/17/2011). | $745.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period October 1, 2011 through November 30, 2011

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|-------------------|
| 11/5/2011 | Scott Peterson | Airfare | 111E0008: AMERICAN AIRLINES IN TAMPA FL - ECONOMY ROUNDTRIP AIRFARE > DFW TO ORD TO LAX (WEEK OF 11/7/2011-11/11/2011). | $2,267.57 |
| 11/6/2011 | Sam Dastoor | Airfare | 111E0009: AMERICAN AIRLINES IN MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > DFW TO ORD (WEEK OF 11/7/2011-11/10/2011). | $881.40 |
| 11/7/2011 | Sam Dastoor | Meals | 111E0010: AMERICAN AIRLINES ONBOARD SALE TX - DINNER WITH SELF. | $11.42 |
| 11/7/2011 | Sam Dastoor | Public/ground transportation | 111E0011: CHOICE TAXI ASSN. 30 CHICAGO IL - TRAVEL FROM ORD AIRPORT TO THE W CHICAGO HOTEL. | $49.85 |
| 11/7/2011 | Alpesh Kadakia | Public/ground transportation | 111E0012: ALPINE LIMOUSINE SER 866-9525746 CA - TRAVEL FROM SAN FRANCISCO, CA (HOME) TO SFO AIRPORT. | $78.00 |
| 11/7/2011 | Alpesh Kadakia | Public/ground transportation | 111E0013: CHICAGO TAXI 2 CITY LONG ISLAND CITY NY - TRAVEL FROM ORD TO TRIBUNE. | $41.65 |
| 11/7/2011 | Jason Scott Miller | Meals | 111E0014: WESTEND 542929803188 CHICAGO IL - DINNER WITH SELF. | $50.00 |
| 11/7/2011 | Steven Joel Darrish | Meals | 111E0015: MCDONALD'S F17276 00 CHICAGO IL - BREAKFAST WITH SELF. | $5.83 |
| 11/7/2011 | Steven Joel Darrish | Public/ground transportation | 111E0016: CHICAGO TAXI 1 GLOBE LONG ISLAND CITY NY - TAXI FROM ORD AIRPORT TO TRIBUNE BUILDING. | $41.85 |
| 11/7/2011 | Steven Joel Darrish | Public/ground transportation | 111E0017: CHOICE - TAXI FROM PWC OFFICE TO TRIBUNE BUILDING. | $9.00 |
| 11/7/2011 | Steven Joel Darrish | Public/ground transportation | 111E0018: CHOICE - TAXI FROM TRIBUNE BUILDING TO HILTON HOTEL. | $11.00 |

Friday, December 23, 2011

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Detail of Expenditures by Project and Date

For the Period October 1, 2011 through November 30, 2011

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|-------------------:|
| 11/7/2011 | Paula M Cook | Public/ground transportation | 1111E0019: BLUE RIBBON TAXI ASS CHICAGO IL - TAXI TO TRIBUNE OFFICE FROM PWC OFFICE. | $10.25 |
| 11/7/2011 | Scott Peterson | Airfare | 1111E0020: TRAVEL SERVICE FEE - AMEX TRAVEL SERVICE FEE (WEEK OF 11/7/2011-11/11/2011). | $35.00 |
| 11/7/2011 | Scott Peterson | Meals | 1111E0021: S WACKER AUBONPAIN 2 CHICAGO IL - BREAKFAST WITH SELF. | $4.64 |
| 11/7/2011 | Scott Peterson | Meals | 1111E0022: W CHICAGO CITY CENTE CHICAGO IL - DINNER WITH SELF. | $50.00 |
| 11/7/2011 | Scott Peterson | Public/ground transportation | 1111E0023: 121 CAR SERVICE FRISCO TX - TRANSPORTATION - TAXI FROM DALLAS, TX (HOME) TO DFW. | $82.00 |
| 11/7/2011 | Scott Peterson | Public/ground transportation | 1111E0024: YELLOW CAB YELLOW CA CHICAGO IL - TRANSPORTATION - TAXI FROM ORD TO PWC OFFICE. | $50.45 |
| 11/7/2011 | Steven Joel Darrish | Mileage Allowance | 1111E0025: MILEAGE ALLOWANCE - MILEAGE FROM OLIVETTE MO ( HOME) TO STL AIRPORT. | $8.33 |
| 11/8/2011 | Sam Dastoor | Meals | 1111E0026: SUBWAY 445411 CHICAGO IL - DINNER WITH SELF. | $14.70 |
| 11/8/2011 | Sam Dastoor | Meals | 1111E0027: MCDONALD'S F4061 000 CHICAGO IL - BREAKFAST WITH SELF. | $8.64 |
| 11/8/2011 | Alpesh Kadakia | Meals | 1111E0028: BANDERA -- CHICAGO IL - DINNER WITH S. DASTOOR, J. MILLER, AND SELF. | $114.12 |
| 11/8/2011 | Jason Scott Miller | Meals | 1111E0029: STARBUCKS CORP022343 CHICAGO IL - BREAKFAST WITH SELF. | $3.83 |
| 11/8/2011 | Jason Scott Miller | Public/ground transportation | 1111E0030: CHI TAXI MED 1543 09 CHICAGO IL - TRAVEL FROM ORD AIRPORT TO HOTEL. | $42.25 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period October 1, 2011 through November 30, 2011

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 11/8/2011 | Steven Joel Darrish | Airfare | 1111E0031: DELTA AIR LINES INC. MIAMI LAKES FL - ECONOMY ONE-WAY AIRFARE > LAX TO STL (WEEK OF 11/07/2011-11/9/2011). | $336.51 |
| 11/8/2011 | Steven Joel Darrish | Airfare | 1111E0032: UNITED AIRLINES MIAMI LAKES FL - ECONOMY ONE-WAY AIRFARE > ORD TO LAX (WEEK OF 11/9/2011-11/11/2011). | $382.40 |
| 11/8/2011 | Steven Joel Darrish | Meals | 1111E0033: FRANKIES SCALLOPINE CHICAGO IL - DINNER WITH SELF. | $43.90 |
| 11/8/2011 | Steven Joel Darrish | Meals | 1111E0034: FFT @ TRIBUNE MICHIGAN AVE IL - BREAKFAST WITH SELF. | $7.92 |
| 11/8/2011 | Steven Joel Darrish | Public/ground transportation | 1111E0035: CHOICE - TAXI FROM TRIBUNE BUILDING TO HILTON HOTEL. | $10.00 |
| 11/8/2011 | Steven Joel Darrish | Public/ground transportation | 1111E0036: CITY SERVICE - TAXI FROM HILTON HOTEL TO CHICAGO PWC OFFICE. | $8.00 |
| 11/8/2011 | Steven Joel Darrish | Public/ground transportation | 1111E0037: YELLOW - TAXI FROM CHICAGO PWC OFFICE TO TRIBUNE BUILDING. | $11.00 |
| 11/8/2011 | Steven Joel Darrish | Public/ground transportation | 1111E0038: GLOBE - TAXI FROM TRIBUNE BUILDING TO HILTON HOTEL. | $9.00 |
| 11/8/2011 | Paula M Cook | Public/ground transportation | 1111E0039: FLASH CAB , CHICAGO, IL - TAXI TO AND FROM PWC OFFICE TO TRIBUNE FOR CLIENT MEETING. | $15.75 |
| 11/8/2011 | Scott Peterson | Meals | 1111E0040: FFT @ TRIBUNE MICHIGAN AVE IL - BREAKFAST WITH SELF. | $10.00 |
| 11/8/2011 | Scott Peterson | Public/ground transportation | 1111E0041: AXCESS EXPRESS - TRANSPORTATION - TAXI FROM PWC OFFICE TO TRIBUNE FOR CLIENT MEETING. | $34.00 |
| 11/8/2011 | Scott Peterson | Public/ground transportation | 1111E0042: YELLOW CAB YELLOW CA CHICAGO IL - TRANSPORTATION - TAXI FROM PWC OFFICE TO HOTEL. | $10.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Friday, December 23, 2011

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period October 1, 2011 through November 30, 2011

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 11/9/2011 | Sam Dastoor | Meals | 1111E0043: SUBWAY 445411 CHICAGO IL - BREAKFAST WITH SELF. | $10.00 |
| 11/9/2011 | Sam Dastoor | Meals | 1111E0044: THE GAGE 44000003715 CHICAGO IL - DINNER WITH J. MILLER AND SELF. | $74.95 |
| 11/9/2011 | Alpesh Kadakia | Meals | 1111E0045: VOLARE CHICAGO IL - DINNER WITH S. DASTOOR, J. MILLER, AND SELF. | $172.10 |
| 11/9/2011 | Jason Scott Miller | Meals | 1111E0046: THE GAGE 44000003715 CHICAGO IL - DINNER WITH SELF. | $50.00 |
| 11/9/2011 | Jason Scott Miller | Meals | 1111E0047: STARBUCKS CORP022343 CHICAGO IL - BREAKFAST WITH SELF. | $5.49 |
| 11/9/2011 | Steven Joel Darrish | Airfare | 1111E0048: UNITED AIRLINES CHICAGO IL - AIRLINE FEE (TAX) (WEEK OF 11/07/2011-11/11/2011). | $41.30 |
| 11/9/2011 | Steven Joel Darrish | Meals | 1111E0049: BERGHOFF CAFE 2 BERG CHICAGO IL - DINNER WITH SELF AND P. COOK. | $42.06 |
| 11/9/2011 | Steven Joel Darrish | Public/ground transportation | 1111E0050: CHOICE TAXI ASSN. 30 CHICAGO IL - TAXI FROM TRIBUNE BUILDING TO ORD AIRPORT. | $47.45 |
| 11/9/2011 | Paula M Cook | Airfare | 1111E0051: UNITED AIRLINES CHICAGO IL - CHANGE FEE FOR FLIGHT FROM ORD TO LAX (WEEK OF 11/9/2011-11/10/2011). | $191.31 |
| 11/9/2011 | Paula M Cook | Public/ground transportation | 1111E0052: FLASH CAB, CHICAGO, IL - TAXI TO AND FROM PWC OFFICE TO TRIBUNE FOR CLIENT MEETING. | $8.00 |
| 11/9/2011 | Scott Peterson | Public/ground transportation | 1111E0053: YELLOW CAB CO. GARDENA CA - TRANSPORTATION - TAXI FROM LAX TO THE WESTIN HOTEL. | $70.81 |
| 11/9/2011 | Scott Peterson | Meals | 1111E0054: ZOOT'S CAF OR255907 CHICAGO IL - BREAKFAST WITH SELF. | $5.31 |

Friday, December 23, 2011

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

TRIBUNE COMPANY,, et al (Case 08-13141)

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Detail of Expenditures by Project and Date

For the Period October 1, 2011 through November 30, 2011

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 11/9/2011 | Scott Peterson | Lodging | 1111E0055: W CHICAGO CITY CENTE CHICAGO IL - LODGING ON 11/7/2011 (1 NIGHT). | $356.59 |
| 11/9/2011 | Scott Peterson | Public/ground transportation | 1111E0056: CHICAGO ELITE 2934 0 CHICAGO IL - TRANSPORTATION - TAXI FROM PWC OFFICE TO O'HARE MARRIOT. | $47.39 |
| 11/10/2011 | Sam Dastoor | Public/ground transportation | 1111E0057: CHI TAXI MED 1213 09 CHICAGO IL - TRAVEL FROM TRIBUNE OFFICE TO ORD AIRPORT. | $51.05 |
| 11/10/2011 | Alpesh Kadakia | Meals | 1111E0058: BURRITO BEACH #7 240 CHICAGO IL - DINNER WITH SELF. | $7.15 |
| 11/10/2011 | Alpesh Kadakia | Public/ground transportation | 1111E0059: CHOICE TAXI ASSN. 30 CHICAGO IL - TRAVEL FROM CLIENT LOCATION TO ORD AIRPORT. | $43.85 |
| 11/10/2011 | Jason Scott Miller | Public/ground transportation | 1111E0060: SAN FRANCISCO TRANSP SAN BRUNO CA - TRAVEL FROM SFO AIRPORT TO SAN FRANCISCO (HOME). | $50.00 |
| 11/10/2011 | Steven Joel Darrish | Meals | 1111E0061: CULINART - LA TIMES LOS ANGELES CA - BREAKFAST WITH SELF. | $5.76 |
| 11/10/2011 | Steven Joel Darrish | Meals | 1111E0062: WALL STREET DE554455 SALT LAKE CIT UT - DINNER WITH SELF. | $12.37 |
| 11/10/2011 | Steven Joel Darrish | Public/ground transportation | 1111E0063: LA CHECKER CAB COOP VAN NUYS CA - TAXI FROM LAX TO THE WESTIN HOTEL DOWNTOWN. | $58.50 |
| 11/10/2011 | Steven Joel Darrish | Lodging | 1111E0064: PALMER HOUSE HILTON CHICAGO IL - LODGING WEEK OF 11/07/2011-11/9/2011 (2 NIGHTS). | $464.62 |
| 11/10/2011 | Paula M Cook | Meals | 1111E0065: CULINART - LA TIMES LOS ANGELES CA - BREAKFAST WITH SELF. | $7.87 |
| 11/10/2011 | Paula M Cook | Public/ground transportation | 1111E0066: YELLOW CAB CO. GARDENA CA - TAXI FROM LAX AIRPORT TO LA TIMES OFFICES. | $53.48 |

Friday, December 23, 2011

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period October 1, 2011 through November 30, 2011

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|-------------------|
| 11/10/2011 | Scott Peterson | Meals | 1111E0067: CULINART - LA TIMES LOS ANGELES CA - BREAKFAST WITH SELF. | $7.34 |
| 11/10/2011 | Scott Peterson | Meals | 1111E0068: MARRIOTT 33707CHIOHR CHICAGO IL - DINNER WITH SELF. | $30.30 |
| 11/10/2011 | Scott Peterson | Lodging | 1111E0069: MARRIOTT 33707CHIOHR CHICAGO IL - LODGING ON 11/8/2011 (1 NIGHT). | $148.87 |
| 11/10/2011 | Steven Joel Darrish | Mileage Allowance | 1111E0070: MILEAGE ALLOWANCE - MILEAGE FROM STL AIRPORT TO OLIVETTE MO ( HOME). | $8.33 |
| 11/11/2011 | Sam Dastoor | Lodging | 1111E0071: W CHICAGO CITY CENTE CHICAGO IL - LODGING WEEK OF 11/7/2011-11/10/2011 (3 NIGHTS). | $827.43 |
| 11/11/2011 | Alpesh Kadakia | Airfare | 1111E0072: AMERICAN AIRLINES IN MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > SFO TO DFW (WEEK OF 11/13/2011-11/17/2011). | $838.21 |
| 11/11/2011 | Alpesh Kadakia | Lodging | 1111E0073: W CHICAGO CITY CENTE CHICAGO IL - LODGING WEEK OF 11/7/2011-11/11/2011 (4 NIGHTS). | $1,204.86 |
| 11/11/2011 | Alpesh Kadakia | Public/ground transportation | 1111E0074: ALPINE LIMOUSINE SER 866-9525746 CA - TRAVEL FROM SFO AIRPORT TO SAN FRANCISCO, CA (HOME). | $78.00 |
| 11/11/2011 | Jason Scott Miller | Airfare | 1111E0075: VIRGIN AMERICA MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > SFO TO DFW (WEEK OF 11/7/2011-11/10/2011). | $833.40 |
| 11/11/2011 | Jason Scott Miller | Lodging | 1111E0076: W CHICAGO CITY CENTE CHICAGO IL - LODGING WEEK OF 11/7/2011-11/10/2011 (3 NIGHTS). | $750.00 |
| 11/11/2011 | Steven Joel Darrish | Lodging | 1111E0077: WESTIN HOTEL BONVNTR LOS ANGELES CA - LODGING WEEK OF 11/09/2011-11/11/2011 (2 NIGHTS). | $164.10 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Friday, December 23, 2011

Exhibit D-2

TRIBUNE COMPANY., et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period October 1, 2011 through November 30, 2011

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|--------------------|
| 11/11/2011 | Steven Joel Darrish | Parking | 111E0078: LAMBERT ST. LOUIS 06 ST. LOUIS MO - PARKING AT STL AIRPORT FOR TRAVEL TO CLIENT LOCATION; WEEK OF 11/07/2011 (4 DAYS). | $84.00 |
| 11/11/2011 | Paula M Cook | Meals | 111E0079: UNITED AIR *INFLT. ELK GROVE TOWNSHIP IL - DINNER WITH SELF. | $9.49 |
| 11/11/2011 | Paula M Cook | Lodging | 111E0080: WESTIN HOTEL BONVNTR LOS ANGELES CA - LODGING ON 11/9/2011 (1 NIGHT). | $164.10 |
| 11/11/2011 | Paula M Cook | Public/ground transportation | 111E0081: CHICAGO ELITE 1683 0 CHICAGO IL - TAXI FROM ORD TO CHICAGO, IL (HOME). | $42.78 |
| 11/11/2011 | Scott Peterson | Lodging | 111E0082: WESTIN HOTEL BONVNTR LOS ANGELES CA - LODGING ON 11/9/2011 (1 NIGHT). | $164.10 |
| 11/11/2011 | Scott Peterson | Public/ground transportation | 111E0083: 121 CAR SERVICE FRISCO TX - TRANSPORTATION - TAXI FROM DALLAS, TX (HOME) TO DFW. | $82.10 |
| 11/11/2011 | Scott Peterson | Airfare | 111E0084: AMERICAN AIRLINES IN MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > DFW TO ORD (WEEK OF 11/14/2011-11/15/2011). | $706.84 |
| 11/12/2011 | Paula M Cook | Airfare | 111E0085: AMERICAN AIRLINES IN MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > ORD TO DFW (WEEK OF 11/15/2011-11/18/2011). | $644.13 |
| 11/13/2011 | Jason Scott Miller | Meals | 111E0086: LARK CREEK GRILL SAN FRANCISCO CA - DINNER WITH SELF. | $19.00 |
| 11/13/2011 | Jason Scott Miller | Public/ground transportation | 111E0087: VTS SAN FRANCISCO V7T LONG ISLAND CITY NY - TRAVEL FROM SAN FRANCISCO, CA TO SFO AIRPORT. | $44.00 |
| 11/14/2011 | Sam Dastoor | Public/ground transportation | 111E0088: DFW TAXI & LIMO SERV WYLIE TX - TRAVEL FROM DFW AIRPORT TO FLOWER MOUND, TX (HOME). | $50.00 |

Friday, December 23, 2011

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period October 1, 2011 through November 30, 2011

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|--------------------|
| 11/14/2011 | Alpesh Kadakia | Meals | 1111E0089: ONE 2 ONE RESTAURANT FRISCO TX - DINNER WITH SELF. | $6.79 |
| 11/14/2011 | Alpesh Kadakia | Meals | 1111E0090: CRISTINA'S MEXICAN LEWISVILLE TX - DINNER WITH S. DASTOOR, J. MILLER, AND SELF. | $39.57 |
| 11/14/2011 | Alpesh Kadakia | Public/ground transportation | 1111E0091: TAXI/LIMO TAXI/LIMO PLANO TX - TRAVEL FROM CLIENT LOCATION TO DFW AIRPORT. | $59.86 |
| 11/14/2011 | Alpesh Kadakia | Public/ground transportation | 1111E0092: ALPINE LIMOUSINE SER 866-9525746 CA - TRAVEL FROM SAN FRANCISCO, CA (HOME) TO SFO AIRPORT. | $78.00 |
| 11/14/2011 | Paula M Cook | Parking | 1111E0093: 201 W MADISON SELF P CHICAGO IL - PARKING DOWNTOWN FOR WGN VISIT. | $14.00 |
| 11/14/2011 | Scott Peterson | Meals | 1111E0094: UBS CAFE # 21301 CHICAGO IL - BREAKFAST WITH SELF. | $6.85 |
| 11/14/2011 | Scott Peterson | Meals | 1111E0095: MARRIOTT 33738CHIDTN CHICAGO IL - DINNER WITH SELF. | $48.99 |
| 11/14/2011 | Scott Peterson | Public/ground transportation | 1111E0096: TAXICAB TRANSPORTATI CHICAGO IL - TRANSPORTATION - TAXI TO AND FROM PWC OFFICE TO TRIBUNE FOR CLIENT MEETING. | $2.25 |
| 11/14/2011 | Scott Peterson | Mileage Allowance | 1111E0097: MILEAGE ALLOWANCE - MILEAGE FROM DALLAS (HOME), TX TO DFW. | $16.65 |
| 11/15/2011 | Alpesh Kadakia | Meals | 1111E0098: COALVINES PLANO TX - DINNER WITH J. MILLER AND SELF. | $94.84 |
| 11/15/2011 | Jason Scott Miller | Meals | 1111E0099: CHILI'S GRILL#710 FLOWER MOUND TX - DINNER WITH SELF. | $37.15 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Friday, December 23, 2011

**Exhibit D-2**

**TRIBUNE COMPANY., et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period October 1, 2011 through November 30, 2011

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 11/15/2011 | Donald W Rupprecht | Airfare | 1111E0100: UNITED AIRLINES MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > ORD TO DFW (WEEK OF 11/14/2011-11/15/2011). | $936.85 |
| 11/15/2011 | Donald W Rupprecht | Meals | 1111E0101: FRONTERA GRILL258331 CHICAGO IL - DINNER WITH SELF. | $17.21 |
| 11/15/2011 | Steven Joel Darrish | Airfare | 1111E0102: AMERICAN AIRLINES IN MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > STL TO DFW (WEEK OF 11/14/2011-11/18/2011). | $476.40 |
| 11/15/2011 | Paula M Cook | Public/ground transportation | 1111E0103: CHICAGO TRANSIT AUTHORITY, CHICAGO, IL - TRAIN TO AIRPORT. | $3.50 |
| 11/15/2011 | Scott Peterson | Meals | 1111E0104: UBS CAFE # 21301 CHICAGO IL - BREAKFAST WITH SELF. | $5.65 |
| 11/15/2011 | Scott Peterson | Meals | 1111E0105: MCDONALD'S F26777 00 CHICAGO IL - DINNER WITH SELF. | $6.88 |
| 11/15/2011 | Scott Peterson | Public/ground transportation | 1111E0106: CHI TAXI MED 3589 09 CHICAGO IL - TRANSPORTATION - TAXI FROM HOTEL TO PWC OFFICE. | $10.05 |
| 11/15/2011 | Scott Peterson | Public/ground transportation | 1111E0107: TAXICAB TRANSPORTATI CHICAGO 001 - TRANSPORTATION - TAXI FROM PWC OFFICE TO HOTEL. | $9.85 |
| 11/15/2011 | Scott Peterson | Public/ground transportation | 1111E0108: NORTH TEXAS TOLLWAY - TRANSPORTATION - TOLLS FROM DFW TO DALLAS, TX (HOME). | $7.20 |
| 11/15/2011 | Scott Peterson | Parking | 1111E0109: NORTH TEXAS TOLLWAY - PARKING AT DFW AIRPORT FOR TRAVEL TO CLIENT LOCATION (1 DAY). | $38.00 |
| 11/15/2011 | Scott Peterson | Mileage Allowance | 1111E0110: MILEAGE ALLOWANCE - MILEAGE FROM DFW TO DALLAS, TX (HOME). | $16.65 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**Exhibit D-2**

**TRIBUNE COMPANY., et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period October 1, 2011 through November 30, 2011

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 11/16/2011 | Alpesh Kadakia | Meals | 1111E0111: FRIDAYS_AM_BAR #0807 DFW AIRPORT TX - DINNER WITH SELF. | $20.40 |
| 11/16/2011 | Alpesh Kadakia | Public/ground transportation | 1111E0112: YELLOW CAB 1020237 FORT WORTH TX - TRAVEL TO ATTEND CLIENT MEETING. | $29.55 |
| 11/16/2011 | Jason Scott Miller | Meals | 1111E0113: TOM THUMB STORE 3572 FLOWER MOUND TX - DINNER WITH SELF. | $37.88 |
| 11/16/2011 | Donald W Rupprecht | Meals | 1111E0114: FRONTERA GRILL258331 CHICAGO IL - DINNER WITH SELF. | $35.37 |
| 11/16/2011 | Donald W Rupprecht | Lodging | 1111E0115: COURTYARD 16E LEWISVILLE TX - LODGING ON 11/14/2011 (1 NIGHT). | $133.34 |
| 11/16/2011 | Donald W Rupprecht | Parking | 1111E0116: OHARE PARK MAINLOT CHICAGO IL - PARKING AT ORD AIRPORT FOR TRAVEL TO CLIENT LOCATION (1 DAY). | $35.00 |
| 11/16/2011 | Donald W Rupprecht | Rental Car | 1111E0117: HERTZ CAR RENTAL DALLAS TX - CAR RENTAL FOR TRAVEL TO CLIENT LOCATION FOR THE WEEK OF 11/14/2011. | $77.22 |
| 11/16/2011 | Steven Joel Darrish | Meals | 1111E0118: AU BON PAIN DALLAS TX - DINNER WITH SELF. | $15.64 |
| 11/16/2011 | Steven Joel Darrish | Meals | 1111E0119: D-6 STARBUCKS 381539 ST. LOUIS MO - BREAKFAST WITH SELF. | $4.33 |
| 11/16/2011 | Steven Joel Darrish | Parking | 1111E0120: LAMBERT ST. LOUIS 06 ST. LOUIS MO - PARKING AT STL AIRPORT FOR TRAVEL TO CLIENT LOCATION; WEEK OF 11/14/2011 (1 DAY). | $21.00 |
| 11/16/2011 | Paula M Cook | Lodging | 1111E0121: BEST WESTERN DFW ARP IRVING TX - LODGING ON 11/15/2011 (1 NIGHT). | $109.24 |
| 11/16/2011 | Scott Peterson | Meals | 1111E0122: AMERICAN AIRLINES ONBOARD SALE TX - DINNER WITH SELF. | $3.29 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period October 1, 2011 through November 30, 2011**

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|--------------------|
| 11/16/2011 | Scott Peterson | Lodging | 1111E0123: MARRIOTT 33738CHIDTN CHICAGO IL - LODGING ON 11/14/2011 (1 NIGHT). | $218.11 |
| 11/17/2011 | Alpesh Kadakia | Airfare | 1111E0124: AMERICAN AIRLINES IN MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > SFO TO ORD (WEEK OF 11/21/2011-11/22/2011). | $833.40 |
| 11/17/2011 | Alpesh Kadakia | Public/ground transportation | 1111E0125: ALPINE LIMOUSINE SER FREMONT CA - TRAVEL FROM SFO AIRPORT TO SAN FRANCISCO, CA (HOME). | $78.00 |
| 11/17/2011 | Jason Scott Miller | Meals | 1111E0126: TGI_FRIDAYS #0801 00 DFW AIRPORT TX - DINNER WITH SELF. | $30.00 |
| 11/17/2011 | Jason Scott Miller | Rental Car | 1111E0127: QT 941 QT 941 LEWISVILLE TX - RENTAL CAR FUEL FOR TRAVELING TO CLIENT LOCATION FOR THE WEEK OF 11/13/2011. | $22.00 |
| 11/17/2011 | Jason Scott Miller | Rental Car | 1111E0128: HERTZ CAR RENTAL DALLAS TX - RENTAL CAR FOR TRAVELING TO CLIENT LOCATION FOR THE WEEK OF 11/14/2011. | $301.19 |
| 11/17/2011 | Jason Scott Miller | Public/ground transportation | 1111E0129: SAN FRANCISCO TRANSP SAN BRUNO CA - TRAVEL FROM SFO AIRPORT TO SAN FRANCISCO (HOME). | $50.00 |
| 11/17/2011 | Steven Joel Darrish | Public/ground transportation | 1111E0130: KAYSE NOOR TAXI SERV EULESS TX - TAXI FROM DFW AIRPORT TO BLM BUILDING LEWISVILLE. | $32.00 |
| 11/17/2011 | Steven Joel Darrish | Mileage Allowance | 1111E0131: MILEAGE ALLOWANCE - MILEAGE FROM STL AIRPORT TO OLIVETTE MO (HOME). | $8.33 |
| 11/17/2011 | Steven Joel Darrish | Mileage Allowance | 1111E0132: MILEAGE ALLOWANCE - MILEAGE FROM STL AIRPORT TO OLIVETTE MO (HOME). | $8.33 |
| 11/18/2011 | Jason Scott Miller | Lodging | 1111E0133: SHERATON STONEBRIAR FRISCO TX - LODGING WEEK OF 11/7/2011-11/10/2011 (3 NIGHTS). | $619.64 |

Friday, December 23, 2011

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

TRIBUNE COMPANY., et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period October 1, 2011 through November 30, 2011

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|--------------------|
| 11/18/2011 | Paula M Cook | Meals | 1111E0134: STARBUCKS A29 511580 DALLAS/FT. WO TX - BREAKFAST WITH SELF. | $7.25 |
| 11/18/2011 | Paula M Cook | Rental Car | 1111E0135: HERTZ CAR RENTAL DALLAS TX - RENTAL CAR WHILE TRAVELING TO THE CLIENT LOCATION; WEEK OF 11/15/2011. | $176.43 |
| 11/18/2011 | Paula M Cook | Rental Car | 1111E0136: SHELL OIL 9100262176 DALLAS TX - RENTAL CAR FUEL FOR TRAVELING TO CLIENT LOCATION FOR THE WEEK OF 11/15/2011. | $20.01 |
| 11/19/2011 | Paula M Cook | Lodging | 1111E0137: SHERATON GRAND DFW H IRVING TX - LODGING WEEK OF 11/16/2011-11/18/2011 (2 NIGHTS). | $246.47 |
| 11/22/2011 | Donald W Rupprecht | Public/ground transportation | 1111E0138: FLASH CAB IN CHICAGO - TAXI FOR TRAVELING FROM PWC OFFICE TO CLIENT LOCATION. | $10.00 |
| 11/22/2011 | Donald W Rupprecht | Public/ground transportation | 1111E0139: YELLOW CAB IN CHICAGO - TAXI FOR TRAVELING FROM CLIENT LOCATION TO PWC OFFICE. | $10.00 |
| 11/22/2011 | Paula M Cook | Public/ground transportation | 1111E0140: CHOICE TAXI ASSOCIAT CHICAGO IL - TAXI FROM ORD TO CHICAGO, IL (HOME). | $40.85 |
| 11/25/2011 | Paula M Cook | Rental Car | 1111E0141: PLATEPASS HERTZ TOLL 8774114300 AZ - RENTAL CAR TOLLS WEEK OF 11/15/2011-11/18/2011. | $10.35 |

| Subtotal - Shared Service Center/Payroll Diagnostic | $21,623.95 |
|---|---|
| **Total Expenditures** | **$22,883.95** |

Friday, December 23, 2011

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.