## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>　　　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Cases No. 08-13141 (KJC)<br>Jointly Administered |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, *et al.*,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DENNIS J. FITZSIMONS, *et al.*,<br><br>　　　　　　　　　　　　　　Defendants. | Adversary Proceeding No. 10-54010 (KJC)<br><br><br>**Hearing Date: January 11, 2012 at 11:00 a.m.**<br>**Objection Deadline: January 4, 2012 at 4:00 p.m.** |

## NOTICE OF MOTION

TO:　The United States Trustee; the Debtors; counsel to the Debtors; parties served in this matter; and, all parties that have filed a request for service of pleadings in these cases.

On December 23, 2011, the Official Committee of Unsecured Creditors (the "Committee") filed the *Third Motion Of The Official Committee Of Unsecured Creditors For Extension Of Time To Complete Service* (the "Motion").

Objections, if any, to the relief requested in the Motion to Compel must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **January 4, 2012 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on January 4, 2012.**

A HEARING ON THE MOTION WILL BE HELD ON **JANUARY 11, 2012 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801.

{698.001-W0018684.}

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 23, 2011
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)
Daniel B. Rath (No. 3022)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, Delaware  19801
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450

- and -

Graeme W. Bush
James Sottile
Andrew N. Goldfarb
Thomas G. Macauley
**ZUCKERMAN SPAEDER LLP**
1800 M Street, Suite 1000
Washington, DC  20036
Telephone:  (202) 778-1800
Facsimile:  (202) 822-8106

*Counsel to the Official Committee of Unsecured Creditors*