# EXHIBIT A

## TRIBUNE COMPANY, et al.

## SUMMARY OF SERVICES BY PROJECT CATEGORY

### November 1, 2011 through November 30, 2011

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 29.80 | $ 12,852.00 |
| Committee Meetings | 003 | 163.50 | 109,885.50 |
| Creditor Communications | 004 | 7.10 | 4,639.50 |
| Business Operations | 007 | 7.00 | 4,980.00 |
| Claims Administration/Bar Date | 009 | 22.70 | 11,633.50 |
| Fee/Retention Applications | 010 | 26.00 | 10,480.00 |
| Avoidance Issues | 013 | 11.80 | 8,047.00 |
| Employee Issues | 014 | 8.50 | 4,904.50 |
| Tax Issues | 016 | 4.60 | 4,577.00 |
| General Litigation | 017 | 3.90 | 2,700.50 |
| Travel | 018 | 14.20 | 4,447.00 |
| Shareholder Claims | 020 | 33.80 | 19,232.00 |
| Plan Litigation | 021 | 698.30 | 478,139.50 |
| **Total** | | **1,031.20** | **$676,518.00** |

\* Billed at 50% of normal hourly rates.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                                        For Services Through November 30, 2011

Our Matter #19804.002
          BANKRUPTCY GENERAL


| | | | |
|---|---|---|---|
| 11/01/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.30). | 1.10 hrs. |
| 11/01/11 | D. E. DEUTSCH | Review prior four daily reports, pleadings therein and court calendar (.6). | 0.60 hrs. |
| 11/02/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40). | 1.20 hrs. |
| 11/03/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.40). | 1.00 hrs. |
| 11/04/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 11/07/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            December 19, 2011
435 N. MICHIGAN AVENUE                                  Page    2
CHICAGO, IL 60611

| | | (.40). | |
|---|---|---|---|
| 11/07/11 | J. MARRERO | Review docket and draft summary of matters to be addressed with the Committee (1.0); email correspondence with D.Deutsch re: same (0.3) | 1.30 hrs. |
| 11/07/11 | D. M. LeMAY | Review all latest court filings. | 0.80 hrs. |
| 11/07/11 | D. E. DEUTSCH | Review last four daily reports, pleadings therein and court calendar (.5). | 0.50 hrs. |
| 11/08/11 | D. E. DEUTSCH | Review detailed news article re: Tribune case (.2); exchange e-mails with Jessica Marrero re: Committee review of same (.2); exchange e-mails with Jessica Marrero re: various pending matters (.2). | 0.60 hrs. |
| 11/08/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 11/09/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.30). | 1.10 hrs. |
| 11/10/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                Page    3
CHICAGO, IL 60611

| 11/11/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 11/11/11 | D. E. DEUTSCH | Review last four daily reports, pleadings therein and court calendar (.6). | 0.60 hrs. |
| 11/14/11 | D. M. LeMAY | Review of all latest court filings. | 0.70 hrs. |
| 11/14/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 11/15/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40); post certain materials to Intralinks (.20). | 1.40 hrs. |
| 11/16/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.20). | 0.80 hrs. |
| 11/17/11 | H. LAMB | Review case dockets (.2); prepare daily report of new pleadings filed (.2); prepare updated calendar in accordance with same (.2). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 11/17/11 | D. E. DEUTSCH | Review last two daily reports, pleadings therein and pleading calendar (.3). | 0.30 hrs. |
| 11/18/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40); post certain materials to Intralinks (.20). | 1.40 hrs. |
| 11/21/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); prepare materials for November 22, 2011 hearing (1.40). | 2.20 hrs. |
| 11/21/11 | D. E. DEUTSCH | Review various e-mails from Debtors and others re: tomorrow's hearing (.2); review court agenda for tomorrow's hearing (.2); exchange e-mails with Marc Roitman re: same (.1). | 0.50 hrs. |
| 11/22/11 | D. E. DEUTSCH | Review last two daily reports, pleading therein and court calendar (.4). | 0.40 hrs. |
| 11/22/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.30). | 1.10 hrs. |
| 11/23/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                Page    5
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | (.20); post certain materials to Intralinks (.60). |  |
| 11/23/11 | D. E. DEUTSCH | Review multiple e-mails from Debtors and others re: DCL/Noteholder meeting and other hearing-related matters (.2). | 0.20 hrs. |
| 11/28/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.20). | 0.80 hrs. |
| 11/28/11 | D. M. LeMAY | Review all latest court filings. | 1.30 hrs. |
| 11/28/11 | D. E. DEUTSCH | Review last two daily reports, pleadings therein and court calendar (.4); review lengthy article on Tribune litigation and related matters (.3); follow-up with Marc Roitman re: question in same (.1); exchange e-mails with Jessica Marrero re: memo to Committee on same (.2). | 1.00 hrs. |
| 11/29/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.20). | 0.80 hrs. |
| 11/30/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.30). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 19, 2011
Page    6

**Total Fees for Professional Services.............  $12,852.00**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 2.80 | 2590.00 |
| D. E. DEUTSCH | 745.00 | 4.70 | 3501.50 |
| D. BAVA | 295.00 | 20.40 | 6018.00 |
| H. LAMB | 295.00 | .60 | 177.00 |
| J. MARRERO | 435.00 | 1.30 | 565.50 |
| TOTALS | | 29.80 | 12852.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page     1

                                   For Services Through November 30, 2011

Our Matter #19804.003
          COMMITTEE MEETINGS


| 11/01/11 | D. M. LeMAY | Prepare for (.4) and attend weekly meeting of Committee professionals (.8). | 1.20 hrs. |
| 11/01/11 | R. J. GAYDA | Prepare for (.3) and attend committee professionals meeting (.7). | 1.00 hrs. |
| 11/01/11 | M. ROITMAN | Committee Professionals Conference Call (0.8); Confer with C&P team following call (0.4). | 1.20 hrs. |
| 11/01/11 | D. E. DEUTSCH | Review agenda and other materials to prepare for today's Committee professional meeting (.7); participate in Committee professional meeting (.8); exchange e-mails with Jessica Marrero re: action items related to Thursday's in-person Committee meeting (.3); exchange e-mails related to Thursday's in-person Committee meeting with Miriam Kulnis (.1) and Wayne Smith (.1). | 2.00 hrs. |
| 11/01/11 | M. D. ASHLEY | Reviewed pleadings and research materials in preparation for weekly Committee professionals' meeting (1.1); attended weekly Committee professionals' meeting (.6); attended team meeting regarding status of confirmation proceedings (.6). | 2.30 hrs. |
| 11/01/11 | J. MARRERO | Prepare for Committee professionals meeting (0.5); Attend Committee Professionals meeting (0.9); draft agenda for Committee meeting (0.2); draft email re: same to Co-Chairs (0.3); call Co-Chairs re: meeting agenda (0.2); email corespondence with Committee professionals re: Committee meeting (0.5) | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            December 19, 2011
435 N. MICHIGAN AVENUE                                   Page    2
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/01/11 | T. J. MCCORMACK | Attend meeting with Committee professionals (0.7); follow-up meeting with team re status of confirmation issues (0.4). | 1.10 hrs. |
| 11/01/11 | A. ROSENBLATT | Participate in weekly Committee professionals' call. | 0.90 hrs. |
| 11/02/11 | M. ROITMAN | Preparation for In-Person Committee Meeting (0.3); confer with H. Lamb re: same (0.2); Correspond with Committee Professionals re: same (0.3) | 0.80 hrs. |
| 11/02/11 | H. LAMB | Prepare materials for 11/3 in-person Committee meeting. | 1.30 hrs. |
| 11/02/11 | H. SEIFE | Preparation for Committee meeting and presentation. | 2.60 hrs. |
| 11/02/11 | D. M. LeMAY | Review and revise materials for tomorrow's committee meeting (2.5).  Telephone conference w/G. Novod regarding tomorrow's meeting (.2). Telephone conference w/J. Teitelbaum regarding tomorrow's meeting (.3). | 3.00 hrs. |
| 11/03/11 | H. LAMB | Prepare Committee materials for today's in-person meeting. | 0.70 hrs. |
| 11/03/11 | M. ROITMAN | Attend Committee Professionals Meeting (0.8); Attend Committee meeting re: Confirmation Opinion (3.1); Confer with D. Schaible, A. Rosenblatt, A. Landis and J. Sottile following meeting (0.7). | 4.60 hrs. |
| 11/03/11 | H. SEIFE | Pre-Committee meeting with Committee professionals (.8); in-person Committee meeting (3.3). | 4.10 hrs. |
| 11/03/11 | M. D. ASHLEY | Reviewed Court's plan confirmation ruling, summary presentation and related materials regarding Committee meeting (1.6); attended Committee professionals' meeting relating to upcoming Committee meeting (.7); attended Committee meeting regarding Court's plan confirmation ruling (3.1). | 5.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 19, 2011
Page    3

| | | | |
|---|---|---|---|
| 11/03/11 | J. MARRERO | Review materials in preparation for Committee meeting (0.9); attend Committee meeting and take meeting minutes (3.2) | 4.10 hrs. |
| 11/03/11 | A. ROSENBLATT | Attend pre-meeting of Committee professionals (.8); attend Committee meeting (3.2). | 4.00 hrs. |
| 11/03/11 | D. M. LeMAY | Prepare for Committee meeting (.8). Pre-meeting of Committee Professionals (.7); In-person Committee meeting (3.2). Follow up C&P team meeting (.8). Review EGI-TRB Subordination agreement (.7). | 6.20 hrs. |
| 11/03/11 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero re: materials for today's Committee meeting (.2); participate in part of Committee meeting (1.7). | 1.90 hrs. |
| 11/03/11 | T. J. MCCORMACK | Meeting of professionals on plan order (0.6); meeting with Committee on plan order, issues raised, proposed amendments, strategy and ongoing tasks (3.4). | 4.00 hrs. |
| 11/07/11 | J. MARRERO | Draft Committee professionals meeting agenda (0.2); revise same (0.1); draft email to professionals re: same (0.1) | 0.40 hrs. |
| 11/08/11 | M. ROITMAN | Committee Professionals Conference Call (0.5); Confer with C&P team following call (0.3). | 0.80 hrs. |
| 11/08/11 | R. J. GAYDA | Attend Committee professionals' meeting re: plan/confirmation issues. | 0.60 hrs. |
| 11/08/11 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman and Jessica Marrero re: Committee matters (.2). | 0.20 hrs. |
| 11/08/11 | M. D. ASHLEY | Reviewed materials in preparation for weekly Committee professionals' meeting (.9); attended weekly Committee professionals' meeting (.4); team meeting regarding plan | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         December 19, 2011
435 N. MICHIGAN AVENUE                                Page    4
CHICAGO, IL 60611

|          |                |                                                                                                                                                                                                                                                                                                           |           |
|----------|----------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|          |                | confirmation issues (.3).                                                                                                                                                                                                                                                                                  |           |
| 11/08/11 | T. J. MCCORMACK | Prep for (0.2) and participate in professionals meeting (0.5).                                                                                                                                                                                                                                             | 0.70 hrs. |
| 11/08/11 | J. MARRERO     | Attend Committee professionals meeting (0.5); draft agenda for Committee meeting (0.2); email correspondence with Committee member re: same (0.2); call with AlixPartners re: same (0.2); conference with D.Deutsch and D.LeMay re: meeting agenda (0.1); conference with H.Lamb re: Committee meeting issues (0.3); draft email to Co-Chairs re: Committee meeting agenda topics (0.3). | 1.80 hrs. |
| 11/08/11 | J. MARRERO     | Email correspondence with Committee members and Co-Chairs re: Committee meeting attendance                                                                                                                                                                                                                | 0.40 hrs. |
| 11/08/11 | A. ROSENBLATT  | Participate in professional's only call (.5) and post-call discussion with team re: confirmation developments and related issues (.4).                                                                                                                                                                     | 0.90 hrs. |
| 11/09/11 | J. MARRERO     | Draft email to Committee professionals re: Committee professionals meeting (0.3); draft Nov. 3 meeting minutes (1.1); email correspondence with Local Counsel and Special Counsel re: Committee professionals meeting (0.3).                                                                                | 1.70 hrs. |
| 11/09/11 | M. D. ASHLEY   | Reviewed court ruling and related materials regarding upcoming Committee meeting (.8); emails with T. McCormack regarding Committee meeting (.1).                                                                                                                                                          | 0.90 hrs. |
| 11/09/11 | D. E. DEUTSCH  | Call with Committee member (Gabrielle Davis) re: multiple Committee matters (.3).                                                                                                                                                                                                                          | 0.30 hrs. |
| 11/09/11 | H. LAMB        | Prepare materials for 11/10 in-person Committee meeting.                                                                                                                                                                                                                                                   | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/09/11 | D. M. LeMAY | Calls to Committee members regarding tomorrow's meeting. | 1.40 hrs. |
| 11/09/11 | T. J. MCCORMACK | Review Committee materials for 11/10 meeting (0.8); review background on issues for plan amendments to be discussed (0.7); confer M. Ashley re: status (0.1). | 1.60 hrs. |
| 11/10/11 | M. ROITMAN | Attend Committee Professionals meeting (0.5); Attend Committee Meeting (2.5); confer with C&P team following meeting (0.7) | 3.70 hrs. |
| 11/10/11 | R. M. LEDER | Attend Committee professionals meeting re proposed plan on Phones and retirees. | 0.80 hrs. |
| 11/10/11 | D. M. LeMAY | Prepare presentation for Committee meeting (1.3).  Participate in pre-meeting of Committee professionals (.6).  Participate in in-person Committee meeting (2.6) and subsequent meeting with team (.7). | 5.20 hrs. |
| 11/10/11 | T. J. MCCORMACK | Attend meeting of full Committee (2.4); confer Committee members regarding status, next steps (.7). | 3.10 hrs. |
| 11/10/11 | D. E. DEUTSCH | Prepare for presentation at today's Committee meeting (1.5); participate in pre-call with various case professionals and, in part, Jay Teitelbaum (.6); participate in Committee meeting (2.8). | 4.90 hrs. |
| 11/10/11 | J. MARRERO | Attend Committee meeting (2.5); draft meeting minutes (1.2). | 3.70 hrs. |
| 11/10/11 | A. ROSENBLATT | Attend pre-Committee meeting with Committee professionals re: preparation of discussion about confirmation process and related issues (.7) attend in-person Committee meeting (2.5). | 3.20 hrs. |
| 11/11/11 | J. MARRERO | Draft meeting minutes re: Nov. 3 Committee meeting | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page    6
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 11/11/11 | D. E. DEUTSCH | E-mail Jessica Marrero re: adding item to next week's Committee professional meeting agenda (.1). | 0.10 hrs. |
| 11/14/11 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero re: Committee professional meeting and Committee meeting agendas (.3); e-mail with Jessica Marrero re: change in this week's Committee meeting (.1); review and edit agenda and related Committee materials following filing of motions for reconsideration (.3). | 0.70 hrs. |
| 11/14/11 | J. MARRERO | Draft Committee professionals meeting agenda (0.3); revise same (0.2); draft email to C&P team re: same (0.2); draft email to Committee professionals re: same (0.2);  draft Nov 3 meeting minutes (1.2); draft Nov 10 meeting minutes (2.1); | 4.20 hrs. |
| 11/15/11 | J. MARRERO | Review case calendar and other materials in preparation for Committee professionals call (0.6); Attend Committee professionals conference call (1.1); draft agenda for Committee meeting (0.2); revise same (0.2); draft email to C&P team re: same (0.2); draft email to Committee co-chairs re: same (0.3). | 2.60 hrs. |
| 11/15/11 | D. E. DEUTSCH | Exchange e-mails with Bob Gayda re: today's meeting (.1); prepare for (.5) and participate in Committee professional meeting (1.0); review and edit draft agenda for Committee meeting (.2). | 1.80 hrs. |
| 11/15/11 | D. M. LeMAY | Weekly meeting of Committee professionals (1.0); follow up meeting with team (.4). | 1.40 hrs. |
| 11/15/11 | T. J. MCCORMACK | Attend meeting with Committee professionals on all outstanding matters (0.9); confer M. Ashley re: additional tasks (0.2). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page     7
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 11/15/11 | M. D. ASHLEY | Prepared for weekly Committee professionals' meeting (.5); attended weekly Committee professionals' meeting (.8); attended follow-up team meeting regarding confirmation issues (.3). | 1.60 hrs. |
| 11/15/11 | A. ROSENBLATT | Participate on Committee professionals' call (.9) and then attend post-call meeting with team (.4). | 1.30 hrs. |
| 11/16/11 | D. M. LeMAY | Review and revise presentation materials for tomorrow's meeting (1.6).  Prepare presentation outline (.8). | 2.40 hrs. |
| 11/16/11 | H. SEIFE | Prepare for Committee meeting (.8); review and revise presentation to Committee on motions (1.4). | 2.20 hrs. |
| 11/16/11 | D. E. DEUTSCH | Review and edit minutes from last week's Committee meeting (1.2); conference with Jessica Marrero to discuss presentation at tomorrow's Committee meeting (.2). | 1.40 hrs. |
| 11/16/11 | J. MARRERO | Draft posting to Intralinks re: Committee meeting agenda (0.1); draft Nov 10 meeting minutes (2.2) | 2.30 hrs. |
| 11/17/11 | J. MARRERO | Revise Nov. 3 meeting minutes (0.7); Email correspondence with Committee member re: Committee meeting (0.2); Revise Nov 10 meeting minutes (0.6); attend Committee meeting and take minutes (1.6). | 3.10 hrs. |
| 11/17/11 | D. E. DEUTSCH | Prepare for today's Committee meeting (.8); call with Martin Siegel (counsel to Wilmington Trust) re: today's Committee meeting (.2); participate in today's Committee meeting (1.8); review posting note on protocol and edit same (.2); exchange related e-mails with Jessica Marrero (.1). | 3.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE               December 19, 2011
435 N. MICHIGAN AVENUE                                      Page    8
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 11/17/11 | D. M. LeMAY | Prepare presentation for Committee meeting (1.1). Participate in telephone Committee meeting (1.7). | 2.80 hrs. |
| 11/17/11 | M. ROITMAN | Attendance at Telephonic Committee Meeting (1.5). | 1.70 hrs. |
| 11/17/11 | A. ROSENBLATT | Participate at Committee meeting. | 1.60 hrs. |
| 11/21/11 | J. MARRERO | Email correspondence with D.Deutsch re: Committee Professionals conference call (0.2); email correspondence with Committee Professionals re: same (0.2); draft agenda for Committee meeting Nov 23 Committee meeting (0.4); email correspondence with AlixPartners re: Nov 17 Committee meeting minutes (0.4); call with AlixPartners re same (0.2); email correspondence with C&P team re: Nov 23 Committee meeting (0.2); email correspondence with Co-Chairs re: same (0.3); draft Nov 17 meeting minutes (1.1); draft Nov. 10 meeting minutes (1.4) | 4.40 hrs. |
| 11/21/11 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero re: tomorrow's scheduled Committee professional meeting (.2). | 0.20 hrs. |
| 11/22/11 | D. E. DEUTSCH | Edit most recent Committee minutes (.5); discuss items related to tomorrow's Committee meeting with Jessica Marrero (.1). | 0.60 hrs. |
| 11/22/11 | J. MARRERO | Email correspondence with Co-Chair re: Nov 23 Committee meeting (0.1); email correspondence with AlixPartners re same (0.3); draft posting re: Committee meeting agenda (0.2); email correspondence with D.Bava re: same (0.2); draft Nov 17 meeting minutes (0.9) | 1.70 hrs. |
| 11/23/11 | A. ROSENBLATT | Participate on Committee call (1.2) and in post-call meeting with team (.5). | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page    9
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 11/23/11 | M. ROITMAN | Attendance at Committee Meeting (1.2); Confer with C&P team following call (0.4) | 1.60 hrs. |
| 11/23/11 | J. MARRERO | Draft Nov. 17 meeting minutes (1.4); Attend Committee meeting and take notes (1.0) prepare Intralinks posting re Nov 3 and Nov 10 minutes (0.5); draft Nov 23 meeting minutes (0.6); revise Nov 17 minutes (0.8); draft email summary of Nov 23 Committee meeting (0.5) | 4.80 hrs. |
| 11/23/11 | D. E. DEUTSCH | Pre-meeting with David LeMay and, in part, Andrew Rosenblatt re: today's Committee meeting (.4); prepare for today's Committee meeting (.6); participate in related meeting (1.2). | 2.20 hrs. |
| 11/26/11 | D. E. DEUTSCH | Review and revise November 17 Committee minutes (.5); e-mail Jessica Marrero re: ongoing minutes issue (.1). | 0.60 hrs. |
| 11/28/11 | D. E. DEUTSCH | Conference with Jessica Marrero re: this week's Committee meeting matters (.1); review and mark-up agenda for this week's Committee professional meeting (.2); review notes and edit last week's minutes (1.1). | 1.40 hrs. |
| 11/28/11 | J. MARRERO | Revise Nov 17 meeting minutes (1.6); Draft Nov 23 meeting minutes (2.2); second-round revisions of Nov 17 meeting minutes (1.2); draft agenda for Committee professionals call (0.5); draft email to Committee Professionals re: same (0.3); email correspondence with D.Bava re: posting of Nov 17 meeting minutes (0.4). | 6.20 hrs. |
| 11/29/11 | J. MARRERO | Draft agenda for Dec 1 Committee meeting (0.2); email correspondence with C&P team re: same (0.3); draft email to Co-Chairs re: same (0.3); attend Committee professionals meeting | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       December 19, 2011
435 N. MICHIGAN AVENUE                              Page   10
CHICAGO, IL 60611

                              (0.4).

| | | | |
|---|---|---|---|
| 11/29/11 | T. J. MCCORMACK | Prep for (0.3) and meeting with professionals on all outstanding issues (0.5). | 0.80 hrs. |
| 11/29/11 | A. ROSENBLATT | Attend professional's only call. | 0.50 hrs. |
| 11/29/11 | D. E. DEUTSCH | Prepare notes for (.6) and participate in Committee professional meeting (.4); review and edit draft Committee meeting agenda (.2). | 1.20 hrs. |
| 11/29/11 | M. D. ASHLEY | Reviewed pleadings in preparation for weekly Committee professionals' meeting (.5); attended weekly Committee professionals' meeting (.4). | 0.90 hrs. |
| 11/29/11 | M. ROITMAN | Conference Call with Committee Professionals (0.4). | 0.40 hrs. |
| 11/30/11 | J. MARRERO | Email correspondence with D.Bava re: Committee meeting agenda (0.2); revise November 23 meeting minutes (1.4). | 1.60 hrs. |
| 11/30/11 | H. SEIFE | Preparation for Committee meeting. | 1.40 hrs. |

**Total Fees for Professional Services.............. $109,885.50**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 23.60 | 21830.00 |
| H. SEIFE | 995.00 | 10.30 | 10248.50 |
| R. M. LEDER | 995.00 | .80 | 796.00 |
| T. J. MCCORMACK | 875.00 | 12.40 | 10850.00 |
| M. D. ASHLEY | 695.00 | 12.70 | 8826.50 |
| A. ROSENBLATT | 745.00 | 14.10 | 10504.50 |
| D. E. DEUTSCH | 745.00 | 22.60 | 16837.00 |
| R. J. GAYDA | 655.00 | 1.60 | 1048.00 |
| H. LAMB | 295.00 | 2.80 | 826.00 |
| J. MARRERO | 435.00 | 47.80 | 20793.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                    December 19, 2011
435 N. MICHIGAN AVENUE                                          Page    11
CHICAGO, IL 60611


M. ROITMAN                          495.00    14.80         7326.00
                     TOTALS                  163.50       109885.50

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through November 30, 2011

Our Matter #19804.004
          CREDITOR COMMUNICATIONS


| | | | |
|---|---|---|---|
| 11/01/11 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman re: various creditor inquiries on confirmation opinion (.2); call with Frank Anderson (PBGC) re: confirmation opinion and related issues (.2); call with creditor David Dunn (Arrowgrass) re: confirmation opinion (.3). | 0.70 hrs. |
| 11/01/11 | M. ROITMAN | Confer/correspond with Committee Co-Chairs re: in-person Committee meeting (0.3) | 0.30 hrs. |
| 11/02/11 | M. ROITMAN | Call with C. Rogers (RBS) re: Confirmation Opinion (0.4) | 0.40 hrs. |
| 11/06/11 | D. E. DEUTSCH | Review inquiry from creditor Liquidity Solutions (.1); e-mail Marc Roitman re: next steps on same (.1). | 0.20 hrs. |
| 11/07/11 | M. ROITMAN | Call with J. Kareff (Liquidity Solutions) re: effect of Confirmation Opinion on treatment of subsidiary debtors (0.2); Confer/Correspond with I. Fuks re: Confirmation Opinion (0.5) | 0.70 hrs. |
| 11/08/11 | M. ROITMAN | Call with J. Lamport re: bondholder elections (0.2) | 0.20 hrs. |
| 11/08/11 | D. E. DEUTSCH | Review and respond to inquiry from Wayne Smith re: case matter (.2); e-mail Jessica Marrero re: related follow-up (.1). | 0.30 hrs. |
| 11/08/11 | D. E. DEUTSCH | Exchange e-mails with Wayne Smith (Committee co-chair) re: this week's Committee meeting and possible options related to same (.3). | 0.30 hrs. |
| 11/14/11 | D. E. DEUTSCH | Exchange e-mails with Wayne Smith re: this week's Committee meeting (.2). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 19, 2011
435 N. MICHIGAN AVENUE                               Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 11/17/11 | D. E. DEUTSCH | Calls with Frank Anderson re: plan and other open issues (.4); call with Bill Salganik re: open issues (.4); related follow-up call with Frank Anderson (.1); call with Wayne Smith re: plan matter (.3); call with Damian Schaible re: plan matter (.2). | 1.40 hrs. |
| 11/21/11 | D. E. DEUTSCH | Call with creditor representative from Arrowgrass re: (Dunn) various case matters (.3). | 0.30 hrs. |
| 11/23/11 | D. E. DEUTSCH | Exchange e-mails with Bob Paul re: today's Committee meeting matters (.1); call with Jay Teitelbaum re: today's meeting matters (.4). | 0.50 hrs. |
| 11/23/11 | M. ROITMAN | Call with W. Smith re: Status Hearing (0.3) | 0.30 hrs. |
| 11/28/11 | M. ROITMAN | Call with I. Fuks re: plan confirmation process and reconsideration motions (0.5); call with D. Lambeck re: treatment of parent trade claims (0.2) | 0.70 hrs. |
| 11/29/11 | D. E. DEUTSCH | Review and respond to inquiry from Gabrielle Davis re: this week's Committee meeting (.2); telephonic conference with Gordon Novod re: proposed treatment of Wilmington Trust's claim for purposes of voting (.4). | 0.60 hrs. |

**Total Fees for Professional Services.............    $4,639.50**


TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 4.50 | 3352.50 |
| M. ROITMAN | 495.00 | 2.60 | 1287.00 |
| TOTALS | | 7.10 | 4639.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page     1


                              For Services Through November 30, 2011

  Our Matter #19804.007
              BUSINESS OPERATIONS


| | | | |
|---|---|---|---|
| 11/01/11 | D. E. DEUTSCH | Exchange e-mails with James Stenger re: FCC-related confirmation issues and update on other FCC matters (.3). | 0.30 hrs. |
| 11/01/11 | J. A. STENGER | Review court decision (1.1) and research regarding same (1.4); office correspondence with D.Deutsch regarding same and regarding FCC exit applications (0.5). | 3.00 hrs. |
| 11/02/11 | H. SEIFE | Review of AlixPartners weekly report (.2); review of Moelis weekly report (.2). | 0.40 hrs. |
| 11/07/11 | D. E. DEUTSCH | Review last week's AlixPartners' business operations report (.3). | 0.30 hrs. |
| 11/09/11 | D. E. DEUTSCH | Review two memoranda from Brad Hall re: Tribune business actions (.4); e-mail Brad Hall re: proposed approach to Committee on same (.1); review weekly AlixPartners' business operations report (.2). | 0.70 hrs. |
| 11/22/11 | D. E. DEUTSCH | Review weekly Moelis reports re: trading and sector activity (.2). | 0.20 hrs. |
| 11/29/11 | H. SEIFE | Review of Moelis report. | 0.20 hrs. |
| 11/30/11 | H. SEIFE | Review of AlixPartners report. | 0.30 hrs. |
| 11/30/11 | J. A. STENGER | Review correspondence from J. Logan regarding FCC filing (.7) prepare revisions to same (.6) and correspondence to J., Logan regarding same (.3). | 1.60 hrs. |


          **Total Fees for Professional Services.............     $4,980.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

### TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| H. SEIFE | | 995.00 | .90 | 895.50 |
| J. A. STENGER | | 645.00 | 4.60 | 2967.00 |
| D. E. DEUTSCH | | 745.00 | 1.50 | 1117.50 |
| | TOTALS | | 7.00 | 4980.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                                 For Services Through November 30, 2011
   Our Matter #19804.009
            CLAIMS ADMINISTRATION/BAR DATE
```

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/01/11 | D. E. DEUTSCH | Hold call with Jay Teitelbaum re: late filed employee claim stipulations (.2); hold related call with Kevin Lantry (.2) and perform related follow-up legal research on same (.3); call with Jay Teitelbaum, Kevin Lantry and others re: resolution of retiree late filed stipulation issue (.4). | 1.10 hrs. |
| 11/01/11 | J. MARRERO | Email correspondence with J.Teitelbaum re: D&O stipulations (0.3); conference call with Debtors' counsel, J.Teitelbaum, and D.Deutsch re: same (0.8) | 1.10 hrs. |
| 11/02/11 | D. E. DEUTSCH | Review recent court filings re: claim matters (.2); exchange e-mails with Jessica Marrero re: follow-up on same (.2); exchange e-mails with Young Yoo re: dismissal of certain adversary cases (.3). | 0.70 hrs. |
| 11/03/11 | M. ROITMAN | Call with Sidley, A&M and AlixPartners re: Proposed Media Claims Stipulations (0.5) | 0.50 hrs. |
| 11/04/11 | M. ROITMAN | Review Northwestern Mutual Claim Stipulation (0.2); Review Thrifty Oil Claim Stipulation (0.2) | 0.40 hrs. |
| 11/06/11 | D. E. DEUTSCH | Review claim matter materials (.3); exchange e-mails with Jessica Marrero re: request for update on outstanding claim matters (.2). | 0.50 hrs. |
| 11/07/11 | J. MARRERO | Review and research relevant materials (3.7); draft memo to Committee re: 48th Omnibus Objection, Insert Co settlement and E&Y and PwC retention (3.4) | 7.10 hrs. |
| 11/07/11 | D. E. DEUTSCH | Review memorandum on pending claim objections and other outstanding matters (.3); discuss action steps on same with Jessica Marrero (.1). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611


| 11/08/11 | J. MARRERO | Review claim stipulations for claim nos. 888 and 2915 (.4); draft memo re: same (1.0). | 1.40 hrs. |
| 11/08/11 | J. MARRERO | Revise memorandum re: claim stipulations for claim nos. 888 and 2915 | 0.60 hrs. |
| 11/10/11 | D. E. DEUTSCH | Review two memoranda on claim settlement issues and mark-up same (.7); related discussion with Jessica Marrero (.1). | 0.80 hrs. |
| 11/10/11 | D. E. DEUTSCH | Review draft stipulations with employees re: late filed claims (.1) and e-mail Dan Rath re: follow-up on same (.1); e-mail Karriann Mills (Debtors' counsel) re: next steps related to same (.2). | 0.40 hrs. |
| 11/10/11 | J. MARRERO | Conference with D.Deutsch re: memo re: 48th omnibus objection, claim settlement issues (0.3); email correspondence with Debtors' counsel re: D&O stipulations (0.2); revise memo (0.9); draft posting to intralinks (0.4). | 1.80 hrs. |
| 11/11/11 | J. MARRERO | Draft memorandum re: claim stipulations (0.7); revise same (0.3) draft posting re: same (0.4) | 1.40 hrs. |
| 11/11/11 | D. E. DEUTSCH | Call with Joe Frank, counsel to certain employees, re: proposal on lawsuit issue (.2); review materials related to same (.2); draft note to file on same (.1). | 0.50 hrs. |
| 11/11/11 | D. E. DEUTSCH | Call with Jessica Marrero to discuss outstanding claim objection matters (.2); review and edit memorandum to Committee on two proposed under $1m claim settlements (.5). | 0.70 hrs. |
| 11/15/11 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero re: filing joinder to Debtors' objection to Parker claim (.2); call (.1) and e-mail with Matt McGuire re: same (.1). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| 11/15/11 | J. MARRERO | Email correspondence with D.Deutsch re: joinder to Debtors' objection to Parker claims | 0.40 hrs. |
|----------|------------|---------------------------------------------------------------------------------------|-----------|
| 11/17/11 | J. MARRERO | Review Debtors 49th Omnibus Objection | 0.60 hrs. |
| 11/21/11 | J. MARRERO | Review email correspondence and related documents re: D&O stipulations | 0.80 hrs. |
| 11/30/11 | J. MARRERO | Draft memo re: Debtors 49th Omnibus Objection | 1.10 hrs. |

**Total Fees for Professional Services.............. $11,633.50**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|-------------------|------|-------|--------|
| D. E. DEUTSCH | 745.00 | 5.50 | 4097.50 |
| J. MARRERO | 435.00 | 16.30 | 7090.50 |
| M. ROITMAN | 495.00 | .90 | 445.50 |
| TOTALS | | 22.70 | 11633.50 |