TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         December 19, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                     Page    1

                              For Services Through November 30, 2011

Our Matter #19804.010
          FEE/RETENTION APPLICATIONS


| Date | Name | Description | Hours |
|---|---|---|---|
| 11/01/11 | H. LAMB | Begin review of billing proformas/daily time detail in preparation of October fee application. | 3.60 hrs. |
| 11/02/11 | D. E. DEUTSCH | Review draft memorandum to Committee from Zuckerman re: retention issue (.3); exchange e-mails with Andrew Goldfarb on same (.1). | 0.40 hrs. |
| 11/04/11 | H. LAMB | Continue to review billing proformas/daily time detail in preparation of monthly fee application. | 2.80 hrs. |
| 11/04/11 | J. MARRERO | Review docket for updates to ordinary course professional report and professional fee report (0.5); email correspondence with D.Deutsch re: same (0.2) | 0.70 hrs. |
| 11/07/11 | H. LAMB | Further review of billing proformas/daily time detail in preparation of monthly fee application. | 1.70 hrs. |
| 11/07/11 | D. E. DEUTSCH | Review weekly ordinary course professional report (.1). | 0.10 hrs. |
| 11/09/11 | H. LAMB | Begin to draft work description summaries for October fee application. | 1.30 hrs. |
| 11/11/11 | H. LAMB | Further research and preparation of work description summaries for monthly fee application. | 3.30 hrs. |
| 11/14/11 | J. MARRERO | Draft ordinary course professionals report (0.2); Draft professional fee report (0.2) | 0.40 hrs. |
| 11/17/11 | H. LAMB | Further research and preparation of work description summaries for monthly fee application. | 2.40 hrs. |
| 11/18/11 | D. E. DEUTSCH | Review draft fee application detail and edit same (2.6). | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| Date | Professional | Description | Hours |
|---|---|---|---|
| 11/21/11 | H. LAMB | Finalize draft of fee application for attorney review. | 1.10 hrs. |
| 11/21/11 | J. MARRERO | Review Debtors monthly ordinary course professionals report (0.4); draft weekly ordinary course professionals report (0.4); draft professional fee report (0.2). | 1.00 hrs. |
| 11/21/11 | D. E. DEUTSCH | Review and edit October fee application for Court filing (.7). | 0.70 hrs. |
| 11/22/11 | D. E. DEUTSCH | Review weekly ordinary course professional report (.3). | 0.30 hrs. |
| 11/22/11 | H. LAMB | Review, revise and finalize monthly fee application in accordance with D.Deutsch comments. | 1.30 hrs. |
| 11/26/11 | D. E. DEUTSCH | Review new retention application (.1); e-mail Jessica Marrero re: required Committee analysis of same (.1); review weekly ordinary course professional report (.2); exchange related e-mails with Jessica Marrero (.1); review weekly case professional report (.2). | 0.70 hrs. |
| 11/29/11 | T. J. MCCORMACK | Review memo re: Zuckerman representation issues and confer M. Ashley re: same (0.3). | 0.30 hrs. |
| 11/30/11 | J. MARRERO | Draft memo to the Committee re: Debtors Application to Retain SNR Denton | 1.30 hrs. |

**Total Fees for Professional Services.............  $10,480.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 19, 2011
Page    3

## TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| T. J. MCCORMACK | | 875.00 | .30 | 262.50 |
| D. E. DEUTSCH | | 745.00 | 4.80 | 3576.00 |
| H. LAMB | | 295.00 | 17.50 | 5162.50 |
| J. MARRERO | | 435.00 | 3.40 | 1479.00 |
| | TOTALS | | 26.00 | 10480.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                                  For Services Through November 30, 2011

Our Matter #19804.013
          AVOIDANCE ISSUES


| Date | Attorney | Description | Hours |
|---|---|---|---|
| 11/01/11 | Y. YOO | Reviewed Fourth Order Amending Termination Event Definition (.1); corresponded by email with Douglas Deutsch re: same (.1). | 0.20 hrs. |
| 11/02/11 | Y. YOO | Corresponded by email with local counsel, Matt McGuire, re: dismissal of certain insider preference actions under Threshold Amount (.2); corresponded by email with Douglas Deutsch re: same (.1). | 0.30 hrs. |
| 11/03/11 | M. D. ASHLEY | Revised draft papers on Committee motion to amend termination event relating to litigation stay and reviewed related pleadings (1.9); emails with Zuckerman regarding draft motion papers (.4). | 2.30 hrs. |
| 11/03/11 | T. J. MCCORMACK | Review draft papers on stay extension (0.8); e-mails with Zuckerman re: same (0.3). | 1.10 hrs. |
| 11/04/11 | T. J. MCCORMACK | Review Zuckerman draft on motion to reinstate stay (0.5); e-mails re: same (0.3). | 0.80 hrs. |
| 11/04/11 | M. D. ASHLEY | Reviewed draft papers on motion to extend litigation stay and related pleadings (1.2); emails with Zuckerman and Landis regarding same (.5). | 1.70 hrs. |
| 11/07/11 | Y. YOO | Reviewed tolling agreements with Debtors' Professionals tied to effective date (.2); discussed same with Douglas Deutsch (.1). | 0.30 hrs. |
| 11/07/11 | D. E. DEUTSCH | Review motion re: extension of employee preference-related "termination event" (.3); exchange voicemails and e-mails with Kevin Lantry re: alleged "insider" preference defendants (.3). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 11/15/11 | Y. YOO | Corresponded by email with special counsel, Andrew Goldfarb, re: extension of stay pending litigation (.2). | 0.20 hrs. |
| 11/18/11 | D. E. DEUTSCH | Exchange detailed voicemail (.1) and e-mails with Kevin Lantry re: treatment of certain employee/officer subject to avoidance action (.2). | 0.30 hrs. |
| 11/22/11 | D. E. DEUTSCH | Review materials from Kevin Lantry re: preference claim against employee (.1); e-mail Kevin Lantry re: next steps on same (.2). | 0.30 hrs. |
| 11/28/11 | Y. YOO | Corresponded by email with Douglas Deutsch re: negotiating extensions of tolling agreements with Debtors' professionals (.2); corresponded by email with local counsel, Rick Cobb, re: same (.2). | 0.40 hrs. |
| 11/28/11 | D. E. DEUTSCH | Review e-mails from Rick Cobb (.2) and Young Yoo (.1) re: preference matters and respond to same (.1). | 0.40 hrs. |
| 11/30/11 | Y. YOO | Discussed insider preference action against certain employee with Jessica Marrero (.2); reviewed background materials re: identifying employee as insider (.4); corresponded by phone with Jessica Marrero re: same (.2); drafted email summary re: same to Jessica Marrero (.3). | 1.10 hrs. |
| 11/30/11 | J. MARRERO | Conference with D.Deutsch re: employee insider action (0.2); conference with Y.Yoo re: same (0.3); review employee action and supporting documentation (0.6) | 1.10 hrs. |
| 11/30/11 | D. E. DEUTSCH | Review memorandum and attached analysis from Kevin Lantry re: treatment of specific employee as non-insider (.3); respond to same (.1); e-mail (.1) and call with Jessica Marrero re: required follow-up research and analysis on same for Committee (.2). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611


Total Fees for Professional Services.............   $8,047.00


TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| T. J. MCCORMACK | 875.00 | 1.90 | 1662.50 |
| M. D. ASHLEY | 695.00 | 4.00 | 2780.00 |
| D. E. DEUTSCH | 745.00 | 2.30 | 1713.50 |
| J. MARRERO | 435.00 | 1.10 | 478.50 |
| Y. YOO | 565.00 | 2.50 | 1412.50 |
| TOTALS | | 11.80 | 8047.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1

                              For Services Through November 30, 2011

Our Matter #19804.014
          EMPLOYEE ISSUES


| | | | |
|---|---|---|---|
| 11/04/11 | J. MARRERO | Review severance payment to insider (0.5); email correspondence with D.Deutsch re same (0.3). | 0.80 hrs. |
| 11/04/11 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero re: new employee departure and next steps related to analysis of termination terms (.3). | 0.30 hrs. |
| 11/07/11 | J. MARRERO | Review severance agreement of departing executive (0.4); draft memo to Committee re same (0.5); email correspondence with AlixPartners (0.3) | 1.20 hrs. |
| 11/17/11 | D. E. DEUTSCH | Call with Joe Frank re: various employee matters (.2); call with Kevin Lantry re: employee and other matters (.4). | 0.60 hrs. |
| 11/22/11 | J. MARRERO | Review motion to approve settlement with R.Michaels (0.6); email correspondence with D.Deutsch re same (0.4); draft posting re: same (0.6); email correspondence with D.Gallai re: same (0.3). | 1.90 hrs. |
| 11/22/11 | M. D. ASHLEY | Reviewed materials relating to motion to approve R. Michaels settlement. | 0.60 hrs. |
| 11/23/11 | D. GALLAI | Reviewed motion re proposed settlement agreement w/ Michaels (.6); drafted email re same (.3). | 0.90 hrs. |
| 11/26/11 | D. E. DEUTSCH | Review (.1) and research inquiry from David Gallai re: Randy Michaels' settlement question (.2); respond to same (.1). | 0.40 hrs. |
| 11/28/11 | J. MARRERO | Review motion re: Randy Michaels settlement (0.3). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611


11/28/11   D. GALLAI          Reviewed separation agreement and        1.50 hrs.
                              related documents (1.1); conf. w/
                              Sidley re same (0.2); internal
                              correspondence wtih D.Deutsch re
                              same (0.2).


        **Total Fees for Professional Services**.............   **$4,904.50**


                      TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| M. D. ASHLEY | 695.00 | .60 | 417.00 |
| D. E. DEUTSCH | 745.00 | 1.30 | 968.50 |
| D. GALLAI | 705.00 | 2.40 | 1692.00 |
| J. MARRERO | 435.00 | 4.20 | 1827.00 |
| TOTALS | | 8.50 | 4904.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                                For Services Through November 30, 2011

    Our Matter #19804.016
            TAX ISSUES


| 11/11/11 | R. M. LEDER | TC Rosenblatt re possible reserve structure. | 0.20 hrs. |
|----------|-------------|----------------------------------------------|-----------|
| 11/14/11 | R. M. LEDER | TC Dimon re tax handling of possible workouts of dispute regarding PHONES. | 0.40 hrs. |
| 11/15/11 | R. M. LEDER | Review Committee note on PHONES issue. | 0.10 hrs. |
| 11/16/11 | R. M. LEDER | Review tax issues new DCL disclosure statement and related documents. | 1.60 hrs. |
| 11/17/11 | R. M. LEDER | Email to Rosenblatt re tax issues raised by new proposal. | 0.30 hrs. |
| 11/21/11 | R. M. LEDER | Review new draft and blackline of third DCL Plan (1.2) including review of Allocation Protocol (.8). | 2.00 hrs. |


        **Total Fees for Professional Services.............. $4,577.00**



                        TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|-------------------|------|-------|--------|
| R. M. LEDER | 995.00 | 4.60 | 4577.00 |
| TOTALS | | 4.60 | 4577.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 19, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                    Page    1


                              For Services Through November 30, 2011
   Our Matter #19804.017
           GENERAL LITIGATION
```

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/01/11 | M. D. ASHLEY | Reviewed legal research materials relating to potential new litigation (1.1); emails with R. Kirby, M. Roitman regarding same (.4). | 1.50 hrs. |
| 11/07/11 | D. E. DEUTSCH | Review weekly adversary case report (.1) and State Law Fraudulent Conveyance claim report (.4). | 0.50 hrs. |
| 11/08/11 | M. D. ASHLEY | Reviewed factual and legal research materials relating to potential new litigation (1.1). | 1.10 hrs. |
| 11/23/11 | M. ROITMAN | Review pleadings in Neil adversary proceeding and revise summary (0.3) | 0.30 hrs. |
| 11/26/11 | D. E. DEUTSCH | Review weekly adversary case report (.2); review weekly state law fraudulent conveyance claim report (.3). | 0.50 hrs. |

**Total Fees for Professional Services.............    $2,700.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| M. D. ASHLEY | 695.00 | 2.60 | 1807.00 |
| D. E. DEUTSCH | 745.00 | 1.00 | 745.00 |
| M. ROITMAN | 495.00 | .30 | 148.50 |
| TOTALS | | 3.90 | 2700.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 19, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                    Page    1


                                For Services Through November 30, 2011

    Our Matter #19804.018
              TRAVEL


11/22/11   A. ROSENBLATT      Non-working travel to/from          2.30 hrs.
                              Wilmington for hearing (2.3).

11/22/11   D. M. LeMAY        Non-working return travel to New    3.00 hrs.
                              York from hearing.

11/22/11   M. ROITMAN        Non-working travel to and from       4.10 hrs.
                              Wilmington for court hearing.

11/30/11   M. ROITMAN        Non-working travel from New York     4.80 hrs.
                              to Savannah for hearing before
                              Judicial Panel on Multidistrict
                              Litigation (4.8).



        Total Fees for Professional Services.............  $8,894.00
```

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 3.00 | 2775.00 |
| A. ROSENBLATT | 745.00 | 2.30 | 1713.50 |
| M. ROITMAN | 495.00 | 8.90 | 4405.50 |
| TOTALS | | 14.20 | 8894.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     December 19, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                    Page   1

For Services Through November 30, 2011

Our Matter #19804.020
        SHAREHOLDER CLAIMS

| | | | |
|---|---|---|---|
| 11/03/11 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (2.60). | 2.60 hrs. |
| 11/04/11 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.20). | 0.20 hrs. |
| 11/04/11 | M. D. ASHLEY | Reviewed Rule 9011 letters to Committee counsel and related factual and research materials (2.8); emails with Zuckerman, T. McCormack regarding Rule 9011 letters (.2). | 3.00 hrs. |
| 11/04/11 | T. J. MCCORMACK | Review Rule 9011 demand and supporting materials (0.8); e-mails Zuckerman and M. Ashley re: same (0.2); review Rule 11 case law cited by Zell's counsel (0.4). | 1.40 hrs. |
| 11/07/11 | M. ROITMAN | Review pleadings in state law fraudulent conveyance actions and revise report on same (0.9) | 0.90 hrs. |
| 11/07/11 | M. D. ASHLEY | Reviewed materials relating to state law fraudulent transfer actions (.4). | 0.40 hrs. |
| 11/10/11 | M. D. ASHLEY | Reviewed draft memorandum regarding shareholder discovery threshold and Rule 9011 motions and related materials (1.3); emails with A. Goldfarb regarding same (.2). | 1.50 hrs. |
| 11/10/11 | T. J. MCCORMACK | Review memo on Rule 9011 issues (0.3); confer M. Ashley re: same (0.1). | 0.40 hrs. |
| 11/11/11 | T. J. MCCORMACK | Review draft memo on Rule 9011 motion and supporting materials and comments re: same (1.0); confer M. Ashley re: same (0.1); review materials on shareholder threshold for claims (0.3); review | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      December 19, 2011
435 N. MICHIGAN AVENUE      Page    2
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | additional edits/comments (0.2). |  |
| 11/11/11 | M. D. ASHLEY | Reviewed and revised draft Zuckerman memos and letter regarding shareholder discovery threshold and Rule 9011 motions (1.4) reviewed related materials (.8); emails with A. Goldfarb, Landis regarding draft memos and letter (.2). | 2.40 hrs. |
| 11/11/11 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.20); Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (1.60). | 1.80 hrs. |
| 11/11/11 | D. E. DEUTSCH | Review two memoranda on litigation issues, including dismissal of certain causes of action (.8); hold related call with Andrew Goldfarb re: possible changes in approach to dismissals (.3); e-mail litigation team re: next steps on same (.2). | 1.30 hrs. |
| 11/13/11 | M. D. ASHLEY | Reviewed Committee memorandum regarding Rule 9011 motion and related factual materials (1.2); reviewed email correspondence regarding same (.2). | 1.40 hrs. |
| 11/14/11 | M. D. ASHLEY | Emails with A. Goldfarb regarding FitzSimons action damages threshold (.2); reviewed related pleadings and memoranda (1.1); emails with T. McCormack, A. Goldfarb regarding Zell discovery subpoena (.2); reviewed related correspondence (.6). | 2.10 hrs. |
| 11/14/11 | T. J. MCCORMACK | Review issues re: Zell subpoena on shareholder info (0.3); confer M. Ashley re: same (0.2). | 0.50 hrs. |
| 11/15/11 | D. E. DEUTSCH | E-mail Marc Roitman re: MDL litigation matters (.1). | 0.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| 11/18/11 | D. E. DEUTSCH | Review weekly state law fraudulent conveyance action report (.3). | 0.30 hrs. |
| 11/18/11 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.20). | 0.20 hrs. |
| 11/21/11 | M. ROITMAN | Review pleadings in state law fraudulent conveyance actions and revise report on same (1.2) | 1.20 hrs. |
| 11/21/11 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (1.60). | 1.60 hrs. |
| 11/23/11 | M. ROITMAN | Review pleadings in state law fraudulent conveyance actions and revise report on same (1.0) | 1.00 hrs. |
| 11/23/11 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.20). | 0.20 hrs. |
| 11/28/11 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (1.40). | 1.40 hrs. |
| 11/28/11 | M. ROITMAN | Prepare for hearing on Noteholders' motion to consolidate state law fraudulent conveyance actions in multi-district litigation (1.4); confer with D. Bava re: same (0.3); Review pleadings in state law fraudulent conveyance actions and revise report on same (0.8); Review notice to creditors of impending expiration of statute of limitations (0.2); Draft memorandum to H. Seife re: fiduciary duties in connection with Step Two statute of limitations issue (1.3). | 4.00 hrs. |
| 11/28/11 | T. J. MCCORMACK | Review article on shareholder actions. | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611


| 11/29/11 | D. BAVA | Prepare materials for MDL hearing (1.2). | 1.20 hrs. |
| 11/29/11 | M. D. ASHLEY | Revised draft memo to Committee regarding Zuckerman representation in shareholder action (.4); reviewed related materials (.3); emails with A. Goldfarb regarding draft Committee memo (.1). | 0.80 hrs. |


**Total Fees for Professional Services.............   $19,232.00**


TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| T. J. MCCORMACK | 875.00 | 4.20 | 3675.00 |
| M. D. ASHLEY | 695.00 | 11.60 | 8062.00 |
| D. E. DEUTSCH | 745.00 | 1.70 | 1266.50 |
| D. BAVA | 295.00 | 9.20 | 2714.00 |
| M. ROITMAN | 495.00 | 7.10 | 3514.50 |
| TOTALS | | 33.80 | 19232.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                                   For Services Through November 30, 2011

Our Matter #19804.021
          PLAN LITIGATION


| Date | Attorney | Description | Hours |
|---|---|---|---|
| 11/01/11 | R. J. GAYDA | Continue to review proceedings in similar large case and jurisdictional authority issues (1.1); review confirmation order (1.8). | 2.90 hrs. |
| 11/01/11 | M. ROITMAN | Review Opinion on Confirmation (1.3); Draft memorandum to Committee re: same (1.8); Meet with A. Rosenblatt and E. Daucher re: application of PHONES subordination (0.3); Calls with A. Ajmera re: effect on distributions of changes to application of PHONES subordination (0.5); Meet with A. Rosenblatt and E. Daucher re: issues with the DCL Plan identified as problematic by Judge Carey (1.0); Draft memorandum re: proposed plan changes to comply with Confirmation Opinion (3.6); Review post-trial briefs re: treatment of Swap claim (0.8); confer with D. LeMay re: same (0.2); Draft memorandum re: application of subordination provision of the PHONES Notes to the distribution of the proceeds of chapter 5 causes of action by the Litigation Trust (4.4). | 13.90 hrs. |
| 11/01/11 | R. M. KIRBY | Research concerning equitable subordination claims, as per M. Ashley. | 1.80 hrs. |
| 11/01/11 | D. M. LeMAY | Prepare summary of confirmation ruling (1.1). Conference w/H. Seife (.3) and D. Schaible (.4) regarding subordination issues. | 1.80 hrs. |
| 11/01/11 | H. SEIFE | Review and analyze J.Carey's opinion (3.6); conferences with D.LeMay (.4) and D.Deutsch (.4) regarding opinion; review of subordination issues (1.5). | 5.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       December 19, 2011
435 N. MICHIGAN AVENUE                               Page    2
CHICAGO, IL 60611


| 11/01/11 | M. D. ASHLEY | Reviewed Court's plan confirmation ruling and related factual and research materials (3.8); emails with T. McCormack regarding Court ruling (.2). | 4.00 hrs. |

| 11/01/11 | A. ROSENBLATT | Continue to review aspects of the Court's confirmation decision and consider strategy going forward (2.2); meeting with E.Daucher and M.Roitman to discuss stragegies (.9); review confirmation hearing analysis of Parent GUC subordination issue (.8); multiple emails with LeMay, Roitman and Seife re: confirmation decision and possible courses of action (1.1). | 5.00 hrs. |

| 11/01/11 | J. MARRERO | Draft outline summary of confirmation opinion (2.0); revise same (0.6); draft presentation re: confirmation opinion (5.3) | 7.90 hrs. |

| 11/01/11 | E. DAUCHER | Analyze and annotate Court's opinion denying confirmation (3.1); meeting with A. Rosenblatt re: opinion analysis (.5); meeting with A. Rosenblatt and M.Roitman to formulate strategy for addressing plan deficiencies (1.0); research and drafting re: treatment of swap claim vis-a-vis PHONES and analysis of total swap claim recovery (2.8). | 7.40 hrs. |

| 11/01/11 | A. K. NELLOS | Review Court's opinion on confirmation. | 3.60 hrs. |

| 11/01/11 | T. J. MCCORMACK | Confer D. LeMay re: plan confirmation order, issues for DCL resolution and potential amendments (0.4); t/c Zuckerman re: same (0.2); review sections of ruling on "reasonableness of settlement" and Committee process (0.7); e-mails with M. Ashley re: same (0.2); review sections of ruling on PHONES' potential participation and analyze consequence of same to other avoidance recoveries (1.2). | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 19, 2011
Page    3

| | | | |
|---|---|---|---|
| 11/02/11 | T. J. MCCORMACK | Review/analyze issues raised by plan confirmation ruling by Judge Carey (1.6); t/c Zuckerman re: decision and issues for analysis (0.4); conf. call with DCL proponents on decision, next steps (0.7); review letter to Committee on alleged consequence of plan decision for Zell entities and analysis of same (0.9); confer M. Ashley re: same (0.3); e-mails D. LeMay re: same (0.2); e-mails with Zuckerman re: representation issues (0.2). | 4.30 hrs. |
| 11/02/11 | D. E. DEUTSCH | Review and analysis of opinion and related materials to prepare for tomorrow's Committee meeting (3.1). | 3.10 hrs. |
| 11/02/11 | E. DAUCHER | Prepare for (1.0) and attend DCL call re: possible responses to Opinion on Confirmation (.7); research and draft emails re: Committee duties in intercreditor disputes (2.8); research and draft emails re: impact of subordination language (2.0). | 6.50 hrs. |
| 11/02/11 | M. D. ASHLEY | Reviewed plan confirmation ruling and related materials (1.6); participated in DCL steering committee call regarding plan confirmation ruling (.7); emails with T. McCormack, M. Roitman regarding plan confirmation ruling (.2); reviewed EGI letter to Committee counsel regarding plan confirmation ruling and related pleadings (1.9); call with T. McCormack regarding EGI letter to Committee counsel relating to plan confirmation ruling (.2); emails with D. LeMay, T. McCormack, M. Roitman regarding EGI letter relating to plan confirmation ruling (.3); reviewed Committee presentation summarizing plan confirmation ruling (.6); reviewed draft Zuckerman memo regarding Committee representation issues and related correspondence (.9); | 6.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

|           |              | emails with A. Goldfarb regarding draft memo (.3). | |
|-----------|--------------|---------------------------------------------------|---|
| 11/02/11  | A. ROSENBLATT | Prepare for (.6) and participate on lender/debtor call re: decision and plan related issues (.9) and attend post-call meeting with team (.6); meeting with C&P team before call re: confirmation opinion and impact on DCL Plan (.8); conference with M.Roitman re: subordination scenarios (.2); call with M.Roitman and Z.Jamal re: same (.3); conference (.5) and e-mails (.5) with D.LeMay and H.Seife re: confirmation opinion and entitlement of different creditor groups to benefit of subordination; review A&M analysis re: PHONES subordination (.9); calls with Moelis to prepare related analyses (.7). | 6.00 hrs. |
| 11/02/11  | J. MARRERO   | Draft presentation to committee re confirmation opinion (4.6); revise presentation (2.8); revise outline summary of confirmation opinion (1.6); draft posting to the Committee re: same (0.4). | 9.40 hrs. |
| 11/02/11  | H. SEIFE     | Review of plan issues/resolutions (2.3); call with plan proponents regarding confirmation strategy (.8); review of J.Carey opinion and subordination issues (2.4). | 5.50 hrs. |
| 11/02/11  | Y. YOO       | Reviewed new caselaw development on court's jurisdictional authority over plan confirmation (1.3). | 1.30 hrs. |
| 11/02/11  | D. M. LeMAY  | Prepare for (.4) and attend (.6) meeting of Committee Professionals to prepare for lender call.  Call w/Lenders' counsel (.8); call w/Lenders and Debtors (.7) all re: confirmation strategy.  Legal review of open issues re: PHONES subordination (2.0) and EGI subordination (1.1).  Review EGI confirmation briefs and arguments re: same (.8).  Review Retire | 7.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | Settlement (.7). |  |
| 11/02/11 | M. ROITMAN | Draft memorandum to Committee re: Opinion on Confirmation (3.1); Call with Lender proponents re: Confirmation Opinion (0.7); Meet with C&P team before call (0.8); Call with J. Ludwig re: Epiq 4th Supplemental Voting Declaration (0.3); Call with DCL Proponent group re: Confirmation Opinion (0.4); Meet with C&P team following call (0.5); Review A&M Analysis re: subordination scenarios (0.3); Meet with A. Rosenblatt re: same (0.2); Call with A. Rosenblatt and Z. Jamal re: same (0.3); Review Letter from Counsel to EGI re: application of subordination (0.2); Review trial briefs re: application of EGI-TRB subordination to Litigation Trust distributions (1.1); Research re: Retiree Claims' entitlement to benefit of PHONES subordination provisions (0.5); Correspond with D. LeMay re: same (0.3) | 8.70 hrs. |
| 11/03/11 | M. DISTEFANO | Reviewed retiree claimant treatment elections (.7) | 0.70 hrs. |
| 11/03/11 | M. ROITMAN | Review voting report re: Retiree claimant election results (0.3); Draft Notice of Proposed Amendments to the DCL Plan (6.1); Confer with A. Rosenblatt re: same (0.5); Confer/correspond with M. McGuire re: same (0.2); Meet with A. Rosenblatt re: Proposed resolutions to outstanding confirmation issues (0.8); Confer with A. Rosenblatt and Z. Jamal re: PHONES subordination modeling scenarios (0.5). | 8.40 hrs. |
| 11/03/11 | H. SEIFE | Telephone conference with D.Bernstein regarding plan issues (.3); conference with D.LeMay regarding plan issues (.8); review of plan amendments/strategy (2.4); review of subordination issues (1.3). | 4.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            December 19, 2011
435 N. MICHIGAN AVENUE                                   Page    6
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 11/03/11 | J. MARRERO | Email correspondence with Special Counsel re: memo to Committee re: representation (0.2); draft posting re: same (0.4); revise outline of confirmation opinion (0.6); review PHONES and EGI subordination agreements (1.5) | 2.70 hrs. |
| 11/03/11 | A. ROSENBLATT | Review letter from EGI counsel re: plan subordination issue and consider impact of same (.5); review letter from Noteholder counsel re: plan amendments (.3); multiple calls with Schaible re: procedures for implementing plan amendments and dealing with plan issues and related issues (.6); calls with Moelis re: additional analyses regarding impact of subordination issue on creditor recoveries (.8); review preliminary analysis from A&M re: same (.6); continue to work on procedures for implementing plan amendments and dealing with subordination issue (1.2); work with Roitman on draft chart/pleading re: plan amendment issues (.6). | 4.60 hrs. |
| 11/03/11 | E. DAUCHER | Further research and drafting re: intercreditor dispute issue (1.4); discuss subordination language with J. Giannini (.3); further analysis of subordination language (2.0); draft email to D. LeMay re: same (.1). | 3.80 hrs. |
| 11/04/11 | A. ROSENBLATT | Review Moelis analysis re: reallocation/subordination issue and discuss with Roitman (1.0); participate on call with lenders re: plan amendments (1.0) and participate in post-call discussion with LeMay and Roitman (.3); review emails from Committee member re: process for resolving subordination issue (.2); review draft analysis of allocation issue and plan modification explanation and provide comments to same | 5.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     December 19, 2011
435 N. MICHIGAN AVENUE     Page     7
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | (1.0); call with Committee member re: plan process issue (.3); call with A. Landis re: process (.3); review subordination/gifting argument outline for plan confirmation (.5); work on argument re: allocation of settlement proceeds among bondholders and Parent GUCs (.6); emails with Johnston and LeMay re: EGI subordination issue (.3); review applicable portion of same (.3). |  |
| 11/04/11 | M. ROITMAN | Draft Notice of Proposed Amendments to the DCL Plan (3.3); Call with Lender Proponents re: Amendments to DCL Plan (1.0): Confer with C&P team following call (0.3) | 4.60 hrs. |
| 11/04/11 | H. SEIFE | Review of Foundation Rule 11 letter (.4); review emails regarding Aurelius and Deutsche (.7). | 1.10 hrs. |
| 11/04/11 | D. M. LeMAY | Prepare outline of proposed amendment process (.8). Conference call w/Lenders' counsel (1.1). Follow up telephone conferences w/H. Seife (2x) (.4).  E-mail regarding Zell claim of non subordination (.4). | 2.70 hrs. |
| 11/05/11 | H. SEIFE | Review of JPM/Davis Polk proposal (1.5); emails with D.LeMay regarding proposal (.8). | 2.30 hrs. |
| 11/06/11 | M. ROITMAN | Review Lenders' plan amendment proposal (0.8); Correspond with H. Seife and D. LeMay re: same (0.4); Research re: avoidance actions under section 544 versus section 548 (1.9) | 3.10 hrs. |
| 11/06/11 | A. ROSENBLATT | Review Moelis analysis re: impact on Parent GUCs and Noteholders re: PHONES subordination issue (.9); review draft Plan amendment analysis sent from Roitman (.7). | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                     December 19, 2011
435 N. MICHIGAN AVENUE                                           Page     8
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 11/07/11 | D. M. LeMAY | Review debtors Plan amendment and provide comments (1.9). Meeting with A.Rosenblatt re: same (.6). Review Davis Polk proposal regarding confirmation disputes and timing and revise to reflect comments (2.0).  Conference call with Senior Lenders counsel (1.0). E-mail to co-proponents regarding release of bonds from contra CUSIP (.2).  E-mail Sottile regarding Morgan Stanley release and bar order issues (.2). | 5.90 hrs. |
| 11/07/11 | M. ROITMAN | Correspond with Lender Proponents re: plan amendment proposal (0.3); Revise Notice re: Proposed Plan of Amendments (0.8); Meet with A. Rosenblatt re: PHONES subordination to Other Parent Claims (0.5); Meet with A. Rosenblatt and D. LeMay re: Lenders' proposal for addressing disputes over distributions to parent creditors (0.7); Revise draft proposal re: same (1.4); Call with Lender proponents re: same (0.9); Review Draft Third Amended DCL Plan and Subordination Dispute Protocol (1.5); Draft memorandum re: open issues in DCL Plan and Subordination Dispute Protocol (1.3). | 7.40 hrs. |
| 11/07/11 | H. SEIFE | Review e-mails regarding Aurelius stock issues/solicitation (.8); email D.Schaible regarding plan process (.3); review Bolter emails regarding DTC/CUSIP (.4); consideration of plan changes required (1.4). | 2.90 hrs. |
| 11/07/11 | Y. YOO | Reviewed new caselaw development on court's jurisdictional authority over plan confirmation (.8). | 0.80 hrs. |
| 11/07/11 | D. E. DEUTSCH | Review Committee materials posted to Intralinks re: confirmation and related issues (1.1). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page    9
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 11/07/11 | E. DAUCHER | Research re: extent of PHONES subordination. | 0.80 hrs. |
| 11/07/11 | A. ROSENBLATT | Review and comment on Plan Proposal re:  plan amendment process, strategy, etc. (1.7); meeting with LeMay and Roitman re: plan amendments and related issues (.7); revise plan amendment process proposal (.9); call with lenders re: plan amendments and related issues (.9); review additional Moelis analysis re: bondholder/Parent GUC subordination issue (.9); review draft of argument re: addressing alleged unfair discrimination in connection with PHONES subordination (.7); email with Landis re: proposed confirmation action plan (.3). | 6.10 hrs. |
| 11/07/11 | T. J. MCCORMACK | Review various articles on plan confirmation ruling (0.4); review summary of impact on unsecureds (0.7). | 1.10 hrs. |
| 11/08/11 | A. ROSENBLATT | Participate on call with lenders and Debtor re: plan related strategy and issues (1.1); review blackline of plan amendments and comment on same (1.5); review revised plan amendment action plan and comment on same (2.2); conference with M.Roitman re: draft amended DCL Plan (.3); conference with Z.Jamal and M.Roitman re: effect of valuation decision on plan distributions (.6); conference with D.LeMay and M.Roitman re: comments on draft amended DCL Plan (.4); emails with D.LeMay and M.Roitman re: revised proposal for addressing allocation disputes (.4). | 6.50 hrs. |
| 11/08/11 | M. D. ASHLEY | Reviewed articles and research materials relating to plan confirmation ruling (1.1). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page   10
CHICAGO, IL 60611

| 11/08/11 | J. MARRERO | Draft posting to Committee re: Chicago Tribune article re: confirmation opinion (0.4); | 0.40 hrs. |
|---|---|---|---|
| 11/08/11 | E. DAUCHER | Research and drafting re: extent of PHONES subordination (4.1); discuss same with D. LeMay (.5). | 4.60 hrs. |
| 11/08/11 | Y. YOO | Reviewed new caselaw development on court's jurisdictional authority over plan confirmation (.2). | 0.20 hrs. |
| 11/08/11 | H. SEIFE | Review of draft plan amendments (1.2); review of draft protocol (.8); review of J.Conlan email regarding plan amendments (.3); review email response to J.Conlan (.4); review M.Roitman summary of plan amendments (.3); review of plan comments (.8). | 3.80 hrs. |
| 11/08/11 | M. ROITMAN | Review draft Third Amended Plan (1.1); confer with A. Rosenblatt re: same (0.3); Confer with Z. Jamal and A. Rosenblatt re: effect of valuation decision on plan distributions (0.6); Review and comment upon revised proposal for addressing confirmation disputes (0.5); correspond with D. LeMay re: same (0.3); Call with Co-Proponents re: proposed plan amendments (1.0); confer with C&P team following call (0.2); Correspond with H. Seife re: same (0.5); Draft email to Co-Proponents re: comments on draft amended plan (1.3); confer with A. Rosenblatt and D. LeMay re: same (0.4); | 6.20 hrs. |
| 11/08/11 | D. M. LeMAY | Review debtors draft revised Plan and comment on same (3.4). Review Davis Polk draft of Proposal for Addressing Distribution Disputes (1.1) and prepare outline of points for Co-Proponent call (1.1). Participate in call of Co-Proponents e: plan amendment and confirmation process (1.2). Prepare issues list re: Debtors | 8.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 19, 2011
435 N. MICHIGAN AVENUE                               Page   11
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | draft revised plan (.9). Review draft Dispute Resolution Protocol and comment on same (.5). Review issues re: release of bonds from Contra Cusip (.3). Conference w/E. Daucher re: subordination dispute and definition of Senior Debt (.4). |  |
| 11/09/11 | M. ROITMAN | Conference call with DCL co-proponents (0.7); confer with C&P team following call (0.5); Conference call with D. LeMay and J. Sottile re: equitable subordination of EGI-TRB claim (0.3); Research re: gifting doctrine in the context of unfair discrimination (3.3); Revise Notice of Proposed Amendments to DCL Plan (3.8); Correspond with D. LeMay and Z. Jamal re: potential Retiree-PHONES deal (0.5) | 9.10 hrs. |
| 11/09/11 | D. M. LeMAY | Call of Co-Proponent Group (.9). Review Dewey comments on draft revised plan (1.4). Telephone conference from Jay Teitelbaum (.3). E-mails to C&P team and Co-Chair re: plan issues (1.1). Telephone conf. w/D. Schaible re: same (.2). | 3.90 hrs. |
| 11/09/11 | H. SEIFE | Review of plan mark-up and comments (.8); review issues regarding potential settlement among certain creditors (.9). | 1.70 hrs. |
| 11/09/11 | Y. YOO | Reviewed new caselaw development on court's jurisdictional authority over plan confirmation (.3). | 0.30 hrs. |
| 11/09/11 | E. DAUCHER | Finalize research on PHONES subordination (1.2); draft email to J. Teitelbaum re: same (.3). | 1.50 hrs. |
| 11/09/11 | D. E. DEUTSCH | Review materials to prepare for team meeting re: plan issues (1.1); participate in same (.6); exchange e-mails (.2) and hold meeting with David LeMay to discuss various plan matters (.2); participate in part of DCL plan | 2.70 hrs. |