TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     December 19, 2011
435 N. MICHIGAN AVENUE     Page   12
CHICAGO, IL 60611

|            |               | proponent meeting (.6).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |            |
|------------|---------------|---|---|
| 11/09/11   | J. MARRERO    | Review court filings (1.2); review court docket for Notice of Appeal (.5).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                               | 1.70 hrs.  |
| 11/09/11   | A. ROSENBLATT | Review emails from Schaible, Boelter and Johnston re: resolicitation of Senior Noteholders and related issues (.5); participate on call with lenders re: confirmation developments, proposed plan amendments and term sheet for proceeding forward (.9); participate in post-call meeting with LeMay, Roitman and Chadbourne team (.6); review and comment on latest amendments to Plan (1.6); review Dewey comments to plan (.8); emails with plan proponents (.5) and internal discussion with LeMay, Roitman and team (.9) and analysis of proposed settlement between certain creditor groups and related issues (1.0); contemplate impact on Plan and possible issues in connection with possible settlement between creditors (1.4); discussions with LeMay re: retirees' position, impact of plan amendments on retirees and related issues (.5); review status on discussions with Teitelbaum re: same (.3); call with Committee member re: proposed procedures for amending plan and framing and resolving open issues (.3). | 9.30 hrs.  |
| 11/10/11   | A. ROSENBLATT | Review new Moelis analysis re: Phones dispute issue (.8); participate on call with DCL Plan Proponents re: plan developments and strategy (.7); participate in post-call discussion with LeMay, Roitman and Deutsch re: same (.4); review revised plan circulated by Sidley and draft of Allocation Dispute Protocol (1.3); further discussion with LeMay, Roitman and others re: potential settlement | 4.20 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page    13
CHICAGO, IL 60611

|  |  | between certain creditors of subordination related issues (.5); provide preliminary comments to Allocation Dispute Protocol (.5). |  |
| --- | --- | --- | --- |
| 11/10/11 | D. E. DEUTSCH | Review revised mark-up and term sheet re: certain revisions to plan (2.7); related meeting with David LeMay to discuss same (.4). | 3.10 hrs. |
| 11/10/11 | H. SEIFE | Review of revised plan draft (1.1); review of Johnston comments (.3); review of DPW comments (.5); review of revised protocol (.9). | 2.80 hrs. |
| 11/10/11 | M. ROITMAN | Call with DCL Co-Proponents re: proposed amendments to DCL Plan (0.7); confer with C&P team following call (0.3); Revise Notice of proposed plan amendments (0.8); Review and comment upon revised Third Amended DCL Plan (1.5); confer with A. Rosenblatt re: same (0.4); Confer/correspond with J. Teitelbaum and A. Rosenblatt re: plan amendment proposal (0.2) | 3.90 hrs. |
| 11/10/11 | D. M. LeMAY | Prepare for (.2) and participate in (.7) Co-Proponent cals; three e-mails to D. Schaible (.2) and telephone conference w/J. Teitelbaum (.2) regarding Dispute Resolution Protocol. Review latest Sidley draft Plan documents (2.0). Review Dewey comments on Plan Draft (.8). Review DPW comments on Plan draft (1.1). | 5.20 hrs. |
| 11/11/11 | M. ROITMAN | Review and comment upon revised Third Amended DCL Plan and Allocation Dispute Protocol (0.7); meet with D. LeMay and A. Rosenblatt re: same (0.4); Draft email to DCL Proponent group re: same (0.2); Call with DCL Plan Proponents re: proposed Plan amendments and Allocation Dispute Protocol (1.1); confer with A. Rosenblatt following call (0.4); Draft insert to Allocation Dispute Protocol re: Duties of | 4.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                December 19, 2011
435 N. MICHIGAN AVENUE                                      Page    14
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | Co-Proponents (0.5); confer/correspond with A. Rosenblatt and J. Teitelbaum re: same (0.4); Draft email to DCL Proponent group re: same (0.2); Revise Notice of Proposed Plan Amendments (0.6); confer with A. Rosenblatt re: same (0.2); Correspond with J. Boelter re: same (0.2). |  |
| 11/11/11 | D. M. LeMAY | Telephone conference w/ Co-Proponents counsel regarding plan terms (.9).  Review Dispute Resolution protocol changes and Plan Amendment (2.8). Telephone conference w/D. Schaible (.3) regarding same; telephone conference w/J. Teitelbaum regarding same (.3). Several e-mails to C&P team regarding same (.4). | 4.70 hrs. |
| 11/11/11 | D. E. DEUTSCH | Review revised drafts of plan provision related to certain claim matters (.7); participate in related call with DCL plan proponents (.9); call with Kevin Lantry re: various plan issues (.6); draft memorandum to team re: same (.3); exchange additional related e-mails with Andrew Rosenblatt on same (.2). | 2.70 hrs. |
| 11/11/11 | E. DAUCHER | Call with Debtors, Lenders and Chadbourne team re: plan changes (1.0); follow up discussion with A. Rosenblatt and M. Roitman re: specific language (.4). | 1.40 hrs. |
| 11/11/11 | A. ROSENBLATT | Meeting with LeMay re: status of plan documents (.3) and discussions with J. Teitelbaum re: same (.3); review preliminary C&P comments to plan (.4); work on drafting language into Allocation Dispute Protocol to address Teitelbaum issue (.8); call with Teitelbaum re: same (.3) and review Teitelbaum comments to same (.3); calls with Sidley and Davis Polk re: retiree issue and | 6.20 hrs. |

proposed changed to Allocation Dispute Protocol (.6); review portions of Tribune merger agreement as per discussion with Teitelbaum re: Senior Indebtedness/subordination issue (.7); review proposed plan amendment notice drafted by Roitman and provide final comments to same in advance of remittal (.8); multiple emails with Deutsch, LeMay and Roitman re: Allocation Dispute Protocol and retiree support issue (.5); review status of plan amendments from Sidley and timing for other plan related documents (.3); review status update on PHONES/retiree discussions and status of possible resolution (.3); review Moelis analysis re: impact of PHONES subordination on Other Parent Claims recoveries assuming no subordination rights for OPC (.6).

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/11/11 | J. MARRERO | Draft posting to Committee re: Letter to Committee from Cantigny/McCormick Foundations | 0.40 hrs. |
| 11/12/11 | A. ROSENBLATT | Review amended plan (.5) and revised Allocation Dispute Protocol circulated by Sidley (.6); review E. Vonnegut email re: changes to Allocation Dispute Protocol (.2). | 1.30 hrs. |
| 11/12/11 | H. SEIFE | Review of further plan comments. | 0.80 hrs. |
| 11/13/11 | A. ROSENBLATT | Begin to review resolicitation procedures motion sent from Sidley. | 0.60 hrs. |
| 11/14/11 | D. M. LeMAY | Internal meeting with C&P team regarding pending plan matters (1.2).  Review latest drafts of Plan Amendments, Solicitation Motion, Dispute Allocation protocol and comment on same (4.1).  Conference call with D. Schaible (.4) and J. Teitelbaum (.2) regarding Dispute Resolution Protocol. | 5.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page   16
CHICAGO, IL 60611

| 11/14/11 | D. M. LeMAY | Review DB/LD Reconsideration Motion (.6) and prepare e-mail to Committee (.3). | 0.90 hrs. |
|---|---|---|---|
| 11/14/11 | R. J. GAYDA | Detailed review of court filings in similar large case and appellate designations re confirmation order. | 1.10 hrs. |
| 11/14/11 | Y. YOO | Reviewed new caselaw development on court's jurisdictional authority over plan confirmation (1.1). | 1.10 hrs. |
| 11/14/11 | D. E. DEUTSCH | Review plan related materials to prepare for team Plan meeting (2.1); participate in same (1.2); preliminary review of motion to reconsider filed by Noteholders (.8); review and edit memorandum posting to Committee re: same (.3); exchange multiple e-mails with David LeMay re: Motion for Reconsideration related issues (.3); review additional reconsideration filings (.7). | 5.40 hrs. |
| 11/14/11 | J. MARRERO | Review resolicitation motion, allocation dispute protocol and revised plan documents (2.8); conference with A.Rosenblatt re: same (0.4); review docket re Aurelius motion to re-argue confirmation decision (1.2); review Motions for Reconsideration and draft Intralinks posting re: same (1.9); revise same (0.6); email to C&P team re: same (0.5). | 7.40 hrs. |
| 11/14/11 | H. SEIFE | Conference with D.LeMay and team regarding case developments and plan amendments (1.2); review and revise allocation dispute protocol and plan amendments (1.6); review of plan issues (1.3). | 4.10 hrs. |
| 11/14/11 | M. D. ASHLEY | Reviewed motions for reconsideration of Court's confirmation ruling and related materials (1.2). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page    17
CHICAGO, IL 60611


| 11/14/11 | A. ROSENBLATT | Attend meeting with Seife, LeMay and team to discuss confirmation status, case strategy and related issues (1.2); draft master list of key issues/positions that Committee should advocate in plan documents (1.0); review draft plan amendment notice and changes to plan amendment chart sent from Sidley (.8); review emails from Sottile re: amendments to bar order in plan (.3); review resolicitation motion and work on providing comments to same (1.6); review Davis Polk comments to resolicitation motion (.8); review Dewey comments to resolicitation motion (.7); emails with LeMay and Deutsch and others re: reconsideration motions filed by parties (.4) and review proposed Intralinks posting note re: same (.1); begin reviewing motions for reconsideration filed by noteholders, Aurelius and trustees (1.1); review status on filing of any notices of appeal before filing deadline (.2). | 8.20 hrs. |
| 11/14/11 | T. J. MCCORMACK | Review motions for reconsideration filed by various parties (1.1). | 1.10 hrs. |
| 11/15/11 | T. J. MCCORMACK | Confer M. Ashley re: reconsideration issues (0.2); review proposed amendments (0.4); review potential "standing" question on reconsideration motion and t/c Zuckerman re: same (1.0). | 1.60 hrs. |
| 11/15/11 | A. ROSENBLATT | Participate on DCL Lender call re: plan amendments (1.1); work on plan amendments and related issues, including provision dealing with Committee continuation post-effective date and Allocation Dispute Protocol (2.5); draft status report re: third amended plan (4.0); review draft allocation adjustment memorandum from Sidley (.6); exchange multiple emails (.3) and hold calls with Schaible re: | 10.90 hrs. |

|  |  | Teitelbaum and retiree support for amended plan and related issues (.3); emails with DCL Plan Proponents and Akin and others re: process for all party in person meeting re: proposed plan amendments (.4); review emails re: reconsideration motions filed by Aurelius, bond indenture trustee and noteholders (.5); finish review of reconsideration motions (.7); review amendments to resolicitation motion (.5). |  |
| 11/15/11 | M. D. ASHLEY | Reviewed motions for reconsideration and related confirmation materials (2.6). | 2.60 hrs. |
| 11/15/11 | H. SEIFE | Review of motions for reconsideration (2.2); conference with D.LeMay and A.Rosenblatt regarding motions (1.2); preparation for meeting with Noteholders (1.4). | 4.80 hrs. |
| 11/15/11 | J. MARRERO | Draft intralinks posting re: motions for reconsideration (0.8); conference call with DCL Plan proponents (1.0); review Motions for Reconsideration and Notice of Appeal (2.7); research procedural issues re: Notice of Appeal (1.2); draft summary re: same (0.7); conference with A.Rosenblatt re: revised plan documents (0.4); draft Intralinks posting re: revised plan documents (0.9); draft presentation to Committee re: Motions for Reconsideration (4.8). | 12.50 hrs. |
| 11/15/11 | D. E. DEUTSCH | Review of motions to reconsider, appeal notice and related filings (2.6); exchange related e-mails with Jessica Marrero re: Committee posting issues (.2); Participate in part of meeting with DCL team re: plan, reconsideration and related matters (.9); discuss research issue re: reconsideration/appeal matter with Michael Distefano (.2); review | 9.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 19, 2011
Page   19

preliminary results of same (.4);
review certain related cases (.5);
discuss related follow-up research
with Michael Distefano (.3);
review and edit draft presentation
to Committee re: resolicitation
motions (2.3); discuss same with
Jessica Marrero (.3); review and
revise status report draft for
Court (1.1) and discuss same with
Andrew Rosenblatt (.4); further
discussion with Michael Distefano
re: plan appeal issue (.3).

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/15/11 | Y. YOO | Reviewed Noteholders' Motions for Reconsideration (3.2); attended meeting with David LeMay re: PHONES subordination related researching issue (.3). | 3.50 hrs. |
| 11/15/11 | M. DISTEFANO | Reviewed noteholders' motion to reconsider (.5); research on noteholders' appeal (8.4); | 8.90 hrs. |
| 11/15/11 | D. M. LeMAY | Review motions for reconsideration filed by Noteholders and Aurelius (1.3).  Conference w/Y. Yoo re: legal memo project re: subordination disputes (.4). E-mails to J. Sottile re: same (.2).  Legal research re: appeal timing issues (.3).  Review latest solicitation motion (2.2). | 4.40 hrs. |
| 11/15/11 | D. M. LeMAY | E-mail D. Schaible re: retiree issues (.2). Conference call of Co-Proponents re: Plan amendments and process (1.2).  Prep session with team for tomorrow's meeting at Sidley re: plan amendments (1.1). Further revisions of Plan Amendment (.4). | 2.90 hrs. |
| 11/16/11 | D. M. LeMAY | Preparation for meeting with Noteholders (.3) including two e-mails to Sidley regarding same (.3).  Review A&M materials regarding amount of reserve (1.4). | 2.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            December 19, 2011
435 N. MICHIGAN AVENUE                                  Page    20
CHICAGO, IL 60611


| 11/16/11 | D. M. LeMAY | Review of latest amendments to Plan documents (2.3) and participate in negotiations with DPW and Sidley regarding same (2.2). | 4.50 hrs. |
|---|---|---|---|
| 11/16/11 | M. DISTEFANO | Researched appeals issue (5.2) | 5.20 hrs. |
| 11/16/11 | Y. YOO | Reviewed Noteholders' Motions for Reconsideration (3.0); attend meeting with E.Daucher re: PHONES subordination and related research (.7); researched issue re: contractual interpretation of subordination provisions (2.8). | 6.50 hrs. |
| 11/16/11 | D. E. DEUTSCH | Review revised presentation to Committee on resolicitation motions and related matters (1.8); two discussions with Jessica Marrero to discuss same (.4); call with Adam Landis and Michael Distefano on appeal issue (.3); review materials from Debtors on revised plan issues, economic analyses, etc. (1.4); e-mail Zul Jamal re: economic analysis follow-up (.2); review materials to prepare for meeting with DCL and Noteholder case parties on next steps (2.1); participate in meeting with major case parties (2.3). | 8.50 hrs. |
| 11/16/11 | J. MARRERO | Revise presentation to Committee on Motions for Reconsideration (1.8); email correspondence with J.Sottile re: same (0.2); conference with D.Deutsch re: same (0.4); draft Intralinks posting re: plan documents (0.6); email correspondence with A.Rosenblatt re: same (0.4); email correspondence with AlixPartners re: allocation adjustments (0.4); revise presentation to Committee re motions for reconsideration (0.5); email correspondence with Debtors counsel re plan documents (0.3); email correspondence with M.Roitman re: same (0.4); email correspondence with C&P team re: | 6.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 19, 2011
Page    21

|  |  |  |  |
|---|---|---|---|
|  |  | Deutsche Bank's joinder to Aurelius motion for reconsideration (0.4); draft Intralinks posting re: Committee presentation (0.6). |  |
| 11/16/11 | H. SEIFE | Conference with D.LeMay regarding plan amendments (.7); review and revise draft status report (.8); review and revise plan amendment and disclosure statement (.9); meeting with objectants and plan proponents at Sidley (1.8); review of plan issues (1.7). | 5.90 hrs. |
| 11/16/11 | M. ROITMAN | Review Noteholder Motion for Reconsideration (0.9); Review Law Debenture/Deutsche Bank Motion for Reconsideration (0.5); Review Aurelius Motion for Reconsideration (0.7); Review revised draft status report re: Third Amended DCL Plan (0.8); Review revised Third Amended DCL Plan (0.9); Review and comment upon Supplemental Disclosure Document (1.1). | 4.90 hrs. |
| 11/16/11 | M. D. ASHLEY | Reviewed materials relating to DCL Plan amendments (1.3); reviewed Committee presentation on reconsideration motions and related materials (.8). | 2.10 hrs. |
| 11/16/11 | E. DAUCHER | Review and revise various drafts of the resolicitation documents (2.8); review motions of Noteholders for reconsideration of PHONES subordination portion of decision (2.2); review prior research and draft pleadings re: PHONES subordination (.6); further research re: PHONES subordination and rule of last antecedent (.9); conference with Y. Yoo on case law and analysis re: PHONES subordination (.8). | 7.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page   22
CHICAGO, IL 60611


| | | | |
|---|---|---|---|
| 11/16/11 | A. ROSENBLATT | Make revisions to draft status report (.8) and review Davis Polk revisions to same (.5); review A&M plan allocation analysis in preparation for all hands meeting (.8); emails (.2) and call with Moelis re: same (.2); review disclosure document and revised drafts of other plan documents, including plan and resolicitation motion (4.0); attend in person meeting at Sidley's offices (2.2); review Intralinks posting to Committee re: draft plan documents (.2); review plan documents in preparation for presentation to Committee at Committee meeting (.6). | 9.50 hrs. |
| 11/16/11 | T. J. MCCORMACK | Review options regarding reconsideration motions (0.4); review plan amendment proposals/drafts (0.8). | 1.20 hrs. |
| 11/17/11 | T. J. MCCORMACK | Review e-mail from Davis Polk re: reconsideration motions, DCL response and related issues (0.3); review reconsideration motions (0.6) and Committee presentation re: same (0.8). | 1.70 hrs. |
| 11/17/11 | A. ROSENBLATT | Participate on call with DCL Plan Proponents re: strategy and status of plan documents and related issues (1.2); call with LeMay and Teitelbaum re: comments to plan documents and related issues (.8); follow up call with J. Teitelbaum re: status hearing, plan related issues and plan documents (.4); continue to review numerous revised drafts of all plan documents, including plan, disclosure document, resolicitation motion, ballots, status report and other documents (4.5). | 6.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page   23
CHICAGO, IL 60611

| 11/17/11 | E. DAUCHER | Prepare for (.3) and participate in call with DCL Plan proponents re: resolicitation documents (1.2); follow up revisions to resolicitation documents (1.6). | 3.10 hrs. |
| 11/17/11 | M. D. ASHLEY | Reviewed pleadings and confirmation materials relating to reconsideration motions and DCL Plan amendments (1.2). | 1.20 hrs. |
| 11/17/11 | D. M. LeMAY | Review latest revisions of draft Plan and related documents and comment on same (2.6). Conference call of Co-Proponents to discuss documents and prepare to file (1.3). Conference w/A. Rosenblatt and J. Teitelbaum regarding his comments (.8).  Conference w/DPW regarding same (.3).  Two e-mails to H. Seife regarding status (.4). | 5.40 hrs. |
| 11/17/11 | J. MARRERO | Email correspondence with D.LeMay re: plan documents (0.3); draft Intralinks posting re: plan status report (0.6); draft posting re proposal re: allocation disputes (0.5) | 1.40 hrs. |
| 11/17/11 | D. E. DEUTSCH | Review and mark-up drafts of disclosure statement (2.2); meeting with David LeMay, Andrew Rosenblatt and DCL proponent counsel re: revisions to plan/disclosure statement/status report and related documents (1.2); meeting with David LeMay and, in part, Andrew Rosenblatt re: plan issues (.5); call with Kevin Lantry re: specific employee-related plan issues (.2). | 4.10 hrs. |
| 11/17/11 | H. SEIFE | Review of resolicitation motion and exhibits (1.3); review of revised plan and comments (.8); review of comments to status report (1.1); review of revised Exhibit A (.8). | 4.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page   24
CHICAGO, IL 60611

| 11/17/11 | M. ROITMAN | Conference Call with DCL Co-Proponents re: Plan and Disclosure Documents (1.3); Review comments and revisions from co-proponents re: Status Report on Third Amended DCL Plan and Supplemental Disclosure Document (1.3); Meet with A. Rosenblatt re: revisions to Supplemental Disclosure Document (0.4); Correspond with J. Boelter and W. Smith re: Third Amended DCL Plan (0.2); Review ballots/exhibits to Resolicitation Motion (0.8); Correspond with J. Ludwig re: resolicitation package (0.2). | 4.20 hrs. |
| 11/18/11 | D. BAVA | Review of Court's docket re: filing of 3rd amended plan and related documents (.80); post certain materials to Intralinks (.40). | 1.20 hrs. |
| 11/18/11 | H. SEIFE | Review of revised drafts of plan and resolicitation motion (1.8); review of comments to status report (.5); conference with D.LeMay regarding status of negotiations (.5); review of revised disclosure statement (1.1); review of revised allocation dispute protocol (.9). | 4.80 hrs. |
| 11/18/11 | Y. YOO | Continued reviewing Noteholders' Motions for Reconsideration (1.2); continued researching issue re: contractual interpretation of subordination provisions (.7); drafted and revised memorandum re: Noteholders' Motions for Reconsideration and contractual interpretation of PHONES subordination provisions (2.3). | 4.20 hrs. |
| 11/18/11 | D. E. DEUTSCH | Review multiple e-mails from DPW team members re: revisions to plan (.5); review edits to proposed status report drafted by Marc Roitman (.2); review other revised plan-related documents (1.1) exchange e-mails with Marc Roitman re: same (.3). | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 19, 2011
435 N. MICHIGAN AVENUE                                Page   25
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 11/18/11 | M. ROITMAN | Review and comment on Status Conference Report (1.5); Call with J. Boelter re: same (0.2); Correspond with J. Ludwig and D. LeMay re: inclusion of Confirmation Opinion in Resolicitation Package (0.3); Confer/correspond with T. McCormack, R. Kirby and M. Ashley re: Motions for Reconsideration (0.3); Conference call with DCL Co-Proponents (0.9); Confer with C&P team following call (0.2); Confer with D. Bava re: preparations for Nov. 22 Status Hearing (0.4); Review and comment on Revised Third Amended Plan and Allocation Dispute Protocol (1.4); Review and comment on Resolicitation Motion (0.5); Review and comment on Supplemental Disclosure Document (3.9); Correspond with DCL Co-Proponents re: same (0.4); Confer/correspond with D. LeMay and A. Rosenblatt re: same (0.7); Call with K. Lantry and K. Mills re: same (0.3); Correspond with Moelis team re: exhibit to Supplemental Disclosure Document (0.5); Draft email to Committee re: filing of Third Amended Plan and related documents (0.7); correspond with D. Bava re: same (0.3); call with M. McGuire re: same (0.2). | 12.70 hrs. |
| 11/18/11 | M. D. ASHLEY | Call with T. McCormack regarding responses to reconsideration motions (.2); meeting with T. McCormack regarding reconsideration motion responses (.5); reviewed materials relating to reconsideration motion responses (1.9); emails with T. McCormack, M. Roitman regarding same (.3). | 2.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page   26
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 11/18/11 | D. M. LeMAY | Review most recent drafts of today's proposed filing and comment on same (4.8).  Conference call of DCL Proponents to review open issues (.9).  Conference w/H. Seife regarding state of negotiations and documents (.4). Conference w/J. Sottile (2x) regarding same (.3).  Further review and comment on next round of documents (3.2). | 9.60 hrs. |
| 11/18/11 | D. M. LeMAY | Conference w/T. McCormack and J. Sottile regarding motions for reconsideration. | 0.50 hrs. |
| 11/18/11 | E. DAUCHER | Review and revise resolicitation documents (1.8); call with DCL proponent re: resolicitation documents (.7); revise resolicitation motion and circulate same to Debtors' counsel (1.1); review and mark up further drafts of resolicitation documents (.5). | 4.10 hrs. |
| 11/18/11 | A. ROSENBLATT | Review and exchange multiple emails among plan proponents re: status of plan documents, open issues and related issues in advance of filing of plan documents (1.6); emails with LeMay and Roitman re: final comments to documents, proposed changes and related issues (.9). | 2.50 hrs. |
| 11/18/11 | T. J. MCCORMACK | Prep for (0.4) and conf. call with DCL proponents re: reconsideration motion, options and related issues (0.9); confer M. Ashley re: same (0.5). | 1.80 hrs. |
| 11/19/11 | M. ROITMAN | Draft presentation to Court for Nov. 22 Status Hearing (3.1); correspond with A. Rosenblatt and D. LeMay re: same (0.2) | 3.30 hrs. |
| 11/20/11 | M. ROITMAN | Review and revise presentation to Court for Nov. 22 Status Hearing (4.6); correspond with A. Rosenblatt and D. LeMay re: same (0.3) | 4.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page   27
CHICAGO, IL 60611


| | | | |
|---|---|---|---|
| 11/20/11 | M. D. ASHLEY | Reviewed amended DCL Plan and related filings (1.1). | 1.10 hrs. |
| 11/21/11 | M. D. ASHLEY | Reviewed materials relating to motions for reconsideration of plan confirmation ruling (.8); participated in call with DCL counsel regarding responses to reconsideration motions (.4); | 1.20 hrs. |
| 11/21/11 | H. SEIFE | Review of script for court hearing (.3); preparation for court hearing (1.2); emails with A.Rosenblatt regarding status conference (.3). | 1.80 hrs. |
| 11/21/11 | Y. YOO | Continued drafting memorandum re: Noteholders' Motions for Reconsideration and contractual interpretation of PHONES subordination provisions (2.7); corresponded by email with Douglas Deutsch and David LeMay re: same (.1). | 2.80 hrs. |
| 11/21/11 | T. J. MCCORMACK | Prep for (0.5) and conf. call with DCL proponents on motions for reconsideration, options, drafting and timing issues (0.6); confer M. Ashley re: related tasks (0.2). | 1.30 hrs. |
| 11/21/11 | A. ROSENBLATT | Prepare for (.5) and participate on call with DCL Plan Proponents re: strategy, plan process and timing (.8); review pre-presentation script in advance of call and provide comments to same (.9); participate in pre-call discussions with Roitman re: same (.3); participate on second call with DCL Plan Proponents re: reaction to reconsideration motions (.6); draft email summary to Seife re: strategy for next day's hearing and script idea (.5); calls with Teitelbaum re: proposed process for confirmation status hearing with Court and related issues (.6); emails and calls to LeMay re: retiree issues (.6); multiple emails with LeMay | 7.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page    28
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | and Sottile re: process for next day hearing and related issues (.5); review Davis Polk comments to hearing script (.3); continue to work on allocation argument in support of plan distributions (.7); final preparation for attendance at status conference (.5), including emails with Davis Polk re: various hearing-related matters (.4). |  |
| 11/21/11 | M. ROITMAN | Revise presentation to Court for Nov. 22 Status Hearing (1.9); Meet with A. Rosenblatt re: same (0.3); Confer/correspond with A. Rosenblatt and D. LeMay re: same (0.4); Call with DCL Co-Proponents re: preparation for Status Hearing (0.7); Call with DCL Co-Proponents re: Motions for Reconsideration (0.5). | 3.80 hrs. |
| 11/21/11 | D. M. LeMAY | Conference call of Co-Proponent Group regarding tomorrow's hearing (.8).  Follow up teleconference w/J. Sottile (.4).  E-mail H. Seife regarding same (.2); conference call of Co-Proponents regarding motions for reconsideration (.6). | 2.00 hrs. |
| 11/21/11 | D. E. DEUTSCH | Review materials to prepare for meeting with DCL group re: plan/tomorrow's hearing (.8); participate in related call (.5); review outline for tomorrow's hearing (.3); participate in call with DCL litigation team re: responses to motions for reconsideration (.4); exchange e-mails with David LeMay re: research results on confirmation issue (.2); e-mails with Young Yoo on same (.1). | 2.30 hrs. |
| 11/22/11 | D. E. DEUTSCH | Exchange e-mails with David LeMay re: plan/confirmation matters (.2); preliminary review of draft memorandum re: subordination issue analysis (.5); attend hearing telephonically (1.2). | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                  Page    29
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 11/22/11 | D. M. LeMAY | Prepare for status hearing (2.3); participate in pre meetings w/Co-Proponents (1.7). Participate in status hearing in USBC (1.5). Follow up meeting w/co-proponents (.8). | 6.30 hrs. |
| 11/22/11 | A. ROSENBLATT | Prepare for status hearing (2.4); participate in pre-hearing strategy meeting with DCL Plan Proponents (1.3); attend status hearing (1.6); participate in post-hearing meeting with DCL Plan Proponents (.9). | 6.20 hrs. |
| 11/22/11 | T. J. MCCORMACK | Review pertinent materials in advance of hearing (0.4); participate (partial) by phone in 11/22 hearing (0.6). | 1.00 hrs. |
| 11/22/11 | Y. YOO | Continued drafting and revising memorandum re: Noteholders' Motions for Reconsideration and contractual interpretation of PHONES subordination provisions (1.7); corresponded by email with David LeMay and Douglas Deutsch re: same (.2). | 1.90 hrs. |
| 11/22/11 | H. SEIFE | Preparation for court hearing (.7); hearing before Judge Carey regarding status of plan (1.3); conference with D.LeMay regarding case status/strategy (.6). | 2.60 hrs. |
| 11/22/11 | M. ROITMAN | Meeting with DCL Co-Proponents prior to hearing (1.4); Appearance at Bankruptcy Court hearing (1.3); Meeting with DCL Co-Proponents following hearing (0.7); Draft email to Committee reporting on hearing (1.2); Confer with D. LeMay and A. Rosenblatt re: same (0.4) | 5.00 hrs. |
| 11/22/11 | J. MARRERO | Email correspondence with M.Roitman re: status hearing (0.4); draft email to Committee re: same (0.5) | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page   30    '
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 11/22/11 | R. J. GAYDA | Detailed review of relevant filings in similar large Ch. 11 case. | 1.10 hrs. |
| 11/23/11 | H. SEIFE | Review of scheduling options regarding motions for reconsideration and confirmation. | 1.20 hrs. |
| 11/23/11 | D. M. LeMAY | Prepare for (.4) and attend conference call of all parties regarding Confirmation and Allocation Dispute timing (1.1). | 1.50 hrs. |
| 11/23/11 | A. ROSENBLATT | Prepare for (.4) and participate on call with DCL Plan Proponents and other parties in interest re: confirmation process and procedure (1.0); review summary status of confirmation process proposals and next steps (.3); discussions with Roitman re: allocation dispute arguments and setting up meeting with Davis Polk re: same (.4); review appeals memorandum and analysis done by Roitman re: issue raised by Court regarding impact of notice of appeal on ability to confirm amended plan (.5). | 2.60 hrs. |
| 11/23/11 | M. ROITMAN | Conference Call with Debtors, Lenders, and Noteholders re: motions for reconsideration and confirmation (0.8); follow-up confer with A.Rosenblatt (0.3); Draft email memorandum to H. Seife re: motions for reconsideration and confirmation (0.9); confer with A. Rosenblatt re: same (0.2) | 2.20 hrs. |
| 11/26/11 | D. E. DEUTSCH | Review and analysis of memorandum on plan confirmation issue raised by recent Delaware decision (1.1). | 1.10 hrs. |
| 11/28/11 | D. E. DEUTSCH | Review memorandum from Marc Roitman re: report on last week's hearing and meeting with Noteholders on plan process (.3); review materials to prepare for meeting with Tribune confirmation team on confirmation and related matters (.6); participate in related team meeting (1.1); review | 5.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 19, 2011
Page   31

|  |  |  |  |
|---|---|---|---|
|  |  | appeal issue memoranda (.5); hold conference with Marc Roitman and Michael Distefano to discuss related additional research (.4); review proposal from counsel to Aurelius re: confirmation issue scheduling and related matters (.5); participate in related call with all case parties (1.3); participate in part of related call with DCL case professionals (.7); conference with Michael Distefano to discuss confirmation research issue (.3). |  |
| 11/28/11 | D. M. LeMAY | Call to Davis Polk regarding Scheduling Order (.3). Chadbourne team meeting regarding status of all pending matters and strategy for DS and confirmation (1.2). Review Akin Gump draft Scheduling Order and prepare comments on same (.7). Conference call of Co-Proponents re: Scheduling Order (.6). Conference call with all parties re: Scheduling Order (1.2). Conference call of Co-Proponents counsel to prepare for tomorrow's hearing (1.2). | 5.20 hrs. |
| 11/28/11 | M. ROITMAN | Internal meeting with C&P team re: plan/confirmation matters and reconsideration motions (1.2); Review Noteholders' proposed Allocation Dispute Scheduling Order (0.4); Conference call with DCL Co-Proponents in preparation for all-party conference re: plan/confirmation matters (0.5); Conference call with all case parties re: Allocation Dispute Scheduling Order (1.3); Conference call with DCL Co-Proponents following conference re: same (0.9); Research re: reconsideration motions and appeals process (1.1); Confer with D. Deutsch and M. Distefano re: same (0.4); Draft memorandum of law re: unfair discrimination issue (1.9) | 7.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page    32
CHICAGO, IL 60611


| | | | |
|---|---|---|---|
| 11/28/11 | M. DISTEFANO | Research on appeals process (5.7) | 5.70 hrs. |
| 11/28/11 | M. D. ASHLEY | Reviewed article regarding plan confirmation issues and related materials (.4); emails with T. McCormack regarding same (.1); reviewed Committee Board meeting summaries (.3). | 0.80 hrs. |
| 11/28/11 | Y. YOO | Reviewed new caselaw development on court's jurisdictional authority (1.8); review and analysis of EGI-TRB Subordination Agreement (1.6). | 3.40 hrs. |
| 11/28/11 | H. SEIFE | Conference with D.LeMay regarding case status (.4); preparation for conference call with all parties (.7); conference call with Davis Polk (.4); review of Akin draft scheduling order (.5); participate in all-party conference call on scheduling (1.1); participate in post-call meeting with D.LeMay and DCL proponents regarding hearing (1.0); review of revised order (.2). | 4.30 hrs. |
| 11/28/11 | J. MARRERO | Review LA Times article re: leveraged buyouts (0.3); draft posting to Committee re: same (0.4). | 0.70 hrs. |
| 11/28/11 | R. J. GAYDA | Review filings in similar large Ch 11 case for relevant pleadings (.5); review media resources for status of mediation (.6). | 1.10 hrs. |
| 11/28/11 | A. ROSENBLATT | Review draft allocation dispute scheduling order circulated by Akin in advance of group call (.7); DCL plan strategy meeting with Seife, LeMay, Deutsch and Roitman (1.1); meeting with Roitman to review "to do" list following meeting with Seife and LeMay (.2); review prior notice to creditors re: statute of limitations for Step One avoidance claims (.3); review LeMay comments to proposed scheduling order (.2); review notes re: | 6.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page   33
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | appeal/divestiture of jurisdiction issue raised by Sidley and by Court at prior hearing (.4); participate on call with DCL Plan Proponents in advance of call with all parties re: allocation dispute issue (.4); participate on call with all parties in interest re: allocation dispute schedule (1.1); participate on post-call discussion with DCL Plan Proponents and Seife and LeMay (1.2); review Roitman memo/email re: notice to creditors of impending Step Two statute of limitations (.3); review revised proposed allocation schedule sent from Akin and provide comments to same (.6); draft summary chart setting forth various allocation/unfair discrimination outcomes for Moelis to model (.3). |  |
| 11/29/11 | A. ROSENBLATT | Meeting with Roitman re: draft memorandum setting forth unfair discrimination arguments (.6); call with Moelis re: unfair discrimination quantitative analysis (1.0); participate at telephonic court hearing re: allocation dispute schedule and related confirmation issues (.8); participate at post-hearing meeting with LeMay and others (.4); review revised proposed Allocation Dispute/confirmation scheduling order and provide comments to same (.5). | 3.30 hrs. |
| 11/29/11 | H. SEIFE | Preparation for court hearing (.8); hearing before Judge Carey on process/scheduling issues (1.0); post-hearing meeting with team (.4); emails with DCL group regarding hearing (.7). | 2.90 hrs. |
| 11/29/11 | M. D. ASHLEY | Reviewed summary of court status hearing regarding confirmation issues and related materials. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 19, 2011
Page   34

| 11/29/11 | M. ROITMAN | Revise memorandum re: unfair discrimination issue (1.9); Confer with A. Rosenblatt and D. LeMay re: same (0.4); Correspond with Moelis team re: same (0.5); Review revised allocation dispute scheduling order (0.5); confer with D. LeMay re: same (0.2); Appearance at telephonic Bankruptcy Court hearing (0.8); Confer with C&P team and D. Rath following hearing (0.3); Draft email to Committee reporting on telephonic hearing (0.9); confer with D. LeMay re: same (0.2). | 5.70 hrs. |
| 11/29/11 | M. DISTEFANO | Researched appeals process issues and drafted memo re: same (8.9) | 8.90 hrs. |
| 11/29/11 | D. E. DEUTSCH | Review cases (1.6) and hold conference with Michael Distefano re: appeal analysis (.5); hold related call with Adam Landis (.3); further review of relevant case materials (.3); two additional discussions with Michael Distefano regarding same (.4). | 3.10 hrs. |
| 11/29/11 | D. E. DEUTSCH | Participate telephonically in today's confirmation-related hearing (.8) and participate in related confirmation team meeting (.4). | 1.20 hrs. |
| 11/29/11 | D. M. LeMAY | Prepare for (.5) and participate in (.7) telephonic hearing regarding plan scheduling. Review Akin Gump latest draft scheduling order (.6). Meeting w/M. Roitman and A. Rosenblatt regarding next steps in confirmation process (.7). | 2.50 hrs. |
| 11/30/11 | M. ROITMAN | Review and comment upon memorandum re: appealability of discrete determinations in Confirmation Opinion (0.8); Meet with M. Distefano re: same (0.3); correspond with D. Deutsch and M. Distefano re: same (0.2); Review pleadings re: dispute as to allowed amount of PHONES Notes | 4.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 19, 2011
435 N. MICHIGAN AVENUE                               Page   35
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | claims (0.7); correspond with A. Goldfarb re: same (0.2); Review Moelis analyses of impact of subordination (0.8); conference call with A. Rosenblatt and Moelis team re: same (0.3); confer/correspond with A. Rosenblatt re: same (0.3); conference call with DCL co-proponents re: proposed scheduling and procedures (0.9); Correspond with A. Rosenblatt re: revision to proposed scheduling order (0.4). |  |
| 11/30/11 | M. DISTEFANO | Drafted memo re: appeals process (7.2) | 7.20 hrs. |
| 11/30/11 | D. M. LeMAY | Co-Proponents conference call. | 1.00 hrs. |
| 11/30/11 | D. E. DEUTSCH | Exchange e-mails with Michael Distefano re: appeals memorandum (.3); call with Jessica Marrero to discuss research and analysis on temporary allowance of claim request (.2); review Committee posting re: yesterday's hearing (.1). | 0.60 hrs. |
| 11/30/11 | M. D. ASHLEY | Meeting with A. Rosenblatt regarding confirmation plan discovery (.2); reviewed materials relating to allocation issues (.6); reviewed transcript of related court hearing (.4). | 1.20 hrs. |
| 11/30/11 | Y. YOO | Continued drafting and revising memorandum re: PHONES subordination issues (5.2). | 5.20 hrs. |
| 11/30/11 | H. SEIFE | Review of transcript of court hearing (.3); review of Akin revised draft order (.4); work on plan process issues (1.2). | 1.90 hrs. |
| 11/30/11 | J. MARRERO | Review procedural history re WTC Rule 3018 Motion (1.1); conference with D.Deutsch re: same (0.2); summarize procedural history and arguments asserted re: same (0.8). | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 19, 2011
Page   36

| | | | |
|---|---|---|---|
| 11/30/11 | A. ROSENBLATT | Review allocation dispute timeline circulated by Sidley and Dewey and comments to same in advance of group call (.5); participate on DCL Plan Proponent call re: confirmation and allocation disputes (.9); review revised Moelis unfair discrimination quantitative analysis (.8); draft language to insert into allocation dispute scheduling/discovery order (.5); meet with M. Ashley re: same (.2); emails with DCL Plan Proponents re: same (.2); review Dewey comments to allocation dispute scheduling/discovery order (.2); emails with Davis Polk re: meeting to discuss unfair discrimination issue (.2); emails (.3) and call (.3) with Roitman and Moelis re: unfair discrimination issues; begin to review draft appeals memorandum sent from DiStefano addressing appeal/divestiture of jurisdiction issue and others (.4); meeting with LeMay and Roitman re: additional argument/theory to support DCL position in connection with the allocation/unfair discrimination issue (.3) | 4.80 hrs. |
| 11/30/11 | T. J. MCCORMACK | Review issues on allocation for possible discovery (0.6); review materials re: same (0.3). | 0.90 hrs. |

**Total Fees for Professional Services.............. $478,139.50**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 94.80 | 87690.00 |
| H. SEIFE | 995.00 | 69.90 | 69550.50 |
| T. J. MCCORMACK | 875.00 | 18.70 | 16362.50 |
| M. D. ASHLEY | 695.00 | 26.50 | 18417.50 |
| A. ROSENBLATT | 745.00 | 126.10 | 93944.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 19, 2011
435 N. MICHIGAN AVENUE                                 Page    37
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 58.20 | 43359.00 |
| D. BAVA | 295.00 | 1.20 | 354.00 |
| A. K. NELLOS | 655.00 | 3.60 | 2358.00 |
| E. DAUCHER | 495.00 | 40.50 | 20047.50 |
| R. J. GAYDA | 655.00 | 6.20 | 4061.00 |
| R. M. KIRBY | 595.00 | 1.80 | 1071.00 |
| J. MARRERO | 435.00 | 53.50 | 23272.50 |
| M. DISTEFANO | 435.00 | 36.60 | 15921.00 |
| M. ROITMAN | 495.00 | 129.50 | 64102.50 |
| Y. YOO | 565.00 | 31.20 | 17628.00 |
| TOTALS | | 698.30 | 478139.50 |