# EXHIBIT A

**Tribune Co.**
Time Log

Moelis & Company
Summary of Hours Worked
November 1, 2011 - November 30, 2011

| Name | Position | Hours Worked |
|---|---|---:|
| Thane Carlston | Managing Director, Restructuring Group | 0.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 0.0 |
| Zul Jamal | Managing Director, Restructuring Group | 27.5 |
| Ashish Ajmera | Senior Vice President | 35.0 |
| Sandhya Sistla | Analyst | 60.0 |
| | **Total Moelis Team Hours** | **122.5** |

**Tribune Co.**  MOELIS & COMPANY
Time Log - November 2011

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | -- |
| Navid Mahmoodzadegan | Managing Director | -- |
| Zul Jamal | Managing Director | 27.5 |
| Ashish Ajmera | Senior Vice President | 35.0 |
| Sandhya Sistla | Analyst | 60.0 |
| **Total** | | **122.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Zul Jamal | 11/1/2011 | 0.5 | Recovery Analysis |
| Ashish Ajmera | 11/1/2011 | 3.0 | Recovery Analysis |
| Sandhya Sistla | 11/1/2011 | 5.0 | Recovery Analysis |
| Zul Jamal | 11/2/2011 | 0.5 | Recovery Analysis |
| Ashish Ajmera | 11/2/2011 | 3.0 | Recovery Analysis |
| Sandhya Sistla | 11/2/2011 | 3.0 | Recovery Analysis |
| Zul Jamal | 11/3/2011 | 0.5 | Recovery Analysis |
| Ashish Ajmera | 11/3/2011 | 2.0 | Recovery Analysis |
| Sandhya Sistla | 11/3/2011 | 2.0 | Recovery Analysis |
| Zul Jamal | 11/3/2011 | 3.0 | UCC Meeting |
| Ashish Ajmera | 11/3/2011 | 3.0 | UCC Meeting |
| Sandhya Sistla | 11/3/2011 | 3.0 | UCC Meeting |
| Zul Jamal | 11/3/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 11/3/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 11/3/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 11/7/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 11/7/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 11/8/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 11/8/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 11/8/2011 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 11/8/2011 | 5.0 | Recovery Analysis |
| Ashish Ajmera | 11/8/2011 | 5.0 | Recovery Analysis |
| Sandhya Sistla | 11/8/2011 | 5.0 | Recovery Analysis |
| Zul Jamal | 11/9/2011 | 0.5 | Recovery Analysis |
| Ashish Ajmera | 11/9/2011 | 1.0 | Recovery Analysis |
| Sandhya Sistla | 11/9/2011 | 8.0 | Recovery Analysis |
| Zul Jamal | 11/10/2011 | 2.0 | UCC Meeting |
| Ashish Ajmera | 11/10/2011 | 2.0 | UCC Meeting |
| Sandhya Sistla | 11/10/2011 | 2.0 | UCC Meeting |
| Zul Jamal | 11/10/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 11/10/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 11/10/2011 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 11/11/2011 | 1.5 | Monthly FA Call and follow-up analysis |
| Ashish Ajmera | 11/11/2011 | 1.5 | Monthly FA Call and follow-up analysis |
| Sandhya Sistla | 11/11/2011 | 1.5 | Monthly FA Call and follow-up analysis |
| Ashish Ajmera | 11/14/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 11/14/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 11/15/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 11/15/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 11/15/2011 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 11/17/2011 | 1.5 | UCC Meeting |
| Ashish Ajmera | 11/17/2011 | 1.5 | UCC Meeting |
| Sandhya Sistla | 11/17/2011 | 1.5 | UCC Meeting |
| Zul Jamal | 11/17/2011 | 0.5 | Recovery Analysis and A&M Analysis Check |
| Ashish Ajmera | 11/17/2011 | 1.0 | Recovery Analysis and A&M Analysis Check |
| Sandhya Sistla | 11/17/2011 | 7.0 | Recovery Analysis and A&M Analysis Check |
| Ashish Ajmera | 11/21/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 11/21/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 11/22/2011 | 5.0 | Court Hearing - Status Conference |
| Zul Jamal | 11/23/2011 | 1.0 | UCC Meeting |

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | -- |
| Navid Mahmoodzadegan | Managing Director | -- |
| Zul Jamal | Managing Director | 27.5 |
| Ashish Ajmera | Senior Vice President | 35.0 |
| Sandhya Sistla | Analyst | 60.0 |
| **Total** | | **122.5** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 11/23/2011 | 1.0 | UCC Meeting |
| Sandhya Sistla | 11/23/2011 | 1.0 | UCC Meeting |
| Ashish Ajmera | 11/28/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 11/28/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 11/29/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 11/29/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 11/29/2011 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 11/29/2011 | 0.5 | Recovery Analysis |
| Ashish Ajmera | 11/29/2011 | 1.0 | Recovery Analysis |
| Sandhya Sistla | 11/29/2011 | 3.0 | Recovery Analysis |
| Zul Jamal | 11/30/2011 | 0.5 | Recovery Analysis |
| Ashish Ajmera | 11/30/2011 | 1.0 | Recovery Analysis |
| Sandhya Sistla | 11/30/2011 | 1.0 | Recovery Analysis |
| | **Total** | **122.5** | |