# EXHIBIT B

# Tribune Co.

Moelis & Company - November 2011 Expense Summary

|  | | November 2011 |
|---|---|---:|
| Airfare | $ | 1,200.00 |
| Lodging | | 700.00 |
| Travel / Overtime / Weekend meals | | 44.33 |
| Taxi / Transportation / Parking | | 145.40 |
| Telephone | | - |
| Presentations | | 138.97 |
| Other | | - |
| **Total** | **$** | **2,228.70** |

Moelis & Company - November 2011 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|---|
| **AIRFARE** | | | | | | |
| | 11/2/2011 | AIRFARE | Client Mtg. AMERICAN AIRLINES INC | Ajmera | $1,537.27 | $1,200.00 |
| | | | | | Total Requested | $1,200.00 |
| **LODGING** | | | | | | |
| | 11/2/2011 | LODGING | Client Mtg. OMNI BERKSHIRE PLACE | Ajmera | $321.75 | $321.75 |
| | 11/2/2011 | LODGING | Client Mtg. OMNI BERKSHIRE PLACE (hotel tax) | Ajmera | 50.08 | 28.25 |
| | 11/3/2011 | LODGING | Client Mtg. OMNI BERKSHIRE PLACE | Ajmera | 321.75 | 321.75 |
| | 11/3/2011 | LODGING | Client Mtg. OMNI BERKSHIRE PLACE (hotel tax) | Ajmera | 50.08 | 28.25 |
| | | | | | Total Requested | $700.00 |
| **TRAVEL / OT / WEEKEND MEALS** | | | | | | |
| | 11/2/2011 | HOTEL-MEALS | Traveling Meal OMNI BERKSHIRE PLACE | Ajmera | $6.54 | $6.54 |
| | 11/4/2011 | MEALS TRAVEL | Traveling meal TOWNHOUSE CAFE | Ajmera | 14.62 | 14.62 |
| | 11/2/2011 | MEALS TRAVEL | Traveling meal STARBUCKS FC 4 LAX | Ajmera | 7.42 | 7.42 |
| | 11/3/2011 | MEALS TRAVEL | Traveling Meal CAFFE LINDA | Ajmera | 15.75 | 15.75 |
| | | | | | Total Requested | $44.33 |
| **TAXI / TRANSPORTATION/PARKING** | | | | | | |
| | 11/2/2011 | MILEAGE | Client Mtg. | Ajmera | $12.49 | $12.49 |
| | 11/4/2011 | PARKING | LAX Parking LAX AIRPORT LOT P3 | Ajmera | 45.00 | 45.00 |
| | 11/3/2011 | TAXI | Taxi from JFK J AND I MAINTENANCE CORP | Ajmera | 42.65 | 42.65 |
| | 11/4/2011 | TAXI | Taxi to JFK GTM TAXI MANAGEMENT CORP | Ajmera | 45.26 | 45.26 |
| | | | | | Total Requested | $145.40 |
| **PRESENTATIONS** | | | | | | |
| | 10/23/2011 | PRESENTATION | Presentation Services | | $28.17 | $28.17 |
| | 11/3/2011 | PRESENTATION | Presentation Services | | 56.00 | 56.00 |
| | 12/12/2011 | PRESENTATION | Presentation Services | | 54.80 | 54.80 |
| | | | | | Total Requested | $138.97 |
| | | | | | **Month Total** | **$2,228.70** |

Note:
1  Moelis has implemented the following adjustments to certain costs:
   - First Class travel between Los Angeles & New York City: $600 per one-way trip; $1,200 per round trip.  We believe these amounts reflect accurate assumptions of coach tickets between Los Angeles and New York City.
   - Hotel rooms in New York City subject to $350 per night cap
   - Travel breakfast, lunch and dinners subject to a $15, $25 and $50 cap, respectively
   - Large tax/cab charges adjusted to typical taxi cab charge based on estimated distance traveled and location