# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

November 1, 2011 through and including November 30, 2011

| Project Code | Description | Hour | Amount |
|---|---|---|---|
| 5735.00004 | Current Financials | 110.8 | 64,865.00 |
| 5735.00007 | Employee Issues | 2.5 | 1,612.50 |
| 5735.00008 | Plan of Reorganization | 81.6 | 49,179.50 |
| 5735.00015 | UCC Meetings | 29.6 | 19,581.50 |
| 5735.00017 | Billing and Retention | 12.5 | 7,153.00 |
| 5735.00018 | Travel Time (billed at 50%) | 23.2 | 7,482.00 |
| | | **260.2** | **$149,873.50** |

Re: Current Financials
Client/Matter # 005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/01/11 | BH | Review and analyze weekly financial results compared to Plan and revise report to UCC on same. | 2.50 |
| 11/01/11 | BH | Analyze most recent ABC reports. | 1.50 |
| 11/01/11 | BH | Review latest Moelis Media Update Report | 0.60 |
| 11/01/11 | BH | Prepare verbal presentation comments for financial report to UCC. | 1.00 |
| 11/01/11 | ANL | Reviewed 13 week cash flow forecast. | 1.10 |
| 11/01/11 | ANL | Reviewed weekly flash reports. | 2.50 |
| 11/01/11 | ANL | Prepared weekly status update to UCC. | 1.80 |
| 11/02/11 | ANL | Prepared report on Sept and weekly results for UCC meeting. | 2.20 |
| 11/02/11 | BH | Analyze Q3 financial performance compared to Plan. | 2.90 |
| 11/03/11 | ANL | Reviewed Tribune year to date results for publishing and broadcasting. | 1.50 |
| 11/04/11 | ANL | Reviewed weekly revenue flash reports. | 1.80 |
| 11/04/11 | ANL | Reviewed weekly cash flow report and forecast. | 1.50 |
| 11/07/11 | ANL | Prepared weekly status update to the UCC. | 2.10 |
| 11/07/11 | ANL | Reviewed circulation data for 2011. | 1.80 |
| 11/07/11 | ANL | Reviewed Sept YTD results. | 1.50 |
| 11/08/11 | ANL | Prepared weekly status update to the UCC. | 1.60 |
| 11/08/11 | ANL | Reviewed publishing and broadcasting historical data. | 2.10 |
| 11/08/11 | ANL | Reviewed Tribune equity investments data. | 1.50 |
| 11/08/11 | BH | Review and analyze weekly financial performance compared to Plan and revise report to UCC on same. | 2.30 |
| 11/08/11 | BH | Review latest monthly financial reports. | 1.80 |
| 11/09/11 | BH | Discuss potential acquisition of a publishing business with Tribune advisors | 0.50 |
| 11/09/11 | BH | Draft and send memo to Chadbourne on Tribune status of a potential acquisition opportunity. | 0.60 |
| 11/09/11 | BH | Call with Tribune advisors regarding potential sale of Legacy.com equity interests. | 0.50 |
| 11/09/11 | BH | Draft and send memo to Chadbourne on potential sale of equity interest in Legacy.com | 0.50 |
| 11/09/11 | ANL | Prepared weekly status update to the UCC. | 1.80 |
| 11/09/11 | ANL | Reviewed Examiner report and Moelis recovery analysis. | 1.70 |
| 11/09/11 | ANL | Reviewed valuation report. | 1.10 |
| 11/10/11 | ANL | Prepared weekly status report. | 1.50 |
| 11/10/11 | BH | Prepare verbal comments for presentation to UCC meeting of current financial results | 1.00 |

Re: Current Financials
Client/Matter # 005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/11/11 | BH | Participate in conference call hosted by Tribune advisors to review monthly financial results. | 0.50 |
| 11/11/11 | BH | Review latest ABC circulation data for Tribune and competitors | 2.70 |
| 11/11/11 | BH | Read latest Moelis Media Update | 0.60 |
| 11/11/11 | BH | Review letter of interest in regards to potential acquisition of publishing company. | 0.70 |
| 11/11/11 | BH | Review and analyze monthly financial results published by Tribune | 1.40 |
| 11/11/11 | ANL | Participated in monthly Tribune FA call. | 0.40 |
| 11/11/11 | ANL | Reviewed October monthly and YTD results for publishing and broadcasting. | 1.80 |
| 11/14/11 | BH | Obtain updated information on Metromix plans for termination of joint venture. | 1.20 |
| 11/14/11 | YK | Analyzed publishing performance. | 1.20 |
| 11/14/11 | YK | Analyzed broadcasting performance. | 1.30 |
| 11/15/11 | YK | Analyzed cash flows. | 1.50 |
| 11/15/11 | YK | Analyzed publishing results. | 1.10 |
| 11/15/11 | YK | Analyzed broadcasting results. | 1.40 |
| 11/15/11 | YK | Analyzed October 2011 operating results. | 2.10 |
| 11/15/11 | BH | Review weekly financial performance and revise report to UCC on same. | 2.70 |
| 11/15/11 | BH | Review Moelis Media Update | 0.60 |
| 11/16/11 | YK | Reviewed, revised and posted weekly status report. | 0.70 |
| 11/16/11 | ANL | Reviewed weekly status update. | 1.50 |
| 11/16/11 | ANL | Reviewed October monthly and YTD results for publishing and broadcasting. | 2.20 |
| 11/17/11 | BH | Prepare verbal comments for presentation of financial results to UCC. | 1.00 |
| 11/18/11 | BH | Review and analyze terms of sale of San Diego Union compared to valuation analysis of Tribune publishing units | 1.50 |
| 11/21/11 | BH | Review and analyze weekly financial results compared to Plan and revise report to UCC on same | 2.60 |
| 11/21/11 | ANL | Reviewed weekly status update. | 1.80 |
| 11/21/11 | ANL | Reviewed weekly flash reports. | 1.20 |
| 11/21/11 | ANL | Reviewed YTD results for publishing and broadcasting. | 1.30 |
| 11/22/11 | ANL | Reviewed weekly status update. | 1.50 |
| 11/22/11 | ANL | Reviewed 2011 YTD results for publishing and broadcasting. | 1.20 |

Re: Current Financials
Client/Matter # 005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/22/11 | BH | Review Moelis Media Update | 0.70 |
| 11/23/11 | BH | Prepare verbal comments for presentation to UCC of current financial results | 1.00 |
| 11/23/11 | ANL | Prepared weekly status update. | 1.50 |
| 11/23/11 | ANL | Reviewed Metromix memo from Debtor. | 2.10 |
| 11/28/11 | ANL | Reviewed Tribune legal entity map and descriptions. | 0.90 |
| 11/28/11 | ANL | Reviewed weekly flash reports. | 1.70 |
| 11/28/11 | ANL | Prepared weekly status update to UCC. | 2.30 |
| 11/29/11 | ANL | Prepared summary of Tribune minority investments. | 1.50 |
| 11/29/11 | ANL | Reviewed cash reports and monthly operating reports. | 0.80 |
| 11/29/11 | ANL | Prepared weekly status update to UCC. | 1.50 |
| 11/29/11 | ANL | Reviewed Metromix memo and related documents. | 1.30 |
| 11/29/11 | ANL | Call with A&M re various investments | 1.10 |
| 11/29/11 | BH | Call with Tribune advisors to discuss status of investment activity | 1.10 |
| 11/29/11 | BH | Review and analysis of weekly financial results and revise report to UCC on same | 2.10 |
| 11/30/11 | BH | Draft investment update section of report to UCC | 2.30 |
| 11/30/11 | BH | Review the manner in which Tribune proposes to invest dividend proceeds received from equity investments | 2.40 |
| 11/30/11 | ANL | Prepared investment status update for Tribune. | 2.50 |
| 11/30/11 | ANL | Reviewed Lazard valuation report on Tribune investments. | 1.50 |
| | | **Total Hours** | **110.80** |

Re: Current Financials
Client/Matter # 005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Albert Leung | 60.70 | 560.00 | 33,992.00 |
| Brad Hall | 40.80 | 645.00 | 26,316.00 |
| Young Kim | 9.30 | 490.00 | 4,557.00 |
| **Total Hours & Fees** | **110.80** | | **64,865.00** |

Re: Employee Issues
Client/Matter # 005735.00007

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/07/11 | BH | Review separation agreement pertaining to Mr. Wiener of Sun Sentinel. | 0.80 |
| 11/09/11 | BH | Call with Tribune advisors regarding management changes at TMS | 0.70 |
| 11/09/11 | BH | Draft and send memo to Chadbourne about management changes at TMS | 0.50 |
| 11/22/11 | BH | Review motion to approve settlement with Randy Michaels | 0.50 |
| | | **Total Hours** | **2.50** |

Re:                  Employee Issues
Client/Matter #    005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 2.50 | 645.00 | 1,612.50 |
| **Total Hours & Fees** | **2.50** | | **1,612.50** |

Re: Plan of Reorganization
Client/Matter # 005735.00008

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/01/11 | ANL | Reviewed Judge Carey's plan opinion. | 2.80 |
| 11/01/11 | MPM | Reviewed Judge Carey's Opinion on Confirmation Matters. | 1.20 |
| 11/02/11 | AH | Review court decision re: confirmation | 2.00 |
| 11/02/11 | ANL | Reviewed exit financing terms sheet. | 1.50 |
| 11/02/11 | ANL | Reviewed recovery model. | 1.20 |
| 11/02/11 | ANL | Reviewed PHONES estimation and subordination analysis. | 2.20 |
| 11/02/11 | ANL | Reviewed C&P presentation on Judge opinion. | 2.30 |
| 11/02/11 | BH | Review judge's confirmation opinion. | 3.90 |
| 11/03/11 | BH | Discuss impact of judge's confirmation opinion relative to DCL Plan with Albert Leung. | 1.50 |
| 11/03/11 | BH | Participate in conference call with Chadbourne and Sidley regarding proposed Media Claims Stipulation. | 0.80 |
| 11/03/11 | BH | Review analysis of PHONES claims at high and low values. | 0.60 |
| 11/03/11 | BH | Review schedules provided regarding Media Claims Status and Comcast Stipulation | 2.20 |
| 11/03/11 | BH | Review Chadbourne memo on judge's confirmation opinion. | 0.90 |
| 11/03/11 | BH | Review and analyze the impact of subordination of PHONES relative to judge's confirmation opinion. | 1.30 |
| 11/03/11 | ANL | Reviewed PHONES estimation and subordination analysis. | 2.30 |
| 11/03/11 | ANL | Reviewed Judge Carey's plan opinion and Chadbourne analysis. | 2.80 |
| 11/03/11 | MPM | Reviewed C&P presentation on Carey opinion. | 0.80 |
| 11/04/11 | ANL | Reviewed DCL plan. | 2.30 |
| 11/04/11 | ANL | Reviewed Judge Carey's plan opinion and Chadbourne analysis. | 2.50 |
| 11/07/11 | ANL | Reviewed confirmation report. | 1.80 |
| 11/08/11 | ANL | Reviewed confirmation report. | 1.60 |
| 11/08/11 | BH | Review newspaper articles on status of confirmation process. | 0.40 |
| 11/09/11 | BH | Review Lazard valuation reports relative to values of equity interests in investments. | 2.40 |
| 11/10/11 | ANL | Reviewed Moelis recovery analysis. | 1.20 |
| 11/11/11 | ANL | Reviewed Examiner report and Moelis recovery analysis. | 2.50 |
| 11/11/11 | ANL | Reviewed Chadbourne presentation on Judge opinion. | 1.30 |
| 11/15/11 | BH | Review motions for reconsiderations | 2.50 |
| 11/16/11 | BH | Analyze Tribune advisors updated recovery model. | 1.50 |
| 11/16/11 | BH | Analyze Tribune advisors allocation adjustments based upon judge's confirmation opinion. | 3.00 |
| 11/16/11 | BH | Discuss Tribune advisors allocation adjustments with Moelis | 1.00 |

Re:              Plan of Reorganization
Client/Matter #  005735.00008

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | and compare to Moelis model findings. | |
| 11/16/11 | ANL | Participated in conference call with Debtors and advisors regarding revised DCL plan recovery scenarios. | 1.20 |
| 11/16/11 | ANL | Reviewed revised DCL plan recovery scenarios model. | 2.50 |
| 11/16/11 | ANL | Reviewed revised allocation exhibit per DCL plan. | 1.50 |
| 11/17/11 | BH | Review and analyze the updated recovery model of Tribune advisors based upon PHONES and EGI subordination alternatives. | 1.60 |
| 11/17/11 | BH | Review draft status report on Third Amended Plan of Reorganization | 1.80 |
| 11/18/11 | BH | Review and analyze the updated financial model supporting the Supplemental Disclosure Statement. | 1.70 |
| 11/21/11 | ANL | Reviewed revised DCL plan recovery scenarios model. | 2.20 |
| 11/21/11 | ANL | Reviewed revised allocation exhibit per DCL plan. | 1.20 |
| 11/22/11 | ANL | Reviewed third amended DCL plan. | 2.80 |
| 11/22/11 | ANL | Reviewed noteholder plan filings. | 1.50 |
| 11/28/11 | ANL | Reviewed Lazard valuation report. | 2.20 |
| 11/29/11 | ANL | Reviewed DCL Plan and Lazard valuation report. | 2.10 |
| 11/30/11 | ANL | Reviewed Resolicitation motion. | 1.20 |
| 11/30/11 | ANL | Reviewed disclosure statement motion. | 1.30 |
| 11/30/11 | ANL | Reviewed draft DCL amended plan. | 2.50 |
| | | **Total Hours** | **81.60** |

Re:                 Plan of Reorganization
Client/Matter #   005735.00008

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Michael P Murphy | 2.00 | 855.00 | 1,710.00 |
| Alan Holtz | 2.00 | 855.00 | 1,710.00 |
| Albert Leung | 50.50 | 560.00 | 28,280.00 |
| Brad Hall | 27.10 | 645.00 | 17,479.50 |
| **Total Hours & Fees** | **81.60** | | **49,179.50** |

Re: UCC Meetings
Client/Matter # 005735.00015

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/01/11 | ANL | Attended UCC professionals' call. | 0.90 |
| 11/01/11 | BH | Professional call hosted by Chadbourne | 0.80 |
| 11/03/11 | BH | Participate in UCC professionals meeting. | 1.00 |
| 11/03/11 | BH | Participate in UCC in-person meeting and present report on financial status of Debtor. | 4.00 |
| 11/03/11 | ANL | Participate in UCC professionals' call to prepare for UCC meeting. | 1.20 |
| 11/03/11 | ANL | Participate with UCC meeting re Judge opinion and PHONES subordination. | 3.50 |
| 11/03/11 | AH | Attend pre-meeting of UCC professionals re: court decision | 0.80 |
| 11/03/11 | AH | Attend UCC meeting at Chadbourne | 2.50 |
| 11/08/11 | BH | Participate in professionals meeting hosted by Chadbourne. | 0.50 |
| 11/10/11 | BH | Participate in professionals meeting hosted by Chadbourne | 0.70 |
| 11/10/11 | BH | Participate in UCC meeting and present report on current financial results. | 2.00 |
| 11/10/11 | AH | Pre-meeting of professionals for UCC meeting | 0.70 |
| 11/10/11 | AH | UCC meeting at Chadbourne | 2.50 |
| 11/10/11 | ANL | Participated in UCC professionals meeting. | 1.20 |
| 11/10/11 | ANL | Attended in person UCC meeting at Chadbourne. | 2.30 |
| 11/15/11 | BH | Participate in professionals meeting hosted by Chadbourne | 0.90 |
| 11/17/11 | BH | Participate in UCC meetings and present report on financial performance of Debtor | 1.50 |
| 11/23/11 | BH | Participate in UCC meeting and present report on financial results | 1.10 |
| 11/23/11 | ANL | Participated in UCC telephonic meeting. | 1.20 |
| 11/29/11 | BH | Participate in professionals meeting hosted by Chadbourne | 0.30 |
| | | **Total Hours** | **29.60** |

Re:            UCC Meetings
Client/Matter #   005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 6.50 | 855.00 | 5,557.50 |
| Albert Leung | 10.30 | 560.00 | 5,768.00 |
| Brad Hall | 12.80 | 645.00 | 8,256.00 |
| **Total Hours & Fees** | **29.60** | | **19,581.50** |

Re: Billing and Retention
Client/Matter # 005735.00017

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/07/11 | ANL | Prepared October 2011 fee application and exhibits. | 1.50 |
| 11/08/11 | ANL | Prepared October 2011 fee application and exhibits. | 1.20 |
| 11/11/11 | ANL | Prepared October 2011 fee application and exhibits. | 1.50 |
| 11/21/11 | ANL | Prepared October 2011 fee application and exhibits. | 1.10 |
| 11/22/11 | ANL | Prepared October 2011 fee application and exhibits. | 1.50 |
| 11/23/11 | ANL | Prepared October 2011 fee application and exhibits. | 2.10 |
| 11/28/11 | ANL | Prepared October 2011 fee application and exhibits. | 1.80 |
| 11/28/11 | BH | Review and revise fee application | 1.80 |
| | | **Total Hours** | **12.50** |

Re: Billing and Retention
Client/Matter # 005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 10.70 | 560.00 | 5,992.00 |
| Brad Hall | 1.80 | 645.00 | 1,161.00 |
| **Total Hours & Fees** | **12.50** | | **7,153.00** |

Re: Travel Time (billed at 50%)
Client/Matter # 005735.00018

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/02/11 | BH | Fly from San Francisco to New York for UCC meeting. | 8.70 |
| 11/04/11 | BH | Fly from New York to Reno following UCC meeting | 10.50 |
| 11/07/11 | BH | Fly from Reno to San Francisco to complete return to office from UCC meeting | 4.00 |
| | | **Total Hours** | **23.20** |

Re:                Travel Time (billed at 50%)
Client/Matter #    005735.00018

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 23.20 | 645.00 | 14,964.00 |
| **Total Hours & Fees** | **23.20** | | **14,964.00** |