# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

November 1, 2011 through and including November 30, 2011

| Expenses | Amount |
|---|---:|
| Conference Calls | 1.65 |
| Meals & Tips | 15.00 |
| Parking & Tolls | 27.00 |
| **Total Disbursements** | **43.65** |

| Date | Disbursement Description | Amount |
|---|---|---:|
| 11/12/11 | Conference Calls - - Raindance Communications, Inc. Brad Hall | 1.65 |
| 11/15/11 | Meals & Tips Young Kim - Overtime Dinner (in town) | 15.00 |
| 11/15/11 | Parking & Tolls Young Kim Parking (in town) | 27.00 |
|  | **Total Disbursements** | **43.65** |