# EXHIBIT A

TRIBUNE COMPANY, et al.

EXHIBIT A

SUMMARY SHEET

| COMMITTEE MEMBER | TOTAL ALLOWED AMOUNT |
|---|---|
| Washington-Baltimore Newspaper Guild | $757.70 |
| Washington-Baltimore Newspaper Guild (Counsel) | $688.00 |
| TOTAL | $1,445.70 |

CPAM: 1811717.18

## SCHEDULE OF EXPENSES

| William Salganik |
| --- |
| Washington-Baltimore Newspaper Guild |
| 10386 Eclipse Way |
| Columbia, MD 21044 |

| Type of Expense | November 3, 2011 Committee Meeting (New York) | November 10, 2011 Committee Meeting (New York) |
| --- | --- | --- |
| Train Fare | $307.70 | $386.00 |
| Parking | 14.00 | 9.00 |
| Mileage | 22.00* | 19.00** |
|  |  |  |
| Total: | $343.70 | $414.00 |

* 44 miles round trip @ $.505/per mile.

** 38 miles round trip @ $.505/per mile.

## TOTAL ALLOWED AMOUNT:   $757.70

# NOVEMBER 3, 2011 RECEIPTS

Sign Off

Locations  Mail  Help  En Español

| Accounts | Bill Pay | Transfers | Investments | Customer Service |
|---|---|---|---|---|
| Accounts Overview | Account Details | My Portfolio | Alerts | Open an Account |

## Transaction Details

**Customer Service**

Add or Change your account nicknames

**Transaction Details**                                      Print

| | |
|---|---|
| Description: | CHECKCARD 1103 AMTRAK 30748695413 NEW YORK PENNNY 24792621308668308390580 |
| Posting Date: | 11/07/2011 |
| Amount: | $103.70 |
| Type: | Debit Card |
| Account Number: | Interest Checking-3770 |
| Cardholder name: | Check Card - 3997 |
| Merchant Category: | Railways Passenger |
| Expense Category: | Transportation |
| Merchant Category Code: | 4112 |

Return to previous screen

Additional Details (?)

My Description:

Save   Cancel

🔒 Secure Area

Accounts · Bill Pay · Transfers · Investments · Customer Service
Privacy & Security · Locations · Alerts · Mail · Help · Site Map · Sign Off

Bank of America, N.A. Member FDIC.  Equal Housing Lender 🏠
© 2011 Bank of America Corporation. All rights reserved.

Statement Date:   10/24/11 - 11/23/11
Account Number:   ████████████
Page 2 of 3
OVER

## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 11/01 | AMTRAK.COM 3051127674067 WASHINGTON DC | 204.00 |
|  | 110311 1 S         BAL       NYP |  |
| 11/03 | PMI BWI AIRPORT PARKNG BWI AIRPORT MD | 44.00 |
| 11/01 | JHU CONTRIBUTION ACCOUNT 410-625-8370 MD | 200.00 |
| 11/03 | PABC PENN STA TRANS BALTIMORE MD | 14.00 |

**NOVEMBER 10, 2011 RECEIPTS**

| AMTRAK Ticket 1 | AMTRAK Ticket 2 | MARC Station Receipt |
|---|---|---|
| Name of Passenger: SALGANIK/MARC MR  7016729670<br>From: NEW YORK PENN, NY<br>To: BWI AIRPORT STA, MD<br>Carrier/Train: 2V 2173<br>Date: 10NOV11<br>Accom: KB  Space/Car<br>EXPRSS BSNESS<br>Form of Payment: VI182.00 4604<br>Rail Fare: $182.00   Accom Charge: $.00<br>Fare Plans:   Total: $182.00<br>BOAE<br>Ticket Number: 7147048615313   No: 01 01<br>Date of Issue: 7NOV11   Reservation #: EE75C<br>1 of 1 | Name of Passenger: SALGANIK/MARC MR  7016729670<br>From: BWI AIRPORT STA, MD<br>To: NEW YORK PENN, NY<br>Carrier/Train: 2V 2154<br>Date: 10NOV11<br>Accom: KA  Space/Car<br>EXPRSS BSNESS<br>Form of Payment: VI204.00 4604<br>Rail Fare: $204.00   Accom Charge: $.00<br>Fare Plans:   Total: $204.00<br>AOAE<br>Ticket Number: 3101000585458   No: 01 01<br>Date of Issue: 06NOV11   Reservation #: 98340<br>PASSENGER RECEIPT | THE MARC STATION<br>THANKS YOU<br>PLEASE COME AGAIN<br><br>Rcpt# 7881<br>11/10/11 22:50   L#19 A# 1   Txn# 14824<br>11/10/11 06:58 In   11/10/11 22:50 Out<br>Tkt# 391537<br>Visa Card         $ 9.00<br>XXXXXXXXXXXX3997 10/15<br>Approval No.: 145336<br>Reference No.: 00000084 |

| | | |
|---|---|---|
| Washington-Baltimore Newspaper Guild (Counsel)<br>Robert E. Paul, Esq.<br>Zwerdling, Paul, Kahn & Wolly, P.C.<br>1025 Connecticut avenue, N.W.<br>Suite 712<br>Washington, DC  20036 | | |
| **Type of Expense** | **November 3, 2011<br>Committee Meeting<br>(New York)** | **November 10, 2011<br>Committee Meeting<br>(New York)** |
| Train Fare | $349.00 | $317.00 |
| Parking | 22.00 | .00 |
| Total: | $371.00 | $317.00 |

**TOTAL ALLOWED AMOUNT:   $688.00**

CPAM: 1811717.18

# NOVEMBER 3, 2011 RECEIPTS

**AMTRAK**

Name of Passenger: PAUL/ROBERT MR
7008311552
From: WASHINGTON, DC
To: NEW YORK PENN, NY
Carrier/Train: 2V 2154    Date: 03NOV11
Accom: KA
Form of Payment: EXPRSS BSNESS
AX213.00 3003
Rail Fare: $213.00    Accom Charge: $.00
Total: $213.00
AQAE
Ticket Number: 3061048507346    No. 01 01
Date of Issue: 02NOV11    Reservation #: 446BB
PASSENGER RECEIPT

**AMTRAK**

Name of Passenger: PAUL/AR
7008311552
From: NEW YORK PENN, NY
To: WASHINGTON, DC
Carrier/Train: 2V 93    Date: 03NOV11
Accom: YA
RESERVD COACH
Form of Payment: AX136.00 3003
Rail Fare: $136.00    Accom Charge: $.00
Total: $136.00
AOF1
Ticket Number: 3072210570749    No. 01 01
Date of Issue: 03NOV11    Reservation #: 60F99
PASSENGER RECEIPT

```
Terminal#:18 Cashier#:4
11/3/2011 6:31 AM
11/3/2011 5:28 PM - 10:58
663996075 / #203713
DAILY      : $       22.00
TOTAL      : $       22.00
   CRDT CRD : $      22.00
************3003 Swiped
AMERICAN EXPRESS
Purchase 11/11/03 17:28:54
Seq# 376168
Auth# 522940
APPROVED
------------------------------
       THANK YOU FOR
       PARKING WITH US
       DRIVE CAREFULLY


           USPG
    UNION STATION GARAGE
       202-898-1950
------------------------------
```

NOVEMBER 10, 2011 RECEIPTS

**Ticket 1 (Amtrak Passenger Receipt):**
- Name of Passenger: PAUL/ROBERT MR
- 7008311552
- From: NEW YORK PENN, NY
- To: WASHINGTON, DC
- Carrier/Train: 2V 163
- Date: 12NOV11
- Accom: YD
- RESERVD COACH
- Form of Payment: AX80.00 3003
- Rail Fare: $80.00
- Accom Charge: $.00
- Total: $80.00
- DOF1
- Ticket Number: 3131129571774
- No. 01 of 01
- Date of Issue: 09NOV11
- Reservation #: D4EA4
- PASSENGER RECEIPT

**Ticket 2 (Amtrak Passenger Receipt):**
- Name of Passenger: PAUL/ROBERT MR
- 7008311552
- From: WASHINGTON, DC
- To: NEW YORK PENN, NY
- Carrier/Train: 2V 2154
- Date: 10NOV11
- Accom: K
- EXPRSS BSNESS
- Form of Payment: AX237.00 3003
- Rail Fare: $237.00
- Accom Charge: $.00
- Total: $237.00
- KOAE
- Ticket Number: 3131129571766
- No. 01 of 01
- Date of Issue: 09NOV11
- Reservation #: D4EA4
- PASSENGER RECEIPT