# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---:|---:|
| Reliance/Times Mirror – 00004 | .60 | $307.50 |
| Insurance Counseling – 00005 | 14.70 | $6,931.00 |
| Fee Applications – 00009 | 14.90 | $4,944.00 |
| HR Investigation - 00011 | .30 | $207.00 |
| **TOTAL:** | **30.50** | **$12,389.50** |

US_ACTIVE-107928467.1-JCFALGOW

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Miller, Steven A. | Partner. Joined firm in 2006. Member of IL bar since 1979. | $690.00 | .30 | $207.00 |
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL bar since 1987. | $560.00 | 7.20 | $4,032.00 |
| Walker-Bright, Paul R. | Partner. Joined firm in 2008. Member of IL bar since 1994. | $535.00 | 2.60 | $1,391.00 |
| Moss, J Andrew | Partner. Joined firm in 2003. Member of IL Bar since 1999. Member of CA bar since 2003 | $520.00 | 1.30 | $676.00 |
| Law, Timothy P. | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $465.00 | .30 | $139.50 |
| Raines, Lana J. | Associate. Joined firm in 2003. Member of IL bar since 2002. | $450.00 | 9.60 | $4,320.00 |
| J. Cory Falgowski | Associate. Joined firm as associate in 2004. Member of DE bar since 2004. | $410.00 | .50 | $205.00 |
| Lankford, Lisa A. | Practice Group Specialist. Joined Firm in 2000. | $170.00 | 7.20 | $1,224.00 |
| Somoza, Silvia | Paralegal since 2007. Joined Firm in 2007. | $130.00 | 1.50 | $195.00 |
| **Grand Total:** | | | 30.50 | $12,389.50 |
| Blended Rate: | | | | $406.21 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $503.23 |

US_ACTIVE-107928467.1-JCFALGOW

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2212073
Invoice Date: December 16, 2011

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through November 30, 2011

| **NON-BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Reliance/Times Mirror 503842.00004 | $307.50 | $0.00 | $307.50 |
| RE: | Insurance Counseling 503842.00005 | $5,391.00 | $237.44 | $5,628.44 |
| | **Current Invoice Total:** | **$5,698.50** | **$237.44** | **$5,935.94** |
| **BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
| RE: | Insurance Counseling 503842.00005 | $1,540.00 | $0.00 | $1,540.00 |
| RE: | Fee Applications 503842.00009 | $4,944.00 | $358.30 | $5,302.30 |
| RE: | HR Investigation 503842.00011 | $207.00 | $0.00 | $207.00 |
| | **Current Invoice Total:** | **$6,691.00** | **$358.30** | **$7,049.30** |
| | | | **CURRENT TOTAL:** | **$12,985.24** |

**REMITTANCE COPY**

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2212073)

**NON-BANKRUPTCY/REORGANIZATION**
**RE:   Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/30/11 | TPL | E-mail exchange with clients regarding Reliance liquidation claim question. | 0.30 |
| 11/30/11 | JDS | Analyzed and exchanged emails with client, T. Law regarding Reliance claim issue. | 0.30 |

|  |  | TOTAL FEES: | $307.50 |
|---|---|---|---|

|  |  | Fees & Disbursements | $307.50 |
|---|---|---|---|

**NON-BANKRUPTCY/REORGANIZATION**
**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.30 | 560.00 | 168.00 |
| TPL | T.P. Law | 0.30 | 465.00 | 139.50 |
|  |  | 0.60 |  | 307.50 |

# NON-BANKRUPTCY/REORGANIZATION
### RE:   Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/01/11 | LJR | Followed up with client regarding upcoming D&O and FLI renewals (.3). | 0.30 |
| 11/01/11 | SS | Reviewed and prepared binder of insurance policies for attorney review. | 0.80 |
| 11/02/11 | PRW | Reviewed third-party complaint against LA Times and insurance policies regarding coverage for same (0.7); prepared e-mail to client discussing same (0.1). | 0.80 |
| 11/02/11 | JDS | Analyzed client email regarding insurer response to proposed changes to agreement (.2); analyzed P. Walker-Bright emails to client regarding possible coverage for third party claim (.2). | 0.40 |
| 11/03/11 | JDS | Conferred with L. Raines regarding client question on FLI coverage. | 0.20 |
| 11/04/11 | PRW | Reviewed insurance policies for coverage regarding third-party and prepared e-mail to client regarding same. | 1.10 |
| 11/04/11 | JDS | Prepared email to client regarding insurance agreement. | 0.20 |
| 11/06/11 | LJR | Followed up with client regarding proposed language for inquiry regarding insurance coverage. | 0.20 |
| 11/08/11 | PRW | Emails with J. Shugrue regarding insurance claim issue (.2); reviewed insurance policy regarding same (.3); prepared e-mail to client regarding same (.2) | 0.70 |
| 11/08/11 | JDS | Emails with client, P. Walker-Bright regarding insurance coverage issues concerning 3d party claim (.3); telephone conference with client regarding same (.3). | 0.60 |
| 11/09/11 | AJM | Communications with J. Shugrue regarding Neil claim settlement issues. | 0.10 |
| 11/09/11 | JDS | Emails with A. Moss regarding Neil settlement. | 0.10 |
| 11/11/11 | SS | Reviewed and catalogued case file correspondence; compiled policies for attorney review. | 0.40 |
| 11/16/11 | LJR | Conferred with J. Shugrue and A. Moss regarding coverage for preference lawsuits and other coverage related items and reviewed notes from same (.2); followed up with Tribune regarding upcoming insurance renewal (.1). | 0.30 |
| 11/16/11 | AJM | Communications with J. Shugrue and L. Raines to discuss status of Neil settlement and potential coverage for preference actions (.2). | 0.20 |
| 11/16/11 | JDS | Conferred with A. Moss, L. Raines regarding status, follow up regarding insurance coverage projects (.2). | 0.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/17/11 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 11/21/11 | AJM | Reviewed email from D. Davidson (GreatBanc) regarding insurance funding of Neil settlement. | 0.10 |
| 11/21/11 | JDS | Telephone conference with client, insurance broker regarding upcoming insurance renewals (1.0); analyzed communication from broker regarding same (.5); telephone conference with client regarding same (.2); analyzed and exchanged emails with client, bankruptcy counsel regarding insurance issues involving post-petition third-party claim (.2). | 1.90 |
| 11/22/11 | LJR | Met with J. Shugrue regarding insurance renewals. | 0.20 |
| 11/22/11 | JDS | Conferred with L. Raines regarding insurance renewal issues and action plan. | 0.20 |
| 11/27/11 | LJR | Began review and analysis of policies in connection with 2011 renewal. | 1.90 |
| 11/30/11 | AJM | Reviewed email from D. Davidson (GreatBanc) regarding confirmation of settlement payments in Neil ERISA litigation. | 0.10 |
| 11/30/11 | JDS | Emails with GreatBanc counsel regarding preliminary funding of Neil settlement. | 0.20 |

                          TOTAL FEES:              $5,391.00


### CURRENT DISBURSEMENTS

| 11/30/2011 | PACER | | 24.40 |
|---|---|---|---|
| 11/30/2011 | Taxi Expense | | 213.04 |
| | | Total Disbursements | 237.44 |
| | | Fees & Disbursements | $5,628.44 |

## NON-BANKRUPTCY/REORGANIZATION
**Fee Summary: Insurance Counseling**

| ID  | Names             | Hours | Rate   | Amount   |
|-----|-------------------|-------|--------|----------|
| JDS | J.D. Shugrue      | 4.00  | 560.00 | 2,240.00 |
| AJM | A.J. Moss         | 0.50  | 520.00 | 260.00   |
| PRW | P.R. Walker-Bright| 2.60  | 535.00 | 1,391.00 |
| LJR | L.J. Raines       | 2.90  | 450.00 | 1,305.00 |
| SS  | S. Somoza         | 1.50  | 130.00 | 195.00   |
|     |                   | 11.50 |        | 5,391.00 |

## BANKRUPTCY/REORGANIZATION
### RE: Fee Applications

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/13/11 | JCF | Reviewed fee applications and communications with L. Lankford regarding same. | 0.30 |
| 11/08/11 | LL | Drafted CNO's to RS's 31st Monthly & 11th Interim Fee Applications (.6); e-mail correspondence with J. Shugrue regarding same (.2). | 0.80 |
| 11/08/11 | JDS | Analyzed CNOs and provided comment on same to C. Falgowski, L. Lankford. | 0.20 |
| 11/10/11 | LL | E-mail correspondence with J. Shugrue regarding CNO's to RS's 31st Monthly & 11th Interim Fee Applications and finalized same for filing. | 0.80 |
| 11/10/11 | JDS | Analyzed and revised invoices in connection with monthly fee application (.2); emails with L. Lankford regarding same (.1). | 0.30 |
| 11/11/11 | JDS | Analyzed and edited invoices for monthly fee application. | 0.50 |
| 11/15/11 | JDS | Preliminary work on monthly fee application. | 0.20 |
| 11/16/11 | JDS | Worked on revisions to invoices for monthly fee application. | 0.10 |
| 11/17/11 | LL | Drafted CNO to RS's 32nd Monthly Fee Application (.4); drafted RS's 33rd Monthly Fee Application (.8). | 1.20 |
| 11/17/11 | JDS | Analyzed CNO for 32d monthly fee application and authorized filing of same. | 0.20 |
| 11/20/11 | LJR | Reviewed and revised November invoice for October time in connection with filing of fee application. | 3.40 |
| 11/21/11 | LL | E-mail correspondence with J. Shugrue regarding final invoice for RS's 33rd Monthly Fee Application (.2); e-mail correspondence to C. Falgowski regarding CNO to RS's 32nd Monthly Fee Application (.1). | 0.30 |
| 11/21/11 | LJR | Finalized revised invoice and circulated same to team for filing of fee application. | 1.30 |
| 11/21/11 | JDS | Worked on narrative text for 33d monthly fee application and emailed same to L. Lankford. | 0.30 |
| 11/22/11 | LL | Conferred with C. Falgowski regarding CNO to RS's 32nd Monthly Fee Application (.1); revisions to same (.4); revisions and calculations regarding RS's 33rd Monthly Fee Application (1.6). | 2.10 |
| 11/22/11 | JCF | Reviewed fee applications and conferred with L. Lankford regarding same. | 0.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/22/11 | JDS | Analyzed final draft of 33d monthly fee application and communicated with L. Lankford regarding filing of same. | 0.50 |
| 11/23/11 | LL | Prepared RS's 33rd Monthly Fee Application for filing on 11/25/11. | 0.30 |
| 11/25/11 | LL | E-file and service of RS's 33rd Monthly Fee Application. | 1.00 |
| 11/25/11 | JDS | Analyzed filing documents regarding 33d monthly fee application and L. Lankford emails regarding same. | 0.20 |
| 11/30/11 | LL | Updated fee spreadsheet. | 0.70 |

TOTAL FEES: $4,944.00

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 11/30/2011 | Courier Service - Outside | 358.30 |
| | Total Disbursements | 358.30 |
| | Fees & Disbursements | $5,302.30 |

**BANKRUPTCY/REORGANIZATION**
Fee Summary: Fee Applications

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 2.50 | 560.00 | 1,400.00 |
| JCF | J.C. Falgowski | 0.50 | 410.00 | 205.00 |
| LJR | L.J. Raines | 4.70 | 450.00 | 2,115.00 |
| LL | L. Lankford | 7.20 | 170.00 | 1,224.00 |
| | | 14.90 | | 4,944.00 |

**BANKRUPTCY/REORGANIZATION**
**RE:　HR Investigation**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/29/11 | SAM | Telephone conference with client. | 0.30 |

　　　　　　　　　　　　　　TOTAL FEES:　　　　　　　$207.00

　　　　　　　　　　　　　　　　　Fees & Disbursements　　$207.00

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: HR Investigation**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| SAM | S.A. Miller | 0.30 | 690.00 | 207.00 |
|  |  | 0.30 |  | 207.00 |

## BANKRUPTCY/REORGANIZATION
### RE: Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/01/11 | LJR | Followed up with counsel for individual defendant regarding fraudulent conveyance actions (.2); followed up regarding insurance issue (.2). | 0.40 |
| 11/02/11 | LJR | Drafted notice letter for third-party claim. | 1.20 |
| 11/02/11 | JDS | Analyzed draft notice to insurer regarding third party matter (.2). | 0.20 |
| 11/16/11 | LJR | Conferred with J. Shugrue and A. Moss regarding coverage for preference lawsuits and other coverage related items and reviewed notes from same (.2); followed up regarding issue related to shareholder actions (.2). | 0.40 |
| 11/16/11 | AJM | Communications with J. Shugrue and L. Raines to discuss status of Neil settlement and potential coverage for preference actions (.2); reviewed and analyzed court opinion on Chapter 11 plan and new articles discussing same (.6). | 0.80 |
| 11/16/11 | JDS | Conferred with A. Moss, L. Raines regarding status, follow up regarding insurance coverage projects. | 0.20 |

TOTAL FEES:     $1,540.00

## BANKRUPTCY/REORGANIZATION
### Fee Summary: Insurance Counseling

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.40 | 560.00 | 224.00 |
| AJM | A.J. Moss | 0.80 | 520.00 | 416.00 |
| LJR | L.J. Raines | 2.00 | 450.00 | 900.00 |
|   |   | 3.20 |   | 1,540.00 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2212073
Invoice Date: December 16, 2011

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through November 30, 2011

| | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| **NON-BANKRUPTCY/REORGANIZATION** | | | | |
| RE: | Reliance/Times Mirror 503842.00004 | $307.50 | $0.00 | $307.50 |
| RE: | Insurance Counseling 503842.00005 | $5,391.00 | $237.44 | $5,628.44 |
| | **Current Invoice Total:** | **$5,698.50** | **$237.44** | **$5,935.94** |
| **BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
| RE: | Insurance Counseling 503842.00005 | $1,540.00 | $0.00 | $1,540.00 |
| RE: | Fee Applications 503842.00009 | $4,944.00 | $358.30 | $5,302.30 |
| RE: | HR Investigation 503842.00011 | $207.00 | $0.00 | $207.00 |
| | **Current Invoice Total:** | **$6,691.00** | **$358.30** | **$7,049.30** |
| | | | **CURRENT TOTAL:** | **$12,985.24** |

**INVOICE IS PAYABLE UPON RECEIPT**