# EXHIBIT C

## EXPENSE SUMMARY

BY EXPENSE CATEGORY:

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| Outside Database | PACER | $24.40 |
| Courier | Parcels/DLS | $358.30 |
| Taxi Expenses | | $213.04 |
| **TOTAL:** | | **$595.74** |

US_ACTIVE-107928467.1-JCFALGOW

## EXPENSE SUMMARY

BY MATTER:

| Expense Category (Examples) | Service Provider (if applicable) | Reliance/ Times Mirror – 00004 | Insurance Counseling – 00005 | Marsh - 00008 | Fee Applications – 00009 | HR Investigation – 00011 | TOTALS |
|---|---|---|---|---|---|---|---|
| Printing/Duplicating/ Scanning | | | | | | | $0.00 |
| Outside Database | PACER | $24.40 | | | | | $24.40 |
| Meal Expenses | | | | | | | $0.00 |
| Courier | Parcels/DLS | | | | $358.30 | | $358.30 |
| Air Travel Expenses | | | | | | | $0.00 |
| Taxi Expenses | | $213.04 | | | | | $213.04 |
| Legal Research | Lexis/Nexis | | | | | | $0.00 |
| TOTAL: | | $237.44 | $0.00 | $0.00 | $358.30 | $0.00 | $595.74 |

US_ACTIVE-107928467.1-JCFALGOW

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/17/11 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 11/21/11 | AJM | Reviewed email from D. Davidson (GreatBanc) regarding insurance funding of Neil settlement. | 0.10 |
| 11/21/11 | JDS | Telephone conference with client, insurance broker regarding upcoming insurance renewals (1.0); analyzed communication from broker regarding same (.5); telephone conference with client regarding same (.2); analyzed and exchanged emails with client, bankruptcy counsel regarding insurance issues involving post-petition third-party claim (.2). | 1.90 |
| 11/22/11 | LJR | Met with J. Shugrue regarding insurance renewals. | 0.20 |
| 11/22/11 | JDS | Conferred with L. Raines regarding insurance renewal issues and action plan. | 0.20 |
| 11/27/11 | LJR | Began review and analysis of policies in connection with 2011 renewal. | 1.90 |
| 11/30/11 | AJM | Reviewed email from D. Davidson (GreatBanc) regarding confirmation of settlement payments in Neil ERISA litigation. | 0.10 |
| 11/30/11 | JDS | Emails with GreatBanc counsel regarding preliminary funding of Neil settlement. | 0.20 |

TOTAL FEES: $5,391.00

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 11/30/2011 | PACER | 24.40 |
| 11/30/2011 | Taxi Expense | 213.04 |
| | Total Disbursements | 237.44 |
| | Fees & Disbursements | $5,628.44 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/22/11 | JDS | Analyzed final draft of 33d monthly fee application and communicated with L. Lankford regarding filing of same. | 0.50 |
| 11/23/11 | LL | Prepared RS's 33rd Monthly Fee Application for filing on 11/25/11. | 0.30 |
| 11/25/11 | LL | E-file and service of RS's 33rd Monthly Fee Application. | 1.00 |
| 11/25/11 | JDS | Analyzed filing documents regarding 33d monthly fee application and L. Lankford emails regarding same. | 0.20 |
| 11/30/11 | LL | Updated fee spreadsheet. | 0.70 |

|  |  |
|---|---|
| TOTAL FEES: | $4,944.00 |

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 11/30/2011 | Courier Service - Outside | 358.30 |
| | Total Disbursements | 358.30 |
| | Fees & Disbursements | $5,302.30 |

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 2.50 | 560.00 | 1,400.00 |
| JCF | J.C. Falgowski | 0.50 | 410.00 | 205.00 |
| LJR | L.J. Raines | 4.70 | 450.00 | 2,115.00 |
| LL | L. Lankford | 7.20 | 170.00 | 1,224.00 |
| | | 14.90 | | 4,944.00 |