# **EXHIBIT A**



LEVINE SULLIVAN
KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

December 1, 2011                                                              Invoice 1862    MDS

In Reference To: 00499-003 - Mitchell v. Baltimore Sun

Client: Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 11/30/11 | MDS | Respond to inquiry from client regarding status of claim. | 0.30<br>445.00/hr | 133.50 |
| | | **For professional services rendered** | **0.30** | **$133.50** |
| | | **Total Amount of this Bill** | | **$133.50** |

## Levine Sullivan Koch & Schulz, L.L.P.

I.D. 00499-003 - MDS  
Re: Mitchell v. Baltimore Sun

December 1, 2011  
Invoice 1862  
Page 2

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Michael D. Sullivan | 0.30 | 445.00 | 133.50 |
| **Totals** | **0.30** |  | **$133.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP  
1050 SEVENTEENTH STREET, N.W.  
SUITE 800  
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



# LEVINE SULLIVAN KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

December 1, 2011

Invoice 1951    DAS

In Reference To:  00499-008 - General

Client:  Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 11/14/11 | RP | Review issues relating to copyright (.2); telephone conference with client regarding same (.2). | 0.40<br>445.00/hr | 178.00 |
| | | **For professional services rendered** | **0.40** | **$178.00** |
| | | **Total Amount of this Bill** | | **$178.00** |

Levine Sullivan Koch & Schulz, L.L.P.

|  |  |
|---|---|
| I.D. 00499-008 - DAS | December 1, 2011 |
| Re: General | Invoice 1951 |
|  | Page 2 |

## Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Robert Penchina | 0.40 | 445.00 | 178.00 |
| **Totals** | **0.40** |  | **$178.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

December 1, 2011                                              Invoice  1883    NES
In Reference To:  00499-071 - Henke
Client:  Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 11/29/11 | NES | Review proposed revisions to stipulation and exchange email with J. Ludwig and client regarding same. | 0.50<br>445.00/hr | 222.50 |
| | | **For professional services rendered** | **0.50** | **$222.50** |
| | | **Total Amount of this Bill** | | **$222.50** |

## Levine Sullivan Koch & Schulz, L.L.P.

I.D. 00499-071 - NES  
Re: Henke

December 1, 2011  
Invoice 1883  
Page 2

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Nathan E. Siegel | 0.50 | 445.00 | 222.50 |
| **Totals** | **0.50** |  | **$222.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP  
1050 SEVENTEENTH STREET, N.W.  
SUITE 800  
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



LEVINE SULLIVAN
KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY  10017

December 1, 2011                                                                                    Invoice  1913      RP

In Reference To:  00499-077 - Journal Publ. v. Hartford Courant

Client:  Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 11/07/11 | RP | Draft email to R. Weinstein regarding damages assessment (.3); begin drafting mediation brief (3.5); review email from R. Weinstein regarding settlement demand (.4). | 4.20<br>445.00/hr | 1,869.00 |
| 11/08/11 | MXB | Research relating to mediation (1.8); draft summary of research (.7). | 2.50<br>290.00/hr | 725.00 |
| 11/08/11 | RP | Exchange email with client regarding mediation (.4); continue drafting mediation brief (5.3). | 5.70<br>445.00/hr | 2,536.50 |
| 11/09/11 | RP | Complete draft of mediation brief. | 3.50<br>445.00/hr | 1,557.50 |
| 11/11/11 | RP | Revise and finalize mediation brief and appendix (3.9); telephone conference with client regarding mediation (.5). | 4.40<br>445.00/hr | 1,958.00 |
| 11/15/11 | RP | Draft responses to plaintiff damages analysis. | 0.40<br>445.00/hr | 178.00 |
| 11/16/11 | RP | Prepare for mediation (3.0); telephone conference with clients regarding same (1.0). | 4.00<br>445.00/hr | 1,780.00 |
| 11/17/11 | RP | Prepare for, travel to and attend mediation. | 8.00<br>445.00/hr | 3,560.00 |
| 11/18/11 | RP | Draft settlement agreement (2.0); exchange email with L. Vosburgh regarding treatment of confidential documents (.3); review orders (.3). | 2.60<br>445.00/hr | 1,157.00 |
| 11/21/11 | RP | Telephone conferences with client regarding settlement (.5); review settlement (.5); review court orders (.2); review issues relating to | 1.60<br>445.00/hr | 712.00 |

## Levine Sullivan Koch & Schulz, L.L.P.

I.D. 00499-077 - RP  
Re: Journal Publ. v. Hartford Courant

December 1, 2011  
Invoice 1913  
Page 2

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
|  |  | settlement (.4). |  |  |
| 11/28/11 | RP | Exchange email with L. Vosburgh regarding agreement. | 0.20<br>445.00/hr | 89.00 |
| 11/29/11 | RP | Exchange email with client, L. Vosburgh regarding settlement agreement. | 0.30<br>445.00/hr | 133.50 |
| 11/30/11 | RP | Exchange email with client regarding settlement (.4); revise agreement (.4); exchange email with R. Weinstein regarding agreement (.9) | 1.70<br>445.00/hr | 756.50 |
| | | **For professional services rendered** | **39.10** | **$17,012.00** |

### Disbursements

| Description | Amount |
|-------------|--------|
| Travel | 105.79 |
| **Total Disbursements** | **$105.79** |
| **Total Amount of this Bill** | **$17,117.79** |

## Levine Sullivan Koch & Schulz, L.L.P.

| | | December 1, 2011 |
|---|---|---|
| I.D. 00499-077 - RP | | Invoice 1913 |
| Re: Journal Publ. v. Hartford Courant | | Page 3 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Robert Penchina | 36.60 | 445.00 | 16,287.00 |
| Michael Beylkin | 2.50 | 290.00 | 725.00 |
| **Totals** | **39.10** | | **$17,012.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605


LEVINE SULLIVAN
KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

December 1, 2011     Invoice 1858    SDB

In Reference To: 00499-080 - Tribune Company - Fee Application-Bankruptcy Retention Issues

Client: Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 11/01/11 | SDJ | Correspond with fee examiner regarding Ledes files and expense backup for fourteenth monthly fee application. | 0.30 290.00/hr | 87.00 |
| 11/03/11 | SDJ | Correspond with local bankruptcy counsel and with client regarding certificate of no objection for thirteenth monthly fee application and fifth quarterly fee application. | 0.30 290.00/hr | 87.00 |
| 11/14/11 | SDJ | Draft and revise fifteenth monthly fee application and review invoices regarding same. | 2.20 290.00/hr | 638.00 |
| 11/15/11 | SDJ | Revise fifteenth monthly fee application for submission to bankruptcy court. | 1.00 290.00/hr | 290.00 |
| 11/16/11 | JPB | Review and revise fifteenth monthly fee application for accuracy. | 0.30 195.00/hr | 58.50 |
| 11/28/11 | SDJ | Revise fifteenth monthly fee application and review invoices regarding same (.7); correspond with local counsel regarding certificate of no objection and with fee examiner regarding Ledes files (.3). | 1.00 290.00/hr | 290.00 |
| 11/28/11 | SDB | Review and revise fifteenth monthly fee application. | 0.40 445.00/hr | 178.00 |
| 11/29/11 | SDJ | Draft correspondence to local counsel regarding fee application. | 0.30 290.00/hr | 87.00 |
| **For professional services rendered** | | | **5.80** | **$1,715.50** |

## Levine Sullivan Koch & Schulz, L.L.P.

| | December 1, 2011 |
|---|---:|
| I.D. 00499-080 - SDB | Invoice 1858 |
| Re: Tribune Company - Fee Application-Bankruptcy Retention Issues | Page 2 |
| **Total Amount of this Bill** | **$1,715.50** |

### Levine Sullivan Koch & Schulz, L.L.P.

| | | December 1, 2011 |
|---|---|---|
| I.D. 00499-080 - SDB | | Invoice 1858 |
| Re: Tribune Company - Fee Application-Bankruptcy Retention Issues | | Page 3 |

#### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Seth D. Berlin | 0.40 | 445.00 | 178.00 |
| Shaina D. Jones | 5.10 | 290.00 | 1,479.00 |
| Jennifer P. Burke | 0.30 | 195.00 | 58.50 |
| **Totals** | **5.80** | | **$1,715.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605