# EXHIBIT "A"

December 28, 2011
Account No: 698-001
Statement No: 14575

Tribune Company, et al. bankruptcy

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Adam G. Landis | 24.50 | $690.00 | $16,905.00 |
| Richard S. Cobb | 38.40 | 610.00 | 23,424.00 |
| Daniel B. Rath | 83.70 | 610.00 | 51,057.00 |
| Rebecca L. Butcher | 30.40 | 475.00 | 14,440.00 |
| Matthew B. McGuire | 30.60 | 425.00 | 13,005.00 |
| James S. Green, Jr. | 127.70 | 385.00 | 49,164.50 |
| J. Landon Ellis | 1.80 | 325.00 | 585.00 |
| Kimberly A. Brown | 37.60 | 295.00 | 11,092.00 |
| Jeffrey R. Drobish | 37.20 | 295.00 | 10,974.00 |
| Frances A. Panchak | 63.60 | 225.00 | 14,310.00 |
| Michelle M. Dero | 0.20 | 225.00 | 45.00 |
| Cathy A. Adams | 4.50 | 200.00 | 900.00 |
| Linda M. Rogers | 88.10 | 200.00 | 17,620.00 |
| Anthony C. Dellose | 4.10 | 190.00 | 779.00 |
| Cassandra Lewicki | 8.30 | 125.00 | 1,037.50 |
| **Total** | **580.70** | | **$225,338.00** |

{698.001-W0018717.}

# EXHIBIT "A" – SUMMARY SHEET

November 1, 2011 through and including November 30, 2011

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $690.00 | 24.50 | $16,905.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $610.00 | 83.70 | $51,057.00 |
| Richard S. Cobb | Partner; admitted DE 1993, PA 1994 | May, 1992 | $610.00 | 38.40 | $23,424.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $475.00 | 30.40 | $14,440.00 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $425.00 | 30.60 | $13,005.00 |
| James S. Green | Associate; admitted DE 2003 | May, 2003 | $385.00 | 127.70 | $49,164.50 |
| J. Landon Ellis | Associate; admitted DE 2006 | May, 2006 | $325.00 | 1.80 | $585.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $295.00 | 37.60 | $11,092.00 |
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $295.00 | 37.20 | $10,974.00 |

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Frances A. Panchak | Paralegal | N/A | $225.00 | 63.60 | $14,310.00 |
| Michelle M. Dero | Paralegal | N/A | $225.00 | 0.20 | $45.00 |
| Cathy A. Adams | Paralegal | N/A | $200.00 | 4.50 | $900.00 |
| Linda M. Rogers | Paralegal | N/A | $200.00 | 88.10 | $17,620.00 |
| Anthony C. Dellose | Paralegal | N/A | $190.00 | 4.10 | $779.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | 8.30 | $1,037.50 |
| | | | Total | 580.70 | $225,338.00 |

**Blended Rate: $388.00**