# EXHIBIT "C"

December 28, 2011
Account No:   698-001
Statement No:    14575

Tribune Company, et al. bankruptcy

### Expenses

| | |
|---|---:|
| Overtime Wages | 38.57 |
| Postage | 25.60 |
| Travel expense | 434.00 |
| Copying | 727.60 |
| Overnight Delivery | 50.11 |
| Courier Fees | 24.50 |
| Online research | 33.93 |
| Outside Duplication Services | 30,942.32 |
| Electronic Filing - PACER | 82.40 |
| Court Reporter fees | 731.80 |
| Meals | 113.50 |
| Transportation | 576.40 |
| Litigation Support | 90.20 |
| Telephonic Court Appearance | 405.00 |
| **Total Expenses Thru 11/30/2011** | **34,275.93** |

{698.001-W0018717.}

Date: 12/28/2011

**Detail Cost Transaction File List**
Landis Rath & Cobb LLP

Page: 1

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| 698.001 | 11/01/2011 | AGL | P | B100 E101 | 0.100 | 229.30 | Copying | 2062 |
| 698.001 | 11/01/2011 | AGL | P | B100 E102 | | 22,746.81 | Outside printing Digital Legal, LLC - Invoice 61536 | 2087 |
| Subtotal for Transaction Date 11/01/2011 | | | | | Billable | 22,976.11 | | |
| 698.001 | 11/02/2011 | AGL | P | B100 E101 | 0.100 | 13.30 | Copying | 2063 |
| 698.001 | 11/02/2011 | AGL | P | B100 E118 | | 60.00 | Delaware Claims Agency, LLC Invoice 2 | 2069 |
| 698.001 | 11/02/2011 | AGL | P | B100 E220 | | 576.40 | Out-of-town Travel - AGL & DBR to New York, Train - business class | 2078 |
| 698.001 | 11/02/2011 | AGL | P | B100 E102 | | 448.47 | Outside printing Digital Legal, LLC - Invoice 61556 | 2089 |
| Subtotal for Transaction Date 11/02/2011 | | | | | Billable | 1,098.17 | | |
| 698.001 | 11/03/2011 | AGL | P | B100 E101 | 0.100 | 32.90 | Copying | 2064 |
| 698.001 | 11/03/2011 | AGL | P | B100 E110 | | 10.00 | Out-of-town travel - Parking fee AGL for in-person meeting in NY | 2073 |
| Subtotal for Transaction Date 11/03/2011 | | | | | Billable | 42.90 | | |
| 698.001 | 11/04/2011 | AGL | P | B100 E101 | 0.100 | 34.40 | Copying | 2065 |
| 698.001 | 11/04/2011 | AGL | P | B100 E216 | | 6.50 | Courier Fees Digital Legal, LLC - Invoice 61594 | 2072 |
| 698.001 | 11/04/2011 | AGL | P | B100 E102 | | 1,660.31 | Outside printing Digital Legal, LLC - Invoice 61545 | 2088 |
| 698.001 | 11/04/2011 | AGL | P | B100 E102 | | 355.80 | Outside printing Digital Legal, LLC - Invoice 61567 | 2090 |
| Subtotal for Transaction Date 11/04/2011 | | | | | Billable | 2,057.01 | | |
| 698.001 | 11/07/2011 | AGL | P | B100 E101 | 0.100 | 5.40 | Copying | 2066 |
| Subtotal for Transaction Date 11/07/2011 | | | | | Billable | 5.40 | | |
| 698.001 | 11/08/2011 | AGL | P | B100 E101 | 0.100 | 11.10 | Copying | 2067 |
| 698.001 | 11/08/2011 | AGL | P | B100 E216 | | 11.50 | Courier Fees Digital Legal, LLC - Invoice 61791 | 2086 |
| Subtotal for Transaction Date 11/08/2011 | | | | | Billable | 22.60 | | |
| 698.001 | 11/09/2011 | AGL | P | B100 E101 | 0.100 | 11.70 | Copying | 2068 |
| Subtotal for Transaction Date 11/09/2011 | | | | | Billable | 11.70 | | |
| 698.001 | 11/10/2011 | AGL | P | B100 E101 | 0.100 | 1.90 | Copying | 2080 |
| 698.001 | 11/10/2011 | AGL | P | B100 E110 | | 424.00 | Out-of-town travel American Express - DBR train (business class) to/from New York | 2119 |
| Subtotal for Transaction Date 11/10/2011 | | | | | Billable | 425.90 | | |
| 698.001 | 11/11/2011 | AGL | P | B100 E101 | 0.100 | 0.70 | Copying | 2081 |
| Subtotal for Transaction Date 11/11/2011 | | | | | Billable | 0.70 | | |
| 698.001 | 11/14/2011 | AGL | P | B100 E101 | 0.100 | 3.20 | Copying | 2082 |
| 698.001 | 11/14/2011 | AGL | P | B100 E102 | | 69.24 | Outside printing Digital Legal, LLC - Invoice 61768 | 2097 |
| Subtotal for Transaction Date 11/14/2011 | | | | | Billable | 72.44 | | |
| 698.001 | 11/15/2011 | AGL | P | B100 E101 | 0.100 | 5.80 | Copying | 2083 |
| 698.001 | 11/15/2011 | AGL | P | B100 E102 | | 547.30 | Outside printing Digital Legal, LLC - Invoice 61837 | 2098 |
| 698.001 | 11/15/2011 | AGL | P | B100 E102 | | 822.28 | Outside printing Digital Legal, LLC - Invoice 61838 | 2099 |

**Detail Cost Transaction File List**
Landis Rath & Cobb LLP

Page: 2

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

Client ID 698.001 Official Committee of Unsecured Creditors

Subtotal for Transaction Date 11/15/2011
Billable    1,375.38

| 698.001 | 11/16/2011 | AGL | P | B100 | E101 | 0.100 | 9.30 | Copying | 2084 |
| 698.001 | 11/16/2011 | AGL | P | B100 | E102 | | 49.10 | Outside printing Digital Legal, LLC - Invoice 61877 | 2100 |

Subtotal for Transaction Date 11/16/2011
Billable    58.40

| 698.001 | 11/17/2011 | AGL | P | B100 | E101 | 0.100 | 111.30 | Copying | 2085 |
| 698.001 | 11/17/2011 | AGL | P | B100 | E101 | 0.100 | 8.30 | Copying | 2091 |
| 698.001 | 11/17/2011 | AGL | P | B100 | E102 | | 32.05 | Outside printing Digital Legal, LLC - Invoice 61891 | 2121 |

Subtotal for Transaction Date 11/17/2011
Billable    151.65

| 698.001 | 11/18/2011 | AGL | P | B100 | E101 | 0.100 | 20.30 | Copying | 2092 |
| 698.001 | 11/18/2011 | AGL | P | B100 | E108 | | 9.10 | Postage | 2105 |
| 698.001 | 11/18/2011 | AGL | P | B100 | E102 | | 2,648.39 | Outside printing Digital Legal, LLC - Invoice 61969 | 2126 |
| 698.001 | 11/18/2011 | AGL | P | B100 | E209 | | 38.57 | Overtime Wages - Assist attorney with 34th monthly fee app edits | 2142 |

Subtotal for Transaction Date 11/18/2011
Billable    2,716.36

| 698.001 | 11/21/2011 | AGL | P | B100 | E101 | 0.100 | 161.00 | Copying | 2093 |
| 698.001 | 11/21/2011 | AGL | P | B100 | E111 | | 13.50 | Meals Lunch for David LeMay - Cavanaugh's Restaurant Invoice 142 | 2104 |

Subtotal for Transaction Date 11/21/2011
Billable    174.50

| 698.001 | 11/22/2011 | AGL | P | B100 | E101 | 0.100 | 18.20 | Copying | 2094 |
| 698.001 | 11/22/2011 | AGL | P | B100 | E217 | | 420.35 | Court Reporter fee Diaz Data Services - Invoice 8528 | 2103 |
| 698.001 | 11/22/2011 | AGL | P | B100 | E218 | | 100.00 | Client meals Lunch for Chadbourne (3), Zuckerman (1) and LRC (2), Digital Legal, LLC - Invoice 62095 | 2107 |
| 698.001 | 11/22/2011 | AGL | P | B100 | E216 | | 6.50 | Courier Fees Digital Legal, LLC - Invoice 62095 | 2108 |
| 698.001 | 11/22/2011 | AGL | P | B100 | E228 | | 227.00 | Courtcall ID 4597705, 4597069, 4597727, 4597717, 4597660 | 2117 |
| 698.001 | 11/22/2011 | AGL | P | B100 | E221 | | 50.11 | Overnight Delivery FedEx - Invoice 7-716-57382 | 2131 |

Subtotal for Transaction Date 11/22/2011
Billable    822.16

| 698.001 | 11/23/2011 | AGL | P | B100 | E101 | 0.100 | 32.30 | Copying | 2095 |
| 698.001 | 11/23/2011 | AGL | P | B100 | E108 | | 16.50 | Postage | 2106 |
| 698.001 | 11/23/2011 | AGL | P | B100 | E102 | | 155.52 | Outside printing Digital Legal, LLC - Invoice 62016 | 2122 |
| 698.001 | 11/23/2011 | AGL | P | B100 | E102 | | 728.69 | Outside printing Digital Legal, LLC - Invoice 62051 | 2125 |

Subtotal for Transaction Date 11/23/2011
Billable    933.01

| 698.001 | 11/28/2011 | AGL | P | B100 | E101 | 0.100 | 9.90 | Copying | 2101 |
| 698.001 | 11/28/2011 | AGL | P | B100 | E102 | | 95.81 | Outside printing Digital Legal, LLC - Invoice 62062 | 2123 |
| 698.001 | 11/28/2011 | AGL | P | B100 | E102 | | 507.02 | Outside printing Digital Legal, LLC - Invoice 62068 | 2124 |

Subtotal for Transaction Date 11/28/2011
Billable    612.73

| 698.001 | 11/29/2011 | AGL | P | B100 | E118 | | 30.20 | Delaware Claims Agency, LLC Invoice 3 - Research 2 defendants for service address | 2096 |
| 698.001 | 11/29/2011 | AGL | P | B100 | E101 | 0.100 | 7.30 | Copying | 2102 |
| 698.001 | 11/29/2011 | AGL | P | B100 | E228 | | 178.00 | Courtcall ID 4606800, 4606961, 4606949, 4606985, 4606792 | 2118 |
| 698.001 | 11/29/2011 | AGL | P | B100 | E102 | | 75.53 | Outside printing Digital Legal, LLC - | 2129 |

Date: 12/28/2011

**Detail Cost Transaction File List**
Landis Rath & Cobb LLP

Page: 3

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| 698.001 | 11/29/2011 | AGL | P | B100 E217 | | 311.45 | Invoice 62125 Court Reporter fee Diaz Data Services - Invoice 8547 | 2140 |
| Subtotal for Transaction Date 11/29/2011 | | | | | Billable | 602.48 | | |
| 698.001 | 11/30/2011 | AGL | P | B100 E106 | | 33.93 | Online research LexisNexis - Invoice 1111141745 | 2120 |
| 698.001 | 11/30/2011 | AGL | P | B100 E208 | | 82.40 | Electronic Filing PACER | 2135 |
| Subtotal for Transaction Date 11/30/2011 | | | | | Billable | 116.33 | | |
| Total for Client ID 698.001 | | | | | Billable | 34,275.93 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |
| GRAND TOTALS | | | | | | | | |
| | | | | | Billable | 34,275.93 | | |