# EXHIBIT A

## Amendment to Settlement and Release Agreement

## AMENDMENT TO SETTLEMENT AND RELEASE AGREEMENT

This amendment (the "Amendment") to the Settlement and Release Agreement dated as of November 1, 2011 (the "Agreement") is entered as of January 5, 2012 by and between InsertCo Inc. ("InsertCo") and 57-11 49th Place, LLC ("Landlord"). The Landlord and InsertCo are each a "Party" and together are the "Parties" to this Amendment. Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Agreement.

### RECITALS

**WHEREAS**, the Parties entered into the Agreement providing for, among other things, the reduction and allowance of certain claims existing against InsertCo; and

**WHEREAS**, the Parties desire to amend paragraphs "E" and "3" of the Agreement;

**NOW, THEREFORE**, in consideration of the premises and the mutual agreements herein contained, the Parties, intending to be legally bound hereby, agree as follows:

### AGREEMENT

1. Paragraph E of the Agreement is hereby deleted in its entirety and replaced with the following:

> E. After the filing of the Claim, the Landlord and InsertCo, in order to resolve in full any and all claims that currently exist or may in the future exist against InsertCo relating to the Claim and Lease, engaged in good faith negotiations in order to reconcile the Parties' different calculations of the damages arising from the rejection of the Lease. As a result, the Parties agreed that, consistent with the maximum amount of damages allowable under section 502(b)(6) of the Bankruptcy Code, the Claim should be reduced to $550,070.30, consisting of $943,778.00 in rent reserved,[1] less the amount paid by InsertCo for the security deposit currently held by the Landlord (the "Security Deposit") in the amount of $393,707.70.

2. Paragraph 3 of the Agreement is hereby deleted in its entirety and replaced with the following:

> 3. <u>Settlement Payment and Allowed Claim; Payment Thereof</u>. The Parties agree that the Claim, originally asserted in the amount of $1,065,897.32, shall be reduced and allowed as a general unsecured claim against InsertCo in the modified amount of $550,070.30 (the "Allowed Claim"), after taking into account the setoff of the Security Deposit amount originally paid by InsertCo, as described in paragraph 2 above. The Allowed Claim shall be satisfied in accordance with the provisions for the satisfaction of general unsecured claims set forth in the chapter 11 plan of reorganization, and any amendments

---

[1] The $943,778.00 of rent reserved is comprised of $869,238.00 in base rent and $74,540.00 in applicable taxes.

CH1 6413772v 3

thereto, that is ultimately confirmed for InsertCo (as may be amended or modified, the "Plan"), when such Plan becomes effective.

3. **Effect on the Agreement**. On and after the date hereof, each reference in the Agreement to "this Agreement", "herein", "hereof", "hereunder" or words of similar import shall mean and be a reference to the Agreement as amended hereby. Except as specifically amended by this Amendment, the Agreement shall remain in full force and effect and the Agreement, as amended by this Amendment, is hereby ratified and confirmed in all respects.

4. **Headings**. The headings in this Amendment are only for convenience and are not to be considered in construing this Amendment.

5. **Successors and Assigns.** This Amendment shall be binding upon and inure to the benefit of the Parties hereto and their respective successors and assigns.

6. **Counterparts**. This Amendment may be executed in one or more counterparts, all of which are considered one and the same agreement and will become effective when one or more counterparts have been signed by each of the Parties and delivered to the other Party, it being understood that each Party need not sign the same counterpart. A facsimile signature page shall be deemed an original signature page.

[Remainder of Page Intentionally Left Blank]

IN WITNESS WHEREOF, each of the Parties hereto has caused this Amendment to the Settlement Agreement to be executed by its duly authorized officers as of the day and year first above written.

By: _____
Michael J. Agusta
1012 Maple Drive
Franklin Square, New York  11010
Telephone: (516) 355-2070
Facsimile: (516) 355-2074

Attorney for 57-11 49th Place, LLC

By: _____
John Rodden
Vice President, Tribune Company

InsertCo Inc.

IN WITNESS WHEREOF, each of the Parties hereto has caused this Amendment to the Settlement Agreement to be executed by its duly authorized officers as of the day and year first above written.

By: _____
Michael J. Agusta
1012 Maple Drive
Franklin Square, New York  11010
Telephone: (516) 355-2070
Facsimile: (516) 355-2074

Attorney for 57-11 49th Place, LLC

By: _____
John Rodden
Vice President, Tribune Company

InsertCo Inc.