# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re:   TRIBUNE COMPANY, | ) ) | Case No. 08-13141 |
| Debtor | ) ) ) ) | Chapter 11 |
|  |  | **JUDGE KEVIN J. CAREY** |

## *NOTICE OF WITHDRAWAL OF APPEARANCE*

TO:  CLERK OF THE BANKRUPTCY COURT, THE DEBTOR AND ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that the Appearance of Elizabeth Goldberg on behalf of Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Secretary") is hereby withdrawn in the above action.  The Secretary of Labor, United States Department of Labor, will continue to be represented by Michael Schloss and Leonard Gerson.

Dated: January 5, 2012

                                            Respectfully submitted,

                                            **M. PATRICIA SMITH**
                                            Solicitor of Labor

                                            **JOAN E. GESTRIN**
                                            Regional Solicitor

                                            **TIMOTHY D. HAUSER**
                                            Associate Solicitor, PBSD

                                            /s Elizabeth Goldberg
                                            **ELIZABETH S. GOLDBERG**
                                            Senior Trial Attorney

**ADDRESS:**

| | |
|---|---|
| Office of the Solicitor | U.S. Department of Labor, |
| U.S. Department of Labor | Attorneys for HILDA L. SOLIS |
| 230 South Dearborn Street | Secretary of Labor |
| Chicago, Illinois 60604 | |
| Telephone:  (312) 353-7836 | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the attached *Notice of Withdrawal of Appearance* was transmitted on this 5th day of January, 2012 via the Court's CM/ECF system to all parties listed on the Court's Electronic Mail Notice List, including:

> Bryan Krakauer
> Sidley, Austin, Brown & Wood LLP
> One S. Dearborn Street
> Chicago, Illinois 60603
> bkrakauer@sidley.com
> Attorney for the Debtor

> Adam G. Landis
> Landis Rath & Cobb LLP
> 919 Market Street, Suite 1800
> Wilmington, Delaware 19801
> landis@lrclaw.com
> Attorney for the Creditor Committee

and via regular mail to:

> Tribune Company
> 435 N. Michigan Avenue
> Chicago, Illinois 60611
> Debtor

> United States Trustee
> Office of the U.S. Trustee
> 844 King Street, Room 2207
> Lockbox #35
> Wilmington, Delaware 19899-0035

/s Elizabeth S. Goldberg
Trial Attorney