## VERIFICATION

Andrew N. Goldfarb, after being duly sworn according to law, deposes and says:

1.     I am a partner with the applicant firm, Zuckerman Spaeder LLP.  I am a member

of the bars of the District of Columbia (admitted 1997), California (admitted

2005), and New York (admitted 1996).

2.     I have personally performed the legal services rendered by Zuckerman Spaeder

LLP as special counsel to the Committee and am thoroughly familiar with all

work performed on behalf of the Committee.

3.     The facts set forth in the foregoing Application are true and correct to the best of

my knowledge, information and belief.

Executed on January 9, 2012 in Washington, D.C.

_____

Andrew N. Goldfarb

8