# EXHIBIT A

 **ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax  www.zuckerman.com

December 31, 2011

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:281472
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through November 30, 2011.

By Graeme W. Bush
  25.70 hours at $850.00 per hour                          $     21,845.00

By James Sottile
  81.50 hours at $725.00 per hour                          $     59,087.50

By Andrew N. Goldfarb
  62.50 hours at $600.00 per hour                          $     37,500.00

By Shawn P. Naunton
  3.50 hours at $590.00 per hour                           $      2,065.00

By P. Andrew Torrez
  12.50 hours at $585.00 per hour                          $      7,312.50

By Andrew Caridas
  20.10 hours at $340.00 per hour                          $      6,834.00

By Jer-Wei (Jay) Chen
  4.30 hours at $270.00 per hour                           $      1,161.00

By Lisa Medoro
  25.50 hours at $265.00 per hour                          $      6,757.50

BALTIMORE            NEW YORK            TAMPA            WASHINGTON, DC

December 31, 2011                                                    Page 2

    TOTAL FEES                                                $    142,562.50

    TOTAL EXPENSES                                 $        0.00

    TOTAL FEES AND EXPENSES THIS PERIOD     $    142,562.50

December 31, 2011                                                    Page 3

DESCRIPTION OF SERVICES                              CLIENT: 12464
                                                     MATTER: 0001

**James Sottile**

| | | |
|---|---|---|
| 10/25/11 | 0.30 | Participate in weekly Committee professionals' call. |
| 10/25/11 | 1.00 | Review responses to motion to compel production of shareholder information and review key cases. |
| 10/27/11 | 0.20 | Teleconferences with A. Goldfarb re potential resolution of motion to compel shareholder data. |
| 11/01/11 | 1.10 | Review/analyze Bankruptcy Court opinion on confirmation. |
| 11/02/11 | 0.60 | Teleconference with counsel for JPM, Oaktree and Angelo Gordon and Chadbourne lawyers re responses to confirmation decision. |
| 11/02/11 | 0.80 | Teleconference with counsel for all DCL Plan Proponents re next steps following confirmation decision. |
| 11/02/11 | 0.20 | Teleconference with G. Novod (Brown Rudnick) re issues arising from confirmation decision. |
| 11/02/11 | 0.10 | Teleconference with D. LeMay and H. Seife (Chadbourne) to prepare for call with counsel for all DCL Proponents. |
| 11/02/11 | 1.30 | Analysis of potential responses to confirmation decision. |
| 11/03/11 | 0.60 | Meeting with Committee professionals to prepare for Committee meeting. |
| 11/03/11 | 3.00 | Participate in Committee meeting re confirmation decision. |
| 11/03/11 | 0.20 | Edit memo to Committee re proposed representation of Hartford and Bank of New York. |
| 11/03/11 | 0.30 | Edit brief in support of motion to amend definition of termination event re stay order. |
| 11/04/11 | 0.30 | Teleconferences with G. Baiera (Angelo Gordon) re responses to confirmation decision. |
| 11/04/11 | 0.20 | Teleconference with D. Bradford and A. Vail (Jenner) re issues arising from confirmation decision. |
| 11/04/11 | 0.30 | Edit motion to reinstate stay. |
| 11/04/11 | 0.20 | Review Rule 9011 letter from counsel for Foundations. |
| 11/04/11 | 0.20 | Review/analyze Zell letter re effect of PHONES subordination ruling. |

December 31, 2011                                                                                  Page 4

| 11/04/11 | 1.60 | Work on potential plan amendments in response to confirmation decision. |
| 11/04/11 | 1.90 | Review/analyze case law on fraudulent conveyance claims as company assets and application to PHONES subordination. |
| 11/04/11 | 0.70 | Review/analyze EGI note subordination provisions and potential effect of confirmation decision. |
| 11/04/11 | 1.10 | Analyze and research concerning potential challenges to confirmation decision approval of DCL settlement. |
| 11/07/11 | 1.20 | Analyze and outline plan amendments needed in light of confirmation decision. |
| 11/07/11 | 1.00 | Further analysis of confirmation opinion to evaluate potential challenges. |
| 11/08/11 | 0.30 | Participate in weekly Committee professionals' conference call re bankruptcy and litigation proceedings. |
| 11/08/11 | 0.90 | Participate in call with counsel for DCL Plan Proponents re plan amendments in response to confirmation decision. |
| 11/08/11 | 1.50 | Edit plan amendments. |
| 11/08/11 | 1.70 | Review/analyze draft plan amendments and relevant parts of judge's decision on confirmation. |
| 11/08/11 | 1.80 | Review/analyze judge's decision re bar order and releases and review cases and factual record underlying decision. |
| 11/09/11 | 0.80 | Teleconference with counsel for DCL Plan Proponents re plan amendments in response to confirmation decision. |
| 11/09/11 | 0.70 | Draft/edit plan amendments in response to confirmation decision. |
| 11/09/11 | 0.30 | Teleconference with D. Schaible and E. Vonnegut (Davis Polk) re release issues and plan amendments. |
| 11/09/11 | 0.30 | Edit memo to Committee re Foundations' Rule 9011 letter. |
| 11/09/11 | 0.30 | Edit draft response to Foundations' Rule 9011 letter. |
| 11/09/11 | 0.10 | Teleconference with A. Vail (Jenner) re selling shareholder information. |
| 11/09/11 | 0.40 | Edit memo to Committee re dollar threshold for individual shareholder defendants. |
| 11/09/11 | 1.10 | Review/analyze draft plan amendments in response to confirmation decision. |

December 31, 2011                                                                    Page 5

| | | |
|---|---|---|
| 11/09/11 | 0.60 | Analyze release language in DCL plan and consider effect of potential amendments. |
| 11/09/11 | 0.30 | E-mail correspondence with counsel for DCL Proponents re draft plan amendments. |
| 11/10/11 | 0.70 | Meeting with Committee professionals to prepare for Committee meeting. |
| 11/10/11 | 2.00 | Participate in Creditors Committee meeting. |
| 11/10/11 | 0.40 | Teleconference with J. Bendernagel (Sidley) re response to confirmation decision. |
| 11/10/11 | 0.20 | Further revisions to plan release language. |
| 11/11/11 | 0.40 | Edit release language re Morgan Stanley. |
| 11/11/11 | 0.30 | E-mail correspondence with counsel for DCL Plan Proponents re revisions to release language in plan. |
| 11/11/11 | 0.90 | Review most recent version of plan amendments in response to confirmation decision. |
| 11/14/11 | 0.20 | Meeting with A. Goldfarb re issues relating to dollar threshold for individual shareholder claims. |
| 11/14/11 | 0.40 | Further editing of plan amendment language. |
| 11/14/11 | 0.20 | Teleconference with A. Vail and D. Bradford (Jenner) and A. Goldfarb re selling shareholder information. |
| 11/14/11 | 2.40 | Review/analyze motions for reconsideration and review key cases cited. |
| 11/14/11 | 1.10 | Review and edits to revised versions of draft plan amendments. |
| 11/14/11 | 0.80 | Review PHONES and EGI subordination provisions and evaluate application in light of confirmation decisions. |
| 11/14/11 | 0.80 | Evaluate potential judgment reduction scenarios for post-confirmation litigation. |
| 11/15/11 | 0.50 | Participate in weekly Tribune professionals' call re status of bankruptcy and plan proceedings. |
| 11/15/11 | 0.30 | Teleconference with J. Steen (Sidley) and E. Moskowitz and M. Russano (Davis Polk) re issues on bar order in light of confirmation decision. |
| 11/15/11 | 1.10 | Teleconference with counsel for DCL Plan Proponents re plan amendments in response to confirmation decision. |

December 31, 2011                                                                Page 6

| | | |
|---|---|---|
| 11/15/11 | 0.20 | Teleconference with D. Bradford (Jenner) re issues arising from confirmation decision affecting EGI. |
| 11/15/11 | 1.20 | Review revised draft of plan amendments and resolicitation motion. |
| 11/15/11 | 0.20 | Teleconference with S. Greissman (White & Case) re post-confirmation decision issues. |
| 11/15/11 | 1.10 | Review draft Schedule of Allocation Adjustments and evaluate assumptions. |
| 11/15/11 | 0.30 | Teleconference with J. Bendernagel (Sidley) re plan amendments and other issues arising from confirmation decision. |
| 11/15/11 | 0.40 | Initial review of motion for reconsideration by Noteholders on non-subordination issues. |
| 11/16/11 | 0.80 | Review/analyze draft amendments to DCL Plan while traveling to NY. |
| 11/16/11 | 0.30 | Teleconferences with B. Bennett (Dewey) re confirmation-related issues raised by Noteholders. |
| 11/16/11 | 0.20 | Teleconferences with D. Golden (Akin) re confirmation-related issues. |
| 11/16/11 | 1.10 | Participate in meeting with counsel for DCL and Noteholder Plan Proponents re amendments to DCL Plan. |
| 11/16/11 | 0.80 | Meetings with counsel for DCL Plan Proponents re DCL Plan amendments. |
| 11/17/11 | 1.40 | Participate in conference call with counsel for DCL Plan Proponents re plan amendments and status report. |
| 11/17/11 | 1.30 | Participate in telephonic Committee meeting. |
| 11/17/11 | 0.60 | Draft additional plan amendments. |
| 11/17/11 | 0.40 | E-mail correspondence with E. Moskowitz and M. Russano (Davis Polk) and J. Steen (Sidley) re plan amendment issues. |
| 11/17/11 | 0.40 | Teleconference with E. Moskowitz and M. Russano (Davis Polk) and J. Steen (Sidley) re plan amendment issues. |
| 11/17/11 | 0.40 | Review multiple drafts of status report re DCL Plan amendments. |
| 11/17/11 | 0.80 | Review multiple revisions to DCL Plan amendments. |
| 11/18/11 | 1.00 | Teleconference with counsel for DCL Proponents re supplemental disclosure statement, plan amendments and other issues. |

| | | |
|---|---|---|
| 11/18/11 | 0.20 | Teleconferences with D. LeMay (Chadbourne) re strategy for status conference. |
| 11/18/11 | 0.10 | Teleconference with D. Bernstein (Davis Polk) re strategy for status hearing. |
| 11/18/11 | 0.40 | Teleconferences with J. Bendernagel re issues on plan amendments and strategy for status conference. |
| 11/18/11 | 0.30 | Teleconference with D. LeMay and T. McCormack (Chadbourne) re strategy for motions for reconsideration. |
| 11/18/11 | 2.40 | Further analysis of motions for reconsideration and review and analysis of cases cited therein. |
| 11/18/11 | 1.60 | Analysis of potential appeal from orders denying confirmation and review of key cases. |
| 11/21/11 | 0.40 | Teleconferences with J. Bendernagel (Sidley) re motions for reconsideration and allocation issues. |
| 11/21/11 | 0.80 | Teleconference with counsel for DCL Proponents re preparation for status conference on confirmation proceedings. |
| 11/21/11 | 0.50 | Teleconference with counsel for DCL Proponents re opposition to Noteholders' motion for reconsideration. |
| 11/21/11 | 0.80 | Further analysis of Noteholders' motion for reconsideration and cases cited therein. |
| 11/21/11 | 0.40 | Review and comment on draft presentation re amended DCL plan process for status conference. |
| 11/21/11 | 1.40 | Review DCL plan amendments and related submissions and relevant portions of confirmation decision to prepare for status conference. |
| 11/21/11 | 1.30 | Outline arguments in response to Noteholders' motion for reconsideration. |
| 11/21/11 | 1.20 | Research caselaw relevant to PHONES and EGI subordination issues. |
| 11/22/11 | 1.20 | Prepare for argument on motion to amend definition of termination event in stay orders and for status conference. |
| 11/22/11 | 0.90 | Meeting with Debtors' counsel and D. LeMay (Chadbourne) to prepare for status conference. |
| 11/22/11 | 1.10 | Meeting with DCL counsel to prepare for status conference. |
| 11/22/11 | 1.20 | Participate in status conference and argument on motion to amend definition of termination event in stay orders. |

December 31, 2011                                                                                     Page 8

| 11/22/11 | 0.40 | Meeting with counsel for DCL proponents re next steps on confirmation process, motions for reconsideration and allocation disputes after hearing. |
| 11/22/11 | 0.40 | Meeting with J. Bendernagel (Sidley) to prepare for status conference. |
| 11/22/11 | 0.20 | Review and comment on revised draft of motion to compel against Credit Suisse re shareholder information. |
| 11/23/11 | 1.10 | Prepare for and participate in conference call with counsel for DCL and Noteholders re motions for reconsideration and allocation disputes. |
| 11/23/11 | 0.40 | Teleconference with counsel for Morgan Stanley re release language in revised plan. |
| 11/23/11 | 1.20 | Prepare for and participate in telephonic Committee meeting. |
| 11/25/11 | 1.20 | Teleconference with D. Zensky and M. Hurley (Akin) and R. Lack (Friedman Kaplan) re bar order issues. |
| 11/27/11 | 0.30 | Teleconference with D. Golden (Akin) re motions for reconsideration and allocation issues. |
| 11/28/11 | 0.30 | Review draft scheduling order for allocation disputes. |
| 11/28/11 | 0.40 | Participate in teleconference with counsel for DCL proponents re confirmation and allocation schedule. |
| 11/28/11 | 1.00 | Prepare for and participate in teleconference with counsel for all interested parties re allocation and confirmation schedule. |
| 11/28/11 | 0.50 | Review/analysis of proposed revisions to release language in DCL Plan. |
| 11/29/11 | 0.20 | Teleconference with J. Bendernagel (Sidley) re confirmation process and allocation disputes. |
| 11/29/11 | 0.70 | Prepare for and participate in telephonic hearing re timing of confirmation process and allocation disputes. |
| 11/29/11 | 0.20 | Teleconference with D. Zensky (Akin) re extension of stay of adversary proceedings. |
| 11/29/11 | 0.30 | Participate in Committee professionals' call re status of bankruptcy, plan and litigation proceedings. |
| 11/29/11 | 1.10 | Review MDL pleadings to prepare for MDL hearing. |
| 11/30/11 | 0.30 | Participate in call with counsel for DCL Proponents re schedule for confirmation and allocation disputes. |

Shawn P. Naunton

December 31, 2011                                                                                       Page 9

| 11/21/11 | 0.90 | Review and edit motion to compel papers and finalize for filing. |
| 11/21/11 | 0.80 | Draft Naunton Declaration. |
| 11/21/11 | 0.80 | Research regarding same. |
| 11/29/11 | 0.50 | Research regarding motion to compel. |
| 11/29/11 | 0.20 | Conferences with J. Chen. |
| 11/29/11 | 0.30 | Amend same. |

P. Andrew Torrez

| 11/02/11 | 0.30 | Review motion for entry of an order further extending debtor's time to file notices of removal of claims and causes of action related to debtors' Chapter 11 proceedings. |
| 11/04/11 | 0.50 | Review Rule 11 letter from counsel for McCormick Foundation. |
| 11/04/11 | 3.80 | Review Judge Carey's Opinion denying confirmation of both the DCL and the Noteholder proposed plans of reorganization. |
| 11/07/11 | 0.10 | Review October 31, 2011 Fourth Order Amending Definition of Termination Event. |
| 11/15/11 | 0.40 | Review notice of hearing on monthly fee and quarterly application requests and motion for order nunc pro tunc amending definition of termination event. |
| 11/17/11 | 1.50 | Review draft of third DCL plan, and related documents. |
| 11/17/11 | 0.60 | Review presentation regarding motions for consideration. |
| 11/17/11 | 0.70 | Review draft supplemental disclosure documents. |
| 11/18/11 | 0.90 | Review Third Amended DCL Plan. |
| 11/18/11 | 0.40 | Review blackline changes to Third Amended DCL Plan. |
| 11/18/11 | 0.20 | Review status report to Court regarding DCL Plan documents. |
| 11/21/11 | 0.90 | Review Indenture Trustees' Motion for Reconsideration regarding non-subordination of any PHONES recoveries for avoidance actions. |
| 11/21/11 | 0.20 | Review pleadings including (a) various fee applications, and (b) various joinders to Indenture Trustees' Motion for Reconsideration. |

December 31, 2011                                                                    Page 10

| 11/21/11 | 0.60 | Review status report to court regarding DCL Plan amendments. |
| 11/28/11 | 0.80 | Review Aurelius Motion for Reconsideration regarding subordination of PHONES notes. |
| 11/28/11 | 0.40 | Review Noteholders' Motion for Reconsideration and Clarification regarding (1) LBO Lenders, (2) proportionate as opposed to pro tanto judgment reduction, and (3) PHONES Notes. |
| 11/30/11 | 0.20 | Review memorandum regarding Zuckerman Spaeder representation of BlackRock, Inc. and related entities. |

Andrew N. Goldfarb

| 11/01/11 | 0.70 | Attend weekly professionals' call re status of bankruptcy, confirmation and litigation matters. |
| 11/01/11 | 0.60 | Revise draft memo to UCC re shareholder actions and Zuckerman Spaeder representation. |
| 11/01/11 | 0.20 | Call with S. Sulkowski (Milbank) to discuss production of shareholder information. |
| 11/01/11 | 0.30 | Draft and respond to emails with LRC and J. Sottile re strategy re production of shareholder information. |
| 11/01/11 | 0.20 | Email draft memo to UCC to C&P, LRC, and SVG for review and comment. |
| 11/02/11 | 0.30 | Draft proposed order re termination event modification. |
| 11/02/11 | 0.50 | Call with D. Rath (LRC) re strategy for shareholder discovery and termination event modification. |
| 11/02/11 | 1.50 | Revise draft brief on termination event. |
| 11/02/11 | 0.10 | Email J. Sottile re revised draft memo on Hartford. |
| 11/02/11 | 0.40 | Further revise draft proposed order on termination event motion. |
| 11/02/11 | 0.20 | Call with J. Sottile re various matters re motion to compel and litigation stay. |
| 11/02/11 | 1.00 | Revise draft Hartford memorandum to Committee. |
| 11/02/11 | 0.40 | Call with DCL group to discuss Confirmation Opinion impact. |
| 11/02/11 | 0.20 | Call with S. Sulkowski (Milbank) re motion to compel follow-up. |
| 11/02/11 | 0.30 | Call with A. Saavedra (Weil) re motion to compel follow-up. |

| | | |
|---|---|---|
| 11/02/11 | 0.30 | Call with H. Frischer (Proskauer) re motion to compel follow-up. |
| 11/02/11 | 0.20 | Email to LRC and J. Sottile re motion to compel follow-up strategy. |
| 11/02/11 | 0.20 | Confer with A. Caridas re termination event motion. |
| 11/02/11 | 0.20 | Call with J. Green (LRC) re termination event motion. |
| 11/03/11 | 0.20 | Confer with J. Sottile via email re memorandum to Committee and draft termination event brief. |
| 11/03/11 | 0.20 | Confer with D. Rath (LRC) re termination event brief. |
| 11/03/11 | 1.20 | Telephone communication with S. Sulkowski (Milbank), A. Saavedra (Weil) and D. Mordkoff (Proskauer) re potential resolution of the motion to compel. |
| 11/03/11 | 1.30 | Telephone communications with LRC (D. Rath, R. Cobb and J. Green) to discuss strategy and procedure re motion to compel. |
| 11/03/11 | 0.30 | Revise draft agreed order to resolve motion to compel. |
| 11/03/11 | 0.80 | Draft and revise certification of counsel re proposed order on motion to compel. |
| 11/03/11 | 0.40 | Draft and revise proposed motion to compel order for Committee to submit to Court. |
| 11/03/11 | 1.10 | Confer via email with LRC and Zuckerman teams re strategy on motion to compel. |
| 11/03/11 | 0.40 | Draft email to motion to compel defendants re proposed resolution. |
| 11/03/11 | 0.40 | Confer with R. Cobb (LRC) re motion to compel documents and strategy. |
| 11/03/11 | 0.40 | Call with J. Green (LRC) re motion to compel strategy. |
| 11/03/11 | 0.10 | Email S. Sulkowski (Milbank) re other Milbank clients and motion to compel. |
| 11/03/11 | 0.80 | Revise draft brief on extending stay in adversary proceedings. |
| 11/04/11 | 0.10 | Call to P. Guirguis (Fulbright) re Northern Trust production. |
| 11/04/11 | 0.20 | Emails to A. Saavedra (Weil) re resolution of motion to compel. |
| 11/06/11 | 1.00 | Revise draft memo to Committee on threshold amount. |
| 11/06/11 | 0.20 | Emails with J. Sottile and A. Caridas re memo to Committee re threshold amount, Rule 11 response. |

December 31, 2011    Page 12

| 11/07/11 | 0.20 | Email J. Sottile and A. Caridas re revised draft memo to UCC re threshold amount. |
| 11/07/11 | 0.20 | Email shareholder information received to counsel for Aurelius, Debtors, and retirees. |
| 11/07/11 | 0.20 | Email A. Saavedra (Weil) re Step One transaction in connection with shareholder discovery. |
| 11/07/11 | 0.20 | Email to R. Butcher (LRC) re foreign service status. |
| 11/08/11 | 0.10 | Call with S. DiMore (Winston) re third party action status. |
| 11/08/11 | 0.40 | Revise draft letter to Foundations' counsel re Rule 9011 letter. |
| 11/08/11 | 0.10 | Call with S. Sulkowski (Milbank) re shareholder discovery productions. |
| 11/08/11 | 0.10 | Call with S. Sulkowski (Milbank) re CSSU. |
| 11/08/11 | 0.40 | Research Milbank clients' status. |
| 11/08/11 | 0.20 | Email to S. Sulkowski (Milbank) re shareholder discovery from clients not covered by motion to compel. |
| 11/08/11 | 0.30 | Email to D. Mordkoff (Proskauer) re shareholder defendants from other clients. |
| 11/08/11 | 0.20 | Call with S. Sulkowski (Milbank) re TD Bank, NA and shareholder action. |
| 11/08/11 | 0.20 | Call with L. Kitching (E&Y) re Sandelman Funds issue. |
| 11/08/11 | 0.30 | Participate in weekly professionals' call re bankruptcy and litigation status. |
| 11/09/11 | 0.30 | Revise draft response to Rule 9011 letter from Foundations. |
| 11/09/11 | 0.40 | Review draft memo to Committee re Foundations' Rule 11 letter. |
| 11/09/11 | 0.30 | Review J. Sottile's edits to draft Committee memos and draft response to Rule 11 letter. |
| 11/09/11 | 0.20 | Call with P. Guirguis (Fulbright) re Northern Trust shareholder discovery. |
| 11/09/11 | 0.20 | Email to D. Mordkoff (Proskauer) re shareholder discovery follow-up. |
| 11/10/11 | 0.10 | Call with J. Green (LRC) to discuss Shareholder discovery and LBO proceeds. |
| 11/10/11 | 0.10 | Revise draft response to Rule 9011 letter from Foundations. |

December 31, 2011                                                    Page 13

| | | |
|---|---|---|
| 11/10/11 | 0.60 | Revise draft memo to Committee on LBO proceeds threshold amount. |
| 11/10/11 | 0.20 | Call with J. Lamport (Mercer Park LLP) re Sandelman. |
| 11/10/11 | 0.20 | Revise draft memo to Committee on Rule 9011 letter from Foundations. |
| 11/10/11 | 0.20 | Circulate draft memos to LRC and Chadbourne & Parke for review. |
| 11/11/11 | 0.20 | Review material received from Northern Trust for shareholder discovery. |
| 11/11/11 | 0.10 | Email LRC re Northern Trust production. |
| 11/11/11 | 0.30 | Revise draft memo to Committee re LBO proceeds. |
| 11/11/11 | 0.20 | Revise draft memo to Committee re Rule 9011 letter from Foundations. |
| 11/11/11 | 0.20 | Confer with D. Deutsch (C&P) re draft memo to Committee re LBO proceeds. |
| 11/11/11 | 0.30 | Confer with R. Cobb and J. Green (LRC) re draft memo on proceeds threshold. |
| 11/11/11 | 0.30 | Email Rule 9011 memo and draft response to Chadbourne for posting to Intralinks, including draft of posting note. |
| 11/11/11 | 0.50 | Meeting with J. Nace re Tribune tracking issues. |
| 11/11/11 | 0.20 | Email J. Sottile re proceeds and Rule 9011 issues. |
| 11/11/11 | 0.10 | Email J. Green (LRC) and A. Caridas re follow up to motion to compel order. |
| 11/11/11 | 0.20 | Review master subpoena tracking sheet. |
| 11/13/11 | 0.10 | Email P. Guirguis (Fulbright) re Northern Trust production. |
| 11/13/11 | 0.10 | Email B. Lack (Friedman Kaplan) re Northern Trust production. |
| 11/14/11 | 0.10 | Confer with J. Sottile re threshold amount strategy. |
| 11/14/11 | 0.20 | Multiple emails with M. Ashley (Chadbourne & Parke) re threshold amount issue. |
| 11/14/11 | 0.30 | Email J. Sottile re 8/8 protective order requirements. |
| 11/14/11 | 0.20 | Email A. Vail (Jenner) re 8/8/11 protective order requirements. |
| 11/14/11 | 0.20 | Call with D. Rath (LRC) re motions to modify appearance. |

December 31, 2011                                                                                          Page 14

| 11/14/11 | 0.80 | Draft notices to modify appearance for lender and third party action. |
| 11/14/11 | 0.30 | Research past modifications to notice of appearance. |
| 11/14/11 | 0.20 | Call with J. Sottile and A. Vail (Jenner) re Zell subpoena to Committee. |
| 11/14/11 | 0.10 | Review Zell subpoena to Committee. |
| 11/14/11 | 0.10 | Email J. Sottile re deficiency in Jenner subpoena to Committee. |
| 11/15/11 | 0.20 | Finalize and send response to Foundations' Rule 9011 letter. |
| 11/15/11 | 0.80 | Participate in weekly professionals' call re status of bankruptcy, plan confirmation, and litigation matters. |
| 11/15/11 | 0.10 | Email J. Green (LRC) re shareholder discovery follow up. |
| 11/15/11 | 0.10 | Email A. Oettinger (M&I Bank counsel) re shareholder discovery and motion to compel. |
| 11/15/11 | 0.20 | Email J. Green (SVG) re notice to modify appearance. |
| 11/15/11 | 0.20 | Email A. Vail (Jenner) re Zell subpoena to Committee and Rule 45 compliance. |
| 11/15/11 | 0.10 | Email H. Neier (Friedman Kaplan) re shareholder discovery production. |
| 11/15/11 | 0.10 | Email S. Sulkowski (Milbank) re shareholder discovery productions in wake of 11/4 order. |
| 11/16/11 | 0.10 | Review replacement shareholder information production from Northern Trust. |
| 11/16/11 | 0.10 | Distribute replacement production to Debtors, Aurelius and retirees. |
| 11/16/11 | 0.20 | Email J. Green (LRC) re Edgar Jones production. |
| 11/16/11 | 0.10 | Call with S. Sulkowski (Milbank) re CSSU production and motion to compel. |
| 11/16/11 | 0.10 | Email to S. Sulkowski (Milbank) re same. |
| 11/16/11 | 0.20 | Email to J. Sottile and A. Caridas re CSSU strategy. |
| 11/16/11 | 0.10 | Email to J. Sottile re status of CSSU meet-and-confer. |
| 11/17/11 | 0.10 | Email S. Sulkowski re shareholder discovery update. |
| 11/17/11 | 0.10 | Emails with J. Sottile re motion to compel strategy. |

| Date | Hours | Description |
|---|---|---|
| 11/17/11 | 0.10 | Confer with L. Medoro re shareholder discovery and service projects. |
| 11/18/11 | 0.10 | Email A. Vail (Jenner) re Zell subpoena. |
| 11/18/11 | 0.20 | Call with J. Goldsmith (Akin) re interpretation of 5/19 protective order. |
| 11/18/11 | 0.40 | Meet with L. Medoro re foreign service and shareholder discovery projects. |
| 11/18/11 | 0.50 | Respond to questions on BlackRock defendants. |
| 11/18/11 | 0.20 | Call with D. Mordkoff (Proskauer) re shareholder discovery for other Proskauer clients. |
| 11/18/11 | 0.30 | Internal email to LRC and Zuckerman Spaeder team re shareholder motion to compel strategy. |
| 11/18/11 | 0.10 | Distribute shareholder information from Northern Trust to subpoenaing parties. |
| 11/20/11 | 1.40 | Draft memo notifying producing parties re Zell subpoena. |
| 11/20/11 | 4.60 | Draft brief in support of motion to compel against CSSU. |
| 11/20/11 | 0.30 | Draft proposed order for motion to compel v. CSSU. |
| 11/20/11 | 0.50 | Research SDNY procedures. |
| 11/20/11 | 0.10 | Email S. Sulkowski re CSSU shareholder discovery and motion to compel. |
| 11/20/11 | 0.10 | Email A. Oettinger (M&I Bank counsel) re shareholder discovery. |
| 11/21/11 | 0.10 | Confer with J. Sottile re motion to compel. |
| 11/21/11 | 2.30 | Revise and edit brief supporting motion to compel CSSU. |
| 11/21/11 | 0.40 | Draft notice of motion to compel. |
| 11/21/11 | 0.20 | Emails with S. Sulkowski (Milbank) re CSSU motion to compel. |
| 11/21/11 | 0.10 | Email A. Oettinger (M&I Bank counsel) re shareholder discovery. |
| 11/21/11 | 0.20 | Call with A. Oettinger re shareholder discovery. |
| 11/21/11 | 0.10 | Call with D. Newman (Akin) re shareholder information. |
| 11/21/11 | 0.10 | Email D. Mordkoff (Proskauer) re shareholder discovery update. |

December 31, 2011                                                                    Page 16

| | | |
|---|---|---|
| 11/21/11 | 0.20 | Distribute second Northern Trust production to Debtors, Aurelius, and retirees. |
| 11/21/11 | 0.20 | Review and revise notice re Zell subpoena. |
| 11/21/11 | 0.10 | Email J. Sottile re requested information for 11/22 hearing. |
| 11/21/11 | 0.10 | Initial review of motion re foreign service. |
| 11/21/11 | 0.20 | Revise civil action cover sheet for SDNY filing. |
| 11/21/11 | 0.10 | Email L. Kitching (E&Y) re Sandelman situation. |
| 11/22/11 | 1.30 | Revise and finalize papers for motion to compel CSSU. |
| 11/22/11 | 0.20 | Email D. Mordkoff (Proskauer) re BNY entities and shareholder discovery. |
| 11/22/11 | 0.10 | Email J. Green (LRC) re Prokauer clients and shareholder discovery status. |
| 11/22/11 | 0.30 | Review LRC chart on LBO proceeds and shareholder defendants. |
| 11/22/11 | 0.30 | Revise draft memo on threshold amount for Committee. |
| 11/22/11 | 0.30 | Research Rule 7.1 issue. |
| 11/22/11 | 0.10 | Call with J. Chen re Rule 7.1 filing. |
| 11/22/11 | 0.10 | Review A. Caridas email on shareholder discovery quality checking. |
| 11/22/11 | 1.00 | Attend Bankruptcy Court hearing telephonically. |
| 11/23/11 | 0.30 | Revise and edit draft motion on foreign service issue. |
| 11/23/11 | 0.10 | Email LRC re draft motion on foreign service issue. |
| 11/28/11 | 0.10 | Emails with A. Vail (Jenner) re Zell subpoena. |
| 11/28/11 | 1.00 | Revise confidentiality agreement for Zell. |
| 11/28/11 | 1.00 | Participate in plan proponents' conference call about scheduling issues. |
| 11/28/11 | 0.10 | Exchange calls with S. Sulkowski (Milbank) re shareholder discovery. |
| 11/28/11 | 0.20 | Prepare subpoena for M&I Trust. |
| 11/28/11 | 0.10 | Call with D. Rosenzweig (Fulbright) re Northern Trust production of shareholder information. |
| 11/28/11 | 0.30 | Call with J. Green (LRC) re shareholder discovery strategy and next steps. |

| | | |
|---|---|---|
| 11/28/11 | 0.10 | Emails with J. Drobish and J. Green (LRC) re shareholder discovery spreadsheets. |
| 11/28/11 | 0.60 | Prepare draft memo to Committee re BlackRock. |
| 11/28/11 | 0.20 | Review L. Medoro work product on shareholder discovery follow-up. |
| 11/28/11 | 0.10 | Emails with L. Medoro re next steps on shareholder discovery project. |
| 11/28/11 | 0.40 | Call with L. Duston (Stenger law firm) re Sandelman issues. |
| 11/28/11 | 0.40 | Revise memo on LBO Proceeds threshold amount. |
| 11/28/11 | 0.20 | Call with J. Green (LRC) re LBO Proceeds threshold memorandum. |
| 11/28/11 | 0.30 | Review Tribune MDL docket and filings on tag along issue. |
| 11/28/11 | 0.10 | Confer with J. Sottile re tag along issue and Savannah hearing. |
| 11/28/11 | 0.10 | Email J. Green (LRC) re Proskauer clients and MTC follow-up. |
| 11/28/11 | 0.10 | Review final notice to producing parties re Zell subpoena. |
| 11/28/11 | 0.10 | Distribute information re JPM corrective production to parties that subpoenaed the Committee. |
| 11/28/11 | 0.10 | Email response to D. Laddin (VIMCO counsel) re inquiry re Zell subpoena. |
| 11/28/11 | 0.20 | Review JPM supplemental production. |
| 11/28/11 | 0.10 | Review emails from Chadbourne & Parke and LRC re tolling agreements. |
| 11/29/11 | 0.30 | Draft objections letter to Jenner subpoena. |
| 11/29/11 | 0.50 | Revise draft confidentiality agreement for Jenner subpoena. |
| 11/29/11 | 0.10 | Send draft Jenner confidentiality agreement to A. Vail (Jenner). |
| 11/29/11 | 0.10 | Call with D. Newman (Akin) re shareholder discovery. |
| 11/29/11 | 0.10 | Email D. Rosenzweig (Fulbright) re Northern Trust shareholder discovery. |
| 11/29/11 | 0.40 | Review history of JPM subpoena production. |
| 11/29/11 | 0.20 | Email A. Chang (DPW) re JPM subpoena production. |

December 31, 2011                                                                                          Page 18

| | | |
|---|---|---|
| 11/29/11 | 0.10 | Confer with LRC (R. Cobb) re draft confidentiality agreement. |
| 11/29/11 | 0.30 | Participate in weekly professionals' call re bankruptcy and litigation status. |
| 11/29/11 | 0.10 | Call with S. Sulkowski (Milbank) re shareholder discovery. |
| 11/29/11 | 0.50 | Meeting with L. Medoro re status of shareholder discovery review project and next steps. |
| 11/29/11 | 1.00 | Participate in Tribune telephonic court hearing. |
| 11/29/11 | 0.10 | Email Chadbourne & Parke re high PHONES/Low PHONES issue. |
| 11/29/11 | 0.10 | Review and serve revised notice on motion to compel CSSU. |
| 11/29/11 | 0.20 | Emails with A. Vail (Jenner) re timing of production in connection with Zell subpoena. |
| 11/29/11 | 0.20 | Revise memo to Committee on BlackRock issue. |
| 11/29/11 | 0.20 | Finalize and serve subpoena on M&I Trust. |
| 11/29/11 | 0.20 | Review and send to J. Drobish (LRC) revised spreadsheet for JPM and US Bank productions. |
| 11/30/11 | 0.40 | Call with D. Rath and J. Green (LRC) to discuss shareholder discovery and motions strategy. |
| 11/30/11 | 0.20 | Confer via phone and email with A. Caridas re shareholder discovery follow-up project. |
| 11/30/11 | 0.20 | Call with shareholder discovery target (Fireman's Fund). |
| 11/30/11 | 0.10 | Email Beacon Trust re shareholder discovery issue. |
| 11/30/11 | 0.20 | Confer with LRC re Faegre & Benson client on shareholder discovery. |
| 11/30/11 | 0.80 | Prepare and serve papers on Amalgamated Bank. |
| 11/30/11 | 0.20 | Call with J. Lamport (Mercer) re Sandelman Funds issue. |
| 11/30/11 | 0.40 | Review subpoena response files re shareholder discovery. |
| 11/30/11 | 0.20 | Send email to M. Roitman (Chadbourne & Parke) for posting of finalized Zuckerman Spaeder memorandum to Committee re BlackRock. |
| 11/30/11 | 0.40 | Email S. Sulkowski (Milbank) re status of shareholder discovery for Milbank clients. |
| 11/30/11 | 0.30 | Revise and send letter objection to Jenner subpoena. |

December 31, 2011                                                                                        Page 19

| 11/30/11 | 0.10 | Email to LRC and J. Sottile re Jenner response to draft confidential agreement. |

**Graeme W. Bush**

| 11/01/11 | 0.30 | E-mails with DCL proponents regarding effects of confirmation decision. |
| 11/01/11 | 0.20 | E-mail exchange with J. Sottile regarding Carey decision and UCC. |
| 11/02/11 | 0.50 | Telephone conference with DCL proponents regarding Carey opinion. |
| 11/02/11 | 0.30 | Telephone call with J. Sottile regarding UCC meeting and Carey opinion. |
| 11/02/11 | 1.20 | E-mails regarding Alvarez analysis review. |
| 11/03/11 | 0.30 | Communication with J. Sottile regarding UCC meeting. |
| 11/03/11 | 0.10 | Review memorandum regarding Hartford matter. |
| 11/03/11 | 0.30 | Review correspondence from Katten regarding Rule 9011. |
| 11/03/11 | 0.70 | Telephone conference with UCC professionals re UCC meeting. |
| 11/03/11 | 2.90 | Participate in UCC meeting. |
| 11/04/11 | 0.30 | E-mail exchange with DCL proponents regarding response to confirmation decision. |
| 11/07/11 | 0.30 | E-mail exchange regarding plan modification and DCL Proponent telephone conference. |
| 11/08/11 | 0.30 | UCC professional telephone conference re status of bankruptcy and plan proceedings. |
| 11/08/11 | 0.20 | Confer with J. Sottile regarding status of plan issues. |
| 11/08/11 | 1.00 | Telephone conference with DCL Proponents. |
| 11/08/11 | 0.40 | E-mail exchange DCL Proponents regarding plan modification. |
| 11/08/11 | 0.40 | E-mail exchange with DCL Proponents regarding plan amendments and comments from Noteholders. |
| 11/09/11 | 0.40 | Telephone conference with DCL Proponents regarding plan amendments. |
| 11/10/11 | 1.60 | Participate in Creditor's Committee telephone conference. |
| 11/10/11 | 0.30 | E-mail exchange with DCL Proponents and telephone call with J. Sottile regarding plan amendments. |

December 31, 2011                                                                                     Page 20

| | | |
|---|---|---|
| 11/11/11 | 0.60 | E-mails exchange with DCL Proponents and review drafts of allocation dispute protocol. |
| 11/11/11 | 0.20 | Telephone conference with J. Sottile regarding status of plan amendments. |
| 11/15/11 | 0.80 | UCC professional telephone conference re status of bankruptcy proceedings. |
| 11/15/11 | 1.00 | DCL Proponent telephone conference. |
| 11/15/11 | 0.30 | Review e-mails from parties regarding plan amendments and discussions with Noteholders. |
| 11/16/11 | 2.00 | Settlement meeting with DCL proponents and other parties. |
| 11/16/11 | 0.40 | Review status of plan amendments and settlement discussions and conferences with J. Sottile. |
| 11/17/11 | 0.70 | Review draft status report. |
| 11/17/11 | 1.20 | E-mail exchanges with DCL proponents regarding amended plan and related pleadings. |
| 11/17/11 | 0.30 | Confer with J. Sottile regarding UCC meeting. |
| 11/18/11 | 1.20 | E-mail communication with DCL proponents regarding amended plan and related pleadings. |
| 11/21/11 | 0.50 | Review draft outline of argument for status conference and comment. |
| 11/21/11 | 0.80 | Telephone conference with DCL proponents to prepare for Court. |
| 11/22/11 | 1.00 | Attend status conference telephone conference. |
| 11/22/11 | 0.40 | E-mail exchanges with DCL proponents regarding confirmation issues arising out of status conference. |
| 11/22/11 | 0.20 | Review report to UCC re confirmation issues. |
| 11/28/11 | 0.30 | Confer with J. Sottile regarding case status and meeting with B. Bennett Dewey. |
| 11/28/11 | 0.40 | E-mail exchanges with DCL proponents regarding allocation dispute. |
| 11/29/11 | 0.30 | E-mails with DCL proponents regarding hearing on confirmation schedule and allocation issues. |
| 11/30/11 | 0.50 | Telephone conference with DCL proponents regarding response to proposed scheduling order. |
| 11/30/11 | 0.60 | E-mail exchange with DCL proponents regarding pleadings on scheduling and confirmation issues. |

**Andrew Caridas**

| | | |
|---|---|---|
| 11/02/11 | 3.20 | Draft brief for motion to amend definition of termination event. |
| 11/02/11 | 2.70 | Review Exhibit A and summaries prepared by cocounsel to analyze shareholdings and expected recoveries. |
| 11/02/11 | 0.80 | Correspondence with J. Green (LRC) and A. Goldfarb re same. |
| 11/03/11 | 1.20 | Draft memo to Committee re shareholder discovery threshold. |
| 11/08/11 | 0.90 | Draft response to Rule 9011 letter. |
| 11/08/11 | 1.30 | Correspondence with J. Green (LRC) and A. Goldfarb re: Rule 34 discovery progress. |
| 11/09/11 | 1.20 | Review Exhibit A and conduct shareholding analysis. |
| 11/09/11 | 0.40 | Correspondence with A. Goldfarb re same. |
| 11/09/11 | 1.30 | Draft memorandum to committee regarding Rule 9011 letter. |
| 11/09/11 | 0.40 | Revise response to Rule 9011 letter. |
| 11/10/11 | 2.80 | Correspondence with Endex Capital Management, SEI, Loring, Dougherty & Company, CALFEE regarding discovery responses. |
| 11/10/11 | 0.60 | Correspondence with cocounsel re: same. |
| 11/22/11 | 1.20 | Attend telephonic court hearing. |
| 11/23/11 | 1.20 | Correspondence with entities having only partially produced responsive information (American Enterprise, the AmeriPrise and Riversource Funds, Carret, etc.). |
| 11/30/11 | 0.90 | Follow-up correspondence with entities having only partially produced responsive information (American Enterprise, the AmeriPrise and Riversource Funds, Carret, etc.). |

**Jer-Wei (Jay) Chen**

| | | |
|---|---|---|
| 11/21/11 | 0.50 | Research rules of procedure with respect to filing a miscellaneous action to compel production of documents by Credit Suisse Securities (USA). |
| 11/22/11 | 2.80 | Assist A. Goldfarb with the preparation and filing of motion to compel production by Credit Suisse Securities (USA). |
| 11/29/11 | 1.00 | Respond to contact from clerk in miscellaneous action department regarding motion to compel production by Credit Suisse Securities (USA). |

December 31, 2011                                                                  Page 22

Lisa Medoro

| | | |
|---|---|---|
| 11/11/11 | 3.50 | Continue to review documents relating to Step One and Step Two LBO payments and edit and revise Exhibit A to reflect the same. |
| 11/14/11 | 3.00 | Continue to review documents relating to Step One and Step Two LBO payments and edit and revise Exhibit A to reflect the same. |
| 11/18/11 | 0.40 | Meet and confer with A. Goldfarb regarding service of additional defendants and completion of chart relating to Step One and Step Two LBO payments. |
| 11/18/11 | 1.10 | Review documents relating to Step One and Step Two LBO payment information and edit and revise Exhibit A to reflect the same. |
| 11/18/11 | 1.40 | Review documents relating to Step One and Step Two LBO payment information and e-mail A. Goldfarb regarding follow-up information needed. |
| 11/21/11 | 5.40 | Review, edit and revise chart of defendants served with summonses to determine which defendants still need service and research addresses for the same. |
| 11/22/11 | 2.50 | Review documents relating to Step One and Step Two LBO payment information received and revise Exhibit A template to include the same. |
| 11/28/11 | 6.20 | Review documents relating to Step One and Step Two LBO payment information received and revise Exhibit A template to include the same. |
| 11/28/11 | 0.30 | Review JPMorgan supplemental production and edit and revise Exhibit A to reflect the same. |
| 11/29/11 | 0.60 | Review JPMorgan supplemental production and edit and revise Exhibit A annex to reflect the same and to include source information. |
| 11/29/11 | 0.50 | Meet and confer with A. Goldfarb regarding review of documents relating to Step One and Step Two LBO payment information and Exhibit A annex. |
| 11/29/11 | 0.60 | Review documents relating to Step One and Step Two LBO payment information and edit and revise chart reflecting the same. |



**ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

December 27, 2011

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:281473
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through November 30, 2011.

By Andrew N. Goldfarb
   3.00  hours at  $600.00  per hour         $     1,800.00

| | |
|---|---|
| TOTAL FEES | $    1,800.00 |
| TOTAL EXPENSES | $     0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $    1,800.00 |

December 27, 2011                                                          Page 2

DESCRIPTION OF SERVICES                                        CLIENT: 12464
                                                              MATTER: 0002

Andrew N. Goldfarb

| 11/08/11 | 0.20 | Email 7th and 8th interim applications to J. Theil. |
| 11/11/11 | 1.40 | Review and finalize Zuckerman Spaeder 26th monthly fee application for filing. |
| 11/14/11 | 0.20 | Email Zuckerman Spaeder 26th monthly fee application to fee examiner. |
| 11/22/11 | 0.50 | Review status of outstanding monthly fee payments. |
| 11/22/11 | 0.10 | Email G. Bush re status of fee payments. |
| 11/22/11 | 0.60 | Review fee applications for compliance with Local Rules. |

 **ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

December 27, 2011

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:281474
Client: 12464
Matter: 0003
EIN: 52-1112263

Re: Special Counsel / Non-Working Travel Time

---

### STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through November 30, 2011.

By James Sottile
    25.90  hours at $725.00  per hour                          $      18,777.50

| | | |
|---|---|---|
| TOTAL FEES | $ | 18,777.50 |
| Less Professional Courtesy | $ | -9,388.75 |
| TOTAL FEES | $ | 9,388.75 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 9,388.75 |

BALTIMORE            NEW YORK            TAMPA            WASHINGTON, DC

December 27, 2011                                                                    Page 2

DESCRIPTION OF SERVICES                                      CLIENT: 12464
                                                             MATTER: 0003

James Sottile

| 11/03/11 | 3.00 | Travel to NY for Committee meeting. |
| 11/03/11 | 3.10 | Travel back to DC following Committee meeting. |
| 11/10/11 | 3.50 | Travel to NY for Creditors Committee meeting. |
| 11/11/11 | 3.50 | Travel back to DC following Committee meeting. |
| 11/16/11 | 2.50 | Travel to NY for meeting with counsel for DCL and Noteholder Plan Proponents re amendments to DCL Plan. |
| 11/17/11 | 3.10 | Travel back to DC following NY meeting with counsel for DCL and Noteholder Plan Proponents re amendments to DCL plan. |
| 11/22/11 | 3.00 | Travel to/from Wilmington for status conference. |
| 11/30/11 | 4.20 | Travel to Savannah for MDL hearing. |