# EXHIBIT B

Tribune Company, No. 08-13141 (KJC)
Zuckerman Spaeder LLP
27th Monthly Fee Application
Period 11/1/11-11/30/11

| EXPENSES | AMOUNT | | DATE OF SERVICE | | TOTALS | |
|---|---|---|---|---|---|---|
| **TRAVEL** | | | | | | |
| | $ | 107.00 | 11/7/2011 | ANG | | |
| | $ | 166.00 | 11/21/2011 | GWB | | |
| Total | $ | 273.00 | | | $ | 273.00 |
| **HOTEL** | $ | 339.69 | 11/21/2011 | GWB | | |
| Total | $ | 339.69 | | | $ | 339.69 |
| **EXPRESS DELIVERY** | | | | | | |
| FedEx | $ | 17.36 | 11/9/2011 | | | |
| Total | $ | 17.36 | | | $ | 17.36 |
| **FILING FEE** | | | | | | |
| Clerk of Court - SDNY | $ | 46.00 | 11/28/2011 | | | |
| Total | $ | 46.00 | | | $ | 46.00 |
| **IN HOUSE COPY** | | | | | | |
| | $ | 7.50 | 11/18/2011 | | | |
| | $ | 2.00 | 11/29/2011 | | | |
| | $ | 0.20 | 11/30/2011 | | | |
| Total | $ | 9.70 | | | $ | 9.70 |
| **TELEPHONE CONFERENCING** | | | | | | |
| Soundpath | $ | 5.75 | 11/28/2011 | | | |
| Soundpath | $ | 6.20 | 11/28/2011 | | | |
| Soundpath | $ | 16.84 | 11/28/2011 | | | |
| Total | $ | 28.79 | | | $ | 28.79 |
| **DOCUMENT RESEARCH** | | | | | | |
| Westlaw Research | $ | 377.11 | 10/31/2011 | | | |
| Total | $ | 377.11 | | | $ | 377.11 |
| **LONG DISTANCE CALLS** | | | | | | |
| | $ | 0.12 | 11/2/2011 | | | |
| | $ | 0.24 | 11/2/2011 | | | |
| | $ | 0.84 | 11/2/2011 | | | |
| | $ | 0.24 | 11/2/2011 | | | |
| | $ | 3.72 | 11/2/2011 | | | |
| | $ | 1.32 | 11/2/2011 | | | |
| | $ | 0.36 | 11/3/2011 | | | |
| | $ | 0.12 | 11/3/2011 | | | |
| | $ | 0.24 | 11/3/2011 | | | |
| | $ | 1.20 | 11/3/2011 | | | |
| | $ | 0.48 | 11/3/2011 | | | |
| | $ | 0.24 | 11/3/2011 | | | |
| | $ | 0.96 | 11/3/2011 | | | |
| | $ | 0.12 | 11/3/2011 | | | |
| | $ | 0.60 | 11/3/2011 | | | |
| | $ | 0.36 | 11/3/2011 | | | |
| | $ | 0.12 | 11/4/2011 | | | |
| | $ | 1.80 | 11/4/2011 | | | |
| | $ | 0.12 | 11/4/2011 | | | |
| | $ | 0.12 | 11/4/2011 | | | |
| | $ | 0.12 | 11/4/2011 | | | |
| | $ | 2.76 | 11/4/2011 | | | |
| | $ | 0.12 | 11/4/2011 | | | |
| | $ | 0.36 | 11/8/2011 | | | |
| | $ | 0.12 | 11/8/2011 | | | |

| EXPENSES | AMOUNT | DATE OF SERVICE | TOTALS |
|---|---|---|---|
| | $ 6.84 | 11/8/2011 | |
| | $ 0.84 | 11/8/2011 | |
| | $ 0.12 | 11/8/2011 | |
| | $ 6.12 | 11/8/2011 | |
| | $ 7.92 | 11/9/2011 | |
| | $ 0.12 | 11/9/2011 | |
| | $ 1.68 | 11/9/2011 | |
| | $ 0.12 | 11/9/2011 | |
| | $ 0.48 | 11/9/2011 | |
| | $ 2.04 | 11/9/2011 | |
| | $ 0.12 | 11/10/2011 | |
| | $ 1.08 | 11/11/2011 | |
| | $ 0.24 | 11/11/2011 | |
| | $ 0.12 | 11/14/2011 | |
| | $ 0.12 | 11/14/2011 | |
| | $ 0.96 | 11/15/2011 | |
| | $ 3.00 | 11/15/2011 | |
| | $ 0.12 | 11/15/2011 | |
| | $ 0.36 | 11/16/2011 | |
| | $ 1.80 | 11/18/2011 | |
| | $ 0.36 | 11/18/2011 | |
| | $ 0.12 | 11/18/2011 | |
| | $ 0.12 | 11/18/2011 | |
| | $ 6.24 | 11/18/2011 | |
| | $ 0.12 | 11/18/2011 | |
| | $ 1.08 | 11/18/2011 | |
| | $ 0.12 | 11/18/2011 | |
| | $ 0.60 | 11/21/2011 | |
| | $ 3.84 | 11/21/2011 | |
| | $ 2.04 | 11/21/2011 | |
| | $ 2.52 | 11/28/2011 | |
| | $ 0.48 | 11/29/2011 | |
| | $ 0.96 | 11/29/2011 | |
| | $ 0.24 | 11/29/2011 | |
| | $ 0.96 | 11/30/2011 | |
| | $ 0.12 | 11/30/2011 | |
| | $ 0.12 | 11/30/2011 | |
| Total | $ 71.04 | | $ 71.04 |
| POSTAGE | $ 1.88 | 11/22/2011 | |
| Total | $ 1.88 | | $ 1.88 |
| GRAND TOTAL | | | $ 1,164.57 |