IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| | : Case No. 08-13141 (KJC) |
| Tribune Company, *et al.*, | : |
| | : Jointly Administered |
| Debtors. | : |
| | : |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF ALL PAPERS

PLEASE TAKE NOTICE that Stardust Visions, Inc., ("Stardust), by and through its undersigned counsel, pursuant to Bankruptcy Rule 2002 and Section 102(1) of the Bankruptcy Code, requests that all notices given or required to be given in these cases and all papers served in these cases be given to and served upon the undersigned at the offices set forth below:

| | |
|---|---|
| Daniel K. Astin (No. 4068) | Rick A. Steinberg (No. RS-7396) |
| John D. McLaughlin, Jr. (No. 4123) | Ciardi, Ciardi & Astin |
| Ciardi Ciardi & Astin | 100 Church Street, 8th Floor |
| 919 N. Market Street, Suite 700 | New York, NY 10007 |
| Wilmington, Delaware 19801 | Tel: (646) 485-0605 |
| Tel: (302) 658-1100 | Fax: (646) 688-4385 |
| Fax: (302) 658-1300 | rsteinberg@ciardilaw.com |
| jmclaughlin@ciardilaw.com | |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed hand delivery, mail, telephone, telex, or otherwise which affects the alleged Debtor or the property of the alleged Debtor.

PLEASE TAKE FURTHER NOTICE that Stardust does not intend this Notice of Appearance or any later appearance, pleading or claim to waive: (1) its right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to this

case; or (2) any other rights, claims, actions, defenses, set-offs, or recoupments to which it is or may be entitled under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated: January 10, 2012

CIARDI CIARDI & ASTIN

/s/ 
Daniel K. Astin (No. 4068)
John D. McLaughlin, Jr. (No. 4123)
919 N. Market Street, Suite 700
Wilmington, Delaware 19801
Telephone: (302) 658-1100
Facsimile: (302) 658-1300
jmcmahon@ciardilaw.com

*Counsel for Stardust Visions, Inc.*