# Exhibit A:

# Proposed Schedule for Disclosure/Solicitation and Resolution of Allocation Disputes

*In re Tribune Company, et al.*

## Proposed Schedule for Disclosure/Confirmation and Allocation Dispute Resolution

| Plan Solicitation/Confirmation | |
|---|---|
| Date | Event |
| Feb. 20 | File Amendments to SDD, Plan, Allocation Dispute Protocol and Solicitation Procedures (if necessary) |
| Mar. 2 | Last Day to Serve Confirmation Discovery Requests |
| Mar. 5 | Objection Deadline for SDD and Solicitation Procedures Motion |
| Mar. 12 | Reply Deadline for SDD and Solicitation Procedures Motion |
| Mar. 19 (week of) | Hearing on SDD and Solicitation Procedures Motion |
| Apr. 23 | Completion of Confirmation Discovery |
| Apr. 23 | Voting/Plan Objection Deadline |
| May 7 | Briefs in Support of Confirmation/Plan Objection Reply Deadline |
| May 14 (week of) | Confirmation Hearing |

| Allocation Dispute Resolution[3] | |
|---|---|
| Date | Event |
| Jan. 20 | Last Day to Serve Discovery Requests |
| Jan. 31 | Identification of Allocation Dispute Positions, Trial Witnesses and Scope of Direct Trial Testimony |
| Feb. 17 | Completion of Discovery |
| Feb. 24 | Opening Briefs Due |
| Mar. 2 | Response Briefs Due |
| Mar. 5 (week of) | Hearing on Allocation Disputes |

---

[3] Discovery shall be limited to the following:

- Discovery directed to parties taking a position that any Other Parent Claims are entitled to the benefit of the PHONES and/or EGI subordination provisions, seeking the operative documents pursuant to which such Other Parent Claims arise;

- Discovery directed to EGI-TRB LLC and the Debtors, relating to whether the PHONES Notes are senior, junior or *pari passu* in right of payment to the EGI-TRB LLC Notes;

- Discovery directed to the Debtors and/or DBTCA, seeking documents relating to the appropriate amount of the PHONES Notes; and

- Discovery re: Recovery Chart, depending upon review of revised Recovery Chart, directed to Debtors, their professionals and any party and its professionals that challenges or reserves the right to challenge the Recovery Chart.

# Exhibit B:

# Alternative Proposed Schedule for Disclosure/Confirmation

(Allocation Dispute Resolution Dates Identical to Exhibit A)

*In re Tribune Company, et al.*
**Alternative Proposed Schedule for Disclosure/Confirmation**

| Plan Solicitation/Confirmation | | Allocation Dispute Resolution[4] (Schedule Identical to Exhibit A) | |
|---|---|---|---|
| *Date* | *Event* | *Date* | *Event* |
| Jan. 17 | File Amendments to SDD, Plan, Allocation Dispute Protocol and Solicitation Procedures (if necessary) | Jan. 20 | Last Day to Serve Discovery Requests |
| Jan. 27 | Last Day to Serve Confirmation Discovery Requests | Jan. 31 | Identification of Allocation Dispute Positions, Trial Witnesses and Scope of Direct Trial Testimony |
| Jan. 30 | Objection Deadline for SDD and Solicitation Procedures Motion | Feb. 17 | Completion of Discovery |
| Feb. 6 | Reply Deadline for SDD and Solicitation Procedures Motion | Feb. 24 | Opening Briefs Due |
| Feb. 13 (week of) | Hearing on SDD and Solicitation Procedures Motion | Mar. 2 | Response Briefs Due |
| Mar. 19 | Completion of Confirmation Discovery | Mar. 5 (week of) | Hearing on Allocation Disputes |
| Mar. 19 | Voting/Plan Objection Deadline | | |
| Apr. 2 | Briefs in Support of Confirmation/Plan Objection Reply Deadline | | |
| Apr. 9 (week of) | Confirmation Hearing | | |

---

[4] Discovery shall be limited to the following:

- Discovery directed to parties taking a position that any Other Parent Claims are entitled to the benefit of the PHONES and/or EGI subordination provisions, seeking the operative documents pursuant to which such Other Parent Claims arise;

- Discovery directed to EGI-TRB LLC and the Debtors, relating to whether the PHONES Notes are senior, junior or *pari passu* in right of payment to the EGI-TRB LLC Notes;

- Discovery directed to the Debtors and/or DBTCA, seeking documents relating to the appropriate amount of the PHONES Notes; and

- Discovery re: Recovery Chart, depending upon review of revised Recovery Chart, directed to Debtors, their professionals and any party and its professionals that challenges or reserves the right to challenge the Recovery Chart.