## EXHIBIT A

### Revised Schedule

| ALLOCATION DISPUTE RESOLUTION SCHEDULE | |
|---|---|
| *Event* | *Revised Schedule* |
| Last Day to Serve Discovery Requests[1] | *January 20, 2012* |
| Identification of Allocation Dispute positions and potential trial witnesses | *January 31, 2012* |
| Completion of Discovery | *February 17, 2012* |
| Opening Briefs Due | *February 24, 2012* |
| Response Briefs Due | *March 2, 2012* |
| Hearing on Allocation Disputes | *Week of March 5, 2012* |

| CONFIRMATION SCHEDULE | |
|---|---|
| *Event* | *Revised Schedule* |
| Deadline to File Amended Supplemental Disclosure Documents | *March 14, 2012* |
| Objections to Supplemental Disclosure Documents | *March 21, 2012* |
| Replies to Supplemental Disclosure Document Objections | *March 28, 2012* |
| Hearing on Supplemental Disclosure Documents | *Week of April 2, 2012* |
| Last Day to Serve Confirmation Discovery Requests | *April 9, 2012* |
| Voting Deadline | *May 7, 2012* |
| Objections to DCL Plan | *May 7, 2012* |
| Completion of Confirmation Discovery | *May 16, 2012* |
| Briefs in Support of Confirmation and in response to Objections | *May 16, 2012* |
| Confirmation Hearing | *Week of May 21, 2012* |

---

[1] Discovery shall be limited to the following:
- Discovery directed to the Retiree Claimants and the holders of the Swap Claim, seeking the operative documents pursuant to which their respective claims arise;
- Discovery directed to the DCL Plan Proponents, seeking documents supporting their assertion that holders of Other Parent Claims are entitled to the benefit of the PHONES and/or EGI subordination provisions;
- Discovery directed to EGI-TRB LLC and the Debtors, relating to whether the PHONES Notes are senior, junior or *pari passu* in right of payment to the EGI-TRB LLC Notes;
- Discovery directed to the Debtors and/or DBTCA, relating to the appropriate amount of the PHONES Notes; and
- Discovery directed to the Debtors, the Committee, and/or their respective professionals, relating to the Recovery Chart, as it may be amended, and/or any financial information relied upon by the Debtors or the Committee to support their assertion(s) that the holders of Other Parent Claims' receipt of equal or higher percentage recoveries in initial distributions as the Senior Noteholders does not result in unfair discrimination against the Senior Noteholders.