# EXHIBIT A



SEYFARTH
ATTORNEYS
SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

Invoice No. 1919701
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through October 31, 2011

**JoAnn Parker v.; Case No. 2009L010092 0000001909**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/02/11 | N. Riesco | L243 | | Draft brief in reply to motion for summary judgment. | 3.00 | 1,200.00 |
| 10/03/11 | N. Riesco | L243 | | Conference call with J. Ludwig to discuss bankruptcy arguments, proposed supplemental declaration and objections to J. Parker's late proofs of claim (.30); draft reply in support of motion for summary judgment (3.40); draft, edit and revise response to plaintiff's statement of additional facts (1.00); conduct research regarding disregard of court orders and untimely opposition of summary judgment (.70). | 5.40 | 2,160.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1919701

Page 2

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/04/11 | N. Riesco | L210 | | Draft opposition to motion to strike declaration of Glassberg (2.70); draft motion for extension of time (1.00); communication with J. Ludwig regarding status (.30); communication with G. Pauling regarding status (.30); email to P. Bender (.20). | 4.50 | 1,800.00 |
| 10/05/11 | N. Riesco | L120 | | Communications with P. Bender regarding extension (.20); finalize and file motion for one week extension of time (.60); email to A. Jubelirer regarding same (.20). | 1.00 | 400.00 |
| 10/10/11 | G. Pauling II | L243 | | Review opposition papers for summary judgment motion. | 1.00 | 570.00 |
| 10/11/11 | N. Riesco | L243 | | Draft declaration in reply to opposition for summary judgment (.30); edit and revise opposition to motion to strike Glassberg declaration (.70). | 1.00 | 400.00 |
| 10/12/11 | G. Pauling II | L120 | | Work on summary judgment reply brief (3.00); conference with N. Riesco regarding same (.50). | 3.50 | 1,995.00 |
| 10/12/11 | N. Riesco | L120 | | Communications with J. Ludwig regarding objection and declaration (.40); communications with A. Jubelirer concerning edits to reply materials (.40); edit and revise reply brief (2.80); edit and revise response to motion to strike (.90); edit and revise response to statement of facts (.50). | 5.00 | 2,000.00 |
| 10/13/11 | N. Riesco | L250 | | Communications with J. Ludwig regarding objection and declaration (.20); edit and revise reply brief (2.00); edit and revise response to motion to strike (.60); edit and revise response to statement of facts (1.90); prepare and revise appendix of evidentiary materials (1.80); electronically file all documents (.70). | 7.20 | 2,880.00 |
| 10/25/11 | N. Riesco | L190 | | Communications with J. Ludwig concerning filing of objections in bankruptcy court. | 0.20 | 80.00 |

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

Invoice No. 1919701

Page 3

Chicago Tribune Company

| | | | |
|---|---|---|---|
| **Total Hours** | | | 31.80 |
| **Total Fees** | | | $13,485.00 |
| **Less Discount** | | | ($1,348.50) |
| **Total Fees After Discount** | | | $12,136.50 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 4.50 | hours at | $570.00 | per hour |
| N. Riesco | Associate | - | 27.30 | hours at | $400.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Copying | 21.80 |
| Online Research | 195.65 |
| **Total Disbursements** | 217.45 |
| **Total Amount Due** | $12,353.95 |



**SEYFARTH**
**ATTORNEYS**
**SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1919701
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $13,485.00 |
| Less Discount | ($1,348.50) |
| Total Fees after Discount | $12,136.50 |
| Total Disbursements | 217.45 |
| Total Fees and Disbursements This Statement | $12,353.95 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

Invoice No. 1919681
0276 12575 / 12575-000028
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through October 31, 2011

**Guild Labor Matters 0000001483**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/03/11 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding Targeted Media division talking points and review of same. | 0.40 | 232.00 |
| 10/03/11 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding review and edit to Tribune information systems policy. | 0.30 | 174.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.70 | |
| **Total Fees** | | $406.00 |
| **Less Discount** | | ($40.60) |
| **Total Fees After Discount** | | $365.40 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Baltimore Sun

## Timekeeper Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| K. Michaels | Partner | – | 0.70 | hours at | $580.00 | per hour | |

**Total Disbursements**         0.00

**Total Amount Due**         $365.40



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1919681
0276 12575 / 12575-000028
Guild Labor Matters 0000001483

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $406.00 |
| Less Discount | ($40.60) |
| Total Fees after Discount | $365.40 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $365.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

Invoice No. 1919682
0276 12575 / 12575-000301
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through October 31, 2011

### Photographer(s) Recall Grievance: Case No. 16 300 00214 11

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/03/11 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding Guild calling of management representatives to testify as to Sunburst negotiations history. | 0.40 | 232.00 |
| 10/03/11 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding Guild production of documents and Guild request to stipulate to facts and further arbitration preparation. | 0.60 | 348.00 |
| 10/03/11 | K. Michaels | L110 | | Review of the transcript of the freelancer arbitration. | 2.00 | 1,160.00 |
| 10/03/11 | K. Michaels | L110 | | Telephone conference with witness regarding potential testimony at arbitration hearing. | 0.40 | 232.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1919682

Page 2

Baltimore Sun

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/03/11 | K. Michaels | L110 | | Conference with J. Sherman regarding bargaining history of letter of understanding no. 2 and the Guild contract. | 0.30 | 174.00 |
| 10/03/11 | K. Michaels | L110 | | Review of the transcript of the D. Sanchez arbitration. | 2.00 | 1,160.00 |
| 10/03/11 | K. Michaels | L120 | | E-mail correspondence from and to A. Barnes regarding witnesses to be called by the Guild to testify to Section 1.7(b) of the contract. | 0.10 | 58.00 |
| 10/03/11 | K. Michaels | L120 | | E-mail correspondence to and from witness "2" regarding preparation for arbitration. | 0.10 | 58.00 |
| 10/04/11 | J. Sherman | C300 | | Review multiple files detailing Baltimore Sun/Guild bargaining history from 1988 though 1995 to assist in case preparation. | 2.00 | 1,390.00 |
| 10/04/11 | K. Michaels | L410 | | Meeting in Baltimore with management regarding preparation for arbitration. | 8.00 | 4,640.00 |
| 10/05/11 | K. Michaels | C300 | | Review of e-mail correspondence from A. Barnes regarding testimony of management employee on behalf of Guild at arbitration hearing. | 0.10 | 58.00 |
| 10/05/11 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding proposed stipulations from Guild counsel. | 0.10 | 58.00 |
| 10/05/11 | K. Michaels | C300 | | Review of e-mail correspondence from R. Paul, Union counsel, regarding entering into stipulations in advance of arbitration hearing. | 0.10 | 58.00 |
| 10/05/11 | K. Michaels | C300 | | E-mail correspondence from A. Barnes regarding Union counsel request to enter into stipulations. | 0.10 | 58.00 |
| 10/05/11 | K. Michaels | L110 | | Review of e-mail correspondence from management regarding statistics and data concerning company use of freelancers. | 0.30 | 174.00 |



Invoice No. 1919682

Page 3

Baltimore Sun

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/05/11 | K. Michaels | L110 | | Review of 1993 negotiations history binder. | 2.00 | 1,160.00 |
| 10/05/11 | K. Michaels | L120 | | Telephone conference with A. Barnes regarding management employee testimony on behalf of Guild at arbitration hearing (.10); conference with possible witness "3" concerning information for hearing (.10). | 0.20 | 116.00 |
| 10/06/11 | K. Michaels | L410 | | Drafting outline of direct examination and potential cross-examination of witness "4". | 2.10 | 1,218.00 |
| 10/06/11 | K. Michaels | L410 | | Drafting cross-examination outline of A. Davis. | 1.00 | 580.00 |
| 10/06/11 | K. Michaels | L410 | | Drafting cross-examination outline of E. Canzian. | 2.00 | 1,160.00 |
| 10/06/11 | K. Michaels | L410 | | Drafting direct examination outline of witness "6". | 1.00 | 580.00 |
| 10/07/11 | K. Michaels | C300 | | Telephone conference with R. Paul regarding stipulations. | 0.30 | 174.00 |
| 10/07/11 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding Guild position concerning stipulations. | 0.20 | 116.00 |
| 10/07/11 | K. Michaels | C300 | | Drafting e-mail correspondence to R. Paul, Union counsel, regarding response to Guild proposal to stipulate to freelancer data. | 0.10 | 58.00 |
| 10/07/11 | K. Michaels | L110 | | Review of Seyfarth independent contractor files for documents relevant to arbitration hearing. | 1.00 | 580.00 |
| 10/07/11 | K. Michaels | L120 | | Review of e-mail correspondence from R. Paul, Guild counsel, regarding stipulations. | 0.10 | 58.00 |
| 10/07/11 | K. Michaels | L120 | | Telephone conference with A. Barnes regarding arbitration preparation. | 0.30 | 174.00 |
| 10/07/11 | K. Michaels | L410 | | Drafting direct examination outline of witness "5" (1.00); drafting direct examination outline of witness "2" (2.50). | 3.50 | 2,030.00 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 1919682

Page 4

Baltimore Sun

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/09/11 | K. Michaels | C200 | | Review of Newspaper Association of America decisions regarding use of freelancers and right of employees to be recalled. | 1.20 | 696.00 |
| 10/09/11 | K. Michaels | L120 | | Telephone conference with A. Barnes regarding preparation of witness "2" for testimony. | 0.20 | 116.00 |
| 10/10/11 | K. Michaels | L110 | | Review of e-mail correspondence from B. Hamilton with attached data analysis. | 0.50 | 290.00 |
| 10/10/11 | K. Michaels | L110 | | Review of e-mail correspondence from D. Morrison with attached bargaining notes. | 0.30 | 174.00 |
| 10/10/11 | K. Michaels | L110 | | Drafting e-mail correspondence to D. Morrison regarding additional documentation needed for arbitration hearing. | 0.10 | 58.00 |
| 10/11/11 | K. Michaels | C300 | | Review of e-mail correspondence from D. Morrison regarding bargaining information. | 0.20 | 116.00 |
| 10/11/11 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding B. Hamilton analysis of staff and freelancer assignment data. | 0.20 | 116.00 |
| 10/11/11 | K. Michaels | L110 | | Review of e-mail correspondence from D. Morrison with attached Guild 1993 final proposal. | 0.20 | 116.00 |
| 10/11/11 | K. Michaels | L110 | | Review of e-mail correspondence from A. Barnes and attached information regarding freelancer data. | 0.30 | 174.00 |
| 10/11/11 | K. Michaels | L110 | | Telephone conference with A. Barnes and D. Morrison regarding bargaining history evidence. | 0.30 | 174.00 |
| 10/11/11 | K. Michaels | L410 | | Telephone conference with A. Barnes and H. Weinstein in order to prepare witness "2" for testimony. | 1.00 | 580.00 |
| 10/11/11 | K. Michaels | L410 | | Drafting outline of cross-examination of E. Canzian. | 1.90 | 1,102.00 |



Invoice No. 1919682

Page 5

Baltimore Sun

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/11/11 | K. Michaels | L410 | | Drafting cross-examination outline of A. Davis. | 2.00 | 1,160.00 |
| 10/12/11 | K. Michaels | C300 | | Review of e-mail correspondence from B. Hamilton and attached analysis of Guild freelancer usage numbers. | 0.50 | 290.00 |
| 10/12/11 | K. Michaels | L110 | | Review of e-mail correspondence from D. Morrison and attached 2007 negotiation notes. | 0.40 | 232.00 |
| 10/12/11 | K. Michaels | L110 | | Review of e-mail correspondence from A. Barnes regarding 1993 bargaining. | 0.30 | 174.00 |
| 10/12/11 | K. Michaels | L110 | | Review of e-mail correspondence from D. Morrison and attached 2007 proposals and bargaining notes. | 0.60 | 348.00 |
| 10/12/11 | K. Michaels | L110 | | Telephone conference with witness "6" regarding history of freelancer usage. | 0.50 | 290.00 |
| 10/12/11 | K. Michaels | L110 | | Review of e-mail correspondence from A. Barnes and accompanying e-mail regarding Sunburst negotiations. | 0.20 | 116.00 |
| 10/13/11 | K. Michaels | L110 | | Review of e-mail correspondence from B. Hamilton with attached side by side comparison. | 0.40 | 232.00 |
| 10/14/11 | K. Michaels | C300 | | Draft supplemental response to Union information request regarding overtime and compensatory time. | 0.20 | 116.00 |
| 10/16/11 | K. Michaels | C300 | | Drafting e-mail correspondence to A. Barnes with attached outline of witness "2". | 0.20 | 116.00 |
| 10/16/11 | K. Michaels | L110 | | Drafting e-mail correspondence to B. Hamilton regarding updated freelancer information. | 0.10 | 58.00 |
| 10/16/11 | K. Michaels | L410 | | Finalizing witness direct examination outlines: witness "2" (2.00), witness "6" (1.00), witness "4" (1.00), witness "5" (.50). | 4.50 | 2,610.00 |
| 10/17/11 | K. Michaels | C200 | | Review of Newspaper Association of America cases for applicable arbitration decisions. | 2.50 | 1,450.00 |



Baltimore Sun

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/17/11 | K. Michaels | L120 | | Telephone conference with A. Barnes regarding scheduling witnesses in preparation for October 18 meeting. | 0.30 | 174.00 |
| 10/18/11 | K. Michaels | L410 | | Meeting in Baltimore with management to prepare for arbitration hearing. | 8.00 | 4,640.00 |
| 10/19/11 | K. Michaels | L120 | | Review of e-mail correspondence from R. Paul, Union counsel, regarding production of documents. | 0.10 | 58.00 |
| 10/19/11 | K. Michaels | L120 | | Drafting e-mail correspondence to R. Paul, Union counsel, in response to e-mail concerning production of documents. | 0.10 | 58.00 |
| 10/19/11 | K. Michaels | L410 | | Telephone conference to prepare witness "2" for arbitration testimony. | 2.20 | 1,276.00 |
| 10/19/11 | K. Michaels | L410 | | Drafting opening statement. | 1.60 | 928.00 |
| 10/19/11 | K. Michaels | L410 | | Drafting cross-examination of A. Kuhl or Guild witness who testifies regarding 1993 negotiations history. | 1.50 | 870.00 |
| 10/19/11 | K. Michaels | L410 | | Additional telephone conference to prepare witness "2" for arbitration testimony. | 1.00 | 580.00 |
| 10/20/11 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding documents produced by the Guild. | 0.30 | 174.00 |
| 10/20/11 | K. Michaels | C300 | | Review of documents received from the Guild in response to information request. | 0.50 | 290.00 |
| 10/20/11 | K. Michaels | L120 | | Preparation of exhibits for hearing. | 2.00 | 1,160.00 |
| 10/20/11 | K. Michaels | L120 | | Drafting letter to R. Paul, Union counsel, enclosing documents related to Section 1.7(b) of the contract. | 0.30 | 174.00 |
| 10/20/11 | K. Michaels | L120 | | Additional review of Seyfarth documents to locate 1993 information request to the Guild. | 0.50 | 290.00 |



Baltimore Sun

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/20/11 | K. Michaels | L120 | | Assembling documents to be produced to the Guild in response to information request. | 0.50 | 290.00 |
| 10/20/11 | K. Michaels | L410 | | Telephone conference with B. Hamilton regarding preparation to testify at arbitration. | 0.60 | 348.00 |
| 10/20/11 | K. Michaels | L410 | | Second telephone conference with B. Hamilton to prepare him for arbitration testimony. | 0.70 | 406.00 |
| 10/21/11 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding new data produced by the Guild. | 0.30 | 174.00 |
| 10/21/11 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding second set of data. | 0.30 | 174.00 |
| 10/21/11 | K. Michaels | C300 | | Review of e-mail correspondence from R. Paul with attached data regarding freelancer use. | 0.40 | 232.00 |
| 10/21/11 | K. Michaels | C300 | | Review of second set of data from the Guild regarding photographer, freelance and staff usage. | 0.60 | 348.00 |
| 10/21/11 | K. Michaels | L160 | | Telephone conference with A. Barnes regarding Guild settlement overture. | 0.30 | 174.00 |
| 10/21/11 | K. Michaels | L410 | | Revising cross-examination outline of A. Davis in light of revised data from the Guild. | 2.00 | 1,160.00 |
| 10/23/11 | K. Michaels | L110 | | Review of additional data regarding use of freelancers prepared by A. Davis and received from R. Paul. | 0.50 | 290.00 |
| 10/23/11 | K. Michaels | L410 | | Revising cross-examination outline of A. Davis in light of additional data prepared by Davis. | 1.00 | 580.00 |
| 10/24/11 | K. Michaels | C300 | | Telephone conference with management regarding review of additional data produced by the Guild. | 1.50 | 870.00 |
| 10/24/11 | K. Michaels | C300 | | Review of e-mail correspondence from R. Paul, Union counsel, regarding additional materials to be relied on by Company. | 0.10 | 58.00 |



Invoice No. 1919682

Page 8

Baltimore Sun

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/24/11 | K. Michaels | L110 | | Analysis of additional documents and data from the Guild in preparation for hearing. | 3.40 | 1,972.00 |
| 10/24/11 | K. Michaels | L110 | | Review of additional data received from the Guild. | 0.40 | 232.00 |
| 10/24/11 | K. Michaels | L110 | | Review of additional Sunburst proposals received from the Guild. | 0.20 | 116.00 |
| 10/24/11 | K. Michaels | L120 | | Drafting e-mail correspondence to R. Paul, Union counsel, regarding additional materials that Company will be relying on at hearing. | 0.10 | 58.00 |
| 10/24/11 | K. Michaels | L120 | | Review of e-mail correspondence from R. Paul in response to Company e-mail regarding failure to produce all of 1993 bargaining notes. | 0.10 | 58.00 |
| 10/24/11 | K. Michaels | L120 | | Drafting e-mail correspondence to R. Paul regarding Guild failure to produce all of 1993 bargaining notes. | 0.10 | 58.00 |
| 10/25/11 | K. Michaels | L410 | | Preparation in Baltimore with management for arbitration hearing. | 10.00 | 5,800.00 |
| 10/26/11 | K. Michaels | L450 | | Representing Company at arbitration hearing. | 8.00 | 4,640.00 |
| 10/28/11 | K. Michaels | L120 | | Review of e-mail correspondence from Arbitrator R. Colflesh regarding scheduling additional days of hearing (.10); e-mail correspondence with A. Barnes regarding same (.10). | 0.20 | 116.00 |

**Total Hours**                                                                                                    98.90

**Total Fees**                                                                                                          $57,592.00

**Less Discount**                                                                                                    ($5,759.20)

**Total Fees After Discount**                                                                              $51,832.80

**Timekeeper Summary**

| J. Sherman | Partner | - | 2.00 | hours at | $695.00 | per hour |
|-----------|---------|---|------|----------|---------|----------|



Baltimore Sun

| K. Michaels | Partner | - | 96.90 | hours at | $580.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Copying | 644.40 |
| Courier/Messenger Inv#: 766951312 Date Sent: 10/17/2011 Sender: Karen D. Walden Airbill: 492864835387 Howard G. Weinstein Howard G. Weinstein 12114 Faulkner Drive OWINGS MILLS, MD 21117 | 33.14 |
| Courier/Messenger Inv#: 767715609 Date Sent: 10/20/2011 Sender: Karen D. Walden Airbill: 492864836843 Ann W. Barnes The Baltimore Sun 501 North Calvert Street BALTIMORE, MD 21202 | 18.11 |
| Courier/Messenger Inv#: 767715609 Date Sent: 10/21/2011 Sender: Karen D. Walden Airbill: 492864837173 Robert E. Paul Zwerdling Paul Kahn & Wolly P. 1025 Connecticut Avenue NW WASHINGTON, DC 20036 | 27.83 |
| Courier/Messenger Inv#: 767715609 Date Sent: 10/21/2011 Sender: Karen D. Walden Airbill: 492864837368 Ann W. Barnes The Baltimore Sun 501 North Calvert Street BALTIMORE, MD 21202 | 73.64 |
| Courier/Messenger Inv#: 767715609 Date Sent: 10/21/2011 Sender: Karen D. Walden Airbill: 492864837379 Ann W. Barnes The Baltimore Sun 501 North Calvert Street BALTIMORE, MD 21202 | 92.37 |
| Facsimile | 3.00 |
| Out of Town Travel - K. Michaels - Ground Transportation 10/04/11 | 52.00 |
| Long Distance Telephone | 0.52 |
| Out-of-Town Travel - K. Michaels - Airfare 09/01/2011 | 575.40 |

**Total Disbursements**  1,520.41

**Total Amount Due**  $53,353.21



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-21S2202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1919682
0276 12575 / 12575-000301
Photographer(s) Recall Grievance: Case No. 16 300
00214 11

### INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $57,592.00 |
| Less Discount | ($5,759.20) |
| Total Fees after Discount | $51,832.80 |
| Total Disbursements | 1,520.41 |
| Total Fees and Disbursements This Statement | $53,353.21 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: <br> Seyfarth Shaw LLP <br> 3807 Collections Center Drive <br> Chicago, IL 60693 <br><br> PAYMENT BY CHECK VIA OVERNIGHT MAIL: <br> Bank of America Lockbox Services <br> 3807 Collections Center Drive <br> Chicago, IL 60693 | PAYMENT BY WIRE TO: <br><br> Bank Name: Bank of America <br> Account Name: Seyfarth Shaw LLP Operating Account <br> Account Number: 5201743357 <br> ABA Wire Payment Number: 026-009-593 <br> ABA ACH Payment Number: 081-904-808 <br> Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

Invoice No. 1919695
0276 12575 / 12575-000302
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through October 31, 2011

**Ed Gunts Retaliation; NLRB Case No. 05-CA-065316**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/14/11 | K. Michaels | C300 | | Review of e-mail correspondence from A. Barnes regarding next steps for preparing response to charge. | 0.10 | 58.00 |
| 10/14/11 | K. Michaels | C300 | | Call to NLRB investigator S. Keeling regarding filing of position statement and producing witnesses for affidavits. | 0.10 | 58.00 |
| 10/14/11 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding gathering information in response to NLRB request for information. | 0.20 | 116.00 |
| 10/14/11 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding NLRB letter and request for information. | 0.20 | 116.00 |
| 10/14/11 | K. Michaels | C300 | | Review of letter and information request from NLRB investigator. | 0.30 | 174.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1919695

Page 2

Baltimore Sun

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/17/11 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding response to NLRB production request and production of witnesses and strategy for responding to charge. | 0.30 | 174.00 |
| 10/17/11 | K. Michaels | L120 | | Telephone conference with NLRB investigator S. Keeling regarding submission of Company evidence. | 0.30 | 174.00 |
| 10/17/11 | K. Michaels | L120 | | Review of e-mail correspondence from NLRB investigator S. Keeling regarding request for extension of time to produce witnesses, documents and position statement. | 0.10 | 58.00 |
| 10/20/11 | K. Michaels | C200 | | Researching NLRB caselaw for decisions to be used in position statement. | 2.10 | 1,218.00 |
| 10/21/11 | K. Michaels | C200 | | Review of caselaw to be used as part of position statement. | 2.90 | 1,682.00 |
| 10/21/11 | K. Michaels | L160 | | Telephone conference with A. Barnes regarding Guild settlement overture. | 0.30 | 174.00 |
| 10/24/11 | K. Michaels | C300 | | Telephone conference with S. Keeling, NLRB investigator, regarding reasons why case cannot be sent to arbitration. | 0.20 | 116.00 |
| 10/24/11 | K. Michaels | C300 | | Review of e-mail correspondence from A. Barnes with attached ethics code. | 0.30 | 174.00 |
| 10/24/11 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding scheduling witnesses to give affidavits at the Board and related issues. | 0.30 | 174.00 |
| 10/24/11 | K. Michaels | L120 | | Receive voice mail message from S. Keeling, NLRB investigator, regarding whether case can be sent to arbitration. | 0.10 | 58.00 |
| 10/24/11 | K. Michaels | L120 | | Telephone conference with S. Keeling, NLRB investigator, regarding scheduling production of witnesses for affidavits. | 0.30 | 174.00 |

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 1919695

Page 3

Baltimore Sun

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/24/11 | K. Michaels | L120 | | Review of e-mail correspondence from S. Keeling, NLRB investigator, regarding schedule of witnesses for November 3. | 0.10 | 58.00 |
| 10/27/11 | K. Michaels | L110 | | Telephone conference with management regarding background facts involved in charge. | 0.80 | 464.00 |
| 10/27/11 | K. Michaels | L110 | | Review of case documentation received from A. Barnes. | 2.60 | 1,508.00 |
| 10/27/11 | K. Michaels | L110 | | Telephone conference with A. Barnes regarding background facts involved in matter. | 0.60 | 348.00 |
| 10/28/11 | K. Michaels | L160 | | Review of e-mail correspondence from A. Barnes regarding settlement. | 0.10 | 58.00 |
| 10/30/11 | K. Michaels | L110 | | Continued review of documents from Company that have been requested by the NLRB. | 1.50 | 870.00 |
| 10/30/11 | K. Michaels | L250 | | Drafting position statement to be submitted to the NLRB. | 3.00 | 1,740.00 |
| 10/31/11 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding preparation of documents to be sent to NLRB in response to information request. | 0.50 | 290.00 |
| 10/31/11 | K. Michaels | L120 | | Additional telephone conference with A. Barnes regarding documents to be produced to NLRB in response to information request. | 0.50 | 290.00 |
| 10/31/11 | K. Michaels | L120 | | Third telephone conference with A. Barnes regarding documents to be produced to NLRB in response to information request. | 0.40 | 232.00 |

| | | |
|---|---|---|
| **Total Hours** | 18.20 | |
| **Total Fees** | | $10,556.00 |
| **Less Discount** | | ($1,055.60) |
| **Total Fees After Discount** | | $9,500.40 |



Invoice No. 1919695

Page 4

Baltimore Sun

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 18.20 | hours at | $580.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Inv#: 1110001844 User: MICHAELS, KRISTIN-0822 LEXIS LEGAL SERVICES SEARCHES | 32.61 |

**Total Disbursements**                                                                32.61

**Total Amount Due**                                                                $9,533.01



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

Invoice No. 1919695
0276 12575 / 12575-000302
Ed Gunts Retaliation; NLRB Case No. 05-CA-065316

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $10,556.00 |
| Less Discount | ($1,055.60) |
| Total Fees after Discount | $9,500.40 |
| Total Disbursements | 32.61 |
| Total Fees and Disbursements This Statement | $9,533.01 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

Invoice No. 1919705
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through October 31, 2011

<u>Bankruptcy Fee Application 0000001891</u>

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/06/11 | J. McManus | B110 | | Review/edit fee application exhibits for Seyfarth's Twenty-Fourth Monthly Fee Application (.20); prepare Seyfarth's Eighth Interim Fee Application (.40); confer with A. Shepro regarding same (.10). | 0.70 | 192.50 |
| 10/06/11 | A. Shepro | B160 | | Edit Tribune Eighth Quarterly Fee Application pleading (1.60); review docket for relevant information regarding previously filed monthly fee applications and fees rewarded (.30); confer with J. McManus regarding same (.10). | 2.00 | 200.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1919705

Page 2

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/07/11 | J. McManus | B110 | | Review Fee Examiner's Report regarding Seyfarth's Fifth Interim Fee Application (.10); begin response to same (.40); edit Seyfarth's Twenty Third Monthly Fee Application (.40); confer with A. Shepro regarding same and regarding Eighth Interim Fee Application (.10); prepare pleading portion of same (.50). | 1.50 | 412.50 |
| 10/10/11 | A. Shepro | B160 | | Begin edits to Eighth Quarterly Tribune Fee Application. | 1.50 | 150.00 |
| 10/11/11 | J. McManus | B110 | | Work on response to Fee Examiner's Report on Seyfarth's Fifth Quarterly Fee Application (.50); confer with A. Shepro regarding same (.10). | 0.60 | 165.00 |
| 10/11/11 | A. Shepro | B160 | | Confer with J. McManus regarding Tribune Eighth Quarterly Fee Application (.10) and Fee Auditor's Fifth Report and Response chart (.10). | 0.20 | 20.00 |
| 10/12/11 | J. McManus | B110 | | Revise Seyfarth's Eighth Quarterly Fee Application. | 0.90 | 247.50 |
| 10/12/11 | A. Shepro | B160 | | Edit Tribune Eighth Quarterly Fee Application. | 3.60 | 360.00 |
| 10/13/11 | J. McManus | B110 | | Finalize Twenty-Third Monthly Fee Application (.40); confer with J. Sherman regarding same (.10). | 0.50 | 137.50 |
| 10/13/11 | A. Shepro | B160 | | Complete edits to Tribune Eighth Quarterly Fee Application. | 1.70 | 170.00 |



Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/14/11 | J. McManus | B110 | | Assemble Twenty-Third Monthly Fee Application for filing (.20); confer with local counsel regarding same (.10); telephone conference K. Stickles regarding confidentiality issues involving an invoice included in the Twenty-Third Fee Application (.10); confer with J. Sherman and E. Cerasia regarding same (.20); redact invoice accordingly (.20); issue fee re-submit application to local counsel for filing (.20); finalize Eighth Quarterly Fee Application (1.00); assemble same for filing (.20); forward same to local counsel (.10); review proposed Order regarding Second Quarterly Fee Application and consent to same (.20); confer with J. Sherman regarding fee payment issues (.10). | 2.60 | 715.00 |
| 10/14/11 | A. Shepro | B160 | | Review Fee Auditor's Fee Report for the Fifth Quarterly Fee Application (.10); edit response chart (.50). | 0.60 | 60.00 |
| 10/17/11 | J. McManus | B110 | | Receipt/review of hearing agenda regarding omnibus fee applications (.10); confer with J. Sherman and A. Banas regarding attendance at same (.10). | 0.20 | 55.00 |
| 10/17/11 | A. Shepro | B160 | | Continue with edits to response chart for Fee Auditor's Report. | 1.50 | 150.00 |
| 10/18/11 | J. McManus | B110 | | Prepare Twenty-Fourth Monthly Fee Application (.50); confer with O. Reyes regarding fee payment matters in connection with Second Interim Fee Application (.10); confer with A. Shepro regarding edits to Fee Examiner's Report on Fifth Interim Fee Application (.10). | 0.70 | 192.50 |
| 10/20/11 | J. McManus | B110 | | Prepare Twenty-Fourth Monthly Fee Application. | 0.60 | 165.00 |


ATTORNEYS

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/20/11 | A. Shepro | B160 | | Assist J. McManus with fee payment matters in connection with Second Quarterly Fee Application (.20); download supporting documents from PACER (.10). | 0.30 | 30.00 |
| 10/26/11 | J. McManus | B110 | | Prepare Twenty-Fourth Monthly Fee Application (.60); confer with J. Sherman regarding same and regarding fee payment matters (.10). | 0.70 | 192.50 |

| | | | |
|---|---|---|---|
| Total Hours | | 20.40 | |
| Total Fees | | | $3,615.00 |
| Less Discount | | | ($361.50) |
| Total Fees After Discount | | | $3,253.50 |

### Timekeeper Summary

| | | | | | |
|---|---|---|---|---|---|
| J. McManus | Paralegal | - | 9.00 | hours at $275.00 | per hour |
| A. Shepro | Legal Asst. | - | 11.40 | hours at $100.00 | per hour |

| Disbursements | Value |
|---------------|-------|
| Online Research | 84.56 |
| Total Disbursements | 84.56 |
| Total Amount Due | $3,338.06 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1919705
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,615.00 |
| Less Discount | ($361.50) |
| Total Fees after Discount | $3,253.50 |
| Total Disbursements | 84.56 |
| Total Fees and Disbursements This Statement | $3,338.06 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

Invoice No. 1919716
0276 11089 / 11089-000037
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

---

For legal services rendered through October 31, 2011

**Tamesa Falkner v.; Case No. 11 cv 5166**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/04/11 | A. Choren Workman | L120 | | Conference with E. McLaughlin regarding settlement and settlement agreement. | 0.30 | 99.00 |
| 10/05/11 | A. Choren Workman | L160 | | Prepare settlement agreement. | 1.00 | 330.00 |
| 10/06/11 | E. McLaughlin | L160 | | Revise settlement agreement. | 0.40 | 242.00 |
| 10/07/11 | E. McLaughlin | L160 | | Revising settlement agreement. | 0.20 | 121.00 |
| 10/11/11 | E. McLaughlin | L160 | | Telephone conference with J. Osick to discuss settlement issues (.30) and email to opposing counsel on same (.20). | 0.50 | 302.50 |
| 10/13/11 | E. McLaughlin | L160 | | Review client revisions on settlement agreement (.20) and forward same to opposing counsel (.20). | 0.40 | 242.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1919716

Page 2

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/25/11 | E. McLaughlin | L160 | | Telephone conference with opposing counsel (.20) and revise settlement agreement (.20). | 0.40 | 242.00 |
| 10/28/11 | E. McLaughlin | L160 | | Attention to settlement and tax issues. | 0.20 | 121.00 |
| 10/31/11 | E. McLaughlin | L160 | | Review voice mail from client on reference issue (.10); revise agreement and send to opposing counsel (.20). | 0.30 | 181.50 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 3.70 | |
| **Total Fees** | | | $1,881.00 |
| **Less Discount** | | | ($188.10) |
| **Total Fees After Discount** | | | $1,692.90 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. McLaughlin | Partner | - | 2.40 | hours at | $605.00 | per hour |
| A. Choren Workman | Associate | - | 1.30 | hours at | $330.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $1,692.90 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1919716
0276 11089 / 11089-000037
Tamesa Falkner v.; Case No. 11 cv 5166

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $1,881.00 |
| Less Discount | ($188.10) |
| Total Fees after Discount | $1,692.90 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,692.90 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



SEYFARTH
ATTORNEYS  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

Invoice No. 1919780
0276 11089 / 11089-000038
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through October 31, 2011

### Karen Fisher v. KIAH, Inc. a/k/a KIAH TV; Case No. 2011-62692

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/28/11 | J. Collins | L120 | | Telephone conference with J. Osick regarding retaliation lawsuit filed in Harris County District Court (.40); review petition (.30); research state court judge (.50). | 1.20 | 684.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 1.20 | |
| **Total Fees** | | | $684.00 |
| **Less Discount** | | | ($68.40) |
| **Total Fees After Discount** | | | $615.60 |

### Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Collins | Partner | - | 1.20 | hours at | $570.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**  ## SHAW LLP

Invoice No. 1919780

Page 2

Tribune Company

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $615.60 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1919780
0276 11089 / 11089-000038
Karen Fisher v. KIAH, Inc. a/k/a KIAH TV; Case No.
2011-62692

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $684.00 |
| Less Discount | ($68.40) |
| Total Fees after Discount | $615.60 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $615.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



**SEYFARTH** ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

Invoice No. 1919727
0276 68308 / 68308-000002
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through October 31, 2011

### Allen v. am New York

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/03/11 | E. Cerasia II | L160 | | Review weekly status report from Gilardi (claims administrator) and email correspondence with counsel regarding same. | 0.10 | 73.00 |
| 10/06/11 | E. Cerasia II | L160 | | Review weekly status report from Gilardi regarding mailing and returned mail (.10); review schedule re deadlines for completion of claims process (.10). | 0.20 | 146.00 |
| 10/13/11 | E. Cerasia II | L160 | | Review Giraldi's weekly status report (.10); email correspondence to J. Osick regarding same (.10). | 0.20 | 146.00 |
| 10/20/11 | E. Cerasia II | L160 | | Review Gilardi's weekly status report as to new claim forms, email correspondence to J. Osick regarding same. | 0.10 | 73.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
# SHAW LLP

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/26/11 | E. Cerasia II | L160 | | Review Gilardi's weekly report on new claims filed, and email correspondence to J. Osick regarding same. | 0.10 | 73.00 |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | | 0.70 | |
| **Total Fees** | | | | $511.00 |
| **Less Discount** | | | | ($51.10) |
| **Total Fees After Discount** | | | | $459.90 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 0.70 | hours at | $730.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $459.90 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1919727
0276 68308 / 68308-000002
Allen v. am New York

---

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $511.00 |
| Less Discount | ($51.10) |
| Total Fees after Discount | $459.90 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $459.90 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS
**SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

Invoice No. 1919741
0276 68308 / 68308-000003
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through October 31, 2011

**Karen Scott v. WPIX**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/03/11 | E. Cerasia II | L240 | | Review court order granting extension to file reply brief and email correspondence with A. Jubelirer regarding same (.10); begin to review/analyze mark-up of K. Scott's Rule 56.1 statement to show admissions for purposes of summary judgment motion (.20). | 0.30 | 219.00 |
| 10/04/11 | E. Cerasia II | L240 | | Review/analyze cases for use in WPIX's reply brief (.40); continue to review/analyze K. Scott's counter-Rule 56 statement for admissions and failure to offer admissible proof in opposing summary judgment in order to formulate arguments for reply brief (1.30); draft arguments for reply brief (1.60). | 3.30 | 2,409.00 |
| 10/04/11 | J. Chylinski | L243 | | Draft reply brief in further support of motion to dismiss. | 4.60 | 1,679.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


**SEYFARTH SHAW** LLP
ATTORNEYS

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/04/11 | A. Cabrera | L120 | | Review draft of reply brief (.80); draft response to plaintiff's counterstatement of facts (5.50). | 6.30 | 2,772.00 |
| 10/05/11 | E. Cerasia II | L240 | | Draft/revise WPIX's reply brief, including review of case law and discovery record. | 6.40 | 4,672.00 |
| 10/05/11 | J. Chylinski | L243 | | Perform additional research (.90); revise reply brief in further support of motion for summary judgment (1.40). | 2.50 | 912.50 |
| 10/05/11 | A. Cabrera | L250 | | Revise draft of reply brief. | 3.50 | 1,540.00 |
| 10/06/11 | E. Cerasia II | L240 | | Revise latest draft of WPIX's reply brief (2.20); review A. Jubelirer revisions and email with her regarding same (.30). | 2.50 | 1,825.00 |
| 10/07/11 | E. Cerasia II | L240 | | Email correspondence with A. Jubelirer and with A. Cabrera and J. Chylinski regarding revisions to reply brief. | 0.20 | 146.00 |
| 10/10/11 | E. Cerasia II | L240 | | Revise latest draft of WPIX's reply brief. | 0.40 | 292.00 |
| 10/10/11 | A. Cabrera | L250 | | Review and revise reply brief. | 1.00 | 440.00 |
| 10/11/11 | E. Cerasia II | L240 | | Revise final draft of WPIX's reply brief. | 1.30 | 949.00 |
| 10/11/11 | A. Cabrera | L250 | | Final review of and revise reply brief before filing and service. | 0.70 | 308.00 |
| 10/11/11 | A. Balint | L243 | | Citecheck, shephardize and blue-book reply memorandum of law in support of motion for summary judgment. | 1.30 | 299.00 |

| | | |
|---|---|---|
| **Total Hours** | 34.30 | |
| **Total Fees** | | $18,462.50 |
| **Less Discount** | | ($1,846.25) |
| **Total Fees After Discount** | | $16,616.25 |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Tribune Company

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 14.40 | hours at | $730.00 | per hour |
| J. Chylinski | Associate | - | 7.10 | hours at | $365.00 | per hour |
| A. Cabrera | Associate | - | 11.50 | hours at | $440.00 | per hour |
| A. Balint | Paralegal | - | 1.30 | hours at | $230.00 | per hour |

## Disbursements

| | Value |
|---|---|
| Overnight Delivery/Local Messenger | 31.27 |
| Online Research | 118.77 |

**Total Disbursements**                                   150.04

**Total Amount Due**                                   $16,766.29



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1919741
0276 68308 / 68308-000003
Karen Scott v. WPIX

---

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $18,462.50 |
| Less Discount | ($1,846.25) |
| Total Fees after Discount | $16,616.25 |
| Total Disbursements | 150.04 |
| Total Fees and Disbursements This Statement | $16,766.29 |

### PLEASE RETURN THIS COPY WITH YOUR PAYMENT

### IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

Invoice No. 1919754
0276 68308 / 68308-000007
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through October 31, 2011

### Sal Marchiano v. Betty Ellen Berlamino

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/05/11 | A. Ianni | L330 | | Correspondence with A. Jubelirer regarding depositions. | 0.10 | 35.50 |
| 10/07/11 | A. Ianni | L330 | | Communications with E. Cerasia regarding plaintiff's deposition. | 0.10 | 35.50 |
| 10/11/11 | E. Cerasia II | L190 | | Discussion with A. Ianni regarding topics from S. Marchiano's deposition (.10); review court's decision denying K. Scott's motion to dismiss third-party complaint (.20); correspondence with A. Jubelirer regarding same and K. Scott's indemnification and insurance claim (.10). | 0.40 | 292.00 |
| 10/12/11 | E. Cerasia II | L110 | | Review mediabistro.com article regarding L. Lopez (.10); work on factual development in preparation for S. Marchiano's deposition (.20). | 0.30 | 219.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1919754

Page 2

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/12/11 | A. Ianni | L430 | | Communications with D. Farrell regarding filing of order on K. Scott's motion to dismiss (.20); prepare email to T. Kouridis (Chubb) regarding order on motion to dismiss (.20); email to A. Jubelirer regarding referral to magistrate judge (.10). | 0.50 | 177.50 |
| 10/19/11 | E. Cerasia II | L250 | | Review court's revised decision denying K. Scott's motion to dismiss third-party complaint (.10); email correspondence with A. Jubelirer regarding same, scheduling of S. Marchiano's deposition, and status of K. Scott's claim for insurance defense (.30); email correspondence with B. Berlamino regarding court's decision and deposition scheduling (.10). | 0.50 | 365.00 |
| 10/21/11 | E. Cerasia II | L330 | | Coordinate with A. Ianni and L. Pearson regarding deposition/discovery scheduling, and dates for Rule 16 conference with magistrate judge. | 0.10 | 73.00 |
| 10/24/11 | A. Ianni | L120 | | Telephone conference with L. Pearson regarding discovery schedule (.10); correspondence with L. Pearson and K. Rubinstein regarding same (.20). | 0.30 | 106.50 |
| 10/25/11 | E. Cerasia II | L310 | | Communications with A. Ianni and A. Jubelirer regarding amending Rule 26 disclosures (.10); communications with all counsel regarding Rule 26(f) planning meeting (.10). | 0.20 | 146.00 |
| 10/25/11 | A. Ianni | L120 | | Communications with L. Pearson, K. Rubinstein and E. Cerasia regarding extension of discovery schedule. | 0.30 | 106.50 |



Invoice No. 1919754

Page 3

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/26/11 | E. Cerasia II | L190 | | Email correspondence with K. Rubinstein regarding status of K. Scott's request for indemnification/coverage under D&O policy and by-laws, and email correspondence with A. Jubelirer regarding same (.20); review WPIX by-laws regarding indemnification (.10); telephone conference with all counsel regarding discovery planning and schedule and December 1 Rule 16 conference (.20). | 0.50 | 365.00 |
| 10/26/11 | A. Ianni | L430 | | Telephone conference with E. Cerasia, L. Pearson and K. Rubinstein regarding discovery schedule (.20); correspondence with L. Pearson regarding notice of referral to magistrate judge (.30); memorandum to A. Jubelirer regarding amending initial disclosures (.20). | 0.70 | 248.50 |
| 10/27/11 | E. Cerasia II | L110 | | Review/analyze Scott's indemnification claim in light of WPIX by-laws, and strategy regarding same (.20); email correspondence with B. Carey regarding factual background as to the elimination of sportscaster on News at Ten (.30). | 0.50 | 365.00 |
| 10/28/11 | E. Cerasia II | L120 | | Strategize regarding arguments in response to K. Scott's indemnification claim (.20); revise letter to magistrate judge regarding discovery schedule/extension (.40). | 0.60 | 438.00 |
| 10/28/11 | A. Ianni | L430 | | Draft letter to court regarding discovery extension. | 1.20 | 426.00 |
| 10/31/11 | E. Cerasia II | L120 | | Email correspondence and telephone conference with A. Jubelirer regarding strategy for responding to Scott's request for indemnification (.10); strategize regarding same (.10); revise letter to Court regarding discovery schedule/extension (.30). | 0.50 | 365.00 |

# SEYFARTH SHAW LLP
**ATTORNEYS**

Invoice No. 1919754

Page 4

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/31/11 | A. Ianni | L430 | | Revise letter to Magistrate Judge J. Freeman regarding discovery extension (.30); legal research regarding indemnification (.30). | 0.60 | 213.00 |

| | | |
|---|---|---|
| **Total Hours** | 7.40 | |
| **Total Fees** | | $3,977.00 |
| **Less Discount** | | ($397.70) |
| **Total Fees After Discount** | | $3,579.30 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 3.60 | hours at | $730.00 | per hour |
| A. Ianni | Associate | - | 3.80 | hours at | $355.00 | per hour |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Copying | 7.50 |
| Long Distance Telephone | 0.13 |
| Online Research | 104.91 |
| **Total Disbursements** | 112.54 |
| **Total Amount Due** | $3,691.84 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1919754
0276 68308 / 68308-000007
Sal Marchiano v. Betty Ellen Berlamino

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,977.00 |
| Less Discount | ($397.70) |
| Total Fees after Discount | $3,579.30 |
| Total Disbursements | 112.54 |
| Total Fees and Disbursements This Statement | $3,691.84 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

Invoice No. 1919756
0276 68308 / 68308-000008
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through October 31, 2011

**Watkins v. WPIX, Inc.**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/03/11 | E. Cerasia II | L160 | | Email correspondence with C. Davis and telephone conference with A. Foran regarding joint press statements issued to mediabistro.com and NY Daily News on September 30, and review B. Carey's emails regarding same (.20); email correspondence with C. Wittenberg regarding status of response from C. Davis, and email correspondence with A. Foran and B. Carey regarding same (.10). | 0.30 | 219.00 |
| 10/04/11 | E. Cerasia II | L160 | | Emails with C. Wittenberg regarding update on status of settlement discussions, and update email to A. Foran and B. Carey regarding same (.10); telephone conference with A. Foran regarding October 7 deadline for WPIX's last offer and communication same to C. Wittenberg (.10). | 0.20 | 146.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1919756

Page 2

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/05/11 | E. Cerasia II | L160 | | Email correspondence and telephone conference with C. Wittenberg regarding status and Watkins' new proposal (.20); telephone conference with B. Carey regarding Watkins calling employees at station (.10); email correspondence with A. Foran and B. Carey regarding new proposal and telephone conference with A. Foran regarding same (.20). | 0.50 | 365.00 |
| 10/06/11 | E. Cerasia II | L160 | | Telephone conference with A. Foran and B. Carey regarding response to Watkins' new settlement demand (.20); email and telephone conference with C. Wittenberg regarding same (.20). | 0.40 | 292.00 |
| 10/07/11 | E. Cerasia II | L160 | | Telephone conferences with C. Wittenberg regarding parties' settlement positions and email correspondence to A. Foran and B. Carey regarding same (.40); telephone conferences and email with A. Foran and with B. Carey regarding WPIX's responses to Watkins' offers (.40). | 0.80 | 584.00 |
| 10/10/11 | E. Cerasia II | L160 | | Email correspondence and telephone conference with C. Wittenberg regarding WPIX's final offer (.20); telephone conference with A. Foran regarding same, and email correspondence with A. Foran and B. Carey regarding same (.10). | 0.30 | 219.00 |
| 10/11/11 | E. Cerasia II | L160 | | Telephone conferences with C. Wittenberg regarding Watkins' acceptance of last counter, with variation in payment schedule (.20); email correspondence with A. Foran and B. Carey regarding final settlement terms (.10); draft settlement agreement (1.00); telephone conferences with C. Davis regarding settlement terms (.20); email correspondence with A. Foran and B. Carey regarding same (.10). | 1.60 | 1,168.00 |



Invoice No. 1919756

Page 3

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/12/11 | E. Cerasia II | L160 | | Continue to draft/revise settlement agreement (2.60); email correspondence with C. Davis regarding NY Center for Autism and proof it is a 501(c)(3) organization and draft of agreement (.30); review A. Foran's revisions to settlement agreement and communicate with her and C. Davis regarding same (.30). | 3.20 | 2,336.00 |
| 10/13/11 | E. Cerasia II | L160 | | Telephone conference and email correspondence with C. Davis regarding settlement agreement (.20); discussion with R. Schwartz (.10); email correspondence with A. Foran regarding IRS 409A issues and language (.10). | 0.40 | 292.00 |
| 10/13/11 | R. Schwartz | B220 | | Conferences with E. Cerasia regarding Watkins release agreement (.40); review proposed 409A language (.10). | 0.50 | 342.50 |
| 10/14/11 | R. Schwartz | B220 | | Review and revise draft release agreement for 409A. | 1.20 | 822.00 |
| 10/17/11 | E. Cerasia II | L160 | | Revise latest draft of settlement agreement to include Section 409A language and email correspondence to A. Foran regarding same (.30); telephone conference and email correspondence with C. Davis regarding agreement (.10); email with C. Davis regarding 501(c)(3) issues (.10). | 0.50 | 365.00 |
| 10/18/11 | E. Cerasia II | L160 | | Review C. Davis' revisions to WPIX's draft settlement agreement (.10); email correspondence with A. Foran regarding same (.10). | 0.20 | 146.00 |



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/19/11 | E. Cerasia II | L160 | | Telephone conference and email correspondence with C. Davis regarding settlement agreement (.20); email correspondence with A. Foran and B. Carey regarding settlement agreement, press release and timing of same (.30); finalize agreement (.50); email correspondence and telephone conference with J. Bellucci regarding press release on Watkins' departure (.20). | 1.20 | 876.00 |
| 10/20/11 | E. Cerasia II | L160 | | Telephone conference and email correspondence with C. Davis regarding draft press release and letter to EEOC. | 0.10 | 73.00 |
| 10/21/11 | E. Cerasia II | L160 | | Review C. Davis' draft of withdrawal letter to EEOC and final settlement papers received from her (.10); email correspondence with C. Davis regarding letter to EEOC (.10); email correspondence with A. Foran, B. Carey, Cathy Davis and J. Belucci regarding Watkins' execution of settlement agreement, effective date, last salary check, and due dates for payment and for press release (.20); revise letter to E. Meyrowitz regarding settlement agreements to sign (.10). | 0.50 | 365.00 |
| 10/24/11 | E. Cerasia II | L160 | | Email correspondence with C. Davis regarding her letter to EEOC and fully-executed settlement agreement. | 0.10 | 73.00 |
| 10/26/11 | E. Cerasia II | L160 | | Email correspondence with C. Davis regarding Watkins' access to building on October 28 and timing for issuance of press release, and email correspondence with B. Carey and A. Foran regarding same (.20); email correspondence with J. Belucci regarding timing of press release (.10). | 0.30 | 219.00 |



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/27/11 | E. Cerasia II | L160 | | Email correspondence with C. Davis regarding final letter to EEOC and Watkins' pay through October 11 (.10); email correspondence with Cathy Davis to confirm salary payment (.10); revise letter to C. Davis with settlement agreements (.10). | 0.30 | 219.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 12.60 | |
| **Total Fees** | | | $9,121.50 |
| **Less Discount** | | | ($912.15) |
| **Total Fees After Discount** | | | $8,209.35 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 10.90 | hours at | $730.00 | per hour |
| R. Schwartz | Partner | - | 1.70 | hours at | $685.00 | per hour |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Copying | 0.70 |
| Courier/Messenger Inv#: 768385605 Date Sent: 10/27/2011 Sender: Edward Cerasia II Airbill: 492865066050 Cheryl L. Davis Esq. Menaker & Herrmann LLP 10 East 40th Street NEW YORK CITY, NY 10016 | 10.83 |
| Courier/Messenger Inv#: 768385605 Date Sent: 10/27/2011 Sender: Edward Cerasia II Airbill: 492865066082 Amy Foran Tribune Company 435 North Michigan Avenue CHICAGO, IL 60611 | 16.00 |
| Local Travel - ALL CITY CORPORATE TRANSPORTATION | 78.13 |
| Meals - SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. | 148.24 |
| **Total Disbursements** | 253.90 |
| **Total Amount Due** | $8,463.25 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1919756
0276 68308 / 68308-000008
Watkins v. WPIX, Inc.

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $9,121.50 |
| Less Discount | ($912.15) |
| Total Fees after Discount | $8,209.35 |
| Total Disbursements | 253.90 |
| Total Fees and Disbursements This Statement | $8,463.25 |

### PLEASE RETURN THIS COPY WITH YOUR PAYMENT

### IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |


**ATTORNEYS**

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

Invoice No. 1919758
0276 68308 / 68308-000009
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through October 31, 2011

<u>Larry Hoff v. WPIX, et al.</u>

| <u>Date</u> | <u>Timekeeper</u> | <u>Task</u> | <u>Activity</u> | <u>Description</u> | <u>Hours</u> | <u>Value</u> |
|---|---|---|---|---|---|---|
| 10/11/11 | E. Cerasia II | L250 | | Review court's decision denying K. Scott's motion to dismiss and email correspondence with A. Jubelirer and A. Foran regarding same (.20); email correspondence with A. Jubelirer regarding K. Scott's request for indemnification and insurance claim (.10). | 0.30 | 219.00 |
| 10/11/11 | A. Cabrera | L190 | | Review judge's order on motion to dismiss. | 0.30 | 132.00 |
| 10/11/11 | A. Ianni | L430 | | Review order on K. Scott's motion to dismiss. | 0.30 | 106.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1919758

Page 2

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/12/11 | E. Cerasia II | L110 | | Review court's order referring all discovery matters to Magistrate Judge Freeman (.10); review K. Scott's admission in her Rule 56.1 statement to use in defense of L. Hoff's claims and discuss same with A. Ianni (.20); plan interviews regarding fact development (.10). | 0.40 | 292.00 |
| 10/12/11 | A. Ianni | L430 | | Email with A. Jubelirer regarding initial disclosures and discovery. | 0.10 | 35.50 |
| 10/21/11 | A. Ianni | L120 | | Telephone conference with L. Pearson regarding initial conference (.10); telephone conference with E. Cerasia regarding same (.10). | 0.20 | 71.00 |
| 10/25/11 | E. Cerasia II | L390 | | Emails with all counsel regarding Rule 26(f) planning meeting (.10); telephone conference with A. Waldman regarding meeting to discuss background facts and email correspondence with A. Jubelirer regarding same (.10). | 0.20 | 146.00 |
| 10/26/11 | E. Cerasia II | L390 | | Telephone conference with all counsel regarding discovery planning and December 1 Rule 16 conference. | 0.20 | 146.00 |
| 10/26/11 | A. Ianni | L430 | | Telephone conference with E. Cerasia, L. Pearson and K. Rubinstein regarding discovery schedule. | 0.20 | 71.00 |
| 10/27/11 | E. Cerasia II | L110 | | Review/analyze K. Scott's indemnification claim in light of WPIX by-laws, and strategy regarding same (.20); prepare for and meet with A. Waldman regarding background facts (1.70). | 1.90 | 1,387.00 |
| 10/27/11 | A. Ianni | L110 | | Prepare for meeting with A. Waldman and E. Cerasia regarding L. Hoff allegations (.30); meeting with A. Waldman and E. Cerasia regarding L. Hoff allegations (1.30). | 1.60 | 568.00 |
| 10/28/11 | E. Cerasia II | L120 | | Strategize regarding arguments in response to K. Scott's indemnification claim. | 0.20 | 146.00 |



**SEYFARTH SHAW** LLP
ATTORNEYS

Invoice No. 1919758

Page 3

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/31/11 | E. Cerasia II | L120 | | Email correspondence and telephone conference with A. Jubelirer regarding strategy for responding to K. Scott's request for indemnification (.10); strategize regarding same (.10). | 0.20 | 146.00 |
| 10/31/11 | A. Ianni | C200 | | Legal research regarding indemnification issues. | 0.30 | 106.50 |

| | | |
|---|---|---|
| **Total Hours** | 6.40 | |
| **Total Fees** | | $3,572.50 |
| **Less Discount** | | (**$357.25**) |
| **Total Fees After Discount** | | $3,215.25 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 3.40 | hours at | $730.00 | per hour |
| A. Cabrera | Associate | - | 0.30 | hours at | $440.00 | per hour |
| A. Ianni | Associate | - | 2.70 | hours at | $355.00 | per hour |

| | | |
|---|---|---|
| **Total Disbursements** | | 0.00 |
| **Total Amount Due** | | $3,215.25 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1919758
0276 68308 / 68308-000009
Larry Hoff v. WPIX, et al.

---

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,572.50 |
| Less Discount | ($357.25) |
| Total Fees after Discount | $3,215.25 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $3,215.25 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

Invoice No. 1919717
0276 36078 / 36078-000011
W1ST

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

For legal services rendered through October 31, 2011

**East Coast Properties**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/10/11 | T. Haley | C300 | | Search and review RFPs and contractor questionnaire for Hartford RFP. | 1.00 | 670.00 |
| 10/11/11 | T. Haley | C300 | | Review RFP and related materials for best practices. | 1.80 | 1,206.00 |
| 10/12/11 | C. Olson | C300 | | Discussion with T. Haley regarding top ten list (.10); revise same (.10); review and finalize (.30). | 0.50 | 345.00 |
| 10/12/11 | T. Haley | C300 | | Draft best practices recommendation for Hartford Large Distribution RFP. | 1.20 | 804.00 |
| 10/14/11 | T. Haley | C300 | | Telephone conference with D. Bralow and C. Olson regarding issues related to conversion to large distributors. | 0.20 | 134.00 |
| 10/20/11 | C. Olson | F999 | | Review email regarding agenda for telephone conference (.10); participate in extended conference with D. Bralow (1.90). | 2.00 | 1,380.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1919717

Page 2

Tribune Company/Olson

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/25/11 | T. Haley | C300 | | Review and revise RFP for large distributors for Hartford Courant. | 0.50 | 335.00 |
| 10/27/11 | C. Olson | C300 | | Review materials and telephone conference with D. Bralow regarding Hartford project and next steps. | 1.00 | 690.00 |
| 10/27/11 | T. Haley | C300 | | Telephone conference with C. Olson and D. Bralow regarding Hartford distribution matters. | 0.50 | 335.00 |

**Total Hours**                                                                  8.70

**Total Fees**     $5,899.00

**Less Discount**     ($589.90)

**Total Fees After Discount**     $5,309.10

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| C. Olson | Partner | - | 3.50 | hours at | $690.00 | per hour |
| T. Haley | Sr Partner I | - | 5.20 | hours at | $670.00 | per hour |

**Total Disbursements**     0.00

**Total Amount Due**     $5,309.10



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

Invoice No. 1919717
0276 36078 / 36078-000011
East Coast Properties

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $5,899.00 |
| Less Discount | ($589.90) |
| Total Fees after Discount | $5,309.10 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $5,309.10 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

Invoice No. 1919702
0276 15827 / 15827-000019
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4001
Attn: Alissa L. Jubelirer, Legal Dept.

For legal services rendered through October 31, 2011

### Jeff Apodaca v. KTLA5, Tribune Company, Case No. BC448838

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/14/11 | D. Sable | L190 | | Review and respond to correspondence from D. Blumberg regarding settlement agreement and proceeds. | 0.30 | 102.00 |
| 10/18/11 | D. Sable | L190 | | E-mail correspondence with B. Lopez-Nash and J. Powers regarding settlement agreement and proceeds. | 0.30 | 102.00 |
| 10/21/11 | D. Sable | L190 | | E-mail correspondence with J. Powers regarding settlement agreement and proceeds. | 0.20 | 68.00 |
| 10/25/11 | D. Sable | L190 | | Prepare letter to D. Blumberg regarding settlement and proceeds. | 0.20 | 68.00 |
| 10/26/11 | D. Sable | L190 | | Prepare notice of ruling regarding order to show cause hearing regarding dismissal upon settlement. | 0.30 | 102.00 |
| 10/26/11 | D. Sable | L450 | | Attend order to show cause hearing regarding dismissal upon settlement. | 1.00 | 340.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

KTLA-TV

| | | |
|---|---|---|
| **Total Hours** | 2.30 | |
| **Total Fees** | | $782.00 |
| **Less Discount** | | ($78.20) |
| **Total Fees After Discount** | | $703.80 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| D. Sable | Associate | - | 2.30 | hours at | $340.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Copying | 2.60 |
| Facsimile | 31.25 |
| Other - COURTCALL TELEPHONIC APPEARANCE AT OSC HEARING | 78.00 |
| Subpoena Fees - TITAN LEGAL SERVICES | 27.19 |
| **Total Disbursements** | 139.04 |
| **Total Amount Due** | **$842.84** |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 South Dearborn
Suite 2400
Chicago, Illinois 60603-5577
(312) 460-5000
Federal ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4001
Attn: Alissa L. Jubelirer, Legal Dept.

Invoice No. 1919702
0276 15827 / 15827-000019
Jeff Apodaca v. KTLA5, Tribune Company, Case No.
BC448838

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $782.00 |
| Less Discount | ($78.20) |
| Total Fees after Discount | $703.80 |
| Total Disbursements | 139.04 |
| Total Fees and Disbursements This Statement | $842.84 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

Invoice No. 1919719
0276 33175 / 33175-000025
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through October 31, 2011

**Jose Luis Velazquez v. California Community News Corporation; Case No. KC060599**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/03/11 | L. O'Hara | L160 | | Prepare draft settlement agreement (.90) and prepare for mediation (.70). | 1.60 | 920.00 |
| 10/03/11 | J. Anthony | L160 | | Email with L. O'Hara regarding status and strategy for mediation. | 0.10 | 41.00 |
| 10/04/11 | L. O'Hara | L160 | | Final preparation for and representation at mediation. | 10.60 | 6,095.00 |
| 10/04/11 | J. Anthony | L160 | | Assist with compiling documents and information for mediation. | 0.60 | 246.00 |
| 10/06/11 | L. O'Hara | L160 | | Review e-mails regarding plaintiff's attempted revocation of settlement agreement and analysis regarding same. | 0.80 | 460.00 |
| 10/06/11 | J. Anthony | L160 | | Telephone conference with L. O'Hara regarding purported revocation of settlement acceptance. | 0.30 | 123.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/06/11 | J. Anthony | L160 | | Email with opposing counsel regarding purported revocation of settlement acceptance. | 0.20 | 82.00 |
| 10/06/11 | J. Anthony | L160 | | Receive and review letter from opposing counsel regarding purported revocation of settlement. | 0.10 | 41.00 |
| 10/07/11 | L. O'Hara | L120 | | Research and strategy regarding enforcing settlement (3.00); calls with mediator and A. Foran regarding plaintiff's contentions regarding enforceability of settlement (.60); draft correspondence to opposing counsel responding to his contention that settlement agreement is revoked and stating CCN's intention to enforce the agreement (2.50). | 6.10 | 3,507.50 |
| 10/07/11 | J. Anthony | L120 | | Conduct legal research to oppose plaintiff's purported revocation of settlement agreement acceptance. | 3.90 | 1,599.00 |
| 10/07/11 | J. Anthony | L120 | | Telephone conferences with L. O'Hara regarding plaintiff's purported revocation of his acceptance of settlement agreement. | 0.60 | 246.00 |
| 10/07/11 | B. Friedland | L250 | | Conference with L. O'Hara regarding preparation of motion to enforce settlement agreement and ex parte application to enforce same. | 0.30 | 133.50 |
| 10/08/11 | L. O'Hara | L250 | | Review California Evidence Code regarding scope of mediation privilege and analysis regarding application to plaintiff's position on enforcement. | 0.40 | 230.00 |
| 10/09/11 | L. O'Hara | L250 | | Direction to B. Friedland regarding motion to enforce settlement. | 0.30 | 172.50 |
| 10/09/11 | B. Friedland | L250 | | File review to prepare motion to enforce settlement agreement (.80); research regarding same (1.80). | 2.60 | 1,157.00 |
| 10/10/11 | L. O'Hara | L250 | | Direction to B. Friedland regarding motion to enforce settlement. | 0.90 | 517.50 |



SEYFARTH SHAW LLP

ATTORNEYS

Invoice No. 1919719

Page 3

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/10/11 | B. Friedland | L250 | | Strategy conference with L. O'Hara regarding ex parte application (.90); telephone conferences with interpreter and L. Bugarin regarding declarations and draft same (.70); research mediation privileges for motion to enforce settlement (2.00). | 3.60 | 1,602.00 |
| 10/11/11 | S. Page | L250 | | Telephone conference with L. O'Hara regarding hearing (.50); review and review motion to enforce (.50). | 1.00 | 635.00 |
| 10/11/11 | L. O'Hara | L250 | | Communicate with mediator regarding call she received from interpreter (.30); communications with B. Friedland regarding her multiple conversations with interpreter regarding declaration (.50); review and revise declarations of interpreter and L. Bugarin (1.20); review and revise motion to enforce settlement (1.50); analysis regarding ex parte strategy (.60); communicate with A. Foran regarding status (.30). | 4.40 | 2,530.00 |
| 10/11/11 | B. Friedland | L250 | | Additional research for motion to enforce settlement agreement (1.50); preparation of motion to enforce settlement agreement and supporting declarations (5.50); research for and preparation of ex parte papers (4.40). | 11.40 | 5,073.00 |
| 10/12/11 | S. Page | L250 | | Review and revise ex parte papers. | 1.00 | 635.00 |
| 10/12/11 | S. Page | L250 | | Prepare for ex parte hearing. | 2.10 | 1,333.50 |



Invoice No. 1919719

Page 4

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 10/12/11 | L. O'Hara | L240 | | Direction to B. Friedland regarding communications with interpreter regarding declaration (.30); review and revise my declarations in support of motion to enforce settlement and ex parte application to hear motion on ex parte basis, or alternatively to vacate trial date and review memoranda in support of same (4.60); direction to J. Anthony regarding logistic of ex parte filing procedure (.30); communicate with S. Page regarding issues that may arise during ex parte hearing (.50). | 5.70 | 3,277.50 |
| 10/12/11 | J. Anthony | L120 | | Telephone conference with L. O'Hara regarding ex parte application to enforce settlement agreement. | 0.30 | 123.00 |
| 10/12/11 | J. Anthony | L250 | | Telephone conference with court regarding local motion ex parte practice rules. | 0.30 | 123.00 |
| 10/12/11 | B. Friedland | L250 | | Preparation of motion to enforce settlement agreement and ex parte application (1.70); preparation of Declarations of L. O'Hara in support of same (1.50); preparation of proposed orders for same (.40); final preparation of papers for filing (.60). | 4.20 | 1,869.00 |
| 10/13/11 | S. Page | L250 | | Appear in court on ex parte (1.90); telephone conference with client regarding outcome (.20); review and revise notice of ruling (.20); conference with colleagues regarding next steps (.20). | 2.50 | 1,587.50 |
| 10/13/11 | S. Page | L250 | | One-way travel to court and representation at ex parte (.40); and in route conference with L. O'Hara regarding issues for hearing (.40). | 0.80 | 508.00 |
| 10/13/11 | L. O'Hara | L240 | | Communicate with S. Page regarding issues for hearing; communicate with J. Anthony regarding results of ex parte hearing and direction regarding checks and dismissal. | 0.80 | 460.00 |



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/13/11 | J. Anthony | L250 | | Prepare Notice of Ruling at ex parte application hearing. | 0.40 | 164.00 |
| 10/13/11 | J. Anthony | L250 | | Filing of ex parte papers at clerk's office and representation at ex parte hearing. | 4.30 | 1,763.00 |
| 10/14/11 | L. O'Hara | L250 | | Communicate with A. Foran regarding case status and implications to workers compensation claim (.2); direction to J. Anthony regarding releasing settlement check to plaintiff and filing dismissal and taking hearing dates off calendar (.2). | 0.40 | 230.00 |

**Total Hours**     72.60

**Total Fees**     $37,484.50

**Less Discount**     (<u>$3,748.45)</u>

**Total Fees After Discount**     $33,736.05

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| S. Page | Partner | - | 7.40 | hours at | $635.00 | per hour |
| L. O'Hara | Partner | - | 32.00 | hours at | $575.00 | per hour |
| J. Anthony | Associate | - | 11.10 | hours at | $410.00 | per hour |
| B. Friedland | Counsel | - | 22.10 | hours at | $445.00 | per hour |

| Disbursements | Value |
|---------------|-------|
| Filing Fees - NATIONWIDE LEGAL, LLC | 196.90 |
| Copying | 47.40 |
| Courier/Messenger Inv#: 766841077 Date Sent: 10/13/2011 Sender: Jodi L. Snyder Airbill: 982650733408 Geoff Lyon Lyon Law 400 Oceangate LONG BEACH, CA 90802 | 10.83 |
| Online Research | 317.23 |



Los Angeles Times (Sherman)

| Disbursements | Value |
|---|---|
| Local Travel - JOHN ANTHONY Mileage - Attend ex parte hearing 10/13/11 | 45.04 |
| Local Travel - JOHN ANTHONY Parking - Attend ex parte hearing 10/13/11 | 12.00 |
| Long Distance Telephone | 2.99 |
| Miscellaneous- Edibles, Invoice #96799, Invoice Date 10/4/11 (lunch was brought in at mediation). | 107.42 |
| Online Research - COURTHOUSE NEWS SERVICE 8/1 | 34.00 |
| Filing Fees - CLERK OF THE SUPERIOR COURT Ex Parte Motion to enforce settlement | 40.00 |
| Filing Fees - CLERK OF THE SUPERIOR COURT Motion to Enforce Settlement | 40.00 |
| Filing Fees - NATIONWIDE LEGAL, LLC | 146.48 |
| Parking Validations | 68.00 |

**Total Disbursements**                                                                                    1,068.29

**Total Amount Due**                                                                                    $34,804.34



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2011

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1919719
0276 33175 / 33175-000025
Jose Luis Velazquez v. California Community News
Corporation; Case No. KC060599

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $37,484.50 |
| Less Discount | ($3,748.45) |
| Total Fees after Discount | $33,736.05 |
| Total Disbursements | 1,068.29 |
| Total Fees and Disbursements This Statement | $34,804.34 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |