# EXHIBIT A



# SEYFARTH SHAW LLP
### ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Invoice No. 1934164
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through November 30, 2011

JoAnn Parker v.; Case No. 2009L010092 0000001909

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/11/11 | N. Riesco | L243 | | Review/analyze Parker response to debtors' objection to proof of claim (.90); communications with A. Jubelirer and J. Ludwig in response to same (.40); review pleadings and discovery in case concerning Parker alleged medical condition (.60). | 1.90 | 760.00 |
| 11/14/11 | N. Riesco | L190 | | Communications from A. Jubelirer regarding bankruptcy response. | 0.10 | 40.00 |
| 11/16/11 | N. Riesco | L190 | | Communications with J. Ludwig and A. Jubelirer concerning Parker bankruptcy response and effects on district court proceeding. | 0.50 | 200.00 |
| 11/22/11 | G. Pauling II | L243 | | Analyze summary judgment decision. | 0.50 | 285.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1934164

Page 2

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/22/11 | N. Riesco | L190 | | Communications with J. Ludwig concerning Parker bankruptcy proceedings (.30); review summary judgment pleadings in preparation for status hearing (.70). | 1.00 | 400.00 |
| 11/23/11 | G. Pauling II | L243 | | Attention to communication with client regarding summary judgment decision (.20); review next steps regarding bankruptcy implications on district court proceedings (.30). | 0.50 | 285.00 |
| 11/23/11 | N. Riesco | L190 | | Attend status hearing before Judge Bucklo (1.50); review and analyze opinion and order on plaintiff's post-petition claims (.40); draft email to client concerning court ruling (.40); conference with G. Pauling to discuss developments (.30). | 2.60 | 1,040.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 7.10 | |
| **Total Fees** | | | $3,010.00 |
| **Less Discount** | | | ($301.00) |
| **Total Fees After Discount** | | | $2,709.00 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 1.00 | hours at | $570.00 | per hour |
| N. Riesco | Associate | - | 6.10 | hours at | $400.00 | per hour |

| Disbursements | Value |
|---------------|-------|
| Copying | 3.10 |
| **Total Disbursements** | 3.10 |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1934164

Page 3

Chicago Tribune Company

**Total Amount Due**                                                      $2,712.10



# SEYFARTH
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Invoice No. 1934164
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,010.00 |
| Less Discount | ($301.00) |
| Total Fees after Discount | $2,709.00 |
| Total Disbursements | 3.10 |
| Total Fees and Disbursements This Statement | $2,712.10 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Invoice No. 1934165
0276 57634 / 57634-000007
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

For legal services rendered through November 30, 2011

**Marcia E. Sinclair Harassment; IDHR Charge No. 2008CN4074**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/14/11 | G. Pauling II | L120 | | Attention to emails with client regarding new matter. | 0.20 | 114.00 |
| 11/14/11 | N. Riesco | L190 | | Review and analyze Sinclair complaint (.20); correspondence with A. Jubelirer concerning same (.20). | 0.40 | 160.00 |
| 11/18/11 | N. Riesco | L190 | | Review and analyze case documentation provided by A. Jubelirer. | 2.00 | 800.00 |
| 11/23/11 | N. Riesco | L190 | | Communications with G. Silva concerning Sinclair documentation and personnel file. | 0.20 | 80.00 |
| 11/28/11 | N. Riesco | L212 | | Review and analyze documents received from client (.60); communications with G. Silva regarding file (.10); draft, edit and revise answer to complaint (.80). | 1.50 | 600.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/29/11 | N. Riesco | L212 | | Draft, edit and revise answer to complaint. | 1.10 | 440.00 |
| 11/30/11 | G. Pauling II | L212 | | Review/revise answer (1.0); and conference with N. Riesco regarding fact and strategy issues for answer (.30). | 1.30 | 741.00 |
| 11/30/11 | N. Riesco | L212 | | Draft, edit and revise answer to complaint (1.70); communications with G. Pauling concerning same (.30). | 2.00 | 800.00 |

**Total Hours**                                                    8.70

**Total Fees**                                                              $3,735.00

**Less Discount**                                                          ($373.50)

**Total Fees After Discount**                                     $3,361.50

**Timekeeper Summary**

| G. Pauling II | Partner | - | 1.50 | hours at | $570.00 | per hour |
| N. Riesco | Associate | - | 7.20 | hours at | $400.00 | per hour |

**Total Disbursements**                                               0.00

**Total Amount Due**                                               $3,361.50



## SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1934165
0276 57634 / 57634-000007
Marcia E. Sinclair Harassment; IDHR Charge No.
2008CN4074

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,735.00 |
| Less Discount | ($373.50) |
| Total Fees after Discount | $3,361.50 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $3,361.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Invoice No. 1934160
0276 10512 / 10512-000090
W1ST

Chicago Tribune Company
435 North Michigan Avenue   Suite 300
Chicago, Illinois  60611-4041
Attn : Mr. Phil Doherty
Vice President/Finance and CFO

For legal services rendered through November 30, 2011

**Michael Cordts v. 0000001345**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/07/11 | K. Osgood | L190 | A104 | Review file regarding status of matter (.30); draft correspondence to A. Jubelirer regarding upcoming status (.10). | 0.40 | 174.00 |
| 11/10/11 | G. Pauling II | L120 | A111 | Attention to correspondence with client regarding status/next steps, review order. | 0.30 | 171.00 |
| 11/10/11 | K. Osgood | L230 | A109 | Attend status conference (1.0); draft summary of status conference to A. Jubelirer (.10). | 1.10 | 478.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Hours** | | | | | 1.80 | |
| **Total Fees** | | | | | | $823.50 |
| **Less Discount** | | | | | | ($82.35) |
| **Total Fees After Discount** | | | | | | $741.15 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1934160

Page 2

Chicago Tribune Company

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 0.30 | hours at | $570.00 | per hour |
| K. Osgood | Counsel | - | 1.50 | hours at | $435.00 | per hour |

**Total Disbursements**                                                    0.00

**Total Amount Due**                                                    $741.15



# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Chicago Tribune Company
435 North Michigan Avenue    Suite 300
Chicago, Illinois  60611-4041
Attn : Mr. Phil Doherty
Vice President/Finance and CFO

Invoice No. 1934160
0276 10512 / 10512-000090
Michael Cordts v. 0000001345

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $823.50 |
| Less Discount | ($82.35) |
| Total Fees after Discount | $741.15 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $741.15 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Invoice No. 1934134
0276 12575 / 12575-000301
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through November 30, 2011

**Photographer(s) Recall Grievance: Case No. 16 300 00214 11**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/01/11 | K. Michaels | C300 | | Advice to client in response to e-mail from R. Paul regarding Guild's production of 1993 bargaining notes. | 0.10 | 58.00 |
| 11/01/11 | K. Michaels | C300 | | Review of e-mail correspondence from R. Paul, Union counsel, regarding Guild's production of 1993 bargaining notes. | 0.10 | 58.00 |

**Total Hours**          0.20

**Total Fees**          $116.00

Less Discount          ($11.60)

**Total Fees After Discount**          $104.40

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

## Timekeeper Summary

| K. Michaels | Partner | - | 0.20 | hours at | $580.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Copying | 0.10 |
| Taxi - K. Michaels - Ground Transportation  10/18/11 | 202.00 |
| Out of Town Travel - K. Michaels - Hotel  10/25/11 | 241.40 |
| Out of Town Travel - K. Michaels - Hotel  10/24/11 | 241.40 |
| Taxi - K. Michaels - Ground Transportation 10/04/11 | 150.00 |
| Taxi - K. Michaels - Ground Transportation 10/24/11 | 97.00 |
| Taxi - K. Michaels - Ground Transportation  10/26/11 | 60.00 |
| Out of Town - K. Michaels - Airfare  10/04/2011 | 207.52 |
| Meals - K. Michaels - 10/26/11 | 14.98 |
| Meals - K. Michaels - 10/25/11 | 43.42 |
| Meals - K. Michaels - 10/24/11 | 9.74 |

**Total Disbursements**                                                   1,267.56

**Total Amount Due**                                                   $1,371.96



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1934134
0276 12575 / 12575-000301
Photographer(s) Recall Grievance: Case No. 16 300
00214 11

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $116.00 |
| Less Discount | ($11.60) |
| Total Fees after Discount | $104.40 |
| Total Disbursements | 1,267.56 |
| Total Fees and Disbursements This Statement | $1,371.96 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |


**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Invoice No. 1934152
0276 12575 / 12575-000302
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through November 30, 2011

**Ed Gunts Retaliation; NLRB Case No. 05-CA-065316**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/01/11 | K. Michaels | L250 | | Drafting position statement to be submitted to the NLRB. | 3.00 | 1,740.00 |
| 11/02/11 | K. Michaels | L410 | | Meeting in Baltimore with witnesses to prepare for meeting with NLRB investigator to give affidavits. | 8.00 | 4,640.00 |
| 11/03/11 | K. Michaels | L410 | | Representation of the Company at the NLRB for purposes of providing Company affidavits. | 10.00 | 5,800.00 |
| 11/08/11 | K. Michaels | L250 | | Drafting supplemental position statement to the NLRB. | 2.80 | 1,624.00 |
| 11/13/11 | K. Michaels | L250 | | Finalizing position statement to be submitted to the NLRB. | 1.00 | 580.00 |
| 11/14/11 | K. Michaels | L120 | | Telephone conference with A. Barnes regarding supplemental position statement. | 0.20 | 116.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

| | | |
|---|---|---|
| **Total Hours** | | 25.00 |
| **Total Fees** | | $14,500.00 |
| **Less Discount** | | ($1,450.00) |
| **Total Fees After Discount** | | $13,050.00 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| K. Michaels | Partner | – | 25.00 | hours at | $580.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Online Research | 208.60 |
| Out of Town Travel – K. Michaels – Hotel   11/02/11 | 300.42 |
| Taxi – K. Michaels – Ground Transportation  11/02/11 | 95.00 |
| Taxi – K. Michaels – Ground Transportation  11/03/11 | 59.00 |
| Meals – K. Michaels  11/03/11 | 13.98 |

| | |
|---|---|
| **Total Disbursements** | 677.00 |
| **Total Amount Due** | $13,727.00 |



**SEYFARTH**
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1934152
0276 12575 / 12575-000302
Ed Gunts Retaliation; NLRB Case No. 05-CA-065316

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $14,500.00 |
| Less Discount | ($1,450.00) |
| Total Fees after Discount | $13,050.00 |
| Total Disbursements | 677.00 |
| Total Fees and Disbursements This Statement | $13,727.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| PAYMENT BY CHECK VIA OVERNIGHT MAIL: | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Invoice No. 1934271
0276 36377 / 36377-000001
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through November 30, 2011

**Corporate Labor Relations Matters 0000001096**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/01/11 | J. Sherman | C300 | | Telephone conference with A. Barnes regarding legal analysis related to special project. | 0.50 | 347.50 |
| 11/10/11 | J. Sherman | C300 | | Study Baltimore composing room contract (.70), pressroom contract (.50) and Guild contract and extension agreement (1.00) related to special project. | 2.20 | 1,529.00 |
| 11/12/11 | J. Sherman | C300 | | Study Baltimore Teamster Driver contract (.60), Teamster Mailer contract (.70), Teamster Photoengraver contract (.70), Morning Call Teamster Pressroom contract (.70), Morning Call negotiating history contract proposals (.30). | 3.00 | 2,085.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1934271

Page 2

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 11/14/11 | J. Sherman | C300 | | Telephone conferences with A. Barnes updating on status of contract review and discussing next steps for legal analysis. | 0.50 | 347.50 |
| 11/17/11 | I. Lazar | L120 | | Conference with J. Sherman regarding arbitration research related to special project. | 0.40 | 122.00 |
| 11/18/11 | J. Sherman | C300 | | Multiple telephone conferences with A. Barnes regarding benefit and labor relations issues related to special project (.80); direction to A. Greetis related to same benefits analysis (.20). | 1.00 | 695.00 |
| 11/18/11 | A. Greetis | C300 | | Prepare for and participate in conference call with client regarding employee benefit legal issues arising from special project. | 0.80 | 408.00 |
| 11/22/11 | I. Lazar | L120 | | Research arbitration decisions related to special project. | 3.00 | 915.00 |
| 11/22/11 | A. Greetis | C300 | | Review list of benefits chart from A. Barnes. | 0.50 | 255.00 |
| 11/23/11 | J. Sherman | C300 | | Telephone conference with A. Barnes regarding special project (.30); work on analysis (2.30). | 2.60 | 1,807.00 |
| 11/23/11 | A. Greetis | C300 | | Continue review of list of benefits (.10); identify open issues to A. Barnes (.60). | 0.70 | 357.00 |
| 11/30/11 | J. Sherman | C300 | | Work on special project memorandum. | 3.00 | 2,085.00 |
| 11/30/11 | I. Lazar | L120 | | Research arbitration decisions related to special project. | 1.30 | 396.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Hours** | | | | | 19.50 | |
| **Total Fees** | | | | | | $11,349.50 |
| **Less Discount** | | | | | | ($1,134.95) |
| **Total Fees After Discount** | | | | | | $10,214.55 |



Tribune Company/Sherman

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 12.80 | hours at | $695.00 | per hour |
| I. Lazar | Associate | - | 4.70 | hours at | $305.00 | per hour |
| A. Greetis | Partner | - | 2.00 | hours at | $510.00 | per hour |

**Total Disbursements**                                         0.00

**Total Amount Due**                                       $10,214.55



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1934271
0276 36377 / 36377-000001
Corporate Labor Relations Matters 0000001096

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $11,349.50 |
| Less Discount | ($1,134.95) |
| Total Fees after Discount | $10,214.55 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $10,214.55 |

### PLEASE RETURN THIS COPY WITH YOUR PAYMENT

### IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name:  Bank of America |
| Chicago, IL 60693 | Account Name:  Seyfarth Shaw LLP Operating Account |
| | Account Number:  5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number:  026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number:  081-904-808 |
| 3807 Collections Center Drive | Swift Code:  BOFAUS3N |
| Chicago, IL 60693 | |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Invoice No. 1934276
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through November 30, 2011

**Bankruptcy Fee Application 0000001891**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/02/11 | J. Sherman | C300 | | Review and redact invoices for purposes of privilege for Twenty-Fourth Fee Application. | 0.50 | 347.50 |
| 11/02/11 | J. McManus | B110 | | Prepare Twenty-Fourth Monthly Fee Application (.70); review/revise response to Fee Examiner's Report on Seyfarth's Fifth Interim Fee Application (.30); attend to fee payment matters with Tribune (.20). | 1.20 | 330.00 |
| 11/02/11 | A. Shepro | B160 | | Edit Fifth Supplement to Fee Auditor's Report (.10); discuss same with J. McManus (.20). | 0.30 | 30.00 |
| 11/03/11 | J. McManus | B110 | | Review/edit supplemental Response to Fee Examiner's Report on Seyfarth's Fifth Fee Application. | 1.60 | 440.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1934276

Page 2

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/03/11 | A. Shepro | B160 | | Complete edits to the Tribune Twenty-Third Monthly Fee Application (.80); conference with J. McManus regarding same (.20). | 1.00 | 100.00 |
| 11/03/11 | A. Shepro | B160 | | Complete edits to Tribune Twenty-Fourth Monthly Fee Application. | 0.50 | 50.00 |
| 11/04/11 | J. McManus | B110 | | Prepare Twenty-Fourth Monthly Fee Application (.40); conference with A. Shepro regarding assistance finalizing same (.10); review/edit response to Fee Examiner's Report on Fifth Interim Fee Application. | 0.80 | 220.00 |
| 11/04/11 | A. Shepro | B160 | | Begin edits to Tribune Tewnty-Fourth Monthly Fee Application. | 1.00 | 100.00 |
| 11/07/11 | J. McManus | B110 | | Conference with O. Reyes regarding fee payment matters (.20); review/revise pleading portion of Twenty-Fourth Monthly Fee Application (.60). | 0.80 | 220.00 |
| 11/07/11 | A. Shepro | B160 | | Edit Tribune Twenty-Fourth Fee Application (2.30); conference with J. McManus regarding same (.10); compile fee application invoices in correct order for filing (.20). | 2.60 | 260.00 |
| 11/11/11 | J. McManus | B110 | | Finalize pleading section of Twenty-Fourth Fee Application in preparation for filing (.60); assemble for filing and forward to local counsel (.10). | 0.70 | 192.50 |
| 11/17/11 | J. McManus | B110 | | Conference with local counsel regarding minor revision to Exhibit A to Twenty-Fourth Monthly Fee Application (.10); edit same (.10); prepare Twenty-Fifth Monthly Fee Application (.70). | 0.90 | 247.50 |
| 11/18/11 | J. McManus | B110 | | Prepare Twenty-Fifth Monthly Fee Application. | 0.70 | 192.50 |
| 11/21/11 | J. Sherman | L120 | | Review and redact November statements for October time for privilege. | 0.80 | 556.00 |



SEYFARTH
**ATTORNEYS**  SHAW LLP

Invoice No. 1934276

Page 3

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/21/11 | J. McManus | B110 | | Review/edit Exhibit 1 to Seyfarth's Twenty-Fifth Fee Application. | 0.60 | 165.00 |
| 11/23/11 | A. Shepro | B160 | | Begin compiling Tribune Twenty-Fifth Monthly Fee Application (.30); conference with J. McManus regarding same (.10). | 0.40 | 40.00 |
| 11/28/11 | A. Shepro | B160 | | Compile Tribune Twenty-Fifth Monthly Fee Application. | 2.80 | 280.00 |

| | | |
|---|---|---|
| **Total Hours** | 17.20 | |
| **Total Fees** | | $3,771.00 |
| **Less Discount** | | ($377.10) |
| **Total Fees After Discount** | | $3,393.90 |

**Timekeeper Summary**

| J. Sherman | Partner | - | 1.30 | hours at | $695.00 | per hour |
|------------|---------|---|------|----------|---------|----------|
| J. McManus | Paralegal | - | 7.30 | hours at | $275.00 | per hour |
| A. Shepro | Legal Asst. | - | 8.60 | hours at | $100.00 | per hour |

| **Disbursements** | **Value** | |
|-------------------|-----------|---|
| Copying | 6.80 | |
| **Total Disbursements** | | 6.80 |
| **Total Amount Due** | | $3,400.70 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1934276
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,771.00 |
| Less Discount | ($377.10) |
| Total Fees after Discount | $3,393.90 |
| Total Disbursements | 6.80 |
| Total Fees and Disbursements This Statement | $3,400.70 |

### PLEASE RETURN THIS COPY WITH YOUR PAYMENT

### IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:**<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | **PAYMENT BY WIRE TO:**<br><br>Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



**SEYFARTH**
· A T T O R N E Y S · **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Invoice No. 1934188
0276 11089 / 11089-000037
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through November 30, 2011

**Tamesa Falkner v.; Case No. 11 cv 5166**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/03/11 | E. McLaughlin | C300 | | Telephone conference with opposing counsel on dismissal of case (.10); email client on same (.10). | 0.20 | 121.00 |
| 11/04/11 | E. McLaughlin | L120 | | Review proposed stipulation (.10) and call with J. Kinoy on same (.10). | 0.20 | 121.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.40 | |
| **Total Fees** | | $242.00 |
| **Less Discount** | | ($24.20) |
| **Total Fees After Discount** | | $217.80 |

**Timekeeper Summary**

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 1934188

Page 2

Tribune Company

| E. McLaughlin | Partner | – | 0.40 | hours at | $605.00 | per hour |
|---|---|---|---|---|---|---|

**Total Disbursements**                                                  0.00

**Total Amount Due**                                                  $217.80



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1934188
0276 11089 / 11089-000037
Tamesa Falkner v.; Case No. 11 cv 5166

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $242.00 |
| Less Discount | ($24.20) |
| Total Fees after Discount | $217.80 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $217.80 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name:  Bank of America |
| Chicago, IL 60693 | Account Name:  Seyfarth Shaw LLP Operating Account |
| | Account Number:  5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number:  026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number:  081-904-808 |
| 3807 Collections Center Drive | Swift Code:  BOFAUS3N |
| Chicago, IL 60693 | |



# SEYFARTH
### ATTORNEYS
## SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Invoice No. 1935262
0276 11089 / 11089-000038
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

---

For legal services rendered through November 30, 2011

### Karen Fisher v. KIAH, Inc. a/k/a KIAH TV; Case No. 2011-62692

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/01/11 | J. Collins | L110 | | Review EEOC position statement, exhibits, background emails and correspondence from company in preparation for answer (1.20); prepare correspondence to A. Jubelirer regarding e-discovery issues (.40); review local court rules regarding scheduling (.30); research effect of plaintiff's failure to designate a discovery level in the petition (.50); confer with F. Issa regarding preparing answer and discovery (.40). | 2.80 | 1,596.00 |
| 11/02/11 | F. Issa | L210 | | Review/analyze plaintiff's original petition in preparation for drafting defendant's answer to plaintiff's original petition. | 0.50 | 220.00 |
| 11/02/11 | F. Issa | L210 | | Draft defendant's answer to plaintiff's original petition. | 1.50 | 660.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



SEYFARTH SHAW LLP
ATTORNEYS

Invoice No. 1935262

Page 2

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/02/11 | F. Issa | L310 | | Coordinate third party records (EEOC file, Texas Workforce Commission file, Texas Workforce Commission Civil Rights Division file) in preparation for conducting fact investigation of plaintiff's claims. | 0.20 | 88.00 |
| 11/02/11 | F. Issa | L310 | | Draft defendant's request for disclosures to plaintiff. | 0.20 | 88.00 |
| 11/03/11 | J. Collins | L212 | | Correspondence with A. Jubelirer regarding answer date (.30); review and revise answer and request for disclosures (.40); draft correspondence to A. Jubelirer regarding same (.10). | 0.80 | 456.00 |
| 11/03/11 | A. Castillo | L110 | | Prepare Freedom of Information Act and state open records request regarding K. Fisher from Equal Employment Opportunity Commission Houston Division and Texas Workforce Commission Offices (Unemployment & Civil Rights Division.) | 1.80 | 405.00 |
| 11/03/11 | F. Issa | L110 | | Review/analyze client documents (including plaintiff's personnel file, EEOC file, investigation file related to E. Patino's prior sexual harassment allegations, and relevant email communications) in preparation for drafting factual chronology (1.70); draft factual chronology (1.70). | 3.40 | 1,496.00 |
| 11/03/11 | F. Issa | L190 | | Multiple email communications with A. Jubelirer regarding litigation hold notices sent on January 17, 2011 (in response to EEOC charge) and October 31, 2011 (in response to lawsuit). | 0.10 | 44.00 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 1935262

Page 3

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/08/11 | F. Issa | L110 | | Continue to review and analyze client documents (including plaintiff's personnel file, EEOC file, investigation file related to E. Patino's prior sexual harassment allegations, and relevant email communications) in preparation for drafting factual chronology (1.00); continue drafting factual chronology (1.00). | 2.00 | 880.00 |
| 11/09/11 | F. Issa | L210 | | Review and finalize defendant's answer to plaintiff's original petition in preparation for filing with court. | 0.20 | 88.00 |
| 11/09/11 | F. Issa | L310 | | Preparation of defendant's first set of interrogatories to plaintiff. | 1.30 | 572.00 |
| 11/09/11 | F. Issa | L310 | | Review and finalize defendant's request for disclosures in preparation for serving plaintiff. | 0.10 | 44.00 |
| 11/10/11 | F. Issa | L210 | | Email communications with A. Jubelirer regarding defendant's answer to plaintiff's original petition and defendant's request for disclosures. | 0.10 | 44.00 |
| 11/11/11 | F. Issa | L210 | | Preparation of defendant's first request for production of documents to plaintiff. | 1.50 | 660.00 |
| 11/16/11 | A. Castillo | L110 | | Draft letter to Texas Workforce Commission with regard to supplementary information needed to complete the initial open records request. | 0.70 | 157.50 |
| 11/21/11 | A. Castillo | L320 | | Draft follow up document regarding TWC open records requests. | 0.80 | 180.00 |
| 11/28/11 | J. Collins | L310 | | Review and revise defendant's document requests (.50); review and revise defendant's interrogatories (.50). | 1.00 | 570.00 |

**Total Hours**                                                        19.00

**Total Fees**                                                                    $8,248.50

**Less Discount**                                                              ($824.85)

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 1935262

Page 4

Tribune Company

| Total Fees After Discount | | | | | | $7,423.65 |
|---|---|---|---|---|---|---|

### Timekeeper Summary

| Name | Title | | Hours | | Rate | |
|---|---|---|---|---|---|---|
| J. Collins | Partner | - | 4.60 | hours at | $570.00 | per hour |
| A. Castillo | Cont. Paralegal | - | 3.30 | hours at | $225.00 | per hour |
| F. Issa | Senior Counsel | - | 11.10 | hours at | $440.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Copying | 37.20 |
| Plaintiffs Records -  TEXAS WORKFORCE COMMISSION TWC Records Request | 21.00 |

| Total Disbursements | 58.20 |
|---|---|

| Total Amount Due | $7,481.85 |
|---|---|



# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1935262
0276 11089 / 11089-000038
Karen Fisher v. KIAH, Inc. a/k/a KIAH TV; Case No.
2011-62692

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $8,248.50 |
| Less Discount | ($824.85) |
| Total Fees after Discount | $7,423.65 |
| Total Disbursements | 58.20 |
| Total Fees and Disbursements This Statement | $7,481.85 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Invoice No. 1934219
0276 68308 / 68308-000002
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through November 30, 2011

**Allen v. am New York**

| <u>Date</u> | <u>Timekeeper</u> | <u>Task</u> | <u>Activity</u> | <u>Description</u> | <u>Hours</u> | <u>Value</u> |
|---|---|---|---|---|---|---|
| 11/03/11 | E. Cerasia II | L160 | | Review Gilardi's weekly status report on new claim forms filed, and email correspondence to J. Osick regarding same (.10); telephone conference with C. Kline regarding court's refusal to adopt a plan, implications for timing as to our settlement, and next steps (.20). | 0.30 | 219.00 |
| 11/14/11 | E. Cerasia II | L160 | | Review Gilardi's weekly report regarding new claims filed and email correspondence to J. Osick regarding same. | 0.10 | 73.00 |
| 11/22/11 | E. Cerasia II | L160 | | Review Gilardi's final status report as to total claims filed and the one opt-out filed, and email to J. Osick regarding same (.20); telephone conference with C. Kline regarding same and next steps to prepare for final approval of settlement (.20). | 0.40 | 292.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1934219

Page 2

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/30/11 | E. Cerasia II | L160 | ' | Review new weekly status report from Gilardi and email correspondence with Sidley attorneys regarding timeliness/deficiency notice issues. | 0.10 | 73.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.90 | |
| **Total Fees** | | $657.00 |
| **Less Discount** | | ($65.70) |
| **Total Fees After Discount** | | $591.30 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 0.90 | hours at | $730.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Online Research | 8.24 |
| **Total Disbursements** | 8.24 |
| **Total Amount Due** | $599.54 |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1934219
0276 68308 / 68308-000002
Allen v. am New York

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $657.00 |
| Less Discount | ($65.70) |
| Total Fees after Discount | $591.30 |
| Total Disbursements | 8.24 |
| Total Fees and Disbursements This Statement | $599.54 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Invoice No. 1934222
0276 68308 / 68308-000003
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through November 30, 2011

<u>Karen Scott v. WPIX</u>

| <u>Date</u> | <u>Timekeeper</u> | <u>Task</u> | <u>Activity</u> | <u>Description</u> | <u>Hours</u> | <u>Value</u> |
|---|---|---|---|---|---|---|
| 11/01/11 | E. Cerasia II | L240 | | Review/analyze new Second Circuit decision to prepare for oral argument on summary judgment motion. | 0.70 | 511.00 |
| 11/08/11 | E. Cerasia II | L240 | | Prepare for oral argument on summary judgement motion (.80); telephone conference from Judge Pauley's chambers (.10), and email correspondence with K. Rubenstein regarding Judge's postponement of oral argument until November 18 (.10). | 1.00 | 730.00 |
| 11/14/11 | E. Cerasia II | L240 | | Emails with K. Rubenstein and S. Jacobson regarding date/time for oral argument and communications with Judge's law clerk regarding same, and follow-up email correspondence with A. Jubelirer regarding same. | 0.10 | 73.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/15/11 | E. Cerasia II | L240 | | Review court's order regarding November 30 oral argument, and email correspondence with A. Foran regarding same. | 0.10 | 73.00 |
| 11/21/11 | E. Cerasia II | L240 | | Review/analyze new appellate court decision for use at oral argument on summary judgment motion. | 0.30 | 219.00 |
| 11/28/11 | E. Cerasia II | L240 | | Prepare for oral argument on summary judgment motion. | 2.70 | 1,971.00 |
| 11/29/11 | E. Cerasia II | L240 | | Continue to prepare for oral argument on summary judgment motion. | 2.00 | 1,460.00 |
| 11/30/11 | E. Cerasia II | L240 | | Continue to prepare for oral argument on summary judgment motion (3.60); represent WPIX at oral argument before Judge Pauley (3.00); prepare email to J. Osick and A. Foran regarding outcome of oral argument (.20). | 6.80 | 4,964.00 |
| 11/30/11 | A. Cabrera | L120 | | Strategize with E. Cerasia regarding points to raise during oral argument on summary judgment. | 0.30 | 132.00 |

| | | |
|---|---|---|
| **Total Hours** | 14.00 | |
| **Total Fees** | | $10,133.00 |
| **Less Discount** | | ($1,013.30) |
| **Total Fees After Discount** | | $9,119.70 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 13.70 | hours at | $730.00 | per hour |
| A. Cabrera | Associate | - | 0.30 | hours at | $440.00 | per hour |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1934222

Page 3

Tribune Company

| Disbursements | Value | |
|---|---|---|
| Online Research | 42.96 | |
| **Total Disbursements** | | 42.96 |
| **Total Amount Due** | | $9,162.66 |



# SEYFARTH SHAW LLP
### ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1934222
0276 68308 / 68308-000003
Karen Scott v. WPIX

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $10,133.00 |
| Less Discount | ($1,013.30) |
| Total Fees after Discount | $9,119.70 |
| Total Disbursements | 42.96 |
| Total Fees and Disbursements This Statement | $9,162.66 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Invoice No. 1934234
0276 68308 / 68308-000007
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through November 30, 2011

### Sal Marchiano v. Betty Ellen Berlamino

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/01/11 | E. Cerasia II | L310 | | Revise latest draft of letter to court regarding discovery schedule/extension (.10); review/revise amended Rule 26 disclosures and discuss same/revisions with A. Ianni (.20). | 0.30 | 219.00 |
| 11/01/11 | A. Ianni | C200 | | Legal research regarding indemnification at request of A. Jubelirer (.80); correspondence with L. Pearson and K. Rubinstein regarding letter to Magistrate Judge J. Freeman regarding discovery schedule (.20). | 1.00 | 355.00 |
| 11/03/11 | E. Cerasia II | L120 | | Email correspondence with A. Jubelirer regarding response to K. Rubenstein's request for by-laws, and review K. Rubenstein's email regarding same (.10); review Delaware law on no indemnification for intentional acts (.20). | 0.30 | 219.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1934234

Page 2

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/03/11 | A. Ianni | C200 | | Legal research regarding indemnification of K. Scott (2.5); prepare memorandum to A. Jubelirer regarding same (1.0); meeting with E. Cerasia regarding same (.10). | 3.60 | 1,278.00 |
| 11/04/11 | A. Ianni | L430 | | Revise letter to Magistrate Judge Freeman regarding discovery. | 0.20 | 71.00 |
| 11/06/11 | E. Cerasia II | L120 | | Draft/revise memo to A. Jubelirer regarding Delaware case law prohibiting indemnification for intentional acts (.40); review/analyze caselaw regarding same (.20). | 0.60 | 438.00 |
| 11/07/11 | A. Ianni | L430 | | Correspondence with L. Pearson and D. Rubinstein regarding letter to Magistrate Judge Freeman. | 0.20 | 71.00 |
| 11/08/11 | E. Cerasia II | L190 | | Emails and telephone conference with A. Jubelirer regarding analysis and strategy as to indemnification and D&O issues/process (.60); review Delaware treatise regarding process for deciding indemnification request (.10); review emails with Tribune's outside insurance coverage counsel regarding D&O coverage issues (.10). | 0.80 | 584.00 |
| 11/08/11 | A. Ianni | C200 | | Communications with E. Cerasia regarding indemnification (.10); review memoranda from A. Jubelirer and C. Leeman regarding same (.40); legal research regarding same (1.60). | 2.10 | 745.50 |
| 11/09/11 | E. Cerasia II | L120 | | Review summary of cases law from various jurisdictions regarding indemnification in the context of discrimination claims. | 0.10 | 73.00 |
| 11/09/11 | A. Ianni | C200 | | Prepare memorandum to A. Jubelirer regarding legal research concerning indemnification. | 1.00 | 355.00 |
| 11/14/11 | E. Cerasia II | L390 | | Review Court's Order extending discovery and status conference and email correspondence to A. Jubelirer regarding same. | 0.10 | 73.00 |



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/15/11 | E. Cerasia II | L390 | | Email correspondence with B. Berlamino regarding Court's order extending discovery and likely date range for her deposition. | 0.10 | 73.00 |
| 11/16/11 | E. Cerasia II | L190 | | Telephone conference with D. Wigdor and L. Pearson regarding their view of case and next steps. | 0.20 | 146.00 |
| 11/16/11 | A. Ianni | L160 | | Telephone conference with E. Cerasia regarding settlement discussion with D. Wigdor. | 0.20 | 71.00 |
| 11/17/11 | E. Cerasia II | L120 | | Telephone conference and email correspondence with K. Rubenstein regarding D&O policy and K. Scott's indemnification claim (.20); emails with A. Jubelirer regarding same (.10). | 0.30 | 219.00 |
| 11/21/11 | E. Cerasia II | L210 | | Review K. Scott's answer to third-party complaint. | 0.10 | 73.00 |
| 11/23/11 | A. Ianni | L210 | | Prepare email to A. Foran regarding Fourth party complaint. | 0.20 | 71.00 |
| 11/30/11 | E. Cerasia II | L230 | | Plan with A. Cabrera and A. Ianni regarding Rule 16 conference and discovery schedule. | 0.10 | 73.00 |
| 11/30/11 | A. Cabrera | L190 | | Prepare for status conference. | 0.30 | 132.00 |

**Total Hours**                                                              11.80

**Total Fees**                                                              $5,339.50

**Less Discount**                                                           ($533.95)

**Total Fees After Discount**                                               $4,805.55

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 3.00 | hours at | $730.00 | per hour | |
| A. Cabrera | Associate | - | 0.30 | hours at | $440.00 | per hour | |
| A. Ianni | Associate | - | 8.50 | hours at | $355.00 | per hour | |



Tribune Company

| Disbursements | Value | |
|---|---|---|
| Copying | 0.60 | |
| Facsimile | 6.00 | |
| Online Research | 452.01 | |
| **Total Disbursements** | | 458.61 |
| **Total Amount Due** | | $5,264.16 |



# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1934234
0276 68308 / 68308-000007
Sal Marchiano v. Betty Ellen Berlamino

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $5,339.50 |
| Less Discount | ($533.95) |
| Total Fees after Discount | $4,805.55 |
| Total Disbursements | 458.61 |
| Total Fees and Disbursements This Statement | $5,264.16 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Invoice No. 1934239
0276 68308 / 68308-000008
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through November 30, 2011

### Watkins v. WPIX, Inc.

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/02/11 | E. Cerasia II | L160 | | Review letter from C. Davis regarding NY Daily News article and Watkins' proposed statement to Daily News (.10); review confidentiality provision in settlement agreement and Daily News article (.10); telephone conference with A. Foran regarding response to C. Davis' letter (.10). | 0.30 | 219.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1934239

Page 2

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/03/11 | E. Cerasia II | L160 | | Email correspondence with A. Foran regarding status of WPIX's response to Watkins' draft email to Daily News (.10); telephone conference and email correspondence with C. Davis regarding same and Watkins' intent to send his email to Daily News and follow-up email correspondence to A. Foran regarding same (.20); review letter from C. Davis regarding Watkins' statement to Daily News, and email correspondence and telephone conference with A. Foran regarding same (.20). | 0.50 | 365.00 |
| 11/04/11 | E. Cerasia II | L160 | | Emails with C. Davis, A. Foran, and B. Carey regarding Watkins' letter to Daily News and regarding timing of first settlement check (.20); emails with Cathy Davis regarding first settlement check and check to autism charity (.10). | 0.20 | 146.00 |
| 11/08/11 | E. Cerasia II | L160 | | Review settlement check and letter to autism charity regarding first donation, and revise letter to C. Davis regarding same (.20); email correspondence with A. Foran and B. Carey and to C. Davis regarding same (.10). | 0.30 | 219.00 |
| 11/09/11 | E. Cerasia II | L160 | | Email correspondence with C. Davis regarding EEOC's request for settlement agreement in order to dismiss case (.10); telephone conference and email correspondence with E. Gutierrez (EEOC) regarding same (.10); email correspondence with A. Foran regarding approval to submit agreement to EEOC (.10). | 0.30 | 219.00 |
| 11/21/11 | E. Cerasia II | L160 | | Review EEOC's dismissal letter and email with A. Foran regarding same. | 0.10 | 73.00 |

**Total Hours**                                                                                           1.70

**Total Fees**                                                                                            $1,241.00

# SEYFARTH
### ATTORNEYS SHAW LLP

Tribune Company

| | |
|---|---|
| **Less Discount** | ($124.10) |
| **Total Fees After Discount** | $1,116.90 |

**Timekeeper Summary**

| E. Cerasia II | Partner | - | 1.70 | hours at | $730.00 | per hour |
|---|---|---|---|---|---|---|

| Disbursements | Value |
|---|---|
| Arbitrators/Mediators - JAMS | 4,667.36 |
| Copying | 2.60 |
| Courier/Messenger | 10.78 |
| Long Distance Telephone | 0.48 |
| **Total Disbursements** | 4,681.22 |
| **Total Amount Due** | $5,798.12 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1934239
0276 68308 / 68308-000008
Watkins v. WPIX, Inc.

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,241.00 |
| Less Discount | ($124.10) |
| Total Fees after Discount | $1,116.90 |
| Total Disbursements | 4,681.22 |
| Total Fees and Disbursements This Statement | $5,798.12 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Invoice No. 1934245
0276 68308 / 68308-000009
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through November 30, 2011

<u>Larry Hoff v. WPIX, et al.</u>

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/03/11 | E. Cerasia II | L120 | | Email correspondence with A. Jubelirer regarding response to K. Rubenstein's request for by-laws, and review K. Rubenstein's email regarding same (.10); review Delaware law on indemnification (.20). | 0.30 | 219.00 |
| 11/03/11 | A. Ianni | C200 | | Legal research regarding indemnification of K. Scott (2.50); draft memorandum to A. Jubelirer regarding same (1.0); meeting with E. Cerasia regarding same (.10). | 3.60 | 1,278.00 |
| 11/06/11 | E. Cerasia II | L120 | | Draft/revise memo to A. Jubelirer regarding Delaware case law related to indemnification acts (.40); review/analyze caselaw regarding same (.20). | 0.60 | 438.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/08/11 | E. Cerasia II | L190 | | Emails and telephone conference with A. Jubelirer regarding analysis and strategy as to indemnification and D&O issues/process (.60); review Delaware treatise regarding process for deciding indemnification request (.10); review emails with Tribune's outside insurance coverage counsel regarding D&O coverage issues (.10). | 0.80 | 584.00 |
| 11/08/11 | A. Ianni | C200 | | Communications with E. Cerasia regarding indemnification (.10); review memoranda from A. Jubelirer and C. Leeman regarding same (.40); legal research regarding same (1.60). | 2.10 | 745.50 |
| 11/09/11 | E. Cerasia II | L120 | | Review summary of cases law from various jurisdictions regarding indemnification in the context of discrimination claims. | 0.10 | 73.00 |
| 11/09/11 | A. Ianni | C200 | | Prepare memorandum to A. Jubelirer regarding legal research concerning indemnification. | 1.00 | 355.00 |
| 11/16/11 | E. Cerasia II | L190 | | Telephone conference with D. Wigdor and L. Pearson regarding their view of case and next steps. | 0.20 | 146.00 |
| 11/17/11 | E. Cerasia II | L120 | | Telephone conference and email correspondence with K. Rubenstein regarding D&O policy and K. Scott's indemnification claim for Tribune's response (.20); emails with A. Jubelirer regarding same (.10). | 0.30 | 219.00 |
| 11/21/11 | E. Cerasia II | L210 | | Review K. Scott's answer to third-party complaint and cross-claim for Indemnification. | 0.10 | 73.00 |
| 11/30/11 | E. Cerasia II | L230 | | Plan with A. Cabrera and A. Ianni regarding Rule 16 conference and discovery schedule. | 0.10 | 73.00 |



SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1934245

Page 3

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/30/11 | A. Ianni | L230 | | Telephone conference with L. Pearson regarding Rule 26(f) conference (0.3); draft joint discovery plan (0.5); prepare for status conference (1.2); meeting with E. Cerasia and A. Cabrera regarding same (0.2). | 2.20 | 781.00 |

| | | |
|---|---|---|
| **Total Hours** | 11.40 | |
| **Total Fees** | | $4,984.50 |
| **Less Discount** | | ($498.45) |
| **Total Fees After Discount** | | $4,486.05 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| .E. Cerasia II | Partner | - | 2.50 | hours at | $730.00 | per hour |
| A. Ianni | Associate | - | 8.90 | hours at | $355.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Copying | 2.00 |
| Online Research | 3.12 |
| **Total Disbursements** | 5.12 |
| **Total Amount Due** | $4,491.17 |



**SEYFARTH**
**SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1934245
0276 68308 / 68308-000009
Larry Hoff v. WPIX, et al.

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $4,984.50 |
| Less Discount | ($498.45) |
| Total Fees after Discount | $4,486.05 |
| Total Disbursements | 5.12 |
| Total Fees and Disbursements This Statement | $4,491.17 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Invoice No. 1934197
0276 36078 / 36078-000011
W1ST

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

For legal services rendered through November 30, 2011

**East Coast Properties**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/02/11 | T. Haley | C300 | | Begin review of Hartford contract. | 0.40 | 268.00 |
| 11/04/11 | T. Haley | C300 | | Revise Hartford home delivery agreement with single copy exhibit. | 6.80 | 4,556.00 |
| 11/04/11 | T. Haley | C300 | | Telephone conference and correspondence with D. Bralow regarding matter. | 0.20 | 134.00 |
| 11/07/11 | T. Haley | C300 | | Correspondence to D. Bralow regarding Hartford agreement. | 0.50 | 335.00 |
| 11/07/11 | T. Haley | C300 | | Revise Hartford home delivery agreement and single copy exhibit. | 4.80 | 3,216.00 |
| 11/08/11 | T. Haley | C300 | | Correspondence with D. Bralow regarding issues raised relating to Hartford contract. | 0.20 | 134.00 |
| 11/08/11 | T. Haley | C300 | | Review revised Hartford contract issues raised by D. Bralow regarding same. | 0.60 | 402.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 1934197

Page 2

Tribune Company/Olson

| | | |
|---|---|---|
| **Total Hours** | | 13.50 |
| **Total Fees** | | $9,045.00 |
| **Less Discount** | | ($904.50) |
| **Total Fees After Discount** | | $8,140.50 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| T. Haley | Sr Partner I | - | 13.50 | hours at | $670.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $8,140.50 |



**SEYFARTH**
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY  10017
Attn: David S. Bralow, Esq.

Invoice No. 1934197
0276 36078 / 36078-000011
East Coast Properties

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $9,045.00 |
| Less Discount | ($904.50) |
| Total Fees after Discount | $8,140.50 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $8,140.50 |

### PLEASE RETURN THIS COPY WITH YOUR PAYMENT

### IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW**LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Invoice No. 1934168
0276 15827 / 15827-000019
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4001
Attn: Alissa L. Jubelirer, Legal Dept.

For legal services rendered through November 30, 2011

**Jeff Apodaca v. KTLA5, Tribune Company, Case No. BC448838**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/02/11 | D. Sable | L190 | | Prepare letter to D. Blumberg regarding settlement. | 0.30 | 102.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.30 | |
| **Total Fees** | | $102.00 |
| **Less Discount** | | ($10.20) |
| **Total Fees After Discount** | | $91.80 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| D. Sable | Associate | - | 0.30 | hours at | $340.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

KTLA-TV

**Total Disbursements**                                                    0.00

**Total Amount Due**                                                    $91.80



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4001
Attn: Alissa L. Jubelirer, Legal Dept.

Invoice No. 1934168
0276 15827 / 15827-000019
Jeff Apodaca v. KTLAS, Tribune Company, Case No.
BC448838

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $102.00 |
| Less Discount | ($10.20) |
| Total Fees after Discount | $91.80 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $91.80 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Invoice No. 1934166
0276 66929 / 66929-000002
W1ST

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through November 30, 2011

**Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune Company; Tribune Broadcasting Company; Case No. BC 406704 0000001902**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/11/11 | J. Meer | L160 | | Review revised draft of supplemental settlement agreement from K. Lantry. | 0.50 | 295.00 |
| 11/17/11 | J. Meer | L160 | | Review redline of revised Settlement Agreement. | 0.80 | 472.00 |
| 11/17/11 | J. Meer | L190 | | Prepare email to K. Lantry regarding same. | 0.30 | 177.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.60 | |
| **Total Fees** | | $944.00 |
| **Less Discount** | | ($94.40) |
| **Total Fees After Discount** | | $849.60 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Ira H. Goldstone

## Timekeeper Summary

| J. Meer | Partner | – | 1.60 | hours at | $590.00 | per hour |

Total Disbursements                                                        0.00

Total Amount Due                                                        $849.60



# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1934166
0276 66929 / 66929-000002
Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune
Company; Tribune Broadcasting Company; Case No.
BC 406704 0000001902

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $944.00 |
| Less Discount | ($94.40) |
| Total Fees after Discount | $849.60 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $849.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

Invoice No. 1935316
0276 33175 / 33175-000025
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through November 30, 2011

**Jose Luis Velazquez v. California Community News Corporation; Case No. KC060599**

| Disbursements | Value |
|---|---|
| Filing Fees | 217.90 |
| Online Research | 8.16 |
| Local Travel - F. SCOTT PAGE Parking - court appearance in Velazquez 10/13/11 | 7.00 |
| Parking Validations - Bani Arya | 34.00 |
| Parking Validations - Jose Velasquez | 34.00 |
| Parking Validations - Leticia Bugarian | 34.00 |
| Parking Validations - Lisa Krakow | 34.00 |
| Parking Validations - Sal Esquer | 34.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times (Sherman)

**Total Disbursements**                                                   403.06

**Total Fees And Disbursements This Statement**                     $403.06



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2011

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1935316
0276 33175 / 33175-000025
Jose Luis Velazquez v. California Community News
Corporation; Case No. KC060599

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $0.00 |
| Total Disbursements | 403.06 |
| Total Fees and Disbursements This Statement | $403.06 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |