# EXHIBIT A

# Declaration of Christopher L. Meazell

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF CHRISTOPHER L. MEAZELL

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Thirtieth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period November 1, 2011 through November 30, 2011 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Thirtieth Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.      There is no agreement or understanding between Dow Lohnes and any other person for a

division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.


5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 10th day of January, 2012.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## NOVEMBER 1 - NOVEMBER 30, 2011

| Name of Professional | Position (Number of Years in Position); Area of Expertise;  Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 550 | 19.7 | 10,835.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 730 | 34.7 | 25,331.00 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 370 | 15.2 | 5,624.00 |
| Kevin P. Latek | Member (since 2005); Communications; 1997 (DC) | 600 | 22.1 | 13,260.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 25.1 | 16,315.00 |
| Laurie J. McCarthy | Communications Specialist (since 2010); n/a | 275 | 2.3 | 632.50 |
| Christopher L. Meazell | Member (since 2010); Litigation & Bankruptcy; 2001 (GA); 2007(OK) | 450 | 2.8 | 1,260.00 |
| Jason E. Rademacher | Associate (since 2000): Communications;  2000 (DC) & 2000 | 460 | 2.3 | 1,058.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 640 | 2.3 | 1,472.00 |
| Derek H. Teslik | Associate (since 2007); Communications; 2008 (NY) & DC (2009) | 330 | 7.6 | 2,508.00 |
| **TOTALS** | | | **134.1** | **78,295.50** |
| **BLENDED RATE** | | | | **583.8590604** |

[1]  The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' cu

**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD FROM**
**NOVEMBER 1 - NOVEMBER 30, 2011**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 83.3 | 53,380.50 |
| Fee Applications 08656.0101 | 2.8 | 1,260.00 |
| Broadcast Contracts 08656.0104 | 38.0 | 17,252.00 |
| Fox and Network Agreements 08656.0104:001 | 10.0 | 6,403.00 |
| Travel Time  08656.0102 (with 50% discount) | 0.0 | 0.00 |
| **TOTAL** | **134.1** | **78,295.50** |

# ♉ DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222

---

January 2, 2012                                                                Page 1

Tribune Company                                                        Invoice 550069
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611


Our File # 08656.0100          For Services Through November 30, 2011
FCC/Broadcast Matters


| | | |
|---|---|---|
| 11/01/11 | Review FCC issues and timing re confirmation order (1.7); telephone conferences and correspondence with Sidley and senior lenders' FCC counsel re same (1.8). | |
| | C. Burrow | 3.50 hrs. |
| 11/01/11 | Telephone conference with counsel for lenders regarding next steps for FCC applications to assign licenses in bankruptcy following Bankruptcy Court rejection of competing Reorganization Plans (1.1); analysis of Bankruptcy Court ruling regarding bankruptcy Plan confirmation (1.2). | |
| | J. Rademacher | 2.30 hrs. |
| 11/01/11 | Review court decisions re FCC issues and implications for pending applications (1.4); telephone conference with D. Wiley and T. Davidson re next steps (0.8); telephone conference with S. Sheehan re next steps (0.3). | |
| | J. Feore | 2.50 hrs. |
| 11/01/11 | Complete review of opinion and confirmation order (0.9); telephone conference with R. Wiley and J. Bayes (FCC counsel to JP Morgan) re court's opinion (0.3); prepare for telephone conference with FCC counsel to credit co-proponents (0.9); telephone conference with T. Davidson (Oaktree/Angelo Gordon), R. Wiley and J. Bayes (JP Morgan) re FCC issues to be addressed in light of court's order and timing of FCC update and amendment filings (0.6). | |
| | J. Logan | 2.70 hrs. |
| 11/01/11 | Review re bankruptcy judge's order and effect on FCC timing (0.4); telephone conference with E. Washburn re same (0.1); review re additional facts re KTLA programming (0.2). | |

January 2, 2012                                                              Page 2

Tribune Company                                                             Invoice 550069
                      M. Swanson                              0.70 hrs.

11/02/11              Telephone conferences with D. Wiley and follow-up re FCC notice
                      and reporting re court decision (0.3); telephone conference with S.
                      Sheehan re updates to FCC and Hill (0.3); review potential changes
                      to restructuring applications and timing (0.9).
                      J. Feore                                1.50 hrs.

11/02/11              Telephone conference with J. Weld (Alden Global Capital) re
                      questions on FCC processes and related matters (0.3); prepare
                      correspondence to J. Boelter re Alden Global Capital information
                      request (0.4).
                      J. Logan                                0.70 hrs.

11/03/11              Telephone conference with D. Wiley and T. Davidson re FCC
                      procedures and timing of FCC amendment and supplements (0.6);
                      telephone conference with FCC staff re court decision (0.4); work on
                      cross-ownership waiver updates (0.8); research possible waiver
                      arguments re pending appeals (0.3).
                      J. Feore                                2.10 hrs.

11/03/11              Review issues re exhibits for non-broadcast applications (1.1);
                      review 602 ownership report requirements for restructuring
                      applications (0.6); prepare correspondence to credit co-proponents re
                      information updates for Form 602 ownership reports (0.4).
                      J. Logan                                2.10 hrs.

11/04/11              Revise foreign ownership motion (2.1); revise foreign ownership
                      certification materials (1.3).
                      C. Burrow                               3.40 hrs.

11/04/11              Review request from Alden Global Capital on FCC process  and
                      Tribune bankruptcy (0.3); review changes to restructuring
                      applications re staff issues (0.4); work on further changes to waiver
                      showings (0.8).
                      J. Feore                                1.50 hrs.

11/04/11              Telephone conference with J. Wile (Alden Global Capital) re Alden
                      FCC issues (0.3); prepare correspondence to J. Boelter re Alden
                      Global Capital inquiries (0.2); further telephone conference with J.
                      Wile (Alden Global Capital) in response to inquiries on FCC matters
                      (0.4); review non-broadcast applications in connection with exhibits
                      for amendment to reflect restructuring applications (1.6).
                      J. Logan                                2.50 hrs.

11/05/11              Revise exhibits for pending FCC applications (0.6); research re
                      timing of FCC filings (0.4); work on ownership certification motion
                      and updates (0.5).
                      J. Feore                                1.50 hrs.

11/07/11              Review revised timelines for FCC filings re pending applications
                      and restructuring applications (0.5); work on restructuring proposals
                      (0.6); review motion re foreign ownership (0.4).

January 2, 2012                                          Page 3

Tribune Company                                          Invoice 550069

|  | J. Feore | 1.50 hrs. |
|---|---|---|

| 11/08/11 | Telephone conference with FCC staff re timing on next filings (0.3); revise supplemental ownership showing and waivers (0.6); draft outline of FCC letter filing re court action (0.4); conference with S. Sheehan re FCC issues (0.3). | |
| | J. Feore | 1.60 hrs. |

| 11/08/11 | Prepare memorandum re FCC matters and additional information required for completion of filings. | |
| | J. Logan | 0.80 hrs. |

| 11/09/11 | Work on updates to FCC applications re ownership (0.5); telephone conference with J. Stenger re FCC procedures (0.3); telephone conference with S. Sheehan re FCC ownership review (0.3). | |
| | J. Feore | 1.10 hrs. |

| 11/10/11 | Telephone conference with counsel for Creditors Committee re update on FCC applications (0.3); revise restructuring applications (0.2); review draft applications (0.3). | |
| | J. Feore | 0.80 hrs. |

| 11/10/11 | Respond to client inquiry regarding FRN password issues (0.1); research FRNs (0.8); telephone call with FCC Help Desk regarding problem (0.4); reset passwords for two parent entities (0.6); prepare correspondence to client regarding same (0.4). | |
| | L. McCarty (Practice Group Professional) | 2.30 hrs. |

| 11/11/11 | Work on updates to waiver requests for amended applications. | |
| | J. Feore | 0.50 hrs. |

| 11/11/11 | Telephone conference with E. Washburn re FCC ownership rulemaking issues (0.2); email to E. Washburn re same (0.1); review re KTLA changes (0.1). | |
| | M. Swanson | 0.40 hrs. |

| 11/12/11 | Review materials re proposed amended Plan (2.1); correspondence with Sidley re same (0.3). | |
| | C. Burrow | 2.40 hrs. |

| 11/12/11 | Review revised plan amendment re FCC issues. | |
| | J. Logan | 0.40 hrs. |

| 11/14/11 | Review revised provisions of Reorganization Plan re FCC and regulatory issues (0.4); telephone conference with FCC staff re status report and update (0.3). | |
| | J. Feore | 0.70 hrs. |

| 11/14/11 | Review revised draft amended Plan from J. Boelter re FCC issues (0.9); review effect of revised Plan on FCC presentation for exit applications (0.4). | |
| | J. Logan | 1.30 hrs. |

| 11/15/11 | Review motions for reconsideration of confirmation order. | |

January 2, 2012                                                    Page 4

Tribune Company                                                    Invoice 550069

|            | C. Burrow                                                                                                                                              | 1.40 hrs. |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 11/15/11   | Review updated plan re possible further filings (0.6); conference with D. Wiley re timing on FCC filings and updates (0.2).                             |           |
|            | J. Feore                                                                                                                                               | 0.80 hrs. |
| 11/15/11   | Review issues re Aurelius appeal and reconsideration (0.4); review issues re ownership reports (0.2).                                                   |           |
|            | J. Logan                                                                                                                                               | 0.60 hrs. |
| 11/15/11   | Review re bankruptcy status and effect on FCC proceeding and waiver timing (0.2); review re waiver updates (0.2).                                       |           |
|            | M. Swanson                                                                                                                                             | 0.40 hrs. |
| 11/16/11   | Review updated ownership information re FCC supplement and attributable interests to report (0.4); work on FCC application and updates (0.5).           |           |
|            | J. Feore                                                                                                                                               | 0.90 hrs. |
| 11/16/11   | Telephone conference with W. Johnsen (FCC counsel to JP Morgan) re treatment of JP Morgan attributable interests.                                       |           |
|            | J. Logan                                                                                                                                               | 0.40 hrs. |
| 11/17/11   | Review updates to co-proponents' FCC ownership information.                                                                                             |           |
|            | C. Burrow                                                                                                                                              | 0.80 hrs. |
| 11/17/11   | Telephone conference with counsel for JP Morgan re FCC application updates (0.3); review application inserts and further draft exhibits (0.7).          |           |
|            | J. Feore                                                                                                                                               | 1.00 hrs. |
| 11/17/11   | Review correspondence from E. Reed (FCC counsel to JP Morgan) re JP Morgan media interests.                                                             |           |
|            | J. Logan                                                                                                                                               | 0.50 hrs. |
| 11/17/11   | Telephone conference with E. Washburn re rulemaking status and waivers (0.2); review re waiver updates (0.1).                                           |           |
|            | M. Swanson                                                                                                                                             | 0.30 hrs. |
| 11/18/11   | Review Plan revisions and FCC filing obligations and reporting issues (0.6); telephone conference with D. Wiley re further FCC meetings (0.2); review and update application amendments (0.7). |           |
|            | J. Feore                                                                                                                                               | 1.50 hrs. |
| 11/18/11   | Review revised JP Morgan media ownership insert (0.8); telephone conference with W. Johnsen re staff position on media ownership approach and fall-back position (0.3). |           |
|            | J. Logan                                                                                                                                               | 1.10 hrs. |
| 11/19/11   | Review filings re Plan changes and possible FCC issues (0.6); work on incorporating ownership information from JP Morgan into FCC supplements (0.8).    |           |
|            | J. Feore                                                                                                                                               | 1.40 hrs. |

January 2, 2012                                                    Page 5

Tribune Company                                                   Invoice 550069

| | | |
|---|---|---|
| 11/21/11 | Review revised Reorganization Plan (0.9); review supplemental disclosure statement (0.7); review motion for approval re same (0.8). | |
| | C. Burrow | 2.40 hrs. |
| 11/21/11 | Review Oaktree, Angelo Gordon and JP Morgan updates to FCC application and ownership showing (0.8); work on revisions to cross-ownership showings (0.6); telephone conference with FCC staff re timing issues (0.4). | |
| | J. Feore | 1.80 hrs. |
| 11/21/11 | Review docket re motion and third amended Plan (0.4); prepare correspondence to T. Davidson re Oaktree/Angelo Gordon update (0.3); prepare correspondence to T. Davidson re presentation charts and related matters for Angelo Gordon ownership (0.4). | |
| | J. Logan | 1.10 hrs. |
| 11/21/11 | Review re possible response to Hartford news report. | |
| | M. Swanson | 0.20 hrs. |
| 11/22/11 | Review updates to FCC ownership disclosure from co-proponents (0.6); correspondence with co-proponents' FCC counsel re same (0.5). | |
| | C. Burrow | 1.10 hrs. |
| 11/22/11 | Telephone conference with S. Sheehan re FCC issues and timing re action on application (0.3); work on application exhibit updates (0.5); telephone conference with FCC re pending applications (0.3). | |
| | J. Feore | 1.10 hrs. |
| 11/22/11 | Telephone conference with FCC counsel to Oaktree/Angelo Gordon re revisions to updated ownership section. | |
| | J. Logan | 0.40 hrs. |
| 11/23/11 | Review status of bankruptcy proceeding re FCC issues (0.4); review revised ownership materials from co-proponents (0.7). | |
| | C. Burrow | 1.10 hrs. |
| 11/23/11 | Telephone conference with D. Wiley and T. Davidson re reporting to FCC on court action (0.6); draft outline of letter and possible FCC issues (0.3); work on update to FCC application waiver updates and ownership certifications (0.9). | |
| | J. Feore | 1.80 hrs. |
| 11/23/11 | Review correspondence and revised draft from T. Davidson re Oaktree/Angelo Gordon revisions to ownership and media interests data (0.5); telephone conference with FCC counsel to credit co-proponents re approaches to exit applications in view of results of court hearing (0.8); review draft exit application amendment re changes to be made for possible pre-confirmation order submission (0.5). | |
| | J. Logan | 1.80 hrs. |
| 11/23/11 | Review re bankruptcy status, timing and update issues. | |

Tribune Company

|  |  |  |
|---|---|---|
|  | M. Swanson | 0.30 hrs. |
| 11/24/11 | Prepare draft update letter to FCC re October 31 bankruptcy decision and subsequent proceedings. | |
|  | J. Logan | 1.10 hrs. |
| 11/25/11 | Work on draft FCC letter re reporting on court developments (0.4); review pending court proposals and plan supplements re FCC application and amendments (0.6); work on updates re same (0.2). | |
|  | J. Feore | 1.20 hrs. |
| 11/25/11 | Revise draft FCC update letter. | |
|  | J. Logan | 0.70 hrs. |
| 11/26/11 | Work on FCC application supplements (0.5); review supplemental cross-ownership waiver requests (0.3). | |
|  | J. Feore | 0.80 hrs. |
| 11/28/11 | Review issues re update letter for FCC (0.7); correspondence with Sidley and co-proponents' FCC counsel re same (0.4). | |
|  | C. Burrow | 1.10 hrs. |
| 11/28/11 | Work on draft letter for FCC reporting purposes (0.5); review court decision re statement to FCC in update (0.4); telephone conference with FCC counsel re filing (0.2). | |
|  | J. Feore | 1.10 hrs. |
| 11/28/11 | Revisions to FCC update letter (0.6); correspondence with J. Boelter (Sidley) regarding proposed FCC filing (0.4). | |
|  | J. Logan | 1.00 hrs. |
| 11/29/11 | Telephone conference with D. Wiley re court hearing and reporting to FCC (0.3); work on draft letter to FCC re updates (0.4); work on finalizing applications for restructuring of company (0.6). | |
|  | J. Feore | 1.30 hrs. |
| 11/29/11 | Telephone call with J. Stenger (FCC counsel to Unsecured Creditors' Committee) regarding status of proceeding (0.3); review and revise update letter with changes from J. Boelter (0.6); correspondence to co-proponents' FCC counsel regarding FCC update letter (0.3). | |
|  | J. Logan | 1.20 hrs. |
| 11/30/11 | Review revisions to FCC update letter (1.2); correspondence with Sidley and co-proponents' FCC counsel re FCC update letter (1.3). | |
|  | C. Burrow | 2.50 hrs. |
| 11/30/11 | Telephone conference with D. Wiley and T. Davidson re letter report to FCC (0.7); work on FCC letter and revisions (0.5); revise and update application exhibits re ownership (0.4). | |
|  | J. Feore | 1.60 hrs. |
| 11/30/11 | Prepare for telephone conference with credit co-proponents' FCC counsel (0.4); telephone conference with FCC counsel to credit co- | |

Tribune Company                                          Invoice 550069

proponents regarding FCC update and strategy for restarting FCC
review (0.6); review comments from J. Stenger re FCC update letter
(0.6); review revisions from Angelo Gordon, Oaktree and JP
Morgan counsel regarding FCC update letter (0.7); correspondence
with J. Boelter (Sidley) regarding co-proponents' positions (0.3);
review further comments from bankruptcy counsel to JP Morgan,
Oaktree and Angelo Gordon (0.5); prepare revised draft of FCC
update letter incorporating comments received (0.4); correspondence
with credit co-proponents regarding remaining issues in FCC update
letter (0.2); complete and file update letter with FCC (0.7);
correspondence with B. Kreisman (FCC) regarding letter filing and
service on petitioners (0.3).

J. Logan                                          4.70 hrs.

## BILLING SUMMARY

|  | Hours |
|---|---|
| BURROW | 19.70 |
| FEORE | 31.60 |
| LOGAN | 25.10 |
| SWANSON | 2.30 |
| RADEMACHER | 2.30 |
| MCCARTY | 2.30 |
| TOTAL | 83.30 |

Fees for Professional Services ......................................................... $          53,380.50

| | | | |
|---|---|---|---|
| | CONFERENCE CALL (SOUNDPATH) | $ | 20.11 |
| | REPRODUCTION | $ | 45.90 |
| | TELEPHONE | $ | 5.88 |
| 09/26/11 | EXP#ERJRF092611 Expenses by J. Feore: | $ | 29.67 |
| | 9/27 Conference call re Tribune and FCC | | |
| | issues ($20.67); 9/26 Parking at FCC for | | |
| | meeting ($9.00) | | |

Total Reimbursable Costs ......................................................... $          101.56

Total Current Billing for This File................................................. $          53,482.06

Our File # 08656.0101          For Services Through November 30, 2011
Retention and Fee Applications

11/04/11          Preparation of 29th monthly fee application.

January 2, 2012                                          Page 8

Tribune Company                                          Invoice 550069
                C. Meazell                              0.60 hrs.

11/08/11        Research regarding holdbacks and fee auditor reports.
                C. Meazell                              0.90 hrs.

11/11/11        Preparation of 29th monthly fee application.
                C. Meazell                              0.40 hrs.

11/15/11        Preparation of 29th monthly fee application.
                C. Meazell                              0.90 hrs.

BILLING SUMMARY

|           | Hours |
|-----------|-------|
| MEAZELL   | 2.80  |
| TOTAL     | 2.80  |

Fees for Professional Services ................................................................. $    1,260.00
Total Current Billing for This File.............................................................. $    1,260.00

Our File # 08656.0104          For Services Through November 30, 2011
Broadcast Contracts

11/01/11        Conference call with K. Connor and K. Mullane regarding
                agreements with Antietam Cable (0.5); conference call with K.
                Connor and K. McNeil re CMA Cable (0.3); analyze CMA markup
                to retransmission and WGN agreements (0.2); analyze final version
                of retransmission agreement with Atlantic Broadband (0.1).
                R. Folliard III                        1.10 hrs.

11/02/11        Prepare email to K. Mullane with final version of Atlantic
                Broadband retransmission agreement.
                R. Folliard III                        0.10 hrs.

11/04/11        Prepare revised version of GCI Cable WGN America agreement per
                client comments.
                R. Folliard III                        0.50 hrs.

11/07/11        Prepare counter-offer to retransmission agreement for Antietam
                Cable (0.6); prepare email to K. Connor re Antietam Cable (0.1);
                prepare counter-offer to retransmission and WGN agreements for
                CMA Communications (0.8); prepare email to K. Connor re CMA
                Communications agreements (0.1).
                R. Folliard III                        1.60 hrs.

January 2, 2012                                                      Page 9

Tribune Company                                                 Invoice 550069
11/08/11        Prepare email re specific performance clause in New Wave
                retransmission consent agreement.
                R. Folliard III                        0.60 hrs.

11/10/11        Analyze proposals and comments from New Wave, Mediacom and
                other distributors (0.5); telephone conference with K. Connor re
                same and responding thereto (1.0).
                K. Latek                               1.50 hrs.

11/11/11        Analyze issues regarding form retransmission consent and WGNA
                distribution agreements.
                D. Teslik                              0.60 hrs.

11/11/11        Telephone conference with K. Connor re Mediacom and 2012 forms
                and strategies.
                K. Latek                               1.20 hrs.

11/14/11        Prepare revised national form retransmission and WGNA
                distribution agreements.
                D. Teslik                              1.80 hrs.

11/14/11        Revise New Wave distribution and retransmission consent
                agreements.
                K. Latek                               0.40 hrs.

11/15/11        Revise form retransmission and WGNA distribution agreements.
                D. Teslik                              1.90 hrs.

11/15/11        Further revise agreements for New Wave Communications (0.3);
                review and comment on retransmission proposal for RCN (0.1).
                K. Latek                               0.40 hrs.

11/16/11        Review SureWest markup of Tribune retransmission consent
                agreement (0.4); conference call re SureWest retransmission consent
                agreement (0.8); revise SureWest retransmission consent agreement
                (0.5).
                R. Folliard III                        1.70 hrs.

11/17/11        Revise template retransmission and WGNA distribution agreements.
                D. Teslik                              1.40 hrs.

11/17/11        Telephone conference with K. Connor re RCN, Mediacom, New
                Wave and other negotiations (0.7);  analyze New Wave markups
                (0.2); revise New Wave retransmission consent and distribution
                agreements (0.3).
                K. Latek                               1.20 hrs.

11/18/11        Review and revise form retransmission and WGNA distribution
                agreements.
                D. Teslik                              1.90 hrs.

11/18/11        Revise retransmission and distribution agreements for Northland
                deal (0.9); prepare outline of retransmission consent strategies (0.9);
                work on new form proposal and agreements for Tower and Tribune

|  |  |  |
|---|---|---|
|  | (1.0). | |
|  | K. Latek | 2.80 hrs. |
| 11/19/11 | Finalize updated draft forms for proposals and agreements. | |
|  | K. Latek | 0.50 hrs. |
| 11/21/11 | Conference with J. Marenghi and K. Connor re various cable negotiation strategies. | |
|  | K. Latek | 1.00 hrs. |
| 11/22/11 | Analyze responses from AT&T and other operators (0.5); telephone conferences with K. Connor re same (1.0); prepare term sheets for Mediacom agreements (0.9); prepare response to Thames Valley concerns (0.3). | |
|  | K. Latek | 2.70 hrs. |
| 11/22/11 | Review responses by Suddenlink and Metrocast to retransmission and WGN agreements (0.4); conference call with K. Connor re agreements with Suddenlink and Metrocast (1.4). | |
|  | R. Folliard III | 1.80 hrs. |
| 11/23/11 | Telephone conference with K. Connor re AT&T and Mediacom negotiations (0.5); finalize term sheet for Mediacom (0.4). | |
|  | K. Latek | 0.90 hrs. |
| 11/28/11 | Telephone conference with K. Connor re AT&T proposal (0.2); prepare proposal for AT&T agreements (0.9). | |
|  | K. Latek | 1.10 hrs. |
| 11/28/11 | Analyze changes to Suddenlink retransmission agreement (0.4); analyze proposed changes by Windjammer to WGN distribution agreement (0.3); prepare counter to Suddenlink re WGN distribution agreement (2.0); prepare counter to Harron re WGN and broadcast retransmission agreements ( 0.5). | |
|  | R. Folliard III | 3.20 hrs. |
| 11/29/11 | Telephone conference with K. Connor re AT&T, Broadstripe, Command and other negotiations (0.6); revise proposal for AT&T agreements (0.1); revise Broadstripe term sheet (0.2); revise Antietam distribution agreement re fee calculation (0.2);  prepare correspondence to K. Connor re Dish/Command carriage issue (0.1). | |
|  | K. Latek | 1.20 hrs. |
| 11/29/11 | Review Suddenlink and Windjammer retransmission and WGN agreements in preparation for conference call (0.9); conference call with K. Connor re Suddenlink, Windjammer and Harron agreements (0.6); prepare response to Suddenlink retransmission agreement (0.8); prepare response to Harron markups of retransmission and WGN agreements (1.7). | |
|  | R. Folliard III | 4.00 hrs. |
| 11/30/11 | Further revise Antietam WGNA agreement. | |

January 2, 2012                                                    Page 11

Tribune Company                                                    Invoice 550069

K. Latek                                              0.30 hrs.

11/30/11       Prepare response to Windjammer markup of retransmission
               agreement.
               R. Folliard III                        0.60 hrs.


## BILLING SUMMARY

|                  | Hours  |
|------------------|--------|
| LATEK            | 15.20  |
| FOLLIARD III     | 15.20  |
| TESLIK           | 7.60   |
| TOTAL            | 38.00  |


Fees for Professional Services ........................................................ $        17,252.00

| CONFERENCE CALL (SOUNDPATH) | $ | 5.73  |
|-----------------------------|---|-------|
| REPRODUCTION                | $ | 12.60 |
| TELEPHONE                   | $ | 38.52 |

Total Reimbursable Costs .............................................................. $          56.85
Total Current Billing for This File................................................. $     17,308.85


Our File # 08656.0104:001       For Services Through November 30, 2011
Fox and Network Agreements                                          .


11/04/11       Review Fox ancillary agreements re possible markup and comments
               re issues for review.
               J. Feore                               0.50 hrs.

11/09/11       Telephone conference with N. Larsen, G. Mazzaferri and C. Sennett
               re Fox affiliation, side letters and possible revisions.
               J. Feore                               0.50 hrs.

11/09/11       Telephone conference with client re initial markup of Fox affiliation
               agreement.
               K. Latek                               2.50 hrs.

11/11/11       Review affiliation markups and possible changes to draft.
               J. Feore                               0.40 hrs.

11/14/11       Revise affiliation agreement with Fox with client comments (3.0);
               review and respond to C. Sennett questions re same (0.6).
               K. Latek                               3.60 hrs.

January 2, 2012                                                  Page 12

Tribune Company                                              Invoice 550069

| | | |
|---|---|---|
| 11/18/11 | Review revisions to affiliation and letter agreements re network proposal. | |
| | J. Feore | 0.40 hrs. |
| 11/22/11 | Review Fox affiliation markup and possible issues for network. | |
| | J. Feore | 0.50 hrs. |
| 11/25/11 | Telephone conference with N. Larsen, G. Mazzaferri and C. Sennett re network agreements and proposals. | |
| | J. Feore | 0.80 hrs. |
| 11/25/11 | Telephone conference with client re markup of Fox agreement. | |
| | K. Latek | 0.80 hrs. |

BILLING SUMMARY

| | Hours |
|---|---|
| FEORE | 3.10 |
| LATEK | 6.90 |
| TOTAL | 10.00 |

Fees for Professional Services ......................................................... $          6,403.00

TELEPHONE                                $          5.04

Total Reimbursable Costs ................................................................. $          5.04
Total Current Billing for This File................................................. $          6,408.04

Total Current Billing for This Invoice............................................. $          78,458.95

# ☒ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC 20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

T 202.776.2000  F 202.776.2222

## DUE UPON RECEIPT

**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC 20036-6802**

January 2, 2012

Tribune Company                                                     Invoice 550069
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Our File # 08656.0100          For Services Through November 30, 2011
FCC/Broadcast Matters
    Total Current Billing for This Invoice ........................................................... $                53,482.06

Our File # 08656.0101          For Services Through November 30, 2011
Retention and Fee Applications
    Total Current Billing for This Invoice ........................................................... $                 1,260.00

Our File # 08656.0104          For Services Through November 30, 2011
Broadcast Contracts
    Total Current Billing for This Invoice ........................................................... $                17,308.85

Our File # 08656.0104:001     For Services Through November 30, 2011
Fox and Network Agreements
    Total Current Billing for This Invoice ........................................................... $                 6,408.04

    Total Current Billing for This Invoice ........................................................... $                78,458.95

# EXHIBIT C

# Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## NOVEMBER 1 - NOVEMBER 30, 2011

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 58.50 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 0.00 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 9.00 |
| Lexis Research Service | Lexis | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | Lasership - FCC | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 0.00 |
| Search Services | Pacer | 0.00 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Conferencing Services | Soundpath | 25.84 |
| Telephone Tolls | | 70.11 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |
| **Total** | | **163.45** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2)  Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.