IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**DECLARATION OF WILLIAM SULLIVAN IN SUPPORT OF MOTION FOR LEAVE TO APPEAL BANKRUPTCY COURT'S DECISION ON SUBORDINATON**

I, William Sullivan, declare as follows:

1. I am a member of the bar of this Court and a partner at Sullivan Hazeltine Allinson LCC, counsel for the Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes. I respectfully submit this declaration in support of the Motion for Leave to Appeal Bankruptcy Court's Decision on Subordination.

2. Attached hereto as Exhibit A is a true and correct copy of the Order Regarding Motions for Reconsideration of the Confirmation Opinion and Order, dated December 29, 2011.

3. Attached hereto as Exhibit B is a true and correct copy of the Memorandum on Reconsideration, dated December 29, 2011.

4. Attached hereto as Exhibit C is a true and correct copy of the Bankruptcy Court's Opinion on Confirmation, In re Tribune Co., No. 08-13141, 2011 WL 5142420 (Bankr. D. Del. Oct. 31, 2011).

5. Attached hereto as Exhibit D is a true and correct copy of The Order Denying Confirmation of Competing Plans, dated October 31, 2011.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 10, 2012.

By: */s/ William D. Sullivan*
William D. Sullivan (DE Bar No. 2820)