# S I G N - I N - S H E E T

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION: 5**
**DATE:** January 11, 2012

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Daniel Golden | Akin Gump | Aurelius |
| David Zensky | Akin Gump | " |
| Kevin Lantry | Sidley | Debtors |
| Dan Liebentritt | Tribune | |
| Martin Siegel | Brown Rudnick | PHONES |
| Amanda M. Winfree | Ashby + Geddes P A | Aurelius Capital Mgmt |
| Rebecca Workman | Barnes + Thornburg LLP | Morgan Stanley |
| Thomas Horan | Womble Carlyle Sandridge Rice | Great Bank |
| William Sullivan | Sullivan Hazeltine Allinson | Wilm. Trust |
| David Raff | Landis Rath & Cobb | Committee |
| David LeMay | Chadbourn + Parke | " |
| Andrew Rosenblatt | " | " |
| Marc Roitman | " | " |

**SIGN - IN - SHEET**

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION: 5**
**DATE:** January 11, 2012

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James Bendernagel | Sidley | Debtor |
| Ken Kansa | " | " |
| Jessica Boelter | " | " |
| Norman Pernick | Cole Schotz | " |
| David B Rosen | Davis Polk & Cobb | The Committee |
| Bruce Bennett | Chadbourne & Parke | " " |
| Andrew Rosenblatt | " " | " " |
| Marc Roitman | " " | " " |
| Damian Schaible | Davis Polk | JP Morgan |
| Eli Vonnegut | " " | " |
| Drew Sloan | Richards Layton & Finger | " |
| Blake Cleary | Young Conaway | Credit Agreement Lenders Angelo Gordon |
| Bruce Bennett | Dewey & LeBoeuf | Oaktree |
| James Johnston | " " " " | " " |

**SIGN-IN-SHEET**

CASE NAME:    Tribune Company
CASE NO.        08-13141-KJC

COURTROOM LOCATION: 5
DATE:  January 11, 2012

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|--------------------|--------------------|
| Garvan McDaniel | B. Everado Gutikoff | Law Debenhure |
| David Klauder | US. Trustee | U.S. Trustee |
| Laurie Selber Silverstein | Potter Anderson & Corroon | Merill Lynch |
| E. Stephen McNeill | `` | `` |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

# U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: 01/11/2012

Calendar Time: 11:00 AM ET

Amended Calendar 01/11/2012 07:55 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4689233 | Jason D. Abbruzzese | (212) 612-1441 | Realm Partners | Creditor, Realm Partners / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4560316 | David J. Adler | (212) 609-6847 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4692486 | Arthur Amron | 203-862-7012 | Wexford Capital | Interested Party, Wexford Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4691525 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4692083 | Gavin Baiera | 212-692-0217 | Angelo Gordon & Co., LP | Creditor, Credit Agreement Lenders / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4689408 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Trubine Company | 08-13141 | Hearing | 4690162 | Patricia E. Bender | (773) 878-7148 | Patricia E. Bender, Attorney at Law | Creditor, Joanne Parker / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4692083 | Eric Bilmes | 212-588-5115 | HBK Capital Management | Interested Party, Eric Bilmes / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4678368 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Naftalis & Frankel, LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4695342 | Kristie Blase | (212) 756-2466 | Schulte Roth & Zabel, LLP | Defendant(s), Schulte Roth & Zabel, LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4692160 | Jessica Boelter | 312-853-7030 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4688869 | Justin Brass | (203) 708-5847 | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4689089 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4691548 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4689456 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Company / LISTEN ONLY |

Raymond Reyes

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4691561 | Andrew Caridas | 202-778-1855 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4676421 | Shagun S. Chadha | (203) 569-4345 | CRT Capital Group, LLC | Third Party, CRT Capital Group, LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4676176 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4689075 | Richard Corbi | (212) 969-3000 | Proskauer Rose LLP | Interested Party, Richard Corbi / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4695291 | Peter Couri | 203-552-6900 | Cooperstown Capital Management, | Interested Party, Cooperstown Capital Management, LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4691498 | Douglas Deutsch | 212-408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4689074 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4676413 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Creditor, Former Directors and Officers / LIVE |
| Tribune Company | 08-13141 | Hearing | 4695353 | David Duback | (952) 697-4133 | Waterstone Capital Management, L.P. | Interested Party, Waterstone Capital Management, L.P. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4689812 | Phillip Dublin | 212-872-8083 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4695248 | David Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Creditor, Arrowgrass Capital Services / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4690894 | Matthew Ehmer | 203-542-4219 ext. 00 | Silver Point Capital | Creditor, Silver Point Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4692201 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4692877 | Lexi Fallon | (212) 902-0791 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4676644 | Joseph Frank | (312) 276-1400 ext. 1432 | Frank Gecker LLP | Defendant(s), Employees Compensation Defendants Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4686303 | Matthew Frank | (312) 371-9955 | Alvarez & Marsal LLC. | Interested Party, Matthew Frank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4683299 | Igor Fuks | (212) 303-9453 | Halcyon Asset Management | Creditor, Halcyon Asset Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4691555 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4676283 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | Interested Party, Angelo, Gordon & Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4688994 | Scott Greissman | (212) 819-8567 | White & Case | Client, Wells Fargo Bank / LISTEN ONLY |

| | | Case | ID | Name | Phone | Firm | Description |
|---|---|---|---|---|---|---|---|
| Tribune Company | Hearing | 08-13141 | 4688675 | Peter Gruszka | 312-416-4215 | Chicago Fundamental Investment | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4687572 | David Hammerman | 212-906-1398 | Latham & Watkins LLP | Creditor, Barclays & Waterstone / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4460432 | Reed Heiligman | (312) 276-1432 | Frank Gecker LLP | Defendant(s), Employees Compensation Defendants Group / LIVE |
| Tribune Company | Hearing | 08-13141 | 4695432 | Brian Hightower | 212-259-4309 | Longacre Management Fund | Interested Party, Brian Hightower / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4692450 | Mark E. Holliday | (503) 243-5000 | Camden Asset Management | Creditor, Wilmington Trust Company / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4694152 | Carras Holmstead | (203) 719-1425 | UBS Securities LLC | Interested Party, UBS Securities LLC / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4682893 | Evan Jones | 213-430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company | Hearing | 08-13141 | 4689403 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4695327 | Michael J. Kelly | 212-554-1760 | Monarch Alternative Capital LP | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4690497 | Peter Kim | (212) 450-3028 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4689003 | Sheron Korpus | 212-506-1700 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4695323 | Stuart Kovensky | 201-541-2121 | Onex Credit Partners | Creditor, Onex Credit Partners / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4692166 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | Hearing | 08-13141 | 4692105 | Edgar Lee | (213) 830-6415 | Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4691507 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | Hearing | 08-13141 | 4692192 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4692176 | Jillian Ludwig | 312-853-7623 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4676402 | Michelle Maman | (212) 504-6000 | Cadwalder Wickersham and Taft | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4690482 | Rachel Maueri | (215) 963-5000 | Morgan Lewis & Bockius LLP | Creditor, New York State Common Retirement Fund & GreatBanc / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4687051 | Olivia Mauro | (212) 412-6773 | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |

Raymond Reyes

| Entity | Case | Type | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4691522 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4692081 | Joshua M. Mester | 213-621-6016 | Dewey & LeBoeuf LLP | Creditor, Credit Agreement Lenders / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4692183 | David Miles | 202-736-8556 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4692174 | Keriann Mills | 312-853-0036 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4690950 | Shachar Minkove | (212) 834-7174 | JPMorgan Chase & Co. | Interested Party, JPMorgan Chase Bank, N.A. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4674709 | Ainsley G. Moloney | (617) 951-8873 | Bingham McCutchen, LLP | Interested Party, Bingham McCutchen, LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4689227 | Tina Moss | 212-326-0421 | Pryor Cashman LLP | Interested Party, Pryor Cashman LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4692187 | Brett Myrick | (312) 853-1049 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4675151 | Grant Nachman | 212-745-9781 | Brigade Capital Management | Interested Party, Brigade Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4689155 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigalo / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4690413 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4695344 | Karen S. Park | 212-756-2036 | Schulte Roth & Zabel, LLP | Interested Party, Davidson Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4689136 | Jane Parver | (212) 836-8510 | Kaye Scholer LLP | Creditor, Merril Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4676332 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Creditor, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4689126 | Madlyn G. Primoff | (212) 836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4689476 | David W. Reimann | (310) 414-3000 | Reimann Law Group | Creditor, Majestic Realty Co. & Yorba Park Sub, LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4692229 | Courtney Rogers | (203) 897-4815 | Royal Bank of Scotland | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4691514 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4689015 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4695319 | Thomas E. Ross | (202) 736-8374 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4692181 | Allison E. Ross Stromberg | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |

Raymond Reyes

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tribune Company | Hearing | 08-13141 | 4693277 | Arthur Roulac | (212) 667-2073 | Nomura Securities | Interested Party, Nomura Securities / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4695352 | Mike J. Schott | (212) 593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4691493 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | Hearing | 08-13141 | 4692257 | Chaney M. Sheffield | (310) 272-1062 | Canyon Partners | Interested Party, Canyon Partners LLC / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4689282 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4692038 | Kenneth Smalley | (212) 616-7763 | The Seaport Group | Non-Party, The Seaport Group / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4692053 | Rebecca Song | (212) 559-9933 | CITI | Creditor, Citi / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4691540 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | Hearing | 08-13141 | 4689027 | Matthew Stein | (212) 506-1717 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4692102 | Alan Stone | (212) 530-5285 | Milbank, Tweed, Hadley & McCloy, | Creditor, Amalgamated Bank / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4689188 | Jay Teitelbaum | 914-437-7670 | Teitelbaum & Baskin | Interested Party, William A. Niese / LIVE |
| Tribune Company | Hearing | 08-13141 | 4688962 | Andrew M. Thau | (212) 592-5178 | Miller Tabak Roberts Securities, LLC | Interested Party, Miller Tabak Roberts Securities / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4692047 | Joshua Trump | 203-862-8299 | Contrarian Capital Management | Creditor, Contrarian Capital Management / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4425240 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | Hearing | 08-13141 | 4690477 | Eric VanSchyndle | (414) 277-5155 | Quarles & Brady LLP | Interested Party, Stark Entities / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4689190 | Michael F. Walsh | (212) 310-8197 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley & Company, LLC / LIVE |
| Tribune Company | Hearing | 08-13141 | 4665353 | John W. Weiss | (212) 210-9412 | Alston & Bird, LLP | Creditor, Ernst & Young LLP / LIVE |
| Tribune Company | Hearing | 08-13141 | 4692204 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4692333 | Jennifer Wild | 212-418-6877 | Smith Management | Interested Party, Smith Management / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4690489 | Menachem O. Zelmanovitz | (212) 309-6000 | Morgan Lewis & Bockius LLP | Creditor, New York State Common Retirement Fund / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4689283 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Matthew A Zloto / LISTEN ONLY |

Raymond Reyes

| Tribune Company | 08-13141( 10-54010) | Hearing | 4692307 | Alexander Bilus | (215) 994-2608 | Dechert LLP | Interested Party, Alexander Bilus / LISTEN ONLY |
|---|---|---|---|---|---|---|---|

CourtConfCal2009

Raymond Reyes