# EXHIBIT A

| Transaction Date | Client Name | Employee Name | Actual Hours Logged | Fees Logged | Description |
|---|---|---|---|---|---|
| 11/1/2011 | Tribune Company | Zilka,Jeffrey R. | 0.8 | 525 | Provide suggestions to Don and Eddie's internal emails .80 |
| 11/8/2011 | Tribune Company | Zilka,Jeffrey R. | 0.2 | 175 | Emails re: media impact of Judge's comments re: PHONES holders. .20 |
| 11/19/2011 | Tribune Company | Zilka,Jeffrey R. | 0.2 | 175 | Read Chicago Tribune story re 3rd amended plan, Tribune release, email with Gary Weitman .20 |
| 11/21/2011 | Tribune Company | Zilka,Jeffrey R. | 0.3 | 175 | Review media coverage of third revised plan, email Gary Weitman .30 |
| | | TOTAL | 1.5 | $ 1,050 | |