# EXHIBIT A

# FEE SUMMARY

# SUMMARY OF PROFESSIONAL FEES FROM
## SEPTEMBER 1, 2011 THROUGH NOVEMBER 30, 2011

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Seth D. Berlin | Partner<br>First Amendment Litigation<br>Admitted 1991 | $445.00 | 1.90 | $845.50 |
| Robert Penchina | Partner<br>First Amendment Litigation<br>Admitted 1989 | $445.00 | 84.00 | $37,380.00 |
| Nathan E. Siegel | Partner<br>First Amendment Litigation<br>Admitted 1992 | $445.00 | 6.20 | $2,759.00 |
| Michael D. Sullivan | Partner<br>First Amendment Litigation<br>Admitted 1980 | $445.00 | .30 | $133.50 |
| Christopher P. Beall | Partner<br>First Amendment Litigation<br>Admitted 1997 | $420.00 | 1.00 | $420.00 |
| Michael Berry | Partner<br>First Amendment Litigation<br>Admitted 2000 | $420.00 | 8.00 | $3,360.00 |
| Cameron A. Stracher | Of Counsel<br>First Amendment Litigation<br>Admitted 1987 | $420.00 | .60 | $252.00 |
| Michael Beylkin | Associate<br>First Amendment Litigation<br>Admitted 2008 | $290.00 | 24.10 | $6,989.00 |
| Shaina D. Jones | Associate<br>First Amendment Litigation<br>Admitted 2009 | $290.00 | 23.20 | $6,728.00 |

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Scott Bailey | Paralegal<br>First Amendment Litigation<br>N/A | $195.00 | 3.70 | $721.50 |
| Jennifer Pinkerton-Burke | Paralegal<br>First Amendment Litigation<br>N/A | $195.00 | 1.80 | $351.00 |
| **TOTALS** | | | 154.80 | $59,939.50 |
| **BLENDED RATE** | | | 387.21 | |

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD SEPTEMBER 1, 2011 THROUGH NOVEMBER 30, 2011

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Mitchell v. Baltimore Sun | .30 | $133.50 |
| Tribune-General | .70 | $304.00 |
| Baltimore Sun-General Newsroom | .70 | $311.50 |
| Tribune-Henke | 5.50 | $2,447.50 |
| Hartford Courant-Journal Publ. v. | 113.00 | $45,584.50 |
| Tribune-Fee Application | 20.60 | $6,097.50 |
| Tribune-Sunplus Litter Citations | Expenses Only | Expenses Only |
| LA Times-Rockwood Interview | 14.00 | $5,061.00 |
| **TOTALS** | 154.80 | $59,939.50 |

# EXHIBIT B

# EXPENSE SUMMARY

## EXPENSE SUMMARY FOR THE PERIOD
### SEPTEMBER 1, 2011 THROUGH NOVEMBER 30, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses | Time Keeper |
|---|---|---|---|
| Electronic Document Management Services | U.S. Legal Support, Inc. | $787.50 | Robert Penchina |
| Travel of N. Siegel to Baltimore, MD | N/A | $50.51 | Nathan Siegel |
| Travel of R. Penchina to Hartford, CT | N/A | $105.79 | Robert Penchina |
| **TOTALS** | | **$943.80** | |