# **EXHIBIT A**

# JONES DAY

| Plan of Reorganization Matters | | | Page 1 |

| | | | |
|---|---|---|---|
| 11/01/11 | B B ERENS | 3.30 | 2,640.00 |

Review court opinion regarding confirmation (1.30); e-mails to and from team regarding same (.80); telephone calls with Heiman regarding same (.30); telephone call Sidley regarding same (.20); telephone call with Hoffmann regarding results of opinion and summary regarding same (.30); telephone call with Sherman regarding same (.20); set up special committee call regarding same (.20).

| 11/01/11 | D G HEIMAN | 3.50 | 3,412.50 |
|---|---|---|---|

Multiple e-mail communications with Erens, Shapiro, Wilderotter and Sherman regarding confirmation opinion (.80); conference with Erens regarding summary of opinion (.30); telephone call with Sherman regarding same (.50); e-mail communications with Kurtz regarding opinion (.20); telephone conference with Shapiro regarding opinion (.50); review confirmation opinion (1.20).

| 11/01/11 | T HOFFMANN | 3.30 | 1,897.50 |
|---|---|---|---|

Review opinion denying confirmation (1.00); prepare analysis of opinion for special committee (2.00); communicate with Erens regarding opinion (.30).

| 11/01/11 | F E SHERMAN | 3.00 | 2,400.00 |
|---|---|---|---|

Review and analysis of decision on plan confirmation (1.50); e-mails with team regarding same (.80); telephone calls with Erens (.20) and Heiman regarding opinion (.50).

| 11/02/11 | B B ERENS | 3.00 | 2,400.00 |
|---|---|---|---|

Review and revise memorandum to special committee regarding court confirmation opinion (1.70); telephone call with Boelter regarding amended plan regarding same (.40); voicemails to Kitslaar regarding same (.20); e-mails to Heiman regarding same (.30); telephone call with Hoffmann regarding memorandum to special committee regarding court confirmation opinion (.40).

| 11/02/11 | D G HEIMAN | 2.00 | 1,950.00 |
|---|---|---|---|

Review confirmation opinion (.50); review memorandum to special committee regarding opinion (.80); conference with Erens regarding Sidley calls (.50); e-mails with Erens regarding same (.20).

| 11/02/11 | T HOFFMANN | 4.10 | 2,357.50 |
|---|---|---|---|

Finalize summary of confirmation opinion and analysis with respect to future strategy (3.70); communicate with Erens regarding summary (.40).

| 11/03/11 | B B ERENS | 3.20 | 2,560.00 |
|---|---|---|---|

Telephone call with Sherman regarding preparation for special committee call (.30); telephone call with Heiman regarding same (.30); send memorandum to special committee regarding same (.40); review plan materials regarding same (1.50); office conference with Hoffmann regarding same (.50); telephone call with Director Wood regarding special committee call (.20).

| 11/03/11 | D G HEIMAN | 2.50 | 2,437.50 |
|---|---|---|---|

Review confirmation opinions (.80); conferences with Erens (.30), Shapiro (.40) and Wood (.50) regarding plan of reorganization fixes; special committee call regarding same (.50).

| 11/03/11 | D M HIRTZEL | 0.20 | 55.00 |
|---|---|---|---|

Review Tribune court docket and e-mail recent entries to team for review.

| 11/04/11 | B B ERENS | 1.50 | 1,200.00 |
|---|---|---|---|

Telephone call with Sidley regarding amended plan process (.30); prepare for special committee call (.20); call regarding same (.50); draft minutes regarding same (.30); telephone call with Hoffmann regarding same (.20).

| 11/04/11 | D G HEIMAN | 1.20 | 1,170.00 |
|---|---|---|---|

Attend special committee conference call regarding plan status (.90); follow-up with Erens and Sherman (.30).

| 11/04/11 | D M HIRTZEL | 0.20 | 55.00 |
|---|---|---|---|

Review Tribune court docket and e-mail recent entries to team for review.

| 11/07/11 | B B ERENS | 0.50 | 400.00 |
|---|---|---|---|

Voicemails to Heiman regarding upcoming plan process (.20); diligence regarding same (.30).

| 11/08/11 | D M HIRTZEL | 0.20 | 55.00 |
|---|---|---|---|

Review Tribune court docket and e-mail recent entries to team for review.

| | | | |
|---|---|---|---|
| 11/09/11 | B B ERENS | 0.70 | 560.00 |

Telephone call with Heiman regarding status of DCL plan (.20); review background materials regarding same (.50).

| 11/10/11 | B B ERENS | 0.70 | 560.00 |

Voicemails to Sidley regarding status of plan process (.20); set up special committee call regarding same (.50).

| 11/10/11 | A C FARRINGTON | 0.10 | 27.50 |

Review, update and distribute the internal court docket update of Tribune.

| 11/10/11 | D G HEIMAN | 0.50 | 487.50 |

Conferences with Shapiro and Erens regarding special committee meeting regarding status of plan process.

| 11/11/11 | B B ERENS | 1.00 | 800.00 |

E-mails to and from special committee members regarding upcoming special committee call regarding plan process (.50); telephone call with Boelter regarding current plan status and changes (.50).

| 11/11/11 | D G HEIMAN | 0.50 | 487.50 |

Review Liebentritt e-mails and attached charts regarding amended plan of reorganization.

| 11/14/11 | B B ERENS | 2.50 | 2,000.00 |

Telephone call with Hoffmann regarding review new plan (.30); review regarding same (2.00); e-mails to Hoffmann regarding same (.20).

| 11/14/11 | A C FARRINGTON | 0.10 | 27.50 |

Review, update and distribute the internal court docket update of Tribune.

| 11/14/11 | D G HEIMAN | 1.00 | 975.00 |

Review revised plan of reorganization documents (.60); conference with Erens regarding same (.40).

| 11/15/11 | B B ERENS | 0.50 | 400.00 |

Telephone call with Hoffmann regarding review of plan and related materials (.30); e-mails regarding same (.20).

| 11/15/11 | T HOFFMANN | 1.00 | 575.00 |

Review and analyze proposed amended Tribune plan (.70); communicate with Erens regarding same (.30).

| 11/16/11 | B B ERENS | 4.30 | 3,440.00 |

Review draft pleadings and status report and related materials (3.00); telephone call with Heiman regarding same (.30); prepare for call with special committee regarding same (1.00).

| 11/16/11 | A C FARRINGTON | 0.70 | 192.50 |

Review, update and distribute the internal court docket update of Tribune, and distribute the pleadings.

| 11/16/11 | D G HEIMAN | 0.50 | 487.50 |

Conference with Erens and Shapiro regarding special committee call regarding plan status.

| 11/17/11 | AK DENTON | 0.70 | 175.00 |

Communicate with Hoffmann regarding Judge's memorandum denying confirmation (.10); locate and print memorandum (.20); arrange for service to Hoffmann (.20); communicate with Erens regarding docket report (.10); locate Deutsche Bank joinder to Aurelius motion for reconsideration and transmit to Erens (.10).

| 11/17/11 | B B ERENS | 5.50 | 4,400.00 |

Review revised plan and status report (2.00); e-mails with Boelter regarding same (.50); review revised disclosure document (1.00); telephone calls with Heiman regarding preparation for special committee call (.50); call regarding same (.50); draft minutes regarding same (1.00).

| 11/17/11 | A C FARRINGTON | 0.20 | 55.00 |

Review, update and distribute the internal court docket update of Tribune, and distribute the pleadings.

| 11/17/11 | D G HEIMAN | 2.00 | 1,950.00 |

Review status report, plan amendments and amended disclosure statement (.80); prepare for special committee call (.70); conference with Erens regarding same (.50).

| 11/18/11 | AK DENTON | 0.30 | 75.00 |

Review docket for amended plan of reorganization, amended disclosure document, and status report (.20); communicate with Erens regarding same (.10).

# JONES DAY

| Plan of Reorganization Matters | | | Page 3 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 11/18/11 | B B ERENS | 0.80 | 640.00 |
| | Review revised plan materials (.50); prepare for plan status conference (.30). | | |
| 11/18/11 | A C FARRINGTON | 0.40 | 110.00 |
| | Review, update and distribute the internal court docket update of Tribune and monitor docket for the filing of the amended plan, disclosure statement and status report. | | |
| 11/18/11 | D G HEIMAN | 0.50 | 487.50 |
| | Review amended plan of reorganization filings. | | |
| 11/19/11 | B B ERENS | 0.50 | 400.00 |
| | Review new plan related filings. | | |
| 11/20/11 | B B ERENS | 1.70 | 1,360.00 |
| | Review plan of reorganization filings. | | |
| 11/20/11 | T HOFFMANN | 3.20 | 1,840.00 |
| | Review and analyze revised plan and related documents, including motion for reconsideration filed by Aurelius. | | |
| 11/21/11 | AK DENTON | 0.30 | 75.00 |
| | Review amended plan of reorganization, disclosure statement and status report (.20); update Tribune electronic files regarding same (.10). | | |
| 11/21/11 | A C FARRINGTON | 0.40 | 110.00 |
| | Review, update and distribute the internal court docket update of Tribune and download the amended plan, disclosure statement and status report. | | |
| 11/22/11 | B B ERENS | 0.30 | 240.00 |
| | Telephone call with Heiman regarding results of plan status conference. | | |
| 11/22/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 11/22/11 | D G HEIMAN | 0.50 | 487.50 |
| | Conference with Erens regarding hearing on plan of reorganization confirmation process. | | |
| 11/23/11 | B B ERENS | 0.20 | 160.00 |
| | Telephone calls with Hoffmann regarding telephonic hearing regarding plan. | | |
| 11/23/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 11/25/11 | B B ERENS | 0.30 | 240.00 |
| | E-mail to Shapiro regarding status of plan process. | | |
| 11/25/11 | D G HEIMAN | 0.50 | 487.50 |
| | Memorandum to Erens and e-mail communications with Shapiro regarding status hearing summary regarding plan. | | |
| 11/28/11 | B B ERENS | 0.50 | 400.00 |
| | Telephone call with Heiman regarding plan status (.20); conference call with Shapiro and Heiman regarding same (.30). | | |
| 11/28/11 | D G HEIMAN | 0.50 | 487.50 |
| | Conference with Shapiro and Erens regarding issues relating to plan of reorganization confirmation status (.30); conference with Erens regarding same (.20). | | |
| 11/29/11 | B B ERENS | 3.00 | 2,400.00 |
| | Prepare for telephonic hearing (.30); hearing regarding same (1.00); telephone calls with Heiman and Hoffmann regarding same (.30); pre-hearing call with Sidley regarding same (.30); post call with Sidley regarding same (.50); review and revise Hoffmann memorandum to special committee regarding plan status and schedule (.60). | | |
| 11/29/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 11/29/11 | D G HEIMAN | 1.00 | 975.00 |
| | Conference with Erens and Hoffman regarding hearing (.30); review report regarding same (.70). | | |

# JONES DAY

| Plan of Reorganization Matters | | | Page 4 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 11/29/11 | T HOFFMANN | 1.40 | 805.00 |
| | Communicate with Erens and Heiman regarding status update for special committee and hearing results (.30); draft and revise summary of plan confirmation process and resolution of reconsideration motions (1.10). | | |
| 11/30/11 | B B ERENS | 0.20 | 160.00 |
| | Review final special committee e-mail regarding plan status. | | |
| 11/30/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 11/30/11 | T HOFFMANN | 0.60 | 345.00 |
| | Review and analyze proposed status memorandum for special committee and related items. | | |
| **TOTAL** | | **71.70**  USD | **54,985.00** |

# JONES DAY

| Committee Matters/Meetings | | | Page 1 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 11/04/11 | D G HEIMAN | 0.30 | 292.50 |
| | Review minutes. | | |
| 11/11/11 | D G HEIMAN | 0.50 | 487.50 |
| | Review e-mail communications regarding special committee call. | | |
| 11/17/11 | D G HEIMAN | 1.50 | 1,462.50 |
| | Attend special committee call (1.00); review special committee meeting minutes (.30); conference with Erens regarding same (.20). | | |
| 11/18/11 | B B ERENS | 0.20 | 160.00 |
| | Telephone call with Schaeffer regarding minutes regarding special committee meetings. | | |
| 11/22/11 | B B ERENS | 0.40 | 320.00 |
| | E-mails with Schaeffer regarding special committee meeting minutes. | | |
| 11/22/11 | A R SCHAEFFER | 1.20 | 690.00 |
| | Draft and revise written consent approving meeting minutes (.40); review draft meeting minutes (.40); e-mail communications with Erens regarding meeting minutes and written consent (.40). | | |
| 11/23/11 | B B ERENS | 0.30 | 240.00 |
| | E-mails to and from Schaeffer regarding minutes for committee meetings. | | |
| 11/30/11 | D G HEIMAN | 1.50 | 1,462.50 |
| | Review and revise update to special committee (1.00); conference with Shapiro regarding same (.50). | | |
| **TOTAL** | | **5.90** | **USD** **5,115.00** |

# JONES DAY

| Court Hearings | | | Page 1 |
|---|---|---|---|
| 11/22/11 | B B ERENS | 2.10 | 1,680.00 |
| | Prepare for status hearing regarding plan (.60); attend hearing regarding same (1.50). | | |
| **TOTAL** | | 2.10    USD | 1,680.00 |

# JONES DAY

| Fee Applications/Retention Preparation | | Page 1 |
|---|---|---|

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 11/01/11 | AK DENTON | 0.30 | 75.00 |
| | Review and revise September 2011 fee application (.10); communicate with Soffer (financial services) regarding same (.10); communicate with Erens regarding same (.10). | | |
| 11/01/11 | B B ERENS | 0.20 | 160.00 |
| | Final review of September fee application. | | |
| 11/02/11 | AK DENTON | 0.40 | 100.00 |
| | Review and revise September fee application (.30); communicate with Erens regarding summary of services descriptions (.10). | | |
| 11/04/11 | AK DENTON | 2.30 | 575.00 |
| | Review September 2011 bill and fee application (.20); communicate with Tiller regarding same (.10); prepare exhibits (.30); prepare all documents for e-filing (.30); communicate with Ratkowiak (Cole Schotz) regarding same and transmit for filing (.20); transmit copies of filed application to fee auditor (.20); review and revise October 2011 bill (.90); communicate with Soffer (financial services) regarding same (.10). | | |
| 11/15/11 | AK DENTON | 0.80 | 200.00 |
| | Review and revise October bill (.60); communicate with Martelly (financial services) regarding same (.20). | | |
| 11/21/11 | AK DENTON | 1.10 | 275.00 |
| | Review and revise October fee application (.70); review bill (.30); communicate with Soffer (financial services) regarding same (.10). | | |
| 11/22/11 | B B ERENS | 0.50 | 400.00 |
| | Review and revise October fee application. | | |
| 11/25/11 | B B ERENS | 0.20 | 160.00 |
| | Review and revise October fee application. | | |
| 11/30/11 | AK DENTON | 1.00 | 250.00 |
| | Review October bill edits (.30); communicate with Soffer (financial services) regarding same (.10); communicate with Erens regarding same (.10). | | |
| **TOTAL** | | **6.80**   USD | **2,195.00** |

# JONES DAY

Bankruptcy Travel | Page 1
--- | ---

| Date | Name | Hours | | Amount |
|---|---|---|---|---|
| 11/22/11 | B B ERENS | 2.00 | | 800.00 |
| | Travel to Delaware for status hearing. | | | |
| 11/23/11 | B B ERENS | 2.50 | | 1,000.00 |
| | Travel from court hearing regarding plan status conference. | | | |
| **TOTAL** | | 4.50 | USD | 1,800.00 |

# **EXHIBIT B**

# JONES DAY

Special Committee of the Board of Directors of                                                              Page 1

Plan of Reorganization Matters

## DISBURSEMENT DETAIL - November 30, 2011

| Date | Timekeeper Name | Location | Amount | |
|---|---|---|---|---|
| **COMPUTERIZED RESEARCH SERVICES** | | | | |
| 11/30/11 | D M HIRTZEL | NYC | 0.32 | |
| | Computerized research services - PACER SERVICE CENTER 3rd quarter 2011 | | | |
| 11/30/11 | D M HIRTZEL | NYC | 19.12 | |
| | Computerized research services - PACER SERVICE CENTER 3rd quarter 2011 | | | |
| | **Computerized research services Subtotal** | | | 19.44 |
| **LONG DISTANCE CHARGES** | | | | |
| 11/17/11 | D G HEIMAN | CLE | 2.10 | |
| | Long distance charges 18-Oct-2011 | | | |
| | **Long distance charges Subtotal** | | | 2.10 |
| **MESSENGER SERVICES** | | | | |
| 11/17/11 | B B ERENS | CHI | 37.13 | |
| | Messenger services - USM LOGISTICS 10/21/11 | | | |
| | **Messenger services Subtotal** | | | 37.13 |
| **Total** | | | USD | 58.67 |
| **Grand Total** | | | USD | 58.67 |

# EXHIBIT C

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF BRAD B. ERENS

Brad B. Erens, under penalty of perjury, certifies as follows:

1.     I am a partner in the law firm of Jones Day. I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") regarding the contents of applications for compensation and expenses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. I have read the Fifteenth Monthly Application of Jones Day for Allowance of Compensation for and for Reimbursement of Expenses for Services Performed on Behalf of the Special Committee of the Board of Directors of Tribune Company for the Period from November 1, 2011 Through November 30, 2011 (the "Application").

3. A Jones Day attorney has reviewed the requirements of the Guidelines For Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "Guidelines") and the Local Rules, and I believe that the Application complies with the Guidelines and the Local Rules.

Dated: January 11, 2012         /s/ Brad B. Erens
                                Brad B. Erens