**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

The Tribune Company

Page: 1
11/30/2011
ACCOUNT NO:   1800-00D
STATEMENT NO:   5

Costs and Expenses

| | | |
|---|---|---:|
| | PREVIOUS BALANCE | $980.42 |
| 10/05/2011 | Parcels - copy/service - Fee Application | 32.70 |
| 10/13/2011 | Parcels - copy/service - Fee Applications | 24.70 |
| 10/26/2011 | Postage - service - June to August Monthly Certificates of No Objection | 4.40 |
| 11/01/2011 | Pacer charges for the month of October | 2.40 |
| 11/07/2011 | Postage - service - Third Interim Certificates of No Objection | 4.40 |
| | TOTAL EXPENSES | 68.60 |
| | TOTAL CURRENT WORK | 68.60 |
| 09/02/2011 | Payment - Thank you. (February, 2011 - 100% Expenses) | -784.67 |
| 09/02/2011 | Payment - Thank you. (June, 2011 - 100% Expenses) | -7.48 |
| 11/11/2011 | Payment - Thank you. (August, 2011 - 100% Expenses) | -188.27 |
| | TOTAL PAYMENTS | -980.42 |
| | BALANCE DUE | $68.60 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

The Tribune Company

Page: 1
11/30/2011
ACCOUNT NO: 1800-07D
STATEMENT NO: 5

Fee/Employment Applications

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| | | PREVIOUS BALANCE | | $3,012.50 |
| 09/28/2011 | MTH | Discussion with MB re monthly and interim fee applications; reviewing and revising pre bill for period June through August | 0.40 | 150.00 |
| 10/03/2011 | MB | Review email from DS re: July-August bill(.1); Prepare C&L June to August fee application (.3); Finalize and e-file application (.4) | 0.80 | 100.00 |
| | MTH | Reviewing fee application for three month period | 0.10 | 37.50 |
| 10/13/2011 | MTH | Reviewing interim fee application for filing and service | 0.20 | 75.00 |
| | MB | Prepare C&L June through August interim fee application (.3); Finalize and e-file application (.3) | 0.60 | 75.00 |
| 10/26/2011 | MTH | Reviewing docket; reviewing CNO re monthly fee application | 0.20 | 75.00 |
| | MB | Review docket and prepare C&L CNO for third monthly fee application | 0.40 | 50.00 |
| 11/07/2011 | MTH | Reviewing CNO for interim fee application; reviewing docket re same | 0.20 | 75.00 |
| | MB | Prepare certificate of no objection for third interim; finalize and e-file certificate of no objection | 0.40 | 50.00 |
| | | FOR CURRENT SERVICES RENDERED | 3.30 | 687.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 2.20 | $125.00 | $275.00 |
| Mark T. Hurford | 1.10 | 375.00 | 412.50 |

|  |  |
|---|---|
| | Page: 2 |
| The Tribune Company | 11/30/2011 |
| | ACCOUNT NO: 1800-07D |
| | STATEMENT NO: 5 |
| Fee/Employment Applications | |

| | | |
|---|---|---|
| | TOTAL CURRENT WORK | 687.50 |
| 09/02/2011 | Payment - Thank you. (February, 2011 - 80% Fees) | -1,140.00 |
| 09/02/2011 | Payment - Thank you. (June, 2011 - 80% Fees) | -280.00 |
| 11/11/2011 | Payment - Thank you. (August, 2011 - 80% Fees) | -990.00 |
| | TOTAL PAYMENTS | -2,410.00 |
| | BALANCE DUE | $1,290.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

The Tribune Company

Page: 1
11/30/2011
ACCOUNT NO:      1800-10D
STATEMENT NO:             5

Litigation

| | PREVIOUS BALANCE | | $5,495.00 |
|---|---|---|---|
| 09/02/2011 | Payment - Thank you. (February, 2011 - 80% Fees) | | -3,646.00 |
| 09/02/2011 | Payment - Thank you. (March, 2011 - 80% Fees) | | -570.00 |
| 09/02/2011 | Payment - Thank you. (March, 2011 - 80% Fees) | | -120.00 |
| 11/11/2011 | Payment - Thank you. (August, 2011 - 80% Fees) | | -60.00 |
| | TOTAL PAYMENTS | | -4,396.00 |
| | BALANCE DUE | | $1,099.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

The Tribune Company

Page: 1
11/30/2011
ACCOUNT NO:     1800-12D
STATEMENT NO:           1

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/31/2011 | | | | |
| | MTH | Brief review of Plan Confirmation Order | 0.50 | 187.50 |
| | | FOR CURRENT SERVICES RENDERED | 0.50 | 187.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.50 | $375.00 | $187.50 |

TOTAL CURRENT WORK                                                                                                   187.50

BALANCE DUE                                                                                                                   $187.50

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
The Tribune Company                                                            11/30/2011
ACCOUNT NO:        1800D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 1800-00 Costs and Expenses | | | | | |
| 980.42 | 0.00 | 68.60 | 0.00 | -980.42 | $68.60 |
| 1800-07 Fee/Employment Applications | | | | | |
| 3,012.50 | 687.50 | 0.00 | 0.00 | -2,410.00 | $1,290.00 |
| 1800-10 Litigation | | | | | |
| 5,495.00 | 0.00 | 0.00 | 0.00 | -4,396.00 | $1,099.00 |
| 1800-12 Plan and Disclosure Statement | | | | | |
| 0.00 | 187.50 | 0.00 | 0.00 | 0.00 | $187.50 |
| 9,487.92 | 875.00 | 68.60 | 0.00 | -7,786.42 | $2,645.10 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.