IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Related Docket No.** _____ |

**ORDER GRANTING MOTION FOR ORDER LIFTING STAYS OF STATE
LAW CONSTRUCTIVE FRAUDULENT CONVEYANCE SUITS**

The Court having considered the *Motion for Order Lifting Stays of State Law Constructive Fraudulent Conveyance Suits* (the "Motion") filed by Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for a certain series of Senior Notes ("DBTCA"), Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for a certain series of Senior Notes ("Law Debenture"), and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES Notes ("Wilmington Trust" and, together with DBTCA and Law Debenture, the "Movants"), and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and it appearing that good and sufficient notice of the Motion was given and that no other or further notice is necessary; and the Court having considered the Motion at a hearing held on February 2, 2012 (the "Hearing"), and the Court having considered the arguments of counsel in support of and in opposition to the Motion, and after due deliberation and it appearing that sufficient cause exists for granting the requested relief;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.     the Motion is GRANTED; and

2.     this ORDER shall constitute the "further order of this Court" referenced in paragraph 6 of the Court's April 25 Order [ECF No. 8740], and (i) each state law constructive fraudulent conveyance action (the "SLCFC Actions") filed by Movants that has already been transferred and that may in the future be transferred to the United States District Court for the Southern District of New York (the "SDNY") can proceed on a schedule and in a manner to be determined by the SDNY, and (ii) the SLCFC Action filed by Movants in California state court (the "California Action") can proceed on a schedule and in a manner to be determined by the California state court presiding over the California Action; and

3.     this Court shall retain jurisdiction to enforce the terms of this ORDER.

Dated: _____, 2012

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE