# EXHIBIT A

LAW OFFICES<br>
**JENNER & BLOCK LLP**<br>
353 N. CLARK STREET<br>
CHICAGO, ILLINOIS  60654-3456<br>
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER   10164

THE TRIBUNE COMPANY                                   OCTOBER 31, 2011
435 NORTH MICHIGAN AVENUE                             INVOICE # 9213386
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

**FEE APPLICATION**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2011                                          $ 565.50

DISBURSEMENTS                                                       $0.00

                                        TOTAL INVOICE               $ 565.50

LAW OFFICES          Page 1

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | |
|---|---|
| THE TRIBUNE COMPANY<br>435 NORTH MICHIGAN AVENUE<br>SUITE 600<br>CHICAGO, IL 60611<br>ATTN: DAVID P. ELDERSVELD, ESQ. | INVOICE # 9213386<br><br><br><br>OCTOBER 31, 2011 |

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2011

FEE APPLICATION                                              MATTER NUMBER- 10164

| 9/27/2011 | LSR | 1.30 | { L210 } {A103} Prepared June-August fee application. | 565.50 |
|---|---|---|---|---|
| | | 1.30 | PROFESSIONAL SERVICES | $ 565.50 |

**INVOICE TOTAL**                                                                 **$ 565.50**

SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| LANDON S. RAIFORD | 1.30 | 435.00 | 565.50 |
| TOTAL | 1.30 | | $ 565.50 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER    45394
MATTER NUMBER    10164

THE TRIBUNE COMPANY                                    NOVEMBER 30, 2011
435 NORTH MICHIGAN AVENUE                              INVOICE # 9216521
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

**FEE APPLICATION**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2011                                        $1,323.50

DISBURSEMENTS                                                       $0.00

                                          TOTAL INVOICE        $1,323.50

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

LAW OFFICES                                                                    Page 1

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | |
|---|---|
| THE TRIBUNE COMPANY | INVOICE # 9216521 |
| 435 NORTH MICHIGAN AVENUE | |
| SUITE 600 | |
| CHICAGO, IL 60611 | |
| ATTN: DAVID P. ELDERSVELD, ESQ. | |
| | NOVEMBER 30, 2011 |

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2011

FEE APPLICATION                                              MATTER NUMBER- 10164

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 10/4/2011 | LSR | 0.70 | { L210 } {A103} Drafted monthly fee application for June-August services. | 304.50 |
| 10/4/2011 | MXP | 1.90 | { L210 } {A103} Prepared exhibits for Jenner & Block's June 2011 through August 2011 monthly fee application (1.5); updated time summary chart in same (.4). | 323.00 |
| 10/10/2011 | LSR | 0.90 | { L210 } {A103} Edited June-August monthly fee application (.2); drafted quarterly fee application (.7). | 391.50 |
| 10/11/2011 | LSR | 0.40 | { L210 } {A103} Continued drafting quarterly fee application. | 174.00 |
| 10/13/2011 | LSR | 0.30 | { L210 } {A103} Edited eleventh quarterly fee application. | 130.50 |
| | | 4.20 | PROFESSIONAL SERVICES | $1,323.50 |

**INVOICE TOTAL**                                                                **$1,323.50**

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                          Federal Identification No. 36-2192554

Page 2

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| LANDON S. RAIFORD | 2.30 | 435.00 | 1,000.50 |
| MARC A. PATTERSON | 1.90 | 170.00 | 323.00 |
| TOTAL | 4.20 | | $1,323.50 |