# EXHIBIT "A"

# EXHIBIT "A" – SUMMARY SHEET

September 1, 2011 through and including November 30, 2011

| Name of Professional | Position w/SVG and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| James S. Green, Sr. | Partner; admitted DE 1972 | 1972 | $540.00 | 18.0 | $9,720.00 |
| R. Karl Hill | Partner; admitted DE 1989 | 1989 | $380.00 | 1.0 | $380.00 |
| Patricia P. McGonigle | Partner; admitted DE 1992 | 1992 | $375.00 | .75 | $281.25 |
| Susan Pappa | Paralegal | N/A | $125.00 | 7.9 | $987.50 |
| | | | Total | 27.65 | $11,368.75 |

**Blended Rate: $276.24**

81117 v1

# EXHIBIT "B"

SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600  Fax: (302) 888-0606
EIN: 51-0387566

Offi Comm of Unsecured Cred Tribune Company et al

Page: 1
January 12, 2012
Account No: 30402-001M
Statement No: 27510

Tribune

Draft Statement

For Services Rendered Through 11/30/2011

### Fees

|  |  |  | Hours |
|---|---|---|---|
| 09/12/2011 PPM | Receipt and review proposed Substitution of Counsel and modified Notice of Appearance by Seitz, Van Ogtrop & Green; Conference with Mr. Green regarding the same (Case Administration) | | 0.50 |
| 09/14/2011 SLP | Revising Certificate of No Objection and Drafting Second Monthly Fee Application; Begin drafting Third Monthly Fee Application; Revising and drafting Affidavits of Service of same (Fee Matters) | | 1.50 |
| JSG | Prepare fee applications (Fee Matters) | | 1.00 |
| 09/15/2011 SLP | Electronic filing of Second Fee Application and Certificate of No Objection to First Application (.5 Fee Matters); Create Service List in Adversary Proceeding; Electronically file and serve Modified Entry of Appearance (1.5 Case Administration) | | 2.00 |
| JSG | Finalize Certificate of No Objection to Fee Application; Finalize Second Fee Application; Draft Third Fee Application; Draft Fourth Fee Application (2.0 Fee Matters); Review Substitution of Counsel and Modified Entry of Appearance; Teleconference with Landis Rath and Cobb; Review emails (.5 Case Administration) | | 2.50 |
| RKH | Review Second Motion for Extension of time to effect service (Case Administration) | | 1.00 |
| 09/19/2011 JSG | Draft Fourth Application for Fees and Costs; Finalize Third Application for Compensation (Fee Matters) | | 1.20 |
| SLP | E-file Second Monthly Fee Application (Fee Matters) | | 0.80 |
| 09/20/2011 SLP | E-file Third and Fourth Monthly Fee Application (Fee Matters) | | 1.50 |

Case 08-13141-BLS    Doc 10598-2    Filed 01/12/12    Page 5 of 7

Offi Comm of Unsecured Cred Tribune Company et al

Page: 2
January 12, 2012
Account No:      30402-001M
Statement No:    27510

Tribune

|  |  |  | Hours |
|---|---|---|---|
| 09/27/2011 | JSG | Reviewing e-mail and draft correspondence from Andrew Goldfarb (.25); E-mail to Andrew Goldfarb regarding stay issues (Case Administration) | 0.20 |
| 10/04/2011 | JSG | E-mails with Landis Rath Cobb regarding quarterly fee applications; Reviewing filings (Fee matters) | 0.30 |
| 11/01/2011 | JSG | Reviewing Court's opinion of Confirmation; email to LRC re same (Case Administration) | 4.50 |
| 11/02/2011 | JSG | Reviewing memorandum from Zuckerman Spaeder re Adversary proceedings against Hartford entities and BNY-Mellon; emails with counsel re same; perform updated conflict check re same (Retention matters-1 hour); Reviewing Order re Confirmation; Reviewing DCL Plan components re Litigation Trust, Preserved Causes of Action, Bar Order, Releases; emails with LRC re same (Case Administration 2.2 hours) | 3.20 |
| 11/03/2011 | JSG | Reviewing summary of confirmation opinion; Reviewing memorandum from Zuckerman Spaeder re Adversary proceedings; Reviewing numerous filings (Case Administration) | 1.00 |
| 11/08/2011 | JSG | Prepare and file three Certificates of No Objection regarding Fee Applications (Fee Matters) | 0.30 |
|  | SLP | Draft and e-file Certificates of No Objections for the Second, Third and Fourth Monthly Fee Applications (Fee matters) | 1.00 |
| 11/15/2011 | JSG | Reviewing and filing of Amended Entry of Appearance (Case Administration) | 0.30 |
|  | PPM | Receipt and review draft modified Entries of Appearance (Hartford entries); Forward comments to Mr. Green (Case administration) | 0.25 |
|  | SLP | E-file Amended Notice of Appearance (Case administration) | 0.30 |
| 11/18/2011 | SLP | Download Motion of Debtors, Notice Joint Plan, Status Report (Case administration) | 0.30 |
| 11/22/2011 | JSG | Reviewing Notice of Amended Agenda of Matters Scheduled for November 22, 2011 Hearing; Reviewing Status Report; Reviewing Third Amended Joint Plan of Debtors, Committee, et al. (1.5); Attend Omnibus Hearing (1); Reviewing and revising Motion of Committee to Address and Send Service to Foreign Defendants; Teleconference with James S. Green, Jr. regarding same (.5) (Case administration) | 3.00 |
|  | SLP | Download Agenda (Case administration) | 0.20 |

Case 08-13141-BLS   Doc 10598-2   Filed 01/12/12   Page 6 of 7

Offi Comm of Unsecured Cred Tribune Company et al

Page: 3
January 12, 2012
Account No: 30402-001M
Statement No: 27510

Tribune

| | | | Hours | |
|---|---|---|---|---|
| 11/23/2011 | | | | |
| | JSG | Reviewing and file Motion to Have Clerk Send Service to Foreign Defendants (Case administration) | 0.50 | |
| | SLP | E-file Motion re Foreign Defendants (Case administration) | 0.30 | |
| | | For Current Services Rendered | 27.65 | 11,368.75 |

### Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| James S. Green | 18.00 | $540.00 | $9,720.00 |
| R. Karl Hill | 1.00 | 380.00 | 380.00 |
| Patricia P. McGonigle | 0.75 | 375.00 | 281.25 |
| Susan L. Pappa | 7.90 | 125.00 | 987.50 |

### Expenses

| | |
|---|---|
| Postage | 61.92 |
| Photocopies | 269.40 |
| Courier fees | 55.00 |
| Reimbursable Costs Thru 11/30/2011 | 386.32 |
| Total Current Work | 11,755.07 |
| Previous Balance | $28,465.15 |
| Balance Due | $40,220.22 |

### Billing History

| Fees | Expenses | Finance Charge | Payments |
|---|---|---|---|
| 39,163.00 | 1,057.22 | 0.00 | 0.00 |

Please Remit $40,220.22

**Remittance is due and payable upon receipt. Thank you.**

# EXHIBIT "C"

## STATEMENT OF EXPENSE

| | |
|---|---|
| Postage | $61.92 |
| Photocopies | $269.40 |
| Courier Fees | $55.00 |
| TOTAL: | $386.32 |

81117 v1