*Exhibit A*

**Tribune Company, et al.,**
**Summary of Time Detail by Task**
**November 1, 2011 through November 30, 2011**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Accounting | 0.9 | $630.00 |
| AP/Vendor Issues | 125.0 | $52,180.00 |
| Avoidance Actions | 26.9 | $12,235.00 |
| Cash Flow | 1.0 | $700.00 |
| Claims | 420.5 | $158,260.00 |
| Contract | 12.4 | $4,515.00 |
| Court Hearings | 3.8 | $2,270.00 |
| Creditor | 23.2 | $13,120.00 |
| Fee Application | 7.4 | $1,525.00 |
| Monthly Operating Report | 0.5 | $350.00 |
| Motions | 1.6 | $1,120.00 |
| Operations | 11.3 | $7,790.00 |
| Plan of Reorganization | 309.5 | $158,220.00 |
| Tax | 8.8 | $6,635.00 |
| **Total** | **952.8** | **$419,550.00** |

*Exhibit B*

| Tribune Company, et al.,<br>Summary of Time Detail by Professional<br>November 1, 2011 through November 30, 2011 |
|:---:|

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Keith Kechik | Managing Director | $890.00 | 2.5 | $2,225.00 |
| Brian Whittman | Managing Director | $700.00 | 154.6 | $108,220.00 |
| Steve Kotarba | Managing Director | $575.00 | 4.0 | $2,300.00 |
| Richard Stone | Director | $500.00 | 155.6 | $77,800.00 |
| Stuart Kaufman | Director | $475.00 | 26.0 | $12,350.00 |
| Mark Zeiss | Director | $450.00 | 3.3 | $1,485.00 |
| Jodi Ehrenhofer | Director | $425.00 | 116.0 | $49,300.00 |
| Matthew Frank | Senior Associate | $400.00 | 158.5 | $63,400.00 |
| Mark Berger | Associate | $350.00 | 155.3 | $54,355.00 |
| Diego Torres | Analyst | $275.00 | 170.0 | $46,750.00 |
| Mary Napoliello | Paraprofessional | $195.00 | 7.0 | $1,365.00 |
| | | **Total** | **952.8** | **$419,550.00** |

*Exhibit C*

### *Tribune Company, et al.,*
### *Summary of Time Detail by Professional*
### *November 1, 2011 through November 30, 2011*

**Accounting**                    **Accounting cut-off issues, liabilities subject to compromise, etc.**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $700 | 0.9 | $630.00 |
| | | | 0.9 | $630.00 |
| | *Average Billing Rate* | | | $700.00 |

*Exhibit C*

***Tribune Company, et al.,***
***Summary of Time Detail by Professional***
***November 1, 2011 through November 30, 2011***

**AP/Vendor Issues**          Work related to AP/Vendor communications/issues that are not related to Contracts.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Richard Stone | Director | $500 | 56.2 | $28,100.00 |
| Mark Berger | Associate | $350 | 68.8 | $24,080.00 |
| | | | 125.0 | $52,180.00 |
| | | *Average Billing Rate* | | $417.44 |

*Exhibit C*

**Tribune Company,  et al.,**
**Summary of Time Detail by Professional**
**November 1, 2011 through November 30, 2011**

**Avoidance Actions**        This category includes time assisting the Debtors and their counsel with analyzing information associated with potential causes of action under sections 547 and 548 of the bankruptcy code.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $700 | 0.6 | $420.00 |
| Richard Stone | Director | $500 | 17.3 | $8,650.00 |
| Matthew Frank | Senior Associate | $400 | 0.3 | $120.00 |
| Mark Berger | Associate | $350 | 8.7 | $3,045.00 |
| | | | 26.9 | $12,235.00 |
| | *Average Billing Rate* | | . | $454.83 |

*Exhibit C*

**Tribune Company, et al.,**
**Summary of Time Detail by Professional**
**November 1, 2011 through November 30, 2011**

Cash Flow

Assist the Debtors with cash flow forecasts, budget vs. actual, and reporting on cash results to various constituents.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $700 | 1.0 | $700.00 |
| | | | 1.0 | $700.00 |
| | *Average Billing Rate* | | | $700.00 |

*Exhibit C*

***Tribune Company, et al.,***
***Summary of Time Detail by Professional***
***November 1, 2011 through November 30, 2011***

**Claims**                              Review of claims filed against the Debtors.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $700 | 4.0 | $2,800.00 |
| Steve Kotarba | Managing Director | $575 | 4.0 | $2,300.00 |
| Jodi Ehrenhofer | Director | $425 | 116.0 | $49,300.00 |
| Mark Zeiss | Director | $450 | 3.3 | $1,485.00 |
| Richard Stone | Director | $500 | 81.1 | $40,550.00 |
| Matthew Frank | Senior Associate | $400 | 6.8 | $2,720.00 |
| Mark Berger | Associate | $350 | 35.3 | $12,355.00 |
| Diego Torres | Analyst | $275 | 170.0 | $46,750.00 |
|  |  |  | 420.5 | $158,260.00 |

*Average Billing Rate*                                              $376.36

*Exhibit C*

### Tribune Company,  et al.,
### Summary of Time Detail by Professional
### November 1, 2011 through November 30, 2011

**Contract**                          Assist the Debtors with negotiations on key customer and supplier contracts, analysis of contract rejection claims, etc.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $700 | 0.5 | $350.00 |
| Mark Berger | Associate | $350 | 11.9 | $4,165.00 |
| | | | 12.4 | $4,515.00 |
| | | *Average Billing Rate* | | $364.11 |

*Exhibit C*

*Tribune Company,  et al.,*
*Summary of Time Detail by Professional*
*November 1, 2011 through November 30, 2011*

**Court Hearings**                 Prepare for and participate in court hearings.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $700 | 2.5 | $1,750.00 |
| Matthew Frank | Senior Associate | $400 | 1.3 | $520.00 |
| | | | 3.8 | $2,270.00 |
| | *Average Billing Rate* | | | $597.37 |

*Exhibit C*

### Tribune Company, et al.,
### Summary of Time Detail by Professional
### November 1, 2011 through November 30, 2011

**Creditor**

Preparation for and attendance at meetings or calls with secured or unsecured creditors and their advisors on matters other than information requests.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $700 | 12.8 | $8,960.00 |
| Matthew Frank | Senior Associate | $400 | 10.4 | $4,160.00 |
| | | | 23.2 | $13,120.00 |
| | *Average Billing Rate* | | | $565.52 |

*Exhibit C*

**Tribune Company,  et al.,**
**Summary of Time Detail by Professional**
**November 1, 2011 through November 30, 2011**

**Fee Application**                    Preparation of monthly and interim fee applications in accordance with court
                                       guidelines.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Matthew Frank | Senior Associate | $400 | 0.4 | $160.00 |
| Mary Napoliello | Paraprofessional | $195 | 7.0 | $1,365.00 |
| | | | 7.4 | $1,525.00 |
| | *Average Billing Rate* | | | $206.08 |

*Exhibit C*

### Tribune Company, et al.,
### Summary of Time Detail by Professional
### November 1, 2011 through November 30, 2011

**Monthly Operating Report**

**Assist the Debtors with the preparation of the Monthly Operating Report and related matters for the US Trustee.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $700 | 0.5 | $350.00 |
| | | | 0.5 | $350.00 |
| | *Average Billing Rate* | | | $700.00 |

*Exhibit C*

**Tribune Company, et al.,**
**Summary of Time Detail by Professional**
**November 1, 2011 through November 30, 2011**

**Motions**                     Support counsel in preparation of motions.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $700 | 1.6 | $1,120.00 |
| | | | 1.6 | $1,120.00 |
| | *Average Billing Rate* | | | $700.00 |

*Exhibit C*

### Tribune Company, et al.,
### Summary of Time Detail by Professional
### November 1, 2011 through November 30, 2011

**Operations**

Assist the Debtors with various matters associated with implementing their business plan.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $700 | 10.9 | $7,630.00 |
| Matthew Frank | Senior Associate | $400 | 0.4 | $160.00 |
| | | | 11.3 | $7,790.00 |
| | *Average Billing Rate* | | | $689.38 |

*Exhibit C*

**Tribune Company, et al.,**
**Summary of Time Detail by Professional**
**November 1, 2011 through November 30, 2011**

**Plan of Reorganization**          Assist the Debtors in the preparation of the plan of reorganization.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $700 | 113.0 | $79,100.00 |
| Richard Stone | Director | $500 | 1.0 | $500.00 |
| Stuart Kaufman | Director | $475 | 26.0 | $12,350.00 |
| Matthew Frank | Senior Associate | $400 | 138.9 | $55,560.00 |
| Mark Berger | Associate | $350 | 30.6 | $10,710.00 |
| | | | 309.5 | $158,220.00 |
| | *Average Billing Rate* | | | $511.21 |

*Exhibit C*

**Tribune Company, et al.,**
**Summary of Time Detail by Professional**
**November 1, 2011 through November 30, 2011**

**Tax**                                Assist the Debtors in tax related matters.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $700 | 6.3 | $4,410.00 |
| Keith Kechik | Managing Director | $890 | 2.5 | $2,225.00 |
| | | | 8.8 | $6,635.00 |
| | *Average Billing Rate* | | | $753.98 |