IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.,* | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, J. Kate Stickles, Esquire, hereby certify that on January 12, 2012, I caused a copy of the foregoing **Thirty-Fifth Monthly Fee Statement of Alvarez & Marsal North America, LLC in Their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period from November 1, 2011 through November 30, 2011** to be served via First-Class Mail on the parties on the attached service list.

                                                  COLE, SCHOTZ, MEISEL,
                                                  FORMAN & LEONARD, P.A.

                                By:   /s/ J. Kate Stickles
                                       J. Kate Stickles (No. 2917)
                                       500 Delaware Avenue, Suite 1410
                                       Wilmington, DE  19801
                                       Telephone: (302) 652-3131

46429/0001-5434823v35

**Tribune Company, *et al.***
**Fee Application Service List**

*Via First-Class Mail*

David M. Klauder, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Stuart M. Brown, Esquire
R. Craig Martin, Esquire
DLA Piper LLP (US)
919 North Market Street, Suite 1500
Wilmington, DE 19801

Brian Trust, Esquire
Amit K. Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Kenneth P. Kansa, Esquire
Jillian K. Ludwig, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511

John F. Theil, Esquire
Stuart Maue
3840 McKelvey Rd.
St. Louis, MO 63044

46429/0001-5434823v35