IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: February 1, 2012 @ 4:00 p.m. |
| | ) | Hearing Date TBD |

**TWELFTH INTERIM FEE APPLICATION OF LAZARD FRERES & CO. LLC, INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2011 THROUGH NOVEMBER 30, 2011**

| | |
|---|---|
| Name of Applicant: | **Lazard Frères & Co. LLC** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **March 13, 2009 nunc pro tunc December 8, 2008** |
| Application Period: | **September 1, 2011 through November 30, 2011** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$600,000.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$5,457.78** |
| Less: Amounts Paid to Date: | ($0.00) |
| Net Amount of Compensation Requested: | **$605,457.78** |

This is a: ___ monthly   _X_ interim   ___ final application.

## Summary of Fee Applications for Compensation Period

| Date & Docket No. | Period Covered | Requested Fees (A) | Requested Expenses (B) | CNO Date & Docket No. | Approved Fees (C) | Approved Expenses (D) | Amounts Paid (E) | Amount Reqursted (A+B-E) |
|---|---|---|---|---|---|---|---|---|
| 11/14/11 [10218] | 09/01/11 through 09/30/11 | $200,000.00 | $5,097.29 | 12/18/11 [10383] | $160,000.00 | $5,097.29 | $0.00 | $205,097.29 |
| 12/16/11 [10465] | 10/01/11 through 10/31/11 | $200,000.00 | $65.96 | Objection Deadline 01/05/12 | $0.00 | $0.00 | $0.00 | $200,065.96 |
| 01/13/11 [TBD] | 11/01/11 through 11/30/11 | $200,000.00 | $294.53 | Objection Deadline TBD | $0.00 | $0.00 | $0.00 | $200,294.53 |
| Totals | 09/01/11 through 11/30/11 | $600,000.00 | $5,457.78 | n/a | $0.00 | $0.00 | $0.00 | $605,457.78 |

In accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Chapter 11 Professionals and Committee Members (the "Administrative Order") entered by this Court on January 15, 2009 [Docket No. 225], Lazard Frères & Co. LLC, ("Lazard") hereby submits its twelfth interim (quarterly) fee application (the "Application") seeking (i) interim approval and allowance of the full amount of the fees and expenses requested in the above-referenced monthly fee applications for the period covering September 1, 2011 through November 30, 2011 (collectively, the "Fee Applications")[1], and (ii) authorization for Tribune Company and certain of its subsidiaries and affiliates (collectively, the 'Debtors") to pay the full amounts requested in the Fee Application, including the 20% holdback of fees provided for in the Administrative Order.

WHEREFORE, Lazard respectfully requests that the Court enter the attached order and grant such further relief as is just and proper.

---

[1] Each of the Fee Applications is incorporated by reference as if set forth herein.

Dated:          January 12, 2012
                New York, New York

                                                LAZARD FRÈRES & CO. LLC

                                                */s/ David S. Kurtz*
                                                David S. Kurtz
                                                Managing Director
                                                Lazard Frères & Co. LLC
                                                30 Rockefeller Plaza, 61st Floor
                                                New York, NY 10020
                                                (212/632-6000)
                                                Investment Banker and Financial Advisor
                                                to the Debtors