# EXHIBIT A

| Transaction Date | Client Name | Employee Name | Actual Hours Logged | Fees Logged | Description |
|---|---|---|---|---|---|
| 9/21/2011 | Tribune Company | Zilka, Jeffrey R. | 1 | 700 | Provide counsel re: prep for ruling re: plan of reorganization. |
| 9/23/2011 | Tribune Company | Jeffrey, Terry A | 2.5 | 512.5 | Media Audit on last three months of Tribune Co. Bankruptcy, per J. Zilka. |
| 9/25/2011 | Tribune Company | Zilka, Jeffrey R. | 1 | 700 | Review filings and media coverage re: competing plans for reorg. Begin drafting media statements. |
| 9/26/2011 | Tribune Company | Zilka, Jeffrey R. | 3 | 2,100.00 | Draft for review alternative press releases for court ruling on confirmation of restructuring plan. |
| 9/26/2011 | Tribune Company | Jeffrey, Terry A | 2.8 | 563.75 | Research into examples of press releases announcing bankruptcy court approvals of restructuring plans per J. Zilka, 1.5 hrs. Additional media audit around late April news of creditor lawsuits per J. Zilka, 1.3 hrs. |
| 9/27/2011 | Tribune Company | Zilka, Jeffrey R. | 2 | 1,400.00 | Draft for review alternative press releases for court ruling on confirmation of restructuring plan. |
| 9/27/2011 | Tribune Company | Jeffrey, Terry A | 0.2 | 51.25 | Search for new Tribune stories. |
| 10/4/2011 | Tribune Company | Zilka,Jeffrey R. | 0.5 | 350 | Comment on news reports that judge says he is close to deciding, counsel on next steps .5 |
| 10/9/2011 | Tribune Company | Zilka,Jeffrey R. | 2.5 | 1,750.00 | Write draft internal memos, reflecting different scenarios re: Court confirmation of Tribune and competing plans of reorg |
| 10/20/2011 | Tribune Company | Zilka,Jeffrey R. | 1 | 700 | Review draft confirmation announcement plan .2 Discuss with Gary Weitman .3 Review, edit draft holding statements .5 total 1 |
| 10/24/2011 | Tribune Company | Zilka,Jeffrey R. | 1.5 | 1,050.00 | Review and edit employee memos re: confirmation hearings .7 Discuss speaking platforms, external communication strategy with Gary .3 Secure Caitlin O'Byrne, brief her on platform research project .5 total: 1.5 |
| 10/24/2011 | Tribune Company | O'Byrne,Caitlin Campbell | 1 | 175 | Met with Jeff Zilka about compiling/updating a list of tech and business conferences (.50); Found list of conference for the Corp. Comm. practice, went through and highlighted all of the applicable conferences that might pertain to them. (.50) |
| 10/25/2011 | Tribune Company | Zilka,Jeffrey R. | 1.3 | 875 | Review Caitlin O'Byrne's first pass at tech and business conferences .8 Conversation with Gary Weitman re: internal and external communications .2 meet with Brittany |

2

| Transaction Date | Client Name | Employee Name | Actual Hours Logged | Fees Logged | Description |
|---|---|---|---|---|---|
| | | | | | Morris re: digital and tech conferences .3 total: 1.3 |
| 10/25/2011 | Tribune Company | Morris,Brittany J | 0.5 | 217.5 | Met with Jeff and Caitlin to discuss Tribune conference needs and provided initial recommendations. |
| 10/25/2011 | Tribune Company | O'Byrne,Caitlin Campbell | 4 | 700 | From Corporate Comm. List, created a new document of conferences that apply to the 4 streams of interest for Tribune. Printed off the new list, the Corp.Comm. list, and previous notes for meeting with Jeff (.50); - Meeting with Jeff to go through list and discuss which make sense to continue researching (.80); - Continued to research the identified conferences to gather correct date and location, added any other additional ones I came upon, and merged the Corp. Comm. list with the list Jeff had previously sent Gary (2.5); - Brief meeting with Jeff and Brittany to discuss tech conferences to identify any gaps (.20) |
| 10/26/2011 | Tribune Company | Morris,Brittany J | 1 | 435 | Sourced additional digital and tech conferences from team and provided recommendations to Caitlin to help populate the targeted list for Tribune. |
| 10/26/2011 | Tribune Company | O'Byrne,Caitlin Campbell | 1.2 | 218.75 | Connected with Brittany to go through additional tech conferences (.50); - Finished completing the report and sent to Jeff (.50); - Based on feedback from Gary, edited the document to have a tab for each "stream". (.20) |
| 10/27/2011 | Tribune Company | Zilka,Jeffrey R. | 1 | 700 | Draft counseling memo re: communications strategy post-confirmation ruling re: FCC review |
| 10/27/2011 | Tribune Company | O'Byrne,Caitlin Campbell | 0.2 | 43.75 | Based on feedback from Gary, edited the header and name of document. Also added another conference and researched for others. (.20) |
| 10/31/2011 | Tribune Company | Zilka,Jeffrey R. | 0.8 | 525 | Review Court ruling re: confirmation of neither plan |
| 11/1/2011 | Tribune Company | Zilka,Jeffrey R. | 0.8 | 525 | Provide suggestions to Don and Eddie's internal emails .80 |
| 11/8/2011 | Tribune Company | Zilka,Jeffrey R. | 0.2 | 175 | Emails re: media impact of Judge's comments re: PHONES holders. .20 |
| 11/19/2011 | Tribune Company | Zilka,Jeffrey R. | 0.2 | 175 | Read Chicago Tribune story re 3rd amended plan, Tribune release, email with Gary Weitman .20 |
| 11/21/2011 | Tribune Company | Zilka,Jeffrey R. | 0.3 | 175 | Review media coverage of third revised plan, email Gary Weitman .30 |
| | | **TOTAL** | **30.5** | **$ 14,817.50** | |

3