# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------- x  Chapter 11

In re:                                                        :

                                                              :  Case No. 08-13141 (KJC)

TRIBUNE COMPANY, et al.,                      :

                                                              :  Jointly Administered

            Debtors.                                    :

                                                              :  Hearing Date:  To Be Determined
                                                              :  Objections Due: February 2, 2012
------------------------------------------------- x     @ 4:00 p.m. (ET)


## TWELFTH INTERIM APPLICATION OF CHADBOURNE & PARKE LLP, AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, ET AL. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2011 THROUGH NOVEMBER 30, 2011


| | |
|---|---|
| Name of Applicant: | Chadbourne & Parke LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | February 20, 2009, nunc pro tunc to December 18, 2008 |
| Period for Which Compensation and Reimbursement is Sought: | September 1, 2011 through November 30, 2011 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary | $1,528,824.25 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $154,094.28 |


This is a(n):       _____ Monthly         __x__ Interim         _____ Final Application

Monthly Fee Applications Filed During the Twelfth Interim Period:

| Period Covered | Date Filed/ Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date/ Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 9/1/11- 9/30/11 | 10/25/11 Dkt #10064 | $450,088.50 | $56,800.73 | 11/16/11 Dkt #10239 | $360,070.80 | $56,800.73 | $90,017.70 |
| 10/1/11 - 10/31/11 | 11/23/11 Dkt #10291 | $402,217.75 | $62,868.51 | 12/15/11 Dkt #10454 | $321,774.20 | $62,868.51 | $80,443.55 |
| 11/1/11 - 11/30/11 | 12/27/11 Dkt #10511 | $676,518.00 | $34,425.04 | CNO to be filed; Objection date 1/17/12 | $541,214.40 | $34,425.04 | $135,303.60 |
| | | | | | | | |
| TOTAL | | $1,528,824.25 | $154,094.28 | | $1,377,153.68 | $154,094.28 | $305,764.85 |

CPAM: 4371285.1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| -------------------------------------------------- x | Chapter 11 | |
| In re: | : | |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Hearing Date: To Be Determined |
| | : | Objections Due: February 2, 2012 |
| -------------------------------------------------- x | | @ 4:00 p.m (ET) |

**TWELFTH INTERIM APPLICATION OF CHADBOURNE & PARKE LLP, AS
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF TRIBUNE COMPANY, ET AL. FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
SEPTEMBER 1, 2011 THROUGH NOVEMBER 30, 2011**

Chadbourne & Parke LLP ("Chadbourne"), as co-counsel to the Official Committee

of Unsecured Creditors (the "Committee") of Tribune Company et al. (collectively, the

"Debtors"), hereby submits this Twelfth Interim Application of Chadbourne & Parke LLP (the

"Application"), as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune

Company, et al., for Allowance of Compensation and Reimbursement of Expenses for the

Period September 1, 2011 Through November 30, 2011 (the "Twelfth Interim Fee Period")

pursuant to sections 330 and 331 of title 11 of the United States Code.  In support of the

Application, Chadbourne respectfully represents as follows:

**JURISDICTION AND VENUE**

1.    This Court has jurisdiction over the Application pursuant to 28 U.S.C. §§

157 and 1334.  Venue of this proceeding and this Application is proper in this district pursuant

to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief requested in this Application is 11 U.S.C. § 1103(a).

2.    The statutory bases for relief requested herein are Sections 105(a), 330 and 331 of the Bankruptcy Code.

### BACKGROUND

3.    On December 8, 2008 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). On December 10, 2008, the Bankruptcy Court entered an order consolidating the Debtors' chapter 11 cases for procedural purposes only.

4.    The Debtors have continued in possession of their respective properties and have continued to operate and maintain their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.    On December 18, 2009, the Office of the United States Trustee appointed the Committee pursuant to section 1102 of the Bankruptcy Code.

6.    On February 20, 2009, the Bankruptcy Court authorized the employment and retention of Chadbourne as co-counsel for the Committee, nunc pro tunc to December 18, 2008.

2

7.    On May 10, 2010, the Bankruptcy Court authorized the appointment of Kenneth N. Klee, Esquire as Examiner in these Chapter 11 cases.

8.    Plan confirmation hearings for both the Debtor/Committee/Lender Plan (the "DCL Plan") and the Noteholders' Plan commenced on March 7, 2011 and continued daily through March 18, 2011. The next phase of the confirmation hearings -- which included rebuttal witnesses, non-proponent objections to the DCL and the Noteholders' Plans and certain legal arguments -- resumed on April 12, 2011 and concluded on April 14, 2011. Closing confirmation arguments were held on June 27, 2011.

9.    On October 31, 2011, the Court entered its Opinion on Confirmation denying both the DCL Plan and the Noteholder Plan. The Opinion noted, however, that should the proponents of both the DCL Plan and the Noteholder Plan seek to address the flaws identified by the Court in the Opinion and resubmit otherwise confirmable plans, the Court would be required to select one plan to confirm. See Section 1129(c). The Court stated that, given those options, it would select the DCL Plan.

10.    On November 18, 2011, the proponents of the DCL Plan filed their Third Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries (the "Third Amended DCL Plan").

**RELIEF REQUESTED**

11.    By this Application, Chadbourne seeks interim approval and allowance of its compensation for professional services rendered and reimbursement of expenses incurred

3

during the Twelfth Interim Fee Period, including authorization for the Debtors to pay the 20%

of fees held back during the Twelfth Interim Fee Period. This request is made pursuant to, and

in compliance with, the Order Establishing Procedures for Interim Compensation and

Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C.

§§ 105(a) and 331 (the "Compensation Order").

12.    On October 25, 2011, Chadbourne filed and served its thirty-third monthly

fee application for approval and allowance of compensation for services rendered in the amount

of $450,088.50 (80% of which equals $360,070.80) and reimbursement of expenses incurred in

the amount of $56,800.73 for the period September 1, 2011 through and including

September 30, 2011 (the "Thirty-Third Monthly Fee Application").

13.    On November 23, 2011, Chadbourne filed and served its thirty-fourth

monthly fee application for approval and allowance of compensation for services rendered in

the amount of $402,217.75 (80% of which equals $321,774.20) and reimbursement of

expenses incurred in the amount of $62,868.51 for the period October 1, 2011 through and

including October 31, 2011 (the "Thirty-Fourth Monthly Fee Application").

14.    On December 27, 2011, Chadbourne filed and served its thirty-fifth monthly

fee application for approval and allowance of compensation for services rendered in the amount

of $676,518.00 (80% of which equals $541,214.40) and reimbursement of expenses incurred in

the amount of $34,425.04 for the period November 1, 2011 through and including

November 30, 2011 (the "Thirty-Fifth Monthly Fee Application," together with the Thirty-

4

Third Monthly Fee Application and the Thirty-Fourth Monthly Fee Application, the "Monthly

Fee Applications"). The Monthly Fee Applications are incorporated by reference as if fully set

forth herein.[1]

     15.    A summary of the hours spent, the names of each attorney and

paraprofessional rendering services to the Committee during the Twelfth Interim Fee Period,

the regular customary billing rates and the total value of time incurred by each of the

Chadbourne attorneys and paraprofessionals rendering services to the Committee is attached to

each Monthly Fee Application. Copies of the computer generated daily time logs describing

the time spent by each attorney and paraprofessional, organized in specific project categories in

accordance with the United States Trustee's Guidelines For Reviewing Applications for

Compensation and Reimbursement of Expenses Filed Under U.S.C. § 330 (the "Guidelines"), is

attached to each Monthly Fee Application as Exhibit "A." A summary of the actual and

necessary expenses and daily logs of expenses incurred by Chadbourne during the Twelfth

Interim Fee Period is attached to each Monthly Fee Application as "Exhibit "B." All time

entries and requested expenses are in compliance with Local Rule No. 2016-2.[2]

---

[1]    Copies of the Monthly Fee Applications may be obtained on PACER and by written request to the undersigned counsel.

[2]    Chadbourne has also attempted to ensure that this Application complies with the Guidelines. To the extent that the Guidelines conflict with local rules, in particular, Local Rule 2016-2, Chadbourne has chosen to comply with such local rule. Chadbourne will supplement this Application with additional detail or information upon request.

CPAM: 4371285.1

## COMPENSATION REQUESTED

16.     Chadbourne seeks interim allowance of fees in the amount of $1,528,824.25 for professional services rendered and reimbursement of expenses in the amount of $154,094.28 which were incurred during the Twelfth Interim Period (collectively, the "Requested Amount").  In addition, Chadbourne requests that the Debtors be authorized to pay the $305,764.85 in fees representing the twenty percent (20%) fee "holdback" (collectively, the "Holdback Amount").

## NOTICE

17.     Notice of this Application has been given to (i) Co-counsel to the Debtors; (ii) the Office of the United States Trustee for the District of Delaware; (iii) Stuart Maue (the Court-appointed Fee Examiner); (iv) Co-counsel to Barclays Bank PLC; (v) Co-counsel to the Administrative Agent for the Prepetition Lenders; (vi) all parties required to be given notice pursuant to the terms of the Compensation Order; and (vii) all parties requesting notice under Bankruptcy Rule 2002.  In light of the nature of the relief requested herein, Chadbourne submits that no further or other notice is required.

6

WHEREFORE, Chadbourne respectfully requests that the Court issue and enter an order:

(a) awarding Chadbourne compensation for professional and paraprofessional services rendered in the amount of $1,528,824.25 and reimbursement of actual, reasonable and necessary expenses incurred in the amount of $154,094.28 during the Twelfth Interim Fee Period;

(b) authorizing and directing the Debtors to remit payment to Chadbourne as set forth herein, less all amounts previously paid on account of such fees and expenses; and

(c) granting such other and further relief as this Court deems just and proper.

Dated:   January 13, 2012
         New York, New York

                              CHADBOURNE & PARKE LLP

                              By: _____
                                  Douglas E. Deutsch
                                  (A Member of the Firm)

                              Chadbourne & Parke LLP
                              30 Rockefeller Plaza
                              New York, New York  10112
                              (212) 408-5100

                              Co-Counsel to The Official Committee of
                              Unsecured Tribune Company, et al.

7

CPAM: 4371285.1