## EXHIBIT A

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

December 30, 2011

**Invoice No. 1349396**

Client/Matter: 09721775-0003

Joseph Mahr

Payment Due Upon Receipt

Total This Invoice                                   $        737.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

December 30, 2011

**Invoice No. 1349396**

Client/Matter:  09721775-0003

Joseph Mahr

For Professional Services Rendered through November 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 11/01/11 | K. Rodriguez | 0.20 | L160 | | Call with City's attorney regarding production of 2010 data (.1); Draft overview of City's proposal for 2010 data (.1). |
| 11/02/11 | K. Rodriguez | 0.10 | L160 | | Follow up calls to City's attorney regarding production of 2010 data. |
| 11/03/11 | K. Rodriguez | 0.10 | L160 | | Follow up calls to City's attorney regarding finalizing of letter agreement. |
| 11/04/11 | K. Rodriguez | 0.10 | L160 | | Follow up call to City's attorney regarding letter agreement. |
| 11/07/11 | K. Rodriguez | 0.40 | L160 | | Confer with counsel for PAC to update her on dismissal (.1); Edit proposed insert for transparency article concerning this case (.2); E-mail correspondence with City's counsel on status of letter agreement (.1). |
| 11/08/11 | K. Rodriguez | 0.40 | L160 | | Review transparency article containing reference to this case (.2); Call with City's attorney regarding other media entity seeking information on this case (.1); E-mail with K. Flax alerting her to inquiries of other media entity (.1) |
| 11/10/11 | K. Rodriguez | 0.10 | L160 | | Call with City's attorney concerning status on letter agreement. |
| 11/11/11 | K. Rodriguez | 0.20 | L160 | | Correspondence with K. Flax regarding letter agreement (.1); correspondence with City's attorney enclosing executed settlement agreement and to set date for agreed order (.1) |
| 11/15/11 | K. Rodriguez | 0.50 | L450 | | Attend hearing on motion for dismissal. |

2

Joseph Mahr                                                                December 30, 2011

Matter: 09721775-0003
Invoice No.: 1349396

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 11/23/11 | K. Rodriguez | 0.10 | L160 | | E-mail correspondence with City's attorney concerning settlement payment. |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 2.20 | | |
| Fee Amount | | | | $737.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| K. Rodriguez | $335.00 | 2.20 | $737.00 |
| Totals | | 2.20 | $737.00 |

| | | |
|---|---|---|
| Fee Total | $ | 737.00 |
| Invoice Total | $ | 737.00 |

3

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

December 30, 2011

**Invoice No. 1349397**

Client/Matter: 09721775-0018

EDDIE JOHNSON
0000001504

Payment Due Upon Receipt

Total This Invoice                    $         984.30

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1798730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON 〒

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

• snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

December 30, 2011

**Invoice No. 1349397**

Client/Matter:  09721775-0018

EDDIE JOHNSON
0000001504

For Professional Services Rendered through November 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/19/11 | N. Henry | 0.30 | L120 | | Verify information on Eddie Johnson for J. Klenk |
| 11/09/11 | J. Klenk | 0.40 | L230 | | Email re: bankruptcy status (.1); review pleadings in preparation for status hearing (.3). |
| 11/10/11 | J. Klenk | 0.90 | L230 | | Attend and participate in status hearing before Judge Maddux (.9). |
| 11/29/11 | J. Klenk | 0.10 | L160 | | Email K. Flax re: settlement (.1). |
| Total Hours | | 1.70 | | | |
| Fee Amount | | | | | $971.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 1.40 | $910.00 |
| N. Henry | $205.00 | 0.30 | $61.50 |
| Totals | | 1.70 | $971.50 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| 8/19/2011 | Computer Research--db ACCURINT August 2011 | | 12.80 |
| | | SUBTOTAL | 12.80 |
| | Total Disbursements | | $12.80 |

2

EDDIE JOHNSON
0000001504

December 30, 2011

Matter: 09721775-0018
Invoice No.: 1349397

| | | |
|---|---|---|
| Fee Total | $ | 971.50 |
| Disbursement Total | $ | 12.80 |
| Invoice Total | $ | 984.30 |

3

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

December 30, 2011

Invoice No. 1349398

Client/Matter: 09721775-0066

BRYAN AND CYNTHIA LINDGREN

Payment Due Upon Receipt

Total This Invoice                                       $         1,159.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

December 30, 2011

**Invoice No. 1349398**

Client/Matter:  09721775-0066

BRYAN AND CYNTHIA LINDGREN

For Professional Services Rendered through November 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 11/04/11 | N. Spears | 0.20 | L120 | | Email w/Plaintiffs' counsel. |
| 11/07/11 | N. Spears | 0.40 | L120 | | Email from K. Flax (.10); send email w/settlement agreement to plaintiff's counsel (.30). |
| 11/07/11 | K. Rodriguez | 0.10 | L160 | | Revise settlement agreement. |
| 11/11/11 | N. Spears | 0.20 | L120 | | Call from plaintiffs' counsel re: settlement and subpoena. |
| 11/18/11 | N. Spears | 0.10 | L120 | | Email to K. Sedey re: settlement. |
| 11/22/11 | N. Spears | 0.70 | L120 | | Review settlement agreement and email from plaintiff's counsel (.30); review settlement agreement w/K. Flax (.10); phone call w/plaintiffs' counsel re: same and deposition issue (.30). |
| 11/22/11 | K. Rodriguez | 0.10 | L120 | | Review plaintiff's proposed settlement agreement edits. |
| 11/29/11 | N. Spears | 0.30 | L120 | | Phone conference w/K. Seday re: settlement agreement. |

| | | | | | |
|---|---|---|---|---|---|
| Total Hours | | 2.10 | | | |
| Fee Amount | | | | | $1,159.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $575.00 | 1.90 | $1,092.50 |
| K. Rodriguez | $335.00 | 0.20 | $67.00 |
| Totals | | 2.10 | $1,159.50 |

2

BRYAN AND CYNTHIA LINDGREN

December 30, 2011

Matter: 09721775-0066
Invoice No.: 1349398

| | | |
|---|---|---|
| Fee Total | $ | 1,159.50 |
| Invoice Total | $ | 1,159.50 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

December 30, 2011

**Invoice No. 1349399**

Client/Matter: 09721775-0070

CIRCULATION

Payment Due Upon Receipt

Total This Invoice                         $        9,366.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP ·
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

December 30, 2011

Invoice No. 1349399

Client/Matter:  09721775-0070

CIRCULATION

For Professional Services Rendered through November 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 11/17/11 | J. Klenk | 0.40 | L110 | | Emails K. Flax re: ▮▮▮▮ ▮▮▮▮ (.2); conference with K. Staba on ▮▮▮▮ (.2). |
| 11/17/11 | K. Staba | 0.20 | L120 | | Discuss research project with J. Klenk. |
| 11/21/11 | K. Staba | 7.90 | L120 | | Perform and review research regarding various laws impacting ▮▮▮▮ and required disclosures for ▮▮▮▮ summarize results of same for J. Klenk; discuss general guidelines with C. Been; discuss status of current ▮▮▮▮ with J. Klenk; continue to review and provide guidance on necessary changes to ▮▮▮▮ |
| 11/21/11 | J. Klenk | 2.90 | L120 | | Review ▮▮▮▮ (.3); conference with K. Staba (.3); review ▮▮▮▮ with suggested revisions (.4); emails K. Flax, K. Staba (.3); review ▮▮▮▮ Act, ▮▮▮▮ statute and ▮▮▮▮ Act (.6); conference K. Staba (.3); email K. Staba (.2); check key cases (.5). |
| 11/22/11 | K. Staba | 4.30 | L120 | | Attend meeting with J. Klenk, D. MacGregor, and K. Flax; discuss preparation for same with J. Klenk; review cases relevant to modification of ▮▮▮▮ frequency for ▮▮▮▮ ▮▮▮▮ and research other materials relating to same; research and locate consent agreements recently entered into and identify relevant language for J. Klenk. |

CIRCULATION

December 30, 2011

Matter: 09721775-0070
Invoice No.: 1349399

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 11/22/11 | J. Klenk | 3.20 | L120 | | Meeting K. Flax, D. MacGregor, K. Staba re: ▇▇▇▇▇▇▇ (1.3); prepare for same (.4); emails K. Flax, D. MacGregor (.4); conference with K. Staba and review materials (1.1). |
| 11/28/11 | J. Collins | 0.40 | L110 | | Perform research in the ▇▇▇▇ ▇▇▇▇▇▇▇▇ determine the availability of the complaint in the ▇▇▇▇ ▇▇▇▇▇▇▇ Research requested by K. Staba |
| 11/28/11 | K. Staba | 3.10 | L120 | | Research ▇▇▇ ▇▇▇ relating to changes in ▇▇▇ ▇▇▇ schedules; review results; draft summary of same for J. Klenk. |
| 11/28/11 | J. Klenk | 0.50 | L120 | | Conference K. Staba re: extension of ▇▇▇▇▇▇ and notice (.3); review emails re: same (.2). |
| 11/29/11 | J. Klenk | 0.20 | L120 | | Email K. Flax re: notice of ▇▇▇▇ ▇▇▇▇ (.2). |
| 11/29/11 | K. Staba | 0.10 | L120 | | Review docket for ▇▇▇▇▇▇ ▇▇▇▇ select documents for production. |

| | | | |
|---|---|---|---|
| Total Hours | 23.20 | | |
| Fee Amount | | | $9,366.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| J. Klenk | $650.00 | 7.20 | $4,680.00 |
| K. Staba | $295.00 | 15.60 | $4,602.00 |
| J. Collins | $210.00 | 0.40 | $84.00 |
| Totals | | 23.20 | $9,366.00 |

3

CIRCULATION

December 30, 2011

Matter: 09721775-0070
Invoice No.: 1349399

|  |  |  |
|---|---|---|
| Fee Total | $ | 9,366.00 |
| Invoice Total | $ | 9,366.00 |

4

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

~~KAREN FLAX~~
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

December 30, 2011

**Invoice No. 1349400**

Client/Matter: 09803290-0004

EDITORIAL

Payment Due Upon Receipt

Total This Invoice      $      892.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

December 30, 2011

**Invoice No. 1349400**

Client/Matter: 09803290-0004

EDITORIAL

For Professional Services Rendered through November 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 11/18/11 | N. Spears | 0.80 | L120 | | Read and vet news article re: ~~████████████████~~ (.50); phone conference w/K. Flax re: same (.30). |
| 11/22/11 | N. Spears | 0.10 | L120 | | Review title w/K. Flax. |
| 11/22/11 | J. Klenk | 0.60 | L120 | | House & Garden: Conference D. MacGregor, K. Flax re: reduced publication schedule (.4); review materials (.2). |

| | | | | | |
|---|---|---|---|---|---|
| Total Hours | | 1.50 | | | |
| Fee Amount | | | | | $892.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $625.00 | 0.60 | $375.00 |
| N. Spears | $575.00 | 0.90 | $517.50 |
| Totals | | 1.50 | $892.50 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 892.50 | |
| Invoice Total | $ | 892.50 | |

2

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

December 30, 2011

**Invoice No. 1349401**

Client/Matter: 09721775-0008

Reporter's Subpoena - Gary Marx

Payment Due Upon Receipt

Total This Invoice                                      $        402.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON 🔲

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

December 30, 2011

Invoice No. 1349401

Client/Matter: 09721775-0008

Reporter's Subpoena - Gary Marx

For Professional Services Rendered through November 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 11/15/11 | N. Spears | 0.60 | L120 | | Review prior notes and correspondence (.40); email to K. Flax summarizing same and next steps (.10); phone conference w/K. Flax re: same (.10). |
| 11/22/11 | N. Spears | 0.10 | L120 | | Phone conference w/K. Flax re: Marx subpoena issue (.10). |

| | | | |
|---|---|---|---|
| Total Hours | 0.70 | | |
| Fee Amount | | | $402.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| N. Spears | $575.00 | 0.70 | $402.50 |
| Totals | | 0.70 | $402.50 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 402.50 | |
| Invoice Total | $ | 402.50 | |

2

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

December 30, 2011

Invoice No. 1349402

Client/Matter: 09721775-0057

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

Payment Due Upon Receipt

Total This Invoice                                    $        3,900.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

December 30, 2011

**Invoice No. 1349402**

Client/Matter:  09721775-0057

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

For Professional Services Rendered through November 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 11/11/11 | N. Spears | 0.30 | L120 | | Respond to P. Kendall email and search for transcript re: Zagel comments at 6/3/10 hearing. |
| 11/14/11 | G. Naron | 0.40 | L120 | | Emails N. Spears re: possible access motion, request for juror questionnaires. |
| 11/14/11 | N. Spears | 0.50 | L120 | | Phone conference w/K. Flax re: prior motions for access to questionnaires in light of cellini juror conviction (.20); email re: same (.20); conference w/G. Naron re: new motion for access (.10). |
| 11/15/11 | N. Spears | 0.60 | L120 | | Phone conference w/K. Flax re: prior motion practice in second Blagojevich trial (.10); review file for prior motion and Zagel ruling on questionnaires (.30); email w/G. Naron and K. Flax re: same and letter to Zagel. |
| 11/18/11 | N. Spears | 0.20 | L120 | | Email w/K. Flax and M. O'Connor re: new trial filings in Blagojevich. |
| 11/28/11 | N. Spears | 0.30 | L120 | | Phone conference and email w/K. Flax re: Blago hearing in chambers. |
| 11/29/11 | N. Spears | 2.20 | L120 | | Phone conference and email w/K. Flax re: in chambers hearing (.30); phone conference and email w/G. Naron re: motion to intervene re: same (.30); edit draft motion, notice of motion and finalize for filing (1.30); phone conference and email w/P. Kendall and K. Flax re: same (.30). |
| 11/29/11 | G. Naron | 1.50 | L250 | | Teleconferences, emails N. Spears re motion for access to in chambers hearing (.2); review file, draft motion for access (1.3). |

2

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

December 30, 2011

Matter: 09721775-0057
Invoice No.: 1349402

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 11/29/11 | J. Klenk | 0.40 | L250 | | Edit motion to intervene on access issue (.2); emails N. Spears re: same (.2). |
| 11/30/11 | J. Klenk | 0.10 | L250 | | Email N. Spears re: rescheduling of motion. |
| 11/30/11 | N. Spears | 0.40 | L120 | | Email w/AUSA re: time change for hearing (.20); calls w/J. Klenk and K. Flax re: same (.20). |

| | | | | | |
|---|---|---|---|---|---|
| Total Hours | | 6.90 | | | |
| Fee Amount | | | | | $3,900.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 0.50 | $325.00 |
| G. Naron | $520.00 | 1.90 | $988.00 |
| N. Spears | $575.00 | 4.50 | $2,587.50 |
| Totals | | 6.90 | $3,900.50 |

| | | |
|---|---|---|
| Fee Total | $ | 3,900.50 |
| Invoice Total | $ | 3,900.50 |

3

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

December 30, 2011

**Invoice No. 1349403**

Client/Matter: 09721775-1003

EDITORIAL-GENERAL
0000001492

Payment Due Upon Receipt

Total This Invoice                                            $          2,514.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

December 30, 2011

**Invoice No. 1349403**

Client/Matter:  09721775-1003

EDITORIAL-GENERAL
0000001492

For Professional Services Rendered through November 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 11/07/11 | N. Spears | 0.40 | L120 | | Email w/K. Flax and vet article. |
| 11/09/11 | S. Fifer | 0.50 | L120 | | Conf. Ms. Flax re source and related ethics issues in breaking news story. |
| 11/09/11 | N. Spears | 1.30 | L120 | | Phone conferences w/K. Flax re: vetting issues for article (.40); phone conference and email w/R. Brice re: same and employment law related to vetting (.30); review law (.20); phone conferences w/P. Kendall re: news gathering questions (.30); email w/P. Kendall re: same (.10). |
| 11/09/11 | R. Brice | 0.60 | L120 | | Conference w/N. Spears re: Illinois law regarding revealing information from employee work records (.20); review Illinois Personnel Review Act (.20); e-mail N. Spears re: same (.20). |
| 11/09/11 | J. Klenk | 0.40 | L120 | | Teleconference with N. Spears re: vetting article o▬▬▬▬▬▬▬▬ (.4). |
| 11/10/11 | N. Spears | 0.30 | L120 | | Conference call w/K. Flax re: vetting issues. |
| 11/17/11 | J. Klenk | 0.40 | L110 | | Teleconference with K. Flax re: Anne Sweeney's gag order request (.2); research re: N.D. Ill. local rules (.2). |
| 11/28/11 | N. Spears | 0.20 | L120 | | Email from Kalven's attorneys in Bond matter and to K. Flax re: same. |

| Total Hours | 4.10 | |
|-------------|------|--|
| Fee Amount | | $2,514.50 |

EDITORIAL-GENERAL
0000001492
                                                            December 30, 2011

Matter: 09721775-1003
Invoice No.: 1349403

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| J. Klenk | $650.00 | 0.80 | $520.00 |
| N. Spears | $575.00 | 2.20 | $1,265.00 |
| S. Fifer | $625.00 | 0.50 | $312.50 |
| R. Brice | $695.00 | 0.60 | $417.00 |
| Totals | | 4.10 | $2,514.50 |

|  |  |  |
|--|--|--|
| Fee Total | $ | 2,514.50 |
| Invoice Total | $ | 2,514.50 |

3

# SNR DENTON �ᛃ

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO MAGAZINE
ATTN: KAREN FLAX
C/O TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

December 30, 2011

**Invoice No. 1349404**

Client/Matter: 09803290-0005

Lee Wonjung Clara Subpoena

Payment Due Upon Receipt

Total This Invoice                    $          3,787.25

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON 🔲

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO MAGAZINE
ATTN: KAREN FLAX
C/O TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

December 30, 2011

Invoice No. 1349404

Client/Matter:  09803290-0005

Lee Wonjung Clara Subpoena

For Professional Services Rendered through November 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 11/11/11 | N. Spears | 0.20 | L120 | | Call from plaintiffs' counsel re: stipulation and subpoena. |
| 11/14/11 | N. Spears | 0.40 | L120 | | Read letter from plaintiff's counsel re: B. Smith subpoena (.10); conference and email w/K. Flax and K. Rodriguez re: same (.20); call w/K. Flax re: same and motion to quash (.10). |
| 11/14/11 | K. Rodriguez | 0.10 | L120 | | Call with counsel for Plaintiff regarding acceptance of service for trial subpoena for Bryan Smith. |
| 11/15/11 | N. Spears | 0.20 | L120 | | Revise letter to plaintiff's counsel. |
| 11/15/11 | K. Rodriguez | 0.30 | L240 | | Draft letter accepting service from Plaintiff's attorney and maintaining right to object to subpoena. |
| 11/18/11 | N. Spears | 0.30 | L120 | | Review Lee Subpoena correspondence from plaintiffs' counsel and discuss next steps w/K. Rodriguez. |
| 11/18/11 | K. Rodriguez | 0.10 | L120 | | Confer with N. Spears regarding strategy in responding to trial subpoena for B. Smith. |
| 11/19/11 | K. Rodriguez | 0.20 | L120 | | Correspondence with K. Flax outlining proposed strategy in responding to trial subpoena. |
| 11/22/11 | N. Spears | 0.20 | L120 | | Email re: service of trial subpoena and review same. |

2

Lee Wonjung Clara Subpoena                                                December 30, 2011

Matter: 09803290-0005
Invoice No.: 1349404

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 11/22/11 | K. Rodriguez | 0.30 | L120 | | Call with plaintiff's counsel concerning status of stipulation regarding reporter's article (.1); E-mail correspondence with K. Flax concerning update on stipulation and strategy for filing motion to quash (.2). |
| 11/28/11 | N. Spears | 0.30 | L120 | | Email w/plaintiffs' counsel re: motion to quash. |
| 11/29/11 | N. Spears | 1.40 | L120 | | Review and edit motion to quash (1.0); conference w/K. Rodriguez re: edits to motion and strategy for same (.40). |
| 11/29/11 | K. Rodriguez | 5.10 | L120 | | Correspondence with counsel for plaintiff regarding facts of case (.2); Review complaint in preparation for drafting motion to quash (.3); Draft and revise memorandum of law in support of motion to quash trial subpoena to Bryan Smith (4.3); Draft cover motion to quash (.3). |

Total Hours                                      9.10

Fee Amount                                                                    $3,768.50

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| N. Spears | $575.00 | 3.00 | $1,725.00 |
| K. Rodriguez | $335.00 | 6.10 | $2,043.50 |
| Totals | | 9.10 | $3,768.50 |

3

Lee Wonjung Clara Subpoena                                            December 30, 2011

Matter: 09803290-0005
Invoice No.: 1349404

DISBURSEMENT DETAIL

|  |  | Amount |
|---|---|---|
| **Date** | **Description** |  |
| 11/30/2011 | Outside Professional Services - - LAW BULLETIN PUBLISHING CO. | 18.75 |
| | Law bulletin access plus Nov | |
| | SUBTOTAL | 18.75 |
| | Total Disbursements | $18.75 |

| | | |
|---|---|---|
| Fee Total | $ | 3,768.50 |
| Disbursement Total | $ | 18.75 |
| Invoice Total | $ | 3,787.25 |

4

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

~~CHICAGO TRIBUNE COMPANY~~
KAREN FLAX
435 NORTH MICHIGAN AVE
CHICAGO, IL 60611
USA

December 30, 2011

**Invoice No. 1349405**

Client/Matter: 09721775-0006

Reporter's Subpoena - McCullough

Payment Due Upon Receipt

Total This Invoice                                          $           261.66

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7600
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVE
CHICAGO, IL 60611
USA

December 30, 2011

**Invoice No. 1349405**

Client/Matter:  09721775-0006

Reporter's Subpoena - McCullough

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 8/8/2011 | Mileage SAMUEL  FIFER MILEAGE FOR HEARING AT DEKALB COURTHOUSE | | 72.71 |
| 9/29/2011 | Mileage SAMUEL  FIFER MILEAGE FOR HEARING AT DEKALB COURTHOUSE | | 70.49 |
| 11/8/2011 | Mileage SAMUEL  FIFER MILEAGE FOR HEARING AT DEKALB COURTHOUSE | | 72.71 |
| | | SUBTOTAL | 215.91 |
| 11/8/2011 | Miscellaneous Hard - -       SANDRA FOORD People v. Jack McCullough | | 40.95 |
| | | SUBTOTAL | 40.95 |
| 11/8/2011 | Other Travel SAMUEL  FIFER FOUR TOLLS | | 1.60 |
| 9/29/2011 | Other Travel SAMUEL  FIFER FOUR TOLLS | | 1.60 |
| 8/8/2011 | Other Travel SAMUEL  FIFER FOUR TOLLS | | 1.60 |
| | | SUBTOTAL | 4.80 |
| | Total Disbursements | | $281.66 |

Disbursement Total          $          261.66

Invoice Total          $          261.66

2

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

December 2, 2011

**Invoice No. 1343218**

Client/Matter: 09723590-0013

JENNIFER KELLEY, ET AL.

Payment Due Upon Receipt

Total This Invoice                                          $       7,445.69

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

December 2, 2011

Invoice No. 1343218

Client/Matter:  09723590-0013

JENNIFER KELLEY, ET AL.

For Professional Services Rendered through November 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 11/01/11 | K. Rodriguez | 1.40 | L450 | | Attend hearing on plaintiffs' motion to bar minors' depositions (1.0) Conference with L. Washburn regarding results of hearing (.4). |
| 11/01/11 | N. Spears | 1.80 | L120 | | Preparation for and attend hearing on plaintiffs' motion to compel (1.0); follow up analysis of judge's Protective Order ruling re: injunctive claims including review of earlier letters and pleadings (.40); phone conference w/L. Washburn re: same and response/next steps (.40). |
| 11/02/11 | K. Rodriguez | 0.20 | L120 | | Review plaintiffs' previously filed TRO. |
| 11/03/11 | K. Rodriguez | 0.20 | L120 | | Conference with N. Spears regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 11/03/11 | N. Spears | 0.40 | L120 | | Conference w/K. Rodriguez re: draft email to plaintiffs' counsel re: adult plaintiff depositions. |
| 11/04/11 | N. Spears | 0.30 | L120 | | Revise email communication to plaintiffs' counsel re: depositions. |
| 11/04/11 | K. Rodriguez | 1.30 | L330 | | Research to determine availability of granting legal relief in chancery division (1.0); Draft correspondence with plaintiffs' counsel regarding plaintiffs' depositions (.3). |
| 11/14/11 | K. Rodriguez | 0.10 | L330 | | Email with Plaintiffs' counsel concerning Plaintiffs' depositions. |

2

JENNIFER KELLEY, ET AL.

December 2, 2011

Matter: 09723590-0013
Invoice No.: 1343218

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 11/15/11 | N. Spears | 1.00 | L120 | | Phone conference w/L. Washburn re: status and ▓▓▓▓▓▓ (.20); draft email memo to client re: same and edit prior version (.70); email w/plaintiffs' counsel re: depositions (.10). |
| 11/18/11 | N. Spears | 0.50 | L120 | | Phone conference w/L. Washburn re: ▓▓▓▓▓▓ (.30); prepare for court hearing (.20). |
| 11/18/11 | K. Rodriguez | 0.10 | L450 | | Confer with N. Spears regarding preparation needed in advance of 11/21 hearing. |
| 11/19/11 | K. Rodriguez | 0.20 | L190 | | Compile relevant correspondence regarding plaintiffs' depositions in preparation for hearing on 11/21. ✓ |
| 11/21/11 | N. Spears | 1.40 | L120 | | Attend court status (.90); call w/L. Washburn re: same (.20); draft email summary re: same (.30). |
| 11/22/11 | N. Spears | 0.40 | L120 | | Read and edit motion to compel. |
| 11/22/11 | K. Rodriguez | 1.80 | L350 | | Draft and revise motion to ▓▓▓▓▓▓ (1.0); Review correspondence regarding plaintiffs' depositions to select most relevant correspondence for exhibits to motion (.3).Draft and revise affidavit for S. Farber regarding ▓▓▓▓▓▓ (.5); |
| 11/23/11 | N. Spears | 1.40 | L120 | | Edit and finalize motion to compel and exhibits (1.0); email w/L. Washburn re: same (.20); phone conference w/N. Pollum re: depositions (.20). ✓ |
| 11/28/11 | N. Spears | 0.80 | L120 | | ▓▓▓▓▓▓ (.30); call w/N. Pollum re: same (.10); email to C. Leeman and from J. Short (.20); prepare for status (.20). |
| 11/28/11 | K. Rodriguez | 0.20 | L120 | | Confer with N. Spears regarding ▓▓▓▓▓▓ |

3

JENNIFER KELLEY, ET AL.

December 2, 2011

Matter: 09723590-0013
Invoice No.: 1343218

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 11/29/11 | N. Spears | 1.30 | L120 | | Attend court hearing (1.0); follow up call w/L. Washburn re: same (.20); email w/C. Leeman ▮▮▮▮▮▮▮▮ ▮▮▮▮▮(.10). |

| | | | |
|---|---|---|---|
| Total Hours | | 14.80 | |
| Fee Amount | | | $7,190.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 9.30 | $5,347.50 |
| K. Rodriguez | $335.00 | 5.50 | $1,842.50 |
| Totals | | 14.80 | $7,190.00 |

## DISBURSEMENT DETAIL

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| | Document reproduction | | | 25.10 |
| | | | SUBTOTAL | 25.10 |
| | Misc. Duplicating | | | 0.40 |
| | | | SUBTOTAL | 0.40 |
| 11/1/2011 | Outside Professional Services - - IOD Incorporated | IOD INCORPORATED Subpoena to | | 33.50 |
| 11/15/2011 | Outside Professional Services - - Proceedings on 11/1/11 | LYDIA MSZAL Transcript of | | 196.69 |
| | | | SUBTOTAL | 230.19 |
| 10/17/2011 | WESTLAW | | | 0.00 |

4

JENNIFER KELLEY, ET AL.                                          December 2, 2011

Matter: 09723590-0013
Invoice No.: 1343218

| Date | Description | Amount |
|------|-------------|--------|
| 10/19/2011 | WESTLAW | 0.00 |
| 10/20/2011 | WESTLAW | 0.00 |
| 10/31/2011 | WESTLAW | 0.00 |
| 10/31/2011 | WESTLAW | 0.00 |
| 11/4/2011 | WESTLAW | 0.00 |
| | Total Disbursements | $255.69 |

| | | |
|------|---|---|
| Fee Total | $ | 7,190.00 |
| Disbursement Total | $ | 255.69 |
| Invoice Total | $ | 7,445.69 |

5

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN: BRENDAN HEALEY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

December 7, 2011

**Invoice No. 1346411**

Client/Matter: 09722405-0017

T-MOBILE, CONTRACT WITH
TRIBUNE CONTACT:  BRENDAN HEALEY

Payment Due Upon Receipt

| | | |
|---|---|---|
| Total This Invoice | $ | 12,190.00 |

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅎ

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN: BRENDAN HEALEY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

December 7, 2011

Invoice No. 1346411

---

Client/Matter: 09722405-0017

T-MOBILE, CONTRACT WITH
TRIBUNE CONTACT: BRENDAN HEALEY

For Professional Services Rendered through November 30, 2011:

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 11/2/11 | R. Gullikson | 1.50 | Review and analyze the ███ Agreement revisions (.5) and Services Agreement from T-Mobile (1.0). |
| 11/2/11 | R. Gullikson | 0.50 | Call with J. Xanders and K. Jurgeto re issues raised in T-Mobile drafts of Agreements. (.5) |
| 11/2/11 | R. Gullikson | 1.10 | Call with J. Xanders, K. Jurgeto and T-Mobile (O. Polintan and J. Gray) re T-Mobile drafts of Agreements. (1.1) |
| 11/3/11 | R. Gullikson | 1.30 | Revise ███ Agreement per call with T. Mobile and Tribune. (1.3) |
| 11/3/11 | R. Gullikson | 1.20 | Revise Services Agreement per call with T. Mobile and Tribune. (1.2) |
| 11/3/11 | R. Gullikson | 0.10 | Email to J. Xanders and K. Jurgeto re issues ████████████ ███████ (.1) |
| 11/4/11 | R. Gullikson | 2.20 | Revise Services Agreement and send to Tribune. (2.2) |
| 11/4/11 | R. Gullikson | 0.30 | Revise ███████████ and send to Tribune. (.3) |
| 11/7/11 | R. Gullikson | 0.20 | Call with J. Xanders and K. Jurgeto re latest draft ████ ████████ (.2) |
| 11/7/11 | R. Gullikson | 0.50 | Call with J. Xanders and K. Jurgeto re latest draft of Services Agreement. (.5) |
| 11/7/11 | R. Gullikson | 0.50 | Revise draft of POC Agreement pursuant to J. Xanders and J. Jurgeto comments. (.5) |
| 11/7/11 | R. Gullikson | 1.30 | Revise draft of Services Agreement pursuant to J. Xanders and J. Jurgeto comments. (1.3) |
| 11/7/11 | R. Gullikson | 0.20 | Emails to and from K. Jurgeto and J. Xanders, and to T-Mobile ███████████ ███████ (.2) |
| 11/9/11 | R. Gullikson | 1.80 | Call with T. Mobile (O. Polintan and J. Gray) and Tribune (K. Jurgeto and J. Xanders) to discuss open issues ██████ ████████ and attached Services Agreement terms.(1.8) |
| 11/11/11 | R. Gullikson | 0.10 | Review ██████████████ from T-Mobile. (.1) |

T-MOBILE, CONTRACT WITH
TRIBUNE CONTACT:  BRENDAN HEALEY

December 7, 2011

Matter: 09722405-0017
Invoice No.: 1346411

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 11/11/11 | R. Gullikson | 0.20 | Review Services Agreement draft from T-Mobile. (.2) |
| 11/11/11 | R. Gullikson | 0.20 | Review latest draft of ███████ Agreement from J. Xanders. (.2) |
| 11/11/11 | R. Gullikson | 0.50 | Draft list of issues that must be covered in ███████ Agreement per J. Xander's request. (.5) |
| 11/11/11 | R. Gullikson | 0.50 | Call with J. Xanders re: content of and issues with ███████ Agreement. (.5) |
| 11/12/11 | R. Gullikson | 1.80 | Revise End User Agreement sent by J Xanders to provide for "plain English" approach and to ensure that all applicable obligations in ████ Agreement and Services Agreement are covered in ███████ Agreement. (1.8) |
| 11/12/11 | R. Gullikson | 0.20 | Revise ████ Agreement for T-mobile to address issues regarding ███████████ scope of Services. (.2) |
| 11/13/11 | R. Gullikson | 1.00 | Revise Services Agreement for T-mobile to address issues, including issues regarding ████████████ and use of T-Mobile marks. (1.0) |
| 11/14/11 | R. Gullikson | 0.20 | Call with K. Jurgeto and J. Xanders regarding ████ agreement draft from T-Mobile as revised. (.2) |
| 11/14/11 | R. Gullikson | 0.70 | Call with K. Jurgeto and J. Xanders regarding Services Agreement draft from T-Mobile as revised. (.7) |
| 11/14/11 | R. Gullikson | 0.20 | Revise Services Agreement per instructions from J. Xanders and K. Jurgeto and send to T-Mobile. (2) |
| 11/14/11 | R. Gullikson | 0.20 | Revise ████ Agreement per instructions from J. Xanders and K. Jurgeto and send to T-Mobile. (.2) |
| 11/14/11 | R. Gullikson | 0.50 | Call with J. Xanders and B. Healey regarding ████████ Agreement draft. (.5) |
| 11/15/11 | R. Gullikson | 0.20 | Call with T-Mobile to negotiate ████ Agreement. (.2) |
| 11/15/11 | R. Gullikson | 0.40 | Call with T-Mobile to negotiate Services Agreement. (.4) |
| 11/15/11 | R. Gullikson | 0.20 | Call with J. Xanders regarding revision to Services Agreement related to Tribune's ability to use the T-Mobile name in ████ Agreements. (.2) |
| 11/15/11 | R. Gullikson | 0.20 | Revise and create execution copies of ████ Agreement. (.2) |
| 11/15/11 | R. Gullikson | 0.70 | Revise and create execution copies of Services Agreement. (.7) |

T-MOBILE, CONTRACT WITH
TRIBUNE CONTACT:  BRENDAN HEALEY

December 7, 2011

Matter: 09722405-0017
Invoice No.: 1346411

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 11/15/11 | R. Gullikson | 0.50 | Review use of T-Mobile name and references to T-Mobile services in latest draft of ▮▮▮▮▮ Agreement from B. Healey that may be in conflict with Tribune obligations in Services Agreement. (.5) |

Total Hours        21.20

Fee Amount                                            $12,190.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $575.00 | 21.20 | $12,190.00 |
| Totals | | 21.20 | $12,190.00 |

| | | |
|---|---|---|
| Fee Total | $ | 12,190.00 |
| Invoice Total | $ | 12,190.00 |

4

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: JULIE XANDERS
TRIBUNE COMPANY
202 WEST FIRST STREET
LOS ANGELES, CA 90012

December 7, 2011

**Invoice No. 1346412**

Client/Matter: 09722405-0024

PROJECT BOBCAT
0000001584
TRIBUNE CONTACT: JULIE XANDERS

Payment Due Upon Receipt

Total This Invoice                                    $            1,265.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: JULIE XANDERS
TRIBUNE COMPANY
202 WEST FIRST STREET
LOS ANGELES, CA 90012

December 7, 2011

**Invoice No. 1346412**

Client/Matter: 09722405-0024

PROJECT BOBCAT
0000001584
TRIBUNE CONTACT: JULIE XANDERS

For Professional Services Rendered through November 30, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 11/4/11 | R. Gullikson | 2.20 | Draft responses to questions from M. Herdershot re options for terminating or restructuring ██████████████████. (2.2) |

| | | | |
|---|---|---|---|
| Total Hours | | 2.20 | |
| Fee Amount | | | $1,265.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $575.00 | 2.20 | $1,265.00 |
| Totals | | 2.20 | $1,265.00 |

| | | |
|---|---|---|
| Fee Total | $ | 1,265.00 |
| Invoice Total | $ | 1,265.00 |

2

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN:  RITA DEBOER
THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

December 7, 2011

**Invoice No. 1346414**

Client/Matter: 09722405-0030

GENERAL ADVICE
TRIBUNE CONTACT: RITA DEBOER

Payment Due Upon Receipt

Total This Invoice                                      $        977.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⫣

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: RITA DEBOER

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

December 7, 2011

**Invoice No. 1346414**

Client/Matter:  09722405-0030

GENERAL ADVICE
TRIBUNE CONTACT: RITA DEBOER

For Professional Services Rendered through November 30, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 11/2/11 | R. Gullikson | 0.20 | Group call (D. Schuster, K Jurgeto, B Healey, M Hendershot) regarding status of all tablet related work. (.2) |
| 11/9/11 | R. Gullikson | 0.20 | Call with D. Schuster, K. Jurgeto and J. Xanders re status of tablet project deals. (.2) |
| 11/16/11 | R. Gullikson | 1.30 | Attended demonstration of tablet at Tribune's request. (1.3) |
| Total Hours | | 1.70 | |
| Fee Amount | | | $977.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| R. Gullikson | $575.00 | 1.70 | $977.50 |
| Totals | | 1.70 | $977.50 |

| | | |
|---|---|---|
| Fee Total | $ | 977.50 |
| Invoice Total | $ | 977.50 |