UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08- 13141 (KJC) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) Objection Deadline: February 2, 2012 at 4:00 p.m. |
| | ) Hearing Date: To be determined |
| | ) Related to Docket Nos. 10183, 10457 and 10600 |

# TWELFTH INTERIM FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC IN THEIR CAPACITY AS RESTRUCTURING ADVISORS TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD SEPTEMBER 1, 2011 THROUGH NOVEMBER 30, 2011

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC |
| Authorized to provide professional services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | February 13, 2009 effective as of December 8, 2008 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-8210335v1

Period for which compensation
and reimbursement are sought:   September 1, 2011 through November 30, 2011

Total Amount of Compensation
sought as actual, reasonable and
necessary for applicable period:   $958,186.00

Total Amount of Expense
Reimbursement sought as actual,
reasonable and necessary for
necessary for applicable period:   $1,661.56

Total Amount of Compensation Paid
as actual, reasonable and necessary
for applicable period:   $215,552.00

Total Amount of Expense Reimbursement
Paid as actual, reasonable, and necessary
for applicable period:   $15.02

Total Amount of Holdback Fees Sought
For applicable period:   $191,637.20

This is an: x interim __ final application.

| Date & Docket No. | Filing Period | Requested Fees | Requested Expenses | CNO Date & Docket No. | Approved Fees | Approved Expenses | Unapproved Holdback |
|---|---|---|---|---|---|---|---|
| 11/9/2011 [10183] | 9/1/11 through 9/30/11 | $269,440.00 | $15.02 | 12/1/11 [10339] | $215,552.00 | $15.02 | $53,888.00 |
| 12/15/2011 [10457] | 10/1/11 through 10/31/11 | $269,196.00 | $453.43 | 1/9/12 [10565] | $215,356.80 | $453.43 | $53,839.20 |
| 1/12/2011 [10600] | 11/1/11 through 11/30/11 | $419,550.00 | $1,193.11 | Obj. due 2/1/2012 | Pending | Pending | Pending |
| **Totals** | | **$958,186.00** | **$1,661.56** | | **$430,908.80** | **$468.45** | **$107,727.20** |

2

46429/0001-8210335v1

| SUMMARY OF TOTAL FEES BY PROFESSIONAL FOR ALVAREZ & MARSAL NORTH AMERICA, LLC September 1, 2011 through November 30, 2011 | | | | |
|---|---|---|---|---|
| **PROFESSIONAL** | **POSITION** | **BILLING RATE** | **TOTAL HOURS** | **TOTAL FEES** |
| Keith Kechik | Managing Director | $890 | 2.50 | $2,225.00 |
| Brian Whittman | Managing Director | $700 | 233.50 | $163,450.00 |
| Steve Kotarba | Managing Director | $575 | 7.10 | $4,082.50 |
| Richard Stone | Director | $500 | 481.10 | $240,550.00 |
| Stuart Kaufman | Director | $475 | 26.00 | $12,350.00 |
| Mark Zeiss | Director | $450 | 3.30 | $1,485.00 |
| Jodi Ehrenhofer | Director | $425 | 208.00 | $88,400.00 |
| Matt Frank | Senior Associate | $400 | 344.50 | $137,800.00 |
| Mark Berger | Associate | $350 | 443.90 | $155,365.00 |
| Jeff Harwood | Consultant | $325 | 28.50 | $9,262.50 |
| Diego Torres | Analyst | $275 | 507.10 | $139,452.50 |
| Mary Napoliello | Paraprofessional | $195 | 19.30 | $3,763.50 |
| **Total** | | | 2,304.80 | $958,186.00 |

**Blended Rate:**                                                                                                    **$415.73**

| SUMMARY OF TOTAL FEES BY TASK CATEGORY FOR ALVAREZ & MARSAL NORTH AMERICA, LLC September 1, 2011 through November 30, 2011 | | |
|---|---|---|
| **TASK DESCRIPTION** | **TOTAL HOURS** | **TOTAL FEES** |
| Accounting | 0.90 | $630.00 |
| AP/Vendor Issues | 428.30 | $180,350.00 |
| Avoidance Actions | 70.30 | $32,370.00 |
| Cash Flow | 1.80 | $1,260.00 |
| Claims | 1,241.00 | $459,537.50 |
| Communication | 4.30 | $2,080.00 |
| Contract | 44.10 | $15,685.00 |
| Court Hearings | 5.80 | $3,370.00 |
| Creditor | 60.10 | $30,730.00 |
| Employee | 12.90 | $9,030.00 |
| Fee Application | 21.70 | $4,813.50 |
| Leases and Real Estate | 0.60 | $420.00 |
| Monthly Operating Report | 1.80 | $1,260.00 |
| Motions | 8.80 | $6,160.00 |
| Operations | 28.80 | $16,715.00 |
| Plan of Reorganization | 363.20 | $186,020.00 |
| Tax | 10.40 | $7,755.00 |
| **Total** | **2,304.80** | **$958,186.00** |

**Blended Rate:** $415.73

| SUMMARY OF EXPENSES BY CATEGORY FOR ALVAREZ & MARSAL NORTH AMERICA, LLC September 1, 2011 through November 30, 2011 ||
|---|---|
| **Expense Category** | **Amount** |
| Airfare | $427.40 |
| Meals | $167.93 |
| Miscellaneous | $145.23 |
| Transportation | $921.00 |
| **Total** | **$1,661.56** |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
| Debtors. | ) (Jointly Administered)<br>) Objection Deadline: February 2, 2012 at 4:00 p.m.<br>) Hearing Date: To be determined<br>) Related to Docket Nos. 10183, 10457 and 10600 |

## TWELFTH INTERIM FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC IN THEIR CAPACITY AS RESTRUCTURING ADVISORS TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD SEPTEMBER 1, 2011 THROUGH NOVEMBER 30, 2011

Alvarez & Marsal North America LLC ("A&M), restructuring advisors to the Debtors in the above captioned chapter 11 cases, hereby submits its twelfth interim fee application (the "Interim Fee Application") for allowance of compensation and reimbursement of expenses for the interim period from September 1, 2011 through November 30, 2011.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-8210335v1

## INTRODUCTION

1. On December 8, 2008, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. The Debtors have continued in possession of their respective properties and have continued to operate their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request has been made for the appointment of a trustee or examiner.

3. On December 18, 2008, the United States Trustee for the District of Delaware (the "US Trustee") appointed an official committee of unsecured creditors (the "Committee") pursuant to section 1102(a) of the Bankruptcy Code.

4. On February 11, 2009, this Court authorized the Debtors to retain A&M, *nunc pro tunc* to the December 8, 2008, to serve as restructuring advisors to the Debtors in these proceedings pursuant to 11 U.S.C. § 327(a), Federal Rules of Bankruptcy Procedure 2014, 2016 and 5002, and the terms set forth in the Application for an Order Authorizing the Employment and Retention of Alvarez & Marsal North America, LLC as Restructuring Advisors to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 362]

5. On January 15, 2009, this Court entered the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members (the "Fee Order") [Docket No. 225] and on March 19, 2009, this Court entered an Order Appointing Fee Examiner and Establishing Related Procedures for Professionals and Consideration of Fee Applications (the "Fee Examiner Order") [Docket No. 546]. Pursuant to the Fee Order and section 331 of the Bankruptcy Code, 11 U.S.C. § 331, A&M submits this Application for interim allowance of compensation for professional services

2

46429/0001-8210335v1

rendered and for reimbursement of expenses necessarily incurred by A&M in serving as restructuring advisors to the Debtors. Specifically, Applicant submits this Twelfth Interim Fee Application seeking interim approval and allowance of compensation in the amount of $958,186.00, and actual and necessary expenses in the amount of $1,661.56 incurred during the interim period from September 1, 2011 through November 30, 2011, detailed in the chart below:

| Date & Docket No. | Filing Period | Requested Fees | Requested Expenses | CNO Date & Docket No. | Approved Fees | Approved Expenses | Unapproved Holdback |
|---|---|---|---|---|---|---|---|
| 11/9/2011 [10183] | 9/1/11 through 9/30/11 | $269,440.00 | $15.02 | 12/1/11 [10339] | $215,552.00 | $15.02 | $53,888.00 |
| 12/15/2011 [10457] | 10/1/11 through 10/31/11 | $269,196.00 | $453.43 | 1/9/12 [10565] | $215,356.80 | $453.43 | $53,839.20 |
| 1/12/2011 [10600] | 11/1/11 through 11/30/11 | $419,550.00 | $1,193.11 | Obj. due 2/1/2012 | Pending | Pending | Pending |
| **Totals** | | **$958,186.00** | **$1,661.56** | | **$430,908.80** | **$468.45** | **$107,727.20** |

7.  Notice of this Interim Fee Application has been provided in accordance with the Interim Fee Order to: (i) co-counsel to the Debtors: Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, <u>attn</u>: Kenneth P. Kansa; and Cole Schotz, Meisel, Forman, & Leonard, P.A., 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801, <u>attn</u>: J. Kate Stickles; (ii) counsel to the Barclays Bank PLC, in its capacity as Lender, Funding Agent, and Administrative Agent; (iii) counsel to the Administrative Agent for the Prepetition Lenders: Davis, Polk, & Wardwell, LLP, 450 Lexington Avenue, New York, NY 10017; (iv) the Debtors; (v) counsel to the Committee; (vi) the Office of the United States Trustee for the District of Delaware, and (vii) all parties in interest required to receive notice pursuant to Fed. R. Bankr. P. 2002. Notice is also provided to Stuart Maue, the fee examiner, in accordance with the Fee Examiner Order. Applicant submits that no other or further notice need be provided.

46429/0001-8210335v1

WHEREFORE, A&M respectfully requests that the Court enter an Order: (i) granting the Interim Fee Application and authorizing interim allowance of compensation in the amount of $958,186.00 for professional services rendered and $1,661.56 for reimbursement for actual and necessary costs; (ii) directing payment by the Debtors of the foregoing amounts, including the 20% holdback of fees as provided for in the Interim Fee Order; and (iii) granting such other and further relief as this Court deems necessary and just.

Dated:   January 13, 2012
         Chicago, Illinois

ALVAREZ & MARSAL NORTH AMERICA, LLC

*/s/ Thomas E. Hill*
Thomas E. Hill
55 W. Monroe Street
Suite 4000
Chicago, IL 60603
Telephone: 312.601.4226
Facsimile: 312.803.1875
thill@alvarezandmarsal.com

Restructuring Advisors for the Debtors
*and Debtors-in-Possession*

4

46429/0001-8210335v1