# EXHIBIT A

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER    45394
MATTER NUMBER    10164

THE TRIBUNE COMPANY  
435 NORTH MICHIGAN AVENUE  
SUITE 600  
CHICAGO, IL 60611  
ATTN: DAVID P. ELDERSVELD, ESQ.

OCTOBER 31, 2011  
INVOICE # 9213386

**FEE APPLICATION**

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2011 | $ 565.50 |
| DISBURSEMENTS | $0.00 |
| TOTAL INVOICE | $ 565.50 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9213386

OCTOBER 31, 2011

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2011

FEE APPLICATION                                          MATTER NUMBER- 10164

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 9/27/2011 | LSR | 1.30 | { L210 } {A103} Prepared June-August fee application. | 565.50 |
|  |  | 1.30 | PROFESSIONAL SERVICES | $ 565.50 |

**INVOICE TOTAL**                                                  **$ 565.50**


SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| LANDON S. RAIFORD | 1.30 | 435.00 | 565.50 |
| TOTAL | 1.30 |  | $ 565.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER    45394
MATTER NUMBER    10164

THE TRIBUNE COMPANY                       NOVEMBER 30, 2011
435 NORTH MICHIGAN AVENUE              INVOICE # 9216521
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

## FEE APPLICATION

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2011 | $1,323.50 |
| DISBURSEMENTS | $0.00 |
| TOTAL INVOICE | $1,323.50 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9216521

NOVEMBER 30, 2011

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2011

FEE APPLICATION                                              MATTER NUMBER- 10164

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 10/4/2011 | LSR | 0.70 | { L210 } {A103} Drafted monthly fee application for June-August services. | 304.50 |
| 10/4/2011 | MXP | 1.90 | { L210 } {A103} Prepared exhibits for Jenner & Block's June 2011 through August 2011 monthly fee application (1.5); updated time summary chart in same (.4). | 323.00 |
| 10/10/2011 | LSR | 0.90 | { L210 } {A103} Edited June-August monthly fee application (.2); drafted quarterly fee application (.7). | 391.50 |
| 10/11/2011 | LSR | 0.40 | { L210 } {A103} Continued drafting quarterly fee application. | 174.00 |
| 10/13/2011 | LSR | 0.30 | { L210 } {A103} Edited eleventh quarterly fee application. | 130.50 |
|  |  | 4.20 | PROFESSIONAL SERVICES | $1,323.50 |

**INVOICE TOTAL**                                                             **$1,323.50**

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

Page 2

LAW OFFICES<br>
**JENNER & BLOCK LLP**<br>
353 N. CLARK STREET<br>
CHICAGO, ILLINOIS 60654-3456<br>
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| LANDON S. RAIFORD | 2.30 | 435.00 | 1,000.50 |
| MARC A. PATTERSON | 1.90 | 170.00 | 323.00 |
| TOTAL | 4.20 | | $1,323.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                                  Federal Identification No. 36-2192554