UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>　　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 08-13141 (KJC)<br>)<br>) Jointly Administered<br>)<br>)<br>)<br>) |

## VERIFICATION

STATE OF ILLINOIS　　)
　　　　　　　　　　　) ss
COUNTY OF COOK　　　)

I, David J. Bradford, after being duly sworn according to law, deposes and says:

(a)　I am a partner of the applicant firm, Jenner & Block LLP, and have been admitted to the bar of the State of Illinois since 1976.

(b)　I am familiar with the work performed on behalf of the Debtors by the attorneys and paraprofessionals in the firm.

(c)　I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2 and submit that the application substantially complies with such order.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　David J. Bradford

SUBSCRIBED AND SWORN TO BEFORE ME
THE 12TH DAY OF JANUARY, 2012.

_____
Notary Public

OFFICIAL SEAL
FRANCINE M. SATTELMAYER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-9-2014

2068243.1