# EXHIBIT A

# FEE SUMMARY

## SUMMARY OF PROFESSIONAL FEES
## FROM SEPTEMBER 1, 2011 THROUGH NOVEMBER 30, 2011

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Edward Cerasia II | Partner<br>Labor & Employment<br>Admitted 1991 | $730.00 | 76.50 | $55,845.00 |
| Jeremy Sherman | Partner<br>Labor & Employment<br>Admitted 1976 | $695.00 | 16.80 | $11,676.00 |
| Camille Olson | Partner<br>Labor & Employment<br>Admitted 1983 | $690.00 | 6.30 | $4,347.00 |
| Richard Schwartz | Partner<br>Employee Benefits<br>Admitted 1986 | $685.00 | 1.70 | $1,164.50 |
| Timothy Haley | Partner<br>Labor & Employment<br>Admitted 1978 | $670.00 | 38.60 | $25,862.00 |
| F. Scott Page | Partner<br>Labor & Employment<br>Admitted 1982 | $635.00 | 7.40 | $4,699.00 |
| Ellen McLaughlin | Partner<br>Labor & Employment<br>Admitted 1981 | $605.00 | 6.40 | $3,872.00 |
| Jon Meer | Partner<br>Labor & Employment<br>Admitted 1989 | $590.00 | 1.60 | $944.00 |
| Kristin Michaels | Partner<br>Labor & Employment<br>Admitted 1991 | $570.00 | 172.40 | $99,992.00 |
| Lorraine O'Hara | Partner<br>Labor & Employment<br>Admitted 1988 | $575.00 | 42.40 | $24,380.00 |
| John Collins | Partner<br>Labor & Employment<br>Admitted 1980 | $570.00 | 5.80 | $3,306.00 |
| Laura Shelby | Partner<br>Labor & Employment<br>Admitted 1996 | $575.00 | .30 | $172.50 |
| Gerald Pauling II | Partner<br>Labor & Employment<br>Admitted 1992 | $570.00 | 8.80 | $5,016.00 |

| Adam Greetis | Partner<br>Employee Benefits<br>Admitted 1996 | $510.00 | 2.00 | $1,020.00 |
|---|---|---|---|---|
| Barri Friedland | Counsel<br>Labor & Employment<br>Admitted 2000 | $445.00 | 22.10 | $9,834.50 |
| Anjanette Cabrera | Associate<br>Labor & Employment<br>Admitted 2000 | $440.00 | 30.00 | $13,200.00 |
| Fazilla Issa | Senior Counsel<br>Labor & Employment<br>Admitted 2004 | $440.00 | 11.10 | $4,884.00 |
| Karen Osgood | Of Counsel<br>Labor & Employment<br>Admitted 2000 | $435.00 | 1.50 | $652.50 |
| John Anthony | Associate<br>Labor & Employment<br>Admitted 2005 | $410.00 | 32.60 | $13,366.00 |
| Natascha Riesco | Associate<br>Labor & Employment<br>Admitted 2007 | $400.00 | 62.70 | $25,080.00 |
| Jeremi Chylinksi | Associate<br>Labor & Employment<br>Admitted 2001 | $365.00 | 16.40 | $5,986.00 |
| Allison Ianni | Associate<br>Labor & Employment<br>Admitted 2008 | $355.00 | 24.20 | $8,591.00 |
| Daniel Sable | Associate<br>Litigation<br>Admitted 2006 | $340.00 | 5.00 | $1,700.00 |
| Ashley Workman | Associate<br>Labor & Employment<br>Admitted 2008 | $330.00 | 4.80 | $1,584.00 |
| Isabel Lazar | Associate<br>Labor & Employment<br>Admitted 2009 | $305.00 | 4.70 | $1,433.50 |
| Jennifer McManus | Paralegal<br>Bankruptcy<br>N/A | $275.00 | 26.10 | $7,177.50 |
| Alayna Balint | Paralegal<br>Labor & Employment<br>N/A | $230.00 | 1.30 | $299.00 |
| Arthur Castillo | Paralegal<br>Corporate<br>N/A | $225.00 | 3.30 | $742.50 |

2

| Nancy Faust | Librarian<br>N/A | $215.00 | 1.20 | $258.00 |
|---|---|---|---|---|
| Kathy Argudo | Library Asst.<br>N/A | $180.00 | 1.00 | $180.00 |
| Alice Shepro | Case Assistant<br>Bankruptcy<br>N/A | $100.00 | 29.40 | $2,940.00 |
| **TOTALS** | | | 664.40 | $340,204.50 |
| **Less discount** | | | | ($34,020.45) |
| | | | | $306,184.05 |
| **BLENDED RATE** | | $512.07 | | |

3

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD
## FROM SEPTEMBER 1, 2011 THROUGH NOVEMBER 30, 2011

| Matter Description | Total Hours | Total Fees |
|---|---:|---:|
| Baltimore Sun - Labor-General (12575-01) | 2.00 | $1,160.00 |
| Baltimore Sun – Guild Labor (12575-28) | .70 | $406.00 |
| Baltimore Sun - Photographer (s) (12575-301) | 127.70 | $74,296.00 |
| Baltimore Sun - Ed Gunts Retaliation (12575-302) | 44.00 | $25,520.00 |
| Chicago Tribune - JoAnn Parker v. (57634-06) | 62.50 | $26,190.00 |
| Chicago Tribune -Marcia E. Sinclair Harassment (57934-07) | 8.70 | $3,735.00 |
| Chicago Tribune - Michael Cordits (10512-90)) | 1.80 | $823.50 |
| Tribune - Tamesa Falkner (11089-37) | 11.20 | $5,456.00 |
| Tribune - Karen Fisher (11089-38) | 20.20 | $8,932.50 |
| Tribune - Corporate Labor Relations (36377-01) | 19.50 | $11,349.50 |
| Tribune - Bankruptcy Fee Application (36377-07) | 57.50 | $11,507.50 |
| Tribune - Allen v. am New York (68308-02) | 2.20 | $1,606.00 |
| Tribune - Karen Scott v. WPIX (68308-03) | 72.30 | $39,183.00 |
| Tribune - Sal Marchiano v. Betty Ellen (68308-07) | 19.60 | $9,496.00 |
| Tribune - Watkins v. WPIX (68308-08) | 37.80 | $25,951.50 |
| Tribune Company - Larry Hoff v. WPIX (68308-09) | 18.00 | $8,703.00 |
| Tribune Company - WPIX General (68308-10) | .20 | $146.00 |
| Tribune - East Coast Properties (36078-11) | 23.80 | $16,026.00 |
| Tribune - Jeff Apodaca v. KTLA5 (15827-19) | 5.30 | $1,872.50 |
| Los Angeles Times - Jose Luis Velazquez (33175-25) | 105.50 | $52,459.50 |
| Los Angeles Times - Country Club (17832-34) | 22.30 | $14,441.00 |
| Tribune Company - Chris Neuman v. Ira Goldstone (66929-02) | 1.60 | $944.00 |
| **TOTALS** | 664.4 | $340,204.50 |
| **Less Discount** | | ($)34,020.45 |
| | | $306,184.05 |

## EXHIBIT B

## EXPENSE SUMMARY

46429/0001-8209886v1

## EXPENSE SUMMARY FOR THE PERIOD
## SEPTEMBER 1, 2011 THROUGH NOVEMBER 30, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Long Distance Telephone | | $23.45 |
| Copying @ .10/page | | $1,056.10 |
| Facsimile @ $1.00/page | | $53.25 |
| Printing | | $36.06 |
| Online Research | K. Michaels | $2,730.41 |
| Courier/Messenger | | $578.80 |
| Travel | K. Michaels, | $1,618.14 |
| Local Travel | J. Anthony, | $142.17 |
| Taxi | K. Michaels | $171.00 |
| Ground Transportation | | $663.00 |
| Meals | | $337.78 |
| Parking | | $238.00 |
| Filing Fees | Nationwide Legal | $656.28 |
| Arbitrators | JAMS | $4,667.36 |
| Attorney Services | | $338.45 |
| Process Server | | $192.95 |
| Plaintiff Records | Texas Workforce Commission | $21.00 |
| Subpoena Fees | Titan Legal Services | $709.59 |
| Other | | $78.00 |
| **TOTALS** | | **$14,311.79** |

46429/0001-8209886v1