# EXHIBIT A

# FEE SUMMARY

## FEE SUMMARY FOR THE PERIOD FROM
## NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011

| Name of Professional/ Individual | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Roger T. Brice | Partner/ Litigation/ Admitted to Illinois Bar in 1973. | $695.00 | 0.60 | $417.00 |
| Samuel Fifer | Partner/ Intellectual Property & Technology Group/Admitted to Illinois Bar in 1974. | $625.00 | 0.50 | $312.50 |
| Rosemary L. Gullikson | Partner/ Corporate/ Admitted to Illinois Bar in 1994 | $575 | 25.10 | $14,433.00 |
| James A. Klenk | Partner/ Intellectual Property & Technology Group/ Admitted to Illinois Bar in 1974. | $625.00/ $650.00 | 0.60/ 9.90 | $375.00/ $6,435.00 |
| Natalie J. Spears | Partner/ Litigation/ Admitted to Illinois Bar in 1995 | $575.00 | 23.40 | $13,455.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Gregory R. Naron | Counsel/ Litigation/ Admitted to Illinois Bar in 1991. | $520.00 | 1.90 | $988.00 |
| Kristen C. Rodriguez | Associate/ Litigation/ Admitted to Illinois Bar in 2009. | $335.00 | 14.0 | $4,690.00 |
| Katherine L. Staba | Associate/ Intellectual Property & Technology Group/ Admitted to Massachusetts Bar in 2009/ Admitted to Illinois Bar in 2010. | $295.00 | 15.60 | $4,602.00 |
| Nancy J. Henry | Librarian | $205.00 | 0.30 | $61.50 |
| Janice A. Collins | Librarian | $210.00 | 0.20 | $84.00 |
| **Grand Total** | | | 91.40 | $45,335.00 |
| **Blended Rate** | | $496.01 | | |

# COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD FROM NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011

| Matter Description | Total Hours | Total Fees |
| --- | --- | --- |
| Joseph Mahr | 2.20 | $737.00 |
| Eddie Johnson | 1.70 | $971.50 |
| Bryan and Cynthia Lindgren | 2.10 | $1,159.50 |
| Circulation | 23.20 | $9,366.00 |
| Chicago Magazine - Editorial | 1.50 | $892.50 |
| Reporter's Subpoena - Gary Marx | 0.70 | $402.50 |
| Cellini/Blagojevich - Access to Pre-Trial | 6.90 | $3,900.50 |
| Chicago Tribune - Editorial - General | 4.10 | $2,514.50 |
| Lee Wonjung Clara Subpoena | 9.10 | $3,768.50 |
| Jennifer Kelley, et al. | 14.80 | $7,190.00 |
| Contract with T-Mobile | 21.20 | $12,190.00 |
| Project Bobcat | 2.20 | $1,265.00 |
| General Advice | 1.70 | $977.50 |
|  |  |  |
| **TOTAL** | 91.40 | $45,335.00 |

# EXHIBIT B

# EXPENSE SUMMARY

## EXPENSE SUMMARY FOR THE PERIOD FROM
## NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Document Reproduction | | $25.10 |
| Duplicating Charges | SNR Denton US LLP | $0.40 |
| Subpoena Services | IOD Incorporated | $33.50 |
| Transcript Services | Lydia Mszal | $196.69 |
| Law Bulletin Access | Law Bulletin Publishing Co. | $18.75 |
| Mileage/Travel | | $215.91 |
| Tollway Tolls | | $4.80 |
| Computer Research | ACCURINT | $12.80 |
| Miscellaneous | | $40.95 |
| | | |
| **Total** | | **$548.90** |