**EXHIBIT A**

## SITRICK AND COMPANY

**MONTHLY FEE STATEMENT**
For the time period
September 1, 2011 through September 30, 2011

### PROFESSIONAL SERVICES

#### EXPENSES

**OTHER**

| Date | Description | Qty / Rate | Amount |
|---|---|---|---|
| 9/24/2011 | Arent Fox LLP<br>Invoice# 1337718<br>August 2011 | 1<br>$704.00 | 704.00 |
| 9/30/2011 | Arent Fox LLP<br>Invoice# 1341510<br>September 2011 | 1<br>$308.00 | 308.00 |
| | SUBTOTAL: | | [1,012.00] |
| | TOTAL ADDITIONAL CHARGES: | | $1,012.00 |

# SITRICK AND COMPANY

MONTHLY FEE STATEMENT
For the time period
October 1, 2011 through October 31, 2011

## PROFESSIONAL SERVICES

### EXPENSES

**OTHER**

| Date | Description | Qty/Rate | Amount |
|---|---|---|---|
| 10/31/2011 | Arent Fox LLP<br>Invoice# 1347573<br>October 2011 | 1<br>$308.00 | 308.00 |

SUBTOTAL: [308.00]

TOTAL ADDITIONAL CHARGES: $308.00

# SITRICK AND COMPANY

**MONTHLY FEE STATEMENT**
For the time period
November 1, 2011 through November 30, 2011

## PROFESSIONAL SERVICES

### EXPENSES

**OTHER**

| Date | Description | Qty/Amount | Total |
|---|---|---|---|
| 11/30/2011 | Arent Fox LLP<br>Invoice# 1352387<br>November 2011 | 1<br>$257.50 | 257.50 |

SUBTOTAL: [257.50]

**TOTAL ADDITIONAL CHARGES:** $257.50

LA/596445.1