# EXHIBIT A

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2329287 |
| Invoice Date: | 12/21/2011 |

---

## Remittance Copy
### Billing for services rendered through 11/30/2011

---

Total by Matter
   0041 Welfare Plans                                    $ 12,252.50
   Client/Reference Number: 0000000848

Total Services                                                   $ 12,252.50

Total Costs and Other Charges Posted Through Billing Period            0.00

**Total This Invoice**                                          **$ 12,252.50**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2119072 | 04/29/2010 | 650.20 |
| 2128403 | 05/24/2010 | 231.70 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2329287
Invoice Date:  12/21/2011

| Invoice | Date | |
|---|---|---|
| 2133205 | 06/10/2010 | 1,407.10 |
| 2146468 | 07/21/2010 | 4,089.20 |
| 2159143 | 08/27/2010 | 2,323.00 |
| 2169691 | 09/24/2010 | 1,007.10 |
| 2181810 | 10/27/2010 | 577.60 |
| 2193507 | 11/19/2010 | 820.60 |
| 2200560 | 12/08/2010 | 73.20 |
| 2212860 | 01/26/2011 | 1,125.70 |
| 2225163 | 02/28/2011 | 454.40 |
| 2234849 | 03/30/2011 | 156.20 |
| 2245685 | 04/29/2011 | 397.60 |
| 2254092 | 05/23/2011 | 612.80 |
| 2268381 | 06/30/2011 | 735.90 |
| 2276793 | 07/28/2011 | 142.00 |
| 2286482 | 08/29/2011 | 302.20 |
| 2288726 | 09/30/2011 | 482.80 |
| 2308359 | 10/31/2011 | 4,260.00 |
| 2314991 | 11/10/2011 | 3,976.00 |

Total Outstanding Balance                                    58,472.60

Total Balance Due                                          $ 70,725.10

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2329287 |
| Invoice Date: | 12/21/2011 |

## Client Copy
### Billing for services rendered through 11/30/2011

Total by Matter
    0041 Welfare Plans                          $ 12,252.50
    Client/Reference Number: 0000000848

Total Services                                    $ 12,252.50

Total Costs and Other Charges Posted Through Billing Period     0.00

**Total This Invoice**                       **$ 12,252.50**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2119072 | 04/29/2010 | 650.20 |
| 2128403 | 05/24/2010 | 231.70 |
| 2133205 | 06/10/2010 | 1,407.10 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | Client: | 020336 |
| | | Invoice: | 2329287 |
| | | Invoice Date: | 12/21/2011 |

| Invoice | Date | |
|---------|------|---|
| 2146468 | 07/21/2010 | 4,089.20 |
| 2159143 | 08/27/2010 | 2,323.00 |
| 2169691 | 09/24/2010 | 1,007.10 |
| 2181810 | 10/27/2010 | 577.60 |
| 2193507 | 11/19/2010 | 820.60 |
| 2200560 | 12/08/2010 | 73.20 |
| 2212860 | 01/26/2011 | 1,125.70 |
| 2225163 | 02/28/2011 | 454.40 |
| 2234849 | 03/30/2011 | 156.20 |
| 2245685 | 04/29/2011 | 397.60 |
| 2254092 | 05/23/2011 | 612.80 |
| 2268381 | 06/30/2011 | 735.90 |
| 2276793 | 07/28/2011 | 142.00 |
| 2286482 | 08/29/2011 | 302.20 |
| 2288726 | 09/30/2011 | 482.80 |
| 2308359 | 10/31/2011 | 4,260.00 |
| 2314991 | 11/10/2011 | 3,976.00 |

Total Outstanding Balance                     58,472.60

Total Balance Due                         $ 70,725.10

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

12/21/2011

Invoice: 2329287
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0041        Welfare Plans
                    Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/02/11 | A. Gordon | 1.50 | Review and revise the Payflex Business Associate Agreement. |
| 11/03/11 | A. Gordon | 4.30 | Draft e-mail regarding the stop loss policy concerns to S. O'Connor (.30); Draft e-mail to S. O'Connor regarding 2012 Performance Guarantees Exhibit (.20); Draft e-mail to S. O'Connor regarding Benefit Program Application edits (.20); Draft e-mail to S. O'Connor regarding Performance Guarantees Addendum concerns (.30); Edit Benefit Program Application agreement (.70); Review the 2012 Performance Guarantees Exhibit (.70); Review the medical stop loss policy (.80); Review the Performance Guarantees Addendum (.30); Revise the Payflex Business Associate Agreement (.80). |
| 11/04/11 | A. Gordon | 1.10 | Conference call with S. O'Connor and R. DeBoer regarding Payflex and BCBS agreements (.70); Draft response to spreadsheet of agreements (.10); Review spreadsheet of agreements (.10); Revise the Payflex Business Associate Agreement (.20). |
| 11/10/11 | A. Gordon | 0.30 | Respond to R. DeBoer regarding stop-loss start date under BCBS contract (.20); Review stop loss response email from BCBS sent by R. DeBoer (.10). |
| 11/11/11 | A. Gordon | 4.00 | Draft response to B. Becker regarding performance guarantee risk (.20); Review response e-mail from B. Becker regarding risk and performance guarantees (.10); Review the Mellon HSA agreement (.60); Review the PayFlex Systems Flexible Spending Account and Commuter Services Agreement (.70); Revise the Mellon |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2329287
Invoice Date: 12/21/2011

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/14/11 | A. Gordon | 3.00 | HSA agreement (1.10); Revise the PayFlex Systems Agreement (1.30). Review the PayFlex Systems Flexible Spending Account and Commuter Services Agreement (.70); Revise the PayFlex Systems Flexible Spending Account and Commuter Services Agreement (2.30). |
| 11/15/11 | A. Gordon | 0.20 | Draft response to B. Becker regarding stop loss. |
| 11/16/11 | A. Gordon | 0.20 | Draft response to stop-loss e-mail from B. Becker (.10); Review stop-loss e-mail from B. Becker (.10). |
| 11/23/11 | A. Gordon | 0.20 | Call R. DeBoer regarding Trustmark language (.10); Review voice message from R. DeBoer regarding Trustmark (.10). |
| 11/28/11 | A. Gordon | 1.00 | Review edits to the BCBSIL Business Associate Agreement (.40); Revise the BCBSIL Business Associate Agreement (.60). |
| 11/30/11 | A. Gordon | 1.10 | Draft response to R. DeBoer regarding audit agreement (.20); Follow up regarding BCBSIL Administrative Services Agreement (.10); Review audit agreement from BCBSIL and Mercer (.60); Review e-mail from R. DeBoer regarding indemnification in audit agreement (.20). |

| | **Total Hours** | **16.90** | **Total For Services** | **$12,252.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| A. Gordon | 16.90 | 725.00 | 12,252.50 |
| **Totals** | **16.90** | | **$12,252.50** |
| | | **Total This Invoice** | **$12,252.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2329287

12/21/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Gordon | 16.90 | 725.00 | 12,252.50 |
| **Totals** | **16.90** | | **$12,252.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2329288 |
| Invoice Date: | 12/21/2011 |

## Remittance Copy
### Billing for services rendered through 11/30/2011

Total by Matter
    0047 ESOP                              $ 2,542.00
    Client/Reference Number: 0000001574

Total Services                                       $ 2,542.00

Total Costs and Other Charges Posted Through Billing Period      0.00

**Total This Invoice**                               **$ 2,542.00**

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2329288 |
| Invoice Date: | 12/21/2011 |

## Client Copy
### Billing for services rendered through 11/30/2011

Total by Matter
    0047 ESOP                                       $ 2,542.00
    Client/Reference Number: 0000001574

Total Services                                               $ 2,542.00

Total Costs and Other Charges Posted Through Billing Period           0.00

**Total This Invoice**                                       **$ 2,542.00**

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

12/21/2011

Invoice: 2329288
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0047        ESOP
                    Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/11 | W. Merten | 0.10 | Review email from E. Glumz regarding revised timeline. |
| 11/03/11 | P. Compernolle | 0.50 | Review status of CAFA notices. |
| 11/04/11 | P. Compernolle | 0.50 | Emails to K. Dansart regarding participant data (.30); telephone conference with K. Dansart regarding same (.20). |
| 11/04/11 | W. Merten | 0.10 | Review correspondence from D. Feinberg regarding part-time telemarketer requesting information as to eligibility and review reply from P. Compernolle. |
| 11/07/11 | P. Compernolle | 0.50 | Emails from W. Merten regarding eligibility requirements. |
| 11/09/11 | P. Compernolle | 0.50 | Prepare response to plaintiff counsel on employee who mistakenly received allocation letter. |
| 11/28/11 | W. Merten | 0.10 | Review email from P. Compernolle with updated spreadsheet as to addresses of class members. |
| 11/29/11 | P. Compernolle | 0.80 | Emails to D. Feinberg on unlocated participants. |
| | **Total Hours** | **3.10** | **Total For Services**        **$2,542.00** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 2.80 | 820.00 | 2,296.00 |

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2329288
Invoice Date: 12/21/2011

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| W. Merten | 0.30 | 820.00 | 246.00 |
| **Totals** | **3.10** | | **$2,542.00** |
| | | **Total This Invoice** | **$2,542.00** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company                                          12/21/2011
Invoice: 2329288

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 2.80 | 820.00 | 2,296.00 |
| W. Merten | 0.30 | 820.00 | 246.00 |
| **Totals** | **3.10** | | **$2,542.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2329289 |
| Invoice Date: | 12/21/2011 |

## Remittance Copy
### Billing for services rendered through 11/30/2011

Total by Matter
    0515 Chapter 11 Restructuring           $ 172,004.78

Total Services        $ 171,988.50

Total Costs and Other Charges Posted Through Billing Period    16.28

**Total This Invoice**    **$ 172,004.78**

| Invoice | Date | |
|---|---|---|
| 2049463 | 06/30/2009 | 135,250.03 |
| 2119079 | 04/29/2010 | 8,961.00 |
| 2128648 | 05/24/2010 | 8,399.40 |
| 2133210 | 06/10/2010 | 13,380.70 |
| 2146476 | 07/21/2010 | 22,130.30 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2329289
Invoice Date:  12/21/2011

| Invoice | Date | |
|---------|------|------|
| 2159145 | 08/27/2010 | 44,177.00 |
| 2169700 | 09/24/2010 | 25,085.70 |
| 2180988 | 10/27/2010 | 26,669.40 |
| 2193509 | 11/19/2010 | 38,668.40 |
| 2200564 | 12/08/2010 | 38,646.00 |
| 2212867 | 01/26/2011 | 43,131.70 |
| 2225179 | 02/28/2011 | 46,786.20 |
| 2234856 | 03/30/2011 | 57,152.40 |
| 2245689 | 04/29/2011 | 41,321.60 |
| 2262856 | 05/23/2011 | 44,622.20 |
| 2268391 | 06/30/2011 | 29,099.30 |
| 2276795 | 07/28/2011 | 67,686.90 |
| 2286485 | 08/29/2011 | 64,882.40 |
| 2297300 | 09/30/2011 | 40,521.30 |
| 2308367 | 10/31/2011 | 319,454.25 |
| 2314993 | 11/10/2011 | 229,645.46 |

Total Outstanding Balance                    1,345,671.64

Total Balance Due                       $ 1,517,676.42

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2329289 |
| Invoice Date: | 12/21/2011 |

## Client Copy
### Billing for services rendered through 11/30/2011

Total by Matter
    0515 Chapter 11 Restructuring          $ 172,004.78

Total Services          $ 171,988.50

Total Costs and Other Charges Posted Through Billing Period          16.28

**Total This Invoice**          **$ 172,004.78**

| Invoice | Date | |
|---|---|---|
| 2049463 | 06/30/2009 | 135,250.03 |
| 2119079 | 04/29/2010 | 8,961.00 |
| 2128648 | 05/24/2010 | 8,399.40 |
| 2133210 | 06/10/2010 | 13,380.70 |
| 2146476 | 07/21/2010 | 22,130.30 |
| 2159145 | 08/27/2010 | 44,177.00 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2329289
Invoice Date:    12/21/2011

| Invoice | Date | |
|---------|------|--|
| 2169700 | 09/24/2010 | 25,085.70 |
| 2180988 | 10/27/2010 | 26,669.40 |
| 2193509 | 11/19/2010 | 38,668.40 |
| 2200564 | 12/08/2010 | 38,646.00 |
| 2212867 | 01/26/2011 | 43,131.70 |
| 2225179 | 02/28/2011 | 46,786.20 |
| 2234856 | 03/30/2011 | 57,152.40 |
| 2245689 | 04/29/2011 | 41,321.60 |
| 2262856 | 05/23/2011 | 44,622.20 |
| 2268391 | 06/30/2011 | 29,099.30 |
| 2276795 | 07/28/2011 | 67,686.90 |
| 2286485 | 08/29/2011 | 64,882.40 |
| 2297300 | 09/30/2011 | 40,521.30 |
| 2308367 | 10/31/2011 | 319,454.25 |
| 2314993 | 11/10/2011 | 229,645.46 |

Total Outstanding Balance                    1,345,671.64

Total Balance Due                        $ 1,517,676.42

U.S. practice conducted through McDermott Will & Emery LLP.

Boston   Brussels   Chicago   Düsseldorf   Houston   London   Los Angeles   Miami   Milan   Munich   New York   Orange County   Paris   Rome   Silicon Valley   Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

12/21/2011

Invoice: 2329289
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0515        Chapter 11 Restructuring

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/01/11 | G. Chan | 6.80 | Revise section 1017(b)(2) memo regarding deductible liabilities (6.8). |
| 11/01/11 | B. Rubin | 1.60 | Review and analyze bankruptcy ruling (.8); conference with client regarding response (.4); correspondence regarding issues raised by fee examiner (.4). |
| 11/01/11 | A. Whiteway | 3.80 | Review bankruptcy ruling (2.4); preparation for meeting with client regarding same (1.4). |
| 11/01/11 | J. Finkelstein | 1.70 | Review bankruptcy ruling. |
| 11/01/11 | M. Wilder | 2.80 | Review opinion on bankruptcy plans continuation (2.0); circulate comments regarding same (.5); telephone calls with IRS regarding tax issue (.3). |
| 11/01/11 | A. Blair-Stanek | 0.50 | Review relevant portions of bankruptcy court opinion. |
| 11/01/11 | E. Ma | 0.70 | Update memo regarding deductions for settlement payments. |
| 11/02/11 | J. Zajac | 0.90 | Prepare LEDES files for June, July and August fee statements. |
| 11/02/11 | B. Rubin | 0.40 | Correspondence with client and co-counsel regarding PLR issues (.4). |
| 11/02/11 | J. Finkelstein | 0.80 | Discuss bankruptcy tax issues and bankruptcy court ruling with co-counsel. |
| 11/02/11 | M. Wilder | 1.20 | Discuss bankruptcy plan issues with J. Finkelstein and analysis of same (.8); correspondence regarding debt issuance costs and implications of non-continuation (.4). |
| 11/02/11 | E. Ma | 1.20 | Update memorandum regarding deductions for Tribune's settlement payment. |
| 11/03/11 | J. Zajac | 0.10 | Email fee examiner re: LEDES files. |
| 11/03/11 | G. Chan | 2.70 | Discuss section 1017(b)(2) memo regarding deductible liabilities with M. Wilder (0.4); review memo in light of |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2329289
Invoice Date:  12/21/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | discussion (2.3). |
| 11/03/11 | B. Rubin | 2.60 | Review and analyze IRS submission (1.4); develop response to issues raised by IRS (1.2). |
| 11/03/11 | M. Wilder | 2.20 | Review of 1017(b)(2) memo on state accruals (1.4); research regarding same (.8). |
| 11/03/11 | E. Ma | 3.70 | Research case law regarding plaintiff's deductions for attorney's fees (2.8); update memorandum regarding deductions for Tribune's settlement payment (.9). |
| 11/04/11 | G. Chan | 0.10 | Discuss taxation of insurance proceeds question with E. Ma (0.1). |
| 11/04/11 | B. Rubin | 2.40 | Review and edit memo regarding settlement consequences (1.8); research and analysis regarding same (.6). |
| 11/04/11 | A. Whiteway | 2.10 | Review legal analysis of settlement tax payments (1.2); review impact of judge's order on tax issues (.9). |
| 11/04/11 | A. Whiteway | 1.20 | Review documents and correspondence from client regarding possible acquisition. |
| 11/04/11 | J. Finkelstein | 0.90 | Review bankruptcy order and impact on tax issues. |
| 11/04/11 | E. Ma | 4.40 | Research case law regarding tax treatment of insurance proceeds (3.0); update memorandum regarding deductions for Tribune's settlement payment (1.4). |
| 11/05/11 | G. Chan | 1.30 | Review revised section 1017(b)(2) memo regarding deductible liabilities and M. Wilder's comments to same (0.9); revise memo (0.4). |
| 11/05/11 | M. Wilder | 3.30 | Revise section 1017(b)(2) memo on state tax accruals. |
| 11/05/11 | E. Ma | 4.80 | Update memorandum regarding deductions for Tribune's settlement payment. |
| 11/06/11 | M. Wilder | 3.70 | Complete research in preparation for conference call with IRS on debt issuance costs (2.2); prepare outline of research regarding same (1.5). |
| 11/06/11 | E. Ma | 3.10 | Update memorandum regarding deductions for Tribune's settlement payment. |
| 11/07/11 | J. Zajac | 4.60 | Email with B. Rubin re: quarterly application (.1); draft response to fee examiner preliminary report (4.1); emails with B. Rubin re: response (.2); email with N. Hazan re: same (.2). |
| 11/07/11 | G. Chan | 4.10 | Discuss section 1017(b)(2) memo regarding deductible liabilities with M. Wilder (0.3); review Bankruptcy Court |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2329289
Invoice Date:  12/21/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | order regarding non-confirmation of plan (1.6); revise memo (2.2). |
| 11/07/11 | B. Rubin | 4.80 | Review and comment on talking points for call with IRS (.9); preparation for and conference call with IRS regarding ruling issues (1.9); review and comment on fee application (.7); review and edit memo regarding settlement issues (1.3). |
| 11/07/11 | A. Whiteway | 3.90 | Review and analysis of LLC conversion timing and tax issues (1.2); review memo regarding settlement taxes (.9); preparation for and telephone conference with IRS regarding debt issuance cost PLR (1.8). |
| 11/07/11 | M. Wilder | 1.80 | Discuss IRS conference call with B. Rubin and A. Whiteway regarding debt issuance costs (.5); participate in conference call with IRS regarding same (1.0); discuss case law and 1017(b)(2) memo with G. Chan (.3). |
| 11/07/11 | E. Ma | 1.40 | Update memorandum regarding deductions for Tribune's settlement payment. |
| 11/08/11 | J. Zajac | 0.90 | Meeting with N. Hazan re: response to fee report (.2); review prebills to ensure compliance with bankruptcy code (.3); finalize quarterly fee statement for filing (.3); email local counsel re: same (.1). |
| 11/08/11 | G. Chan | 4.70 | Revise section 1017(b)(2) memo regarding deductible liabilities (4.7). |
| 11/08/11 | B. Rubin | 3.70 | Memorandum to clients regarding negotiations with IRS (.8); review and edit memorandum regarding settlement (1.3); review and edit memorandum regarding emergence issues (1.6). |
| 11/08/11 | A. Whiteway | 3.80 | Analysis of tax issues regarding COD income and attributes (2.9); correspondence regarding debt issuance cost PLR (.9). |
| 11/09/11 | J. Zajac | 2.30 | Review prebills to ensure compliance with bankruptcy code. |
| 11/09/11 | G. Chan | 2.90 | Revise section 1017(b)(2) memo regarding deductible liabilities (2.9). |
| 11/09/11 | B. Rubin | 3.30 | Review and edit memo regarding settlement issues (1.3); preparation for and conference with co-counsel regarding comments (.6); review and edit opinion regarding emergence issues (1.4). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2329289
Invoice Date:  12/21/2011

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/09/11 | A. Whiteway | 3.60 | Review and comment on settlement tax issues (2.7); conference with E. Ma regarding same (.9). |
| 11/09/11 | A. Whiteway | 1.90 | Review and analyze documents regarding tax treatment of acqusition alternative. |
| 11/09/11 | E. Ma | 1.50 | Conference with B. Rubin and A. Whiteway regarding deductions for Tribune's settlement payment (.9); update memorandum (.6). |
| 11/10/11 | N. Hazan | 0.70 | Call and emails with examiner regarding response (.4); call to B. Rubin regarding same (.1); email summarizing same to team (.2). |
| 11/10/11 | J. Zajac | 4.60 | Draft and revise September fee statement (4.2); call with fee examiner re: response (.4). |
| 11/10/11 | B. Rubin | 3.60 | Finalize memo regarding settlement issues and circulate to client (1.4); review and edit opinion regarding emergence issues (2.2). |
| 11/10/11 | A. Whiteway | 2.40 | Legal research on settlement tax issues (1.6); review memo (.8). |
| 11/10/11 | J. Finkelstein | 0.90 | Review litigation settlement memo. |
| 11/10/11 | E. Ma | 0.80 | Update memo regarding deductions for Tribune's settlement payments. |
| 11/11/11 | N. Hazan | 0.60 | Review and correct September fee statement. |
| 11/11/11 | J. Zajac | 0.30 | Revise September fee statement. |
| 11/11/11 | B. Rubin | 3.30 | Review and analyze client materials regarding possible transaction (1.4); develop alternative structures (1.1); correspondence with client regarding same (.8). |
| 11/12/11 | M. Wilder | 0.50 | Review latest draft of 1017(b)(2) memo. |
| 11/14/11 | N. Hazan | 1.50 | Review response to fee examiner report and correct same. |
| 11/14/11 | J. Zajac | 2.10 | Draft October fee statement. |
| 11/14/11 | B. Rubin | 1.60 | Correspondence with client and Alvarez regarding meeting issues (.2); review and comment on response to IRS issues (1.4). |
| 11/14/11 | A. Whiteway | 0.40 | Correspondence with client regarding taxation on emergence issues. |
| 11/15/11 | B. Rubin | 1.60 | Review and edit response to IRS issues (1.3); correspondence with co-counsel regarding same (.3). |
| 11/15/11 | A. Whiteway | 1.20 | Review correspondence regarding bankruptcy filings (.9); correspondence with Ms. Melgarejo regarding same (.3). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2329289
Invoice Date:  12/21/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/16/11 | N. Hazan | 1.10 | Review response to fee examiner and correct same (0.50), review and correct monthly fee application for October (0.60). |
| 11/16/11 | J. Zajac | 0.60 | Revise response to fee examiner report. |
| 11/16/11 | B. Rubin | 2.30 | Review and comment on response to fee examiner (.4) review and edit memo regarding response to IRS (1.3); correspondence with client regarding ESOP settlement (.3); follow up regarding PLR issues (.3). |
| 11/16/11 | A. Whiteway | 2.20 | Correspondence with client regarding emergence tax planning issues (.6); review plan changes (.4); research legal issues regarding settlement and emergence (.4); research debt issuance issues (.8). |
| 11/16/11 | M. Wilder | 0.80 | Correspondence regarding debt insurance costs (.3); analysis of 108(e)(2) arguments (.5). |
| 11/17/11 | N. Hazan | 0.20 | Review internal emails and email to fee examiner re: response and confidentiality. |
| 11/17/11 | J. Zajac | 0.20 | Emails from A. Whiteways and B. Rubin re: fee examiner report (.1); meeting with N. Hazan re: same (.1). |
| 11/17/11 | B. Rubin | 3.10 | Follow up with IRS regarding PLR issues (.4); correspondence with client regarding same (.3); review and edit supporting memo regarding emergence issues (2.4). |
| 11/17/11 | A. Whiteway | 1.20 | Correspondence with client regarding tax emergence issues (.6); revise emergence workplan (.6). |
| 11/17/11 | G. Kopacz | 2.20 | Review materials provided by J. Zajac re: fee applications (2.2). |
| 11/17/11 | M. Wilder | 0.90 | Telephone call with Mary Brewer of IRS regarding tax issues (.2); review of gross income provisions regarding Section 108(e)(2) (.7). |
| 11/18/11 | J. Zajac | 0.30 | Finalize fee statement for October. |
| 11/18/11 | G. Chan | 1.20 | Discuss section 1017(b)(2) memo regarding deductible liabilities with M. Wilder (0.3); review comments and revise memo (0.9). |
| 11/18/11 | B. Rubin | 3.80 | Correspondence with client regarding post-emergence issues (.3); preparation for and conference call with client regarding workplan issues (.7); review and comment on revised plan and disclosure (1.3); correspondence with |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2329289
Invoice Date: 12/21/2011

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | Sidley regarding same (.2); review and edit supporting memo regarding emergence issues (1.3). |
| 11/18/11 | A. Whiteway | 5.40 | Preparation for and telephone conference with client regarding emergence tax planning (2.8); review plan to be filed in bankruptcy court (2.6). |
| 11/18/11 | J. Finkelstein | 3.70 | Conference with Tribune regarding emergence tax issues (.9); review draft Third Amended POR and disclosure statement (2.8). |
| 11/18/11 | G. Kopacz | 0.10 | Email to JZajac re: October fee application. |
| 11/18/11 | M. Wilder | 0.50 | Review and revise double-deduction section of 1017(b) memorandum (.2); discuss same with G. Chan (.3). |
| 11/21/11 | J. Zajac | 0.10 | Email local counsel re: October fee statement. |
| 11/21/11 | G. Chan | 4.80 | Revise section 1017(b)(2) memo regarding deductible liabilities (4.8). |
| 11/21/11 | B. Rubin | 3.90 | Review and edit supporting memo regarding emergence tax issues (3.3); conference call and correspondence with DOJ regarding same (.4); correspondence with client regarding same (.2). |
| 11/21/11 | A. Whiteway | 0.90 | Telephone conference with DOJ regarding proof of claim (.3); correspond with client regarding tax emergence issue (.2); review litigation trust issues (.4). |
| 11/21/11 | G. Kopacz | 0.10 | Email from JZajac re: October fee application. |
| 11/22/11 | G. Chan | 1.40 | Revise section 1017(b)(2) memo regarding deductible liabilities (1.4). |
| 11/22/11 | B. Rubin | 4.90 | Review and edit memo regarding post-emergence issues (2.3); research and analysis regarding opinion issues (1.3); develop transaction structures for post-emergence transaction (1.3). |
| 11/22/11 | A. Whiteway | 3.40 | Review and analysis of post emergence tax planning alternatives (3.4). |
| 11/22/11 | G. Kopacz | 0.10 | Emails from local counsel re: filing fee application. |
| 11/22/11 | M. Wilder | 1.50 | Complete revisions to 1017(b)(2) memo (1.3); provide instructions to G. Chan (.2). |
| 11/23/11 | G. Chan | 3.30 | Review M. Wilder's changes to memo (1.9); revise memo (1.4). |
| 11/23/11 | J. Finkelstein | 1.70 | Review memo regarding emergence tax issues. |
| 11/28/11 | B. Rubin | 2.60 | Correspondence with client and DOJ regarding IRS claim (.3); review and edit supporting memo for emergence |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2329289
Invoice Date: 12/21/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | opinion (2.3). |
| 11/28/11 | A. Whiteway | 2.10 | Review 1017 memo regarding deductible liabilities. |
| 11/28/11 | J. Finkelstein | 3.80 | Review emergence tax issues memo (3.5); discuss same with co-counsel (.3). |
| 11/29/11 | B. Rubin | 4.20 | Preparation for and conference call with DOJ regarding tax issues (.9); prepare for meeting regarding emergence issues (3.3). |
| 11/29/11 | A. Whiteway | 5.30 | Review 1017 memo regarding deductible liabilities (1.4); preparation of materials for meeting in Chicago regarding tax treatment of litigation trust (2.2); telephone conference with client and DOJ regarding proof of claim (.8); telephone conference with client regarding agenda for meeting in Chicago (.9). |
| 11/29/11 | J. Finkelstein | 2.60 | Review and comment on emergence tax issues memo. |
| 11/29/11 | A. Blair-Stanek | 0.80 | Review DCL Plans for discussion of IRS PLRs (.6); provide analysis to B. Rubin and A. Whiteway (.2). |
| 11/30/11 | B. Rubin | 5.70 | Preparation for and meeting in Chicago regarding emergence issues (5.2); follow up regarding PLR status (.2); correspondence with DOJ and client regarding meeting (.3). |
| 11/30/11 | A. Whiteway | 6.00 | Preparation for and meeting with Tribune regarding emergence issues. |
| 11/30/11 | J. Finkelstein | 2.80 | Review and comment on memo regarding emergence tax issues. |
| 11/30/11 | M. Wilder | 0.80 | Telephone calls to IRS to discuss status update with Mary Brewer and emails regarding same (.5); review article on distressed debt regarding debt issuance costs (.3). |
| 11/30/11 | A. Blair-Stanek | 0.30 | Review various authorities relevant to litigation trust taxation. |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | **229.20** | **Total For Services** | **$171,988.50** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Blair-Stanek | 1.60 | 435.00 | 696.00 |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2329289
Invoice Date:   12/21/2011

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| G. Chan | 33.30 | 500.00 | 16,650.00 |
| J. Finkelstein | 18.90 | 765.00 | 14,458.50 |
| N. Hazan | 4.10 | 645.00 | 2,644.50 |
| G. Kopacz | 2.50 | 435.00 | 1,087.50 |
| E. Ma | 21.60 | 435.00 | 9,396.00 |
| B. Rubin | 59.40 | 995.00 | 59,103.00 |
| A. Whiteway | 50.80 | 885.00 | 44,958.00 |
| M. Wilder | 20.00 | 780.00 | 15,600.00 |
| J. Zajac | 17.00 | 435.00 | 7,395.00 |
| **Totals** | **229.20** | | **$171,988.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|-------:|
| 10/18/11 | Business Meal | 14.48 |
| | SeamlessWeb Professional Solutions, Inc.; Invoice #1034029; Date 10/23/11; Jared Zajac; Order #224835099; Five Guys Burgers & Fries (3rd Ave). | |
| 11/10/11 | Telecommunications | 1.35 |
| | Ext. 75460 called LADUE, (314) 291-3030. | |
| 11/16/11 | Telecommunications | 0.45 |
| | Ext. 75460 called LADUE, (314) 291-3030. | |

**Total Costs and Other Charges**        **$16.28**

**Total This Invoice**        **$172,004.78**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2329289

12/21/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|------:|-------:|
| A. Blair-Stanek | 1.60 | 435.00 | 696.00 |
| G. Chan | 33.30 | 500.00 | 16,650.00 |
| J. Finkelstein | 18.90 | 765.00 | 14,458.50 |
| N. Hazan | 4.10 | 645.00 | 2,644.50 |
| G. Kopacz | 2.50 | 435.00 | 1,087.50 |
| E. Ma | 21.60 | 435.00 | 9,396.00 |
| B. Rubin | 59.40 | 995.00 | 59,103.00 |
| A. Whiteway | 50.80 | 885.00 | 44,958.00 |
| M. Wilder | 20.00 | 780.00 | 15,600.00 |
| J. Zajac | 17.00 | 435.00 | 7,395.00 |
| **Totals** | **229.20** | | **$171,988.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2329290 |
| Invoice Date: | 12/21/2011 |

## Remittance Copy
### Billing for services rendered through 11/30/2011

| | | |
|---|---|---|
| Total by Matter | | |
| 0516 Perfect Market, Inc. | $ 8,435.00 | |
| Total Services | | $ 8,435.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| **Total This Invoice** | | **$ 8,435.00** |

| Invoice | Date | |
|---|---|---|
| 2127445 | 01/26/2010 | 0.52 |
| 2094480 | 02/19/2010 | 50,000.00 |
| 2200565 | 12/08/2010 | 154.50 |
| 2212868 | 01/26/2011 | 341.80 |
| 2234857 | 03/30/2011 | 74.10 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2329290
Invoice Date:  12/21/2011

| Invoice | Date | |
|---|---|---|
| 2245690 | 04/29/2011 | 306.60 |
| 2297301 | 09/30/2011 | 34.50 |
| 2314994 | 11/10/2011 | 2,495.50 |

Total Outstanding Balance      53,407.52

Total Balance Due      $ 61,842.52

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2329290 |
| Invoice Date: | 12/21/2011 |

## Client Copy
### Billing for services rendered through 11/30/2011

Total by Matter
    0516 Perfect Market, Inc.                       $ 8,435.00

Total Services                                      $ 8,435.00

Total Costs and Other Charges Posted Through Billing Period        0.00

**Total This Invoice**                                  **$ 8,435.00**

| Invoice | Date | |
|---|---|---|
| 2127445 | 01/26/2010 | 0.52 |
| 2094480 | 02/19/2010 | 50,000.00 |
| 2200565 | 12/08/2010 | 154.50 |
| 2212868 | 01/26/2011 | 341.80 |
| 2234857 | 03/30/2011 | 74.10 |
| 2245690 | 04/29/2011 | 306.60 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | | |
|---|---|---|---|
| Client: | 020336 |
| Invoice: | 2329290 |
| Invoice Date: | 12/21/2011 |

| Invoice | Date | | |
|---|---|---|---|
| 2297301 | 09/30/2011 | | 34.50 |
| 2314994 | 11/10/2011 | 2,495.50 | |

Total Outstanding Balance                                          53,407.52

Total Balance Due                                              $ 61,842.52

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

12/21/2011

Invoice: 2329290
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0516        Perfect Market, Inc.

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/03/11 | M. O'Brien | 1.00 | Draft email to C. Tolles and T. Ward regarding profits interest proposal. |
| 11/04/11 | M. O'Brien | 0.50 | Draft email to C. Tolles and T. Ward regarding profits interest proposal. |
| 11/16/11 | T. Ward | 1.50 | Begin review of M. O'Brien summary of profits interest background and possible planning opportunity (.7); review allocation and distribution provisions of LLC agreement (.2); begin revisions to proposal (.6). |
| 11/17/11 | G. Karch | 0.50 | Conference with T. Ward regarding tax analysis of Topix transaction. |
| 11/17/11 | T. Ward | 1.50 | Continue review of M. O'Brien summary of proposed profits interest transaction (.5); office conference with G. Karch to discuss same (.5); finalize comments to same (.2); office conference with M. O'Brien regarding same (.3). |
| 11/17/11 | M. O'Brien | 1.00 | Conference with T. Ward (.3); revise proposal for profits interests (.7). |
| 11/22/11 | M. O'Brien | 0.50 | Correspondence to C. Tolles and T. Ward regarding profits interest proposal. |
| 11/25/11 | M. O'Brien | 1.00 | Draft response to profits interest questions from client. |
| 11/27/11 | T. Ward | 1.00 | Review M. O'Brien answers to client questions on profits interest structuring (.4); revise same for M. O'Brien (.6). |
| 11/27/11 | M. O'Brien | 0.50 | Revise response to profits interest questions from client. |
| 11/28/11 | M. O'Brien | 0.50 | Conference with C. Tolles regarding Topix matter. |
| 11/29/11 | T. Ward | 0.50 | Conference call with M. O'Brien and client regarding profits interest planning. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2329290
Invoice Date:  12/21/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/29/11 | M. O'Brien | 1.50 | Prepare for and attend conference with client and T. Ward regarding Topix matter. |

| | **Total Hours** | **11.50** | **Total For Services** | **$8,435.00** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| G. Karch | 0.50 | 935.00 | 467.50 |
| M. O'Brien | 6.50 | 665.00 | 4,322.50 |
| T. Ward | 4.50 | 810.00 | 3,645.00 |
| **Totals** | **11.50** | | **$8,435.00** |
| | | **Total This Invoice** | **$8,435.00** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2329290

12/21/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| G. Karch | 0.50 | 935.00 | 467.50 |
| M. O'Brien | 6.50 | 665.00 | 4,322.50 |
| T. Ward | 4.50 | 810.00 | 3,645.00 |
| **Totals** | **11.50** | | **$8,435.00** |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2329292 |
| Invoice Date: | 12/21/2011 |

---

## Remittance Copy
### Billing for services rendered through 11/30/2011

---

0520 All Direct Mail Services, Inc.

| | |
|---|---|
| Total Services | $ 1,041.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 1,041.00** |

| Invoice | Date | |
|---|---|---|
| 2159146 | 08/27/2010 | 424.20 |
| 2169702 | 09/24/2010 | 393.60 |
| 2180990 | 10/27/2010 | 1,866.60 |
| 2193511 | 11/19/2010 | 3,621.20 |
| 2200566 | 12/08/2010 | 4,018.30 |
| 2212870 | 01/26/2011 | 5,544.40 |
| 2226977 | 02/28/2011 | 8,140.30 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

<table><tr><td>

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

</td><td>

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

</td></tr></table>

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2329292
Invoice Date:   12/21/2011

| Invoice | Date | | |
|---------|------|---|---|
| 2234859 | 03/30/2011 | 128.40 | |
| 2245692 | 04/29/2011 | 1,350.70 | |
| 2254098 | 05/23/2011 | 1,128.70 | |
| 2297303 | 09/30/2011 | 42.80 | |
| 2314996 | 11/10/2011 | 749.00 | |

Total Outstanding Balance                              27,408.20

Total Balance Due                                     $ 28,449.20

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2329292 |
| Invoice Date: | 12/21/2011 |

## Client Copy
### Billing for services rendered through 11/30/2011

0520 All Direct Mail Services, Inc.

Total Services                                                                     $ 1,041.00

Total Costs and Other Charges Posted Through Billing Period                        0.00

**Total This Invoice**                                                             **$ 1,041.00**

| Invoice | Date | |
|---|---|---|
| 2159146 | 08/27/2010 | 424.20 |
| 2169702 | 09/24/2010 | 393.60 |
| 2180990 | 10/27/2010 | 1,866.60 |
| 2193511 | 11/19/2010 | 3,621.20 |
| 2200566 | 12/08/2010 | 4,018.30 |
| 2212870 | 01/26/2011 | 5,544.40 |
| 2226977 | 02/28/2011 | 8,140.30 |
| 2234859 | 03/30/2011 | 128.40 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | Client: | 020336 |
| | | Invoice: | 2329292 |
| | | Invoice Date: | 12/21/2011 |

| Invoice | Date | |
|---------|------|---|
| 2245692 | 04/29/2011 | 1,350.70 |
| 2254098 | 05/23/2011 | 1,128.70 |
| 2297303 | 09/30/2011 | 42.80 |
| 2314996 | 11/10/2011 | 749.00 |

Total Outstanding Balance                                                              27,408.20

Total Balance Due                                                              $ 28,449.20

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

12/21/2011

Invoice: 2329292
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0520          All Direct Mail Services, Inc.

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/04/11 | A. Turney | 0.50 | Email K. Ranta and J. Xanders regarding LA county tax liability and advice regarding same (.4); discuss same with D. Zucker (.1). |
| 11/17/11 | A. Turney | 0.70 | Review correspondence and materials on Bulks Sales Notice (.3); email regarding Bulk Sales Notice and conversation with LA County Tax Collector (.3); emails on background with K. Ranta (.1). |
| 11/18/11 | C. McNeil | 0.50 | Telephone conversation with A. Turney regarding proof of delivery of Bulk Sale Notice to LA County Tax Collector (.1); various correspondence and telephone conversations with Daily Journal Corporation and LA County Tax Collector in connection with same (.3); follow up correspondence with A. Turney regarding same (.1). |
| 11/18/11 | A. Turney | 0.40 | Emails with K. Ranta on bulk sales notice evidence (.2); review records/emails regarding same (.2). |

| | **Total Hours** | **2.10** | **Total For Services** | **$1,041.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| C. McNeil | 0.50 | 290.00 | 145.00 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2329292
Invoice Date:  12/21/2011

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Turney | 1.60 | 560.00 | 896.00 |
| **Totals** | **2.10** | | **$1,041.00** |
| | | **Total This Invoice** | **$1,041.00** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2329292

12/21/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|------:|-------:|
| C. McNeil | 0.50 | 290.00 | 145.00 |
| A. Turney | 1.60 | 560.00 | 896.00 |
| **Totals** | **2.10** | | **$1,041.00** |

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2329293 |
| Invoice Date: | 12/21/2011 |

## Remittance Copy
### Billing for services rendered through 11/30/2011

| | | |
|---|---|---|
| Total by Matter | | |
| 0527 2009 Audit | $ 9,065.00 | |
| Total Services | | $ 2,817.50 |
| Total Costs and Other Charges Posted Through Billing Period | | 6,247.50 |
| **Total This Invoice** | | **$ 9,065.00** |

| Invoice | Date | |
|---|---|---|
| 2225195 | 02/28/2011 | 3,159.30 |
| 2234863 | 03/30/2011 | 9,969.90 |
| 2245697 | 04/29/2011 | 78,639.60 |
| 2254101 | 05/23/2011 | 57,373.50 |
| 2268392 | 06/30/2011 | 46,232.00 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2329293
Invoice Date:    12/21/2011

| Invoice | Date | |
|---------|------|---|
| 2276798 | 07/28/2011 | 49,752.60 |
| 2286488 | 08/29/2011 | 33,131.90 |
| 2297306 | 09/30/2011 | 32,819.00 |
| 2308371 | 10/31/2011 | 115,166.52 |
| 2314998 | 11/10/2011 | 18,671.50 |

Total Outstanding Balance                                   444,915.82

Total Balance Due                                         $ 453,980.82

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2329293 |
| Invoice Date: | 12/21/2011 |

## Client Copy
## Billing for services rendered through 11/30/2011

Total by Matter
    0527 2009 Audit             $ 9,065.00

Total Services             $ 2,817.50

Total Costs and Other Charges Posted Through Billing Period      6,247.50

**Total This Invoice**             **$ 9,065.00**

| Invoice | Date | |
|---|---|---|
| 2225195 | 02/28/2011 | 3,159.30 |
| 2234863 | 03/30/2011 | 9,969.90 |
| 2245697 | 04/29/2011 | 78,639.60 |
| 2254101 | 05/23/2011 | 57,373.50 |
| 2268392 | 06/30/2011 | 46,232.00 |
| 2276798 | 07/28/2011 | 49,752.60 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2329293
Invoice Date:  12/21/2011

| Invoice | Date | | |
|---------|------|--|--|
| 2286488 | 08/29/2011 | 33,131.90 | |
| 2297306 | 09/30/2011 | 32,819.00 | |
| 2308371 | 10/31/2011 | 115,166.52 | |
| 2314998 | 11/10/2011 | 18,671.50 | |
| Total Outstanding Balance | | | 444,915.82 |
| Total Balance Due | | | $ 453,980.82 |

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

12/21/2011

Invoice: 2329293
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0527        2009 Audit

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/28/11 | B. Newgard | 0.50 | Consult with N. LeBeau regarding the editing of privilege log entries and review documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company. |
| 11/28/11 | N. LeBeau | 4.10 | Work on Privilege Log. |
| 11/29/11 | B. Newgard | 0.50 | Consult with N. LeBeau regarding the editing of privilege log entries (.1); review documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company (.4). |
| 11/29/11 | N. LeBeau | 3.60 | Work on Privilege Log. |
| 11/29/11 | Q. McElhaney | 0.20 | Collaborated on revised privilege log with N. LeBeau. |
| 11/30/11 | B. Newgard | 0.30 | Consult with N. LeBeau regarding the editing of privilege log entries (.1); review documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company (.2). |
| 11/30/11 | N. LeBeau | 2.30 | Work on Privilege Log. |

|  | **Total Hours** | **11.50** | **Total For Services** | **$2,817.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| N. LeBeau | 10.00 | 245.00 | 2,450.00 |
| Q. McElhaney | 0.20 | 245.00 | 49.00 |

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2329293
Invoice Date: 12/21/2011

| Name | Hours | Rate | Amount |
|---|---|---|---|
| B. Newgard | 1.30 | 245.00 | 318.50 |
| **Totals** | **11.50** | | **$2,817.50** |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---|
| 05/20/11 | Document Services<br>VENDOR: @Legal Discovery LLC; INVOICE#: 1570;<br>DATE: 5/20/2011  -  Native file processing | 639.00 |
| 05/23/11 | Document Services<br>VENDOR: @Legal Discovery LLC; INVOICE#: 1573;<br>DATE: 5/23/2011  -  Native file processing | 1,524.00 |
| 05/23/11 | Document Services<br>VENDOR: @Legal Discovery LLC; INVOICE#: 1572;<br>DATE: 5/23/2011  -  Native file processing | 591.00 |
| 05/23/11 | Document Services<br>VENDOR: @Legal Discovery LLC; INVOICE#: 1576;<br>DATE: 5/23/2011  -  Tiff conversion | 2,132.00 |
| 05/23/11 | Document Services<br>VENDOR: @Legal Discovery LLC; INVOICE#: 1574;<br>DATE: 5/23/2011  -  Tiff conversion | 227.50 |
| 05/23/11 | Document Services<br>VENDOR: @Legal Discovery LLC; INVOICE#: 1571;<br>DATE: 5/23/2011  -  Native file processing | 1,134.00 |

**Total Costs and Other Charges**     **$6,247.50**

**Total This Invoice**     **$9,065.00**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2329293

12/21/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| N. LeBeau | 10.00 | 245.00 | 2,450.00 |
| Q. McElhaney | 0.20 | 245.00 | 49.00 |
| B. Newgard | 1.30 | 245.00 | 318.50 |
| **Totals** | **11.50** | | **$2,817.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2329294 |
| Invoice Date: | 12/21/2011 |

## Remittance Copy
### Billing for services rendered through 11/30/2011

0529 Local TV

| | |
|---|---|
| Total Services | $ 28,440.50 |
| Total Costs and Other Charges Posted Through Billing Period | 38.25 |
| **Total This Invoice** | **$ 28,478.75** |

| Invoice | Date | |
|---|---|---|
| 2254103 | 05/23/2011 | 2,079.00 |
| 2268387 | 06/30/2011 | 176.40 |
| 2276799 | 07/28/2011 | 1,323.00 |
| 2286489 | 08/29/2011 | 1,827.00 |
| 2297307 | 09/30/2011 | 1,726.20 |
| 2308372 | 10/31/2011 | 2,205.00 |
| 2314999 | 11/10/2011 | 25,831.95 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2329294
Invoice Date:  12/21/2011

Total Outstanding Balance                              35,168.55

Total Balance Due                                  $ 63,647.30

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2329294 |
| Invoice Date: | 12/21/2011 |

## Client Copy
### Billing for services rendered through 11/30/2011

0529 Local TV

| | |
|---|---|
| Total Services | $ 28,440.50 |
| Total Costs and Other Charges Posted Through Billing Period | 38.25 |
| **Total This Invoice** | **$ 28,478.75** |

| Invoice | Date | |
|---|---|---|
| 2254103 | 05/23/2011 | 2,079.00 |
| 2268387 | 06/30/2011 | 176.40 |
| 2276799 | 07/28/2011 | 1,323.00 |
| 2286489 | 08/29/2011 | 1,827.00 |
| 2297307 | 09/30/2011 | 1,726.20 |
| 2308372 | 10/31/2011 | 2,205.00 |
| 2314999 | 11/10/2011 | 25,831.95 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2329294
Invoice Date:   12/21/2011

Total Outstanding Balance                                    35,168.55

Total Balance Due                                         $ 63,647.30

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

12/21/2011

Invoice: 2329294
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0529        Local TV

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/11 | M. Lee | 8.50 | Review multiple emails from S. Karottki regarding Hundemer Invention Agreement and License Agreement (.6); revise revised Hundemer Invention Assignment and prepare email to S. Karottki regarding same (1.9); telephone conference with S. Karottki regarding further revisions to same (.3); make further changes to Hundemer Invention Assignment and prepare email to S. Karottki regarding same (2.8); revise License Agreement and prepare email to S. Karottki regarding same (2.9). |
| 11/02/11 | T. Mosher-Beluris | 0.30 | Analyze whether scope of proposed damages provision will allow for any remedy to license other than injunctive relief and termination. |
| 11/02/11 | M. Lee | 7.80 | Review multiple emails from S. Karottki regarding License Agreement (.5); multiple telephone conferences with S. Karottki regarding same (.6); revise Hundemer Invention Assignment and prepare email to S. Karottki regarding same (2.3); confer with T. Beluris regarding impact of consequential damage waiver (.4); prepare email to S. Karottki regarding same (.6); revise License Agreement and prepare email to S. Karottki regarding same (2.4); prepare email to S. Karottki regarding proposed revisions to no challenge clause (1.0). |
| 11/03/11 | M. Lee | 1.80 | Review emails from S. Karottki regarding License Agreement in connection MSA (.7); review License Agreement in connection MSA (.7); prepare email to S. Karottki regarding license agreement (.4). |
| 11/04/11 | M. Lee | 2.00 | Multiple telephone conferences with S. Karottki regarding License Agreement (.4); review multiple |

McDermott
Will & Emery

Tribune Company

Client:        020336
Invoice:       2329294
Invoice Date:  12/21/2011

| Date | Name | Hours | Description |
|------|------|-------|-------------|
|          |         |      | emails from S. Karottki regarding same (.5); further review of License Agreemen (1.1)t |
| 11/07/11 | M. Lee | 2.00 | Multiple telephone conferences with S. Karottki regarding License Agreement (.5); review multiple emails from S. Karottki regarding same (.3); review License Agreement (1.2). |
| 11/08/11 | M. Lee | 3.90 | Multiple emails to and from S. Karottki regarding License Agreement (.8); multiple telephone conferences with S. Karottki regarding License Agreement (.3); confer with M. Itri regarding disclaimer provisions in License Agreement (.2); make multiple revisions to License Agreement and prepare email to S. Karottki regarding same (1.0); telephone conference with S. Karottki regarding Hundemer invention assignment (.2); prepare proposed language for Hundemer invention assignment (1.1); multiple emails to and from S. Karottki regarding same (.3). |
| 11/09/11 | M. Lee | 0.10 | Review email from S. Karottki regarding proposed language for Hundemer agreement. |
| 11/10/11 | M. Lee | 0.10 | Prepare email to S. Karottki regarding proposed language for Hundemer agreement. |
| 11/17/11 | M. Lee | 1.20 | Review multiple emails from S. Karottki regarding comments from Local TV (.3); prepare multiple emails to S. Karottki regarding same (.4); review revised License Agreement from Local TV (.5). |
| 11/18/11 | M. Lee | 3.50 | Review multiple emails from S. Karottki regarding license agreement (.4); prepare multiple emails to S. Karottki regarding same (.7); multiple telephone conferences with S. Karottki regarding same (.5); prepare multiple revisions to License Agreement (1.9). |
| 11/21/11 | M. Lee | 1.00 | Review revised License Agreement from Local TV (.4); review multiple emails from S. Karottki regarding same (.2); prepare multiple emails to S. Karottki regarding same (.4). |
| 11/22/11 | M. Lee | 2.70 | Prepare multiple emails to S. Karottki regarding license agreement (.6); review multiple emails from S. Karottki regarding same (.3); multiple telephone conferences with S. Karottki regarding same (.6); revisions to License |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2329294
Invoice Date:  12/21/2011

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | Agreement (1.2). |
| 11/23/11 | M. Lee | 1.80 | Multiple emails with S. Karottki regarding license agreement (.2); telephone conferences with S. Karottki regarding same (.2); revise License Agreement (.4); review revised License Agreement from LTV (.4); prepare email to S. Karottki providing comments to same (.6). |
| 11/28/11 | M. Lee | 2.00 | Multiple emails with S. Karottki regarding license agreement (.4); telephone conferences with S. Karottki regarding same (.4); multiple revisions to License Agreement (1.2). |
| 11/30/11 | M. Lee | 1.30 | Multiple emails with S. Karottki regarding license agreement (.6); telephone conference with S. Karottki regarding same (.4); revise License Agreement (.3). |

| | **Total Hours** | **40.00** | | **Total For Services** | **$28,440.50** |
|---|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| M. Lee | 39.70 | 710.00 | 28,187.00 |
| T. Mosher-Beluris | 0.30 | 845.00 | 253.50 |
| **Totals** | **40.00** | | **$28,440.50** |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---|
| 11/01/11 | Telecommunications<br>Ext. 77141 called CHICAGO, (312) 222-3290. | 3.75 |
| 11/02/11 | Telecommunications<br>Ext. 77141 called CHICAGO, (312) 222-3290. | 8.55 |
| 11/02/11 | Telecommunications<br>Ext. 77141 called CHICAGO, (312) 222-3290. | 6.30 |
| 11/07/11 | Telecommunications | 5.85 |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2329294
Invoice Date:   12/21/2011

| Date | Description | Amount |
|---|---|---|
| | Ext. 77141 called CHICAGO, (312) 222-3290. | |
| 11/08/11 | Telecommunications | 1.65 |
| | Ext. 77141 called CHICAGO, (312) 222-3290. | |
| 11/18/11 | Telecommunications | 3.45 |
| | Ext. 77141 called CHICAGO, (312) 222-3290. | |
| 11/22/11 | Telecommunications | 4.05 |
| | Ext. 77141 called CHICAGO, (312) 222-3290. | |
| 11/30/11 | Telecommunications | 4.65 |
| | Ext. 77141 called CHICAGO, (312) 222-3290. | |

**Total Costs and Other Charges    $38.25**

**Total This Invoice    $28,478.75**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2329294

12/21/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| M. Lee | 39.70 | 710.00 | 28,187.00 |
| T. Mosher-Beluris | 0.30 | 845.00 | 253.50 |
| **Totals** | **40.00** | | **$28,440.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2329295 |
| Invoice Date: | 12/21/2011 |

## Remittance Copy
### Billing for services rendered through 11/30/2011

0534 Project Valencia

| | |
|---|---|
| Total Services | $ 10,681.00 |
| Total Costs and Other Charges Posted Through Billing Period | 117.85 |
| **Total This Invoice** | **$ 10,798.85** |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2329295 |
| Invoice Date: | 12/21/2011 |

## Client Copy
### Billing for services rendered through 11/30/2011

0534 Project Valencia

| | |
|---|---|
| Total Services | $ 10,681.00 |
| Total Costs and Other Charges Posted Through Billing Period | 117.85 |
| **Total This Invoice** | **$ 10,798.85** |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

12/21/2011

Invoice: 2329295
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0534        Project Valencia

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/11 | P. Compernolle | 0.80 | Review employee benefits provisions of asset purchase agreement. |
| 11/02/11 | P. Compernolle | 1.00 | Review employee benefits provisions in asset purchase agreement (.7); draft summary email for J. Holdvogt (.3). |
| 11/02/11 | J. Holdvogt | 1.50 | Review employee benefits issues in asset purchase agreement (1.1); review and revise email summary of projected employee benefits issues for project (.4). |
| 11/03/11 | P. Compernolle | 0.80 | Email to M. Bourgon regarding benefits aspects of asset purchase agreement. |
| 11/03/11 | J. Holdvogt | 0.50 | Continue reviewing asset purchase agreement for employee benefits issues (.4); conference with P. Compernolle regarding same (.1). |
| 11/28/11 | P. Compernolle | 0.50 | Review employee benefit provisions of letter of intent. |
| 11/28/11 | B. Gruemmer | 1.80 | Initial review of form Stock Purchase Agreement and developing list of issues for the Legacy matter. |
| 11/29/11 | B. Gruemmer | 2.50 | Prepare for and attend call with D. Eldersveld and D. Kazan on Legacy Asset Purchase Agreement (.9); prepare for and attend call with Legacy counsel regarding comments to Stock Purchase Agreement (1.0); follow-up with Tribune regarding same (.6). |
| 11/30/11 | B. Gruemmer | 3.30 | Beginning to review and revise latest draft of Purchase Agreement. |
| 11/30/11 | C. Lin | 1.00 | Review and revise Merger Agreement for Legacy matter. |

|  | **Total Hours** | **13.70** |  | **Total For Services** | **$10,681.00** |
|--|--|--|--|--|--|

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2329295
Invoice Date:  12/21/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 3.10 | 820.00 | 2,542.00 |
| B. Gruemmer | 7.60 | 840.00 | 6,384.00 |
| J. Holdvogt | 2.00 | 580.00 | 1,160.00 |
| C. Lin | 1.00 | 595.00 | 595.00 |
| **Totals** | **13.70** | | **$10,681.00** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Express Mail | 13.75 |
| Photocopy | 104.10 |
| **Total Costs and Other Charges** | **$117.85** |
| **Total This Invoice** | **$10,798.85** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2329296 |
| Invoice Date: | 12/21/2011 |

## Remittance Copy
### Billing for services rendered through 11/30/2011

0015 Partnership Transaction
Client/Reference Number: 0000001896

| | |
|---|---|
| Total Services | $ 6,974.50 |
| Total Costs and Other Charges Posted Through Billing Period | 74.47 |
| **Total This Invoice** | **$ 7,048.97** |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2329296 |
| Invoice Date: | 12/21/2011 |

## Client Copy
### Billing for services rendered through 11/30/2011

0015 Partnership Transaction
Client/Reference Number: 0000001896

| | |
|---|---:|
| Total Services | $ 6,974.50 |
| Total Costs and Other Charges Posted Through Billing Period | 74.47 |
| **Total This Invoice** | **$ 7,048.97** |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

12/21/2011

Invoice: 2329296
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0015          Partnership Transaction
                      Client/Reference Number: 0000001896

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/10/11 | R. Harris | 0.50 | Review letter from Cubs regarding plans for Mueller Building (.3); correspondence with client regarding same (.2). |
| 11/10/11 | D. Neville | 1.50 | Draft and review Mueller Building Tenant Improvement response letter (1.1); review of Mueller Building emails and Cubs tenant improvement response letter and lease in connection with same (.4). |
| 11/11/11 | R. Harris | 0.80 | Draft response letter to Cubs regarding Mueller Building renovations (.4); review materials regarding same, including Formation Agreement (.4). |
| 11/14/11 | R. Harris | 0.80 | Draft response letter to Cubs regarding proposed Mueller Building renovations. |
| 11/14/11 | C. Parker | 2.30 | Revise closing book index for arbitration documents (1.0); compile final arbitration documents (.7); review exhibits and prepare exhibit indexes (.5); office conference with R. Harris re additional documentation (.1). |
| 11/14/11 | D. Neville | 0.20 | Revise response letter regarding Mueller Building renovations. |
| 11/15/11 | R. Harris | 0.40 | Correspondence with Cubs regarding Mueller Building. |
| 11/15/11 | C. Parker | 1.50 | Compile final closing book (.8); review final closing book index (.3); coordinate creation of closing book and CD with exhibits (.4). |
| 11/17/11 | R. Harris | 0.20 | Review and respond to email from M. Lufrano regarding Mueller Building project. |
| 11/17/11 | C. Lin | 1.50 | Review Radio Broadcast Rights Agreement (.4); draft memorandum regarding same (1.1). |

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

| | | |
|---|---|---|
| Client: | 022182 |
| Invoice: | 2329296 |
| Invoice Date: | 12/21/2011 |

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/17/11 | C. Parker | 0.70 | Review final closing book containing arbitration documents (.4); coordinate delivery of same to client (.3). |
| 11/18/11 | C. Lin | 0.50 | Review write-up on Radio agreement. |
| 11/23/11 | R. Harris | 0.10 | Telephone conference with M. Lufrano regarding Mueller Building. |
| 11/29/11 | D. Neville | 3.00 | Draft consent and indemnity agreement related to Mueller Building tenant improvements (2.4); in connection therewith, review emails, letters, site plan and lease (.6). |

| | | | |
|---|---|---|---|
| **Total Hours** | **14.00** | **Total For Services** | **$6,974.50** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| R. Harris | 2.80 | 640.00 | 1,792.00 |
| C. Lin | 2.00 | 595.00 | 1,190.00 |
| D. Neville | 4.70 | 500.00 | 2,350.00 |
| C. Parker | 4.50 | 365.00 | 1,642.50 |
| **Totals** | **14.00** | | **$6,974.50** |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---|
| 10/20/11 | Telecommunications VENDOR: Conference Plus, Incorporated; INVOICE #29650378; INVOICE DATE: 11/01/11; Call Date: 10/20/11; Order #31029366; Host NAME: Brooks Gruemmer | 6.19 |
| 11/14/11 | Express Mail FedEx #770243757 - 473762002728, CHICAGO | 10.92 |
| 11/14/11 | Photocopy Device 01CHI29C. 06395 | 0.40 |
| 11/17/11 | Photocopy | 41.40 |

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client:        022182
Invoice:       2329296
Invoice Date:  12/21/2011

| Date | Description | Amount |
|------|-------------|-------:|
|  | Device 01CHI22C. | |
| 11/18/11 | Express Mail | 15.16 |
|  | FedEx #770976858 - 473762004720, CHICAGO | |
| 11/18/11 | Photocopy | 0.40 |
|  | Device 01CHI08C. | |

|  |  |
|---|---:|
| **Total Costs and Other Charges** | **$74.47** |
| **Total This Invoice** | **$7,048.97** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
Invoice: 2329296

12/21/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Harris | 2.80 | 640.00 | 1,792.00 |
| C. Lin | 2.00 | 595.00 | 1,190.00 |
| D. Neville | 4.70 | 500.00 | 2,350.00 |
| C. Parker | 4.50 | 365.00 | 1,642.50 |
| **Totals** | **14.00** | | **$6,974.50** |

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2329297 |
| Invoice Date: | 12/21/2011 |

---

### Remittance Copy
**Billing for services rendered through 11/30/2011**

---

Total by Matter
    0507 Newsday                                            $ 16,595.83
    Client/Reference Number: 0000001849

Total Services                                                        $ 16,591.50

Total Costs and Other Charges Posted Through Billing Period                    4.33

**Total This Invoice**                                            **$ 16,595.83**

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2329297 |
| Invoice Date: | 12/21/2011 |

## Client Copy
### Billing for services rendered through 11/30/2011

Total by Matter
    0507 Newsday                                  $ 16,595.83
    Client/Reference Number: 0000001849

Total Services                                               $ 16,591.50

Total Costs and Other Charges Posted Through Billing Period        4.33

**Total This Invoice**                               **$ 16,595.83**

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

12/21/2011

Invoice: 2329297
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0507          Newsday
                      Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/11 | P. McCurry | 0.60 | Conduct second level review of Paul Hastings documents (0.6). |
| 11/01/11 | B. Newgard | 8.60 | Run targeted searches in response to IRS document requests (2.7); conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company (5.9). |
| 11/01/11 | N. LeBeau | 1.70 | Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 11/02/11 | P. McCurry | 0.10 | Follow up with staff attorneys re Paul Hastings review (0.1). |
| 11/02/11 | B. Newgard | 7.90 | Run targeted searches in response to IRS document requests (3.3); conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company (4.6). |
| 11/02/11 | N. LeBeau | 7.40 | Second Level Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction (2.2); Work on Privilege Log and Redaction Log (5.2). |
| 11/02/11 | D. Gardner | 2.10 | Phone communications with N. LeBeau regarding creating a search in Relativity (.20); create complex search regarding same (1.90). |
| 11/03/11 | B. Newgard | 8.40 | Edit privilege log entries (5.3); review documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company (3.1). |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2329297 |
| Invoice Date: | 12/21/2011 |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/03/11 | N. LeBeau | 2.90 | Work on Redaction Log. |
| 11/04/11 | B. Newgard | 6.70 | Edit privilege log entries (4.5); review documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company (2.2). |
| 11/07/11 | P. McCurry | 0.40 | Discussions with staff attorneys re privilege and redaction logs (0.4). |
| 11/07/11 | B. Newgard | 8.60 | Edit privilege log entries (5.9); review documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company (2.7). |
| 11/07/11 | N. LeBeau | 1.20 | Work on Redaction Log (1.0); Run Production Search (.2). |
| 11/28/11 | P. McCurry | 1.70 | Research in connection with question from IRS re audit (1.7). |
| 11/29/11 | P. McCurry | 0.80 | Calls with N. Lebeau and M. Melgarejo re responses to IRS inquiring re privilege log. |
| 11/30/11 | P. McCurry | 1.80 | Calls with N. Lebeau re privilege log issues (0.8); work on privilege log issues (1.0). |

| | **Total Hours** | **60.90** | **Total For Services** | **$16,591.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| D. Gardner | 2.10 | 385.00 | 808.50 |
| N. LeBeau | 13.20 | 245.00 | 3,234.00 |
| P. McCurry | 5.40 | 500.00 | 2,700.00 |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2329297
Invoice Date:  12/21/2011

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| B. Newgard | 40.20 | 245.00 | 9,849.00 |
| **Totals** | **60.90** | | **$16,591.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|-------:|
| 10/31/11 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #29725418; INVOICE DATE: 11/01/11; Call Date: 10/31/11; Order #31105567; Host NAME: Brooks Gruemmer | 4.33 |

**Total Costs and Other Charges**     **$4.33**

**Total This Invoice**     **$16,595.83**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2329297

12/21/2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| D. Gardner | 2.10 | 385.00 | 808.50 |
| N. LeBeau | 13.20 | 245.00 | 3,234.00 |
| P. McCurry | 5.40 | 500.00 | 2,700.00 |
| B. Newgard | 40.20 | 245.00 | 9,849.00 |
| **Totals** | **60.90** | | **$16,591.50** |

U.S. practice conducted through McDermott Will & Emery LLP.