# EXHIBIT B

## Complaint

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA
CIVIL ACTION

Jacquelyn Renee Oxendine, Esquire
                Plaintiff,

CASE NO.: _____
DIVISION: _____

vs.

The Tribune Company,
          Defendant.

_____/

## COMPLAINT

Plaintiff, JACQUELYN RENEE OXENDINE, brings this action against Defendant, THE TRIBUNE COMPANY, for compensatory, and punitive damages, and other statutory relief, brought pursuant to Florida Statute 770 (2008), and states:

### THE PARTIES

1. Jacquelyn Oxendine, Esq. brings this libel action under Florida Statute 770, and seeks compensatory, and punitive relief.

2. The Tribune Company, at all times material hereto, has conducted business at 633 N Orange Avenue, Orlando, Florida 32801; as owner of The Orlando Sentinel.

### JURISDICTION

3. This Court has jurisdiction pursuant to the provisions of Florida Statute 48.193 (2008)

4. Defendants, at all times material hereto have operated, conducted, engaged in, and carried on a business in this state, and had offices and agencies in this state as those terms are defined in 48.193(a), Florida Statutes (2008).

5. The Plaintiff seeks damages in excess of $15,000, a matter in controversy which is the jurisdiction of this Honorable Court.

## VENUE

6. Venue is proper in Brevard County; one of the counties where the material was first placed on sale.

7. The Orlando Sentinel is routinely distributed in Brevard County, Florida. The Plaintiff legally represented persons in Brevard at the time of the publication.

## FACTS OF PUBLICATION

8. On January 26, 2007, the Defendant's newspaper The Orlando Sentinel, published defamatory material about the Plaintiff. The defamatory material was published to existing and potential clients, and peers in at least the following counties of Florida, all of which Plaintiff has legally represented a number of persons: Orange, Osceola, Lake, Volusia, Brevard, and Polk. The defamatory material was also published to subscribers Worldwide. Prior to the publication of the libelous material that is the subject of this lawsuit, the Plaintiff enjoyed a reputation for honesty, integrity, and trustworthiness.

9. The January 26, 2007 newspaper article, and subsequent June 2007 newspaper chart; copies of which are attached hereto and incorporated herein by reference, states in pertinent part, that "The court said Oxendine may be causing 'great public harm' because of 'paranoid and erratic' behavior before Orange County Judge Faye Allen and other attorneys."

10. This statement, and the alleged act that it embodies are false, defamatory, and per se libelous, and moreover, were published in complete disregard of their obviously harmful effect on the Plaintiff's reputation and good standing in this community. Attached is a copy of a responsible newspaper article, from The Bradenton Herald, covering this exact same story. A copy of The Bradenton Herald article dated January 17, 2007 is attached hereto and incorporated herein by reference.

2

In addition, the words themselves have caused the Plaintiff to be regarded with scorn, contempt, ridicule. and disrespect by her friends, neighbors, business associates, and family, and will continue to do so for the foreseeable future.

11. As a direct and proximate result of this false, and libelous publication, the Plaintiff has thereby been caused to suffer great mental anguish, distress and torment as well as loss of sleep, and continuing humiliation, shame, loss or reputation and embarrassment.

10. As a further direct and proximate result of the Defendant's libelous language, the Plaintiff has suffered from migraine headaches, high blood pressure, and related loss of sleep and mental distress.

11. As a further direct and proximate result of the Defendant's libelous language, the Plaintiff has suffered pecuniary loss, and lost business profits because of the publication of the defamatory statement. Specifically Plaintiff's IRS statements prove income of 52K for 2006; 23K for 2007, then 7K for 2008. IRS documentation is available upon request.

12. On October 30, 2008, the Plaintiff served The Tribune Company notice pursuant to Florida Statute Section 770.001, informing them of the two publications that are libelous: an article published on January 26, 2007, and a chart published in June of 2007, proof of that Florida Statute 77.01 notice is evidenced by The Tribune Companies November 19, 2008 initial response to the notice; a copy of which is attached hereto and incorporated herein by reference. The defamatory statement published on June,2007 remains Internet posted to this date, with the libelous material unchanged. A January 20, 2009 copy of which is attached hereto and incorporated by reference.

3

13. Defendant did not publish a full and fair correction, apology, or retraction within the time limits set forth in the statute. The Plaintiff noticed the Defendant of the libel on October 30, 2008; the purported correction was not published until November 29, 2008. The correction is comes well after the 10 days required by the statute. This purported correction does not reference the June, 2007 chart either; the November 29, 2008 statement made by the Defendant is neither full, fair, nor within the time limits set forth in the statute. A copy of the November 29, 2008 retraction is attached hereto and incorporated by reference.

14. Because this libelous statement was and continues to be published intentionally, and with total disregard for its truth or falsity, or of it's ultimate effect on the Plaintiff, the Defendant should also be assessed punitive damages in an amount commensurate with the maliciousness of the libel, and to deter any such libelous publications in the future.

13. As a proximate result of the libelous charge made by the Defendant, the Plaintiff has lost her good reputation and good standing in the community, for which the Plaintiff should be compensated by the Defendant.

WHEREFORE, the Plaintiff asks for judgment:

14. Removal of the defamatory statement "The Court said Oxendine may be causing 'great public harm' because of paranoid and erratic' behavior before Orange County Judge Faye Allen and other attorneys." from the following internet posting:

> Chart: Florida's disciplined lawyers 2006-present—Orlando Sentinel.com -
> http://www.orlandosentinel.com/news/local/state/orl-disciplined-lawyers-chart,0,1453625...

4

15. Actual damages in the amount of Forty Seven Thousand, Seven Hundred and Ten Dollars ($47,710) for loss business profits.

16. Actual damages for injury to plaintiff's reputation, injured feelings and personal and public humiliation, in the amount of Two Million and Five Hundred Thousand Dollars ($2,500,000).

17. Punitive damages in the amount of Three Million and Seven Hundred and Fifty Thousand Dollars ($3,750,000) resulting from the per se nature of this libel that pertains to Plaintiff's occupation.

18. Punitive damages in the amount of Three Million and Seven Hundred and Fifty Thousand Dollars ($3,750,000) because the Defendant did not publish a full and fair correction, apology, or retraction within the time limits set forth in the statute.

19. The costs of suit as incurred in this action; and for any other and further relief as this Honorable Court may deem appropriate.

### DEMAND FOR JURY TRIAL
Plaintiff demands a trial by jury for all issues so triable.

Jacquelyn Oxendine, Esq

JACQUELYN RENEE OXENDINE, Esq. Pro Se
111 2nd Avenue NE - Suite 900
Saint Petersburg, Florida 33701
(727) 278-5237 (telephone)
(727) 894-4520 (facsimile)
email: jacquioxendine@aol.com
January 21, 2009

5

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing complaint was sent by U.S. mail to Donald Liebenritt, Esq., 435 N Michigan Avenue – Suite 600, Chicago, IL 60611 on this the 21st day of January, 2009.

    I HEREBY CERTIFY that United Processing Inc., Chicago Process Server, Chicago Illinois License # 117-001101 was hired to personally serve The Tribune Company, Donald Liebentritt, Esq, on this the 21st day of January, 2009.

                                      Jacquelyn Oxendine, Esq

                                      Jacquelyn Oxendine, Esq.
                                      January 21, 2009

Orlando Sentinel                                                                                    Page 1 of 2

From: jacquioxendine@aol.com
To: jacquioxendine@aol.com
Subject: Orlando Sentinel
Date: Sat, 26 Jan 2008 10:59 am

State's top court penalizes 8 lawyers
[FINAL Edition]

Orlando Sentinel - Orlando, Fla.
Author:        Jim Leusner, Sentinel Staff Writer
Date:          Jan 26, 2007
Section:       LOCAL & STATE
Text Word Count: 389

**Document Text**

Eight Central Florida lawyers, including attorneys from Winter Park and Kissimmee who were disbarred, have been disciplined Court for assorted ethical violations.

Winter Park attorney John Shields Locke and Kissimmee lawyer Stanley Craig Wakefield were disbarred late last year, the Flor Locke, 34, who practiced law for six years, was found to have engaged in unlawful conduct and failed to competently represent and 2006 after abandoning his practice in Ponce Inlet. Wakefield, 56, who practiced law for 25 years, was sentenced to five ye Orange County for securities fraud.

Other disciplinary actions:

Dolores Lori Wheeler of Orlando was suspended for one year, in addition to an earlier two-year suspension announced last mo while representing several clients since 2003.

Dean Fredrick Mosley, 47, of Orlando and a 21-year law veteran, was ordered to receive a public reprimand from a Bar referee of probation for failing to preserve a client's property.

J. William Masters II, 58, of Orlando and a lawyer for 33 years, was reprimanded and placed on probation for one year for failin client in a divorce case.

Gregory A. Meeks II, 30, of Orlando and a lawyer for five years, was suspended for 91 days, retroactive to late November. He f appeal for a client or visit him in jail to discuss the case, as promised, which led to the appeal being denied. He also was found criminal cases of a man whom he solicited as a client while working as an assistant Orange County public defender.

Jacquelyn Renee Oxendine of Orlando was placed on probation effective Dec. 1 and was ordered to undergo psychiatric evalu fitness to practice law. The court said Oxendine may be causing "great public harm" because of "paranoid and erratic" behavio Judge Faye Allen and other attorneys.

Peter James Correnti, 45, of Sorrento and a 16-year-veteran, was reprimanded for failing to maintain required legal education, not showing up for jury selection in a 2006 Seminole County case. He also was cited for being arrested April 27 with a suspenc unauthorized use of a handicap permit.

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

**Abstract (Document Summary)**

Eight Central Florida lawyers, including attorneys from Winter Park and Kissimmee who were disbarred, have been disciplined Court for assorted ethical violations. Winter Park attorney John Shields Locke and Kissimmee lawyer Stanley Craig Wakefield year, the Florida Bar announced.

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Other Formats: Abstract   Full Text   Page Print   Printer Friendly

Logged in as: Christine Oxendine          Buy Accesses
Log Out                                    Previously Viewed Articles

ProQuest Archiver

- Orlando.Metromix.com |
- El Sentinel.com |
- Latimes.com |
- Newsday.com |
- ChicagoTribune.com |
- BaltimoreSun.com |
- South Florida Sun-Sentinel.com |

http://webmail.aol.com/34032/aol/en-us/Mail/PrintMessage.aspx                             1/28/2008

List of lawyers disciplined by the Florida Supreme Court -- OrlandoSentinel.com        Page 1 of 2




January 28, 2008

Search [......] Go   ◉ OrlandoSentinel.com   ◯ Web enhanced by 



## List of lawyers disciplined by the Florida Supreme Court

Lawyers in Florida are regulated by The Florida Bar and disciplined by the Florida Supreme Court. Below is a list of ethical violations:

Classifieds
Place an Ad
Jobs
Cars
Real Estate
Apartments
Items for sale
Pets
Services
Public/legal notices
Dating/Personals
Celebrations



Weather

News

Opinion-Editorials

Blogs

Columnists

Videos

Photos-Multimedia

Shopping

Resources
Site Registration
Get Text Alerts
Get Newsletters
Get RSS Feeds
Contact Us
Corrections
Message Boards
Sudoku
Horoscopes
Grocery Coupons
Business Directories
Site Map

Newspaper Services
Send a News Tip
Subscriber Services
Advertise With Us
Search Our Archives
Buy Our Photos
Buy Back Issues

| Name | City | BarAction | Reason |
|---|---|---|---|
| Robert John Capko | Lake Mary | Disbarred for five years | Violated several professional rules, including failing to diligentl Capko was found to have taken payment from clients in 2004 and real estate cases, but never completed the work nor comm unreachable. He did not respond to or contest the investigation |
| Jean Helen Bickerstaff | West Melbourne | Suspended for 90 days and given three years probation | Failing to ensure that business associates acted professionally accounting procedures. Bickerstaff was found to have inadequ trust account while she helped run an investment company wit Although the mishandling of funds did not involve Bickerstaff, checks to pay investors. |
| Mark Fredric Shapiro | Orlando | Probation for two years | Failing to properly maintain trust accounting procedures. He al investigation and audit costs, and undergo additional record-k |
| John Shields Locke | Winter Park | Disbarred | Engaged in unlawful conduct and failed to competently represe abandoning his practice in Ponce Inlet. |
| Stanley Craig Wakefield | Kissimmee | Disbarred | Securities fraud; sentenced to 5 years in prison. |
| Dolores Lori Wheeler | Orlando | Disbarred | Unethical conduct while representing several clients since 200! disciplinary hearings. |
| Dean Fredrick Mosley | Orlando | Ordered to receive a public reprimand from a Bar referee and received two years of probation | Failing to preserve a client's property |
| J. William Masters II | Orlando | Reprimanded and placed on probation for one year | Failing to diligently represent a client in a divorce case. |
| Gregory A. Meeks II | Orlando | Suspended for 91 days, retroactive to late November 2006 | Failed to file a criminal appeal for a client or visit him in jail be to the appeal being denied. He also was found to have mishan he solicited as a client while working as an assistant Orange C |
| Jacquelyn Renee Oxendine | Orlando | Placed on probation effective Dec. 1, 2006 and ordered to undergo psychiatric evaluation to determine fitness to practice law | The court said Oxendine may be causing "great public harm" b before Orange County Judge Faye Allen and other attorneys. |
| Peter James Correnti | Sorrento | Reprimanded | Failing to maintain required legal education, pay Bar legal dues a 2006 Seminole County case. He also was cited for being arre license and unauthorized use of a handicap permit. |
| Gary Siplin | Orlando | Suspended | State Senator convicted in August of grand theft and using sta election; appealing |
| John Chandler Ross | Orlando | Probation for three years | Failing to promptly and diligently represent a client in an unsp treatment and counseling. |
| Regina Elizabeth Glossick Cox | Winter Park | Reprimanded and placed on probation for three years, retroactive to May 4, 2006 | Failed to properly represent a client in a drunken-driving case was ordered to undergo treatment. |
| Vinette Morris Hudson | Apopka | Suspended for 90 days | Failing to repay a client overcharged in a 2005 divorce case. H for a previous grievance, was ordered to attend a trust-accoun |
| Stephen Glenn Martin | Ormond Beach | Disbarred | Failing to protect a client's interest after termination of repres interfering with justice. |
| James Patrick Woods | Orlando | Suspended for three years | Improperly handled civil and criminal cases while suspended fo possession charges; also accused of neglecting clients |
| Albert Scott Lugano | Melbourne | Suspended | Assorted financial and accounting irregularities with clients; 16 |
| James Joel Birch | Lake Wales | Suspended for 90 days | Secretly diverting clients from a law firm he worked for from 2 |
| Mark William Van Haasteren | Orlando | Probation for one year | Failing to receive Bar approval for an advertisement |
| Nancy Faye Lusk | Winter Park | Probation for one year | Failing to receive Bar approval for an advertisement |

http://www.orlandosentinel.com/community/news/winterpark/orl-lawyerdiscipline-072007...   1/28/2008

List of lawyers disciplined by the Florida Supreme Court — OrlandoSentinel.com        Page 2 of 2



Front Page

| | Hutchison | | | |
|---|---|---|---|---|
| | Andrea Ruth Bateman | Orlando | Probation for two years | Commingling personal and trust funds |
| | Susan Lynn Eberle | Orlando | Placed on probation for two years, consecutive to earlier two-year probation | Failing to diligently represent a family in a probate case |
| | Susan K.W. Erlenbach | Titusville | Suspended indefinitely | Failing to shut down her practice per a Florida Supreme Court probation term requiring an accounting review of her business |
| | Timothy P. Hecks II | | Suspended for 91 days retroactive to Oct. 25, 2006 | Suspended by federal appeals court in Atlanta for failing to file |
| | Barry R. Nager | Winter Springs | Suspended for 90 days and placed on 90 days probation | Failing to supervise two non-lawyer office employees in trust, semi-retired. |

**careerbuilder** TopJobs

RECEPTIONIST
Arthur's Catering

ADON
Delta Health Group

POST OFFICE SPECIALIST
Reedy Creek
Improvement District

DRIVERS
Bonus Transportation

Metromix Orlando | Enginehead.com | El Sentinel.com | Newspapers in Education | Family Fund | Reading by Nine | Top 100

amNY | Baltimore Sun | Chicago Tribune | Daily Press | Hartford Courant | LA Times | Newsday | Sun-Sentinel | The Morn

CareerBuilder.com for Jobs | Cars.com for Autos | Apartments.com for Rentals | Homescape.com for Homes | Open Houses | Houses for Rent | Shop

Privacy Policy | Work For Us | Contact Us | Terms of Service

http://www.orlandosentinel.com/community/news/winterpark/orl-lawyerdiscipline-072007...    1/28/2008

Requested NewsBank Article                                                                Page 1 of 3

From: infoweb@newsbank.com
To: jacquioxendine@aol.com
Subject: Requested NewsBank Article
Date: Sat, 26 Jan 2008 9:42 am

NewsBank NewsLibrary
NewsLibrary

Paper: Bradenton Herald, The (FL)
Title: WOMAN GETS PROBATION FOR NOT REPORTING ABUSE
Date: January 17, 2007

BRADENTON --- Anastasia Holcomb pleaded guilty Tuesday to failure to report child abuse and was sentenced to two years probation. Deputies arrested the 35-year-old Bradenton woman in September for not informing police that Mike Culbreath, her live-in boyfriend, was allegedly molesting a girl in the couple's home. Circuit Judge Janette Dunnigan sentenced Holcomb to 24 months probation and ordered her to participate in 100 hours of public service work. Holcomb must also pay court costs.

If Holcomb would have gone to trial and been convicted, she could have faced a maximum five years in prison for child neglect, a third-degree felony, said Assistant State Attorney Cynthia Evers.

Culbreath, 39, is set for trial in March for felony charges of lewd and lascivious battery and lewd and lascivious conduct, according to court records.

Man wants charge dropped

BRADENTON --- A judge said Tuesday he will consider whether to drop a charge against a man accused last year of running a gambling parlor.

Deputies arrested Michael Weitzel in June and charged him with keeping a gambling house --- Reel Times of Manatee Inc. --- in the 5100 block of 14th Street West.

During Tuesday's hearing at the Manatee County Courthouse, Weitzel's attorney, Peter Coen, asked Circuit Judge Edward Nicholas to dismiss the charge because he said his client was an employee at the establishment, not the owner.

During an undercover bust, Weitzel showed a deputy how to play some of the approximate 50 video slot machines at the bar, according to a criminal complaint. Weitzel told a deputy that he did not own the gambling house, but was an employee there, the complaint continues. Weitzel also admitted he owned an ATM in the bar.

Assistant State Attorney Attorney Davis Loop said Weitzel had proprietary interest in the business because his ATM was on the property.

Nicholas said he will take Coen's motion under advisement. He said he could make his decision by the end of the week.

Requested NewsBank Article                                                    Page 2 of 3

Road rage case ends

BRADENTON --- Jonathon Feanny pleaded no contest to aggravated assault with a deadly weapon Tuesday for reportedly pulling a gun during a road rage incident last summer. Feanny, 20, was sentenced to 18 months probation.

Aggravated assault with a deadly weapon is a third-degree felony. If Feanny had gone to trial and been convicted, he could have faced a maximum prison sentence of five years, according to state statute.

On Aug. 6, Feanny was tailgating a man as he drove on 53rd Avenue West, said Assistant State Attorney Darlene Ragoonanan. When the man tapped on his brakes to signal Feanny to stop tailgating, Feanny pulled alongside the passenger side of the man's vehicle and pointed a BB gun at the man.

Circuit Judge Janette Dunnigan sentenced Feanny to 18 months probation and ordered him to complete an anger management course. Feanny must also write an apology letter to the victim, complete 50 hours of public service work and pay court costs.

Feanny's attorney, Patrick Ford, said if his client had gone to trial, he would have argued that Feanny never pointed a gun at the man.

Attorneys disciplined

TALLAHASSEE --- The Florida Bar announced that the Florida Supreme Court, in recent court orders, suspended 14, disbarred three, reprimanded two and placed four attorneys on probation.

As an official agency of the Supreme Court of Florida, the Florida Bar is charged with administering a disciplinary system to enforce professional conduct for the 80,000-plus lawyers in the state, according to a release from the Florida Bar.

The following lawyers were disciplined:

- E. Benton Kay, Bradenton, disbarred from practicing law in Florida, effective immediately after a Dec. 14 court order. According to the release, Kay --- admitted to practice in 1975 --- failed to provide competent representation to a client, charged and collected illegal, prohibited or clearly excessive fees or costs, failed to communicate the basis or rate of fee or costs to a client, failed to decline or terminate representation and failed to protect a client's interest upon withdrawal.

- Wade Gunnar Anderson, Atlanta, suspended from the practice of law in Florida for 91 days, effective 30 days following a Dec. 29 court order.

* Alain Armand, Miami, suspended from practicing law in Florida for 30 days, effective 30 days from a Dec. 14 court order.

* Grace Ann-Marie Baugh, Plantation, suspended from practicing law in Florida for two years, effective 30 days from a Dec. 14 court order.

Requested NewsBank Article

Page 3 of 3

* Milton Hargraves Baxley, III, Gainesville, suspended from practicing law in Florida, effective 30 days from Dec. 18.

* D. Frank Buker, Fort Lauderdale, suspended from practicing law in Florida for 60 days, with the suspension going into effect the date he becomes current with his Continuing Legal Education Requirement delinquency and pays his 2005 and 2006 Bar dues, following a Dec. 14 court order.

* Suzanne Consagra, Tampa, suspended from practicing law in Florida for 91 days, effective Dec. 13.

* Arturo Dopazo III, Palmetto Bay, suspended from practicing law in Florida for 10 days, effective immediately, and is further placed on probation for three years.

* David William Iverson, Weston, reprimanded following a Dec. 14 court order.

* Robert Emerson Jackson, II, Lakeland, suspended from practicing law in Florida for three years, effective retroactive to Sept. 13, 2006, following a Dec. 14 court order.

* Daniel Bennet Lazar, Miami, suspended from practicing law in Florida, effective 30 days from a Dec. 11 court order.

* Paul Kurt Mildenberger, Riviera Beach, reprimanded following a Dec. 21 court order.

* E. Scott Nunley, West Palm Beach, permanently disbarred from the practice of law in Florida, effective immediately.

* Jacquelyn Renee Oxendine, Orlando, placed on probation, until further court order.

* Scott Goodman Ryals, North Palm Beach, disbarred from the practice of law in Florida for five years, effective immediately.

* Jeffrey Alan Schwartz, North Miami Beach, suspended from the practice of law in Florida for 45 days, effective Dec. 22.

* Michael Blane Staley, Ocala, suspended from the practice of law in Florida for six months, effective retroactive to June 29, 2006.

* Gerald Augustus Tavares, Palm Harbor, suspended from the practice of law in Florida for six months, effective retroactive to April 4, 2003.

* Paul Gilberto Velez, Tampa, suspended from the practice of law in Florida for 18 months, effective retroactive to June 19, 2006, and placed on probation for three years.

* Dolores Lori Wheeler, Orlando, suspended from the practice of law in Florida for one year, to run consecutive to the suspension imposed Sept. 21, 2005.

David S. Bralow
Assistant General Counsel/East Coast Publishing
212/210-2693

# TRIBUNE

Tribune Company
Law Department
220 East 42nd Street, Suite 400
New York, New York 10017
fax: 212/210-2883
dbralow@tribune.com

November 19, 2008

*Via U.S. Mail and Facsimile*
Jacquelyn Oxendine, Esquire
P.O. Box 530264
St. Petersburg, FL 33747

Re: Your 770.01 Pre-Suit Notice

Dear Ms. Oxendine:

Your letter of October 30, 2008, has been referred to me for a response. First, let me thank you for bringing your concerns about the accuracy of the *Orlando Sentinel's* January and July 2007 publications to our attention. The newspaper treats all complaints about the accuracy of an article very seriously and has treated yours with that same gravity.

To that end, this week I finally received records relating to the proceedings instituted by the Florida Bar in the Florida Supreme Court. The records I have reviewed indicate that the publications were fair and accurate reports of pubic and judicial records. In a January 12, 2007, press release – that is still available on the Bar's website, the Florida Bar wrote that the Florida Supreme Court had placed you on probation because "Oxendine appears to be causing great public harm by behaving in a manner indicating that she may be suffering from severe mental health problems that affect her ability to competently practice law." In its petition to the Court, the Florida Bar said that "Oxendine appears to be causing great public harm by behaving in a paranoid and erratic manner." The petition was approved by the Florida Supreme Court on December 4, 2006. The language in the article captures the gist of these findings.

While the records indicate accuracy, I invite you to share any information that you would like to provide if it will bring additional understanding to your potential claims. If you have any questions or have any additional concerns, please feel free to contact me.

Yours truly,

David S. Bralow

cc: D. Liebentritt
    C. Hall

Chart: Florida's disciplined lawyers 2006-present -- OrlandoSentinel.com   Page 1 of 2



http://www.orlandosentinel.com/news/local/state/orl-disciplined-lawyers-chart,0,1453825....  1/20/2009

Chart: Florida's disciplined lawyers 2006-present -- OrlandoSentinel.com                 Page 2 of 2




| Name | City | Discipline | Reason | Date | |
|---|---|---|---|---|---|
| Richard Russell Baker | Winter Park | Public reprimand by Florida Bar Board of Governors; six months probation | Failing to diligently represent clients in two bankruptcy cases and failing to adequately communicate with them. | March 13, 2008 | |
| Richard Salvatore Amari | Merritt Island | Suspended indefinitely | Suspended after pleading guilty in February to a cocaine possession case and possession of controlled substance in a driving under the influence case. | April 10, 2008 | |
| Robert John Capko | Lake Mary | Disbarred for five years | Violated several professional rules, including failing to diligently represent or abide by client wishes. Capko was found to have taken payment from clients in 2004 and 2005 in probate, commercial litigation and real estate cases, but never completed the work nor communicated with clients, who said he was unreachable. He did not respond to or contest the investigation. | January 25, 2007 | |
| Robert Michael Marsco | Rockledge | Ordered to receive a public reprimand by Florida Bar Board of Governors and two years probation | Ordered reprimanded for negligent bookkeeping practices. Office also must undergo accounting and business reviews. | Nov. 15, 2007 | |
| Stanley Craig Wakefield | Kissimmee | Disbarred | Securities fraud; sentenced to 5 years in prison. | October 19, 2006 | |
| Stephen Glenn Martin | Ormond Beach | Disbarred | Failing to protect a client's interest after termination of representation and engaging in conduct interfering with justice. | November 9, 2006 | |
| Steven C. Allen | Orlando | Suspended indefinitely | Suspended following February arrest on grand theft, cocaine-conspiracy and cocaine sale charges. Also cited for insufficient funds in his trust account and a bad check. | March 14, 2008 | |
| Susan K.W. Erlenbach | Titusville | Suspended indefinitely | Failing to shut down her practice per a Florida Supreme Court order. She failed to comply with two-year probation term requiring an accounting review of her business. | August 25, 2007 | |
| Susan Lynn Eberle | Orlando | Placed on probation for two years, consecutive to earlier two-year probation | Failing to diligently represent a family in a probate case | August 20, 2007 | |
| Vinette Morris Hudson | Apopka | Suspended for 90 days | Failing to repay a client overcharged in a 2005 divorce case. Hudson, already on three years' probation for a previous grievance, was ordered to attend a trust-account workshop. | September 28, 2006 | YES |
| William B. Fredericks Jr. | Dorton | Reinstated and placed on probation for three years | Neglecting a client matter and misrepresenting the status of a legal matter to a client | Sept. 10, 2007 | |

Metromix Orlando | Varsity Gridiron | Enginehead.com | CombatWire.com | El Sentinel (En Español) | Newspapers in Education | Reading by Nine | Top 100 Companies

amNY | Baltimore Sun | Chicago Tribune | Daily Press | Hartford Courant | LA Times | Newsday | Sun-Sentinel | The Morning Call | The Virginia Gazette

CareerBuilder.com for Jobs | Cars.com for Autos | Apartments.com for Rentals | Homescape.com for Homes | Open House! | Houses for Rent | Discount Shopping | FSBO | Grocery Coupons

Privacy Policy | Work For Us | CONTACT US | Terms of Service

Corrections and Clarifications -- OrlandoSentinel.com                                    Page 1 of 1

Nov. 29, 2008

*A Jan. 26, 2007, article about lawyer Jacquelyn Renee Oxendine misattributed a statement by The Florida Bar to the Florida Supreme Court. In placing Oxendine on temporary probation from the practice of law, the court approved a petition from the Bar that stated Oxendine "appears to be causing great public harm by behaving in a paranoid and erratic manner." The Sentinel recently received information about the article that prompted a review of the facts.