# EXHIBIT D

# Probation Order

# Supreme Court of Florida

FRIDAY, DECEMBER 1, 2006

CASE NO.: SC06-2244
Lower Tribunal No.: 2007-30,622(09C)CES

| THE FLORIDA BAR | vs. | JACQUELYN RENEE OXENDINE |
|---|---|---|
| Complainant(s) | | Respondent(s) |

    The Petition for Interim Probation filed pursuant to Rule 3-5.2 of the Rules Regulating The Florida Bar is approved and it is hereby ordered that the respondent is placed on probation, effective immediately, until further order of this Court, and respondent is ordered to undergo an evaluation to determine her fitness to practice law within thirty days from the date of this order. Respondent shall be evaluated by a psychiatrist approved by Florida Lawyers Assistance, Inc. Florida Lawyers Assistance, Inc. shall determine the psychologist or psychiatrist. The doctor chosen by Florida Lawyers Assistance, Inc. shall submit the original report to Kenneth Lawrence Marvin, Staff Counsel, The Florida Bar, as soon as possible after conducting the evaluation. If respondent fails to comply, The Florida Bar shall immediately notify this Court so that further sanctions, including contempt, may be considered.

    Not final until time expires to file motion for rehearing, and if filed, determined. <u>The filing of a motion for rehearing shall not alter the effective date of this probation</u>.

LEWIS, C.J., and WELLS, ANSTEAD, PARIENTE, QUINCE, CANTERO and BELL, JJ., concur.

A True Copy
Test:

Thomas D. Hall
Clerk, Supreme Court

cic
Served:
KENNETH LAWRENCE MARVIN
FRANCES R. BROWN-LEWIS
JACQUELYN RENNE OXENDINE