# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
 **EIN:** 36−1880355
Times Mirror Corporation

**Chapter:** 11

*Case No*.: 08−13141−KJC

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 1/11/2012 was filed on 1/18/2012 . The following deadlines apply:

The parties have  seven days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 2/3/2012 .

If a request for redaction is filed, the redacted transcript is due 2/13/2012 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 4/12/2012 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

                                             Clerk of Court

Date: 1/13/12

(ntc)

United States Bankruptcy Court
District of Delaware

In re:  
Tribune Company  
    Debtor

Case No. 08-13141-KJC  
Chapter 11

## CERTIFICATE OF NOTICE

| District/off: 0311-1 | User: Al | Page 1 of 7 | Date Rcvd: Jan 13, 2012 |
|---|---|---|---|
| | Form ID: ntcBK | Total Noticed: 12 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2012.

```
db         +Tribune Company,   435 N. Michigan Avenue,   Chicago, IL 60611-4024
aty        +Carl D. Neff,   Ciardi Ciardi & Astin,   919 N. Market Street,   Suite 700,
             Wilmington, DE 19801-3044,    U.S.A.
aty        +Edward Cerasia, II,   Seyfarth Shaw LLP,   620 Eighth Avenue,   32nd Floor,
             New York, NY 10018-1618
aty        +George R. Dougherty,   Grippo & Elden LLC,   111 S. Wacker Drive,   Chicago, IL 60606-4314
aty        +Gregory Kopacz,   McDermott, Will & Emery LLP,   340 Madison Avenue,   New York, NY 10173-1922
aty        +Holly Snow,   Paul Hastings LLP,   191 N. Wacker Drive, 30th Floor,   Chicago, IL 60606-1914
aty        +James F. Conlan,   Sidley Austin LLP,   One South Dearborn Street,   Chicago, IL 60603-2323
aty        +Jared D. Zajac,   McDermott Will & Emery LLP,   340 Madison Avenue,   New York, NY 10173-1922
aty        +John R. McCambridge,   Grippo & Elden,   111 S. Wacker Drive,   Chicago, IL 60606-4314
aty        +Michael W. Kazan,   Grippo & Elden LLC,   111 S. Wacker Drive,   Chicago, IL 60606-4314
aty        +Patrick T. Nash,   Grippo & Elden,   111 S. Wacker Drive,   Chicago, IL 60606-4314
aty        +Stephen Novack,   Novack and Macey LLP,   100 North Riverside Plaza,   Chicago, IL 60606-1501,
             312-419-6928
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 15, 2012**        **Signature:** _Joseph Speetjens_

```
District/off: 0311-1          User: Al                      Page 2 of 7                   Date Rcvd: Jan 13, 2012
                              Form ID: ntcBK                Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2012 at the address(es) listed below:

        Aaron L. Hammer    on behalf of Other Prof.   Mercer (US) Inc. ahammer@sugarfgh.com,
ccoleman@sugarfgh.com;mbrandess@sugarfgh.com
        Adam   Hiller    on behalf of Creditor   Minimum Wage Class Claimants ahiller@hillerarban.com
        Adam   Hiller    on behalf of Interested Party   The Retirement Claimants ahiller@hillerarban.com
        Adam G. Landis    on behalf of Attorney    Landis Rath & Cobb LLP landis@lrclaw.com,
adams@lrclaw.com;panchak@lrclaw.com;dero@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
        Adam L Hirsch    on behalf of Interested Party   SuttonBrook Capital Management LP
adam.hirsch@srz.com,  adam.hirsch@srz.com
        Adam Scott Moskowitz    on behalf of Creditor   ASM Capital III, L.P. asmcapital@aol.com
        Adolph F. Fellmeth    on behalf of Creditor   Anton/Bauer fred.fellmeth@vitecgroup.com
        Alan J. Stone    on behalf of Defendant   Amalgamated Bank astone@milbank.com,
arobertson@milbank.com;ssulkowski@milbank.com;aleblanc@milbank.com
        Alan Michael Root    on behalf of Interested Party Samuel Zell root@blankrome.com,
senese@blankrome.com
        Alexander R. Bilus    on behalf of Interested Party   Aegon/Transamerica Series Trust
sandy.bilus@dechert.com
        Allison R Axenrod    on behalf of Creditor   Claims Recovery Group LLC
allison@claimsrecoveryllc.com,  rob@claimsrecoveryllc.com
        Amanda Marie Winfree    on behalf of Interested Party   Akin Gump Strauss Hauer & Feld LLP
awinfree@ashby-geddes.com
        Amish R. Doshi    on behalf of Creditor   Oracle America, Inc. adoshi@magnozzikye.com
        Amit K. Trehan    on behalf of Interested Party   Barclays Bank PLC atrehan@mayerbrown.com,
atrehan@mayerbrownrowe.com
        Amy D. Brown    on behalf of Interested Party   Chicago Tribune Company abrown@margolisedelstein.com
        Andrew   Schoulder    on behalf of Interested Party   Step One Credit Agreement Lenders
andrew.schoulder@bgllp.com,
josephine.moon@bgllp.com;anna.rozin@bgllp.com;adam.shane@bgllp.com;andrew.schoulder@bgllp.com;dan
iel.connolly@bgllp.com;david.ball@bgllp.com
        Andrew N. Goldman    on behalf of Interested Party   Angelo, Gordon & Co.
andrew.goldman@wilmerhale.com,
yolande.thompson@wilmerhale.com;nancy.manzer@wilmerhale.com;kathryn.bennett@wilmerhale.com;lisa.j
ack@wilmerhale.com;melanie.dritz@wilmerhale.com;justin.ochs@wilmerhale.com;lipi.shah@wilmerhale.c
om;michelle.goldis@wilmerhale.com
        Andrew S. Conway    on behalf of Creditor   Taubman Landlords Aconway@taubman.com
        Angie M. Cowan    on behalf of Interested Party   Inernational Association of Machinists Local 126
("IAM Local 126") cowan@ask-attorneys.com
        Anthony M. Saccullo    on behalf of Attorney Anthony M. Saccullo ams@saccullolegal.com
        Benjamin W. Keenan    on behalf of Interested Party   Aurelius Capital Management, LP
bkeenan@ashby-geddes.com,  bkeenan@ashby-geddes.com
        Brian A. Sullivan    on behalf of Interested Party   Wells Fargo Bank, N.A. as Administrative Agent
under the Bridge Credit Agreement bsullivan@werbsullivan.com,  abrown@werbsullivan.com
        Brian E. Lutness    on behalf of Creditor Marcia Willette brian@silverman-mcdonald.psemail.com
        Brian G. Esders    on behalf of Creditor   Truck Drivers & Helpers Local 355 and Health & Welfare
Fund & Truck Drivers and Helpers Local 355 Pension Fund besders@abato.com
        Brian M Rostocki    on behalf of Defendant   BNY Hamilton Funds Inc. brostocki@reedsmith.com
        Brian T. Carney    on behalf of Interested Party   Aurelius Capital Management, LP
bcarney@akingump.com,  nymco@akingump.com
        Bruce E. Jameson    on behalf of Interested Party   Aegon/Transamerica Series Trust
Bejameson@prickett.com
        Bryan   Krakauer    on behalf of Debtor   Tribune Company bkrakauer@sidley.com
        Camela J. Chapman    on behalf of Interested Party   Howard County, Maryland cchapman@co.ho.md.us
        Carl D. Neff    on behalf of Debtor   Tribune Company cneff@ciardilaw.com,
vfrew@ciardilaw.com;ddorgan@ciardilaw.com
        Carol E. Momjian    on behalf of Creditor   Commonwealth of PA, Department of Revenue
cmomjian@attorneygeneral.gov
        Caroline R. Djang    on behalf of Creditor   LIT Finance, LP crd@jmbm.com
        Catherine   Steege    on behalf of Other Prof.   EGI-TRB, L.L.C. and Samuel Zell csteege@jenner.com,
docketing@jenner.com;dhixson@jenner.com
        Charles J. Brown    on behalf of Creditor   Iron Mountain Information Management, Inc.
cbrown@archerlaw.com,  dabernathy@archerlaw.com
        Christina Maycen Thompson    on behalf of Creditor   DMD Special Situations Funding LLC
cthompson@cblh.com
        Christine Zuehlke Heri    on behalf of Interested Party   Secretary of Labor, U.S. Department of
Labor heri-christine@dol.gov,  sol-chi@dol.gov;goldberg.elizabeth@dol.gov
        Christopher A. Ward    on behalf of Interested Party   Channing Capital Management
cward@polsinelli.com,  LSuprum@Polsinelli.com
        Christopher Dean Loizides    on behalf of Defendant   Navigant Consulting, Inc.
loizides@loizides.com
        Christopher J. Giaimo    on behalf of Creditor   Tirschwell & Loewy, Inc. cgiaimo@bakerlaw.com,
jravick@bakerlaw.com
        Christopher Page Simon    on behalf of Defendant   J.P. Morgan Securities Inc. csimon@crosslaw.com
        Christopher R. Belmonte    on behalf of Defendant   IBM Canada Limited, sued herein as IBM Canada
cbelmonte@ssbb.com,  pbosswick@ssbb.com
        Christopher S. Chow    on behalf of Creditor   CCI Europe A/S chowc@ballardspahr.com
        Claire P. Murphy    on behalf of Defendant Chandler Bigelow cmurphy@sperling-law.com,
lsands@sperling-law.com
        Colm F. Connolly    on behalf of Defendant   New York State Common Retirement Fund
cconnolly@morganlewis.com,  lgibson@morganlewis.com

```
District/off: 0311-1                User: Al                    Page 3 of 7                    Date Rcvd: Jan 13, 2012
                                    Form ID: ntcBK              Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Curtis S. Miller    on behalf of Creditor   Comcast Cable Communications, LLC cmiller@mnat.com,
         aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
        Dana S. Plon    on behalf of Creditor   Unisys Corporation dplon@sirlinlaw.com
        Daniel Horowitz    on behalf of Defendant   Marshwinds Advisory Co. dhorowit@alumni.law.upenn.edu
        Daniel R. Swetnam    on behalf of Interested Party   Ohio Public Employees Retirement System
         Daniel.Swetnam@icemiller.com, Deborah.Martin@icemiller.com
        Daniel A. Shmikler    on behalf of Defendant Chandler Bigelow dshmikler@sperling-law.com,
         cmurphy@sperling-law.com,sflorsheim@sperling-law.com
        Daniel B. Rath    on behalf of Plaintiff   The Official Committee of Unsecured Creditors of Tribune
         Company, on behalf of Tribune Company, et al. rath@lrclaw.com,
         rogers@lrclaw.com;panchak@lrclaw.com
        Daniel K. Astin    on behalf of Creditor   Stardust Visions, Inc. dastin@ciardilaw.com,
         vfrew@ciardilaw.com;dchigges@ciardilaw.com;mflores@ciardilaw.com
        Daniel K. Hogan    on behalf of Interested Party   Employee Compensation Defendants Group
         dkhogan@dkhogan.com, keharvey@dkhogan.com
        David B. Stratton    on behalf of Interested Party   BANK OF AMERICA, N.A. strattond@pepperlaw.com,
         wlbank@pepperlaw.com,lanoc@pepperlaw.com
        David M. Powlen    on behalf of Creditor   Morgan Stanley & Co., Inc. dpowlen@btlaw.com
        David M. Zensky    on behalf of Interested Party   Aurelius Capital Management, LP
         dzensky@akingump.com, nymco@akingump.com
        David S. Leinwand    on behalf of Creditor   Avenue Blue TC Fund, LP dleinwand@amroc.com
        David W. Carickhoff    on behalf of Interested Party Samuel Zell carickhoff@blankrome.com,
         senese@blankrome.com
        David William Reimann    on behalf of Creditor   Majestic Realty Co., Yorba Park I, LLC, Yorba Park
         Sub, LLC dreimann@reimannlawgroup.com
        Deborah Waldmeir    on behalf of Creditor   State of Michigan, Department of Treasury
         waldmeird@michigan.gov, gamep@michigan.gov
        Dennis A. Meloro    on behalf of Creditor   Hamdon Entertainment bankruptcydel@gtlaw.com,
         thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
        Donald L. Gouge    on behalf of Interested Party   International Brotherhood of Electrical Workers
         AFL-CIO Local 4 dgouge@gougelaw.com, lmartin@gougelaw.com
        Donna L. Harris    on behalf of Interested Party   Federal Insurance Company dharris@phw-law.com
        Douglas R. Gonzales    on behalf of Creditor   City of Dania Beach, FL dgonzales@wsh-law.com
        Drew G. Sloan    on behalf of Interested Party   Angelo, Gordon & Co. dsloan@rlf.com,
         rbgroup@rlf.com
        Duane David Werb    on behalf of Defendant   RegentAtlantic Capital, LLC
         maustria@werbsullivan.com;riorii@werbsullivan.com
        Edmon L. Morton    on behalf of Interested Party   Credit Agreement Lenders bankfilings@ycst.com
        Edward J. Tredinnick    on behalf of Creditor   Catellus Development Corporation
         etredinnick@greeneradovsky.com
        Edward Patrick O'Brien    on behalf of Creditor   SLG 200 News Owner LLC eobrien@sbchlaw.com
        Elaine M Seid    on behalf of Creditor   Diablo Investment Co. emseid@mstpartners.com
        Elihu Ezekiel Allinson, III    on behalf of Creditor   Wilmington Trust Company
         ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
        Elizabeth R. McColm    on behalf of Interested Party   Citicorp North America, Inc.
         emccolm@paulweiss.com
        Epiq Bankruptcy Solutions LLC    nmrodriguez@epiqsystems.com
        Eric Lopez Schnabel    on behalf of Creditor   Caption Colorado, L.L.C. de.ecf@Dorsey.com
        Eric R. Wilson    on behalf of Creditor   TeleRep, LLC KDWBankruptcyDepartment@kelleydrye.com
        Ericka Fredricks Johnson    on behalf of Interested Party   Zurich American Insurance Company
         erjohnson@wcsr.com, pgroff@wcsr.com;klytle@wcsr.com;hsasso@wcsr.com
        Evelyn J. Meltzer    on behalf of Defendant   WT Mutual Fund meltzere@pepperlaw.com,
         lanoc@pepperlaw.com;wlbank@pepperlaw.com
        Francis A. Monaco Jr.    on behalf of Interested Party   GreatBanc Trust Company fmonaco@wcsr.com,
         kdalton@wcsr.com;hsasso@wcsr.com
        Frank A. Anderson    on behalf of Creditor   Pension Benefit Guaranty Corporation
         anderson.frank@pbgc.gov, efile@pbgc.gov
        Frank F. McGinn    on behalf of Creditor   Iron Mountain Information Management, Inc.
         ffm@bostonbusinesslaw.com
        Fred B. Ringel    on behalf of Creditor   Galleria Operating Co LLC fbr@robinsonbrog.com
        Frederick Brian Rosner    on behalf of Creditor Steven Gellman rosner@teamrosner.com
        Garvan F. McDaniel    on behalf of Interested Party   Law Debenture Trust Company of New York
         gmcdaniel@bglawde.com, ydalton@bglawde.com
        George R. Mesires    on behalf of Interested Party   KTR South Florida LLC grmesires@uhlaw.com
        Glen Silverstein    on behalf of Creditor   Morgan Stanley & Co., Inc.
         gsilverstein@leaderberkon.com
        Gregg R. Hague    on behalf of Defendant Chandler Bigelow grh@sperling-law.com
        Gregory W. Werkheiser    on behalf of Interested Party   AG Edwards, Inc. gwerkheiser@mnat.com,
         aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
        Heather L. Donald    on behalf of Creditor   State of Michigan, Department of Treasury
         donaldh@michigan.gov
        Helen Elizabeth Weller    on behalf of Creditor   Dallas County dallas.bankruptcy@publicans.com
        Howard A. Cohen    on behalf of Interested Party   Douglas C. Lane & Associates, Inc.
         howard.cohen@dbr.com
        Ian Connor Bifferato    on behalf of Defendant Corie Brown cbifferato@bifferato.com,
         dfeinberg@lewisfeinberg.com
        J. Kate Stickles    on behalf of Debtor   Tribune Company kstickles@coleschotz.com,
         bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com

```
District/off: 0311-1                   User: Al                        Page 4 of 7                         Date Rcvd: Jan 13, 2012
                                       Form ID: ntcBK                  Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        J. Kate Stickles    on behalf of Attorney   Cole, Schotz, Meisel, Forman & Leonard, P.A. kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
        J. Zachary Haupt    on behalf of Defendant Corie Brown zhaupt@bifferato.com
        James C. Carignan    on behalf of Interested Party   Pepper Hamilton LLP carignaj@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com
        James D. Newbold    on behalf of Creditor   State of Illinois on behalf of Department of Revenue and Department of Employment Security James.Newbold@illinois.gov
        James E. Huggett    on behalf of Creditor   Oracle USA, Inc. jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
        James S. Green    on behalf of Attorney   Seitz, Van Ogtrop & Green, P.A. jgreen@svglaw.com, spappa@svglaw.com
        James S. Green, Jr.    on behalf of Plaintiff   Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. green@lrclaw.com, adams@lrclaw.com;dero@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
        James S. Yoder    on behalf of Creditor   Cisco Systems Capital Corporation yoderj@whiteandwilliams.com
        Jami B. Nimeroff    on behalf of Interested Party   NBC Studios LLC jnimeroff@bsnlawyers.com, cmhannan@bsnlawyers.com
        Jason Beram Sanjana    on behalf of Creditor   Barclays Bank PLC jason.sanjana@lw.com
        Jay Teitelbaum    on behalf of Creditor Mark Willes jteitelbaum@tblawllp.com, jteitelbaum@tblawllp.com
        Jean-Marie L. Atamian    on behalf of Interested Party   Barclays Bank PLC jatamian@mayerbrown.com
        Jeffrey C. Wisler    on behalf of Creditor   Robert Bellack jwisler@cblh.com
        Jeffrey M Gorris    on behalf of Defendant   Citibank, N.A. jgorris@paulweiss.com
        Jeffrey M. Schlerf    on behalf of Interested Party   Bridge Proponents jschlerf@foxrothschild.com, dkemp@foxrothschild.com
        Jeffrey N. Rich    on behalf of Interested Party   GreatBanc Trust Company jeff.rich@klgates.com, klgatesbankruptcy@klgates.com;kristen.serrao@klgates.com
        Jennifer M Jackson    on behalf of Interested Party   State of Michigan JacksonJ5@michigan.gov
        Jennifer R. Hoover    on behalf of Creditor   Wilmington Trust Company jhoover@beneschlaw.com, ehein@beneschlaw.com;rlemisch@beneschlaw.com;jsmith@beneschlaw.com;docket@beneschlaw.com
        Jerome Bennett Friedman    on behalf of Creditor   Isaksen Investments, LLC jfriedman@jbflawfirm.com,  jmartinez@jbflawfirm.com
        Joan E. Pilver    on behalf of Creditor   STATE OF CONNECTICUT, DEPARTMENT OF REVENUE SERVICES Joan.Pilver@ct.gov
        Joanne P. Pinckney    on behalf of Interested Party   Warner Bros. Television Distribution, Inc. jpinckney@phw-law.com,  acourtney@phw-law.com;sohara@phw-law.com
        Joel E. Friedlander    on behalf of Defendant Chandler Bigelow sbrodowski@bmf-law.com;jspeakman@bmf-law.com
        John C. Phillips    on behalf of Creditor   Software Ag, Inc. tlb@pgslaw.com;scs@pgslaw.com
        John D. Demmy    on behalf of Creditor   Crown Credit Company and Crown Equipment Corporation jdd@stevenslee.com
        John D. McLaughlin    on behalf of Creditor   Stardust Visions, Inc. jmclaughlin@ciardilaw.com, vfrew@ciardilaw.com;dchigges@ciardilaw.com;mflores@ciardilaw.com;jclarke@ciardilaw.com
        John F. Theil    on behalf of Fee Examiner   Stuart Maue j.theil@smmj.com
        John H. Strock    on behalf of Debtor   Tribune Company jstrock@foxrothschild.com, dkemp@foxrothschild.com
        John Henry Schanne    on behalf of Defendant   Banc of America Securities, LLC schannej@pepperlaw.com,  wlbank@pepperlaw.com;lanoc@pepperlaw.com
        John K. Sherwood    on behalf of Creditor   I.B.E.W. Local 103 Trust Fund jsherwood@lowenstein.com, dclaussen@lowenstein.com
        John Louis Decker    on behalf of Fee Examiner   Stuart Maue j.decker@smmj.com
        John M. August    on behalf of Creditor   Canon U.S.A., Inc. jaugust@herrick.com, courtnotices@herrick.com
        John P. Dillman    on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
        John Patrick DiTomo    on behalf of Defendant   Citibank, N.A. jditomo@paulweiss.com
        John V. Fiorella    on behalf of Creditor   Navistar Financial Corp jfiorella@archerlaw.com, mfriedman@archerlaw.com;adavid@archerlaw.com
        Joseph Grey    on behalf of Creditor   Constellation NewEnergy, Inc. jgrey@crosslaw.com
        Joseph D. Frank    on behalf of Creditor   Jones Lang LaSalle Americas (Illinois), L.P. jfrank@fgllp.com,  ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
        Joseph Emil Shickich    on behalf of Creditor   Microsoft Corporation jshickich@riddellwilliams.com, ctracy@riddellwilliams.com
        Joseph H. Huston    on behalf of Interested Party   The Morning Call, Inc. jhh@stevenslee.com
        Joseph L. Christensen    on behalf of Interested Party   CITIBANK, N.A. jchristensen@paulweiss.com
        Joshua M. Mester    on behalf of Creditor   Contrarian Funds, LLC jmester@dl.com
        Judy D. Thompson    on behalf of Creditor   Sodexo, Inc. jdt@jdthompsonlaw.com
        Julia B. Klein    on behalf of Interested Party   Silver Point Capital, L.P. klein@teamrosner.com
        Justin Cory Falgowski    on behalf of Attorney   Reed Smith LLP jfalgowski@reedsmith.com, jfalgowski@reedsmith.com
        Justin R. Alberto    on behalf of Interested Party   Cook County Department of Revenue jalberto@bayardlaw.com, bankserve@bayardlaw.com;tmatthews@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com
        Kate R. Buck    on behalf of Creditor   Deutsche Bank Trust Company Americas kbuck@mccarter.com
        Katharine L. Mayer    on behalf of Creditor   Deutsche Bank Trust Company Americas kmayer@mccarter.com

```
District/off: 0311-1                User: Al                   Page 5 of 7                  Date Rcvd: Jan 13, 2012
                                    Form ID: ntcBK             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Kathleen A. Murphy   on behalf of Creditor   GENERAL ELECTRIC CAPITAL CORPORATION kmurphy@reedsmith.com
          Kathleen M. Miller   on behalf of Creditor  Crane Kenney kmiller@skjlaw.com, dlm@skjlaw.com
          Kevin G. Collins   on behalf of Attorney   Bifferato LLC kcollins@bifferato.com
          Kevin J Mangan   on behalf of Defendant   MetLife Stock Index Portfolio kmangan@wcsr.com, hsasso@wcsr.com
          Kevin M. Capuzzi   on behalf of Creditor William Niese kcapuzzi@phw-law.com
          Kevin P. Garland   on behalf of Creditor   Hamdon Entertainment garlandk@gtlaw.com
          Kimberly A. Brown   on behalf of Attorney   Chadbourne & Parke LLP brown@lrclaw.com, adams@lrclaw.com
          Kurt F. Gwynne   on behalf of Defendant   BNY Hamilton Funds Inc. kgwynne@reedsmith.com, llankford@reedsmith.com
          L. Jason Cornell   on behalf of Creditor   Donna Gerhart Gutman, personal representative to the estate of E. Michael Gutman a/k/a Michael Gutman a/k/a Elliott M. Gutman jcornell@foxrothschild.com, dkemp@foxrothschild.com;slynch@foxrothschild.com
          L. John N. Bird   on behalf of Interested Party   Bridge Proponents jbird@foxrothschild.com, dkemp@foxrothschild.com
          Landon Ellis   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS ellis@lrclaw.com, adams@lrclaw.com;dero@lrclaw.com;dellose@lrclaw.com
          Laurie Selber Silverstein   on behalf of Creditor   Merrill Lynch Capital Corporation, as Administrative Agent bankruptcy@potteranderson.com
          Lawrence Joel Kotler   on behalf of Creditor   Pennsylvania Public School Employees' Retirement System ljkotler@duanemorris.com
          Lawrence M. Jacobson   on behalf of Interested Party   CBS Television Stations Inc. lmj@gfjlawfirm.com
          Leigh-Anne M. Raport   on behalf of Interested Party   Aurelius Capital Management, LP lraport@ashby-geddes.com
          Leonard H. Gerson   on behalf of Interested Party   United States Department of Labor gerson.leonard@dol.gov
          Leslie C. Heilman   on behalf of Creditor   Comcast Cable heilmanl@ballardspahr.com
          M. Blake Cleary   on behalf of Interested Party   Angelo, Gordon & Co. bankfilings@ycst.com
          Marc J. Phillips   on behalf of Interested Party   David Hiller mphillips@cblh.com
          Margaret Fleming England   on behalf of Creditor   The Nielsen Company (US) LLC mfe@darbylawllc.com
          Maria Ann Milano   on behalf of Creditor   Microsoft Corporation mmilano@riddellwilliams.com, ctracy@riddellwilliams.com;jshickich@riddellwilliams.com
          Mark A. Neubauer   on behalf of Creditor   Certain Directors and Officers mneubauer@steptoe.com, mrodriguez@steptoe.com;smcloughlin@steptoe.com
          Mark D. Collins   on behalf of Interested Party   Angelo, Gordon & Co. collins@RLF.com, rbgroup@rlf.com
          Mark E. Felger   on behalf of Creditor   Twentieth Television, Inc. mfelger@cozen.com, mmillis@cozen.com
          Mark M. Billion   on behalf of Interested Party   CenterPoint Energy Services, Inc. mbillion@pszjlaw.com, brynn@billionlaw.com;tamra@billionlaw.com
          Mark N. Parry   on behalf of Witness   Deutsche Bank Aktiengesellschaft mparry@mosessinger.com, dkick@mosessinger.com,dbutvick@mosessinger.com
          Mark T Hurford   on behalf of Interested Party   Campbell & Levine, LLC mhurford@camlev.com
          Martha E. Romero   on behalf of Creditor   County of San Bernardino, California romero@dslextreme.com
          Mary E. Augustine   on behalf of Interested Party   Davidson Kempner Capital Management LLC maugustine@bglawde.com
          Mary E. Augustine   on behalf of Creditor   Deutsche Bank Trust Company Americas maugustine@bglawde.com
          Mary E. Augustine   on behalf of Interested Party   Cantigny Foundation maugustine@bglawde.com
          Matthew B. McGuire   on behalf of Attorney   Landis Rath & Cobb LLP mcguire@lrclaw.com, adams@lrclaw.com;dero@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew J. Troy   on behalf of Creditor   UNITED STATES OF AMERICA matthew.troy@usdoj.gov
          Maurie J. Shalmone   on behalf of Interested Party   Longacre Opportunity Fund, L.P. maurie@longacrellc.com
          Meghan Colleen Horn   on behalf of Creditor   Truck Drivers & Helpers Local 355 and Health & Welfare Fund & Truck Drivers and Helpers Local 355 Pension Fund mhorn@abato.com
          Menachem O. Zelmanovitz   on behalf of Interested Party   GreatBanc Trust Company mzelmanovitz@morganlewis.com
          Micah R Krohn   on behalf of Interested Party   Employee Compensation Defendants Group mkrohn@fgllp.com, ccarpenter@fgllp.com
          Michael A. Henry   on behalf of Debtor   Tribune Company mhenry@grossmcginley.com
          Michael Alan Schloss   on behalf of Interested Party   Secretary of Labor, U.S. Department of Labor schloss.michael@dol.gov
          Michael E. Emrich   on behalf of Creditor   Riverside Claims, LLC. notice@regencap.com
          Michael F. Bonkowski   on behalf of Plaintiff   Channel 40, Inc. mbonkowski@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
          Michael F. Murphy   on behalf of Interested Party   State of Michigan MurphyM2@michigan.gov
          Michael J. Farnan   on behalf of Examiner Kenneth Klee mfarnan@saul.com, rwarren@saul.com
          Michael Joseph Joyce   on behalf of Creditor   Constellation NewEnergy, Inc. mjoyce@crosslaw.com
          Michael P. Migliore   on behalf of Creditor   Verizon Investment Management Corp. mpm@skjlaw.com
          Michael P. Morton   on behalf of Creditor   Certain Directors and Officers mmorton@michaelpmorton.com, mmorton@michaelpmorton.com;shubbs@michaelpmorton.com
          Michael P. Richman   on behalf of Interested Party   Schultze Asset Management, LLC mrichman@pattonboggs.com

```
District/off: 0311-1            User: Al                    Page 6 of 7                    Date Rcvd: Jan 13, 2012
                                Form ID: ntcBK              Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Michael S. Amato   on behalf of Creditor Esther Rhein mamato@rmfpc.com
        Michael W. Yurkewicz   on behalf of Interested Party   SuttonBrook Capital Management LP
         myurkewicz@klehr.com
        Michelle McMahon   on behalf of Creditor   CWA/ITV Negotiated Pension Plan
         michelle.mcmahon@bryancave.com, dortiz@bryancave.com
        Mona A. Parikh   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
         mona.parikh@bipc.com
        Nancy G. Everett   on behalf of Interested Party   LSV Asset Management neverett@winston.com,
         ecf_bank@winston.com
        Nathan Jones   on behalf of Creditor   US Debt Recovery IIA, LLC nate@usdrllc.com
        Neil Raymond Lapinski   on behalf of Interested Party Allen Francisco nrl@elliottgreenleaf.com
        Norman L. Pernick   on behalf of Attorney   Cole, Schotz, Meisel, Forman & Leonard, P.A.
         bankruptcy@coleschotz.com,
         npernick@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;tscheuer@coleschotz.com
        Norman M. Monhait   on behalf of Creditor   Gabelli Entities nmonhait@rmgglaw.com
        Norman P. Fivel   on behalf of Creditor   New York State Dept. Of Taxation & Finance
         norman.fivel@oag.state.ny.us
        Pamela K. Webster   on behalf of Creditor   Sony Pictures Television pwebster@buchalter.com
        Patricia K. Smoots   on behalf of Creditor   The Nielsen Company (US) LLC psmoots@mcguirewoods.com
        Patricia P. McGonigle   on behalf of Interested Party   Buena Vista Television, LLC
         pmcgonigle@svglaw.com, dclack@svglaw.com
        Patrick J. Reilley   on behalf of Debtor   Tribune Company preilley@coleschotz.com,
         bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
        Patrick M. Brannigan   on behalf of Interested Party   JPMorgan Chase Bank, N.A.
         pbrannigan@crosslaw.com
        Patrick Theodore Garvey   on behalf of Debtor   Tribune Company garveyp@jbltd.com,
         danelskis@jbltd.com
        Paul J. Catanese   on behalf of Creditor   The Nielsen Company (US) LLC pcatanese@mcguirewoods.com
        R. Craig Martin   on behalf of Interested Party   Barclays Bank PLC craig.martin@dlapiper.com,
         charlotte.neuberger@dlapiper.com,carolyn.fox@dlapiper.com
        R. Karl Hill   on behalf of Creditor   Banc of America Leasing & Capital, LLC khill@svglaw.com,
         cday@svglaw.com
        R. Stephen McNeill   on behalf of Creditor   Merrill Lynch Capital Corporation, as Administrative
         Agent bankruptcy@potteranderson.com, pacbnkr@gmail.com
        Rachel B. Mersky   on behalf of Interested Party   bkm 3128 Redhill, LLC rmersky@monlaw.com
        Raymond Howard Lemisch   on behalf of Creditor   Wilmington Trust Company rlemisch@beneschlaw.com,
         jsmith@beneschlaw.com;jhoover@beneschlaw.com;docket@beneschlaw.com;ehein@beneschlaw.com
        Rebecca L. Butcher   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
         butcher@lrclaw.com, rogers@lrclaw.com;adams@lrclaw.com;dellose@lrclaw.com
        Reed A. Heiligman   on behalf of Interested Party   Employee Compensation Defendants Group
         rheiligman@fgllp.com, ccarpenter@fgllp.com
        Richard A. Robinson   on behalf of Attorney   Reed Smith LLP rrobinson@reedsmith.com
        Richard Michael Beck   on behalf of Interested Party   Harris, N.A. n/k/a BMO Harris Bank N.A.
         rbeck@klehr.com, lstanton@klehr.com
        Richard Scott Cobb   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
         cobb@lrclaw.com, adams@lrclaw.com;dero@lrclaw.com
        Richard W. Riley   on behalf of Defendant   Robert R. McCormick Foundation rwriley@duanemorris.com
        Robert J. Lack   on behalf of Interested Party   Aurelius Capital Management, LP rlack@fklaw.com,
         vgarvey@fklaw.com
        Robert J. Pfister   on behalf of Examiner Kenneth Klee rpfister@ktbslaw.com
        Robert J. Stearn   on behalf of Interested Party   JPMorgan Chase Bank, N.A. stearn@rlf.com,
         rbgroup@rlf.com
        Robert J. Stearn Jr.   on behalf of Interested Party   JPMorgan Chase Bank, N.A. stearn@rlf.com,
         rbgroup@rlf.com
        Robert K. Minkoff   on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
         rminkoff@jefferies.com, mrichards@jefferies.com
        Robert L. Cook   on behalf of Creditor   New York State Dept. Of Taxation & Finance
         Robert.Cook@tax.ny.gov
        Robert S. Brady   on behalf of Debtor   Tribune Company bankfilings@ycst.com
        Robert T. Honeywell   on behalf of Defendant   MetLife Stock Index Portfolio
         robert.honeywell@klgates.com, richard.miller@klgates.com
        Robert W. Mallard   on behalf of Creditor   Agfa Corporation mallard.robert@dorsey.com
        Ronald Mark Tucker   on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com,
         bankruptcy@simon.com
        Ronald S. Gellert   on behalf of Creditor   The Nielsen Company (US) LLC
         rgellert@eckertseamans.com, delawarebankruptcy@eckertseamans.com;rgellert@eckertseamans.com
        Scott Golden   on behalf of Interested Party   Abitibi Bowater, Inc. sagolden@hhlaw.com
        Scott A Zuber   on behalf of Creditor   Day Pitney LLP szuber@daypitney.com
        Scott D. Cousins   on behalf of Interested Party   Aurelius Capital Management, LP
         bankruptcydel@gtlaw.com, thomase@gtlaw.com;dellitdock@gtlaw.com
        Scott J. Leonhardt   on behalf of Creditor   Ad Hoc Committee of Subsidiary Trade Creditors
         leonhardt@teamrosner.com
        Shanti M. Katona   on behalf of Interested Party Daniel Kazan skatona@polsinelli.com,
         docket@polsinelli.com;cward@polsinelli.com;LSuprum@Polsinelli.com
        Shawn M. Christianson   on behalf of Creditor   Oracle USA, Inc. schristianson@buchalter.com,
         cmcintire@buchalter.com

```
District/off: 0311-1          User: Al                    Page 7 of 7                    Date Rcvd: Jan 13, 2012
                              Form ID: ntcBK              Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Sherry Ruggiero Fallon    on behalf of Interested Party  Bedford Motor Service, Inc. sfallon@trplaw.com
         Simon E. Fraser    on behalf of Creditor Mark Hianik sfraser@cozen.com
         Sommer Leigh Ross    on behalf of Creditor  Sony Pictures Television slross@duanemorris.com
         Steven C. Schwendemann    on behalf of Fee Examiner  Stuart Maue s.schwendemann@smmj.com
         Stuart M. Brown    on behalf of Interested Party  Barclays Bank PLC stuart.brown@dlapiper.com
         Susan E. Kaufman    on behalf of Interested Party  The American Federation of Television and Radio Artists ("AFTRA") skaufman@coochtaylor.com
         Tara  Hannon    on behalf of Creditor  OCM Opportunities Fund VII Delaware, L.P. thannon@loan-law.com
         Tara L. Lattomus    on behalf of Defendant  Acutech, LLC delawarebankruptcy@eckertseamans.com, tlattomus@eckertseamans.com
         Thomas F. Driscoll    on behalf of Defendant Corie Brown tdriscoll@bifferato.com
         Thomas G. Macauley    on behalf of Plaintiff  Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. bankr@zuckerman.com
         Thomas P. Carroll    on behalf of Interested Party  United States (on behalf of EPA) thomas.carroll@usdoj.gov
         Thomas R. Fawkes    on behalf of Other Prof.  Mercer Health & Benefits, LLC tfawkes@freebornpeters.com, bkdocketing@freebornpeters.com
         Thomas V. Askounis    on behalf of Creditor  Banc of America Leasing & Capital, LLC taskounis@askounisdarcy.com, rwoolley@askounisdarcy.com
         Tiffany Strelow Cobb    on behalf of Creditor  AOL Advertising Inc. tscobb@vorys.com, bjtobin@vorys.com
         Timothy M. Riffin    on behalf of Interested Party  Aurelius Capital Management, LP thomase@gtlaw.com;bankruptcydel@gtlaw.com
         United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
         Virginia Whitehill Guldi    on behalf of Spec. Counsel  Special Counsel to the Official Committee of Unsecured Creditors vguldi@zuckerman.com
         W. Andrew Dalton    on behalf of Fee Examiner  Stuart Maue a.dalton@smmj.com
         Wayne M. Smith    on behalf of Interested Party  Warner Bros. Television Distribution, Inc. wayne.smith@warnerbros.com
         William A. Hazeltine    on behalf of Creditor  Wilmington Trust Company Bankruptcy001@sha-llc.com
         William D. Sullivan    on behalf of Creditor  Diablo Investment Co. wdsecfnotices@sha-llc.com
         William Douglas White    on behalf of Creditor  Delmarva Power & Light Company wdw@mccarthywhite.com, clm@mccarthywhite.ocm
         William E. Chipman    on behalf of Interested Party  Barclays Bank PLC chipman@lrclaw.com, dero@lrclaw.com,adams@lrclaw.com,rogers@lrclaw.com,panchak@lrclaw.com,dellose@lrclaw.com
         William M. Kelleher    on behalf of Interested Party  Corestaff Services, L.P. wkelleher@gfmlaw.com
         William P. Weintraub    on behalf of Interested Party  Aurelius Capital Management, LP wweintraub@fklaw.com, zhassoun@fklaw.com
         William Pierce Bowden    on behalf of Creditor  Morgan Stanley Capital Services Inc. wbowden@ashby-geddes.com
         Yonatan  Gelblum    on behalf of Creditor  Internal Revenue Service yonatan.gelblum@usdoj.gov, eastern.taxcivil@usdoj.gov

                                                                                                   TOTAL: 256