# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT REGARDING THE
## SEVENTH INTERIM FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP

Stuart Maue (the "**Fee Examiner**") submits this Final Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") in connection with the *Seventh Interim Fee Application of PricewaterhouseCoopers LLP* [Docket No. 5989] (the "**Fee Application**"). The Fee Application seeks approval of fees that total $581,071.60 ($405,000.00 in fixed fee services and $176,071.60 in hourly services) and reimbursement

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

of expenses that total $1,229.76 for the period from June 1, 2010 through August 31, 2010. PricewaterhouseCoopers LLP (**"PwC"**) serves as compensation and tax advisors and independent auditors to the Debtors and Debtors-in-Possession, as well as a provider of advisory services in connection with the application of fresh start accounting services.

## Background

1.      On December 8, 2008 (the **"Petition Date"**), Tribune Company and its listed subsidiaries and affiliates (each a **"Debtor"** and collectively the **"Debtors"**) each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.  Under this Court's *Order Directing Joint Administration Chapter 11 Cases* dated December 10, 2009 [Docket No. 43], these cases are being jointly administered pursuant to Rule 1015(b) of the Bankruptcy Rules.

2.      On December 26, 2008, the Debtors filed the *Application for an Order Authorizing Debtors to Retain and Employ PricewaterhouseCoopers LLP as Compensation and Tax Advisors and Independent Auditors to the Debtors Pursuant to 11 U.S.C. Sections 327(a) and 1107, Nunc Pro Tunc to the Petition Date* [Docket No. 143] (the **"Retention Application"**).  On March 3, 2009, this Court approved the retention of PwC as compensation and tax advisors and independent auditors to the Debtors by entering the *Order Authorizing Debtors to Retain and Employ PricewaterhouseCoopers LLP as Compensation and Tax Advisors and Independent Auditors to the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 470]  (the **"Retention Order"**).

3.      On April 30, 2010, the Debtors filed the *Supplemental Application for an Order Modifying the Scope of the Retention of PricewaterhouseCoopers LLP to Include Certain Advisory Services in Connection with the Application of Fresh Start Accounting Services Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to February 8, 2010* [Docket No. 4216] (the **"Supplemental Application"**).  On May 14, 2010, this Court modified the retention of PwC by entering the *Order Modifying the Scope of the Retention of PricewaterhouseCoopers LLP to Include Certain Advisory Services in Connection with the Application of Fresh Start Accounting Pursuant to 11 U.S.C. §§ 327(a)*

*and 1107, Nunc Pro Tunc to February 8, 2010* [Docket No. 4414] (the "**Supplemental Retention Order**").

4.      PwC submitted the Fee Application pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, (January 15, 2009) [Docket No. 225] (the "**Interim Compensation Order**").

5.      On January 11, 2011, PwC filed the Certification of William T. England in Support of Interim Fee Applications of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession [Docket No. 7469] (the "**Fee Application Certification**") in response to the Court's request for clarification regarding PwC's fixed fee billing arrangements.

**Applicable Standards**

6.      In light of the size and complexity of these Chapter 11 cases, this Court appointed the Fee Examiner "to act as a special consultant to the Court for professional fee and expense analysis and review, as described in [the Fee Examiner Order]" and observed that "it is necessary to establish uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and guidelines." *Fee Examiner Order* ¶¶ 1, 3.

7.      The Fee Examiner reviewed the Fee Application for compliance with sections 330 and 331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**").  In addition, the Fee Examiner reviewed the Fee Application for general compliance with legal precedent established by the United States Bankruptcy Court for the

District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

8.      Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals "reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A)*. In evaluating the amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F)*.

9.      A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses were necessary, reasonable, and actually incurred. A fee application must comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules. Moreover, the exercise of billing judgment is an inherent and unavoidable component of every fee application. A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

10.     The Fee Examiner completed the preliminary evaluation of the Fee Application, the Retention Application, the Retention Order, the Supplemental Application, the Supplemental Retention Order, the Interim Compensation Order, and all related filings and provided PwC with a Preliminary Report for review and comment. PwC submitted a written response to the Preliminary Report.

Subsequent to the firm's response to the Fee Examiner, PwC filed the Fee Application Certification to clarify compensation questions raised by the Court. After consideration of the additional information provided by the firm, the Fee Examiner now issues this final report (the "**Final Report**") "in a format designed to opine whether the requested fees of the Case Professional meet the applicable standards of section 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Guidelines." *Fee Examiner Order ¶5.*

## DISCUSSION OF FINDINGS

### Fixed Services

11.     The Fee Application requested a total of $405,000.00 for fixed fee services for the 2009 and 2010 Consolidated Audits and provided a summary displaying the professionals, their positions, and the associated hours, totaling 1,035.90. Concerning fixed-fee engagements, the Retention Order requires only that PwC submit time records in a summary format. As the firm met this minimal requirement, the Fee Examiner makes no findings regarding the propriety of the fixed fee services. Should the Court request additional detail and/or information from PwC, upon instruction the Fee Examiner will review such material and supplement this report.

### Hourly Services

### Technical Requirements

12.     **Reconciliation of Fees and Expenses.** The Fee Examiner compared the total amount of hourly fees ($176,071.60) and expenses ($1,229.76) requested in the Fee Application ("**Fees Requested**" and "**Expenses Requested**") to the fees and expenses actually documented in the electronic and/or hard copy data received from the firm ("**Fees Computed**" and "**Expenses Computed**"). The Fee Examiner identified no discrepancies between the Fees Requested and the Fees Computed, nor any discrepancies between the Expenses Requested and the Expenses Computed.

13.    **Block Billing.**[2]    The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment." *Local Rule 2016-2(d)(vii)*. The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." *UST Guidelines* ¶(b)(4)(v).[3] PwC complied with the Local Rules and UST Guidelines.

14.    **Time Increments.**    The PwC Retention Order indicates that "for hourly rate engagements, PwC may submit time records in ½-hour increments" effectively waiving the Local Rules and UST Guidelines requiring professionals to bill in tenths of an hour. *Retention Order* at 4.

## Review of Hourly Fees

15.    **Firm Staffing.**    The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11." *UST Guidelines* ¶(b)(1)(iii)*. The Fee Application provided the names, positions, and hourly rates of the 31 PwC timekeepers who billed to this matter, consisting of

---

[2] The Fee Examiner's methodology for reviewing fees includes addressing the uncertainty of quantifying time resulting from block billing. Block billing is the practice of billing more than one task in a single entry with a single time increment assigned to the entire entry. As an alternative to discounting the entire amount billed for an entry that is block billed, the Fee Examiner assigns an equal proportional amount of time to each of the tasks contained within the blocked entry. This methodology has been adopted by courts when evaluating fees and ruling on fee applications, and presents a reasonable alternative to discounting block billed time entries in their entirety.

[3] The judicial response to block billing varies. Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g.*, *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g.*, *In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007). Across the board cuts range from five to 100 percent. *See id.* at 495 n.7 and cases cited.

12 partners, 7 directors, 5 managers, 4 senior associates[4], and 3 associates. A summary of hours and

fees billed by each timekeeper is displayed in **Exhibit A**.[5]

The firm invoiced a total of 389.70 hours with associated fees of $176,071.60 for the hourly

services. The following table displays the hours and fees computed by timekeeper position and the

percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 58.60 | 15% | $ 40,390.10 | 23% |
| Director | 218.10 | 56% | 104,152.50 | 59% |
| Manager | 31.90 | 8% | 10,262.00 | 6% |
| Senior Associate | 45.60 | 12% | 13,242.00 | 8% |
| Associate | 35.50 | 9% | 8,025.00 | 4% |
| TOTAL | 389.70 | 100% | $176,071.60 | 100% |

The blended hourly rate for the PwC professionals is $451.81.

16.    **Hourly Rate Increases.** PwC did not increase the hourly rate of any timekeeper

during this interim period.

17.    **Timekeepers' Roles.** A court may not allow compensation of fees for duplicative or

unnecessary services. *See 11 U.S.C. § 330(4)*. With this directive in mind, the Fee Examiner reviewed

the billing entries of each timekeeper to evaluate his or her contribution, including a comparison to

others' efforts. Most PwC timekeeper appeared to perform either core team responsibilities necessary

to the engagement, or performed limited but discrete, necessary, and/or fungible tasks that did not

appear to be duplicated by other professionals. However, the Fee Examiner requested additional

information regarding the work performed by several firm timekeepers who invoiced only one or two

fee entries and did not appear to advance or contribute significantly to the matter. The questioned

---

[4] The "senior associate" total includes a time keeper whose position changed from associate to senior associate during this interim period.

[5] This Final Report includes exhibits that detail and support the findings discussed herein. Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit. The tasks included in a specific category are underlined in the fee exhibits. For purpose of context, other tasks within the same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit category.

entries were set forth in **Exhibit B** to the Preliminary Report. The entries totaled 20.30 hours with associated fees of $9,911.60.

In response, PwC provided a detailed explanation by professional and project category to substantiate the hours and associated fees charged. After analyzing the supplemental information provided regarding the 20.30 hours and $9,911.60 in associated fees that related to the questioned entries, the Fee Examiner makes no recommendation for a fee reduction. Exhibit B is omitted from this report.

18.    **Meetings, Conferences, Hearings, and Other Events.** The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" (*Local Rule 2016-2(d)(ix)*), and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v)*. While it may be appropriate to have multiple attendees at some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.

The Fee Examiner identified occasions where two or more (with as many as four) PwC timekeepers attended the same meeting, conference, hearing, or other event. Contrary to Local Rules and UST Guidelines, neither the Fee Application nor the activity descriptions explained the role of each participant or the need for multiple attendees. The entries, totaling 31.50 hours with $15,882.50 in associated fees, were displayed in **Exhibit C** to the Preliminary Report. In each instance where multiple timekeepers attended a meeting, conference, hearing or other event, the Fee Examiner identified the timekeeper who appeared most responsible for the matter or the particular event (*i.e.*, the individual leading rather than observing a conference). The potentially duplicative and unnecessary timekeepers' entries total 20.90 hours with $9,125.00 in associated fees, and were highlighted in bold and marked with an ampersand [&] in the exhibit. The Fee Examiner requested the firm provide what

the Local Rules and UST Guidelines mandate -- an explanation of the duplicative attendees' roles and comment on the necessity of the multiple attendees for each event.

In response to the Preliminary Report, PwC addressed, in detail, each of the questioned fee entries by providing additional information regarding the subject matter and roles of each participant. After consideration of the supplemental information, the Fee Examiner makes no recommendation for a fee reduction. Exhibit C is omitted from this report.

19.    **Intraoffice Conferences.** Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The Fee Examiner identified billing activities by PwC timekeepers describing intraoffice conferences totaling 50.70 hours with $26,390.10 in associated fees, or approximately 15% of the Fees Computed, and were displayed in **Exhibit D** to the Preliminary Report. The Fee Examiner observed that in certain instances, two or more (and in one instance seven) timekeepers invoiced fees associated with the same intraoffice conference. The entries describing intraoffice conferences invoiced by two or more firm personnel total 48.90 hours with $25,487.60 in associated fees and were highlighted in bold and marked with an ampersand [&] in the exhibit. The Fee Examiner requested the firm provide an explanation for the necessity of more than one participant billing for the same intraoffice conference, and why such a large percentage of the hourly fees resulted from internal communication.

PwC provided detailed information regarding each billing entry in question. In each instance, PwC demonstrated some reasonableness and necessity for the questioned fees. Additionally, PwC stated that due to the complexities of the issues at Tribune, the required expertise needed to provide guidance on related fresh start accounting, valuation, tax, and audit matters, the involvement of each individual identified was necessary. The intraoffice conferences included individuals with different areas of expertise and were necessary to ensure that all relevant perspectives were considered prior to providing a response to Debtors' Management on complex technical matters. After due consideration

of PwC's response, the Fee Examiner makes no recommendation for a fee reduction. Exhibit D is omitted from this report.

20.    **Complete and Detailed Task Descriptions.** Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable and necessary." The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each activity description "shall include the type of activity (*e.g.*, phone call, research)," each activity description "shall include the subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix)*. The UST Guidelines provide that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v)*. PwC adequately described the activities performed.

21.    **Administrative Activities.** Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm. The Fee Examiner did not identify any time entries describing administrative activities, except as described in the PwC Retention/Compensation paragraph below.

22.    **Clerical Activities.** Clerical activities are tasks that may be effectively performed by administrative assistants, secretaries, or support personnel[6] or support tasks for which the firm charged

---

[6] "Duties appropriate for office staff are considered part of a professional's overhead expenses and may not be billed to the estate." *Fibermark*, 349 B.R. at 397; *In re Korea Chosun Daily Times, Inc.*, 337 B.R. 758 769 (Bankr. E.D.N.Y. 2005) (overhead not compensable); *but see Bennett Funding*, 213 B.R. at 247-48 (discussing differing approaches to clerical work at professional rates). These overhead activities may include: mailing; photocopying, word processing (including the creation of templates), formatting, creating spreadsheets, printing, organizing files, checking for docket updates, creating binders, and secretarial overtime. *Fibermark*, 349 B.R. at 396-97.

a rate greater than the market rate for such work. The Fee Examiner did not identify any fee entries describing clerical activities.

23. **Travel.** The Local Rules provide that nonworking travel time "shall be separately described and may be billed at no more than 50% of regular hourly rates." *Local Rule 2016-2(d)(viii)*. The Fee Examiner did not identify any billing entries describing travel by firm timekeepers.

24. **PwC Retention/Compensation.** The firm invoiced 85.40 hours with associated fees of $25,202.00 to prepare the firm's retention documents and applications for compensation, which computes to approximately 14% of the hourly fees billed by the firm. The fee entries are provided in **Exhibit E**. Included in this amount are approximately 51.30 hours and associated fees of $13,980.00 described as reviewing, revising, assembling, and updating information in the expense and time "consolidator" programs. As stated in prior reports, the Fee Examiner is concerned about the fees incurred to prepare task descriptions and firm invoices, and will continue to monitor the hours and fees devoted to such efforts and make a recommendation to the Court when reporting on PwC's final fee application. No recommendation for a fee reduction will be made at this time.

**Review of Expenses**

25. **Itemization of Expenses.** The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual incurring the charge, if available." *Local Rule 2016-2(e)(i-ii)*. The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense. Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines ¶(b)(5)(iii)*. PwC provided an

itemization for the firm expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

26.    **Potentially Duplicative Charges.**    The Fee Examiner noted charges for lodging that appear to be duplicative.    **Exhibit F** to the Preliminary Report displayed two lodging charges for Robert D. Love's stay in Chicago.    One charge was requested in the seventeenth monthly application while the other charge was included in the nineteenth monthly application.    The Fee Examiner requested supporting documentation for each charge.    In response, PwC agreed with the Fee Examiner and voluntarily reduced the lodging expense by $250.00.    Exhibit F is omitted from this report.

## CONCLUSION

The Fee Examiner submits this final report regarding the Fee Application and the fees and expenses discussed above.    The Fee Examiner recommends the approval of fees in the amount of $581,071.60 and reimbursement of expenses in the amount of $979.76 ($1,229.76 minus $250.00) for the period from June 1, 2010 through August 31, 2010.    The findings are set forth in the summary on the following page.

**PRICEWATERHOUSECOOPERS LLP**
**SUMMARY OF FINDINGS**

### Seventh Interim Fee Application (June 1, 2010 through August 31, 2010)

**A.      Amounts Requested and Computed**

| | | |
|---|---:|---:|
| Fees Requested: | | |
| Fixed Fee Services | $405,000.00 | |
| Hourly Services | 176,071.60 | |
| Expenses Requested | 1,229.76 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $582,301.36 |
| | | |
| Fixed Fee Services | $405,000.00 | |
| Hourly Fees Computed | 176,071.60 | |
| Expenses Computed | 1,229.76 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $582,301.36 |

**B.      Recommended Fee Allowance and Expense Reimbursement**

| | | |
|---|---:|---:|
| Fees Requested (Fixed Fee Services) | $405,000.00 | |
| Fees Requested (Hourly Services) | 176,071.60 | |
| | | |
| RECOMMENDED FEE ALLOWANCE | | $581,071.60 |
| | | |
| Expenses Requested | $1,229.76 | |
| *Agreed Reduction for Potentially Duplicative Charges* | | *($250.00)* |
| Subtotal | | *($250.00)* |
| | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | 979.76 |
| | | |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | $582,051.36 |

Respectfully submitted,

**STUART MAUE**

By: _____

John F. Theil, Esq.
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:  (314) 291-3030
Facsimile:  (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 16th day of January, 2012.

David Klauder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE  19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Mr. James F. Conlan
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE  19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY  10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

William T. England, Esq.
PricewaterhouseCoopers LLP
One North Wacker
Chicago, IL  60606

John F. Theil, Esq.

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### PricewaterhouseCoopers LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| RCWH | Whitley, Robert C. | PARTNER | $700.00 | $700.00 | 37.20 | $26,040.00 |
| CLSM | Smith, Cody L. | PARTNER | $693.00 | $693.00 | 4.00 | $2,772.00 |
| RDLO | Love, Robert D. | PARTNER | $650.00 | $650.00 | 4.00 | $2,600.00 |
| TSNY | Snyder, Thomas D. | PARTNER | $625.00 | $625.00 | 3.00 | $1,875.00 |
| LAAR | Arnett, L. Allen | PARTNER | $700.00 | $700.00 | 2.20 | $1,540.00 |
| LNDO | Dodyk, Lawrence N. | PARTNER | $693.00 | $693.00 | 2.00 | $1,386.00 |
| JASA | Sandmeier, John A. | PARTNER | $693.00 | $693.00 | 1.70 | $1,178.10 |
| WTEN | England, William T. | PARTNER | $693.00 | $693.00 | 1.50 | $1,039.50 |
| DASC | Schmid, David A. | PARTNER | $693.00 | $693.00 | 1.00 | $693.00 |
| KTLO | Lohnes, Karen T. | PARTNER | $625.00 | $625.00 | 1.00 | $625.00 |
| BECO | Cohen, Brett E. | PARTNER | $693.00 | $693.00 | 0.50 | $346.50 |
| RGIL | Gilman, Ralph D. | PARTNER | $590.00 | $590.00 | 0.50 | $295.00 |
| | No. of Billers for Position: 12 | Blended Rate for Position: $689.25 | | | 58.60 | $40,390.10 |
| | | | | % of Total: | 15.04% | % of Total: 22.94% |
| JBEN | Benedetti, John | DIRECTOR | $475.00 | $475.00 | 153.00 | $72,675.00 |
| TLKO | Koops, Thomas L. | DIRECTOR | $475.00 | $475.00 | 31.70 | $15,057.50 |
| ACSM | Smith, Andrea Clark | DIRECTOR | $550.00 | $550.00 | 10.10 | $5,555.00 |
| KSTA | Stawski, Kim | DIRECTOR | $475.00 | $475.00 | 7.70 | $3,657.50 |
| SBDA | Danton, Stephen B. | DIRECTOR | $450.00 | $450.00 | 8.10 | $3,645.00 |
| CMOR | Morrissey, Chad | DIRECTOR | $475.00 | $475.00 | 4.50 | $2,137.50 |
| AGAL | Galis, Adrian | DIRECTOR | $475.00 | $475.00 | 3.00 | $1,425.00 |
| | No. of Billers for Position: 7 | Blended Rate for Position: $477.54 | | | 218.10 | $104,152.50 |
| | | | | % of Total: | 55.97% | % of Total: 59.15% |
| JASP | Spahn, Justin A. | MANAGER | $305.00 | $330.00 | 21.90 | $6,692.00 |
| KLNE | Neyens, Kristofer L. | MANAGER | $370.00 | $370.00 | 3.00 | $1,110.00 |
| SMFE | Felt, Shawn M. | MANAGER | $370.00 | $370.00 | 3.00 | $1,110.00 |
| NAHO | Holovach, Nadine A. | MANAGER | $300.00 | $300.00 | 3.00 | $900.00 |
| JCHA | Hayes, John C. | MANAGER | $450.00 | $450.00 | 1.00 | $450.00 |

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

## PricewaterhouseCoopers LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| | No. of Billers for Position: 5 | Blended Rate for Position: | $321.69 | | 31.90 | $10,262.00 |
| | | | | % of Total: | 8.19% | % of Total: 5.83% |
| DJDU | Dura, David James | SR. ASSOCIATE | $290.00 | $290.00 | 36.50 | $10,585.00 |
| MSTA | Stachnik, Mark | SR. ASSOCIATE | $300.00 | $300.00 | 4.40 | $1,320.00 |
| SMST | Stendahl, Subashi M. | SR. ASSOCIATE | $290.00 | $290.00 | 4.30 | $1,247.00 |
| SLME | Meyers, Sheri L. | SR. ASSOCIATE | $225.00 | $225.00 | 0.40 | $90.00 |
| | No. of Billers for Position: 4 | Blended Rate for Position: | $290.39 | | 45.60 | $13,242.00 |
| | | | | % of Total: | 11.70% | % of Total: 7.52% |
| SMST | Stendahl, Subashi M. | ASSOCIATE | $225.00 | $225.00 | 30.40 | $6,840.00 |
| TKHA | Hase, Tanya K. | ASSOCIATE | $225.00 | $225.00 | 3.60 | $810.00 |
| DPHO | Homan, Daniel P. | ASSOCIATE | $250.00 | $250.00 | 1.00 | $250.00 |
| JTCR | Crawford, Jeff T. | ASSOCIATE | $250.00 | $250.00 | 0.50 | $125.00 |
| | No. of Billers for Position: 4 | Blended Rate for Position: | $226.06 | | 35.50 | $8,025.00 |
| | | | | % of Total: | 9.11% | % of Total: 4.56% |
| | Total No. of Billers: 31 | Blended Rate for Report: | $451.81 | | 389.70 | $176,071.60 |

EXHIBIT E

PWC RETENTION/COMPENSATION

PricewaterhouseCoopers LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Dura, D | 36.50 | 10,585.00 |
| Hase, T | 3.60 | 810.00 |
| Smith, A | 10.10 | 5,555.00 |
| Spahn, J | 0.50 | 165.00 |
| Stendahl, S | 34.70 | 8,087.00 |
| | 85.40 | $25,202.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Employment Applications and Other Court Filings | 1.80 | 990.00 |
| Monthly, Interim and Final Fee Applications | 83.60 | 24,212.00 |
| | 85.40 | $25,202.00 |

EXHIBIT E

PWC RETENTION/COMPENSATION

PricewaterhouseCoopers LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 06/01/10 Tue | Stendahl, S 082010-40/235 | 2.80 | 2.80 | 630.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 0610H0073: FOLLOW UP WITH PROFESSIONALS FOR ADDITIONAL TIME DETAILS, RESEARCH DOUBLE BILLED INVOICES AND PREPARE TO RUN MARCH 2010 EXHIBITS. |
| 06/01/10 Tue | Stendahl, S 082010-40/236 | 1.70 | 1.70 | 382.50 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 0610H0072: REVIEWING RECONCILIATION THROUGH APRIL 2010, CATEGORIES AND DETAILS. |
| 06/02/10 Wed | Stendahl, S 082010-40/234 | 1.50 | 1.50 | 337.50 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 0610H0074: PREPARE EXHIBITS FOR MARCH 2010 FEE APPLICATION. |
| 06/03/10 Thu | Stendahl, S 082010-40/233 | 1.80 | 1.80 | 405.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 0610H0075: REVIEW OF MARCH 2010 EXPENSES AND PREPARED EXHIBITS. |
| 06/04/10 Fri | Stendahl, S 082010-40/232 | 1.00 | 1.00 | 225.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 0610H0076: UPDATE MARCH 2010 EXHIBITS, NARRATIVE AND DISTRIBUTE FOR REVIEW. |
| 06/08/10 Tue | Smith, A 082010-40/231 | 0.40 | 0.40 | 220.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 0610H0077: REVIEW MARCH 2010 FEE STATEMENT, NARRATIVE, EXHIBITS. |
| 06/09/10 Wed | Smith, A 082010-30/105 | 0.20 | 0.20 | 110.00 | MATTER NAME: Employment Applications and Other Court Filings<br>1 0610H0067: PREPARE AN EXPANDED APPLICATION FOR THE 2010 AUDIT SERVICES AND ADDITIONAL FRESH START SERVICES. |
| 06/14/10 Mon | Stendahl, S 082010-40/229 | 0.50 | 0.50 | 112.50 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 0610H0079: CONTINUE REVIEWING APRIL AND MAY 2010 EXPENSE DETAILS. |
| 06/14/10 Mon | Stendahl, S 082010-40/230 | 2.00 | 2.00 | 450.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 0610H0078: RECONCILIATION OF APRIL AND MAY 2010 EXPENSES. |
| 06/15/10 Tue | Stendahl, S 082010-40/227 | 0.30 | 0.30 | 67.50 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 0610H0081: INCORPORATING REVISIONS FROM CLIENT SERVICE TEAM RELATED TO THEIR APRIL AND MAY 2010 EXPENSES. |
| 06/15/10 Tue | Stendahl, S 082010-40/228 | 2.50 | 2.50 | 562.50 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 0610H0080: FOLLOW UP WITH PROFESSIONALS FOR ADDITIONAL APRIL AND MAY 2010 EXPENSE DETAILS. |
| 06/16/10 Wed | Spahn, J 082010-40/226 | 0.50 | 0.50 | 165.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 0610H0082: REVIEW MARCH 2010 FEE STATEMENT, NARRATIVE, EXHIBITS. |
| 06/16/10 Wed | Stendahl, S 082010-40/225 | 1.00 | 1.00 | 225.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 0610H0083: INCORPORATING TIME TRACKER DETAILS INTO THE CONSOLIDATOR AND RECONCILING BACK TO GFS REPORTS. |

EXHIBIT E

PWC RETENTION/COMPENSATION

PricewaterhouseCoopers LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 06/21/10 Mon | Smith, A 082010-30/101 | 0.30 | 0.30 | 165.00 | 1 | MATTER NAME: Employment Applications and Other Court Filings 0610H0071: EMAIL COMMUNICATIONS WITH TRIBUNE COUNSEL RE: EXPANDED SERVICES. |
| 06/21/10 Mon | Smith, A 082010-30/102 | 0.00 | 0.00 | 0.00 | 1 2 | MATTER NAME: Employment Applications and Other Court Filings 0610H0070: TRIBUNE - EXPANDED APPLICATION: MARCH, APRIL AND MAY STATUS. |
| 06/21/10 Mon | Smith, A 082010-30/103 | 0.00 | 0.00 | 0.00 | 1 | MATTER NAME: Employment Applications and Other Court Filings 0610H0069: DRAFT EXPANDED RETENTION DOCUMENTS. |
| 06/21/10 Mon | Smith, A 082010-30/104 | 1.30 | 1.30 | 715.00 | 1 | MATTER NAME: Employment Applications and Other Court Filings 0610H0068: PREPARE AN EXPANDED APPLICATION FOR THE 2010 AUDIT SERVICES AND ADDITIONAL FRESH START SERVICES. DISTRIBUTE TO COUNSEL. |
| 06/21/10 Mon | Stendahl, S 082010-40/221 | 1.00 | 1.00 | 225.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications 0610H0087: UPDATING MARCH 2010 DATA TO INCLUDE ADDENDUM FEES. |
| 06/21/10 Mon | Stendahl, S 082010-40/222 | 0.50 | 0.50 | 112.50 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications 0610H0086: DISCUSSION WITH A. CLARK SMITH (PWC) AND J. SPAHN (PWC) REGARDING MARCH - MAY 2010 FILINGS. |
| 06/21/10 Mon | Stendahl, S 082010-40/223 | 0.20 | 0.20 | 45.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications 0610H0085: COMMUNICATION WITH S. MEYER'S (PWC) REGARDING HER REVIEW OF APRIL AND MAY 2010 DETAILS. |
| 06/21/10 Mon | Stendahl, S 082010-40/224 | 3.00 | 3.00 | 675.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications 0610H0084: INCORPORATING APRIL 2010 DATA RECEIVED FROM TEAM INTO THE CONSOLIDATOR, REVIEW AND FOLLOW UP. |
| 06/22/10 Tue | Stendahl, S 082010-40/218 | 1.00 | 1.00 | 225.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications 0610H0090: UPDATING ACCESS DATABASE DESIGN FOR 2010 PROJECT AND RUNNING EXPENSE EXHIBITS. |
| 06/22/10 Tue | Stendahl, S 082010-40/219 | 0.50 | 0.50 | 112.50 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications 0610H0089: INCORPORATE SIGNATURE AND PREPARE FINAL DELIVERABLES TO BE FILED WITH COUNSEL. |
| 06/22/10 Tue | Stendahl, S 082010-40/220 | 2.80 | 2.80 | 630.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications 0610H0088: FOLLOWING UP ON PENDING APRIL 2010 ITEMS AND REVIEW OF HOURLY TIME DETAILS. |
| 06/23/10 Wed | Stendahl, S 082010-40/217 | 1.50 | 1.50 | 337.50 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications 0610H0091: WORKING ON CUMULATIVE RECONCILIATION VARIANCES AND COMMUNICATION WITH CLIENT SERVICE TEAM(S). |
| 06/28/10 Mon | Stendahl, S 082010-40/216 | 1.00 | 1.00 | 225.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications 0610H0092: REVIEW OF MAY 2010 TIME DETAILS AND FOLLOW UP ON MISSING DATA. |

EXHIBIT E

PWC RETENTION/COMPENSATION

PricewaterhouseCoopers LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 06/29/10 Tue | Stendahl, S 082010-40/214 | 2.00 | 2.00 | 450.00 | MATTER NAME: Monthly, Interim and Final Fee Applications 1 0610H0094: CONTINUE REVIEWING MAY 2010 TIME DETAILS AND SUBSEQUENT FOLLOW UP WITH TEAM FOR MORE INFORMATION. |
| 06/29/10 Tue | Stendahl, S 082010-40/215 | 1.80 | 1.80 | 405.00 | MATTER NAME: Monthly, Interim and Final Fee Applications 1 0610H0093: INCORPORATING REVISED MAY 2010 TIME DETAILS AND 2 FOLLOW UP REGARDING OPEN ITEMS. |
| 07/13/10 Tue | Hase, T 082010-40/253 | 0.85 | 0.85 | 191.25 | MATTER NAME: Monthly, Interim and Final Fee Applications 1 0710H0087: REVIEWING APRIL 2010 TIME DETAILS. |
| 07/13/10 Tue | Stendahl, S 082010-40/254 | 1.30 | 1.30 | 377.00 | MATTER NAME: Monthly, Interim and Final Fee Applications 1 0710H0086: REVIEW OF CUMULATIVE RECONCILLIATION THROUGH JUNE 2010. |
| 07/14/10 Wed | Hase, T 082010-40/250 | 0.25 | 0.25 | 56.25 | MATTER NAME: Monthly, Interim and Final Fee Applications 1 0710H0090: UPDATED APRIL 2010 EXHIBITS FOR REVISIONS MADE BY J. SPAHN AND A. CLARK SMITH (BOTH PWC). |
| 07/14/10 Wed | Hase, T 082010-40/251 | 1.00 | 1.00 | 225.00 | MATTER NAME: Monthly, Interim and Final Fee Applications 1 0710H0089: UPDATED APRIL 2010 EXHIBITS FOR REVISIONS. |
| 07/14/10 Wed | Hase, T 082010-40/252 | 1.00 | 1.00 | 225.00 | MATTER NAME: Monthly, Interim and Final Fee Applications 1 0710H0088: REVIEW OF APRIL 2010 FEE APPLICATION DRAFT. |
| 07/15/10 Thu | Hase, T 082010-40/247 | 0.50 | 0.50 | 112.50 | MATTER NAME: Monthly, Interim and Final Fee Applications 1 0710H0093: UPDATED MAY 2010 EXHIBITS FOR REVISIONS MADE BY A. CLARK SMITH (PWC). |
| 07/15/10 Thu | Smith, A 082010-40/248 | 1.10 | 1.10 | 605.00 | MATTER NAME: Monthly, Interim and Final Fee Applications 1 0710H0092: REVIEW APRIL 2010 FEE APPLICATION. |
| 07/15/10 Thu | Smith, A 082010-40/249 | 0.70 | 0.70 | 385.00 | MATTER NAME: Monthly, Interim and Final Fee Applications 1 0710H0091: PREPARE INTERIM FEE APPLICATION. |
| 07/18/10 Sun | Stendahl, S 082010-40/246 | 3.00 | 3.00 | 870.00 | MATTER NAME: Monthly, Interim and Final Fee Applications 1 0710H0094: CUMULATIVE RECONCILIATION THROUGH JUNE 2010. |
| 07/21/10 Wed | Dura, D 082010-40/245 | 3.00 | 3.00 | 870.00 | MATTER NAME: Monthly, Interim and Final Fee Applications 1 0710H0095: REVIEW OF TIME & EXPENSE DETAIL. |
| 07/22/10 Thu | Dura, D 082010-40/244 | 0.50 | 0.50 | 145.00 | MATTER NAME: Monthly, Interim and Final Fee Applications 1 0710H0096: REVIEW TIME TRACKERS. |

EXHIBIT E

PWC RETENTION/COMPENSATION

PricewaterhouseCoopers LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|
| 07/23/10 Fri | Smith, A 082010-40/243 | 0.30 | 0.30 | 165.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 0710H0097: REVIEW STATUS OF THE JUNE 2010 FEE APPLICATION AND DISCUSSION WITH JUSTIN SPAHN (PWC) REGARDING SAME. |
| 07/26/10 Mon | Dura, D 082010-40/242 | 2.00 | 2.00 | 580.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 0710H0098: REVIEW OF TIME & EXPENSE DETAIL. |
| 07/27/10 Tue | Dura, D 082010-40/238 | 2.00 | 2.00 | 580.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 0710H0102: REVIEW FRESH START TIME DESCRIPTIONS. |
| 07/27/10 Tue | Dura, D 082010-40/239 | 1.00 | 1.00 | 290.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 0710H0101: REVIEW OF TIME & EXPENSE DETAIL. |
| 07/27/10 Tue | Dura, D 082010-40/240 | 1.00 | 1.00 | 290.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 0710H0100: REVIEW OF TIME & EXPENSE DETAIL. |
| 07/27/10 Tue | Smith, A 082010-40/241 | 0.40 | 0.40 | 220.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 0710H0099: REVIEW EXPENSE CONSOLIDATOR AND PROVIDE FEEDBACK FOR DAVID DURA (PWC). |
| 07/28/10 Wed | Dura, D 082010-40/237 | 2.50 | 2.50 | 725.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 0710H0103: REVIEW OF FILE ATTRIBUTES. |
| 08/02/10 Mon | Dura, D 082010-40/273 | 3.00 | 3.00 | 870.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 0810H0070: REVIEW JUNE 2010 TIME TRACKERS AND TIME CONSOLIDATOR. |
| 08/05/10 Thu | Smith, A 082010-40/272 | 0.90 | 0.90 | 495.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 0810H0071: REVIEW JUNE 2010 TIME AND EXPENSE DETAILS AND PROVIDE FOLLOW-UP ITEMS FOR DAVID DURA (PWC). |
| 08/13/10 Fri | Dura, D 082010-40/271 | 1.50 | 1.50 | 435.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 0810H0070: REVISE JUNE 2010 TIME CONSOLIDATOR. |
| 08/16/10 Mon | Dura, D 082010-40/270 | 1.00 | 1.00 | 290.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 0810H0071: REVIEW BILLING DETAILS FOR JUNE 2010 FEE APPLICATION. |
| 08/17/10 Tue | Dura, D 082010-40/267 | 1.00 | 1.00 | 290.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 0810H0073: CONTINUE - REVISE JUNE 2010 TIME CONSOLIDATOR. |
| 08/17/10 Tue | Dura, D 082010-40/268 | 3.50 | 3.50 | 1,015.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 0810H0072: REVISE JUNE 2010 TIME CONSOLIDATOR. |

EXHIBIT E

PWC RETENTION/COMPENSATION

PricewaterhouseCoopers LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|------|------|------|------|---|------|
| 08/17/10 Tue | Dura, D 082010-40/269 | 2.00 | 2.00 | 580.00 | 1 | *MATTER NAME: Monthly, Interim and Final Fee Applications* 0810H0071: REVIEW OF JUNE 2010 FEE APPLICATION. |
| 08/18/10 Wed | Dura, D 082010-40/266 | 1.00 | 1.00 | 290.00 | 1 | *MATTER NAME: Monthly, Interim and Final Fee Applications* 0810H0074: REVISE JUNE 2010 TIME CONSOLIDATOR. |
| 08/19/10 Thu | Dura, D 082010-40/265 | 1.00 | 1.00 | 290.00 | 1 | *MATTER NAME: Monthly, Interim and Final Fee Applications* 0810H0075: UPDATE JUNE 2010 TIME CONSOLIDATOR. |
| 08/23/10 Mon | Dura, D 082010-40/264 | 3.00 | 3.00 | 870.00 | 1 | *MATTER NAME: Monthly, Interim and Final Fee Applications* 0810H0076: UPDATE JUNE 2010 TIME CONSOLIDATOR. |
| 08/24/10 Tue | Dura, D 082010-40/263 | 1.00 | 1.00 | 290.00 | 1 | *MATTER NAME: Monthly, Interim and Final Fee Applications* 0810H0077: UPDATE JUNE 2010 TIME CONSOLIDATOR. |
| 08/24/10 Tue | Smith, A 082010-40/262 | 0.20 | 0.20 | 110.00 | 1 | *MATTER NAME: Monthly, Interim and Final Fee Applications* 0810H0078: REVIEW JUNE 2010 CONSOLIDATOR. |
| 08/25/10 Wed | Dura, D 082010-40/261 | 2.50 | 2.50 | 725.00 | 1 | *MATTER NAME: Monthly, Interim and Final Fee Applications* 0810H0078: REVISE JUNE 2010 TIME CONSOLIDATOR. |
| 08/26/10 Thu | Dura, D 082010-40/260 | 2.00 | 2.00 | 580.00 | 1 | *MATTER NAME: Monthly, Interim and Final Fee Applications* 0810H0079: REVISE JUNE 2010 TIME CONSOLIDATOR. |
| 08/26/10 Thu | Smith, A 082010-40/258 | 2.50 | 2.50 | 1,375.00 | 1 | *MATTER NAME: Monthly, Interim and Final Fee Applications* 0810H0081: CONTINUE - REVIEW JUNE 2010 FEE APPLICATION INCLUDING CONSOLIDATORS AND EXHIBITS. |
| 08/26/10 Thu | Smith, A 082010-40/259 | 1.20 | 1.20 | 660.00 | 1 | *MATTER NAME: Monthly, Interim and Final Fee Applications* 0810H0080: REVIEW JUNE 2010 FEE APPLICATION INCLUDING CONSOLIDATORS AND EXHIBITS. |
| 08/30/10 Mon | Dura, D 082010-40/257 | 1.00 | 1.00 | 290.00 | 1 | *MATTER NAME: Monthly, Interim and Final Fee Applications* 0810H0082: UPDATING JUNE 2010 NARRATIVE AND EXHIBITS FOR FILING. |
| 08/30/10 Mon | Smith, A 082010-40/256 | 0.60 | 0.60 | 330.00 | 1 | *MATTER NAME: Monthly, Interim and Final Fee Applications* 0810H0083: REVIEW THE JUNE 2010 FINAL FEE APPLICATION, NARRATIVE, EXHIBITS AND TIME DETAILS. |
| 08/31/10 Tue | Dura, D 082010-40/255 | 1.00 | 1.00 | 290.00 | 1 | *MATTER NAME: Monthly, Interim and Final Fee Applications* 0810H0084: UPDATE THE JUNE 2010 FINAL FEE APPLICATION, NARRATIVE, EXHIBITS AND TIME DETAILLS. |

EXHIBIT E
PWC RETENTION/COMPENSATION
PricewaterhouseCoopers LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| | | | 85.40 | $25,202.00 | |
| Total | | | | | |
| Number of Entries: | 65 | | | | |

EXHIBIT E

PWC RETENTION/COMPENSATION

PricewaterhouseCoopers LLP

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Dura, D | 36.50 | 10,585.00 |
| Hase, T | 3.60 | 810.00 |
| Smith, A | 10.10 | 5,555.00 |
| Spahn, J | 0.50 | 165.00 |
| Stendahl, S | 34.70 | 8,087.00 |
| | 85.40 | $25,202.00 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Employment Applications and Other Court Filings | 1.80 | 990.00 |
| Monthly, Interim and Final Fee Applications | 83.60 | 24,212.00 |
| | 85.40 | $25,202.00 |