**September 1, 2011 to September 30, 2011 Time Detail**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Dempsey  John | 28-Sep-11 | $736.60 | 2.5 | $ 1,841.50 | Review and prepare for MIP hearings (2.0); conference with Jonathan Lotsoff regarding same (0.5). |
| | | **Totals:** | **2.50** | **$1,841.50** | |