**September 1, 2011 to September 30, 2011Expense Detail**

| Date | Amount | Description |
|---|---|---|
| 30-Sep-11 | $192.15 | Administrative - Legal |
| **Total:** | **$192.15** | |