**October 1, 2011 to October 31, 2011 Time Detail**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Dempsey John | 3-Oct-11 | $736.60 | 2.5 | $1,841.50 | Review of materials in preparation for hearing. |
| Dempsey John | 4-Oct-11 | $736.60 | 3.0 | $2,209.80 | Conference with Jonathan Lotsoff of Sidley regarding Mercer report (1.0); review of materials in preparation for hearing (1.0); attendance at hearing (1.0). |
| | | **Totals:** | **5.5** | **$4,051.30** | |