**October 1, 2011 to October 31, 2011 Expense Detail**

| Date | Amount | Description |
|---|---|---|
| 31-Oct-11 | $3,105.36 | Administrative - Legal |
| **Total:** | **$3,105.36** | |