**November 1, 2011 to November 30, 2011 Expense Detail**

| Date | Amount | Description |
|---|---|---|
| 18-Nov-11 | $483.58 | Airfare for John Dempsey for travel to Wilmington, Delaware |
| 18-Nov-11 | $405.90 | Travel - Lodging  - Hotel Du Pont |
| 18-Nov-11 | $250.00 | Administrative - Pacer Service Charge |
| 30-Nov-11 | $3,636.36 | Administrative - Legal |
| **Total:** | **$4,775.84** | |