## IN THE UNITED STATES BANKRUTPCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE COMPANY, *et al.,* <br><br> Debtors. | Chapter 11 <br><br> Cases No. 08-13141 (KJC) <br> Jointly Administered |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, et al., <br><br> Plaintiff, <br><br> vs. <br><br> See Attached Exhibit A, <br><br> Defendants. | Adv. Pro. No. Various (KJC) |

### ORDER GRANTING THIRD MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO AMEND DEFINITION OF "TERMINATION EVENT" IN STANDING ORDERS

Upon consideration of the motion for the entry of an order amending the definition of "Termination Event" in the Standing Orders (the "Motion"),[1] filed in the above-captioned adversary proceeding by the Official Committee of Unsecured Creditors (the "Committee"); and any objections and responses thereto; and it appearing that good and sufficient notice of the Motion was given and that no other or further notice is necessary; and upon the record in these chapter 11 cases and adversary proceeding; after due deliberation thereon; it is hereby:

ORDERED that the Motion is GRANTED; it is further

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning as ascribed to them in the Motion.

{698.001-W0019036.}

ORDERED that in the defined term "Termination Event" in each of the Standing Orders, "(ii) (A) January 17, 2012 for *The Official Committee of Unsecured Creditors of Tribune Company, et al. v. Dennis J. FitzSimons, et al.*, Adv. Proc. 10-54010 (KJC), and (B) February 17, 2012 for *The Official Committee of Unsecured Creditors of Tribune Company, et al. v. JPMorgan Chase Bank, N.A., et al.*, Adv. Proc. 10-53963 (KJC), and all other proceedings initiated by the Committee pursuant to the Standing Orders" shall be and hereby is deleted and replaced with "(ii) (A) March 19, 2012 for *The Official Committee of Unsecured Creditors of Tribune Company, et al. v. Dennis J. FitzSimons, et al.*, Adv. Proc. 10-54010 (KJC), and (B) July 2, 2012 for *The Official Committee of Unsecured Creditors of Tribune Company, et al. v. JPMorgan Chase Bank, N.A., et al.*, Adv. Proc. 10-53963 (KJC), and all other proceedings initiated by the Committee pursuant to the Standing Orders"; it is further

ORDERED that except as provided herein, each of the Standing Orders shall remain unchanged and enforceable by its terms; it is further

ORDERED that the proponents of the Competing Plans may further modify the definition of Termination Event in subsection (ii) of the Standing Orders by the process provided in the Stay Extension Order or by the Court on motion of any of the proponents of the Competing Plans; and it is further

ORDERED that the Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2012
Wilmington, Delaware

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge