**CERTIFICATE OF SERVICE**

    I, James S. Green, Sr., Esquire, hereby certify that on this 17th day of January, 2012, I caused the foregoing document to be electronically filed with the Court via CM/ECF which will send notification of such filing to counsel of record.

        SEITZ, VAN OGTROP & GREEN, P.A.

        /s/ James S. Green, Sr.

        JAMES S. GREEN, SR. (DE481)
        jgreen@svglaw.com
        PATRICIA P. MCGONIGLE (DE3126)
        pmcgonigle@svglaw.com
        222 Delaware Avenue, Suite 1500
        P. O. Box 68
        Wilmington, DE  19899
        (302) 888-0600
            *Conflicts Counsel to Plaintiff*