**IN THE UNITED STATES BANKRUTPCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.,* | Cases No. 08-13141 (KJC)<br>Jointly Administered |
| Debtors. | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, et al., | Adv. Pro. No. Various (KJC) |
| Plaintiff, | |
| vs. | |
| See Attached Exhibit A, | **Hearing Date:  February 2, 2012 at 2:30 p.m. (EST)**<br>**Objection Deadline: January 26, 2012 at 4:00 p.m. (EST)** |
| Defendants. | |

## NOTICE OF MOTION

TO:    The United States Trustee; the Debtors; counsel to the Debtors; all parties served in this matter; all parties that have filed a request for service of pleadings in these cases; and, all parties requesting notice under Bankruptcy Rule 2002.

On January 17, 2012, the Official Committee of Unsecured Creditors (the "Committee") filed the *Third Motion Of The Official Committee Of Unsecured Creditors To Amend Definition Of "Termination Event" In Standing And Stay Orders* (the "Motion").

Objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **January 26, 2012 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on January 26, 2012.**

A HEARING ON THE MOTION WILL BE HELD ON **FEBRUARY 2, 2012 AT 2:30 P.M. (ET)** BEFORE THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801.

{698.001-W0018986.}

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 17, 2012
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ James S. Green, Jr.*
Adam G. Landis (No. 3407)
Daniel B. Rath (No. 3022)
Matthew B. McGuire (No. 4366)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450

*Counsel to the Official Committee of Unsecured Creditors for the Shareholder Action and other Adversary Proceedings, but, not the Lender Action*

- and -

Graeme W. Bush
James Sottile
Andrew N. Goldfarb
**ZUCKERMAN SPAEDER LLP**
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Telephone:  (202) 778-1800
Facsimile:  (202) 822-8106

*Counsel to the Official Committee of Unsecured Creditors*

- and -

Dated: January 17, 2012
       Wilmington, Delaware

**SEITZ, VAN OGTROP & GREEN, P.A.**

/s/ *James S. Green, Sr.*

_____

James S. Green, Sr. (No. 481)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
Telephone:  (302) 888-0600
Facsimile:  (302) 888-0606

*Counsel to the Official Committee of Unsecured
Creditors for the Lender Action*

-and-

Graeme W. Bush
James Sottile
Andrew N. Goldfarb
**ZUCKERMAN SPAEDER LLP**
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Telephone:  (202) 778-1800
Facsimile:  (202) 822-8106

*Counsel to the Official Committee of Unsecured
Creditors*