# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

### AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO § 1109(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9010

**NOTICE IS HEREBY GIVEN** pursuant to § 1109(b) of Title 11 of the United States Code and Rules 2002(g) and 9010 of the Federal Rules of Bankruptcy Procedure that Labaton Suchorow LLP and Lowenstein Sandler PC enter limited appearances as co-counsel for I.B.E.W. Local 103 Trust Fund ("IBEW 103") in this bankruptcy proceeding.

**NOTICE IS FURTHER GIVEN** that IBEW 103 requests that all notices given or required to be given in the above-captioned adversary proceeding be given to and served upon the following:

**Lowenstein Sandler PC**
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

Attn: John K. Sherwood, Esq.
E-mail: jsherwood@lowenstein.com

Attn: Ira Levee, Esq.
E-mail: ilevee@lowenstein.com

**Labaton Sucharow LLP**
140 Broadway
New York, NY 10005
(212) 907-0700 (Telephone)
(212) 818-0477 (Facsimile)

Attn:  Christopher J. Keller, Esq.
E-mail: ckeller@labaton.com

Attn:  Michael W. Stocker, Esq.
E-mail:  mstocker@labaton.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex, e-mail or otherwise, that affect the above-captioned adversary proceeding.

**PLEASE TAKE FURTHER NOTICE** that this Amended Notice of Appearance is entered only for the purpose of reserving IBEW 103's rights herein and that IBEW 103 hereby expressly reserves all other defenses and rights available to it, and does not by appearing in this limited capacity concede jurisdiction, waive service, or otherwise consent to the maintenance of this action, nor does this or any future appearance waive (1) any right to have final orders in non-core matters entered only after de novo review by a District Court judge, (2) any right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) any right to have the District Court withdraw the reference in any manner subject to mandatory or discretionary withdrawal, or (4) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Amended Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs,

and recoupments against the plaintiff or any other entity either in this case or in any other action, are expressly reserved.

Dated: January 18, 2012

        Respectfully submitted,

        **LOWENSTEIN SANDLER PC**

        By: /s/ *John K. Sherwood*
        John K. Sherwood, Esq.
        Ira Levee, Esq.
        65 Livingston Avenue
        Roseland, New Jersey 07068
        973.597.2500 (Telephone)
        973.597.2400 (Facsimile)

        **LABATON SUCHAROW LLP**
        Christopher J. Keller, Esq
        Michael W. Stocker, Esq.
        140 Broadway
        New York, NY 10005
        212.907.0700 (Telephone)
        212.818.0477 (Facsimile)

        *Co-Counsel for I.B.E.W. Local 103 Trust Fund*