# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| | : | |
| | : | |
| THE OFFICIAL COMMITTEE OF | : | |
| UNSECURED CREDITORS OF | : | Adv. Pro. No. 10-54010 (KJC) |
| TRIBUNE COMPANY, on behalf of | : | |
| TRIBUNE COMPANY, *et al.*, | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| DENNIS J. FITZSIMONS, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Rules 2002, 9007, and 9010(b) of the

Federal Rules of Bankruptcy Procedure, Antranig Garibian, Esquire of Stradley Ronon Stevens

& Young, LLP, will appear in the above-captioned Chapter 11 case as counsel for the following

Defendants:

- Invesco Structured Core Fund (f/k/a AIM S&P 500 Index Fund);

- PowerShares Exchange-Traded Fund Trust;

- Balanced Fund (currently called Managed Volatility Fund), a series of Bridgeway.

Counsel requests that all notices given or required to be given and all papers served or required to be served in this Chapter 11 case, and/or the foregoing adversary proceeding, be delivered and served upon Defendants at the address of its counsel as set forth below:

>Antranig Garibian, Esquire
>STRADLEY, RONON, STEVENS & YOUNG, LLP
>1000 N. West Street
>Suite 1278
>Wilmington, DE 19801-1697
>Telephone:  (302) 295-3805
>Facsimile:   (302) 295-4801

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all notices, papers and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents which, in any way, affect the above-captioned debtor or its property.

**PLEASE TAKE FURTHER NOTICE** that Defendants do not intend for this notice of appearance or any later appearance, pleading, claim or suit to constitute a waiver of (1) the right of Defendants to have final orders in non-core matters entered only after <u>de</u> <u>novo</u> review by the District Court, (2) the right of Defendants to a trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case, (3) the right of Defendants to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, defense, set off or recoupment to which the Defendants are or may be entitled.

                                                     **STRADLEY, RONON, STEVENS & YOUNG, LLP**

Dated: January 18, 2012          By: /s/ Antranig Garibian  DE Bar I.D# 4962
                                                  Antranig Garibian, Esquire
                                                  STRADLEY, RONON, STEVENS & YOUNG, LLP
                                                  1000 N. West Street
                                                  Suite 1278
                                                  Wilmington, DE 19801-1697
                                                  Telephone:  (302) 295-3805
                                                  Facsimile:   (302) 295-4801