**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al*., | : | Case No. 08-13141 (KJC) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| | : | |
| | : | |
| THE OFFICIAL COMMITTEE OF | : | |
| UNSECURED CREDITORS OF | : | Adv. Pro. No. 10-54010 (KJC) |
| TRIBUNE COMPANY, on behalf of | : | |
| TRIBUNE COMPANY, *et al*., | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| DENNIS J. FITZSIMONS, N.A., *et al*., | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

**STATEMENT PURSUANT TO RULE 2019 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE REGARDING
<u>REPRESENTATION OF MULTIPLE PARTIES</u>**

The law firm of Stradley Ronon Stevens & Young, LLP ("Stradley") files this Statement of Multiple Representation pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Statement") and respectfully sets forth as follows:

1. <u>Name and Address of the Creditor and/or Equity Security Holder</u>:

Stradley is counsel to the following defendants (the "Parties") in the above captioned Chapter 11 adversary action:

(i) Invesco Structured Core Fund (f/k/a AIM S&P 500 Index Fund);
(ii) PowerShares Exchange-Traded Fund Trust;
(iii) Balanced Fund (currently called Managed Volatility Fund), a series of Bridgeway.

- 2 -

Collectively, the Parties listed at (i) and (ii) shall be referred to as the "Invesco Funds;" the Party listed at (iii) shall be referred to as the "Bridgeway Fund."

The addresses of the Parties are listed below.

For the Invesco Funds:

> Invesco Aim Management Group, Inc.
> 11 Greenway Plaza, Suite 100
> Houston, Texas 77046-1173

For the Bridgeway Fund:

> Bridgeway Funds, Inc.
> 20 Greenway Plaza, Suite 450
> Houston, Texas 77046-1173

2. <u>Nature and Amount of Claim or Interest and Time of Acquisition</u>:

(i) <u>Invesco Aim Management Group, Inc. ("Invesco")</u>. Invesco, either directly or through its subsidiaries, affiliates or managed funds, is a party to various agreements with the Debtors that may be affected by the Debtors' Chapter 11 cases. The specific amount of the claims or interests held by Invesco or its subsidiaries, affiliates or managed funds is currently unknown. All such claims were acquired prior to the Debtor's bankruptcy filing.

(ii) <u>Bridgeway Funds, Inc. ("Bridgeway")</u>. Bridgeway, either directly or through its subsidiaries, affiliates or managed funds, is a party to various agreements with the Debtors and/or holds or held certain accounts with the Debtors that may be affected by the Debtors' Chapter 11 cases. The specific amount of the claims or interests held by Bridgeway is currently unknown. All such claims were acquired prior to the Debtor's bankruptcy filing.

LITIGATION # 1445319 v.1

- 3 -

3. <u>Facts and Circumstances in Connection with Stradley's Employment by the Parties</u>:

(i) Invesco was an existing client of Stradley at the time of the filing of the Debtors' bankruptcy petitions (the "Petitions") and requested Stradley to represent its interest in the Debtors' Chapter 11 cases.

(ii) Bridgeway was an existing client of Stradley at the time of the filing of the Petitions and requested Stradley to represent its interest in the Debtors' Chapter 11 cases.

4. Full and complete disclosure of the joint representation has been made to the Parties and the Parties have consented to such representation.

5. Stradley does not own any claim or interest in the Debtors.

6. Stradley may undertake additional representations of additional parties in interest and to the extent that Stradley does so, this statement will be supplemented as appropriate.

**STRADLEY, RONON, STEVENS & YOUNG, LLP**

Dated: January 18, 2012

By: /s/ Antranig Garibian DE I.D. #4962
Antranig Garibian, Esquire
STRADLEY, RONON, STEVENS & YOUNG, LLP
1000 N. West Street
Suite 1278
Wilmington, DE 19801-1697
Telephone: (302) 295-3805
Facsimile: (302) 295-4801
Email: AGaribian@stradley.com