# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| | : | |
| | : | |
| THE OFFICIAL COMMITTEE OF | : | |
| UNSECURED CREDITORS OF | : | Adv. Pro. No. 10-53963 (KJC) |
| TRIBUNE COMPANY, on behalf of | : | |
| TRIBUNE COMPANY, *et al.*, | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| JP MORGAN CHASE BANK, N.A., | : | |
| *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Rules 2002, 9007, and 9010(b) of the

Federal Rules of Bankruptcy Procedure, Antranig Garibian, Esquire of Stradley Ronon Stevens

& Young, LLP, will appear in the above-captioned Chapter 11 case as counsel for the following

Defendants:

- Delaware Core Plus Bond Fund, a series of Delaware Group Government Fund;

- Delaware Delchester Fund, a series of Delaware Group Income Funds (n/k/a Delaware High-Yield Opportunities Fund, a series of Delaware Group Income Funds);

- Delaware Diversified Income Fund, a series of Delaware Group Adviser Funds;

- Delaware Enhanced Global Dividend and Income Fund (improperly named as "Delaware Enhanced Global Divid");

- Delaware Extended Duration Bond Fund, a series of Delaware Group Income Funds (improperly named as "Delaware Extended Dur Bond Fund");

- Delaware Dividend Income Fund, a series of Delaware Group Equity Fund V (improperly named as "Delaware Group Eq. V Div. Inc. Fund");

- Delaware Corporate Bond Fund, a series of Delaware Group Income Funds (improperly named as "Delaware Growth Income Fund Corporate");

- Delaware High-Yield Opportunities Fund, a series of Delaware Group Income Funds (improperly named as "Delaware High-Yield Opp. Fund");

- Delaware Investments Dividend and Income Fund, Inc. (improperly named as "Delaware Inv Div & Income Fund");

- Optimum Fixed Income Fund, a series of Optimum Funds Trust (improperly named as "Delaware Optimum Fixed Income Fund");

- The Core Plus Fixed Income Portfolio, a series of Delaware Pooled Trust (improperly named as "Delaware Pooled Tr-Core Pl Inc.");

- Delaware VIP Diversified Income Series, a series of Delaware VIP Trust (improperly named as "Delaware VIP Tr Diversified In");

- Delaware VIP High Yield Series, a series of Delaware VIP Trust (improperly named as "Delaware VIP Tr High Yield Series");

- Aberdeen AM A/C 802;

- Aberdeen AM A/C 812;

- AIM Floating Rate Fund;

- Invesco Van Kampen Dynamic Credit Opportunities Fund (f/k/a Van Kampen Dynamic Credit Opportunities Fund);

- Van Kampen Senior Loan Fund; and

- Van Kampen Senior Income Trust.

Counsel requests that all notices given or required to be given and all papers served or required to be served in this Chapter 11 case, and/or the foregoing adversary proceeding, be delivered and served upon Defendants at the address of its counsel as set forth below:

> Antranig Garibian, Esquire
> STRADLEY, RONON, STEVENS & YOUNG, LLP
> 1000 N. West Street
> Suite 1278
> Wilmington, DE 19801-1697
> Telephone:  (302) 295-3805
> Facsimile:  (302) 295-4801
> Email:      AGaribian@stradley.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all notices, papers and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents which, in any way, affect the above-captioned debtor or its property.

**PLEASE TAKE FURTHER NOTICE** that Defendants do not intend for this notice of appearance or any later appearance, pleading, claim or suit to constitute a waiver of (1) the right of Defendants to have final orders in non-core matters entered only after <u>de</u> <u>novo</u> review by the District Court, (2) the right of Defendants to a trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case, (3) the right of Defendants to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, defense, set off or recoupment to which the Defendants are or may be entitled.

                                    **STRADLEY, RONON, STEVENS & YOUNG, LLP**

Dated: January 18, 2012        By: /s/ Antranig Garibian  DE Bar ID#4962
                                    Antranig Garibian, Esquire
                                    STRADLEY, RONON, STEVENS & YOUNG, LLP
                                    1000 N. West Street
                                    Suite 1278
                                    Wilmington, DE 19801-1697
                                    Telephone: (302) 295-3805
                                    Facsimile: (302) 295-4801
                                    Email: AGaribian@stradley.com