# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| | : | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, *et al.*, | : | Adv. Pro. No. 10-53963 (KJC) |
| | : | |
| Plaintiff, | : | |
| vs. | : | |
| JP MORGAN CHASE BANK, N.A., *et al.*, | : | |
| Defendants. | : | |

## STATEMENT PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE REGARDING REPRESENTATION OF MULTIPLE PARTIES

The law firm of Stradley Ronon Stevens & Young, LLP ("Stradley") files this Statement of Multiple Representation pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Statement") and respectfully sets forth as follows:

1. <u>Name and Address of the Creditor and/or Equity Security Holder</u>:

Stradley is counsel to the following defendants (the "Parties") in the above captioned Chapter 11 adversary action:

(i) Delaware Core Plus Bond Fund, a series of Delaware Group Government Fund;

(ii) Delaware Delchester Fund, a series of Delaware Group Income Funds (n/k/a Delaware High-Yield Opportunities Fund, a series of Delaware Group Income Funds);

- 2 -

    (iii)  Delaware Diversified Income Fund, a series of Delaware Group Adviser Funds;

    (iv)  Delaware Enhanced Global Dividend and Income Fund (improperly named as "Delaware Enhanced Global Divid");

    (v)  Delaware Extended Duration Bond Fund, a series of Delaware Group Income Funds (improperly named as "Delaware Extended Dur Bond Fund");

    (vi)  Delaware Dividend Income Fund, a series of Delaware Group Equity Fund V (improperly named as "Delaware Group Eq. V Div. Inc. Fund");

    (vii)  Delaware Corporate Bond Fund, a series of Delaware Group Income Funds (improperly named as "Delaware Growth Income Fund Corporate");

    (viii)  Delaware High-Yield Opportunities Fund, a series of Delaware Group Income Funds (improperly named as "Delaware High-Yield Opp. Fund");

    (ix)  Delaware Investments Dividend and Income Fund, Inc. (improperly named as "Delaware Inv Div & Income Fund");

    (x)  Optimum Fixed Income Fund, a series of Optimum Funds Trust (improperly named as "Delaware Optimum Fixed Income Fund");

    (xi)  The Core Plus Fixed Income Portfolio, a series of Delaware Pooled Trust (improperly named as "Delaware Pooled Tr-Core Pl Inc.");

    (xii)  Delaware VIP Diversified Income Series, a series of Delaware VIP Trust (improperly named as "Delaware VIP Tr Diversified In");

    (xiii)  Delaware VIP High Yield Series, a series of Delaware VIP Trust (improperly named as "Delaware VIP Tr High Yield Series");

    (xiv)  Aberdeen AM A/C 802;

    (xv)  Aberdeen AM A/C 812;

    (xvi)  AIM Floating Rate Fund;

    (xvii)  Invesco Van Kampen Dynamic Credit Opportunities Fund (f/k/a Van Kampen Dynamic Credit Opportunities Fund);

    (xviii)  Van Kampen Senior Loan Fund; and

    (xix)  Van Kampen Senior Income Trust.

Collectively, the Parties listed at (i) through (xiii) shall be referred to as the "Delaware Funds;" the Parties listed at (xiv) through (xv) shall be referred to as the "Aberdeen Funds;" and the Parties listed at (xvi) through (xix) shall be referred to as the "Invesco Funds."

The addresses of the Parties are listed below.

For the Delaware Funds:

> Delaware Management Holdings, Inc.
> 2005 Market Street
> Philadelphia, PA 19103

For the Aberdeen Funds:

> Aberdeen Asset Management, Inc.
> 1735 Market Street, 37th Floor
> Philadelphia, PA 19103

For the Invesco Funds:

> Invesco Aim Management Group, Inc.
> 11 Greenway Plaza. Suite 100
> Houston, Texas  77046-1173

2. <u>Nature and Amount of Claim or Interest and Time of Acquisition</u>:

(i) <u>Delaware Management Holdings, Inc. ("Delaware")</u>.  Delaware, either directly or through its subsidiaries affiliates or managed funds, is a party to various agreements with the Debtors that may be affected by the Debtors' Chapter 11 cases.  The specific amount of the claims or interests held by Delaware or its subsidiaries and affiliates is currently unknown.  All such claims were acquired prior to the Debtor's bankruptcy filing.

(ii) <u>Aberdeen Asset Management, Inc. ("Aberdeen")</u>.  Aberdeen, either directly or through its subsidiaries, affiliates or managed funds, is a party to various agreements with the Debtors that may be affected by the Debtors' Chapter 11 cases.  The specific amount of the claims or interests held by Aberdeen is currently unknown.  All such claims were acquired prior to the Debtor's bankruptcy filing.

(iii) <u>Invesco Aim Management Group, Inc. ("Invesco")</u>.  Invesco, either directly or through its subsidiaries, affiliates or managed funds, is a party to various agreements

with the Debtors that may be affected by the Debtors' Chapter 11 cases.  The specific amount of the claims or interests held by Invesco or its subsidiaries, affiliates or managed funds is currently unknown.  All such claims were acquired prior to the Debtor's bankruptcy filing.

      3.    <u>Facts and Circumstances in Connection with Stradley's Employment by the Parties</u>:

      (i)    Delaware was an existing client of Stradley at the time of the filing of the Debtors' bankruptcy petitions (the "Petitions") and Delaware requested Stradley to represent its interests in the Debtors' Chapter 11 cases.

      (ii)    Aberdeen was an existing client of Stradley at the time of the filing of the Petitions and requested Stradley to represent its interest in the Debtors' Chapter 11 cases.

      (iii)    Invesco was an existing client of Stradley at the time of the filing of the Petitions and requested Stradley to represent its interest in the Debtors' Chapter 11 cases.

      4.    Full and complete disclosure of the joint representation has been made to the Parties and the Parties have consented to such representation.

      5.    Stradley does not own any claim or interest in the Debtors.

      6.    Stradley may undertake additional representations of additional parties in interest and to the extent that Stradley does so, this statement will be supplemented as appropriate.

**STRADLEY, RONON, STEVENS & YOUNG, LLP**

Dated:  January 18, 2012    By: <u>/s/ Antranig Garibian  DE ID# 4962</u>
    Antranig Garibian, Esquire
    STRADLEY, RONON, STEVENS & YOUNG, LLP
    1000 N. West Street
    Suite 1278
    Wilmington, DE 19801-1697
    Telephone:  (302) 295-3805
    Facsimile:  (302) 295-4801
    Email:    AGaribian@stradley.com