IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED

RE:  X  TRIBUNE COMPANY

2012 JAN 18  AM 11: 23

Bankruptcy Number: 08-13141-KJC

Chapter:  11

Debtor

## REQUEST FOR NOTICES

### TO THE CLERK OF THE U. S. BANKRUPTCY COURT

Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, Joseph Kots, hereby requests that a copy of all notices and papers in this action be served at the agent's office at the below captioned address.

Dated: 01/11/2012

By: _Joseph Kots_   /S/
Joseph Kots
Commonwealth of Pennsylvania
Department of Labor and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry St
Room 203
Reading PA  19602-1152
Telephone: (610) 378-4511
Fax: (610) 378-4459
Email: ra-li-ucts-bankhbg@state.pa.us

UC-666 09-10 (page 1)