# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE COMPANY, *et al.*, <br><br> Debtors. | ) Chapter 11 <br> ) Case No. 08-13141 (KJC) <br> ) <br> ) Jointly Administered <br> ) <br> ) <br> ) <br> ) |

## MOTION OF THE NOTEHOLDER PLAN PROPONENTS FOR VOLUNTARY DISMISSAL OF APPEAL WITHOUT PREJUDICE FROM THE COURT'S OCTOBER 31, 2011 DECISION

The Noteholder Plan Proponents, by and through their undersigned counsel, respectfully submit this Motion for Voluntary Dismissal Without Prejudice (the "Motion") of their appeal from the Court's October 31, 2011 Opinion on Confirmation [ECF No. 10133] (the "Decision"), pursuant to Rule 8001(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").[1] In support of this Motion, the Noteholder Plan Proponents respectfully submit as follows:

1. The Noteholder Plan Proponents respectfully move to dismiss the interlocutory appeal filed on November 14, 2011, from this Court's Decision, without prejudice to their right to file a notice of appeal and pursue that appeal following entry of a final order confirming a plan or such other order or event that makes the Decision appealable as of right.

2. The docket has not yet been transmitted to the District Court for the District of Delaware, and no briefs have been filed by either side.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Decision.

## NOTICE

3.     Notice of the Motion has been provided to: (a) the Office of the United States Trustee; (b) counsel to the Debtors; (c) counsel to the Creditors' Committee; (d) counsel to the administrative agent for the Debtors' post-petition financing facility; and (e) all parties requesting notice pursuant to Bankruptcy Rule 2002 and Local Rule 2002-1(b). In light of the nature of the relief requested herein, the Noteholder Plan Proponents submit that no other or further notice is necessary.

## CONCLUSION

4.     WHEREFORE, for the foregoing reasons, the Noteholder Plan Proponents respectfully request that the Court dismiss the interlocutory appeal that they filed on November 14, 2011, from the Court's October 31, 2011 Decision, without prejudice to the Noteholder Plan Proponents' filing of a notice of appeal following entry of a final order confirming a plan or such other order or event that makes the Decision appealable as of right.

Dated: January 11, 2012

| AKIN GUMP STRAUSS HAUER & FELD LLP | ASHBY & GEDDES, P.A. |
|---|---|
| Daniel H. Golden | |
| David M. Zensky | /s/ William P. Bowden |
| Philip C. Dublin | William P. Bowden (I.D. No. 2553) |
| Abid Qureshi | Amanda M. Winfree (I.D. No. 4615) |
| Mitchell P. Hurley | 500 Delaware Avenue, P.O. Box 1150 |
| One Bryant Park | Wilmington, DE  19899 |
| New York, NY  10036 | 302- 654-1888 |
| 212-872-1000 | |

*Counsel for Aurelius Capital Management, LP*

| | |
|---|---|
| McCARTER & ENGLISH, LLP<br>David J. Adler<br>245 Park Avenue<br>New York, NY 10167<br>212-609-6800 | McCARTER & ENGLISH, LLP<br><br>_____/s/ Katharine L. Mayer_____<br>Katharine L. Mayer (I.D. No. 3758)<br>Renaissance Centre<br>405 N. King Street<br>Wilmington, DE 19801<br>302-984-6300 |

*Counsel for Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

BIFFERATO GENTILOTTI LLC

_____/s/Garvan F. McDaniel_____
Garvan F. McDaniel (I.D. No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
302- 429-1900

*Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

| | |
|---|---|
| BROWN RUDNICK LLP<br>Robert J. Stark<br>Martin S. Siegel<br>Gordon Z. Novod<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800 | SULLIVAN HAZELTINE ALLINSON LLC<br><br>_____/s/ William D. Sullivan_____<br>William D. Sullivan (I.D. No. 2820)<br>Elihu E. Allinson, III (I.D. No. 3476)<br>901 N. Market St., Suite 1300<br>Wilmington, DE 19801<br>302-428-8191 |

*Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes*