IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Hearing Date: February 15, 2012 at 10:00 a.m. |
| | ) Objection Date: February 8, 2012 at 4:00 p.m. |
| | ) |
| | ) Related to ECF No. 10133 |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on January 20, 2012, the Noteholder Plan Proponents filed the *Motion for Voluntary Dismissal of Appeal Without Prejudice* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"), voluntarily dismissing their appeal from of their appeal from the Bankruptcy Court's October 31, 2011 Opinion on Confirmation [ECF No. 10133].

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion is scheduled for **February 15, 2012 at 10:00 a.m. (E.T.)** before The Honorable Kevin J. Carey, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court, and served upon, so as to be received by, the undersigned counsel on or before **February 8, 2012 at 4:00 p.m. (ET)**. Only properly and timely filed responses will be considered.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

{00594807;v1}

Dated: January 20, 2012

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>Daniel H. Golden<br>David M. Zensky<br>Philip C. Dublin<br>Abid Qureshi<br>Mitchell P. Hurley<br>One Bryant Park<br>New York, NY 10036<br>212-872-1000 | ASHBY & GEDDES, P.A.<br><br>_____/s/ William P. Bowden_____<br>William P. Bowden (I.D. No. 2553)<br>Amanda M. Winfree (I.D. No. 4615)<br>500 Delaware Avenue, P.O. Box 1150<br>Wilmington, DE 19899<br>302- 654-1888 |

*Counsel for Aurelius Capital Management, LP*

| | |
|---|---|
| McCARTER & ENGLISH, LLP<br>David J. Adler<br>245 Park Avenue<br>New York, NY 10167<br>212-609-6800 | McCARTER & ENGLISH, LLP<br><br>_____/s/ Katharine L. Mayer_____<br>Katharine L. Mayer (I.D. No. 3758)<br>Renaissance Centre<br>405 N. King Street<br>Wilmington, DE 19801<br>302-984-6300 |

*Counsel for Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

BIFFERATO GENTILOTTI LLC

_____/s/Garvan F. McDaniel_____
Garvan F. McDaniel (I.D. No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
302- 429-1900

*Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

| | |
|---|---|
| BROWN RUDNICK LLP<br>Robert J. Stark<br>Martin S. Siegel<br>Gordon Z. Novod<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800 | SULLIVAN HAZELTINE ALLINSON LLC<br><br>_____/s/ William D. Sullivan_____<br>William D. Sullivan (I.D. No. 2820)<br>Elihu E. Allinson, III (I.D. No. 3476)<br>901 N. Market St., Suite 1300<br>Wilmington, DE 19801<br>302-428-8191 |

*Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes*