IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>                 Debtors. | ) Chapter 11<br>) Case No. 08-13141 (KJC)<br>)<br>) Jointly Administered<br>)<br>)<br>) **Related to Docket No. 10133**<br>) |

### ORDER GRANTING MOTION OF THE NOTEHOLDER PLAN PROPONENTS FOR VOLUNTARY DISMISSAL OF APPEAL FROM THE COURT'S OCTOBER 31, 2011 DECISION

The Court having considered the *Motion of the Noteholder Plan Proponents for Voluntary Dismissal of Appeal From the Court's October 31, 2011 Decision* (the "Motion"), and it appearing that notice of the Motion was due and appropriate;

IT IS HEREBY:

1. ORDERED that the Motion is GRANTED in all respects; and it is further

2. ORDERED that the Court retains jurisdiction to enforce the terms of this ORDER.

Dated: _____, 2012

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

{00591435;v1}