UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>              Debtors | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>Jointly Administered |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

    PLEASE TAKE NOTICE that the attorneys set forth below hereby appear as counsel for Crane Kenney. Under Section 1109(b) of the Bankruptcy Code and, pursuant to Bankruptcy Rules 2002 and 9010, the undersigned request that copies of all notices, whether given pursuant to Bankruptcy Rule 2002 or otherwise, and all orders and other pleadings and papers in this case be given and sent to the following:

> Kimberly Bacher (IL ARDC #6285677)
> Shaw Gussis Fishman Glantz
> Wolfson & Towbin LLC
> 321 N. Clark St., Suite 800
> Chicago, Illinois 60610
> Tel: (312) 980-3836
> kbacher@shawgussis.com

    **PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any or all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, statements of affairs, operating reports, schedules of assets and liabilities, or other papers, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, transmission, telegraph, telex,

{85165:AFF:10161829.DOC}

electronic mail, or otherwise, which relate in any way to the above-referenced case or proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers (the "Notice"), nor any other appearances, pleadings, proofs of claim, claims, or suits shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any case, controversy or proceeding, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs and/or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and/or recoupments are expressly reserved.

Dated: 1/20/12

SHAW GUSSIS FISHMAN GLANZ
WOLFSON & TOWBIN LLC

/s/ Kimberly Bacher
Kimberly Bacher (IL ARDC #6285677)
321 N. Clark St., Suite 800
Chicago, Illinois 60610
Tel: (312) 276-1325
Fax: (312) 275-0566
kbacher@shawgussis.com
Attorneys for Crane Kenney

{85165:AFF:10161829.DOC}