## CERTIFICATE OF SERVICE

I hearby certify that on this 20th day of January, **2012** a copy of the foregoing **Notice of Appearance, Request For Matrix Entry, and Request for Service of Notices and Documents** was served on following parties by first class mail:

Carl D. Neff
Ciardi Ciardi & Astin
919 N. Market Street, Suite 700
Wilmington, DE 19801

Patrick Reilly
Cole, Schotz, Meisel, Forman
  & Leonard
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

John H. Strock, III
Fox Rothschild LLP
919 N. Market St., Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

/s/Kimberly Bacher (IL ARDC #6285677)
Kimberly Bacher (IL ARDC #6285677)

{85165:AFF:10161829.DOC}