**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF SERVICE OF DISCOVERY**

PLEASE TAKE NOTICE that on January 20, 2012, copies of *Wilmington Trust Company's First Set of Interrogatories to Deutsche Bank Trust Company America* and *Wilmington Trust Company's Request for Production of Documents to Deutsche Bank Trust Company Americas* were served on the parties listed below in the manner indicated:

**HAND DELIVERY**
Katharine L. Mayer, Esq.
McCarter & English, LLP
Renaissance Centre
405 N. King Street
Wilmington, DE 19801

**FEDERAL EXPRESS**
David J. Adler, Esq.
McCarter & English, LLP
245 Park Avenue
New York, NY 10167

Dated: January 20, 2012
         Wilmington, Delaware

**SULLIVAN · HAZELTINE ·ALLINSON LLC**

*/s/ William D. Sullivan*
William D. Sullivan (DE Bar No. 2820)
Elihu E. Allinson, III (DE Bar. No. 3476)
901 N. Market St., Suite 1300
Wilmington, DE 19801
Tel: 302-428-8191

BROWN RUDNICK LLP
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Gordon Z. Novod, Esq.
Seven Times Square
New York, NY 10036
Tel: 212-209-4800

*Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes*