**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DISCOVERY OF TM RETIREES UPON: AURELIUS CAPITAL MANAGEMENT, LP; THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; THE DEBTORS; EGI-TRB, LLC; LAW DEBENTURE TRUST COMPANY OF NEW YORK; AND WILMINGTON TRUST COMPANY AMERICAS**

PLEASE TAKE NOTICE that on January 21, 2012, Jay Teitelbaum, Esq. caused copies of the TM Retiree's Requests for Production of Documents to Aurelius Capital Management, LP; The Official Committee Of Unsecured Creditors; The Debtors; EGI-TRB, LLC; Law Debenture Trust Company Of New York; And Wilmington Trust Company Americas to be served on the parties listed below via email:

'Matthew B. Stein'; 'Vail, Andrew W'; 'Sunshine, Jason'; 'Boelter, Jessica C.K.'; 'Golden, Daniel'; 'Conlan, James F.'; 'Lantry, Kevin T.'; BBennett@deweyleboeuf.com; 'Johnston, James'; 'Bernstein, Donald S.'; 'Schaible, Damian S.'; 'Seife, Howard'; jsottile@zuckerman.com; 'LeMay, David'; 'Deutsch, Douglas'; 'Bradford, David J'; 'Goldman, Andrew'; 'Bendernagel, James F.'; 'David S. Rosner'; 'Sheron Korpus'; 'Stark, Robert J.'; msiegel@brownrudnick.com; GNovod@brownrudnick.com; dadler@mccarter.com; 'Pachulski, Isaac M.'; 'Harris, Adam'; 'Dublin, Philip'; 'Qureshi, Abid'; 'Brauner, Sara'; 'Bendernagel, James F.'; 'Lahaie, Meredith'; dliebentritt@tribune.com; deldersveld@tribune.com; 'Krakauer, Bryan'; 'Rosenblatt, Andrew'; 'Kansa, Ken'; 'Steen, Jeffrey C.'; 'Twomey, Dennis M.'; 'Mills, Kerriann'; 'Zensky, David'; 'Newman, Deborah';

Case 08-13141-BLS    Doc 10675    Filed 01/21/12    Page 2 of 2

'Dublin, Philip'; 'Qureshi, Abid'; 'Brauner, Sara'; 'Lahaie, Meredith'; 'Steege, Catherine L';

kstickles@coleschotz.com; 'Kansa, Ken'; 'Vonnegut, Eli James'

Dated: January 21, 2012

**HILLER & ARBAN, LLC**
By: /s/ Adam Hiller
1500 North French Street
 Wilmington, Delaware 19801
(302) 442-7677
ahiller@hillerarban.com

And

**TEITELBAUM & BASKIN, LLP**
By:/s/ Jay Teitelbaum
Jay Teitelbaum, Esq. (JT-4619)
1 Barker Avenue
Third Floor
White Plains, New York 10601
(914) 437-7670
 jteitelbaum@tblawl1p.com
Attorneys for the TM Retirees