## NOTICE OF CLAIMS PURCHASE AGREEMENT

The Chopping Block, a(n) Illinois Corporation, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto CORRE OPPORTUNITIES FUND, LP, a Delaware limited partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $6,906.79 (proof of claim amount, defined as the "Claim") against 08-13235 Tribune Media Net, Inc., (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, District of Delaware, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number 08-13141 (defined as the "Proceedings")

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the 17th day of January, 2012.

WITNESS (Signature): _[signature]_
(Print Name and Title of Witness): Timothy F. Egan, Controller

The Chopping Block
(Signature of Corporate Officer): _[signature]_
(Print Name and Title of Corporate Officer): STEVEN L. YOUNG / PRESIDENT

CORRE OPPORTUNITIES FUND, LP

WITNESS (Signature): _[signature]_
Kevin Barrett

(Signature of Fund Representative): _[signature]_
Eric Soderlund

Exhibit "A"