IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------X
In re:                                     :     Chapter 11 Cases

                                          :     Case No. 08-13141 (KJC)

TRIBUNE COMPANY, et al.,            :

                                          :     (Jointly Administered)

                    Debtors.     :
-----------------------------------------------------X

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on January 20, 2012, Aurelius Capital Management, LP, by and through its counsel, served the Request for Production of Documents of Aurelius Capital Management, LP, to JPMorgan Chase Bank, N.A. Relating to Allocation Disputes on the parties below via U.S. Mail and electronic mail:

Elliot Moskowitz, Esq.
Eli Vonnegut, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
elliot.moskowitz@davispolk.com
eli.vonnegut@davispolk.com
*Counsel to JPMorgan Chase Bank, N.A.*

[Signature Page to Follow]

{00595198;v1}

Dated: January 23, 2012
Wilmington, Delaware

ASHBY & GEDDES, P.A.

*/s/ Amanda M. Winfree*

William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel Golden (admitted pro hac vice)
David M. Zensky (admitted pro hac vice)
Deborah Newman (admitted pro hac vice)
One Bryant Park
New York, New York 10036
(212) 872-1000

*Counsel to Aurelius Capital Management, LP*

{00595198;v1}