IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
In re:                                              :     Chapter 11 Cases
                                                    :
                                                    :     Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                            :
                                                    :     (Jointly Administered)
                            Debtors.                :
---------------------------------------------------------X

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on January 20, 2012, Aurelius Capital Management, LP, by and through its counsel, served the Request for Production of Documents of Aurelius Capital Management, LP, to Debtors Relating to Allocation Disputes on the party below via U.S. Mail and electronic mail:

James F. Bendernagel
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
jbendernagel@sidley.com
*Counsel to the Debtors*

[Signature Page to Follow]

{00595194;v1}

Dated: January 23, 2012
Wilmington, Delaware

ASHBY & GEDDES, P.A.

*/s/ Amanda Winfree*
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel Golden (admitted pro hac vice)
David M. Zensky (admitted pro hac vice)
Deborah Newman (admitted pro hac vice)
One Bryant Park
New York, New York 10036
(212) 872-1000

*Counsel to Aurelius Capital Management, LP*

{00595194;v1}