# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------X
In re:                                           :    Chapter 11 Cases
                                                 :
                                                 :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                         :
                                                 :    (Jointly Administered)
                         Debtors.                :
-------------------------------------------------X
```

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on January 20, 2012, Aurelius Capital Management, LP, by and through its counsel, served the Request for Production of Documents of Aurelius Capital Management, LP, to the TM Retirees Relating to Allocation Disputes on the party below via U.S. Mail and electronic mail:

Jay Teitelbaum, Esq.
Teitelbaum & Baskin, LLP
3 Barker Avenue, Third Floor
White Plains, NY 10601
jteitelbaum@tblawllp.com
*Counsel to TM Retirees*

[Signature Page to Follow]

{00595189;v1}

| | |
|---|---|
| Dated: January 23, 2012<br>Wilmington, Delaware | ASHBY & GEDDES, P.A.<br><br>*/s/ Amanda Winfree*<br>William P. Bowden (I.D. No. 2553)<br>Amanda M. Winfree (I.D. No. 4615)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br><br>-and-<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Daniel Golden (admitted pro hac vice)<br>David M. Zensky (admitted pro hac vice)<br>Deborah Newman (admitted pro hac vice)<br>One Bryant Park<br>New York, New York 10036<br>(212) 872-1000<br><br>*Counsel to Aurelius Capital Management, LP* |

{00595189;v1}