IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
In re:                                            :        Chapter 11 Cases
                                                  :
                                                  :        Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                          :
                                                  :        (Jointly Administered)
                    Debtors.                      :
---------------------------------------------------------X

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on January 20, 2012, Aurelius Capital Management, LP, by and through its counsel, served the Request for Production of Documents of Aurelius Capital Management, LP, to the Official Committee of Unsecured Creditors Relating to Allocation Disputes on the parties below via U.S. Mail and electronic mail:

| | |
|---|---|
| David LeMay, Esq. | James Sottile, Esq. |
| Chadbourne & Parke LLP | Zuckerman Spaeder LLP |
| 30 Rockefeller Plaza | 1800 M Street, NW |
| New York, NY 10112 | Washington, DC 20036-5807 |
| dlemay@chadbourne.com | jsottile@zuckerman.com |
| *Counsel to the Official Committee* | *Counsel to the Official Committee* |
| *of Unsecured Creditors* | *of Unsecured Creditors* |

[Signature Page to Follow]

{00595184;v1}

| | |
|---|---|
| Dated: January 23, 2012<br>Wilmington, Delaware | ASHBY & GEDDES, P.A.<br><br>/s/ Amanda Winfree<br>_____<br>William P. Bowden (I.D. No. 2553)<br>Amanda M. Winfree (I.D. No. 4615)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br><br>-and-<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Daniel Golden (admitted pro hac vice)<br>David M. Zensky (admitted pro hac vice)<br>Deborah Newman (admitted pro hac vice)<br>One Bryant Park<br>New York, New York 10036<br>(212) 872-1000<br><br>*Counsel to Aurelius Capital Management, LP* |

{00595184;v1}