IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
In re:                                              :      Chapter 11 Cases
                                                    :
                                                    :      Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                            :
                                                    :      (Jointly Administered)
                              Debtors.              :
---------------------------------------------------------X

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on January 20, 2012, Aurelius Capital Management, LP, by and through its counsel, served the Request for Production of Documents of Aurelius Capital Management, LP, to Oaktree Capital Management, L.P. Relating to Allocation Disputes on the parties below via U.S. Mail and electronic mail:

James Johnston, Esq.
Bruce Bennett, Esq.
Dewey & LeBoeuf LLP
333 South Grand Avenue
Suite 2600
Los Angeles, CA 90071-1530
bbennett@dl.com
jjohnston@deweyleboeuf.com
*Counsel to Oaktree Capital Management, L.P.*

[Signature Page to Follow]

{00595140;v1}

Dated: January 23, 2012
       Wilmington, Delaware

ASHBY & GEDDES, P.A.

*/s/ Amanda Winfree*

William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel Golden (admitted pro hac vice)
David M. Zensky (admitted pro hac vice)
Deborah Newman (admitted pro hac vice)
One Bryant Park
New York, New York 10036
(212) 872-1000

*Counsel to Aurelius Capital Management, LP*

{00595140;v1}