# EXHIBIT 1

## Tribune Twenty-Ninth Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Bate, Peterson, Deacon, Zinn & Young LLP<br>888 South Figueroa Street, 15th Floor<br>Los Angeles, CA 90017 | Employment litigation | $48,000.00 |