KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur J. Steinberg, Esq.

*Counsel for General Motors Hourly-Rate*
*Employee Pension Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------x
In re:                                        :   Chapter 11
                                              :
**TRIBUNE COMPANY,** *et al.***,**            :   Case No. 08-13141 (KJC)
                                              :
               **Debtors.**                   :   Jointly Administered
--------------------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that King & Spalding LLP hereby appears in the above-captioned bankruptcy case as counsel for *General Motors Hourly-Rate Employee Pension Trust* ("GM Hourly-Rate").  Pursuant to Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, King & Spalding LLP requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in the above-captioned proceeding, be given and served upon the following person at the address set forth below:

> King & Spalding LLP
> 1185 Avenue of the Americas
> New York, New York  10036
> Attn:  Arthur J. Steinberg, Esq.
> Email:  asteinberg@kslaw.com
> Attn:  Scott Davidson, Esq.
> Email:  sdavidson@kslaw.com
> Telephone:  (212) 556-2100
> Facsimile:  (212) 556-2222

DMSLIBRARY01-18098409.1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the above-captioned proceeding whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Documents nor any subsequent appearance, pleading, claim or suit shall constitute a waiver of GM Hourly-Rate's substantive or procedural rights, including without limitation:

(1) the right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge;

(2) the right to trial by jury in any proceeding as to any and all matters so triable, whether or not such matters are designated as legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution;

(3) the right to seek abstention or remand of any matter or proceeding subject to mandatory or discretionary abstention or remand, and to have the District Court withdraw the reference in any matter or proceeding subject to mandatory or discretionary withdrawal;

(4) the rights, remedies and claims against other entities; or

(5) any other rights, claims, actions, defenses, setoffs or recoupments to which GM Hourly-Rate is or may be entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by GM Hourly-Rate without exception.

Dated: January 23, 2012
New York, New York

KING & SPALDING LLP

By /s/ Arthur J. Steinberg
Arthur J. Steinberg
1185 Avenue of the Americas
New York, New York 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Email:   asteinberg@kslaw.com

*Counsel for General Motors Hourly-Rate Employee Pension Trust*

3