## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: February 13, 2012 4:00 pm (ET)**<br>**Hearing Date: Only If Objection Filed** |

## NOTICE OF APPLICATION

TO:    THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE
AND THE NOTICE PARTIES

The Thirty-Third Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2011 Through December 31, 2011 (the "Application") has been filed with the Bankruptcy Court. The Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC: KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC. f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

seeks allowance of interim fees in the amount of $76,985.00 and interim expenses in the amount of $672.79.

Objections to the relief requested in the Application, if any, are required to be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before February 13, 2012, at 4:00 p.m. (ET) (the "**Objection Deadline**").

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) co-counsel to the Debtors: Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, Attn: Kenneth P. Kansa, Esq. and Jillian K. McClelland Esq.; and Cole, Schotz, Meisel, Forman & Leonard, P.A., 1000 N. West St., Suite 1200, Wilmington, DE 19801, Attn: J. Kate Stickles, Esq. and Norman J. Pernick, Esq.; (ii) counsel to the Barclays Bank PLC, in its capacity as Lender, Funding Agent, and Administrative Agent: Edwards Angell Palmer & Dodge, 919 North Market Street, Suite 1500, Wilmington, DE 19801, Attn: Stuart M. Brown, Esq. and William E. Chapman, Jr., Esq. and Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5820, Attn: Brian Trust, Esq. and Amit K. Trehan, Esq.; (iii) counsel to the Administrative Agent for the Prepetition Lenders: Davis, Polk & Wardell, LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Donald S. Bernstein, Esq. and James A. Florack, Esq. and Richards, Layton & Finger, P.A., 920 N. King Street, P.O. Box 551 Wilmington, DE 19899-0511, Attn: Mark D. Collins, Esq. and Katisha D. Fortune, Esq.; (iv) counsel to the Committee: Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801, Attn: Adam G. Landis, Esq. and Matthew B. McGuire, Esq. and Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, NY 10112, Attn: Howard Seife, Esq. and David M. LeMay, Esq.; and (v) the Office of the United Sates Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Joseph J. McMahon, Jr., Esq.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSMENT OF EXPENSES OF PROFESSIONALS AND COMMITTEE MEMBERS PURSUANT TO 11 U.S.C. §§ 105(a) AND 331 [DOCKET NO. 225], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT. ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES, WILL A HEARING BE HELD ON THE APPLICATION. ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

DATED:    January 23, 2012
          Saint Louis, Missouri

                              **STUART MAUE**

                              By:  _____
                                   John F. Theil, Esq.
                                   3840 McKelvey Road
                                   St. Louis, Missouri  63044
                                   Telephone:  (314) 291-3030
                                   Facsimile:  (314) 291-6546
                                   tribunebkr@smmj.com

                                   *Fee Examiner*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Objection Deadline: February 13, 2012 4:00 pm (ET) |
| | Hearing Date: Only If Objection Filed |

### THIRTY-THIRD MONTHLY APPLICATION OF STUART MAUE AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011

| | |
|---|---|
| Name of Applicant: | Stuart Maue, Ltd. |
| Authorized to provide professional services to: | Fee Examiner to the Court |
| Date of retention: | March 19, 2009 *nunc pro tunc* to February 20, 2009 |
| Period for which compensation and reimbursement is sought: | December 1, 2011 through December 31, 2011 |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9989); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Amount of compensation sought
as actual, reasonable, and necessary:          $76,985.00

Amount of expense reimbursement sought
as actual, reasonable, and necessary:          $672.79

This is a monthly application.

This monthly application includes 4.70 hours incurred in connection with the preparation of fee applications and/or Stuart Maue compensation.

Prior applications: This is the Thirty-Third Monthly Application filed by Stuart Maue. The following is disclosed regarding the prior applications:

| Date Filed | Compensation Period | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 07/14/2009 | 03/01/2009 – 04/30/2009 | $62,237.50 | $0.00 | $62,237.50 | $0.00 |
| 07/14/2009 | 05/01/2009 – 05/31/2009 | $69,957.50 | $0.00 | $69,957.50 | $0.00 |
| 07/27/2009 | 06/01/2009 – 06/30/2009 | $118,202.50 | $13.40 | $118,202.50 | $13.40 |
| 08/26/2009 | 07/01/2009 – 07/31/2009 | $96,100.00 | $176.60 | $96,100.00 | $176.60 |
| 09/29/2009 | 08/01/2009 – 08/31/2009 | $80,385.00 | $328.40 | $80,385.00 | $328.40 |
| 10/28/2009 | 09/01/2009 – 09/30/2009 | $36,160.00 | $97.50 | $36,160.00 | $97.50 |
| 12/01/2009 | 10/01/2009 – 10/31/2009 | $65,020.00 | $45.00 | $65,020.00 | $45.00 |
| 12/28/2009 | 11/01/2009 – 11/30/2009 | $85,530.00 | $360.65 | $85,530.00 | $360.65 |
| 01/26/2010 | 12/01/2010 – 12/31/2010 | $75,320.00 | $313.31 | $75,320.00 | $313.31 |
| 02/26/2010 | 01/01/2010 – 01/31/2010 | $63,165.00 | $665.80 | $63,165.00 | $665.80 |
| 03/26/2010 | 02/01/2010 – 02/28/2010 | $58,205.00 | $358.60 | $58,205.00 | $358.60 |
| 04/26/2010 | 03/01/2010 – 03/31/2010 | $46,575.00 | $344.57 | $46,575.00 | $344.57 |
| 05/26/2010 | 04/01/2010 – 04/30/2010 | $41,027.50 | $282.22 | $41,027.50 | $282.22 |
| 06/28/2010 | 05/01/2010 – 05/31/2010 | $72,517.50 | $167.14 | $72,517.50 | $167.14 |
| 07/28/2010 | 06/01/2010 – 06/30/2010 | $63,430.00 | $85.68 | $63,430.00 | $85.68 |
| 08/26/2010 | 07/01/2010 – 07/31/2010 | $64,875.00 | $344.07 | $64,875.00 | $344.07 |
| 09/29/2010 | 08/01/2010 – 08/31/2010 | $88,587.50 | $502.30 | $88,587.50 | $502.30 |
| 10/28/2010 | 09/01/2010 – 09/30/2010 | $125,257.50 | $442.12 | $100,206.00 | $442.12 |
| 12/02/2010 | 10/01/2010 – 10/31/2010 | $83,692.50 | $1,011.13 | $66,954.00 | $1,011.13 |
| 12/28/2010 | 11/01/2010 – 11/30/2010 | $57,522.50 | $34.43 | $46,018.00 | $34.43 |
| 02/03/2011 | 12/01/2010 – 12/31/2010 | $34,180.00 | $291.83 | $27,344.00 | $291.83 |
| 02/25/2011 | 01/01/2011 – 01/31/2011 | $77,937.50 | $420.16 | $62,350.00 | $420.16 |
| 03/25/2011 | 02/01/2011 – 02/28/2011 | $148,857.50 | $739.90 | $119,086.00 | $739.90 |
| 04/26/2011 | 03/01/2011 – 03/31/2011 | $37,042.50 | $1,211.11 | $29,634.00 | $1,211.11 |
| 05/25/2011 | 04/01/2011 – 04/30/2011 | $41,697.50 | $239.77 | $33,358.00 | $239.77 |
| 06/27/2011 | 05/01/2011 – 05/31/2011 | $31,865.00 | $175.95 | $25,492.00 | $175.95 |
| 07/27/2011 | 06/01/2011 – 06/30/2011 | $36,907.50 | $324.09 | $29,526.00 | $324.09 |
| 08/26/2011 | 07/01/2011 – 07/31/2011 | $108,362.50 | $194.47 | $86,690.00 | $194.47 |
| 09/26/2011 | 08/01/2011 – 08/31/2011 | $92,127.50 | $797.39 | $73,702.00 | $797.39 |
| 10/28/2011 | 09/01/2011 – 09/30/2011 | $115,882.50 | $766.54 | $92,706.00 | $766.54 |
| 11/28/2011 | 10/01/2011 – 10/31/2011 | $95,012.50 | $370.52 | $76,010.00 | $370.52 |
| 12/27/2011 | 11/01/2011 – 11/30/2011 | $76,987.50 | $371.93 | $61,590.00 | $371.93 |

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: February 13, 2012 4:00 pm (ET)**<br>**Hearing Date: Only If Objection Filed** |

### THIRTY-THIRD MONTHLY APPLICATION OF STUART MAUE
### AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION
### AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
### DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011

Stuart Maue, Fee Examiner to the Court, hereby submits this Thirty-Third Monthly Application

of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

the Period December 1, 2011 Through December 31, 2011 (the "**Application**").  In support thereof,

Stuart Maue respectfully states the following:

**BACKGROUND**

1.       On December 8, 2008 (the "**Petition Date**"), the above-captioned debtors and debtors-

in-possession (the "**Debtors**") commenced these bankruptcy cases by each filing a voluntary petition for

relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, (the

"**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the

"**Court**").    On December 10, 2008, the Court consolidated the Debtors' chapter 11 cases for

procedural purposes only.

2.       The Debtors have continued in possession of their respective properties and continued

to operate and maintain their business as debtors in possession pursuant to section 1107(a) and 1108 of

the Bankruptcy Code.

3.       On March 19, 2009, the Court entered the *Order Appointing Fee Examiner and*

*Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals*

*and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") appointing

Stuart Maue as fee examiner *nunc pro tunc* to February 20, 2009.

4.       The Fee Examiner Order provides that Stuart Maue shall be compensated on an hourly

basis and be reimbursed for actual and necessary expenses incurred on a direct-cost basis.

5.       Stuart Maue has not shared or agreed to share any compensation paid in this case with

any other person, other than as permitted by Section 504 of the Bankruptcy Code.

**JURISDICTION AND VENUE**

6.       This Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and

1334.  Venue of this proceeding and the Application is proper in this district pursuant to 28 U.S.C. §§

1408 and 1409.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and

(M).

7.       The statutory bases for relief requested herein are Bankruptcy Code Sections 105(a),

330, and 331.

## BASIS FOR THE APPLICATION

8.    Subject to Court approval, Stuart Maue seeks payment for compensation on an hourly basis, plus reimbursement of actual, necessary expenses incurred by Stuart Maue during the period from December 1, 2011 through December 31, 2011 (the "**Application Period**").  The hourly rates charged by Stuart Maue during the Application Period are no greater than the customary hourly rates charged to Stuart Maue's bankruptcy and non-bankruptcy clients.

9.    A summary of the hours spent, the names of each professional rendering services during the Application Period, the regular customary billing rates, and the total value of time incurred by each of the Stuart Maue professionals rendering services to the Court is attached as **Exhibit A**.  A copy of the computer generated time entries reflecting the time recorded for the services is attached as **Exhibit B**.  A statement of expenses incurred by Stuart Maue during the Application Period is attached as **Exhibit C**.  All time entries and requested expense are in compliance with Local Rule 2016-2.

10.    On January 15, 2009, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331* [Docket No. 225] (the "**Interim Compensation Order**").  Pursuant to the Interim Compensation Order, Stuart Maue and other professionals are authorized to file and to serve upon the Debtors and the parties identified in the Interim Compensation Order monthly fee applications with respect to their fees and expenses.  After the expiration of a twenty (20) day objection period, the Debtors are authorized to promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the monthly fee application, unless an objection has been lodged against specific fees and/or expenses or the Court otherwise orders.

11.    In accordance with the Interim Compensation Order, Stuart Maue has filed and served upon the Debtors and other parties identified in the Interim Compensation Order this Application with respect to fees and expenses incurred during the Application Period.  During the Application Period, Stuart Maue incurred fees of $76,985.00 and expenses in the amount of $672.79.

12.     Stuart Maue has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services.

13.     Stuart Maue has not shared, nor agreed to share, (a) any compensation received or that may be received with another party or person, other than with the employees of Stuart Maue, or (b) any compensation another person or party has received or may receive.  No promises have been received by Stuart Maue as to compensation other than in accordance with the Bankruptcy Code.

14.     All services and costs for which compensation is requested by Stuart Maue in this Application were reasonable and necessary and were performed for the benefit of the Court.

**SUMMARY OF SERVICES RENDERED**

15.     The Court appointed the Fee Examiner to analyze interim and final fee applications filed by case professionals subject to the Interim Compensation Order and the Fee Examiner Order.

16.     In addition to receiving, reconciling, and analyzing interim fee applications and the underlying fee and expense entries, during the month of December 2011 the Fee Examiner prepared and issued Preliminary Reports to case professionals, communicated with the firms regarding billing issues and questions, and filed ten (10) Final Reports with the Court.  The Fee Examiner also engaged in communications with case professionals and performed other duties in support of the fee order approved by the Court.

17.     When Stuart Maue receives an interim fee application and electronic invoice data from a case professional, the initial step is the creation of a database that attorneys and accountants use to perform their analysis.  Stuart Maue utilizes proprietary software for the specific purpose of managing, analyzing, and reporting on legal fees and expenses.  The software allows Stuart Maue to view the entries in various formats (*i.e.*, chronologically, sorted by timekeeper, sorted by matter or project); to perform searches; to group phases, projects, tasks, activities, and expense categories; and to generate exhibits of relevant time or expense entries.

18.     After each database is populated with the fee and expense entries, a Stuart Maue accountant performs a series of activities to balance the database and reconcile the data to the hard copy

of the fee application. This process includes verification and reconciliation of information including timekeepers (the timekeeper identifier, position, hourly rates(s)), matters/projects, task hour allocation, embedded time (time allocated to specific activities in an otherwise block billed entry), descriptions of entry codes utilized by the case professional, hourly rate increases, expense categories, and expense documentation. In addition to identifying and quantifying any calculation errors in the fee application, the reconciliation process identifies missing or incomplete data.

19.    Stuart Maue attorneys then perform detailed analysis of the fees and underlying time entries. The attorneys review the fee application, the retention application and retention order, and other documents relevant to the case professional. With the aid of proprietary software, Stuart Maue attorneys perform a line-by-line review of the invoice data for compliance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**"). In addition, the attorneys review the application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards. While the identification of certain billing issues – such as duplicative time entries or fees invoiced by summer associates – may be flagged either by computer software or a manual review of the hard copy fee applications, most entries that may not comply with applicable guidelines or other relevant authority require qualitative analysis of the invoice data by an experienced attorney.

20.    The expense items in each fee application are reviewed by a Stuart Maue accountant for compliance with the Local Rules, the UST Guidelines, applicable limits, and other Court directives. Stuart Maue's software assists in the identification of several issues related to expenses, including mathematical errors, verification of proper rates (photocopies, facsimile), and pre-retention date expenses. However, other expenses require detailed review by an accountant, such as the application

of cost caps to meal charges, identification of questionable travel costs, identification of firm overhead, and analysis of vaguely described disbursements.

21.    Upon completion of the fee and expense analysis, Stuart Maue prepares a detailed preliminary report of our findings that includes an explanation of the billing issues and exhibits of the fee or expense entries in question.  The preliminary report is provided to the case professional, and the firm is invited to respond with additional information, detail, or support for the fees and expenses incurred.   In addition to reviewing any written response from the case professional (which often includes exhibits, revised time entries, and/or supporting documentation for expenses), Stuart Maue attorneys often engage in discussions with the professionals.  After consideration of the firm's response, Stuart Maue prepares a final report for the Court that includes recommendations regarding the fees and expenses requested in the interim fee applications.

## COMPENSATION REQUESTED

22.    Stuart Maue expended 229.20 hours during the Application Period in furtherance of work performed on behalf of the Court.  Stuart Maue requests allowance of compensation in the amount of $76,985.00 for services performed as Fee Examiner at a blended hourly rate of $335.86. Pursuant to the Interim Compensation Order, Stuart Maue requests payment of 80% of the total fees requested; the amount of $61,588.00.  None of the requested fees detailed herein have been paid.

## REIMBURSEMENT OF EXPENSES

23.    During the Application Period, Stuart Maue incurred certain necessary expenses in rendering services as Fee Examiner to the Court; the expenses are displayed in Exhibit C.  Consistent with the Local Rules and the UST Guidelines, Stuart Maue charged $0.10 per page for in-house document duplication.

24.    Stuart Maue seeks reimbursement for its reasonable, necessary, and actual expenses incurred during the Application Period in the total amount of $672.79.

## NOTICE

25.    Notice of this Application has been served upon the Notice Parties specified in the Interim Compensation Order.  In accordance with the terms of the Interim Compensation Order, Stuart Maue respectfully submits that no other or further notice is required.

WHEREFORE, Stuart Maue respectfully requests that the Court (i) grant the Application; and (ii) grant such other and further relief as this Court may deem just and proper.

DATED:    January 23, 2012
          Saint Louis, Missouri

STUART MAUE

By: _____
    John P. Theil, Esq.
    3840 McKelvey Road
    St. Louis, Missouri  63044
    Telephone:  (314) 291-3030
    Facsimile:  (314) 291-6546
    tribunebkr@smmj.com

*Fee Examiner*

# Exhibit A

Exhibit A

## SUMMARY OF TIME AND FEES BY PROFESSIONAL

| Name of Professional | Position | Hourly Billing Rate | Total Hours | Total Fees (Prior to Holdback) |
|---|---|---|---|---|
| John F. Theil | Manager/Sr. Legal Aud. | $375.00 | 92.60 | $34,725.00 |
| Kathryn Hough | Legal Auditor | $325.00 | 55.70 | 18,102.50 |
| Kathryn Tahan | Legal Auditor | $325.00 | 20.10 | 6,532.50 |
| Janet Papageorge | Legal Auditor | $325.00 | 18.10 | 5,882.50 |
| Pamela Snyder | Legal Auditor/Acct. | $275.00 | 42.70 | 11,742.50 |
| | | Total: | 229.20 | $76,985.00 |
| | | Blended Hourly Rate: | $335.86 | |

## COMPENSATION BY PROJECT CATEGORY

| Description | Total Hours | Total Fees |
|---|---|---|
| Fee Examination | 224.50 | $75,365.00 |
| Stuart Maue Retention/Compensation | 4.7 | $1,620.00 |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Photocopies (4,125 pages @ $0.10 per page) | $412.50 |
| Postage | 260.29 |
| Total | $672.79 |

# Exhibit B

Exhibit: B



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030677**
**Matter Number: 1030677**
**Firm: AlixPartners, LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/07/2011 | JT | 0.20 | Several emails to and from Alixpartners regarding outstanding electronic data. | 75.00 |
| 12/12/2011 | JT | 0.20 | Draft follow up email to A Leung regarding 8th period data and outstanding data. | 75.00 |
| 12/12/2011 | PSS | 2.40 | Reconcile fees in database to hard copy of interim application. | 660.00 |
| 12/13/2011 | PSS | 0.60 | Continue to reconcile fees in database to hard copy of interim application. | 165.00 |
| | | 1.90 | Review expenses and draft expense section of report. | 522.50 |
| 12/16/2011 | JT | 0.90 | Begin review of entries for conferences, time increments and attendance. | 337.50 |
| 12/19/2011 | JT | 8.90 | Review and examine all timekeepers entries for conferences, attendances, travel, clerical and fee applications. | 3,337.50 |
| | | **15.10** | | **$5,172.50** |

Exhibit: B



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030677**
**Matter Number: 1030677**
**Firm: AlixPartners, LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 12/31/2011** | | | | | | |
| **Legal Auditors** | | | | | | |
| Pamela S. Snyder | PSS | 275.00 | x | 4.90 | = | $1,347.50 |
| John Theil | JT | 375.00 | x | 10.20 | = | $3,825.00 |
| **Total for Legal Auditors:** | | | | **15.10** | | **$5,172.50** |
| **Total Hours Worked:** | | | | **15.10** | | |
| **Total Hours Billed:** | | | | **15.10** | | **$5,172.50** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030678**
**Matter Number: 1030678**
**Firm: AlixPartners, LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/21/2011 | JT | 0.20 | Review email and attachments regarding data for 9th interim period. | 75.00 |
| | | **0.20** | | **$75.00** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030678**
**Matter Number: 1030678**
**Firm: AlixPartners, LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| John Theil | JT | 375.00 | x | 0.20 | = | $75.00 |
| | | **Total for Legal Auditors:** | | **0.20** | | **$75.00** |
| | | **Total Hours Worked** | | **0.20** | | |
| | | **Total Hours Billed:** | | **0.20** | | **$75.00** |

**Exhibit: B**

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030679**
**Matter Number: 1030679**
**Firm: Alvarez & Marsal North America, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/01/2011 | KH | 0.20 | Review and amend analysis of questioned multiple attendance at intraoffice conferences. | 65.00 |
| 12/02/2011 | JT | 0.10 | Verify report and draft cover letter. | 37.50 |
| | | **0.30** | | **$102.50** |



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030679**
**Matter Number: 1030679**
**Firm: Alvarez & Marsal North America, LLC**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Kathryn Hough | KH | 325.00 x | | 0.20 = | | $65.00 |
| John Theil | JT | 375.00 x | | 0.10 = | | $37.50 |
| **Total for Legal Auditors:** | | | | **0.30** | | **$102.50** |
| **Total Hours Worked:** | | | | **0.30** | | |
| **Total Hours Billed:** | | | | **0.30** | | **$102.50** |



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030680**
**Matter Number: 1030680**
**Firm: Alvarez & Marsal North America, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/01/2011 | JEP | 0.90 | Drafted listing of bankruptcy Categories for Review and pertinent comments to same. | 292.50 |
| | | 4.20 | Began drafting fee examiner's preliminary report regarding firm's ninth interim fee application. | 1,365.00 |
| 12/02/2011 | JEP | 2.40 | Continued drafting fee examiner's preliminary report regarding firm's ninth interim fee application. | 780.00 |
| | | 0.60 | Drafted Table of Exhibits to accompany fee examiner's preliminary report regarding firm's ninth interim fee application. | 195.00 |
| 12/05/2011 | JEP | 1.80 | Continued the review of law firm billing entries and the further identification and classification of task descriptions referencing vaguely described task descriptions. | 585.00 |
| | | 1.70 | Continued the review of law firm billing entries and the further identification and classification of task descriptions referencing clerical activities. | 552.50 |
| 12/06/2011 | JEP | 0.30 | Drafted revisions to listing of bankruptcy Categories of Review. | 97.50 |
| | | 1.60 | Continued the review of law firm fee bill entries and the further identification and classification of task descriptions referencing vaguely described task descriptions. | 520.00 |
| | | 1.30 | Continued the review of law firm fee bill entries and the further identification and classification of task descriptions referencing clerical activities. | 422.50 |
| | | 1.20 | Finalized draft of fee examiner's preliminary report regarding firm's ninth interim fee application. | 390.00 |
| | | **16.00** | | **$5,200.00** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030680**
**Matter Number: 1030680**
**Firm: Alvarez & Marsal North America, LLC**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Janet E. Papageorge | JEP | 325.00 | x | 16.00 | = | $5,200.00 |
| | | **Total for Legal Auditors:** | | **16.00** | | **$5,200.00** |
| | | **Total Hours Worked** | | **16.00** | | |
| | | **Total Hours Billed:** | | **16.00** | | **$5,200.00** |



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1031598**
**Matter Number: 1031598**
**Firm: Campbell & Levine, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/14/2011 | JT | 0.80 | Review and analyze fee applications and exhibits, and verify and finalize preliminary report. | 300.00 |
| 12/15/2011 | PSS | 0.80 | Review preliminary report and exhibits to verify amounts. | 220.00 |
| 12/19/2011 | JT | 0.20 | Call from firm regarding response to preliminary report. | 75.00 |
| 12/21/2011 | JT | 0.20 | Draft email to firm regarding response and final report. | 75.00 |
| | | 0.90 | Draft and verify Final Report. | 337.50 |
| 12/21/2011 | PSS | 0.30 | Final review of final report and exhibits to verify accuracy of amounts. | 82.50 |
| | | **3.20** | | **$1,090.00** |

Exhibit: B



Invoice Date: 01/23/2012
Invoice Number: R1231 - 1031598
Matter Number: 1031598
Firm: Campbell & Levine, LLC

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 1.10 | = | $302.50 |
| John Theil | JT | 375.00 | x | 2.10 | = | $787.50 |
| **Total for Legal Auditors:** | | | | **3.20** | | **$1,090.00** |
| **Total Hours Worked:** | | | | **3.20** | | |
| **Total Hours Billed:** | | | | **3.20** | | **$1,090.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1031599**
**Matter Number: 1031599**
**Firm: Campbell & Levine, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/14/2011 | JT | 0.30 | Draft detailed email to M Hurford regarding handling and issues related to the reports for the first two fee applications. | 112.50 |
| | | 0.70 | Review and examine Fee Applications and exhibits, verify audit, and edit and finalize Final Report. | 262.50 |
| 12/15/2011 | PSS | 0.60 | Review final report and verify accuracy of amounts. | 165.00 |
| | | **1.60** | | **$540.00** |



Invoice Date: 01/23/2012
Invoice Number: R1231 - 1031599
Matter Number: 1031599
Firm: Campbell & Levine, LLC

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 12/31/2011** | | | | | | |
| **Legal Auditors** | | | | | | |
| Pamela S. Snyder | PSS | 275.00 | x | 0.60 | = | $165.00 |
| John Theil | JT | 375.00 | x | 1.00 | = | $375.00 |
| **Total for Legal Auditors:** | | | | **1.60** | | **$540.00** |
| **Total Hours Worked:** | | | | **1.60** | | |
| **Total Hours Billed:** | | | | **1.60** | | **$540.00** |



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1028880**
**Matter Number: 1028880**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/12/2011 | JT | 0.30 | Draft email to D Deutsch regarding two outstanding issues that will not be waived. | 112.50 |
| | | 0.10 | Review and reply to email confirming agreement on outstanding issues. | 37.50 |
| | | 3.80 | Review and examine Chadbourne's formal response and the preliminary report, and draft and verify Final Report. | 1,425.00 |
| | | 0.90 | Continue work on Final Report and incorporate agreements with firm on outstanding issues. | 337.50 |
| | | 0.40 | Call from D Deutsch regarding outstanding issues. | 150.00 |
| 12/13/2011 | JT | 1.20 | Final edits and verification of final report. | 450.00 |
| 12/13/2011 | PSS | 1.10 | Prepare final exhibits and Appendix A to accompany final report. | 302.50 |
| | | **7.80** | | **$2,815.00** |

Exhibit: B



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1028880**
**Matter Number: 1028880**
**Firm: Chadbourne & Parke LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 1.10 | = | $302.50 |
| John Theil | JT | 375.00 | x | 6.70 | = | $2,512.50 |
| **Total for Legal Auditors:** | | | | **7.80** | | **$2,815.00** |
| **Total Hours Worked:** | | | | **7.80** | | |
| **Total Hours Billed:** | | | | **7.80** | | **$2,815.00** |

**Exhibit: B**

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1029535**
**Matter Number: 1029535**
**Firm: Cole, Schotz, Meisel, Forman & Leonard, P.A.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/12/2011 | JT | 2.70 | Read and examine Cole Schotz's formal response and the preliminary report, and draft and verify Final Report. | 1,012.50 |
| 12/12/2011 | PSS | 0.90 | Review final report and prepare final exhibits and Appendix A. | 247.50 |
| | | **3.60** | | **$1,260.00** |

Exhibit: B



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1029535**
**Matter Number: 1029535**
**Firm: Cole, Schotz, Meisel, Forman &**
**Leonard, P.A.**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 12/31/2011** | | | | | | |
| **Legal Auditors** | | | | | | |
| Pamela S. Snyder | PSS | 275.00 | x | 0.90 | = | $247.50 |
| John Theil | JT | 375.00 | x | 2.70 | = | $1,012.50 |
| | **Total for Legal Auditors:** | | | **3.60** | | **$1,260.00** |
| | **Total Hours Worked:** | | | **3.60** | | |
| | **Total Hours Billed:** | | | **3.60** | | **$1,260.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1029835**
**Matter Number: 1029835**
**Firm: Cole, Schotz, Meisel, Forman &**
**Leonard, P.A.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/06/2011 | JT | 0.20 | Review email and attachment and respond to email regarding Cole Schotz's firm response to 8th interim period. | 75.00 |
| | | **0.20** | | **$75.00** |

Exhibit: B

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1029835**
**Matter Number: 1029835**
**Firm: Cole, Schotz, Meisel, Forman &**
**Leonard, P.A.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| John Theil | JT | 375.00 | x | 0.20 | = | $75.00 |
| | | **Total for Legal Auditors:** | | **0.20** | | **$75.00** |
| | | **Total Hours Worked:** | | **0.20** | | |
| | | **Total Hours Billed:** | | **0.20** | | **$75.00** |

Exhibit: B



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030686**
**Matter Number: 1030686**
**Firm: Cole, Schotz, Meisel, Forman &**
**Leonard, P.A.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/14/2011 | JT | 0.80 | Examine and verify billing entries for double billing. | 300.00 |
| | | 0.70 | Review and audit fee entries for administrative and clerical tasks. | 262.50 |
| | | 0.90 | Examine billing entries for blocked billing. | 337.50 |
| | | 0.50 | Analyze and verify billing entries for vague communications and tasks. | 187.50 |
| 12/15/2011 | JT | 2.60 | Review fee applications and exhibits, and edit and verify preliminary report. | 975.00 |
| 12/15/2011 | PSS | 1.10 | Review preliminary report and exhibits to verify amounts. | 302.50 |
| | | **6.60** | | **$2,365.00** |

**Exhibit: B**



Invoice Date: 01/23/2012
Invoice Number: R1231 - 1030686
Matter Number: 1030686
Firm: Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 12/31/2011** | | | | | | |
| **Legal Auditors** | | | | | | |
| Pamela S. Snyder | PSS | 275.00 | x | 1.10 | = | $302.50 |
| John Theil | JT | 375.00 | x | 5.50 | = | $2,062.50 |
| | | **Total for Legal Auditors:** | | **6.60** | | **$2,365.00** |
| | | **Total Hours Worked:** | | **6.60** | | |
| | | **Total Hours Billed:** | | **6.60** | | **$2,365.00** |

**Exhibit: B**

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030681**
**Matter Number: 1030681**
**Firm: Daniel J. Edelman, Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/14/2011 | JT | 0.30 | Draft detailed email to company regarding issues with the fee application and report. | 112.50 |
| | | 0.60 | Review and examine fee applications and exhibits, verify audit, and edit and finalize Final Report. | 225.00 |
| 12/15/2011 | PSS | 0.70 | Review final report and verify accuracy of amounts. | 192.50 |
| | | **1.60** | | **$530.00** |

Exhibit: B



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030681**
**Matter Number: 1030681**
**Firm: Daniel J. Edelman, Inc.**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 0.70 | = | $192.50 |
| John Theil | JT | 375.00 | x | 0.90 | = | $337.50 |
| | | **Total for Legal Auditors:** | | **1.60** | | **$530.00** |
| | | **Total Hours Worked:** | | **1.60** | | |
| | | **Total Hours Billed:** | | **1.60** | | **$530.00** |

**Exhibit: B**

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1029737**
**Matter Number: 1029737**
**Firm: Dow Lohnes PLLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/14/2011 | JT | 0.20 | Review email and attachments from firm regarding 29th monthly fee application. | 75.00 |
| | | **0.20** | | **$75.00** |

Exhibit: B



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1029737**
**Matter Number: 1029737**
**Firm: Dow Lohnes PLLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| John Theil | JT | 375.00 x | 0.20 = | $75.00 |
|------------|-----|----------|---------|--------|
| **Total for Legal Auditors:** | | | **0.20** | **$75.00** |
| **Total Hours Worked:** | | | **0.20** | |
| **Total Hours Billed:** | | | **0.20** | **$75.00** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030841**
**Matter Number: 1030841**
**Firm: Dow Lohnes PLLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/01/2011 | KH | 0.70 | Identify improbably long billing days. | 227.50 |
| | | 1.90 | Draft Preliminary Report. | 617.50 |
| | | 1.40 | Analyze timekeeper roles for purpose of identifying individuals whose contribution failed to provide utility to the matter. | 455.00 |
| | | **4.00** | | **$1,300.00** |

Exhibit: B

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030841**
**Matter Number: 1030841**
**Firm: Dow Lohnes PLLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Kathryn Hough | KH | 325.00 | x | 4.00 | = | $1,300.00 |
| | | **Total for Legal Auditors:** | | **4.00** | | **$1,300.00** |
| | | **Total Hours Worked** | | **4.00** | | |
| | | **Total Hours Billed:** | | **4.00** | | **$1,300.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1031603**
**Matter Number: 1031603**
**Firm: Dow Lohnes PLLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/05/2011 | KH | 0.90 | Analyze fee entries of John Feore for purpose of identifying potentially improper billing practices. | 292.50 |
| 12/06/2011 | KH | 1.50 | Identify non-firm conferences. | 487.50 |
| | | 1.30 | Analyze various fee entries for purpose of identifying potentially improper billing practices. | 422.50 |
| | | 0.90 | Identify instances of multiple attendance at non-firm conferences. | 292.50 |
| 12/07/2011 | KH | 0.10 | Ensure travel time was billed at one-half the timekeepers' regular rate. | 32.50 |
| | | 0.50 | Ensure timekeepers recorded time in one-tenth hour increments. | 162.50 |
| | | 0.10 | Analyze fee entries for purpose of identifying improbably long billing days. | 32.50 |
| | | 1.40 | Draft Preliminary Report. | 455.00 |
| | | **6.70** | | **$2,177.50** |

Exhibit: B



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1031603**
**Matter Number: 1031603**
**Firm: Dow Lohnes PLLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| | | | | |
|------|----------|------|-------|--------|
| Kathryn Hough | KH | 325.00 x | 6.70 = | $2,177.50 |
| | **Total for Legal Auditors:** | | **6.70** | **$2,177.50** |
| | **Total Hours Worked:** | | **6.70** | |
| | **Total Hours Billed:** | | **6.70** | **$2,177.50** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030655**
**Matter Number: 1030655**
**Firm: Ernst & Young**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/06/2011 | JT | 0.20 | Emails to and from John Spears regarding E&Y's responses to the 6th and 7th preliminary reports. | 75.00 |
| | | **0.20** | | **$75.00** |

Exhibit: B

STUART MAUE
LEGAL COST MANAGEMENT

Invoice Date: 01/23/2012
Invoice Number: R1231 - 1030655
Matter Number: 1030655
Firm: Ernst & Young

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| John Theil | JT | 375.00 x | 0.20 = | $75.00 |
|------------|----|---------|--------|--------|
| **Total for Legal Auditors:** | | | **0.20** | **$75.00** |
| **Total Hours Worked** | | | **0.20** | |
| **Total Hours Billed:** | | | **0.20** | **$75.00** |

**Exhibit: B**

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030682**
**Matter Number: 1030682**
**Firm: Jenner & Block LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/28/2011 | PSS | 1.70 | Review expenses requested in application and draft expense section of the report. | 467.50 |
| | | 3.70 | Reconcile fees in database to fees requested in interim application. | 1,017.50 |
| | | **5.40** | | **$1,485.00** |



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030682**
**Matter Number: 1030682**
**Firm: Jenner & Block LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 5.40 | = | $1,485.00 |
| | | **Total for Legal Auditors:** | | **5.40** | | **$1,485.00** |
| | | **Total Hours Worked:** | | **5.40** | | |
| | | **Total Hours Billed:** | | **5.40** | | **$1,485.00** |

**Exhibit: B**

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1028855**
**Matter Number: 1028855**
**Firm: Landis Rath & Cobb LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/09/2011 | JT | 3.20 | Review and examined firm's response, exhibits and entries, and draft and verify Final Fee Examiner's Report. | 1,200.00 |
| 12/12/2011 | PSS | 0.90 | Review final report and prepare final exhibits and Appendix A. | 247.50 |
| | | **4.10** | | **$1,447.50** |

Exhibit: B



Invoice Date: 01/23/2012
Invoice Number: R1231 - 1028855
Matter Number: 1028855
Firm: Landis Rath & Cobb LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2011**

**<u>Legal Auditors</u>**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 0.90 | = | $247.50 |
| John Theil | JT | 375.00 | x | 3.20 | = | $1,200.00 |
| **Total for Legal Auditors:** | | | | **4.10** | | **$1,447.50** |
| **Total Hours Worked:** | | | | **4.10** | | |
| **Total Hours Billed:** | | | | **4.10** | | **$1,447.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1029735**
**Matter Number: 1029735**
**Firm: Landis Rath & Cobb LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/06/2011 | JT | 1.20 | Review, edit and verify the preliminary report. | 450.00 |
| | | **1.20** | | **$450.00** |

Exhibit: B

# STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1029735**
**Matter Number: 1029735**
**Firm: Landis Rath & Cobb LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|--|-------|--|--------|

**For Professional Services through 12/31/2011**

### Legal Auditors

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|--|-------|--|--------|
| John Theil | JT | 375.00 | x | 1.20 | = | $450.00 |
| | | Total for Legal Auditors: | | 1.20 | | $450.00 |
| | | Total Hours Worked: | | 1.20 | | |
| | | Total Hours Billed: | | 1.20 | | $450.00 |

Exhibit: B



Invoice Date: 01/23/2012
Invoice Number: R1231 - 1030846
Matter Number: 1030846
Firm: Landis Rath & Cobb LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/08/2011 | KH | 2.20 | Analyze fee entries of Kimbery A. Brown for purpose of identifying potentially improper billing practices. | 715.00 |
| | | 0.90 | Analyze fee entries of various timekeepers for purpose of identifying potentially improper billing practices. | 292.50 |
| | | 1.70 | Analyze fee entries of Richard Cobb for purpose of identifying potentially improper billing practices. | 552.50 |
| 12/08/2011 | PSS | 0.20 | Continue to reconcile fees in database to fees requested in interim application. | 55.00 |
| 12/09/2011 | KH | 0.90 | Continue analysis of various fee entries for purpose of identifying potentially improper billing practices. | 292.50 |
| 12/12/2011 | KH | 0.60 | Analyze fee entries of Adam Landis for purpose of identifying potentially improper billing practices. | 195.00 |
| | | 0.40 | Analyze fee entries of Linda Rogers for purpose of identifying potentially improper billing practices. | 130.00 |
| | | 0.60 | Analyze fee entries of Matthew McGuire for purpose of identifying potentially improper billing practices. | 195.00 |
| | | 2.10 | Analyze fee entries of various timekeepers for purpose of identifying potentially improper billing practices. | 682.50 |
| 12/13/2011 | KH | 1.90 | Analyze fee entries of Frances Panchak for purpose of identifying potentially improper billing practices. | 617.50 |
| | | 0.70 | Identify instances of multiple timekeepers billing to attend intraoffice conferences. | 227.50 |
| | | 1.10 | Identify non-firm and intraoffice conferences. | 357.50 |
| 12/14/2011 | KH | 2.90 | Continue to identify instances of multiple timekeepers billing to attend intraoffice conferences. | 942.50 |
| | | 1.60 | Ensure timekeepers recorded time in one-tenth hour increments. | 520.00 |
| | | 0.40 | Identify fees related to fee application and retention. | 130.00 |
| | | 3.30 | Identify instances of multiple timekeepers billing to attend non-firm conferences. | 1,072.50 |
| 12/15/2011 | KH | 3.40 | Draft Preliminary Report. | 1,105.00 |
| | | 0.20 | Analyze hours billed per day by timekeeper for purpose of identifying improbably long billing days. | 65.00 |
| | | **25.10** | | **$8,147.50** |



Invoice Date: 01/23/2012
Invoice Number: R1231 - 1030846
Matter Number: 1030846
Firm: Landis Rath & Cobb LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2011**

**<u>Legal Auditors</u>**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Kathryn Hough | KH | 325.00 | x | 24.90 | = | $8,092.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.20 | = | $55.00 |
| **Total for Legal Auditors:** | | | | **25.10** | | **$8,147.50** |
| **Total Hours Worked:** | | | | **25.10** | | |
| **Total Hours Billed:** | | | | **25.10** | | **$8,147.50** |



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1029536**
**Matter Number: 1029536**
**Firm: Lazard Freres & Co. LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/07/2011 | JT | 0.20 | Review emails from K Stickles and Bradley Dunn regarding Lazard's response to the 7th interim preliminary report. | 75.00 |
| 12/15/2011 | JT | 1.70 | Analyze firm's response and preliminary report with exhibits, and begin drafting Final Report. | 637.50 |
| | | 0.20 | Review expenses re SNR charges and draft email to firm to obtain missing information requested in preliminary report. | 75.00 |
| | | 0.20 | Review email and firm response attached and reply to same. | 75.00 |
| 12/16/2011 | JT | 1.90 | Review and analyze supplemental response and firm invoices from SNR, and continue to draft, verify and finalize Final Report. | 712.50 |
| 12/16/2011 | PSS | 0.80 | Preparation of final exhibits and Appendix A to accompany final report. | 220.00 |
| | | **5.00** | | **$1,795.00** |

Exhibit: B



Invoice Date: 01/23/2012
Invoice Number: R1231 - 1029536
Matter Number: 1029536
Firm: Lazard Freres & Co. LLC

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 0.80 | = | $220.00 |
| John Theil | JT | 375.00 | x | 4.20 | = | $1,575.00 |
| **Total for Legal Auditors:** | | | | **5.00** | | **$1,795.00** |
| **Total Hours Worked:** | | | | **5.00** | | |
| **Total Hours Billed:** | | | | **5.00** | | **$1,795.00** |

**Exhibit: B**

**STUART MAUE**
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030436**
**Matter Number: 1030436**
**Firm: Lazard Freres & Co. LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/06/2011 | JT | 0.90 | Review, verify and edit the preliminary report. | 337.50 |
| | | **0.90** | | **$337.50** |

Exhibit: B



Invoice Date: 01/23/2012
Invoice Number: R1231 - 1030436
Matter Number: 1030436
Firm: Lazard Freres & Co. LLC

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| | | | | |
|------|------|------|------|------|
| John Theil | JT | 375.00 x | 0.90 = | $337.50 |
| | | **Total for Legal Auditors:** | **0.90** | **$337.50** |
| | | **Total Hours Worked:** | **0.90** | |
| | | **Total Hours Billed:** | **0.90** | **$337.50** |

Exhibit: B

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030675**
**Matter Number: 1030675**
**Firm: Lazard Freres & Co. LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/02/2011 | KH | 1.10 | Perform analysis of fee entries for purpose of identifying potentially improper billing practices. | 357.50 |
| | | 0.60 | Identify instances of multiple attendance at non-firm conferences. | 195.00 |
| | | 0.70 | Draft Preliminary Report. | 227.50 |
| 12/02/2011 | PSS | 0.10 | Revise fee entries to proportionalize time entries block billed by the firm. | 27.50 |
| 12/05/2011 | KH | 1.60 | Complete Preliminary Report. | 520.00 |
| | | **4.10** | | **$1,327.50** |



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030675**
**Matter Number: 1030675**
**Firm: Lazard Freres & Co. LLC**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 12/31/2011** | | | | | | |
| **Legal Auditors** | | | | | | |
| Kathryn Hough | KH | 325.00 | x | 4.00 | = | $1,300.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.10 | = | $27.50 |
| **Total for Legal Auditors:** | | | | **4.10** | | **$1,327.50** |
| **Total Hours Worked:** | | | | **4.10** | | |
| **Total Hours Billed:** | | | | **4.10** | | **$1,327.50** |

**Exhibit: B**

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030847**
**Matter Number: 1030847**
**Firm: Lazard Freres & Co. LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/02/2011 | KH | 0.40 | Perform analysis of fee entries for purpose of identifying potentially improper billing practices. | 130.00 |
| | | 1.10 | Draft Preliminary Report. | 357.50 |
| | | 0.30 | Analyze invoices submitted by firm for legal expenses. | 97.50 |
| 12/05/2011 | KH | 0.90 | Complete Preliminary Report. | 292.50 |
| | | 1.80 | Review SRN invoices submitted in support of expense claim in 28th Monthly Application. | 585.00 |
| | | **4.50** | | **$1,462.50** |

Exhibit: B



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030847**
**Matter Number: 1030847**
**Firm: Lazard Freres & Co. LLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| Kathryn Hough | KH | 325.00 x | 4.50 = | $1,462.50 |
|---|---|---|---|---|
| | | **Total for Legal Auditors:** | **4.50** | **$1,462.50** |
| | | **Total Hours Worked:** | **4.50** | |
| | | **Total Hours Billed:** | **4.50** | **$1,462.50** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030689**
**Matter Number: 1030689**
**Firm: Levine Sullivan Koch & Schulz, L.L.P.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/01/2011 | KH | 0.40 | Reveiw and edit Preliminary Report. | 130.00 |
| 12/13/2011 | JT | 0.90 | Review several emails, examine file and draft several detailed responses to same regarding fee hearing procedures and remaining reports. | 337.50 |
| | | **1.30** | | **$467.50** |

Exhibit: B



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030689**
**Matter Number: 1030689**
**Firm: Levine Sullivan Koch & Schulz, L.L.P.**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 12/31/2011** | | | | | | |
| **Legal Auditors** | | | | | | |
| Kathryn Hough | KH | 325.00 | x | 0.40 | = | $130.00 |
| John Theil | JT | 375.00 | x | 0.90 | = | $337.50 |
| **Total for Legal Auditors:** | | | | **1.30** | | **$467.50** |
| **Total Hours Worked:** | | | | **1.30** | | |
| **Total Hours Billed:** | | | | **1.30** | | **$467.50** |

# STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030848**
**Matter Number: 1030848**
**Firm: Levine Sullivan Koch & Schulz, L.L.P.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/01/2011 | KH | 0.40 | Reveiw and edit Preliminary Report. | 130.00 |
| | | **0.40** | | **$130.00** |

**Exhibit: B**



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030848**
**Matter Number: 1030848**
**Firm: Levine Sullivan Koch & Schulz, L.L.P.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| | | | | |
|---|---|---|---|---|
| Kathryn Hough | KH | 325.00 x | 0.40 = | $130.00 |
| | | **Total for Legal Auditors:** | **0.40** | **$130.00** |
| | | **Total Hours Worked:** | **0.40** | |
| | | **Total Hours Billed:** | **0.40** | **$130.00** |

**Exhibit: B**

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030690**
**Matter Number: 1030690**
**Firm: McDermott, Will & Emery**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/16/2011 | JT | 0.20 | Review email and attachments and respond to same. | 75.00 |
| | | **0.20** | | **$75.00** |

Exhibit: B



Invoice Date: 01/23/2012
Invoice Number: R1231 - 1030690
Matter Number: 1030690
Firm: McDermott, Will & Emery

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| John Theil | JT | 375.00 x | 0.20 = | $75.00 |
| Total for Legal Auditors: | | | 0.20 | $75.00 |
| Total Hours Worked | | | 0.20 | |
| Total Hours Billed: | | | 0.20 | $75.00 |



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1029875**
**Matter Number: 1029875**
**Firm: Mercer (US) Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/01/2011 | JT | 0.20 | Review and analyze email and attachments consisting of Mercer's Response. | 75.00 |
| | | 0.20 | Numerous emails to and from Devon Eggart regarding Mercer's Response. | 75.00 |
| 12/02/2011 | JT | 2.70 | Review and examine Mercer's Response, including attachements and exhibits and work on draft of final report. | 1,012.50 |
| | | 0.30 | Review issue in Mercer's repsponse regarding task hours not equal to entry hours, and draft email addressing concern in response. | 112.50 |
| | | 0.50 | Numerous emails between Mercer regarding various questions with its Response. | 187.50 |
| 12/02/2011 | PSS | 1.80 | Prepare final exhibits and Appendix A to accompany final report. | 495.00 |
| | | **5.70** | | **$1,957.50** |

Exhibit: B



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1029875**
**Matter Number: 1029875**
**Firm: Mercer (US) Inc.**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 12/31/2011** | | | | | | |
| **Legal Auditors** | | | | | | |
| Pamela S. Snyder | PSS | 275.00 | x | 1.80 | = | $495.00 |
| John Theil | JT | 375.00 | x | 3.90 | = | $1,462.50 |
| | | **Total for Legal Auditors:** | | **5.70** | | **$1,957.50** |
| | | **Total Hours Worked:** | | **5.70** | | |
| | | **Total Hours Billed:** | | **5.70** | | **$1,957.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030684**
**Matter Number: 1030684**
**Firm: Mercer (US) Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/29/2011 | PSS | 0.70 | Review expenses and draft expense section of report. | 192.50 |
| | | 2.70 | Reconcile fees in database to hard copy of interim application. | 742.50 |
| | | **3.40** | | **$935.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030684**
**Matter Number: 1030684**
**Firm: Mercer (US) Inc.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Pamela S. Snyder | PSS | 275.00 x | 3.40 = | $935.00 |
| **Total for Legal Auditors:** | | | **3.40** | **$935.00** |
| **Total Hours Worked** | | | **3.40** | |
| **Total Hours Billed:** | | | **3.40** | **$935.00** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1029896**
**Matter Number: 1029896**
**Firm: Moelis & Company LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/07/2011 | JT | 0.40 | Continued conversations and emails with Moelis regarding submission of electronic data. | 150.00 |
| 12/13/2011 | JT | 0.40 | Review and analyze numerous emails and exhibits from S Sistla regarding outstanding data and respond to same. | 150.00 |
| | | **0.80** | | **$300.00** |

Exhibit: B

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1029896**
**Matter Number: 1029896**
**Firm: Moelis & Company LLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| John Theil | JT | 375.00 | x | 0.80 | = | $300.00 |
| | | **Total for Legal Auditors:** | | **0.80** | | **$300.00** |
| | | **Total Hours Worked** | | **0.80** | | |
| | | **Total Hours Billed:** | | **0.80** | | **$300.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030017**
**Matter Number: 1030017**
**Firm: PricewaterhouseCoopers LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/20/2011 | JT | 0.20 | Telephone conference with S. Finseth to discuss response to 7th and 8th and deadlines for same. | 75.00 |
| | | 0.20 | Listen to voicemail from Shonda Finseth and send email regarding response. | 75.00 |
| | | **0.40** | | **$150.00** |



Invoice Date: 01/23/2012
Invoice Number: R1231 - 1030017
Matter Number: 1030017
Firm: PricewaterhouseCoopers LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| John Theil | JT | 375.00 x | 0.40 = | $150.00 |
|---|---|---|---|---|
| | **Total for Legal Auditors:** | | **0.40** | **$150.00** |
| | **Total Hours Worked** | | **0.40** | |
| | **Total Hours Billed:** | | **0.40** | **$150.00** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1029815**
**Matter Number: 1029815**
**Firm: Reed Smith LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/06/2011 | JT | 1.10 | Review, edit and verify preliminary report. | 412.50 |
| | | **1.10** | | **$412.50** |



STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1029815**
**Matter Number: 1029815**
**Firm: Reed Smith LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| John Theil | JT | 375.00 x | 1.10 = | $412.50 |
| **Total for Legal Auditors:** | | | **1.10** | **$412.50** |
| **Total Hours Worked** | | | **1.10** | |
| **Total Hours Billed:** | | | **1.10** | **$412.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1032175**
**Matter Number: 1032175**
**Firm: SNR Denton US LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/06/2011 | JT | 0.30 | Review and analyze Certification of Counsel and Order re: allowance of SNR's fees, and verify accuracy of same with Fee Examiner's Report. | 112.50 |
| 12/13/2011 | JT | 0.80 | Review and analyze retention application, affidavit and numerous orders and outline information for retention report. | 300.00 |
| | | **1.10** | | **$412.50** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1032175**
**Matter Number: 1032175**
**Firm: SNR Denton US LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| | | | | |
|---|---|---|---|---|
| John Theil | JT | 375.00 x | 1.10 = | $412.50 |
| | | **Total for Legal Auditors:** | **1.10** | **$412.50** |
| | | **Total Hours Worked** | **1.10** | |
| | | **Total Hours Billed:** | **1.10** | **$412.50** |

Exhibit: B



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030856**
**Matter Number: 1030856**
**Firm: Seyfarth Shaw LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/05/2011 | KCT | 0.40 | Analyze activity descriptions invoiced by a particular timekeeper related to additional potential double billing. | 130.00 |
| | | 0.60 | Examine all nonfirm conferences and attendances for relation to potential multiple attendance. | 195.00 |
| | | 0.10 | Begine study of fee entries categorized conferences for potential vague communication. | 32.50 |
| | | 0.50 | Study fee entries related to nonfirm conferences and attendance at events. | 162.50 |
| | | 0.20 | Evaluate task entries related to potential extended days, potential travel and double billing. | 65.00 |
| | | 1.00 | Review and analyze fee entries related to administrative/clerical activity. | 325.00 |
| | | 0.40 | Evaluate fee descriptions related to intraoffice multiple attendance. | 130.00 |
| | | 0.30 | Review additional fee entries related to conferences. | 97.50 |
| | | 0.40 | Study all fee entries related to legal research and evaluate for potential duplication of effort, vague activity and research presumably familiar. | 130.00 |
| | | 0.60 | Analyze all fee entries identified as conferences for potential relation to intraoffice communications. | 195.00 |
| | | 0.90 | Evaluate roles of all timekeepers and consider their utility to the case. | 292.50 |
| 12/07/2011 | KCT | 0.10 | Continue to review fee entries related to potential vague conferences. | 32.50 |
| | | 0.20 | Begin analysis of fee entries related to potential blocked billing. | 65.00 |
| 12/08/2011 | KCT | 0.60 | Evaluate time increments of all fee entries and concentrate on entries billed in whole or half hour increments. | 195.00 |
| | | 0.50 | Study fee entries describing written communications for potential relation to vague communications. | 162.50 |
| | | 0.40 | Review fee entries related to firm's retention and compensation. | 130.00 |
| | | 1.10 | Analyze all fee entries over 0.50 hour for potential relation to block billing. | 357.50 |
| | | 0.30 | Review additional fee entries identified as conferences/attendance at events. | 97.50 |
| 12/14/2011 | KCT | 0.10 | Evaluate fee entries identified as time increment problems. | 32.50 |
| | | 0.10 | Verify fee entries categorized clerical. | 32.50 |
| | | 0.80 | Review and analyze all uncategorized fee entries concentrating on other vague activity. | 260.00 |
| 12/16/2011 | KCT | 0.30 | Verify fee entries identified as administrative. | 97.50 |
| | | 0.60 | Analyze task descriptions identified as additional conferences including review for multiple attendance. | 195.00 |
| | | 0.30 | Evaluate fee descriptions categorized nonfirm multiple attendance. | 97.50 |
| | | 0.50 | Study and verify all fee entries identified as intraoffice conferences including intraoffice multiple attendance. | 162.50 |
| 12/21/2011 | KCT | 0.40 | Review and verify fee entries categorized timekeepers' roles, double billing questioned, blocked billing, vague communications, other vague activity and firm's retention and compensation. | 130.00 |
| | | 1.00 | Begin drafting fee examiner's preliminary report to firm's seventh quarterly fee application. | 325.00 |

**Exhibit: B**



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030856**
**Matter Number: 1030856**
**Firm: Seyfarth Shaw LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/22/2011 | KCT | 1.40 | Review and revise preliminary report. | 455.00 |
| | | 2.90 | Continue drafting fee examiner's preliminary report regarding firm's seventh quarterly application. | 942.50 |
| 12/26/2011 | KCT | 0.50 | Review, revise and finalize fee examiner's preliminary report regarding firm's seventh quarterly application. | 162.50 |
| | | **17.50** | | **$5,687.50** |

Exhibit: B



Invoice Date: 01/23/2012
Invoice Number: R1231 - 1030856
Matter Number: 1030856
Firm: Seyfarth Shaw LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| Kathy C. Tahan | KCT | 325.00 x | 17.50 = | $5,687.50 |
|----------------|-----|----------|---------|-----------|
| | **Total for Legal Auditors:** | | **17.50** | **$5,687.50** |
| | **Total Hours Worked:** | | **17.50** | |
| | **Total Hours Billed:** | | **17.50** | **$5,687.50** |

Exhibit: B



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1029655**
**Matter Number: 1029655**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/01/2011 | JT | 2.60 | Review and examine prior preliminary reports, firm formal and informal responses and final reports in preparation for telephone conference call with Jill Ludwig re: Sidley's Response. | 975.00 |
| | | 0.10 | Review email from Jill Ludwig regarding supplemental exhibit. | 37.50 |
| | | 0.30 | Review email and work on request for a modified exhibit for Sidley. | 112.50 |
| | | 0.40 | Telephone conference with J. Ludwig regarding Sidley's final Response. | 150.00 |
| | | 0.20 | Review and respond to email from Jill Ludwig regarding time increments. | 75.00 |
| 12/02/2011 | JT | 0.90 | Review and examine Sidley's informal response, and parts of the preliminary reports and exhibits. | 337.50 |
| | | 1.60 | Begin working on draft of final report. | 600.00 |
| 12/05/2011 | JT | 0.20 | Draft email to J. Ludwig regarding continued questions concerning flight information. | 75.00 |
| | | 1.10 | Examine and study Sidley's detailed response regarding flights for the interim period. | 412.50 |
| | | 6.40 | Review and analyze numerous informal responses from Sidley and its formal Response, draft questions to same, and work on draft of Fee Examiner's Report for Sidley-TB6. | 2,400.00 |
| 12/05/2011 | KH | 0.30 | Create clerical code and apply appropriate fees for exhibit to Final Report. | 97.50 |
| 12/06/2011 | JT | 1.60 | Final edit and verification of Fee Examiner's Report. | 600.00 |
| 12/06/2011 | PSS | 1.20 | Prepare final exhibits and Appendix A to accompany final report. | 330.00 |
| | | **16.90** | | **$6,202.50** |



Invoice Date: 01/23/2012
Invoice Number: R1231 - 1029655
Matter Number: 1029655
Firm: Sidley Austin LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|--|-------|--|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|--|-------|--|--------|
| Kathryn Hough | KH | 325.00 | x | 0.30 | = | $97.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.20 | = | $330.00 |
| John Theil | JT | 375.00 | x | 15.40 | = | $5,775.00 |
| **Total for Legal Auditors:** | | | | **16.90** | | **$6,202.50** |
| **Total Hours Worked:** | | | | **16.90** | | |
| **Total Hours Billed:** | | | | **16.90** | | **$6,202.50** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030695**
**Matter Number: 1030695**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/02/2011 | JT | 0.10 | Review email from Jill Ludwig regarding request for changed sort in exhibit. | 37.50 |
| 12/02/2011 | PSS | 0.20 | Revise fee exhibit for Vague entries as requested by firm. | 55.00 |
| 12/05/2011 | JT | 0.10 | Email to J. Ludwig responding to question regarding changed exhibit. | 37.50 |
| | | **0.40** | | **$130.00** |

Exhibit: B



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030695**
**Matter Number: 1030695**
**Firm: Sidley Austin LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 0.20 | = | $55.00 |
| John Theil | JT | 375.00 | x | 0.20 | = | $75.00 |
| | | **Total for Legal Auditors:** | | **0.40** | | **$130.00** |
| | | **Total Hours Worked:** | | **0.40** | | |
| | | **Total Hours Billed:** | | **0.40** | | **$130.00** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030696**
**Matter Number: 1030696**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/06/2011 | JT | 0.60 | Begin the review and examination of the fee applications and associated exhibits. | 225.00 |
| 12/08/2011 | JT | 0.60 | Review and examine entries related to blocked billing. | 225.00 |
| | | 3.60 | Continue drafting, editing and verifying preliminary report. | 1,350.00 |
| 12/08/2011 | KH | 1.80 | Analyze block billed fee entries in light of new case law. | 585.00 |
| | | 0.90 | Update analysis for transient timekeepers. | 292.50 |
| 12/09/2011 | PSS | 2.30 | Review preliminary report and exhibits to verify amounts. | 632.50 |
| 12/12/2011 | PSS | 0.30 | Continue to review preliminary report and exhibits to verify amounts. | 82.50 |
| | | **10.10** | | **$3,392.50** |

Exhibit: B



Invoice Date: 01/23/2012
Invoice Number: R1231 - 1030696
Matter Number: 1030696
Firm: Sidley Austin LLP

| Name | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | | | |
| **Legal Auditors** | | | | | | |
| Kathryn Hough | KH | 325.00 | x | 2.70 | = | $877.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 2.60 | = | $715.00 |
| John Theil | JT | 375.00 | x | 4.80 | = | $1,800.00 |
| | | **Total for Legal Auditors:** | | **10.10** | | **$3,392.50** |
| | | **Total Hours Worked:** | | **10.10** | | |
| | | **Total Hours Billed:** | | **10.10** | | **$3,392.50** |

Exhibit: B



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030697**
**Matter Number: 1030697**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/05/2011 | JT | 0.20 | Emails to and from J. Ludwig to discuss write downs of a professional's total time. | 75.00 |
| 12/14/2011 | PSS | 3.60 | Continue to reconcile fees in database to fees requested in interim application. | 990.00 |
| | | **3.80** | | **$1,065.00** |

Exhibit: B



Invoice Date: 01/23/2012
Invoice Number: R1231 - 1030697
Matter Number: 1030697
Firm: Sidley Austin LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|--|-------|--|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|--|-------|--|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 3.60 | = | $990.00 |
| John Theil | JT | 375.00 | x | 0.20 | = | $75.00 |
| **Total for Legal Auditors:** | | | | **3.80** | | **$1,065.00** |
| **Total Hours Worked:** | | | | **3.80** | | |
| **Total Hours Billed:** | | | | **3.80** | | **$1,065.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1031607**
**Matter Number: 1031607**
**Firm: Sitrick and Company Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/01/2011 | KH | 1.30 | Analyze fee entries for purpose of identifying potentially improper billing practices. | 422.50 |
| | | 0.80 | Draft Preliminary Report. | 260.00 |
| 12/02/2011 | KH | 0.40 | Identify instances of multiple attendance at non-firm conferences. | 130.00 |
| | | 0.50 | Draft Preliminary Report. | 162.50 |
| 12/06/2011 | JT | 0.80 | Review, edit and verify the preliminary report. | 300.00 |
| 12/13/2011 | JT | 0.20 | Review email regarding preliminary reports and respond to same. | 75.00 |
| | | **4.00** | | **$1,350.00** |

Exhibit: B



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1031607**
**Matter Number: 1031607**
**Firm: Sitrick and Company Inc.**

| Name | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| | | | | | | |
|---|---|---|---|---|---|---|
| Kathryn Hough | KH | 325.00 x | | 3.00 = | | $975.00 |
| John Theil | JT | 375.00 x | | 1.00 = | | $375.00 |
| | | **Total for Legal Auditors:** | | **4.00** | | **$1,350.00** |
| | | **Total Hours Worked:** | | **4.00** | | |
| | | **Total Hours Billed:** | | **4.00** | | **$1,350.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1032215**
**Matter Number: 1032215**
**Firm: Sitrick and Company Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/02/2011 | KH | 0.50 | Analyze fees for purpose of identifying potentially improper billing practices. | 162.50 |
| | | 0.60 | Draft Preliminary Report. | 195.00 |
| 12/06/2011 | JT | 0.40 | Review, edit and verify the preliminary report. | 150.00 |
| | | **1.50** | | **$507.50** |

Exhibit: B



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1032215**
**Matter Number: 1032215**
**Firm: Sitrick and Company Inc.**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|
| Kathryn Hough | KH | 325.00 x | | 1.10 = | | $357.50 |
| John Theil | JT | 375.00 x | | 0.40 = | | $150.00 |
| **Total for Legal Auditors:** | | | | **1.50** | | **$507.50** |
| **Total Hours Worked:** | | | | **1.50** | | |
| **Total Hours Billed:** | | | | **1.50** | | **$507.50** |

**Exhibit: B**

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1032216**
**Matter Number: 1032216**
**Firm: Sitrick and Company Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/02/2011 | KH | 0.40 | Draft Preliminary Report. | 130.00 |
| | | 0.70 | Analyze fees for purpose of identifying potentially improper billing practices. | 227.50 |
| | | **1.10** | | **$357.50** |

Exhibit: B



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1032216**
**Matter Number: 1032216**
**Firm: Sitrick and Company Inc.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| Kathryn Hough | KH | 325.00 x | 1.10 = | $357.50 |
|---|---|---|---|---|
| | **Total for Legal Auditors:** | | **1.10** | **$357.50** |
| | **Total Hours Worked:** | | **1.10** | |
| | **Total Hours Billed:** | | **1.10** | **$357.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1032217**
**Matter Number: 1032217**
**Firm: Sitrick and Company Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/02/2011 | KH | 0.40 | Draft Preliminary Report. | 130.00 |
| | | 0.30 | Analyze fees for purpose of identifying potentially improper billing practices. | 97.50 |
| | | **0.70** | | **$227.50** |

**Exhibit: B**



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1032217**
**Matter Number: 1032217**
**Firm: Sitrick and Company Inc.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| | | | | |
|------|----------|------|-------|--------|
| Kathryn Hough | KH | 325.00 x | 0.70 = | $227.50 |
| | | **Total for Legal Auditors:** | **0.70** | **$227.50** |
| | | **Total Hours Worked** | **0.70** | |
| | | **Total Hours Billed:** | **0.70** | **$227.50** |

Exhibit: B



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/01/2011 | PSS | 2.90 | Review preliminary reports and exhibits and verify accuracy of amounts (ZUCKER-TB5, ALVA-TB8). | 797.50 |
| 12/02/2011 | JT | 0.20 | Email exchange with K. Stickles regarding status of responses and final reports. | 75.00 |
| 12/02/2011 | PSS | 0.50 | Review preliminary reports and exhibits and verify accuracy of amounts (ALVA-TB8 continued). | 137.50 |
| 12/05/2011 | JT | 0.60 | Read and reply to emails regarding, and review and examine Proposed Order and Exhibit A regarding all fees and expenses for the 6th Interim Fee Hearing. | 225.00 |
| | | 0.40 | Numerous emails to and from K. Stickles regarding upcoming fee hearing and status of proposed order and Sidley Final Report. | 150.00 |
| | | 0.20 | Review email regarding upcoming hearing and Omnibus Fee Order. | 75.00 |
| 12/05/2011 | KCT | 0.20 | Confer with JFT regarding methodology regarding blocked billing. | 65.00 |
| 12/05/2011 | PSS | 1.40 | Review proposed Omnibus Order for the Sixth Interim Period. | 385.00 |
| 12/06/2011 | JEP | 0.40 | In-firm conference with JFT regarding issues relating to handling of block-billed entries in light of recent court decision in Worldwide Direct bankruptcy case. | 130.00 |
| 12/06/2011 | JT | 0.30 | Review recent filings. | 112.50 |
| | | 0.20 | Verify Amended Ex A with Sidley's Fees and Expenses. | 75.00 |
| | | 0.10 | Email to K Stickles regarding status of Responses for 7th interim period. | 37.50 |
| | | 0.40 | Discussion with team regarding future handling of blocked billed entries. | 150.00 |
| | | 0.70 | Review and analyze case cited from Delaware re: blocked billing. | 262.50 |
| | | 0.20 | Several emails to and from J Ludwig and K Stickles regarding scheduling 7th interim fee hearing. | 75.00 |
| 12/06/2011 | PSS | 0.30 | Review applications received recently. | 82.50 |
| | | 1.90 | Review preliminary reports and exhibits and verify accuracy of amounts (LANDIS-TB8, LAZARD-TB8, REED-TB8). | 522.50 |
| 12/07/2011 | JEP | 0.30 | In-firm status conference with JFT and KCT. | 97.50 |
| 12/07/2011 | JT | 2.30 | Work on determining and verifying missing data from firms; draft detailed emails with charts to Davis Wright, AlixPartners, Mercer, Jenner, and Moelis & Co. regarding same. | 862.50 |
| | | 0.20 | Examine recent filings. | 75.00 |
| | | 0.40 | Review email from Zul regarding questions about electronic data, and several phone calls back and forth regarding same. | 150.00 |
| | | 0.10 | Draft email to Zul of Moelis with example of electronic data. | 37.50 |
| | | 0.40 | Verify and finalize several Final Reports. | 150.00 |
| | | 0.10 | Review email from K Stickles to PwC regarding outstanding 7th interim response. | 37.50 |
| | | 0.10 | Review email from K Stickles to Devon Eggert re: Mercer's outstanding response and reply from Devon re: same. | 37.50 |
| 12/07/2011 | KCT | 0.30 | Confer with JFT and JEP regarding status of current applications and proposed plan. | 97.50 |

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/07/2011 | PSS | 1.80 | Review preliminary reports and exhibits and verify accuracy of amounts (LANDIS-TB8 (cont.), LAZARD-TB8 (cont.), REED-TB8 (cont.), SIT-TB1, SIT-TB2). | 495.00 |
| | | 0.80 | Review applications filed recently and prepare a list of the applications for which we need electronic data from the firm. | 220.00 |
| 12/08/2011 | JEP | 1.40 | In-firm conference with JFT, KCT and KMH regarding changes in case law regarding block billed tasks and further handling of same. | 455.00 |
| 12/08/2011 | JT | 1.40 | Organize and host bankrutpcy meeting to discuss changes in court rulings and the effect on future reports. | 525.00 |
| | | 1.20 | Draft new language with legal analysis for use in future Tribune reports. | 450.00 |
| | | 2.30 | Research and analyze caselaw regarding blocked billing in various bankruptcy courts, including Delaware. | 862.50 |
| 12/08/2011 | KCT | 0.20 | Analyze suggested block billing language for preliminary reports. | 65.00 |
| | | 0.10 | Confer with JFT and JEP regarding plan for meeting regarding block billing. | 32.50 |
| | | 1.40 | Attend meeting with JFT, JEP, and KMH to discuss changes in caselaw regarding block billing and further handling of same. | 455.00 |
| 12/08/2011 | KH | 0.30 | Review new report language regarding block billing. | 97.50 |
| | | 1.40 | Meet with bankruptcy team to discuss changes in case law regarding block billing and further handling of same. | 455.00 |
| 12/09/2011 | JT | 0.20 | Review recent filings. | 75.00 |
| | | 0.30 | Review and analyze Notice of Agenda regarding upcoming hearing and attachments. | 112.50 |
| 12/12/2011 | JT | 0.40 | Prepare for fee hearing. | 150.00 |
| | | 0.40 | Review several amended agendas regarding tomorrow's hearing. | 150.00 |
| | | 0.30 | Review several emails and Omnibus Fee Order re: 6th Interim Period. | 112.50 |
| 12/12/2011 | PSS | 0.20 | Review applications received recently. | 55.00 |
| 12/13/2011 | JT | 0.20 | Respond to firm questions regarding submission of electronic data. | 75.00 |
| | | 0.70 | Review and respond to numerous emails regarding outstanding reports. | 262.50 |
| 12/13/2011 | PSS | 0.50 | Update status spreadsheet with amounts approved in Omnibus Order for the Sixth Interim Period. | 137.50 |
| | | 0.20 | Review applications recently received. | 55.00 |
| | | 0.30 | Review applications filed by LSKS. | 82.50 |
| 12/15/2011 | JT | 0.20 | Telephone call with attorney taking over fee applications for firm and discuss electronic data and audit process. | 75.00 |
| | | 0.30 | Examine recent filing regarding fee applications. | 112.50 |
| 12/16/2011 | JT | 0.10 | Review and respond to email regarding fee hearing for 7th fee period. | 37.50 |
| 12/16/2011 | KCT | 0.10 | E-mail to JFT regarding current project and future reviews. | 32.50 |
| 12/20/2011 | JT | 0.40 | Draft and verify the CNO for the 31st monthly fee application. | 150.00 |

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/21/2011 | JT | 0.40 | Review and analyze recent filings. | 150.00 |
| | | 0.20 | Review email and attachments regarding Jones Day's monthly fee applications. | 75.00 |
| | | 0.70 | Phone conference with C Hehn regarding schedules for outstanding responses and prepare same. | 262.50 |
| | | 0.10 | Review email and attachments from Reed Smith regarding 33rd monthly fee application. | 37.50 |
| 12/21/2011 | KCT | 0.10 | Confer with JFT regarding current quarterly applications. | 32.50 |
| 12/21/2011 | PSS | 0.40 | Review applications recently received. | 110.00 |
| 12/22/2011 | KCT | 0.20 | Confer with JFT regarding new fee applications. | 65.00 |
| 12/27/2011 | JT | 0.40 | Review recently filed fee applications. | 150.00 |
| | | 3.70 | Review pleadings, exhibits and invoices and prepare and verify 32nd Monthly fee application for SMMJ. | 1,387.50 |
| | | 0.30 | Update and verify summary of fees. | 112.50 |
| 12/27/2011 | PSS | 0.30 | Review SMMJ 32nd Monthly Application and verify amounts. | 82.50 |
| 12/28/2011 | JT | 0.30 | Review supplemental application to modify scope of E&Y's retention. | 112.50 |
| | | 0.10 | Review email and attachments from S. Jones regarding November fee application and reply to same. | 37.50 |
| | | 0.10 | Review email and attachments from L. Lankford regarding fee application. | 37.50 |
| 12/28/2011 | PSS | 0.60 | Review applications recently received. | 165.00 |
| 12/29/2011 | JT | 0.20 | Review notice of hearing for fee hearing re 7th interim period. | 75.00 |
| | | 0.20 | Review email and attachments from Chadbourne re its November fee application and the Committee's request for reimbursement of expenses and reply to same. | 75.00 |
| | | 0.30 | Review several recent filings related to confirmation, and other recent fee applications filed. | 112.50 |
| | | **40.80** | | **$13,770.00** |

Exhibit: B



**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Kathryn Hough | KH | 325.00 | x | 1.70 | = | $552.50 |
| Janet E. Papageorge | JEP | 325.00 | x | 2.10 | = | $682.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 12.10 | = | $3,327.50 |
| Kathy C. Tahan | KCT | 325.00 | x | 2.60 | = | $845.00 |
| John Theil | JT | 375.00 | x | 22.30 | = | $8,362.50 |
| **Total for Legal Auditors:** | | | | **40.80** | | **$13,770.00** |
| | | | | | | |
| **Total Hours Worked:** | | | | **40.80** | | |
| | | | | | | |
| **Total Hours Billed:** | | | | **40.80** | | **$13,770.00** |

**Exhibit: B**

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030455**
**Matter Number: 1030455**
**Firm: Zuckerman Spaeder**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2011** | | | | |
| 12/02/2011 | JT | 0.10 | Verify report and draft cover letter. | 37.50 |
| 12/16/2011 | JT | 0.30 | Review email and attachment from A Goldfarb regarding electronic data, 5th interim, scheduling, and provide detailed response to same. | 112.50 |
| | | **0.40** | | **$150.00** |

Exhibit: B

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 01/23/2012**
**Invoice Number: R1231 - 1030455**
**Matter Number: 1030455**
**Firm: Zuckerman Spaeder**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2011**

**Legal Auditors**

| John Theil | JT | 375.00 x | 0.40 = | $150.00 |
|---|---|---|---|---|
| | | **Total for Legal Auditors:** | **0.40** | **$150.00** |
| | | **Total Hours Worked** | **0.40** | |
| | | **Total Hours Billed:** | **0.40** | **$150.00** |

*STUART MAUE*
LEGAL COST MANAGEMENT

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **Summary For Professional Services through 12/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Kathryn Hough | KH | 325.00 X | 55.70 = | $18,102.50 |
| Janet E. Papageorge | JEP | 325.00 X | 18.10 = | $5,882.50 |
| Pamela S. Snyder | PSS | 275.00 X | 42.70 = | $11,742.50 |
| Kathy C. Tahan | KCT | 325.00 X | 20.10 = | $6,532.50 |
| John Theil | JT | 375.00 X | 92.60 = | $34,725.00 |
| | | **Total for Legal Auditors:** | **229.20** | **$76,985.00** |
| | | **Total Hours Worked:** | **229.20** | |
| | | **Total Hours Billed:** | **229.20** | **$76,985.00** |

# Exhibit C

EXHIBIT C

## Tribune Company et al. - December 2011 Expenses

PHOTOCOPIES:

|  |  |  |
|---|---|---|
| 4,125 at $0.10/Page | $ | 412.50 |

POSTAGE:

|  |  |  |
|---|---|---|
| Postage Paid | $ | 260.29 |
| **TOTAL EXPENSES:** | **$** | **672.79** |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
|  | **Objection Deadline: February 13, 2012 4:00 pm (ET)**<br>**Hearing Date: Only If Objection Filed** |

### CERTIFICATION OF JOHN F. THEIL

I, John F. Theil, hereby certify that:

1.        I am a Senior Legal Auditor at Stuart Maue, Fee Examiner in the above-captioned bankruptcy cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.      This Certification is made in support of the Thirty-Third Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2011 Through December 31, 2011 (the "**Application**") and in compliance with Local Rule 2016-2 (the "**Rule**") and with the United States Trustee's Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "**UST Guidelines**").

3.      I have read the Application and I certify that the Application substantially complies with the Rule and the UST Guidelines.

DATED:     January 23, 2012
           Saint Louis, Missouri

                              **STUART MAUE**

                              By: _____
                                  John F. Theil, Esq.
                                  3840 McKelvey Road
                                  St. Louis, Missouri 63044
                                  Telephone:  (314) 291-3030
                                  Facsimile:  (314) 291-6546
                                  tribunebkr@smmj.com

                                  *Fee Examiner*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, John F. Theil, hereby certify that a true and correct copy of the **Notice of Application** and the **Thirty-Third Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2011 Through December 31, 2011** have been served via First Class Mail to the Notice Parties on the attached service list on this 23rd day of January, 2012.

STUART MAUE

By: _____
    John F. Theil, Esq.
    3840 McKelvey Road
    St. Louis, Missouri 63044
    Telephone: (314) 291-3030
    Facsimile: (314) 291-6546
    tribunebkr@smmj.com

*Fee Examiner*

**TRIBUNE COMPANY, et al.**

**SERVICE LIST RE THIRTY-THIRD MONTHLY FEE APPLICATION**

David Klauder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
William E. Chipman Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE  19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0511
(Counsel to Administrative Agent for Prepetition
Lenders, JP Morgan Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE  19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY  10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)