# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> TRIBUNE COMPANY, *et al.*, <br><br>                     Debtors. | ) <br> ) <br> )   Chapter 11 <br> ) <br> )   Case No. 08-13141 (KJC) <br> ) <br> )   (Jointly Administered) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on the 20th day of January, 2012, a copy of ***EGI-TRB's Request for Written Discovery to Aurelius Capital Management, LP*** was served on the following counsel and counsel of record for the Parties (as defined in the Order Establishing Scheduling for (1) Resolution of Allocation Disputes and (2) Consideration of DCL Plan Proponents' Supplemental Disclosure Statement, Solicitation Procedures Motion and Plan [Dkt. No 10692]) via electronic mail:

> Daniel H. Golden, Esq.
> David M. Zensky, Esq.
> Abid Qureshi, Esq.
> Mitchell Hurley, Esq.
> **Akin Gump Strauss Hauer & Feld LLP**
> One Bryant Park
> New York, NY 10036

PLEASE TAKE NOTICE that, on the 23rd day of January, 2012, a copy of ***EGI-TRB's Request for Written Discovery to Aurelius Capital Management, LP*** was served on the parties referenced above via U.S. mail.

Dated: January 24, 2012  By: /s/ *David W. Carickhoff*
David W. Carickhoff (DE No. 3715)
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

And

David J. Bradford (admitted *pro hac vice)*
Catherine L. Steege (admitted *pro hac vice*)
Andrew W. Vail (admitted *pro hac vice)*
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350
Facsimile: (312) 840-7375

Co-Counsel for EGI-TRB, L.L.C.