# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) ) ) ) Chapter 11 ) ) Case No. 08-13141 (KJC) ) ) (Jointly Administered) ) ) |
| TRIBUNE COMPANY, *et al.*, | |
| Debtors. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on the 20th day of January, 2012, a copy of ***EGI-TRB's Request for Written Discovery to Wilmington Trust Company*** was served on the following counsel and counsel of record for the Parties (as defined in the Order Establishing Scheduling for (1) Resolution of Allocation Disputes and (2) Consideration of DCL Plan Proponents' Supplemental Disclosure Statement, Solicitation Procedures Motion and Plan [Dkt. No. 10692]) via electronic mail:

> Robert Stark, Esq.
> Martin S. Siegel, Esq.
> William M. Dolan, III, Esq.
> Katherine S. Bromberg, Esq.
> **Brown Rudnick LLP**
> Seven Times Square
> New York, NY 10036

LEASE TAKE NOTICE that, on the 23rd day of January, 2012, a copy of ***EGI-TRB's Request for Written Discovery to Wilmington Trust Company*** was served on the parties referenced above via U.S. mail.

135030.01600/40199562v.3

2

| | | |
|---|---|---|
| Dated: January 24, 2012 | By: | /s/ *David W. Carickhoff* |
| | | David W. Carickhoff (DE No. 3715) |
| | | BLANK ROME LLP |
| | | 1201 Market Street, Suite 800 |
| | | Wilmington, Delaware 19801 |
| | | Telephone: (302) 425-6400 |
| | | Facsimile: (302) 425-6464 |

And

David J. Bradford (admitted *pro hac vice)*
Catherine L. Steege (admitted *pro hac vice*)
Andrew W. Vail (admitted *pro hac vice)*
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350
Facsimile: (312) 840-7375

Co-Counsel for EGI-TRB, L.L.C.

135030.01600/40199562v.3