**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.,* | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the attorneys set forth hereby appear as counsel for California State Teachers' Retirement System ("CalSTRS"). Under Section 1109(b) of the Bankruptcy Code and, pursuant to Bankruptcy Rules 2002, 9007, and 9010, the undersigned request that copies of all notices, whether given pursuant to Bankruptcy Rule 2002 or otherwise, and all orders and other pleadings and papers served or required to be served in this Chapter 11 case, be delivered and served upon CalSTRS at the address of its counsel as set forth below:

Manatt, Phelps & Phillips, LLP
Ivan L. Kallick  (CA Bar No. 097649)
ikallick@manatt.com
11355 West Olympic Boulevard
Los Angeles, California  90064
Telephone:  (310) 312-4000
Facsimile:  (310 312-4224

Manatt, Phelps & Phillips, LLP
Ileana M. Hernandez (CA Bar No.198906)
ihernandez@manatt.com
11355 West Olympic Boulevard
Los Angeles, California  90064
Telephone:  (310) 312-4000
Facsimile:  (310 312-4224

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but

also includes, without limitation, any or all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, statements of affairs, operating reports, schedules of assets and liabilities, or other papers, whether format or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, transmission, telegraph, telex, electronic mail, or otherwise, which relate in any way to the above-referenced cause or proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (the "Notice"), nor any other appearances, pleadings, proofs of claim, claims, or suits shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any case, controversy or proceedings, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs and/or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and/or recoupments are expressly reserved.

Dated:  January 24, 2012
       Los Angeles, California

MANATT, PHELPS & PHILLIPS, LLP

/s/ Ivan L. Kallick (CA Bar No. 097649)
Ivan L. Kallick
ikallick@manatt.com
Manatt, Phelps & Phillips, LLP
11355 West Olympic Boulevard
Los Angeles, Ca  90064
Telephone:  (310) 312-4000
Facsimile:  (310 312-4224

*Counsel for California State Teachers'*
*Retirement System*

301344946.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2012 a copy of the foregoing Notice of Appearance and Request for Service o Papers was served on following parties by first class mail:

Carl D. Neff
Ciardi Ciardi & Astin
919 N. Market Street, Suite 700
Wilmington, DE  19801

Patrick Reilly
Cole, Schotz, Meisel, Forman & Leonard
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

James F. Conlan
Bryan Krakauer
Kevin T. Lantry
Sidley Austin, LLP
One South Dearborn Street
Chicago, Illinois  60603

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Howard Seife
David M. LeMay
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801

Graeme W. Bush
James Sottile
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C.  20036

*/s/ Ivan L. Kallick (CA Bar No. 097649)*
Ivan L. Kallick (CA Bar No. 097649)