IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**TRIBUNE COMPANY, et al.,**[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 9, 2009, I caused to be served the "Notice of Motion Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9006(b) and 9027 for Entry of an Order Extending the Debtors' Time to File Notices

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

of Removal of Claims and Causes of Action Related to the Debtors' Chapter 11 Proceedings," dated June 5, 2009, to which is attached the "Motion Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9006(b) and 9027 for Entry of an Order Extending the Debtors' Time to File Notices of Removal of Claims and Causes of Action Related to the Debtors' Chapter 11 Proceedings," dated June 5, 2009, [Docket No. 1303], by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed <u>Exhibit A</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                                    Diane Streany

Sworn to before me this
____ day of June, 2009
_____
Notary Public

TIME DARDEN
Notary Public, State Of New York
No. 01DA6198919
Qualified In Kings County
Commission Expires January 5, 2013

**EXHIBIT "A"**

# TRIBUNE COMPANY
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AARON WIDER & HTFC CORPORATION | C/O RAYMOND S VOULO, ESQ,145 WILLIS AVE, MINEOLA, NY 11501 |
| ABNER BOY SHEPARD HOLY GHOST | ABNER BOY SHEPARD, PRO SE,THE FOUNDATION SBIH,PO BOX 1653, DEERFIELD BEACH, FL 33443 |
| ALBERT E. BROOKE | CARBON COUNTY JAIL,331 BROAD STREET, NESQUEHANING, PA 18240 |
| ALBERT E. BROOKE | CARBON COUNTY JAIL,331 BROAD ST,PRO SE, NESQUEHONING, PA 18240 |
| ALLEN FRANCISCO | STAYER & GAINSBERG, P.C.,JARED B. STAYER,120 W MADISON ST, STE 520, CHICAGO, IL 60602 |
| AMERICAN SUZUKI AUTOMOTIVE CREDIT INC | C/O BRAY & SINGLETARY, PA,PO BOX 5317, JACKSONVILLE, FL 32201 |
| AMERICAN SUZUKI AUTOMOTIVE CREDIT INC | PO BOX 6508, MESA, AZ 85216-6508 |
| AMIEL CUETO, PRO SE | 7110 WEST MAIN ST, BELLEVILLE, IL 62223 |
| AMY JACHINMOWSKI | WAGE ENFORCEMENT AGENT,200 FOLLY BROOK BLVD, WETHERSFIELD, CT 06109-1113 |
| ANDREW & JENNIFER FAGGIO/CITY OF NEW | HAVEN/C/O JACOBS GRUDBERG BELT ET AL,EDWARD J MCMANUS,350 ORANGE ST, NEW HAVEN, CT 06503 |
| ANDY MARTIN | 30 E HURON #446, CHICAGO, IL 60611 |
| ANGEL T. HALDEMAN | HEIKES & BOLINGER, P.C.,RANDALL M. BOLINGER, ESQ.,5372 DISCOVERY PARK BLVD., WILLIAMSBURG, VA 23188 |
| ANNETTE LAFON | TAX AUDITOR,DEPARTMENT OF REVENUE,PO BOX 6417, TALLAHASSEE, FL 32314-6417 |
| ANTHONY CONTE | ANTHONY CONTE (PRO SE),2 ETHAN ALLEN COURT, SOURTH SETAUKET, NY 11720 |
| ANTHONY CONTE (PRO SE) | 2 ETHAN ALLEN COURT, SOURTH SETAUKET, NY 11720 |
| AR SANDRI INC. | US ATTORNEY'S OFFICE - NH,JOHN B. HUGHES,157 CHURCH ST, 23RD FL, NEW HAVEN, CT 06510 |
| AR SANDRI INC. | US DEPARTMENT OF JUSTICE; ENVIRON. &,NATRUAL RESOURCES DIV; MARK A. GALLAGHER,PO BOX 7611, WASHINGTON, DC 20044 |
| ARTINI-ZAK CORPORATION, INC. | STEVEN WARM, ESQ.,BOCA CORPORATE CENTER, SUITE 220,2101 NW CORPORATE BLVD, BOCA RATON, FL 33431 |
| AT & T COMMERCIAL FINANCE CORP. | PO BOX 4366, PORTLAND, OR 97208 |
| BANC OF AMERICA LEASING & CAPITAL, LLC | P.O. BOX 7023, TROY, NY 48007-7023 |
| BARBARA ROESSNER | ROME MCGUIGAN PC,ANDREW L HOULDING,ONE STATE ST, HARTFORD, CT 06103 |
| BARBARA ROESSNER | ROME MCGUIGAN PC,JOHN F STROTHER,ONE STATE ST, HARTFORD, CT 06103 |
| BARBARA ROESSNER | C/O ANDREW HOULDING, ESQ.,ROME MCGUIGAN, P.C.,ONE STATE STREET,13TH FLOOR, HARTFORD, CT 06103-3101 |
| BARCLAYS BANK PLC, | AS ADMINISTRATIVE AGENT,200 PARK AVENUE 5TH FLOOR, NEW YORK, NY 10166 |
| BARCLAYS BANK PLC, AS ADMIN AGENT | 200 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10166 |
| BENEFICIAL INNOVATIONS INC | BROWN MCCARROLL LLP,S CALVIN CAPSHAW/ELIZABETH L DERIEUX,1127 JUDSON RD, SUITE 220, LONGVIEW, TX 75601 |
| BENEFICIAL INNOVATIONS INC | JONES & JONES INC PC,FRANKLIN JONES, JR,201 W HOUSTON ST, PO DRAWER 1249, MARSHALL, TX 75670 |
| BENEFICIAL INNOVATIONS INC | PARKER BUNT & AINSWORTH PC,CHARLES AINSWORTH/ROBERT C BUNT,100 E FERGUSON SUITE 1114, TYLER, TX 75702 |
| BENEFICIAL INNOVATIONS INC | DUVEL & LUNER LLP,GREGORY S DOVEL/JULIEN ADAMS,201, SANTA MONICA, CA 90401 |
| BIJAN KOHANZAD | C/O NEHORAY BOB, ESQ.,NO ADDRESS PROVIDED, |
| BLUM & WEISBAUM | HAROLD WEISBAUM, ESQ.,11 E LEXINGTON ST,6TH FL, BALTIMORE, MD 21202 |
| BODY SOLUTIONS OF MANHATTAN | PETER B. GRIERER, ESQ.,400 TOWN LINE ROAD,SUITE 1000; PO BOX 5296, |
| BODY SOLUTIONS OF MANHATTAN | PETER B. GIERER, ESQ.,400 TOWN LINE RD, STE 100, HAUPPAUGE, NY 11788 |
| BONNIE CRONIN | THE CUMMINGS LAW FIRM LLC,JAMES W CUMMINGS,W FARRELL, 21 HOMLES AVE, WATERBURY, CT 06710 |
| BORELLI & ASSOCIATES, P.C. | MICHAEL J. BORELLI,999 WALT WHITMAN ROAD, SUITE 100, MELVILLE, NY 11747 |
| BREIMON, GERALD | COLLISON & O'CONNOR LTD,19 S LASALLE ST, 15TH FL, CHICAGO, IL 60603 |
| BRIGNOLI, BUSH & LEWIS LLC | TIMOTHY BRIGNOLE,73 WADSWORTH ST, HARTFORD, CT 06106 |
| BRUCE MICKELSON | C/O THOMAS L. IRWIN P.A.,21 FRANKLIN AVENUE, NUTLEY, NJ 07110 |
| BRUCE MICKELSON | 127 E RIDGEWOOD AVE, RIDGEWOOD, NJ 074503833 |

# TRIBUNE COMPANY
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BRUCE MICKELSON | 12 E RIDGEWOOD AVE, RIDGEWOOD, NJ 074503833 |
| CANON FINANCIAL SERVICES | 158 GAITHER DRIVE, #200, MT LAUREL, NJ 08054 |
| CARDELLA, FRANK | C/O DONALD J ANGELINI, JR.,ANGELINI & ANGELINI,1900 SOUTH SPRING RD SUITE 500, OAK BROOK, IL 60523 |
| CBS RADIO/CBS BROADCASTING INC. | O'CONNOR, MICHAEL J. ESQ., |
| CHARLEMAGNE LOUIS-CHARLES | C/O STEPHEN JOSEPH PADULA,PADULA LAW FIRM LLC,133 NW 16TH STREET,SUITE A, BOCA RATON, FL 33432 |
| CHARLEMAGNE LOUIS-CHARLES | STEPHEN JOSEPH PADULA,PADULA LAW FIRM LLC,365 E PALMETTO PARK ROAD, BOCA RATON, FL 33432 |
| CISCO SYSTEMS CAPITAL CORPORATION | 170 WEST TASMAN DRIVE,MAILSTOP SJ 13-3, SAN JOSE, CA 95134-1706 |
| CIT COMMUNICATIONS FINANCE CORPORATION | 1 CIT DRIVE, LIVINGSTON, NJ 07039 |
| CIT TECHNOLOGY FINANCING SERVICES INC. | 650 CIT DRIVE,PO BOX 1638, LIVINGSTON, NJ 07039 |
| CIT TECHNOLOGY FINANCING SERVICES INC. | 4600 TOUCHTON RD E BLDG 100,STE 300, JACKSONVILLE, FL 32246 |
| CIT TECHNOLOGY FINANCING SERVICES INC. | 10201 CENTURION PARKWAY NORTH,SUITE 100, JACKSONVILLE, FL 32256 |
| CITICAPITAL TECHNOLOGY FINANCE, INC. | 1255 WRIGHTS LANE, WEST CHESTER, PA 19380 |
| CITICORP VENDOR FINANCE, INC. | PO BOX 728, PARK RIDGE, NJ 07656 |
| COHEN & WOLF PC | STEWART EDELSTEIN, ESQ.,1115 BROAD ST,PO BOX 1821, BRIDGEPORT, CT 06601-1821 |
| COHEN & WOLF PC | STEWARD EDELSTEIN, ESQ.,1115 BROAD STREET,PO BOX 1821, BRIDGEPORT, CT 06601-1821 |
| COLLEEN BOWER | PETER D, TARPEY,77 W WASHINGTON,SUITE 300, CHICAGO, IL 60602 |
| CONSERVATOR OF JENNIFER FAGGIO | ANDREW FAGGIO AND JENNIFER FAGGIO,JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.,EDWARD J. MCMANUS, 350 ORANGE ST, NEW HAVEN, CT 06503 |
| CORDTS, MICHAEL | C/O JOHN F. WINTERS,WINTERS ENRIGHT SALZETTA&O'BRIEN,LLC.,111 WEST WASHINGTON ST., SUITE 1200, CHICAGO, IL 60602 |
| CORDTS, MICHAEL | WINTERS ENRIGHT SALZETTA & O'BRIEN LLC,JOHN F WINTERS JR,111 WEST WASHINGTON ST SUITE 1200, CHICAGO, IL 60602 |
| CORDTS, MICHAEL | WINTERS ENRIGHT SALZETTA,111 W WASHINGTON 1200, CHICAGO, IL 60602 |
| COTCHETT PITRE & MCCARTHY | JOSEPH W COTCHETT/PHILIP L GREGORY/,LAURA E SCHLICHTMANN/GERALD S OHN,840 MALCOME RD, SUITE 200, BURLINGAME, CA 94010 |
| CRAB HOUSE OF DOUGLASTON, INC. | D/B/A DOUGLASTON MANOR, ET AL.,C/O HARWOOD FEFFER LLP,SAMUEL K. ROSEN, 488 MADISON AVE, NEW YORK, NY 10022 |
| CRAB HOUSE OF DOUGLASTON, INC. | D/B/A DOUGLASTON MANOR, ET AL.,C/O GIAIMO ASSOCIATES LLP,JOSEPH O. GIAIMO, 80-02 KEW GARDENS RD, KEW GARDENS, NY 11415 |
| CROWN CREDIT COMPANY | 40 S. WASHINGTON STREET, NEW BREMEN, OH 45869 |
| DAN NEIL C/O COTCHETT, PITRE & MCCARTHY | J.W.COTCHETT, P.L.GREGORY,L.E.SCHLICHTMANN, G.S.OHN; SAN FRANCISCO,AIRPORT OFFICE CTR; 840 MALCOM RD, #200, BURLINGAME, CA 94010 |
| DANIEL KOHANOF,DBA ARCO GAS STATION | 5800 SAN FERNANDO RD., GLENDALE, CA 91202 |
| DAVID KISSI | DAVID KISSI, PRO SE; #38348037,FCI ELKTON,PO BOX 10, LISBON, OH 44432 |
| DE LAGE LANDEN FINANCIAL SERVICES INC | 1111 OLD EAGLE SCHOOL ROAD, WAYNE, PA 19087 |
| DEPARTMENT OF STATE | LORRAINE CORTEZ-VAZQUEZ, SECRETARY OF ST,ONE COMMERCE PLAZA,99 WASHINGTON AVENUE, ALBANY, NY 12231-001 |
| DONALD SYLVESTER | C/O LERNER & GUARINO LLC,112 PROSPECT STREET, STAMFORD, CT 06901 |
| DONALD SYLVESTER | LERNER & GUARINO LLC,112 PROSPECT STREET, STAMFORD, CT 06901 |
| DOUGLAS M. GUETZLOE | C/O FREDERIC B. O?NEAL, ESQ.,P.O. BOX 842, WINDERMERE, FL 34786 |
| DOUGLAS M. GUETZLOE | FREDERIC B. O'NEAL, ESQ.,PO BOX 842, WINDERMERE, FL 34786 |
| DRAKE, HILEMAN & DAVIS | JONATHAN RUSSELL, ESQ.,STE. 15, BAILIWICK OFFICE CAMPUS,PO BOX 1306, DOYLESTOWN, PA 18901-1306 |
| EASTERN FINANCIAL FLORIDA CREDIT UNION | 3700 LAKESIDE DRIVE, MIRAMAR, FL 33027 |
| EDGAR WILBURN JR | LAW OFFICE OF EDWARD A TORRES,EDWARD A TORRES,510 SOUTH MARENGO AVE, PASADENA, CA 91101 |
| EDWARD ARNETT "EDDIE" JOHNSON | C/O ROBERT H. ROSENFELD & ASSOCIATES,LLC, ROBERT H. ROSENFELD,33 N. DEARBORN STREET, SUITE 1030, CHICAGO, IL 60602 |

| Claim Name | Address Information |
|---|---|
| EDWARD ARNETT "EDDIE" JOHNSON | C/O GOLD & COULSON,WILLIAM R. COULSON,11 S. LASALLE STREET, SUITE 2402, CHICAGO, IL 60603 |
| EDWARD HAYES, PC | ATTORNEYS AT LAW,EDWARD HAYES, REPRESENTING GUS,515 MADISON AVENUE, 30TH FL, NEW YORK, NY 10022 |
| EDWARD JOHNSON/EDD ARNETT | ROBERT H ROSENFELD & ASSOCIATES LLC,ROBERT H ROSENFELD,33 N DEARBORN ST SUITE 1030, CHICAGO, IL 60602 |
| EDWARD JOHNSON/EDD ARNETT | GOLD & COULSON,WILLIAM R COULSON,11 S LASALLE ST, SUITE 2402, CHICAGO, IL 60603 |
| EDWARD ROEDER | JAMES B. WILCOX, JR. PLLC,JAMES B. WILCOX, JR.,2900 P. STREET N.W., WASHINGTON, DC 20007 |
| EDWARD ROEDER | HALL ESTILL HARDWICK GABLE & GOLDEN, PC,DONALD R. DINAN,1120 20TH STREET, NW, STE 700, WASHINGTON, DC 20036 |
| EDWARD ROEDER | WIGGINS, CHILDS, QUINN & PANTAZIS, LLC,THE KRESS BLDG,301 19TH STREET NORTH, BIRMINGHAM, AL 35203 |
| ELECTRONIC IMAGING | SYSTEMS OF AMERICA, INC.,2260 HICKS ROAD, ROLLING MEADOWS, IL 60008 |
| ELECTRONIC IMAGING OF | AMERICA, INC.; COOK ALEX MCFARRON ET AL,DAVID LESHT,200 WEST ADAMS ST, STE 2850, CHICAGO, IL 60606 |
| ELECTRONIC IMAGING SYSTEMS OF | AMERICA, INC.,2260 HICKS RD,PRO SE, ROLLING MEADOWS, IL 60008 |
| ELECTRONIC IMAGING SYSTEMS OF | AMERICA, INC.; COOK ALEX MCFARRON ET AL.,EDWARD DAVID MANZO,200 W ADAMS ST; STE 2850, CHICAGO, IL 60606 |
| EPLUS GROUP | 400 HERNDON PARKWAY, HERNDON, VA 20170 |
| ERVIN LEASING COMPANY | 3893 RESEARCH PARK DRIVE, ANN ARBOR, MI 48108 |
| FELICIDAD BALBON, INDIV. & AS P/L/G OF | HER MINOR SON DYLAN FREDERICK BALBON,GLORIOSO; E.ERICK GUIRARD INJURY LAWYERS,STEVEN DEBOSIER; 1075 GOVERNMENT ST, BATON ROUGE, LA 70802-4803 |
| FICHT, JULIE | C/O BRIAN LACIEN,POWER, ROGERS & SMITH, P.C.,3 1ST NATIONAL PLZ,70 W. MADISON ST,55FL, |
| FIRST UNITED BANK | C/O BRUGGEMAN, HURST & ASSOCIATES,400 EAST LINCOLN HIGHWAY, NEW LENOX, IL 60451 |
| FIRST UNITED BANK; ILLINOIS BANKING | CORPORATE,BRUGGEMAN HURST & ASSOC,2001 S WOLF RD #200, MOKENA, IL 60448 |
| FLEET BUSINESS CREDIT, LLC | ONE SOUTH WACKER DRIVE, CHICAGO, IL 60606 |
| FLORIDA DEPARTMENT OF ENVIRONMENTAL | PROTECTION,3900 COMMONWEALTH BOULEVARD,M.S. 49, TALLAHASSEE, FL 32399 |
| FORD MOTOR CREDIT COMPANY D/B/A PRIMUS | FINANCIAL SERVICES, C/O MARCUS C AQUIRE,ESQ; MOODY, JONES, & MONTEFUSCO, PA,1333 S UNIVERSITY DRIVE, SUITE 201, PLANTATION, FL 33324 |
| FORSYTHE/MCARTHUR ASSOCIATES, INC. | 7770 FRONTAGE ROAD, SKOKIE, IL 60077 |
| FRANK CARDELLA | C/O DONALD J. ANGELINI, JR.,ANGELINI & ANGELINI,1900 SOUTH SPRING ROAD, SUITE 500, OAKBROOK, IL 60523 |
| FREMANTLE MEDIA NORTH AMERICA, INC. | 2700 COLORADO AVENUE, SANTA MONICA, CA 90404 |
| GAIMO ASSOCIATES LLP | JOSEPH O GIAIMO,80-02 KEW GARDENS RD, KEW GARDENS, NY 11415 |
| GARY DAMATO, PRO SE | PRISONER #218196,MACDOUGAL-WALKER CORRECTIONAL INST.,1153 EAST STREET SOUTH, SUFFIELD, CT 06080 |
| GARY LIBOW | MADSEN PRESTLEY & PARENTEAU, LLC,JACQUES PARENTEAU, ESQ,111 HUNTINGTON ST PO BOX 1631, NEW LONDON, CT 06320 |
| GARY W. GARCIA | SIBEN & SIEBEN, LLP,90 EAST MAIN STREET, BAY SHORE, NY 11706 |
| GELCO CORPORATION DBA GE CAPITAL | FLEET SERVICES,3 CAPITAL DRIVE, EDEN PRAIRIE, MN 55344 |
| GENERAL ELECTRIC CAPITAL CORPORATION | 10 RIVERSIDE DRIVE, DANBURY, CT 06810 |
| GENERAL ELECTRIC CAPITAL CORPORATION | 1010 THOMAS EDISON BLVD. SW, CEDAR RAPIDS, IA 52404 |
| GENERAL MOTORS ACCEPTANCE CORPORATION | MICHAEL J INGINO, ESQ,MOODY, JONES, & MONTEFUSCO PA,1333 S UNIVERSITY DRIVE, SUITE 201, PLANTATION, FL 33301 |
| GEORGE ANO SPANOS | VERGILIS STENGER ROBERTS PERGAMENT ET AL,EMANUEL F SARIS,1136 ROUTE 9, WAPPINGERS FALLS, NY 12590 |
| GEORGE LIBERMAN ENTERPRISES INC | MERHAB ROBISON & JACKSON,JAMES T JACKSON,1551 NORTH TUSTIN AVE SUITE 910, SANTA ANA, CA 92705 |

# TRIBUNE COMPANY
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GEORGE LIEBERMAN ENTERPRISES, INC. | C/O JAMES T. JACKSON, ESQ., MERHAB ROBINSON & JACKSON, 1551 NORTH TUSTIN AVENUE, SUITE 910, SANTA ANA, CA 92705 |
| GEORGE LIEBERMAN ENTERPRISES, INC. | C/O JAMES T. JACKSON, 1151 N. TUSTIN AVE., STE. 910, SANTA ANA, CA 92705 |
| GEORGE SPANOS AND TAKI HOUSE, INC., | D/B/A THE SEVILLE DINER, C/O VERGILIS, STENGER, ET AL.; EMANUEL F. SARIS, 1136 ROUTE 9, WAPPINGERS FALLS, NY 12590 |
| GERALDINE A FEICHTEL | C/O RICHARD J ORLOSKI, 111 CEDAR CREST BLVD, ALLENTOWN, PA 18104 |
| GERALDINE A. FREICHTEL | C/O RICHARD L. ORLOSKI, ORLOSKI, HINGA, PANDALEON & ORLOSKI, 111 N. CEDAR CREST BLVD., ALLENTOWN, PA 18104-4602 |
| GERALDINE A. FREICHTEL | ORLOSKI, HINGA, PANDALEON & ORLOSKI, RICHARD L. ORLOSKI, 111 N CEDAR CREST BLVD, ALLENTOWN, PA 18104-4602 |
| GERALDINE FEICHTEL | THE ORLOSKI LAW FIRM, RICHARD J. ORLOSKI, ESQ., 111 N. CEDAR CREST BLVD, ALLENTOWN, PA 18104-4602 |
| GERARD E SCHULTZ | C/O RUTH M POLLACK, 21 WEST SECOND ST, PO BOX 120, RIVERHEAD, NY 11901 |
| GIAIMO ASSOCIATES LLP | JOSEPH O. GIAIMO, 80-02 KEW GARDENS ROAD, KEW GARDENS, NY 11415 |
| GIRARD GIBBS & DE BARTOLOMEO LLP | A.J. DE BARTOLOMEO, 601 CALIFORNIA ST SUITE 1400, SAN FRANCISCO, CA 94108 |
| GLOBAL IMAGING SYSTEMS, INC. | P.O. BOX 728, PARK RIDGE, NJ 07656 |
| GOSS INTERNATIONAL AMERICAS, INC. | 121 BROADWAY, DOVER, NH 03820 |
| GRACE M. MOREO | DOUGLAS M. REDA, ESQUIRE, 263 MINEOLA BOULEVARD, MINEOLA, NY 11501 |
| GUTMAN | % GARY, WILLIAMS, WATSON & SPERANDO, PA, WILLIAM E. GARY, MANNY SOCIAS, 111 N. ORANGE AVENUE, SUITE 775, ORLANDO, FL 32801 |
| HALBLEIB, JOHN F. | C/O ROBERT C. HEIST / ANNE-MARIE FOSTER, R. O'CONNOR & ASSOCIATES, 10 S. RIVERSIDE PLAZA, STE 1830, CHICAGO, IL 60602 |
| HAMBURGER, MAXON & YAFFE, WISHOD & | KNAUER, LLP, RICHARD HAMBURGER, 2125 BROADHOLLOW ROAD, SUITE 310 E, MELVILLE, NY 11747 |
| HARWOOD FEFFER LLP | SAMUEL K ROSEN, 488 MADISON AVE, NEW YORK, NY 10022 |
| HEARD ROBBINS CLOUD & LUBEL LLP | L. JETH JONES, II, 3800 BUFALLO SPEEDWAY, 5TH FL, HOUSTON, TX 77098 |
| HERSCHEL COLLINS | CONNECTICUT LEGAL RIGHTS PROJECT INC, THOMAS BEHRENDT, PO BOX 351, MIDDLETOWN, CT 06457 |
| HILLARD J QUINT | R67242 GRAHAM, CORRECTIONAL CENTER, PO BOX 499, HILLSBORO, IL 62049 |
| HOGAN & HARTSON LLP | TIMOTHY J. LYDEN, 8300 GREENSBORO DR, STE 110, MC LEAN, VA 22102 |
| HOGUET NEWMAN & REGAL LLP | LAURA B HOGUET, 10 EAST 40TH ST, NEW YORK, NY 10016 |
| HOSIE FROST LARGE & MCARTHUR | DIANE S RICE, ONE MARKET ST, SPEAR STREET TOWER 22ND FL, SAN FRANCISCO, CA 94105 |
| HOUSEHOLD FINANCIAL CORPORATION, | AS SUCCESSOR IN INTEREST TO BENEFICIAL, FLORIDA, INC., BRAY & SINGLETARY PA, PO BOX 5317, JACKSONVILLE, FL 32201 |
| HUSTED CHEVROLET, INC. | JOHN J. NAPOLITANO, 55 WOODLAND DRIVE, OYSTER BAY, NY 11771 |
| HUSTED CHEVROLET, INC., EDWARD REYER | C/O JOHN J. NAPOLITANO, 55 WOODLAND DRIVE, OYSTER BAY, NY 11771 |
| HUSTEDT CHEVROLET, INC. | JOHN J. NAPOLITANO, 55 WOODLAND DR, OYSTER BAY, NY 11771 |
| HY-KO PRODUCTS COMPANY | THOMPSON HINE, STEVEN S. KAUFMAN; THOMAS F. ZYCH, 3900 KEY TOWER; 127 PUBLIC SQ, CLEVELAND, OH 44114 |
| HY-KO PRODUCTS COMPANY | THOMPSON HINE - CLEVELAND, NANCY M. BARNES, 3900 KEY TOWER; 127 PUBLIC SQUARE, CLEVELAND, OH 44114 |
| HY-KO PRODUCTS COMPANY | THOMPSON HINE - CLEVELAND, SAMER M. MUSALLAM, 3900 KEY TOWER; 127 PUBLIC SQ., CLEVELAND, OH 44114 |
| HY-KO PRODUCTS COMPANY | THOMPSON HINE - CLEVELAND, STEVEN S. KAUFMAN, 3900 KEY TOWER; 127 PUBLIC SQ., CLEVELAND, OH 44114 |
| HY-KO PRODUCTS COMPANY | THOMAS HINE - CLEVELAND, THOMAS F. ZYCH, 3900 KEY TOWER; 127 PUBLIC SQ., CLEVELAND, OH 44114 |
| HYSTER CREDIT COMPANY | PO BOX 4366, PORTLAND, OR 97208 |
| IBM CORPORATION | 1 NORTH CASTLE DRIVE, ARMONK, NY 10504-2575 |
| IBM CREDIT LLC | 1 NORTH CASTLE DRIVE, ARMONK, NY 10504-2575 |
| IN RE LITERARY WORKS IN ELECTRONIC | DATABASES COPYRIGHT LITIGATION, % KOHN, SWIFT & GRAF PC, MICHAEL J. BONI, ONE SOUTH BROAD ST, SUITE 2100, PHILADELPHIA, PA 19107 |

# TRIBUNE COMPANY
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| IN RE LITERARY WORKS IN ELECTRONIC | DATABASES COPYRIGHT LIT, % HOSIE, FROST,LARGE & MCARTHUR, DIANE S. RICE,ONE MARKET ST, SPEAR ST TOWER, 22ND FL, SAN FRANCISCO, CA 94105 |
| IN RE LITERARY WORKS IN ELECTRONIC | DATABASES,COPYRIGHT LIT,% GIRARD GIBBS &,DE BARTOLOMEO LLP, A.J. DE BARTOLOMEO,601 CALIFORNIA ST., STE 1400, SAN FRANCISCO, CA 94108 |
| J. ALLEN, C. EVANS, P. EVANS, G. GRANT, | B. MCNAIR, S. SERRAO, C/O D. MAIMON,KIRSCHENBAUM AND CHARLES JOSEPH, JOSEPH,& HERZFELD, 757 THIRD AVE., SUITE 2500, NEW YORK, NY 10017 |
| JACOBS, GRUDBERG, BELT, DOW & KATZ, P.C. | DAVID T. GRUDBERG, ESQ.,350 ORANGE ST, NEW HAVEN, CT 06511 |
| JACQUELINE ESPINAL | ZUCKERMAN & POWERS,JAY R. POWERS,1622 BRENTWOOD RD, BAY SHORE, NY 11706 |
| JACQUELINE OXENDINE, ESQ. PRO SE | PO BOX 530264, SAINT PETERSBURG, FL 33747 |
| JAMES ALLEN, CHARLES & PEARL EVANS ETAL | /D MAIMON KIRSCHENBAUM &,C JOSEPH/JOSEPH & HERZFELD,757 THIRD AVE,STE 2500, NEW YORK, NY 10017 |
| JAMES ALLEN, CHARLES EVANS, PEARL EVANS, | GARY GRANT LORETTA GRANT, BILL MCNAIR,SEAN SERRAO, C/O JOSEPH & HERZFELD LLP,757 THIRD AVENUE, SUITE 2500, NEW YORK, NY 10017 |
| JASKULA, VIOLLETE | C/O MARK B FRIEDMAN, ATTORNEY,5235 WRIGHT, SKOKIE, IL 60077 |
| JAY R. SERKIN | C/O FREDERIC J. GREENBLATT,22151 VENTURA BOULEVARD, SUITE 200, WOODLAND HILLS, CA 91364 |
| JAY SERKIN | C/O FREDERIC J. GREENBLATT &,LISA L. LOVERIDGE, ATRNYS AT LAW,22151 VENTURA BOULEVARD, SUITE 200, WOODLAND HILLS, CA 91364-1600 |
| JAY SERKIN | C/O FREDERIC J. GREENBLATT AND LISA L.,LOVERIDGE, ATTORNEYS AT LAW,22151 VENTURA BOULEVARD, SUITE 200, WOODLAND HILLS, CA 91364-1600 |
| JAYNE CLEMENT | C/O CARNEY R. SHEGERIAN, ESQ.,SHEGERIAN & ASSOCIATES INC.,225 ARIZONA AVENUE,SUITE 400, SANTA MONICA, CA 90401 |
| JAYNE CLEMENT | SHEGERIAN & ASSOCIATES INC,CARNEY R SHEGERIAN ESQ,225 ARIZONA AVE SUITE 400, SANTA MONICA, CA 90401 |
| JESSE JACKSON | C/O DAVID M. STEINBERG,SACHS, EARNEST & ASSOCIATES, LTD.,1 NORTH LASALLE ST.,SUITE 1525, CHICAGO, IL 60602 |
| JESSE JACKSON | SACHS EARNEST & ASSOC,1 N LASALLE ST 1525, CHICAGO, IL 60602 |
| JESSY THOMAS | THE LAW OFFICES OF FRANK M. MORELLI, JR.,NISCHAL RAVAL, 403 W GALENA, AURORA, IL 60506 |
| JILL HUECKEL | ANGIULI KATKIN & GENTILE, LLP,60 BAY STREET, PH, STATEN ISLAND, NY 10301 |
| JO ANN LAWSON | C/O H. DUNCAN GARNETT, JR.,PATTEN,WORNOM, HATTEN & DIAMONSTEIN, LC.,12350 JEFFERSON, AVENUE, SUITE 300, NEWPORT NEWS, VA 23602 |
| JO ANNE LAWSON | PATTEN, WORNOM, HATTEN & DIAMONSTEIN, LC,H. DUNCAN GARNETT, JR.,12350 JEFFERSON AVENUE, STE 300, NEWPORT NEWS, VA 23602 |
| JOHN A. QUATELA, P.C. | 35 ARKAY DRIVE, SUITE 200, HAUPPAUGE, NY 11788 |
| JOHN GALLANT | C/O EMPLOYMENT LAWYERS GROUP,KARL GERBER,13418 VENTURA BLVD., SHERMAN OAKS, CA 91423 |
| JOHN GALLANT | EMPLOYMENT LAWYERS GROUP,KARL GERBER,13418 VENTURA BLVD, SHERMAN OAKS, CA 91423 |
| JOHN R. WILLIAMS AND ASSOCIATES | JOHN R. WILLIAMS, ESQ.,51 ELM STREET, NEW HAVEN, CT 06510 |
| JOHN WILLIAM SMITHERS, SR | LAW OFFICES OF PAUL BLUMENTHAL,PAUL S BLUMENTHAL, ESQ,WEST COURT BLDG 2448 HOLLY AVE SUITE 301, ANNAPOLIS, MD 21401 |
| JON ROBERT VAN SENSUS | C/O CALLAHAN & BLAINE,DANIEL J. CALLAHAN, SARAH C. SERPA,3 HUTTON CENTRE DRIVE, SUITE 900, SANTA ANA, CA 92707 |
| JON ROBERT VANSENSUS/NEALA OLSON | CALLAHAN & BLAINE,DANIEL J CALLAHAN/SARA C SERPA,3 HUTTON CENTRE DR, SUITE 900, SANTA ANA, CA 92707 |
| JOSEPH & HERZFELD LLP | D MAIMON KIRSCHENBAUM/BRIAN FREDERICKS,757 THIRD AVE, 25TH FL, NEW YORK, NY 10017 |
| JOSEPH A. FIORE | BARBARA J DUFFY,C/O LANE POWELL PC,1420 FIFTH AVENUE, SUITE 4100, SEATTLE, WA 98101-2338 |
| JOSEPH DESOLA | BINDER & BINDER PC,PATRICK BUSSE,300 RABRO DR SUITE 101, HAUPPAUGE, NY 11788 |
| JOYCE JOHNSON | C/O ALEXANDER S. MICHALAKOS,LAW OFC OF ALEXANDER MICHALAKOS, P.C.,1410 W. |

# TRIBUNE COMPANY
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| JOYCE JOHNSON | HIGGINS, SUITE 204, PARK RIDGE, IL 60068 |
| JOYCE JOHNSON | LAW OFFICES OF ALEXANDER MICHALAKOS, PC, ALEXANDER S. MICHALAKOS, 1410 W HIGGINS, STE 304, PARK RIDGE, IL 60068 |
| JPMORGAN CHASE BANK, N.A., AS AGENT | 1111 FANNIN, 8TH FLOOR, HOUSTON, TX 77002 |
| JULIE FICHT | C/O BRIAN LACIEN, POWERS, ROGERS & SMITH, THREE FIRST NATIONAL PLAZA, 70 WEST MADISON STREET, 55TH FLOOR, CHICAGO, IL 60602 |
| JULIE FICHT | C/O POWER ROGERS & SMITH PC, 70 W. MADISON, #5500, CHICAGO, IL 60602 |
| JULIE FICHT, C/O BRIAN LACIEN | POWER, ROGERS & SMITH, P.C., THREE FIRST NATIONAL PLAZA, 70 WEST MADISON ST., 55TH FLOOR, CHICAGO, IL 60602 |
| KATHLEEN MCGRATH | TERRANCE E LEONARD, 100 WEST MONROE, SUITE 1310, CHICAGO, IL 60603 |
| KEVIN EALY | C/O BRIAN J. WANCA, ESQ., 3701 ALGONQUIN #760, ROLLING MEADOWS, IL 60008 |
| KEVIN EALY | WANCA BRIAN J, 3701 ALGONQUIN, 760, ROLLING MDW, IL 60008 |
| KEVIN GRAMS | C/O MICHAEL PONCE ATTORNEY AT LAW, 9663 GARVEY AVE SUITE 126, SOUTH EL MONTE, CA 91733 |
| KEVIN GRAMS, ON BEHALF OF HIMSELF AND | ALL OTHERS SIMILARLY SITUATED, C/O MICHAEL PONCE, ATTORNEY AT LAW, 9663 GARVEY AVENUE, SUITE 126, SOUTH EL MONTE, CA 91733 |
| KISSI, DAVID | PRO SE PLAINTIFF, FEDERAL SATELLITE LOW ELKTON, PO BOX 10, LISBON, OH 44432 |
| KOHN SWIFT & GRAF PC | MICHAEL J BONI, ONE SOUTH BROAD ST, SUITE 2100, PHILADELPHIA, PA 19107 |
| LARRY S. GIBSON, ESQ. | 2000 CHARLES CENTER SOUTH, 36 S. CHARLES STREET, BALTIMORE, MD 21201 |
| LEONARD & SCIOLLA, LLP | HEIDI ANDERSON, ESQ., 1515 MARKET ST, STE 1800, PHILADELPHIA, PA 19102 |
| LERNER & GUARINO, LLC | EDWARD N. LERNER; GEORGE KENT GUARINO, 112 PROSPECT ST, STAMFORD, CT 06901 |
| LISA M LEGER | DALEY DEBOFSKY & BRYANT, MARK D DEBOFSKY/VIOLET BOROWSKI, 55 W MONROE ST SUITE 2440, CHICAGO, IL 60603 |
| LOUIS MUSCARI | C/O LOUIS C. ARSLANIAN, ESQ., 225 SOUTH 21ST AVENUE, HOLLYWOOD, FL 33020 |
| LOUIS MUSCARI | C/O LOUIS ARSLANIAN, THE LAW OFFICES OF LOUIS ARSLANIAN, 2500 HOLLYWOOD BOULEVARD, #302, HOLLYWOOD, FL 33020 |
| LOUIS TAIC | C/O LEDY-GURREN & BLUMENSTOCK, L.L.P., 230 PARK AVENUE, 34TH FLOOR, NEW YORK, NY 10169 |
| LOUIS TAIC | C/O LEDY GURREN & BLUMNSTOCK L.L.P., 230 PARK AVENUE, 34TH FLOOR, NEW YORK, NY 10169 |
| LUGMAN H MOHAMMED | PO BOX 369239, CHICAGO, IL 60636 |
| MAMIE HECTOR | MICHAEL G. LORUSSO, ESQ., 316 JACKSON AVENUE, SYOSSET, NY 11791 |
| MAN ROLAND INC | 800 EAST OAK HILL, WESTMONT, IL 60559 |
| MAN ROLAND INC. | 800 EAST OAK HILL DRIVE, WESTMONT, IL 60559-5522 |
| MARION MILTON | LAW OFFICES OF GENE J. GOLDSMAN, 501 CIVIC CENTER DRIVE WEST, SANTA ANA, CA 92701 |
| MARK AND DENISE O'CONNOR | C/O MICHAEL J. FINICAL, LAW OFFICES OF MICHAEL J. FINICAL, 801 K STREET, PENTHOUSE SUITE, SACRAMENTO, CA 95814 |
| MAUREEN MILTON | C/O J. GOLDSMAN, ESQ., LAW OFFICES OF GENE J. GOLDSMAN, 501 CIVIC CENTER DRIVE WEST, SANTA ANA, CA 92701 |
| MAZURKEWICZ, DANIAL | NICHOLS & CANE, LLP, REGINA C. NICHOLS, ESQ., 6800 JERICHO TPKE, STE 120 W, SYOSSET, NY 11791 |
| MEDICALLY SPEAKING LLC | PREMIER LAW GROUP, STEVEN G. OWEN, ESQ., 477 VIKING DRIVE, STE 150, VIRGINIA BEACH, VA 23452 |
| MEDICALLY SPEAKING, LLC & STUART CHESSON | C/O STEVEN G, OWEN, ESQ., PREMIER LAW GROUP, 477 VIKING DRIVE, SUITE 150, VIRGINIA BEACH, VA 23452 |
| MICHAEL E GUTMAN/MIKE GUTMAN MD | GUTMAN PAIN/ACCIDENT CENTER INC, GARY WILLIAMS ETAL/WE GARY/M SOCIAS, 111 N ORANGE AVE SUITE 775, ORLANDO, FL 32801 |
| MICHAEL SPERA, PRO SE | DEPUTY POLICE CHIEF, OLD SAYBROOK POLICE DEPARTMENT, 225 MAIN ST, OLD SAYBROOK, CT 06475 |
| MICHAEL W. OWENS | MICHAEL OWENS, PRO SE, POWHATAN CORRECTIONAL CENTER, STATE FARM, VA 23160 |
| MILLEN, KEVIN | PRE SE PLAINTIFF, 1704 LANIER LANE, MEMPHIS, TN 38117 |

# TRIBUNE COMPANY
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MINOLTA BUSINESS SOLUTIONS | PO BOX 728, PARK RIDGE, NJ 07656 |
| MORGAN & MORGAN | MICHAEL J. CARTER,16TH FL; 20 N ORANGE AVE,PO BOX 4979, ORLANDO, FL 32802-4979 |
| NMHG FINANCIAL SERVICES, INC. | 10 RIVERVIEW DRIVE, DANBURY, CT 06810 |
| NMHG FINANCIAL SERVICES, INC. | 44 OLD RIDGEBURY ROAD, DANBURY, CT 06810 |
| NORTON GIFFIS, ON BEHALF OF HIMSELF & | ALL OTHERS SIMILARLY SITUATED,D QUALIS/R WORKMAN/QUALLS & WORKMAN,244 CALIFORNIA ST, STE 410, SAN FRANCISCO, CA 94111 |
| NORTON GIFFIS,ON BEHALF OF HIMSELF & ALL | OTHERS SIMILARLY SITUATED; % QUALIS &,WORKMAN, LLP; D.H. QUALIS, R.G.WORKMAN,244 CALIFORNIA STREET, STE 410, SAN FRANCISCO, CA 94111 |
| OCE FINANCIAL SERVICES, INC. | 5440 N. CUMBERLAND AVE., CHICAGO, IL 60656-1490 |
| ORLOSKI LAW FIRM | RICHARD J. ORLOSKI,111 N CEDAR CREST BLVD, ALLENTOWN, PA 18104-4602 |
| PAMELA PEYCK | BORNSTEIN & EMANUEL, PC,KENNETH BORNSTEIN,595 STEWART AVE, STE 410, GARDEN CITY, NY 11530 |
| PARREN J & KEIFFER J MITCHELL, SR. | SHAPIRO SHER GUINOT & SANDLER,LARRY GIBSON,36 SOUTH CHARLES ST SUITE 2000, BALTIMORE, MD 21201 |
| PARREN J & KEIFFER J MITCHELL, SR. | LAW OFFICES OF ARTHUR M FRANK,ARTHUR M FRANK,222 BOSLEY AVE SUITE C7+, TOWSON, MD 21204 |
| PARREN J. MITCHELL | C/O SHAPIRO SHER GUINOT & SANDLER,LARRY GIBSON,36 SOUTH CHARLES STREET,STE 2000, BALTIMORE, MD 21201 |
| PARREN J. MITCHELL | C/O LAW OFFICES OF ARTHUR M. FRANK,ARTHUR M. FRANK,222 BOSLEY AVENUE; STE C7+, TOWSON, MD 21204 |
| PARREN MITCHELL | C/O ARTHUR M. FRANK, ESQ.,341 N. CALVERT STREET,SUITE 100, BALTIMORE, MD 21202 |
| PAUL NEWER | C/O LAW OFFICE OF WERNER R. MEISSNER,A PROF. LAW CORP.,831 W. 9TH STREET, SAN PEDRO, CA 90731-3603 |
| PAUL NEWER | C/O WERNER R. MEISSNER, DON  J. RICHARDS,LAW OFFICES OF WERNER R. MEISSNER,831 WEST NINTH STREET, SAN PEDRO, CA 90731-3603 |
| PAUL NEWER,C/O WERNER R. MEISSNER, ESQ. | DON J. RICHARDS, ESQ.,LAW OFC OF WERNER R. MEISSNER,831 WEST NINTH ST, SAN PEDRO, CA 90731-3603 |
| PENELOPE HENDERSON | C/O MICHAEL J. GOLDBERG,WHITING LAW GROUP, LTD.,ONE EAST WACKER DR,STE 2300, CHICAGO, IL 60601 |
| PENELOPE HENDERSON, INDIVIDUALLY AND AS | NEXT-OF-KIN & SPEC ADM OF EST OF ISAIA,% WHITING LAW GRP,LTD, M.J. GOLDBERG;,ONE EAST WACKER DRIVE, SUITE 2300, CHICAGO, IL 60601 |
| PENELOPE HENDERSON/ELITE STAFFING/ | SHANNON ISAIAH EST/C/O WHITING LAW GRP,MICHAEL J GOLDBERG,ONE EAST WACKER DR SUITE 2300, CHICAGO, IL 60601 |
| PRIMUS AUTOMOTIVE FINANCIAL | SERVICES, INC,C/O BRIAN K SZILVASY BRAY & LUNSFORD, PA,PO BOX 53197, JACKSONVILLE, FL 00003-2201 |
| QUALLS & WORKMAN LLP | DANIEL H QUALLS/ROBIN G WORKMAN,244 CALIFORNIA ST SUITE 410, SAN FRANCISCO, CA 94111 |
| QUINT, HILLARD J. | GRAHAM CORRECTIONAL CENTER,P.O. BOX 499, HILLSBORO, IL 62049 |
| R.L. WILLIAMS | C/O JOHN R. WILLIAMS, ESQ.,51 ELM STREET, STE. 409, NEW HAVEN, CT 06510 |
| R.L. WILSON | JOHN R. WILLIAMS AND ASSOCIATES,JOHN R. WILLIAMS, ESQ.,51 ELM ST, NEW HAVEN, CT 06510 |
| RACHEL DE MASO | C/O JOSEPH L. PLANERA & ASSOC.,222 VOLMER RD.,SUITE 2A, CHICAGO HEIGHTS, IL 60411 |
| RACHEL DE MASO | PLANERA JOSEPH L & ASSOC,222 VOLLMER RD #2A, CHICAGO, IL 60411 |
| RACHELLE ANDERSON, PRO SE | 33994-037, A-4,FEDERAL PRISON CAMP,BOX A, ALDERSON, WV 24910 |
| REED SIMPSON | C/O NORMAN RIFKIND,LASKY & RIFKIND LTD.,350 NORTH LASALLE ST,STE 1320, CHICAGO, IL 60610 |
| REED SIMPSON | LASKY RIFKIND PC,350 N LASALLE #1320, CHICAGO, IL 60610 |
| RICHARD SHANNON, INDIV. & AS SPEC. ADMIN | OF ESTATE OF ISAIAH SHANNON, DECEASED,KREISMAN LAW OFFICES, PC; R.D. KREISMAN,55 W MONROE ST, STE 3720, CHICAGO, IL 60603 |
| ROBERT E. LEFEVRE | U.S. DEPT. OF JUSTICE,ENVIRONMENTAL ENFORCEMENT SECTION,PO BOX 7611, BEN FRANKLIN STATION, WASHINGTON, DC 20044 |

# TRIBUNE COMPANY
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SIMONE ANO CONIGLIARO | RAPPAPORT, GLASS, GREENE & LEVINE, LLP,1355 MOTOR PARKWAY, HAUPPAUGE, NY 11749 |
| SPECTRON SITE GROUP | C/O GRETCHEN L. KLEBASKO,SAUL EWING LLP,100 S. CHARLES ST.,15TH FLOOR, BALTIMORE, MD 21201 |
| SPECTRON SITE GROUP | SAUL EWING LLP,GRETCHEN KLEBASKO,100 S CHARLES ST, 15TH FL, BALTIMORE, MD 21201 |
| STATE OF CONNECTICUT | C/O JOHN M. LOONEY, JR.,ATRNY GNRLS OFC,ENVIRONMENTAL DEPT.,55 ELM ST., P.O. BOX 120, HARTFORD, CT 06141-0120 |
| STEELCASE FINANCIAL SERVICES INC. | 901 44TH STREET S.E., GRAND RAPIDS, MI 49508 |
| THE AUTHORS GUILD INC/DERRICK BELL/ | LYNN BRENNER/C/O HOGUET NEWMAN & REGAL,10 EAST 40TH ST, NEW YORK, NY 10016 |
| THE AUTHORS GUILD INC/DERRICK BELL/ | LYNN BRENNER/KOHN SWIFT & GRAF PC,MICHAEL J BONI,1 SOUTH BROAD ST SUITE 2100, PHILADELPHIA, PA 19107 |
| THE AUTHORS GUILD INC/DERRICK BELL/ | LYNN BRENNER/C/O KOHN SWIFT & GRAF PC,NEIL L GLAZER,ONE SOUTH BROAD ST SUITE 2100, PHILADELPHIA, PA 19107 |
| THE AUTHORS GUILD INC/DERRICK BELL/ | LYNN BRENNER/C/O GRANT & EISNEHOFER PA,MEGAN D MCINTYRE,1201 N MARKET ST SUITE 2100, WILMINGTON, DE 19801 |
| THE ORLOSKI LAW FIRM | RICHARD J. ORLOSKI, ESQ.,111 N. CEDAR CREST BLVD, ALLENTOWN, PA 18104-4602 |
| THOMAS L KNIGHT | 601 WEST LIBERTY DRIVE, WHEATON, IL 60187 |
| THOMAS, JESSY | C/O NISCHAL RAVAL,LAW OFFICES OF FRED M. MORELLI, JR.,403 W. GALENA BLVD., AURORA, IL 60506 |
| TOPKIN & EGNER, PL | CATHY R. BIERMAN, ESQ.,1166 W. NEWPORT CENTER DRIVE,STE 309, DEERFIELD BEACH, FL 33442 |
| TOYOTA MOTOR CREDIT CORPORATION | P.O. BOX 3457, TORRANCE, CA 90510-3457 |
| TV GUIDE ONLINE INC/TV GUID ONLINE LLC | RICHARDS LAYTON & FINGER,FL COTTRELL III/JL MOYER/SJ FINEMAN,ONE RODNEY SQ, 920 N KING ST, WILMINGTON, DE 19801 |
| TV GUIDE ONLINE, INC. & | TV GUIDE ONLINE, LLC,F COTTRELL III/RICHARDS LAYTON & FINGER,ONE RODNEY SQUARE P.O. BOX 551, WILMINGTON, DE 19899 |
| TV GUIDE ONLINE, INC. & TV GUIDE ONLINE, | LLC, C/O ROPES & GRAY LLP,C.J. HARNETT, C-L.FUKUDA, S.W. YOTHERS,1211 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| TV GUIDE ONLINE, INC. & TV GUIDE ONLINE, | LLC, C/O RICHARDS, LAYTON & FINGER,F.L.COTTREL,III, J.L.MOYER & S.J.FINEMAN,ONE RODNEY SQUARE; 920 NORTH KING STREET, WILMINGTON, DE 19801 |
| TWTR, INC., ET AL; F/K/A TWEETER HOME | ENTERTAINMENT GROUP; ASK FINANCIAL LLP,J.STEINFIELD, JR., ESQ.; K.SCHEIBE, ESQ.,2600 EAGAN WOODS DR; STE 400, EAGAN, MN 55121 |
| U. S. BANK NTNL ASSOC AS TRSTE FOR CSFB, | MRTGE SCRTIS CORP. ADJUSTABLE RTE MRTGE,C/O COUNTRYWIDE HOME LOANS, INC.,7105 CORPORATION DRIVE PTX-C-35, PLANO, TX 75024 |
| UNITED STATES OF AMERICA | U.S. ATTORNEY'S OFFICE,JAMES G. SHEEHAN; OFFICE OF MEDICAID,INSPECTOR GEN; 150 BROADWAY, ALBANY, NY 12204 |
| UNITED STATES OF AMERICA | SECURITIES & EXCHANGE COMMISSION,NURIYEC UYGUR; MELLON INDEPENDENCE CTR,STE 2000; 701 MARKET ST, PHILADELPHIA, PA 19106 |
| UNITED STATES OF AMERICA | U.S. ATTORNEY'S OFFICE,CATHERINE VOTAW,615 CHESTNUT ST, STE 1250, PHILADELPHIA, PA 19106-4476 |
| UNITED STATES OF AMERICA | OFFICE OF THE UNITED STATES ATTORNEY,P MICHAEL CUNNINGHAM,36 S CHARLES ST 4TH FL, BALTIMORE, MD 21201 |
| UNITED STATES OF AMERICA | C/O P. MICHAEL CUNNINGHAM, LEAD ATTORNEY,27 RIPLEY ST., NEWTON, MA 02459 |
| UNITED STATES OF AMERICA | U.S. DEPT OF JUSTICE; ENVIRON. & NATURAL,RESOURCES DIV; ENVIRON DEF. SECT,D.JUDITH KEITH; PO BOX 23986, WASHINGTON, DC 20026-3986 |
| UNITED STATES OF AMERICA | U.S. DEPT. OF JUSTICE,LOIS J. SCHIFFER,BEN FRANKLIN STATION; PO BOX 7611, WASHINGTON, DC 20044 |
| UNITED STATES OF AMERICA | C/O LOIS J. SCHIFFER, US DEPT. OF,JUSTICE, ENVIRONMENTAL & NATURAL,RESOURCES DIVISION, PO BOX 7611, WASHINGTON, DC 20044 |
| UNITED STATES OF AMERICA | C/O AMY R. GILLESPIE,BEN FRANKLIN STATION,POST OFFICE BOX 7611, WASHINGTON, DC 20044-7611 |
| UNITED STATES OF AMERICA | C/O LEON W. WEIDMAN,AUSA, OFFICE OF US ATTORNEY, CIVIL DIV.,300 NORTH LOS ANGELES STREET, STE. 7516, LOS ANGELES, CA 90012 |

| Claim Name | Address Information |
|---|---|
| UNITED STATES OF AMERICA | C/O ROGER E. WEST, AUSA, OFFICE OF US, ATTORNEY, CIVIL DIV, FEDERAL BUILDING, 300 NORTH LOS ANGELES STREET, ROOM 4354, LOS ANGELES, CA 90012 |
| UNITED STATES OF AMERICA | C/O DENNIS A. RAGEN, CAAG OFFICE OF ATTNY GNRL OF CA, 300 S. SPRING ST., STE 5000, LOS ANGELES, CA 90013-1230 |
| UNITED STATES OF AMERICA | CAAG, OFFICE OF ATTORNEY GENERAL OF CALIFORNIA, 300 S. SPRING ST., STE. 5000, LOS ANGELES, CA 90013-1230 |
| UNITED STATES OF AMERICA | C/O DENNIS A. RAGEN, CAAG, OFFICE OF ATTORNEY GENERAL OF CALIFORNIA, 300 S. SPRING STREET, SUITE 5000, LOS ANGELES, CA 90013-1230 |
| UNITED STATES OF AMERICA | C/O THEODORA BERGER, CAAG, OFFICE OF, ATTORNEY GENERAL OF CALIFORNIA, 110 WEST A ST., STE. 1100, PO BOX 85266, SAN DIEGO, CA 92186-5266 |
| UNITED STATES OF AMERICA | C/O ARTHUR HAUBENSTOCK, US ENVIRONMENTAL PROTECTION AGENCY, 75 HAWTHORNE STREET, SAN FRANCISCO, CA 94105 |
| UNITED STATES OF AMERICA | C/O NANCY J. MARVEL, US ENVIRONMENTAL PROTECTION AGENCY, 75 HAWTHORNE STREET, SAN FRANCISCO, CA 94105 |
| UNITED STATES OF AMERICA | C/O NOEL WISE, US JUSTICE DEPARTMENT, ENVIRONMENT & NATURAL RESOURCES DIVISION, 301 HOWARD STREET, SUITE 870, SAN FRANCISCO, CA 94105 |
| UNITED STATES OF AMERICA | C/O HARRISON KARR, US ENVIRONMENTAL PROTECTION AGENCY, 75 HAWTHORNE STREET, SAN FRANCISCO, CA 94105 |
| US BANCORP | 1310 MADRID STREET, STE 101, MARSHALL, MN 56258 |
| US BANCORP | 1310 MADRID STREET, MARSHALL, MN 56258 |
| US BNK NTNL ASSOC, AS TRST FOR HARBORVIEW | 2006-4 TRUST FND, C/O MICHAEL D. WILD, ESQ., SMITH HIATT & DIAZ, P.A., PO BOX 11438, FORT LAUDERDALE, FL 33339-1438 |
| US EXPRESS LEASING, INC. | 10 WATERVIEW BLVD., PARSIPPANY, NJ 07054 |
| US EXPRESS LEASING, INC. | 300 LANIDEX PLAZA, PARSIPPANY, NJ 07054-2797 |
| VICTORIA VOGEL | MARC A. LIEBERMAN, FREDMAN/LIEBERMAN LLP, 1875 CENTURY PARK EAST, SUITE 2200, LOS ANGELES, CA 90067 |
| VICTORIA VOGEL | C/O HOWARD S. FREDMAN, MARC A. LIEBERMAN, ALAN W. FORSLEY, FREDMAN/LIEBERMAN LLP, 1875 CENTURY PARK EAST, SUITE 2200, LOS ANGELES, CA 90067-2523 |
| VICTORIA VOGEL, C/O HOWARD S. FREDMAN, ESQ. | MARC A. LIEBERMAN, ESQ., ALAN W. FORSLEY, ESQ. FREDMAN/LIEBERMAN LLP, 1875 CENTURY PARK EAST, STE 2200, LOS ANGELES, CA 90067-2523 |
| VV STERLING CORP, THE BIKINI NETWORK.COM | VICTORIA VOGEL. C/O CHRISTOPHER Q. PHAM, ALEXANDER S. GREBE, GREBE & PHAM, LLP, 707 WILSHIRE BLVD, STE 5300, LOS ANGELES, CA 90017 |
| VV STERLING CORPORATION | A CALIFORNIA CORPORATION, ALEXANDER S. GREBE, GREBE & PHAM, 707 WILSHIRE BOULEVARD, SUITE 5300, LOS ANGELES, CA 90017 |
| VV STERLING CORPORATION | A CALIFORNIA CORPORATION, C/O SUSAN RABIN, GAREEB PHAM LLP, 707 WILSHIRE BLVD., SUITE 5300, LOS ANGELES, CA 90017 |
| VV STERLING CORPORATION | A CALIFORNIA CORPORATION, CHRISTOPHER PHAM, JOHNSON & PHAM LLP, 6355 TOPANGA CANYON BLVD, SUITE 115, WOODLAND HILLS, CA 91367 |
| VV STERLING CORPORATION, THE BIKINI | NETWORK.COM, VICTORIA VOGEL, C/0, CHRISTOPHER PHAM, ALEXANDER GREBE, GREBE, & PHAM, 707 WILSHIRE BOULEVARD, STE 5300, LOS ANGELES, CA 90017 |
| WALLACE, CURTIS | SACCO & FILLAS, LP, 141-07 20TH AVENUE, STE 506, WHITESTONE, NY 11357 |
| WARNER BEATTY | GREENBERG GLUSKER FIELDS CLAMAN ET AL, BERTRAM FIELDS, 1900 AVENUE OF THE STARS 21ST FL, LOS ANGELES, CA 90067-4590 |
| WELLS FARGO FINANCIAL LEASING | 95 ROUTE 17 SOUTH, PARAMUS, NJ 07652 |
| WILSON, R.L. | JOHN R. WILLIAMS, 51 ELM ST, STE 409, NEW HAVEN, CT 06510 |
| WINEGAR, WILHELM, GLYNN & ROEMER | ATTORNEYS AT LAW; SCOTT M. WILHELM, ESQ., P.O. BOX 8000, 3005 ROSEBERRY ST, PHILLIPSBURG, NJ 08865-0800 |
| XEROX CAPITAL SERVICES, LLC | 5500 PEARL STREET, ROSEMONT, IL 60018 |
| XEROX CORPORATION | 1301 RIDGEVIEW BLDG. 300, LEWISVILLE, TX 75057 |
| YALE FINANCIAL SERVICES, INC. | 15 JUNCTION ROAD, FLEMINGTON, NJ 08822 |
| ZUCKERMAN & POERS | J R. POWERS, 1622 BRENTWOOD RD, BAY SHORE, NY 11706 |

TRIBUNE COMPANY
SERVICE LIST

| Claim Name | Address Information |
|---|---|

Total Creditor Count 303