# EXHIBIT A

**Tribune Co.** 

Time Log

Moelis & Company
**Summary of Hours Worked**
**December 1, 2011 - December 31, 2011**

| **Name** | **Position** | **Hours Worked** |
|---|---|---:|
| Thane Carlston | Managing Director, Restructuring Group | 0.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 0.0 |
| Zul Jamal | Managing Director, Restructuring Group | 7.5 |
| Ashish Ajmera | Senior Vice President | 12.0 |
| Jason Warsavsky | Associate | 12.0 |
| Sandhya Sistla | Analyst | 28.0 |
| | **Total Moelis Team Hours** | **59.5** |

**Tribune Co.**  
**MOELIS & COMPANY**
Time Log - December 2011

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | -- |
| Navid Mahmoodzadegan | Managing Director | -- |
| Zul Jamal | Managing Director | 7.5 |
| Ashish Ajmera | Senior Vice President | 12.0 |
| Jason Warsavsky | Associate | 12.0 |
| Sandhya Sistla | Analyst | 28.0 |
| **Total** | | **59.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Zul Jamal | 12/1/2011 | 0.5 | UCC Meeting |
| Ashish Ajmera | 12/1/2011 | 0.5 | UCC Meeting |
| Jason Warsavsky | 12/1/2011 | 0.5 | UCC Meeting |
| Sandhya Sistla | 12/1/2011 | 0.5 | UCC Meeting |
| Ashish Ajmera | 12/5/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Jason Warsavsky | 12/5/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 12/5/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 12/6/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 12/6/2011 | 1.0 | Weekly UCC Advisor Call |
| Jason Warsavsky | 12/6/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 12/6/2011 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 12/8/2011 | 0.5 | Recovery Analysis |
| Ashish Ajmera | 12/8/2011 | 0.5 | Recovery Analysis |
| Jason Warsavsky | 12/8/2011 | 0.5 | Recovery Analysis |
| Sandhya Sistla | 12/8/2011 | 2.0 | Recovery Analysis |
| Zul Jamal | 12/8/2011 | 1.5 | Monthly FA Call and follow-up analysis |
| Ashish Ajmera | 12/8/2011 | 1.5 | Monthly FA Call and follow-up analysis |
| Jason Warsavsky | 12/8/2011 | 1.5 | Monthly FA Call and follow-up analysis |
| Sandhya Sistla | 12/8/2011 | 1.5 | Monthly FA Call and follow-up analysis |
| Ashish Ajmera | 12/12/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Jason Warsavsky | 12/12/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 12/12/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 12/15/2011 | 0.5 | UCC Meeting |
| Ashish Ajmera | 12/15/2011 | 0.5 | UCC Meeting |
| Jason Warsavsky | 12/15/2011 | 0.5 | UCC Meeting |
| Sandhya Sistla | 12/15/2011 | 0.5 | UCC Meeting |
| Ashish Ajmera | 12/19/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Jason Warsavsky | 12/19/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 12/19/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Ashish Ajmera | 12/19/2011 | 1.5 | Dividend Cash Discussion & Analysis with Alix Partners |
| Jason Warsavsky | 12/19/2011 | 1.5 | Dividend Cash Discussion & Analysis with Alix Partners |
| Sandhya Sistla | 12/19/2011 | 1.5 | Dividend Cash Discussion & Analysis with Alix Partners |
| Zul Jamal | 12/20/2011 | 0.5 | Recovery Analysis |
| Ashish Ajmera | 12/20/2011 | 0.5 | Recovery Analysis |
| Jason Warsavsky | 12/20/2011 | 0.5 | Recovery Analysis |
| Sandhya Sistla | 12/20/2011 | 2.5 | Recovery Analysis |
| Zul Jamal | 12/20/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 12/20/2011 | 1.0 | Weekly UCC Advisor Call |
| Jason Warsavsky | 12/20/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 12/20/2011 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 12/21/2011 | 0.5 | Recovery Analysis |
| Ashish Ajmera | 12/21/2011 | 0.5 | Recovery Analysis |
| Jason Warsavsky | 12/21/2011 | 0.5 | Recovery Analysis |
| Sandhya Sistla | 12/21/2011 | 4.5 | Recovery Analysis |
| Zul Jamal | 12/22/2011 | 0.5 | Recovery Analysis |
| Ashish Ajmera | 12/22/2011 | 0.5 | Recovery Analysis |
| Jason Warsavsky | 12/22/2011 | 0.5 | Recovery Analysis |
| Sandhya Sistla | 12/22/2011 | 3.0 | Recovery Analysis |
| Zul Jamal | 12/22/2011 | 1.0 | UCC Meeting |

**Tribune Co.**
Time Log - December 2011

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | -- |
| Navid Mahmoodzadegan | Managing Director | -- |
| Zul Jamal | Managing Director | 7.5 |
| Ashish Ajmera | Senior Vice President | 12.0 |
| Jason Warsavsky | Associate | 12.0 |
| Sandhya Sistla | Analyst | 28.0 |
| **Total** | | **59.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 12/22/2011 | 1.0 | UCC Meeting |
| Jason Warsavsky | 12/22/2011 | 1.0 | UCC Meeting |
| Sandhya Sistla | 12/22/2011 | 1.0 | UCC Meeting |
| | **Total** | **59.5** | |