# EXHIBIT B

# Tribune Co.

Moelis & Company - December 2011 Expense Summary

|  | December 2011 |
|---|---:|
| Airfare | $ 42.00 |
| Lodging | - |
| Travel / Overtime / Weekend meals | 11.75 |
| Taxi / Transportation / Parking | 263.00 |
| Telephone | - |
| Presentations | 202.70 |
| Other | - |
| **Total** | **$ 519.45** |

**Tribune Co.**
Moelis & Company - December 2011 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|---|
| **AIRFARE** | | | | | | |
| | 11/17/2011 | AIRFARE | Agent Booking Fees | Jamal | $42.00 | $42.00 |
| | | | | | **Total Requested** | **$42.00** |
| **TRAVEL / OT / WEEKEND MEALS** | | | | | | |
| | 11/22/2011 | MEALS TRAVEL | Train to Wilmington for hearing AMTRAK | Jamal | $11.75 | $11.75 |
| | | | | | **Total Requested** | **$11.75** |
| **TAXI / TRANSPORTATION/PARKING** | | | | | | |
| | 11/22/2011 | TAXI | Court hearing, Wilmington, station to court Maani Taxi Cab | Jamal | $7.00 | $7.00 |
| | 11/17/2011 | TRAIN | Wilmngton for court AMTRAK TELEPHONE SALE | Jamal | 256.00 | 256.00 |
| | | | | | **Total Requested** | **$263.00** |
| **PRESENTATIONS** | | | | | | |
| | 1/6/2012 | PRESENTATION | Presentation services | Sistla | $74.70 | $74.70 |
| | 1/6/2012 | PRESENTATION | Presentation services | Sistla | 128.00 | 128.00 |
| | | | | | **Total Requested** | **$202.70** |
| | | | | | **Month Total** | **$519.45** |

Note:
1  Moelis has implemented the following adjustments to certain costs:
   - First Class travel between Los Angeles & New York City: $600 per one-way trip; $1,200 per round trip.  We believe these amounts reflect accurate assumptions of coach tickets between Los Angeles and New York City.
   - Hotel rooms in New York City subject to $350 per night cap
   - Travel breakfast, lunch and dinners subject to a $15, $25 and $50 cap, respectively
   - Large tax/cab charges adjusted to typical taxi cab charge based on estimated distance traveled and location