# **EXHIBIT A**

CHI-1510731v1

# JONES DAY

<u>Plan of Reorganization Matters</u>                                                                                              <u>Page 1</u>

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 12/01/11 | B B ERENS | 0.30 | 240.00 |
| | E-mails to and from team regarding plan status and briefing. | | |
| 12/01/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 12/05/11 | B B ERENS | 0.20 | 160.00 |
| | E-mails regarding plan status. | | |
| 12/06/11 | B B ERENS | 1.00 | 800.00 |
| | Review filings regarding plan issues. | | |
| 12/07/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 12/08/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 12/09/11 | B B ERENS | 2.00 | 1,600.00 |
| | Review plan filings regarding allocation issues. | | |
| 12/15/11 | B B ERENS | 0.80 | 640.00 |
| | Review plan documents regarding e-mail to special committee on plan update (.30); draft e-mail regarding same (.50). | | |
| 12/16/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 12/20/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 12/22/11 | B B ERENS | 0.50 | 400.00 |
| | Telephone call with Lantry regarding status of plan litigation (.30); telephone call with Heiman regarding same (.20). | | |
| 12/22/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 12/23/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 12/27/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 12/28/11 | M B STONE | 0.20 | 55.00 |
| | Download pleadings from docket for daily update (.10); communicate with attorneys regarding same (.10). | | |
| 12/29/11 | B B ERENS | 1.50 | 1,200.00 |
| | Review court ruling regarding allocation and scheduling on plan issues (1.30); telephone call with Heiman regarding same (.20). | | |
| 12/29/11 | M B STONE | 0.20 | 55.00 |
| | Download pleadings from docket for daily update (.10); communicate with attorneys regarding same (.10). | | |
| 12/30/11 | B B ERENS | 0.30 | 240.00 |
| | Finalize review of opinion regarding allocation and plan scheduling issues. | | |
| 12/30/11 | M B STONE | 0.20 | 55.00 |
| | Download pleadings from docket for daily update (.10); communicate with attorneys regarding same (.10). | | |
| **TOTAL** | | **8.00**   USD | **5,665.00** |

# JONES DAY

| Committee Matters/Meetings | | | Page 1 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 12/01/11 | A R SCHAEFFER | 0.70 | 402.50 |
| | Revise written consent approving committee meeting minutes (.40); draft e-mail to Mariella regarding committee meetings to date (.30). | | |
| 12/02/11 | B B ERENS | 0.20 | 160.00 |
| | Review minutes regarding meetings. | | |
| 12/05/11 | A R SCHAEFFER | 1.00 | 575.00 |
| | Draft e-mail to committee members regarding meeting minutes (.50); revise draft written consent approving meeting minutes (.50). | | |
| 12/06/11 | A R SCHAEFFER | 0.50 | 287.50 |
| | E-mail communications with representatives of special committee members regarding written consent approving minutes. | | |
| 12/07/11 | A R SCHAEFFER | 0.50 | 287.50 |
| | Assemble written consent approving meeting minutes (.30); draft e-mail to Eldersveld regarding same (.20). | | |
| **TOTAL** | | 2.90 | USD 1,712.50 |

# JONES DAY

| Court Hearings | | | | Page 1 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 12/13/11 | B B ERENS | 1.50 | | 1,200.00 |
| | Hearing regarding plan issues (1.30); telephone calls with Heiman regarding same (.20). | | | |
| 12/14/11 | B B ERENS | 1.20 | | 960.00 |
| | Hearing regarding plan issues (1.00); telephone calls with Sidley regarding results of plan hearings (.20). | | | |
| 12/14/11 | D G HEIMAN | 0.50 | | 487.50 |
| | Conference with Erens regarding results of hearing on reconsideration. | | | |
| 12/15/11 | D G HEIMAN | 0.50 | | 487.50 |
| | E-mail communications with Liebentritt and Erens regarding report on hearings. | | | |
| **TOTAL** | | 3.70 | USD | 3,135.00 |

# JONES DAY

Fee Applications/Retention Preparation                                                    Page 1

| Date | Name | Hours | Amount |
|---|---|---|---|
| 12/01/11 | AK DENTON | 0.30 | 75.00 |

E-mails with Erens regarding status of October bill (.10); communicate with Soffer (financial services) regarding same (.20).

| 12/06/11 | AK DENTON | 1.50 | 375.00 |

Communicate with Erens regarding filing October 2011 fee application (.20); review and revise fee application (.30); finalize October bill (.20); communicate with Soffer (financial services regarding same (.10); review and revise October fee application exhibits (.30); communicate with Cole Schotz regarding filing (.10); prepare electronic documents for filing (.30).

| 12/06/11 | B B ERENS | 0.30 | 240.00 |

Review and revise October fee applications (.10); communicate with Denton regarding same (.20).

| 12/07/11 | AK DENTON | 1.30 | 325.00 |

Review and revise November 2011 bill (1.20); communicate with Soffer (financial services) regarding same (.10).

| 12/08/11 | AK DENTON | 0.30 | 75.00 |

Review November bill.

| 12/12/11 | AK DENTON | 0.90 | 225.00 |

Review and revise November 2011 bill (.80); communicate with Soffer (financial services) regarding same (.10).

| 12/15/11 | AK DENTON | 1.50 | 375.00 |

Draft and revise November 2011 fee application (1.30); communicate with Erens regarding same (.20).

**TOTAL**                                                    6.10        USD        1,690.00

# JONES DAY

| Bankruptcy Travel | | | Page 1 |
|---|---|---|---|
| 12/13/11    B B ERENS | 1.00 | | 400.00 |
| Travel to Tribune hearing regarding plan issues. | | | |
| 12/14/11    B B ERENS | 3.00 | | 1,200.00 |
| Travel back from Delaware from plan hearings. | | | |
| **TOTAL** | **4.00** | USD | 1,600.00 |

# JONES DAY

Litigation Matters                                                                                                      Page 1

| Date | Attorney | Hours | | Amount |
|---|---|---|---|---|
| 12/20/11 | B B ERENS<br>Review materials regarding shareholder lawsuit issues. | 0.20 | | 160.00 |
| 12/22/11 | D G HEIMAN<br>Review Liebentritt email regarding Zell lawsuit (.50); e-mail communications and telephone conferences with Wilderotter, Shapiro and Erens regarding same (1.00). | 1.50 | | 1,462.50 |
| 12/29/11 | D G HEIMAN<br>Review Liebentritt memorandum on Court rulings. | 0.50 | | 487.50 |
| **TOTAL** | | 2.20 | USD | 2,110.00 |

# **EXHIBIT B**

# JONES DAY

Special Committee of the Board of Directors of                                    Page 1

Plan of Reorganization Matters

## DISBURSEMENT DETAIL - December 31, 2011

| Date | Timekeeper Name | Location | Amount | |
|---|---|---|---|---|
| **AIR FARE** | | | | |
| 12/15/11 | B B ERENS | CHI | 87.78 | |
| | Airfare Travel to Delaware, PA for court hearings. 23-Nov-2011 | | | |
| 12/15/11 | B B ERENS | CHI | 293.57 | |
| | Airfare Travel to Delaware, PA for court hearings. 23-Nov-2011 | | | |
| | **Air Fare Subtotal** | | | 381.35 |
| **CONFERENCE CHARGES** | | | | |
| 12/08/11 | B B ERENS | CHI | 6.59 | |
| | Conference charges 17-Oct-2011 | | | |
| | **Conference Charges Subtotal** | | | 6.59 |
| **FOOD AND BEVERAGE EXPENSES** | | | | |
| 12/15/11 | B B ERENS | CHI | 14.10 | |
| | Food and beverage expenses breakfast Travel to Delaware, PA for court hearings. 23-Nov-2011 | | | |
| 12/15/11 | B B ERENS | CHI | 30.00 | |
| | Food and beverage expenses dinner Travel to Delaware, PA for court hearings. 22-Nov-2011 | | | |
| 12/15/11 | B B ERENS | CHI | 7.48 | |
| | Food and beverage expenses lunch Travel to Delaware, PA for court hearings. 23-Nov-2011 | | | |
| | **Food and beverage expenses Subtotal** | | | 51.58 |
| **HOTEL CHARGES** | | | | |
| 12/15/11 | B B ERENS | CHI | 197.44 | |
| | Hotel charges Travel to Delaware, PA for court hearings. 22-Nov-2011 to 23-Nov-2011 1 nights | | | |
| | **Hotel charges Subtotal** | | | 197.44 |
| **IMAGING SERVICES** | | | | |
| 12/23/11 | L M MARVIN | NYC | 77.79 | |
| | Imaging services - ALPHA SYSTEMS November 2011 e-direct hosting | | | |
| 12/23/11 | L M MARVIN | NYC | 183.30 | |
| | Imaging services - ALPHA SYSTEMS November 2011 e-direct hosting | | | |
| | **Imaging services Subtotal** | | | 261.09 |
| **LOCAL TAXI CHARGES** | | | | |
| 12/15/11 | B B ERENS | CHI | 20.00 | |
| | Local taxi charges Travel to Delaware, PA for court hearings. 22-Nov-2011 | | | |
| 12/15/11 | B B ERENS | CHI | 30.00 | |
| | Local taxi charges Travel to Delaware, PA for court hearings. 23-Nov-2011 | | | |
| | **Local taxi charges Subtotal** | | | 50.00 |
| **LONG DISTANCE CHARGES** | | | | |
| 12/08/11 | B B ERENS | CHI | 1.05 | |
| | Long distance charges 29-Nov-2011 | | | |
| 12/08/11 | B B ERENS | CHI | 1.35 | |
| | Long distance charges 29-Nov-2011 | | | |
| 12/22/11 | D G HEIMAN | CLE | 3.45 | |
| | Long distance charges 30-Nov-2011 | | | |
| 12/22/11 | D G HEIMAN | CLE | 1.20 | |
| | Long distance charges 10-Nov-2011 | | | |
| | **Long distance charges Subtotal** | | | 7.05 |

# JONES DAY

Special Committee of the Board of Directors of | Page 2

**TAXI FARE**

| 12/15/11 | B B ERENS | CHI | 32.46 |

Taxi fare Travel to Delaware, PA for court hearings. 22-Nov-2011

    Taxi Fare Subtotal    32.46

 Total    USD    987.56 **

  ** = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is USD 51.58

**Grand Total**    USD    987.56 **

  ** = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is USD 51.58

# **EXHIBIT C**

CHI-1806822v1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF BRAD B. ERENS

Brad B. Erens, under penalty of perjury, certifies as follows:

1.  I am a partner in the law firm of Jones Day. I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") regarding the contents of applications for compensation and expenses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. I have read the Sixteenth Monthly Application of Jones Day for Allowance of Compensation for and for Reimbursement of Expenses for Services Performed on Behalf of the Special Committee of the Board of Directors of Tribune Company for the Period from December 1, 2011 Through December 31, 2011 (the "Application").

3. A Jones Day attorney has reviewed the requirements of the Guidelines For Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "Guidelines") and the Local Rules, and I believe that the Application complies with the Guidelines and the Local Rules.

Dated: January 25, 2012          */s/Brad B. Erens*
                                 Brad B. Erens