# UNITED STATES BANKRUPTCY COURT
### District of Delaware

In re: <u>Tribune Company, ET AL.,</u>                         <u>Case No. 08-13141</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **<u>SONAR CREDIT PARTNERS II, LLC</u>**<br>Name of Transferee | <u>**Accudata Integrated Marketing**</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>**SONAR CREDIT PARTNERS II, LLC**<br>**200 BUSINESS PARK DRIVE, SUITE 201**<br>**ARMONK, NY 10504** | Court Claim # (if known): N/A<br>Amount of Claim: **<u>$6,185.84</u>**<br>Date Claim Filed: N/A |
| Phone: **<u>(914) 730-1005</u>**<br>Last Four Digits of Acct #: <u>N/A</u> | Phone: <u>N/A</u><br>Last Four Digits of Acct. #: <u>N/A</u> |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last Four Digits of Acct #: <u>N/A</u> | Name and Current Address of Transferor:<br><br>Accudata Integrated Marketing<br>P.O. Box 635912<br>Cincinnati, OH 45263-5912 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: <u>/s/Michael Goldberg</u>                                         Date: <u>1/25/2012</u>
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attn: Clerk

AND TO: Gold Coast Publications, Inc. ("Debtor"), Case No. 08-13169
(Jointly Administered under Tribune Company, Case No. 08-13141)

Schedule #: 169000010

**ACCUDATA INTEGRATED MARKETING**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SONAR CREDIT PARTNERS II, LLC**
200 Business Park Drive
Suite 201
Armonk, NY 10504
Attn: Michael Goldberg
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $6,185.84 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 25, 2012.

ASSIGNOR: Accudata Integrated Marketing
Signature: Denise Abbattista
Name: Denise Abbattista
Title: Director of Cash Management
Date: 1/25/2012

ASSIGNEE: Sonar Credit Partners II, LLC
By: Sonar Asset Management Group, Inc.
Its Managing Member
Signature: Michael Bealy
Name: Michael Goldberg
Title: President
Date: 1/25/12

Claim Question? Call: 646 282 2400   Technical Support Question? Call: 800 794 4430

Guest | Sign In

**TRIBUNE**

Tribune Company

Change Client

**Client Home** | **Claims** | **Docket** | **Key Documents**

Home › Search Claims

Bookmark this Page

## Search Claims

**Criteria**

| Claim Number | Creditor Name | | Scope |
|---|---|---|---|
| | Name Starts With | | Claims and Schedules |

| Schedule Number | Amount | | |
|---|---|---|---|
| 169000010 | Total Claim Value | Equals | |

| Debtor | Claim Date Range | | |
|---|---|---|---|
| | to | | |

Order By: Creditor Name            Results Per Page: 25

**Results**
Collapse All

[1] Page 1 of 1 - 01 total items

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| ⊟ | 169000010 | ACCUDATA INTEGRATED MARKETING | | $6,185.84 | No Image |
| | | PO BOX 635912 | Scheduled Unsecured: | $6,185.84 | |
| | | CINCINNATI, OH 45263-5912 | | | |
| | | Debtor: 08-13169 Gold Coast Publications, Inc. | | | |

[1] Page 1 of 1 - 01 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.

B6F (Official Form 6F) (12/07)

In re  Gold Coast Publications, Inc.            ,           Case No. 08-13169
                    Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | General Trade Payable | | | | $6,185.84 |
| ACCUDATA INTEGRATED MARKETING<br>PO BOX 635912<br>CINCINNATI, OH 45263-5912 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $5,838.06 |
| ANCHOR COMPUTER INC<br>600 FAIRWAY DR STE 205<br>DEERFIELD, FL 33441-1804 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $15.00 |
| ATWELL, JASMINE<br>9561 AEGEAN DR<br>BOCA RATON, FL 33496 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $3,659.79 |
| BLUE RIBBON TAG AND LABEL<br>4035 N 29TH AVE<br>HOLLYWOOD, FL 33020 | | | | | | | |
| | | | | | | Subtotal ▶ | $ 15,698.69 |

  11  continuation sheets attached

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)