# EXHIBIT D

## SUPPLEMENTAL PALMER DELARATION

46429/0001-8254147v1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## SUPPLEMENTAL DECLARATION OF MICHAEL D. PALMER

I, Michael D. Palmer, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney with Joseph, Herzfeld, Hester & Kirschenbaum LLP ("Class Counsel"), counsel for claimants James Allen, Charles Evans, Pearl Evans, Gary Grant, Loretta Grant, Bill McNair, Sean Serrao, Patrick Anderson, Velma Barnhardt, Victor Cruz, Larry

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Fernandez, John Haywood, Mark Jackson, Phil Johnson, Victoria McLaughlin, Damion Reid, Jennifer Strange, and Tenisha Walcott (collectively, the "Plaintiffs"), as well as the proposed Settlement Class. I submit this Supplemental Declaration to supplement my prior Declaration, dated August 4, 2011 (Docket No. 9614, Exhibit D).

2. I am admitted to appear *pro hac vice* in this matter before the United States Bankruptcy Court for the District of Delaware.

3. To date, Class Counsel has incurred over $19,500 in costs in connection with the Lawsuit. (See attached spreadsheet.) While Class Counsel's costs have increased since the Settlement of the matter, Class Counsel is not requesting reimbursement for more than $18,364 -- the amount set forth in the Settlement Agreement.

I affirm, under penalty of perjury, that the above and foregoing information is true and correct.

Dated: New York, New York
January 25, 2012

Michael D. Palmer
JOSEPH, HERZFELD, HESTER &
KIRSCHENBAUM LLP
233 Broadway, 5th Floor
New York, New York 10279
(212) 688-5640
Fax: (212) 688-2548
mpalmer@jhllp.com

# Joseph, Herzfeld, Hester & Kirschenbaum LLP
## Incurred Expenses

| Date | Vendor | Memo | Amount |
|---|---|---|---:|
| 05/31/07 | Clerk of Court | Filing Fee - Federal Lawsuit | $ 350.00 |
| 08/16/07 | Clerk of Court | Filing Fee - State Lawsuit | $ 210.00 |
| 06/03/09 | New York County Clerk | Motion to Sever Filing Fee | $ 45.00 |
| 03/11/10 | Ellen Rubin, RPR, Inc. | Charge for Transcript from Oral Argument | $ 123.50 |
| 06/09/10 | LexisNexis | Online Legal Research | $ 18.53 |
| 06/22/10 | USPS | Postage and Delivery | $ 108.61 |
| 06/30/10 | Rosen & Associates, PC | Outside Legal Services Provided by New York Bankruptcy Counsel - Paid Hourly Rate By Class Counsel | $ 300.00 |
| 06/30/10 | Digital Legal LLC | Print & Mail re. Service of Rule 23 motion | $ 799.49 |
| 06/30/10 | Rosen & Associates | Outside Legal Services Provided by New York Bankruptcy Counsel - Paid Hourly Rate By Class Counsel | $ 2,150.00 |
| 07/07/10 | Pinckney, Harris & Weidinger, LLC | Legal Services Provided by Delaware Bankruptcy Counsel - Paid Hourly Rate By Class Counsel + Payment for Pro Hac Vice Costs | $ 1,890.00 |
| 07/08/10 | Rosen & Associates, PC | Outside Legal Services Provided by New York Bankruptcy Counsel - Paid Hourly Rate By Class Counsel | $ 600.00 |
| 07/22/10 | USPS | Postage and Delivery | $ 4.80 |
| 07/22/10 | Pinckney, Harris & Weidinger, LLC | Reimbursement of Courier Costs | $ 16.50 |
| 07/22/10 | Pinckney, Harris & Weidinger, LLC | Legal Services Provided by Delaware Bankruptcy Counsel - Paid Hourly Rate By Class Counsel | $ 740.00 |
| 08/02/10 | Rosen & Associates, PC | Outside Legal Services Provided by New York Bankruptcy Counsel - Paid Hourly Rate By Class Counsel | $ 50.00 |
| 08/04/10 | PACER Service Center | Online Legal Research | $ 84.00 |
| 08/31/10 | Pinckney, Harris & Weidinger, LLC | Legal Services Provided by Delaware Bankruptcy Counsel - Paid Hourly Rate By Class Counsel | $ 280.00 |
| 10/20/10 | USPS | Postage and Delivery | $ 4.85 |
| 11/04/10 | PACER Service Center | Online Legal Research | $ 12.96 |
| 11/04/10 | Pinckney, Harris & Weidinger, LLC | Reimbursement for Copying/Postage | $ 1.64 |
| 11/04/10 | Pinckney, Harris & Weidinger, LLC | Legal Services Provided by Delaware Bankruptcy Counsel - Paid Hourly Rate By Class Counsel | $ 70.00 |
| 11/04/10 | Pinckney, Harris & Weidinger, LLC | Legal Services Provided by Delaware Bankruptcy Counsel - Paid Hourly Rate By Class Counsel | $ 140.00 |
| 11/30/10 | Pinckney, Harris & Weidinger, LLC | Legal Services Provided by Delaware Bankruptcy Counsel - Paid Hourly Rate By Class Counsel | $ 105.00 |
| 01/11/11 | AMTRAK | Train to Delaware for 1/13/11 Oral Argument - Michael Palmer, Esq. | $ 141.00 |
| 01/13/11 | AMTRAK | Train from Delaware 1/13/11 Oral Argument - Michael Palmer, Esq. | $ 126.00 |
| 01/13/11 | AMTRAK | Train - Delaware 1/13/11 Oral Argument - Diane Hester, Esq. | $ 126.00 |
| 01/19/11 | LexisNexis | Online Legal Research | $ 24.65 |
| 01/19/11 | Pinckney, Harris & Weidinger, LLC | Legal Services Provided by Delaware Bankruptcy Counsel - Paid Hourly Rate By Class Counsel | $ 223.45 |
| 01/31/11 | PACER Service Center | Online Legal Research | $ 36.16 |
| 02/16/11 | LexisNexis | Online Legal Research | $ 14.04 |
| 02/28/11 | Ruth D. Raisfeld, P.C. | Mediation Retainer | $ 2,500.00 |

# Joseph, Herzfeld, Hester & Kirschenbaum LLP
## Incurred Expenses

| Date | Vendor | Description | Amount |
|---|---|---|---|
| 03/01/11 | Rosen and Associates | Outside Legal Services Provided by New York Bankruptcy Counsel - Paid Hourly Rate By Class Counsel | $ 2,012.50 |
| 03/07/11 | Pinckney, Harris & Weidinger, LLC | Legal Services Provided by Delaware Bankruptcy Counsel - Paid Hourly Rate By Class Counsel | $ 1,760.00 |
| 03/07/11 | Ruth D. Raisfeld, P.C. | Additional Mediation Retainer | $ 1,250.00 |
| 03/14/11 | FedEx | Postage and Delivery | $ 15.00 |
| 03/30/11 | USPS | Postage and Delivery | $ 14.89 |
| 04/11/11 | LexisNexis | Online Legal Research | $ 15.00 |
| 04/12/11 | Ruth D. Raisfeld, P.C. | Credit for Overpayment of Mediation Retainer | $ (712.50) |
| 04/27/11 | USPS | Postage and Delivery | $ 4.80 |
| 04/27/11 | USPS | Postage and Delivery | $ 4.80 |
| 04/28/11 | PACER Service Center | Online Legal Research | $ 9.00 |
| 05/03/11 | Pinckney, Harris & Weidinger, LLC | Legal Services Provided by Delaware Bankruptcy Counsel - Paid Hourly Rate By Class Counsel | $ 105.24 |
| 07/07/11 | Rosen & Associates, PC | Outside Legal Services Provided by New York Bankruptcy Counsel - Paid Hourly Rate By Class Counsel | $ 2,645.00 |
| 07/15/11 | LexisNexis | Online Legal Research | $ 10.00 |
| 07/26/11 | Rosen & Associates, PC | Outside Legal Services Provided by New York Bankruptcy Counsel - Paid Hourly Rate By Class Counsel | $ 862.50 |
| 09/08/11 | Rosen & Associates, PC | Outside Legal Services Provided by New York Bankruptcy Counsel - Paid Hourly Rate By Class Counsel | $ 460.00 |
| 10/21/11 | USPS | Postage and Delivery | $ 4.75 |
| | | TOTAL | $ 19,757.16 |