## EXHIBIT A

License Agreement

[FILED UNDER SEAL]