IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case Nos. 08-13141 (KJC), *et seq.*<br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 26, 2012, I caused copies of the foregoing Objection of TM Retirees to Motion to Lift the Stay With Respect to State Law Constructive Fraud Actions to be served via electronic mail upon the parties listed on the attached matrix.

Dated: January 26, 2012　　　　　　　　/s/ **Brian Arban**
　　　　Wilmington, Delaware　　　　　Brian Arban (DE No. 4511)
　　　　　　　　　　　　　　　　　　　Hiller & Arban, LLC
　　　　　　　　　　　　　　　　　　　1500 North French Street, 2nd Floor
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　(302) 442-7676 telephone
　　　　　　　　　　　　　　　　　　　barban@hillerarban.com