Plan Benefits Security Division
Elizabeth Goldberg, Esq.
Leonard H. Gerson, Esq.
Christine Heri, Esq.
Michael Schloss, Esq.
**United States Department of Labor**
P.O. Box 1914
Washington, D.C. 20013

Goldberg.elizabeth@dol.gov
Gerson.leonard@dol.gov
Heri.christine@dol.gov
Schloss.michael@dol.gov

Jared A. Ellias, Esq.
Gordon Z. Novod, Esq.
Kate Bromberg, Esq.
Martin Siegel, Esq.
Robert J. Stark, Esq.
**Brown Rudnick**
Seven Times Square
New York, NY 10036

jellias@brownrudnick.com
gnovod@brownrudnick.com
kbromberg@brownrudnick.com
msiegel@brownrudnick.com
rstark@brownrudnick.com

Graeme W. Bush, Esq.
James Sottile, Esq.
Andrew N. Goldfarb, Esq.
**Zuckerman Spaeder LLP**
1800 M Street, NW, Suite 1000
Washington, D.C. 20036

gbush@zuckerman.com
jsottile@zuckerman.com
agoldfarb@zuckerman.com

Andrew W. Hammond, Esq.
Brian E. Fritz, Esq.
David Hille, Esq.
**White & Case LLP**
1155 Avenue of the Americas
New York, NY 10036

ahammond@whitecase.com
bfritz@whitecase.com
dhille@whitecase.com

Andrew N. Goldman, Esq.
Charles C. Platt, Esq.
Dawn M. Wilson, Esq.
**Wilmer Hale, Esq.**
399 Park Avenue
New York, NY 10022

Andrew.goldman@wilmerhale.com
Charles.platt@wilmerhale.com
Dawn.wilson@wilmerhale.com

| | |
|---|---|
| Abid Qureshi, Esq.<br>Daniel H. Golden, Esq.<br>Deborah Newman, Esq.<br>David Zensky, Esq.<br>Jason Goldsmith, Esq.<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY 10036 | aqureshi@akingump.com<br>dgolden@akingump.com<br>djnewman@akingump.com<br>dzensky@akingump.com<br>jgoldsmith@akingump.com |
| Mitchell Hurley, Esq.<br>Nancy Chung, Esq.<br>Sunny Gulati, Esq.<br>Christine Doniak, Esq.<br>Brian Carney, Esq.<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY 10036 | mhurley@akingump.com<br>nchung@akingump.com<br>sgulati@akingump.com<br>cdoniak@akingump.com<br>bcarney@akin.gump.com |
| Bryan Krakauer, Esq.<br>Colleen M. Kenney, Esq.<br>James F. Conlan, Esq.<br>James W. Ducayet, Esq.<br>Jen Peltz, Esq.<br>Dale E. Thomas, Esq.<br>Patrick Wackerly, Esq.<br>**Sidley Austin LLP**<br>One South Dearborn<br>Chicago, IL  60603 | Bkrakauer@sidley.com<br>Ckenney@sidley.com<br>jconlan@sidley.com<br>jducayet@sidley.com<br>jpeltz@sidley.com<br>dthomas@sidley.com<br>pwackerly@sidley.com |
| Daniel L. Cantor, Esq.<br>Daniel Shamah, Esq.<br>**O'Melveny & Myers LLP**<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 | dcantor@omm.com<br>dshamah@omm.com |
| Howard J. Kaplan, Esq.<br>Johnny Yeh, Esq.<br>**Arkin Kaplan Rice LLP**<br>590 Madison Avenue, 35th Floor<br>New York, NY 10022 | hkaplan@arkin-law.com<br>jyeh@arkin-law.com |

Katharine L. Mayer, Esq.
**McCarter & English, LLP**
Renaissance Centre
405 N. Market Street, 8th Floor
Wilmington, DE 19801

kmayer@mccarter.com

Kevin T. Lantry, Esq.
**Sidley Austin LLP**
555 West Fifth Street
Los Angeles, CA 90013

klantry@sidley.com

Laurie Silverstein, Esq.
R. Stephen McNeill, Esq.
**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

lsilverstein@potteranderson.com
rmcneill@potteranderson.com

David Rosner, Esq.
Sheron Korpus, Esq.
Christine A. Montenegro
Matthew B. Stein, Esq.
**Kasowitz, Benson, Torres & Friedman LLP**
1633 Broadway
New York, NY 10019

drosner@kasowitz.com
skorpus@kasowitz.com
cmontenegro@kasowitz.com
mstein@kasowitz.com

James O. Johnston, Esq.
Joshua Mester, Esq.
**Dewey LeBoeuf LLP**
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

jjohnston@dl.com
jmester@dl.com

Alitia Faccone, Esq.
Joseph T. Boccassini, Esq.
**McCarter & English**
100 Mulberry Street
Newark, NJ 07102

afaccone@mccarter.com
jboccassini@mccarter.com

Andrew Gordon, Esq.
David W. Brown, Esq.
Elizabeth McColm, Esq.
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas
New York, NY 10019-6064

agordon@paulweiss.com
dbrown@paulweiss.com
emccolm@paulweiss.com

Andrew J. Puglia Levy, Esq.
**Paul, Weiss, Rifkind, Wharton & Garrison**
2001 K Street, NW
Washington, DC 20006

alevy@paulweiss.com

Brad B. Erens, Esq.
David A. Hall, Esq.
**Jones Day**
77 West Wacker
Chicago, IL 60601

bberens@jonesday.com
dahall@jonesday.com

Steven M. Bierman, Esq
**Sidley Austin LLP**
787 Seventh Avenue
New York, NY 10019

sbierman@sidley.com

David Adler, Esq.  
**McCarter & English**  
245 Park Avenue, 27th Floor  
New York, NY  10167

dadler@mccarter.com

Evan D. Flaschen, Esq.  
**Bracewell & Giuliani LLP**  
25 Asylum Street, Suite 2600  
Hartford, CT 06103

Evan.flaschen@bgllp.com

Joseph M. Drayton, Esq.  
Jonathan Agudelo, Esq.  
Jane Parver, Esq.  
Madlyn Primoff, Esq.  
**Kaye Scholer LLP**  
425 Park Avenue  
New York, NY  10022

jdrayton@kayescholer.com  
jonathan.agudelo@kayescholer.com  
jparver@kayescholer.com  
mprimoff@kayescholer.com

J. Kate Stickles, Esq.  
**Cole, Schotz, Meisel, Forman & Leonard, P.A.**  
500 Delaware Avenue, Suite 1410  
Wilmington, DE  19801

kstickles@coleschotz.com

Lynn DiPaola Marvin, Esq.  
**Jones Day**  
222 East 41st Street  
New York, NY  10017

lmarvin@jonesday.com

John Henry Schanne, II, Esq.  
David Stratton, Esq.  
**Pepper Hamilton LLP**  
1313 Market St.  
P.O. Box 1709  
Wilmington, DE  19899

schannej@pepperlaw.com  
strattond@pepperlaw.com

Damian Schaible, Esq.  
Elliott Moskowitz, Esq.  
Michael Russano, Esq.  
Dennis Glazer, Esq.  
Donald Bernstein, Esq.  
Karen Luftglass, Esq.  
**Davis Polk & Wardwell LLP**  
450 Lexington Avenue  
New York, NY 10017

Damian.schaible@dpw.com  
Elliott.moskowitz@davispolk.com  
Michael.russano@davispolk.com  
dglazer@davispolk.com  
Donald.bernstein@davispolk.com  
Karen.luftglass@davispolk.com

Charles Jackson, Esq.  
Theodore M. Becker, Esq.  
Deborah S. Davidson, Esq.  
**Morgan Lewis & Bockius LLP**  
77 West Wacker Dr.  
Chicago, IL 60601-5094

Charles.jackson@morganlewis.com  
tbecker@morganlewis.com  
ddavidson@morganlewis.com

Menachem Zelmanovitz, Esq.  
**Morgan, Lewis & Bockius LLP**  
101 Park Avenue  
New York, NY 10178

mzelmanovitz@morganlewis.com

David M. Miles, Esq.  
Ronald Flagg, Esq.  
James F. Bendernagel, Jr.  
**Sidley Austin LLP**  
1501 K Street, N.W.  
Washington, DC  20005

dmiles@sidley.com  
rflagg@sidley.com  
jbendern@sidley.com

| | |
|---|---|
| A. Brent Truitt, Esq.<br>**Bennett & Dorman LLP**<br>245 Park Ave., 39th Floor<br>New York, NY | truittb@hbdlawyers.com |
| Rachel Jaffe Mauceri, Esq.<br>**Morgan Lewis**<br>1701 Market Street<br>Philadelphia, PA 19103 | rmauceri@morganlewis.com |
| William D. Sullivan, Esquire<br>Elihu E. Allinson, III, Esquire<br>**Sullivan Hazeltine Allinson LLC**<br>901 N. Market Street, Suite 1300<br>Wilmington, DE 19801 | bsullivan@sha-llc.com<br>zallinson@sha-llc.com |
| Garvan F. McDaniel, Esquire<br>**Bifferato Gentilotti LLC**<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801 | gmcdaniel@bglawde.com |
| James S. Green, Sr., Esquire<br>**Seitz, Van Ogtrop & Green, P.A.**<br>222 Delaware Avenue, Suite 1500<br>Wilmington, DE 19899 | jgreen@svglaw.com |

| | |
|---|---|
| Adam G. Landis, Esquire<br>Daniel B. Rath, Esquire<br>Matthew B. McGuire, Esquire<br>James S. Green, Jr., Esquire<br>**Landis Rath & Cobb LLP**<br>919 Market Street, Suite 1800<br>Wilmington, DE  19801 | landis@lrclaw.com<br>rath@lrclaw.com<br>mcguire@lrclaw.com<br>green@lrclaw.com |