IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- x
                                                     :  Chapter 11
In re:                                               :
                                                     :  Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                             :  Jointly Administered
                                                     :
     Debtors.                                        :  **Hearing Date: February 2, 2012 at 2:30 p.m. ET**
                                                     :
                                                     :  D.I. 10594
---------------------------------------------------- x

## STATEMENT OF MERRILL LYNCH REGARDING THE MOTION FOR ORDER LIFTING STAY OF STATE LAW CONSTRUCTIVE FRAUDULENT CONVEYANCE SUITS

Merrill Lynch Capital Corporation, Merrill Lynch, Pierce, Fenner & Smith Incorporated and certain of their affiliates (collectively, "Merrill Lynch"), by its attorneys Kaye Scholer LLP and Potter Anderson & Corroon, submits this statement ("Statement") regarding the Motion for Order Lifting Stay of State Law Constructive Fraudulent Conveyance Suits [D.I. 10594], dated January 12, 2012 (the "Motion"), to protect its rights regarding the form of order to be entered by the Court in the event that the Court determines to grant the Motion, and respectfully states as follows:

1.    Merrill Lynch is a defendant in several actions asserting Creditor SLCFC Claims.[1] Merrill Lynch agrees with the position recently taken by the Creditors' Committee, namely that the actions asserting Creditor SLCFC Claims should be coordinated with the stay of litigation in

---

[1] Any capitalized term not defined herein shall have the meaning ascribed thereto in the Order Granting (I) Relief from the Automatic Stay to the Extent the Automatic Stay Bars Commencement by Creditors of State Law Constructive Fraudulent Conveyance Claims to Recover Stock Redemption Payments Made to Step One Shareholders and Step Two Shareholders and (II) Leave from the Mediation Order to Permit Commencement of Litigation on Account of Such Claims, dated April 25, 2011 (the "April 25 Order") [D.I. 8740]. A copy of the April 25 Order is attached as Exhibit A to this Statement.

the adversary proceeding captioned *The Official Committee of Unsecured Creditors of Tribune Company, et al. v. Dennis J. FitzSimons, et al.*, Adv. Proc. 10-54010 (KJC). *See* Third Motion of the Official Committee of Unsecured Creditors to Amend Definition of "Termination Event" in Standing Orders ¶ 15 n.3 [D.I. 10634].

2. However, in the event that the Court decides to enter an order granting the Motion and lifting or modifying in any way the stay imposed by paragraph 6 of the April 25 Order, it is critical that such order explicitly incorporate the protections set forth in paragraphs 8 and 9 and footnote 2 of the April 25 Order; namely the following:

> 8. Nothing in this Order shall prejudice or impair any claims or defenses of any defendant in any proceeding in respect of a Creditor SLCFC Claim or any objection to any plan of reorganization . . . before this Court.[2]
> 9. This Court shall, except with respect to the prosecution of the Creditor SLCFC Claims, retain exclusive jurisdiction to hear and decide any and all disputes relating to or arising from this Order.
>
> [2] For the avoidance of doubt, by this Order, this Court makes no finding and issues no ruling determining the standing of the Original Plaintiff's Group (or any creditor) to assert the Creditor SLCFC Claims or whether such claims are preempted or otherwise impacted by 11 U.S.C. § 546(e).

Merrill Lynch reserves all of its rights with respect to any form of order in the event the Court decides to grant the Motion.

Dated:   January 26, 2011
         Wilmington, Delaware

POTTER ANDERSON & CORROON LLP

By /s/ R. Stephen McNeill
Laurie Selber Silverstein (DE Bar No. 2396)
R. Stephen McNeill (DE Bar No. 5210)
P.O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19899
(302) 984-6000

-and-

KAYE SCHOLER LLP
Madlyn Gleich Primoff
Jane W. Parver
425 Park Avenue
New York, New York 10022
(212) 836-8000

*Attorneys for Merrill Lynch*