**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 26th day of January, 2012, I caused a true and correct copy of the **Objection of Certain Directors and Officers to Motion for Order Lifting Stays of State Law Constructive Fraudulent Conveyance Suits** to be served as indicated upon the following counsel.

**BY HAND DELIVERY**

Katharine L. Mayer, Esq.
McCarter & English, LLP
Renaissance Center
405 N. King Street
Wilmington, DE 19801

William D. Sullivan, Esq.
Elihu E. Allinson, III, Esq.
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

**BY TELEFAX AND FIRST CLASS U.S. MAIL**

David J. Adler, Esq.
McCarter & English, LLP
245 Park Avenue
New York, NY 10167

David S. Rosner, Esq.
Richard F. Casher, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Gordon Z. Novod, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

_____
Marc J. Phillips (#4445)

#4630308