# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered<br><br>Related to Docket Nos. 10594, 10634 and 10635<br>Hearing Date: February 2, 2012 at 2:30 p.m. (ET) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, et al.,<br>  Plaintiff,<br>vs.<br><br>See Attached Exhibit A,<br>  Defendants. | Adv. Pro. Nos. Various (KJC)<br><br><br>Hearing Date: February 2, 2012 at 2:30 p.m. (ET) |

## DEBTORS' (1) RESPONSE TO THIRD MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO AMEND DEFINITION OF "TERMINATION EVENT" IN STANDING ORDERS AND (2) OBJECTION TO MOTION FOR ORDER LIFTING STAYS OF STATE LAW CONSTRUCTIVE FRAUDULENT CONVEYANCE SUITS

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc. f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

The debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") submit this (1) response to the Third Motion of the Official Committee of Unsecured Creditors (the "Creditors' Committee") to Amend Definition of "Termination Event" in Standing Orders ("Committee Motion") (Docket Nos. 10634 and 10635) and (2) objection to the Motion of DBTCA, Law Debenture and Wilmington Trust for Order Lifting Stays of State Law Constructive Fraudulent Conveyance Suits ("SLCFC Claims Motion") (Docket No. 10594).[2]

As discussed in greater detail below, the Debtors believe that (1) the stay governing the Committee's adversary proceedings should be extended until the Court issues an order granting or denying confirmation of the Third Amended DCL Plan and that (2) the SLCFC Claims Motion should be denied.

## PRELIMINARY STATEMENT

As the Debtors have consistently stressed, it is imperative that the Company emerge from bankruptcy promptly so that it can maximize value for all creditor constituencies. In its Confirmation Decision, the Court endorsed this position, expressing "the determined view that the Debtors must promptly find an exit door to this chapter 11 proceeding." In re Tribune Co., 2011 Bankr. LEXIS 4128 at *58 (Bankr. D. Del. Oct. 31, 2011) ("Confirmation Decision").

To effectuate that goal, the DCL Plan Proponents filed a Third Amended DCL Plan on November 18, 2011. The Third Amended DCL Plan addressed the deficiencies identified by the Court in its Confirmation Decision and set forth a protocol pursuant to which certain disputes concerning the allocation of Tribune's assets among certain creditor classes under the Third Amended DCL Plan ("Allocation Disputes") could be resolved in connection with the confirmation process. By order dated January 23, 2012, this Court set a hearing on the

---

[2] Capitalized terms used but not defined herein have the meaning ascribed to such terms in the SLCFC Claims Motion.

2

Allocation Disputes for March 5-6, 2012 and a confirmation hearing on the Third Amended DCL Plan for May 16-17, 2012 ("Scheduling Order").

Given the Court's schedule as well as the clear need for the Company to exit bankruptcy promptly, it is important that the Debtors and their creditor constituencies not be distracted by the start-up of litigation relating to the 2007 Leveraged ESOP Transactions. Under the Third Amended DCL Plan, the Debtor estates' claims regarding those transactions — to the extent that they are not subject to the DCL settlement — will be assigned to a Litigation Trust for pursuit after the Debtors emerge from bankruptcy. Further, as explained below, in seeking permission to pursue the SLCFC Claims litigation, counsel for the Movants "voluntarily agree[d] to stay those actions until completion of the competing plan process."

Accordingly, it is both premature and potentially disruptive to lift the stays that are currently in place regarding both the adversary proceedings and the SLCFC Claims litigation. Once the stays are lifted, the Debtors and other participants will inevitably need to respond to significant discovery. The overwhelming majority of the more than 2,000 named defendants in the LBO-related litigations have not participated in these chapter 11 proceedings, and will undoubtedly look to the Debtors to create a mechanism for providing them access to the millions of pages of evidence that have been assembled on the subject. Additionally, the start-up of litigation will require certain creditor constituencies as well as the Committee to devote time and resources to the litigation, thus potentially diverting focus away from the confirmation process.[3]

---

[3] Another source of potential distraction relates to the Debtors' current employees — a number of whom have been specifically named as defendants in either the FitzSimons Action or in the SLCFC Claims litigation. In addition, each of these cases includes a defendant class which likely extends to many other current employees. Obviously, if litigation starts up, these employees will be personally concerned about their potential involvement in the litigation, which could distract them from their jobs and thereby create an issue that management would need to address at the same time it is seeking to get the Debtors out of bankruptcy.

3

Finally, neither the Committee nor the plaintiffs in the SLCFC Claims litigation will be prejudiced by keeping the current stays in place until the Court issues a decision either confirming or denying the Third Amended DCL Plan. Confirmation of the Third Amended DCL Plan will result in significant distributions to all of the Debtors' creditor constituents. Further the short delay in the start-up of litigation contemplated herein should not adversely impact recoveries in either the FitzSimons Action or the SLCFC Claims litigation.

## RESPONSE TO THE COMMITTEE MOTION

By its motion, the Committee seeks an order replacing subsection (ii) of the definition of Termination Event in the Standing Orders with: "(ii) (A) March 19, 2012 for *The Official Committee of Unsecured Creditors of Tribune Company, et al. v. Dennis J. FitzSimons, et al.*, Adv. Proc. 10-54010 (KJC), and (B) July 2, 2012 for *The Official Committee of Unsecured Creditors of Tribune Company, et al. v. JP Morgan Chase Bank, N.A. et al.*, Adv. Proc. 10-53962 (KJC), and all other proceedings initiated by the Committee pursuant to the Standing Orders." Committee Motion at 5-6. The Committee also expresses the view that "the stays of the Noteholders' state law suits should be coordinated with the stay of the *FitzSimons* Action." Id. at 7 n.3.

While the Debtors support (1) the Committee's proposed extension of the stays in the Committee adversary proceedings and (2) the Committee's position regarding the need for coordination in the resumption of litigation in the Committee adversary proceedings and on the SLCFC Claims, the Debtors do not believe that the relief requested by the Committee goes far enough. In support of its motion, the Committee acknowledges that extension of the stay in the FitzSimons Action until March 19, 2012 is necessary to ensure that the Committee is not distracted and to minimize the risk that developments in the litigation "could interfere with ongoing confirmation efforts" with respect to the Third Amended DCL Plan. Committee Motion at 7. These same considerations, however, will continue to exist when the proposed stay expires

4

in mid-March. Given this reality, the Debtors believe that the better course of action is to simply put this matter to rest right now by defining the Termination Date for all of the Committee adversary actions as the day upon which the Court issues a decision regarding confirmation of the Third Amended DCL Plan. By proceeding in this manner, additional estate resources will be preserved. In addition, neither the Committee nor any of its constituents should be adversely impacted by this short additional extension in view of the fact that the confirmation hearing is scheduled to take place in mid-May.

## RESPONSE TO THE SLCFC CLAIMS MOTION

In the SLCFC Claims Motion, the Movants ask the Court to lift immediately the stay of prosecution of the state law fraudulent conveyance claims which the Court entered at the request of the Movants on April 25, 2010. According to the Movants, there is no longer any need for the stay since "the Court's October 31, 2011 Opinion of Confirmation ... resolved the issues warranting the Stay." See SLCFC Claims Motion at 2.

This position stands in stark contrast to the position taken by the Movants in March 2010 when they were petitioning the Court for permission to move forward with the SLCFC Claims. At that time, in response to a question from the Court as to whether counsel for the Noteholders would agree to an order allowing the Noteholders to "file complaints, but not prosecute them *until after the confirmation process is complete*," (3/22/11 Hearing Tr. at 48:12-18) (emphasis added), counsel stated that:

> [I]t was the intention of what we called the original plaintiff group, Aurelius, the two senior indenture trustees, Wilmington Trust as indenture trustee for the PHONES notes was to, in fact, commence those lawsuits in order to toll the statute of limitations and that *we would voluntarily agree to stay those actions pending the completion of the competing plan process.* We are not looking to create chaos here. What we are trying to do is to ensure that at the end of the day in a very uncertain plan process, that these state law constructive fraudulent conveyance claims will survive.

Id. at 48:19-49:7 (emphasis added).

5

46429/0001-8256818v1

While much of the uncertainty surrounding the plan process has been eliminated by the Confirmation Decision, there is still a great deal of work to be done in the short period of time prior to the confirmation hearing. Late last week, discovery was served on nine parties with respect to the Allocation Disputes and briefing as to those issues is scheduled to take place in February in advance of the March Allocation Dispute hearing. The Scheduling Order further contemplates that amendments or supplements to the Supplemental Disclosure Document, Plan and Solicitation Procedures Motion will be filed by February 20 and that initial discovery requests regarding confirmation will be served in early March. Additionally, a hearing on the Solicitation Procedures Motion and Supplemental Disclosure Document is scheduled for March 23, objections to confirmation are due by April 30, briefs in support of confirmation and in opposition to objections are due on May 10 and the confirmation hearing is scheduled for May 16 and 17.

As such, there is still much ground to cover before the Debtors are able to pass through "an exit door to this chapter 11 proceeding." <u>Tribune</u>, 2011 Bankr. LEXIS 4128 at *58. Lifting the existing stays before the Court issues its next confirmation decision can only distract from that effort and thereby impede the Debtors' prompt emergence from bankruptcy.

## **CONCLUSION**

For the reasons set forth above, the stay governing the Committee's adversary proceedings should be extended until the Court issues an order granting or denying confirmation of the Third Amended DCL Plan and that the SLCFC Claims Motion should be denied.

Dated: Wilmington, Delaware
January 26, 2012

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
James F. Bendernagel, Jr.
Kevin T. Lantry
Jessica C.K. Boelter
Allison Ross Stromberg
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

Counsel for Debtors and Debtors in
Possession and Certain Non-Debtor
Affiliates

## EXHIBIT A

### LBO-Related Adversary Proceedings

| Defendant | Adversary No. |
|---|---|
| Dennis J. FitzSimons, et al. | 10-54010 |
| JPMorgan Chase Bank, N.A., et al. | 10-53963 |

### Preference Actions

| Defendant | Adversary No. |
|---|---|
| Paul, Hastings, Janofsky & Walker LLP | 10-55967 |
| Katten Muchin Rosenman LLP | 10-55957 |
| Timothy P. Knight | 10-55956 |
| Eagle Aircraft & Transportation Management, Inc. | 10-55824 |
| Michael C. Gates | 10-55802 |
| Thomas S. Finke | 10-55801 |
| Kathy H. Skipper | 10-55800 |
| Alison R. Scholly | 10-55799 |
| Matthew Catania | 10-55798 |
| Richard H. Malone | 10-55797 |
| Michael J. Malee | 10-55796 |
| Lisa E. Brewer | 10-55795 |
| Timothy J. Landon | 10-55794 |
| Julie D. Anderson | 10-55793 |
| Greg Healy | 10-55792 |
| Lynne Anne Adamson | 10-55791 |
| Dana C. Hayes Jr. | 10-55790 |
| Stephen J. Mulderrig | 10-55788 |
| Richard D. Molchany | 10-55787 |
| Dan Mitrovich | 10-55786 |
| Robyn L. Motley | 10-55785 |
| Kenneth Mitchell | 10-55784 |
| Christopher C. Morrill | 10-55783 |
| Susan M. Mitchell | 10-55782 |
| L. Clark Morehouse III | 10-55781 |
| Eric J. Meyrowitz | 10-55780 |
| Nancy A. Meyer | 10-55779 |
| Kim A. McCleary La France | 10-55778 |
| Gina M. Mazzaferri | 10-55777 |
| Earl R. Maucker | 10-55776 |
| Jerome P. Martin | 10-55775 |
| Louis Maranto | 10-55774 |
| John M. Manzi | 10-55773 |
| Vincent A. Malcolm | 10-55772 |
| Jeffrey S. Levine | 10-55771 |
| Ardith Hilliard | 10-55770 |
| Walter F. Mahoney | 10-55769 |
| Thomas E. Langmyer | 10-55768 |
| David Dean Hiller | 10-55767 |
| Ann Marie Lipinski | 10-55766 |
| William A. Lanesey | 10-55765 |
| Glenn G. Kranzley | 10-55764 |
| Catherine M. Hertz | 10-55763 |
| Timothy L. Koller | 10-55762 |

| | |
|---|---|
| John R. Hendricks | 10-55761 |
| Jane E. Healy | 10-55760 |
| Patricia A. Kolb | 10-55759 |
| William B. Haselden | 10-55758 |
| David Kniffin | 10-55757 |
| Randy Hano | 10-55756 |
| Peter A. Knapp | 10-55755 |
| Paul R. Kelly Jr. | 10-55754 |
| Jack D. Klunder | 10-55753 |
| Avido Dikari Khahaifa | 10-55752 |
| Charlotte H. Hall | 10-55750 |
| Gerould Kern | 10-55749 |
| Timothy R. Kennedy | 10-55747 |
| Gordon L. Jones | 10-55746 |
| Robert J. Gremillion | 10-55745 |
| Terry Jimenez | 10-55744 |
| Janice Jacobs | 10-55743 |
| Howard Greenberg | 10-55742 |
| Alice T. Iskra | 10-55741 |
| Richard J. Graziano | 10-55740 |
| Richard E. Inouye | 10-55738 |
| Linda Hutzler | 10-55737 |
| Ira Goldstone | 10-55736 |
| Tony Hunter | 10-55735 |
| Vincent R. Giannini | 10-55734 |
| Bonnie B. Hunter | 10-55733 |
| Carolyn Hudspeth | 10-55732 |
| Ernest C. Gates | 10-55731 |
| Susan M. Conway | 10-55730 |
| Michael Gart | 10-55729 |
| Vincent Casanova | 10-55725 |
| Stephen D. Carver | 10-55724 |
| Timothy Franklin | 10-55723 |
| Stephen M. Budihas | 10-55722 |
| Michael C. Foux | 10-55721 |
| David A. Bucknor | 10-55720 |
| Audrey L. Farrington | 10-55719 |
| Rebecca M. Brubaker | 10-55718 |
| Peter D. Filice | 10-55717 |
| Steve Farber | 10-55716 |
| Thomas F. Brown | 10-55715 |
| Richard D. Felty | 10-55714 |
| Richard Engberg | 10-55713 |
| John Birmingham | 10-55712 |
| James L. Ellis | 10-55711 |
| Theodore J. Biedron | 10-55710 |
| James D. Fehnel | 10-55709 |
| Tom E. Ehlmann | 10-55708 |
| Betty Ellen Berlamino | 10-55707 |
| Dianne Donovan | 10-55706 |
| James F. Feher Jr. | 10-55705 |
| Cindy Donnelly | 10-55704 |
| Philip Doherty | 10-55703 |

| | |
|---|---|
| Richard S. Feeney | 10-55702 |
| Kenneth J. DePaola | 10-55701 |
| Lawrence Delia | 10-55700 |
| Catherine A. Davis | 10-55699 |
| Raymond Daley | 10-55698 |
| Kelly F. Benson | 10-55697 |
| David A. Bennett | 10-55696 |
| Bob Bellack | 10-55695 |
| James D. Zerwekh | 10-55694 |
| Alexa A. Bazanos | 10-55693 |
| John E. Zelenka | 10-55692 |
| Henry R. Barrett | 10-55691 |
| Owen Youngman | 10-55690 |
| Roger A. Bare | 10-55689 |
| David D. Williams | 10-55688 |
| Joseph A. Young | 10-55687 |
| Cynthia Baker | 10-55686 |
| Craig Allen | 10-55685 |
| Jack Whisler | 10-55684 |
| Michael D. Asher | 10-55683 |
| F. Ashley Allen | 10-55682 |
| Howard G. Weinstein | 10-55681 |
| Gladys M. Arroyo | 10-55680 |
| Thomas J. Anischik | 10-55678 |
| Harry A. Amsden | 10-55677 |
| Kathleen M. Waltz | 10-55676 |
| Javier J. Aldape | 10-55675 |
| John J. Vitanovec | 10-55674 |
| Deepak Agarwal | 10-55673 |
| John F. Acanfora | 10-55672 |
| Julie K. Xanders | 10-55671 |
| John D. Worthington IV | 10-55670 |
| Deborah B. Vinakos | 10-55669 |
| John Wollney | 10-55667 |
| John C. Twohey | 10-55666 |
| Leo C. Wolinsky | 10-55665 |
| Cam B. Trinh | 10-55664 |
| Timothy F. Windsor | 10-55663 |
| Roger D. Williams | 10-55662 |
| Stephen P. Tippie | 10-55661 |
| Daniel A. O'Sullivan | 10-55660 |
| Timothy J. Thomas | 10-55659 |
| James O'Shea | 10-55658 |
| Kevin P. Scanlon | 10-55657 |
| John T. O'Loughlin | 10-55656 |
| Douglas Thomas | 10-55655 |
| Stephen G. Santay | 10-55654 |
| Timothy E. Ryan | 10-55653 |
| Dennis G. O'Brien | 10-55651 |
| Michael D. Slason | 10-55650 |
| Clifford L. Teutsch | 10-55648 |
| Shaun M. Sheehan | 10-55647 |
| Lou Tazioli | 10-55646 |

3

46429/0001-8256872v1

| | |
|---|---|
| William P. Shaw | 10-55645 |
| Stephen G. Seidl | 10-55643 |
| Lynne A. Segall | 10-55642 |
| Louis J. Stancampiano | 10-55641 |
| Digby A. Solomon | 10-55639 |
| Robert K. Schrepf | 10-55638 |
| Scott C. Smith | 10-55637 |
| Linda A. Schaible | 10-55636 |
| Marc S. Schacher | 10-55635 |
| Erik A. Smist | 10-55634 |
| Robert R. Rounce | 10-55633 |
| Sheau-ming Kuo Ross | 10-55632 |
| John A. Riggle | 10-55631 |
| John E. Reardon | 10-55629 |
| Joseph F. Pisani | 10-55628 |
| Gregory C. Pedersen | 10-55627 |
| Pamela S. Pearson | 10-55625 |
| Robert J. Ramsey | 10-55624 |
| Robert J. Palermini | 10-55623 |
| Myrna G. Ramirez | 10-55622 |
| Irving L. Quimby Jr. | 10-55621 |
| Julian G. Posada | 10-55620 |
| Norbert E. Ortiz | 10-55619 |
| Scott G. Pompe | 10-55617 |
| John F. Poelking | 10-55616 |
| Thomas J. Nork | 10-55615 |
| Russell J. Newton | 10-55614 |
| George C. NeJame | 10-55613 |
| David P. Murphy | 10-55612 |
| Gwen P. Murakami | 10-55611 |
| Charles Sennet | 10-55609 |
| Gary Weitman | 10-55608 |
| John B. Rodden | 10-55607 |
| Patrick Shanahan | 10-55606 |
| Irene M. F. Sewell | 10-55605 |
| R. Mark Mallory | 10-55604 |
| Luis E. Lewin | 10-55603 |
| Brian F. Litman | 10-55602 |
| Thomas D. Leach | 10-55601 |
| Crane H. Kenney | 10-55600 |
| Mark W. Hianik | 10-55599 |
| Daniel G. Kazan | 10-55598 |
| Robert Holm | 10-55597 |
| Donald C. Grenesko | 10-55596 |
| Karen H. Flax | 10-55595 |
| Dennis J. FitzSimons | 10-55594 |
| Thomas Caputo | 10-55593 |
| Chandler Bigelow | 10-55585 |

4