## **CERTIFICATE OF SERVICE**

I, Joseph Grey, hereby certify that, on this 26th day of January, 2012, and in addition to the service provided by the Court's CM/ECF system, I cause true and correct copies of the foregoing Objection to be served by first class mail addressed to the following persons:

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Patrick J. Reilley, Esquire
Cole Schotz Meisel Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Katharine L. Mayer, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street
Wilmington, DE 19801

William D. Sullivan, Esquire
Elihu E. Allinson, III, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

Garvan F. McDaniel, Esquire
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

Davis S. Rosner, Esquire
Kasowitz, Benson, Torres & Feldman LLP
1633 Broadway
New York, NY 10019

David J. Adler, Esquire
McCarter & English, LLP
245 Park Avenue
New York, NY 10167

Robert J. Stark, Esquire
Martin S. Siegel, Esquire
Gordon Z. Novod, Esquire
Brown Rudnick LLP
Seven Times Squares
New York, NY 10036

_____
Joseph Grey (I.D. No. 2358)