IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------x

In re:                                       : Chapter 11
                                             :
TRIBUNE COMPANY, et al.,                     : Case No. 08-13141 (KJC)
                                             :
                    Debtors.                 : (Jointly Administered)
                                             :
                                             : Re: Docket Nos. 10594, 10634, 10635
                                             :
                                             : **Hearing Date: February 2, 2012 at 2:30 p.m.**

------------------------------------x

### JOINDER OF JPMORGAN CHASE BANK, N.A. TO DEBTORS' (1) RESPONSE TO THIRD MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO AMEND DEFINITION OF "TERMINATION EVENT" IN STANDING ORDERS AND (2) OBJECTION TO MOTION FOR ORDER LIFTING STAYS OF STATE LAW CONSTRUCTIVE FRAUDULENT CONVEYANCE SUITS

JPMorgan Chase Bank, N.A. ("JPMorgan"), by and through its undersigned counsel and as a proponent of the Third Amended DCL Plan, respectfully submits this joinder ("Joinder") to the Debtors' (1) Response to Third Motion of the Official Committee of Unsecured Creditors to Amend Definition of "Termination Event" in Standing Orders and (2) Objection to Motion for Order Lifting Stays of State Law Constructive Fraudulent Conveyance Suits (the "Debtors' Response and Objection").[1] JPMorgan joins the Debtors' request that the stay governing the Committee's adversary proceedings be extended until the Court issues an order on confirmation of the Third Amended DCL Plan and that the SLCFC Claims Motion be denied, and respectfully states as follows:

1.     In the SLCFC Claims Motion, the Movants assert that "the interests of justice and judicial economy will best be served by permitting the SLCFC Actions to proceed." SLCFC

---

[1] Capitalized terms not defined herein have the meaning ascribed to such terms in the Debtors' Response and Objection.

Claims Motion ¶ 14. They offer no explanation of how or why these interests would be served, only the conclusory assertion that they would be. With the confirmation hearing around the corner, however, the interests of justice and judicial economy in fact weigh in favor of maintaining the status quo and no hardship will befall the Movants if the stay remains in place. The confirmation hearing is less than four months away and no parties have been prejudiced by the stay in the time since the SLCFC Actions were filed. There is no reason for the sudden rush to lift the stay now.

2.   In contrast, and as described more fully in the Debtors' Response and Objection, the bankruptcy estates would be prejudiced by the distraction created if the stay is lifted in such close proximity to the confirmation hearing on the Third Amended DCL Plan. Indeed, despite the Movants' prior declaration that they were "not looking to create chaos" during the plan confirmation process (3/22/11 Hearing Tr. at 49:3-6), that is precisely the result that opening the floodgates of litigation so close to the confirmation hearing likely will have.

3.   JPMorgan joins the Debtors' Response and Objection and agrees with the arguments set forth therein. Accordingly, JPMorgan files this Joinder in support of the Debtors' Response and Objection.

WHEREFORE, JPMorgan respectfully requests that this Court: (i) extend the stay governing the Committee's adversary proceedings until the Court issues an order on confirmation of the Third Amended DCL Plan; and (ii) deny the SLCFC Claims Motion.

| | |
|---|---|
| Dated: January 26, 2012<br>Wilmington, Delaware | Respectfully submitted,<br><br>DAVIS POLK & WARDWELL LLP<br>Benjamin S. Kaminetzky<br>Elliot Moskowitz<br>Karen Luftglass<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4500<br><br>-and-<br><br>RICHARDS, LAYTON & FINGER, P.A.<br><br>/s/ *[signature]*<br>Mark D. Collins (Bar No. 2981)<br>Robert J. Stearn, Jr. (Bar No. 2915)<br>Drew G. Sloan (Bar No. 5069)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br><br>*Counsel For JPMorgan Chase Bank, N.A.* |