**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors | Jointly Administered |
| | **Hearing Date:  02/2/12** |
| | **Related to ECF D.I. No. 10594** |

**JOINDER OF CRANE KENNEY TO OBJECTION OF CERTAIN DIRECTORS AND OFFICERS TO MOTION FOR ORDER LIFTING STAYS OF STATE LAW CONSTRUCTIVE FRAUDULENT CONVEYANCE SUITS [DOCKET NO. 10726]**

Crane Kenney hereby joins in the Objection of Certain Directors and Officers to Motion for Order Lifting Stays of State Law Constructive Fraudulent Conveyance Suits **[Docket No. 10726]** (the "Objection"), filed on January 26, 2012, and herein reserves all rights to be heard before this Court in connection therewith.

WHEREFORE, for the reasons set forth in the Objection, Crane Kenney respectfully requests that this Court refuse to modify its prior orders and enter an order denying the Noteholders' Motion for Order Lifting Stays of State Law Constructive Fraudulent Conveyance Suits (ECF D.I. no. 10594).

Respectfully submitted,

Dated: January 26, 2012

SMITH, KATZENSTEIN & JENKINS LLP

By: */s/ Kathleen M. Miller*

Richard A. Saldinger (IL ARDC #6209930)
Allen J. Guon (IL ARDC #6244526)
Kimberly Bacher (IL ARDC #6285677)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 N. Clark St., Suite 800
Chicago, Illinois 60610
Tel: (312) 276-1325
Fax: (312) 275-0566
rsaldinger@shawgussis.com
aguon@shawgussis.com
kbacher@shawgussis.com

Kathleen M. Miller (#2898)
The Corporate Plaza
800 Delaware Avenue, Suite 1000
Wilmington, Delaware  19899-0410
(Courier 19801)
(302) 652-8400 – telephone
(302) 652-8405 – telecopy
kmiller@skjlaw.com – email

*One of His Attorneys*