**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 11** |
| **TRIBUNE COMPANY,** *et al.*, ) | |
| ) | **Case No. 08-13141 (KJC)** |
| **Debtors.** ) | **Jointly Administered** |
| ) | **Re: Docket No. 10635** |

**SAM ZELL'S LIMITED OBJECTION TO THE THIRD**
**MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**TO AMEND DEFINITION OF "TERMINATION EVENT" IN STANDING ORDERS**

Sam Zell ("Mr. Zell") respectfully submits this limited objection to the Third Motion of the Official Committee of Unsecured Creditors to Amend Definition of "Termination Event" In Standing Orders (the "Committee's Motion") that was filed by the Official Committee of Unsecured Creditors (the "Committee") on January 18, 2012 [Dkt. No. 10635].

Consistent with and incorporating his prior Limited Objections to the Committee's Motions to Amend Definition of "Termination Event," Mr. Zell objects to the Committee's Motion to the extent that it would delay his right to file appropriate motions in response to the purported claims asserted against him in an amended complaint filed by the Committee, *Official Committee of Unsecured Creditors of Tribune Co., et al. v. FitzSimons*, *et al.*, Adversary Proceeding No. 10-54010.

Mr. Zell files this limited objection to preserve his objection that the Committee has no standing to prosecute the claims alleged against him and to continue to seek the opportunity, without further delay, to expose those claims as frivolous, as set forth in his pending Rule 9011 motion.

135030.01600/40199616v.1

## CONCLUSION

For the foregoing reasons, this Court should sustain Mr. Zell's limited objection to the Committee's Motion.

Respectfully submitted,

Dated: January 26, 2012  **BLANK ROME LLP**

By: /s/ *David W. Carickhoff*
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400

and

**JENNER & BLOCK LLP**
David J. Bradford (admitted *pro hac vice)*
Catherine L. Steege (admitted *pro hac vice*)
Andrew W. Vail (admitted *pro hac vice)*
353 North Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350

*Counsel for Samuel Zell*