## <u>CERTIFICATE OF SERVICE</u>

I, David W. Carickhoff, hereby certify that on January 26, 2012, I caused a copy

of the following document to be served upon the parties listed on the attached service list in the

manner indicated.

**SAM ZELL'S LIMITED OBJECTION TO THE THIRD
MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
TO AMEND DEFINITION OF "TERMINATION EVENT" IN STANDING ORDERS**

 /s/ *David W. Carickhoff* 
David W. Carickhoff (DE No. 3715)

## Service List

**Via Hand Delivery**
Norman L. Pernick, Esq.
Cole Schotz Meisel Forman & Leonard,
P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(Counsel to the Debtors)

David M. Klauder, Esq.
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Adam G. Landis, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to the OCUC)

William P. Bowden
Amanda M. Winfree
Ashby & Geddes, P.A.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(Counsel for Aurelius Capital Management,
LP)

Mark D. Collins
Robert J. Stearn, Jr.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(Counsel to JP Morgan Chase Bank, N.A.)

Robert S. Brady
M. Blake Cleary
Young Conaway Stargatt & Taylor LLP
The Brandywine Building – 17th Floor
1000 West St., P.O. Box 391
Wilmington, DE 19899
(Counsel for Oaktree Capital Management,
L.P. and Angelo, Gordon & Co., L.P.)

**Via First Class Mail**
James F. Conlan
Jessica C. K. Boelter
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(Counsel to the Debtors)

Douglas A. Deutsch
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to the OCUC)

Daniel H. Golden
Philip C. Dublin
David Zensky
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for Aurelius Capital Management,
LP)

Graeme Bush
James Sottile
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
(Special Counsel to the OCUC)

Donald S. Bernstein
Damian S. Schaible
David Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017
(Counsel to JP Morgan Chase Bank, N.A.)

Bruce Bennett
James O. Johnston
Dewey & LeBoeuf LLP
333 South Grand Avenue
Suite 2600
Los Angeles, CA  90071-1530
(Counsel for Oaktree Capital Management,
L.P. and Angelo, Gordon & Co., L.P.)