# **EXHIBIT B**

```
               IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF DELAWARE


IN RE:                          )    Case No.
                                )    (Jointly Administered)
                                )
TRIBUNE COMPANY, et al.,        )    Chapter 11
                                )    Courtroom
                                )    824 Market Street
        Debtors.                )    Wilmington, Delaware
                                )
                                )    July 15, 2011
                                )    11:00 a.m.


               TRANSCRIPT OF TELECONFERENCE
            BEFORE THE HONORABLE KEVIN J. CAREY
               UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtor:             Sidley Austin
                        BY: JAMES BENDERNAGEL, ESQ.
                        BY: JOEL SAMUELS, ESQ.
                        BY: JESSICA BOELTER, ESQ.
                        BY: KEVIN LANTRY, ESQ.
                        BY: DAVID M. MILLS, ESQ.

                        Cole Schotz Meisel Forman &
                        Leonard, PA
                        BY: NORMAN L. PERNICK, ESQ.


ECRO:                   AL LUGANO

Transcription Service:  DIAZ DATA SERVICES
                        331 Schuylkill Street
                        Harrisburg, Pennsylvania 17110
                        (717) 233-6664
                        www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

TELEPHONIC APPEARANCES:

| | |
|---|---|
| For Bank of America: | O'Melveny & Myers (NY Office)<br>BY: DANIEL CANTOR, ESQ.<br>BY: DANIEL S. SHAMAH, ESQ. |
| | Pepper Hamilton, LLP<br>BY: JOHN H. SCHANNE, ESQ. |
| For Aurelius Capital: | Friedman Kaplan Seiler & Adelman<br>BY: ROBERT LACK, ESQ. |
| | Akin Gump Strauss Hauer & Feld<br>BY: DAVID ZENSKY, ESQ.<br>BY: JASON GOLDSMITH, ESQ. |
| | Ashby & Geddes<br>BY: WILLIAM BOWDEN, ESQ.<br>BY: AMANDA WINFREE, ESQ. |
| | Aurelius Capital Management, LP<br>BY: MATTHEW A. ZLOTO, ESQ. |
| For William A. Niese: | Teitelbaum & Baskin<br>BY: JAY TEITELBAUM, ESQ. |
| For Deutsche Bank<br>National Trust Company: | McCarter & English<br>BY: DAVID J. ADLER, ESQ.<br>BY: JOSEPH T. BOCCASSINI, ESQ.<br>BY: KATHARINE L. MAYER, ESQ. |
| For Deutsche Bank<br>Trust Company: | Friedman Kaplan Seiler & Adelman<br>BY: AMY BROWN, ESQ. |
| For Merrill Lynch<br>Capital Corporation: | Kaye Scholer, LLP<br>BY: JONATHAN AGUDELO, ESQ.<br>BY: JANE PARVER, ESQ.<br>BY: MADLYN G. PRIMOFF, ESQ. |
| For JP Morgan Chase: | Davis Polk & Wardwell, LLP<br>BY: ALICIA CHANG, ESQ.<br>BY: MICHAEL RUSSANO, ESQ. |
| | Richards Layton & Finger<br>BY: ROBERT STEARN, JR., ESQ. |
| For Merrill Lynch<br>Capital Corporation: | Potter Anderson & Corroon, LLP<br>BY: LAURIE S. SILVERSTEIN, ESQ. |

```
TELEPHONIC APPEARANCES:
(Continued)

For Citigroup:              Paul Weiss Rifkind Wharton &
                            Garrison, LLP
                            BY: SHANNON PENNOCK, ESQ.
                            BY: ANDREW GORDON, ESQ.
                            BY: KIRA DAVIS, ESQ.

For Official Committee
Of Unsecured Creditors:     Chadbourne & Parke, LLP
                            BY: MARC D. ASHLEY, ESQ.
                            BY: DOUGLAS DEUTSCH, ESQ.
                            BY: DAVID LEMAY, ESQ.
                            BY: THOMAS MCCORMACK, ESQ.
                            BY: MARC ROITMAN, ESQ.
                            BY: ANDREW ROSENBLATT, ESQ.
                            BY: HOWARD SEIFE, ESQ.

                            Landis Rath & Cobb, LLP
                            BY: KIM BROWN, ESQ.
                            BY: REBECCA BUTCHER, ESQ.
                            BY: ADAM G. LANDIS, ESQ.
                            BY: MATTHEW MCGUIRE, ESQ.
                            BY: DANIEL RATH, ESQ.

                            Zuckerman Spaeder, LLP
                            BY: GRAEM BUSH, ESQ.
                            BY: JAMES SOTTILE, ESQ.
                            BY: ANDREW GOLDFARB, ESQ.

For Morgan Stanley:         Weil Gotschal Manges, LLP
                            BY: DAVID LITVACK, ESQ.
                            BY: ANDREA SAAVEDRA, ESQ.

                            Barnes & Thornburg, LLP
                            BY: DAVID POWLEN, ESQ.

For Interested Party:       Cadwalader Wickersham & Taft
                            BY: INGRID BAGBY, ESQ.

For Alexander Bilus:        Dechert, LLP
                            BY: ALEXANDER BILUS, ESQ.

For Goldman Sachs & Co.:    Goldman Sachs & Company
                            BY: SCOTT BYNUM, ESQ.

For Davidson & Kempner:     DK Partners
                            BY: EPHRAIM DIAMOND, ESQ.

For Third Party:            Grippo & Elden, LLC
                            BY: GEORGE DOUGHERTY, ESQ.
                            BY: AMY CHO, ESQ.
```

```
                                                                    4
TELEPHONIC APPEARANCES:
(Continued)

For Chandler Bigelow:      Sperling & Slater
                           BY: STEVEN C. FLORSHEIM, ESQ.

For Peter A. Knapp:        Wildman Harrold Allen & Dixon, LLP
                           BY: PATRICK FRYE, ESQ.

For Defendant(s),
Employees Compensation
Defendant's Group:         Frank Gecker, LLP
                           BY: REED HEILIGMAN, ESQ.

For GreatBanc Trust Co.:   Womble Carlyle Sandridge & Rice
                           BY: THOMAS HORAN, ESQ.
                           BY: FRANCIS MONACO, ESQ.

                           Morgan Lewis & Bockius, LLP
                           BY: RACHEL MAUCERI, ESQ.

For Credit Lenders:        Dewey & LeBoeuf, LLP
                           BY: JAMES O. JOHNSTON, ESQ.

For Law Debenture
Trust Company:             Kasowitz Benson Torres & Friedman
                           BY: SHERON KORPUS, ESQ.

For Corre Partners:        Corre Partners
                           BY: STEPHEN LAM, ESQ.

For Barclays Bank PLC:     DLA Piper, US, LLP
                           BY: MICHELLE MARINO, ESQ.

                           Mayer Brown, LLP
                           BY: AMIT K. TREHAN, ESQ.

For Wilmington Trust:      Brown Rudnick, LLP
                           BY: GORDON NOVOD, ESQ.

For Robert R. McCormick
Foundation & Cantigny
Foundation:                Katten Muchin Rosenman, LLP
                           BY: JOHN SIEGER, ESQ.

For EGI-TRB:               Jenner & Block, LLP
                           BY: ANDREW VAIL, ESQ.

For Daniel Kazan:          Polsinelli Shughart
                           BY: CHRISTOPHER A. WARD, ESQ.
```

5

TELEPHONIC APPEARANCES:
(Continued)

For Interested Party:     Katten Muchin Rosenman, LLP
                          BY: ANDREW L. WOOL, ESQ.

WILMINGTON, DELAWARE, FRIDAY, JULY 15, 2011, 11:01 A.M.

1    THE CLERK: Court is now in session.

2    THE COURT: Good morning. This is Judge Carey.
3  We're on the record in the Tribune Chapter 11 proceedings.
4  This telephone conference/hearing is being held at the
5  request of Bank of America, which was precipitated by Mr.
6  Cantor's letter to the Court of July 13. Let me begin by
7  asking whether the parties have resolved their differences.

8    MR. CANTOR: Good morning, Your Honor. This is
9  Daniel Cantor on behalf from O'Melveny Myers on behalf of
10 Bank of America. No, we have not, Your Honor.

11   THE COURT: All right. I've reviewed the
12 submissions and I'll hear from anyone who wishes to be
13 heard, but I'd like to just give you my preliminary
14 impression. But I begin by expressing my disappointment
15 especially in light of the comments I made at the conclusion
16 of the June 18 -- June 28 hearing that the parties are yet
17 again back before this Court on this matter. I do not want
18 to continue on any basis to micromanage litigation that's
19 occurring in other Courts. And I think here the fault lies
20 with the plaintiffs. And I'll tell you why I conclude that.

21       While arguably as the plaintiffs indicate in
22 their correspondence to the defendants, they've included in
23 the request for this particular stay relief that's the
24 subject of the Bank of America letter other things which

7

1  anticipate either what decisional law might require with
2  respect to the extent of how long stays should be or not, or
3  other developments in the likelihood that the confirmation
4  order may resolve things.
5           I agree with the defendants here that those
6  requests are not consistent with the April 25th and June 28th
7  orders that I entered.  Now in the letter to the defendants'
8  lawyers, plaintiffs' lawyers said well it's not inconsistent
9  and I tend to say that may be true, but there is a
10 distinction between that which is requested of these other
11 Courts and that which they may ultimately grant.
12          And when I said at the June 28th hearing that I
13 did not want to interfere with the prerogative of any other
14 Court -- whom litigation was pending either state or
15 federal, and I am still of that view, that does not give
16 license to any party to request relief that's not entirely
17 in line with what I've already ordered.  What Courts may
18 ultimately grant is within their discretion.
19          And that's where I am at this.  And I'll again
20 repeat, I do not want to micromanage this litigation.  And,
21 you know, I say to the plaintiffs, I gave you the order
22 basically that you wanted.  And I think -- well to the
23 extent that you act inappropriately, and to the extent the
24 conduct of these litigations, if I confirm the noteholder
25 plan, falls within the creditors' trust and the pursuit of

8

1  that litigation by the creditors' trust, I would consider
2  this conduct something that I could view in determining
3  whether the noteholders' plan has been offered in good
4  faith.  Now with that, I'll hear first from the plaintiffs,
5  if they wish to be heard at this point.
6          MR. LACK:  Yes.  It's Robert Lack, Friedman,
7  Kaplan, Seiler & Adelman of Newark, New Jersey, for the
8  noteholder plaintiffs, as well as, for Aurelius Capital
9  Management in the bankruptcy proceeding.
10          I understand Your Honor's point of view on this
11  and it was certainly not the intention of the noteholder
12  plaintiffs to act in any way inconsistent with either the
13  letter or the spirit of Your Honor's order.  We thought that
14  in presenting the order that it would carry out the intent
15  of the Court.  And we believe that with respect to the
16  confirmation order that it is likely and, in fact, given the
17  position taken by Bank of America in this matter, it seems
18  virtually certain that any order Your Honor issues will deal
19  with the status of the stay.
20          With respect to the question of a date that would
21  be an outside date for the termination to the stay, we were
22  concerned that if we presented to the District Court a stay
23  that did not have any certain date of termination, that it
24  would be rejected by the Court based on the case law that we
25  cited from the Third Circuit and other Courts have ruled

24

1  can just get this all wrapped up at once.
2          THE COURT:  Okay.  Anyone else have a comment on
3  that?
4  (No audible response.)
5          THE COURT:  I hear no further response.  Is there
6  anything else for today?
7  (No audible response.)
8          THE COURT:  Thank you all very much.  That
9  concludes this hearing.  Court will stand adjourned.
10          MR. CANTOR:  Thank you, Your Honor.
11  (Whereupon, at 11:29 a.m., the hearing was adjourned.)
12
13                        CERTIFICATION
14          I certify that the foregoing is a correct
15  transcript from the electronic sound recording of the
16  proceedings in the above-entitled matter.
17
18  **Traci Calaman** *Digitally signed by Traci Calaman*
    *DN: cn=Traci Calaman, c=US,*
    *o=DiazDataServices, ou=DiazDataServices,*
    *email=info@diazdata.com*
19  _____                    17 July 2011
    *Date: 2011.07.18 13:05:19 -04'00'*
20  Traci L. Calaman, Transcriber                   Date