# **EXHIBIT E**

**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**MDL No. 2296 - In re Tribune Fraudulent Conveyance Litigation**

*The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. vs. FitzSimons, et al. (In re Tribune Company, et al.)*, Bankr. D. Del., Case No. 10-54010 (KJC) (the "Bankruptcy Adversary Proceeding")

**NOTICE OF OPPOSITION TO CTO-1**

     We represent defendants Robert R. McCormick Foundation and Cantigny Foundation (together, the "Foundations"), two of the named defendants in the Bankruptcy Adversary Proceeding, which is included in the conditional transfer order (CTO-1) dated December 28, 2011. The Foundations submit this opposition to the conditional transfer order and understand that their motion and brief to vacate are due in 14 days.

Dated:  January 4, 2012                                 Sincerely,

                                                                /s/ John P. Sieger
                                                               John P. Sieger
                                                               David C. Bohan
                                                               KATTEN MUCHIN ROSENMAN LLP
                                                               525 West Monroe Street
                                                               Chicago, Illinois 60661-3693
                                                               Tel:  (312) 902-5200
                                                               Fax:  (312) 902-1061
                                                               john.sieger@kattenlaw.com
                                                               david.bohan@kattenlaw.com

                                                               *Counsel for Robert R. McCormick Foundation
                                                               and Cantigny Foundation*

**PROOF OF SERVICE**

      I, John P. Sieger, an attorney, hereby certify that on January 4, 2012, I caused a true and complete copy of the foregoing **NOTICE OF OPPOSITION TO CTO-1** to be served by Electronic Mail Transmission via the Judicial Panel on Multidistrict Litigation's ECF System upon all counsel of record.

                                            /s/ John P. Sieger
                                                John P. Sieger