# **EXHIBIT G**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/11

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
IN RE: TRIBUNE COMPANY FRAUDULENT  : Consolidated Multidistrict Action
CONVEYANCE LITIGATION              :
                                   : Docket No. 11-MD-2296(RJH)
                                   :
                                   : **ORDER**
                                   :
------------------------------------------------------------X

**ORDER RELATED TO ALL CASES**

These consolidated cases relate to the Tribune Company's chapter 11 proceedings in the United States Bankruptcy Court for the District of Delaware, Case No. 08-13141. All the cases are therefore subject to an automatic stay pursuant to 11 U.S.C. § 362(a). The Honorable Kevin J. Carey, Chief Judge of the Bankruptcy Court, issued an order on April 25, 2011, as clarified by an order dated June 28, 2011, allowing plaintiffs to file the actions now consolidated before this court, but indicating that all such actions should thereafter be stayed until further order of the bankruptcy court.

Accordingly, the court hereby STAYS these consolidated cases, as well as any future cases consolidated under this docket number, pending further order of the Bankruptcy Court for the District of Delaware or this court. The times stayed include, but are not limited to, any deadline for a defendant to respond to a complaint or to commence motion practice, and any period for objection or reply to a filed motion.

The stay does not bar, but instead permits plaintiffs to (a) move for leave to further amend a complaint; (b) voluntarily dismiss an action or one or more defendants pursuant to Federal Rule of Civil Procedure 41; or (c) move to add or drop a party or to sever any claim against a party pursuant to Federal Rule of Civil Procedure 21. The stay does not bar defendants from objecting to any such motion by plaintiffs.

1

The stay does not bar any party from moving the court to vacate or modify this order, or from responding to such a motion.

The stay does not bar counsel from moving the court for admission *pro hac vice*. The court hereby waives the fee requirement for such motions.

Notwithstanding this stay, all defendants or their counsel who have not already appeared in a case shall enter an appearance within 30 days after the latter of entry of this Order or service of an amended complaint upon defendants, without prejudice to any defenses or positions that defendants may have. Counsel who entered an appearance in a case prior to its transfer do not need to enter a new appearance.

All counsel are directed to apply for an ECF password issued by this Court. Please visit the Court's website at nysd.uscourts.gov to complete the on-line registration form. For assistance with the ECF filing system, or with applying for admission *pro hac vice*, counsel should contact the Court's ECF Help Desk, at 212-805-0800.

Plaintiffs' counsel shall provide a copy of this order to all defendants in each case.

SO ORDERED.

Dated: New York, New York
       December 28, 2011

Richard J. Holwell
United States District Judge