# **<u>EXHIBIT H</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Case No. 08-13141(KJC) |
| | ) | |
| | ) | |
| TRIBUNE COMPANY | ) | Chapter 11 |
| | ) | |
| | ) | Courtroom 5 |
| | ) | 824 Market Street |
| Debtors. | ) | Wilmington, Delaware |
| | ) | |
| | ) | June 28, 2011 |
| | ) | 10:00 a.m. |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors:                 Sidley Austin, LLP
                             BY: JAMES BENDERNAGEL, ESQ.
                             BY: JAMES CARLAN, ESQ.
                             BY: KEVIN LANTRY, ESQ.
                             One South Dearborn
                             Chicago, IL 60603
                             (312) 853-7000

                             Cole, Schotz, Meisel, Forman
                             & Leonard, P.A.
                             BY: NORMAN PERNICK, ESQ.
                             500 Delaware Ave., Ste. 1410
                             Wilmington, DE 19801
                             (302) 652-3131

                             Tribune Company
                             BY: DON LIEBENTRITT, ESQ.
                             435 North Michigan St.
                             Chicago, IL  60611
                             (312) 222-9100

ECRO:                        AL LUGANO

Transcription Service:       DIAZ DATA SERVICES
                             331 Schuylkill Street
                             Harrisburg, Pennsylvania 17110
                             (717) 233-6664
                             www.diazdata.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

APPEARANCES:
(Continued)

For Merrill Lynch:                 Potter Anderson & Carroon, LLP
                                   BY: LAURIE SELBER SILVERSTEIN,
                                   ESQ.
                                   Hercules Plaza
                                   1313 North Market Street
                                   6th Floor
                                   Wilmington, DE  19801
                                   (302) 984-6033

For JP Morgan:                     Davis Polk & Wardwell
                                   BY: ALICIA CHANG, ESQ.
                                   450 Lexington Avenue
                                   New York, NY 10017
                                   (212) 450-4000

                                   Richards Layton & Finger
                                   BY: ROBERT STEARN, ESQ.
                                   One Rodney Square
                                   920 North King Street
                                   Wilmington, DE  19801
                                   (302) 651-7700

For Barclays:                      DLA Piper
                                   BY: MICHELLE MARINO, ESQ.
                                   1251 Avenue of the Americas
                                   New York, NY  10020-1104
                                   (212) 335-4500

For Official Committee
of Unsecured Creditors:            Landis, Rath & Cobb
                                   BY: DANIEL B. RATH, ESQ.
                                   919 Market Street, Suite 1800
                                   Wilmington, DE 19801
                                   (302) 467-4400

                                   Chadbourne & Parke, LLP
                                   BY: DAVID LEMAY, ESQ.
                                   30 Rockefeller Plaza
                                   New York, NY 10112
                                   (212) 408-5100

For DBTCA:                         McCarter & English
                                   BY: KATHARINE MAYER, ESQ.
                                   405 N. King Street, 8th Fl.
                                   Wilmington, DE  19801
                                   (302) 984-6312

APPEARANCES:
(Continued)

For Wilmington Trust:          Brown Rudnick
                               BY: MARTIN SIEGEL, ESQ.
                               185 Asylum Street
                               Hartford, CT   06103
                               (860)509-6519

                               Sullivan Hazeltine Allinson,
                               LLC
                               BY: ZEKE ALLINSON, ESQ.
                               4 East 8th Street, Suite 400
                               Wilmington, DE   19801
                               (302) 4268-8191

For Aurelius:                  Akin Gump Strauss Hauer & Feld
                               BY: STEVE BALDINI, ESQ.
                               BY: DANIEL GOLDEN, ESQ.
                               One Bryant Park
                               New York, NY 10036
                               (212) 872-1000

                               Ashby & Geddes
                               BY: AMANDA WINFREE, ESQ.
                               500 Delaware Avenue
                               Wilmington, DE   19899
                               (301) 654-1888

For Law Debenture:             Bifferato Gentilotti
                               BY: ROBIN GROGAN, ESQ.
                               800 North King Street
                               Plaza Level
                               Wilmington, DE   19801
                               (302) 429-1900

                               Kasowitz Benson Torres &
                               Friedman, LLP
                               BY: SHERON KORPUS, ESQ.
                               BY: CHRISTINE MONTENEGRO, ESQ.
                               1633 Broadway
                               New York, NY   10019
                               (212) 506-1969

For Great Banc:                Womble Carlyle
                               BY: THOMAS M. HORAN, ESQ.
                               222 Delaware Avenue, Ste. 1501
                               Wilmington, DE   19801
                               (302) 252-4339

APPEARANCES:
(Continued)

For Retirees:                        Miller & Arbon
                                     BY: BRIAN ARBON

For Timothy Knight:                  A.M. Saccullo Legal
                                     BY: ANTHONY SACCULLO
                                     27 Crimson King Drive
                                     Bear, DE  19701
                                     (302) 832-5595

For Penn School Employees
Ret. Sys.:                           Duane Morris
                                     BY: LAWRENCE KOTLER, ESQ.
                                     30 South 17th Street
                                     Philadelphia, PA 19103-4196
                                     (215) 979-1514

TELEPHONIC APPEARANCES:

For George Dougherty:                Grippo & Elden, LLC
                                     BY: GEORGE DOUGHERTY, ESQ.
                                     (312) 704-7700

For Official Committee of
Unsecured Creditors:                 Chadbourne & Parke, LLP
                                     BY: DOUGLAS DEUTSCH, ESQ.
                                     (212) 408-5169
                                     BY: MARC D. ASHLEY, ESQ.
                                     (212)408-5194
                                     BY: DAVID LEMAY, ESQ.
                                     (212) 408-5100
                                     BY: THOMAS MCCORMACK, ESQ.
                                     (212) 408-5100
                                     BY: MARC ROITMAN, ESQ.
                                     (212) 408-5271
                                     BY: HOWARD SEIFE, ESQ.
                                     (212) 408-5361


                                     Zuckerman & Spaeder, LLP
                                     BY: ANDREW GOLDFARB, ESQ.
                                     (202) 778-1800
                                     BY: JAMES SOTTILE, ESQ.
                                     (202) 778-1800
                                     BY: GRAEM BUSH, ESQ.
                                     (202) 778-1800

TELEPHONIC APPEARANCES:
(Continued)

For Bank of America:                O'Melveny & Myers
                                    BY: DANIEL SHAMAH, ESQ.
                                    (212) 326-2138

                                    Bank of America
                                    BY: ESTHER CHUNG, ESQ.
                                    (646)858-6705

For Citibank:                       Paul Weiss Rifkind Wharton
                                    BY: KIRA DAVIS, ESQ.
                                    (212) 373-3000
                                    BY: SHANNON PENNOCK, ESQ.
                                    (212) 373-3000
                                    BY: ANDREW LEVY, ESQ.
                                    (202) 223-7328

For Merrill Lynch:                  Kaye Scholer, LLP
                                    BY: JONATHAN AGUDELO, ESQ.
                                    (212) 836-8369
                                    BY: MADLYN G. PRIMOFF, ESQ.
                                    (212) 836-7042
                                    BY: JANE PARVER, ESQ.
                                    (212) 836-8510

For Tribune:                        Sidley Austin
                                    BY: BRYAN KRAKAUER, ESQ.
                                    (312) 853-7515
                                    BY: CANDICE KLINE, ESQ.
                                    (312) 853-7778
                                    BY: DAVID MILES, ESQ.
                                    (202) 736-8556
                                    BY: JILLIAN LUDWIG, ESQ.
                                    (312) 853-7523
                                    BY: KEN KANSA, ESQ.
                                    (312) 853-7163
                                    BY: SHAWN LUNA, ESQ.
                                    (213) 896-6755
                                    BY: JOEL G. SAMUELS, ESQ.
                                    (213) 896-6030

                                    Tribune Company
                                    BY: GARY WEITMAN, ESQ.
                                    (312) 222-3494
                                    BY: DAVE ELDERSVELD, ESQ.
                                    (312) 222-4707

For Anna Kalenchits:                Anna Kalenchits
                                    (212)723-1808

```
TELEPHONIC APPEARANCES:
(Continued)

For Aurelius Capital
Management:                    Aurelius Capital Management LP
                               BY: MATTHEW A. ZLOTO, ESQ.
                               (646) 445-6518

                               Akin Gump Strauss Hauer & Feld
                               BY: SHAYA ROCHESTER, ESQ.
                               (212) 872-1076
                               BY: JASON GOLDSMITH, ESQ.
                               (212) 872-1000
                               BY: MITCH HURLEY, ESQ.
                               (212) 325-9933

For JP Morgan Chase Bank:      Davis Polk & Wardwell, LLP
                               BY: PETER KIM, ESQ.
                               (212) 450-3028

For Barclays:                  Barclays
                               BY: BEN WILSON, ESQ.
                               (212) 412-7642

For Eos Partners:              Eos Partners
                               BY: MIKE J. SCHOTT, ESQ.
                               (212) 593-4046

For DK Partners:               DK Partners
                               BY: EPHRAIM DIAMOND, ESQ.
                               (646) 282-5841

For EGI-TRB:                   Jenner & Block, LLP
                               BY: ANDREW VAIL, ESQ.
                               (312) 840-8688

For Interested Party:          Schulte Roth & Zabel, LLP
                               BY: KAREN S. PARK, ESQ.
                               (212) 756-2036

For Deutsche Bank:             McCarter & English
                               BY: DAVID ADLER, ESQ.
                               (212) 609-6847

                               Kramer Levin, Naftalis &
                               Frankel, LLP
                               BY: DAVID E. BLABEY, JR.,ESQ.
                               (212) 715-9100

For Chandler Bigelow:          Sperling & Slater
                               BY: CLAIRE P. MURPHY, ESQ.
                               (312)641-3200
```

```
TELEPHONIC APPEARANCES:
(Continued)

For Wells Fargo:                 White & Case
                                 BY: SCOTT GREISSMAN, ESQ.
                                 (212) 819-8567
For Miller Tabak Roberts
Securities:                      Miller Tabak Roberts
                                 Securities, LLC
                                 BY: ANDREW M. THAU
                                 (212) 692-51
For Robert R. McCormick
Foundation &
Cantigny Foundation:             Katten Muchin Rosenman, LLP
                                 BY: JOHN SIEGER, ESQ.
                                 (312) 902-5294


For Employees Compensation
Defendants Group:                Frank Gecker, LLP
                                 BY: REED HEILIGMAN, ESQ.
                                 (312) 276-1400


For Nealesh Jhaveri:             Citadel Investment Group
                                 BY: NEALESH JHAVERI
                                 (212) 651-7636


For Morgan Stanley:              Weil Gotshal & Manges, LLP
                                 BY: ASHIH D. GANDHI, ESQ.
                                 (212) 310-8024
                                 BY: DAVID LITVACK, ESQ.
                                 (212) 310-8361
                                 BY: ANDREA SAAVEDRA, ESQ.
                                 (212) 310-8544


For Silver Point Capital:        Silver Point Capital
                                 BY: MATTHEW EHMER
                                 (203) 542-4219


For Serengeti Asset Mgmt.:       Serengeti Asset Management
                                 BY: NICHOLAS HEILBUT, ESQ.
                                 (212) 466-2167


For Nomura Securities:           Nomura Securities
                                 BY: ARTHUR KAVALIS
                                 (212) 667-2370


For Citi:                        Paul Weiss Rifkind Wharton &
                                 Garrison, LLP
                                 BY: MAY KIM, ESQ.
                                 (202) 223-7379
```

```
TELEPHONIC APPEARANCES:
(Continued)

For Corre Partners:              Corre Partners
                                 BY: STEPHEN LARN
                                 (646) 863-7157

For Great Banc Trust Co.:        Morgan Lewis & Bockius, LLP
                                 BY: RACHEL MAUCERI, ESQ.
                                 (215) 963-5000

For Shachar Minkove:             JPMorgan Chase Bank, NA
                                 BY: SHACHAR MINKOVE
                                 (212) 834-7174

For Pryor Cashman:               Pryor Cashman, LLP
                                 BY: TINA MOSS
                                 (212) 326-0421

For Wilmington Trust:            Brown Rudnick, LLP
                                 BY: GORDON NOVOD, ESQ.
                                 (212) 209-4940

For Dominion:                    McGuire Woods, LLP
                                 BY: BETH SIEG, ESQ.
                                 (804) 775-1137

For Macquarie Capital:           Macquarie Capital (USA)
                                 BY: RUSHABH VORA
                                 (212) 231-6311

For Alvarez & Marsal:            Alvarez & Marsal, Inc.
                                 BY: BRIAN WHITTMAN
                                 (312) 601-4226

For Former Special
Committee:                       Skadden Arps Slate Meagher &
                                 Flom
                                 BY: JUSTIN WINEMAN, ESQ.
                                 (312) 407-0924

For Wells Fargo Bank:            White & Case, LLP
                                 BY: ANDREW ZATZ, ESQ.
                                 (212)819-8744
For Suttonbrook Capital
Management:                      Suttonbrook Capital Management
                                 BY: CAROL L BALE, ESQ.
                                 (212) 588-6640
```

TELEPHONIC APPEARANCES:
(Continued)


For Halcyon Asset Mgmt.:        Halcyon Asset Management
                                BY: IGOR FUKS
                                (212) 303-9453


For Credit Suisse:              Credit Suisse
                                BY: MARK HERON
                                (212) 325-9933


For Maryland State Retirement
And Pension System:             Maryland State Retirement
                                BY: JOHN J. KUCHNO
                                (410) 625-8414


For Blue Mountain Capital:      Blue Mountain Capital
                                BY: MICHAEL C. KASS
                                (212) 905-3911


For Proskauer Rose:             Proskauer Rose, LLP
                                BY: DAVID S. MORDKOFF
                                (212) 969-3831


For Wilmington Trust:           Brown Rudnick, LLP
                                BY: MARTIN SIEGEL, ESQ.
                                (212) 209-4829


For Barclays:                   Mayer Brown, LLP
                                BY: JEAN-MARIE ATAMIAN, ESQ.
                                (212) 506-2678
                                BY: MICHAEL L. SIMES, ESQ.
                                (212) 506-2607
                                BY: AMIT K. TREHAN, ESQ.
                                (212) 506-2500


For Ernst & Young:              Alston & Bird, LLP
                                BY: JOHN W. WEISS, ESQ.
                                (212) 210-9412


For Law Debenture:              Kasowitz Benson Torres &
                                Friedman
                                BY: MATTHEW STEIN, ESQ.
                                (212) 506-1717


For SNR Denton US:              SNR Denton US, LLP
                                BY: STEFANIE L. WOWCHUK, ESQ.
                                (312) 876-2569

1          MR. KORPUS:  Yes, may I approach, Your Honor?

2          THE COURT:  Thank you.  Okay.  Well, first of

3    all, I think the recital has to say that the objections were

4    resolved and not overruled.

5          MR. KORPUS:  Yes, Your Honor.

6          THE COURT:  Okay.  With respect to the -- with

7    respect to Paragraph 2, I'd prefer it to read, just

8    beginning with the operative part, on the fifth line down

9    and just say that the SLCFC claims order is hereby

10   supplemented because this is more than what I would consider

11   to be just a clarification.

12         MR. KORPUS:  We will make that change, Your

13   Honor.

14         THE COURT:  And I'm okay with the rest of the

15   form of order, but here's what's happened.  I don't know

16   what consequences the parties had anticipated as a result of

17   the relief that was requested and that I granted over

18   objection.  Perhaps this is the request for "clarification"

19   which is really supplemental relief, as far as I'm

20   concerned, is a consequence of things that the parties

21   didn't intend.  But my general overall view is when somebody

22   tells me they wanted to be rid of the Bankruptcy Court and I

23   give them the exit, I generally like to consider that a one-

24   way door.  I am not interested in having the parties return

25   on a periodic basis to figure out how to solve the next

1    problem.

2           And that's not to be critical of the relief

3    that's been requested here.  I think it's warranted under

4    the circumstances from a management of litigation standpoint

5    and certainly makes sense and I'm content to grant that

6    relief, especially with resolution of the objections.

7           I see as the potentially most awkward part of

8    what may be yet to come and that is any particular Court or

9    Courts viewing either of my orders as in pitching on their

10   own prerogatives.  And I will tell you, it's not my

11   intention to interfere with the prerogative of any other

12   Court, State or Federal, with respect to conduct of

13   litigation before it.  I mean, I've said what I've said, and

14   I -- beyond that, in my view, Courts are free to take their

15   own conduct and manage their own dockets.  Okay.  I got that

16   off my chest.

17          MR. KORPUS:  Your Honor, I appreciate you sharing

18   that with us.  We understand.  That is why we asked for the

19   relief in Paragraph 3, to avoid having to come back to you

20   on an ad hoc basis.  We don't want to bother you.  I'm sure

21   you love seeing us, but we would rather spare you that

22   pleasure.

23          THE COURT:  Well it's always wonderful when you

24   visit.

25   (Laughter)

1

2                          CERTIFICATION

3          I certify that the foregoing is a correct

4  transcript from the electronic sound recording of the

5  proceedings in the above-entitled matter.

6

7

8  Traci Calaman  Digitally signed by Traci Calaman
                  DN: cn=Traci Calaman, o=US, ou=DiazDataServices,
                  ou=DiazDataServices, email=info@diazdata.com
                  Date: 2011.06.29 11:37:22 -04'00'                28 June 2011

9  Traci L. Calaman, Transcriber                    Date

10