### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al*,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>(Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of Tribune Company, *et al.*,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DENNIS J. FITZSIMMONS, *et al.*,<br><br>　　　　Defendants. | Adversary Proceeding No. 10-54010 (KJC) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF D. ROSS MARTIN

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of D. Ross Martin, Esq., to represent Artis Capital Management, L.P., the President and Fellows of Harvard College, and Marcia Tingley, individually and as a putative defendant class representative, in the above-captioned proceedings.

　　　　　　　　　　　　　　　　　　　　*/s/ John M. Seaman*
　　　　　　　　　　　　　　　　　　　　John M. Seaman (I.D. # 3868)
　　　　　　　　　　　　　　　　　　　　ABRAMS & BAYLISS LLP
　　　　　　　　　　　　　　　　　　　　20 Montchanin Road, Suite 200
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19807
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 778-1152
　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 258-0771
　　　　　　　　　　　　　　　　　　　　Email: seaman@abramsbayliss.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Artis Capital Management, L.P., the President and Fellows of Harvard College, and Marcia Tingley, individually and as a putative defendant class representative*

Dated: January 27, 2012
　　　　Wilmington, Delaware