## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing, as a member of the Bar of the Commonwealth of Massachusetts and the Bar of the State of New York, an am admitted to practice before the United States District Court for the District of Massachusetts, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Date: January 26, 2012

_____
D. Ross Martin, Esq.
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Fax: (617) 951-7050
Email: ross.martin@ropesgray.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____, 2012      _____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Kevin J. Carey
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge