# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
Tribune Company

**Case No.:** 08–13141–KJC

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that Wilmington Trust Company, solely in its capacity as successor Indenture Trustee filed a Notice of Appeal on January 10, 2012 regarding the (i) The Order Regarding Motions for Reconsideration of the Confirmation Opinion and Order [D.I. 10532]; (ii) the Memorandum on Reconsideration [D.I. 10531]; (iii) Order Denying Confirmation of Competing Plans [D.I. 10134]; and (iv) the Bankruptcy Courts Opinion on Confirmation [D.I. 10133].

The Notice of Appeal may be viewed at docket number 10580 The order on appeal may be viewed at docket number 10532

David D. Bird  
CLERK OF COURT

Date: 1/27/12  
(VAN–440)