# Notice Recipients

District/Off: 0311−1         User: KenB              Date Created: 1/27/2012
Case: 08−13141−KJC           Form ID: van440         Total: 13

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| aty | Adam Hiller | Hiller &Arban, LLC | 1500 North French Street | 2nd Floor | Wilmington, DE 19801 |
| aty | Adam G. Landis | Landis Rath &Cobb LLP | 919 Market Street | Suite 1800 | Wilmington, DE 19801 |
| aty | Christopher Dean Loizides | Loizides, P.A. | 1225 King Street | Suite 800 | Wilmington, DE 19801 |
| aty | David W. Carickhoff | Blank Rome LLP | 1201 Market Street, Suite 800 | | Wilmington, DE 19801 |
| aty | Garvan F. McDaniel | Bifferato Gentilotti LLC | 800 N. King Street, Plaza Level | | Wilmington, DE 19801 |
| aty | Jeffrey C. Wisler | Connolly Bove Lodge &Hutz LLP | The Nemours Building | 1007 North Orange Street   P.O. Box 2207 | Wilmington, DE 19899−2207 |
| aty | Jeffrey C. Wisler | Connolly Bove Lodge &Hutz LLP | The Nemours Building | 1007 North Orange Street   P.O. Box 2207 | Wilmington, DE 19899−2207 |
| aty | Katharine L. Mayer | McCarter &English, LLP | Renaissance Centre | 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| aty | Mark D. Collins | Richards Layton &Finger | One Rodney Square | PO Box 551 | Wilmington, DE 19899 |
| aty | Norman L. Pernick | Cole, Schotz, Meisel, Forman &Leonard, | 500 Delaware Avenue,Suite 1410 | | Wilmington, DE 19801 |
| aty | Robert S. Brady | Young, Conaway, Stargatt &Taylor | The Brandywine Bldg. | 1000 West Street, 17th Floor   PO Box 391 | Wilmington, DE 19899−0391 |
| aty | William D. Sullivan | Sullivan Hazeltine Allinson LLC | 901 North Market Street, Suite 1300 | | Wilmington, DE 19801 |
| aty | William Pierce Bowden | Ashby &Geddes | 500 Delaware Avenue | 8th Floor, P.O. Box 1150 | Wilmington, DE 19899 |

TOTAL: 13