# **Attachment A**

## FEE SUMMARY FOR THE QUARTERLY PERIOD FROM
## MARCH 1, 2011 THROUGH MAY 31, 2011

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Chris E. Abbinante | Partner/ Corporate/ 14 years. Admitted 1997. | $825 | 40.30 | $33,247.50 |
| Suresh T. Advani | Partner/ Tax/ 19 years. Admitted 1992. | $875 | 3.10 | $2,712.50 |
| Gerald L. Angst | Partner/ Litigation/ 36 years. Admitted 1975. | $725 | 3.80 | $2,755.00 |
| Richard W. Astle | Partner/ Corporate/ 31 years. Admitted 1980. | $775 | 22.70 | $17,592.50 |
| Larry A. Barden | Partner/ Corporate/ 29 years. Admitted 1982. | $900 | 108.10 | $97,290.00 |
| James F. Bendernagel, Jr. | Partner/ Litigation/ 34 years. Admitted 1977. | $850 | 546.30 | $464,355.00 |

[1] Hourly Billing Rates reflected herein are those rates in effect as of January 1, 2011.

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Donald E. Bingham | Partner/ Banking/ 13 years. Admitted 1998. | $700 | 3.80 | $2,660.00 |
| Kevin F. Blatchford | Partner/ Corporate/ 25 years. Admitted 1986. | $750 | 46.30 | $34,725.00 |
| Jessica C.K. Boelter | Partner/ Bankruptcy/ 9 years. Admitted 2002. | $700 | 568.80 | $387,835.00 |
| Frank J. Broccolo | Partner/ Litigation/ 11 years. Admitted 2000. | $650 | 41.10 | $26,715.00 |
| James N. Cahan | Partner/ Environmental/ 35 years. Admitted 1976. | $675 | 42.70 | $28,822.50 |
| Patrick Casey | Partner/ Employment and Labor Law/ 27 years. Admitted 1984. | $700 | 1.00 | $700.00 |
| Michael A. Clark | Partner/ Tax/ 32 years. Admitted 1979. | $750 | 6.80 | $5,100.00 |
| James F. Conlan | Partner/ Bankruptcy/ 23 years. Admitted 1988. | $975 | 515.00 | $502,125.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stephen G. Contopulos | Partner/ Litigation/ 39 years. Admitted 1972. | $775 | 57.50 | $44,562.50 |
| Michael W. Davis | Partner/ Litigation/ 36 years. Admitted 1975. | $825 | 2.00 | $1,650.00 |
| Nicholas H. De Baun | Partner/ Litigation/ 16 years. Admitted 1995. | $725 | 1.10 | $797.50 |
| Geoffrey D. DeBoskey | Partner/ Employment and Labor Law/ 11 years. Admitted 2000. | $600 | 1.30 | $780.00 |
| Michael P. Doss | Partner/ Litigation/ 15 years. Admitted 1997. | $725 | 3.90 | $2,827.50 |
| James W. Ducayet | Partner/ Litigation/ 15 years. Admitted 1996. | $750 | 329.60 | $247,200.00 |
| Max C. Fischer | Partner/ Employment/ 16 years. Admitted 1995. | $650 | 9.70 | $6,305.00 |
| Ronald S. Flagg | Partner/ Litigation/ 30 years. Admitted 1981. | $700 | 394.70 | $276,290.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Cliff Fonstein | Partner/ Litigation/ 17 years. Admitted 1994. | $775 | 1.80 | $1,395.00 |
| Lawrence R. Fullerton | Partner/ Litigation/ 33 years. Admitted 1978. | $850 | 34.90 | $29,665.00 |
| Brian J. Gold | Partner/ Employment/ 29 years. Admitted 1982. | $750 | 42.30 | $31,725.00 |
| Janet E. Henderson | Partner/ Bankruptcy/ 29 years. Admitted 1982. | $875 | 30.30 | $26,512.50 |
| Scott J. Heyman | Partner/ Tax/ 24 years. Admitted 1987. | $750 | 10.70 | $8,025.00 |
| Robert W. Hirth | Partner/ Litigation/ 32 years. Admitted 1979. | $900 | 57.00 | $51,300.00 |
| Pran Jha | Partner/ Corporate/ 20 years. Admitted 1991. | $725 | 1.30 | $942.50 |
| Matthew E. Johnson | Partner/ Employee Benefits/ 19 years. Admitted 1992. | $750 | 2.00 | $1,500.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kenneth P. Kansa | Partner/ Bankruptcy/ 12 years. Admitted 1999. | $750 | 354.10 | $258,262.50 |
| Richard B. Kapnick | Partner/ Litigation/ 29 years. Admitted 1982. | $800 | 157.30 | $117,640.00 |
| Mark L. Kaufmann | Partner/ Corporate/ 22 years. Admitted 1989. | $700 | .20 | $140.00 |
| John P. Kelsh | Partner/ Corporate 15 years. Admitted 1996. | $750 | .30 | $225.00 |
| Colleen M. Kenney | Partner/ Litigation/ 20 years. Admitted 1991. | $700 | 300.10 | $210,070.00 |
| Bryan Krakauer | Partner/ Bankruptcy/ 29 years. Admitted 1982. | $950 | 493.20 | $448,590.00 |
| Kevin T. Lantry | Partner/ Bankruptcy/ 20 years. Admitted 1991. | $900 | 583.20 | $514,485.00 |
| Scott R. Lassar | Partner/ Litigation/ 36 years. Admitted 1975. | $850 | 10.90 | $10,355.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Laura L. Leonard | Partner/ Environmental/ 28 years. Admitted 1983. | $675 | 5.80 | $3,915.00 |
| Robert J. Lewis | Partner/ Banking/ 16 years. Admitted 1995. | $725 | 3.40 | $2,465.00 |
| Eileen M. Liu | Partner/ Employment and Labor Law/ 14 years. Admitted 1997. | $700 | 1.50 | $1,050.00 |
| Jonathan D. Lotsoff | Partner/ Employment/ 17 years. Admitted 1994. | $700 | 262.80 | $180,985.00 |
| Frederick C. Lowinger | Partner/ Corporate/ 29 years. Admitted 1982. | $950 | 1.50 | $1,425.00 |
| Elizabeth K. McCloy | Partner/ Real Estate/ 27 years. Admitted 1984. | $750 | 1.60 | $1,200.00 |
| Maria D. Meléndez | Partner/ Litigation/ 18 years. Admitted 1993. | $750 | 8.70 | $6,525.00 |
| Larry J. Nyhan | Partner/ Bankruptcy/ 31 years. Admitted 1980. | $975 | 38.40 | $37,440.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin R. Pryor | Partner/ Tax/ 14 years. Admitted 1997. | $700 | 1.30 | $910.00 |
| Marc E. Raven | Partner/ Litigation/ 27 years. Admitted 1984. | $700 | 1.40 | $980.00 |
| Courtney A. Rosen | Partner/ Litigation/ 13 years. Admitted 1998. | $650 | 93.90 | $55,923.75 |
| Jeffrey S. Rothstein | Partner/ Corporate/ 29 years. Admitted 1982. | $725 | .60 | $435.00 |
| Priscilla E. Ryan | Partner/ Employee Benefits/ 29 years. Admitted 1982. | $750 | 7.40 | $5,550.00 |
| Joel G. Samuels | Partner/ Bankruptcy/ 27 years. Admitted 1984. | $875 | 111.90 | $97,912.50 |
| Mark D. Schneider | Partner/ Communications/ 26 years. Admitted 1985. | $725 | 7.70 | $5,582.50 |
| Virginia A. Seitz | Partner/ Litigation/ 24 years. Admitted 1987. | $900 | .20 | $180.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Hille R. Sheppard | Partner/ Litigation/ 17 years. Admitted 1994. | $700 | 183.30 | $128,310.00 |
| Jeffrey C. Steen | Partner/ Bankruptcy/ 27 years. Admitted 1984. | $875 | 534.20 | $458,850.00 |
| Dale E. Thomas | Partner/ Litigation/ 36 years. Admitted 1975. | $675 | 64.30 | $42,390.00 |
| Dennis M. Twomey | Partner/ Bankruptcy/ 11 years. Admitted 2000. | $725 | 307.30 | $214,853.75 |
| Alan M. Unger | Partner/ Litigation/ 32 years. Admitted 1979. | $900 | 57.30 | $51,570.00 |
| Melanie E. Walker | Partner/ Litigation/ 11 years. Admitted 2000. | $625 | 199.40 | $124,625.00 |
| Susan A. Weber | Partner/ Litigation/ 18 years. Admitted 1993. | $725 | .90 | $652.50 |

8

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kenneth R. Wylie | Partner/ Insurance and Financial Services/ 34 years. Admitted 1977. | $825 | 3.50 | $2,887.50 |
| Michael H. Yanowitch | Partner/ Corporate/ 34 years. Admitted 1977. | $875 | 2.80 | $2,450.00 |
| Jay H. Zimbler | Partner/ Tax/ 36 years. Admitted 1975. | $900 | 23.10 | $20,790.00 |
| Daniel A. McLaughlin | Counsel/ Litigation/ 14 years. Admitted 1997. | $725 | .20 | $145.00 |
| David M. Miles | Counsel/ Financial Institution Regulation/ 32 years. Admitted 1979. | $725 | 442.50 | $320,812.50 |
| David M. Baron | Associate/ Litigation/ 2 years. Admitted 2009. | $365 | 25.30 | $9,234.50 |
| Peter K. Booth | Associate/ Bankruptcy/ 3 years. Admitted 2008. | $475 | 7.30 | $3,467.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Aaron Brooks | Associate/ Corporate/ 2 years. Admitted 2009. | $405 | 15.40 | $6,237.00 |
| Les Carter | Associate/ Tax/ 2 years. Admitted 2009. | $365 | 1.30 | $474.50 |
| Christina M. Craige | Associate/ Bankruptcy/ 4 years. Admitted 2007. | $575 | 5.70 | $3,277.50 |
| Gregory V. Demo | Associate/ Bankruptcy/ 3 years. Admitted 2008. | $475 | 453.20 | $210,211.25 |
| Bret T. Diskin | Associate/ Corporate/ 2 years. Admitted 2009. | $365 | 8.50 | $3,102.50 |
| Christian N. Elloie | Associate/ Litigation 2 years. Admitted 2009. | $475 | 13.90 | $6,602.50 |
| Jason J. Englund | Associate/ Litigation/ 2 years. Admitted 2009. | $405 | 56.10 | $22,720.50 |
| Katherine B. Falahee | Associate/ Environmental Law/ 1 year. Admitted 2010. | $325 | 23.80 | $7,735.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Frank J. Favia, Jr. | Associate/ Litigation/ 5 years. Admitted 2006. | $495 | 10.50 | $5,197.50 |
| Adrian Fontecilla | Associate/ Litigation/ 1 year. Admitted 2010. | $425 | 2.00 | $850.00 |
| Ericka K. Foster | Associate/ Employment/ 7 years. Admitted 2004. | $550 | 13.10 | $7,205.00 |
| Robyn H. Frumkin | Associate/ Litigation/ < 1 year. Admitted 2011. | $375 | 30.60 | $11,475.00 |
| Sean C. Griffin | Associate/ Litigation/ 6 years. Admitted 2005. | $525 | 1.80 | $945.00 |
| Anna Gumport | Associate/ Bankruptcy/ 1 year. Admitted 2010. | $375 | 97.60 | $36,600.00 |
| Michael T. Gustafson | Associate/ Bankruptcy/ 1 year. Admitted 2010. | $375 | 245.30 | $91,987.50 |
| R.C. Harlan | Associate/ Litigation/ 7 years. Admitted 2004. | $565 | 9.80 | $5,537.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew D. Hart | Associate/ Litigation/ 5 years. Admitted 2006. | $650 | 20.90 | $13,585.00 |
| James R. M. Hemmings | Associate/ Litigation/ 8 years. Admitted 2003. | $575 | 45.20 | $25,990.00 |
| Eric G. Hoffman | Associate/ Litigation/ 7 years. Admitted 2004. | $675 | 8.80 | $5,366.25 |
| Claire H. Holland | Associate/ Corporate/ 8 years. Admitted 2003. | $575 | .20 | $115.00 |
| Dennis Kao | Associate/ Bankruptcy/ 1 year. Admitted 2010. | $425 | 4.10 | $1,742.50 |
| Geoffrey M. King | Associate/ Bankruptcy/ 2 years. Admitted 2009. | $425 | 336.30 | $142,927.50 |
| Candice L. Kline | Associate/ Bankruptcy/ 3 years. Admitted 2008. | $475 | 196.00 | $91,033.75 |
| Marc A. Korman | Associate/ Litigation/ 1 year. Admitted 2010. | $325 | .80 | $260.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher S. Krueger | Associate/ Corporate/ 3 years. Admitted 2008. | $405 | 2.80 | $1,134.00 |
| Susan P. Lagana | Associate/ Litigation/ 2 years. Admitted 2009. | $325 | 236.90 | $84,369.75 |
| Michael J. LaMare | Associate/ Litigation/ 1 year. Admitted 2010. | $365 | 45.90 | $16,753.50 |
| James P. Langdon | Associate/ Corporate/ 5 years. Admitted 2006. | $495 | 194.00 | $96,030.00 |
| Jillian K. Ludwig | Associate/ Bankruptcy/ 4 years. Admitted 2007. | $535 | 689.60 | $357,540.50 |
| Shawn C. Luna | Associate/ Bankruptcy/ 2 years. Admitted 2009. | $425 | 105.70 | $44,922.50 |
| Rachel F. Margolis | Associate/ Employment/ 3 years. Admitted 2008. | $405 | 15.70 | $6,358.50 |
| Matthew G. Martinez | Associate/ Bankruptcy/ 3 years. Admitted 2008. | $475 | 145.40 | $69,065.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kerriann S. Mills | Associate/ Bankruptcy/ 6 years. Admitted 2005. | $625 | 573.10 | $350,187.50 |
| Sophia Park Mullen | Associate/ Bankruptcy/ 3 years. Admitted 2008. | $365 | 266.10 | $141,026.00 |
| Brett H. Myrick | Associate/ Bankruptcy/ 2 years. Admitted 2009. | $425 | 302.30 | $128,477.50 |
| Erica C. Parks | Associate/ Bankruptcy/ 1 year. Admitted 2010. | $375 | 26.30 | $9,862.50 |
| Tom A. Paskowitz | Associate/ Litigation/ 5 years. Admitted 2006. | $625 | 13.60 | $8,500.00 |
| Kevin Pecoraro | Associate/ Litigation/ 7 years. Admitted 2004. | $550 | .30 | $165.00 |
| Jen Peltz | Associate/ Litigation/ 8 years. Admitted 2003. | $575 | 9.20 | $5,290.00 |
| Thomas O. Powell | Associate/ Litigation/ 1 year. Admitted 2010. | $340 | 26.50 | $9,010.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew P. Propps | Associate/ Bankruptcy/ 1 year. Admitted 2010. | $495 | 22.60 | $9,605.00 |
| Scott R. Rauscher | Associate/ Litigation/ 6 years. Admitted 2005. | $525 | 9.00 | $4,725.00 |
| Steve W. Robinson | Associate/ Bankruptcy/ 2 years. Admitted 2009. | $425 | 190.80 | $81,090.00 |
| Jed Rosenkrantz | Associate/ Corporate/ 2 years. Admitted 2009. | $365 | 69.10 | $25,221.50 |
| Thomas E. Ross | Associate/ Litigation/ 2 years. Admitted 2009. | $365 | 574.80 | $206,845.50 |
| Steve E. Sexton | Associate/ Litigation/ 6 years. Admitted 2005. | $525 | 5.40 | $2,835.00 |
| Brian S. Shull | Associate/ Litigation/ 4 years. Admitted 2007. | $450 | 12.90 | $5,805.00 |
| Richard M. Silverman | Associate/ Tax/ 4 years. Admitted 2007. | $450 | 19.60 | $8,820.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Brent M. Steele | Associate/ Corporate/ 2 years. Admitted 2009. | $365 | 28.80 | $10,512.00 |
| Kate L. Steffy | Associate/ Real Estate/ 5 years. Admitted 2006. | $495 | 1.50 | $742.50 |
| Allison Ross Stromberg | Associate/ Bankruptcy/ 3 years. Admitted 2008. | $475 | 629.00 | $289,156.25 |
| Tim M. Swan | Associate/ Corporate/ 5 years. Admitted 2006. | $430 | 4.40 | $2,178.00 |
| Matthew D. Taksin | Associate/ Litigation/ 2 years. Admitted 2009. | $365 | 34.90 | $12,738.50 |
| DeNae M. Thomas | Associate Litigation/ 1 year. Admitted 2010. | $425 | 1.50 | $637.50 |
| Kees Vandenberg | Associate/ Litigation 2 years. Admitted 2009. | $365 | 29.10 | $10,621.50 |
| Patrick J. Wackerly | Associate/ Litigation/ 4 years. Admitted 2007. | $450 | 584.30 | $255,915.00 |
|  |  |  |  |  |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Angela Eavy | Staff Attorney/ Litigation/ 7 years. Admitted 2004. | $355 | 157.40 | $52,060.75 |
| Matthew S. Jackson | Staff Attorney/ Litigation/ 7 years. Admitted 2004. | $355 | 5.50 | $1,952.50 |
| Richard Bryan | Legal Assistant/ Litigation 2 years. | $200 | 2.00 | $400.00 |
| Russell J. Coutinho | Legal Assistant/ Real Estate/ 11 years. | $250 | 1.00 | $250.00 |
| Kelley Gmoser | Legal Assistant/ Bankruptcy/ 9 years. | $240 | 94.30 | $22,632.00 |
| Joshua A. Hart | Legal Assistant/ Litigation/ 5 years. | $200 | 7.40 | $1,480.00 |
| Denise M. Kerschhackl | Senior Legal Assistant/ Corporate/ 11 years. | $260 | 6.00 | $1,560.00 |
| Kathy J. Kim | Legal Assistant/ Litigation/ 5 years. | $235 | 24.50 | $5,757.50 |
| Megan Scholl Lindberg | Legal Assistant/ Litigation/ 6 years. | $200 | 2.50 | $500.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Danuta A. Lucenko | Legal Assistant/ Litigation/ 16 years. | $220 | 4.50 | $1,012.50 |
| David J. Lutes | Senior Legal Assistant/ Bankruptcy/ 26 years. | $300 | 257.00 | $77,100.00 |
| Eileen A. McDonnell-O'Driscoll | Legal Assistant/ Bankruptcy/ 24 years. | $290 | 5.90 | $1,829.00 |
| Silvia Molina | Senior Legal Assistant/ Litigation/ 11 years. | $240 | 25.00 | $6,000.00 |
| Branka V. Nastasic | Senior Legal Assistant/ Corporate/ 9 years. | $240 | 17.90 | $4,296.00 |
| Karen A. Nelms | Senior Legal Assistant/ Litigation/ 15 years. | $255 | 77.70 | $19,813.50 |
| Melanie C. Nelson | Legal Assistant/ Bankruptcy/ 24 years. | $235 | 1.00 | $235.00 |
| James P. Platt | Senior Legal Assistant/ Litigation/ 9 years. | $225 | 118.50 | $26,662.50 |
| Francis H. Quaynor | Legal Assistant/ Litigation/ 9 years. | $300 | 10.00 | $3,000.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nebojsa Rebic | Legal Assistant/ Litigation/ 14 years. | $240 | 3.80 | $912.00 |
| D'Esprit Smith | Legal Assistant/ Litigation/ 1 year. | $200 | 4.50 | $900.00 |
| Susan L. Summerfield | Legal Assistant/ Bankruptcy/ 19 years. | $200 | 150.20 | $30,040.00 |
| Mary L. Wiersema | Legal Assistant/ Investment Products/ 18 years. | $260 | 18.00 | $4,680.00 |
| Mary Huang | Project Assistant/ 5 years. | $115 | 33.40 | $3,841.00 |
| Anne Juenger | Project Assistant/ 10 years. | $85 | 13.80 | $1,173.00 |
| Martha Ocab | Project Assistant/ 24 years. | $85 | 50.60 | $4,301.00 |
| Elizabeth A. Quintos | Project Assistant/ 14 years. | $85 | 14.10 | $1,198.50 |
| Joanne Romanovich | Project Assistant/ 27 years. | $110 | 15.80 | $1,738.00 |
| Jeffrey V. Bosh | Director of Library services/ 25 years. | $145 | 1.30 | $195.00 |
| Eva M. Huber | Librarian/ 17 years. | $100 | 1.70 | $170.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ellen J. Kreis | Librarian/ 12 years. | $100 | 3.00 | $300.00 |
| Michael P. Bawden | Litigation Support/ 12 years. | $315 | 7.60 | $1,862.00 |
| Marc A. Beltran | Litigation Support/ 3 years. | $280 | 5.40 | $1,512.00 |
| Madeline E. Glidden | Litigation Support/ 5 years. | $220 | .50 | $110.00 |
| Alex Godofsky | Litigation Support/ 1 year. | $195 | 9.90 | $1,930.50 |
| Steven Hlynski | Litigation Support/ 7 years. | $220 | 4.00 | $880.00 |
| Christopher Keener | Litigation Support/ 3 years. | $220 | 4.50 | $990.00 |
| Daniel H. Lang | Litigation Support/ 7 years. | $195 | 1.50 | $292.50 |
| Rene Laurens | Litigation Support/ 5 years. | $280 | .20 | $56.00 |
| Karin Nakai | Litigation Support Coordinator/ 21 years. | $280 | 5.20 | $1,456.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John Pan | Litigation Support/ 2 years. | $210 | 16.30 | $3,586.00 |
| Daniel Rioja | Litigation Support/ 1 year. | $185 | 1.30 | $286.00 |
| Tanya Shim | Litigation Support/ 11 years. | $220 | 3.50 | $770.00 |
| Irene Sozonova | Litigation Support/ 7 years. | $220 | 4.00 | $880.00 |
| Christopher Stavropoulos | Litigation Support/ 1 year. | $195 | 1.80 | $351.00 |
| Justin Tebbe | Litigation Support/ 1 year. | $265 | 43.00 | $12,040.00 |
| Robert Singh | Docket/ 20 years. | $100 | 1.50 | $150.00 |
| **Grand Total** | | | **14,939.20** | **$8,941,857.00** |
| **Blended Rate** | | **$598.55** | | |

**COMPENSATION BY PROJECT CATEGORY FOR THE QUARTERLY PERIOD
FROM MARCH 1, 2011 THROUGH MAY 31, 2011**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC Post Bankruptcy Matters (20100) | 8.70 | $6,022.50 |
| Fee Applications (30390) | 843.20 | $265,511.00 |
| Intellectual Property Issues (30400) | 4.00 | $2,050.00 |
| Executory Contracts and Leases (30410) | 108.60 | $53,916.00 |
| Use/Sale/Lease of Assets (30430) | 20.60 | $11,873.00 |
| DIP Financing/Cash Collateral (30440) | 30.40 | $16,825.00 |
| Insurance Matters (30450) | 11.00 | $9,780.00 |
| Committee-Related Matters (30460) | .50 | $267.50 |
| Litigated Matters (30470) | 5,651.20 | $3,375,256.00 |
| Travel Time (30480) (with 50% discount) | 435.50 | $138,084.50 |
| Labor Matters (30490) | 5.00 | $3,765.00 |
| Plan and Disclosure Statement (30500) | 5,844.10 | $3,954,700.00 |
| Professional Retention (30510) | 73.90 | $39,196.50 |
| Tax Matters (30520) | 59.40 | $48,602.50 |
| Claims Processing (30530) | 535.20 | $277,784.50 |
| Business Operations (30550) | 557.00 | $324,075.50 |
| Case Administration (30560) | 186.50 | $71,873.50 |
| Creditor Communications (30570) | 6.40 | $2,697.50 |
| Employee Matters (30590) | 551.60 | $334,446.50 |
| 2010 Exit Credit Facility (13700) | 6.40 | $5,130.00 |
| **TOTAL** | **14,939.20** | **$8,941,857.00** |

# **Attachment B**

**EXPENSE SUMMARY FOR THE QUARTERLY PERIOD FROM**
**MARCH 1, 2011 THROUGH MAY 31, 2011**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation[1] | | $73,858.74 |
| Court Costs | | $17,778.00 |
| Court Reporter | | $93,111.35 |
| Document Production | | $1,075.00 |
| Duplicating Charges[2] | | $246,594.60 |
| Document Delivery Services | | $7,844.50 |
| Document Services | | $1,145.34 |
| Ground Transportation | | $16,179.42 |
| Lexis Research Service | Lexis | $41,572.67 |
| Meals Out-of-Town | | $11,503.00 |
| Meals | | $3,058.50 |
| Messenger Services | | $584.43 |
| Other[3] | | $27.43 |
| Overtime | | $5,598.22 |
| Professional Services/Specialists | | $396,713.07 |
| Publications | | $2,517.98 |
| Search Services | | $7,910.99 |
| Telephone Tolls | | $4,188.48 |
| Travel/Lodging | | $164,884.18 |
| Westlaw Research Service | Westlaw | $37,546.52 |
| | | |
| **Total** | | **$1,133,692.42** |

---

[1] Air transportation during the period covered by this Application is charged at the prevailing economy-class rate for such travel less any corporate discounts received by Sidley, in accordance with Sidley's policies for business travel for bankruptcy and non-bankruptcy matters.

[2] Sidley's rate for standard copying is $0.10 per page and is in compliance with the rate as required by Local Rule 2016-2(e)(iii).

[3] Computer supplies for confirmation hearing trial preparation.