## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 27, 2012, Oaktree Capital Management, L.P.,

by and through its counsel, caused a copy of the following to be served upon the parties on the

attached service list attached to the certificate of service annexed hereto as Exhibit A:

Oaktree Capital Management, L.P.'s Responses and Objections to Wilmington Trust Company's Request for Production of Documents

Dated: January 27, 2012

DEWEY & LEBOEUF
Bruce Bennett
James O. Johnston
Joshua M. Mester
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone:  (213) 621-6000
Telecopier:  (213) 621-6100

- and -

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ M. Blake Cleary
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
The Brandywine Building – 17th Floor
1000 West Street, Post Office Box 391
Wilmington, Delaware 19899 0391
Telephone: (302) 571-6600
Telecopier: (302) 571-1253

*Counsel to the Oaktree Capital Management, L.P.*

**EXHIBIT A**

## <u>CERTIFICATE OF SERVICE</u>

I, M. Blake Cleary, Esquire, hereby certify that on January 27, 2012 the following responses and objections to Aurelius Capital Management, LP's Request for Production of Documents were served upon the parties on the attached service list in the manner indicated:

<u>/s/ M. Blake Cleary</u>
M. BLAKE CLEARY

# SERVICE LIST

**BY EMAIL**

| |
|---|
| James F. Bendernagel, Jr.<br>Jessica Boelter<br>**Sidley Austin LLP**<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>jbendernagel@sidley.com<br>jboelter@sidley.com |
| David S. Rosner<br>Sheron Korpus<br>Christine A. Montenegro<br>Matthew Stein<br>**Kasowitz, Benson, Torres & Friedman LLP**<br>1633 Broadway<br>New York, NY 10019<br>drosner@kasowitz.com<br>skorpus@kasowitz.com<br>cmontenegro@kasowitz.com<br>mstein@kasowitz.com |
| Garvin McDaniel<br>**Bifferato Gentilotti**<br>800 North King Street, Plaza Level<br>Wilmington, DE 19801<br>gmcdaniel@bglawde.com |
| Gordon Z. Novod<br>Martin Siegel<br>Robert Stark<br>**Brown Rudnick**<br>Seven Times Square<br>New York, NY 10036<br>gnovod@brownrudnick.com<br>msiegel@brownrudnick.com<br>rstark@brownrudnick.com |
| James Sottile<br>**Zuckerman Spaeder LLP**<br>1800 M Street, NW<br>Ste 1000<br>Washington, DC 20036<br>jsottile@zuckerman.com |

Andrew N. Goldman
**Wilmer Hale**
399 Park Avenue
New York, NY 10022
andrew.goldman@wilmerhale.com

David M. LeMay
Howard Seife
Douglas Deutsch
Andrew Rosenblatt
**Chadbourne & Parke LLP**
30 Rockefeller Plaza
New York, NY 10112
dlemay@chadbourne.com
hseife@chadbourne.com
ddeutsch@chadbourne.com
arosenblatt@chadbourne.com

Abid Qureshi
Daniel Golden
David Zensky
Jason Sunshine
Deborah Newman
Meredith Lahaie
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036
aqureshi@akingump.com
dgolden@akingump.com
dzensky@akingump.com
djnewman@akingump.com
mlahaie@akingump.com

Adam C. Harris
**Schulte Roth & Zabel**
919 Third Avenue
New York, NY 10022
Adam.harris@srz.com

Jay Teitelbaum
**Teitelbaum & Baskin, LLP**
1 Barker Avenue, 3rd Floor
White Plains, NY 10601
jteitelbaum@tblawllp.com

Bryan Krakauer
Ken Kansa
James F. Conlan
Dennis Twomey
Kerriann Mills
Jeffrey Steen

| |
|---|
| Thomas Ross<br>**Sidley Austin LLP**<br>One South Dearborn<br>Chicago, Illinois 60603<br>bkrakaue@sidley.com<br>jconlan@sidley.com<br>kkansa@sidley.com<br>dtwomey@sidley.com<br>kmills@sidley.com<br>Jsteen@sidley.com<br>tross@sidley.com |
| J. Kate Stickles<br>**Cole, Schotz, Meisel, Forman &**<br>**Leonard, P.A.**<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington, DE 19801<br>kstickles@coleschotz.com |
| Kevin T. Lantry<br>**Sidley Austin LLP**<br>555 West Fifth Street<br>Los Angeles, California 90013<br>klantry@sidley.com |
| Donald Bernstein<br>Damian Schaible<br>Eli Vonnegut<br>**Davis Polk & Wardwell**<br>450 Lexington Avenue<br>New York, NY 10017<br>donald.bernstein@dpw.com<br>dennis.glazer@dpw.com<br>eli.vonnegut@dpw.com |
| David Adler<br>**McCarter & English**<br>100 Mulberry Street<br>Newark, NJ 07102<br>dadler@mccarter.com |
| James Freebery<br>**McCarter & English**<br>Renaissance Centre<br>405 N. King Street<br>Wilmington, DE 19801<br>jfreebery@mccarter.com |
| William Bowden<br>Amanda Winfree<br>Ashby & Geddes, P.A. |

| |
|---|
| 500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19800<br>awinfree@ashby-geddes.com<br>wbowden@ashby-geddes.com |
| William D. Sullivan<br>Sullivan Hazeltine Allinson LLC<br>901 N. Market Street, Suite 1300<br>Wilmington, DE 19801<br>bsullivan@sha-llc.com |
| Andrew Vail<br>David Bradford<br>Catherine Steege<br>**Jenner & Block**<br>353 N. Clark Street<br>Chicago, IL 60654<br>avail@jenner.com<br>dbradford@jenner.com<br>csteege@jenner.com |
| Isaac Pachulski<br>**Stutman Treister & Glatt**<br>1901 Avenue of the Stars, 12th Fl.<br>Los Angeles, CA 90067<br>ipachulski@stutman.com |
| Tribune Company<br>dliebentritt@tribune.com<br>deldersveld@tribune.com |