IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 27, 2012, Oaktree Capital Management, L.P., by and through its counsel, caused a copy of the following to be served upon the parties on the attached service list attached to the certificate of service annexed hereto as <u>Exhibit A</u>:

    Oaktree Capital Management, L.P.'s Responses and Objections to Aurelius Capital Management, LP's Request for Production of Documents

Dated:  January 27, 2012

DEWEY & LEBOEUF
Bruce Bennett
James O. Johnston
Joshua M. Mester
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone:  (213) 621-6000
Telecopier:  (213) 621-6100

- and -

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ M. Blake Cleary
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
The Brandywine Building – 17th Floor
1000 West Street, Post Office Box 391
Wilmington, Delaware 19899 0391
Telephone: (302) 571-6600
Telecopier: (302) 571-1253

*Counsel to Oaktree Capital Management, L.P.*

# EXHIBIT A

## CERTIFICATE OF SERVICE

I, M. Blake Cleary, Esquire, hereby certify that on January 27, 2012 the following responses and objections to Aurelius Capital Management, LP's Request for Production of Documents were served upon the parties on the attached service list in the manner indicated:

/s/ M. Blake Cleary
M. BLAKE CLEARY

## SERVICE LIST

**BY EMAIL**

| |
|---|
| James F. Bendernagel, Jr.<br>Jessica Boelter<br>**Sidley Austin LLP**<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>jbendernagel@sidley.com<br>jboelter@sidley.com |
| David S. Rosner<br>Sheron Korpus<br>Christine A. Montenegro<br>Matthew Stein<br>**Kasowitz, Benson, Torres & Friedman LLP**<br>1633 Broadway<br>New York, NY 10019<br>drosner@kasowitz.com<br>skorpus@kasowitz.com<br>cmontenegro@kasowitz.com<br>mstein@kasowitz.com |
| Garvin McDaniel<br>**Bifferato Gentilotti**<br>800 North King Street, Plaza Level<br>Wilmington, DE 19801<br>gmcdaniel@bglawde.com |
| Gordon Z. Novod<br>Martin Siegel<br>Robert Stark<br>**Brown Rudnick**<br>Seven Times Square<br>New York, NY 10036<br>gnovod@brownrudnick.com<br>msiegel@brownrudnick.com<br>rstark@brownrudnick.com |
| James Sottile<br>**Zuckerman Spaeder LLP**<br>1800 M Street, NW<br>Ste 1000<br>Washington, DC 20036<br>jsottile@zuckerman.com |

| |
|---|
| Andrew N. Goldman<br>**Wilmer Hale**<br>399 Park Avenue<br>New York, NY 10022<br>andrew.goldman@wilmerhale.com |
| David M. LeMay<br>Howard Seife<br>Douglas Deutsch<br>Andrew Rosenblatt<br>**Chadbourne & Parke LLP**<br>30 Rockefeller Plaza<br>New York, NY 10112<br>dlemay@chadbourne.com<br>hseife@chadbourne.com<br>ddeutsch@chadbourne.com<br>arosenblatt@chadbourne.com |
| Abid Qureshi<br>Daniel Golden<br>David Zensky<br>Jason Sunshine<br>Deborah Newman<br>Meredith Lahaie<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY 10036<br>aqureshi@akingump.com<br>dgolden@akingump.com<br>dzensky@akingump.com<br>djnewman@akingump.com<br>mlahaie@akingump.com |
| Adam C. Harris<br>**Schulte Roth & Zabel**<br>919 Third Avenue<br>New York, NY 10022<br>Adam.harris@srz.com |
| Jay Teitelbaum<br>**Teitelbaum & Baskin, LLP**<br>1 Barker Avenue, 3rd Floor<br>White Plains, NY 10601<br>jteitelbaum@tblawllp.com |
| Bryan Krakauer<br>Ken Kansa<br>James F. Conlan<br>Dennis Twomey<br>Kerriann Mills<br>Jeffrey Steen |

| |
|---|
| Thomas Ross<br>**Sidley Austin LLP**<br>One South Dearborn<br>Chicago, Illinois 60603<br>bkrakaue@sidley.com<br>jconlan@sidley.com<br>kkansa@sidley.com<br>dtwomey@sidley.com<br>kmills@sidley.com<br>Jsteen@sidley.com<br>tross@sidley.com |
| J. Kate Stickles<br>**Cole, Schotz, Meisel, Forman & Leonard, P.A.**<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington, DE 19801<br>kstickles@coleschotz.com |
| Kevin T. Lantry<br>**Sidley Austin LLP**<br>555 West Fifth Street<br>Los Angeles, California 90013<br>klantry@sidley.com |
| Donald Bernstein<br>Damian Schaible<br>Eli Vonnegut<br>**Davis Polk & Wardwell**<br>450 Lexington Avenue<br>New York, NY 10017<br>donald.bernstein@dpw.com<br>dennis.glazer@dpw.com<br>eli.vonnegut@dpw.com |
| David Adler<br>**McCarter & English**<br>100 Mulberry Street<br>Newark, NJ 07102<br>dadler@mccarter.com |
| James Freebery<br>**McCarter & English**<br>Renaissance Centre<br>405 N. King Street<br>Wilmington, DE 19801<br>jfreebery@mccarter.com |
| William Bowden<br>Amanda Winfree<br>Ashby & Geddes, P.A. |

| |
|---|
| 500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19800<br>awinfree@ashby-geddes.com<br>wbowden@ashby-geddes.com |
| William D. Sullivan<br>Sullivan Hazeltine Allinson LLC<br>901 N. Market Street, Suite 1300<br>Wilmington, DE 19801<br>bsullivan@sha-llc.com |
| Andrew Vail<br>David Bradford<br>Catherine Steege<br>**Jenner & Block**<br>353 N. Clark Street<br>Chicago, IL 60654<br>avail@jenner.com<br>dbradford@jenner.com<br>csteege@jenner.com |
| Isaac Pachulski<br>**Stutman Treister & Glatt**<br>1901 Avenue of the Stars, 12th Fl.<br>Los Angeles, CA 90067<br>ipachulski@stutman.com |
| Tribune Company<br>dliebentritt@tribune.com<br>deldersveld@tribune.com |