## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| NEW CASTLE COUNTY | ) |

I, Pauline Z. Ratkowiak, an employee of Cole, Schotz, Meisel, Forman & Leonard, P.A., hereby certify that on January 27, 2012, I caused a copy of the foregoing **Notice of Service and Responses and Objections to Requests for Production of Documents of Aurelius Capital Management, LP, to Debtors** to be served via Electronic Mail and First-Class Mail on the following parties:

William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
wbowden@ashby-geddes.com
awinfree@ashby-geddes.com

Daniel Golden, Esquire
David M. Zensky, Esquire
Deborah Newman, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
dgolden@akingump.com
dzensky@akingump.com
dnewman@akingump.com

_____
Pauline Z. Ratkowiak, Paralegal
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Sworn to and subscribed before me this 27th day of January, 2012

_____
Notary Public
J. KATE STICKLES, Esquire (I.D. No. 2917)
Attorney at Law - State of Delaware
46429/0001-8259524 Notarial Officer Pursuant to
29 Del. C. §4323(a)(3) Notarial Act