IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

I, Pauline Z. Ratkowiak, an employee of Cole, Schotz, Meisel, Forman & Leonard, P.A., hereby certify that on January 27, 2012, I caused a copy of the foregoing **Notice of Service** and **Debtors' Responses and Objections to Wilmington Trust Company's Request for Production of Documents to the Debtors** to be served via Electronic Mail and First-Class Mail on the following parties:

William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 North Market St., Suite 1300
Wilmington, DE 19801
bsullivan@sha-llc.com

Robert J. Stark, Esquire
Martin S. Siegel, Esquire
Gordon Z. Novod, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
rstark@brownrudnick.com
msiegel@brownrudnick.com
gnovod@brownrudnick.com

_____
Pauline Z. Ratkowiak, Paralegal
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Sworn to and subscribed before me this 27th day of January, 2012

_____
Notary Public

J. KATE STICKLES, Esquire (I.D. No. 2917)
46429/0001-8259676v1 Attorney at Law - State of Delaware
Notarial Officer Pursuant to
29 Del. C. §4323(a)(3) Notarial Act