IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     )
                      ) SS
NEW CASTLE COUNTY     )

      I, Pauline Z. Ratkowiak, an employee of Cole, Schotz, Meisel, Forman & Leonard, P.A., hereby certify that on January 27, 2012, I caused a copy of the foregoing **Notice of Service** and **Responses and Objections to Requests for Production of Documents of TM Retirees to Debtors** to be served via Electronic Mail and First-Class Mail on the following parties:

Adam Hiller, Esquire
Brian Arban, Esquire
Hiller & Arban, LLC
1500 North French Street, 2nd Floor
Wilmington, DE 19801
ahiller@hillerarban.com
barban@hillerarban.com

Jay Teitelbaum, Esquire
Teitelbaum & Baskin, LLP
One Barker Avenue, Third Floor
White Plains, NY 10601
jteitelbaum@tblawllp.com

_____
Pauline Z. Ratkowiak, Paralegal
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Sworn to and subscribed before me this 27th day of January, 2012

_____
Notary Public
J. KATE STICKLES, Esquire (I.D. No. 2917)
Attorney at Law - State of Delaware
Notarial Officer Pursuant to
29 Del. C. §4323(a)(3) Notarial Act

46429/0001-8260937v1