# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | |
|---|---|
| **In Re:**<br>Tribune Company | **Case No.:** 08–13141–KJC<br><br>**Chapter:** 11 |

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that Wilmington Trust Company, solely in its capacity as successor Indenture Trustee filed a Notice of Appeal on January 10, 2012 regarding the (i) The Order Regarding Motions for Reconsideration of the Confirmation Opinion and Order [D.I. 10532]; (ii) the Memorandum on Reconsideration [D.I. 10531]; (iii) Order Denying Confirmation of Competing Plans [D.I. 10134]; and (iv) the Bankruptcy Courts Opinion on Confirmation [D.I. 10133].

The Notice of Appeal may be viewed at docket number 10580 The order on appeal may be viewed at docket number 10532

David D. Bird
CLERK OF COURT

Date: 1/27/12
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                              Case No. 08-13141-KJC
Tribune Company                                                     Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1          User: KenB              Page 1 of 7              Date Rcvd: Jan 27, 2012
                              Form ID: van440         Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2012.
```
aty        +Adam G. Landis,    Landis Rath & Cobb LLP,    919 Market Street,    Suite 1800,
             Wilmington, DE 19801-3033
aty        +Adam Hiller,    Hiller & Arban, LLC,    1500 North French Street,    2nd Floor,
             Wilmington, DE 19801-3118
aty        +Christopher Dean Loizides,    Loizides, P.A.,    1225 King Street,    Suite 800,
             Wilmington, DE 19801-3246
aty        +David W. Carickhoff,    Blank Rome LLP,    1201 Market Street, Suite 800,
             Wilmington, DE 19801-1807
aty         Garvan F. McDaniel,    Bifferato Gentilotti LLC,    800 N. King Street, Plaza Level,
             Wilmington, DE  19801
aty         Jeffrey C. Wisler,    Connolly Bove Lodge & Hutz LLP,    The Nemours Building,
             1007 North Orange Street,    P.O. Box 2207,    Wilmington, DE  19899-2207
aty        +Katharine L. Mayer,    McCarter & English, LLP,    Renaissance Centre,
             405 N. King Street, 8th Floor,    Wilmington, DE 19801-3700
aty        +Mark D. Collins,    Richards Layton & Finger,    One Rodney Square,    PO Box 551,
             Wilmington, DE 19899-0551
aty        +Norman L. Pernick,    Cole, Schotz, Meisel, Forman & Leonard,,    500 Delaware Avenue,Suite 1410,
             Wilmington, DE 19801-1496
aty         Robert S. Brady,    Young, Conaway, Stargatt & Taylor,    The Brandywine Bldg.,
             1000 West Street, 17th Floor,    PO Box 391,    Wilmington, DE  19899-0391
aty        +William D. Sullivan,    Sullivan Hazeltine Allinson LLC,    901 North Market Street, Suite 1300,
             Wilmington, DE 19801-3079
aty        +William Pierce Bowden,    Ashby & Geddes,    500 Delaware Avenue,    8th Floor, P.O. Box 1150,
             Wilmington, DE 19899-0009
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        Jeffrey C. Wisler,    Connolly Bove Lodge & Hutz LLP,    The Nemours Building,
             1007 North Orange Street,    P.O. Box 2207,    Wilmington, DE  19899-2207
                                                                                     TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 29, 2012**                    **Signature:**        /s/ Joseph Speetjens

```
District/off: 0311-1           User: KenB                  Page 2 of 7                  Date Rcvd: Jan 27, 2012
                               Form ID: van440             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2012 at the address(es) listed below:

      Aaron L. Hammer    on behalf of Other Prof.  Mercer (US) Inc. ahammer@sugarfgh.com,
ccoleman@sugarfgh.com;mbrandess@sugarfgh.com
      Adam  Hiller    on behalf of Creditor  Minimum Wage Class Claimants ahiller@hillerarban.com
      Adam  Hiller    on behalf of Interested Party  The Retirement Claimants ahiller@hillerarban.com
      Adam G. Landis    on behalf of Attorney   Landis Rath & Cobb LLP landis@lrclaw.com,
adams@lrclaw.com;panchak@lrclaw.com;dero@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
      Adam L Hirsch    on behalf of Interested Party  SuttonBrook Capital Management LP
adam.hirsch@srz.com,    adam.hirsch@srz.com
      Adam Scott Moskowitz    on behalf of Creditor  ASM Capital III, L.P. asmcapital@aol.com
      Adolph F. Fellmeth    on behalf of Creditor  Anton/Bauer fred.fellmeth@vitecgroup.com
      Alan J. Stone    on behalf of Defendant  Amalgamated Bank astone@milbank.com,
arobertson@milbank.com;ssulkowski@milbank.com;aleblanc@milbank.com
      Alan Michael Root    on behalf of Interested Party Samuel Zell root@blankrome.com,
senese@blankrome.com
      Alexander R. Bilus    on behalf of Interested Party  Aegon/Transamerica Series Trust
sandy.bilus@dechert.com
      Allison R Axenrod    on behalf of Creditor  Claims Recovery Group LLC
allison@claimsrecoveryllc.com,   rob@claimsrecoveryllc.com
      Amanda Marie Winfree    on behalf of Interested Party  Akin Gump Strauss Hauer & Feld LLP
awinfree@ashby-geddes.com
      Amish R. Doshi    on behalf of Creditor  Oracle America, Inc. adoshi@magnozzikye.com
      Amit K. Trehan    on behalf of Interested Party  Barclays Bank PLC atrehan@mayerbrown.com,
atrehan@mayerbrownrowe.com
      Amy D. Brown    on behalf of Interested Party  Chicago Tribune Company abrown@margolisedelstein.com
      Andrew  Schoulder    on behalf of Interested Party  Step One Credit Agreement Lenders
andrew.schoulder@bgllp.com,
josephine.moon@bgllp.com;anna.rozin@bgllp.com;adam.shane@bgllp.com;andrew.schoulder@bgllp.com;daniel.connolly@bgllp.com;david.ball@bgllp.com
      Andrew N. Goldman    on behalf of Interested Party  Angelo, Gordon & Co.
andrew.goldman@wilmerhale.com,
yolande.thompson@wilmerhale.com;nancy.manzer@wilmerhale.com;kathryn.bennett@wilmerhale.com;lisa.jack@wilmerhale.com;melanie.dritz@wilmerhale.com;justin.ochs@wilmerhale.com;lipi.shah@wilmerhale.com;michelle.goldis@wilmerhale.com
      Andrew S. Conway    on behalf of Creditor  Taubman Landlords Aconway@taubman.com
      Angie M. Cowan    on behalf of Interested Party  Inernational Association of Machinists Local 126 ("IAM Local 126") cowan@ask-attorneys.com
      Anthony M. Saccullo    on behalf of Attorney Anthony M. Saccullo ams@saccullolegal.com
      Antranig N. Garibian    on behalf of Defendant  Invesco Structured Core Fund
agaribian@stradley.com,   ckelly@stradley.com
      Arthur  Steinberg    on behalf of Interested Party  General Motors Hourly-Rate Employee Pension Trust asteinberg@kslaw.com,   rtrowbridge@kslaw.com
      Benjamin W. Keenan    on behalf of Interested Party  Aurelius Capital Management, LP
bkeenan@ashby-geddes.com,   bkeenan@ashby-geddes.com
      Brian A. Sullivan    on behalf of Interested Party  Wells Fargo Bank, N.A. as Administrative Agent under the Bridge Credit Agreement bsullivan@werbsullivan.com,   abrown@werbsullivan.com
      Brian E. Lutness    on behalf of Creditor Marcia Willette brian@silverman-mcdonald.psemail.com
      Brian G. Esders    on behalf of Creditor  Truck Drivers & Helpers Local 355 and Health & Welfare Fund & Truck Drivers and Helpers Local 355 Pension Fund besders@abato.com
      Brian L. Arban    on behalf of Interested Party  TM Retirees barban@hillerarban.com
      Brian M Rostocki    on behalf of Defendant  BNY Hamilton Funds Inc. brostocki@reedsmith.com
      Brian T. Carney    on behalf of Interested Party  Aurelius Capital Management, LP
bcarney@akingump.com,   nymco@akingump.com
      Bruce E. Jameson    on behalf of Interested Party  Aegon/Transamerica Series Trust
Bejameson@prickett.com
      Bryan  Krakauer    on behalf of Debtor  Tribune Company bkrakauer@sidley.com
      Camela J. Chapman    on behalf of Interested Party  Howard County, Maryland cchapman@co.ho.md.us
      Carl D. Neff    on behalf of Debtor  Tribune Company cneff@ciardilaw.com,
vfrew@ciardilaw.com;ddorgan@ciardilaw.com
      Carol E. Momjian    on behalf of Creditor  Commonwealth of PA, Department of Revenue
cmomjian@attorneygeneral.gov
      Caroline R. Djang    on behalf of Creditor  LIT Finance, LP crd@jmbm.com
      Catherine  Steege    on behalf of Other Prof.  EGI-TRB, L.L.C. and Samuel Zell csteege@jenner.com,
docketing@jenner.com;dhixson@jenner.com
      Charles J. Brown    on behalf of Creditor  Iron Mountain Information Management, Inc.
cbrown@archerlaw.com,   dabernathy@archerlaw.com
      Christina Maycen Thompson    on behalf of Creditor  DMD Special Situations Funding LLC
cthompson@cblh.com
      Christine Zuehlke Heri    on behalf of Interested Party  Secretary of Labor, U.S. Department of Labor heri-christine@dol.gov,   sol-chi@dol.gov;goldberg.elizabeth@dol.gov
      Christopher A. Ward    on behalf of Interested Party  Channing Capital Management
cward@polsinelli.com,   LSuprum@Polsinelli.com
      Christopher Dean Loizides    on behalf of Defendant  Navigant Consulting, Inc.
loizides@loizides.com
      Christopher J. Giaimo    on behalf of Creditor  Tirschwell & Loewy, Inc. cgiaimo@bakerlaw.com,
jravick@bakerlaw.com
      Christopher Page Simon    on behalf of Defendant  J.P. Morgan Securities Inc. csimon@crosslaw.com
      Christopher R. Belmonte    on behalf of Defendant  IBM Canada Limited, sued herein as IBM Canada cbelmonte@ssbb.com,   pbosswick@ssbb.com

```
District/off: 0311-1          User: KenB                  Page 3 of 7           Date Rcvd: Jan 27, 2012
                              Form ID: van440             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Christopher S. Chow    on behalf of Creditor    CCI Europe A/S chowc@ballardspahr.com
      Claire P. Murphy     on behalf of Defendant Chandler Bigelow cmurphy@sperling-law.com, lsands@sperling-law.com
      Colm F. Connolly     on behalf of Defendant    New York State Common Retirement Fund cconnolly@morganlewis.com, lgibson@morganlewis.com
      Curtis S. Miller     on behalf of Creditor    Comcast Cable Communications, LLC cmiller@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
      Dana S. Plon    on behalf of Creditor    Unisys Corporation dplon@sirlinlaw.com
      Daniel  Horowitz    on behalf of Defendant    Marshwinds Advisory Co. dhorowit@alumni.law.upenn.edu
      Daniel R. Swetnam     on behalf of Interested Party    Ohio Public Employees Retirement System Daniel.Swetnam@icemiller.com,    Deborah.Martin@icemiller.com
      Daniel A. Shmikler     on behalf of Defendant Chandler Bigelow dshmikler@sperling-law.com, cmurphy@sperling-law.com,sflorsheim@sperling-law.com
      Daniel B. Rath    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. rath@lrclaw.com, rogers@lrclaw.com;panchak@lrclaw.com
      Daniel K. Astin    on behalf of Creditor    Stardust Visions, Inc. dastin@ciardilaw.com, vfrew@ciardilaw.com;dchigges@ciardilaw.com;mflores@ciardilaw.com
      Daniel K. Hogan     on behalf of Interested Party    Employee Compensation Defendants Group dkhogan@dkhogan.com,    keharvey@dkhogan.com
      David B. Stratton     on behalf of Interested Party    BANK OF AMERICA, N.A. strattond@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com
      David M. Powlen     on behalf of Creditor    Morgan Stanley & Co. LLC dpowlen@btlaw.com
      David M. Zensky     on behalf of Interested Party    Aurelius Capital Management, LP dzensky@akingump.com,    nymco@akingump.com
      David S. Leinwand     on behalf of Creditor    Avenue Blue TC Fund, LP dleinwand@amroc.com
      David W. Carickhoff     on behalf of Interested Party Samuel Zell carickhoff@blankrome.com, senese@blankrome.com
      David William Reimann     on behalf of Creditor    Majestic Realty Co., Yorba Park I, LLC, Yorba Park Sub, LLC dreimann@reimannlawgroup.com
      Deborah  Waldmeir    on behalf of Creditor    State of Michigan, Department of Treasury waldmeird@michigan.gov,    gamep@michigan.gov
      Dennis A. Meloro     on behalf of Creditor    Hamdon Entertainment bankruptcydel@gtlaw.com, thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
      Devon J. Eggert     on behalf of Other Prof.    Mercer (US) Inc. deggert@freebornpeters.com, bkdocketing@freebornpeters.com
      Donald L. Gouge     on behalf of Interested Party    International Brotherhood of Electrical Workers AFL-CIO Local 4 dgouge@gougelaw.com,    lmartin@gougelaw.com
      Donna L. Harris     on behalf of Interested Party    Federal Insurance Company dharris@phw-law.com
      Douglas R. Gonzales     on behalf of Creditor    City of Dania Beach, FL dgonzales@wsh-law.com
      Drew G. Sloan    on behalf of Interested Party    Angelo, Gordon & Co. dsloan@rlf.com, rbgroup@rlf.com
      Duane David Werb     on behalf of Defendant    RegentAtlantic Capital, LLC maustria@werbsullivan.com;riorii@werbsullivan.com
      Edmon L. Morton     on behalf of Interested Party    Credit Agreement Lenders bankfilings@ycst.com
      Edward J. Tredinnick     on behalf of Creditor    Catellus Development Corporation etredinnick@greeneradovsky.com
      Edward Patrick O'Brien     on behalf of Creditor    SLG 200 News Owner LLC eobrien@sbchlaw.com
      Elaine M Seid    on behalf of Creditor    Diablo Investment Co. emseid@mstpartners.com
      Elihu Ezekiel Allinson, III     on behalf of Creditor    Wilmington Trust Company ZAllinson@SHA-LLC.com,    ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
      Elizabeth R. McColm     on behalf of Interested Party    Citicorp North America, Inc. emccolm@paulweiss.com
      Epiq Bankruptcy Solutions LLC     nmrodriguez@epiqsystems.com
      Eric Lopez Schnabel     on behalf of Creditor    Caption Colorado, L.L.C. de.ecf@Dorsey.com
      Eric R. Wilson    on behalf of Creditor    TeleRep, LLC KDWBankruptcyDepartment@kelleydrye.com
      Ericka Fredricks Johnson     on behalf of Interested Party    Zurich American Insurance Company erjohnson@wcsr.com,    pgroff@wcsr.com;klytle@wcsr.com;hsasso@wcsr.com
      Evelyn J. Meltzer     on behalf of Defendant    WT Mutual Fund meltzere@pepperlaw.com, lanoc@pepperlaw.com;wlbank@pepperlaw.com
      Francis A. Monaco Jr.     on behalf of Interested Party    GreatBanc Trust Company fmonaco@wcsr.com, kdalton@wcsr.com;hsasso@wcsr.com
      Frank A. Anderson     on behalf of Creditor    Pension Benefit Guaranty Corporation anderson.frank@pbgc.gov,    efile@pbgc.gov
      Frank F. McGinn     on behalf of Creditor    Iron Mountain Information Management, Inc. ffm@bostonbusinesslaw.com
      Fred B. Ringel    on behalf of Creditor    Galleria Operating Co LLC fbr@robinsonbrog.com
      Frederick Brian Rosner     on behalf of Creditor Steven Gellman rosner@teamrosner.com
      Garvan F. McDaniel     on behalf of Interested Party    Law Debenture Trust Company of New York gmcdaniel@bglawde.com,    ydalton@bglawde.com
      George R. Mesires     on behalf of Interested Party    KTR South Florida LLC grmesires@uhlaw.com
      Glen  Silverstein    on behalf of Creditor    Morgan Stanley & Co., Inc. gsilverstein@leaderberkon.com
      Gregg R. Hague    on behalf of Defendant Chandler Bigelow grh@sperling-law.com
      Gregory W. Werkheiser     on behalf of Interested Party    AG Edwards, Inc. gwerkheiser@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
      Heather L. Donald     on behalf of Creditor    State of Michigan, Department of Treasury donaldh@michigan.gov

```
District/off: 0311-1          User: KenB                  Page 4 of 7                   Date Rcvd: Jan 27, 2012
                              Form ID: van440             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Helen Elizabeth Weller    on behalf of Creditor   Dallas County dallas.bankruptcy@publicans.com
          Howard A. Cohen    on behalf of Interested Party   Douglas C. Lane & Associates, Inc. howard.cohen@dbr.com
          Ian Connor Bifferato    on behalf of Defendant Corie Brown cbifferato@bifferato.com, dfeinberg@lewisfeinberg.com
          Ira M. Levee    on behalf of Creditor   I.B.E.W. Local 103 Trust Fund ilevee@lowenstein.com, krosen@lowenstein.com
          Ivan Lerer Kallick    on behalf of Interested Party   California State Teachers' Retirement System ikallick@manatt.com
          J. Kate Stickles    on behalf of Debtor   Tribune Company kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
          J. Kate Stickles    on behalf of Attorney   Cole, Schotz, Meisel, Forman & Leonard, P.A. kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
          J. Zachary Haupt    on behalf of Defendant Corie Brown zhaupt@bifferato.com
          James C. Carignan    on behalf of Interested Party   Pepper Hamilton LLP carignaj@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com
          James D. Newbold    on behalf of Creditor   State of Illinois on behalf of Department of Revenue and Department of Employment Security James.Newbold@illinois.gov
          James E. Huggett    on behalf of Creditor   Oracle USA, Inc. jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
          James S. Green    on behalf of Attorney   Seitz, Van Ogtrop & Green, P.A. jgreen@svglaw.com, spappa@svglaw.com
          James S. Green, Jr.    on behalf of Plaintiff   Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. green@lrclaw.com, adams@lrclaw.com;dero@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
          James S. Yoder    on behalf of Creditor   Cisco Systems Capital Corporation yoderj@whiteandwilliams.com
          Jami B. Nimeroff    on behalf of Interested Party   NBC Studios LLC jnimeroff@bsnlawyers.com, cmhannan@bsnlawyers.com
          Jason Beram Sanjana    on behalf of Creditor   Barclays Bank PLC jason.sanjana@lw.com
          Jay Teitelbaum    on behalf of Creditor Mark Willes jteitelbaum@tblawllp.com, jteitelbaum@tblawllp.com
          Jean-Marie L. Atamian    on behalf of Interested Party   Barclays Bank PLC jatamian@mayerbrown.com
          Jeffrey C. Wisler    on behalf of Creditor   Robert Bellack jwisler@cblh.com
          Jeffrey M Gorris    on behalf of Defendant   Citibank, N.A. jgorris@paulweiss.com
          Jeffrey M. Schlerf    on behalf of Interested Party   Bridge Proponents jschlerf@foxrothschild.com, dkemp@foxrothschild.com
          Jeffrey N. Rich    on behalf of Interested Party   GreatBanc Trust Company jeff.rich@klgates.com, klgatesbankruptcy@klgates.com;kristen.serrao@klgates.com
          Jennifer M Jackson    on behalf of Defendant   Michigan Department of Treasury   Bureau of Investments JacksonJ5@michigan.gov
          Jennifer R. Hoover    on behalf of Creditor   Wilmington Trust Company jhoover@beneschlaw.com, ehein@beneschlaw.com;rlemisch@beneschlaw.com;jsmith@beneschlaw.com;docket@beneschlaw.com
          Jerome Bennett Friedman    on behalf of Creditor   Isaksen Investments, LLC jfriedman@jbflawfirm.com, jmartinez@jbflawfirm.com
          Joan E. Pilver    on behalf of Creditor   STATE OF CONNECTICUT, DEPARTMENT OF REVENUE SERVICES Joan.Pilver@ct.gov
          Joanne P. Pinckney    on behalf of Interested Party   Warner Bros. Television Distribution, Inc. jpinckney@phw-law.com, acourtney@phw-law.com;sohara@phw-law.com
          Joel E. Friedlander    on behalf of Defendant Chandler Bigelow sbrodowski@bmf-law.com;jspeakman@bmf-law.com
          John C. Phillips    on behalf of Creditor   Software Ag, Inc. tlb@pgslaw.com;scs@pgslaw.com
          John D. Demmy    on behalf of Creditor   Crown Credit Company and Crown Equipment Corporation jdd@stevenslee.com
          John D. McLaughlin    on behalf of Creditor   Stardust Visions, Inc. jmclaughlin@ciardilaw.com, vfrew@ciardilaw.com;dchigges@ciardilaw.com;mflores@ciardilaw.com;jclarke@ciardilaw.com
          John F. Theil    on behalf of Fee Examiner Stuart Maue j.theil@smmj.com
          John H. Strock    on behalf of Debtor   Tribune Company jstrock@foxrothschild.com, dkemp@foxrothschild.com
          John Henry Schanne    on behalf of Defendant   Banc of America Securities, LLC schannej@pepperlaw.com, wlbank@pepperlaw.com;lanoc@pepperlaw.com
          John K. Sherwood    on behalf of Creditor   I.B.E.W. Local 103 Trust Fund jsherwood@lowenstein.com, dclaussen@lowenstein.com
          John Louis Decker    on behalf of Fee Examiner   Stuart Maue j.decker@smmj.com
          John M. August    on behalf of Creditor   Canon U.S.A., Inc. jaugust@herrick.com, courtnotices@herrick.com
          John M. Seaman    on behalf of Interested Party   Artis Capital Management, L.P. seaman@abramsbayliss.com, bridgett@abramsbayliss.com
          John P. Dillman    on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
          John Patrick DiTomo    on behalf of Defendant   Citibank, N.A. jditomo@paulweiss.com
          John V. Fiorella    on behalf of Creditor   Navistar Financial Corp jfiorella@archerlaw.com, mfriedman@archerlaw.com;adavid@archerlaw.com
          Joseph Grey    on behalf of Creditor   Constellation NewEnergy, Inc. jgrey@crosslaw.com
          Joseph D. Frank    on behalf of Creditor   Jones Lang LaSalle Americas (Illinois), L.P. jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph Emil Shickich    on behalf of Creditor   Microsoft Corporation jshickich@riddellwilliams.com, ctracy@riddellwilliams.com

```
District/off: 0311-1             User: KenB                  Page 5 of 7                   Date Rcvd: Jan 27, 2012
                                 Form ID: van440             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Joseph H. Huston    on behalf of Interested Party  The Morning Call, Inc. jhh@stevenslee.com
          Joseph L. Christensen    on behalf of Interested Party  CITIBANK, N.A. jchristensen@paulweiss.com
          Joshua M. Mester    on behalf of Creditor  Contrarian Funds, LLC jmester@dl.com
          Judy D. Thompson    on behalf of Creditor  Sodexo, Inc. jdt@jdthompsonlaw.com
          Julia  B. Klein    on behalf of Interested Party  Silver Point Capital, L.P. klein@teamrosner.com
          Justin Cory Falgowski    on behalf of Attorney  Reed Smith LLP jfalgowski@reedsmith.com,
           jfalgowski@reedsmith.com
          Justin R. Alberto    on behalf of Interested Party  Cook County Department of Revenue
           jalberto@bayardlaw.com,
           bankserve@bayardlaw.com;tmatthews@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com
           ;cdavis@bayardlaw.com
          Kate R. Buck    on behalf of Creditor  Deutsche Bank Trust Company Americas kbuck@mccarter.com
          Katharine L. Mayer    on behalf of Creditor  Deutsche Bank Trust Company Americas
           kmayer@mccarter.com
          Kathleen A. Murphy    on behalf of Creditor  GENERAL ELECTRIC CAPITAL CORPORATION
           kmurphy@reedsmith.com
          Kathleen M. Miller    on behalf of Creditor  Crane Kenney kmiller@skjlaw.com,   dlm@skjlaw.com
          Kevin G. Collins    on behalf of Attorney  Bifferato LLC kcollins@bifferato.com
          Kevin J Mangan    on behalf of Defendant  MetLife Stock Index Portfolio kmangan@wcsr.com,
           hsasso@wcsr.com
          Kevin M. Capuzzi    on behalf of Creditor  William Niese kcapuzzi@phw-law.com
          Kevin P. Garland    on behalf of Creditor  Hamdon Entertainment garlandk@gtlaw.com
          Kimberly A. Brown    on behalf of Attorney  Chadbourne & Parke LLP brown@lrclaw.com,
           adams@lrclaw.com
          Kurt F. Gwynne    on behalf of Defendant  BNY Hamilton Funds Inc. kgwynne@reedsmith.com,
           llankford@reedsmith.com
          L. Jason Cornell    on behalf of Creditor  Donna Gerhart Gutman, personal representative to the
           estate of E. Michael Gutman a/k/a Michael Gutman a/k/a Elliott M. Gutman
           jcornell@foxrothschild.com,   dkemp@foxrothschild.com;slynch@foxrothschild.com
          L. John N. Bird    on behalf of Interested Party  Bridge Proponents jbird@foxrothschild.com,
           dkemp@foxrothschild.com
          Landon  Ellis    on behalf of Creditor Committee  OFFICIAL COMMITTEE OF UNSECURED CREDITORS
           ellis@lrclaw.com,   adams@lrclaw.com;dero@lrclaw.com;dellose@lrclaw.com
          Laurie Selber Silverstein    on behalf of Creditor  Merrill Lynch Capital Corporation, as
           Administrative Agent bankruptcy@potteranderson.com;pacbnkr@gmail.com
          Lawrence Joel Kotler    on behalf of Creditor  Pennsylvania Public School Employees' Retirement
           System ljkotler@duanemorris.com
          Lawrence M. Jacobson    on behalf of Interested Party  CBS Television Stations Inc.
           lmj@gfjlawfirm.com
          Leigh-Anne M. Raport    on behalf of Interested Party  Aurelius Capital Management, LP
           lraport@ashby-geddes.com
          Leonard H. Gerson    on behalf of Interested Party  United States Department of Labor
           gerson.leonard@dol.gov
          Leslie C. Heilman    on behalf of Creditor  Comcast Cable heilmanl@ballardspahr.com
          M. Blake  Cleary    on behalf of Interested Party  Angelo, Gordon & Co. bankfilings@ycst.com
          Marc J. Phillips    on behalf of Interested Party  David Hiller mphillips@cblh.com
          Margaret Fleming England    on behalf of Creditor  The Nielsen Company (US) LLC mfe@darbylawllc.com
          Maria Ann Milano    on behalf of Creditor  Microsoft Corporation mmilano@riddellwilliams.com,
           ctracy@riddellwilliams.com;jshickich@riddellwilliams.com
          Mark A. Neubauer    on behalf of Creditor  Certain Directors and Officers mneubauer@steptoe.com,
           mrodriguez@steptoe.com;smcloughlin@steptoe.com
          Mark D. Collins    on behalf of Interested Party  Angelo, Gordon & Co. collins@RLF.com,
           rbgroup@rlf.com
          Mark E. Felger    on behalf of Creditor  Twentieth Television, Inc. mfelger@cozen.com,
           mmillis@cozen.com
          Mark M. Billion    on behalf of Interested Party  CenterPoint Energy Services, Inc.
           mbillion@pszjlaw.com,   brynn@billionlaw.com
          Mark N. Parry    on behalf of Witness  Deutsche Bank Aktiengesellschaft mparry@mosessinger.com,
           dkick@mosessinger.com,dbutvick@mosessinger.com
          Mark T Hurford    on behalf of Interested Party  Campbell & Levine, LLC mhurford@camlev.com
          Martha E. Romero    on behalf of Creditor  County of San Bernardino, California
           romero@dslextreme.com
          Mary E. Augustine    on behalf of Interested Party  Davidson Kempner Capital Management LLC
           maugustine@bglawde.com
          Mary E. Augustine    on behalf of Creditor  Deutsche Bank Trust Company Americas
           maugustine@bglawde.com
          Mary E. Augustine    on behalf of Interested Party  Cantigny Foundation maugustine@bglawde.com
          Mary K. Ware    on behalf of Interested Party  Employees' Retirement System of Georgia
           mware@law.ga.gov
          Matthew B. McGuire    on behalf of Attorney  Landis Rath & Cobb LLP mcguire@lrclaw.com,
           adams@lrclaw.com;dero@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew J. Troy    on behalf of Creditor  UNITED STATES OF AMERICA matthew.troy@usdoj.gov
          Maurie J. Shalmone    on behalf of Interested Party  Longacre Opportunity Fund, L.P.
           maurie@longacrellc.com
          Meghan Colleen Horn    on behalf of Creditor  Truck Drivers & Helpers Local 355 and Health &
           Welfare Fund & Truck Drivers and Helpers Local 355 Pension Fund mhorn@abato.com
          Menachem O. Zelmanovitz    on behalf of Interested Party  GreatBanc Trust Company
           mzelmanovitz@morganlewis.com

```
District/off: 0311-1          User: KenB                  Page 6 of 7                   Date Rcvd: Jan 27, 2012
                              Form ID: van440             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Micah R Krohn    on behalf of Interested Party  Employee Compensation Defendants Group mkrohn@fgllp.com, ccarpenter@fgllp.com
        Michael A. Henry    on behalf of Debtor   Tribune Company mhenry@grossmcginley.com
        Michael Alan Schloss    on behalf of Interested Party  Secretary of Labor, U.S. Department of Labor schloss.michael@dol.gov
        Michael E. Emrich    on behalf of Creditor  Riverside Claims, LLC. notice@regencap.com
        Michael F. Bonkowski    on behalf of Plaintiff  Channel 40, Inc. mbonkowski@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
        Michael F. Murphy    on behalf of Defendant  Michigan Department of Treasury  Bureau of Investments MurphyM2@michigan.gov, ballingerb1@michigan.gov
        Michael J. Farnan    on behalf of Examiner Kenneth Klee mfarnan@saul.com, rwarren@saul.com
        Michael Joseph Joyce    on behalf of Creditor  Constellation NewEnergy, Inc. mjoyce@crosslaw.com
        Michael P. Migliore    on behalf of Creditor  Verizon Investment Management Corp. mpm@skjlaw.com
        Michael P. Morton    on behalf of Creditor  Certain Directors and Officers mmorton@michaelpmorton.com, mmorton@michaelpmorton.com;shubbs@michaelpmorton.com
        Michael P. Richman    on behalf of Interested Party  Schultze Asset Management, LLC mrichman@pattonboggs.com
        Michael S. Amato    on behalf of Creditor Esther Rhein mamato@rmfpc.com
        Michael W. Yurkewicz    on behalf of Interested Party  SuttonBrook Capital Management LP myurkewicz@klehr.com
        Michelle McMahon    on behalf of Creditor  CWA/ITV Negotiated Pension Plan michelle.mcmahon@bryancave.com, dortiz@bryancave.com
        Mona A. Parikh    on behalf of Creditor Committee  OFFICIAL COMMITTEE OF UNSECURED CREDITORS mona.parikh@bipc.com
        Nancy G. Everett    on behalf of Interested Party  LSV Asset Management neverett@winston.com, ecf_bank@winston.com
        Nathan  Jones    on behalf of Creditor  US Debt Recovery IIA, LLC nate@usdrllc.com
        Neil Raymond Lapinski    on behalf of Interested Party Allen Francisco nrl@elliottgreenleaf.com
        Norman L. Pernick    on behalf of Attorney  Cole, Schotz, Meisel, Forman & Leonard, P.A. bankruptcy@coleschotz.com, npernick@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;tscheuer@coleschotz.com
        Norman M. Monhait    on behalf of Creditor  Gabelli Entities nmonhait@rmgglaw.com
        Norman P. Fivel    on behalf of Creditor  New York State Dept. Of Taxation & Finance norman.fivel@oag.state.ny.us
        Pamela K. Webster    on behalf of Creditor  Sony Pictures Television pwebster@buchalter.com
        Patricia K. Smoots    on behalf of Creditor  The Nielsen Company (US) LLC psmoots@mcguirewoods.com
        Patricia P. McGonigle    on behalf of Interested Party  Buena Vista Television, LLC pmcgonigle@svglaw.com, dclack@svglaw.com
        Patrick J. Reilley    on behalf of Debtor  Tribune Company preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
        Patrick M. Brannigan    on behalf of Interested Party  JPMorgan Chase Bank, N.A. pbrannigan@crosslaw.com
        Patrick Theodore Garvey    on behalf of Debtor  Tribune Company garveyp@jbltd.com, danelskis@jbltd.com
        Paul J. Catanese    on behalf of Creditor  The Nielsen Company (US) LLC pcatanese@mcguirewoods.com
        R. Craig Martin    on behalf of Interested Party  Barclays Bank PLC craig.martin@dlapiper.com, charlotte.neuberger@dlapiper.com,carolyn.fox@dlapiper.com
        R. Karl Hill    on behalf of Creditor  Banc of America Leasing & Capital, LLC khill@svglaw.com, cday@svglaw.com
        R. Stephen McNeill    on behalf of Creditor  Merrill Lynch Capital Corporation, as Administrative Agent bankruptcy@potteranderson.com, pacbnkr@gmail.com;adversarytest@gmail.com
        Rachel B. Mersky    on behalf of Interested Party  bkm 3128 Redhill, LLC rmersky@monlaw.com
        Raymond Howard Lemisch    on behalf of Creditor  Wilmington Trust Company rlemisch@beneschlaw.com, jsmith@beneschlaw.com;jhoover@beneschlaw.com;docket@beneschlaw.com;ehein@beneschlaw.com
        Rebecca L. Butcher    on behalf of Creditor Committee  OFFICIAL COMMITTEE OF UNSECURED CREDITORS butcher@lrclaw.com, rogers@lrclaw.com;adams@lrclaw.com;dellose@lrclaw.com
        Reed A. Heiligman    on behalf of Interested Party  Employee Compensation Defendants Group rheiligman@fgllp.com, ccarpenter@fgllp.com
        Richard A. Robinson    on behalf of Attorney  Reed Smith LLP rrobinson@reedsmith.com
        Richard Michael Beck    on behalf of Interested Party  Harris, N.A. n/k/a BMO Harris Bank N.A. rbeck@klehr.com, lstanton@klehr.com
        Richard Scott Cobb    on behalf of Creditor Committee  OFFICIAL COMMITTEE OF UNSECURED CREDITORS cobb@lrclaw.com, adams@lrclaw.com;dero@lrclaw.com
        Richard W. Riley    on behalf of Defendant  Robert R. McCormick Foundation rwriley@duanemorris.com
        Robert J. Lack    on behalf of Interested Party  Aurelius Capital Management, LP rlack@fklaw.com, vgarvey@fklaw.com
        Robert J. Pfister    on behalf of Examiner Kenneth Klee rpfister@ktbslaw.com
        Robert J. Stearn    on behalf of Interested Party  JPMorgan Chase Bank, N.A. stearn@rlf.com, rbgroup@rlf.com
        Robert J. Stearn Jr.    on behalf of Interested Party  JPMorgan Chase Bank, N.A. stearn@rlf.com, rbgroup@rlf.com
        Robert K. Minkoff    on behalf of Creditor  Jefferies Leveraged Credit Products, LLC rminkoff@jefferies.com, mrichards@jefferies.com
        Robert L. Cook    on behalf of Creditor  New York State Dept. Of Taxation & Finance Robert.Cook@tax.ny.gov
        Robert S. Brady    on behalf of Debtor  Tribune Company bankfilings@ycst.com

```
District/off: 0311-1          User: KenB                  Page 7 of 7             Date Rcvd: Jan 27, 2012
                              Form ID: van440             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Robert T. Honeywell    on behalf of Defendant  MetLife Stock Index Portfolio
           robert.honeywell@klgates.com,   richard.miller@klgates.com
          Robert W. Mallard    on behalf of Creditor  Agfa Corporation mallard.robert@dorsey.com
          Ronald Mark Tucker    on behalf of Creditor  Simon Property Group, Inc. rtucker@simon.com,
           bankruptcy@simon.com
          Ronald S. Gellert    on behalf of Creditor  The Nielsen Company (US) LLC
           rgellert@eckertseamans.com,   delawarebankruptcy@eckertseamans.com;rgellert@eckertseamans.com
          Scott Golden    on behalf of Interested Party  Abitibi Bowater, Inc. sagolden@hhlaw.com
          Scott A Zuber    on behalf of Creditor  Day Pitney LLP szuber@daypitney.com
          Scott D. Cousins    on behalf of Interested Party  Aurelius Capital Management, LP
           bankruptcydel@gtlaw.com,   thomase@gtlaw.com;dellitdock@gtlaw.com
          Scott I. Davidson    on behalf of Interested Party  General Motors Hourly-Rate Employee Pension
           Trust sdavidson@kslaw.com
          Scott J. Leonhardt    on behalf of Creditor  Ad Hoc Committee of Subsidiary Trade Creditors
           leonhardt@teamrosner.com
          Shanti M. Katona    on behalf of Interested Party  Daniel Kazan skatona@polsinelli.com,
           docket@polsinelli.com;cward@polsinelli.com;LSuprum@Polsinelli.com
          Shawn M. Christianson    on behalf of Creditor  Oracle USA, Inc. schristianson@buchalter.com,
           cmcintire@buchalter.com
          Sherry Ruggiero Fallon    on behalf of Interested Party  Bedford Motor Service, Inc.
           sfallon@trplaw.com
          Simon E. Fraser    on behalf of Creditor Mark Hianik sfraser@cozen.com
          Sommer Leigh Ross    on behalf of Creditor  Sony Pictures Television slross@duanemorris.com
          Steven C. Schwendemann    on behalf of Fee Examiner  Stuart Maue s.schwendemann@smmj.com
          Stuart M. Brown    on behalf of Interested Party  Barclays Bank PLC stuart.brown@dlapiper.com
          Susan E. Kaufman    on behalf of Interested Party  The American Federation of Television and Radio
           Artists ("AFTRA") skaufman@coochtaylor.com
          Tara Hannon    on behalf of Creditor  OCM Opportunities Fund VII Delaware, L.P.
           thannon@loan-law.com
          Tara L. Lattomus    on behalf of Defendant  Acutech, LLC delawarebankruptcy@eckertseamans.com,
           tlattomus@eckertseamans.com
          Thomas F. Driscoll    on behalf of Defendant Corie Brown tdriscoll@bifferato.com
          Thomas G. Macauley    on behalf of Plaintiff  Official Committee of Unsecured Creditors of Tribune
           Company, on behalf of Tribune Company, et al. bankr@zuckerman.com
          Thomas P. Carroll    on behalf of Interested Party  United States (on behalf of EPA)
           thomas.carroll@usdoj.gov
          Thomas R. Fawkes    on behalf of Other Prof.  Mercer Health & Benefits, LLC
           tfawkes@freebornpeters.com,   bkdocketing@freebornpeters.com
          Thomas V. Askounis    on behalf of Creditor  Banc of America Leasing & Capital, LLC
           taskounis@askounisdarcy.com,   rwoolley@askounisdarcy.com
          Tiffany Strelow Cobb    on behalf of Creditor  AOL Advertising Inc. tscobb@vorys.com,
           bjtobin@vorys.com
          Timothy M. Riffin    on behalf of Interested Party  Aurelius Capital Management, LP
           thomase@gtlaw.com;bankruptcydel@gtlaw.com
          United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV
          Virginia Whitehill Guldi    on behalf of Spec. Counsel  Special Counsel to the Official Committee
           of Unsecured Creditors vguldi@zuckerman.com
          W. Andrew Dalton    on behalf of Fee Examiner  Stuart Maue a.dalton@smmj.com
          Wayne M. Smith    on behalf of Interested Party  Warner Bros. Television Distribution, Inc.
           wayne.smith@warnerbros.com
          William A. Hazeltine    on behalf of Creditor  Wilmington Trust Company Bankruptcy001@sha-llc.com
          William D. Sullivan    on behalf of Creditor  Diablo Investment Co. wdsecfnotices@sha-llc.com
          William Douglas White    on behalf of Creditor  Delmarva Power & Light Company
           wdw@mccarthywhite.com,   clm@mccarthywhite.ocm
          William E. Chipman    on behalf of Interested Party  Barclays Bank PLC chipman@ccbllp.com
          William M. Kelleher    on behalf of Interested Party  Corestaff Services, L.P. wkelleher@gfmlaw.com
          William P. Weintraub    on behalf of Interested Party  Aurelius Capital Management, LP
           wweintraub@fklaw.com,   zhassoun@fklaw.com
          William Pierce Bowden    on behalf of Creditor  Morgan Stanley Capital Services Inc.
           wbowden@ashby-geddes.com
          Yonatan Gelblum    on behalf of Creditor  Internal Revenue Service yonatan.gelblum@usdoj.gov,
           eastern.taxcivil@usdoj.gov
                                                                                             TOTAL: 265
```