**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Hearing Date: 2/2/2012 at 2:30 p.m. EST<br>Related to Docket Nos. 10594 & 10726 |

**JOINDER OF CERTAIN SLCFC DEFENDANTS IN OBJECTION OF CERTAIN DIRECTORS AND OFFICERS TO MOTION FOR ORDER LIFTING STAYS OF STATE LAW CONSTRUCTIVE FRAUDULENT CONVEYANCE SUITS**

Certain SLCFC Defendants,[1] by and through their undersigned counsel, hereby join in the Objection of Certain Officers and Directors to Motion for Order Lifting Stays of State Law Constructive Fraudulent Conveyance Suits [Docket No. 10726] (the "Objection"), and reserve all rights to be heard before this Court in connection therewith.

WHEREFORE, for the reasons set forth in the Objection, certain SLCFC Defendants respectfully request that this Court enter an order denying the Noteholders' Motion for Order Lifting Stays of State Law Constructive Fraudulent Conveyance Suits (Docket No. 10594), and granting such further relief as this Court deems just.

---

[1] This joinder is filed on behalf of the following current or former employees of the Debtors, their spouses and/or Trusts: Charles R. Baugh, Barbara Baugh, Philip B. Doherty, as a Trustee of the U/A DTD 04/28/2000 by Philip B Doherty, Margaret Durkin, Jim Roche, Paul C. Konrad, Kirsten Konrad, Gina Mazzaferri, Thomas Perry, Robyn Motley, Richard Rott, Marissa Rudman, Joseph Young, Sandra L. Young, Brenda Zhang and Charley Chunyu Lu.

{TRIBUNE/001/00029789.DOC/}

Dated: January 30, 2012                 **THE HOGAN FIRM**

/s/Daniel K. Hogan
Daniel K. Hogan (DE #2814)
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com

- and -

Frances Gecker
Reed Heiligman
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Telephone: (312) 276-1400
Facsimile: (312) 276-0035
fgecker@fgllp.com; rheiligman@fgllp.com

*Attorneys for Certain SLCFC Defendants*