# CERTIFICATE OF SERVICE

I, Daniel K. Hogan, the undersigned, do hereby certify that on the 30th day of January 2012, I caused a true and correct copy of the **Joinder of Certain SLCFC Defendants in Objection of Certain Directors and Officers to Motion for Order Lifting Stays of State Law Constructive Fraudulent Conveyance Suits** to be served via CM/ECF and/or First Class Mail or electronic mail upon the following:

Katharine L. Mayer, Esq.
McCarter & English, LLP
Renaissance Center
405 N. King Street
Wilmington, DE 19801
kmayer@mccarter.com

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
gmcdaniel@bglawde.com

David J. Adler, Esq.
McCarter & English, LLP
245 Park Avenue
New York, NY 10167
dadler@mccarter.com

Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Gordon Z. Novod, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
rstark@brownrudnick.com
msiegel@brownrudnick.com
gnovod@brownrudnick.com

William D. Sullivan, Esq.
Elihu E. Allinson, III, Esq.
Sullivan Hazeltine Allinson LLC
901 N. Market St., Suite 1300
Wilmington, DE 19801
bsullivan@sha-llc.com
zallinson@sha-llc.com

David S. Rosner, Esq.
Richard F. Casher, Esq.
Kasowitz Benson Torres & Friedman LLP
1633 Broadway
New York, NY 10019
drosner@kasowitz.com
rcasher@kasowitz.com

Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
mphillips@cblh.com

/s/Daniel K. Hogan
Daniel K. Hogan (DE #2814)