# IN THE UNITED STATES BANKRUTPCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Cases No. 08-13141 (KJC)<br>Jointly Administered |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>See Attached Exhibit A,<br><br>Defendants. | Adv. Pro. No. Various (KJC)<br><br><br>Hearing Date: February 2, 2012 at 2:30 p.m. (EST)<br>Related D.I. 10634, 10727, 10728, 10730, 10732 10735 |

## REPLY OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO OBJECTION OF AURELIUS CAPITAL MANAGEMENT LP, LAW DEBENTURE TRUST COMPANY OF NEW YORK AND DEUTSCHE BANK TRUST COMPANY AMERICAS TO MOTION TO AMEND DEFINITION OF "TERMINATION EVENT" IN STANDING ORDERS

The Official Committee of Unsecured Creditors (the "Committee") of Tribune Company and its various debtor-subsidiaries (collectively, the "Debtors"), by and through its undersigned counsel, hereby replies to the objection [D.I. 10735] (the "Objection") of Aurelius Capital Management LP, Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas (together, the "Objectors") to the Committee's motion for the entry of an order amending the definition of "Termination Event" in the orders granting the Committee standing to prosecute certain actions on behalf of the Debtors' estates and staying such actions [D.I. 10634] (the "Motion").

{698.001-W0019291.2}

In further support of its Motion and in reply to the Objection, the Committee states as follows:

**The *FitzSimons* Action Has Not Been Transferred to the MDL Court**

1. Despite what the Objectors imply, the *FitzSimons* Action[1] has not been transferred to the MDL Court, and jurisdiction remains with this Court. The Committee has filed a limited motion to vacate or modify Conditional Transfer Order - CTO 1 (the "Motion to Vacate"),[2] stating that given the overlapping factual issues between the claims in the *FitzSimons* Action and the claims in the now consolidated state law constructive fraudulent conveyance actions pending in the MDL Court, consolidation of the *FitzSimons* Action will, on balance, serve the values of judicial economy, avoid inconsistent rulings, and preserve the parties' resources. However, as the Committee argues in the Motion to Vacate, the *FitzSimons* Action should not be transferred to the MDL Court until this Court has had an opportunity to rule on the Committee's Stay Motion. As set forth in the Motion to Vacate, "[t]he two-month stay sought by the Stay Motion will, among other things, limit the potential for the *FitzSimons* litigation to interfere with the confirmation process and allow the Committee additional time to identify and serve Shareholder Defendants." (Mot. to Vacate ¶ 11.) The effect of filing the Motion to Vacate under the MDL Rules is to delay transfer to the MDL Court pending resolution of the Motion to Vacate. *See* MDL Rule 7.1(f) (a hearing before the MDL Panel on a motion to vacate a conditional transfer order is scheduled for the next appropriate hearing session).

2. Contrary to the Objectors' contentions that granting the Motion would be "an unnecessary and improper intrusion on the prerogatives of the MDL court" [Obj. at ¶ 16], until a transfer occurs, this Court could and should monitor and control the *FitzSimons* Action.

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning as ascribed to them in the Motion.

[2] The Committee filed the Motion to Vacate on January 19, 2012; a copy is attached to the Objection as Exhibit F.

{698.001-W0019291.2}　　　　　　　　　　2

*See Manual for Complex Litigation, Fourth*, § 20.131 ("A transfer under section 1407 becomes effective when the order granting the transfer is filed in the office of the clerk of the transferee court. At that point, the jurisdiction of the transferor court ceases and the transferee court has exclusive jurisdiction. Unless altered by the transferee court, orders entered by the transferor court remain in effect. During the pendency of a motion (or show cause order) for transfer, however, the court in which the action was filed retains jurisdiction over the case.") (internal citations omitted). Indeed, this Court is uniquely positioned to do so.

**This Court is Best Suited to Determine the Length of the Litigation Stay**

3. This Court has overseen the bankruptcy cases and the *FitzSimons* Action since their inception, and is most familiar with the confirmation proceedings. Accordingly, this Court is best situated to determine whether the requested two-month extension is in the best interest of the creditors and the Debtors' estates and whether it is appropriate to limit any potential interference with the confirmation process. This Court, therefore, should dictate the extent of the stay of the *FitzSimons* Action.

4. The assertion by the Objectors that this Court would be interfering with the MDL Court's jurisdiction and judgment is disingenuous. As Judge Holwell made clear in the MDL Court's December 28, 2011 stay order[3] (the "MDL Stay"), he unequivocally defers to this Court's judgment as to the extent of the litigation stay:

> These consolidated cases relate to the Tribune Company's chapter 11 proceedings in the United States Bankruptcy Court for the District of Delaware, Case No. 08-13141... The Honorable Kevin J. Carey, Chief Judge of the Bankruptcy Court, issued an order on April 25, 2011, as clarified by an order dated June 28, 2011, allowing plaintiffs to file the actions now consolidated before this court <u>but indicating that all such actions should thereafter be stayed until further order of the bankruptcy court</u>. Accordingly, the court

---

[3] Attached to the Objection as Exhibit G.

{698.001-W0019291.2}        3

> hereby STAYS these consolidated cases, as well as any future cases consolidated under this docket number, <u>pending further order of the Bankruptcy Court for the District of Delaware or this court</u>.

(Emphasis added).

5.  Deference to this Court by Judge Holwell is logical and appropriate. This Court, and not Judge Holwell, is intimately familiar with the *FitzSimons* Action, which was filed and has been pending before this Court for more than a year, during which this Court has repeatedly considered and granted requests by the parties to continue the stay of the *Fitzsimons* action and to extend the time to serve the defendants. This Court, and not Judge Holwell, is in the best position to evaluate whether a further extension of the stay is warranted in light of the present posture of *FitzSimons* and the ongoing confirmation proceedings before this Court.

6.  Therefore, this Court should grant the Motion and extend the stay in the *FitzSimons* Action through March 19, 2012. As discussed in the Committee's opening brief, this proposed stay strikes an appropriate balance between the Debtors' desire to extend the stay through confirmation and the Objectors' desire to commence litigation in the MDL Court now. The Committee continues to reserve its right to seek further extensions of the stay of the *FitzSimons* Action if the circumstances warrant.

**WHEREFORE**, the Committee respectfully requests that the Court enter an order, substantially in the form attached to the Motion, amending the Standing Orders to modify the definition of subsection (ii) of the Termination Event to March 19, 2012 in the *FitzSimons* Action and July 2, 2012 in all other proceedings initiated by the Committee pursuant to the Standing Orders and granting such other relief as the Court deems just and proper.

Respectfully submitted,

Dated: January 30, 2012
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ James S. Green, Jr.*
_____
Adam G. Landis (No. 3407)
Daniel B. Rath (No.3022)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

*Counsel to the Official Committee of Unsecured Creditors for the FitzSimons Action and other adversary proceedings, but not the Lender Action*

- and -

Graeme W. Bush
James Sottile
Andrew N. Goldfarb
**ZUCKERMAN SPAEDER LLP**
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

*Counsel to the Official Committee of Unsecured Creditors*

AND

{698.001-W0019291.2}     5

Dated: January 30, 2012
Wilmington, Delaware

**SEITZ, VAN OGTROP & GREEN, P.A.**

/s/ *James S. Green, Sr.*
_____
James S. Green, Sr. (No. 481)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
Telephone: (302) 888-0600
Facsimile: (302) 888-0606

*Counsel to the Official Committee of Unsecured Creditors for the Lender Action*

-and-

Graeme W. Bush
James Sottile
Andrew N. Goldfarb
**ZUCKERMAN SPAEDER LLP**
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

*Counsel to the Official Committee of Unsecured Creditors*

{698.001-W0019291.2}　　　　　6

# EXHIBIT A

## LBO-Related Adversary Proceedings

| Defendant | Adversary No. |
|---|---|
| Dennis J. FitzSimons, et al. | 10-54010 |
| JPMorgan Chase Bank, N.A., et al. | 10-53963 |

## Preference Actions

| Defendant | Adversary No. |
|---|---|
| Paul, Hastings, Janofsky & Walker LLP | 10-55967 |
| Katten Muchin Rosenman LLP | 10-55957 |
| Timothy P. Knight | 10-55956 |
| Eagle Aircraft & Transportation Management, Inc. | 10-55824 |
| Michael C. Gates | 10-55802 |
| Thomas S. Finke | 10-55801 |
| Kathy H. Skipper | 10-55800 |
| Alison R. Scholly | 10-55799 |
| Matthew Catania | 10-55798 |
| Richard H. Malone | 10-55797 |
| Michael J. Malee | 10-55796 |
| Lisa E. Brewer | 10-55795 |
| Timothy J. Landon | 10-55794 |
| Julie D. Anderson | 10-55793 |
| Greg Healy | 10-55792 |
| Lynne Anne Adamson | 10-55791 |
| Dana C. Hayes Jr. | 10-55790 |
| Stephen J. Mulderrig | 10-55788 |
| Richard D. Molchany | 10-55787 |
| Dan Mitrovich | 10-55786 |
| Robyn L. Motley | 10-55785 |
| Kenneth Mitchell | 10-55784 |
| Christopher C. Morrill | 10-55783 |
| Susan M. Mitchell | 10-55782 |
| L. Clark Morehouse III | 10-55781 |
| Eric J. Meyrowitz | 10-55780 |
| Nancy A. Meyer | 10-55779 |

{698.001-W0018499.}

| | |
|---|---|
| Kim A. McCleary La France | 10-55778 |
| Gina M. Mazzaferri | 10-55777 |
| Earl R. Maucker | 10-55776 |
| Jerome P. Martin | 10-55775 |
| Louis Maranto | 10-55774 |
| John M. Manzi | 10-55773 |
| Vincent A. Malcolm | 10-55772 |
| Jeffrey S. Levine | 10-55771 |
| Ardith Hilliard | 10-55770 |
| Walter F. Mahoney | 10-55769 |
| Thomas E. Langmyer | 10-55768 |
| David Dean Hiller | 10-55767 |
| Ann Marie Lipinski | 10-55766 |
| William A. Lanesey | 10-55765 |
| Glenn G. Kranzley | 10-55764 |
| Catherine M. Hertz | 10-55763 |
| Timothy L. Koller | 10-55762 |
| John R. Hendricks | 10-55761 |
| Jane E. Healy | 10-55760 |
| Patricia A. Kolb | 10-55759 |
| William B. Haselden | 10-55758 |
| David Kniffin | 10-55757 |
| Randy Hano | 10-55756 |
| Peter A. Knapp | 10-55755 |
| Paul R. Kelly Jr. | 10-55754 |
| Jack D. Klunder | 10-55753 |
| Avido Dikari Khahaifa | 10-55752 |
| Charlotte H. Hall | 10-55750 |
| Gerould Kern | 10-55749 |
| Timothy R. Kennedy | 10-55747 |
| Gordon L. Jones | 10-55746 |
| Robert J. Gremillion | 10-55745 |
| Terry Jimenez | 10-55744 |
| Janice Jacobs | 10-55743 |
| Howard Greenberg | 10-55742 |
| Alice T. Iskra | 10-55741 |
| Richard J. Graziano | 10-55740 |
| Richard E. Inouye | 10-55738 |
| Linda Hutzler | 10-55737 |
| Ira Goldstone | 10-55736 |
| Tony Hunter | 10-55735 |

| | |
|---|---|
| Vincent R. Giannini | 10-55734 |
| Bonnie B. Hunter | 10-55733 |
| Carolyn Hudspeth | 10-55732 |
| Ernest C. Gates | 10-55731 |
| Susan M. Conway | 10-55730 |
| Michael Gart | 10-55729 |
| Vincent Casanova | 10-55725 |
| Stephen D. Carver | 10-55724 |
| Timothy Franklin | 10-55723 |
| Stephen M. Budihas | 10-55722 |
| Michael C. Foux | 10-55721 |
| David A. Bucknor | 10-55720 |
| Audrey L. Farrington | 10-55719 |
| Rebecca M. Brubaker | 10-55718 |
| Peter D. Filice | 10-55717 |
| Steve Farber | 10-55716 |
| Thomas F. Brown | 10-55715 |
| Richard D. Felty | 10-55714 |
| Richard Engberg | 10-55713 |
| John Birmingham | 10-55712 |
| James L. Ellis | 10-55711 |
| Theodore J. Biedron | 10-55710 |
| James D. Fehnel | 10-55709 |
| Tom E. Ehlmann | 10-55708 |
| Betty Ellen Berlamino | 10-55707 |
| Dianne Donovan | 10-55706 |
| James F. Feher Jr. | 10-55705 |
| Cindy Donnelly | 10-55704 |
| Philip Doherty | 10-55703 |
| Richard S. Feeney | 10-55702 |
| Kenneth J. DePaola | 10-55701 |
| Lawrence Delia | 10-55700 |
| Catherine A. Davis | 10-55699 |
| Raymond Daley | 10-55698 |
| Kelly F. Benson | 10-55697 |
| David A. Bennett | 10-55696 |
| Bob Bellack | 10-55695 |
| James D. Zerwekh | 10-55694 |
| Alexa A. Bazanos | 10-55693 |
| John E. Zelenka | 10-55692 |
| Henry R. Barrett | 10-55691 |

| | |
|---|---|
| Owen Youngman | 10-55690 |
| Roger A. Bare | 10-55689 |
| David D. Williams | 10-55688 |
| Joseph A. Young | 10-55687 |
| Cynthia Baker | 10-55686 |
| Craig Allen | 10-55685 |
| Jack Whisler | 10-55684 |
| Michael D. Asher | 10-55683 |
| F. Ashley Allen | 10-55682 |
| Howard G. Weinstein | 10-55681 |
| Gladys M. Arroyo | 10-55680 |
| Thomas J. Anischik | 10-55678 |
| Harry A. Amsden | 10-55677 |
| Kathleen M. Waltz | 10-55676 |
| Javier J. Aldape | 10-55675 |
| John J. Vitanovec | 10-55674 |
| Deepak Agarwal | 10-55673 |
| John F. Acanfora | 10-55672 |
| Julie K. Xanders | 10-55671 |
| John D. Worthington IV | 10-55670 |
| Deborah B. Vinakos | 10-55669 |
| John Wollney | 10-55667 |
| John C. Twohey | 10-55666 |
| Leo C. Wolinsky | 10-55665 |
| Cam B. Trinh | 10-55664 |
| Timothy F. Windsor | 10-55663 |
| Roger D. Williams | 10-55662 |
| Stephen P. Tippie | 10-55661 |
| Daniel A. O'Sullivan | 10-55660 |
| Timothy J. Thomas | 10-55659 |
| James O'Shea | 10-55658 |
| Kevin P. Scanlon | 10-55657 |
| John T. O'Loughlin | 10-55656 |
| Douglas Thomas | 10-55655 |
| Stephen G. Santay | 10-55654 |
| Timothy E. Ryan | 10-55653 |
| Dennis G. O'Brien | 10-55651 |
| Michael D. Slason | 10-55650 |
| Clifford L. Teutsch | 10-55648 |
| Shaun M. Sheehan | 10-55647 |
| Lou Tazioli | 10-55646 |

| Name | Number |
|---|---|
| William P. Shaw | 10-55645 |
| Stephen G. Seidl | 10-55643 |
| Lynne A. Segall | 10-55642 |
| Louis J. Stancampiano | 10-55641 |
| Digby A. Solomon | 10-55639 |
| Robert K. Schrepf | 10-55638 |
| Scott C. Smith | 10-55637 |
| Linda A. Schaible | 10-55636 |
| Marc S. Schacher | 10-55635 |
| Erik A. Smist | 10-55634 |
| Robert R. Rounce | 10-55633 |
| Sheau-ming Kuo Ross | 10-55632 |
| John A. Riggle | 10-55631 |
| John E. Reardon | 10-55629 |
| Joseph F. Pisani | 10-55628 |
| Gregory C. Pedersen | 10-55627 |
| Pamela S. Pearson | 10-55625 |
| Robert J. Ramsey | 10-55624 |
| Robert J. Palermini | 10-55623 |
| Myrna G. Ramirez | 10-55622 |
| Irving L. Quimby Jr. | 10-55621 |
| Julian G. Posada | 10-55620 |
| Norbert E. Ortiz | 10-55619 |
| Scott G. Pompe | 10-55617 |
| John F. Poelking | 10-55616 |
| Thomas J. Nork | 10-55615 |
| Russell J. Newton | 10-55614 |
| George C. NeJame | 10-55613 |
| David P. Murphy | 10-55612 |
| Gwen P. Murakami | 10-55611 |
| Charles Sennet | 10-55609 |
| Gary Weitman | 10-55608 |
| John B. Rodden | 10-55607 |
| Patrick Shanahan | 10-55606 |
| Irene M. F. Sewell | 10-55605 |
| R. Mark Mallory | 10-55604 |
| Luis E. Lewin | 10-55603 |
| Brian F. Litman | 10-55602 |
| Thomas D. Leach | 10-55601 |
| Crane H. Kenney | 10-55600 |
| Mark W. Hianik | 10-55599 |

| Daniel G. Kazan | 10-55598 |
| Robert Holm | 10-55597 |
| Donald C. Grenesko | 10-55596 |
| Karen H. Flax | 10-55595 |
| Dennis J. FitzSimons | 10-55594 |
| Thomas Caputo | 10-55593 |
| Chandler Bigelow | 10-55585 |