**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>　　　　　　　　　　Debtors. | )<br>)<br>) Chapter 11<br>)<br>) Case No. 08-13141 (KJC)<br>)<br>) (Jointly Administered)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on the 27th day of January, 2012, a copy of ***EGI-TRB, L.L.C.'s Response to TM Retirees' Request for Production of Documents*** was served on the following counsel via electronic mail and served on the following counsel via U.S. mail on January 30, 2012:

Adam Hiller
HILLER & ARBAN, LLC
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 442-7676 telephone
ahiller@hillerarban.com

*Attorneys for the TM Retirees*

Jay Teitelbaum
Ron Baskin
TEITELBAUM & BASKIN, LLP
1 Barker Avenue
Third Floor
White Plains, New York 10601
(914) 437-7670
jteitelbaum@tblawl1p.com
rbaskin@tblawllp.com

*Attorneys for the TM Retirees*

135030.01600/40199653v.2

2

| | | |
|---|---|---|
| Dated: January 30, 2012 | By: | /s/ *David W. Carickhoff* |
| | | David W. Carickhoff (DE No. 3715) |
| | | BLANK ROME LLP |
| | | 1201 Market Street, Suite 800 |
| | | Wilmington, Delaware 19801 |
| | | Telephone: (302) 425-6400 |
| | | Facsimile: (302) 425-6464 |

- and-

David J. Bradford (admitted *pro hac vice)*
Catherine L. Steege (admitted *pro hac vice*)
Andrew W. Vail (admitted *pro hac vice)*
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350
Facsimile: (312) 840-7375

*Co-Counsel for EGI-TRB, L.L.C.*

2

135030.01600/40199653v.2