# EXHIBIT "A"

**EXHIBIT "A" – SUMMARY SHEET**

December 1, 2011 through and including December 31, 2011

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $690.00 | 3.20 | $2,208.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $610.00 | 87.80 | $53,558.00 |
| Richard S. Cobb | Partner; admitted DE 1993, PA 1994 | May, 1992 | $610.00 | 14.90 | $9,089.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $475.00 | 66.30 | $31,492.50 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $425.00 | 11.60 | $4,930.00 |
| James S. Green | Associate; admitted DE 2003 | May, 2003 | $385.00 | 103.20 | $39,732.00 |
| J. Landon Ellis | Associate; admitted DE 2006 | May, 2006 | $325.00 | .20 | $65.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $295.00 | 30.20 | $8,909.00 |

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $295.00 | 11.90 | $3,510.50 |
| Frances A. Panchak | Paralegal | N/A | $225.00 | 83.90 | $18,877.50 |
| Michelle M. Dero | Paralegal | N/A | $225.00 | .90 | $202.50 |
| Cathy A. Adams | Paralegal | N/A | $200.00 | 47.40 | $9,480.00 |
| Linda M. Rogers | Paralegal | N/A | $200.00 | 112.60 | $22,520.00 |
| Anthony C. Dellose | Paralegal | N/A | $190.00 | 1.90 | $361.00 |
| Lisa Pedicone | Bookkeeper | N/A | $125.00 | 3.00 | $375.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | 7.00 | $875.00 |
| | | | Total | 586.00 | $206,185.00 |

**Blended Rate: $351.85**

January 30, 2012
Account No:   698-001
Statement No:    14694

Tribune Company, et al. bankruptcy

## Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Adam G. Landis | 3.20 | $690.00 | $2,208.00 |
| Richard S. Cobb | 14.90 | 610.00 | 9,089.00 |
| Daniel B. Rath | 87.80 | 610.00 | 53,558.00 |
| Timekeeper | Hours | Rate | Total |
| Rebecca L. Butcher | 66.30 | 475.00 | 31,492.50 |
| Michelle M. Dero | 0.90 | 225.00 | 202.50 |
| Cathy A. Adams | 47.40 | 200.00 | 9,480.00 |
| Linda M. Rogers | 112.60 | 200.00 | 22,520.00 |
| Matthew B. McGuire | 11.60 | 425.00 | 4,930.00 |
| Lisa Pedicone | 3.00 | 125.00 | 375.00 |
| J. Landon Ellis | 0.20 | 325.00 | 65.00 |
| James S. Green, Jr. | 103.20 | 385.00 | 39,732.00 |
| Cassandra Lewicki | 7.00 | 125.00 | 875.00 |
| Frances A. Panchak | 83.90 | 225.00 | 18,877.50 |
| Kimberly A. Brown | 30.20 | 295.00 | 8,909.00 |
| Anthony C. Dellose | 1.90 | 190.00 | 361.00 |
| Jeffrey R. Drobish | 11.90 | 295.00 | 3,510.50 |
| **TOTAL** | **586.00** | | **$206,185.00** |