# EXHIBIT "C"

```
                                                   January 30, 2012
                                                 Account No:   698-001
                                                 Statement No:   14694
Tribune Company, et al. bankruptcy
```

## Expenses

| | |
|---|---:|
| Postage | 26.92 |
| Overtime Wages | 95.84 |
| Copying | 1,899.00 |
| Overnight Delivery | 198.43 |
| Courier Fees | 275.25 |
| Online research | 29.83 |
| Outside Duplication Services | 92,966.85 |
| Document Retrieval | 50.72 |
| Court Reporter fees | 1,324.70 |
| Meals | 534.70 |
| Telephonic Court Appearance | 367.00 |
| **Total Expenses Thru 12/31/2011** | **$97,769.24** |

{698.001-W0019306.}

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| 698.001 | 12/01/2011 | AGL | U | B100 E101 | 0.100 | 788.00 | Copying | 2109 |
| Subtotal for Transaction Date 12/01/2011 | | | | | Billable | 788.00 | | |
| 698.001 | 12/02/2011 | AGL | U | B100 E101 | 0.100 | 19.70 | Copying | 2110 |
| 698.001 | 12/02/2011 | AGL | U | B100 E102 | | 210.00 | Outside printing Digital Legal, LLC - Invoice 62302 | 2127 |
| 698.001 | 12/02/2011 | AGL | U | B100 E107 | | 12.50 | Courier Fees Digital Legal, LLC - Invoice 62202 | 2139 |
| 698.001 | 12/02/2011 | AGL | U | B100 E108 | | 7.95 | Postage | 2159 |
| 698.001 | 12/02/2011 | AGL | U | B100 E221 | | 198.43 | Overnight Delivery FedEx - Invoice 7-732-24658 | 2169 |
| Subtotal for Transaction Date 12/02/2011 | | | | | Billable | 448.58 | | |
| 698.001 | 12/05/2011 | AGL | U | B100 E101 | 0.100 | 6.90 | Copying | 2111 |
| 698.001 | 12/05/2011 | AGL | U | B100 E107 | | 30.00 | Courier Fees Digital Legal, LLC - Invoice 62439 | 2151 |
| Subtotal for Transaction Date 12/05/2011 | | | | | Billable | 36.90 | | |
| 698.001 | 12/06/2011 | AGL | U | B100 E101 | 0.100 | 38.80 | Copying | 2112 |
| 698.001 | 12/06/2011 | AGL | U | B100 E107 | | 7.50 | Courier Fees Digital Legal, LLC - Invoice 62439 | 2152 |
| Subtotal for Transaction Date 12/06/2011 | | | | | Billable | 46.30 | | |
| 698.001 | 12/07/2011 | AGL | U | B100 E101 | 0.100 | 5.90 | Copying | 2113 |
| 698.001 | 12/07/2011 | AGL | U | B100 E102 | | 79.24 | Outside printing Digital Legal, LLC - Invoice 62313 | 2128 |
| 698.001 | 12/07/2011 | AGL | U | B100 E107 | | 9.75 | Courier Fees Digital Legal, LLC - Invoice 62439 | 2153 |
| 698.001 | 12/07/2011 | AGL | U | B100 E102 | | 100.00 | Outside printing Digital Legal, LLC - Invoice 62346 | 2154 |
| 698.001 | 12/07/2011 | AGL | U | B100 E108 | | 0.44 | Postage | 2160 |
| Subtotal for Transaction Date 12/07/2011 | | | | | Billable | 195.33 | | |
| 698.001 | 12/08/2011 | AGL | U | B100 E101 | 0.100 | 0.50 | Copying | 2114 |
| Subtotal for Transaction Date 12/08/2011 | | | | | Billable | 0.50 | | |
| 698.001 | 12/09/2011 | AGL | U | B100 E101 | 0.100 | 2.10 | Copying | 2115 |
| 698.001 | 12/09/2011 | AGL | U | B100 E108 | | 4.48 | Postage | 2161 |
| Subtotal for Transaction Date 12/09/2011 | | | | | Billable | 6.58 | | |
| 698.001 | 12/12/2011 | AGL | U | B100 E101 | 0.100 | 63.10 | Copying | 2116 |
| 698.001 | 12/12/2011 | AGL | U | B100 E101 | 0.100 | 10.30 | Copying | 2132 |
| 698.001 | 12/12/2011 | AGL | U | B100 E102 | | 1,173.15 | Outside printing Digital Legal, LLC - Invoice 62467 | 2156 |
| 698.001 | 12/12/2011 | AGL | U | B100 E107 | | 6.50 | Delivery services/messengers Digital Legal, LLC - Invoice 62628 | 2170 |
| Subtotal for Transaction Date 12/12/2011 | | | | | Billable | 1,253.05 | | |
| 698.001 | 12/13/2011 | AGL | U | B100 E101 | 0.100 | 1.90 | Copying | 2133 |
| 698.001 | 12/13/2011 | AGL | U | B100 E101 | 0.100 | 68.20 | Copying | 2134 |
| 698.001 | 12/13/2011 | AGL | U | B100 E111 | | 190.00 | Client meals - Dinner at Domaine Hudson for Lemay, Rosenblatt, Roitman, Rath | 2141 |
| 698.001 | 12/13/2011 | AGL | U | B100 E217 | | 541.35 | Court Reporter fee Diaz Data Services - Invoice 8568 | 2144 |
| 698.001 | 12/13/2011 | AGL | U | B100 E102 | | 2,959.70 | Outside printing Digital Legal, LLC - Invoice 62405 | 2155 |
| 698.001 | 12/13/2011 | AGL | U | B100 E107 | | 33.00 | Courier Fees Digital Legal, LLC - Invoice 62628 | 2171 |
| 698.001 | 12/13/2011 | AGL | U | B100 E111 | | 122.70 | Meals - Lunch for Chadbourne (3), LRC (3) and Zuckerman (2); Cosi/Digital Legal Invoice 62628 | 2173 |
| 698.001 | 12/13/2011 | AGL | U | B100 E228 | | 188.00 | Telephonic Court Appearance - Courtcall ID 4638894, 4638908, 4638939 | 2181 |
| Subtotal for Transaction Date 12/13/2011 | | | | | Billable | 4,104.85 | | |
| 698.001 | 12/14/2011 | AGL | U | B100 E111 | | 132.50 | Client meals: Lunch for 7: Chadbourne (3), Zuckerman (1) and LRC (3) - Cavanaugh's Restaurant Invoice 146 | 2130 |
| 698.001 | 12/14/2011 | AGL | U | B100 E101 | 0.100 | 191.30 | Copying | 2136 |
| 698.001 | 12/14/2011 | AGL | U | B100 E217 | | 783.35 | Court Reporter fee Diaz Data Services - Invoice 8593 | 2150 |
| 698.001 | 12/14/2011 | AGL | U | B100 E102 | | 786.22 | Outside printing Digital Legal, LLC - Invoice 62529 | 2157 |
| 698.001 | 12/14/2011 | AGL | U | B100 E107 | | 73.00 | Courier Fees Digital Legal, LLC - Invoice 62628 | 2172 |
| 698.001 | 12/14/2011 | AGL | U | B100 E228 | | 179.00 | Telephonic Court Appearance - Courtcall ID 4642831, 4642837 | 2182 |
| 698.001 | 12/14/2011 | AGL | U | B100 E111 | | 89.50 | Client Meals: Breakfast for 7 Chadbourne (3), Zuckerman (1), LRC (3) - Digital Legal, LLC Invoice 62628 | 2189 |
| Subtotal for Transaction Date 12/14/2011 | | | | | Billable | 2,234.87 | | |
| 698.001 | 12/15/2011 | AGL | U | B100 E101 | 0.100 | 57.70 | Copying | 2137 |
| 698.001 | 12/15/2011 | AGL | U | B100 E102 | | 39.10 | Outside printing Digital Legal, LLC - Invoice 62558 | 2158 |
| 698.001 | 12/15/2011 | AGL | U | B100 E107 | | 13.00 | Delivery services/messengers Digital Legal, LLC - Invoice 62628 | 2174 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| Subtotal for Transaction Date 12/15/2011 | | | | | Billable | 109.80 | | |
| 698.001 | 12/16/2011 | AGL | U | B100 E101 | 0.100 | 6.80 | Copying | 2138 |
| 698.001 | 12/16/2011 | AGL | U | B100 E102 | | 724.12 | Outside printing Digital Legal, LLC - Invoice 62580 | 2162 |
| 698.001 | 12/16/2011 | AGL | U | B100 E102 | | 140.00 | Outside printing/CD Creation - Digital Legal, LLC - Invoice 62582 | 2163 |
| 698.001 | 12/16/2011 | AGL | U | B100 E209 | | 77.70 | Overtime wages - Assist attorney J. Green with document preparation to D. Bradford | 2167 |
| 698.001 | 12/16/2011 | AGL | U | B100 E209 | | 18.14 | Overtime wages - Assist attorney R. Cobb with edits/blacklines of tolling agreements. | 2168 |
| Subtotal for Transaction Date 12/16/2011 | | | | | Billable | 966.76 | | |
| 698.001 | 12/19/2011 | AGL | U | B100 E101 | 0.100 | 285.80 | Copying | 2145 |
| 698.001 | 12/19/2011 | AGL | U | B100 E102 | | 27,149.06 | Outside printing Digital Legal, LLC - Invoice 62603 - #392 | 2164 |
| 698.001 | 12/19/2011 | AGL | U | B100 E107 | | 30.00 | Delivery services/messengers Digital Legal, LLC - Invoice 62750 | 2175 |
| Subtotal for Transaction Date 12/19/2011 | | | | | Billable | 27,464.86 | | |
| 698.001 | 12/20/2011 | AGL | U | B100 E101 | 0.100 | 17.20 | Copying | 2146 |
| 698.001 | 12/20/2011 | AGL | U | B100 E107 | | 30.00 | Delivery services/messengers Digital Legal, LLC - Invoice 62750 | 2176 |
| Subtotal for Transaction Date 12/20/2011 | | | | | Billable | 47.20 | | |
| 698.001 | 12/21/2011 | AGL | U | B100 E101 | 0.100 | 6.60 | Copying | 2147 |
| 698.001 | 12/21/2011 | AGL | U | B100 E102 | | 49.10 | Outside printing Digital Legal, LLC - Invoice 62705 | 2178 |
| Subtotal for Transaction Date 12/21/2011 | | | | | Billable | 55.70 | | |
| 698.001 | 12/22/2011 | AGL | U | B100 E101 | 0.100 | 82.30 | Copying | 2148 |
| 698.001 | 12/22/2011 | AGL | U | B100 E102 | | 19,598.65 | Outside printing Digital Legal, LLC - Invoice 62717 | 2179 |
| Subtotal for Transaction Date 12/22/2011 | | | | | Billable | 19,680.95 | | |
| 698.001 | 12/23/2011 | AGL | U | B100 E101 | 0.100 | 23.40 | Copying | 2149 |
| 698.001 | 12/23/2011 | AGL | U | B100 E102 | | 4,858.70 | Outside printing Digital Legal, LLC - Invoice 62727 | 2192 |
| 698.001 | 12/23/2011 | AGL | U | B100 E102 | | 19,853.44 | Outside printing Digital Legal, LLC - Invoice 62897 | 2198 |
| Subtotal for Transaction Date 12/23/2011 | | | | | Billable | 24,735.54 | | |
| 698.001 | 12/27/2011 | AGL | U | B100 E101 | 0.100 | 205.70 | Copying | 2165 |
| 698.001 | 12/27/2011 | AGL | U | B100 E107 | | 30.00 | Delivery services/messengers Digital Legal, LLC - Invoice 62857 | 2188 |
| 698.001 | 12/27/2011 | AGL | U | B100 E102 | | 289.05 | Outside printing Digital Legal, LLC - Invoice 62778 | 2191 |
| Subtotal for Transaction Date 12/27/2011 | | | | | Billable | 524.75 | | |
| 698.001 | 12/28/2011 | AGL | U | B100 E108 | | 14.05 | Postage | 2166 |
| 698.001 | 12/28/2011 | AGL | U | B100 E101 | 0.100 | 16.80 | Copying | 2177 |
| 698.001 | 12/28/2011 | AGL | U | B100 E102 | | 14,845.60 | Outside printing Digital Legal, LLC - Invoice 62788 | 2194 |
| Subtotal for Transaction Date 12/28/2011 | | | | | Billable | 14,876.45 | | |
| 698.001 | 12/29/2011 | AGL | U | B100 E102 | | 111.72 | Outside printing Digital Legal, LLC - Invoice 62809 | 2193 |
| Subtotal for Transaction Date 12/29/2011 | | | | | Billable | 111.72 | | |
| 698.001 | 12/31/2011 | AGL | U | B100 E208 | | 50.72 | PACER Document Retrieval | 2180 |
| 698.001 | 12/31/2011 | AGL | U | B100 E106 | | 29.83 | Online research LexisNexis Invoice 1112141589 | 2190 |
| Subtotal for Transaction Date 12/31/2011 | | | | | Billable | 80.55 | | |
| Total for Client ID 698.001 | | | | | Billable | 97,769.24 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |
| GRAND TOTALS | | | | | | | | |
| | | | | | Billable | 97,769.24 | | |