# UNITED STATES BANKRUPTCY COURT

### District of Delaware

In re: **Tribune Company, ET AL.,**

Case No. **08-13141**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**SONAR CREDIT PARTNERS II, LLC**
Name of Transferee

**Regent Broadcasting**
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): N/A
Amount of Claim: **$8,568.00**
Date Claim Filed: N/A

**SONAR CREDIT PARTNERS II, LLC**
**200 BUSINESS PARK DRIVE, SUITE 201**
**ARMONK, NY 10504**

Phone: **(914) 730-1005**
Last Four Digits of Acct #: N/A

Phone: N/A
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Name and Current Address of Transferor:

Regent Broadcasting
PO Box 643295
Cincinnati, OH 45264-3259

Phone: N/A
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg
Transferee/Transferee's Agent

Date: 1/30/2012

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court ("Bankruptcy Court")
     District of Delaware
     Attn: Clerk

AND TO:  Tribune Television Holdings, Inc. ("Debtor"), Case No. 08-13242
     (Jointly Administered under Tribune Company, Case No. 08-13141)

Schedule # (if known): 242001500

**REGENT BROADCASTING,** its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

     **SONAR CREDIT PARTNERS II, LLC**
     200 Business Park Drive
     Suite 201
     Armonk, NY 10504
     Attn: Michael Goldberg
     Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$8,568.00** ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 25, 2012.

ASSIGNOR: *Regent Broadcasting*

Signature:_____

Name:____*Stuart Rosenstein*_____

Title:_____*EVP/CFO*_____

Date:_____*1/25/12*_____

ASSIGNEE: Sonar Credit Partners II, LLC
By: Sonar Asset Management Group, Inc.
Its Managing Member

Signature:_____

Name: Michael Goldberg

Title: President

Date:_____*1/30/12*_____

B6F (Official Form 6F) (12/07) – Cont.

In re  Tribune Television Holdings, Inc.            ,          Case No.   08-13242
              Debtor                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. MUSKEGON CENTRAL DISPATCH 770 TERRACE STREET MUSKEGON, MI 49440 | | | General Trade Payable | | | | $9.33 |
| ACCOUNT NO. NIELSEN MEDIA RESEARCH INC PO BOX 88961 CHICAGO, IL 60695-8961 | | | General Trade Payable | | | | $651.43 |
| ACCOUNT NO. PRO DRY CARPET CLEANING 1430 W STATE ST BELDING, MI 48809 | | | General Trade Payable | | | | $1,466.67 |
| ACCOUNT NO. QUALITY AIR INC 3395 KRAFT SE GRAND RAPDIS, MI 49512-0703 | | | General Trade Payable | | | | $1,622.73 |
| ACCOUNT NO. REGENT BROADCASTING PO BOX 643295 CINCINNATI, OH 45264-3259 | | | General Trade Payable | | | | $8,568.00 |

Sheet no.  11  of  17  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 12,318.16

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

Claim Question? Call: 646 282 2400    Technical Support Question? Call: 800 794 4430

Guest | Sign In



epiq SYSTEMS

Tribune Company

Change Client

**Client Home    Claims    Docket    Key Documents**

Home › Search Claims

⤵ Bookmark this Page

## Search Claims

Criteria

| | | | |
|---|---|---|---|
| Claim Number | Creditor Name | | Scope |
| | Name Starts With | regent broad | Claims and Schedules |
| Schedule Number | Amount | | |
| | Total Claim Value | Equals | |
| Debtor | Claim Date Range | | |
| | | to | |

Order By:  Creditor Name            Results Per Page:  25

Results

Collapse All

| | [1]  Page 1 of 1 - 01 total items | | | | |
|---|---|---|---|---|---|
| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
| ⊟ | 242001500 | REGENT BROADCASTING | | $8,568.00 | No Image |
| | | PO BOX 643295 | Scheduled Unsecured: | $8,568.00 | |
| | | CINCINNATI, OH 45264-3259 | | | |
| | | Debtor: 08-13242 Tribune Television Holdings, Inc. | | | |

[1]  Page 1 of 1 - 01 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.