## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> TRIBUNE COMPANY, *et al.*, <br><br> Debtors. | ) <br> ) <br> )  Chapter 11 <br> ) <br> )  Case No. 08-13141 (KJC) <br> ) <br> )  (Jointly Administered) <br> ) <br> ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on the 27th day of January, 2012, a copy of ***EGI-TRB, L.L.C.'s Response to Law Debenture Trust Company of New York's First Request for Production of Documents*** was served on the following counsel via electronic mail and served on the following counsel via U.S. mail on January 30, 2012:

> David S. Rosner, Esq.
> Sheron Korpus, Esq.
> Christine Montenegro, Esq.
> Matthew B. Stein, Esq.
> KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
> 1633 Broadway
> New York, NY 10019
> SKorpus@kasowitz.com
> drosner@kasowitz.com
> cmontenegro@kasowitz.com
> mstein@kasowitz.com
>
> *Attorneys for Law Debenture Trust Company of New York*

135030.01600/40199655v.2

| | |
|---|---|
| Dated: January 30, 2012 | By:  /s/ *David W. Carickhoff*<br>David W. Carickhoff (DE No. 3715)<br>BLANK ROME LLP<br>1201 Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-6400<br>Facsimile: (302) 425-6464<br><br>-and-<br><br>David J. Bradford (admitted *pro hac vice)*<br>Catherine L. Steege (admitted *pro hac vice*)<br>Andrew W. Vail (admitted *pro hac vice)*<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, Illinois 60654<br>Telephone: (312) 222-9350<br>Facsimile: (312) 840-7375<br><br>*Co-Counsel for EGI-TRB, L.L.C.* |