UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) ) ) Chapter 11 ) ) Case No. 08-13141 (KJC) ) ) (Jointly Administered) ) ) |
| TRIBUNE COMPANY, *et al.*, | |
| Debtors. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on the 27th day of January, 2012, a copy of ***EGI-TRB L.L.C.'s Response to Wilmington Trust Company's Request for Production of Documents*** was served on the following counsel via electronic mail and served on the following counsel via U.S. mail on January 30, 2012:

William D. Sullivan
SULLIVAN HAZELTINE ALLINSON LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801
bsullivan@sha-llc.com

*Counsel for Wilmington Trust Company*

Robert Stark
Martin S. Siegel
Gordon Z. Novod
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
rstark@brownrudnick.com
MSiegel@brownrudnick.com
gnovod@brownrudnick.com

*Counsel for Wilmington Trust Company*

135030.01600/40199656v.2

2

| | |
|---|---|
| Dated: January 30, 2012 | By: /s/ *David W. Carickhoff* |
| | David W. Carickhoff (DE No. 3715) |
| | BLANK ROME LLP |
| | 1201 Market Street, Suite 800 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 425-6400 |
| | Facsimile: (302) 425-6464 |
| | |
| | -and- |
| | |
| | David J. Bradford (admitted *pro hac vice*) |
| | Catherine L. Steege (admitted *pro hac vice*) |
| | Andrew W. Vail (admitted *pro hac vice*) |
| | JENNER & BLOCK LLP |
| | 353 North Clark Street |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 222-9350 |
| | Facsimile: (312) 840-7375 |
| | |
| | Co-Counsel for EGI-TRB, L.L.C. |

135030.01600/40199656v.2