IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
In re:                                                  :    Chapter 11 Cases
                                                        :
                                                        :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                                :
                                                        :    (Jointly Administered)
                   Debtors.                         :
-------------------------------------------------------X

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on January 27, 2012, Aurelius Capital Management, LP, by and through its counsel, served the Responses and Objections to TM Retirees' Request for the Production of Documents to Aurelius Capital Management, LP on the party below via U.S. Mail and electronic mail:

Jay Teitelbaum, Esq.
Teitelbaum & Baskin, LLP
3 Barker Avenue, Third Floor
White Plains, NY 10601
jteitelbaum@tblawllp.com
*Counsel to TM Retirees*

[Signature Page to Follow]

{00597994;v1}

Dated: January 30, 2012
Wilmington, Delaware

ASHBY & GEDDES, P.A.

*/s/ Amanda Winfree/*
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel Golden (admitted pro hac vice)
David M. Zensky (admitted pro hac vice)
Deborah Newman (admitted pro hac vice)
One Bryant Park
New York, New York 10036
(212) 872-1000

*Counsel to Aurelius Capital Management, LP*