IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 27, 2012, a copy of **1)** *Responses and Objections to Request for Production of Documents of Aurelius Capital Management, LP, to the Official Committee of Unsecured Creditors Relating to Allocation Disputes,* **2)** *Responses and Objections to Request for Production of Documents of TM Retirees to the Official Committee of Unsecured Creditors,* and **3)** *Responses and Objections to Wilmington Trust*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); foresalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo., Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347) Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspapers Readers Agency, Inc. (7335); North Michigan Production Company (5466), North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

{698.001-W0019280.}

*Company's Request for Production of Documents to the Official Committee of Unsecured Creditors* were served via electronic mail upon the parties identified on the attached service list.

Dated: Wilmington, Delaware  
January 30, 2012

**LANDIS RATH & COBB LLP**

_____  
Adam G. Landis (No. 3407)  
Daniel B. Rath (No. 3022)  
James S. Green, Jr. (No. 4406)  
919 Market Street, Suite 1800  
Wilmington, Delaware 19801  
Telephone: (302) 467-4400  
Facsimile: (302) 467-4450

*Counsel to the Official Committee of Unsecured Creditors*

**Tribune Company, et al.**
**Case No. 08-13141 (KJC)**

<u>Service List</u>

(Counsel to Debtors)
James F. Conlan          jconlan@sidley.com
Bryan Krakauer           bkrakauer@sidley.com
Kevin T. Lantry          klantry@sidley.com
Jessica C.K. Boelter     jboelter@sidley.com
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

(Counsel to Debtors)
Norman L. Pernick        npernick@coleschotz.com
J. Kate Stickles         kstickles@coleschotz.com
Patrick J. Reilley       preilley@coleschotz.com
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

(Counsel to Deutsche Bank Trust Company Americas)
David J. Adler           dadler@mccarter.com
McCarter & English, LLP
245 Park Avenue
New York, NY  10167

(Counsel to Deutsche Bank Trust Company Americas)
Katherine L. Mayer       kmayer@mccarter.com
McCarter & English, LLP
Renaissance Centre
405 N. King Street
Wilmington, DE  19801

(Counsel to Law Debenture Trust Company of New York)
David S. Rosner          drosner@kasowitz.com
Sheron Korpus            skorpus@kasowitz.com
Christine Montenegro     cmontenegro@kasowitz.com
Matthew B. Stein         mstein@kasowitz.com
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019

(Co-Counsel to Law Debenture Trust Company of New York)
Garvan F. McDaniel       gmcdaniel@bglawde.com
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE  19801

(Counsel to Wilmington Trust Company)
Robert J. Stark          rstark@brownrudnick.com
Martin S. Siegel         msiegel@brownrudnick.com
Gordon Z. Novod          gnovod@brownrudnick.com
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

(Counsel to Wilmington Trust Company)
William D. Sullivan      bsullivan@sha-llc.com
Elihu E. Allinson, III   zallinson@sha-llc.com
Sullivan Hazeltine Allinson LLC
901 N. Market St., Suite 1300
Wilmington, DE  19801

(Counsel to Aurelius Capital Management, LP)
Daniel Golden dgolden@akingump.com
David M. Zensky dzensky@akingump.com
Deborah Newman djnewman@akingump.com
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

(Counsel to Aurelius Capital Management, LP)
William P. Bowden wbowden@ashby-geddes.com
Amanda M. Winfree awinfree@ashby-geddes.com
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

(Counsel to Brigade Capital Management, LLC)
Isaac M. Pachulski ipachulski@stutman.com
Stutman Treister & Glatt
1901 Avenue of the Stars, #1200
Los Angeles, CA 90067

(Counsel to Brigade Capital Management, LLC)
Christopher D. Loizides loizides@loizides.com
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801

(Counsel to Davidson Kempner Capital Management LLC)
Adam C. Harris adam.harris@srz.com
Karen S. Park karen.park@srz.com
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

(Co-Counsel to Davidson Kempner Capital Management LLC)
Garvan F. McDaniel gmcdaniel@bglawde.com
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

(Counsel to Oaktree Capital Mangement, LLC)
Bruce Bennett bbennett@dl.com
James O. Johnston jjohnston@deweyleboeuf.com
Josh M. Mester jmester@dl.com
Dewey & LeBoeuf LLP
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

(Counsel to Oaktree Capital Mangement, LLC)
Robert S. Brady rbrady@ycst.com
M. Blake Cleary mbcleary@ycst.com
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899

(Counsel to EGI-TRB LLC)
David J. Bradford dbradford@jenner.com
Catherine L. Steege csteege@jenner.com
Andrew W. Vail avail@jenner.com
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654

(Counsel to EGI-TRB LLC)
David W. Carickhoff carickhoff@blankrome.com
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

| | |
|---|---|
| (Counsel to TM Retirees)<br>Jay Teitelbaum  jteitelbaum@tblawllp.com<br>Teitelbaum & Baskin, LLP<br>1 Barker Avenue, 3rd Floor<br>White Plains, NY  10601 | (Counsel to TM Retirees)<br>Adam Hiller  ahiller@hillerarban.com<br>Brian Arban  barban@hillerarban.com<br>Hiller & Arban, LLC<br>1500 North French Street, 2nd Floor<br>Wilmington, DE  19801 |