**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------)
In re:                                                         )
                                                              )
TRIBUNE COMPANY, *et al.,*                                     )
                                                              )
                                    Debtors.                  )
------------------------------------------------------------- )

Chapter 11

Case No. 08-13141 (KJC)

(Jointly Administered)

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE
## AND REQUEST FOR NOTICES

I, Jonathan M. Stemerman, counsel for Defendants, 3M Employees Welfare Benefits Association Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining & Manufacturing Co., hereby certify that I caused a copy of the *Notice of Appearance and Request for Notices* to be served via U.S. Mail on all parties who have entered a notice of appearance in this matter pursuant to Fed. Bankr. Rule 2002.

Dated: January 30, 2012
Wilmington, Delaware

**ELLIOTT GREENLEAF**

Rafael X. Zahralddin-Aravena (DE No. 4166)
Jonathan M. Stemerman (DE No. 4510)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: jms@elliottgreenleaf.com

*Counsel for Defendants, 3M Employees Welfare Benefits Association Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining & Manufacturing Co.*

WLM 22408 v1

A.M. SACCULLO LEGAL, LLC
ANTHONY M. SACCULLO, ESQ
THOMAS H. KOVACH, ESQ.
27 CRIMSON KING DRIVE
(COUNSEL TO TIMOTHY P. KNIGHT)
BEAR, DE 19701

ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: COREY SMITH BOTT, BRIAN G. ESDERS
(COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355
HEALTH AND WELFARE AND PENSION FUNDS)
809 GLENEAGLES COURT, SUITE 320
BALTIMORE, MD 21286

ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: MEGHAN C. HORN, ESQ.
(COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355
HEALTH AND WELFARE FUND AND PENSION FUND)
809 GLENEAGLES COURT, SUITE 320
TOWSON, MD 21286

ACXIOM CORPORATION
ATTN. C.B. BLACKARD, III, CORPORATE COUNSEL
301 E. DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR 72033-2000

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: DANIEL H. GOLDEN & PHILIP C. DUBLIN, ESQS.
COUNSEL TO AURELIUS (MEDIATION PARTY)
ONE BRYANT PARK
NEW YORK, NY 10036

ALLISON, SLUTSKY & KENNEDY, PC
ANGIE M. COWAN
230 W MONROE ST, STE 2600
(COUNSEL TO IAM LODGE NO. 126)
CHICAGO, IL 60606

AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC.
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ANDREW S. CONWAY, ESQUIRE
(COUSNEL TO TAUBMAN LANDLORDS)
200 EAST LONG LAKE ROAD, SUITE 300
BLOOMFIELD HILLS, MI 48304

ANDREWS KURTH LLP
ATTN: PAUL SILVERSTEIN, ESQ.
COUNSEL FOR THE AD HOC TRADE COMMITTEE
450 LEXINGTON AVENUE
NEW YORK, NY 10017

ARCHER & GREINER, PC
JOHN V. FIORELLA, ESQ.
300 DELAWARE AVE, STE 1370
(COUNSEL TO NAVISTAR FINANCIAL CORP. & NAVISTAR
LEASING CO.)
WILMINGTON, DE 19801

ARKIN KAPLAN RICE LLP
HOWARD J. KAPLAN, ESQ.; DEANNA DAVIDIAN, ESQ.
590 MADISON AVENUE
(COUNSEL TO AD HOC COMMITTEE OF STEP ONE SENIOR
LENDERS)
NEW YORK, NY  10022

ASHBY & GEDDES, P.A.
ATTN: WILLIAM P. BOWDEN & KAREN SKOMORUCHA, ESQS.
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
(COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO
BASEBALL HOLDINGS, LLC)
WILMINGTON, DE  19899

ASHBY & GEDDES, PA
WILLIAM P. BOWDEN; AMANDA M. WINFREE
500 DELAWARE AVENUE, 8TH FLOOR
PO BOX 1150
(COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP)
WILMINGTON, DE  19899

ASKOUNIS & DARCY, PC
ATTN: THOMAS V. ASDOUNIS, ESQ.
401 NORTH MICHIGAN AVENUE, STE 550
(COUNSEL TO BANC OF AMERICA LEASING & CAPITAL LLC)
CHICAGO, IL  60611

BALLARD SPAHR LLP
ATTN: CHRISTOPHER S. CHOW, ESQ; DAVID T. MAY, ESQ
COUNSEL TO CCI EUROPE A/S
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE  19801

BARNES & THORNBURG LLP
ATTN: DAVID M. POWLEN
1000 NORTH WEST STREET, SUITE 1200
(COUNSEL TO MORGAN STANLEY & CO., INC.)
WILMINGTON, DE  19801

BARTLETT HACKETT FEINBERG PC
FRANK F. MCGINN (MA BBO# 564729)
155 FEDERAL ST, 9TH FL
(COUNSEL TO IRON MOUNTAIN INFORMATION MGMT INC.)
BOSTON, MA  02110

BAYARD, P.A.
JUSTIN R. ALBERTO, ESQ.
222 DELAWARE AVENUE
(COUNSEL TO COOK COUNTY DEPARTMENT OF REVENUE)
WILMINGTON, DE  19899

BELKIN BURDEN WENIG & GOLDMAN, LLP
ATTN: JOSHUA G. LOSARDO, ESQ.
(COUNSEL TO: ENTERPRISE GARAGE CORP.)
270 MADISON AVENUE
NEW YORK, NY  10016

BIFFERATO GENTILOTTI LLC
GARVAN F. MCDANIEL, ESQ.
800 N. KING STREET, PLAZA LEVEL
(COUNSEL TO LAW DEBENTURE TRUST COMPANY
OF NEW YORK)
WILMINGTON, DE  19801

BIFFERATO LLC
ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS.
(COUNSEL TO: D. NEIL, C. BROWN, H. WEINSTEIN, W.
ROCHE, JR., M. LEVIN, & J. MAKINEN)
800 N. KING STREET, PLAZA LEVEL
WILMINGTON, DE  19801

BLAKELEY & BLAKELEY LLP
ATTN: JOHNN WHITE, ESQ.
COUNSEL TO GOOGLE INC.
2 PARK PLAZA, SUITE 400
IRVINE, CA  92614

BLANK ROME LLP
ATTN: DAVID W. CARIKHOFF
1201 MARKET ST; STE 800
(COUNSEL TO EGI-TRB)
WILMINGTON, DE  19801

BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE
FELDMAN
& GOOD MAN, LLP
150 S. RODEO DRIVE, 3RD FLOOR
BEVERLY HILLS, CA  90212

BRACEWELL & GUILIANI LLP
ATTN: E. FLASCHEN, ESQ; D. CONNOLLY, ESQ; A
ANDREW SCHOULDER, ESQ
COUNSEL-AD HOC COMMITTEE OF STEP ONE SENIOR
LENDER
GOODWIN SQUARE
225 ASYLUM STREET, SUITE 2600
HARTFORD, CT  06103-1516

BROWARD COUNTY
ATTN: JEFFREY J. NEWTON
COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER
115 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL  33301

BROWN RUDNICK LLP
ATTN. ROBERT J. STARK & GORDON Z. NOVOD, ESQS.
(COUNSEL TO WILMINGTON TRUST COMPANY)
SEVEN TIMES SQUARE
NEW YORK, NY  10036

BROWN STONE NIMEROFF LLC
ATTN. JAMI B. NIMEROFF, ESQ.
(COUNSEL TO NBC UNIVERSAL INC. & CERTAIN OF ITS
AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP)
901 N MARKET STREET, SUITE 1300
WILMINGTON, DE  19801

BRYAN CAVE LLP
ATTN: MICHELLE MCMAHON, ESQ.
(COUNSEL TO: CWA/ITV NEGOTIATED PENSION PLAN)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY  10104

BUCHALTER NEMER
PAMELA KOHLMAN WEBSTER
1000 WILSHIRE BOULEVARD, SUITE 1500
(COUNSEL TO SONY PICTURES TELEVISION)
LOS ANGELES, CA  90017-2457

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FL
(COUNSEL TO ORACLE USA, INC.)
SAN FRANCISCO, CA  94105-2126

CANON USA, INC
ATTN RUTH WIENSTEIN
1 CANON PLAZA
LAKE SUCCESS, NY  11042

CAPITALSOURCE FINANCE LLC
ATTN: JOANNE FUNGAROLI, ESQ.
4445 WILLARD AVENUE, 12TH FLOOR
CHEVY CHASE, MD  20815

CATHOLIC CHARITIES
ATTN: JOSEPH AUGUSTYNIAK
1966 GREENSPRING DRIVE, SUITE 200
TIMONIUM, MD  21093

CHADBOURNE & PARKE LLP
COUNSEL TO THE UNSECURED CREDITORS' CO
ATTN HOWARD SEIFE, DAVID M LEMAY, DOGULAS E
DEUTSCH
30 ROCKEFELLER PLAZA
NEW YORK, NY  10112

CHRISTINE Z. HERI
(COUNSEL TO HILDA L. SOLISI, SECRETARY OF LABOR
OFFICE OF THE SOLICITOR
UNITED STATES DEPARTMENT OF LABOR
230 SOUTH DEARBORN, ROOM 844
CHICAGO, IL  60604

CIARDI CARDI & ASTIN
DANIEL K. ASTIN
JOHN D. MCLAUGHLIN, JR.
919 N. MARKET STREET, SUITE 700
(COUNSEL TO STARDUST VISIONS, INC.)
WILMINGTON, DE  19801

CIARDI, CIARDI & ASTIN
RICK A. STEINBERG
100 CHURCH STREET, 8TH FLOOR
(COUNSEL TO STARDUST VISIONS, INC.)
NEW YORK, NY  10007

COHEN WEISS & SIMON LLP
COUNSEL TO AMERICAN FEDERATION OF TELEVISION &
RADIO ARTISTS
ATTN BABETTE A CECCOTI
330 WEST 42ND STREET
NEW YORK, NY  10036

COLE SCHOTZ MEISEL FORMAN & LEONARD, PA
NORMAN L PERNICK, ESQ/J KATE STICKLES, ESQ
(LOCAL COUNSEL FOR THE DEBTORS)
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE  19801

COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF
LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
ATTN: JOSEPH KOTS
625 CHERRY ST, ROOM 203
READING, PA 19602-1152

COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF
REVENUE, BUREAU OF ACCOUNTS SETTLEMENT
THOMAS W. CORBETT, JR., ATTORNEY GENERAL
CAROL E. MOMJIAN, SR. DEPUTY ATTORNEY GENERAL
PA I.D. NO. 049219
OFFICE OF ATTORNEY GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603

COOCH & TAYLOR PA
ATTN: SUSAN E. KAUFMAN, ESQ.
(COUNSEL TO: AMERICAN FEDERATION OF TELEVISION &
RADIO ARTISTS)
1000 WEST STREET, 10TH FLOOR
WILMINGTON, DE 19801

COTCHETT, PITRE & MCCARTHY
ATTN: PHILIP GREGORY, ESQ.
(COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN,
& MAKINEN)
840 MALCOLM ROAD, SUITE 200
BURLINGAME, CA 94010

COZEN O'CONNOR
ATTN: MARK E. FELGER, ESQ.
1201 N. MARKET STREET, SUITE 1400
(COUNSEL TO TWENTIETH TELEVISION, INC.)
WILMINGTON, DE 19801

CROSS & SIMON LLC
ATTN: CHRISTOPHER P. SIMON, ESQ.
913 NORTH MARKET STREET, 11TH FLOOR
(COUNSEL TO WASHINGTON-BALTIMORRRE NEWSPAPER
GUILD, LOCAL 32035, TNG-CWA)
WILMINGTON, DE 19801

CROSS & SIMON, LLC
JOSEPH GREY, ESQ.
913 NORTH MARKET STREET, ELEVENTH FLOOW
(COUNSEL TO CONSTELLATION NEWENERGY, INC.)
WILMINGTON, DE 19801

CROUDACE & DIETRICH LLP
ATTN. MARK A NITIKMAN, ESQUIRE
4750 VON KARMAN AVENUE
COUNSEL TO BKM 3128 REDHILL, LLC)
NEWPORT BEACH, CA 92660

CROWELL & MORING LLP
ATTN. MICHAEL V. BLUMENTHAL, ESQ.
(COUNSEL TO NBC UNIVERSAL INC. AND CERTAIN OF ITS
AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP
590 MADISON AVENUE, 19TH FLOOR
NEW YORK, NY 10022

DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL
ATTN: ELAINE Z. COLE, ESQ.
340 E. MAIN ST.
(COUNSEL TO THE NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE)
ROCHESTER, NY 14604

DAVIS POLK & WARDELL LLP
ATTN: DONALD S. BERNSTEIN, ESQ.
JAMES A. FLORACK, ESQ.
DAMIAN S. SCHAIBLE, ESQ.
450 LEXINGTON AVENUE
(COUNSEL TO JPMORGAN CHASE BANK, N.A.)
NEW YORK, NY 10017

DEWEY & LEBOEUF LLP
ALAN SALPETER, ESQ.
THERESE KING NOHOS, ESQ.
TWO PRUDENTIAL PLAZA, SUITE 3700
180 NORTH STETSON AVENUE
(COUNSEL TO DANIEL KAZAN)
CHICAGO, IL 60601

DEWEY & LEBOEUF LLP
BRUCE BENNETT
JAMES O. JOHNSTON
JOSHUA M. MESTER
333 SOUTH GRAND AVENUE, SUITE 2600
(COUNSEL TO CREDIT AGREEMENT LENDERS)
LOS ANGELES, CA 90071-1530

DLA PIPER LLP (US)
ATTN: STUART M. BROWN, ESQ., R. CRAIG MARTIN, ESQ.
MICHELLE E. MARINO, ESQ.
919 N. MARKET STREET, SUITE 1500
(COUNSEL TO BARCLAYS BANK PLC)
WILMINGTON, DE 19801

DLA PIPER LLP (US)
JODIE E. BUCHMAN, ESQ.
6225 SMITH AVENUE
(COUNSEL TO CONSTELLATION NEWENERGY, INC.)
BALTIMORE, MD 21209-3600

DUANE MORRIS
ATTN: LAWRENCE J. KOTLER, ESQUIRE
COUNSEL FOR PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES'
RETIREMENT SYSTEM
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

DUANE MORRIS LLP
ATTN. MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS
(COUNSEL TO SONY PICTURES TELEVISION, INC.)
222 DELAWARE AVENUE, SUITE 1600
WILMINGTON, DE 19801-1659

DUANE MORRIS LLP
ATTN: MARGERY N. REED, ESQ.;
WENDY M. SIMKULAK, ESQ.
30 SOUTH 17TH STREET
(COUNSEL TO ACE COMPANIES)
PHILADELPHIA, PA 19103-4196

DUANE MORRIS LLP
RICHARD W.RILEY; SOMMER L. ROSS
222 DELAWARE AVENUE, SUITE 1600
(COUNSEL TO ROBERT R. MCCORMICK FOUNDATION,
CANTIGNY FOUNDATION & ACE COMPANIES)
WILMINGTON, DE 19801-1659

ECKERT,SEAMANS, CHERIN & MELLOT, LLC
ATTN. MARGARET F. ENGLAND, ESQUIRE
(COUNSEL TO THE NIELSEN COMPANY)
300 DELAWARE AVENUE, SUITE 1210
WILMINGTON, DE 19801

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ATTN: KEITH D. ELKINS, ESQ.
2049 CENTURY PARK EAST, SUITE 2700
(COUNSEL TO LIT FINANCE, LP)
LOS ANGELES, CA  90067

ELLIOTT GREENLEAF
COUNSEL TO CORESTAFF SERVICES
ATTN WILLIAM M KELLEHER
1105 NORTH MARKET STREET, SUITE 1700
WILMINGTON, DE  19801

ENTWISTLE & CAPPUCCI LLP
ATTN: VINCENT R CAPPUCCI ESQ & JORDAN A CORTEZ ESQ
COUNSEL TO THE GABELLI ENTITIES
280 PARK AVENUE, 26TH FLOOR WEST
NEW YORK, NY  10017

ERVIN COHEN & JESSUP LLP
KENNETH MILLER, ESQ.
9401 WILSHIRE BLVD, 9TH FLOOR
(COUNSEL TO K ASSOC. & CRENSHAW 3840 PARTNERS,LLC)
BEVERLY HILLS, CA  90212

FOLEY & LARDNER LLP
ATTN: MARY K. BRAZA, ESQ.
777 EAST WISCONSIN AVENUE
(COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO
BASEBALL HOLDINGS, LLC)
MILWAUKEE, WI  53202-5306

FOLEY & LARDNER LLP
ATTN: MICHAEL J. SMALL, ESQ.
321 NORTH CLARK
SUITE 2800
(COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO
BASEBALL HOLDINGS, LLC)
CHICAGO, IL  60610-4500

FOX ROTHSCHILD LLP
ATTN: JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS.
(COUNSEL TO: WELLS FARGO BANK, N.A.)
CITIZENS BANK CENTER
919 NORTH MARKET STREET, SUITE 1600
WILMINGTON, DE  19801

FRANK/GECKER LLP
ATTN. JOSEPH D. FRANK
(COUNSEL TO JONES LANG LASALLE AMERICAS (ILLINOIS)
L.P.)
325 NORTH LASALLE STREET, SUITE 625
CHICAGO, IL  60654

FRED FELLMETH, ESQ. GENERAL COUNSEL
BROADCAST SYSTEMS DIVISION
IMT/THE VITEC GROUP PLC
(COUNSEL TO ANTON BAUER, INC, CAMERA DYNAMICS,
INC., NUCOMM, INC., AND RF CENTRAL, LLC)
200 INTERNATIONAL DRIVE
MT. OLIVE, NJ  07828

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER, ESQ. & DEVON J. EGGERT,
ESQ.
(COUNSEL TO MERCER (US) INC.)
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606

FRIEDMAN KAPLAN SEILER & ADELMAN LLP
EDWARD A. FRIEEDMAN; WILLIAM P.WEINTRAUB
1633 BROADWAY
(COUNSEL TO AUERLIUS CAPITAL MANAGEMENT, LP)
NEW YORK, NY  10019-6708

FRIEDMAN LAW GROUP
ATTN: J. BENNETT FRIEDMAN, ESQ.
1901 AVENUE OF THE STARS, SUITE 1700
(COUNSEL TO ISAKSEN INVESTMENTS, LLC)
LOS ANGELES, CA  90067-4409

FURMAN GREGORY LLC
DONALD R. FURMAN JR.
75 FEDERAL ST, 9TH FL
(COUNSEL TO COMCAST SPOTLIGHT & COMCAST)
BOSTON, MA  02110

GATEWAY PACIFIC PROPERTIES, INC.
C/O RONALD K. BROWN, JR.
LAW OFFICES OF RONALD K. BROWN, JR.
901 DOVE STREET, SUITE 120
NEWPORT BEACH, CA  92660

GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVENUE, SUITE 1120
(SAM'S CLUB BRC)
MIAMI, FL 33131-1605

GOHN HANKEY & STICHEL LLP
COUNSEL TO CORESTAFF SERVICES
ATTN JAN I BERLAGE
201 NORTH CHARLES STREET
SUITE 201
BALTIMORE, MD  21201

GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD.
ATTN. BRIAN M. DOUGHERTY
(COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST
WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEDFORD
MOTOR SERVICE, INC.)
835 MCCLINTOCK DRIVE, SECOND FLOOR
WILLOWBROOK, IL  60527

GREENBERG TRAURIG, LLP
ATTN: DENNIS A. MELORO
COUNSEL TO HAMDON ENTERTAINMENT
THE NEMOURS BUILDING
1007 NORTH ORANGE STREET, SUITE 1200
WILMINGTON, DE  19801

GREENBERG TRAURIG, LLP
ATTN: KEVIN P. GARLAND, ESQ.
COUNSEL TO HAMDON ENTERTAINMENT
2450 COLORADO AVENUE, SUITE 400 E
SANTA MONICA, CA  90404

GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP
EDWARD J. TREDINNICK, ESQ.
FOUR EMBARCARCADERO CENTER, STE 4000
(COUNSEL TO CATELLUS DEVELOPMENT CORP.)
SAN FRANCISCO, CA  94111

HANNAFAN & HANNAFAN, LTD.
MICHAEL T. HANNAFAN, ESQ.
BLAKE T. HANNAFAN, ESQ.
JAMES A. MCGUINNESS, ESQ.
ONE EAST WACKER DRIVE, SUITE 2800
(COUNSEL TO TIMOTHY P. KNIGHT)
CHICAGO, IL 60601

HARRIS CORPORATION
ANTHONY DEGLOMINE, III
1025 W. NASA BLVD
MAIL STOP A-11A
MELBOURNE, FL 32919

HERRICK FEINSTEIN LLP
COUNSEL TO CANON USA INC, INTELSAT CORPORATION
ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ.
TWO PARK AVENUE
NEW YORK, NY 10016

HEWLETT-PACKARD COMPANY
ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY
12610 PARK PLAZA DR STE 100
ANAHEIM, CA 90703-9362

HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL
11311 CHINDEN BLVD.
MAILSTOP 314
BOISE, ID 83714-0021

HOGAN LOVELLS
ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS.
875 THIRD AVENUE
(COUNSEL TO ABITIBI BOWATER, INC., ABITBI
CONSOLIDATED SALES CORPORATON AND BOWATER, INC.;
DOW JONES & COMPANY)
NEW YORK, NY 10022

HOWARD COUNTY OFFICE OF LAW
ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR &
CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR
GEORGE HOWARD BUILDING
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD 21043

IBM CORPORATION
ATTN BEVERLY H SHIDELER
TWO LINCOLN CENTRE
OAKBROOK TERRACE, IL 60181

INTERNAL REVENUE SERVICE
ATTN: ROOM 1150
31 HOPKINS PLAZA
BALTIMORE, MD 21201

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 21126
PHILADELPHIA, PA 19114

J. SCOTT DOUGLASS
909 FANNIN, SUITE 1800
HOUSTON, TX 77010

JD THOMPSON LAW
ATTN: JUDY D. THOMPSON
P.O. BOX 33127
(COUNSEL TO SODEXO, INC.)
CHARLOTTE, NC 28233

JENNER & BLOCK LLP
ATTN: DAVID J. BRADFORD, CATHERINE L. STEEGE,
ANDREW W. VAIL
330 N. WABASH AVENUE
(COUNSEL TO EGI-TRB)
CHICAGO, IL 60611-7603

K&L GATES LLP
ATTN: JEFFREY N. RICH, ESQ.
599 LEXINGTON AVE
(COUNSEL TO GREATBANC TRUST COMPANY)
NEW YORK, NY 10022-6030

K&L GATES LLP
CHARLES R. SMITH, ESQ.
K&L GATES CENTER
210 6TH AVENUE, SUITE 1100
(COUNSEL TO GREATBANC TRUST COMPANY)
PITTSBURGH, PA 15222-2613

KAMAKAZEE KIWI COPORATION
3835-R EAST
THOUSDAN OAKS BLVD. #343
WESTLAKE VILLAGE, CA 91362

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
ATTN: DAVID S. ROSNER; ANDREW K. GLENN;
SHERON KORPUS
1633 BROADWAY
(COUNSEL TO LAW DEBENTURE TRUST COMPANY
OF NEW YORK)
NEW YORK, NY 10019

KATTEN MUCHIN ROSENMAN LLP
JOHN P. SIEGER; ALEXANDER S. VESSELINOVITCH;
DANIEL J. POLATSEK; JOSHUA A. GADHARF
525 W. MONROE STREET
(COUNSEL TO ROBERT R. MCCORMICK FOUNDATION &
CANTIGNY FOUNDATION)
CHICAGO, IL 60661-3693

KAYE SCHOLER LLP
425 PARK AVE
MADLYN GLEICH PRIMOFF, ESQ
(COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN
AGENT)
NEW YORK, NY 10022

KELLEY DRYE & WARREN LLP
ERICK R. WILSON, ESQ.
HOWARD S.STEEL, ESQ.
101 PARK AVENUE
(COUNSEL TO TELEREP, LLC)
NEW YORK, NY 10178

KING & SPALDING LLP
ATTN: ARTHUR J. STEINBERG, ESQ.
SCOTT DAVIDSON, ESQ.
1185 AVENUE OF THE AMERICAS
(COUNSEL TO GM HOURLY-TATE EMPLOYEE PENSION
TRUST)

KLEE, TUCHIN, BOGDANOFF & STERN, LLP
ATTN:  KENNETH N. KLEE, ESQ.
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CA  90067-6049

KLEE, TUCHIN, BOGDANOFF & STERN, LLP
ATTN: LEE R. BOGDANOFF, MARTIN R. BARASH, ESQS.
(COUNSEL TO: EXAMINER-DESIGNATE,KENNETH KLEE, ESQ)
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CA  90067-6049

KLEHR HARRISON HARVEY BRANZBURG LLP
MICHAEL W. YURKEWICZ, ESQUIRE
919 MARKET STREET, SUITE 1000
(COUNSEL TO SUTTONBROOK CAPITAL MANAGEMENT LP)
WILMINGTON, DE  19801

LABATON SUCHAROW LLP
ATTN: CHRISTOPHER J. KELLER, ESQ.
MICHAEL W. STOCKER, ESQ.
140 BROADWAY
(COUNSEL TO IBEW LOCAL 103 TRUST FUND)
NEW YORK, NY  10005

LANDIS RATH & COBB LLP
COUNSEL FOR THE UNSECURED CREDITORS' COMM
ATTN ADAM G LANDIS & MATTHEW B MCGUIRE
919 MARKET STREET SUITE 1800
WILMINGTON, DE  19801

LESLIE A. COHEN, ESQUIRE
LESLIE COHEN LAW, PC
506 SANTA MONICA BLVD., SUITE 200
SANTA MONICA, CA  90401

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA
WASOW, ESQS.
(COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN,
& MAKINEN)
476 9TH STREET
OAKLAND, CA  94607-4048

LINDA BOYLE
TW TELECOM INC.
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO  80124

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
COUNSEL TO HARRIS COUNTY
ATTN JOHN P DILLMAN
PO BOX 3064
HOUSTON, TX  77253-3064

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2323 BRYAN STREET
STE 1600
(COUNSEL TO DALLAS COUNTY, ELLIS COUNTY)
DALLAS, TX 75201

LOIZIDES, P.A.
CHRISTOPHER D. LOIZIDES
1225 KING STREET, SUITE 800
(ATTORNEY FOR NAVIGANT CONSULTING, INC)
WILMINGTON, DE 19801

LOWENSTEIN SANDLER PC
ATTN: JOHN K. SHERWOOD, ESQ.
IRA LEVEE, ESQ.
65 LIVINGSTON AVENUE
(COUNSEL TO IBEW LOCAL 103 TRUST FUND, LOUISIANA
STATE EMPLOYEES' RETIREMENT SYSTEM)
ROSELAND, NJ 07068

MAGNOZZI & KYE, LLP
AMISH R. DOSHI, ESQ.
23 GREEN STREET, SUITE 302
(COUNSEL TO ORACLE AMERICA, INC.)
HUNTINGTON, NY 11743

MANATT, PHELPS & PHILLIPS, LLP
ATTN: IVAN L. KALLICK
ILEANA M. HERNANDEZ
11355 WEST OLYMPIC BOULEVARD
(COUNSEL TO CA STATE TEACHERS'RETIREMENT SYSTEM)
LOS ANGELES, CA 90064

MARGOLIS EDELSTEIN
ATTN: JAMES E. HUGGETT, ESQ.
750 SHIPYARD DRIVE, SUITE 102
(COUNSEL TO ORACLE AMERICA, INC.)
WILMINGTON, DE 19801

MAUREEN A. MCGREEVEY, ESQUIRE
SENIOR LITIGATION COUNSEL
SUNGARD
680 E. SWEDESFORD ROAD
WAYNE, PA 19087

MAYER BROWN LLP
FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ.,
AMIT K. TREHAN, ESQ., JEAN-MARIE L. ATAMIAN, ESQ.
(COUNSEL TO BARCLAYS)
1675 BROADWAY
NEW YORK, NY 10019

MCCARTER & ENGLISH, LLP
ATTN: DAVID ADLER, ESQ.
245 PARK AVE, 27TH FL
(COUNSEL TO DEUTSCHE BANK TRUST COMPANY
AMERICAS)
NEW YORK, NY 10167

MCCARTER & ENGLISH, LLP
ATTN: KATHARINE L. MAYER, ESQ.
RENAISSANCE CENTRE
405 N. MARKET STREET, 8TH FL
(COUNSEL TO DEUTSCHE BANK TRUST COMPANY
AMERICAS)
WILMINGTON, DE 19801

MCGUIRE WOODS LLP
ATTN. PAUL J. CATANESE & PATRICIA K. SMOOTS
(COUNSEL TO THE NIELSEN COMPANY (US) LLC
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

MCPHARLIN SPRINKLES & THOMAS, LLP
ATTN. ELAIN M. SEID
(COUNSEL TO DIABLO INVESTMENT CO.)
160 W SANTA CLARA ST STE 400
SAN JOSE, CA 95113-1708

MEITES, MULDER & GLINK
ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS.
(COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN,
& MAKINEN)
321 S. PLYMOUTH CT, SUITE 1250
CHICAGO, IL 60604

MESSANA ROSNER & STERN, LLP
FREDERICK B. ROSNER, ESQ.
1000 N. WEST STREET, SUITE 1200
(COUNSEL TO INTELSAT CORPORATION)
WILMINGTON, DE 19801

MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B.
WALDMEIR, ASSISTANT ATTORNEY GENERAL
STATE OF MICHIGAN, DEPT. OF TREASURY
CADILLAC PLACE, STE. 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202

MICHAEL SCHLOSS
(COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR)
OFFICE OF THE SOLICITOR
UNITED STATES DEPARTMENT OF LABOR
PLAN BENEFITS SECURITY DIVISION
P.O. BOX 1914
WASHINGTON, DC 20013

MISSOURI DEPARTMENT OF REVENUE
ATTN: SUSAN L. LISSANT
SPECIAL ASSISTANT ATTORNEY GENERAL
GENERAL COUNSEL'S OFFICE
301 W. HIGH STREET, ROOM 670
PO BOX 475
JEFFERSON CITY, MO 65105-0475

MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.
ATTN. RACHEL B. MERSKY, ESQUIRE
(COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA
LIMITED LIABILITY COMPANY)
1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE 19801

MORGAN, LEWIS & BOCKIUS LLP
ATTN: COLM F. CONNOLLY, ESQ.
THE NEMOURS BUILDING
1007 NORTH ORANGE STREET, SUITE 501
(COUNSEL TO GREATBANC TRUST COMPANY & NYSCRF)
WILMINGTON, DE 19801

MORGAN, LEWIS & BOCKIUS LLP
CHARLES C. JACKSON
THEODORE M. BECKER
77 WEST WACKER DRIVE
(COUNSEL TO GREATBANC TRUST COMPANY)
CHICAGO, IL 60601-5094

MORGAN, LEWIS & BOCKIUS LLP
MENACHEM O. ZELMANOVITZ, ESQ.
RACHEL JAFFE NAUCERI
101 PARK AVENUE
(COUNSEL TO GREATBANC TRUST COMPANY & NYSCRF)
NEW YORK, NY  10178-0060

MORGAN, LEWIS & BOCKIUS LLP
RACHEL JAFFE MAUCERI, ESQ.
1701 MARKET STREET
(COUNSEL TO NYSCRF)
PHILADELPHIA, PA  19103-2921

MORRIS NICHOLS ARSHT & TUNNELL LLP
ATTN: DEREK C. ABBOTT, ESQ; CURTIS S. MILLER, ESQ.
COUNSEL TO STEP ONE SENIOR LENDERS
1201 NORTH MARKET STREET, 18TH FLOOR
PO BOX 1347
WILMINGTON, DE  19899-1347

MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC
ATTN: COLLEEN E. MCMANUS
191 NORTH WACKER DRIVE, STE 1800
(COUNSEL TO CF 4242 BRYN MAWR LLC)
CHICAGO, IL  60606

NAVIGANT CONSULTING, INC.
MONICA M. WEED, ESQ.
30 S. WACKER DRIVE, SUITE 3550
CHICAGO, IL  60606

NAVISTAR LEASING COMPANY
425 N. MARTINGALE ROAD, 18TH FLOOR
SCHAUMBURG, IL  60173

NEW YORK STATE DEPARTMENT OF TAXATION AND
FINANCE
ATTN. ROBERT L. COOK, DISTRICT TAX ATTORNEY
333 EAST WASHINGTON ST., 3RD FLOOR
SYRACUSE, NY  13202

NOLAN, PLUMHOFF & WILLIAMS, CHARTERED
ATTN. ROBERT L. HANLEY, JR. ESQUIRE
(COUNSEL TO ST. JOHN PROPERTIES, INC.)
SUITE 700, NOTTINGHAM CENTRE
502 WASHINGTON AVENUE
TOWSON, MD  21204

OFFICE OF THE UNITED STATES TRUSTEE
DAVID M. KLAUDER, ESQ.
UNITED STATES DEPT OF JUSTICE
844 KING STREET, SUITE 2207
LOCKBOX #35
WILMINGTON, DE  19899-0035

O'MELVENY & MYERS LLP
ATTN: B. BUTWIN, D. CANTOR & D. SHAMAH, ESQS.
TIMES SQUARE TOWER
7 TIMES SQUARE
(COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF
AMERICA SECURITIES LLC)
NEW YORK, NY  10036

O'MELVENY & MYERS LLP
ATTN: EVAN M. JONES, ESQ.
400 SOUTH HOPE STREET
(COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF
AMERICA SECURITIES LLC)
LOS ANGELES, CA  90071

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES, TIMOTHY P. CAIRNS AND
MARK M. BILLION, ESQS.
919 N. MARKET STREET, 17TH FLOOR
P.O. BOX 8705
(COUNSEL TO CENTERBRIDGE CREDIT ADVISORS LLC.)
WILMINGTON, DE  19899

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: JOSEPH L. CHRISTENSEN
500 DELAWARE AVENUE, SUITE 200; PO BOX 32
(COUNSEL TO CITICORP NORTH AMERICA, INC. AND
CITIGROUP GLOBAL MARKETS INC.)
WILMINGTON, DE  19899-0032

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
CHARLES E. DAVIDOW
2001 K. STREET, N.W.
(COUNSEL TO CITICORP NORTH AMERICA, INC. AND
CITIGROUP GLOBAL MARKETS INC.)
WASHINGTON, DC  20006-1047

PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP
ATTN: STEPHEN J. SHIMSHAK, ANDREW GORDON, DAVID W.
BROWN, LAUREN SHUMEJDA
1285 AVENUE OF THE AMERICAS
(COUNSEL TO CITICORP NORTH AMERICA, INC. AND
CITIGROUP GLOBAL MARKETS INC.)
NEW YORK, NY  10019-6064

PENNSYLVANIA OFFICE OF ATTORNEY GENERAL
ATTN. CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY
GENERAL-IN-CHARGE
21 SOUTH 12TH STREET, 3RD FLOOR
(PENNSYLVANIA DEPT OF REVENUE; PENNSYLVANIA PUBLIC
SCHOOL EMPLOYEES' RETIREMENT SYSTEM)
PHILADELPHIA, PA  19107-3603

PENSION BENEFIT GUARANTY CORPORATION
ATTN FRANK A ANDERSON, CASSANDRA R BURTON, &
KARTAR S KHALSA, ESQ
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW
WASHINGTON, DC  20005-4026

PEPPER HAMILTON LLP
ATTN. DAVID B. STRATTON, LEIGH-ANNE M. RAPORT,ESQ.
(COUNSEL TO PPF OFF TWO PARK AVENUE OWNER)
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE  19899-1709

PEPPER HAMILTON LLP
ATTN: DAVID B. STRATTON & JOHN H. SCHANNE, II
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
(COUNSEL TO BANK OF AMERICA, N.A. & BANC OF
AMERICA SECURITIES LLC)
WILMINGTON, DE  19899-1709

PHILLIPS, GOLDMAN & SPENCE, P.A.
ATTN: JOHN C. PHILLIPS, ESQ.
1200 NORTH BROOM STREET
(COUNSEL TO: VALUATION RESEARCH CORPORATION)
WILMINGTON, DE  19806

PINCKNEY, HARRIS & WEIDINGER, LLC
ATTN: ADAM HILLER & DONNA HARRIS
(COUNSEL TO THE PARTIES REFERENCED IN THE FIRST
AMENDED VERIFIED STATEMENT OF TEITELBAUM & BASKIN
LLP)
1220 NORTH MARKET STREET, SUITE 950
WILMINGTON, DE  19801

POLSINELLI SHUGHART PC
CHRISTOPHER A. WARD, ESQ.
SHANTI M. KATONA, ESQ.
222 DELAWARE AVENUE, SUITE 1101
(COUNSEL TO DANIEL KAZAN)
WILMINGTON, DE  19801

POTTER ANDERSON & CORROON LLP
ATTN: LAURIE SILVERSTEIN, ESQ
(COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN
AGENT)
HERCULES PLAZA
1313 N MARKET ST, PO BOX 951
WILMINGTON, DE  19899-0951

PROSKAUER ROSE LLP
ATTN: MARTIN S. ZOHN, ESQ.
(COUNSEL TO: TWENTIETH TELEVISION, INC.)
2049 CENTURY PARK EAST, 32ND FLOOR
LOS ANGELES, CA  90067

QUARLES & BRADY LLP
PHILIP V. MARTINO, ESQ.
101 EAST KENNEDY BOULEVARD, SUITE 3400
(COUNSEL TO COOK COUNTY DEPARTEMNT OF REVENUE)
TAMPA, FL 33602

RICHARDS, LAYTON & FINGER, PA
ATTN: MARK D. COLLINS, ESQ.
920 NORTH KING STREET
(COUNSEL TO JPMORGAN CHASE BANK, N.A.)
WILMINGTON, DE  19801

RIDDELL WILLIAMS, P.S.
ATTN. JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO
(COUNSEL TO MICROSOFT CORPORATION & MIRCROSOFT
LICENSING, GP)
1001- 4TH AVENUE, SUITE 4500
SEATTLE, WA  98154-1192

ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK
PC
ATTN. FRED B. RINGEL, ESQ.
(COUNSEL TO GALLERIA OPERATING COMPANY, LLC)
875 THIRD AVENUE, 9TH FL
NEW YORK, NY  10022

ROMERO LAW FIRM
MARTHA E. ROMERO, ESQ.
BMR PROFESSIONAL BLDG
6516 BRIGHT AVENUE
(COUNSED TO SECURED CREDITOR COUNTY OF SAN
BERNARDINO, CALIFORNIA, A CALIFORNIA TAXING AUTH.)
WHITTIER, CA  90601

ROSENTHAL, MONHAIT & GODDESS, PA
ATTN: NORMAN M. MONHAIT, ESQ.
COUNSEL TO GABELLI ENTITIES
919 MARKET STREET, SUITE 1401
PO BOX 1070
WILMINGTON, DE  19899

RUSKIN MASCOU FALTISCHEK, P.C.
ATTN: MICHAEL S. AMATO, ESQ.
(COUNSEL TO ESTHER RHEIN)
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY  11556-1425

RUSKIN MOSCOU FALTISCHEK, P.C.
ATTN: MICHAEL S. AMATO, ESQ.
(COUNSEL TO BARRY AND MARIE GOLDENBERG)
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY  11556-1425

SAUL EWING LLP
ATTN: MARK MINUTI, ESQUIRE
(PROPOSED DELAWARE COUNSEL TO: KENNETH N. KLEE,
THE EXAMINER-DESIGNATE (THE "EXAMINER")
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE  19899

SCHULTE ROTH & ZABEL LLP
LAWRENCE V. GELBER, ESQUIRE
ADAM L. HIRSCH, ESQUIRE
919 THIRD AVENUE
(COUNSEL TO SUTTONBROOK CAPITAL MANAGEMENT LP)
NEW YORK, NY  10022

SECURITIES & EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC  20549

SEITZ, VAN OGTROP & GREEN, P.A.
ATTN: R.KARL HILL, ESQ.
222 DELAWARE AVENUE, STE 1500
PO BOX 68
(COUNSEL TO ABITIBI BOWATER, INC., ABITIBI
CONSOLIDATED SALES CORPORATION, BOWATER, INC.,
DOW JONES & COMPANY)
WILMINGTON, DE  19899

SIDLEY AUSTIN LLP
ATTN: KENNETH P. KANSA ESQ.
(COUNSEL TO THE DEBTORS)
ONE SOUTH DEARBORN
CHICAGO, IL  60603

SIDLEY AUSTIN LLP
JAMES F. CONLAN, ESQ.
BRYAN KRAKAUER, ESQ.
ONE SOUTH DEARBORN STREET
(CO-COUNSEL TO DEBTOR)
CHICAGO, IL  60603

SIDLEY AUSTIN LLP
KEVIN T. LANTRY, ESQ.
555 WEST FIFTH STREET
(CO-COUNSEL TO DEBTOR)
LOS ANGELES, CA  90013

SILVERMAN MCDONALD & FRIEDMAN
ATTN: BRIAN E. LUTNESS, ESQ.
COUNSEL TO MARCIA WILLETTE
GUARDIAN TO ZACHARY MITZKOVITZ
1010 N. BANKCROFT PARKWAY, SUITE 22
WILMINGTON, DE  19805

SIMON PROPERTY GROUP, INC.
ATTN: RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN  46204

SIRLIN GALLOGLY & LESSER, P.C.
DANA S. PLON, ESQ.
123 SOUTH BROAD STREET, SUITE 2100
(COUNSEL TO UNISYS CORPORATIONI)
PHILADELPHIA, PA  19109

STEMPEL BENNETT CLAMAN & HOCHBERG PC
COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD
ATTN EDMOND P O'BRIEN ESQ
675 THIRD AVENUE 31ST FLOOR
NEW YORK, NY  10017

STRADLEY, RONON, STEVENS & YOUNG, LLP
ATTN: ANTRANIG GARIBIAN, ESQ.
1000 N. WEST STREET, SUITE 1278
(COUNSEL TO INVESCO FUNDS; BRIDGEWAY FUNDS;
DELAWARE FUNDS; ABERDEEN FUNDS)
19801
WILMINGTON, DE  19801-1697

STUART MAUE
ATTN: W. ANDREW DALTON
FEE EXAMINER
3840 MCKELVEY RD
ST. LOUIS, MO  63044

SULLIVAN HAZELTINE ALLINSON LLC
ATTN: WILLIAM D. SULLIVAN; ELIHU E. ALLINSON, III
COUNSEL TO WILMINGTON TRUST COMPANY
4 EAST 8TH STREET, SUITE 400
WILMINGTON, DE  19801

SULLIVAN HAZELTINE ALLISON LLC
WILLIAM HAZELTINE, ESQ.
4 EAST 8TH STREET
STE. 400
(COUNSEL TO IVAN J. BATES)
WILMINGTON, DE  19801

TEITELBAUM & BASKIN, LLP
ATTN: JAY TEITELBAUM
3 BARKER AVENUE, THIRD FLOOR
(COUNSEL TO H.BERGMANN; R.ERBURU; K.HORN; R.JANSEN
W.JOHNSON JR; W.NIESE; R.SCHLOSBERG, III;
J.SIMPSON; M.WILLES; E.ZIMBALIST, III)
WHITE PLAINS, NY  10601

THE DSF GROUP
ALLAN I. MUSCOVITZ, SR. ACCOUNTANT
950 WINTER STREET, STE 4300
WALTHAM, MA  02451-1486

THE REIMANN LAW GROUP
ATTN. DAVID W. REIMANN, ESQUIRE
(ATTORNEYS FOR MAJESTIC REALTY CO. YORBA PARK I,
LLC, AND YORBA PARK SUB, LLC)
1960 EAST GRAND AVENUE, SUITE 1165
EL SEGUNDO, CA  90245

THE SEAPORT GROUP LLC
ATTN SCOTT FRIEDBERG
360 MADISON AVENUE 22ND FLOOR
NEW YORK, NY  10017

TOOD M. HOEPKER, ESQ.
(COUNSEL TO : COP-HANGING MOSS, LLC)
POST OFFICE BOX 3311
ORLANDO, FL 32802-3311

TRAVELERS
NATIONAL ACCOUNTS
1 TOWER SQUARE-5MN
HARTFORD, CT  06183-4044

TRESSLER SODERSTORM MALONEY & PRESS, LLP
ATTN. JACQUELINE A. CRISWELL
(COUNSEL TO FISHER PRINTING, INC.)
SEARS TOWER, 22ND FLOOR
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606-6314

TWENTIETH TELEVISION, INC.
ATTN: JODIE REA
(COUNSEL TO: TWENTIETH TELEVISION, INC.)
2121 AVENUE OF THE STARS, SUITE 1754
LOS ANGELES, CA  90067

TYBOUT REDFEARN AND PELL
ATTN. SHERRY RUGGIERO FALLON
(COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST
WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEFORD
MOTOR SERVICE, INC.)
750 SHIPYARD DRIVE, SUITE 400
P.O. BOX 2092
WILMINGTON, DE  19899-2092

U.S. DEPARTMENT OF JUSTICE
ATTN. YONATAN GELBLUM, TRIAL ATTY., TAX DIVISION
555 4TH ST. NW ROOM 6110, P.O. BOX 227
WASHINGTON, DC  20044

UNGARETTI & HARRIS
ATTN. GEORGE R. MESIRES, ESQ.
(COUNSEL TO KTR SOUTH FLORIDA LLC)
3500 THREE FIRST NATIONAL PLAZA
70 WEST MADISON
CHICAGO, IL  60602

UNISYS CORPORATION
ATTN. JANET FITZPATRICK, LEGAL ASSISTANT
UNISYS WAY
P.O. BOX 500, M/S E8-108
BLUE BELL, PA  19424

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
MATTHEW J. TROY, ESQ.
PO BOX 875
WASHINGTON, DC  20004-0875

UNITED STATES DEPARTMENT OF LABOR
OFFICE OF THE SOLICITOR
MICHAEL SCHLOSS; LEONARD GERSON
(COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR)
PLAN BENEFITS SECURITY DIVISION
230 SOUTH DEARBORN STREET
CHICAGO, IL 60604

US ATTORNEY'S OFFICE
ELLEN W. SLIGHTS, ESQ
1201 MARKET ST, SUITE 1100
PO BOX 2046
WILMINGTON, DE 19899-2046

VORYS SATER SEYMOUR & PEASE LLP
ATTN: TIFFANY STRELOW COBB
52 EAST GAY STREET
(COUNSEL TO AOL LLC & RELATED ENTITIES; TURNER
BROADCASTING SYSTEM INC ET AL)
COLUMBUS, OH 43215

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTN: TIFFANY STRELOW COBB
(COUNSEL TO: TURNER BROADCASTING SYSTEM INC ET AL)
52 EAST GAY STREET
COLUMBUS, OH 43215

WARNER BROS. TELEVISION DISTRIBUTION, INC.
ATTN: WAYNE M. SMITH, ESQ.
4000 WARNER BLVD.
BLDG. 156, ROOM 5158
BURBANK, CA 91522

WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L
ATTN: DOUGLAS R. GONZALES, ESQUIRE
COUNSEL TO CITY OF MIRAMAR, FLORIDA & DANIA BEACH
200 EAST BROWARD BOULEVARD, ST. 1900
FORT LAUDERDALE, FL 33301

WHITE & CASE LLP
ATTN: THOMAS E. LAURIA, GERARD H. UZZI, SCOTT
GREISSMAN, ESQS.
(COUNSEL TO: WELLS FARGO BANK, N.A.)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787

WILLKIE FARR & GALLAGHER LLP
ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTAL, ESQ.
(COUNSEL TO PPF OFF TWO PARK AVENUE OWNER, LLC)
787 SEVENTH AVENUE
NEW YORK, NY 10019

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: ANDREW GOLDMAN, ESQ.
(COUNSEL TO: ANGELO GORDON & CO.)
399 PARK AVENUE
NEW YORK, NY 10022

WILMINGTON TRUST COMPANY
ATTN. PATRICK J. HEALY, VICE PRESIDENT
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

WINSTON & STRAWN LLP
ATTN: DAVID NEIER, ESQ.
200 PARK AVENUE
(COUNSEL TO: VALUATION RESEARCH CORPORATION)
NEW YORK, NY 10166

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS.
THE BRADYWINE BUILDING - 17TH FLOOR
1000 WEST STREET, POST OFFICE BOX 391
(COUNSEL TO VARIOUS PARTIES LISTED ON NOA)
WILMINGTON, DE 19899-0391

ZUCKERMAN SPAEDER LLP
GRAEME W. BUSH, ESQ.
JAMES SOTTILE, ESQ.
1800 M STREET, NW, STE 1000
(SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
WASHINGTON, DC 20036

ZUCKERMAN SPAEDER LLP
VIRGINIA WHITEHALL GULDI, ESQ.
1800 M STREET, NW
SUITE 1000
(SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
WASHINGTON, DC 20036-5807

ZWERDLKING PAUL KAHN & WOLLY PC
COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER
GUILD,
LOCAL 32035, TNG-CWA
ATTN ROBERT E PAUL ESQ
1025 CONNECTICUT AVENUE NW SUITE 712
WASHINGTON, DC 20036-5420