## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
|  | Ref. No. 10742 and 10746 |

## NOTICE OF WITHDRAWAL OF NOTICE OF SERVICE

PLEASE TAKE NOTICE that Oaktree Capital Management, L.P., through the undersigned counsel, hereby withdraws the Notice of Service filed at docket no. 10742. The document was filed in error. A corrected Notice of Service appears at docket no. 10746.

Dated:  January 31, 2012

DEWEY & LEBOEUF
Bruce Bennett
James O. Johnston
Joshua M. Mester
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone:  (213) 621-6000
Telecopier:  (213) 621-6100

- and -

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ M. Blake Cleary
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
The Brandywine Building – 17th Floor
1000 West Street, Post Office Box 391
Wilmington, Delaware 19899 0391
Telephone: (302) 571-6600
Telecopier: (302) 571-1253

*Counsel to Oaktree Capital Management, L.P.*