UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: __08-13141__   ● BK   ○ AP
 If AP, related BK Case Number: _____

Title of Order Appealed:
__Order regarding Motions for Reconsideration of the Confirmation Opinion and Order__
  Docket Number: __10532__   Date Entered: __12/29/11__

Item Transmitted:  ● Notice of Appeal          ● Motion for Leave to Appeal
                   ○ Amended Notice of Appeal  ○ Cross Appeal
  Docket Number: __10580, 10592__   Date Filed: __1/10/12__

*Appellant/Cross Appellant:                *Appellee/Cross Appellee
 __The Official Committee of Equity Securit__   __See Attached list__
Counsel for Appellant:                     Counsel for Appellee:
 __SEE ATTACHED LIST__                      __SEE ATTACHED LIST__

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?  ● Yes  ○ No

IFP Motion Filed by Appellant?  ○ Yes  ● No

Have Additional Appeals to the Same Order been Filed?  ○ Yes  ● No
  If so, has District Court assigned a Civil Action Number?  ○ Yes  ○ No  Civil Action # _____

Additional Notes:
_____

__1/31/12__                                 By: __Ken Brown__
Date                                            Deputy Clerk

For Use by U.S. Bankruptcy Court

Bankruptcy Court Appeal (BAP) Number: __Ap# 12-5__
7/6/06

**Appellees:**

**Counsel for Aurelius Capital Management, LP**

ASHBY & GEDDES, P.A.
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue, P.O. Box 1150
Wilmington, DE 19899
302- 654-1888

-and-

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel H. Golden
David Zensky
Philip C. Dublin
Abid Qureshi
Mitchell P. Hurley
One Bryant Park
New York, NY 10036
212-872-1000

**Counsel for Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes**

McCARTER & ENGLISH, LLP
Katharine L. Mayer (I.D. No. 3758)
James J. Freebery IV (I.D. No. 3498)
Renaissance Centre
405 N. King Street
Wilmington, DE 19801
302-984-6300
David J. Adler
245 Park Avenue
New York, NY 10167
212-609-6800

**Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes**

BIFFERATO GENTILOTTI LLC
Garvan F. McDaniel (I.D. No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
302- 429-1900

-and-

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
David S. Rosner
1633 Broadway
New York, New York 10019
212-506-1700

**Counsel for Brigade Capital Management, LLC**

LOIZIDES, P.A.
Christopher D. Loizides (SBN 3968)
1225 King Street, Suite 800
Wilmington, DE 19801
302-654-0248

-and-

STUTMAN TREISTER & GLATT
Issac M. Pachulski (CA SBN 62337)
1901 Avenue of the Stars, #1200
Los Angeles, CA 90067
310-228-5600

**Counsel for Davidson Kempner Capital Management LLC, as investment advisor**

BIFFERATO GENTILOTTI LLC
Garvan F. McDaniel (I.D. No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
302- 429-1900

-and-

SCHULTE ROTH & ZABEL LLP
Adam C. Harris
Karen S. Park
919 Third Avenue
New York, NY 10022
212-756-2000

**Other Interested Parties**

**Counsel for the TM Retirees**

HILLER & ARBAN, LLC
Adam Hiller (I.D. No. 4105)
Brian Arban (I.D. No. 4511)
1500 North French Street, 2nd Floor
Wilmington, DE 19801

-and-

TEITELBAUM & BASKIN, LLP
Jay Teitelbaum
1 Barker Avenue
Third Floor
White Plains, NY 10601
914-437-7670

**Counsel for EGI-TRB LLC**

BLANK ROME LLP
David W. Carickhoff (I.D. No. 3715)
1201 Market Street, Suite 800
Wilmington, DE 19801
302-425-6400

-and-

JENNER & BLOCK LLP
David J. Bradford
Catherine L. Steege
Andrew W. Vail
353 N. Clark Street
Chicago, IL 60654
312-222-9350

**Counsel for the Debtors and Debtors in Possession**

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
302-652-3131

-and-

SIDLEY AUSTIN LLP

James F. Conlan
Bryan Krakauer
Kevin T. Lantry
Jessica C.K. Boelter
One South Dearborn Street
Chicago, Illinois 60603
312-853-7000

**Counsel to the Official Committee of Unsecured Creditors**

LANDIS RATH & COBB LLP
Adam G. Landis (No. 3407)
Daniel B. Rath (No. 3022)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
302-467-4400

- and –

CHADBOURNE & PARKE LLP
Howard Seife
David LeMay
30 Rockefeller Plaza
New York, NY 10112
212-408-5100

**Special Counsel to the Official Committee of Unsecured Creditors**

ZUCKERMAN SPAEDER LLP
Graeme W. Bush
James Sottile
Andrew N. Goldfarb
1800 M Street, NW, Suite 1000
Washington, DC 20036
202-778-1800

**Counsel to JPMorgan Chase Bank, N.A.**

RICHARDS LAYTON & FINGER, P.A.
Mark D. Collins (I.D. No. 2981)
Robert J. Stearn (I.D. No. 2915)
Drew G. Sloan (I.D. No. 5069)
One Rodney Square, 920 N. King Street
Wilmington, DE 19801
302-651-7700

-and-

DAVID POLK & WARDWELL LLP
Donald S. Bernstein
Damian Schaible
450 Lexington Avenue
New York, NY 10017
212-450-4500

**Counsel for Oaktree Capital Management, L.P.**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert S. Brady (I.D. No. 2947)
M. Blake Cleay (I.D. No. 3614)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, DE 19899
302-571-6600

-and-

DEWEY & LEBOEUF LLP
Bruce Bennett
James O. Johnson
Josh M. Mester
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
213-621-6100

**Office of the United States Trustee**

David Klauder
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899
302-573-6491

**Counsel for Certain Directors and Officers**

CONNOLLY BOVE LODGE & HUTZ LLP
Jeffrey C. Wisler
Marc J. Phillips
The Nemours Building
1007 North Orange Street
P.O. Box 2207

Wilmington, DE 19889
302-658-9141

- and –

GRIPPO & ELDEN LLC
George Dougerty
John R. McCambridge
111 South Wacker Drive
Chicago, IL 60606
312-704-7700