**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, et al., | |
| Plaintiff, | Adv. Pro. Nos. Multi-Case (KJC) |
| vs. | |
| See Attached Exhibit A, Defendants. | |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON FEBRUARY 2, 2012 AT 2:30 P.M.
BEFORE THE HONORABLE KEVIN J. CAREY**

Any party who wishes to participate in the hearing via telephone must contact
CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946)
no later than 12:00 p.m. one business day prior to the hearing.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc. f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

## CONTESTED MATTERS GOING FORWARD

1.    Deutsche Bank Trust Company Americas, et al.'s Motion for Order Lifting Stays of State
Law Constructive Fraudulent Conveyance Suits (Filed January 12, 2012) (Docket No.
10594)

Objection Deadline:  January 26, 2012 at 4:00 p.m.

Responses Received:

      (a)    Objection of TM Retirees to Motion to Lift the Stay with Respect to State
Law Constructive Fraud Actions (Filed January 26, 2012) (Docket No.
10718)

      (b)    Joinder of Aurelius Capital Management, LP to Motion for Order Lifting
Stays of State Law Constructive Fraudulent Conveyance Suits (Filed
January 26, 2012) (Docket No. 10722)

      (c)    Response of the Official Committee of Unsecured Creditors to Motion for
Order Lifting Stays of State Law Constructive Fraudulent Conveyance
Suits (Filed January 26, 2012) (Docket No. 10723)

      (d)    Objection of Morgan Stanley & Co. LLC to Motion for Order Lifting
Stays of State Law Constructive Fraudulent Conveyance Suits (Filed
January 26, 2012) (Docket No. 10724)

      (e)    Statement of Merrill Lynch Regarding the Motion for Order Lifting Stay
of State Law Constructive Fraudulent Conveyance Suits (Filed January 26,
2012) (Docket No. 10725)

      (f)    Objection of Certain Directors and Officers to Motion for Order Lifting
Stays of State Law Constructive Fraudulent Conveyance Suits
(January 26, 2012) (Docket No. 10726)

      (g)    Artis Capital Management, L.P., et al.'s Limited Objection to (I) Motion
for Order Lifting Stays of State Law Constructive Fraudulent Conveyance
Suits, and (II) Third Motion of the Official Committee of Unsecured
Creditors to Amend Definition of "Termination Event" in Standing Orders
(January 26, 2012) (Docket No. 10727) (Adv. Pro. No. 10-54010; Docket
No. 420)

      (h)    Debtors' (1) Response to Third Motion of the Official Committee of
Unsecured Creditors to Amend Definition of "Termination Event" in
Standing Orders and (2) Objection to Motion for Order Lifting Stays of
State Law Constructive Fraudulent Conveyance Suits (Filed January 26,
2012) (Docket No. 10728) (Adv. Pro. Nos. Multi-Case; Adv. Multi-Case
Docketing)

46429/0001-8219429v1

(i)     Objection of the Henry Francis Dupont Winterthur Museum, Inc. to the Motion for Order Lifting Stay of State Law Constructive Fraudulent Conveyance Suits (Filed January 26, 2012) (Docket No. 10729)

(j)     Joinder of JPMorgan Chase Bank, N.A. to Debtors' (1) Response to Third Motion of the Official Committee of Unsecured Creditors to Amend Definition of "Termination Event" in Standing Orders and (2) Objection to Motion for Order Lifting Stays of State Law Constructive Fraudulent Conveyance Suits (Filed January 26, 2012) (Docket No. 10730)

(k)     Joinder of Crane Kenney to Objection of Certain Directors and Officers to Motion for Order Lifting Stays of State Law Constructive Fraudulent Conveyance Suits [Docket No. 10726] (Filed January 26, 2012) (Docket No. 10731)

(l)     Deutsche Bank Trust Company Americas, et al.'s Reply (I) in Further Support of Motion for Order Lifting Stays of State Law Constructive Fraudulent Conveyance Suits and (II) in Response to the Objections and Responses of the Debtors and Various Other Parties to the Third Motion of the Official Committee of Unsecured Creditors to Amend Definition of "Termination Event" in Standing Orders (Filed January 30, 2012) (Docket No. 10753)

(m)    Joinder of Certain SLCFC Defendants in Objection of Certain Directors and Officers to Motion for Order Lifting Stays of State Law Constructive Fraudulent Conveyance Suits (Filed January 30, 2012) (Docket No. 10754)

Status:    This matter will be going forward.

2.    Third Motion of the Official Committee of Unsecured Creditors to Amend Definition of "Termination Event" in Standing and Stay Orders (Filed January 17, 2012) (Docket Nos. 10634 and 10635) (Adv. Pro. Nos. Multi-Case; Adv. Multi-Case Docketing)

Objection Deadline: January 26, 2012 at 4:00 p.m.

Responses Received:

(a)     Artis Capital Management, L.P., et al.'s Limited Objection to (I) Motion for Order Lifting Stays of State Law Constructive Fraudulent Conveyance Suits, and (II) Third Motion of the Official Committee of Unsecured Creditors to Amend Definition of "Termination Event" in Standing Orders (January 26, 2012) (Docket No. 10727) (Adv. Pro. No. 10-54010; Docket No. 420)

3

(b)     Debtors' (1) Response to Third Motion of the Official Committee of Unsecured Creditors to Amend Definition of "Termination Event" in Standing Orders and (2) Objection to Motion for Order Lifting Stays of State Law Constructive Fraudulent Conveyance Suits (Filed January 26, 2012) (Docket No. 10728) (Adv. Pro. Nos. Multi-Case; Adv. Multi-Case Docketing)

(c)     Joinder of JPMorgan Chase Bank, N.A. to Debtors' (1) Response to Third Motion of the Official Committee of Unsecured Creditors to Amend Definition of "Termination Event" in Standing Orders and (2) Objection to Motion for Order Lifting Stays of State Law Constructive Fraudulent Conveyance Suits (Filed January 26, 2012) (Docket No. 10730)

(d)     Sam Zell's Limited Objection to the Third Motion of the Official Committee of Unsecured Creditors to Amend Definition of "Termination Event" in Standing Orders (Filed January 26, 2012) (Docket No. 10732)

(e)     Objection of Aurelius Capital Management LP, Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas to Third Motion of the Official Committee of Unsecured Creditors to Extend Stay (Filed January 26, 2012) (Docket No. 10735)

(f)     Deutsche Bank Trust Company Americas, et al.'s Reply (I) in Further Support of Motion for Order Lifting Stays of State Law Constructive Fraudulent Conveyance Suits and (II) in Response to the Objections and Responses of the Debtors and Various Other Parties to the Third Motion of the Official Committee of Unsecured Creditors to Amend Definition of "Termination Event" in Standing Orders (Filed January 30, 2012) (Docket No. 10753)

(g)     Reply of the Official Committee of Unsecured Creditors to Objection of Aurelius Capital Management LP, Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas to Motion to Amend Definition of "Termination Event" in Standing Orders (Filed January 30, 2012) (Docket No. 10755) (Adv. Pro. No. 10-54010; Docket No. 423)

Related Documents:

(a)     Notice of Motion (Filed January 18, 2012) (Docket No. 10636)

46429/0001-8219429v1

Status:        This matter will be going forward.

Dated: January 31, 2012

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By:  _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone:  (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

5