# EXHIBIT A

## TRIBUNE COMPANY, et al.

## SUMMARY OF SERVICES BY PROJECT CATEGORY

### December 1, 2011 through December 31, 2011

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 36.10 | $16,350.50 |
| Committee Meetings | 003 | 64.20 | 44,132.00 |
| Creditor Communications | 004 | 4.40 | 2,735.00 |
| Business Operations | 007 | 18.40 | 13,238.00 |
| Claims Administration/Bar Date | 009 | 1.30 | 782.50 |
| Fee/Retention Applications | 010 | 43.10 | 18,582.50 |
| Avoidance Issues | 013 | 11.10 | 5,381.50 |
| Employee Issues | 014 | 2.90 | 1,943.50 |
| General Litigation | 017 | 2.70 | 1,415.50 |
| Travel | 018 | 13.70 | 4,423.25 |
| Shareholder Claims | 020 | 87.20 | 58,571.00 |
| Plan Litigation | 021 | 399.90 | 285,264.50 |
| **Total** | | **685.00** | **$452,819.75** |

\* Billed at 50% of normal hourly rates.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                                    For Services Through December 31, 2011

Our Matter #19804.002
            BANKRUPTCY GENERAL


12/01/11    D. BAVA            Review and analysis of docket          0.90 hrs.
                               sheets, including Neil district
                               court litigation and Delaware
                               adversary proceedings re: daily
                               case activity (.40); review,
                               revise and finalize case calendar
                               based on current docket entries
                               (.20); post certain materials to
                               Intralinks (.30).

12/02/11    D. BAVA            Review and analysis of docket          0.60 hrs.
                               sheets, including Neil district
                               court litigation and Delaware
                               adversary proceedings re: daily
                               case activity (.40); review,
                               revise and finalize case calendar
                               based on current docket entries
                               (.20).

12/05/11    D. BAVA            Review and analysis of docket          1.10 hrs.
                               sheets, including Neil district
                               court litigation and Delaware
                               adversary proceedings re: daily
                               case activity (.40); review,
                               revise and finalize case calendar
                               based on current docket entries
                               (.20); post certain material to
                               Intralinks (.50).

12/05/11    D. M. LeMAY        Review all the most recent court       1.20 hrs.
                               filings.

12/05/11    D. E. DEUTSCH      Review last week's daily pleading      0.60 hrs.
                               reports, pleadings therein and
                               court calendar (.6).

12/06/11    D. BAVA            Review and analysis of docket          2.30 hrs.
                               sheets, including Neil district
                               court litigation and Delaware
                               adversary proceedings re: daily
                               case activity (.80); review,
                               revise and finalize case calendar
                               based on current docket entries
                               (.40); post certain material to
                               Intralinks (.30); prepare
                               materials for hearing on motions
                               to reconsider and scheduling (.80).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/07/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40); post certain material to Intralinks (.40); continue preparation of materials for hearing on motions to reconsider and scheduling (1.60). | 3.20 hrs. |
| 12/07/11 | D. E. DEUTSCH | Review last two pleading reports, pleadings therein and court calendar (2.1). | 2.10 hrs. |
| 12/08/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40). | 1.20 hrs. |
| 12/08/11 | D. E. DEUTSCH | Review last two daily reports, pleadings therein and court calendar (.4). | 0.40 hrs. |
| 12/09/11 | D. E. DEUTSCH | Exchange e-mails with David LeMay re: various matters related to next week's hearing (.3). | 0.30 hrs. |
| 12/09/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries and filed agenda (.60); post certain material to Intralinks (.60); further preparation of materials for hearing on motions to reconsider and scheduling (1.80). | 3.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 12/12/11 | D. E. DEUTSCH | Review agenda and related materials for tomorrow's Court hearing (.2); e-mail David Bava and David LeMay on same (.2); review last two daily reports, pleadings therein (including balance of Friday filings) and related calendar (1.2); | 1.60 hrs. |
| 12/12/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries and filed amended agenda (.40); preparation of materials for hearing on omnibus hearing (.60). | 1.80 hrs. |
| 12/12/11 | D. M. LeMAY | Review all latest court filings. | 1.20 hrs. |
| 12/15/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40). | 1.20 hrs. |
| 12/16/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 12/19/11 | D. M. LeMAY | Review all latest court filings. | 1.10 hrs. |
| 12/19/11 | D. E. DEUTSCH | Review last three daily reports, pleadings therein and court calendar (.6); | 0.60 hrs. |
| 12/19/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.40); review, revise and finalize case calendar | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       January 29, 2012
435 N. MICHIGAN AVENUE                              Page    4
CHICAGO, IL 60611

|            |               | based on current docket entries (.20). |            |
|------------|---------------|---------------------------------------|------------|
| 12/20/11   | D. BAVA       | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.50). | 1.30 hrs. |
| 12/21/11   | D. BAVA       | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.10). | 0.90 hrs. |
| 12/22/11   | D. BAVA       | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.30). | 0.90 hrs. |
| 12/22/11   | D. E. DEUTSCH | Review this week's pleading reports, pleadings therein and court calendar (.6); discuss various posting follow-up matters with David Bava (.2). | 0.80 hrs. |
| 12/23/11   | D. BAVA       | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.20). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    January 29, 2012
435 N. MICHIGAN AVENUE                           Page   5
CHICAGO, IL 60611

| 12/27/11 | H. LAMB | Review case dockets (.2); prepare daily report of new pleadings filed (.3); prepare updated calendar in accordance with same (.3). | 0.80 hrs. |
| 12/28/11 | H. LAMB | Review case dockets (.2); prepare daily report of new pleadings filed (.3); prepare updated case calendar in accordance with same (.3). | 0.80 hrs. |
| 12/28/11 | J. MARRERO | Review docket and filings relevant to Committee | 0.80 hrs. |
| 12/29/11 | D. M. LeMAY | Review all latest court filings. | 0.80 hrs. |
| 12/29/11 | H. LAMB | Review court dockets (.3); prepare daily report of new pleadings filed (.4); prepare updated case calendar in accordance with same (.3). | 1.00 hrs. |
| 12/30/11 | H. LAMB | Review case dockets (.2); prepare daily report of new pleadings filed (.3); prepare updated case calendar in accordance with same (.3). | 0.80 hrs. |

**Total Fees for Professional Services............. $16,350.50**


TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 4.30 | 3977.50 |
| D. E. DEUTSCH | 745.00 | 6.40 | 4768.00 |
| D. BAVA | 295.00 | 21.20 | 6254.00 |
| H. LAMB | 295.00 | 3.40 | 1003.00 |
| J. MARRERO | 435.00 | .80 | 348.00 |
| TOTALS | | 36.10 | 16350.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     January 29, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                    Page    1

For Services Through December 31, 2011

Our Matter #19804.003
        COMMITTEE MEETINGS

| Date | Person | Description | Hours |
|------|--------|-------------|-------|
| 12/01/11 | D. M. LeMAY | Prepare for (.6) and participate in (.9) telephone Committee meeting. | 1.50 hrs. |
| 12/01/11 | M. ROITMAN | Attend Telephonic Committee Meeting (0.8). | 0.80 hrs. |
| 12/01/11 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero re: Committee meeting matters (.2); prepare for (.3) and participate in pre-meeting with Howard Seife, David LeMay and others re: today's Committee's meeting (.4); participate in this week's Committee meeting (.8). | 1.70 hrs. |
| 12/01/11 | J. MARRERO | Revise Nov 23 meeting minutes (0.4); attend Dec 1 committee meeting and take minutes (0.6); draft Dec 1 meeting minutes (0.8) | 1.80 hrs. |
| 12/01/11 | A. ROSENBLATT | Prepare for (.4) and participate on Committee call (.8). | 1.20 hrs. |
| 12/01/11 | H. SEIFE | Preparation for Committee meeting (.7); participate in telephonic Committee meeting (.9). | 1.60 hrs. |
| 12/02/11 | J. MARRERO | Draft Dec 1 meeting minutes | 1.70 hrs. |
| 12/05/11 | D. E. DEUTSCH | Review, check notes and edit draft agenda for tomorrow's Committee professional meeting (.3); review and make final edits to draft November 22, 2011 minutes (.2). | 0.50 hrs. |
| 12/05/11 | J. MARRERO | Draft agenda for Committee professionals meeting (0.4); revise same (0.3); draft email re: same to C&P team (0.2); draft email to Committee professionals re same (0.2); revise Nov. 23 meeting minutes (0.7). | 1.80 hrs. |
| 12/06/11 | J. MARRERO | Attend Committee professionals meeting (0.7); draft email to Co-Chairs re Committee meeting (0.3); revise Dec 1, 2011 meeting minutes (0.9). | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

January 29, 2012
Page    2

| | | | |
|---|---|---|---|
| 12/06/11 | D. E. DEUTSCH | Prepare for today's Committee professional meeting (.8); participate in same (.7); participate in related internal follow-up meeting (.3); edit memorandum to Committee co-chairs re: this week's matters (.3); review and provide edits to minutes from last week's Committee meeting (.5). | 2.60 hrs. |
| 12/06/11 | T. J. MCCORMACK | Prep for (0.3) and conf. call with professionals on all issues in plan amendment and related matters (0.7). | 1.00 hrs. |
| 12/06/11 | M. D. ASHLEY | Reviewed pleadings, correspondence and research materials in preparation for weekly Committee professionals' meeting (1.0); attended weekly Committee professionals' meeting (.6); team meeting regarding status of confirmation proceedings (.3). | 1.90 hrs. |
| 12/06/11 | M. ROITMAN | Conference call with Committee Professionals (0.7); Confer with C&P team following call (0.4) | 1.10 hrs. |
| 12/06/11 | D. M. LeMAY | Weekly call of Committee Professionals. | 0.60 hrs. |
| 12/06/11 | A. ROSENBLATT | Participate in professional's only call (.7); attend post-call meeting w/Seife, LeMay and team re: MDL issues and related issues (.3). | 1.00 hrs. |
| 12/07/11 | J. MARRERO | Revise Dec 1 meeting minutes (0.4) and draft Intralinks posting re: same (0.1). | 0.50 hrs. |
| 12/12/11 | D. E. DEUTSCH | Review materials from last week's Committee professional meeting (.2); review proposed agenda for this week's Committee professional meeting and send e-mail to Howard Seife on same (.2); | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| 12/12/11 | J. MARRERO | Draft agenda for Committee professionals meeting (0.2); draft email to Committee professionals re: same (0.1), | 0.30 hrs. |
|---|---|---|---|
| 12/14/11 | D. E. DEUTSCH | Review draft agenda (.1) and discuss same and related e-mail notice with Jessica Marraro (.1); Conference with Howard Seife to discuss various matters related to Thursday's Committee meeting (.2); | 0.40 hrs. |
| 12/14/11 | J. MARRERO | Conference with D.Deutsch re: Committee meeting agenda (0.1); draft agenda (0.2); draft email to C&P team re: comments to agenda (0.1); draft email to Committee Co-Chairs re: agenda (0.2); draft Intralinks posting re: same (0.2). | 0.80 hrs. |
| 12/14/11 | H. SEIFE | Preparation for Committee meeting. | 1.30 hrs. |
| 12/15/11 | H. SEIFE | Preparation for Committee meeting (.9); telephonic meeting with Committee (.8). | 1.70 hrs. |
| 12/15/11 | A. ROSENBLATT | Attend Committee meeting (.7); attend post-call meeting with team (.3). | 1.00 hrs. |
| 12/15/11 | M. ROITMAN | Attendance at Creditors' Committee Meeting (0.7); Confer with C&P team after meeting (0.3) | 1.00 hrs. |
| 12/15/11 | D. M. LeMAY | Prepare for (.7) and participate in (.8) telephonic Committee meeting. | 1.50 hrs. |
| 12/15/11 | J. MARRERO | Review meeting materials in preparation for Committee meeting (0.3); attend Committee meeting (0.7); draft meeting minutes (0.4). | 1.40 hrs. |
| 12/15/11 | D. E. DEUTSCH | Prepare for today's Committee meeting (.5); related pre-call discussion with Howard Seife (.2); participate in Committee meeting (.8) and post-meeting discussion with Chadbourne team on action items (.3); | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE                                Page    4
CHICAGO, IL 60611

| 12/16/11 | D. E. DEUTSCH | Exchange e-mails with Zuckerman and Chadbourne team re: presentation to Committee on open matters and related options (.5); | 0.50 hrs. |
|---|---|---|---|
| 12/19/11 | D. E. DEUTSCH | Review, research notes and edit draft agenda (.3); review and edit Committee minutes from last week's meeting (.5); | 0.80 hrs. |
| 12/19/11 | J. MARRERO | Draft agenda for Committee professionals meeting (0.2); draft Dec. 15 meeting minutes (0.6); revise Dec 15 meeting minutes (0.4); draft email to C&P team re: Committee professionals meeting (0.2); draft email to Committee professionals re: same (0.2). | 1.60 hrs. |
| 12/20/11 | D. E. DEUTSCH | Prepare for today's Committee professional meeting (.9); participate in same (.8); review, research related materials and edit agenda for tomorrow's Committee meeting (.3); | 2.00 hrs. |
| 12/20/11 | M. ROITMAN | Conference call with Committee Professionals (0.7). | 0.70 hrs. |
| 12/20/11 | J. MARRERO | Review materials in preparation for Committee professionals meeting (0.2); Attend Committee professionals meeting (0.8); draft agenda for Committee meeting (0.3); revise agenda (0.1); revise Dec 15 meeting minutes and post to Intralinks (0.3). | 1.70 hrs. |
| 12/20/11 | R. J. GAYDA | Prepare for (.4) and participate in committee professionals' call (.9). | 1.30 hrs. |
| 12/20/11 | T. J. MCCORMACK | Participate in prof. meeting (0.9). | 0.90 hrs. |
| 12/20/11 | D. E. DEUTSCH | Final review and editing of last week's Committee minutes (.3); review various e-mails from Committee co-chairs re: tomorrow's Committee meeting (.2). | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 12/20/11 | A. ROSENBLATT | Participate in professional's only call. | 0.80 hrs. |
| 12/20/11 | M. D. ASHLEY | Reviewed pleadings and legal memoranda in preparation for weekly Committee professionals' meeting (.9); attended weekly Committee professionals' meeting (.8). | 1.70 hrs. |
| 12/21/11 | H. SEIFE | Preparation for Committee meeting. | 1.10 hrs. |
| 12/22/11 | H. SEIFE | Preparation for Committee meeting (.7); meeting with Committee (1.3). | 2.00 hrs. |
| 12/22/11 | A. ROSENBLATT | Prepare for (.4) and participate in Committee meeting (1.2). | 1.60 hrs. |
| 12/22/11 | D. E. DEUTSCH | Prepare for presentation at today's Committee meeting (.9); participate in today's Committee meeting (1.3). | 2.20 hrs. |
| 12/22/11 | D. M. LeMAY | Prepare for (.8) and participate in (1.3) telephone meeting of the Committee. | 2.10 hrs. |
| 12/22/11 | M. D. ASHLEY | Reviewed pleadings, correspondence and legal memoranda in preparation for Committee meeting (1.2); attended Committee meeting (1.2). | 2.40 hrs. |
| 12/22/11 | M. ROITMAN | Take detailed minutes of telephonic Committee meeting (1.1) | 1.10 hrs. |
| 12/27/11 | M. ROITMAN | Draft minutes of 12/22/11 Committee meeting (3.8) | 3.80 hrs. |
| 12/28/11 | M. ROITMAN | Revise minutes of 12/22/11 Committee meeting (0.3) | 0.30 hrs. |
| 12/28/11 | J. MARRERO | Review Dec. 22 meeting minutes | 0.30 hrs. |

**Total Fees for Professional Services.............   $44,132.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

January 29, 2012
Page     6

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 5.70 | 5272.50 |
| H. SEIFE | 995.00 | 7.70 | 7661.50 |
| T. J. MCCORMACK | 875.00 | 1.90 | 1662.50 |
| M. D. ASHLEY | 695.00 | 6.00 | 4170.00 |
| A. ROSENBLATT | 745.00 | 5.60 | 4172.00 |
| D. E. DEUTSCH | 745.00 | 13.40 | 9983.00 |
| R. J. GAYDA | 655.00 | 1.30 | 851.50 |
| J. MARRERO | 435.00 | 13.80 | 6003.00 |
| M. ROITMAN | 495.00 | 8.80 | 4356.00 |
| TOTALS | | 64.20 | 44132.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        January 29, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                    Page    1

                               For Services Through December 31, 2011

Our Matter #19804.004
          CREDITOR COMMUNICATIONS


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/01/11 | D. E. DEUTSCH | Review and e-mail Marc Roitman re: follow-up on creditor inquiry (.1). | 0.10 hrs. |
| 12/01/11 | J. MARRERO | Email correspondence with Committee member re: matters addressed at Committee meeting | 0.30 hrs. |
| 12/05/11 | M. ROITMAN | Call with J. Park re: confirmation process (0.1) | 0.10 hrs. |
| 12/12/11 | D. E. DEUTSCH | Exchange e-mails (.2) and hold call with Gabrielle Davis re: Thursday's Committee meeting (.1); | 0.30 hrs. |
| 12/14/11 | D. E. DEUTSCH | Exchange e-mails with Gabrielle Davis re: tomorrow's Committee meeting (.2); | 0.20 hrs. |
| 12/19/11 | M. ROITMAN | Correspond with M. Milano re: confirmation process and allocation disputes (0.8); Meet with D. Deutsch re: same (0.2); Confer with J. Marrero re: letter from individual bondholder (0.1) | 1.10 hrs. |
| 12/19/11 | D. E. DEUTSCH | Call with creditor (AIG, Marc Milano) re: various case matters (.2); | 0.20 hrs. |
| 12/20/11 | D. E. DEUTSCH | Draft e-mail to GE counsel re: update on recent case matters in response to inquiry (.2); | 0.20 hrs. |
| 12/21/11 | D. E. DEUTSCH | Call with Gabrielle Davis re: last week's Committee meeting and other pending matters (.3); call with Damian Schaible re: matter scheduled for tomorrow's Committee meeting (.3). | 0.60 hrs. |
| 12/22/11 | D. E. DEUTSCH | Exchange e-mails (.3) and calls with Bob Paul re: Committee issue (.1). | 0.40 hrs. |
| 12/27/11 | M. ROITMAN | Correspond with A. Schwartz re: Expert Reports and Confirmation Hearing Testimony (0.6) | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            January 29, 2012
435 N. MICHIGAN AVENUE                                  Page    2
CHICAGO, IL 60611


12/28/11   D. E. DEUTSCH       Review and research (.2) and        0.30 hrs.
                               respond to inquiry from counsel to
                               Buena Vista re: next steps on MDL
                               matter (.1).


              **Total Fees for Professional Services.............   $2,735.00**


                          TIMEKEEPER SUMMARY

   Timekeeper's Name              Rate    Hours        Amount

   D. E. DEUTSCH                 745.00    2.30        1713.50
   J. MARRERO                    435.00     .30         130.50
   M. ROITMAN                    495.00    1.80         891.00
                        TOTALS             4.40        2735.00

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1

                              For Services Through December 31, 2011

Our Matter #19804.007
          BUSINESS OPERATIONS


| Date | Attorney | Description | Hours |
|---|---|---|---|
| 12/01/11 | D. E. DEUTSCH | Review e-mail from Brad Hall re: non-Debtor cash matter (.3) and provide initial response to same (.3); exchange related e-mails with David LeMay (.2); review numerous documents re: FCC issues (1.3); exchange e-mails with James Stenger re: same (.3); hold call with Brad Hall re: non-Debtor cash issue (.3). | 2.70 hrs. |
| 12/05/11 | J. A. STENGER | Draft FCC memo regarding foreign ownership issues for FCC exit application processing. | 1.00 hrs. |
| 12/06/11 | D. E. DEUTSCH | Review last week's AlixPartners' business operations report on the Debtors (.3). | 0.30 hrs. |
| 12/07/11 | H. SEIFE | Review of AlixPartners weekly report. | 0.30 hrs. |
| 12/07/11 | D. E. DEUTSCH | Exchange e-mails with Brad Hall re: inquiry on cash treatment issue (.3); Review weekly AlixPartners' business operations report (.3). | 0.60 hrs. |
| 12/09/11 | D. E. DEUTSCH | Exchange e-mails with Brad Hall re: cash allocation issue (.3). | 0.30 hrs. |
| 12/13/11 | D. E. DEUTSCH | Review weekly Moelis report on trading (.2); | 0.20 hrs. |
| 12/13/11 | D. E. DEUTSCH | E-mail Brad Hall re: status of non-Debtor cash treatment (.1); review e-mail and attachment from Brad Hall re: possible sale of Debtor interest in jointly-owned business (.5); | 0.60 hrs. |
| 12/14/11 | D. E. DEUTSCH | Exchange e-mails with Brad Hall re: business update issues for Committee (.2); review weekly Moelis report (.2); | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| 12/14/11 | J. A. STENGER | Review correspondence from JPM counsel regarding FCC alien ownership certification (.5); telephone conference with Tribune counsel regarding same (.7); prepare correspondence to JPM counsel regarding same (1.0); research regarding same (.8). | 3.00 hrs. |
|---|---|---|---|
| 12/14/11 | H. SEIFE | Review of AlixPartners report (.3); review of Moelis report (.2). | 0.50 hrs. |
| 12/15/11 | D. E. DEUTSCH | Review e-mails and attachments from James Stenger re: revised FCC forms (1.1); review memorandum from Brad Hall on cash usage issue (.3); and e-mail Brad Hall on required follow-up related to same (.2); | 1.60 hrs. |
| 12/20/11 | J. MARRERO | Review Debtors' proposed payments to insiders (0.2); draft email to AlixPartners re: same (0.2); review email correspondence with AlixPartners re: same (0.1). | 0.50 hrs. |
| 12/21/11 | D. E. DEUTSCH | Review e-mail and attachments from James Stenger re: various FCC matters (.5). | 0.50 hrs. |
| 12/21/11 | H. SEIFE | Review of AlixPartners weekly report (.3); review of Moelis report (.2). | 0.50 hrs. |
| 12/22/11 | H. SEIFE | Review of AlixPartners memo on joint venture dividends. | 0.30 hrs. |
| 12/22/11 | D. E. DEUTSCH | Review AlixPartners' memorandum on treatment of certain JV interests (.4); discuss same with Brad Hall (.2); call with James Stenger re: various FCC-related matters (.3). | 0.90 hrs. |
| 12/22/11 | J. A. STENGER | Review revised FCC foreign ownership certification form and claim holder designation form (.8) and prepare for conference call regarding same (.7); conference call with FCC counsel regarding same (1.2); telephone conference with D. Deutsch (.3) and prepare correspondence regarding same (.9). | 3.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611


12/28/11   H. SEIFE          Review of AlixPartners weekly          0.30 hrs.
                             report.


         **Total Fees for Professional Services............**   **$13,238.00**


                         TIMEKEEPER SUMMARY

Timekeeper's Name              Rate    Hours        Amount

H. SEIFE                      995.00    1.90        1890.50
J. A. STENGER                 645.00    7.90        5095.50
D. E. DEUTSCH                 745.00    8.10        6034.50
J. MARRERO                    435.00     .50         217.50
                    TOTALS            18.40       13238.00

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                                   For Services Through December 31, 2011

Our Matter #19804.009
          CLAIMS ADMINISTRATION/BAR DATE


| | | | |
|---|---|---|---|
| 12/01/11 | J. MARRERO | Email correspondence with D.Deutsch re: 49th omnibus objection | 0.10 hrs. |
| 12/02/11 | J. MARRERO | Conference with Y.Yoo re: entitlement to post-petition interest in re: EGI-TRB Notes | 0.10 hrs. |
| 12/03/11 | D. E. DEUTSCH | Review draft memorandum to Committee on claim and retention issue (.3); e-mail Jessica Marrero re: proposed modifications to same (.2). | 0.50 hrs. |
| 12/12/11 | J. MARRERO | Review response re: Parker claim | 0.30 hrs. |
| 12/15/11 | D. E. DEUTSCH | Exchange e-mails with Andrew Goldfarb and team re: Sandleman claim matter (.2); | 0.20 hrs. |
| 12/19/11 | J. MARRERO | Conference with M.Roitman re: question from W.Lavigno re: claim | 0.10 hrs. |


          **Total Fees for Professional Services..............     $782.50**



                    TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | .70 | 521.50 |
| J. MARRERO | 435.00 | .60 | 261.00 |
| TOTALS | | 1.30 | 782.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                                For Services Through December 31, 2011

Our Matter #19804.010
            FEE/RETENTION APPLICATIONS


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/02/11 | H. LAMB | Begin comprehensive review of billing proformas/daily time detail in preparation of November fee application. | 4.40 hrs. |
| 12/02/11 | J. MARRERO | Follow up conference with D.Deutsch re: new SNR Denton Application (0.1); draft professional fee report (0.4). | 0.50 hrs. |
| 12/03/11 | J. MARRERO | Revise memo to Committee re: SNR Denton retention (0.8); draft posting to Committee re same (0.2). | 1.00 hrs. |
| 12/03/11 | H. LAMB | Continue review of billing proformas/daily time detail in preparation of November fee application. | 3.30 hrs. |
| 12/05/11 | H. LAMB | Continue to review billing proformas/daily time detail in preparation of November fee application. | 2.80 hrs. |
| 12/05/11 | H. LAMB | Review proposed omnibus fee order re C&P and Committee member approved fees and expenses in connection with 12/13 hearing on same (.7); respond to P.Ratkowiak with correct numbers (.2). | 0.90 hrs. |
| 12/05/11 | J. MARRERO | Draft ordinary course professionals report. | 1.10 hrs. |
| 12/07/11 | D. E. DEUTSCH | Review weekly professional fee report (.2); review weekly ordinary course professional report (.4). | 0.60 hrs. |
| 12/07/11 | H. LAMB | Begin to research and prepare work description summaries for November fee application. | 2.40 hrs. |
| 12/09/11 | H. LAMB | Continue to research and prepare work description summaries for monthly fee application. | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            January 29, 2012
435 N. MICHIGAN AVENUE                                  Page    2
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/09/11 | H. LAMB | Review of expenses incurred during fee period (.7); follow up research on certain items to clarify (.9). | 1.60 hrs. |
| 12/11/11 | H. LAMB | Further research and preparation of work description summaries for November fee application. | 2.20 hrs. |
| 12/12/11 | D. E. DEUTSCH | Review e-mail from Fee Examiner (.1); review related file/materials (.3); call with Fee Examiner re: same (.4); e-mail Fee Examiner re: same (.1); | 0.90 hrs. |
| 12/12/11 | J. MARRERO | Prepare weekly ordinary course professionals report. | 0.30 hrs. |
| 12/13/11 | D. E. DEUTSCH | Begin review of November time detail (1.3); | 1.30 hrs. |
| 12/14/11 | D. E. DEUTSCH | Complete review and editing of November fee detail (2.2); discuss follow-up items thereon with Helen Lamb (.2); review weekly professional fee application report (.2); review weekly ordinary course professional fee report (.3); | 2.90 hrs. |
| 12/15/11 | M. ROITMAN | Revise fee application descriptive entry (0.4); Correspond with D. Bava re: 11th Quarterly Fee Summary (0.2) | 0.60 hrs. |
| 12/19/11 | J. MARRERO | Draft weekly ordinary course professionals report (0.3) and professional fee report (0.3). | 0.60 hrs. |
| 12/19/11 | M. ROITMAN | Draft insert for 35th Monthly Fee Application re: Plan Litigation Matters (1.1) | 1.10 hrs. |
| 12/19/11 | H. LAMB | Finalize draft of November fee application. | 1.20 hrs. |
| 12/20/11 | D. E. DEUTSCH | Review draft fee application and edit same (1.4); review draft memorandum to Committee re: D&O attorney fees (.3) and edit same (.2). | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        January 29, 2012
435 N. MICHIGAN AVENUE                               Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 12/21/11 | H. LAMB | Review, revise and finalize for filing November fee application in accordance with D.Deutsch comments. | 1.30 hrs. |
| 12/22/11 | M. ROITMAN | Correspond with H. Lamb and D. Bava re: 11th Quarterly Fee Summary (0.4); Correspond with H. Lamb re: memorandum on 2012 Fiscal Year Committee Professional Billing Rates (0.5) | 0.90 hrs. |
| 12/22/11 | D. BAVA | Prepare and revise 11th quarterly professional fee summary (2.20). | 2.20 hrs. |
| 12/22/11 | D. E. DEUTSCH | Exchange e-mails with Howard Seife re: billing issue to raise with Committee (.2); discuss same with Helen Lamb (.1); e-mail Committee professionals re: updating fee report data for Committee (.3); review and revise draft report to the Committee on same (.6); draft related posting note (.2). | 1.40 hrs. |
| 12/23/11 | D. E. DEUTSCH | Call (.2) and e-mail with Alan Holtz re: Committee fee procedures issue (.1). | 0.30 hrs. |
| 12/28/11 | J. MARRERO | Update ordinary course professionals report. | 0.70 hrs. |
| 12/29/11 | J. MARRERO | Review Debtors 5th Supplemental Application re: E&Y (0.5); draft memo to Committee re: same (0.6) | 1.10 hrs. |
| 12/30/11 | J. MARRERO | Draft posting to Committee re: E&Y Retention Application (0.4); Draft ordinary course professionals report (0.7); Draft Professional Fee Report (0.3) | 1.40 hrs. |
| 12/30/11 | D. E. DEUTSCH | Review motion re: E&Y retention (.2) and review and edit related memorandum to Committee (.2); exchange related e-mails with Jessica Marrero (.1). | 0.50 hrs. |

**Total Fees for Professional Services.............. $18,582.50**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 9.80 | 7301.00 |
| D. BAVA | 295.00 | 2.20 | 649.00 |
| H. LAMB | 295.00 | 21.80 | 6431.00 |
| J. MARRERO | 435.00 | 6.70 | 2914.50 |
| M. ROITMAN | 495.00 | 2.60 | 1287.00 |
| TOTALS | | 43.10 | 18582.50 |