TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         January 29, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                     Page    1


                              For Services Through December 31, 2011

Our Matter #19804.013
            AVOIDANCE ISSUES


| | | | |
|---|---|---|---|
| 12/01/11 | D. E. DEUTSCH | Review analysis from Jessica Marrero re: dismissal of preference lawsuit against alleged non-insider (.3); conference with Jessica Marrero re: next steps on same (.1). | 0.40 hrs. |
| 12/01/11 | J. MARRERO | Review email correspondence re: certain officer preference action (0.3); conference with D.Deutsch re: same (0.1); research re: "insider" status in re: preference action (2.1). | 2.50 hrs. |
| 12/02/11 | J. MARRERO | Research and draft memo to Committee re: other preference action. | 3.60 hrs. |
| 12/05/11 | J. MARRERO | Draft memo re: officer preference action (0.6); email correspondence with Debtors counsel re same (0.1). | 0.70 hrs. |
| 12/06/11 | D. E. DEUTSCH | Review e-mails to Kevin Lantry from Jessica Marrero re: dismissal of certain insider actions against alleged officers (.2); e-mail Jessica Marrero re: additional request on information related to same (.1). | 0.30 hrs. |
| 12/06/11 | M. ROITMAN | Conference call with C&P and Zuckerman teams re: Motion to Extend Termination Date of Stay of Avoidance Actions (0.5) | 0.50 hrs. |
| 12/06/11 | J. MARRERO | Call with Debtors' counsel re: certain officer preference action. | 0.30 hrs. |
| 12/09/11 | Y. YOO | Corresponded by email with special counsel, Andrew Goldfarb, and local counsel, Rick Cobb, re: tolling agreements with debtors' professionals (.4). | 0.40 hrs. |
| 12/12/11 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero re: employee issue (.2); | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        January 29, 2012
435 N. MICHIGAN AVENUE                               Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 12/14/11 | D. E. DEUTSCH | Call with Jessica Marrero to discuss analysis/research on possible dismissal of claim against former employee (.2); | 0.20 hrs. |
| 12/14/11 | J. MARRERO | Conference with Debtors' counsel re: preference matter (0.2); Conference with D.Deutsch re: same (0.1) | 0.30 hrs. |
| 12/14/11 | Y. YOO | Discussed professionals' tolling agreements with Douglas Deutsch (.1); corresponded by email with special counsel, James Sottile and Andrew Goldfarb, and local counsel, Rick Cobb, re: same (.2). | 0.30 hrs. |
| 12/15/11 | Y. YOO | Corresponded by email with Douglas Deutsch re: motion to dismiss insider preference actions (.1); corresponded by email with special counsel, Andrew Goldfarb, re: same (.2). | 0.30 hrs. |
| 12/15/11 | J. MARRERO | Review Litigation Report required by March 29, 2011 Comfort Order (0.2); call with Debtors' counsel re: preference action against certain officer (0.1). | 0.30 hrs. |
| 12/16/11 | Y. YOO | Corresponded by email with AlixPartners, Albert Leung, re: status update on amended tolling agreements with Debtors' Professionals (.1). | 0.10 hrs. |
| 12/19/11 | J. MARRERO | Review Debtors' motion to extend the stay re: avoidance actions and draft email re: same to D.Deutsch (0.4) | 0.40 hrs. |
| 12/27/11 | Y. YOO | Corresponded by email with client, Wayne Smith, re: executing amended tolling agreements with Debtors' Professionals (.2); corresponded by email with special counsel, Andrew Goldfarb, re: same (.1). | 0.30 hrs. |

Total Fees for Professional Services..............    $5,381.50

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    January 29, 2012
435 N. MICHIGAN AVENUE                           Page    3
CHICAGO, IL 60611

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 1.10 | 819.50 |
| J. MARRERO | 435.00 | 8.10 | 3523.50 |
| M. ROITMAN | 495.00 | .50 | 247.50 |
| Y. YOO | 565.00 | 1.40 | 791.00 |
| TOTALS | | 11.10 | 5381.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                                For Services Through December 31, 2011

    Our Matter #19804.014
             EMPLOYEE ISSUES


| | | | |
|---|---|---|---|
| 12/05/11 | D. E. DEUTSCH | Discuss multiple employee claim and other matters with Kevin Lantry (.3); discuss next steps on employee claim dismissal with Jessica Marrero (.1); | 0.40 hrs. |
| 12/15/11 | D. E. DEUTSCH | Call with Joe Frank re: various employee-related case matters (.3); | 0.30 hrs. |
| 12/16/11 | D. E. DEUTSCH | Call with Kevin Lantry re: multiple employee-related and other matters (.5); draft note to file on same (.2). | 0.70 hrs. |
| 12/20/11 | D. E. DEUTSCH | Exchange e-mails with Jess Marrero re: termination of certain employees (.2); review related materials to/from Brad Hall et al. (AlixPartners) (.2); additional e-mails with Jessica Marrero re: presentation to Committee on same (.1); | 0.50 hrs. |
| 12/20/11 | D. E. DEUTSCH | Review and edit draft memorandum to Committee on termination of certain employees (.3). | 0.30 hrs. |
| 12/20/11 | J. MARRERO | Draft memo to the Committee re: severance agreements of certain employees (0.7). | 0.70 hrs. |


          Total Fees for Professional Services.............   $1,943.50



                          TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 2.20 | 1639.00 |
| J. MARRERO | 435.00 | .70 | 304.50 |
| TOTALS | | 2.90 | 1943.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                              For Services Through December 31, 2011

Our Matter #19804.017
            GENERAL LITIGATION


| 12/06/11 | M. ROITMAN | Review dockets in Neil and Beatty adversary proceedings (0.1); correspond with D. Deutsch re: same (0.1) | 0.20 hrs. |
| 12/12/11 | M. ROITMAN | Review dockets in Neil and Beatty adversary proceedings (0.2) | 0.20 hrs. |
| 12/15/11 | D. E. DEUTSCH | Review report from Pat Nash re: submissions on D&O insurance (.2); e-mail Howard Seife and litigation team re: same and related analysis (.2); discuss drafting memorandum to Committee re: same with Jessica Marrero (.3); | 0.70 hrs. |
| 12/19/11 | J. MARRERO | Draft memo to the Committee re: D&O Report | 1.10 hrs. |
| 12/20/11 | J. MARRERO | Revise memorandum re: D&O defense costs (0.4); draft Intralinks posting re: same (0.1). | 0.50 hrs. |


            Total Fees for Professional Services.............    $1,415.50



                        TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | .70 | 521.50 |
| J. MARRERO | 435.00 | 1.60 | 696.00 |
| M. ROITMAN | 495.00 | .40 | 198.00 |
| TOTALS | | 2.70 | 1415.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1


                                For Services Through December 31, 2011

Our Matter #19804.018
            TRAVEL


| | | | |
|---|---|---|---|
| 12/02/11 | M. ROITMAN | Non-working travel from Savannah to New York for hearing before Judicial Panel on Multidistrict Litigation (4.5). | 4.50 hrs. |
| 12/13/11 | M. ROITMAN | Non-working travel from New York to Wilmington for Bankruptcy Court hearing (1.5). | 1.50 hrs. |
| 12/13/11 | A. ROSENBLATT | Non-working travel from NY to Wilmington for Bankruptcy Court hearing. | 1.50 hrs. |
| 12/14/11 | A. ROSENBLATT | Non-working travel from Wilmington to NY returning from Bankruptcy Court hearing. | 1.60 hrs. |
| 12/14/11 | M. ROITMAN | Non-working travel from Wilmington to New York returning from Bankruptcy Court hearing (1.6). | 1.60 hrs. |
| 12/14/11 | D. M. LeMAY | Non-working return travel to/from NYC from Bankruptcy Court hearing in Wilmington. | 3.00 hrs. |


       **Total Fees for Professional Services.............  $8,846.50**



                        TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 3.00 | 2775.00 |
| A. ROSENBLATT | 745.00 | 3.10 | 2309.50 |
| M. ROITMAN | 495.00 | 7.60 | 3762.00 |
| TOTALS | | 13.70 | 8846.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                                    For Services Through December 31, 2011

Our Matter #19804.020
          SHAREHOLDER CLAIMS


| 12/01/11 | M. ROITMAN | Attend hearing before Judicial Panel on Multidistrict Litigation re: Tribune Fraudulent Conveyance Litigation (2.3); Draft email memorandum re: MDL hearing (1.1) | 3.40 hrs. |
|---|---|---|---|
| 12/01/11 | M. D. ASHLEY | Reviewed summary of MDL hearing and related pleadings. | 0.80 hrs. |
| 12/01/11 | H. SEIFE | Review of report on MDL litigation. | 0.30 hrs. |
| 12/01/11 | T. J. MCCORMACK | Review status report on MDL hearing (0.4). | 0.40 hrs. |
| 12/02/11 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.20). | 0.20 hrs. |
| 12/05/11 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (1.60). | 1.60 hrs. |
| 12/05/11 | M. D. ASHLEY | Reviewed and revised draft Commmittee memorandum regarding shareholder action recovery threshold (.7); reviewed related pleadings and correspondence (.9); emails with A. Goldfarb regarding draft Committee memo (.2); emails with Zuckerman regarding shareholder action stay (.2); reviewed related materials (.7). | 2.70 hrs. |
| 12/05/11 | T. J. MCCORMACK | Analysis of options regarding appropriate threshold for shareholder stock value for potential recoveries (0.8); review Zuckerman draft memorandum re: same (0.3) and Committee decision on same (0.3); t/c Zuckerman re: same (0.2); review submissions in MDL matter (0.3). | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

January 29, 2012
Page    2

| | | | |
|---|---|---|---|
| 12/06/11 | M. D. ASHLEY | Conference call with J. Sottile, T. McCormack, A. Rosenblatt, regarding shareholder action litigation stay and MDL proceedings (.5); reviewed related pleadings and research materials (1.1). | 1.60 hrs. |
| 12/06/11 | D. M. LeMAY | Call with Zuckerman regarding continuation of litigation stay. | 0.60 hrs. |
| 12/06/11 | D. E. DEUTSCH | Exchange e-mails with Andrew Goldfarb and James Sottile re: possible dismissal of certain actions in Fitzsimmons lawsuit (.4). | 0.40 hrs. |
| 12/07/11 | D. E. DEUTSCH | Call with Kevin Lantry re: dismissal of certain lawsuits under threshold amounts and possible plan related to same (.3); draft memo to file on same (.2); review weekly SLFC claims report (.4). | 0.90 hrs. |
| 12/07/11 | M. ROITMAN | Review filings in state law constructive fraudulent conveyance actions and revise report on same (1.1) | 1.10 hrs. |
| 12/08/11 | M. D. ASHLEY | Reviewed pleadings and correspondence relating to status of shareholder action (1.9); revised draft Committee certification of counsel and proposed order relating to shareholder action stay (.8); emails with Zuckerman regarding draft pleadings (.2). | 2.90 hrs. |
| 12/08/11 | T. J. MCCORMACK | Review draft of memo to Committee on shareholder stay action (0.3) and confer M. Ashley re: same (0.2); review issues on current shareholder action, including level of stock sale for proceeding on claims (0.8). | 1.30 hrs. |
| 12/09/11 | T. J. MCCORMACK | Review stay motion (0.2). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/12/11 | M. ROITMAN | Review filings in state law constructive fraudulent conveyance actions and revise report on same (0.6) | 0.60 hrs. |
| 12/12/11 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (1.60). | 1.60 hrs. |
| 12/12/11 | D. E. DEUTSCH | Review and mark-up draft memorandum to Committee re: dismissal/non-pursuit of certain lawsuits below an established threshold (.8); conference call with Andrew Goldfarb re: same (.3); | 1.10 hrs. |
| 12/14/11 | D. E. DEUTSCH | Review updated weekly state law fruadulent conveyance report (.3); | 0.30 hrs. |
| 12/14/11 | M. D. ASHLEY | Reviewed factual materials and pleadings relating to status of FitzSimons action (1.4). | 1.40 hrs. |
| 12/14/11 | T. J. MCCORMACK | T/c Zuckerman re: MDL issues and FitzSimons action (0.4); review options on limits of class to holdings of Tribune stock (0.5); discuss status of same with Ashley (0.2). | 1.10 hrs. |
| 12/16/11 | T. J. MCCORMACK | Review Zuckerman draft of motion to dismiss certain shareholders depending on size of LBO payments (0.5); comments to Zuckerman re: same (0.2); confer M. Ashley re: timing (0.1); review Zuckerman memo to Committee on motion (0.2). | 1.00 hrs. |
| 12/16/11 | M. D. ASHLEY | Reviewed factual materials and pleadings relating to status of FitzSimons action (1.1); emails with D. Deutsch, A. Goldfarb regarding motion to dismiss certain claims in FitzSimons action (.3). | 1.40 hrs. |
| 12/16/11 | D. E. DEUTSCH | Review and edit Zuckerman draft motion to dismiss certain claims (.9); conference call w. Goldfarb to discuss same (.2); | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611


| 12/16/11 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.40). | 0.40 hrs. |
|---|---|---|---|
| 12/18/11 | M. D. ASHLEY | Reviewed pleadings and factual materials relating to status of FitzSimons shareholder action (1.3). | 1.30 hrs. |
| 12/19/11 | H. SEIFE | Review draft motion to dismiss (.8); review memo to Committee regarding same (.4). | 1.20 hrs. |
| 12/19/11 | T. J. MCCORMACK | Review MDL panel Order on consolidation (0.3); review drafts and correspondence re: FitzSimons motions and status of procedural issues (0.4); comments to M. Ashley on Zuckerman draft of motion to dismiss certain shareholders and memo to Committee (0.5). | 1.20 hrs. |
| 12/19/11 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (1.80). | 1.80 hrs. |
| 12/19/11 | M. D. ASHLEY | Reviewed pleadings and correspondence relating to status of FitzSimons shareholder action (1.4); reviewed draft Committee memo regarding dismissal of certain claims in FitzSimons action (.3); reviewed and revised draft motion to dismiss certain FitzSimons claims (1.4); emails with Zuckerman regarding same (.2); reviewed MDL Panel consolidation order and related materials (.9). | 4.20 hrs. |
| 12/19/11 | M. ROITMAN | Review Judicial Panel on Multidistrict Litigation Transfer Order (0.2) | 0.20 hrs. |
| 12/19/11 | D. E. DEUTSCH | Exchange e-mails with Andrew Goldfarb re: next steps on dismissal motion (.2); review Debtors' motion re: extension of termination date (.3); exchange | 2.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

|            |                  | e-mails with Jess Marrero re: required follow-up with Committee on same (.2); review and revise draft motion to dismiss various adversary actions (.6); review and revise memorandum on same (1.0); related call with Andrew Goldfarb (.2); |            |
|------------|------------------|------|------------|
| 12/20/11   | D. E. DEUTSCH    | Review MDL decision (.3); call with Marc Roitman re: next steps related to same (.2); call with James Sottile re: Committee presentation on dismissal of certain Fitzsimons suits and related next steps (.3); review memorandum on MDL decision for Committee and edit same (.3); second call with James Sottile re: presentation to Committee on certain MDL matters and certain Fitzsimons lawsuit matters (.4); exchange e-mails with Marc Roitman re: another MDL matter (.2); e-mail James Sottile, David LeMay and others re: agenda for tomorrow's team meeting on litigation matters (.2). | 1.90 hrs. |
| 12/20/11   | M. ROITMAN       | Draft email to Committee re: MDL Transfer Order (0.9); correspond with D. Deutsch re: same (0.1); | 1.00 hrs. |
| 12/20/11   | H. SEIFE         | Conference with Zuckerman regarding FitzSimon lawsuit and MDL issues (.4). | 0.40 hrs. |
| 12/20/11   | M. D. ASHLEY     | Reviewed memorandum, brief and factual materials relating to dismissal of claims in FitzSimons shareholder action (1.6); emails with Zuckerman regarding same (.2). | 1.80 hrs. |
| 12/20/11   | T. J. MCCORMACK  | Review revised drafts of motion to dismiss (0.4) and Committee memo on shareholder suit thresholds (0.3). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        January 29, 2012
435 N. MICHIGAN AVENUE                               Page   6
CHICAGO, IL 60611


| 12/21/11 | T. J. MCCORMACK | Review Zell complaints seeking fraudulant conveyance recoveries (1.0); confer M. Ashley re: same (0.3); e-mails with DE counsel re: issues on stay of prosecution of FitzSimons case (0.3) and confer M. Ashley re: same (0.2). | 1.80 hrs. |
|---|---|---|---|
| 12/21/11 | H. SEIFE | Review of Zell complaints. | 0.80 hrs. |
| 12/21/11 | M. D. ASHLEY | Conference call with D. LeMay, D. Deutsch, Zuckerman and Landis Rath regarding litigation issues and upcoming Committee meeting (.7); reviewed related pleadings and legal memoranda (1.2). | 1.90 hrs. |
| 12/21/11 | M. D. ASHLEY | Reviewed EGI shareholder complaints and related pleadings and factual materials (1.7); conference with T. McCormack regarding same (.2); reviewed draft email to Committee regarding EGI complaints (.2); emails with Zuckerman and Landis Rath regarding shareholder action litigation stay (.7); reviewed factual and legal research materials relating to MDL proceedings (1.2); emails with R. Kirby regarding related legal research (.2). | 4.20 hrs. |
| 12/21/11 | F. VAZQUEZ | Review complaint filed by Zell (.8); email to/from Ashley re same (.4). | 1.20 hrs. |
| 12/21/11 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity to determine if consolidation order had been filed in all proceedings (1.40). | 1.40 hrs. |
| 12/21/11 | M. ROITMAN | Draft email to Committee re: EGI Fraudulent Conveyance Complaints (0.8); Correspond with D. Deutsch and M. Ashley re: same (0.3); Meeting with Committee Professionals re: state law fraudulent conveyance actions and FitzSimons action (0.8); Review | 3.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE                                 Page    7
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | filings in state law constructive fraudulent conveyance actions and revise report on same (1.2) |  |
| 12/21/11 | D. E. DEUTSCH | Exchange e-mails with James Sottile, Marc Ashley and others re: new litigation against shareholders (.4); exchange e-mails with Marc Ashley re: related action items (.3); exchange e-mails with Marc Roitman re: MDL lawsuit matters (.2); prepare for (.4) and participate in call with Zuckerman team, Dan Rath and Chadbourne litigation team re: overlapping MDL/Fitzsimmons issues (.8); exchange additional call (.1) and e-mail with Jim Sottile on same (.1). | 2.30 hrs. |
| 12/21/11 | D. M. LeMAY | Prepare for (.5) and participate in (.8) C&P litigation team meeting regarding MDL issues and implications for Fitzsimmons litigation. | 1.30 hrs. |
| 12/22/11 | D. M. LeMAY | Further review and revisions to draft unfair discrimination argument. | 2.30 hrs. |
| 12/22/11 | D. E. DEUTSCH | Call with James Sottile re: follow-up for Committee on threshold dismissal issue (.2). | 0.20 hrs. |
| 12/22/11 | M. ROITMAN | Correspond with A. Goldfarb and D. Bava re: service extension motion (0.5) | 0.50 hrs. |
| 12/22/11 | M. D. ASHLEY | Reviewed materials relating to Zell lawsuits and shareholder action stay issues (1.2); emails with J. Sottile regarding dismissal of shareholder action claims (.2). | 1.40 hrs. |
| 12/22/11 | H. SEIFE | Review email on Aurelius position on motion. | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE                                 Page    8
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 12/22/11 | T. J. MCCORMACK | Review Aurelius position on shareholder threshold for FitzSimons case (0.3) and confer w/Zuckerman re: same (0.2). | 0.50 hrs. |
| 12/27/11 | M. ROITMAN | Review filings in state law constructive fraudulent conveyance actions and revise report on same (3.1) | 3.10 hrs. |
| 12/28/11 | R. M. KIRBY | Research concerning multidistrict litigation panel procedures, as per M. Ashley. | 7.80 hrs. |
| 12/29/11 | M. ROITMAN | Review Conditional Transfer Orders and recent filings in MDL proceeding (0.4) | 0.40 hrs. |
| 12/29/11 | H. SEIFE | Review of MDL panel order. | 0.30 hrs. |
| 12/29/11 | T. J. MCCORMACK | Review conditional transfer order from MDL panel (0.3);analysis of issues re: objection and options (0.4); t/c Zuckerman re: same (0.2). | 0.90 hrs. |
| 12/29/11 | M. D. ASHLEY | Meeting with R. Kirby regarding issues relating to MDL consolidation of shareholder actions (.2); reviewed pleadings and legal research materials relating to MDL panel's conditional transfer order (1.6); emails with R. Kirby, M. Roitman, J. Sottile regarding same (.4). | 2.20 hrs. |
| 12/30/11 | J. MARRERO | Review MDL Conditional Transfer Order (0.2) and email correspondence with team re: same (0.2); Draft posting to Committee re: same (0.4) | 0.80 hrs. |

**Total Fees for Professional Services.............   $58,571.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE                                  Page    9
CHICAGO, IL 60611

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 4.20 | 3885.00 |
| H. SEIFE | 995.00 | 3.30 | 3283.50 |
| T. J. MCCORMACK | 875.00 | 11.00 | 9625.00 |
| M. D. ASHLEY | 695.00 | 27.80 | 19321.00 |
| D. E. DEUTSCH | 745.00 | 10.70 | 7971.50 |
| F. VAZQUEZ | 665.00 | 1.20 | 798.00 |
| D. BAVA | 295.00 | 7.00 | 2065.00 |
| R. M. KIRBY | 595.00 | 7.80 | 4641.00 |
| J. MARRERO | 435.00 | .80 | 348.00 |
| M. ROITMAN | 495.00 | 13.40 | 6633.00 |
| TOTALS | | 87.20 | 58571.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through December 31, 2011

Our Matter #19804.021
          PLAN LITIGATION


| 12/01/11 | M. DISTEFANO | Revised memo re: appeals (5.3) | 5.30 hrs. |
|---|---|---|---|
| 12/01/11 | Y. YOO | Researched issue re: contractual interpretation of subordination provisions in indentures (3.5); continued drafting and revising memorandum re: PHONES and EGI-TRB Note subordination issues (.8); corresponded by email with David LeMay re: same (.2); discussed same with Andrew Rosenblatt (.2); corresponded by email with Jessica Marrero re: contractual interpretation of PHONES subordination (.3). | 5.00 hrs. |
| 12/01/11 | M. ROITMAN | Call with A. Rosenblatt re: Moelis analysis of unfair discrimination allocation dispute (0.3); Correspond with Moelis team re: same (0.2); Review draft objection to Noteholder Plan Proponents' Motion for Reconsideration (0.9); correspond with A. Rosenblatt re: same (0.2); Call with P. Kim re: proposed response to unfair discrimination objection (0.3) | 1.90 hrs. |
| 12/01/11 | D. M. LeMAY | Review draft Objection to Reconsideration Motion. | 0.60 hrs. |
| 12/01/11 | D. E. DEUTSCH | Preliminary review of memorandum on appeal issues (.9); provide initial comments on same (.2); exchange e-mails with litigation team re: discovery database issues (.3). | 1.40 hrs. |
| 12/01/11 | M. D. ASHLEY | Emails with T. McCormack regarding status of confirmation proceedings (.2); reviewed materials relating to status of confirmation proceedings (1.0); reviewed draft DCL opposition to Noteholders' reconsideration motion and related materials (1.9); emails with J. Sottile regarding same (.1); revised draft allocation dispute | 4.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | scheduling order (.5) and reviewed related materials (.3); emails with M. Roitman regarding allocation dispute discovery issues (.2); emails with team regarding confirmation discovery database (.3) |  |
| 12/01/11 | J. MARRERO | Review draft objection to Noteholder motion for reconsideration (0.6) Draft posting to Committee re: draft objection to Noteholder motion for reconsideration (0.3); revise same (0.1) | 1.00 hrs. |
| 12/01/11 | J. MARRERO | Email correspondence with Y.Yoo re: PHONES subordination and related documents (.4); conference with Y.Yoo re: same (.1). | 0.50 hrs. |
| 12/01/11 | A. ROSENBLATT | Review brief in opposition to Noteholder motion for reconsideration and provide comments to same (.9); review proposed allocation dispute scheduling order and provide comments to same (.6); call with Ashley re: proposed allocation dispute scheduling order (.4); review revised unfair discrimination argument draft sent from Roitman (.5); review status update on MDL proceeding in Savanna (.2); review Roitman summary of MDL proceeding (.2); emails with Roitman re: Moelis latest quantitative analysis re: unfair discrimination issue (.3); review Moelis quantitative analysis (.8); review posting to Committee of reconsideration objection (.3); review DiStefano email and article re: bankruptcy appeals and court's divestiture/retention of jurisdiction (.5); emails with DCL Plan proponents re: comments to allocation dispute scheduling order and related issues (.3); meeting with LeMay re: Committee position on reconsideration | 5.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                  January 29, 2012
435 N. MICHIGAN AVENUE                                        Page    3
CHICAGO, IL 60611

|            |                 | motions dealing with PHONES subordination issue (.3). | |
|------------|-----------------|--------------------------------------------------------|-----------|
| 12/01/11 | H. SEIFE | Work on objection and scheduling issues (1.5); review of draft memo of DCL plan proponents (1.2). | 2.70 hrs. |
| 12/01/11 | T. J. MCCORMACK | Confer M. Ashley re: ongoing efforts on confirmation and steps to be taken re: litigation-related issues (0.3); review draft DCL opposition to reconsideration motions (1.0); analysis of potential evidentiary issues for allocation dispute (0.8); t/c Zuckerman re: status, evidentiary issues regarding allocation dispute and ongoing confirmation issues (0.5). | 2.60 hrs. |
| 12/02/11 | T. J. MCCORMACK | Analysis of allocation dispute issues and potential for expert testimony and other evidence re: same (1.3); review proposed order on schedule for addressing same (0.2); review/analyze DCL opposition to motions to reconsider (0.7); call with Zuckerman and C&P team re: reconsideration issues (0.4); review revised drafts of opposition to reconsideration motion (0.7). | 3.30 hrs. |
| 12/02/11 | H. SEIFE | Work on objection (.8) and scheduling statement (.9) for court; review of draft scheduling order (.4); review of time line (.3). | 2.40 hrs. |
| 12/02/11 | E. DAUCHER | Conference with Y. Yoo re: swap claim issue. | 0.20 hrs. |
| 12/02/11 | M. D. ASHLEY | Meeting with A. Rosenblatt regarding allocation dispute discovery issues (.3); reviewed pleadings and correspondence regarding same (.7); drafted insert for allocation dispute scheduling order and revised draft order (.8); emails with A. Rosenblatt regarding same (.2); | 3.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    January 29, 2012
435 N. MICHIGAN AVENUE                           Page    4
CHICAGO, IL 60611

|            |                | reviewed draft DCL opposition to Noteholders' reconsideration motion and related materials (1.2); call with D. LeMay, A. Rosenblatt, J. Sottile regarding draft DCL opposition to reconsideration motion (.3). |            |
|------------|----------------|---|---|
| 12/02/11   | D. M. LeMAY    | Participate in conference call of Zuckerman and C&P litigation teams re: reconsideration motions (.4). Telephone conference w/J. Bendernagel re: scheduling order (.1).  Review draft of same (.2). | 0.70 hrs. |
| 12/02/11   | Y. YOO         | Continued drafting and revising memorandum re: PHONES and EGI-TRB Note subordination issues (6.6); discussed swap agreement analysis with Eric Daucher (.2); researched rule of explicitness applied to subordination agreements (1.0); corresponded by email with Jessica Marrero re: same (.2); drafted and revised memorandum re: subordination issues (4.1). | 12.10 hrs. |
| 12/02/11   | A. ROSENBLATT  | Participate on call with Sottile and Chadbourne team re: Committee position as to objection to Noteholder reconsideration motion and related issues (.4); meeting with Ashley re: allocation dispute scheduling order and discovery issues related to same (.5); draft language to insert into allocation dispute scheduling order to preserve Committee's ability to present expert/fact witness testimony on certain issues (.9); review Ashley insert re: timeline for discovery related to same (.5) and discuss same with Ashley (.3); review Dewey comments to objection to reconsideration motion (.5); remit revised allocation dispute timeline to Bendernagel (.2); begin to review revised allocation papers sent from Sidley (.6). | 3.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 12/03/11 | A. ROSENBLATT | Review and provide comments to allocation dispute scheduling brief and order. | 1.20 hrs. |
| 12/03/11 | Y. YOO | Continued drafting and revising memorandum re: PHONES and EGI-TRB Note subordination (1.6); corresponded by email with David LeMay re: same (.1). | 1.70 hrs. |
| 12/03/11 | D. E. DEUTSCH | Exchange e-mails with Michael Distefano re: further research on appeals issues (.3); | 0.30 hrs. |
| 12/03/11 | M. ROITMAN | Review and comment upon draft scheduling pleading (1.7); correspond with D. Deutsch and M. Distefano re: Divestiture Rule issues (0.5); Review and comment upon draft Objection to Noteholder Motion for Reconsideration (1.1); Revise proposed response to unfair discrimination objection (1.8). | 5.10 hrs. |
| 12/03/11 | H. SEIFE | Review of DPW comments to pleadings (.5); review of revised draft scheduling order (.3). | 0.80 hrs. |
| 12/03/11 | T. J. MCCORMACK | Review e-mails and drafts of bullet point summaries of legal/factual arguments on the opposition to reconsideration motions (1.2); review/analyze issues regarding allocation issues and potential expert testimony/evidentiary issues re: same (0.7); review scheduling questions (0.2). | 2.10 hrs. |
| 12/04/11 | T. J. MCCORMACK | Review additional comments/correspondence on opposition to reconsideration motions (0.8). | 0.80 hrs. |
| 12/04/11 | H. SEIFE | Review of Dewey comments to pleadings. | 0.60 hrs. |
| 12/04/11 | A. ROSENBLATT | Call with Roitman and Ashley re: comments to allocation dispute scheduling brief and order and related issues (.6); review emails from Roitman and Ashley to Sidley | 1.00 hrs. |