TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE  January 29, 2012
435 N. MICHIGAN AVENUE                           Page      6
CHICAGO, IL 60611

| Date | Attorney | Description | Hours |
|---|---|---|---|
| | | re: same. (.4). | |
| 12/04/11 | M. ROITMAN | Conference call with A. Rosenblatt and M. Ashley re: draft Scheduling Pleading (0.5); Draft email correspondence to DCL co-proponents re: conceptual changes to scheduling pleading (1.4) | 1.90 hrs. |
| 12/04/11 | M. DISTEFANO | Revised memo on appeals process (3.6) | 3.60 hrs. |
| 12/04/11 | M. D. ASHLEY | Emails with D. LeMay, J. Sottile regarding DCL response to motions for reconsideration (.2); reviewed related reconsideration pleadings and research materials (1.4); emails with A. Rosenblatt, M. Roitman regarding allocation dispute scheduling issues (.3); emails with Sidley regarding same (.2); reviewed drafts of DCL scheduling order and brief and related materials (1.2); conference call with A. Rosenblatt, M. Roitman regarding allocation dispute discovery and scheduling issues (.5). | 3.80 hrs. |
| 12/05/11 | M. D. ASHLEY | Meeting with A. Rosenblatt, D. Deutsch regarding allocation dispute scheduling and discovery issues (.2); reviewed related pleadings and correspondence (1.1); conference call with J. Bendernagel, D. Deutsch, A. Rosenblatt regarding allocation dispute issues (.5); emails with A. Rosenblatt, M. Roitman regarding draft DCL allocation dispute scheduling order (.2); reviewed research materials relating to DCL response to Noteholders' reconsideration motion (2.2); emails with J. Sottile regarding DCL response to reconsideration motion (.3); emails with Davis Polk regarding same (.2). | 4.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         January 29, 2012
435 N. MICHIGAN AVENUE                                Page     7
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/05/11 | R. J. GAYDA | Review relevant pleadings in similar large Ch 11 case in preparation for committee professionals meeting. | 0.80 hrs. |
| 12/05/11 | A. ROSENBLATT | Meet with Ashley and Deutsch re: allocation dispute discovery related issues (.3) and call with Bendernagel re: same (.6); review Deutsch email re: appeals/Armstrong issue (.3) and review C&P memorandum re: appeals issue (.5); review amended allocation dispute discovery schedule sent from Sidley (.5); review MDL pleading sent from Sottile re: Committee position regarding litigation (.5); review Intralinks posting of pleadings to Committee (.3); review revised brief section reflecting change to Armstrong discussion and related issues (.5); review email from Sottile re: extending the stay of the adversary proceeding (.2); review final draft of opposition to Noteholders' motion for reconsideration sent from Davis Polk (.8); review revised and likely final draft of scheduling pleading and exhibit sent from Sidley (1.1); review email from Liebentritt with comments to same (.2); review email from Roitman with comments to same (.2). | 6.00 hrs. |
| 12/05/11 | Y. YOO | Reviewed new caselaw development on court's jurisdictional authority over plan confirmation (2.2). | 2.20 hrs. |
| 12/05/11 | H. SEIFE | Review and revise brief on scheduling (.4); review and revise draft on objection (.6); review of J.Sottile email on stay (.3). | 1.30 hrs. |
| 12/05/11 | J. MARRERO | Conference with A.Rosenblatt re: Scheduling Memorandum and Opposition to NH Motion for Reconsideration (.3); draft posting re: same (1.2). | 1.50 hrs. |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/05/11 | M. ROITMAN | Revise proposed response to unfair discrimination objection (1.6); Review and comment upon revised draft scheduling pleading (0.5) | 2.10 hrs. |
| 12/05/11 | D. M. LeMAY | Review most recent drafts of scheduling and reconsideration briefs. | 1.60 hrs. |
| 12/05/11 | D. E. DEUTSCH | Review draft revised court filing re: scheduling (.4); preliminary research related to appeals issue identified in same (1.1); draft e-mail to full DCL team re: changes to approach on appeal issue (.5); participate in call with Andrew Rosenblatt and James Bendernagel re: appeal issue and other matters (.6); work on amending draft court filing re: appeal issue (2.2); related call with Matt McGuire (.2); further edits to section of court memorandum on appeal (.5); draft e-mail to James Bendernagle and James Johnston on same (.2). | 5.70 hrs. |
| 12/05/11 | T. J. MCCORMACK | Analysis of allocation issue and potential evidentiary requirements for any hearing re: same (0.8); status conference with M. Ashley re: same (0.2); review DCL plan proponent comments/edits on opposition to motions for reconsideration (0.9). | 1.90 hrs. |
| 12/06/11 | T. J. MCCORMACK | Analysis of allocation dispute issues (0.6) and confer with M. Ashley re: same (0.2); review of procedural/evidentiary options re: "unfair discrimination" issue (0.8); review/comment on current draft opposition to motion for reconsideration (1.0); confer M. Ashley re: same (0.2); review allocation scheduling issues (0.4); t/c Zuckerman re: status (0.2). | 3.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE  
435 N. MICHIGAN AVENUE  
CHICAGO, IL 60611

January 29, 2012  
Page     9

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/06/11 | M. ROITMAN | Revise proposed response to unfair discrimination objection (3.1); Meet with A. Rosenblatt re: same (0.3); Correspond with Moelis team re: same (0.2); Review Objections and Responses to Reconsideration Motions (2.6); Draft email memorandum to Committee re: same (1.8); Confer with D. LeMay re: same (0.2); Review Scheduling Pleadings (0.8); Confer with J. Marrero re: same (0.3); Review and comment upon draft email to Committee re: same (0.2) | 9.50 hrs. |
| 12/06/11 | M. DISTEFANO | Researched appeals issues (1.7); drafted email to local counsel re: same (.1); | 1.80 hrs. |
| 12/06/11 | D. E. DEUTSCH | Two meetings with Michael Distefano to discuss follow-up on appeal analysis issue (.3). | 0.30 hrs. |
| 12/06/11 | D. E. DEUTSCH | Review and analysis of proposed revised court memorandum on scheduling (.6). | 0.60 hrs. |
| 12/06/11 | H. SEIFE | Review of revised drafts of scheduling pleading. | 1.30 hrs. |
| 12/06/11 | D. M. LeMAY | Review and final signoff on DCL scheduling brief (1.7). Review scheduling briefs submitted by all opposing parties (2.2). Review of WTC, EGI-TRB, Retirees, and Officer & Director Objections to Reconsideration Motions (2.7). | 6.60 hrs. |
| 12/06/11 | J. MARRERO | Review objections to motions for reconsideration (0.9); conference with M.Roitman re: same (0.2) | 1.10 hrs. |
| 12/06/11 | J. MARRERO | Review court papers re scheduling and objections to motions for reconsideration (1.8); draft posting to Committee re: same (.9). | 2.70 hrs. |
| 12/06/11 | A. ROSENBLATT | Review unfair discrimination argument and provide comments to Roitman (1.2); review all pleadings filed in response to reconsideration and scheduling | 6.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE	January 29, 2012
435 N. MICHIGAN AVENUE	Page    10
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| | | motion by non-DCL Plan Proponents and begin to provide comments to same (3.8); participate on call with Chadbourne and Zuckerman teams re: MDL issues (.7); follow-up work on unfair discrimination argument (.4). | |
| 12/06/11 | M. D. ASHLEY | Meeting with T. McCormack regarding allocation dispute issues (.2); emails with T. McCormack regarding same (.4); reviewed related pleadings and correspondence (.5); reviewed research materials relating to potential unfair discrimination expert testimony (.8); emails with T. McCormack regarding same (.2); revised draft DCL allocation dispute scheduling order (.4); emails with Sidley regarding same (.1); reviewed draft DCL response to Noteholders' reconsideration motion and related research materials (.8); emails with Davis Polk regarding draft reconsideration motion response (.2); reviewed parties' allocation dispute scheduling submissions (1.1). | 4.70 hrs. |
| 12/07/11 | D. E. DEUTSCH | Review responses to motions for reconsideration and other court documents (1.2); review and draft proposed comments to certain parts of draft Committee reply (1.1). | 2.30 hrs. |
| 12/07/11 | M. D. ASHLEY | Reviewed parties' replies on reconsideration motions and related pleadings and confirmation materials (3.4); reviewed pleadings regarding allocation dispute issues (1.1). | 4.50 hrs. |
| 12/07/11 | A. ROSENBLATT | Call with Zul and Roitman re: unfair discrimination quantitative analysis (.4); review revised unfair discrimination argument and provide comments to Roitman (.9); follow-up review of reconsideration responses and related pleadings (1.2); meet with | 3.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE                                 Page    11
CHICAGO, IL 60611

|            |                  |                                                                                                                                                                                                                                                           |           |
|------------|------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                  | LeMay re: process issues (.2); review appeals memorandum to respond to question posed by LeMay (.7); review prior plan pleadings re: results of certain plan elections (.5).                                                                              |           |
| 12/07/11   | D. M. LeMAY      | Work on outline and briefing of argument on unfair discrimination issue (3.3). Review memo regarding appeals and divestiture rule (2.1). Review two memos on subordination issues (2.4).                                                                  | 7.80 hrs. |
| 12/07/11   | H. SEIFE         | Review of responses to scheduling (1.4); review of objections to reconsideration motions (1.6).                                                                                                                                                           | 3.00 hrs. |
| 12/07/11   | M. ROITMAN       | Revise proposed response to unfair discrimination objection (0.8); Call with Z. Jamal and A. Rosenblatt re: same (0.4); confer with D. LeMay re: same (0.2)                                                                                                | 1.40 hrs. |
| 12/07/11   | M. DISTEFANO     | Revised memo re: appeals issues (7.3);                                                                                                                                                                                                                    | 7.30 hrs. |
| 12/07/11   | T. J. MCCORMACK  | Continued analysis/evaluation of allocation dispute issues and evidentiary questions re: same (1.0); confer M. Ashley re: same (0.2); review all replies on motions for reconsideration (1.4).                                                            | 2.60 hrs. |
| 12/08/11   | T. J. MCCORMACK  | Review/analyze issues regarding allocation matter (0.7) and confer M. Ashley re: same (0.2); review DCL response on allocation issues (0.4); analyze expert testimony issues and other evidentiary issues for allocation legal/factual presentation (0.8); review e-mails on DCL position on allocation (0.3); review stay extension drafts (0.4). | 2.80 hrs. |
| 12/08/11   | D. E. DEUTSCH    | Review revised proposed Committee reply (1.2); discuss next week's hearing matters with David LeMay (.2).                                                                                                                                                 | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            January 29, 2012
435 N. MICHIGAN AVENUE                                   Page    12
CHICAGO, IL 60611

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/08/11 | M. DISTEFANO | Revised memo re: appeals issues (2.1); | 2.10 hrs. |
| 12/08/11 | M. ROITMAN | Review Noteholders' scheduling pleadings (0.8); Review draft response to statements on scheduling (0.7); Conference call with DCL co-proponents re: same (0.9); Confer with A. Rosenblatt following call (0.2); Draft email to Committee re: response to statements on scheduling (0.5). | 3.10 hrs. |
| 12/08/11 | H. SEIFE | Review of new pleadings regarding reconsideration and scheduling (.8); review of Sidley draft reply (1.1); conference with A.Rosenblatt regarding response (.3); review of M.Distefano memo on finality and appeal (.8). | 3.00 hrs. |
| 12/08/11 | A. ROSENBLATT | Tribune call with DCL Plan Proponents re: reply to scheduling brief (1.0); review draft brief in advance of call and provide comments to same (1.5); review email from Dewey with preliminary comment to brief (.2); meet with H. Seife and provide update re: scheduling/allocation dispute issues (.3); review revised memorandum from DiStefano re: divestiture of jurisdiction and appeal-related issues (.5); review evidence rules sent from Ashley re: possible expert testimony in connection with unfair discrimination issue (.5); review Ashley comments to scheduling brief reply (.3); review Dewey comments and revisions to scheduling brief (.5). | 4.80 hrs. |
| 12/08/11 | M. D. ASHLEY | Reviewed drafts of DCL omnibus response regarding allocation dispute scheduling issues (1.1); revised draft DCL omnibus response (.7); reviewed related pleadings and materials (1.1); emails with M. Roitman, Sidley regarding draft DCL omnibus response (.3); emails with T. McCormack, A. Rosenblatt | 4.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE  January 29, 2012
435 N. MICHIGAN AVENUE                          Page    13
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| | | regarding potential unfair discrimination expert testimony (.2); reviewed materials regarding potential unfair discrimination expert discovery (.6). | |
| 12/09/11 | M. D. ASHLEY | Reviewed draft DCL response regarding allocation dispute scheduling issues and related materials (1.7). | 1.70 hrs. |
| 12/09/11 | A. ROSENBLATT | Review revised and final version of DCL brief re: allocation scheduling issues (.8); provide update to D. LeMay re: alternative course of action plan (.3); emails with DCL Plan Proponents re: same (.4); review new Moelis quantitative analysis and discuss same with Roitman (.6); further work on unfair discrimination argument (.6); call with Sidley re: agenda for upcoming hearing (.2); emails with local counsel re: timing and logistics for upcoming hearings (.2); review and compare proposed DCL and Noteholder allocation dispute and confirmation schedules in advance of filing of responsive pleadings (.8). | 3.90 hrs. |
| 12/09/11 | H. SEIFE | Review of revised DCL response (.5); review of responses submitted by Aurelius and WTC (1.6); review of replies to reconsideration motion (1.3). | 3.40 hrs. |
| 12/09/11 | D. E. DEUTSCH | Preliminary review of responses/replies related to next week's confirmation hearings (1.6). | 1.60 hrs. |
| 12/09/11 | D. M. LeMAY | Review Reply briefs filed by all parties on scheduling issues (2.8). Review bondholder Reply briefs on three reconsideration motions (2.1). | 4.90 hrs. |
| 12/09/11 | M. DISTEFANO | Reviewed email regarding scheduling briefs (.1) | 0.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE                                 Page    14
CHICAGO, IL 60611

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 12/09/11 | M. ROITMAN | Review and comment upon DCL draft response to statements on scheduling (0.6); call with A. Stromberg re: same (0.1); Review replies in support of reconsideration motions (0.6); Draft email to Committee re: same (0.5); Review responses to statements on scheduling (1.1); Draft email to Committee re: same (0.7); confer with D. Bava re: same (0.2); confer/correspond with D. LeMay and D. Deutsch re: Noteholders' arguments concerning notice of appeal (0.5); | 4.30 hrs. |
| 12/09/11 | T. J. MCCORMACK | Review/analyze DCL submission on allocation issues (0.8); confer M. Ashley re: same (0.2); t/c Zuckerman re: status of allocation issue (0.1); review/analyze Aurelius position on notice of appeal (0.3). | 1.40 hrs. |
| 12/10/11 | H. SEIFE | Review responses from WTC and Aurelius. | 1.40 hrs. |
| 12/10/11 | A. ROSENBLATT | Review responses to reconsideration motions (1.3); review responses to confirmation/allocation dispute scheduling briefs (1.2). | 2.50 hrs. |
| 12/11/11 | M. D. ASHLEY | Reviewed reply papers on allocation dispute scheduling issues and related materials (1.7); reviewed reply briefs on reconsideration motions and related materials (1.6). | 3.30 hrs. |
| 12/12/11 | M. D. ASHLEY | Reviewed pleadings and correspondence relating to allocation dispute issues (1.6); meeting with T. McCormack regarding potential unfair discrimination testimony (.2); meetings with D. LeMay, T. McCormack, A. Rosenblatt, M. Roitman regarding unfair discrimination issues (1.3). | 3.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                January 29, 2012
435 N. MICHIGAN AVENUE                                        Page    15
CHICAGO, IL 60611

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/12/11 | A. ROSENBLATT | Attend meeting with Ashley, McCormack, LeMay and Roitman re: evidentiary issues related to unfair discrimination argument and confirmation issues (1.3); review Moelis updated quantitative analysis re: allocation issue and Roitman modifications to same (.5); discuss analysis with Roitman (.3); review Noteholder reply brief re: reconsideration (.5) and email to Roitman re: argument related to allocation issue (.3); prepare for upcoming scheduling hearing and reconsideration hearing (.6). | 3.50 hrs. |
| 12/12/11 | Y. YOO | Reviewed Objections and Responses to Motions for Reconsideration (.8); discussed same with Marc Roitman (.1); corresponded by phone with David LeMay re: followup research (.2); researched issue re: scope of indenture subordination language (5.1). | 6.20 hrs. |
| 12/12/11 | T. J. MCCORMACK | Review/analyze unfair discrimination issues for plan hearing (0.8); confer D. LeMay, D. Deutsch, M. Ashley re: same and evidence issues (1.2). | 2.00 hrs. |
| 12/12/11 | D. M. LeMAY | Meeting of C&P team to review evidentiary issues regarding unfair discrimination argument (1.3). Work on preparation of brief section regarding same (1.9). Prepare for tomorrow's hearing (1.3). | 4.50 hrs. |
| 12/12/11 | M. ROITMAN | Meet with C&P team re: proposed response to unfair discrimination objection (1.4); Draft exhibit showing effect of subordination on certain recoveries (4.5); Meet with A. Rosenblatt re: same (0.4); Correspond with Moelis team re: same (0.2); Confer/correspond with S. Sistla re: same (0.4); | 6.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE  January 29, 2012
435 N. MICHIGAN AVENUE                          Page    16
CHICAGO, IL 60611

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 12/13/11 | D. E. DEUTSCH | Review agenda for today's Court hearing (.2); participate (telephonically) in related hearing (1.9); hold call with Marc Roitman re: required related follow-up (.1); review memorandum to Committee on today's hearing (.2); | 2.40 hrs. |
| 12/13/11 | J. MARRERO | Participate (telephonically) in Tribune hearing re: scheduling, etc. (2.3); draft summary re: same (.7). | 3.00 hrs. |
| 12/13/11 | M. ROITMAN | Confer with H. Seife, D. LeMay and A. Rosenblatt re: proposed response to unfair discrimination objection (0.5); Preparation for (1.4) and attendance at Bankruptcy Court hearing re: scheduling of confirmation-related proceedings and the process for resolution of the allocation disputes (2.4); Review and comment upon draft report to Committee on hearing (0.5); Correspond with J. Marrero re: same (0.3); Correspond with W. Smith re: allocation disputes (0.4). | 5.50 hrs. |
| 12/13/11 | T. J. MCCORMACK | Continued evaluation of allocation issues (0.4); confer M. Ashley re: reconsideration motions (0.2); review of summary report of 12/13 hearing on status, plan confirmation and allocation issues (0.3). | 0.90 hrs. |
| 12/13/11 | Y. YOO | Continued researching issue re: scope of indenture subordination language as applied to retiree claims (2.2); discussed retiree claim composition with Eric Daucher (.2); discussed same with Douglas Deutsch (.3). | 2.70 hrs. |
| 12/13/11 | D. M. LeMAY | Prepare for (1.1) and participate in (.9) meeting of DCL Proponents regarding today's hearing. Participate in hearing in USBC (2.6). Meeting with D.Rath, A.Rosenblatt and M.Roitman re: | 6.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE                                 Page    17
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | confirmation issues/status (1.5). |  |
| 12/13/11 | A. ROSENBLATT | Confer with M. Roitman and D. LeMay re: proposed response to unfair discrimination objection (.6); preparation for (1.4) and attendance at Bankruptcy Court hearing re: scheduling of confirmation-related proceedings and the process for resolution of the allocation disputes (2.5); attend pre-hearing meeting with DCL Plan Proponents re: various confirmation issues (.9); review draft summary of proceedings for posting to Committee (.3); meeting with D. Rath, D. LeMay, and M. Roitman re: confirmation related issues (1.5). | 7.20 hrs. |
| 12/13/11 | M. D. ASHLEY | Reviewed materials relating to reconsideration motions and allocation dispute issues (1.2). | 1.20 hrs. |
| 12/13/11 | R. J. GAYDA | Research re settlement in similar large Ch 11 case and impact on plan (1.3); email correspondence with D. LeMay re same (.3); detailed review of related Disclosure Statement (2.2) and plan (1.5); draft email summary of same and circulate (1.7). | 7.00 hrs. |
| 12/13/11 | H. SEIFE | Prepration for court hearing on scheduling issues and omnibus issues (1.2); hearing before Judge Carey (2.6); review of report to the Committee on hearing (.3). | 5.10 hrs. |
| 12/13/11 | M. ROITMAN | Meeting with D. Rath, D. LeMay, and A. Rosenblatt to discuss confirmation issues (1.5) | 1.50 hrs. |
| 12/14/11 | H. SEIFE | Preparation for hearing on reconsideration motions (1.5); hearing before Judge Carey (telephonic) (2.8). | 4.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE                                 Page    18
CHICAGO, IL 60611

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 12/14/11 | A. ROSENBLATT | Attendance at Bankruptcy Court hearing re: motions for reconsideration (2.8); meet with C&P team and DCL co-proponents before hearing (1.4); review and provide comments on report to Committee re: hearing (.3); confer with M. Roitman re: same (.2); discussions with P. Kim from Davis Polk re: unfair discrimination argument and possible responses (.3). | 5.00 hrs. |
| 12/14/11 | D. M. LeMAY | Meeting with DCL plan proponents prior to hearing (1.4). Prepare for (1.7) and attend (2.9) hearing on three reconsideration motions. | 6.00 hrs. |
| 12/14/11 | Y. YOO | Continued drafting and revising memorandum re: the classes of debt that would benefit from PHONES and EGI-TRB Note subordination (4.1); corresponded by email with Marc Roitman re: same (.4); drafted email summary of followup research re: scope of indenture subordination language (1.1); corresponded by email with David LeMay re: memorandum (.1). | 5.70 hrs. |
| 12/14/11 | J. MARRERO | Draft email to the Committee re: Dec 14 hearing. | 0.60 hrs. |
| 12/14/11 | T. J. MCCORMACK | Review transcript of 12/13 hearing on numerous plan related issues (0.8). | 0.80 hrs. |
| 12/14/11 | M. ROITMAN | Attendance at Bankruptcy Court hearing re: motions for reconsideration (2.8); Meet with C&P team and DCL co-proponents before hearing (1.4); Draft report to Committee re: hearing (1.1); Confer with A. Rosenblatt re: same (0.2); Correspond with J. Marrero re: same (0.2); | 5.70 hrs. |
| 12/14/11 | D. E. DEUTSCH | Participate (telephonically) in reconsideration hearing (2.6); | 2.60 hrs. |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/15/11 | T. J. MCCORMACK | Review transcript of 12/14 hearing on reconsideration motions and related plan issues (1.2). | 1.20 hrs. |
| 12/15/11 | D. M. LeMAY | Review revised memos re what creditors may assert "Senior Indebtedness" claims under PHONES indenture and EGI-TRB Note (1.6). Revise and edit draft section of brief re unfair discrimination claim and review cases cited in the draft (3.1) | 4.70 hrs. |
| 12/15/11 | A. ROSENBLATT | Review updated argument re: unfair discrimination (.7) and review case cited therein (.3). | 1.00 hrs. |
| 12/15/11 | M. D. ASHLEY | Reviewed materials relating to status of confirmation proceedings (.4); emails with D. Deutsch regarding same (.1); reviewed transcript of hearing regarding reconsideration motions and related materials (1.3). | 1.80 hrs. |
| 12/15/11 | H. SEIFE | Conference with D.LeMay on court hearing (.3); review of transcript of hearing (.4); review and revise report to Committee (.3); review of report on D&O fees (.3). | 1.30 hrs. |
| 12/16/11 | H. SEIFE | Review of transcript of hearing (.5); review of confirmation issues regarding retiree settlement (1.4). | 1.90 hrs. |
| 12/19/11 | E. DAUCHER | Review research re: unfair discrimination and carve outs. | 0.30 hrs. |
| 12/19/11 | M. ROITMAN | Research re: gifting doctrine and unfair discrimination (2.1); Meet with D. LeMay and A. Rosenblatt re: same (0.5); Confer with E. Daucher re: same (0.2) | 2.80 hrs. |
| 12/19/11 | D. M. LeMAY | Revise draft brief section re unfair discrimination (1.1). Meeting with Rosenblatt and Roitman re same (.3). | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 29, 2012
435 N. MICHIGAN AVENUE                                 Page    20
CHICAGO, IL 60611

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/19/11 | T. J. MCCORMACK | Review issues re: unfair discrimination (0.2). | 0.20 hrs. |
| 12/19/11 | M. D. ASHLEY | Emails with M. Roitman regarding unfair discrimination confirmation issues (.2); reviewed related materials (.3). | 0.50 hrs. |
| 12/19/11 | A. ROSENBLATT | Call with J. Boelter re: lender funding commitment under DCL Plan and related issues (.3); review same (.5); call with Roitman re: same (.3); meeting with LeMay and Roitman re: unfair discrimination argument (.5); post-meeting discussion with Roitman re: same and modifying argument (.3); review Moelis comparative analyses re: Noteholder recoveries (.6). | 2.50 hrs. |
| 12/20/11 | A. ROSENBLATT | Review revised unfair discrimination argument and provide comments to same (1.2); meeting with M.Roitman re same (.3); review loan term sheet and discuss same with LeMay (.4). | 1.90 hrs. |
| 12/20/11 | H. SEIFE | Conference with A.Rosenblatt regarding plan issues (.4). | 0.40 hrs. |
| 12/20/11 | T. J. MCCORMACK | Review status of evidentiary possibilities on allocation issues (0.5). | 0.50 hrs. |
| 12/20/11 | M. ROITMAN | Research re: gifting doctrine and unfair discrimination (3.4); Confer with A. Rosenblatt re: same (0.3); Revise proposed response to Unfair Discrimination Objection (2.9); Confer/correspond with S. Sistla re: same (0.3) | 6.90 hrs. |
| 12/20/11 | D. M. LeMAY | Review, edit and revise draft argument regarding unfair discrimination (2.7); including review of cases cited in draft (1.6). | 4.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                January 29, 2012
435 N. MICHIGAN AVENUE                                       Page    21
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 12/20/11 | Y. YOO | Reviewed new caselaw development on court's jurisdictional authority over plan confirmation (1.9). | 1.90 hrs. |
| 12/21/11 | M. ROITMAN | Revise proposed response to Unfair Discrimination Objection (3.4); Meet with A. Rosenblatt re: same (0.3); Review Moelis analyses re: same (0.4); Confer/correspond with S. Sistla re: same (0.3) | 4.40 hrs. |
| 12/21/11 | H. SEIFE | Review of plan confirmation issues. | 1.10 hrs. |
| 12/21/11 | A. ROSENBLATT | Review status update in similar Ch 11 case re: plan settlement (.5); review EGI shareholder lawsuit filed in state court (.4); consider PHONES possible courses of action if reconsideration motion denied (.5). | 1.40 hrs. |
| 12/22/11 | A. ROSENBLATT | Additional review and comments to unfair discrimination argument (.9); call with Roitman to discuss comments (.3); review D. LeMay comments to draft arguments (.5); review of lender loan issue and need to revise plan amendment in next plan amendment (.4); review Sottile email re: discussion with Noteholders regarding shareholder litigation claims (.2). | 2.30 hrs. |
| 12/22/11 | H. SEIFE | Review of draft argument regarding reallocation issue. | 1.20 hrs. |
| 12/22/11 | M. ROITMAN | Revise proposed response to unfair discrimination objection (0.7); call with A.Rosenblatt re: same (0.2); Correspond with D. LeMay re: related issues (0.1). | 1.00 hrs. |
| 12/22/11 | Y. YOO | Reviewed cases on court's jurisdictional authority over plan confirmation (3.4). | 3.40 hrs. |
| 12/23/11 | H. SEIFE | Consideration of confirmation scheduling issues and reallocation argument. | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE  January 29, 2012
435 N. MICHIGAN AVENUE                          Page    22
CHICAGO, IL 60611

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/23/11 | A. ROSENBLATT | Emails with A. Schwartz re: plan related information for shareholder action (.3); emails with Roitman re: unfair discrimination issue (.2); review and analysis of current Moelis quantitative analysis (.5). | 1.00 hrs. |
| 12/27/11 | H. SEIFE | Review of memo on plan confirmation issues (reallocation) (1.5); conference with A.Rosenblatt regarding plan issues (.4). | 1.90 hrs. |
| 12/28/11 | H. SEIFE | Review of reallocation issues and confirmation. | 1.20 hrs. |
| 12/28/11 | M. ROITMAN | Revise proposed response to unfair discrimination argument (1.1) | 1.10 hrs. |
| 12/29/11 | M. ROITMAN | Review Memorandum and Order on Motions for Reconsideration (0.6); Draft email to Committee re: same (0.5); Correspond with C&P team re: same (0.2); Confer with D. LeMay re: same (0.2); Correspond with Moelis re: impact of alleged unfair discrimination on creditor recoveries (0.3); Confer with D. LeMay re: same (0.3); | 2.10 hrs. |
| 12/29/11 | H. SEIFE | Review of J.Carey decision on reconsideration (1.2); consider scheduling issues (.8); emails with team regarding order and next steps (.9). | 2.90 hrs. |
| 12/29/11 | D. M. LeMAY | Review court decision on reconsideration (1.8) e-mails to C&P team regarding same (0.4). Memo to Committee regarding same (0.2). Conference w/M. Roitman regarding same (.2). | 2.60 hrs. |
| 12/29/11 | T. J. MCCORMACK | Review Judge Carey order on reconsideration (0.3); review status memo to Committee re: same (0.3); evaluate/analyze consequences as to Plan (0.5). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                January 29, 2012
435 N. MICHIGAN AVENUE                                       Page    23
CHICAGO, IL 60611

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/29/11 | M. D. ASHLEY | Reviewed court's ruling on motions for reconsideration (.6) and review related materials (1.0). | 1.60 hrs. |
| 12/29/11 | A. ROSENBLATT | Review Court decision and order re: motions for reconsideration (.7); emails with M.Roitman and team re: same (.3); review email and transfer order sent from Sottile in connection with MDL panel (.4). | 1.40 hrs. |
| 12/30/11 | D. M. LeMAY | Meet with M. Roitman to review chart regarding unfair discrimination analysis (0.4). | 0.40 hrs. |
| 12/30/11 | H. SEIFE | Review of ramifications of J.Carey's order (.9); plan next steps regarding confirmation (1.2). | 2.10 hrs. |
| 12/30/11 | M. ROITMAN | Revise proposed response to unfair discrimination objection (0.7); conference with D.LeMay re: same (0.3). | 1.00 hrs. |

**Total Fees for Professional Services.............. $285,264.50**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 52.20 | 48285.00 |
| H. SEIFE | 995.00 | 44.90 | 44675.50 |
| T. J. MCCORMACK | 875.00 | 27.60 | 24150.00 |
| M. D. ASHLEY | 695.00 | 42.90 | 29815.50 |
| A. ROSENBLATT | 745.00 | 65.70 | 48946.50 |
| D. E. DEUTSCH | 745.00 | 18.60 | 13857.00 |
| E. DAUCHER | 495.00 | .50 | 247.50 |
| R. J. GAYDA | 655.00 | 7.80 | 5109.00 |
| J. MARRERO | 435.00 | 10.40 | 4524.00 |
| M. DISTEFANO | 435.00 | 20.20 | 8787.00 |
| M. ROITMAN | 495.00 | 68.20 | 33759.00 |
| Y. YOO | 565.00 | 40.90 | 23108.50 |
| TOTALS | | 399.90 | 285264.50 |