Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   1/30/2012 9:29:52 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 12/01/2011 | | | REPRO | 23.00 | 0.20 | 4.60 | REPRODUCTION<br>590646<br>Bava, David<br>1504907<br>Print | 28726378 |
| 12/01/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION<br>590653<br>Bava, David<br>1493811<br>Print | 28726379 |
| 12/01/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>590083<br>Pender, Sheila<br>3504653<br>Print | 28726380 |
| 12/01/2011 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION<br>590772<br>Yoo, Young<br>4335199<br>Print | 28726404 |
| 12/02/2011 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION<br>591950<br>Yoo, Young<br>4349928<br>Print | 28726405 |
| 12/02/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION<br>591494<br>Yoo, Young<br>4348651<br>Print | 28726406 |
| 12/02/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION<br>591511<br>Yoo, Young<br>4348651<br>Print | 28726407 |
| 12/02/2011 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION<br>591537<br>Marrero, Jessica<br>4347410<br>Print | 28726389 |
| 12/03/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION<br>592110<br>Marrero, Jessica<br>4345956<br>Print | 28726390 |
| 12/03/2011 | | | REPRO | 13.00 | 0.20 | 2.60 | REPRODUCTION<br>592035<br>Yoo, Young<br>4349928<br>Print | 28726408 |
| 12/03/2011 | | | REPRO | 14.00 | 0.20 | 2.80 | REPRODUCTION<br>592036<br>Yoo, Young<br>4349928<br>Print | 28726409 |
| 12/03/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>User Name: Roitman , Marc<br>Time of Day: (H:M:S): 17:34<br>576441 | 28717367 |
| 12/05/2011 | | | REPRO | 113.00 | 0.20 | 22.60 | REPRODUCTION<br>User Name: Gardner, Norman<br>Time of Day: (H:M:S): 17:46<br>579793 | 28718363 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   1/30/2012 9:29:52 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 12/05/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28726393 |
| | | | | | | | 593558 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4352736 | |
| | | | | | | | Print | |
| 12/05/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28726394 |
| | | | | | | | 593561 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4352736 | |
| | | | | | | | Print | |
| 12/05/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28726395 |
| | | | | | | | 593562 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4352736 | |
| | | | | | | | Print | |
| 12/05/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28726396 |
| | | | | | | | 593568 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4352736 | |
| | | | | | | | Print | |
| 12/05/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28726397 |
| | | | | | | | 593571 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4352736 | |
| | | | | | | | Print | |
| 12/05/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28726398 |
| | | | | | | | 593575 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4352736 | |
| | | | | | | | Print | |
| 12/05/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28726399 |
| | | | | | | | 593577 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4352736 | |
| | | | | | | | Print | |
| 12/05/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28726400 |
| | | | | | | | 593582 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4352728 | |
| | | | | | | | Print | |
| 12/05/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28726391 |
| | | | | | | | 593287 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 12/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28726401 |
| | | | | | | | 594657 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4352728 | |
| | | | | | | | Print | |
| 12/06/2011 | | | REPRO | 23.00 | 0.20 | 4.60 | REPRODUCTION | 28726381 |
| | | | | | | | 594035 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 12/06/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28726382 |
| | | | | | | | 595470 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4354856 | |
| | | | | | | | Print | |
| 12/06/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28726383 |
| | | | | | | | 595478 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4354856 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   1/30/2012 9:29:52 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Print | |
| 12/06/2011 | | | EPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28726384 |
| | | | | | | | 595484 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4354867 | |
| | | | | | | | Print | |
| 12/06/2011 | | | EPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28726410 |
| | | | | | | | 594006 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4341745 | |
| | | | | | | | Print | |
| 12/06/2011 | | | EPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28726411 |
| | | | | | | | 594646 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4341745 | |
| | | | | | | | Print | |
| 12/06/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28726412 |
| | | | | | | | 595543 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4341745 | |
| | | | | | | | Print | |
| 12/06/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28726413 |
| | | | | | | | 595380 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4341745 | |
| | | | | | | | Print | |
| 12/07/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28726414 |
| | | | | | | | 596008 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4320190 | |
| | | | | | | | Print | |
| 12/07/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28726415 |
| | | | | | | | 596032 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4320190 | |
| | | | | | | | Print | |
| 12/07/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28726416 |
| | | | | | | | 596062 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4320190 | |
| | | | | | | | Print | |
| 12/07/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28726417 |
| | | | | | | | 596069 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4341745 | |
| | | | | | | | Print | |
| 12/07/2011 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 28726418 |
| | | | | | | | 597256 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4343155 | |
| | | | | | | | Print | |
| 12/07/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28726419 |
| | | | | | | | 595796 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4341745 | |
| | | | | | | | Print | |
| 12/07/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28726420 |
| | | | | | | | 596418 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4320190 | |
| | | | | | | | Print | |
| 12/07/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28726421 |
| | | | | | | | 596420 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | Bava, David | |
| | | | | | | | 4320190 | |
| | | | | | | | Print | |
| 12/07/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28726422 |
| | | | | | | | 595886 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4341745 | |
| | | | | | | | Print | |
| 12/07/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28726385 |
| | | | | | | | 596458 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4354856 | |
| | | | | | | | Print | |
| 12/07/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28726386 |
| | | | | | | | 595940 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4354856 | |
| | | | | | | | Print | |
| 12/07/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28726387 |
| | | | | | | | 597020 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4354867 | |
| | | | | | | | Print | |
| 12/07/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28726388 |
| | | | | | | | 597025 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4354856 | |
| | | | | | | | Print | |
| 12/07/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28726392 |
| | | | | | | | 596487 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 12/08/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28747784 |
| | | | | | | | 598326 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 12/08/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28747785 |
| | | | | | | | 598329 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 12/08/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28747786 |
| | | | | | | | 598384 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4304123 | |
| | | | | | | | Print | |
| 12/08/2011 | | | REPRO | 17.00 | 0.20 | 3.40 | REPRODUCTION | 28747764 |
| | | | | | | | 598710 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 12/08/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28730748 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 14:29 | |
| | | | | | | | Scan File 585809 | |
| 12/09/2011 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 28732435 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 11:11 | |
| | | | | | | | 591140 | |
| 12/09/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28732436 |
| | | | | | | | User Name: Deutsch, Douglas E. | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| | | | | | | | Time of Day: (H:M:S): 11:56 | |
| | | | | | | | 591157 | |
| 12/09/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28732437 |
| | | | | | | | User Name: Deutsch, Douglas E. | |
| | | | | | | | Time of Day: (H:M:S): 12:00 | |
| | | | | | | | 591162 | |
| 12/09/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28747765 |
| | | | | | | | 600507 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4331292 | |
| | | | | | | | Print | |
| 12/09/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28747766 |
| | | | | | | | 600512 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4331292 | |
| | | | | | | | Print | |
| 12/09/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28747767 |
| | | | | | | | 600522 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4361161 | |
| | | | | | | | Print | |
| 12/09/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28747768 |
| | | | | | | | 600525 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4361161 | |
| | | | | | | | Print | |
| 12/09/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28747787 |
| | | | | | | | 600130 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 12/09/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28747788 |
| | | | | | | | 600145 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 12/09/2011 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 28732771 |
| | | | | | | | User Name: Fremer, Suzanne | |
| | | | | | | | Time of Day: (H:M:S): 15:03 | |
| | | | | | | | Scan File 588754 | |
| 12/09/2011 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 28747796 |
| | | | | | | | 599905 | |
| | | | | | | | Rosenblatt, Andrew | |
| | | | | | | | 4186211 | |
| | | | | | | | Print | |
| 12/09/2011 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 28747797 |
| | | | | | | | 599906 | |
| | | | | | | | Rosenblatt, Andrew | |
| | | | | | | | 4186211 | |
| | | | | | | | Print | |
| 12/10/2011 | | | REPRO | 4482.00 | 0.20 | 896.40 | REPRODUCTION | 28732444 |
| | | | | | | | User Name: Gardner, Norman | |
| | | | | | | | Time of Day: (H:M:S): 19:15 | |
| | | | | | | | 591478 | |
| 12/11/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28747798 |
| | | | | | | | 600587 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4320190 | |
| | | | | | | | Print | |
| 12/12/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28747799 |
| | | | | | | | 601899 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4364383 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | Print | |
| 12/12/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28747800 |
| | | | | | | | 601644 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4363607 | |
| | | | | | | | Print | |
| 12/12/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28747801 |
| | | | | | | | 601650 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4363607 | |
| | | | | | | | Print | |
| 12/12/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28747802 |
| | | | | | | | 601655 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4363607 | |
| | | | | | | | Print | |
| 12/12/2011 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 28747803 |
| | | | | | | | 600811 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4186211 | |
| | | | | | | | Print | |
| 12/12/2011 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 28747804 |
| | | | | | | | 600873 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4186211 | |
| | | | | | | | Print | |
| 12/12/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28747805 |
| | | | | | | | 600877 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4341745 | |
| | | | | | | | Print | |
| 12/12/2011 | | | REPRO | 16.00 | 0.20 | 3.20 | REPRODUCTION | 28747806 |
| | | | | | | | 600888 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4341745 | |
| | | | | | | | Print | |
| 12/12/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28747807 |
| | | | | | | | 600937 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4320190 | |
| | | | | | | | Print | |
| 12/12/2011 | | | REPRO | 37.00 | 0.20 | 7.40 | REPRODUCTION | 28733990 |
| | | | | | | | User Name: Jennings, Rhonda | |
| | | | | | | | Time of Day: (H:M:S): 15:17 | |
| | | | | | | | 594583 | |
| 12/12/2011 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 28733991 |
| | | | | | | | User Name: Jennings, Rhonda | |
| | | | | | | | Time of Day: (H:M:S): 15:30 | |
| | | | | | | | 594591 | |
| 12/12/2011 | | | REPRO | 447.00 | 0.20 | 89.40 | REPRODUCTION | 28733992 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 16:16 | |
| | | | | | | | 594611 | |
| 12/12/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28747769 |
| | | | | | | | 601492 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4363107 | |
| | | | | | | | Print | |
| 12/12/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28747770 |
| | | | | | | | 601485 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4363107 | |
| | | | | | | | Print | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 12/14/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>603262<br>Lamb, Helen<br>4038323<br>Print | 28747771 |
| 12/14/2011 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION<br>603630<br>Lamb, Helen<br>3100964<br>Print | 28747772 |
| 12/14/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>603253<br>Lamb, Helen<br>4038323<br>Print | 28747773 |
| 12/14/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>603931<br>Lamb, Helen<br>1812138<br>Print | 28747789 |
| 12/14/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>603167<br>Marrero, Jessica<br>4369797<br>Print | 28747783 |
| 12/15/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>605183<br>Lamb, Helen<br>1812138<br>Print | 28747790 |
| 12/15/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>604920<br>Lamb, Helen<br>1812138<br>Print | 28747791 |
| 12/15/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>605350<br>Pender, Sheila<br>4373574<br>Print | 28747774 |
| 12/15/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>605355<br>Pender, Sheila<br>4373599<br>Print | 28747775 |
| 12/15/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>605427<br>Pender, Sheila<br>3504653<br>Print | 28747776 |
| 12/15/2011 | | | REPRO | 15.00 | 0.20 | 3.00 | REPRODUCTION<br>605465<br>Bava, David<br>1504907<br>Print | 28747777 |
| 12/16/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>605956<br>Pender, Sheila<br>3504653<br>Print | 28747778 |
| 12/16/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION<br>606285<br>Pender, Sheila | 28747779 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | 3452135 | |
| | | | | | | | Print | |
| 12/16/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28747780 |
| | | | | | | | 606311 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 3501370 | |
| | | | | | | | Print | |
| 12/16/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28747781 |
| | | | | | | | 606314 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 3501370 | |
| | | | | | | | Print | |
| 12/16/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28747782 |
| | | | | | | | 605722 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4374626 | |
| | | | | | | | Print | |
| 12/16/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28747792 |
| | | | | | | | 605713 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4043598 | |
| | | | | | | | Print | |
| 12/16/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28747793 |
| | | | | | | | 605715 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4043598 | |
| | | | | | | | Print | |
| 12/16/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28747794 |
| | | | | | | | 605719 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4043598 | |
| | | | | | | | Print | |
| 12/16/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28747795 |
| | | | | | | | 606375 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811717 | |
| | | | | | | | Print | |
| 12/16/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28751955 |
| | | | | | | | User Name: Fremer , Suzanne | |
| | | | | | | | Time of Day: (H:M:S): 11:25 | |
| | | | | | | | 605961 | |
| 12/19/2011 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 28756743 |
| | | | | | | | User Name: Klens-Bigman, Deborah | |
| | | | | | | | Time of Day: (H:M:S): 11:55 | |
| | | | | | | | 609486 | |
| 12/19/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28774826 |
| | | | | | | | 608023 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4364383 | |
| | | | | | | | Print | |
| 12/19/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28774827 |
| | | | | | | | 608024 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4341745 | |
| | | | | | | | Print | |
| 12/19/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28774828 |
| | | | | | | | 608258 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4379487 | |
| | | | | | | | Print | |
| 12/19/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28774794 |
| | | | | | | | 607927 | |
| | | | | | | | Marrero, Jessica | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | 4372114 | |
| | | | | | | | Print | |
| 12/19/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28774795 |
| | | | | | | | 607929 | |
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 4372114 | |
| | | | | | | | Print | |
| 12/19/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28774796 |
| | | | | | | | 608063 | |
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 4378956 | |
| | | | | | | | Print | |
| 12/19/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28757369 |
| | | | | | | | User Name: Klens-Bigman, Deborah | |
| | | | | | | | Time of Day: (H:M:S): 11:06 | |
| | | | | | | | Scan File 606537 | |
| 12/19/2011 | | | REPRO | 42.00 | 0.20 | 8.40 | REPRODUCTION | 28757370 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 12:26 | |
| | | | | | | | Scan File 606586 | |
| 12/19/2011 | | | REPRO | 13.00 | 0.20 | 2.60 | REPRODUCTION | 28757371 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 14:44 | |
| | | | | | | | Scan File 606638 | |
| 12/19/2011 | | | REPRO | 17.00 | 0.20 | 3.40 | REPRODUCTION | 28757372 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 17:55 | |
| | | | | | | | Scan File 606713 | |
| 12/19/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28774799 |
| | | | | | | | 607970 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 12/19/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28774800 |
| | | | | | | | 607488 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811717 | |
| | | | | | | | Print | |
| 12/19/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28774801 |
| | | | | | | | 607576 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 12/19/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28774802 |
| | | | | | | | 607852 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811717 | |
| | | | | | | | Print | |
| 12/19/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28774803 |
| | | | | | | | 607856 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811717 | |
| | | | | | | | Print | |
| 12/20/2011 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 28774804 |
| | | | | | | | 608460 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 12/20/2011 | | | REPRO | 19.00 | 0.20 | 3.80 | REPRODUCTION | 28774805 |
| | | | | | | | 608461 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4343236 | |
| | | | | | | | Print | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 12/20/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>608462<br>Lamb, Helen<br>1812138<br>Print | 28774806 |
| 12/20/2011 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION<br>609308<br>Lamb, Helen<br>1812138<br>Print | 28774807 |
| 12/20/2011 | | | REPRO | 18.00 | 0.20 | 3.60 | REPRODUCTION<br>609309<br>Lamb, Helen<br>4343238<br>Print | 28774808 |
| 12/20/2011 | | | REPRO | 25.00 | 0.20 | 5.00 | REPRODUCTION<br>User Name: Lamb, Helen<br>Time of Day: (H:M:S): 09:38<br>Scan File 609641 | 28757451 |
| 12/20/2011 | | | REPRO | 26.00 | 0.20 | 5.20 | REPRODUCTION<br>User Name: Lamb, Helen<br>Time of Day: (H:M:S): 09:38<br>Scan File 609642 | 28757452 |
| 12/20/2011 | | | REPRO | 26.00 | 0.20 | 5.20 | REPRODUCTION<br>User Name: Lamb, Helen<br>Time of Day: (H:M:S): 09:39<br>Scan File 609643 | 28757453 |
| 12/20/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>609158<br>Marrero, Jessica<br>4380933<br>Print | 28774797 |
| 12/20/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>609324<br>Marrero, Jessica<br>4378956<br>Print | 28774798 |
| 12/20/2011 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION<br>609625<br>Roitman, Marc<br>4341745<br>Print | 28774829 |
| 12/20/2011 | | | REPRO | 77.00 | 0.20 | 15.40 | REPRODUCTION<br>User Name: Lamb, Helen<br>Time of Day: (H:M:S): 09:37<br>612437 | 28756842 |
| 12/21/2011 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION<br>610552<br>Roitman, Marc<br>4341745<br>Print | 28774830 |
| 12/21/2011 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION<br>610632<br>Roitman, Marc<br>4341745<br>Print | 28774831 |
| 12/21/2011 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION<br>610664<br>Roitman, Marc<br>4341745<br>Print | 28774832 |
| 12/21/2011 | | | REPRO | 24.00 | 0.20 | 4.80 | REPRODUCTION | 28756784 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 15:10 | |
| | | | | | | | 615593 | |
| 12/21/2011 | | | REPRO | 24.00 | 0.20 | 4.80 | REPRODUCTION | 28759096 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 15:25 | |
| | | | | | | | Scan File 612835 | |
| 12/21/2011 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 28774776 |
| | | | | | | | 609760 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 3100964 | |
| | | | | | | | Print | |
| 12/21/2011 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 28774809 |
| | | | | | | | 610197 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 12/21/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28774810 |
| | | | | | | | 610203 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 12/21/2011 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 28774811 |
| | | | | | | | 610460 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 12/21/2011 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 28774812 |
| | | | | | | | 610551 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 12/22/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28774813 |
| | | | | | | | 611585 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4385617 | |
| | | | | | | | Print | |
| 12/22/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28774814 |
| | | | | | | | 611279 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4386107 | |
| | | | | | | | Print | |
| 12/22/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28774815 |
| | | | | | | | 611280 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4386107 | |
| | | | | | | | Print | |
| 12/22/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28774816 |
| | | | | | | | 611411 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4385617 | |
| | | | | | | | Print | |
| 12/22/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28774817 |
| | | | | | | | 611432 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4385617 | |
| | | | | | | | Print | |
| 12/22/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28774818 |
| | | | | | | | 611439 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4385617 | |
| | | | | | | | Print | |
| 12/22/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28774819 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   1/30/2012 9:29:52 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 611517 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4385617 | |
| | | | | | | | Print | |
| 12/22/2011 | | | REPRO | 15.00 | 0.20 | 3.00 | REPRODUCTION | 28774777 |
| | | | | | | | 611614 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 12/22/2011 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 28774833 |
| | | | | | | | 611549 | |
| | | | | | | | Rosenblatt, Andrew | |
| | | | | | | | 4341745 | |
| | | | | | | | Print | |
| 12/23/2011 | | | REPRO | 13.00 | 0.20 | 2.60 | REPRODUCTION | 28774820 |
| | | | | | | | 612095 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 12/27/2011 | | | REPRO | 15.00 | 0.20 | 3.00 | REPRODUCTION | 28774778 |
| | | | | | | | 613034 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 12/27/2011 | | | REPRO | 15.00 | 0.20 | 3.00 | REPRODUCTION | 28774779 |
| | | | | | | | 613036 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 12/28/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28774780 |
| | | | | | | | 613791 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1505060 | |
| | | | | | | | Print | |
| 12/28/2011 | | | REPRO | 15.00 | 0.20 | 3.00 | REPRODUCTION | 28774781 |
| | | | | | | | 613822 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 12/28/2011 | | | REPRO | 15.00 | 0.20 | 3.00 | REPRODUCTION | 28774782 |
| | | | | | | | 613823 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 12/29/2011 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 28774783 |
| | | | | | | | 614644 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1505060 | |
| | | | | | | | Print | |
| 12/29/2011 | | | REPRO | 16.00 | 0.20 | 3.20 | REPRODUCTION | 28774784 |
| | | | | | | | 614654 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 12/29/2011 | | | REPRO | 16.00 | 0.20 | 3.20 | REPRODUCTION | 28774785 |
| | | | | | | | 614655 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 12/29/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28774786 |
| | | | | | | | 614688 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 520045 | |
| | | | | | | | Print | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 12/29/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28774787 |
| | | | | | | | 614692 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 520045 | |
| | | | | | | | Print | |
| 12/29/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28778479 |
| | | | | | | | User Name: Roitman  , Marc | |
| | | | | | | | Time of Day: (H:M:S): 16:32 | |
| | | | | | | | Scan File 625122 | |
| 12/30/2011 | | | REPRO | 16.00 | 0.20 | 3.20 | REPRODUCTION | 28774788 |
| | | | | | | | 615180 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 12/30/2011 | | | REPRO | 16.00 | 0.20 | 3.20 | REPRODUCTION | 28774789 |
| | | | | | | | 615181 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 12/30/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28774790 |
| | | | | | | | 615261 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 3452135 | |
| | | | | | | | Print | |
| 12/30/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28774791 |
| | | | | | | | 615267 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 3452135 | |
| | | | | | | | Print | |
| 12/30/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28774792 |
| | | | | | | | 615288 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 3452135 | |
| | | | | | | | Print | |
| 12/30/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28774793 |
| | | | | | | | 615291 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 3501370 | |
| | | | | | | | Print | |
| 12/30/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28774821 |
| | | | | | | | 614891 | |
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 4393553 | |
| | | | | | | | Print | |
| 12/30/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28774822 |
| | | | | | | | 614927 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 12/30/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28774823 |
| | | | | | | | 614937 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 12/30/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28774824 |
| | | | | | | | 614943 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4371285 | |
| | | | | | | | Print | |
| 12/30/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28774825 |
| | | | | | | | 614947 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4371285 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   1/30/2012 9:29:52 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|-----------------------|------|----------|------|--------|-------------|------------|
|      |          |                       |      |          |      |        | Print |      |
|      |          |                       |      |          |      |        |      |      |
|      |          | UNBILLED TOTALS:   WORK: |    |          |      | 1,210.40 | 169 records |      |
|      |          | UNBILLED TOTALS:   BILL: |    |          |      | 605.20 |      |      |
|      |          |                       |      |          |      |        |      |      |
|      |          | GRAND TOTAL:   WORK: |      |          |      | 1,210.40 | 169 records |      |
|      |          | GRAND TOTAL:   BILL: |      |          |      | 605.20 |      |      |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   1/30/2012 9:29:52 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 11/15/2011 | | | TEL | 448.00 | 0.08 | 34.64 | TELEPHONE CHARGES<br>CALLER: Douglas E. Deutsch<br>CNCT : 448<br>NUMBER of CALLERS:: 9<br>TIME of DAY: 10:55 | 28763984 |
| 11/17/2011 | | | TEL | 1963.00 | 0.42 | 827.46 | TELEPHONE CHARGES<br>CALLER: Howard Seife<br>CNCT : 1963<br>NUMBER of CALLERS:: 27<br>TIME of DAY: 11:17 | 28763987 |
| 11/23/2011 | | | TEL | 1313.00 | 0.48 | 626.37 | TELEPHONE CHARGES<br>CALLER: Howard Seife<br>CNCT : 1313<br>NUMBER of CALLERS:: 23<br>TIME of DAY: 10:14 | 28763988 |
| 11/28/2011 | | | TEL | 457.00 | 0.08 | 35.35 | TELEPHONE CHARGES<br>CALLER: Marc Roitman<br>CNCT : 457<br>NUMBER of CALLERS:: 16<br>TIME of DAY: 15:26 | 28763990 |
| 11/28/2011 | | | TEL | 528.00 | 0.08 | 40.83 | TELEPHONE CHARGES<br>CALLER: Marc Roitman<br>CNCT : 528<br>NUMBER of CALLERS:: 13<br>TIME of DAY: 17:12 | 28763991 |
| 11/29/2011 | | | TEL | 147.00 | 0.08 | 11.37 | TELEPHONE CHARGES<br>CALLER: Douglas E. Deutsch<br>CNCT : 147<br>NUMBER of CALLERS:: 9<br>TIME of DAY: 09:56 | 28763985 |
| 11/30/2011 | | | TEL | 44.00 | 0.08 | 3.40 | TELEPHONE CHARGES<br>CALLER: Marc Roitman<br>CNCT : 44<br>NUMBER of CALLERS:: 3<br>TIME of DAY: 12:58 | 28763992 |
| 12/01/2011 | | | TEL | 872.00 | 0.56 | 489.96 | TELEPHONE CHARGES<br>CALLER: Howard Seife<br>CNCT : 872<br>NUMBER of CALLERS:: 24<br>TIME of DAY: 11:17 | 28763989 |
| 12/02/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 261033<br>CNCT: 1<br>TIME of DAY: (H:M:S): 15:50<br>NUM CALLED: 3128534602<br>575526 | 28717754 |
| 12/04/2011 | | | TEL | 85.00 | 0.08 | 6.57 | TELEPHONE CHARGES<br>CALLER: Andrew Rosenblatt<br>CNCT : 85<br>NUMBER of CALLERS:: 3<br>TIME of DAY: 09:57<br>Not E.nte > MAT | 28764299 |
| 12/05/2011 | | | TEL | 10.00 | 0.02 | 0.23 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 10<br>TIME of DAY: (H:M:S): 13:44<br>NUM CALLED: 3024674416<br>578518 | 28718570 |
| 12/05/2011 | | | TEL | 25.00 | 0.02 | 0.58 | TELEPHONE CHARGES<br>EXT: 268097<br>CNCT: 25<br>TIME of DAY: (H:M:S): 11:13<br>NUM CALLED: 2027368136<br>578142 | 28718571 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   1/30/2012 9:29:52 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 12/06/2011 | | | EL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 09:52<br>NUM CALLED: 4158480308<br>580688 | 28720428 |
| 12/06/2011 | | | EL | 12.00 | 0.02 | 0.28 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 12<br>TIME of DAY: (H:M:S): 15:25<br>NUM CALLED: 7037390800<br>581756 | 28720429 |
| 12/06/2011 | | | EL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265271<br>CNCT: 1<br>TIME of DAY: (H:M:S): 12:30<br>NUM CALLED: 3128530497<br>581283 | 28720430 |
| 12/06/2011 | | | EL | 270.00 | 0.08 | 20.89 | TELEPHONE CHARGES<br>CALLER: Douglas E. Deutsch<br>CNCT : 270<br>NUMBER of CALLERS:: 9<br>TIME of DAY: 09:56 | 28763986 |
| 12/07/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265539<br>CNCT: 1<br>TIME of DAY: (H:M:S): 14:43<br>NUM CALLED: 3024674416<br>584556 | 28720628 |
| 12/08/2011 | | | TEL | 13.00 | 0.04 | 0.56 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 13<br>TIME of DAY: (H:M:S): 09:28<br>NUM CALLED: 2037085847<br>586777 | 28730633 |
| 12/08/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 11:00<br>NUM CALLED: 2028575000<br>586962 | 28730634 |
| 12/08/2011 | | | TEL | 1.00 | 0.04 | 0.04 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 12:01<br>NUM CALLED: 2037085847<br>587124 | 28730635 |
| 12/08/2011 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES<br>EXT: 265172<br>CNCT: 2<br>TIME of DAY: (H:M:S): 14:38<br>NUM CALLED: 3122229100<br>587518 | 28730636 |
| 12/08/2011 | | | TEL | 3.00 | 0.02 | 0.07 | TELEPHONE CHARGES<br>EXT: 265172<br>CNCT: 3<br>TIME of DAY: (H:M:S): 15:45<br>NUM CALLED: 3122229100<br>587698 | 28730637 |
| 12/08/2011 | | | TEL | 1.00 | 0.04 | 0.04 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 16:11<br>NUM CALLED: 2037085847<br>587760 | 28730638 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 12/09/2011 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 2<br>TIME of DAY: (H:M:S): 14:18<br>NUM CALLED: 3128537030<br>590338 | 28732616 |
| 12/09/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 14:22<br>NUM CALLED: 3128537163<br>590346 | 28732617 |
| 12/09/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265271<br>CNCT: 1<br>TIME of DAY: (H:M:S): 13:39<br>NUM CALLED: 3128530497<br>590234 | 28732618 |
| 12/12/2011 | | | TEL | 6.00 | 0.02 | 0.14 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 6<br>TIME of DAY: (H:M:S): 09:12<br>NUM CALLED: 3024674410<br>592732 | 28734151 |
| 12/12/2011 | | | TEL | 11.00 | 0.02 | 0.25 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 11<br>TIME of DAY: (H:M:S): 09:25<br>NUM CALLED: 2028411264<br>592759 | 28734152 |
| 12/12/2011 | | | TEL | 7.00 | 0.02 | 0.16 | TELEPHONE CHARGES<br>EXT: 265271<br>CNCT: 7<br>TIME of DAY: (H:M:S): 19:19<br>NUM CALLED: 3104432368<br>594203 | 28734159 |
| 12/12/2011 | | | TEL | 13.00 | 0.02 | 0.30 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 13<br>TIME of DAY: (H:M:S): 09:58<br>NUM CALLED: 2027781822<br>592832 | 28734153 |
| 12/12/2011 | | | TEL | 24.00 | 0.02 | 0.55 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 24<br>TIME of DAY: (H:M:S): 13:45<br>NUM CALLED: 2028411264<br>593448 | 28734154 |
| 12/12/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 14:12<br>NUM CALLED: 2023264000<br>593459 | 28734155 |
| 12/12/2011 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 2<br>TIME of DAY: (H:M:S): 16:34<br>NUM CALLED: 8185606670<br>593890 | 28734156 |
| 12/12/2011 | | | TEL | 24.00 | 0.02 | 0.55 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 24<br>TIME of DAY: (H:M:S): 16:50<br>NUM CALLED: 3142913030<br>594003 | 28734157 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   1/30/2012 9:29:52 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 12/12/2011 | | | TEL | 7.00 | 0.02 | 0.16 | TELEPHONE CHARGES<br>EXT: 265271<br>CNCT: 7<br>TIME of DAY: (H:M:S): 19:09<br>NUM CALLED: 3104432368<br>594193 | 28734158 |
| 12/13/2011 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 2<br>TIME of DAY: (H:M:S): 09:58<br>NUM CALLED: 2023264000<br>595629 | 28739599 |
| 12/14/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 12:02<br>NUM CALLED: 2023264000<br>599010 | 28739821 |
| 12/14/2011 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES<br>EXT: 265172<br>CNCT: 2<br>TIME of DAY: (H:M:S): 14:43<br>NUM CALLED: 3024674438<br>599372 | 28739822 |
| 12/14/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265204<br>CNCT: 1<br>TIME of DAY: (H:M:S): 11:27<br>NUM CALLED: 8189546007<br>598882 | 28739823 |
| 12/14/2011 | | | TEL | 2.00 | 0.05 | 0.09 | TELEPHONE CHARGES<br>EXT: 265204<br>CNCT: 2<br>TIME of DAY: (H:M:S): 18:13<br>NUM CALLED: 5165514948<br>599917 | 28739824 |
| 12/15/2011 | | | TEL | 3.00 | 0.02 | 0.07 | TELEPHONE CHARGES<br>EXT: 265204<br>CNCT: 3<br>TIME of DAY: (H:M:S): 12:55<br>NUM CALLED: 3128530036<br>602085 | 28740051 |
| 12/16/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265172<br>CNCT: 1<br>TIME of DAY: (H:M:S): 12:47<br>NUM CALLED: 3122229100<br>604928 | 28752155 |
| 12/16/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265172<br>CNCT: 1<br>TIME of DAY: (H:M:S): 15:29<br>NUM CALLED: 3122229100<br>605313 | 28752156 |
| 12/16/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265172<br>CNCT: 1<br>TIME of DAY: (H:M:S): 15:30<br>NUM CALLED: 3122229100<br>605316 | 28752157 |
| 12/19/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265172<br>CNCT: 1<br>TIME of DAY: (H:M:S): 11:58<br>NUM CALLED: 3122229100 | 28757013 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   1/30/2012 9:29:52 AM

Page 5

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | 608012 | |
| 12/19/2011 | | | TEL | 12.00 | 0.02 | 0.28 | TELEPHONE CHARGES | 28757014 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 12 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:45 | |
| | | | | | | | NUM CALLED: 2027781822 | |
| | | | | | | | 608688 | |
| 12/19/2011 | | | TEL | 3.00 | 0.02 | 0.07 | TELEPHONE CHARGES | 28757015 |
| | | | | | | | EXT: 265172 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:49 | |
| | | | | | | | NUM CALLED: 3122229100 | |
| | | | | | | | 608841 | |
| 12/19/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28757016 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:11 | |
| | | | | | | | NUM CALLED: 2027781822 | |
| | | | | | | | 607698 | |
| 12/20/2011 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES | 28757222 |
| | | | | | | | EXT: 265172 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 09:51 | |
| | | | | | | | NUM CALLED: 3024674438 | |
| | | | | | | | 610766 | |
| 12/20/2011 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES | 28757223 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:33 | |
| | | | | | | | NUM CALLED: 2027781822 | |
| | | | | | | | 611958 | |
| 12/20/2011 | | | TEL | 8.00 | 0.02 | 0.18 | TELEPHONE CHARGES | 28757224 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 8 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:27 | |
| | | | | | | | NUM CALLED: 3104432368 | |
| | | | | | | | 611957 | |
| 12/22/2011 | | | TEL | 6.00 | 0.02 | 0.14 | TELEPHONE CHARGES | 28759988 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 6 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:44 | |
| | | | | | | | NUM CALLED: 2027781894 | |
| | | | | | | | 617206 | |
| 12/22/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28759989 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:52 | |
| | | | | | | | NUM CALLED: 2028575000 | |
| | | | | | | | 617212 | |
| 12/22/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28759990 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 13:00 | |
| | | | | | | | NUM CALLED: 2028575000 | |
| | | | | | | | 617237 | |
| 12/22/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28759991 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:28 | |
| | | | | | | | NUM CALLED: 3038660102 | |
| | | | | | | | 617810 | |
| 12/28/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28778112 |
| | | | | | | | EXT: 265172 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:20 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                 Page 6
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   1/30/2012 9:29:52 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | NUM CALLED: 3122229100 | |
| | | | | | | | 623834 | |
| 12/29/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28778236 |
| | | | | | | | EXT: 265172 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:11 | |
| | | | | | | | NUM CALLED: 3122229100 | |
| | | | | | | | 626619 | |
| 12/30/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28778343 |
| | | | | | | | EXT: 265172 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:21 | |
| | | | | | | | NUM CALLED: 3122229100 | |
| | | | | | | | 627536 | |
| 12/30/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28778344 |
| | | | | | | | EXT: 265172 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:21 | |
| | | | | | | | NUM CALLED: 3122229100 | |
| | | | | | | | 627643 | |
| 12/30/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28778345 |
| | | | | | | | EXT: 265172 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:35 | |
| | | | | | | | NUM CALLED: 3122229100 | |
| | | | | | | | 628097 | |
| 12/30/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28778346 |
| | | | | | | | EXT: 265172 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:25 | |
| | | | | | | | NUM CALLED: 3122229100 | |
| | | | | | | | 628233 | |
| | | UNBILLED TOTALS:  WORK | | | | 2,102.41 | 61 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 2,102.41 | | |
| | | GRAND TOTAL:     WORK: | | | | 2,102.41 | 61 records | |
| | | GRAND TOTAL:     BILL: | | | | 2,102.41 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   1/30/2012 9:29:52 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 12/30/2011 | | | TELH | 1.00 | 278.44 | 278.44 | TELEPHONE CHARGES - Vendor: HOWARD SEIFE | 28766837 |
| | | | | | | | BLACKBERRY PHONE REIMBURSEMENT DURING | |
| | | | | | | | INTERNATIONAL TRAVEL | |
| | | | | | | | Vendor=HOWARD SEIFE  Balance=.00  Amount= 466.39 | |
| | | | | | | | Check #338031 12/30/2011 | |
| | | UNBILLED TOTALS:  WORK: | | | | 278.44 | 1 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 278.44 | | |
| | | GRAND TOTAL:     WORK: | | | | 278.44 | 1 records | |
| | | GRAND TOTAL:     BILL: | | | | 278.44 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   1/30/2012 9:29:52 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 12/13/2011 | | | PROFSVS | 1.00 | 22,128.85 | 22,128.85 | OUTSIDE PROFESSIONAL SERVICES - Vendor: | 28735836 |
| | | | | | | | COMPLETE DISCOVERY SOURCE MONTHLY DATA HOSTING, | |
| | | | | | | | HOSTING DB REVIEWER LIC | |
| | | | | | | | Vendor=COMPLETE DISCOVERY SOURCE  Balance= .00  Amount= | |
| | | | | | | | 22128.85 | |
| | | | | | | | Check #338322  01/05/2012 | |
| | | UNBILLED TOTALS:  WORK | | | | 22,128.85 | 1 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 22,128.85 | | |
| | | GRAND TOTAL:    WORK: | | | | 22,128.85 | 1 records | |
| | | GRAND TOTAL:    BILL: | | | | 22,128.85 | | |