**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.*,<br><br>                         Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

The undersigned hereby provides notice that William J. Barrett is hereby entering his appearance on behalf of GreatBanc Trust Company, a party in interest, pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedures and Sections 342 and 1109(b) of the Bankruptcy Code. The undersigned further requests that all correspondence, pleadings and notices should be sent to the following address:

>William J. Barrett
>Ray G. Rezner
>Roger H. Stetson
>Barack Ferrazzano Kirschbaum
> & Nagelberg LLP
>200 West Madison Street, Suite 3900
>Chicago, IL 60606
>Telephone:    (312) 984-3100
>Facsimile:    (312) 984-3150
>william.barrett@bfkn.com
>ray.rezner@bfkn.com
>roger.stetson@bfkn.com

Dated: January 31, 2012                  Respectfully submitted,

                                                   /s/ William J. Barrett
                                        William J. Barrett
                                        (Illinois State Bar No. 6206424)
                                        Ray D. Rezner
                                        (Illinois State Bar No. 2323605)
                                        Roger H. Stetson
                                        (Illinois State Bar No. 6279862)

Barack Ferrazzano Kirschbaum
 & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
Telephone:     (312) 984-3100
Facsimile:     (312) 984-3150
william.barrett@bfkn.com
ray.rezner@bfkn.com
roger.stetson@bfkn.com

*Attorneys for GreatBanc Trust Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance and Request for Service was duly served on all parties receiving electronic notification in this case from the Court ECF system as well as by U.S. Mail, postage prepaid, upon the parties listed on the Service List below on this 31st day of January, 2012.

## SERVICE LIST

Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Graeme W. Bush
James Sottile
Andrew N Goldfarb
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036

James F. Conlan
James F. Bendernagel, Jr.
Kevin T. Lantry
Jessica C.K. Boelter
Allison Ross Stromberg
Sidley & Austin LLP
One South Dearborn Street
Chicago, Illinois 60603

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Norman L. Pernick
J. Kate Stickles
Patrick J. Reilly
Cole, Schotz, Meisel, Forman
& Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

    /s/ William J. Barrett
        William J. Barrett