## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT REGARDING
## EIGHTH INTERIM FEE APPLICATION OF REED SMITH LLP

Stuart Maue (the **"Fee Examiner"**) submits this Final Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the **"Fee Examiner Order"**) in connection with the *Eighth Interim Fee Application*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); ChicagoLand Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

*of Reed Smith LLP* [Docket No. 7406] (the "**Fee Application**").  The Fee Application seeks approval of fees that total $101,850.00 and reimbursement of expenses that total $1,988.87 for the period from September 1, 2010 through November 30, 2010.  Reed Smith LLP ("**Reed Smith**") serves as special counsel for certain insurance matters to the Debtors and Debtors-in-Possession.

**Background**

1.    On December 8, 2008 (the "**Petition Date**"), Tribune Company and its listed subsidiaries and affiliates (each a "**Debtor**" and collectively the "**Debtors**") each commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code.  Under this Court's *Order Directing Joint Administration Chapter 11 Cases* dated December 10, 2009 [Docket No. 43], these cases are being jointly administered pursuant to Rule 1015(b) of the Bankruptcy Rules.

2.    On December 26, 2008, the Debtors filed their *Application for an Order Authorizing Debtors and Debtors in Possession to Employ and Retain Reed Smith LLP as Special Counsel for Certain Litigation Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107, Nunc Pro Tunc to the Petition Date* [Docket No. 145] (the "**Retention Application**").  By order dated February 3, 2009, this Court approved the retention of Reed Smith [Docket No. 326] (the "**Retention Order**").

3.    On January 7, 2011, Reed Smith submitted the Fee Application pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members under 11 U.S.C. §§ 105(a) and 331* [Docket No. 225] (the "**Interim Compensation Order**").

**Applicable Standards**

4.    In light of the size and complexity of these Chapter 11 cases, this Court appointed the Fee Examiner "to act as a special consultant to the Court for professional fee and

expense analysis and review, as described in [the Fee Examiner Order]" and observed that "it is necessary to establish uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and guidelines." *Fee Examiner Order* ¶¶ 1, 3.

5.      The Fee Examiner reviewed the Fee Application for compliance with sections 330 and 331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**").  In addition, the Fee Examiner reviewed the Fee Application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

6.      Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals "reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A)*. In evaluating the amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is

reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F)*.

7.    A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses were necessary, reasonable, and actually incurred. A fee application must comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules. Moreover, the exercise of billing judgment by attorneys is ethically mandated; it is an inherent and unavoidable component of every fee application. A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

8.    The Fee Examiner completed the preliminary evaluation of the Fee Application, the Retention Application, the Retention Order, the Interim Compensation Order, and all related filings and provided a Preliminary Report to Reed Smith for review and comment. The firm submitted a written response to the Fee Examiner. After evaluation and consideration of the additional information provided by Reed Smith, the Fee Examiner submits this Final Report for the Court's consideration. This Final Report is in a format designed to quantify and present factual data relevant to whether the requested fees and expenses of the applicant meet the applicable standards of section 330 of the Bankruptcy Code and Local Rule 2016-2, and will also inform the Court of all proposed consensual resolutions of the fee and/or expense reimbursement request for the professional and the basis for such proposed consensual resolution.

<u>**Discussion of Finding**</u>

9.    <u>**Reconciliation of Fees and Expenses.**</u>    The Fee Examiner compared the total amount of fees and expenses requested in the Fee Application ("**Fees Requested**" and "**Expenses Requested**") to the fees and expenses actually documented in the electronic and/or

hard copy data received from the firm ("**Fees Computed**" and "**Expenses Computed**").  The Fee Examiner determined that the Fees Computed exceed the Fees Requested by $133.00, resulting in an apparent undercharge.  The discrepancy is the result of task hours within two entries that do not equal the time billed for the entry as a whole, as displayed in **Exhibit A**.

The Fee Examiner further determined that there is no discrepancy between the Expenses Requested and the Expenses Computed.  The figures in this report and the accompanying exhibits reflect Fees Computed and Expenses Computed.

10.    **Block Billing.**[2]  The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment." *Local Rule 2016-2(d)(vii)*.  The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hours on a daily aggregate, "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." *UST Guidelines ¶(b)(4)(v)*.[3]  Reed Smith did not engage in block billing.

11.    **Time Increments.**  The Local Rules provide that "[a]ctivities shall be billed in tenths of an hour (six (6) minutes)." *Local Rule 2016-2(d)(iv)*.  The UST Guidelines further provide that time entries "should be kept contemporaneously with the services rendered in time periods of tenths of an hour." *UST Guidelines ¶(b)(4)(v)*.  The Fee Examiner confirmed that the firm recorded time entries in tenths of an hour.

---

[2] The Fee Examiner's methodology for reviewing fees includes addressing the uncertainty of quantifying time resulting from block billing.  Block billing is the practice of billing more than one task in a single entry with a single time increment assigned to the entire entry.  As an alternative to discounting the entire amount billed for an entry that is block billed, the Fee Examiner assigns an equal proportional amount of time to each of the tasks contained within the blocked entry.  This methodology has been adopted by courts when evaluating fees and ruling on fee applications, and presents a reasonable alternative to discounting block billed time entries in their entirety.

[3] The judicial response to block billing varies.  Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g.*, *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g.*, *In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007).  Across the board cuts range from five to 100 percent. *See id.* at 495 n.7 and cases cited.

## Review of Fees

12.     **Firm Staffing.**  The UST Guidelines state that fee applications should identify

the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed

time, [an] explanation of any changes in hourly rates from those previously charged, and [a]

statement of whether the compensation is based on the customary compensation charged by

comparably skilled practitioners in cases other than cases under title 11." *UST Guidelines*

*¶(b)(1)(iii)*.   The Fee Application provided the names, positions, and hourly rates of the

13 Reed Smith professionals and paraprofessionals who billed to this matter, consisting of

4 partners, 6 associates, 2 paralegals, and 1 practice group specialist.  A summary of hours and

fees billed by each timekeeper is displayed in **Exhibit B**.[4]

The firm billed a total of 240.40 hours with associated fees of $101,983.00.[5]  The

following table displays the hours and fees computed by timekeeper position and the percentage

of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 144.40 | 60% | $ 75,373.50 | 74% |
| Associate | 48.90 | 20% | 19,543.00 | 19% |
| Paralegal | 13.90 | 6% | 1,754.50 | 2% |
| Practice Group Specialist | 33.20 | 14% | 5,312.00 | 5% |
| TOTAL | 240.40 | 100% | $101,983.00 | 100% |

The blended hourly rate for the Reed Smith professionals is $491.03 and the blended

hourly rate for professionals and paraprofessionals is $424.22.

13.     **Hourly Rate Increases.**  Reed Smith did not increase the hourly rates of firm

timekeepers during this interim period.

---

[4] This Final Report includes exhibits that detail and support the findings discussed herein.  Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit. The tasks included in a specific category are underlined in the fee exhibits.  For purpose of context, other tasks within the same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit category.

[5] This amount reflects the Fees Computed.

14.     **Timekeepers' Roles.**    A court may not allow compensation of fees for duplicative or unnecessary services. *See 11 U.S.C. § 330(4)*. With this directive in mind, the Fee Examiner reviewed the billing entries of each timekeeper to evaluate his or her contribution to the representation, including a comparison to others' efforts. On the whole, each Reed Smith timekeeper appeared to perform either core team responsibilities necessary to the engagement, or performed limited but discrete, necessary, and/or fungible tasks that did not appear to be duplicated by other professionals.

15.     **Meetings, Conferences, Hearings, and Other Events.**    The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" (*Local Rule 2016-2(d)(ix)*), and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v)*. While it may be appropriate to have multiple attendees at some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role. Reed Smith did not bill for multiple attendance at non-firm conferences.

16.     **Intraoffice Conferences.**    Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The Fee Examiner identified billing activities by Reed Smith timekeepers describing intraoffice conferences totaling 3.30 hours with $1,172.00 in associated fees, or approximately 1% of the Fees Computed as was displayed in **Exhibit C** to the Preliminary Report. The Fee Examiner observed that in limited instances, two or more timekeepers invoiced fees associated with the same intraoffice conference. The entries describing intraoffice conferences invoiced by two or more firm personnel total 2.20 hours with $734.00 in associated fees and are highlighted in

bold and marked with an ampersand [&] in the exhibit.  The Fee Examiner makes no recommendation for a fee reduction.  Exhibit C is omitted from this report.

17.     **Complete and Detailed Task Descriptions.**  Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable and necessary."  The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each activity description "shall include the type of activity (*e.g.*, phone call, research)," each activity description "shall include the subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix).*  The UST Guidelines provide that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication.  Time entries for court hearings and conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v).*  The Fee Examiner reviewed the substantive detail of each billing entry describing communication activities and identified 1.40 hours with $593.00 in associated fees where the billing narrative failed to disclose the subject matter of and/or participants to a communication.  The entries were set forth in **Exhibit D** to the Preliminary Report.  The Fee Examiner requested that Reed Smith provide sufficient detail for each time entry and in particular disclose the subject matter and participants for every billing activity describing communications.  The firm responded by annotating the exhibit with the requisite detail.  After review of same, the Fee Examiner makes no recommendation for a fee reduction and Exhibit D is omitted from this report.

18.     **Administrative Activities.**  Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm.  Reed Smith invoiced 3.90 hours with $886.50 in associated fees, which

were set out in **Exhibit E**, related to reviewing firm invoices which are an essential aspect of firm operation and fall under firm administration rather than legal work. The firm did not address the issue in its formal response, but in a follow-up communication the firm agreed to a reduction in the amount of $886.50. Exhibit E is omitted from this report.

19.   **Clerical Activities.**   Clerical activities are tasks that do not require legal acumen and may be effectively performed by administrative assistants, secretaries, or support personnel.[6] The Fee Examiner identified billing entries describing apparent clerical tasks, including but not limited to organizing and maintaining documents and preparing binders. The questioned entries were displayed in **Exhibit F** to the Preliminary Report and total 16.10 hours with $2,131.50 in associated fees. The firm provided a detailed response, which explained the nature and substance of the work performed and it did not appear to be clerical in nature. As such, a fee reduction will not be recommended. Exhibit F is omitted from this report.

20.   **Travel.**   The Local Rules provide that nonworking travel time "shall be separately described and may be billed at no more than 50% of regular hourly rates." *Local Rule 2016-2(d)(viii)*. The Fee Examiner did not identify any billing entries describing travel by firm timekeepers.

21.   **Reed Smith Retention/Compensation.**   Reed Smith billed 57.80 hours with associated fees of $15,754.00 to prepare the firm's retention documents and applications for compensation, which computes to approximately 15% of the Fees Computed. The fee entries describing Reed Smith's retention/compensation activities are displayed in **Exhibit G**, which is included in the Final Report for the Court's reference.

---

[6] "Duties appropriate for office staff are considered part of a professional's overhead expenses and may not be billed to the estate." *Fibermark*, 349 B.R. at 397; *In re Korea Chosun Daily Times, Inc.*, 337 B.R. 758 769 (Bankr. E.D.N.Y. 2005) (overhead not compensable); *but see Bennett Funding*, 213 B.R. at 247-48 (discussing differing approaches to clerical work at professional rates). These overhead activities may include: mailing; photocopying, word processing (including the creation of templates), formatting, creating spreadsheets, printing, organizing files, checking for docket updates, creating binders, and secretarial overtime. *Fibermark*, 349 B.R. at 396-97.

## Review of Expenses

22.    **Itemization of Expenses.**  The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual incurring the expense, if available." *Local Rule 2016-2(e)(i-ii)*.  The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (e.g., type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.  Itemized expenses should be identified by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines ¶(b)(5)(iii)*.  Reed Smith provided an itemization for its expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

23.    **Photocopies.**  The Local Rules provide that copying charges shall not exceed $0.10 per page. *Local Rule 2016-2(e)(iii)*.  Reed Smith stated in the Application that the firm's rate for duplication is $0.10 per page.

24.    **Computer Assisted Legal Research.**  The Local Rules provide that computer assisted legal research charges "shall not be more than the actual cost." *Local Rule 2016 2 (e)(iii)*.  The firm billed $928.50 for computer assisted legal research and the Application failed to indicate how the firm calculated this cost.  The Fee Examiner requested Reed Smith provide additional information regarding the costs associated with the firm's computer assisted research.  The firm stated it has always invoiced Tribune for computer assisted legal research at cost.

25.    **Local Travel Expenses.**  Reed Smith requested reimbursement of $64.00 for taxi and mileage expenses.  The Application did not identify the person incurring the charges or

the purpose of such expenses. The Fee Examiner requests that Reed Smith provide the name of the person(s) incurring each expense and the purpose of the charges, which were displayed in **Exhibit H** to the Preliminary Report. The firm responded by providing an annotated exhibit that had sufficient detail to answer the questions posed. Exhibit H is omitted from this Report.

## CONCLUSION

The Fee Examiner submits this final report regarding the Application and the fees and expenses discussed above. The Fee Examiner recommends approval of fees that total $101,096.50 ($101,850.00 plus $133.00 minus $886.50) and reimbursement of expenses that total $1,988.87 for the period from September 1, 2010 through November 30, 2010. The findings are set forth in the summary on the following page.

**REED SMITH LLP**

**SUMMARY OF FINDINGS**

**Eighth Interim Fee Application (September 1, 2010 through November 30, 2010)**

**A.      Amounts Requested and Computed**

| | | |
|---|---:|---:|
| Fees Requested | $101,850.00 | |
| Expenses Requested | 1,988.87 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $103,838.87 |
| | | |
| Fees Computed | $101,983.00 | |
| Expenses Computed | 1,988.87 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $103,971.87 |
| | | |
| Discrepancy in Fees | ($    133.00) | |
| | | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | ($    133.00) |

**B.      Recommended Fee Allowance and Expense Reimbursement**

| | | |
|---|---:|---:|
| Fees Requested | $101,850.00 | |
| *Discrepancy in Fees* | | *$133.00* |
| *Agreed Reduction for Administrative Activities* | | *(886.50)* |
| Subtotal | | *($753.50)* |
| | | |
| RECOMMENDED FEE ALLOWANCE | | $101,096.50 |
| | | |
| Expenses Requested | $1,988.87 | |
| | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | 1,988.87 |
| | | |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | $103,085.37 |

Respectfully submitted,

**STUART MAUE**

By: _____

    John F. Theil, Esq.
    3840 McKelvey Road
    St. Louis, Missouri  63044
    Telephone:   (314) 291-3030
    Facsimile:   (314) 291-6546
    tribunebkr@smmj.com

    *Fee Examiner*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 31st day of January, 2012.

David Klauder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE  19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Mr. James F. Conlan
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE  19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY  10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

John D. Shugrue, Esq.
Partner
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL  60606-7507

John F. Theil, Esq.

**EXHIBIT A**
**DISCREPANCY SCHEDULE**
**REED SMITH LLP**

| Invoice Number | Entry Number | Matter | Timekeeper Name | Entry Date | Rate | Hours Billed | Hours Computed | Fees Billed | Fees Computed | Hour Difference | Fee Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2066842-9 | 45 | Fee Applications | Lankford | 10/08/10 | $160.00 | 0.50 | 0.60 | $ 80.00 | $ 96.00 | (0.10) | $ (16.00) |
| 2076111-9 | 44 | Fee Applications | Falgowski | 11/09/10 | $390.00 | 0.60 | 0.90 | $ 234.00 | $ 351.00 | (0.30) | $ (117.00) |
| | | | | | | | | Total Discrepancy (Undercharge) | | (0.40) | $ (133.00) |

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### Reed Smith LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| JDS | Shugrue, John D. | PARTNER | $535.00 | $535.00 | 96.60 | $51,681.00 |
| PRW | Walker-Bright, Paul R. | PARTNER | $510.00 | $510.00 | 31.30 | $15,963.00 |
| TPL | Law, Timothy P. | PARTNER | $445.00 | $445.00 | 14.70 | $6,541.50 |
| SAM | Miller, Steven A. | PARTNER | $660.00 | $660.00 | 1.80 | $1,188.00 |
| | No. of Billers for Position: 4 | Blended Rate for Position: | $521.98 | | 144.40 | $75,373.50 |
| | | | | % of Total: | 60.07% | % of Total: 73.91% |
| LJR | Raines, Lana J. | ASSOCIATE | $430.00 | $430.00 | 28.50 | $12,255.00 |
| JCF | Falgowski, J. Cory | ASSOCIATE | $390.00 | $390.00 | 9.20 | $3,588.00 |
| TR | Rehder, Toki | ASSOCIATE | $420.00 | $420.00 | 4.40 | $1,848.00 |
| TPR | Reiley, Timothy P. | ASSOCIATE | $230.00 | $230.00 | 3.60 | $828.00 |
| CMC | Crosier, Clinton M. | ASSOCIATE | $330.00 | $330.00 | 1.60 | $528.00 |
| DR | Rosenfield, David M. | ASSOCIATE | $310.00 | $310.00 | 1.60 | $496.00 |
| | No. of Billers for Position: 6 | Blended Rate for Position: | $399.65 | | 48.90 | $19,543.00 |
| | | | | % of Total: | 20.34% | % of Total: 19.16% |
| SS | Somoza, Silvia | PARALEGAL | $125.00 | $125.00 | 10.50 | $1,312.50 |
| MT | Todd, Michelle G. | PARALEGAL | $130.00 | $130.00 | 3.40 | $442.00 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $126.22 | | 13.90 | $1,754.50 |
| | | | | % of Total: | 5.78% | % of Total: 1.72% |
| LL | Lankford, Lisa A. | PRAC GROUP SPEC | $160.00 | $160.00 | 33.20 | $5,312.00 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $160.00 | | 33.20 | $5,312.00 |
| | | | | % of Total: | 13.81% | % of Total: 5.21% |
| | Total No. of Billers: 13 | Blended Rate for Report: | $424.22 | | 240.40 | $101,983.00 |

EXHIBIT G

REED SMITH RETENTION/COMPENSATION

Reed Smith LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Falgowski, J | 9.20 | 3,588.00 |
| Lankford, L | 33.20 | 5,312.00 |
| Reiley, T | 3.60 | 828.00 |
| Shugrue, J | 11.10 | 5,938.50 |
| Somoza, S | 0.70 | 87.50 |
| | 57.80 | $15,754.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee Applications | 57.80 | 15,754.00 |
| | 57.80 | $15,754.00 |

EXHIBIT G

REED SMITH RETENTION/COMPENSATION

Reed Smith LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 09/15/10 Wed | Somoza, S 2054397-9/63 | 0.10 | 0.10 | 12.50 | | | 1 | MATTER NAME: *Fee Applications*<br>REVIEWED AND CATALOGUED CASE FILES. |
| 09/16/10 Thu | Lankford, L 2054397-9/64 | 2.70 | 2.70 | 432.00 | | | 1 | MATTER NAME: *Fee Applications*<br>UPDATED RS FINAL FEE SPREADSHEET. |
| 09/17/10 Fri | Reiley, T 2054397-9/65 | 1.00 | 1.00 | 230.00 | | | 1 | MATTER NAME: *Fee Applications*<br>DRAFTED MOTION TO EXPAND SCOPE OF REED SMITH RETENTION. |
| 09/20/10 Mon | Reiley, T 2054397-9/66 | 1.70 | 1.70 | 391.00 | | | 1 | MATTER NAME: *Fee Applications*<br>REVISED MOTION TO EXPAND SCOPE OF REED SMITH RETENTION AND ACCOMPANYING AFFIDAVITS. |
| 09/21/10 Tue | Falgowski, J 2054397-9/67 | 1.00 | 1.00 | 390.00 | | | 1 | MATTER NAME: *Fee Applications*<br>REVIEWED AND REVISED MOTION TO EXPAND SCOPE OF REED SMITH RETENTION AND ACCOMPANYING AFFIDAVIT. |
| 09/21/10 Tue | Reiley, T 2054397-9/68 | 0.10 | 0.10 | 23.00 | | | 1 | MATTER NAME: *Fee Applications*<br>FOLLOW-UP PHONE CONFERENCE WITH C. FALGOWSKI REGARDOMG MOTION TO EXPAND SCOPE OF REED SMITH RETENTION. |
| 09/21/10 Tue | Reiley, T 2054397-9/69 | 0.80 | 0.80 | 184.00 | | | 1 | MATTER NAME: *Fee Applications*<br>FURTHER REVISED MOTION TO EXPAND SCOPE OF REED SMITH RETENTION AND AFFIDAVITS THERETO. |
| 09/22/10 Wed | Falgowski, J 2054397-9/71 | 0.90 | 0.90 | 351.00 | | | 1 | MATTER NAME: *Fee Applications*<br>COMMUNICATIONS WITH J. SHUGRUE REGARDING MOTION TO EXPAND SCOPE OF RETENTION AND REVISIONS TO MOTION. |
| 09/22/10 Wed | Lankford, L 2054397-9/70 | 0.60 | 0.60 | 96.00 | | | 1 | MATTER NAME: *Fee Applications*<br>DRAFTED CNO TO RS'S 18TH MONTHLY FEE APPLICATION. |
| 09/22/10 Wed | Shugrue, J 2054397-9/72 | 0.40 | 0.40 | 214.00 | 0.30 0.10 | F F | 1 2 | MATTER NAME: *Fee Applications*<br>WORKED ON MOTION TO EXPAND SCOPE OF ENGAGEMENT TO INCLUDE NEW MATTER (.3);<br>ANALYZED AND APPROVED FOR FILING CNO REGARDING 18TH MONTHLY FEE APPLICATION (.1). |
| 09/24/10 Fri | Shugrue, J 2054397-9/73 | 0.30 | 0.30 | 160.50 | | | 1 | MATTER NAME: *Fee Applications*<br>WORKED ON SUPPLEMENTAL FILING WITH BK COURT REGARDING ADDITIONAL ENGAGEMENT BY TRIBUNE. |
| 09/27/10 Mon | Shugrue, J 2054397-9/75 | 1.90 | 1.90 | 1,016.50 | 0.20 0.50 1.20 | F F F | 1 2 3 | MATTER NAME: *Fee Applications*<br>WORKED ON SUBMISSION IN CONNECTION WITH SUPPLEMENTAL ENGAGEMENT (.2);<br>WORKED ON PREPARATION OF 19TH MONTHLY FEE APPLICATION (.5);<br>PREPARED COMMUNICATION TO FEE AUDITOR IN CONNECTION WITH 5TH INTERIM FEE APPLICATION (1.2). |

~ See the last page of exhibit for explanation

EXHIBIT G

REED SMITH RETENTION/COMPENSATION

Reed Smith LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| 09/28/10 Tue | Lankford, L 2054397-9/76 | 0.50 | 0.50 | 80.00 | 0.10 0.10 0.30 | F F F | MATTER NAME: Fee Applications<br>1 CONFERRED WITH C. FALGOWSKI REGARDING CNO TO RS'S 18TH MONTHLY FEE APPLICATION (.1);<br>2 REVISIONS TO SAME (.1);<br>3 E-FILE AND SERVICE OF SAME (.3). |
| 09/28/10 Tue | Lankford, L 2054397-9/77 | 0.30 | 0.30 | 48.00 | | | MATTER NAME: Fee Applications<br>1 REVIEWED INVOICE FOR RS'S 19TH MONTHLY FEE APPLICATION. |
| 09/29/10 Wed | Lankford, L 2054397-9/78 | 1.60 | 1.60 | 256.00 | 1.40 0.20 | F F | MATTER NAME: Fee Applications<br>1 DRAFTED RS'S 19TH MONTHLY FEE APPLICATION (1.4);<br>2 E-MAIL CORRESPONDENCE WITH J. SHUGRUE, C. FALGOWSKI REGARDING SAME (.2). |
| 09/29/10 Wed | Shugrue, J 2054397-9/79 | 1.10 | 1.10 | 588.50 | 0.60 0.50 | F F | MATTER NAME: Fee Applications<br>1 PREPARED NARRATIVE ENTRIES FOR 19TH MONTHLY FEE APPLICATION (.6);<br>2 ANALYZED DRAFT OF SAME (.5). |
| 09/30/10 Thu | Lankford, L 2054397-9/80 | 3.20 | 3.20 | 512.00 | 0.60 2.40 0.20 | F F F | MATTER NAME: Fee Applications<br>1 REVIEWED REVISED INVOICE (.6);<br>2 REVISIONS TO RS'S 19TH MONTHLY FEE APPLICATION (2.4);<br>3 E-MAIL CORRESPONDENCE REGARDING SAME WITH J. SHUGRUE, C. FALGOWSKI (.2). |
| 09/30/10 Thu | Shugrue, J 2054397-9/81 | 0.50 | 0.50 | 267.50 | | | MATTER NAME: Fee Applications<br>1 WORKED ON FILING REGARDING SUPPLEMENTAL ENGAGEMENT. |
| 10/01/10 Fri | Falgowski, J 2066842-9/40 | 0.50 | 0.50 | 195.00 | 0.40 0.10 | F F | MATTER NAME: Fee Applications<br>1 REVIEW APPLICATION SEEKING EXPANDED RETENTION AND COMMUNICATIONS WITH J. SHUGRUE REGARDING SAME (.4);<br>2 COMMUNICATIONS WITH J. SHUGRUE AND L. LANKFORD REGARDING FEE APPLICATION SUBMISSION DEADLINES (.1). |
| 10/01/10 Fri | Lankford, L 2066842-9/39 | 2.90 | 2.90 | 464.00 | 0.10 0.80 0.20 1.20 0.60 | F F F F F | MATTER NAME: Fee Applications<br>1 E-MAIL CORRESPONDENCE WITH J. SHUGRUE AND C. FALGOWSKI REGARDING RS'S 19TH MONTHLY FEE APPLICATION (.1);<br>2 E-FILED AND SERVED SAME (.8);<br>3 E-MAIL CORRESPONDENCE WITH J. SHUGRUE AND C. FALGOWSKI REGARDING RS'S 7TH QUARTERLY FEE APPLICATION (.2);<br>4 DRAFTED SAME (1.2);<br>5 UPDATED FINAL FEE SPREADSHEETS (.6). |
| 10/01/10 Fri | Shugrue, J 2066842-9/41 | 1.10 | 1.10 | 588.50 | | | MATTER NAME: Fee Applications<br>1 WORKED ON SUPPLEMENTAL SUBMISSION REGARDING EXPANDED SCOPE OF ENGAGEMENT. |
| 10/04/10 Mon | Shugrue, J 2066842-9/42 | 0.90 | 0.90 | 481.50 | 0.30 0.60 | F F | MATTER NAME: Fee Applications<br>1 ANALYZED DRAFT OF 7TH INTERIM FEE APPLICATION (.30);<br>2 COMMUNICATIONS WITH CLIENT REGARDING BACKUP INFORMATION RELATED TO PRIOR MONTHLY FEE APPLICATIONS (.60). |
| 10/05/10 Tue | Falgowski, J 2066842-9/43 | 0.30 | 0.30 | 117.00 | | | MATTER NAME: Fee Applications<br>1 REVIEWED DRAFT FEE APPLICATIONS. |

~ See the last page of exhibit for explanation

EXHIBIT G

REED SMITH RETENTION/COMPENSATION

Reed Smith LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 10/06/10 Wed | Lankford, L 2066842-9/44 | 1.20 | 1.20 | 192.00 | 0.30 0.20 0.70 | F F F | 1 2 3 | *MATTER NAME: Fee Applications* REVISIONS TO RS'S 7TH INTERIM FEE APPLICATION (.3); PREPARED SERVICE LABELS REGARDING SAME (.2); E-FILED AND SERVED SAME (.7). |
| 10/08/10 Fri | Falgowski, J 2066842-9/46 | 0.10 | 0.10 | 39.00 | | | 1 | *MATTER NAME: Fee Applications* MET WITH L. LANKFORD REGARDING ORDER ON 3RD INTERIM FEE APPLICATION. |
| 10/08/10 Fri | Lankford, L 2066842-9/45 | 0.50 | 0.60 | 96.00 | 0.30 0.10 0.20 | F F F | 1 2 3 | *MATTER NAME: Fee Applications* RESEARCH REGARDING PROPOSED FEE ORDER FOR 3RD INTERIM FEE APPLICATION (.3); CONFERRED WITH C. FALGOWSKI REGARDING SAME (.1); E-MAIL CORRESPONDENCE REGARDING SAME (.2). |
| 10/08/10 Fri | Shugrue, J 2066842-9/47 | 0.20 | 0.20 | 107.00 | | | 1 | *MATTER NAME: Fee Applications* ANALYZED AND EXCHANGED EMAILS WITH C. FALGOWSKI, L. LANKFORD REGARDING OMNIBUS ORDER REGARDING 3D INTERIM FEE APPLICATION. |
| 10/11/10 Mon | Falgowski, J 2066842-9/49 | 0.10 | 0.10 | 39.00 | | | 1 | *MATTER NAME: Fee Applications* MET WITH L. LANKFORD REGARDING HEARING ON 3RD INTERIM FEE APPLICATION. |
| 10/11/10 Mon | Lankford, L 2066842-9/48 | 0.10 | 0.10 | 16.00 | | | 1 | *MATTER NAME: Fee Applications* CONFERRED WITH C. FALGOWSKI REGARDING HEARING ON 3RD INTERIM FEE APPLICATION. |
| 10/14/10 Thu | Somoza, S 2066842-9/50 | 0.30 | 0.30 | 37.50 | | | 1 | *MATTER NAME: Fee Applications* REVIEWED AND CATALOGUED CASE CORRESPONDENCE. |
| 10/19/10 Tue | Lankford, L 2066842-9/51 | 2.00 | 2.00 | 320.00 | 0.60 1.40 | F F | 1 2 | *MATTER NAME: Fee Applications* REVIEWED INVOICES FOR SEPTEMBER 2010 TO INCLUDE IN FEE APPLICATION (.6); DRAFTED RS'S 20TH MONTHLY FEE APPLICATION (1.4). |
| 10/21/10 Thu | Falgowski, J 2066842-9/53 | 2.30 | 2.30 | 897.00 | 1.50 0.80 | F F | 1 2 | *MATTER NAME: Fee Applications* DRAFTED AND REVISED DECLARATION IN SUPPORT OF EXPANDED RETENTION (1.5); COMMUNICATIONS WITH J. SHUGRUE, L. LANKFORD AND DEBTOR'S COUNSEL REGARDING FILING OF DECLARATION AND HEARING ON MOTION FOR EXPANDED SCOPE OF RETENTION (.80). |
| 10/21/10 Thu | Lankford, L 2066842-9/52 | 0.80 | 0.80 | 128.00 | 0.10 0.10 0.40 0.20 | F F F F | 1 2 3 4 | *MATTER NAME: Fee Applications* CONFERRED WITH C. FALGOWSKI REGARDING FILING OF DOCUMENTS (.1); E-MAIL CORRESPONDENCE WITH SAME REGARDING SAME (.1); E-FILE AND SERVICE OF COC SUBMITTING AFFIDAVIT REGARDING APPLICATION EXPANDING SCOPE OF EMPLOYMENT (.4); DRAFTED COVER LETTER AND FORWARDED SAME TO CHAMBERS (.2). |
| 10/21/10 Thu | Shugrue, J 2066842-9/54 | 1.10 | 1.10 | 588.50 | 0.50 0.60 | F F | 1 2 | *MATTER NAME: Fee Applications* WORKED ON AFFIDAVIT IN CONNECTION WITH MOTION TO BK COURT REGARDING SUPPLEMENTAL ENGAGEMENT (.50); PREPARED NARRATIVE TEXT FOR 20TH MONTHLY FEE APPLICATION (.6). |

~  See the last page of exhibit for explanation

EXHIBIT G

REED SMITH RETENTION/COMPENSATION

Reed Smith LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 10/22/10 Fri | Falgowski, J 2066842-9/56 | 2.60 | 2.60 | 1,014.00 | 2.30 0.30 | F F | 1 2 | MATTER NAME: *Fee Applications*<br>ATTENDED HEARING IN BANKRUPTCY COURT REGARDING EXPANDED SCOPE OF RETENTION (2.30);<br>MET WITH L. LANKFORD REGARDING SAME (.30). |
| 10/22/10 Fri | Lankford, L 2066842-9/55 | 0.30 | 0.30 | 48.00 | | | 1 | MATTER NAME: *Fee Applications*<br>CONFERRED WITH C. FALGOWSKI REGARDING FEE HEARING. |
| 10/23/10 Sat | Falgowski, J 2066842-9/57 | 0.20 | 0.20 | 78.00 | | | 1 | MATTER NAME: *Fee Applications*<br>COMMUNICATIONS WITH J. SHUGRUE REGARDING ADDING NEW MATTER TO FEE APPLICATIONS. |
| 10/23/10 Sat | Shugrue, J 2066842-9/58 | 0.20 | 0.20 | 107.00 | | | 1 | MATTER NAME: *Fee Applications*<br>FOLLOWED UP WITH C. FALGOWSKI REGARDING INCLUSION OF NEWLY APPROVED ENGAGEMENT IN 20TH MONTHLY FEE APPLICATION. |
| 10/25/10 Mon | Lankford, L 2066842-9/59 | 2.10 | 2.10 | 336.00 | 0.30 0.60 1.20 | F F F | 1 2 3 | MATTER NAME: *Fee Applications*<br>E-MAIL CORRESPONDENCE WITH J. SHUGRUE AND C. FALGOWSKI REGARDING ADDING NEW MATTER TO 20TH MONTHLY FEE APPLICATION (.3);<br>REVIEWED UPDATED INVOICE ADDING MATTER 00011 (.6);<br>REVISIONS/UPDATES TO RS'S 20TH MONTHLY FEE APPLICATION (1.2). |
| 10/25/10 Mon | Shugrue, J 2066842-9/60 | 0.20 | 0.20 | 107.00 | | | 1 | MATTER NAME: *Fee Applications*<br>COMMUNICATIONS WITH C. FALGOWSKI, L. LANKFORD REGARDING 20TH MONTHLY FEE APPLICATION. |
| 10/26/10 Tue | Falgowski, J 2066842-9/62 | 0.20 | 0.20 | 78.00 | | | 1 | MATTER NAME: *Fee Applications*<br>MET WITH L. LANKFORD REGARDING 20TH MONTHLY FEE APPLICATION. |
| 10/26/10 Tue | Lankford, L 2066842-9/61 | 1.10 | 1.10 | 176.00 | 0.20 0.70 0.20 | F F F | 1 2 3 | MATTER NAME: *Fee Applications*<br>E-MAIL CORRESPONDENCE WITH J. SHUGRUE AND C. FALGOWSKI REGARDING RS'S 20TH MONTHLY FEE APPLICATION (.2);<br>REVISIONS AND PROOFREADING REGARDING SAME (.7);<br>CONFERRED WITH C. FALGOWSKI REGARDING SAME (.2). |
| 10/27/10 Wed | Lankford, L 2066842-9/63 | 1.30 | 1.30 | 208.00 | | | 1 | MATTER NAME: *Fee Applications*<br>ANALYZED STATUS OF MONTHLY AND INTERIM FEE APPLICATION SUBMISSIONS AND APPROVALS. |
| 10/27/10 Wed | Lankford, L 2066842-9/64 | 1.70 | 1.70 | 272.00 | 1.40 0.30 | F F | 1 2 | MATTER NAME: *Fee Applications*<br>REVISIONS AND PROOFREADING OF RS'S 20TH MONTHLY FEE APPLICATION (1.4);<br>E-MAIL CORRESPONDENCE WITH J. SHUGRUE REGARDING SAME (3). |
| 10/27/10 Wed | Shugrue, J 2066842-9/65 | 0.20 | 0.20 | 107.00 | | | 1 | MATTER NAME: *Fee Applications*<br>WORKED ON ADDING NEW MATTER TO 20TH MONTHLY FEE APPLICATION. |
| 10/28/10 Thu | Lankford, L 2066842-9/66 | 0.30 | 0.30 | 48.00 | | | 1 | MATTER NAME: *Fee Applications*<br>E-MAIL CORRESPONDENCE WITH J. SHUGRUE REGARDING RS'S 20TH MONTHLY FEE APPLICATION. |

~ See the last page of exhibit for explanation

EXHIBIT G
REED SMITH RETENTION/COMPENSATION
Reed Smith LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|----------------|-------------|-------|------|------------|---|---|-------------|
| 10/28/10 Thu | Shugrue, J 2066842-9/68 | 0.30 | 0.30 | 160.50 | | | 1 | *MATTER NAME: Fee Applications*<br>EXCHANGED E-MAILS WITH L. LANKFORD REGARDING 20TH MONTHLY FEE APPLICATION. |
| 10/28/10 Thu | Somoza, S 2066842-9/67 | 0.20 | 0.20 | 25.00 | | | 1 | *MATTER NAME: Fee Applications*<br>REVIEWED AND CATALOGUED CASE CORRESPONDENCE. |
| 10/29/10 Fri | Lankford, L 2066842-9/69 | 0.90 | 0.90 | 144.00 | 0.10<br>0.70<br>0.10 | F<br>F<br>F | 1<br>2<br>3 | *MATTER NAME: Fee Applications*<br>E-MAIL CORRESPONDENCE WITH J. SHUGRUE REGARDING RS'S 20TH MONTHLY FEE APPLICATION (.1);<br>DRAFTED CNO'S REGARDING RS'S 19TH MONTHLY & 7TH INTERIM FEE APPLICATIONS (.7);<br>E-MAIL CORRESPONDENCE WITH J. SHUGRUE REGARDING SAME (.1). |
| 10/29/10 Fri | Shugrue, J 2066842-9/70 | 0.20 | 0.20 | 107.00 | | | 1 | *MATTER NAME: Fee Applications*<br>E-MAILS WITH L. LANKFORD REGARDING CNO'S, 20TH MONTHLY FEE APPLICATION. |
| 11/01/10 Mon | Lankford, L 2076111-9/36 | 0.20 | 0.20 | 32.00 | | | 1 | *MATTER NAME: Fee Applications*<br>E-MAIL CORRESPONDENCE WITH J. SHUGRUE REGARDING RS'S 20TH MONTHLY FEE APPLICATION. |
| 11/01/10 Mon | Shugrue, J 2076111-9/37 | 0.30 | 0.30 | 160.50 | | | 1 | *MATTER NAME: Fee Applications*<br>WORKED ON ADDING NEW MATTER INVOICE TO 20TH MONTHLY FEE APPLICATION. |
| 11/02/10 Tue | Lankford, L 2076111-9/38 | 1.90 | 1.90 | 304.00 | 0.20<br>0.30<br>0.20<br>0.60<br>0.60 | F<br>F<br>F<br>F<br>F | 1<br>2<br>3<br>4<br>5 | *MATTER NAME: Fee Applications*<br>E-MAIL CORRESPONDENCE WITH J. SHUGRUE REGARDING CNO'S (.2);<br>REVISIONS TO CNO'S REGARDING RS'S 19TH MONTHLY & 7TH INTERIM FEE APPLICATIONS (.3);<br>E-MAIL CORRESPONDENCE WITH J. SHUGRUE REGARDING RS'S 20TH MONTHLY FEE APPLICATION (.2);<br>REVIEWED REVISED INVOICE REGARDING SAME (.6);<br>REVISIONS TO SAME (.6). |
| 11/02/10 Tue | Shugrue, J 2076111-9/39 | 0.20 | 0.20 | 107.00 | | | 1 | *MATTER NAME: Fee Applications*<br>ANALYZED CNO'S FOR MOST RECENT MONTHLY AND QUARTERLY FEE APPLICATIONS AND APPROVED FILING OF SAME. |
| 11/03/10 Wed | Falgowski, J 2076111-9/41 | 0.10 | 0.10 | 39.00 | | | 1 | *MATTER NAME: Fee Applications*<br>CONFERRED WITH L. LANKFORD REGARDING FEE APPLICATION FILINGS. |
| 11/03/10 Wed | Lankford, L 2076111-9/40 | 1.50 | 1.50 | 240.00 | 0.10<br>0.20<br>1.20 | F<br>F<br>F | 1<br>2<br>3 | *MATTER NAME: Fee Applications*<br>CONFERRED WITH C. FALGOWSKI REGARDING FILING OF DOCUMENTS (.1);<br>PREPARED SERVICE LABELS REGARDING SAME (.2);<br>REVIEWED AND REVISED 20TH MONTHLY FEE APPLICATION (1.2). |
| 11/08/10 Mon | Somoza, S 2076111-9/42 | 0.10 | 0.10 | 12.50 | | | 1 | *MATTER NAME: Fee Applications*<br>REVIEWED AND CATALOGUED CORRESPONDENCE. |

~  See the last page of exhibit for explanation

EXHIBIT G

REED SMITH RETENTION/COMPENSATION

Reed Smith LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 11/09/10 Tue | Falgowski, J 2076111-9/44 | 0.60 | 0.90 | 351.00 | 0.60 0.30 | F F | 1 2 | MATTER NAME: *Fee Applications* <br> REVIEWED AND REVISED FEE APPLICATIONS (.6): <br> CONFERRED WITH L. LANKFORD REGARDING SAME (.3). |
| 11/09/10 Tue | Lankford, L 2076111-9/43 | 2.90 | 2.90 | 464.00 | 0.30 <br> 0.60 0.60 1.40 | F <br> F F F | 1 <br> 2 3 4 | MATTER NAME: *Fee Applications* <br> CONFERRED WITH C. FALGOWSKI REGARDING CNO'S FOR RS'S 19TH MONTHLY & 7TH INTERIM & RS'S 20TH MONTHLY FEE APPLICATIONS (.3): <br> REVISIONS TO SAME (.6): <br> E-FILED AND SERVED SAME (.6): <br> REVISIONS TO RS'S 20TH MONTHLY FEE APPLICATION (1.4). |
| 11/12/10 Fri | Shugrue, J 2076111-9/45 | 0.50 | 0.50 | 267.50 | | | 1 | MATTER NAME: *Fee Applications* <br> REVIEWED AND EDITED INVOICES FOR SUBMISSION WITH 21ST MONTHLY FEE APPLICATION. |
| 11/17/10 Wed | Shugrue, J 2076111-9/46 | 0.30 | 0.30 | 160.50 | 0.20 0.10 | F F | 1 2 | MATTER NAME: *Fee Applications* <br> EXCHANGED E-MAILS WITH CLIENT REGARDING EXPENSE INFORMATION RELATED TO FEE APPLICATIONS (.20): <br> EXCHANGED E-MAILS WITH C. FALGOWSKI AND L. LANKFORD REGARDING SAME (.10). |
| 11/19/10 Fri | Shugrue, J 2076111-9/47 | 0.20 | 0.20 | 107.00 | | | 1 | MATTER NAME: *Fee Applications* <br> ANALYZED AND REVISED INVOICE MATERIALS FOR 21ST MONTHLY FEE APPLICATION. |
| 11/22/10 Mon | Lankford, L 2076111-9/48 | 1.50 | 1.50 | 240.00 | 0.50 1.00 | F F | 1 2 | MATTER NAME: *Fee Applications* <br> REVIEWED RS'S INVOICE TO MONTHLY FEE APPLICATION (.5). <br> DRAFTED FEE APPLICATION (1.0). |
| 11/23/10 Tue | Lankford, L 2076111-9/49 | 1.00 | 1.00 | 160.00 | 0.80 0.20 | F F | 1 2 | MATTER NAME: *Fee Applications* <br> REVIEWED RS'S 21ST MONTHLY FEE APPLICATION (.8): <br> E-MAIL CORRESPONDENCE WITH J. SHUGRUE REGARDING SAME (.2). |
| 11/23/10 Tue | Shugrue, J 2076111-9/50 | 0.20 | 0.20 | 107.00 | | | 1 | MATTER NAME: *Fee Applications* <br> ANALYZED MATERIALS FOR PREPARATION OF 21ST MONTHLY FEE APPLICATION. |
| 11/28/10 Sun | Shugrue, J 2076111-9/51 | 0.80 | 0.80 | 428.00 | | | 1 | MATTER NAME: *Fee Applications* <br> PREPARED NARRATIVE WORK DESCRIPTIONS FOR 21ST MONTHLY FEE APPLICATION. |
| Total | | | 57.80 | $15,754.00 | | | | |
| Number of Entries: | 66 | | | | | | | |

~  See the last page of exhibit for explanation

EXHIBIT G

REED SMITH RETENTION/COMPENSATION

Reed Smith LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Falgowski, J | 9.20 | 3,588.00 |
| Lankford, L | 33.20 | 5,312.00 |
| Reiley, T | 3.60 | 828.00 |
| Shugrue, J | 11.10 | 5,938.50 |
| Somoza, S | 0.70 | 87.50 |
| | 57.80 | $15,754.00 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee Applications | 57.80 | 15,754.00 |
| | 57.80 | $15,754.00 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F       FINAL BILL