# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) <br> (Jointly Administered) |
| Debtors. | **Re: Docket No. 10692** |

## POSITION STATEMENT OF BARCLAYS BANK PLC AND WATERSTONE CAPITAL MANAGEMENT LP REGARDING ALLOCATION DISPUTES

Barclays Bank PLC ("**Barclays**") and Waterstone Capital Management LP ("**Waterstone**" and, together with Barclays, the "**Exchange Claims Holders**"), by and through their undersigned counsel, hereby submit this position statement (this "**Position Statement**") pursuant to the *Order Establishing Scheduling for (1) Resolutions of the Allocation Disputes and (2) Consideration of DCL Plan Proponents' Supplemental Disclosure Document, Solicitation Procedures Motion and Plan* [Docket No. 10692] (the "***Order***").[1] In support hereof, the Exchange Claims Holders respectfully state as follows:

The Exchange Claims Holders hold claims arising from PHONES Notes which were tendered for exchange on or prior to Tribune's Petition Date. The Exchange Claims Holders respectfully submit that all claims arising from the PHONES Notes should be allowed in the full face amount of the PHONES as set forth in the proof of claim of the PHONES Trustee.

## RESERVATION OF RIGHTS

The Exchange Claims Holders reserve the right to amend, modify or otherwise supplement this Position Statement in all respects and reserve the right to make additional arguments and put forth additional evidence in support of their position on the Allocation

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Opinion on Confirmation, 2011 Bankr. LEXIS 4128 (Bankr. D. Del. Oct. 31, 2011).

NY\1973187.2

2

Disputes.  The Exchange Claims Holders do not contemplate calling any trial witnesses at this time, but reserve the right to do so after receipt of the other parties' position statements and/or briefs in connection with the Allocation Disputes.

 /s/ Robert J. Rosenberg
Robert J. Rosenberg
David A. Hammerman
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4834
Telephone:  212-906-1200
Fax:  212-751-4864
Email:  robert.rosenberg@lw.com
       david.hammerman@lw.com

*Counsel for Barclays Bank PLC and Waterstone Capital Management LP*