# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                          :   Chapter 11 Cases
                                                :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                        :   (Jointly Administered)
                                                :
            Debtors.                            :
                                                :
---------------------------------------------------------x

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on January 20, 2012, Law Debenture Trust Company of New York, by and through its undersigned counsel, served the First Request for Production of Documents of Law Debenture Trust Company of New York to EGI-TRB LLC on the parties below *via* Electronic Mail:

David J. Bradford (dbradford@jenner.com)
Andrew W. Vail (avail@jenner.com)
Jenner & Block
353 N. Clark Street
Chicago, IL  60654-3456

Dated: January 31, 2012                         Respectfully submitted,
       Wilmington, Delaware

                                                By: */s/ Garvan F. McDaniel*
                                                **BIFFERATO GENTILOTTI LLC**
                                                Garvan F. McDaniel (No. 4167)
                                                800 N. King Street, Plaza Level
                                                Wilmington, Delaware 19801
                                                Tel:  (302) 429-1900
                                                Fax:  (302) 429-8600

                                                  – and –

David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

*Co-Counsel for Law Debenture Trust Company*
 *of New York*