## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------x
In re:                                           :    Chapter 11 Cases
                                                 :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                         :    (Jointly Administered)
                                                 :
                    Debtors.                     :
                                                 :
-------------------------------------------------x
```

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on January 20, 2012, Law Debenture Trust Company of New York, by and through its undersigned counsel, served the First Request for Production of Documents of Law Debenture Trust Company of New York to Oaktree Capital Management, LP on the parties below *via* Electronic Mail:

Bruce Bennett (BBennett@deweyleboeuf.com)
Dewey & LeBoeuf
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071-1530

James Johnston (JJohnston@deweyleboeuf.com)
Dewey & LeBoeuf
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071-1530


Dated: January 31, 2012                  Respectfully submitted,
       Wilmington, Delaware

                                         By: */s/ Garvan F. McDaniel*
                                         **BIFFERATO GENTILOTTI LLC**
                                         Garvan F. McDaniel (No. 4167)
                                         800 N. King Street, Plaza Level
                                         Wilmington, Delaware 19801
                                         Tel: (302) 429-1900
                                         Fax: (302) 429-8600

                                              – and –

David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

*Co-Counsel for Law Debenture Trust Company*
 *of New York*