**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
In re:                                              :   Chapter 11 Cases
                                                    :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                            :   (Jointly Administered)
                                                    :
            Debtors.                                :
                                                    :
---------------------------------------------------------x

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on January 20, 2012, Law Debenture Trust Company of New York, by and through its undersigned counsel, served the First Request for Production of Documents of Law Debenture Trust Company of New York to Wilmington Trust Company on the parties below *via* Electronic Mail:

Robert J. Stark (rstark@brownrudnick.com)
Martin S. Siegel (msiegel@brownrudnick.com)
Gordon Z. Novod (gnovod@brownrudnick.com)
Brown Rudnick
Seven Times Square
New York, NY 10036

Dated: January 25, 2012                    Respectfully submitted,
       Wilmington, Delaware

                                           By: *Garvan F. McDaniel*
                                           **BIFFERATO GENTILOTTI LLC**
                                           Garvan F. McDaniel (No. 4167)
                                           800 N. King Street, Plaza Level
                                           Wilmington, Delaware 19801
                                           Tel:  (302) 429-1900
                                           Fax:  (302) 429-8600

                                                  – and –

David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

*Co-Counsel for Law Debenture Trust Company*
 *of New York*