IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 Cases |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Re: Docket No. 10784 |
| | : | |

------------------------------------------------------x

**JOINDER OF DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC, AS INVESTMENT ADVISOR, TO PRELIMINARY STATEMENT OF LAW DEBENTURE TRUST COMPANY OF NEW YORK**

Davidson Kempner Capital Management LLC ("**Davidson Kempner**"), as investment advisor for certain funds (collectively, the "**DK Funds**") that beneficially own claims against various Debtors, by and through its undersigned counsel, hereby submits this joinder to the Preliminary Statement of Law Debenture Trust Company of New York in connection with the Allocation Disputes, dated January 31, 2011 (the "**Preliminary Statement**") and respectfully states as follows:[1]

**Joinder to Preliminary Statement**

1. Davidson Kempner is the investment advisor for the DK Funds, which beneficially own claims against various Debtors pursuant to certain of the Senior Notes Indentures and Senior Notes.

---

[1] Capitalized terms used and not defined herein have the meanings given to them in the *Order Establishing Scheduling For (1) Resolution of the Allocation Disputes and (2) Consideration of DCL Plan Proponents' Supplemental Disclosure Document, Solicitation Procedures Motion and Plan*, dated January 24, 2012 [ECF 10692] (the "**Order**").

DOC ID-18057128.1

- 2 -

2.      Davidson Kempner, as the investment advisor for the DK Funds, joins and restates the positions asserted in the Preliminary Statement with respect to the Allocation Disputes discussed therein.[2]

3.      Davidson Kempner does not intend to call any witnesses during the hearing.

Dated:  January 31, 2012
         Wilmington, Delaware

Respectfully Submitted,

| SCHULTE ROTH & ZABEL LLP | BIFFERATO GENTILOTTI LLC |
|---|---|
| Adam C. Harris | |
| Karen S. Park | */s/ Mary E. Augustine* |
| 919 Third Avenue | Garvan F. McDaniel (I.D. No. 4167) |
| New York, NY 10022 | Mary E. Augustine (I.D. No. 4477) |
| 212-756-2000 | 800 N. King Street, Plaza Level |
| | Wilmington, Delaware 19801 |
| | 302- 429-1900 |

*Attorneys for Davidson Kempner Capital Management LLC, as investment advisor*

---

[2] Davidson Kempner submits this joinder subject to the terms and conditions of, and their rights and remedies, and those of the DK Funds, under, the Senior Notes Indentures, Senior Notes and applicable law. Nothing contained in this joinder shall limit, abridge, or otherwise modify such rights and remedies or in any way with respect to other matters in these cases, all of which are reserved.