**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| | ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Preliminary Statement Deadline:  1/31/2012** |
| | ) | **Hearing Date:  March 5, 2012 at 10:00 a.m.** |
| | ) | |
| | ) | **Re:  DI 10784** |

**JOINDER OF BRIGADE CAPITAL MANAGEMENT, LLC IN THE "PRELIMINARY STATEMENT" OF LAW DEBENTURE TRUST COMPANY OF NEW YORK**

Brigade Capital Management, LLC ("Brigade"), on behalf of its managed entities, by and through its undersigned counsel, hereby joins in the "Preliminary Statement" [D.I. 10784] filed by Law Debenture Trust Company Of New York, in its capacity as successor indenture trustee in that certain indenture dated March 19, 1996 between Tribune Company and Citibank, N.A., in connection with the Allocation Disputes (as defined in the Preliminary Statement), pursuant to the "Order Establishing Scheduling for (1) Resolution of the Allocation Disputes and (2) Consideration of DCL Plan Proponents' Supplemental Disclosure Statement, Solicitation Procedures Motion and Plan, dated January 24, 2012" [D.I. 10692].  Brigade intends to take the positions set forth in the aforesaid Preliminary Statement with respect to the Allocation Disputes described therein.

DATED:  January 31, 2012

                /s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
(302) 654-0248
(302) 654-0728
Email:  loizides@loizides.com

- and -

Isaac M. Pachulski (CA SBN 62337)
STUTMAN TREISTER & GLATT
1901 Avenue of the Stars, #1200
Los Angeles, CA  90067
Telephone:     (310) 228-5600
Facsimile:      (310) 228-5788
Email:            ipachulski@stutman.com

*Counsel for Brigade Capital Management, LLC*