IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>           Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered)<br><br>**Ref. No. 10569, 10571, and 10692** |

### AFFIRMATION OF SERVICE PRELIMINARY STATEMENT OF TM RETIREES WITH RESPECT TO RESOLUTION OF ALLOCATION DISPUTES IN CONNECTION WITH CONFIRMATION OF THE THIRD AMENDED DCL PLAN

Jay Teitelbaum, an attorney duly admitted to practice law in the State of New York and before this Court, *pro hac vice,* affirms under penalty of perjury, that on January 31, 2012 I caused a copy of the Preliminary Statement Of The TM Retirees (ECF Docket No 10787) to be served via email upon:

Stickles, Kate; 'mstein@kasowitz.com'; 'avail@jenner.com'; 'jsunshine@akingump.com'; 'jboelter@sidley.com'; 'dgolden@akingump.com'; 'jconlan@sidley.com'; 'klantry@sidley.com'; 'Donald.bernstein@davispolk.com'; 'damian.schaible@davispolk.com'; 'hseife@chadbourne.com'; 'jsottile@zuckerman.com'; 'dlemay@chadbourne.com'; 'ddeutsch@chadbourne.com'; 'dbradford@jenner.com'; 'Andrew.goldman@wilmerhale.com'; 'jbendernagel@sidley.com'; 'jteitelbaum@tblawllp.com'; 'drosner@kasowitz.com'; 'skorpus@kasowitz.com'; 'rstark@brownrudnick.com'; 'msiegel@brownrudnick.com'; 'gnovod@brownrudnick.com'; 'ipachulski@stutman.com'; 'Adam.harris@srz.com'; 'pdublin@akingump.com'; 'aqureshi@akingump.com'; 'sbrauner@akingump.com'; 'mlahaie@akingump.com'; 'dliebentritt@tribune.com'; 'deldersveld@tribune.com'; 'bkrakauer@sidley.com'; 'arosenblatt@chadbourne.com'; 'kkansa@sidley.com'; 'jsteen@sidley.com'; 'dtwomey@sidley.com'; 'kmills@sidley.com'; 'dzensky@akingump.com'; 'djnewman@akingump.com'; 'csteege@jenner.com'; 'eli.vonnegut@davispolk.com'; 'bsullivan@sha-llc.com'; 'wbowden@ashby-geddes.com'; 'awinfree@ashby-geddes.com'; 'gmcdaniel@bglawde.com'; 'Johnston, James'; 'Joshua Mester (jmester@deweyleboeuf.com)'; 'Cleary, M. Blake'; 'Jim Green'; 'Matt McGuire'; 'Dan Rath'; 'landis@lrclaw.com'; 'Brian Arban'; 'ahiller@hillerarban.com'; 'Geoffrey McDonald'; 'Ross, Tom'; 'adler@mccarter.com'; 'jfreebery@mccarter.com'; 'kmayer@mccarter.com'; 'Bennett, Bruce'

| | |
|---|---|
| January 31, 2012 | By:/s/ Jay Teitelbaum<br><br>**TEITELBAUM & BASKIN, LLP**<br>Jay Teitelbaum, Esq. (JT-4619)<br>1 Barker Avenue<br>White Plains, New York 10601<br>(914) 437-7670<br>jteitelbaum@tblawl1p.com |