# **<u>EXHIBIT C</u>**

```
             IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE DISTRICT OF DELAWARE


IN RE:                        )   Case No. 08-13141 (KJC)
                              )   (Jointly Administered)
                              )
TRIBUNE COMPANY, et al.,      )   Chapter 11
                              )
                              )   Courtroom 5
                              )   824 Market Street
        Debtors.              )   Wilmington, Delaware
                              )
                              )   January 11, 2012
                              )   11:00 a.m.


               TRANSCRIPT OF PROCEEDINGS
       BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
            UNITED STATES BANKRUPTCY JUDGE
```

APPEARANCES:
For Debtors:            Sidley Austin, LLP
                        BY: JAMES BENDERNAGEL, ESQ.
                        BY: JESSICA BOELTER, ESQ.
                        BY: KEN KANSA, ESQ.
                        BY: KEVIN LANTRY, ESQ.
                        One South Dearborn
                        Chicago, IL  60603
                        (312) 853-7000

                        Cole, Schotz, Meisel, Forman
                        & Leonard, P.A.
                        BY: NORMAN PERNICK, ESQ.
                        500 Delaware Avenue, Suite 410
                        Wilmington, DE  19801
                        (302) 652-3131

ECRO:                   AL LUGANO

Transcription Service:  DIAZ DATA SERVICES
                        331 Schuylkill Street
                        Harrisburg, Pennsylvania 17110
                        (717) 233-6664
                        www.diazdata.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

1    THE COURT: Well I'll give parties the
2 opportunity to tell me what they'd like. I have read the
3 submissions, of course, the written submissions. And I
4 reviewed just this morning, the proposed competing
5 schedules, but I have some questions. In Aurelius' response
6 or statement, it lists on Page 3, in seven bullet points,
7 what it believes to be the remaining allocation disputes
8 that the parties would like the Court to determine. Now
9 whether I think they all should or need to be determined,
10 I'm reserving judgment on. But just as a general matter,
11 are you in agreement or not with what Aurelius states in its
12 statement?
13    MR. LANTRY: Your Honor, our -- the Footnote 2 in
14 our pleading gives a similar list. And I think that we are
15 in agreement. I would say that the plan proponents agree
16 with Footnote 3 of Aurelius' presentation in that both of us
17 think that Your Honor, on the reconsideration involving the
18 PHONES, probably did dispose of whether the PHONES are
19 subordinated with regard to the settlement proceeds, but I'm
20 sure Mr. Segal will take exception to that.
21    THE COURT: That's Footnote 4, I think.
22    MR. LANTRY: You're correct, Your Honor, thank
23 you.
24    THE COURT: Okay.
25    MR. LANTRY: Beyond that, Your Honor, I think the

1  parties are in agreement about the scope; that is, Aurelius
2  and the DCL plan proponents of the allocation disputes.
3             THE COURT:  Okay.  Okay.  You --
4             MR. GOLDEN:  Your Honor, may I be heard on that
5  subject?
6             THE COURT:  You'll have your chance.  Let me have
7  my way with the DCL group first.
8                        (Laughter)
9             THE COURT:  Mr. Lantry, you may --
10            MR. LANTRY:  I was afraid of that, Your Honor.
11            THE COURT:  -- continue.
12            MR. LANTRY:  Your Honor, first of all, I am
13 pleased to advise the Court, as we said in our papers, that
14 the meet and confers that have been going on for the past
15 week have resulted in the DCL plan proponents and Aurelius
16 having no disagreement about the allocation dispute
17 schedules.
18            THE COURT:  How about the scope of discovery?
19            MR. LANTRY:  Your Honor, I again, think that we
20 are very, very close.  I think, again, the documents that
21 we've each presented reflect no remaining disputes.  There
22 might be a little language difference between their
23 definition of discovery and ours.  Again, this may -- there
24 may be some other parties besides Aurelius and the DCL plan
25 proponents that have some differences, but I think we're