# CERTIFICATE OF SERVICE

I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 31st day of January 2012, I caused copies of the within *Reply of Wilmington Trust Company on Its Motion for Leave to Appeal Bankruptcy Court's Decision on PHONES Subordination* to be served upon the parties on the attached service list in the manner indicated.

January 31, 2012                                          */s/ William D. Sullivan*
Date                                                              William D. Sullivan

| | |
|---|---|
| **HAND DELIVERY**<br>ASHBY & GEDDES, P.A.<br>William P. Bowden, Esq.<br>Amanda M. Winfree, Esq.<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899 | **FIRST CLASS MAIL**<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Daniel H. Golden, Esq.<br>David Zensky, Esq.<br>Philip C. Dublin, Esq.<br>Abid Qureshi, Esq.<br>Mitchell P. Hurley, Esq.<br>One Bryant Park<br>New York, NY 10036 |
| **HAND DELIVERY**<br>McCARTER & ENGLISH, LLP<br>Katharine L. Mayer, Esq.<br>James J. Freebery IV, Esq.<br>Renaissance Centre<br>405 N. King Street<br>Wilmington, DE 19801 | **FIRST CLASS MAIL**<br>McCARTER & ENGLISH, LLP<br>David J. Adler, Esq.<br>245 Park Avenue<br>New York, NY 10167 |
| **HAND DELIVERY**<br>BIFFERATO GENTILOTTI LLC<br>Garvan F. McDaniel, Esq.<br>800 N. King Street, Plaza Level<br>Wilmington, Delaware 19801 | **FIRST CLASS MAIL**<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>David S. Rosner, Esq.<br>1633 Broadway<br>New York, New York 10019 |
| **HAND DELIVERY**<br>LOIZIDES, P.A.<br>Christopher D. Loizides, Esq.<br>1225 King Street, Suite 800<br>Wilmington, DE 19801 | **FIRST CLASS MAIL**<br>STUTMAN TREISTER & GLATT<br>Issac M. Pachulski, Esq.<br>1901 Avenue of the Stars, #1200<br>Los Angeles, CA 90067 |
| **HAND DELIVERY**<br>BIFFERATO GENTILOTTI LLC<br>Garvan F. McDaniel, Esq.<br>800 N. King Street, Plaza Level<br>Wilmington, Delaware 19801 | **FIRST CLASS MAIL**<br>SCHULTE ROTH & ZABEL LLP<br>Adam C. Harris, Esq.<br>Karen S. Park, Esq.<br>919 Third Avenue<br>New York, NY 10022 |
| **HAND DELIVERY**<br>HILLER & ARBAN, LLC<br>Adam Hiller, Esq.<br>Brian Arban, Esq.<br>1500 North French Street, 2nd Floor<br>Wilmington, DE 19801 | **FIRST CLASS MAIL**<br>TEITELBAUM & BASKIN, LLP<br>Jay Teitelbaum, Esq.<br>1 Barker Avenue, Third Floor<br>White Plains, NY 10601 |

**HAND DELIVERY**
BLANK ROME LLP
David W. Carickhoff, Esq.
1201 Market Street, Suite 800
Wilmington, DE 19801

**HAND DELIVERY**
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware  19801

**HAND DELIVERY**
LANDIS RATH & COBB LLP
Adam G. Landis, Esq.
Daniel B. Rath, Esq.
Matthew B. McGuire, Esq.
919 Market Street, Suite 1800
Wilmington, Delaware 19801

**HAND DELIVERY**
RICHARDS LAYTON & FINGER, P.A.
Mark D. Collins, Esq.
Robert J. Stearn, Esq.
Drew G. Sloan, Esq.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

**HAND DELIVERY**
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert S. Brady, Esq.
M. Blake Cleay, Esq.
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899

**FIRST CLASS MAIL**
JENNER & BLOCK LLP
David J. Bradford, Esq.
Catherine L. Steege, Esq.
Andrew W. Vail, Esq.
353 N. Clark Street
Chicago, IL 60654

**FIRST CLASS MAIL**
SIDLEY AUSTIN LLP
James F. Conlan, Esq.
Bryan Krakauer, Esq.
Kevin T. Lantry, Esq.
Jessica C.K. Boelter, Esq.
One South Dearborn Street
Chicago, Illinois 60603

**FIRST CLASS MAIL**
CHADBOURNE & PARKE LLP
Howard Seife, Esq.
David LeMay, Esq.
30 Rockefeller Plaza
New York, NY 10112

**FIRST CLASS MAIL**
ZUCKERMAN SPAEDER LLP
Graeme W. Bush, Esq.
James Sottile, Esq.
Andrew N. Goldfarb, Esq.
1800 M Street, NW, Suite 1000
Washington, DC  20036

**FIRST CLASS MAIL**
DAVID POLK & WARDWELL LLP
Donald S. Bernstein, Esq.
Damian Schaible, Esq.
450 Lexington Avenue
New York, NY 10017

**FIRST CLASS MAIL**
DEWEY & LEBOEUF LLP
Bruce Bennett, Esq.
James O. Johnson, Esq.
Josh M. Mester, Esq.
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

**HAND DELIVERY**
Office of the United States Trustee
David Klauder, Esq.
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

**HAND DELIVERY**
CONNOLLY BOVE LODGE & HUTZ LLP
Jeffrey C. Wisler, Esq.
Marc J. Phillips, Esq.
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19889

**FIRST CLASS MAIL**
GRIPPO & ELDEN LLC
George Dougerty, Esq.
John R. McCambridge, Esq.
111 South Wacker Drive
Chicago, IL 60606