## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related Docket No. 10784** |
| | ) | |
| | ) | |

## JOINDER OF DEUTSCHE BANK TRUST COMPANY AMERICAS TO PRELIMINARY STATEMENT OF LAW DEBENTURE TRUST COMPANY OF NEW YORK IN CONNECTION WITH ALLOCATION DISPUTES

Deutsche Bank Trust Company Americas ("DBTCA"), successor trustee under (i) that certain indenture dated March 1, 1992, by and between Tribune and Continental Bank, N.A. (as amended, the "1992 Indenture"); (ii) that certain indenture dated January 30, 1995, by and between Tribune and First Interstate Bank of California (as amended, the "1995 Indenture"); and (iii) that certain indenture dated January 1, 1997, by and between Tribune and Bank of Montreal Trust Company (as amended, the "1997 Indenture") hereby files this Joinder to the Preliminary Statement of Law Debenture Company of New York in connection with Allocation Disputes. (the "Preliminary Statement")(Docket No. 10784).

## JOINDER TO PRELIMINARY STATEMENT

1. DBTCA joins and restates the positions asserted in the Preliminary Statement with respect to the Allocation Disputes.

2. DBTCA does not intend to call any witnesses during the hearing.

Respectfully submitted,

Dated: January 31, 2012  **McCARTER & ENGLISH LLP**
      Wilmington, DE

By: /s/ Katharine L. Mayer
     Katharine L. Mayer (DE# 3758)
     Renaissance Centre
     405 N. King Street, 8th Floor
     Wilmington, DE 19801
     (302) 984-6300
     (302) 984-6399 Facsimile
     (302) 984-2494 Direct Fax
     kmayer@mccarter.com

-and-

David J. Adler, Esq. (DA0048)
245 Park Avenue
27th Floor
New York, New York 10167
(212) 609-6800 - Telephone
(212) 609-6921 - Facsimile
dadler@mccarter.com

C*ounsel for Deutsche Bank Trust Company Americas*