IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 31st day of January, 2012, she caused a copy of the following:

**PRELIMINARY STATEMENT OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS IN CONNECTION WITH
RESOLUTION OF THE ALLOCATION DISPUTES
[D.I. 10793]**

to be served upon the parties identified on the attached via electronic mail.

*Frances A. Panchak*
Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 1st day of February, 2012.

*Cassandra D. Lewicki*
Notary Public

CASSANDRA D. LEWICKI
Notary Public - State of Delaware
My commission expires Dec. 1, 2012

{698.001-W0019376.}


**Tribune Company, et al.**
**Case No. 08-13141 (KJC)**

### Service List

(Counsel to Debtors)
James F. Conlan — jconlan@sidley.com
Bryan Krakauer — bkrakauer@sidley.com
Kevin T. Lantry — klantry@sidley.com
Jessica C.K. Boelter — jboelter@sidley.com
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

(Counsel to Debtors)
Norman L. Pernick — npernick@coleschotz.com
J. Kate Stickles — kstickles@coleschotz.com
Patrick J. Reilley — preilley@coleschotz.com
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

(Counsel to Deutsche Bank Trust Company Americas)
David J. Adler — dadler@mccarter.com
McCarter & English, LLP
245 Park Avenue
New York, NY 10167

(Counsel to Deutsche Bank Trust Company Americas)
Katherine L. Mayer — kmayer@mccarter.com
McCarter & English, LLP
Renaissance Centre
405 N. King Street
Wilmington, DE 19801

(Counsel to Law Debenture Trust Company of New York)
David S. Rosner — drosner@kasowitz.com
Sheron Korpus — skorpus@kasowitz.com
Christine Montenegro — cmontenegro@kasowitz.com
Matthew B. Stein — mstein@kasowitz.com
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

(Co-Counsel to Law Debenture Trust Company of New York)
Garvan F. McDaniel — gmcdaniel@bglawde.com
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

(Counsel to Wilmington Trust Company)
Robert J. Stark — rstark@brownrudnick.com
Martin S. Siegel — msiegel@brownrudnick.com
Gordon Z. Novod — gnovod@brownrudnick.com
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

(Counsel to Wilmington Trust Company)
William D. Sullivan — bsullivan@sha-llc.com
Elihu E. Allinson, III — zallinson@sha-llc.com
Sullivan Hazeltine Allinson LLC
901 N. Market St., Suite 1300
Wilmington, DE 19801

(Counsel to Aurelius Capital Management, LP)
Daniel Golden          dgolden@akingump.com
David M. Zensky        dzensky@akingump.com
Deborah Newman         djnewman@akingump.com
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

(Counsel to Aurelius Capital Management, LP)
William P. Bowden      wbowden@ashby-geddes.com
Amanda M. Winfree      awinfree@ashby-geddes.com
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

(Counsel to Brigade Capital Management, LLC)
Isaac M. Pachulski     ipachulski@stutman.com
Stutman Treister & Glatt
1901 Avenue of the Stars, #1200
Los Angeles, CA 90067

(Counsel to Brigade Capital Management, LLC)
Christopher D. Loizides    loizides@loizides.com
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801

(Counsel to Davidson Kempner Capital Management LLC)
Adam C. Harris         adam.harris@srz.com
Karen S. Park          karen.park@srz.com
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

(Co-Counsel to Davidson Kempner Capital Management LLC)
Garvan F. McDaniel     gmcdaniel@bglawde.com
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

(Counsel to Oaktree Capital Mangement, LLC)
Bruce Bennett          bbennett@dl.com
James O. Johnston      jjohnston@deweyleboeuf.com
Josh M. Mester         jmester@dl.com
Dewey & LeBoeuf LLP
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

(Counsel to Oaktree Capital Management, LLC)
Robert S. Brady        rbrady@ycst.com
M. Blake Cleary        mbcleary@ycst.com
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 North King Street
Wilmington, DE 19899

(Counsel to EGI-TRB LLC)
David J. Bradford      dbradford@jenner.com
Catherine L. Steege    csteege@jenner.com
Andrew W. Vail         avail@jenner.com
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654

(Counsel to EGI-TRB LLC)
David W. Carickhoff    carickhoff@blankrome.com
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

(Counsel to TM Retirees)
Jay Teitelbaum     jteitelbaum@tblawllp.com
Teitelbaum & Baskin, LLP
1 Barker Avenue, 3rd Floor
White Plains, NY  10601

(Counsel to TM Retirees)
Adam Hiller     ahiller@hillerarban.com
Brian Arban     barban@hillerarban.com
Hiller & Arban, LLC
1500 North French Street, 2nd Floor
Wilmington, DE  19801

(Counsel to Exchange Claims Holders)
Robert J. Rosenberg     Robert.rosenberg@lw.com
David A. Hammerman     david.hammerman@lw.com
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022