## IN THE UNITED STATES BANKRUTPCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Cases No. 08-13141 (KJC)<br>Jointly Administered |
| Debtors. | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, *et al.*, | |
| Plaintiff, | Adv. Pro. No. Various (KJC) |
| vs. | |
| See Attached Exhibit A, | |
| Defendants. | |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| NEW CASTLE COUNTY | ) |

Linda M. Rogers being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 30th day of January, 2012, she caused a copy of the following:

**REPLY OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS TO OBJECTION OF AURELIUS CAPITAL
MANAGEMENT LP, LAW DEBENTURE TRUST COMPANY OF NEW YORK AND
DEUTSCHE BANK TRUST COMPANY AMERICAS TO MOTION TO AMEND
DEFINITION OF "TERMINATION EVENT" IN STANDING ORDERS
[DKT. NOS. 10755/423 and MULTI DKT. NOS. 21-23]**

to be served upon the parties identified on the attached list via first class mail and hand-delivery to the City of Wilmington addresses.

_Linda M. Rogers_
Linda M. Rogers

SWORN TO AND SUBSCRIBED before me this 1st day of February, 2012.

_Cathy A. Adams_
Notary Public

CATHY A. ADAMS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires March 5, 2014

{698.001-W0019375.}

## EXHIBIT A

### LBO-Related Adversary Proceedings

| Defendant | Adversary No. |
|---|---|
| Dennis J. FitzSimons, et al. | 10-54010 |
| JPMorgan Chase Bank, N.A., et al. | 10-53963 |

### Preference Actions

| Defendant | Adversary No. |
|---|---|
| Paul, Hastings, Janofsky & Walker LLP | 10-55967 |
| Katten Muchin Rosenman LLP | 10-55957 |
| Timothy P. Knight | 10-55956 |
| Eagle Aircraft & Transportation Management, Inc. | 10-55824 |
| Michael C. Gates | 10-55802 |
| Thomas S. Finke | 10-55801 |
| Kathy H. Skipper | 10-55800 |
| Alison R. Scholly | 10-55799 |
| Matthew Catania | 10-55798 |
| Richard H. Malone | 10-55797 |
| Michael J. Malee | 10-55796 |
| Lisa E. Brewer | 10-55795 |
| Timothy J. Landon | 10-55794 |
| Julie D. Anderson | 10-55793 |
| Greg Healy | 10-55792 |
| Lynne Anne Adamson | 10-55791 |
| Dana C. Hayes Jr. | 10-55790 |
| Stephen J. Mulderrig | 10-55788 |
| Richard D. Molchany | 10-55787 |
| Dan Mitrovich | 10-55786 |
| Robyn L. Motley | 10-55785 |
| Kenneth Mitchell | 10-55784 |
| Christopher C. Morrill | 10-55783 |
| Susan M. Mitchell | 10-55782 |
| L. Clark Morehouse III | 10-55781 |
| Eric J. Meyrowitz | 10-55780 |
| Nancy A. Meyer | 10-55779 |

| | |
|---|---|
| Kim A. McCleary La France | 10-55778 |
| Gina M. Mazzaferri | 10-55777 |
| Earl R. Maucker | 10-55776 |
| Jerome P. Martin | 10-55775 |
| Louis Maranto | 10-55774 |
| John M. Manzi | 10-55773 |
| Vincent A. Malcolm | 10-55772 |
| Jeffrey S. Levine | 10-55771 |
| Ardith Hilliard | 10-55770 |
| Walter F. Mahoney | 10-55769 |
| Thomas E. Langmyer | 10-55768 |
| David Dean Hiller | 10-55767 |
| Ann Marie Lipinski | 10-55766 |
| William A. Lanesey | 10-55765 |
| Glenn G. Kranzley | 10-55764 |
| Catherine M. Hertz | 10-55763 |
| Timothy L. Koller | 10-55762 |
| John R. Hendricks | 10-55761 |
| Jane E. Healy | 10-55760 |
| Patricia A. Kolb | 10-55759 |
| William B. Haselden | 10-55758 |
| David Kniffin | 10-55757 |
| Randy Hano | 10-55756 |
| Peter A. Knapp | 10-55755 |
| Paul R. Kelly Jr. | 10-55754 |
| Jack D. Klunder | 10-55753 |
| Avido Dikari Khahaifa | 10-55752 |
| Charlotte H. Hall | 10-55750 |
| Gerould Kern | 10-55749 |
| Timothy R. Kennedy | 10-55747 |
| Gordon L. Jones | 10-55746 |
| Robert J. Gremillion | 10-55745 |
| Terry Jimenez | 10-55744 |
| Janice Jacobs | 10-55743 |
| Howard Greenberg | 10-55742 |
| Alice T. Iskra | 10-55741 |
| Richard J. Graziano | 10-55740 |
| Richard E. Inouye | 10-55738 |
| Linda Hutzler | 10-55737 |
| Ira Goldstone | 10-55736 |
| Tony Hunter | 10-55735 |

| | |
|---|---|
| Vincent R. Giannini | 10-55734 |
| Bonnie B. Hunter | 10-55733 |
| Carolyn Hudspeth | 10-55732 |
| Ernest C. Gates | 10-55731 |
| Susan M. Conway | 10-55730 |
| Michael Gart | 10-55729 |
| Vincent Casanova | 10-55725 |
| Stephen D. Carver | 10-55724 |
| Timothy Franklin | 10-55723 |
| Stephen M. Budihas | 10-55722 |
| Michael C. Foux | 10-55721 |
| David A. Bucknor | 10-55720 |
| Audrey L. Farrington | 10-55719 |
| Rebecca M. Brubaker | 10-55718 |
| Peter D. Filice | 10-55717 |
| Steve Farber | 10-55716 |
| Thomas F. Brown | 10-55715 |
| Richard D. Felty | 10-55714 |
| Richard Engberg | 10-55713 |
| John Birmingham | 10-55712 |
| James L. Ellis | 10-55711 |
| Theodore J. Biedron | 10-55710 |
| James D. Fehnel | 10-55709 |
| Tom E. Ehlmann | 10-55708 |
| Betty Ellen Berlamino | 10-55707 |
| Dianne Donovan | 10-55706 |
| James F. Feher Jr. | 10-55705 |
| Cindy Donnelly | 10-55704 |
| Philip Doherty | 10-55703 |
| Richard S. Feeney | 10-55702 |
| Kenneth J. DePaola | 10-55701 |
| Lawrence Delia | 10-55700 |
| Catherine A. Davis | 10-55699 |
| Raymond Daley | 10-55698 |
| Kelly F. Benson | 10-55697 |
| David A. Bennett | 10-55696 |
| Bob Bellack | 10-55695 |
| James D. Zerwekh | 10-55694 |
| Alexa A. Bazanos | 10-55693 |
| John E. Zelenka | 10-55692 |
| Henry R. Barrett | 10-55691 |

| | |
|---|---|
| Owen Youngman | 10-55690 |
| Roger A. Bare | 10-55689 |
| David D. Williams | 10-55688 |
| Joseph A. Young | 10-55687 |
| Cynthia Baker | 10-55686 |
| Craig Allen | 10-55685 |
| Jack Whisler | 10-55684 |
| Michael D. Asher | 10-55683 |
| F. Ashley Allen | 10-55682 |
| Howard G. Weinstein | 10-55681 |
| Gladys M. Arroyo | 10-55680 |
| Thomas J. Anischik | 10-55678 |
| Harry A. Amsden | 10-55677 |
| Kathleen M. Waltz | 10-55676 |
| Javier J. Aldape | 10-55675 |
| John J. Vitanovec | 10-55674 |
| Deepak Agarwal | 10-55673 |
| John F. Acanfora | 10-55672 |
| Julie K. Xanders | 10-55671 |
| John D. Worthington IV | 10-55670 |
| Deborah B. Vinakos | 10-55669 |
| John Wollney | 10-55667 |
| John C. Twohey | 10-55666 |
| Leo C. Wolinsky | 10-55665 |
| Cam B. Trinh | 10-55664 |
| Timothy F. Windsor | 10-55663 |
| Roger D. Williams | 10-55662 |
| Stephen P. Tippie | 10-55661 |
| Daniel A. O'Sullivan | 10-55660 |
| Timothy J. Thomas | 10-55659 |
| James O'Shea | 10-55658 |
| Kevin P. Scanlon | 10-55657 |
| John T. O'Loughlin | 10-55656 |
| Douglas Thomas | 10-55655 |
| Stephen G. Santay | 10-55654 |
| Timothy E. Ryan | 10-55653 |
| Dennis G. O'Brien | 10-55651 |
| Michael D. Slason | 10-55650 |
| Clifford L. Teutsch | 10-55648 |
| Shaun M. Sheehan | 10-55647 |
| Lou Tazioli | 10-55646 |

| William P. Shaw | 10-55645 |
|---|---|
| Stephen G. Seidl | 10-55643 |
| Lynne A. Segall | 10-55642 |
| Louis J. Stancampiano | 10-55641 |
| Digby A. Solomon | 10-55639 |
| Robert K. Schrepf | 10-55638 |
| Scott C. Smith | 10-55637 |
| Linda A. Schaible | 10-55636 |
| Marc S. Schacher | 10-55635 |
| Erik A. Smist | 10-55634 |
| Robert R. Rounce | 10-55633 |
| Sheau-ming Kuo Ross | 10-55632 |
| John A. Riggle | 10-55631 |
| John E. Reardon | 10-55629 |
| Joseph F. Pisani | 10-55628 |
| Gregory C. Pedersen | 10-55627 |
| Pamela S. Pearson | 10-55625 |
| Robert J. Ramsey | 10-55624 |
| Robert J. Palermini | 10-55623 |
| Myrna G. Ramirez | 10-55622 |
| Irving L. Quimby Jr. | 10-55621 |
| Julian G. Posada | 10-55620 |
| Norbert E. Ortiz | 10-55619 |
| Scott G. Pompe | 10-55617 |
| John F. Poelking | 10-55616 |
| Thomas J. Nork | 10-55615 |
| Russell J. Newton | 10-55614 |
| George C. NeJame | 10-55613 |
| David P. Murphy | 10-55612 |
| Gwen P. Murakami | 10-55611 |
| Charles Sennet | 10-55609 |
| Gary Weitman | 10-55608 |
| John B. Rodden | 10-55607 |
| Patrick Shanahan | 10-55606 |
| Irene M. F. Sewell | 10-55605 |
| R. Mark Mallory | 10-55604 |
| Luis E. Lewin | 10-55603 |
| Brian F. Litman | 10-55602 |
| Thomas D. Leach | 10-55601 |
| Crane H. Kenney | 10-55600 |
| Mark W. Hianik | 10-55599 |

| | |
|---|---|
| Daniel G. Kazan | 10-55598 |
| Robert Holm | 10-55597 |
| Donald C. Grenesko | 10-55596 |
| Karen H. Flax | 10-55595 |
| Dennis J.FitzSimons | 10-55594 |
| Thomas Caputo | 10-55593 |
| Chandler Bigelow | 10-55585 |

**TRIBUNE ADVERSARY SERVICE LIST**
**1202 FIRST CLASS MAIL &**
**HAND DELIVERY**
**WILMINGTON ADDRESSES ONLY**

(CO-COUNSEL FOR I.B.E.W. LOCAL 103 TRUST
FUND)
CHRISTOPHER J. KELLER, ESQUIRE
MICHAEL W. STOCKER, ESQUIRE
LABATON SUCHAROW LLP
140 BROADWAY
NEW YORK, NY  10005

(CO-COUNSEL FOR I.B.E.W. LOCAL 103 TRUST
FUND)
MICHAEL S. ETKIN, ESQUIRE
JOHN K. SHERWOOD, ESQUIRE
IRA LEVEE, ESQUIRE
LOWENSTEIN SANDLER PC
65 LIVINGSTON AVENUE
ROSELAND, NEW JERSEY  07068

(COUNSEL FOR WILLIAM R. HOUGH)
TERRI N. THOMAS, ESQUIRE
FISHER & SAULS, P.A.
100 SECOND AVENUE SOUTH, STE. 701
ST. PETERSBURG, FL 33701

(COUNSEL TO AURELIUS CAPITAL MANAGEMENT
LP)
DANIEL H. GOLDEN, ESQUIRE
PHILIP C. DUBLIN, ESQUIRE
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY  10036

(COUNSEL TO AURELIUS CAPITAL MANAGEMENT
LP)
EDWARD A. FRIEDMAN, ESQUIRE
WILLIAM P. WEINTRAUB, ESQUIRE
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 TIMES SQUARE
NEW YORK, NY 10036-6516

(COUNSEL TO AURELIUS CAPITAL MANAGEMENT
LP)
WILLIAM P. BOWDEN, ESQUIRE
AMANDA WINFREE, ESQUIRE
ASHBY & GEDDES, P.A.
500 DELAWARE AVENUE
WILMINGTON, DE  19801

(COUNSEL TO DEBTORS)
BRYAN KRAKAUER, ESQUIRE
JAMES F. CONLAN, ESQUIRE
KENNETH P. KANSA, ESQUIRE
SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL  60603

(COUNSEL TO DEBTORS)
NORMAN L. PERNICK, ESQUIRE
J. KATE STICKLES, ESQUIRE
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD,
P.A.
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE  19801

(COUNSEL TO DEUTSCHE BANK TRUST COMPANY
AMERICAS)
KATHERINE L. MAYER, ESQUIRE
MCCARTER & ENGLISH, LLP
RENAISSANCE CENTRE
405 N. KING STREET
WILMINGTON, DE  19801

(COUNSEL TO HARRIS, N.A. AND BMO HARRIS
BANK)
DAVID S. BARRITT, ESQUIRE
CHAPMAN AND CUTLER LLP
111 WEST MONROE STREET
CHICAGO, IL  60603

(COUNSEL TO INVESCO STRUCTURED CORE FUND (F/K/A AIM
S&P 500 INDEX FUND), POWERSHARES EXCHANGE-TRADED
FUND TRUST; BALANCED FUND (CURRENTLY CALLED
MANAGED VOLATILITY FUND), A SERIES OF BRIDGEWAY,
NATIONWIDE FUNDS, NATIONWIDE MUTUAL FUNDS,
NATIONWIDE FUND ADVISORS, GUIDEMARK LARGE CAP
VALUE FUND)
ANTRANIG N. GARIBIAN, ESQUIRE
STRADLEY, RONON, STEVENS &YOUNG, LLP
1000 N. WEST STREET, SUITE 1278
WILMINGTON, DE 19801-1697

(COUNSEL TO LAW DEBENTURE TRUST COMPANY
OF NEW YORK)
GARVAN F. MCDANIEL, ESQUIRE
BIFFERATO GENTILOTTI LLC
800 N. KING STREET, PLAZA LEVEL
WILMINGTON, DE  19801

(COUNSEL TO LAW DEBENTURE TRUST COMPANY
OF NEW YORK)
DAVID S. ROSNER, ESQUIRE
SHERON KORPUS, ESQUIRE
CHRISTINE MONTENEGRO, ESQUIRE
MATTHEW B. STEIN, ESQUIRE
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 BROADWAY
NEW YORK, NY  10019

(COUNSEL TO RETIREMENT CLAIMANTS)
ADAM HILLER, ESQUIRE
HILLER & ARBAN, LLC
1500 NORTH FRENCH STREET
WILMINGTON, DE  19801

(COUNSEL TO RETIREMENT CLAIMANTS)
JAY TEITELBAUM, ESQUIRE
TEITELBAUM & BASKIN, LLP
COUNSELORS AT LAW
1 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NEW YORK  10601

1199SEIU GREATER NY PENSION FUND LCV
C/O OFFICER OR MANAGING AGENT
330 WEST 42ND STREET, 30TH FLOOR
NEW YORK, NY 10036

1199SEIU HEALTHCARE EMPLOYEES PENSION
FUND LC
C/O OFFICER OR MANAGING AGENT
330 WEST 42ND STREET, 30TH FLOOR
NEW YORK, NY 10036

1199SEIU HEALTHCARE EMPLOYEES PENSION
FUND MCV
C/O OFFICER OR MANAGING AGENT
330 WEST 42ND STREET, 30TH FLOOR
NEW YORK, NY 10036

1994 ALICIA P. GUGGENHEIM TRUST
C/O FRIEDMAN & HUEY ASSOCIATES LLP
1313 W. 175TH STREET
HOMEWOOD, IL 60430

3M EMPLOYEES WELFARE BENEFITS
ASSOCIATION TRUST I
C/O OFFICER OR MANAGING AGENT OR TRUSTEE
3M CENTER BUILDING 224-5S-21
ST PAUL, MN 55144

8TH DISTRICT ELECTRICAL PENSION FUND
C/O OFFICER OR MANAGING AGENT
COMPUSYS OF COLORADO INC
2821 SOUTH PARKER ROAD, STE 1005
AURORA, CO 80014

A & P ASSOCIATES
ATTN: ARTHUR S CASEY SB ADVISOR
813 DILIGENCE DRIVE
SUITE 116
NEWPORT NEWS, VA 23606-4237

A & P ASSOCIATES
C/O OFFICER OR MANAGING AGENT
813 DILIGENCE DRIVE
SUITE 116
NEWPORT NEWS, VA 23606-4237

A ERICKSON AND VIRGINIA G SHUSTER
16 CARRIAGE DRIVE
SIMSBURY, CT 06070-2164

ABIGAIL WALLACH
617 VENTURA BLVD
ENDWELL, NY 13760-2541

ADAGE CAPITAL ADVISORS, L.L.C.
NATIONAL CORPORATE RESEARCH, LTD
615 SOUTH DUPONT HWY
DOVER, DE 19901

ADALY INVESTMENT MANAGEMENT CO
F/B/O ADALY OPPORTUNITY FUND
C/O OFFICER OR MANAGING AGENT
TD SECURITIES INC.
31 W 52ND ST
NEW YORK, NY 10019-6118

ADAM W. POTTER
P. O. BOX 1905
EAST HAMPTON, NY 11937

ADAM W. POTTER
USAA FEDERAL SAVINGS BANK C/F
P. O. BOX 1905
EAST HAMPTON, NY 11937

ADRIANNE BAKER REILLY ESTATE
ATTN: MR WILLIAM R LYNCH OR CURRENT
TRUSTEE OR EXECUTOR
1855 BAY RD APT 103
VERO BEACH, FL 32963-3073

ADVANTUS SERIES FUND, INC.
INDEX 500 PORTFOLIO
C/O OFFICER OR MANAGING AGENT
ADVANTUS CAPITAL MANAGEMENT INC.
400 ROBERT STREET NORTH
ST. PAUL, MN 55101

ADVISORONE BEROLINA FUND
ATTN: W. PATRICK CLARKE, PRESIDENT
ADVISORONE FUNDS
4020 SOUTH 147TH STREET
OMAHA, NE 68137

ADVISORONE BEROLINA FUND
C/O OFFICER OR MANAGING AGENT
ADVISORONE FUNDS
4020 SOUTH 147TH STREET
OMAHA, NE 68137

AINSLEY G. MOLONEY
BINGHAM MCCUTCHEN LLP
ONE FEDERAL STREET
BOSTON, MA 02110-1726

ALAN DEVANEY AND JILL DEVANEY
1806 N ORLEANS ST
CHICAGO, IL 60614

ALAN J. STONE, ESQUIRE
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA, 46TH FLOOR
NEW YORK, NY 10005-1413

ALASKA PERMANENT FUND CORPORATION
C/O OFFICER OR MANAGING AGENT
801 WEST 10TH STREET STE 302
JUNEAU ALA, KA 99802-5500

ALCATEL-LUCENT INVESTMENT MGMT CO
C/O OFFICER OR MANAGING AGENT
24 FEDERAL STREET, STE 600
BOSTON, MA 02110

ALEXANDER D AND PAULA SOLON
66 THE HEMLOCKS
ROSLYN, NY 11576

ALEXANDER R. BILUS, ESQUIRE
MICHAEL S. DOLUISIO, ESQUIRE
DECHERT LLP
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA 19104-2808

ALEXANDRA INVESTMENT MANAGEMENT, LLC
NATIONAL CORPORATE RESEARCH, LTD.
615 SOUTH DUPONT HIGHWAY
DOVER, DE 19901

ALFRED V TJARKS, ALFRED V TJARKS
RETIREMENT PLAN DTD 02/18/85
C/O ALFRED V TJARKS JR OR CURRENT TRUSTEE
3625 TERRACE VIEW DR
ENCINO, CA 91436-4019

ALLEN C. TANNER JR,
701 TOWNE CENTER DR STE 800
NEWPORT NEWS, VA 23606-4294

ALLIANCE CAPITAL MANAGEMENT CO
ATTN: VINCE NOTO
500 PLAZA DRIVE
SECAUCUS, NJ 07094

ALLIANCE CAPITAL MANAGEMENT CO
C/O OFFICER OR MANAGING AGENT
500 PLAZA DRIVE
SECAUCUS, NJ 07094

ALLSTATE INSURANCE COMPANY
ATTN: PAUL SCHUTT
ASSISTANT VP INVESTMENT OPERATIONS
3075 SANDERS ROAD SUITE G4A
NORTHBROOK, IL 60062-7127

ALOYSIUS J & EUGENE F FRANZ FOUNDATION
FOR THE CONGREGATION OF THE MISSION
C/O OFFICER OR MANAGING AGENT
PO BOX 23808
NEW ORLEANS, LA 70183-0808

ALPHA WINDWARD LLC
SAMUEL B. CARR, JR.
200 LOWDER BROOK DRIVE
SUITE 2400
WESTWOOD, MA 02090

ALPINE ASSOCIATES II, L.P.
C/O OFFICER OR MANAGING AGENT
100 UNION AVENUE,
CRESSKILL, NJ 7626

ALPINE ASSOCIATES OFFSHORE FUND II LTD.
C/O OFFICER OR MANAGING AGENT
100 UNION AVENUE,
CRESSKILL, NJ 7626

ALPINE ASSOCIATES OFFSHORE FUND LTD.
C/O OFFICER OR MANAGING AGENT
100 UNION AVENUE,
CRESSKILL, NJ 7626

ALPINE ASSOCIATES, A LIMITED PARTNERSHIP
C/O OFFICER OR MANAGING AGENT
100 UNION AVENUE,
CRESSKILL, NJ 07626

ALPINE PARTNERS, L.P.
C/O OFFICER OR MANAGING AGENT
100 UNION AVENUE,
CRESSKILL, NJ 07626

ALSON CAPITAL PARTNERS LLC
DEREK WEBB
CHIEF FINANCIAL OFFICER
250 W 57TH STREET, SUITE 2514
NEW YORK, NY  10107-2500

AM MASTER FUND 111, LP
CFPI RR FROM CGML
C/O OFFICER OR MANAGING AGENT
350 PARK AVENUE 4TH FLOOR
NEW YORK, NY 10022-6067

AMEREN MANAGEMENT HEALTH TRUST
C/O OFFICER OR MANAGING AGENT OR TRUSTEE
1901 CHOUTEAU AVENUE
PO BOX 66149 MC1070
ST LOUIS, MO 63166-6149

AMEREN MANAGEMENT HEALTH TRUST
C/O OFFICER OR MANAGING AGENT OR TRUSTEE
AMEREN SERVICES COMPANY
607 EAST ADAMS STREET
MC C-1020
SPRINGFIELD, IL 62739

AMERICAN CENTURY INVESTMENT
MANAGEMENT INC
C/O OFFICER OR MANAGING AGENT
4500 MAIN STREET
KANSAS CITY, MO 64141

AMERICAN INTERNATIONAL GROUP, INC.
UNITED STATES CORPORATION COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE  19808

AMETEK INC EMPLOYEES MASTER RETIREMENT
TRUST
C/O TRUSTEE FOR AMETEK INC EMPLOYEES
MASTER RETIREMENT TRUST
37 N.VALLEY ROAD
PAOLI, PA 19301-0801

AMIDA PARTNERS MASTER FUND LTD
C/O OFFICER OR MANAGING AGENT
415 MADISON AVENUE
2ND FLOOR
NEW YORK, NY 10017-7958

AMUNDI INVESTMENT SOLUTIONS AMERICAS LLC
C/O OFFICER OR MANAGING AGENT
1301 AVE OF THE AMERICAS, FL 38
NEW YORK, NY 10019-6022

AMY D. ROY
ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600

AMY W FONG TRUST, U/A DTD 06/14/1988
C/O DR ARNOLD D FONG OR CURRENT TRUSTEE
P.O. BOX 3224
PONTE VEDRA, FL 32004-322

ANADARKO PETROLEUM CORP.
C/O OFFICER OR MANAGING AGENT
1201 LAKE ROBBINS DRIVE
THE WOODLANDS, TX 77380

ANCHIN BLOCK & ANCHIN
A/C LINCOLN FD TAX ADVANTAGE
ATTN: JEFF ROSENTHAL
1375 BROADWAY
NEW YORK, NY 10018-7001

ANCHIN BLOCK & ANCHIN
A/C LINCOLN FD TAX ADVANTAGE
C/O OFFICER OR MANAGING AGENT
1375 BROADWAY
NEW YORK, NY 10018-7001

ANDERSEN DEFINED BENEFIT
C/O TRUST LEGAL COUNSEL EP-MN-WS4L
US BANK AS TRUSTEE
60 LIVINGSTON AVE
ST PAUL, MN 55107

ANDREA REIMANN-CIARDELLI, U/A DTD 04/28/2006
C/O TRUSTEE FOR ANDREA REIMANN-CIARDELLI,
U/A DTD 04/28/2006
80 S MAIN ST STE 202
HANOVER, NH 03755

ANGELO D GIANCARLO
819 N KIOWA ST
ALLENTOWN, PA 18109-1906

ANNE ELIZABETH MCKENNY 2007
C/O ANNE E MCKENNY OR CURRENT TRUSTEE
129 INVERNESS ST
HOWELL, MI 48843-1143

ANNE MCCUTCHEON LEWIS TRUST, U/A DTD
10/26/1987
C/O OLIVER MCCUTCHEON LEWIS OR CURRENT
TRUSTEE
3400 RESERVOIR RD NW
WASHINGTON, DC 20007-2328

ANNE MCKENNY TRUST
C/O CLARA WHITNEY FOR ANNE MCKENNY,
TRUSTEE
BANK OF AMERICA
BANK OF AMERICA CORPORATE CENTER
100 N. TRYON ST
CHARLOTTE, NC 28255

ANNE MCKENNY TRUST
C/O TRUSTEE FOR ANNE MCKENNY TRUST
BANK OF AMERICA
BANK OF AMERICA CORPORATE CENTER
100 N. TRYON ST
CHARLOTTE, NC 28255

ANNE-MARIE S GREENBERG
16 SKYVIEW RD
SUDBURY, MA 01776

ANNUITY RETIREMENT TRUST
ARIEL/ABT/ABBOTT LABORATORIES
C/O OFFICER OR MANAGING AGENT OR TRUSTEE
200 E RANDOLPH SUITE 2900
CHICAGO, IL 60601-6536

ANTHONY AND JACQUELINE MARRO
PO BOX 944
BENNINGTON, VT 05201

ANTHONY C. WHITE
THOMAS W. PALMER
THOMPSON HINE LLP
41 SOUTH HIGH STREET, SUITE 1700
COLUMBUS, OH  43215-6101

ANTOINETTE B BRUMBAUGH TRUST
C/O ANTOINETTE B BRUMBAUGH, TRUSTEE
PO BOX 755
WOODACRE, CA 94973

APERIO GROUP LLC
C/O JULIE L. FIEBER
STEIN & LUBIN LLP
600 MONTGOMERY STREET, 14TH FLOOR
SAN FRANCISCO, CA  94111

AQR ABSOLUTE RETURN MASTER ACCOUNT, L.P.
C/O OFFICER OR MANAGING AGENT
AQR CAPITAL MANAGEMENT, LLC
TWO GREENWICH PLAZA
GREENWICH , CT 06830

AQR GLOBAL STOCK SELECTION HV MASTER
ACCOUNT LTD.
C/O OFFICER OR MANAGING AGENT
AQR CAPITAL MANAGEMENT, LLC
TWO GREENWICH PLAZA
GREENWICH , CT 06830

AQR R. C. EQUITY AUSTRALIA FUND
C/O OFFICER OR MANAGING AGENT
AQR CAPITAL MANAGEMENT, LLC
TWO GREENWICH PLAZA
GREENWICH , CT 6830

ARC REVOCABLE TRUST
C/O MR. ROBERT SNYDER
SNYDER CAHOON & CO. PLLC
80 SOUTH MAIN STREET SUITE 202
HANOVER, NH 03755

ARC REVOCABLE TRUST
C/O TRUSTEE FOR ARC REVOCABLE TRUST
SNYDER CAHOON & CO. PLLC
80 SOUTH MAIN STREET SUITE 202
HANOVER, NH 03755

ARCHDIOCESAN PENSION PLAN (NY)
C/O OFFICER OR MANAGING AGENT
1011 FIRST AVE
NEW YORK, NY 10022

ARCHDIOCESE OF CINCINNATI
C/O OFFICER OR MANAGING AGENT
100 EAST EIGHTH STREET
CINCINNATI, OH 45202

ARCHDIOCESE OF NEW YORK MASTER TRUST
C/O OFFICER OR MANAGING AGENT
1011 FIRST AVENUE
NEW YORK, NY 10022-4134

ARIEL CAP MANAGEMENT INC
A/C MUNI EMPLOYEES ANNUITYARIEL/MUNEMP
AND BENEFIT FUND -CHI
C/O OFFICER OR MANAGING AGENT
200 E RANDOLPH DRIVE STE 2900
CHICAGO, IL 60601-6536

ARIEL CAP MANAGEMENT INC
ARIEL PRIM A/C PRIM
C/O OFFICER OR MANAGING AGENT
200 E RANDOLPH SUITE 2900
CHICAGO, IL 60601-6536

ARIEL CAP MGMT INC
ARIEL UOFI A/C UNIV OF IL URBANA CHAMPAIG
C/O OFFICER OR MANAGING AGENT
200 EAST RANDOLPHSUITE 2900
CHICAGO, IL 60601-6536

ARIEL CAPITAL MANAGEMENT
C/O OFFICER OR MANAGING AGENT
ARIEL/AGF ARIEL GROWTH FUND
200 EAST RANDOLPH, SUITE 2900
CHICAGO, IL 60601-6536

ARIEL/APRF/ARIEL APPRECIATION FUND
C/O OFFICER OR MANAGING AGENT
200 E RANDOLPH SUITE 2900
CHICAGO, IL 60601-6536

ARIEL/MAXMID/MAXIM MIDCAP PORTFOLIO
C/O OFFICER OR MANAGING AGENT
200 E RANDOLPH SUITE 2900
CHICAGO, IL 60601-6536

ARIZONA STATE RETIREMENT SYSTEM
ATTN: LEGAL COUNSEL
3300 NORTH CENTRAL AVENUE, 14TH FLOOR
PHOENIX, ARIZONA 85012

ARIZONA STATE RETIREMENT SYSTEM
C/O OFFICER OR MANAGING AGENT
3300 NORTH CENTRAL AVENUE
SUITE 1400
PHOENIX, AZ 85012

ARMSTRONG WORLD INDUSTRIES MASTER TRUST
C/O TRUSTEE FOR ARMSTRONG WORLD
INDUSTRIES MASTER TRUST
2500 COLUMBIA AVENUE
LANCASTER , PA  17604

ARTHUR E GOLDBERG
718 RIDGE AVENUE
EVANSTON, IL 60202-2683

ARTHUR HOYER ROLLOVER IRA
C/O SCOTTRADE INC, TRUSTEE OR CURRENT
TRUSTEE
1121 GRAY FOX WAY
PAHRUMP, NV 89048-9192

ARTHUR R. HOYER
THELMA L. LEMTS
PO BOX 2168
PAHRUMP, NV 89048-2168

ARTHUR SHAWN CASEY
813 DILIGENCE DR STE 116
NEWPORT NEWS, VA 23606-4237

AUSTIN TRUST COMPANY
C/O OFFICER OR MANAGING AGENT
336 S.CONGRESS AVE SUITE 100
AUSTIN, TX 78704

AUTOMOBILE MECHANICS LOCAL 701 LCV
C/O OFFICER OR MANAGING AGENT
500 WEST PLAINFILED ROAD
COUNTRYSIDE, IL 60525

AUTOMOTIVE INDUSTRIES PENSI0N TRUST FUND
C/O OFFICER OR MANAGING AGENT
ASSOCIATED THIRD PARY ADMIN
1640 S LOOP RD
ALAMEDA , CA  94502

AUTOMOTIVE MACHINISTS PENSION FUND
C/O OFFICER OR MANAGING AGENT
2815 SECOND AVE, STE 300
PO BOX 34203 SEATTLE, WA 98124

AVERY DENNISON MASTER RETIREMENT TRUST
C/O OFFICER OR MANAGING AGENT OR TRUSTEE
150 NORTH ORANGE GROVE BLVD
PASADENA, CA 91103

AXA EQUITABLE LIFE INSURANCE CO
C/O OFFICER OR MANAGING AGENT
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

AXELSON FAM. LIMITED PARTNERSHIP
C/O STEPHEN AXELSON AND LINDA AXELSON
10603 N 100TH STREET
SCOTTSDALE, AZ 85260-6301

B TRADE SERVICES LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

BALDWIN ENTERPRISES, INC
C/O OFFICER OR MANAGING AGENT
315 PARK AVENUE SOUTH, 20TH FLOOR
NEW YORK, NY 10010

BALDWIN ENTERPRISES, INC.
LSN/CSC, INC.
2711 CENTERVILLE ROAD
WILMINGTON, DE 19808

BANK OF AMERICA NA
ATTN: EFP MIDDLE OFFICE/OPS MGR.
NY1-301-40-02
ONE BRYANT PARK 3RD FLOOR
NEW YORK, NY 10036-6728

BANK OF AMERICA NA
C/O OFFICER OR MANAGING AGENT
ONE BRYANT PARK 3RD FLOOR
NEW YORK, NY 10036-6728

BANK OF AMERICA
C/O OFFICER OR MANAGING AGENT
ONE EAST CENTER ST
FAYETTEVILLE, AR 72701

BANK OF HAWAII
C/O OFFICER OR MANAGING AGENT
130 MERCHANT ST.
P.O. BOX 2900
HONOLULU, HI 96846

BANK OF OKLAHOMA-NA
C/O OFFICER OR MANAGING AGENT
6242 EAST 41ST STREET
TULSA, OK 74135

BAPTIST FOUNDATION OF TEXAS
C/O OFFICER OR MANAGING AGENT
1601 ELM STREET-SUITE 1700
DALLAS, TX 75201

BARBARA CLEMENTS HELLER REVOCABLE TRUST
DTD 3/22/01
C/O TRUSTEE FOR BARBARA CLEMENTS HELLER
REVOCABLE TRUST DTD 3/22/01
508 WEST LAKVIEW ST.
ORLANDO, FL 32804-6823

BARBARA K WARNER
1745 W NORTH SHORE DR
SOUTH BEND, IN 46617

BARBARA MARTELL
702 E HYMAN AVE
ASPEN, CO 81611-2080

BARCLAYS GLOBAL INVESTORS NA
C/O OFFICER OR MANAGING AGENT
A/C AP1 MSCI WORLD INDEX PLUS
45 FREMONT STREET FL 33
SAN FRANCISCO, CA 94105-2204

BARRY DAVID KUPFERBERG & LORI BANNER
KUPFERBERG
290 ROCKINGSTONE AVENUE
LARCHMONT, NY 10538

BAXTER INTERNATIONAL INC.
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

BECHTEL CORPORATION
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

BELL ATLANTIC MASTER TRUST
C/O OFFICER OR MANAGING AGENT
ONE VERIZON WAY BLDG.7
BASKING RIDGE, NJ 07920

BELLSOUTH CORP.
NON-REPRESENTABLE HEALTH CARE TRUST
C/O OFFICER OR MANAGING AGENT
FIRST QUADRANT
800 EAST COLORADO BOULEVARD SUITE 900
PASADENA, CA 91101

BELLSOUTH CORPORATION
ATTN: MARELLEN STRUHAR
1155 PEACHTREE ST NE
ATLANTA, GA 30309-3610

BELLSOUTH CORPORATION
C/O OFFICER OR MANAGING AGENT
1155 PEACHTREE ST NE
ATLANTA, GA 30309-3610

BENJAMIN J. VERDUSCO TRUST, U/A DTD
12/13/1989
C/O CATHERINE A VERDUSCO OR CURRENT
TRUSTEE
215 S SANTA FE AVE # 9
LOS ANGELES, CA 90012

BERKELEY CAPITAL MANAGEMENT
KEVIN CUCCIAS
CHIEF EXECUTIVE OFFICER
ONE BUSH STREET
12TH FLOOR
SAN FRANCISCO, CA  94111-4113

BERNADETTE FINGLETON
342 LOTUS PL
BREA, CA 92821-3541

BERNARD AND RENA SHAPIRO, INTERVIVOS
TRUST A/C #1 DTD 10/15/87
C/O BERNARD SHAPIRO OR CURRENT TRUSTEE
1666 20TH ST
SANTA MONICA, CA 90404-3827

BERNARD OSHER TRUST
C/O BERNARD OSHER TRUSTEE
ONE FERRY BUILDING
SUITE 255
SAN FRANCISCO, CA 94111-4243

BERNARD RABINOWITZ, U/A/D 09-11-2006
C/O BERNARD RABINOWITZ OR CURRENT
TRUSTEE
269 RUE MARSEILLE
DAYTON, OH 45429-1883

BERNICE K WATTMAN TRUST, U/A DTD 11/01/2002
C/O BERNICE K WATTMAN OR CURRENT TRUSTEE
15416 AUBRIETA CT
ORLAND PARK, IL 60462

BETTY BEAIRD
7530 INWOOD DR
HOUSTON, TX 77063-1802

BETTY ELLEN BERLAMINO
87 JOYCE RD
TENAFLY, NJ 07670

BEVERLY PERRY
6920 WEBSTER ST
DOWNERS GROVE, IL 60516-3509

BLACK DIAMOND ARBITRAGE OFFSHORE LTD.
C/O OFFICER OR MANAGING AGENT
CARLSON CAPITAL L.P.
ATTN: LEGAL DEPARTMENT
2100 MCKINNEY AVENUE SUITE 1800
DALLAS, TX 75201

BLACK DIAMOND OFFSHORE LTD.
C/O OFFICER OR MANAGING AGENT
CARLSON CAPITAL L.P.
ATTN: LEGAL DEPARTMENT
2100 MCKINNEY AVENUE SUITE 1800
DALLAS, TX 75201

BLACKBURN TRUST
C/O TRUSTEE FOR BLACKBURN TRUST
1295 LITTLE HARBOR LANE
VERO BEACH, FL 32963

BLACKPORT CAPITAL FUND LTD
C/O OFFICER OR MANAGING AGENT
280 PARK AVENUE
NEW YORK, NY 10017-1216

BLANDINA ROJEK CHAR LD. TRUST
C/O FRIEDMAN & HUEY ASSOCIATES
1313 WEST 175TH STREET
HOMEWOOD, IL 60430

BLEND SURVIVOR'S TR DTD 12/2/99
C/O ROBERT R BLEND, THOMAS R BLEND CO-
TRUSTEES OR CURRENT TRUSTEE
MOUNTAIN VIEW RETIREMENT HOME
7900 N LA CANADA #2121
TUCSON, AZ 85704-2079

BLUE CROSS & BLUE SHIELD OF KA
ATTN: STEVE MORRIS
1133 SW TOPEKA BLVD
TOPEKA, KS 66629-0001

BLUECROSS BLUESHIELD OF KS
C/O OFFICER OR MANAGING AGENT
1133 SW TOPEKA BLVD
TOPEKA, KS 66629-0001

BLYTHE T BELENKY
676 WINDING BLUFF WAY
CLARKSVILLE, TN 37040-5763

BMR 2 LLC
C/O OFFICER OR MANAGING AGENT
440 SO. LASALLE ST
CHICAGO, IL 60605

BOA PENSION-CMG LARGECAP INDEX
C/O OFFICER OR MANAGING AGENT
BANK OF AMERICA
BANK OF AMERICA CORPORATE CENTER
100 N. TRYON ST
CHARLOTTE, NC 28255

BOARD OF EDUCATION NEW YORK CITY
RETIREMENT SYSTEMS
C/O OFFICER OR MANAGING AGENT
1 CENTRE STREET
NEW YORK, NY 10007

BON SECOURS HEALTH SYSTEM, INC
C/O OFFICER OR MANAGING AGENT
1505 MARRIOTTSVILLE RD.
MARRIOTTSVILLE, MD 21104-1399

BOSTON TRUST & INVESTMENT MANAGEMENT
COMPANY
C/O OFFICER OR MANAGING AGENT
ONE BEACON STREET 33RD FLR
BOSTON, MA 02108

BRIAN BEHMER
DLA PIPER
401 B STREET, SUITE 1700
SAN DIEGO, CALIF. 92101-4297

BRIAN MCGOVERN
2675 ALBANY AVE
W HARTFORD, CT 06117-2305

BRISTOL COUNTY RETIREMENT SYSTEM LCV
C/O OFFICER OR MANAGING AGENT
645 COUNTY STREET
TRENTON, NJ 02780

BRISTOL-MYERS SQUIBB COMPANY MASTER
TRUST LCV
C/O OFFICER OR MANAGING AGENT
ROUTE 206, PROVINCE LINE ROAD
PRINCETON, NJ 08543

BROADCASTING, WATERMAN
INVESTMENT CORPORATION
C/O OFFICER OR MANAGING AGENT
P.O. BOX 7578
FT MYERS, FL 33911-7578

BUILDING TRADES UNITED PENSION TRUST FUND
C/O OFFICER OR MANAGING AGENT
500 ELM GROVE ROAD
PO BOX 530
ELM GROVE, WI 53122

C HUGH STEPHENS, U/A DTD 11/08/2002
C/O C HUGH STEPHENS OR CURRENT TRUSTEE
2075 62ND ST
FENNVILLE, MI 49408-9407

CALIFORNIA IRONWORKERS FIELD PENSION
TRUST
C/O TRUSTEE FOR CALIFORNIA IRONWORKERS
FIELD PENSION TRUST
131 EL MOLINO AVE SUITE 330
PASADENA, CA 91101-1873

CALIFORNIA PUBLIC EMPLOYEES RETIREMENT
SYSTEM
JOHN A MIKITA
SENIOR STAFF COUNSEL
400 Q STREET
LINCOLN PLAZA EAST, ROOM 1820
SACRAMENTO, CA 95814

CAMILLA CHANDLER FAMILY FOUNDATION
C/O OFFICER OR MANAGING AGENT
875 CORNSTOCK AVENUE #8E AND 8F
LOS ANGELES, CA 90024

CANADIAN IMPERIAL HOLDINGS INC.
C/O OFFICER OR MANAGING AGENT
300 MADISON AVE
NEW YORK, NY 10017-3903

CARA LEIGH GILESPIE-WILSON
PO BOX 535
BANGALL, NY 12506-0535

CARA LEIGH GILESPIE-WILSON
PO BOX 535
BANGALL, NY 12506-0535

CARLYLE MULTI-STRATEGY MASTER FUND LTD
WILMINGTON TRUST CORPORATION COMPANY
RODNEY SQUARE NORTH
1100 N. MARKET STREET
WILMINGTON, DE 19801

CARPENTERS PENSION TRUST FOR NORTHERN
CALIFORNIA
C/O TRUSTEE FOR CARPENTERS PENSION TRUST
FOR NORTHERN CALIFORNIA
444 HEGENBERGER ROAD
OAKLAN, CA 94621

CASEY AND ASSOCIATES, LLP
C/O ARTHUR S CASEY
813 DILIGENCE DRIVE
SUITE 116
NEWPORT NEWS, VA 23606-4237

CASEY AND ASSOCIATES, LLP
C/O OFFICER OR MANAGING AGENT
813 DILIGENCE DRIVE
SUITE 116
NEWPORT NEWS, VA 23606-4237

CATERPILLAR
C/O OFFICER OR MANAGING AGENT
100 NORTHEAST ADAMS ST, AB 5315
PEORIA, IL 61629

CATERPILLAR, INC. 401(K) PLAN LCV
C/O OFFICER OR MANAGING AGENT
100 NORTHEAST ADAMS ST, AB 5315
PEORIA, IL 61629

CATHERINE A. CAMPBELL TRUST UAD 9/21/1995
C/O ROBERT D. CAMPBELL OR CURRENT TRUSTEE
3100 N. MARINA VIEW DRIVE
PORT CLINTON, OH 43452-9689

CATHERINE L. NEWELL, ESQUIRE
DFA INVESTMENT DIMENSIONS GROUP, INC.
6300 BEE CAVE ROAD, BLDG ONE
AUSTIN, TX 78746

CATHOLIC UNITED INVESTMENT TRUST
C/O TRUSTEE FOR CATHOLIC UNITED
INVESTMENT TRUST
20 NORTH WACKER DRIVE
STE 2000
CHICAGO, IL 60606

CAXTON ASSOCIATES, LP
F/K/A CAXTON ASSOCIATES, LLC
C/O REGISTERED AGENT
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

CAXTON INTERNATIONAL LIMITED
C/O OFFICER OR MANAGING DIRECTOR
C/O CAXTON ASSOCIATES LP
731 ALEXANDER ROAD, BUILDING 2
PRINCETON, NJ 08540

CBS MASTER TRUST
C/O TRUSTEE FOR CBS MASTER TRUST
51 WEST 52ND STREET 18TH FLOOR
NEW YORK, NY 10019-6188

CEDAR GROVE CEM ASSN PERP CARE RESERVE
FUND
C/O OFFICER OR MANAGING AGENT
P.O. BOX 228
FLUSHING, NY 11352-0228

CEDE & CO
C/O OFFICER OR MANAGING AGENT
DEPOSITORY TRUST CO
55 WATER STREET
NEW YORK, NY 10041

CENTRAL STATES SOUTHEAST AND SOUTHWEST
AREAS PENSION FUND
C/O OFFICER OR MANAGING AGENT
9377 WEST HIGGINS ROAD
ROSEMONT, IL 60018-4938

CEY LIVING TRUST 5/14/87
C/O RONALD C CEY & FRANCES L CEY TRUSTEES,
OR CURRENT TRUSTEE
22714 CREOLE ROAD
WOODLAND HILLS, CA 91364-3925

CHARLES C. CASALNOVA
CORPORATE COUNSEL
F.N.B. CORPORATION
ONE F.N.B,. BOULEVARD
HERMITAGE, PA 16148-3363

CHARLES C. JACKSON, ESQUIRE
THEODORE M. BECKER, ESQUIRE
MORGAN, LEWIS & BOCKIUS LLP
77 WEST WACKER DRIVE
CHICAGO, IL 60601

CHARLES E EDWARDS FAMILY TRUST, U/A DTD
04/11/1990 (SUB ACCT MLI)
C/O CHARLES E EDWARDS OR CURRENT TRUSTEE
5661 ESCONDIDA BLVD S
ST PETERSBURG, FL 33715-1455

CHARLES E. HUGEL
2665 NORTH OCEAN BLVD
GULF STREAM, FL 33483-7365

CHARLES FRIEDMAN
2360 N.W. 12TH STREET
DELRAY BEACH, FL 33445

CHARLES R . BAUGH, JR. AND BARBARA BAUGH
7336 HEATHLEY DR.
LAKE WORTH, FL 33467

CHARLOTTE BRODER REVOCABLE LIVING TRUST
C/O TRUSTEE FOR CHARLOTTE BRODER
REVOCABLE LIVING TRUST
4191 ROUND TOP DRIVE
HONOLULU, HI 96822-5039

CHARLOTTE O'BRIEN
5555 N SHERIDAN RD., APT. 1101
CHICAGO, IL 60640-1624

CHARTER TRUST COMPANY
CHRISTINE L. DONOVAN
CHIEF OPERATING OFFICER
90 NORTH MAIN STREET
CONCORD, NH 03301

CHEETAH + CO
C/O T. ROWE PRICE ASSOCIATES INC
RESEARCH LIBRARY
100 E PRATT ST.
BALTIMORE, MD 21202

CHERRY JACKSON SVEEN
P.O. BOX 1477
FRANKLIN, NC 28744-1477

CHERRY SUE JACKSON
1 WELCOME LANE
OPELIKA, AL 36801-4896

CHRISTIANA CARE HEALTH SERVICES
INVESTMENT FUND
C/O OFFICER OR MANAGING AGENT
200 HYGEIA DRIVE, STE 2600
NEWARK, DE 19713

CHRISTIANA CARE HEALTH SERVICES RET. PLAN
C/O OFFICER OR MANAGING AGENT
200 HYGEIA DRIVE, STE 2600
NEWARK, DE 19713

CHRISTIANA CARE HEALTH SERVICES
RETIREMENT PLAN
C/O WILMINGTON TRUST COMPANY TRUSTEE,
M&T BANK OR CURRENT TRUSTEE
200 HYGEIA DRIVE
NEWARK, DE 19713

CHRISTIANA CARE HEALTH SERVICES, INC.
C/O WILMINGTON TRUST COMPANY AS AGENT,
M&T BANK OR CURRENT OFFICER OR MANAGING
AGENT
200 HYGEIA DRIVE
NEWARK, DE 19713

CHRISTIANA CARE UNRESTRICTED INVESTMENT
FUND
C/O OFFICER OR MANAGING AGENT
200 HYGEIA DRIVE, STE 2600
NEWARK, DE 19713

CHRISTINE GILLEN
PRUDENTIAL LEGAL PROCESS UNIT
751 BROAD STREET
NEWARK, NJ  07102

CHRISTOPHER A. WARD, ESQUIRE
SHANTI M. KATONA, ESQUIRE
POLSINELLI SHUGHART PC
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

CHRISTOPHER J. GIAIMO
BAKER & HOSTETLER LLP
1050 CONNECTICUT AVENUE, NW
SUITE 1100
WASHINGTON, DC 20036-5304

CHRISTOPHER J. KELLER, ESQUIRE
MICHAEL W. STOCKER, ESQUIRE
LABATON SUCHAROW LLP
140 BROADWAY
NEW YORK, NY 10005

CHRISTOPHER MENTING
CLAY GREENE
NORTHWESTERN MUTUAL LAW DEPARTMENT
720 E. WISCONSIN, ROOM 450
MILWAUKEE, WI 53202

CHRISTOPHER R. BELMONTE, ESQUIRE
SATTERLEE STEPHENS BURKE & BURKE LLP
230 PARK AVENUE
NEW YORK, NY 10169

CHRISTUS HEALTH OPERATING FUND LCV
C/O OFFICER OR MANAGING AGENT
2707 NORTH LOOP WEST
HOUSTON, TX 77008

CHRYSLER LCC
CIMS 485-02-0
C/O OFFICER OR MANAGING AGENT
1000 CHRSYLER DRIVE
AUBURN HILLS, MI 48326

CHW RETIREMENT TRUST
C/O OFFICER OR MANAGING AGENT OR TRUSTEE
185 BERRY STREET, STE 300
SAN FRANCISCO, CA 94107

CIM XVI LLC
C/O OFFICER OR MANAGING AGENT
405 LEXINGTON AVE 63RD FL
NEW YORK, NY 10174

CIRI GILLESPIE
PO BOX 2322
BRATTLEBORO, VT 05303-2322

CITADEL DERIVATIVES GROUP LLC
C/O OFFICER OR MANAGING AGENT
131 SOUTH DEARBORN ST 32 FL
CHICAGO, IL 60603

CITI GOLDEN TREE LTD.
C/O OFFICER OR MANAGING AGENT
GOLDREN TREE ASSET MANAGEMENT LP
300 PARK AVENUE 20TH FLOOR
NEW YORK, NY 10022

CITIGROUP GLOBAL MARKETS INC.
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

CITIGROUP GLOBAL MARKETS INC.
VIKRAM S. PANDIT
CEO
388 GREENWICH STREET
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS LTD
ATTN:NAM IPB ASSET SERVICING
C/O OFFICER OR MANAGING AGENT
111 WALL ST.
NEW YORK, NY 10043-1000

CITIGROUP PENSION PLAN
C/O OFFICER OR MANAGING AGENT
425 PARK AVENUE, 4TH FLOOR
NEW YORK, NY 10022

CITY OF ATLANTA POLICE OFFICERS PENSION
FUND LCV
C/O OFFICER OR MANAGING AGENT
68 MITCHELL STREET, SW, STE 10100
ATLANTA, GA 30303

CITY OF ATLANTA,GENERAL EMPLOYEES
PENSION FUND
C/O OFFICER OR MANAGING AGENT
55 TRINTY AVE SWNSUITE 1350
ATLANT, GA 30335-0317

CITY OF RICHMOND LCV
ATTN: CLARA B. WOODY
900 EAST BROAD ST RM 400
RICHMOND, VA 23219

CITY OF RICHMOND LCV
C/O OFFICER OR MANAGING AGENT
900 E BROAD STREET, ROOM 400
RICHMOND, VA 23219

CITY OF ST. LOUIS ERS LCV
C/O OFFICER OR MANAGING AGENT
1114 MARKET ST, STE 900
ST LOUIS, MO 63101

CLARA BUSCH ORTHWEIN IRREVOCABLE TRUST
C/O BANK OF AMERICA OR CURRENT TRUSTEE
BANK OF AMERICA CORPORATE CENTER
100 N. TRYON ST
CHARLOTTE, NC 28255

CLAYTON COUNTY EMPLOYEES RETIREMENT
SYSYSTEM
C/O OFFICER OR MANAGING AGENT
112 SMITH STREET
JONESBORO, GA 30236

CLEVELAND BAKERS & TEAMSTERS PENSION
FUND LCV
C/O OFFICER OR MANAGING AGENT
9665 ROCKSIDE DRIVE, STE D
VALLEY VIEW, OH 44125

CNH MASTER ACCOUNT L.P.
C/O OFFICER OR MANAGING AGENT
CNH PARTNERS, LLC
TWO GREENWICH PLAZA
GREENWICH , CT 6830

CNI CHARTER FUNDS
C/O UMB FUND SERVICES, INC. AS TRANSFER
AGENT FOR THE CNI CHARTER FUNDS
803 WEST MICHIGAN STREET
MILWAUKEE, WISCONSIN 53233

CNI CHARTER FUNDS
RICH GERSHEN
PRESIDENT & CEO
400 NORTH ROXBURY DRIVE
BEVERLY HILLS, CA 90210

COGENT MANAGEMENT INC.
ATTN: SILVERIA FRANZE
ONE RADDISSON PLAZA 10TH FLOOR
NEW ROCHELLE, NY 10801-5767

COGENT MANAGEMENT INC.
C/O OFFICER OR MANAGING AGENT
ONE RADDISSON PLAZA 10TH FLOOR
NEW ROCHELLE, NY 10801-5767

COLLECTIVE INVESTMENT TR FOR EE BENEFIT
PLANS
C/O TRUSTEE FOR COLLECTIVE INVESTMENT TR
FOR EE BENEFIT PLANS
UBS FIDUCIARY TRUST CO.
1200 HARBOR BLVD, 6TH FLOOR
WEEHAWKEN, NJ 07086

COLLEGE OF THE OZARKS LCV
C/O OFFICER OR MANAGING AGENT
PO BOX 17
POINT COOKOUT, MO 65726

COLUMBIA MANAGEMENT GROUP
C/O OFFICER OR MANAGING AGENT
LIBERTY FINANCIAL SERVICES CO
ONE FINANCIAL CENTER
BOSTON, MA 02111

COMMONWEALTH OF PA TREASURY
DEPARTMENT FUNDS
C/O OFFICER OR MANAGING AGENT
ROOM 121 FINANCE BUILDING
HARRISBURG, PA 17120

COMMUNITY OF CHRIST CHURCH LCV
C/O OFFICER OR MANAGING AGENT
6320 LOMAR AVE
OVERLAND PARK, KS 66202

COMPASS BANK
TRUST DIVISION
SHANE CLANTON, ESQ.
GENERAL COUNSEL
15 SOUTH 20TH STREET S #100
BIRMINGHAM, AL 35233-2011

CONAIR CORPORATION
C/O OFFICER OR MANAGING AGENT
150 MILFORD ROAD
EAST WINDSOR, NJ 08520

CONNECTICUT GENERAL LIFE INSURANCE
COMPANY
C/O OFFICER OR MANAGING AGENT
900 COTTAGE GROVE RD
HARTFORD, CT 06152

CONNELL FAMILY PARTNERSHIP TRUST
C/O OFFICER OR MANAGING AGENT OR TRUSTEE
CONNELL LIMITED PARTNERSHIP
ONE INTERNATIONAL PLACE 31ST FLOOR
BOSTON, MA 02110

CONSOLIDATED EDISON COMPANY OF NEW YORK
KEVIN BURKE
CEO
4 IRVING PL, RM 1610
NEW YORK, NY 10003

CONSTANCE TOLBERT YESO
PO BOX 337
MARTINS FERRY, OH 43935-0337

CRAIG P. EMMONS, TR U/A FBO CRAIG P EMMONS
C/O TRUSTEE FOR CRAIG P. EMMONS, TR U/A FBO
CRAIG P EMMONS
BANK OF AMERICA
BANK OF AMERICA CORPORATE CENTER
100 N. TRYON ST
CHARLOTTE, NC 28255

CRANE KENNEY AND KELLY KENNEY, CRANE
KENNEY AND KELLY KENNEY JOINT TRUST
C/O TRUSTEE OF CRANE KENNEY AND KELLY
KENNEY JOINT TRUST
1220 LINDENWOOD DR
WINNETKA, IL 60093

CREDIT SUISSE FIRST BOSTON
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207-2543

CUST EDWARD E NEISSER MARITAL TRUST
C/O SHERWIN A ZUCKERMAN OR CURRENT
TRUSTEE
ASSET MANAGEMENT INVESTORS LLC
191 N WACKER DR STE 1501
CHICAGO, IL 60606-1899

CUST NEISSER INVESTMENT LP
C/O OFFICER OR MANAGING AGENT
NEISSER INVESTMENT LP
191 N WACKER DR STE 1500
CHICAGO, IL 60606-1899

CUST NEISSER INVESTMENT LP
C/O SHERWIN ZUCKERMAN
NEISSER INVESTMENT LP
191 N WACKER DR STE 1500
CHICAGO, IL 60606-1899

CUTLER GROUP LP
C/O OFFICER OR MANAGING AGENT
220 BUSH ST/STE 950
SAN FRANCISCO, CA 94104

D E SHAW VALENCE PORTFOLIO LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

D.C. RETIREMENT BOARD
D.C. RETIREMENT FUNDS
ATTN: MR DARRICK O. ROSS
900 7TH STREET NW 2ND FLOOR
WASHINGTON, DC 20001

D.C. RETIREMENT BOARD
D.C. RETIREMENT FUNDS
C/O OFFICER OR MANAGING AGENT
900 7TH STREET NW 2ND FLOOR
WASHINGTON, DC 20001

D.E. SHAW & CO., INC.
JOHN D. LOVI
STEPTOE & JOHNSON LLP
750 SEVENTH AVENUE
NEW YORK, NY  10019

DAIMLERCHRYSLER CORP. VEBA LCV
C/O OFFICER OR MANAGING AGENT
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

DAIMLERCHRYSLER CORP.
C/O OFFICER OR MANAGING AGENT
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

DAIMLERCHRYSLER CORPORATION
CIMS 485-02-0
C/O OFFICER OR MANAGING AGENT
1000 CHRYSLER DRIVE
AUBURN HILLS, MI  48326

DALLAS POLICE AND FIRE PENSION SYSTEM
C/O OFFICER OR MANAGING AGENT
4100 HARRY HINES BOULEVARD, SUITE 100
DALLAS, TX 75219

DALTON TRUST AGREEMENT, U/A DTD 10/03/2007
C/O DEREK M. DALTON, KAREN E. DALTON OR
CURRENT TRUSTEE
7622 VIA CAPRI
LA JOLLA, CA 92037-4036

DANIEL B. OLDHAM
219 ROBIN HILL RD
NASHVILLE, TN 37205-3523

DANIEL H. RENBERG
8882 COLLINGWOOD DR
LOS ANGELES, CA 90069

DANIEL J. DONOVAN
DONOVAN & RAINIE, LLC
20 SOUTH CHARLES STREET
SUITE 300
BALTIMORE, MD  21201

DANIEL KAZAN
1715 FALLING LEAF LN
NORTHBROOK, IL 60062

DANIEL OPAT ET AL, U/A DTD 08/31/2006
C/O DANIEL OPAT, TRACY OPAT OR CURRENT
TRUSTEE
8331 CASTLE DR
MUNSTER, IN 46321

DAVID A. WILSON, ESQUIRE
THOMPSON HINE LLP
PARTNER
1920 N STREET, NW SUITE 800
WASHINGTON, D.C. 20036-1600

DAVID D. GRUMHAUS, 1990 TRUST
C/O TRUSTEE FOR DAVID D. GRUMHAUS, 1990
TRUST
197 N. GREEN BAY ROAD
LAKE FOREST, IL 60045

DAVID D. WILLIAMS AND SANDRA L. WILLIAMS
415 S GARFIELD AVE
HINSDALE, IL 60521

DAVID ERTEL AND BETH ERTEL
16 TAHITI BEACH ISLAND RD
CORAL GABLES, FL 33143-6540

DAVID J. BRADFORD
CATHERINE L. STEEGE
ANDREW W. VAIL
JENNER & BLOCK LLP
353 NORTH CLARK ST.
CHICAGO, IL 60654

DAVID M. KLAUDER, ESQUIRE
OFFICE OF THE UNITED STATES TRUSTEE
844 N. KING STREET, SUITE 2207
LOCK BOX 35
WILMINGTON, DE 19801

DAVID NEIER, ESQUIRE
WINSTON & STRAWN LLP
200 PARK AVENUE
NEW YORK, NY 10166

DAVID S. MORDKOFF, ESQUIRE
PROSKAUER ROSE LLP
1585 BROADWAY
NEW YORK, NY 10036-8299

DAVID T.K. LU
1117 E. PUTNAM AVE.
#320
RIVERSIDE, CT 06878-1333

DAVID W BROWN, ESQUIRE
STEPHEN J SHIMSHAK, ESQUIRE
ANDREW GORDON, ESQUIRE
PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

DBSO SECURITIES LTD.
C/O OFFICER OR MANAGING AGENT
1345 AVENUE OF THE AMERICAS 29TH FLOOR
NEW YORK, NY 10105-0302

DE PAUL UNIVERSITY
C/O OFFICER OF MANAGING AGENT
1 EAST JACKSON BLVD
CHICAGO, IL 60604

DEAN L. DAVENPORT
P. O. BOX 22040
LITTLE ROCK, AR 72221

DEBORAH L BRICE
C/O JOHN LEVIN
595 MADISON AVENUE, 17TH FLOOR
NEW YORK, NY 10022-1907

DEBRA A. GASTLER
4236 BAKMAN AVENUE
STUDIO CITY, CA 91602-3007

DEERE & COMPANY WELFARE BENEFIT TRUST #1
C/O OFFICER OR MANAGING AGENT OR TRUSTEE
ONE JOHN DEERE PLACE
MOLINE, IL 61265

DELOS INSURANCE COMPANY
ATTN: MR. SCOTT VAN PELT
120 WEST 45TH STREET 36TH FLOOR
NEW YORK, NY 10036

DELOS INSURANCE COMPANY
C/O OFFICER OR MANAGING AGENT
120 WEST 45TH STREET 36TH FLOOR
NEW YORK, NY 10036

DENISE PALMER REVOCABLE TRUST U/A/D 10-28-
1991
C/O DENISE E PALMER, TRUSTEE OR CURRENT
TRUSTEE
4606 W BEACH PARK DRIVE
TAMPA, FL 33609-3705

DETROIT POLICEMAN AND FIREMAN RETIREMENT
SYSTEM
C/O OFFICER OR MANAGING AGENT
2 WOODWARD AVE RM 908
DETROIT, MI 48226

DIA MID CAP VALUE PORTFOLIO
C/O OFFICER OR MANAGING AGENT
TRANSAMERICA ASSET MGMT
570 CARILLON PARKWAY
ST PETERSBURG, FL 33716-1202

DIAMONDBACK CAPITAL MANAGEMENT, LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

DIANE BUCHANAN WILSEY
2352 PINE STREET
SAN FRANCISCO, CA 94115-2715

DIRECT EDGE ECN LLC
C/O OFFICER OR MANAGING AGENT
FIRM TRADING
545 WASHINGTON BLVD.
JERSEY CITY, NJ 07310

DIRECTOR'S GUILD OF AMERICA PRODUCER
PENSION TRUST
C/O OFFICER OR MANAGING AGENT OR TRUSTEE
8436 WEST THIRD STREET
SUITE 900
LOS ANGELES, CA 90048-4189

DOLORES C. MIERKIEWICZ
2618 HAWTHORNE ST
FRANKLIN PARK, IL 60131-3228

DOMINION RESOURCES  RETIREMENT PLAN
C/O OFFICER OR MANAGING AGENT
120 TREDEGAR STREET
RICHMOND, VA 23219

DOMINION RESOURCES, INC. DEFINED BENEFIT
MASTER TRUST
C/O TRUSTEE FOR DOMINION RESOURCES, INC.
DEFINED BENEFIT MASTER TRUST
120 TREDEGAR ST. PH
RICHMOND, VA 23219

DON & IRENE BARON FAM TR 7B-251
C/O CUSTODIAN OR TRUSTEE
OAKMONT MANAGEMENT
77 OAKMONT DR
LOS ANGELES, CA 90049-1901

DON E CARTER
PO BOX 30684
SEA ISLAND, GA 31561-068

DONALD L MILLER, U/A DTD 05/20/1982
C/O DONALD L MILLER OR CURRENT TRUSTEE
100 LAKESHORE DR APT 1156
N PALM BEACH, FL 33408

DONALD M. HINMAN, JR.
9231 SOUTH 86TH COURT
HICKORY HILLS, IL  60457-1705

DONALD ROONEY AND SARA ROONEY
7637 S ONEIDA ST
ENGLEWOOD, CO 80112

DORIS KEATS FRANK, TR UA 03/07/00 REVOCABLE
TRUST
C/O DORIS KEATS FRANK OR CURRENT TRUSTEE
919 S CHESTER AVE
PARK RIDGE, IL 60068-4682

DOROTHY CAHN TRUST
C/O KENNETH CAHN TRUSTEE
2531 STONEBRIDGE LANE
NORTHBROOK, IL 60062-8107

DOROTHY CAHN, THE DOROTHY CAHN TRUST
UAD 07/03/1981
C/O KENNETH CAHN TRUSTEE
PO BOX 3
HIGHLAND PARK, IL 60035

DOROTHY E. HINZE
2640 SOMERSET DRIVE
WESTCHESTER , IL 60154

DOROTHY QUAAL REVOCABLE TRUST
C/O DOROTHY QUAAL TRUSTEE
C/O WARD L QUAAL TRUSTEE
520 GREEN BAY ROAD
WINNETKA, IL  60093

DOROTHY RUSSELL SHATTUCK
34 BARNEY'S JOY ROAD
SOUTH DARTMOUTH, MA 02748

DOUBLE BLACK DIAMOND OFFSHORE LTD.
C/O CARLSON CAPITAL L.P.
ATTN: LEGAL DEPARTMENT
2100 MCKINNEY AVENUE SUITE 1800
DALLAS, TX 75201

DOUGLAS B STEWART
C/O STARBUCK TISDALE & ASSOC
111 W MICHELTORENA ST
SANTA BARBARA, CA 93101

DOUGLAS E. KNEELAND AND BARBARA J.
KNEELAND
31 ALBERT DR
LINCOLN, ME 04457-4221

DOUGLAS H DITTRICK AND BARBARA S DITTRICK
364 MANCHESTER RD
RIDGEWOOD, NJ 07450-1213

DOUGLAS M. & JUDITH A. LIGHT REV. TRUST
C/O D. LIGHT & J. LIGHT OR CURRENT TRUSTEE
48733 HIDDEN OAKS
UTICA, MI 48317

DRAWBRIDGE GLOBAL MACRO MASTER FUND
LTD - K
ATTN: EDOUARD CHOUTE
1345 AVENUE OF THE AMERICAS 23RD FLOOR
NEW YORK, NY 10105-0200

DRAWBRIDGE GLOBAL MACRO MASTER FUND
LTD - K
C/O OFFICER OR MANAGING AGENT
1345 AVENUE OF THE AMERICAS 23RD FLOOR
NEW YORK, NY 10105-0200

DREYFUS ACTIVE MIDCAP FUND
STRATEGIC FUNDS, INC.
C/O OFFICER OR MANAGING AGENT
200 PARK AVENUE
NEW YORK, NY 10166

DREYFUS BSC S&P 500 ST INDX FD
C/O OFFICER OR MANAGING AGENT
THE DREYFUS/LAUREL FUNDS INC
200 PARK AVENUE
NEW YORK, NY 10166

DREYFUS INDEX FUNDS, INC. DREYF US S&P 500
INDEX FUND
C/O OFFICER OR MANAGING AGENT
200 PARK AVENUE
NEW YORK, NY 10166

DREYFUS STOCK INDEX FUND, INC.
C/O OFFICER OR MANAGING AGENT
200 PARK AVENUE
NEW YORK, NY 10166

DT BROAD MARKET STOCK INDEX FUND
C/O OFFICER OR MANAGING AGENT
135 SANTILLI HIGHWAY
EVERETT, MA 02149

DUKE ENERGY CORPORATION
MASTER DECOM TR-ACCOUNTING MECHANISM
C/O OFFICER OR MANAGING AGENT
526 SOUTH CHURCH STREET
CHARLOTTE, NC 28202-1904

DUKE POWER COMPANY NON-QUALIFIED EQUITY
NUCLEAR DECOMMISSIONING TRUST
C/O OFFICER OR MANAGING AGENT OR TRUSTEE
DUKE ENERGY CORPORATION
422 SOUTH CHURCH STREET
CHARLOTTE, NC 28202

DURHAM J. MONSMA AND ROBBIE E. MONSMA
38 CAMPBELL DR
STAMFORD, CT 06903

E DONALD HEYMANN TRUST
C/O MR. E. DONALD HEYMANN TOR CURRENT
TRUSTEE
624 CROFTON AVE S
HIGHLAND PARK, IL 60035-3908

E L SANFORD HILDREN/MASON
C/O BANK OF AMERICA OR CURRENT TRUSTEE
BANK OF AMERICA CORPORATE CENTER
100 N. TRYON ST
CHARLOTTE, NC 28255

EAC MANAGEMENT LP
MIKE DONATELLI
MANAGING MEMBER, GENERAL PARTNER
888 SEVENTH AVENUE 32ND FLOOR
NEW YORK, NY 10106

EATON VANCE MULTI CAP GROWTH PORTFOLIO
C/O LYNN A STOUT, TRUSTEE
15242 FRIENDS ST
PACIFIC PALISADES, CA 90272

EATON VANCE MULTI CAP GROWTH PORTFOLIO
C/O OFFICER OR MANAGING AGENT
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

EATON VANCE TAX MANAGED GLOBAL BUY-
WRITE OPPORTUNITIES FUND
C/O ALAN R. DYNNER, TRUSTEE FOR EATON
VANCE TAX MANAGED GLOBAL BUY-WRITE
OPPORTUNITIES FUND
227 BEACON STREET
BOSTON, MA 02116

EATON VANCE TAX MANAGED GLOBAL BUY-
WRITE OPPORTUNITIES FUND
C/O JAMES B HAWKES, TRUSTEE FOR EATON
VANCE TAX MANAGED GLOBAL BUY-WRITE
OPPORTUNITIES FUND
11 QUINCY PARK
BEVERLY, MA 01915

EATON VANCE TAX MANAGED GLOBAL BUY-
WRITE OPPORTUNITIES FUND
C/O OFFICER OR MANAGING AGENT
THE EATON VANCE BUILDING
225 STATE STREET
BOSTON, MA 02109

EATON VANCE TAX MANAGED GROWTH
PORTFOLIO
C/O OFFICER OR MANAGING AGENT
C/O TAX-MANAGED GROWTH PORTFOLIO
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

EATON VANCE TAX MANAGED GROWTH
PORTFOLIO
C/O TAX-MANAGED GROWTH PORTFOLIO
HEIDI L. STELGER, TRUSTEE
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

EATON VANCE TAX MANAGED MULTI-CAP
GROWTH PORTFOLIO
C/O BENJAMIN C ESTY, TRUSTEE
4 BALLARD TERRACE
LEXINGTON, MA 02420

EATON VANCE TAX MANAGED MULTI-CAP
GROWTH PORTFOLIO
C/O OFFICER OR MANAGING AGENT
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

EDSON W. MURRAY
867 MILLERS PARK RD
ELK RAPIDS, MI 49629-9704

EDWARD J SIDNEY TR UA 07/22/76 TRUST
C/O EDWARD J. SIDNEY, TRUSTEE OR CURRENT
TRUSTEE
970 AURORA AVE THE ACADEMY APT A201
BOULDER, CO 80302

EDWIN J HAYES JR, U/A DTD 05/26/2006
C/O EDWIN J HAYES, TRUSTEE FOR EDWIN J
HAYES JR, U/A DTD 05/26/2006
P.O. BOX 1493
EAST DENNIS, MA 02641

EDWIN J HAYES JR, U/A DTD 05/26/2006
C/O TRUSTEE FOR EDWIN J HAYES JR, U/A DTD
05/26/2006
P.O. BOX 1493
EAST DENNIS, MA 02641

EFH RETIREMENT PLAN MASTER TRUST
C/O TRUSTEE OF EFH RETIREMENT PLAN MASTER
TRUST
1601 BRYAN STREET
DALLAS, TX 75201

EIGHTH DISTRICT ELECTRICAL PENSION FUND
C/O OFFICER OR MANAGING AGENT
2821 SOUTH PARKER ROAD, SUITE 1005
AURORA, CO 80014

ELEANOR A. KENYON
2716 NE 2ND AVE
FT LAUDERDALE, FL 33334

ELECTROLUX HOME PRODUCTS, INC. MASTER
TRUST
C/O OFFICER OR MANAGING AGENT OR TRUSTEE
20445 EMERALD PARKWAY SW
STE:250
CLEVELAND O, IO 44135-0920

ELIZABETH H VANMERKENSTEIJN
211 CENTRAL PARK WEST 2G
NEW YORK, NY 10024-6020

ELIZABETH MIZE ELICKER REV TR-PL
C/O ELIZABETH M ELICKER OR CURRENT
TRUSTEE
5630 WISCONSIN AVE APT 1801
CHEVY CHASE, MD 20815-4458

ELLEN JACKSON
43 COUNTRY ACRES DR
HAMPTON, NJ 08827-4112

ELLEN JOHNSON TWADDELL
P O BOX 401
BARNESVILLE, MD 20838

ELLEN JOHNSON TWADDELL
PO BOX 406
BARNESVILLE, MD 20838-0406

EMANUEL E. GEDULD 2005 FAMILY TRUST
C/O TRUSTEE FOR EMANUEL E. GEDULD 2005
FAMILY TRUST
279 CENTRAL PARK WEST APT. 12A
NEW YORK, NY 10024-3080

EMANUEL GRUSS
180 E 79TH ST, APT 15G
NEW YORK, NY 10075-0569

EMBARQ CORPORATION MCV
C/O OFFICER OR MANAGING AGENT
THE NORTHERN TRUST COMPANY OF
CONNECTICUT
300 ATLANTIC STREET, STE 400
STAMFORD, CT 06901

EMBURY JANET U CHLN TR GRACE FD
C/O OFFICER OR MANAGING AGENT OR TRUSTEE
111 WEST MONROE STREET
CHICAGO, IL 60603

EMBURY JANET U CHLN TR J LEY FD
C/O TRUSTEE FOR EMBURY JANET U CHLN TR J
LEY FD
111 WEST MONROE STREET
CHICAGO, IL 60603

EMPIRE STATE CARPENTERS PENSION FUND LCV
C/O OFFICER OR MANAGING AGENT
270 MOTOR PARKWAY
HAUPPAGE, NY 11788

EMPLOYEE RETIREMENT INCOME PLN TR OF
MINN MNG & MFG CO
C/O OFFICER OR MANAGING AGENT
3M CENTER BLDG 224-5S-21
ST PAUL, MN 55144-1000

EMPLOYEE RETIREMENT SYSTEM OF GEORGIA
C/O OFFICER OR MANAGING AGENT
2 NORTHSIDE 75, SUITE 500
ATLANTA, GA 30318

EMPLOYEES RETIREMENT SYSTEM OF TEXAS
C/O OFFICER OR MANAGING AGENT
200 EAST 18TH STREET
AUSTIN, TX 78701

ENSIGN PEAK ADVISORS INC LCV
C/O OFFICER OR MANAGING AGENT
50 E NORTH TEMPLE ST
SALT LAKE CITY, UT 84150

ENZO S RICCIARDELLI
1090 RAVOLI DRIVE
PACIFIC PALISADES, CA 90272

EQ ADVISORS TRUST - EQ/EQUITY 500 INDEX
PORTFOLIO
C/O OFFICER OR MANAGING AGENT
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

EQ ADVISORS TRUST - EQ/GAMCO MERGERS AND
ACQUISITIONS PORTFOLIO
C/O TRUSTEE FOR EQ ADVISORS TRUST -
EQ/GAMCO MERGERS AND ACQUISITIONS
PORTFOLIO
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

EQ ADVISORS TRUST - EQ/MID CAP VALUE PLUS
PORTFOLIO
C/O OFFICER OR MANAGING AGENT
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

EQUIFAX INC MASTER TRUST
C/O TRUSTEE FOR EQUIFAX INC MASTER TRUST
1550 PEACHTREE STREET
ATLANTA, GA 30309

EQUITRUST SERIES FUND, INC.
C/O OFFICER OR MANAGING AGENT
5400 UNIVERSITY AVENUE
WEST DES MOINES, IA 50266

EQUITRUST VARIABLE INSURANCE SERIES FUND
C/O OFFICER OR MANAGING AGENT
5400 UNIVERSITY AVENUE
WEST DES MOINES, IA 50266

EQUITY INVESTMENT CORP
C/O OFFICER OR MANAGING AGENT
3007 PIEDMONT ROAD SUITE 200
ATLANTA, GA 30305-2630

EQUITY LEAGUE PENSION TRUST FUND
C/O OFFICER OF MANAGING AGENT
165 WEST 46 STREET
14TH FLOOR
NEW YORK, NY 10036-2582

EQUITY LEAGUE PENSION TRUST LCV
C/O OFFICER OR MANAGING AGENT
165 W 46TH STREET
NEW YORK, NY 10036

ERIC D. WERTHMAN
484 1ST STREET
BROOKLYN, NY 11215-2606

ERIC I CHANG
3876 CORINA WAY
PALO ALTO, CA 94303

ERIC MORRIS AND SHANNON MORRIS
1016 MORRELL AVE
BURLINGAME, CA 94010

ERMINE P PEAVY FAMILY LP
C/O OFFICER OR MANAGING AGENT
7512 GLENSHANNON CIRCLE
DALLAS, TX 75225

ERTURK OZBEK, DTD 06/29/1999 REVOCABLE
TRUST
C/O  TRUSTEE OF ERTURK OZBEK, DTD 06/29/1999
REVOCABLE TRUST
2052 NORTH KENMORE
CHICAGO, IL 60614-4108

ESTATE OF LEAVITT J POPE
C/O MARTHA P POPE / EXECUTRIX
173 DORCHESTER RD
SCARSDALE, NY 10583

EUGENE AND ROSE MARIE TAYLOR
150 HOLLY AVE
STATEN ISLAND, NY 10308-2349

EUREKA OPTIONS LLC
C/O OFFICER OR MANAGING AGENT
220 MONTGOMERY ST, STE 600
SAN FRANCISCO, CA 94104

EVANGELICAL LUTHERAN CHURCH IN AMERICA
BOARD OF PENSIONS
C/O OFFICER OR MANAGING AGENT
800 MARQUETTE AVENUE
SUITE 1050
MINNEAPOLIS, MN 55402-2885

EVELYN COOPER AURANDT, TR U-A 10-12-71
C/O TRUSTEE FOR EVELYN COOPER AURANDT, TR
U-A 10-12-71
1035 PARK AVE
RIVER FOREST, IL 60305

EVERGREEN INVESTMENT SERVICES FUND
ADMINISTRATION
C/O OFFICER OR MANAGING AGENT
EVERGREEN ASSET MANAGEMENT
ATTN: RAYMOND PESCARO
200 BERKLEY ST
BOSTON, MA 02116

EVERGREEN INVESTMENT
EVERGREEN ASSET MANAGEMENT
C/O YUKARI NAKANO, RAYMOND PESCARO OR
OFFICER OR MANAGING AGENT
200 BERKELEY STREET
BOSTON, MA 02116

EVOL CAPITAL MANAGEMENT LLC PORTFOLIO
MARGIN ACCOUNT
C/O OFFICER OR MANAGING AGENT
AM INVESTMENT PARTNERS LLC
ONE LIBERTY PLAZA, SUITE 2700
NEW YORK, NY 10006-1427

EXCEL REALTY FUND, LP
C/O OFFICER OR MANAGING AGENT
17140 BERNARDO CENTER DRIVE
NUMBER 300
SAN DIEGO, CA 92128-2093

F HANES BYERLY
1000 ARMORY DRIVE
FRANKLIN, VA 23851-1852

FARMERS INSURANCE GROUP
C/O OFFICER OR MANAGING AGENT
4680 WILSHIRE BLVD
LOS ANGELES, CA 90010

FBO ANNE G TAYLOR U/A DTD 10/16/2000 BY
WALTER K GRAHAM
C/O WALTER E GRAHAM OR CURRENT TRUSTEE
3601 BECHLER LN
WINSTON SALEM, NC 27106

FEDERATED INV COUNSELING, INC
FAO: FMSAF
C/O OFFICER OR MANAGING AGENT
1001 LIBERTY AVENUE
PITTSBURGH, PA 15222-3714

FEDERATED INVESTORS INC.
C/O OFFICER OR MANAGING AGENT
FEDERATED INVESTORS TOWER
RICH THOMAS
1001 LIBERTY AVENUE
PITTSBURGH, PA 15222-3779

FEDERATED MDT STOCK TRUST
C/O REGISTERD AGENT
DONNELLY, CONROY & GELHAAR, LLP
ONE BEACON STREET, 33RD FLOOR
BOSTON, MA 02108

FEDERATED MDT STOCK TRUST
FEDERATED INVESTORS FUNDS
4000 ERICSSON DRIVE
WARRENDALE, PA 15086-7561

FELIX WEN GUANG TONG TOD
C/O OFFICER OR MANAGING AGENT OR TRUSTEE
FOR FELIX WEN GUANG TONG TOD
1189 RAMBLEWOOD WAY
SAN MATEO, CA 94403-4917

FGTFEBP FOR THE FIDELITY US EQUITY INDEX
COMMINGLED POOL
C/O OFFICER OR MANAGING AGENT
FIDELITY
82 DEVONSHIRE STREET
BOSTON, MA 02109

FIDELITY COMMONWEALTH TRUST
C/O ABIGAIL P. JOHNSON, TRUSTEE
82 DEVONSHIRE ST
BOSTON, MA 02109

FIDELITY CONCORD STREET TRUST
KIMBERLY H. MONASTERIO, PRESIDENT
82 DEVONSHIRE ST
BOSTON, MA 02109-3614

FIDELITY CONCORD STREET TRUST: SPARTAN U.S.
EQUITY INDEX FUND
C/O OFFICER OR MANAGING AGENT
FIDELITY
82 DEVONSHIRE ST
BOSTON, MA 02109-3614

FIDELITY SECURITIES FUND-LEVERAGED
COMPANY STOCK FUND
C/O OFFICER OR MANAGING AGENT
FIDELITY
82 DEVONSHIRE STREET E14F
BOSTON, MA 02109-3614

FIDUCIARY SSB
STATE STREET FINANCIAL CENTER
ONE LINCOLN STREET
BOSTON, MA 02111

FIERSTEIN COMPANY
C/O JESSE FIERSTEIN
BRAM & IAN FIERSTEIN
MICAH FIERSTEIN
12 SECOR RD
SCARSDALE, NY 10583-7112

FIERSTEIN COMPANY
C/O OFFICER OR MANAGING AGENT
12 SECOR RD
SCARSDALE, NY 10583-7112

FIRST AMERICAN EQUITY INDEX FUND
C/O OFFICER OR MANAGING AGENT
800 NICOLLET MALL
MINNEAPOLIS, MN 55402

FIRST AMERICAN INVESTMENT FUNDS, INC. -
EQUITY INDEX FUND
C/O OFFICER OR MANAGING AGENT
800 NICOLLET MALL
MINNEAPOLIS, MN 55042

FIRST INVESTORS LIFE SERIES FUND - UTILITIES
SERIES
C/O OFFICER OR MANAGING AGENT
95 WALL STREET
NEW YORK, NY 10005

FIRST INVESTORS LIFE SERIES FUND-BLUE CHIP
SERIES
C/O OFFICER OR MANAGING AGENT OR TRUSTEE
95 WALL STREET
NEW YORK, NY 10005

FIRST INVESTORS MANAGEMENT COMPANY, INC.
JOSEPH I. BENEDEK
TREASURER
110 WALL STREET, FLR. 5
NEW YORK, NY 10005

FIRST INVESTORS UTILITIES INCOME FUND
C/O OFFICER OR MANAGING AGENT
95 WALL STREET
NEW YORK, NY 10005

FIRST NEW YORK SECURITIES LLC
ATTN: DON ERENBERG
90 PARK AVENUE, 5TH FLOOR
NEW YORK, NY 10016-1301

FIRST NEW YORK SECURITIES LLC
C/O OFFICER OR MANAGING AGENT
90 PARK AVENUE, 5TH FLOOR
NEW YORK, NY 10016-1301

FIXED INCOME SECURITIES, L.P.
MICHAEL P. DUDLEY
SVP, CHIEF COMPLIANCE OFFICER
18925 BASE CAMP ROAD
MONUMENT, CO 80132

FLICK FAMILY REVOCABLE TRUST
C/O JOHN E. FLICK & LOIS L. FLICK TRUSTEES
31 SEAVIEW DRIVE
SANTA BARBARA, CA 93108-2844

FLORENCE S BRADSHAW
3825 KAREN LYNN DR
GLENDALE, CA 91206-1219

FLORIDA POWER CORP NON-QUAL
C/O DONALD F. RAY
PROGRESS ENERGY SERVICE CO
410 SO WILMINGTON ST PEB 19C5
RALEIGH, NC 27601

FLORIDA POWER CORP NON-QUAL
C/O OFFICER OR MANAGING AGENT
PROGRESS ENERGY SERVICE CO
410 SO WILMINGTON ST PEB 19C5
RALEIGH, NC 27601

FLORIDA RETIREMENT SYSTEM
C/O FLORIDA SECRETARY OF STATE
KURT S. BROWNING
RA GRAY BUILDING
500 SOUTH BRONOUGH STREET
TALLAHASSEE, FL 32399-0250

FLORIDA STATE BOARD OF ADMINISTRATION
C/O OFFICER OR MANAGING AGENT
1801 HERMITAGE BLVD SUITE 100
TALLAHASSEE, FL 32308

FM GLOBAL PENSION
C/O OFFICER OR MANAGING AGENT
PO BOX 9198
WALTHAM, MA 02454-9198

FOLIO INVESTING F/K/A FOLIO INVESTMENTS,
INC.
JOSEPH GWOZDZ
CFO
8180 GREENSBORO DRIVE
MCLEAN, VA  22102

FOLKSAMERICA REINSURANCE COMPANY
ATTN: MS. CHRISTINE REPASY
WHITE MOUNTAIN RE SERVICES
628 HEBRON AVENUE
BUILDING 2 SUITE 501
GLASTONBURY, CT 06033

FOLKSAMERICA REINSURANCE COMPANY
C/O OFFICER OR MANAGING AGENT
WHITE MOUNTAIN RE SERVICES
628 HEBRON AVENUE
BUILDING 2 SUITE 501
GLASTONBURY, CT 06033

FORD MOTOR COMPANY
C/O OFFICER OR MANAGING AGENT
ARIEL CAPITAL MANAGEMENT
200 EAST RANDOLPHSUITE 2900
CHICAGO, IL 60601-6536

FORDHAM UNIVERSITY
C/O OFFICER OR MANAGING AGENT
441 EAST FORDHAM ROAD
BRONX, NY 10548

FOULARD AND CO
C/O T ROWE PRICE ASSOCIATES
RESEARCH LIBRARY
100 EAST PRATT ST
BALTIMORE, MD 21202

FRANCIS G DUGGAN AND JEANETTE M DUGGAN
1030 E OCEAN BLVD APT 708
LONG BEACH, CA 90802-5592

FRANK MALONEY AND KATHLEEN MALONEY
15508 SUNSET RIDGE DR
ORLAND PARK, IL 60462

FRANK W CONSIDINE
140 THORNTREE LANE
WINNETKA, IL 60093-3732

FRED J EYCHANER
1645 W FULLERTON AVENUE
CHICAGO, IL 60614-1919

FREDERICK GOLDSTEIN
4B PEELE HOUSE SQ
MANCHESTER, MA 01944-1319

FREDERICK V. LOCHBIHLER
CHAPMAN AND CUTLER LLP
111 WEST MONROE STREET
CHICAGO, IL 60603

FREDERICKA PAFF & CARLYLE PAFF HEDRICK
PO BOX 5386
MADISON, WI 53705-0386

FREEMAN ASSOCIATES INVESTMENT
MANAGEMENT LLC
C/O CT CORPORATION SYSTEM
818 WEST 7TH STREET
LOS ANGELES, CA 90017

FREEMAN ASSOCIATES INVESTMENT
MANAGEMENT LLC
C/O FREEMAN INVESTMENT MANAGEMENT
3460 MARRON ROAD, SUITE 103
OCEANSIDE, CA 92056-4675

FROST NATIONAL BANK
C/O OFFICER OR MANAGING AGENT
100 WEST HOUSTON STREET
P.O. BOX 1600 BOND DEPT/ACCT REC.
SAN ANTONIO, TX 78296

FULL VALUE PARTNERS LP
C/O OFFICER OR MANAGING AGENT
PARK 80 WEST, PLAZA TWO, SUITE 750
SADDLEBROOK, NJ 7663

FUND AMERICAN REINSURANCE COMPANY, LTD.
ATTN: MS. CHRISTINE REPASY
WHITE MOUNTAIN RE SERVICES
628 HEBRON AVENUE
BUILDING 2 SUITE 501
GLASTONBURY, CT 06033

FUND AMERICAN REINSURANCE COMPANY, LTD.
C/O OFFICER OR MANAGING AGENT
WHITE MOUNTAIN RE SERVICES
628 HEBRON AVENUE
BUILDING 2 SUITE 501
GLASTONBURY, CT 06033

GAIL C SCHLANG
35845 OLD KINSMAN RD
CHAGRIN FALLS, OH 44022-6671

GAINSVILLE POLICE & FIREFIGHTERS LCV
C/O BRIAN SERGEANT
200 E UNIVERSITY AVE, ROOM 314, STATION 8,
PO BOX 490
GAINESVILLE, FL 32602-0490

GAINSVILLE POLICE & FIREFIGHTERS LCV
C/O OFFICER OR MANAGING AGENT
200 E UNIVERSITY AVE, ROOM 314, STATION 8,
PO BOX 490
GAINESVILLE, FL 32602-0490

GARY R. NORTON
415 CHARMAN ST
OREGON CITY, OR 97045-3209

GARY S. GROSSINGER
151 E LAKE COOK ROAD
PALATINE, IL 60074-9375

GBL ALPHA EDGE COMMON TRUST FD
C/O STATE ST BANK & TRUST CO, TRUSTEE
ONE LINCOLN STREET
BOSTON, MA 02111-2901

GENERAL MOTORS INVESTMENT MANAGEMENT
CORPORATION
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

GEORGE BLOSSOM III, TR K3-3219IA2
C/O GEORGE W BLOSSOM III OR CURRENT
TRUSTEE
1101 PEMBRIDGE DR APT 215
LAKE FOREST, IL 60045-4223

GEORGE E. KEELER
1327 UNION STREET
BOX 219
NORTH MARSHFIELD, MA 02059

GEORGE M. MOSS
252-03 82ND DRIVE
BELLEROSE, NY 11426

GEORGE W THOMS TRUST B
C/O BANK OF AMERICA OR CURRENT TRUSTEE
BANK OF AMERICA CORPORATE CENTER
100 N. TRYON ST
CHARLOTTE, NC 28255

GEORGE WILLIAM BUCK, UTA CHARLES SCHWAB
& CO. INC., SEP-IRA DTD 4/8/93
C/O TRUSTEE FOR GEORGE WILLIAM BUCK, UTA
CHARLES SCHWAB & CO. INC., SEP-IRA DTD 4/8/93
10806 PASO ROBLES AVENUE
GRANADA HILLS, CA 91344

GERALD W AGEMA REVOCABLE TRUST
C/O GERALD W AGEMA, TRUSTEE
12630 S TIMBERLANE DR
PALOS PARK, IL 60464

GINA MAZZAFERRI AND THOMAS PERRY
125 S LA GRANGE RD
LA GRANGE, IL 60525

GJD PARTNERS L.P.
ATTN: GEORGE D'ANGELO
115 ABBEYS WAY
TAMPA, FL 33602-5958

GJD PARTNERS L.P.
C/O OFFICER OR MANAGING AGENT
115 ABBEYS WAY
TAMPA, FL 33602-5958

GM PROMARK LARGE CAP BLEND FUND
C/O OFFICER OR MANAGING AGENT
767 FIFTH AVENUE
NEW YORK, NY 10153

GOFEN AND GLOSSBERG, L.L.C.
WILLIAM H. GOFEN
455 CITYFRONT PLAZA SUITE 3000
CHICAGO, IL 60611

GOLDENTREE MASTER FUND II, LTD.
C/O OFFICER OR MANAGING AGENT
GOLDREN TREE ASSET MANAGEMENT LP
300 PARK AVENUE 20TH FLOOR
NEW YORK, NY 10022

GOLDENTREE MASTER FUND, LTD., C/O
GOLDENTREE ASSET MANAGEMENT LP
NATIONAL CORPORATE RESEARCH, LTD.
615 SOUTH DUPONT HWY
DOVER, DE 19901

GOLDENTREE MULTISTRATEGY OFFSHORE FUND
C/O OFFICER OR MANAGING AGENT
GOLDREN TREE ASSET MANAGEMENT LP
300 PARK AVENUE 20TH FLOOR
NEW YORK, NY 10022

GOLDMAN SACHS INTERNATIONAL HOLDINGS,
LLC
C/O REGISTERED AGENT
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

GOLDMAN SACHS TRUST
C/O REGISTERED AGENT
DELAWARE CORPORATION ORGANIZERS, INC.
1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DE 19801

GOLDMAN SACHS VARIABLE INSURANCE TRUST
C/O REGISTERED AGENT
DELAWARE CORPORATION ORGANIZERS, INC.
1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DE 19801

GOLDSHER INVESTMENT CO INC
C/O OFFICER OR MANAGING AGENT
1910 FIRST ST #406
HIGHLAND PARK, IL 60035

GOOD STEWARD TRADING COMPANY SPC
C/O OFFICER OR MANAGING AGENT
HIGHLAND GOOD STEWARD MANAGEMENT
2545 HIGHLAND AVENUE, SUITE 200
BIRMINGHAM , AL 35205

GRACE M MITCHELL
369 RACETRACK RD
HO-HO-KUS, NJ 07423-1627

GRAPHIC ARTS JOINT PENSION TRUST
C/O JOHN PRICE OR CURRENT TRUSTEE
1900 L STREET, NW, STE 710
WASHINGTON, DC 20036

GRYPHON HIDDEN VALUE VIII LP
C/O OFFICER OR MANAGING AGENT
HALCYON MANAGEMENT CO. LLC
477 MADISON AVENUE
NEW YORK, NY 10022-5802

GRYPHON HIDDEN VALUES VIII L.P.
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

GUARDIAN VC 500 INDEX FUND
C/O OFFICER OR MANAGING AGENT
GUARDIAN INVESTORS SERVICES CO
388 MARKET STREET, SUITE 1700
SAN FRANCISCO, CA 94111

GUARDIAN VC 500 INDEX FUND
GUARDIAN INVESTORS SERVICES CO
ATTN: ROBERT CRIMMINS
388 MARKET STREET, SUITE 1700
SAN FRANCISCO, CA 94111

GUGGENHEIN PORTFOLIO LIX, LLC
ATTN: PATRICK HUGHES
135 EAST 57TH STREET, 11TH FLOOR
NEW YORK, NY 10022-2050

GUGGENHEIN PORTFOLIO LIX, LLC
C/O OFFICER OR MANAGING AGENT
135 EAST 57TH STREET, 11TH FLOOR
NEW YORK, NY 10022-2050

GUIDEMARK LARGE CAP VALUE FUND
ATTN: MS. STARR FROHLICH
GENWORTH FINANCIAL WEALTH MANAGEMENT
2300 CONTRA COSTA BLVD, SUITE 600
PLEASANT HILL, CA 94523

GUIDEMARK LARGE CAP VALUE FUND
C/O OFFICER OR MANAGING AGENT
GENWORTH FINANCIAL WEALTH MANAGEMENT
2300 CONTRA COSTA BLVD, SUITE 600
PLEASANT HILL, CA 94523

GULCO CORPORATION
C/O JOEL FRIEDMAN, ESQ
500 WEST MADISON ST, SUITE 3700
CHICAGO, IL 60061

HALCYON DIVERSIFIED FUND LP
C/O OFFICER OR MANAGING AGENT
477 MADISON AVE, 8 FL
NEW YORK, NY 10022

HALCYON SPECIAL SITUATIONS LP
C/O OFFICER OR MANAGING AGENT
477 MADISON AVE, 8 FL
NEW YORK, NY 10022

HALLIBURTON CO.
ATTN: SHARON PARKES
10200 BELLAIRE BLVD, 3SW14A
HOUSTON, TX 77072-5299

HALLIBURTON CO.
C/O OFFICER OR MANAGING AGENT
10200 BELLAIRE BLVD, 3SW14A
HOUSTON, TX 77072-5299

HAMMOND FAMILY TRUST U/A/D 02-11-1988
C/O PAUL THEODORE HAMMOND, KAREN
HAMMOND, TRUSTEES
180 S. LAKE AVE. #540
PASADENA, CA 91101-2666

HANNA JONAS MILLER
1811 PEPPERIDGE DR
ORLANDO, FL 32806-1527

HANNAH SMITH TRUST
C/O ALISON S ANDREWS OR CURRENT TRUSTEE
THE HIGHLANDS, CHERRY LOOP
SEATTLE, WA 98177

HARBOR CAPITAL ADVISORS LCV
C/O OFFICER OR MANAGING AGENT
111 S WACKER DRIVE, 34TH FLOOR
CHICAGO, IL 60606

HARBOR CAPITAL GROUP TRUST
ATTN: LINDA MOLENDA OR CURRENT TRUSTEE
HARBOR CAPITAL ADVISORS INC
111 S WACKER DRIVE, 34TH FLOOR
CHICAGO, IL 60606

HARBOR MID CAP VALUE FUND
C/O OFFICER OR MANAGING AGENT
111 S WACKER DRIVE, 34TH FLOOR
CHICAGO, IL 60606

HARTFORD INDEX FUND
C/O OFFICER OR MANAGING AGENT
HARTFORD INVESTMENT MANAGEMENT
55 FARMINGTON AVE.
HARTFORD, CT 06105

HARTFORD INDEX FUND
C/O OFFICER OR MANAGING AGENT
HARTFORD INVESTMENT MANAGEMENT
PO BOX 1744
HARTFORD, CT 06114-1744

HARTFORD LIFE INSURANCE COMPANY
C/O OFFICER OR MANAGING AGENT
55 FARMINGTON AVENUE
HARTFORD, CT 6105

HARVEY BOOKMAN
1053 E 4TH ST
BROOKLYN, NY 11230-3304

HARVEY BOOKMAN
1053 E 4TH ST
BROOKLYN, NY 11230-3304

HARVEY R. HELLER
P.O. BOX 770249
WINTER GARDEN, FL 34777-0249

HAVENS PARTNERS ENHANCED FUND, L.P.
C/O OFFICER OR MANAGING AGENT
600 LEXINGTON AVENUE
NEW YORK, NY 10022

HAVENS PARTNERS, L.P.
C/O OFFICER OR MANAGING AGENT
600 LEXINGTON AVENUE
NEW YORK, NY 10022

HCA MASTER RETIREMENT TRUST LCV
C/O OFFICER OR MANAGING AGENT
ONE PARK PLAZA
NASHVILLE, TN 37203

HEARST EQUITY APPRECIATION PLAN
C/O OFFICER OR MANAGING AGENT
300 WEST 57TH STREET
NEW YORK, NY 10019

HEDGEHOG CAPITAL LLC
HARVARD BUSINESS SERVICES, INC.
16192 COASTAL HIGHWAY
LEWES, DE 19958

HEDONIC CAPITAL LLC
HARVARD BUSINESS SERVICES, INC.
16192 COASTAL HIGHWAY
LEWES, DE 19958

HELEN BROWN, JEAN SAMOS & GAIL SAMOS
JOHNSON
3728 KEENAN LN
GLENVIEW, IL 60026-1194

HELEN BUTTENWIESER, HELEN BUTTENWIESER
TRUST 7/28/38
C/O LAWRENCE B. BUTTENWIESER, ESQ.
575 MADISON A VENUE, 21ST FLOOR
NEW YORK, NY 10022

HENRY G BARKHAUSEN, TR 12/14/36 TRUST
C/O TRUSTEE FOR HENRY G BARKHAUSEN, TR
12/14/36 TRUST
111 WEST MONROE STREET
CHICAGO, IL 60603

HENRY R DEKAN
7540 W 111TH ST
WORTH, IL 60482-2603

HERBERT ANTHONY CLARK, JR
3708 PALOMA ST
LOS ANGELES, CA 90011-2828

HERBERT VANCE, HERBERT VANCE TR 8/9/71
C/O DOROTHY J. VANCE OR CURRENT TRUSTEE
LAKE FOREST PLACE
1100 PEMBRIDGE DRIVE - APT. 159
LAKE FOREST, IL 60045

HFR ASSET MANAGEMENT LLC
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

HHS PARTNERSHIP
C/O OFFICER OR MANAGING AGENT
222 S. PENNSYLVANIA AVE., SUITE 200
WINTER PARK, FL 32789-4105

HIGHMARK INC
C/O OFFICER OR MANAGING AGENT
FIFTH AVE PLACE
120 FIFTH AVE, SUITE 911
PITTSBURGH, PA 15222-3099

HILDA FLYNN
173 BERKLEY
ELMHURST, IL 60126-3225

HIMAN BROWN, TR UA 11/20/02 HIMAN BROWN
REVOCABLE TRUST
C/O CONRAD K. CHIU, ESQUIRE
PRYOR CASHMAN LLP
7 TIMES SQUARE
NEW YORK, NY 10036-6569

HOMELAND INSURANCE COMPANY OF NEW YORK
C/O OFFICER OR MANAGING AGENT
ONEBEACON INSURANCE CO.
ONE BEACON LANE
CANTON, MA 02021

HOMELAND INSURANCE COMPANY OF NEW YORK
C/O ONEBEACON INSURANCE CO.
ATTN: MR. BRAD RICH
GENERAL COUNSEL
ONE BEACON LANE
CANTON, MA 02021

HON HARRY F. BYRD, HON HARRY F. BYRD REV
TRUST U/A DTD 1/25/8
C/O TRUSTEE OF HON HARRY F. BYRD REV TRUST
U/A DTD 1/25/8
2 N. KENT STREET
WINCHESTER, VA 22601-5038

HOWARD BERKOWITZ
C/O OFFICER OR MANAGING AGENT
BLACKROCK HPB MANAGEMENT
40 EAST 52ND ST. 18TH FLOOR
NEW YORK, NY 10022-5911

HUDSON BAY FUND LP
NATIONAL CORPORATE RESEARCH, LTD.
615 SOUTH DUPONT HWY
DOVER, DE 19901

HUGH F FAGAN
73 ELLWOOD ST
APT 2F
NEW YORK, NY 10040-2063

HUGH LAWSON BROWN & ERLINE P. BROWN
P. O. BOX 26
STARKVILLE, MS 39759

HUNTINGTON TRUST COMPANY
C/O OFFICER OR MANAGING AGENT
917 EUCLID AVENUE, CM27
CLEVELAND, OH 44115-1401

HUSSMAN STRATEGIC GROWTH FUND
ATTN: JOHN HUSSMAN
HUSSMAN ECONOMETRICS ADVISORS, INC.
5136 DORSEY HALL RD
ELLICOTT CITY, MD 21042-7870

HUSSMAN STRATEGIC GROWTH FUND
C/O OFFICER OR MANAGING AGENT
HUSSMAN ECONOMETRICS ADVISORS, INC.
5136 DORSEY HALL RD
ELLICOTT CITY, MD 21042-7870

HUSSMAN STRATEGIC GROWTH FUND
C/O OFFICER OR MANAGING AGENT
HUSSMAN INVESTMENT TRUST
P. O. BOX 46707
CINCINNATI, OH 45246-0707

I.B.E.W. 103 - IBEW LOCAL 103 PENSION PLAN
C/O MICHAEL S. ETKIN, ESQUIRE
JOHN K. SHERWOOD, ESQUIRE
LOWENSTEIN SANDLER PC
65 LIVINGSTON AVENUE
ROSELAND, NEW JERSEY  07068

IBEW-NECA EQUITY INDEX FUND
C/O OFFICER OR MANAGING AGENT
CHEVY CHASE TRUST
7501 WISCONSIN AVENUE, 14TH FLR
BETHESDA, MD 20814

IBM PERSONAL PENSION PLAN TRUST
C/O TRUSTEE OF IBM PERSONAL PENSION PLAN
TRUST
1133 WESTCHESTER AVENUE
WHITE PLAINS, NY 10604

ILLINOIS MUNICIPAL RETIREMENT FUND LCV
C/O OFFICER OR MANAGING AGENT
2211 S YORK ROAD, SUITE 500
OAKBROOK, IL 60523

ILLINOIS STATE BOARD OF INVESTMENT
ATTN: KATHY SPINATO
180 NORTH LASALLE STREET, SUITE 2015
CHICAGO, IL 60601

ILLINOIS STATE BOARD OF INVESTMENT
C/O ILLINOIS SECRETARY OF STATE
JESSE WHITE
213 STATE CAPITOL
SPRINGFIELD, IL 62756

ILLINOIS STATE BOARD OF INVESTMENT
C/O OFFICER OR MANAGING AGENT
180 NORTH LASALLE STREET, SUITE 2015
CHICAGO, IL 60601

ING LARGECAP VALUE FUND
C/O OFFICER OR MANAGING AGENT
ING
7337 E. DOUBLETREE RANCH ROAD
SCOTTSDALE, AZ 85258

INSTINET CORP NY
C/O OFFICER OR MANAGING AGENT
757 THIRD AVE
NEW YORK, NY 10017-2013

INTERNATIONAL BUSINESS
MACHINES CORPORATION
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

INTL. UNION PAINTERS & ALLIED TRADES
INDUSTRY PENSION FUND
C/O OFFICER OR MANAGING AGENT
1750 NEW YORK AVE, NW, STE 501
WASHINGTON, DC 20006

IOLAIRE INVESTORS LLP
C/O ASB ADVISORS LLC
ATTN: DANIELLE ATTERBERRY
1345 AVENUE OF AMERICAS
NEW YORK, NY 10105

IOLAIRE INVESTORS LLP
C/O OFFICER OR MANAGING AGENT
ASB ADVISORS LLC
1345 AVENUE OF AMERICAS
NEW YORK, NY 10105

IRA WILLIS BAKER, JR
9214 DOVE MEADOW DR
DALLAS, TX 75243-6325

IRENE M F AND TIMOTHY A SEWELL
2310 DEWES ST
GLENVIEW, IL 60025

IRIS B. MAHONEY, IRIS B. MAHONEY REV TR U/A/D
04/10/98
C/O IRIS B. MAHONEY &
PAUL M. MAHONEY TTEES
150 W. FIRST ST #280
CLAREMONT, CA 91711-4739

IRVING & VARDA RABIN, IRVING & VARDA RABIN
1992 REVOCABLE TRUST
C/O TRUSTEE OF IRVING & VARDA RABIN 1992
REVOCABLE TRUST
RABIN WORLDWIDE
650 TOWNSEND ST., SUITE 480
SAN FRANCISCO, CA 94103-6225

ITG INC
C/O OFFICER OR MANGING AGENT
380 MADISON AVENUE, 4TH FLOOR
NEW YORK, NY 10017-2533

ITG INC.
F/K/A INVESTMENT TECHNOLOGY GROUP, INC.
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

J. MICHAEL SUTHERLAND, ESQUIRE
CARRINGTON, COLEMAN, SLOMAN &
BLUMENTHAL, L.L.P.
901 MAIN STREET, SUITE 5500
DALLAS, TX 75202

JACK D. MCMANUS AND JOHN R. MCMANUS
5200 N. KNOXVILLE AVENUE
PEORIA, IL 61614

JACK E. MEADOWS
2225 TWELVE OAKS DR
FAYETTEVILLE, AR 72703-6116

JACKSON CAPITAL PTRS,LP-MAIN-PL
ATTN: MR. ALAN L. GARNER
6720 N SCOTTSDALE RD, STE 220
SCOTTSDALE, AZ 85253-4401

JACKSON CAPITAL PTRS,LP-MAIN-PL
C/O OFFICER OR MANAGING AGENT
6720 N SCOTTSDALE RD, STE 220
SCOTTSDALE, AZ 85253-4401

JACQUELINE E AUTRY, AUTRY COMMUNITY
PROPERTY TRUST, U/A DTD 03/15/1985
C/O JACQUELINE E AUTRY OR CURRENT TRUSTEE
4383 COLFAX AVE
STUDIO CITY, CA 91604-2837

JAHAN P. RAISSI
SHARTSIS FRIESE LLP
ONE MARITIME PLAZA, 18TH FLOOR
SAN FRANCISCO, CA 94111-3598

JAMES C WARREN
4228 N GREENVIEW AVE
CHICAGO, IL 60613

JAMES DIETZ
3744 MINTURN DR
LOVELAND, CO 80538-2085

JAMES E CUSHING JR AND THERESE M CUSHING
6429 224TH AVE NE
REDMOND, WA 98053-8147

JAMES KING AND JUDIE KING
1108 N DERBYSHIRE DR
ARLINGTON HTS, IL 60004

JAMES L. LOCKWOOD
4028 CHESAPEAKE AVE.
HAMPTON, VA 23669

JAMES M. LACHEY
1445 ROXBURY RD
COLUMBUS, OH 43212

JAMES ZERWEKH
4580 FOXTAIL CIR
GREENWOOD VLG, CO 80121

JANE D. MEADOWS
2225 TWELVE OAKS DR
FAYETTEVILLE, AR 72703-6116

JANICE F. WINBURN
255 SADDLEBROOK TER
ROSWELL, GA 30075

JANICE FAY JOHNSON OCHS
806 N FOOTHILL RD
BEVERLY HILLS, CA 90210-2904

JANNA L GADDEN
1906 SILVERWOOD LN
LOS ANGELES, CA 90041-3127

JASON A. JANIK
304 BLUEBONNET DR
LAFAYETTE, LA 70508-5412

JASON M. KARAFFA
DLA PIPER LLP (US)
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104

JAVAD RASSOULI
8414 WHIRLAWAY STREET
ALTA LOMA, CA 91701

JEAN SHAULIS BLACK, JEAN S. BLACK TRUST
C/O TRUSTEE OF JEAN S. BLACK TRUST
4067 W GULF DR
SANIBEL, FL 33957-5209

JEFFERSON R SOLENDER
9131 DEVONSHIRE DR
DALLAS, TX 75209-2411

JEFFREY SCHATZ AND KIMBERLY SCHATZ
2450 E 5TH AVE UNIT N
DENVER, CO 80206-4245

JENNIFER M. JACKSON
ASSISTANT ATTORNEY GENERAL
STATE OPERATIONS DIVISION
P.O. BOX 30754
LANSING, MICHIGAN  48909

JENNIFER S. KABAT
SENIOR STAFF ATTORNEY
1301 PENNSYLVANIA STREET
DENVER, CO 80203

JEROME & MARIA MARKOWITZ
767 3RD AVENUE, 6TH FLOOR
NEW YORK, NY 10017-9026

JEROME BLANK, JEROME BLANK DECLARATION
OF TRUST U/A DTD 9/19/96
C/O TRUSTEE OF JEROME BLANK DECLARATION
OF TRUST U/A DTD 9/19/96
3455 NW 54TH STREET
MIAMI, FL 33142-3309

JESSE WERTHMAN
484 1ST STREET
BROOKLYN, NY 11215-2606

JESSICA LIVELY
CADWALADER, WICKERSHAM & TAFT LLP
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

JESSNICK PARTNERS, L.P.
ATTN: BOB K. KNIGHT - MANAGING GENERAL
PARTNER
ONE FERRY BUILDING, SUITE 255
SAN FRANCISCO , CA 94111

JESSNICK PARTNERS, L.P.
C/O OFFICER OR MANAGING AGENT
ONE FERRY BUILDING, SUITE 255
SAN FRANCISCO , CA 94111

JOAN E CLARK
1 VENUS DR
LOUDONVILLE, NY 12211-2217

JOANNA  STURM
1618 29TH STREET N.W.
WASHINGTON, DC 20007-2901

JOE FRANK
2644 ASBURY AVENUE
EVANSTON, IL 60201

JOE LAMPORT
MERCER PARK, LP
767 FIFTH AVENUE
19TH FLOOR
NEW YORK, NY  10153

JOEL A. FEUER
GIBSON, DUNN & CRUTCHER LLP
2029 CENTURY PARK EAST
SUITE 4000
LOS ANGELES, CA 90067-3026

JOEL FRIEDLANDER, ESQUIRE
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 DELAWARE AVENUE
SUITE 1400
WILMINGTON, DE 19801

JOHN D. WORTHINGTON, IV
3366 ALDINO ROAD
CHURCHVILLE, MD 21028

JOHN D. WORTHINGTON, IV
P.O. BOX 147
CHURCHVILLE, MD  21028

JOHN DEERE PENSION TRUST
C/O TRUSTEE OF JOHN DEERE PENSION TRUST
ONE JOHN DEERE PLACE
MOLINE, IL 61265-8098

JOHN E. AND JANN M. REARDON, JOHN E. AND
JANN M. REARDON TRUST U/A DTD 11/03/1999
C/O TRUSTEE OF JOHN E. AND JANN M. REARDON
TRUST U/A DTD 11/03/1999
1325 N ASTOR ST # 5
CHICAGO, IL 60610

JOHN F. BARNARD, JOHN F. BARNARD TRUST UAD
4/4/03
C/O JOHN F. BARNARD & JANICE
WILLIAMS ANDERSON CO TTEES
3001 VEAZEY TERRACE NW
APARTMENT # 1502
WASHINGTON, DC 20008-5409

JOHN F. MANGAN, JR.
2220 RED FOX TRAIL
CHARLOTTE, NC 28211

JOHN F. PATINELLA
10 STEWARDS GLEN CT
PHOENIX, MD 21131-1202

JOHN F. POELKING AND LAURIE H. POELKING
825 N CHESTNUT AVE
ARLINGTON HTS, IL 60004

JOHN H. RHODES,
22200 MAKAH RD
WOODWAY, WA 98020

JOHN HANCOCK FINANCIAL JHT 500 INDEX TRUST
ATTN: GORDON SHONE
601 CONGRESS STREET
BOSTON, MA 02210-2805

JOHN HANCOCK FINANCIAL JHT 500 INDEX TRUST
C/O TRUSTEE OF JOHN HANCOCK FINANCIAL JHT
500 INDEX TRUST
601 CONGRESS STREET
BOSTON, MA 02210-2805

JOHN HANCOCK FINANCIAL SERVICES, INC.
JAMES BOYLE, PRESIDENT
601 CONGRESS STREET
BOSTON, MA 02210-2805

JOHN J WAGNER AND ROSEMARY WAGNER
402 W OLIVE STREET
LONG BEACH, NY 11561-3128

JOHN J. VITANOVEC, JOHN J. VITANOVEC TRUST
U/A DTD 12/27/1996
C/O JOHN J. VITANOVEC TTEE AND KATHLEEN
GEARY TTEE
1256 FOREST GLEN DR N
WINNETKA, IL 60093

JOHN M. LAVINE
335 GREENLEAF ST
EVANSTON, IL 60202-1365

JOHN MICHAEL KELLEHER
300 PASEO ENCINAL
SAN ANTONIA, TX 78212

JOHN P. SIEGER, ESQUIRE
KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661

JOHN PRITZKER AND LISA PRITZKER
3575 WASHINGTON ST.
SAN FRANCISCO, CA 94118-1848

JOHN R BLACK
333 W NORTH AVE 306
CHICAGO, IL 60610

JOHN R FLANAGAN, CGM IRA CUSTODIAN
C/O TRUSTEE FOR  JOHN R FLANAGAN, CGM IRA
CUSTODIAN
55 E PEARSON ST #4401
CHICAGO, IL 60611-2632

JOHN R STAIB
2042 W POTOMAC AVE
CHICAGO, IL 60622-3152

JOHN R. MCCAMBRIDGE, ESQUIRE
GEORGE R. DOUGHERTY, ESQUIRE
MICHAEL W. KAZAN, ESQUIRE
GRIPPO & ELDEN LLC
111 S. WACKER DRIVE
CHICAGO, IL 60606

JOHN SPEARS
1285 GULF SHORE BLVD, N APT 7A
NAPLES, FL 34102

JOHN T. MCCUTCHEON JR., JOHN T. MCCUTCHEON
JR. TRUST U/A DTD 10/26/87
C/O ANNE MCCUTCHEON LEWIS TTEE
3400 RESERVOIR RD NW
WASHINGTON, DC 20007

JOHN W PEAVY & LINDA A PEAVY, JOHN W PEAVY
& LINDA A PEAVY JOINT TRUST
C/O TRUSTEE OF JOHN W PEAVY & LINDA A
PEAVY JOINT TRUST
7512 GLENSHANNON CIRCLE
DALLAS, TX 75225

JOHN W. MADIGAN TRUST
C/O JOHN W. MADIGAN TRUSTEE
1160 LAUREL AVENUE
WINNETKA, IL 60093-1820

JON OSCHER
BOX 785
CARTERSVILLE, GA 30120-0785

JONATHAN D. POLKES
MICHAEL F. WALSH
RICHARD W. SLACK
ASHISH GANDHI
DAVID G. LITVACK
ANDREA C. SAAVEDRA
WEIL, GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153

JONATHAN A . KNEE
114 W 27TH ST, FL 7
NEW YORK, NY 10001

JONATHAN L. KORB
GENERAL COUNSEL
LORING WOLCOTT AND COOLIDGE FIDUCIARY
ADVISORS, LLP
230 CONGRESS STREET
BOSTON, MA 02110-2437

JOSEPH A. YOUNG AND SANDRA L. YOUNG
1510 BYRON NELSON PKWY
SOUTHLAKE, TX 76092-9606

JOSEPH C. WYLIE II
K&L GATES LLP
70 W. MADISON ST., STE. 3100
CHICAGO, IL 60602-4207

JOSEPH L MOLDER
C/O BANK OF AMERICA OR CURRENT TRUSTEE
BANK OF AMERICA CORPORATE CENTER 100 N.
TRYON ST
CHARLOTTE, NC 28255

JUDITH FARRAR MAHAFFIE
6307 WYNKOOP BLVD
BETHESDA, MD 20817-5931

JUSTIN A. ALFANO
SEAN M. MURPHY
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005-1413

KAISER FOUNDATION HEALTH PLAN
C/O OFFICER OR MANAGING AGENT
ONE KAISER PLAZA
OAKLAND, CA 94612

KAISER FOUNDATION HEALTH PLAN
C/O VYVIAN HEATH
ONE KAISER PLAZA
OAKLAND, CA 94612

KAISER PERMANENTE RABBI TRUST
C/O OFFICER OR MANAGING AGENT
ONE KAISER PLAZA, 13TH FL
OAKLAND, CA 94612

KAISER PERMANENTE RABBI TRUST
C/O VYVIAN HEATH
ONE KAISER PLAZA, 13TH FL
OAKLAND, CA 94612

KANSAS PUBLIC EMPLOYEES RETIREMENT
SYSTEM
C/O OFFICER OR MANGING AGENT
611 S. KANSAS AVE., SUITE 100
TOPEKA, KS 66603-3803

KAREN BABCOCK
C/O PHILIP S BABCOCK
1005 E JEFFERSON
SEATTLE, WA 98122-5335

KAREN RAPKIN
PO BOX 19158
BIRMINGHAM, AL 35219-9158

KARL PUTNAM
405 VALPLANO DR
EL PASO, TX 79912

KATHERINE T GOLDBERG AND STEVEN Y
GOLDBERG
15 SHADY LN
GREENWICH, CT 06831-3607

KATHLEEN GUCK & EBEN PUTNAM SMITH
40 MONTAGU STREET
CHARLESTON, SC 29401

KATHY REX AND THOMAS W HUNDLEY
445 W BRIAR PL, #3
CHICAGO, IL 60657-4710

KBR
ATTN: SUE EDISON
4100 CLINTON DRIVE
HOUSTON, TX 77020

KBR
C/O OFFICER OR MANAGING AGENT
4100 CLINTON DRIVE
HOUSTON, TX 77020

KENNETH CAHN
PO BOX 3
HIGHLAND PARK, IL 60035-0003

KENNETH D'ALESSANDRO
5 SPINNING WHEEL LANE
NORWALK, CT 6851

KENNETH S. LEONETTI
FOLEY HOAG LLP
SEAPORT WEST
155 SEAPORT BLVD.
BOSTON, MA 02210

KEVIN J. MANGAN, ESQUIRE
WOMBLE CARLYLE SANDRIDGE
& RICE LLP
222 DELAWARE AVENUE
SUITE 1501
WILMINGTON, DE 19801

KEVIN J. WALSH, ESQUIRE
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND
POPEO, P.C.
ONE FINANCIAL CENTER
BOSTON, MA  02111

KRISTIE M. BLASÉ
SCHULTE ROTH & ZABEL LLP
919 THIRD AVENUE
NEW YORK, NY 10022

KURT F. GWYNNE, ESQUIRE,
RICHARD A. ROBINSON,
REED SMITH LLP
1201 N. MARKET STREET, SUITE 1500
WILMINGTON, DELAWARE 19801

KV EXECUTION SERVICES LLC
CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

LABORERS DISTRICT COUNCIL AND
CONTRACTORS PENSION FUND OF OHIO
C/O OFFICER OR MANAGING AGENT
800 HILLSDOWNE ROAD
WESTERVILLE, OH 43081-3302

LABORERS NATIONAL PENSION FUND
C/O OFFICER OR MANAGING AGENT
PO BOX 803415
14140 MIDWAY ROAD, STE 105
DALLAS, TX 75380-3415

LABRANCHE STRUCTURED PRODUCTS LLC
C/O OFFICER OR MANAGING AGENT
33 WHITEHALL, 9TH FL
NEW YORK, NY 10004-3008

LAFFER INVESTMENTS
C/O OFFICER OR MANAGING AGENT
2909 POSTON AVENUE, 2ND FLOOR
NASHVILLE, TN 37203-1346

LAFFER INVESTMENTS, INC.
ARTHUR B. LAFFER, JR.
CHIEF EXECUTIVE OFFICER
103 MURPHY COURT
NASHVILLE, TN 37203

LATANISHIA D. WALTERS
HASKELL SLAUGHTER YOUNG & RODIKER, LLC
1400 PARK PLACE TOWER
2001 PARK, PLACE NORTH
BIRMINGHAM, AL 35203

LAWRENCE H BURKS
6600 BEACHVIEW DR. NO. 310
RCH PALOS VRD, CA 90275-6940

LAWRENCE J. KOTLER, ESQUIRE
DUANE MORRIS LLP
30 SOUTH 17TH STREET
PHILADELPHIA, PA  19103-4196

LEGG MASON PARTNERS
ATTN: KAPREL OZSOLAK
55 WATER STREEET
NEW YORK, NY 10041

LEGG MASON PARTNERS
C/O OFFICER OR MANAGING AGENT
55 WATER STREEET
NEW YORK, NY 10041

LENOX HILL HOSPITAL
DEVELOPMENT DEPT.
ATTN: SHERRIE HAMMOND
100 EAST 77TH STREET
NEW YORK, NY 10075-1850

LENOX HILL HOSPITAL
DEVELOPMENT DEPT.
C/O OFFICER AND MANAGING AGENT
100 EAST 77TH STREET
NEW YORK, NY 10075-1850

LEONARD A. GAIL, ESQUIRE
MASSEY & GAIL LLP
50 EAST WASHINGTON ST., SUITE 400
CHICAGO, IL 60602

LEONARD HILL, HILL REVOCABLE LIVING TRUST
DTD 12/24/91
C/O TRUSTEE OF HILL REVOCABLE LIVING TRUST
DTD 12/24/91
350 N. JUNE ST.
LOS ANGELES, CA 90004-1042

LEWIS TAMAN
221 NORTH LASALLE
ROOM # 2016
CHICAGO, IL   60601-1206

LEXIBLE MANAGERS: PORTFOLIO 1 OFFSHORE LP
C/O OFFICER OR MANAGING AGENT
GOLDMAN SACHS
200 WEST ST, 38TH FLOOR
NEW YORK, NY 10282-2198

LEXIBLE US EQUITY MANAGERS
PORTFOLIO 1 OFFSHORE MASTER LP
LSV
C/O OFFICER OF MANAGING AGENT
GS&CO
180 MAIDEN LANE - 37TH FLOOR
NEW YORK, NY 10038-4925

LFT PARTNERSHIP
C/O OFFICER OR MANGING AGENT
440 W. ONTARIO
CHICAGO, IL 60610-4014

LIBERTY FINANCIAL SERVICES CO
ATTN: KEVIN CONNAUGHTON
COLUMBIA MANAGEMENT GROUP
ONE FINANCIAL CENTER
BOSTON, MA 02111

LIBERTY MUTUAL INSURANCE COMPANY
CORPORATION SERVICE COMPANY
84 STATE STREET
BOSTON, MA  02109

LIBERTY MUTUAL LIFE INSURANCE COMPANY
C/O OFFICER OR MANGING AGENT
175 BERKELEY STREET
BOSTON, MA 02117-0140

LISA G. HAAS
21 SUNSET ROAD
DARIEN, CT 06820-3527

LOCALS 302 & 612 OF THE INTERNATIONAL UNION
OF OPERATING ENGINEERS -EMPLOYERS
CONSTRUCTION INDUSTRY RETIREMENT TRUST
ATTN: MICHAEL PARMELEE OR CURRENT
TRUSTEE
WELFARE & PENSION ADMIN. INC.
P.O. BOX 64203
SEATTLE, WA 98124-1203

LOCKWOOD BROTHERS INC.
JAMES A. LOCKWOOD, JR.
220 SALTERS CREEK ROAD
HAMPTON, VA 23661

LOEB ARBITRAGE B FUND LP
C/O OFFICER OR MANAGING AGENT
61 BROADWAY 24TH FL
NEW YORK, NY 10006-2835

LOEB ARBITRAGE FUND INVESTMENT A/C UNDER
SEC 1236 & 475 OF I R C
ATTN: GIDEON KING
61 BROADWAY, STE 2450
NEW YORK, NY 10006-2701

LOEB ARBITRAGE FUND INVESTMENT A/C UNDER
SEC 1236 & 475 OF I R C
C/O OFFICER OR MANAGING AGENT
61 BROADWAY, STE 2450
NEW YORK, NY 10006-2701

LOEB ARBITRAGE MANAGEMENT LP
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

LORI ANN TALARICO
353 1/2 23RD STREET
SAN FRANCISCO, CA 94110-3010

LOUIS G GILBERT AND RENEE GILBERT
4830 SUGAR MILL RD
DALLAS, TX 75244-6932

LOUISE R. OUTHOUSE REVOCABLE LIVING TRUST
LOUISE R. OUTHOUSE TRUSTEE
2741 N. SALISBURY STREET
APT. 2108
WEST LAFAYETTE, IN 47906

LOUISIANA STATE EMPLOYEES' RETIREMENT
SYSTEM
C/O OFFICER OR MANAGING AGENT
8401 UNITED PLAZA BOULEVARD
BATON ROUGE, LA 70809

LSV ENHANCED INDEX CORE EQUITY TRUST
C/O LSV ASSET MANAGEMENT
155 N WACKER DR, STE 4600
CHICAGO, IL 60606

LSV ENHANCED INDEX CORE EQUITY TRUST
C/O TRUSTEE OF LSV ENHANCED INDEX CORE
EQUITY TRUST
155 N WACKER DR, STE 4600
CHICAGO, IL 60606

LSV VALUE EQUITY FUND
C/O OFFICER OR MANAGING AGENT
SEI INVESTMENTS DISTRIBUTION CO
1 FREEDOM VALLEY DRIVE
OAKS, PA 19456

LUCENT TECHNOLOGIES
C/O OFFICER OR MANAGING AGENT
24 FEDERAL STREET, STE 600
BOSTON, MA 02110

LUCENT TECHNOLOGIES INC.
PATRICIA F. RUSSO
CHAIRMAN & CEO
600 MOUNTAIN AVENUE
MURRAY HILL, NJ 07974

LUCILE MCVEY DUNN, LUCILE MCVEY DUNN
TRUST U/A DTD 12/19/1991
C/O TRUSTEE OF  LUCILE MCVEY DUNN TRUST
U/A DTD 12/19/1991
1775 S SAN GABRIEL BLVD
SAN MARINO, CA 91108

LYONDELL CHEMICAL CO. DEFINED BENEFIT
PLAN LCV
C/O OFFICER OR MANAGING AGENT
ONE HOUSTON CTR, STE 700
1221 MCKINNEY ST
HOUSTON, TX 77010

M & J INVESTMENT GROUP L.P.
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

MADISON STREET FUND, L.P.
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

MAPLE PARTNERS AMERICA INC.
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

MARCH GLOBAL ASSOCIATES, LLC
NOUBAR TOROSSIAN
CONTROLLER
555 5TH AVENUE, #14
NEW YORK, NY 10017

MARCIA M. TINGLEY
31 ELLIOT ST
EXETER, NH 03833

MARGARET DURKIN AND JIM ROCHE
302 WISNER ST
PARK RIDGE, IL 60068

MARGARET G ARNONE
3200 BEL AIR DRIVE
LAS VEGAS, NV 89109

MARGARET MCKENZIE, MARGARET MCKENZIE
LIVING TST U/A DTD 02/23/1994
C/O SAN PASQUAL FIDUCIARY TRUST CO.
RICHARD S. ARNOLD
624 SOUTH GRAND AVE., SUITE 2625
LOS ANGELES, CA 90017

MARGARET S RITCH
4701 CONNECTICUT AVE NW
APT 103
WASHINGTON, DC 20008

MARILYN RAPKIN
180 WHITE OAK RIDGE RD
SHORT HILLS, NJ 07078-2928

MARK A HUGHES & DANICA F HUGHES
1418 PASQUALITO DR
SAN MARINO, CA 91108

MARK DOMAS
PO BOX 41
MONTCLAIR, CA 91763

MARK GOLDSTEIN, GENERAL COUNSEL
FIRST EAGLE INVESTMENT MANAGEMENT, LLC
AN ARNHOLD AND S. BLEICHROEDER COMPANY
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105-4300

MARK HIANIK
130 EUCLID AVE
GLENCOE, IL 60022

MARK I. SEIDEN
1920 BISHOP ROAD
BELMONT, CA 94002

MARK N. PARRY, ESQUIRE
MOSES & SINGER LLP
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174-1299

MARK R. VERNAZZA, ESQUIRE
EDWARDS ANGELL PALMER & DODGE LLP
111 HUNNIGTON AVENUE
BOSTON, MA 02199

MARK S. & DONNA C. LIES
4570 FOXTAIL CIRCLE
GREENWOOD VLG, CO 80121-3942

MARK W. MADIGAN AND STEPHANIE A. MADIGAN
1250 LINDENWOOD DR
WINNETKA, IL 60093

MARTHA POPE
173 DORCHESTER ROAD
SCARSDALE, NY 10583-6052

MARTIN J. CRISP, ESQUIRE
ROPES & GRAY
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

MARY CONIGLIO GSTT TE TRUST
C/O BEVERLY MACKINTOSH TRUSTEE
36 PARSONS HILL RD
WENHAM, MA 01984

MARY EATON
WILLKIE FARR & GALLAGHER LLP
787 SEVENTH AVENUE
NEW YORK, NY  10019-6099

MARY NEVILLE HANKEY
3457 MEADOWLAKE LANE
HOUSTON, TX 77027-4106

MARY SHAW MCCUTCHEON TRUST, U/A DTD
10/26/1987
C/O J MCCUTCHEON III OR CURRENT TRUSTEE
3400 RESERVOIR RD NW
WASHINGTON, DC 20007-2328

MATTHEW HALBOWER
123 OXFORD ROAD
KENILWORTH, IL 60043-1206

MATTHEW R. KIPP, ESQUIRE
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 NORTH WACKER DRIVE
CHICAGO, IL 60606-1720

MATTHEW SOLUM
KIRKLAND & ELLIS LLP
601 LEXINGTON AVENUE
NEW YORK, NY  10022

MAXIM SERIES FUND, INC.
MITCHELL THOMAS GRENFELL GRAYE,
PRESIDENT
8515 EAST ORCHARD ROAD
GREENWOOD VILLAGE, CO 80111

MEL L. AND BETH JANE SHULTZ
27 BILTMORE ESTATES
PHOENIX, AZ 85016

MEL L.SHULTZ
27 BILTMORE ESTATES
PHOENIX, AZ 85016

MELLON CAPITAL MANAGEMENT
ALEXANDER HUBERTS, PRESIDENT
50 FREMONT ST., SUITE 3900
SAN FRANCISCO, CA 94105

MERRILL LYNCH FINANCIAL MARKET
EQUITY FINANCING GROUP
SINGLE STOCK
ATTN: PATRICIA MOORE
250 VESEY STREET, 18TH FL
NEW YORK, NY 10080

MERRILL LYNCH FINANCIAL MARKET
EQUITY FINANCING GROUP
SINGLE STOCK
C/O OFFICER OR MANAGING AGENT
250 VESEY STREET, 18TH FL
NEW YORK, NY 10080

MERRILL LYNCH
C/O OFFICER OR MANAGING AGENT
4 WORLD FINANCIAL CENTER
250 VESEY ST
NEW YORK, NY 10080

MFP INVESTORS LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE  19801

MICHAEL A SILVER
210 W SCOTT ST APT E
CHICAGO, IL 60610

MICHAEL A. GOLD, ESQUIRE
ELIZABETH A. CULLEY, ESQUIRE
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 AVENUE OF THE STARS, SEVENTH FLOOR
LOS ANGELES, CA 90067-4308

MICHAEL DOCKTERMAN, ESQUIRE
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 WEST WACKER DRIVE
SUITE 3000
CHICAGO, IL 60606

MICHAEL EIGNER & LINDA EIGNER
3674 TOULOUSE DRIVE
PALM BEACH GARDENS, FL 33410

MICHAEL G. MURPHY AND MARY THERESE
MURPHY
76 PINEHURST CT
ROTONDA WEST, FL 33947-2013

MICHAEL LOEB
91 CENTRAL PARK WEST
NEW YORK, NY 10023-4609

MICHAEL P. RICHMAN
PATTON BOGGS LLP
1185 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

MICHAEL PLONSKI AND NEDRA PLONSKI
2207 WINDWARD LN
NEWPORT BEACH, CA 92660-3715

MICHAEL T. HANNAFAN
BLAKE T. HANNAFAN
HANNAFAN & HANNAFAN, LTD.
ONE EAST WACKER DRIVE
SUITE 2800
CHICAGO, IL 60601

MICHIGAN STATE TREASURY
C/O VERNON JOHNSON
SUITE 400
2501 COOLIDGE ROAD
EAST LANSING, MI 48823

MILIKEN STOCK FUND (7R)
C/O OFFICER OR MANAGING AGENT
T ROWE PRICE TRUST CO
100 EAST PRATT STREET
BALTIMORE, MD 21202

MILLENCO LLC
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

MINNESOTA STATE BOARD OF INVESTMENT
HOWARD BICKER
EXECUTIVE DIRECTOR
60 EMPIRE DRIVE SUITE 355
SAINT PAUL, MN 55103

MIRIAM A. PAWEL
1091 LINDA GLEN DR
PASADENA, CA 91105

MIRIAM SUSAN ZACH
1719 NW 23RD AVE APT 2D
GAINESVILLE, FL 32605-3006

ML EQUITY INDEX TRUST
C/O OFFICER OR MANAGING AGENT
MERRILL LYNCH TRUST COMPANY
101 HUDSON ST # 8
JERSEY CITY, NJ 07302

MML EQUITY INCOME FUND
C/O OFFICER OR MANAGING AGENT
1295 STATE STREET
SPRINGFIELD , MA 1111

MONICA K. HINMAN
9231 SOUTH 86TH COURT
HICKORY HILLS, IL 60457-1705

MORGAN STANLEY
C/O OFFICER OR MANAGING AGENT
ONE PIERPONT PLAZA
BROOKLYN, NY 11201

MR BERNARD E WATERMAN AND MRS EDITH B
WATERMAN
3719 CENTRAL AVENUE
FORT MYERS, FL 33901

MR KENNETH PETERSEN
11 WALDRON DRIVE
MARTINVILLE, NJ 08836-2201

MR MICHAEL W DUNAWAY U/A/D 07-05-1991
FBO DUNAWAY FAMILY TRUST
C/O MRS TRUDY V DUNAWAY OR CURRENT
TRUSTEE
1223 PACIFIC OAKS PL. STE 102
ESCONDIDO, CA 92029-2913

MR RICHARD M ADER
3250 SANDOWN PARK RD
KESWICK, VA 22947

MR ROBERT R BLEND, BLEND DECEDENT'S TRUST,
UAD 12/2/99
C/O THOMAS R BLEND OR CURRENT TRUSTEE
7900 N LA CANADA #2121
TUCSON, AZ 85704-2079

MR SPENCER W BEARD AND MRS SHARRON R
BEARD
6541 FIREBRAND ST
LOS ANGELES, CA 90045

MR. CHANDLER BIGELOW
TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL  60611

MS ALICE C. GARNER
6720 N SCOTTSDALE RD STE 220
SCOTTSDALE, AZ 85253-4401

MS ANNA H DEMING
38 KILLDEER RD
HAMDEN, CT 06517-3528

MS CAROL FORACE
2000 LINWOOD AVE APT 14C
FORT LEE, NJ 07024

MS. BLANDINA ROJEK
SMOKE RISE FARM
SOUTH WOODSTOCK, VT 05071

MUTUAL OF AMERICA CAPITAL MANAGEMENT
CORPORATION
AMIR LEAR
PRESIDENT AND CHIEF OPERATING OFFICER
320 PARK AVENUE
NEW YORK, NY 10022

MUTUAL OF AMERICA CAPITAL MANAGEMENT
CORPORATION
C/O CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

MUTUAL OF AMERICA INSTITUTIONAL FUNDS,
INC.
GEORGE L. MEDLIN
CHIEF FINANCIAL OFFICER AND TREASURER
320 PARK AVENUE
NEW YORK, NY 10022

MUTUAL OF AMERICA INVESTMENT
CORPORATION
GEORGE L. MEDLIN
CHIEF FINANCIAL OFFICER AND TREASURER
320 PARK AVENUE
NEW YORK, NY 10022

MYRNA RAMIREZ AND MONSERRATE RAMIREZ
4015 70TH AVE E
ELLENTON, FL 34222

MYRON L. HENDRIX
1189 LASCOMBES
BOURBONNAIS, IL 60914-4536

NANCY A COOK
1112 CAMINO SAN ACACIO
SANTA FE, NM 87505

NANCY CROSSMAN
1209 N ASTOR ST APT 6S
CHICAGO, IL 60610-2655

NANCY D. RAMAGE
9720 SAVAGE
DOWNEY, CA 90240

NANCY EVERETT
NICOLE E. WRIGLEY
WINSTON & STRAWN LLP
35 W. WACKER AVE.
CHICAGO, IL 60601-9703

NANCY FAY JOHNSON
2723 OCEAN STREET
CARLSBAD, CA 92008

NANCY G. LEZETTE
144 LOOMIS RD
CHATHAM, NY 12037-9790

NATIONWIDE FUND ADVISORS F/K/A GARTMORE
MUTUAL FUND CAPITAL TRUST
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE  19801

NATIONWIDE MUTUAL FUNDS F/K/A GARTMORE
MUTUAL FUNDS
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE  19808

NEAL CREIGHTON AND JOAN H CREIGHTON
PO BOX 507
LANCASTER, VA 22503-0507

NEAL R. TROUM, ESQUIRE
STRADLEY RONON STEVENS & YOUNG, LLP
30 VALLEY STREAM PARKWAY
MALVERN, PA 19355-1481

NEW YORK STATE COMMON RETIREMENT FUND
C/O OFFICER OR MANAGING AGENT
110 STATE STREET
ALBANY , NY 12236

NEW YORK STATE TEACHERS RET SYSTEM
(NYSTRS)
ATTN: DAN BARZOWSKAS
10 CORPORATE WOODS DRIVE
ALBANY, NY 12211-2395

NEW YORK STATE TEACHERS RET SYSTEM
(NYSTRS)
C/O OFFICER OR MANAGING AGENT
10 CORPORATE WOODS DRIVE
ALBANY, NY 12211-2395

NICHOLAS H. WERTHMAN
2434 24TH STREET
SAN FRANCISCO, CA 94110-3507

NON-REPRESENTABLE HEALTH CARE TRUST
C/O TRUSTEE FOR NON-REPRESENTABLE HEALTH
CARE TRUST
BELLSOUTH CORP.
FIRST QUADRANT
800 EAST COLORADO BOULEVARD SUITE 900
PASADENA, CA 91101

NORMA B. WEBB
P.O. BOX 187
LURAY, VA 22835

NORMAN M. MONHAIT, ESQUIRE
ROSENTHAL, MONHAIT & GODDESS, PA
919 MARKET STREET, SUITE 1401
P.O. BOX 1070
WILMINGTON, DE 19899

NORTHWESTERN MUTUAL SERIES FUND INC.
INDEX 500 PORTFOLIO
ATTN: CLAY GREENE ASSISTANT GENERAL
COUNSEL OR OFFICER OR MANAGING AGENT
THE NORTHWESTERN MUTUAL LIFE INSURANCE
COMPANY
720 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

NORTHWESTERN MUTUAL SERIES FUND INC.
SMALL CAP VALUE PORTFOLIO
C/O OFFICER OR MANAGING AGENT
THE NORTHWESTERN MUTUAL LIFE INSURANCE
COMPANY
GENERAL COUNSEL
720 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

NORTHWESTERN MUTUAL SERIES FUND INC.
SMALL CAP VALUE PORTFOLIO
C/O THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY
ATTN: CLAY GREENE ASSISTANT GENERAL
COUNSEL
720 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

NORTHWESTERN MUTUAL SERIES FUND INC.
MR MARK GEORGE DOLL
PRESIDENT
720 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

NORTHWESTERN MUTUAL SERIES FUND, INC.
PATRICIA L. VAN KAMPEN
PRESIDENT
720 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

NYC EMPLOYEES RETIREMENT SYSTEM
C/O OFFICER OR MANAGING AGENT
NYC RETIREMENT SYSTEM
1 CENTRE STREET
NEW YORK, NY 10007

OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM
ATTN: KAREN E. CARRAHER
DIRECTOR - FINANCE
277 EAST TOWN STREET
COLUMBUS, OH 43215

OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM
C/O OFFICER OR MANAGING AGENT
277 EAST TOWN STREET
COLUMBUS, OH 43215

OMAR F. JOHNSON, JR.
PO BOX 271
PLS VRDS EST, CA 90274-0271

ONE BEACON AMERICA INSURANCE
COMPANY
T. MICHAEL MILLER
PRESIDENT & CEO
ONE BEACON LANE
CANTON, MA 02021

OPPENHEIMER FUND INC
C/O OFFICER OR MANAGING AGENT
6803 S. TUCSON WAY
CENTENNIAL, CO 80112-3924

PACIFIC HEIGHTS ASSET MANAGEMENT, LLC
ATTN: OFFICER OR DIRECTOR
600 MONTGOMERY STREET, SUITE 4100
SAN FRANCISCO CA 94111-2816

PALOMA SECURITIES LLC
PAUL BESIGNANO, VICE PRESIDENT
TWO AMERICAN LANE
GREENWICH, CT 06836

PATIENCE HUMPHREY
1422 EUCLID AVE., #1030
CLEVELAND, OH 44115-2001

PATRICIA I WALSH
823 ASHLAND AVE
RIVER FOREST, IL 60305

PATRICK G RYAN
C/O RYAN ENTERPRISES GROUP LLC
150 NORTH MICHIGAN AVE, SUITE 2100
CHICAGO, IL 60601-7559

PAUL D BORMAN
719 MAPLEHILL LN
BIRMINGHAM, MI 48009-1675

PAUL HARVEY AURANDT, TR UA 11/13/90 M-B
C/O PAUL HARVEY AURANDT OR CURRENT
TRUSTEE
333 N MICHIGAN AVE 16
CHICAGO, IL 60601-3901

PAUL R GERKEN
12 LAKE DRIVE SOUTH
PO BOX 102CI
NEW FAIRFIELD, CT 06812-3502

PENNSYLVANIA GENERAL INSURANCE CO.
ATTN: MR. BRAD RICH
GENERAL COUNSEL
ONEBEACON INSURANCE CO.
ONE BEACON LANE
CANTON, MA 02021

PENNSYLVANIA GENERAL INSURANCE CO.
C/O OFFICER OR MANAGING AGENT
ONEBEACON INSURANCE CO.
ONE BEACON LANE
CANTON, MA 02021

PETER A YOUNG
850 STATE STREET #423
SAN DIEGO, CA 92101-6129

PETER G. LAGEN
9130 S OAKLEY AVENUE
CHICAGO, IL 60620-6220

PETER GUIRGUIS, ESQUIRE
FULBRIGHT & JAWORSKI L.L.P
666 FIFTH AVENUE
NEW YORK, NY 10103-3198

PETER RIZZO AND KIMBERLY RIZZO
2024 FRANKLIN DRIVE
GLENVIEW, IL 60026-1075

PETER W. KING
4807 E VILLA THERESA DR
SCOTTSDALE, AZ 85254

PHILIP B CHASE REVOCABLE TRUST, U/A/D
07/28/94
C/O CHASE L LEAVITT OR CURRENT TRUSTEE
4712 ADMIRALTY WAY #561
MARINA DEL REY, CA 90292-6905

PLUMBERS & PIPEFITTERS NATIONAL PENSION
FUND MCV
C/O OFFICER OR MANAGING AGENT
103 ORONOCO ST
ALEXANDRIA, VA 22314

PLUMBERS AND PIPEFITTERS LOCAL 507
C/O OFFICER OR MANAGING AGENT
1295 BUTTERFIELD ROAD
AURORA, IL 60504

POLICE RETIREMENT SYSTEM OF K.C., MISSOURI
LCV
C/O OFFICER OR MANAGING AGENT
1328 AGNES STREET
KANSAS CITY, MO 64127

POLLY H WERTHMAN IRRV TRUST UA
BANK OF AMERICA
BANK OF AMERICA CORPORATE CENTER
100 N. TRYON ST
CHARLOTTE, NC 28255

POLLY H WERTHMAN IRRV TRUST UA
C/O TRUSTEE OF POLLY H WERTHMAN IRRV
TRUST UA
BANK OF AMERICA CORPORATE CENTER
100 N. TRYON ST
CHARLOTTE, NC 28255

POLLY H. HOWELLS
484 FIRST STREET
BROOKLYN, NY 11215-2606

PRIAC FUNDS
C/O OFFICER OR MANAGING AGENT
751 BROAD STREET
NEWARK, NJ 07102

PRINCETON THEOLOGICAL SEMINARY
C/O OFFICER OR MANAGING AGENT
64 MERCER STREET
PRINCETON, NJ 08542

PRINCIPAL FUNDS INC-LARGECAP BLEND FUND II
C/O OFFICER OR MANAGING AGENT
PRINCIPAL FINANCIAL GROUP
711 HIGH ST.
DES MOINES, IA 50392

PRINCIPAL VARIABLE CONTRACTS FUND, INC.
RALPH C. EUCHER
PRESIDENT AND CEO
711 HIGH STREET
DES MOINES, IA 50392-2080

PRISM PARTNERS I, L.P.
PRISM PARTNERS IV LEVERAGED OFFSHORE
FUND
PRISM PARTNERS OFFSHORE FUND
PRISM PARTNERS II OFFSHORE FUND
JERALD M. WEINTRAUB
44 MONTGOMERY STREET SUITE 4100
SAN FRANCISCO, CA 94104-4814

PRO SHARES ULTRA S&P 500
C/O OFFICER OR MANAGING AGENT
7501 WISCONSIN AVE
BETHESDA, MD 20814

PROGRESS ENERGY SERVICE CO
ATTN: DONALD F. RAY
410 SO WILMINGTON ST PEB 19C5
RALEIGH, NC 27601

PROGRESS ENERGY SERVICE CO
C/O OFFICER OR MANAGING AGENT
410 SO WILMINGTON ST PEB 19C5
RALEIGH, NC 27601

PROGRESSIVE CASUALTY INSURANCE
GLENN RENWICK
CHAIRMAN & PRESIDENT
630 WILSON MILLS RD
MAYFIELD VILLAGE OH,  44143

PROSPECTOR SUMMIT FUND, L.P.
C/O PROSPECTOR PARTNERS LLC
ATTN: PETER PERUGINI OR OFFICER OR
MANAGING AGENT
370 CHURCH STREET
GUILFORD, CT 06437

PRUDENTIAL INS. (PDI)
(PRUDENTIAL INSURANCE CO AMERICA)
C/O OFFICER OR MANAGING AGENT
751 BROAD STREET
NEWARK, NJ 07102-3771

PRUDENTIAL INV PORTFOLIO 3
PRUDENTIAL STATEGIC VALUE FUND
C/O OFFICER OR MANAGING AGENT
100 MULBERRY ST GATEWAY CTR 3
NEWARK, NJ 07102

PRUDENTIAL INV PORTFOLIOS 8
PRUDENTIAL STOCK INDEX FUND
C/O OFFICER OR MANAGING AGENT
100 MULBERRY STREET
NEWARK, NJ

PRUDENTIAL RETIREMENT INSURANCE AND
ANNUITY COMPANY
C/O OFFICER OR MANAGING AGENT
751 BROAD ST 23RD FLOOR
NEWARK, NJ 07102

PS BUYBACK ACHIEVERS PORT
C/O OFFICER OR MANAGING AGENT
301 WEST ROOSEVELT ROAD
WHEATON, IL 60187

PUBLIC EMPLOYEE RETIREMENT SYSTEM OF
IDAHO
C/O OFFICER OR MANAGING AGENT
607 NORTH EIGHTH STREET
BOISE, ID 83702

PUBLIC EMPLOYEES' RETIREMENT
SYSTEM OF MISSISSIPPI
PAT ROBERTSON
EXECUTIVE DIRECTOR
429 MISSISSIPPI STREET
JACKSON, MS 39201-1005

PUTNAM S&P 500 FUND
C/O OFFICER OR MANAGING AGENT
ONE POST OFFICE SQUARE
BOSTON , MA 02109

PUTNAM S&P 500 INDEX FUND
C/O OFFICER OR MANAGING AGENT
PUTNAM FIDUCIARY TRUST COMPANY, TRUSTEE
ONE POST OFFICE SQUARE
BOSTON, MA 02109

Q4 PARTNERS LP
C/O OFFICER OR MANAGING AGENT
116 COLES ST. #2
JERSEY CITY, NJ 7302

QCM ABSOLUTE RETURN FUND
C/O MR JERRY PAUL
QUIXOTE PARTNERS LLC
5442 S DAYTON CT
GREENWOOD VILLAGE, CO 80111

QCM ABSOLUTE RETURN FUND
C/O OFFICER OR MANAGING AGENT
QUIXOTE PARTNERS LLC
5442 S DAYTON CT
GREENWOOD VILLAGE, CO 80111

QUINN MARTIN DOLAN
1260 MAGNOLIA DRIVE
CONCORD, CA 94520-4033

R MARK MALLORY TRUST
C/O R MARK MALLORY TRUSTEE
3312 LAKEWOOD CT
GLENVIEW, IL 60026

R.E. GINNA NUCLEAR POWER PLANT LLC MASTER
DECOMMISSIONING TRUST
C/O OFFICER OR MANAGING AGENT
CONSTELLATION ENERGY GROUP
100 CONSTELLATION WAY SUITE 600C
16TH FLOOR
BALTIMORE, MD 21202

R.E. GINNA QUALIFIED DECOMMISSIONING TRUST
C/O TRUSTEE OF RE GINNA QUALIFIED
DECOMMISSIONING TRUST
750 EAST PRATT STREET 16TH FL
BALTIMORE, MD 21202

R.J. SCAGGS, ESQUIRE
GREGORY W. WERKHEISER, ESQUIRE
ALBERT J. CARROLL, ESQUIRE
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. MARKET STREET
P.O. BOX 1347
WILMINGTON, DE  19899-1347

RABO CAPITAL SERVICES, INC.
RABOBANK NEDERLAND
245 PARK AVENUE
NEW YORK, NY 10167

RAE F PATTERSON SELF TRUST
C/O MRS RAE F PATTERSON OR CURRENT
TRUSTEE
400 S NORTHWEST HWY UNIT 302
PARK RIDGE, IL 60068-4906

RAYMOND JOHN FRANK, TR UA 03/07/00
REVOCABLE TRUST
C/O RAYMOND JOHN FRANK OR CURRENT
TRUSTEE
919 S CHESTER AVE
PARK RIDGE, IL 60068-4682

RAYTHEON MASTER PENSION TRUST LARGE
CAP/LONG/SHORT
C/O TRUSTEE OF RAYTHEON MASTER PENSION
TRUST LARGE CAP/LONG/SHORT
135 SANTILLI HIGHWAY
EVERETT, MA 02149-1906

RAYTHEON MASTER PENSION TRUST LCV L/S
C/O TRUSTEE OF RAYTHEON MASTER PENSION
TRUST LCV L/S
870 WINTER STREET
WALTHAM, MA 02451

RB&W/GAMCO
ATTN: ELIZABETH BORIS
6065 PARKLAND BLVD.
CLEVELAND, OH 44124

RB&W/GAMCO
C/O OFFICER OR MANAGING AGENT
6065 PARKLAND BLVD.
CLEVELAND, OH 44124

RBS CITIZENS N.A.
C/O CITIZENS FINANCIAL GROUP INC
C/O OFFICER OR MANAGING AGENT
ONE CITIZENS PLAZA
PROVIDENCE, RI 02903-1339

READER'S DIGEST ASSOCIATION INC.
RETIREMENT PLAN LCV
C/O OFFICER OR MANAGING AGENT
READER'S DIGEST ROAD
PLEASANTVILLE, NY 10570-7000

REED US RETIREMENT PLAN
(REED ELSEVIER)
C/O OFFICER OR MANAGING AGENT
275 WASHINGTON ST.
NEWTON, MA 02458

REED US RETIREMENT PLAN
(REED ELSEVIER)
LYNN FORMICA
275 WASHINGTON ST.
NEWTON, MA 02458

REFORM PENSION BOARD LCV
C/O OFFICER OR MANAGING AGENT
355 LEXINGTON AVENUE
NEW YORK, NY 10017-6603

REGENTS OF THE UNIVERSITY OF MICHIGAN
C/O OFFICER OR MANAGING AGENT
101 NORTH MAIN STREET STE 525
ANN ARBOR, MI 48104-5517

REGIONS FINANCIAL CORPORATION
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE  19808

RELATIVE VALUE FD LP
C/O OFFICER OR MANAGING AGENT
HIGHBRIDGE EVENT DRVIEN RE HIGHBRIDGE CAP
MGMT LLC
1209 ORANGE ST
WILMINGTON, DE 19808

REMPEL BROTHERS
C/O OFFICER OR MANAGING AGENT
5608 ROCKWELL DR.
BAKERSFIELD, CA 93308

REMPEL BROTHERS
C/O RICHARD REMPEL
5608 ROCKWELL DR.
BAKERSFIELD, CA 93308

RENEE H. MILLER LIVING TRUST
C/O TRUSTEE FOR RENEE H. MILLER LIVING
TRUST
430 E. PALMYRA AVENUE
ORANGE, CA 92866

REPUBLIC BANK AND TRUST CO.
C/O OFFICER OR MANAGING AGENT
REPUBLIC CORPORATE CTR.
601 W. MARKET STREET
LOUISVILLE, KY 40202

RESEARCH AFFILIATES FUNDAMENTAL INDEX LP
C/O OFFICER OR MANAGING AGENT
620 NEWPORT CENTER DRIVE
SUITE 900
NEWPORT BEACH, CA 92660-8038

RETIREMENT SYSTEM OF ALABAMA
C/O DALE WEAVER
135 SOUTH UNION STREET
MONTGOMERY, AL 36130-2150

REX LOGAN STURM, JR
PO BOX 341
21730 PEACHTREE ROAD
BARNESVILLE, MD 20838-0341

REXNORD-ZURN HOLDINGS INC. MASTER TRUST
C/O OFFICER OR MANAGING AGENT
US INDUSTRIES, INC.
777 S FIAGLER DRIVE
WEST PALM BEACH, FL 33401

RHETA R. SMITH
2223 PINE STREET
PHILADELPHIA , PA 19103

RHUMBLINE S.A. FREE S&P INDEX
ATTN: WAYNE OWEN
30 ROWES WHARF
BOSTON, MA 02171

RHUMBLINE S.A. FREE S&P INDEX
C/O OFFICER OR MANAGING AGENT
30 ROWES WHARF
BOSTON, MA 02171

RICHARD & CAROL ASKIN, U/A DTD 09/27/1990
ASKIN FAMILY TRUST
RICHARD & CAROL ASKIN TTEE
13650 MARINA POINTE DR UNIT 15
UNIT 1503
MARINA DEL REY, CA 90292-9292

RICHARD & DESPINA HAIGLER, RICHARD &
DESPINA HAIGLER LIVING TRUST UA 11/04/91
C/O TRUSTEE OF RICHARD & DESPINA HAIGLER
LIVING TRUST UA 11/04/91
810 LEMOS LN
FREMONT, CA 94539-3776

RICHARD C. FREEDMAN AND LYNDA M.
FREEDMAN
6677 SILVERMOUND DRIVE
MENTOR, OH 44060-8416

RICHARD D DUDLEY
3713 VISTA CIRCLE
WAUSAU, WI 54403-8135

RICHARD J. BERNARD
BAKER & HOSTETLER LLP
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111

RICHARD KALLENBERGER AND NANCY
KALLENBERGER
4710 SNOWMOUNTAIN RD
YAKIMA, WA 98908-2845

RICHARD PANIAGUA
PO BOX 301
SAWYER, MI 49125

RICHARD ROTT
502 BRIAR PLACE
CHICAGO, IL 60657-4652

RICHARD S. MILLER, ESQUIRE
ROBERT T. HONEYWELL, ESQUIRE
K&L GATES LLP
599 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022

RICHARD SALDINGER, ESQUIRE
SHAW GUSSIS FISHMAN GLANTZ WOLFSON &
TOWBIN LLC
321 N. CLARK, SUITE 800
CHICAGO, IL 60654

RIDGEWORTH CAPITAL MGMT INC
C/O OFFICER OR MANAGING AGENT
A/C TRUST COMPANY BANK-SPECIAL TRUSCO
30000
50 HURT PLAZA SUITE 1400
ATLANTA, GA 30303-2953

RIEF RMP LLC
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

RIEF TRADING LLC
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

RISK FACIL 99: CLOSE/RISK
U.S. SHARES PROGRAMS
ATTN: PROGRAM TRADING MANAGER
9 W. 57TH STREET
NEW YORK, NY 10019

RISK FACIL 99: CLOSE/RISK
U.S. SHARES PROGRAMS
C/O OFFICER OR MANAGING AGENT
9 W. 57TH STREET
NEW YORK, NY 10019

ROBERT A. & ESTHER G. FOX
943 COATES ROAD
MEADOWBROOK, PA 19046

ROBERT A. SIMINS AND JAMIE A. SIMINS
20 ZABRISKIE TERRACE
MONSEY, NY 10952-1913

ROBERT A. SKINNER
ROPES & GRAY LLP
PRUDENTIAL TOWER, 800 BOYLSTON STREET
BOSTON, MA  02199-3600

ROBERT B GREENE JR TRUST U/A 11/06/86
C/O ROBERT B GREENE JR OR CURRENT TRUSTEE
200 E DELAWARE PL # 8F
CHICAGO, IL 60611

ROBERT C & NANCY LOBDELL, LOBDELL FAMILY
TRUST UA 08/20/96
C/O TRUSTEE OF LOBDELL FAMILY TRUST
2439 SHARON OAKS DR
MENLO PARK, CA 94025-6828

ROBERT C. & LAURENA P. HUBER
25642 SE 41ST ST
ISSAQUAH, WA 98029-5728

ROBERT C. PALMER, IRA R/O
C/O DELAWARE CHARTER G&T  OR CURRENT
TRUSTEE
2480 DONA ANA RD. SW
DEMING, NM 88030-7452

ROBERT D. NELSON
1131 JUGADOR COURT
LAKE SAN MARCOS, CA 92078-4834

ROBERT DISHON FAMILY TRUST
C/O 1ST SOURCE BANK AS TRUSTEE
100 N. MICHIGAN STREET
SOUTH BEND, IN 46601

ROBERT J BROOKES, TR U/A 3/10/87 FBO RJ
BROOKES & V M BROOKES
C/O TRUSTEE FOR ROBERT J BROOKES, TR U/A
3/10/87
149 SO HUDSON PLACE
LOS ANGELES, CA 90004-1037

ROBERT J. KUHN DECL OF TR DTD 4-6-92
C/O THOMAS J. KUHN TRUSTEE OR CURRENT
TRUSTEE
ALEXANDER X KUHN & CO
123 WEST FRONT STREET, STE 200
WHEATON, IL 60187

ROBERT M BERGER
1506 SHERIDAN RD
HIGHLAND PARK, IL 60035

ROBERT M. TREBOUX
129 E 60TH ST
NEW YORK, NY 10022

ROBERT PARRILLO, U/A DTD 12/27/1990 BY
ROBERT PARRILLO
C/O ROBERT PARRILLO, TRUSTEE OR CURRENT
TRUSTEE
1 LAS OLAS CIR
FT LAUDERDALE, FL 33316-1604

ROBERT PLOTKIN, ESQUIRE
MCGUIRE WOODS LLP
2001 K. STREET, SUITE 400
WASHINGTON, DC 20006-1040

ROBERT RAMSEY
1818 22ND ST UNIT 119
SACRAMENTO, CA 95816-7162

ROBERT W YOUNG
813 VALLEY CREEK DRIVE
PLANO, TX 75075-8123

ROBYN L. MOTLEY
120 FORMBY
WILLIAMSBURG, VA 23188

RODMAN W. MOORHEAD, III
3465 N PINES WAY, PMB 25211
WILSON, WY 83014-9127

RODOLFO V GIL
P.O. BOX 9124
CALABASAS, CA 91372

ROGER GOODAN
10267 HALLORAN RD
BOW, WA 98232-9367

RONDRA MATTHEWS AND KEITH MATTHEWS
637 FAIRFAX WAY
WILLIAMSBURG, VA 23185

RONIN CAPITAL LLC
C/O OFFICER OR MANAGING AGENT
230 S LASALLE ST/STE 688
CHICAGO, IL 60604

ROSENBERG REVOCABLE TRUST
CLAUDE AND LOUISE ROSENBERG TRUSTEES
C/O KEN HILLER
FOLGER LEVIN LLP
199 FREMONT STREET 23RD FLOOR
SAN FRANCISCO, CA 94105

ROTHSCHILD INVESTMENT CORP IL
ATTN: RICHARD FORMAN KARGER
311 SOUTH WACKER DRIVE SUITE 6500
CHICAGO, IL 60606

ROY J. CARVER CHARITABLE TRUST
C/O TRUSTEE FOR ROY J. CARVER CHARITABLE
TRUST
202 IOWA AVE
MUSCATINE, IA 52761

RUTH GRUENTHAL
300 W END AVE
NEW YORK, NY 10023

RUTH MCCORMICK TANKERSLEY, TR UA 10/06/92
THE RUTH MCCORMICK TANKERSLEY
REVOCABLE TRUST
C/O RICHARD DUFFIELD
3430 E SUNRISE DR, SUITE 200
TUCSON, AZ 85718

RUTH MCCORMICK TANKERSLEY, TR UA 10/06/92
THE RUTH MCCORMICK TANKERSLEY
REVOCABLE TRUST
C/O TRUSTEE OF THE RUTH MCCORMICK
TANKERSLEY REVOCABLE TRUST
3430 E SUNRISE DR, SUITE 200
TUCSON, AZ 85718

RUTHELLYN MUSIL, U/A  07/27/2001 RUTHELLYN
MUSIL TRUST
C/O RUTHELLEYN MUSIL, TRUSTEE
950 N MICHIGAN AVE # 4604
CHICAGO, IL 60611

RYDEX INVESTMENTS
A/C 67
C/O OFFICER OR MANAGING AGENT
9601 BLACKWELL ROAD SUITE 500
ROCKVILLE, MD 20850-6478

RYDEX SERIES FUNDS MULTI-HEDGE STRATEGIES
FUND
ATTN MICHAEL SCALZI, OLGA VONIKAKI
SECURITY GLOBAL INVESTORS-RYDEX/SGI
805 KING FARM BLVD, SUITE 600
ROCKVILLE, MD 20850

RYDEX SERIES FUNDS MULTI-HEDGE STRATEGIES
FUND
C/O OFFICER OR MANAGING AGENT
SECURITY GLOBAL INVESTORS-RYDEX/SGI
805 KING FARM BLVD, SUITE 600
ROCKVILLE, MD 20850

RYDEX VARIABLE S&P 500 PURE VALUE FUND
SECURITY GLOBAL INVESTORS-RYDEX/SGI
ATTN MICHAEL SCALZI, OLGA VONIKAKI
805 KING FARM BLVD, SUITE 600
ROCKVILLE, MD 20850

RYDEX VARIABLE S&P 500 PURE VALUE FUND
SECURITY GLOBAL INVESTORS-RYDEX/SGI
C/O OFFICER OR MANAGING AGENT
805 KING FARM BLVD, SUITE 600
ROCKVILLE, MD 20850

S & CO. INC.
DUDLEY H. WILLIS
PARTNER
50 CONGRESS STREET
BOSTON, MA  02109

S & CO. INC.
DUDLEY H. WILLIS
PARTNER
50 CONGRESS STREET
BOSTON, MA 02109

S & CO. INC.
THE COMPANY CORPORATION
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE  19808

S & P 500 INDEX EQUAL WEIGHT
C/O OFFICER OR MANAGING AGENT
ADVISORY RESEARCH INC
180 N STETSON
SUITE 5780
CHICAGO, IL 60601-6737

S KEATING AND CAROL RHOADS U/A DTD
11/07/1994
C/O S KEATING RHOADS AND CAROL RHOADS, OR
CURRENT TRUSTEE
2611 NIDO WAY
LAGUNA BEACH, CA 92651

SACRAMENTO COUNTY EMPLOYEES RETIREMENT
SYSTEM
C/O JEFF STATES OR OFFICER OR MANAGING
AGENT
980 9TH ST STE 1800
SACRAMENTO, CA 95812-0687

SAINT LOUIS UNIVERSITY
C/O OFFICER OR MANAGING AGENT
3545 LAFAYETTE AVE 6FL
SALUS CENTER
ST LOUIS, MO 63104

SALAVATION ARMY SOUTHERN TERRITORY
C/O OFFICER OR MANAGING AGENT
1424 NORTHEAST EXPRESSWAY
ATLANTA, GA 30329

SALVATION ARMY CENTRAL TERRITORY
C/O OFFICER OR MANAGING AGENT
10 W ALGONQUIN ROAD
DES PLAINES, IL 60016

SAMUEL P RECKFORD
28 RIDGE TERRACE
SHORT HILLS, NJ 07078-2427

SANFORD C. BERNSTEIN FUND, INC.
DIANNE F. LOB, PRESIDENT
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105

SANTA FE ART FOUNDATION
C/O OFFICER OR MANAGING AGENT
P.O. BOX 2437
SANTA FE, NM 87504-2437

SARA A YOUNG LIGHTBOURN
2355 SW 28TH AVE
FORT LAUDERDALE, FL 33312-4552

SARA JOYCE TRUST U/A DTD 1/7/2005
C/O M. JOYCE & S. JOYCE TRUSTEE, OR CURRENT
TRUSTEE
125 E. MAPLE STREET
HINSDALE, IL 60521

SARAH A. SULKOWSKI
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K STREET, NW, SUITE 1100
WASHINGTON, DC 20006

SARGEANT & LUANN JOYS LIV TR U/A DTD
09/23/2001
PLEDGED TO ML LENDER
C/O SARGEANT E & LUANN G JOYS TRUSTEES, OR
CURRENT TRUSTEE
1999 CEDAR DR
GRAFTON, WI 53024-2704

SAVANNAH RIVER NUCLEAR SOLUTIONS LLC
MASTER TRUST
C/O OFFICER OR MANAGING AGENT
BLDG 703-47A ROOM 111
AIKEN, SC 29808

SBC MASTER PENSION TRUST
C/O TRUSTEE OF SBC MASTER PENSION TRUST
208 S AKARD ST, 27TH FLOOR
DALLAS, TX 75201

SBC MASTER PENSION TRUST
C/O TRUSTEE OF SBC MASTER PENSION TRUST
208 S AKARD ST, 27TH FLOOR
DALLAS, TX 75201

SBL FUND SERIES H
NORTHERN TRUST GLOBAL INVESTMENT
C/O OFFICER OR MANAGING AGENT
50 S LA SALLE ST STE 1
CHICAGO, IL 60603-1003

SC EDISON NUCLEAR FACILITIES QUALIFIED CPUC
DECOM MASTER TRUST
C/O TRUSTEE OF SC EDISON NUCLEAR FACILITIES
QUALIFIED CPUC DECOM MASTER TRUST
2244 WALNUT GROVE AVENUE
ROSEMEAD, CA 91770

SCHEIERMANN LIVING TRUST, U/A DTD 08/28/1997
C/O ANNE SCHEIERMANN OR CURRENT TRUSTEE
842 MONACO DR
PUNTA GORDA, FL 33950

SCHOOL EMPLOYEES RETIREMENT SYSTEM OF
OHIO
C/O OFFICER OR MANAGING AGENT
300 E. BROAD ST SUITE 100
COLUMBUS, OH 43215

SCOTT C SMITH TRUST
C/O SCOTT C SMITH TRUSTEE
1361 HACKBERRY LN
WINNETKA, IL 60093

SCOTT R COOK
10618 LUCAS ROAD
WOODSTOCK, IL 60098-7448

SDG&E QUALIFIED NUCLEAR DECOMMISSIONING
TRUST PARTNERSHIP
C/O OFFICER OR MANAGING AGENT
101 ASH STREET HQ 10F
SAN DIEGO, CA 92101-3017

SECRETARY TO MUTUAL BENEFIT ASSOCIATION
FOR TOKYO METROPOLITAN EMPLOYEES
THE SUMITOMO TRUST & BANKING CO. LTD.
C/O OFFICER OR MANAGING AGENT
536 MADISON AVENUE
NEW YORK, NY 10031

SECURITIES LLC
TMS/ITS A/C FOR REVERE STREET
C/O OFFICER OR MANAGING AGENT
615 SOUTH DUPONT HIGHWAY
DOVER, DE 19808

SECURITY BENEFIT LIFE INSURANCE COMPANY
KRIS ALAN ROBBINS, PRESIDENT
ONE SECURITY BENEFIT PLACE
TOPEKA, KS 66636-0001

SEI INSTITUTIONAL INVESTMENT TRUST - LARGE
CAP FUND
SEI INVESTMENT MANAGEMENT
ATTN: MR THOMAS WILLIAMS
1 FREEDOM VALLEY DRIVE
OAKS, PA  19456

SEI INSTITUTIONAL INVESTMENT TRUST - LARGE
CAP FUND
SEI INVESTMENT MANAGEMENT
C/O OFFICER OR MANAGING AGENT
1 FREEDOM VALLEY DRIVE
OAKS, PA  19456

SEI INSTITUTIONAL MANAGED TRUST LARGE CAP
VALUE FUND
C/O OFFICER OR MANAGING AGENT
SEI INVESTMENT MANAGEMENT
1 FREEDOM VALLEY DRIVE
OAKS, PA  19456

SEI INSTITUTIONAL MANAGED TRUST LARGE CAP
VALUE FUND
SEI INVESTMENT MANAGEMENT
MR THOMAS WILLIAMS
1 FREEDOM VALLEY DRIVE
OAKS, PA  19456

SEI S&P 500 INDEX FUND
C/O MR THOMAS WILLIAMS
SEI INVESTMENT MANAGEMENT
1 FREEDOM VALLEY DRIVE
OAKS, PA  19456

SEI S&P 500 INDEX FUND
C/O OFFICER OR MANAGING AGENT
SEI INVESTMENT MANAGEMENT
1 FREEDOM VALLEY DRIVE
OAKS, PA  19456

SEI SIIT LCV
C/O OFFICER OR MANAGING AGENT
SEI INVESTMENTS DISTRIBUTION CO
1 FREEDOM VALLEY DRIVE
OAKS, PA 19456

SEI SIMT LCV
C/O OFFICER OR MANAGING AGENT
C/O SEI INVESTMENTS DISTRIBUTION CO
1 FREEDOM VALLEY DRIVE
OAKS, PA 19456

SEI SIMT LCV
C/O SEI INVESTMENTS DISTRIBUTION CO
1 FREEDOM VALLEY DRIVE
OAKS, PA 19456

SEI SIMT TAX MANAGED LARGE CAP
C/O OFFICER OR MANAGING AGENT
SEI INVESTMENTS DISTRIBUTION CO
1 FREEDOM VALLEY DRIVE
OAKS, PA 19456

SEIU MASTER PENSION TRUST LCV
C/O OFFICER OR MANAGING AGENT
1313 L ST, NW
WASHINGTON, DC 20005

SELF-INSURANCE RESERVE FUND - MASTER
TRUST INVESTMENT ACCOUNTS
C/O WILMINGTON TRUST COMPANY TRUSTEE, OR
CURRENT TRUSTEE
200 HYGEIA DRIVE
NEWARK, DE 19713

SEMPRA ENERGY PENSION MSTR TRST
C/O TRUSTEE FOR SEMPRA ENERGY PENSION
MSTR TRST
101 ASH STREET
SAN DIEGO, CA 92101

SENTINEL INVESTMENT PARTNERS LTD
C/O OFFICER OR MANAGING AGENT
SENTINEL CAPITAL ADVISERS LLC
59 MAIDEN LANE 6TH FL
NEW YORK, NY 10038-4646

SGIF LARGE CAP VALUE FUND (R1V ENHANCED)
C/O OFFICER OR MANAGING AGENT
SEI INVESTMENTS
1 FREEDOM VALLEY DRIVE
OAKS, PA 19456

SHARON ANNE BRADFORD CHRISTHILF
4201 LINKWOOD RD
BALTIMORE, MD 21210-2914

SHARON B. CHRISTHILF
4201 LINKWOOD ROAD
BALTIMORE, MD 21210-2914

SHARON B. ZELL, SHARON B. ZELL FAMILY TRUST
#2
DTD 1/21/94 RESTATED 5/10/96
SHARON B. ZELL TRUSTEE
C/O MIKE FELTMAN
P.O. BOX 9280
KETCHUM, ID 83340-7163

SHARON ROSENHAUSE
2100 S OCEAN LN APT 708
FT LAUDERDALE, FL 33316

SHEET METAL WORKERS LOCAL #73
ATTN: NACY LALLENSACK
4530 ROOSEVELT ROAD
HILLSIDE, IL 60162

SHEET METAL WORKERS LOCAL #73
C/O OFFICER OR MANAGING AGENT
4530 ROOSEVELT ROAD
HILLSIDE, IL 60162

SHEILA L PELLEGRINI 1961 REV
C/O BANK OF AMERICA OR CURRENT TRUSTEE
BANK OF AMERICA CORPORATE CENTER
100 N. TRYON ST
CHARLOTTE, NC 28255

SHERBET + CO
C/O OFFICER OR MANAGING AGENT
T ROWE PRICE ASSOCIATES
FUND ACCOUNTING DEPT
100 EAST PRATT ST
BALTIMORE, MD 21204

SHERRY P. BRODER U/A DTD 1/1/94
C/O SHERRY BRODER ESQ. TRUSTEE, OR CURRENT
TRUSTEE
4191 ROUND TOP DRIVE
HONOLULU, HI 96822-5039

SHIRLEY J SPERLING AND SUSAN J MARTIN
49 TABOR RD
MECHANICVILLE, NY 12118-3409

SI TRUST SERVICING
C/O OFFICER OR MANAGING AGENT
80 WEST STREET SUITE 201
RUTLAND, VT 05701

SI TRUST SERVICING
JOHN ARSENAULT
EXECUTIVE VICE PRESIDENT
80 WEST STREET SUITE 201
RUTLAND , VT 05701

SILVERCREST ASSET MANAGEMENT GROUP LLC
DAVID CAMPBELL
1330 AVENUE OF THE AMERICAS 38TH FLOOR
NEW YORK, NY  10019

SIRIUS INTERNATIONAL INSURANCE
CORPORATION
C/O MS. CHRISTINE REPASY
WHITE MOUNTAIN RE SERVICES
628 HEBRON AVENUE
BUILDING 2 SUITE 501
GLASTONBURY, CT 06033

SIRIUS INTERNATIONAL INSURANCE
CORPORATION
C/O OFFICER OR MANAGING AGENT
WHITE MOUNTAIN RE SERVICES
628 HEBRON AVENUE
BUILDING 2 SUITE 501
GLASTONBURY, CT 06033

SMOKE RISE FOUNDATION, INC.
C/O FRIEDMAN & HUEY ASSOCIATES
1313 W. 175TH STREET
HOMEWOOD, IL 60430

SOUTH CAROLINA RETIREMENT SYSTEM
MARK HAMMOND
SOUTH CAROLINA SECRETARY OF STATE
SUITE 525
COLUMBIA, SC 29201

SOUTH DAKOTA RETIREMENT SYSTEM "MF"
ACCOUNT
C/O OFFICER OR MANAGING AGENT
4009 WEST 49TH STREET #300
SIOUX FALLS, SD 57106-5221

SOUTHERN COMPANY SYSTEM MASTER
RETIREMENT TRUST
C/O TRUSTEE FOR SOUTHERN COMPANY SYSTEM
MASTER RETIREMENT TRUST
30 IVAN ALLEN JR. BLVD., NW
ATLANTA, GA 30308

SOUTHERN ELECTRICAL RETIREMENT FUND DTD
8/22/1975
C/O PAUL GASS & LANNY SMITH TRUSTEES OR
CURRENT TRUSTEE
SANFORD C. BERNSTEIN & CO.
50 NORTH FRONT STREET 12TH
MEMPHIS, TN 38103

SOUTHERN NEVADA CULINARY & BARTENDERS
PENSION TRUST FUND
C/O OFFICER OR MANAGING AGENT
BARTENDERS LOCAL # 165
4825 W. NEVSO DRIVE
LAS VEGAS, NV 89103

SOUTHERN NEVADA CULINARY & BARTENDERS
PENSION TRUST FUND
C/O TERRY GREENWALD
BARTENDERS LOCAL # 165
4825 W. NEVSO DRIVE
LAS VEGAS, NV 89103

SOUTHWEST CARPENTERS PENSION TRUST MCV
C/O TRUSTEE OF SOUTHWEST CARPENTERS
PENSION TRUST MCV
533 S FREMONT AVE, 7TH FLOOR
LOS ANGELES, CA 90071

SOVEREIGN BANK
C/O OFFICER OR MANAGING AGENT
ATTN: TRUST DEPT.
2002 RT 70
LAKEHURST, NJ 08733-4630

SPINNING WHEEL LP
C/O AL KOPLIN
7035 BIG SPRINGS COURT
LAS VEGAS, NV 89113-1361

SPINNING WHEEL LP
C/O OFFICER OR MANAGING AGENT
7035 BIG SPRINGS COURT
LAS VEGAS, NV 89113-1361

SPRINT CORPORATION
C/O OFFICER OR MANAGING AGENT
THE NORTHERN TRUST COMPANY OF
CONNECTICUT
300 ATLANTIC STREET, STE 400
STAMFORD, CT 06901

SPX PRINCIPAL STRATEGY
U.S. SHARES PROGRAMS
ATTN: PROGRAM TRADING MANAGER
9 W. 57TH STREET
NEW YORK, NY 10019

SPX PRINCIPAL STRATEGY
U.S. SHARES PROGRAMS
C/O OFFICER OF MANAGING AGENT
9 W. 57TH STREET
NEW YORK, NY 10019

SR LOEB ARBITRAGE MASTER MA LTD
C/O OFFICER OR MANAGING AGENT
LOEB PARTNERS CORP
55 EAST 52ND STREET
NEW YORK, NY 10055-0002

SSGA JAPAN CO LTD
C/O ANDREW LETTS
STATE STREET GLOBAL ADV BOSTON
2 INTERNATIONAL PLACE
BOSTON, MA 02110

SSGA JAPAN CO LTD
C/O OFFICER OR MANAGING AGENT
STATE STREET GLOBAL ADV BOSTON
2 INTERNATIONAL PLACE
BOSTON, MA 02110

STANFORD UNIVERSITY LCV
C/O OFFICER OR MANAGING AGENT
2770 SAND HILL ROAD
MENLO PARK, CA 94026

STANLEY G. HARRIS, STANLEY G. HARRIS TR
6/13/45 CHARITY
C/O TRUSTEE OF STANLEY G. HARRIS TR 6/13/45
CHARITY
111 WEST MONROE STREET
CHICAGO, IL 60603

STANLEY G. HARRIS, STANLEY G. HARRIS TRUST
6/10/46
C/O TRUSTEE OF STANLEY G. HARRIS TRUST
6/10/46
111 WEST MONROE STREET
CHICAGO, IL 60603

STANLEY G. HARRIS, STANLEY G. HARRIS TRUST
6/17/65
C/O TRUSTEE OF STANLEY G. HARRIS TRUST
6/17/65
111 WEST MONROE STREET
CHICAGO, IL 60603

STARK ASSET MANAGEMENT
TODD MW TURALL
3600 S. LAKE DR.
ST. FRANCIS, WI 53235-3716

STARK GLOBAL OPPORTUNITIES MANAGEMENT
LLC
F/K/A STARK EVENT MANAGEMENT LLC
DANIEL J. MCNALLY
GENERAL COUNSEL
3600 SOUTH LAKE DRIVE
ST. FRANCIS, WI 53235-3716

STARK GLOBAL OPPORTUNITIES MASTER FUND
LTD.
BRIAN STARK
CHIEF EXECUTIVE OFFICER AND CHIEF
INVESTMENT OFFICER
STARK INVESTMENTS 3600 SOUTH LAKE DRIVE
ST. FRANCIS, WI 53235

STARK MASTER FUND LTD.
BRIAN STARK
CHIEF EXECUTIVE OFFICER AND CHIEF
INVESTMENT OFFICER
STARK INVESTMENTS 3600 SOUTH LAKE DRIVE
ST. FRANCIS, WI 53235

STARK OFFSHORE MANAGEMENT, LLC
DANIEL J. MCNALLY
GENERAL COUNSEL
3600 SOUTH LAKE DRIVE
ST. FRANCIS, WI 53235-3716

STATE FARM FIRE & CASUALTY INSURANCE
COMPANY
C/O OFFICER OR MANAGING AGENT
ONE STATE FARM PLAZA, INVESTMENT
ACCOUNTING-D3
BLOOMINGTON, IL 61710

STATE FARM FIRE & CASUALTY INSURANCE
COMPANY
ATTN: CHERYL REICHTER
ONE STATE FARM PLAZA, INVESTMENT
ACCOUNTING-D3
BLOOMINGTON, IL 61710

STATE FARM FIRE & CASUALTY INSURANCE
COMPANY
C/O OFFICER OR MANAING AGENT
ONE STATE FARM PLAZA, INVESTMENT
ACCOUNTING-D3
BLOOMINGTON, IL 61710

STATE FARM INSURANCE COMPANIES EMPLOYEE
RETIREMENT TRUST
ATTN: CHERYL REICHTER
ONE STATE FARM PLAZA, INVESTMENT
ACCOUNTING-D3
BLOOMINGTON, IL 61710

STATE FARM INSURANCE COMPANIES EMPLOYEE
RETIREMENT TRUST
C/O OFFICER OR MANAGING AGENT
ONE STATE FARM PLAZA, INVESTMENT
ACCOUNTING

STATE FARM LIFE INSURANCE COMPANY
C/O OFFICER OR MANAGING AGENT
STATE FARM FIRE & CASUALTY INSURANCE
COMPANY
ONE STATE FARM PLAZA, INVESTMENT
ACCOUNTING-D3
BLOOMINGTON, IL 61710

STATE FARM LIFE INSURANCE COMPANY
C/O STATE FARM FIRE & CASUALTY INSURANCE
COMPANY
ATTN: CHERYL REICHTER
ONE STATE FARM PLAZA, INVESTMENT
ACCOUNTING-D3
BLOOMINGTON, IL 61710

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY
C/O OFFICER OR MANAGING AGENT
ONE STATE FARM PLAZA, INVESTMENT
ACCOUNTING-D3
BLOOMINGTON, IL 61710

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY
STATE FARM FIRE & CASUALTY INSURANCE
COMPANY
ATTN: CHERYL REICHTER
ONE STATE FARM PLAZA, INVESTMENT
ACCOUNTING-D3
BLOOMINGTON, IL 61710

STATE OF CALIFORNIA MASTER TRUST
C/O TRUSTEE OF STATE OF CALIFORNIA MASTER
TRUST
1800 15TH STREET
SACRAMENTO, CA 95814

STATE OF CALIFORNIA STATE TEACHERS
RETIREMENT SYSTEM
POST OFFICE BOX15275
100 WATERFRONT PLACE 14TH FL
SACRAMENTO, CA 95605-2807

STATE OF CONNECTICUT
OFFICE OF THE TREASURER
KAREN JANNETTY
DEP CHIEF OF STAFF
55 ELM STREET
HARTFORD, CT 06106-1773

STATE ST BANK
GBL APLHA EDGE COMMON TRST FD & TRUST
COMPANY
C/O OFFICER OR MANAGING AGENT
STATE ST BANK & TRUST CO
ONE LINCOLN STREET
BOSTON, MA 02111-2901

STATE STREET GLOBAL ADV BOSTON
C/O OFFICER OR MANAGING AGENT
SSGA JAPAN CO LTD
2 INTERNATIONAL PLACE
BOSTON, MA 02110

STATE STREET GLOBAL ADVISORS
THE PRENTICE-HALL CORPORATION SYSTEM, INC.
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

STATE STREET LUX
TWEEDY BROWNE COMPANY LLC
C/O LAURA LYNN FORD
350 PARK AVENUE 9TH FLOOR
NEW YORK, NY 10022

STATE STREET LUX
TWEEDY BROWNE COMPANY LLC
C/O OFFICER OR MANAGING AGENT
350 PARK AVENUE 9TH FLOOR
NEW YORK, NY 10022

STEAMFITTERS LOCAL 420 LCV
C/O OFFICER OR MANAGING AGENT
14420 TOWNSEND ROAD, STE B
PHILADELPHIA, PA 19154

STEPHANIE CAHN
3453 N RACINE AVENUE UNIT # 3-N
CHICAGO, IL 60657-1595

STEPHEN AXELSON AND LINDA AXELSON
C/O AXELSON FAM. LIMITED PARTNERSHIP
10603 N 100TH STREET
SCOTTSDALE, AZ 85260-6301

STEPHEN D CARVER
175 15TH ST NE STE 305
ATLANTA, GA 30309-3547

STEPHEN L. O'CONNOR, STEPHEN L. O'CONNOR
TRUST
C/O BANK OF AMERICA
BANK OF AMERICA CORPORATE CENTER
100 N. TRYON ST
CHARLOTTE, NC 28255

STEPHEN L. RATNER, ESQUIRE
HARRY FISCHER, ESQUIRE
PROSKAUER ROSE LLP
ELEVEN TIMES SQUARE
NEW YORK, NY  10036-8299

STEPHEN V. D'AMORE, ESQUIRE
WINSTON & STRAWN LLP
35 W. WACKER DRIVE
CHICAGO, IL 60601-9703

STEVEN J. VENEZIA
UPTON & HATFIELD, LLP
8 SCHOOL STREET
P.O. BOX 13
HILLSBOROUGH, NH  03244-0013

STEVEN RAPKIN
727 WASHINGTON STREET
HOBOKEN, NJ 07030-5065

STEVEN T. HOORT
ROPES & GRAY LLP
PRUDENTIAL TOWER, 800 BOYLSTON STREET
BOSTON, MA 02199-3600

STICHTING PENSIOENFONDS CAMPINA LCV
C/O OFFICER OR MANAGING AGENT
GOLDMAN SACHS ASSET MGMT
1 NEW YORK PLAZA
NEW YORK, NY 10004

STOCK INDEX PORTFOLIO, A SERIES OF THE
PRUDENTIAL SERIES FUND, INC.
C/O OFFICER OR MANAGING AGENT
100 MULBERRY ST
NEWARK, NJ 07102-4077

STRATEGIC FUNDS, INC.
DREYFUS ACTIVE MIDCAP FUND
C/O OFFICER OR MANAGING AGENT
200 PARK AVENUE
NEW YORK, NY 10166

STRATEGIC PARTNERS OPPORTUNITY FUNDS
JUDY A. RICE
PRESIDENT AND PRINCIPAL EXECUTIVE OFFICER
GATEWAY CENTER 3 100 MULBERRY STREET
NEWARK, NJ 7102

SUN CREATIVE INVESTMENTS LP
C/O OFFICER OR MANAGING AGENT
5056 MACOMB ST NW
WASHINGTON, DC 20016-2673

SUN CREATIVE INVESTMENTS LP
C/O ROBERT BURKA
5056 MACOMB ST NW
WASHINGTON, DC 20016-2673

SUNAMERICA ASSET MANAGEMENT CO.
JUMM
C/O GREG KINGSTON
2929 ALLEN PARKWAY
HOUSTON, TX 77019-1701

SUNAMERICA ASSET MANAGEMENT CO.
JUMM
C/O OFFICER OR MANAGING AGENT
2929 ALLEN PARKWAY
HOUSTON, TX 77019-1701

SUNAMERICA ASSET MANAGEMENT
VARIABLE ANNUITY LIFE INSURANCE CO
JUJE
GREG KINGSTON
2929 ALLEN PARKWAY
HOUSTON, TX 77019-1701

SUNGARD-CENTRAL TRUST & INVESTMENT CO
C/O OFFICER OR MANAGING AGENT
720 E. BROADWAY
COLOMBIA, MO

SUNRISE PARTNERS LP
DOUGLAS AMBROSE, VICE PRESIDENT
TWO AMERICAN LANE
GREENWICH, CT 06836

SUSAN H SHANE U/A DTD 08/09/1991
C/O SUSAN H SHANE TRUSTEE, OR CURRENT
TRUSTEE
250 COTTINI WAY
BONNY DOON, CA 95060

SUSAN K CUNNINGHAM
109 DIANA RD
PORTAGE, IN 46368-8702

SUSQUEHANNA CAPITAL GROUP
JONATHAN FIEBACH, PRESIDENT
401 CITY LINE AVE, STE 220
BALA CYNWYD, PA 19004-1122

SYMETRA FINANCIAL CORP
NATIONAL REGISTERED AGENTS, INC.
160 GREENTREE DRIVE, SUITE 101
DOVER, DE 19904

SYMETRA LIFE INSURANCE CO.
RANDY TALBOT, PRESIDENT
777 108TH AVENUE N.E. SUITE 1200
BELLEVUE, WA 98004-5135

SYNERGY CAPITAL MANAGEMENT LLC
C/O OFFICER OR MANAGING AGENT
4553 GLENCOE AVE
MARINA DEL REY, CA 90292

T. ROWE PRICE EQUITY INCOME PORTFOLIO
C/O OFFICER OR MANAGING AGENT
7337 E. DOUBLETREE RANCH ROAD
SCOTTSDALE, AZ 85258

T. ROWE PRICE EQUITY INCOME TRUST
C/O TRUSTEE OF T. ROWE PRICE EQUITY INCOME
TRUST
100 EAST PRATT STREET
BALTIMORE, MD 21292

T.ROWE PRICE ASSOCIATES
C/O OFFICER OR MANAGING AGENT
RESEARCH LIBRARY
100 EAST PRATT STREET
BALTIMORE, MD 21202

TALON OPPORTUNITY PARTNERS LP
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

TAMAR SECURITIES INC
C/O OFFICER OR MANAGING AGENT
23811 CHAGRIN BLVD, SUITE 200
BEACHWOOD, OH 44122-5525

TASKFORCE & CO
C/O OFFICER OR MANAGING AGENT
T. ROWE PRICE ASSOCIATES
RESEARCH LIBRARY
100 EAST PRATT ST.
BALTIMORE, MD 21202

TBK PARTNERS, LLC
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

TD BANK, NA
C/O OFFICER OR MANAGING AGENT
143 N/O MAIN STREET
CONCORD, NH 03301

TE CALEL PORTFOLIO, LTD
200 WEST STREET
NEW YORK, NY 10282

TEACHER RETIREMENT SYSTEM OF TEXAS
C/O JERRY ALBRIGHT OR CURRENT OFFICER OR
MANAGING AGENT
1000 RED RIVER STREET
AUSTIN, TX 78701-2698

TEACHERS' RETIREMENT SYSTEM OF THE CITY OF
NEW YORK
C/O OFFICER OR MANAGING AGENT
55 WATER STREET
NEW YORK, NY 10041

TEAMSTERS JOINT COUNCIL NO. 83 OF VIRGINIA
C/O OFFICER OR MANAGING AGENT
WEST END ADMINISTRATORS, INC.
 8814 FARGO ROAD, STE 200
RICHMOND, VA 23229-4673

TERENCE RHODEN
PO BOX 670718
DALLAS, TX 75367-0718

TEXAS EDUCATION AGENCY
C/O OFFICER OR MANAGING AGENT
1701 NORTH CONGRESS AVENUE
AUSTIN, TX 78701-1494

TEXTRON INC MASTER TRUST
C/O ELLEN HAYES OR CURRENT TRUSTEE
40 WESTMINSTER STREET
PROVIDENCE, RI 02903

THE ADVISORS INNER CIRCLE FUND - VALUE
EQUITY FUND
C/O OFFICER OR MANAGING AGENT
LSV ASSET MANAGEMENT
155 N WACKER DRIVE, SUITE 4600
CHICAGO, IL 60606

THE ADVISORS INNER CIRCLE FUND - VALUE
EQUITY FUND
LSV ASSET MANAGEMENT
MS LESLIE KONDZIELA
155 N WACKER DRIVE, SUITE 4600
CHICAGO, IL 60606

THE ALLIANCE BERNSTEIN PORTFOLIOS
C/O JOSEPH J. MANTINEO
TREASURER AND CHIEF FINANCIAL OFFICER
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105

THE BOARD OF TRUSTEES OF THE LELAND
STANFORD JR UNIV
C/O OFFICER OR MANAGING AGENT
2770 SAND HILL ROAD
MENLO PARK, CA 94025

THE BOEING COMPANY EMPLOYEES RETIREMENT
PLANS MASTER TRUST
C/O TRUSTEE OF THE BOEING COMPANY
EMPLOYEES RETIREMENT PLANS MASTER TRUST
100 NORTH RIVERSIDE PLAZA
CHICAGO, IL 60606

THE BURROUGHS WELLCOME FUND LCV
C/O OFFICER OR MANAGING AGENT
PO BOX 13901
RESEARCH TRIANGLE PARK, NC 27709-3901

THE CALDWELL FOUNDATION
C/O OFFICER OR MANAGING AGENT
2215 MARTIN LUTHER KING
TYLER, TX 75712

THE CONSOLIDATED EDISON RETIREMENT PLAN
C/O OFFICER OR MANAGING AGENT
4 IRVING PLACE
NEW YORK, NY 10003

THE DFA INVESTMENT TRUST COMPANY
C/O CORPORATION SERVICE COMPANY
REGISTERED AGENT
2711 CENTERVILLE RD., SUITE 400
WILMINGTON, DE 19808

THE EMPLOYERS' FIRE INSURANCE COMPANY
C/O ONEBEACON INSURANCE CO.
ATTN: MR. BRAD RICH GENERAL COUNSEL OR
CURRENT OFFICER OR MANAGING AGENT
ONE BEACON LANE
CANTON, MA 02021

THE GABELLI EQUITY TRUST INC
C/O OFFICER OR MANAGING AGENT
ONE CORPORATE CENTER
RYE, NY 10580

THE GABELLI GLOBAL DEAL FUND
C/O OFFICER OR MANAGING AGENT
1 CORPORATE CENTER
RYE, NY 10580

THE GABELLI VALUE FUND, INC.
C/O OFFICER OR MANAGING AGENT
ONE CORPORATE CENTER
RYE, NY 10580-1422

THE GLASSELL FOUNDATION
919 MILAM STREET SUITE 2010
HOUSTON, TX 77002-5422

THE GLENMEDE TRUST COMPANY, N.A.
JAMES R. BELANGER
SENIOR VICE PRESIDENT, CORPORATE COUNSEL
ONE LIBERTY PLACE, SUITE 1200
1650 MARKET STREET
PHILADELPHIA, PA 19103-7391

THE GOLDMAN SACHS GROUP, INC.
REGISTERED AGENT
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

THE GRACE TRUST
C/O DUANE SHELTON TYDINGS AND
JOHN HEALEY TRUSTEES, OR CURRENT TRUSTEE
3514 HAMLET PLACE
CHEVY CHASE, MD 20815-4816

THE HARTFORD
C/O JOHN LADD
200 HOPMEADOW STREET
SIMSBURY, CT 06089

THE HARTFORD
C/O OFFICER OR MANAGING AGENT
200 HOPMEADOW STREET
SIMSBURY, CT 06089

THE HENRY FRANCIS DUPONT WINTERTHUR
MUSEUM, INC.
C/O OFFICER OR MANAGING AGENT
WILMINGTON TRUST COMPANY AS AGENT
5105 KENNETT PIKE
WILMINGTON, DE 19735

THE KROGER COMPANY MASTER RETIREMENT
TRUST
C/O OFFICER OR MANAGING AGENT
2800 EAST 4TH STREET
HUTCHINSON, KS 67504-1266

THE MERGER FUND
C/O OFFICER OR MANAGING AGENT
FIRSTAR TRUST COMPANY
100 SUMMIT LAKE DRIVE
VALHALLA, NY 10595-1339

THE MERGER FUND VL
FREDERICK W. GREEN
PRESIDENT
100 SUMMIT LAKE DRIVE
VALHALLA, NY 10595

THE MERGER FUND
ATTN: BONNIE SMITH
FIRSTAR TRUST COMPANY
100 SUMMIT LAKE DRIVE
VALHALLA, NY 10595-1339

THE NEW YORK PROVINCE OF THE SOCIETY OF
JESUS
C/O OFFICER OR MANAGING AGENT
39 EAST 83RD STREET
NEW YORK, NY 10028

THE NORTHERN ASSURANCE CO. OF AMERICA
ATTN: MR. BRAD RICH GENERAL COUNSEL OR
CURRENT OFFICER OR MANAGING AGENT
ONEBEACON INSURANCE CO.
ONE BEACON LANE
CANTON, MA 02021

THE PEOPLES BANK
C/O OFFICE OR MANAGING AGENT
222 SOUTH MAIN STREET
PRATT, KS 67124

THE PETERS CORPORATION
C/O OFFICER OR MANAGING AGENT
P.O. BOX 908
SANTA FE, NM 87504-0908

THE ROMAN CATHOLIC ARCHBISHOP OF LA
ARCHDIOCESE OF LOS ANGELES
C/O MR. RANDY STEINER OR CURRENT OFFICER
OR MANAGING AGENT
3424 WILSHIRE BLVD.
LOS ANGELES, CA 90010-2241

THE SALVATION ARMY CENTRAL TERRITORIAL
C/O OFFICER OR MANAGING AGENT
10 WEST ALGONQUIN ROAD
DES PLAINES, IL 60016

THE SCRIPPS FAMILY REV. TRUST
U/A/D 02-16-2006/SB
C/O BARRY H. AND
GAIL D. SCRIPPS TRUSTEE
1008 GENIUS DR.
WINTER PARK, FL 32789-5122

THE SIRAGUSA FOUNDATION
C/O OFFICER OR MANAGING AGENT
1 EAST WACKER DRIVE, SUITE 2910
CHICAGO, IL 60601-1912

THE SPURGEON FAMILY LIMITED
PARTNERSHIP
C/O CHARLES H. SPURGEON
220 RAMONA AVE
EL CERRITO, CA 94530-4145

THE SPURGEON FAMILY LIMITED
PARTNERSHIP
C/O OFFICER OR MANAGENT AGENT
220 RAMONA AVE
EL CERRITO, CA 94530-4145

THE UNIVERSAL INSTITUTIONAL FUNDS, INC.
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

THE VALUE LINE INCOME FUND
C/O OFFICER OR MANAGING AGENT
VALUE LINE, INC.
VALUE LINE ASSET MANAGEMENT PORTFOLIO
ADMINISTRATION
220 EAST 42ND ST. 5TH FLOOR
NEW YORK, NY 10017

THE VANGUARD GROUP
A/C 05228-00-K/INSTL INDEX
C/O OFFICER OR MANAGING AGENT
100 VANGUARD BLVD V26
MALVERN, PA 19355-2331

THE VANGUARD GROUP, INC.
C/O OFFICER OR MANAGING AGENT
100 VANGUARD BLVD
MALVERN, PA  19355

THE VICTORY PORTFOLIOS
MICHAEL POLICARPO II
PRESIDENT
3435 STELZER RD
COLUMBUS, OH 43219

THE WALT DISNEY COMPANY
ATTN: MR. MITCH POLON
500 SO. BUENA VISTA ST.
BURBANK, CA 91521-0504

THE WALT DISNEY COMPANY
C/O OFFICER OR MANAGING AGENT
500 SO. BUENA VISTA ST.
BURBANK, CA 91521-0504

THE WHITTIER TRUST COMPANY
C/O OFFICER OR MANAGING AGENT
1600 HUNTINGTON DRIVE
SOUT PASADENA, CA 91030

THERESE KING-NOHOS, ESQUIRE
DEWEY & LEBOEUF
TWO PRUDENTIAL PLAZA
SUITE 3700
180 NORTH STESON AVENUE
CHICAGO, IL 60601

THOMAS AND TRACY LEACH
200 E DELAWARE PL # 4F
CHICAGO, IL 60611

THOMAS E MITCHELL
369 RACETRACK RD
HO HO KUS, NJ 07423-1627

THOMAS E. MITCHELL
369 RACETRACK RD
HO HO KUS, NJ 07423-1627

THOMAS E. MITCHELL, III
369 RACETRACK RD
HO HO KUS, NJ 07423-1627

THOMAS F. HOLT, JR.
WILLIAM G. POTTER
K&L GATES LLP
STATE STREET FINANCIAL CENTER
ONE LINCOLN STREET
BOSTON, MA 02111

THOMAS G AYERS TRUST
C/O JOHN S AYERS TRUSTEE AND
CATHERINE A ALLEN TRUSTEE
595 RIVERVIEW DR
ANN ARBOR, MI 48104

THOMAS T BYRD, TR UA 01/25/82 HARRY F BYRD
JR REVOCABLE TRUST
C/O HARRY F BYRD JR, TRUSTEE OR CURRENT
TRUSTEE
2 N KENT ST
WINCHESTER, VA 22601-5038

THOMASYNE C. HUBERT
TOD THOMAS G. HUBERT
901 SOUTH EDGEWOOD LANE
MT PROSPECT, IL 60056-4058

TIAA-CREF
C/O OFFICER OR MANAGING AGENT
730 THIRD AVE
NEW YORK, NY 10017

TIAA-CREF
TIM GEHMAN
730 THIRD AVE
NEW YORK, NY 10017

TIME WARNER INC
C/O OFFICER OR MANAGING AGENT
MASTER PENSION TRUST
75 ROCKEFELLER PLAZA
NEW YORK, NY 10019

TIMOTHY AND ELIZABETH LANDON, TIMOTHY
AND ELIZABETH LANDON JOINT TRUST
C/O TRUSTEE OF TIMOTHY AND ELIZABETH
LANDON JOINT TRUST
2704 BENNETT AVE
EVANSTON, IL 60201

TIMOTHY R. KENNEDY & SUSAN M. KENNEDY
2075 CHARLES DRIVE
HELLERTOWN, PA 18055

TIMOTHY S. PECARO & SUSAN S. PECARO
1344 LANCIA DRIVE
MC LEAN, VA 22102-2204

TOBEY MARIE DALUZ, ESQUIRE
BALLARD SPAHR LLP
919 N. MARKET ST., 11TH FL
WILMINGTON, DE 19801

TOMMIE L CORDERO TR UA 12/09/90 TRUST
C/O TRUSTEE FOR TOMMIE L CORDERO TR UA
12/09/90 TRUST
13211 ROYALCREST CT #194
LA MIRADA, CA 90638

TOWER GREENSPUN DGSPT, LLC
C/O CORPORATION SERVICE COMPANY
REGISTERED AGENT
2711 CENTERVILLE RD., SUITE 400
WILMINGTON, DE 19808

TOWER GREENSPUN JGGSTP, LLC
C/O CORPORATION SERVICE COMPANY
REGISTERED AGENT
2711 CENTERVILLE RD., SUITE 400
WILMINGTON, DE 19808

TOWER GREENSPUN SGFFT, LLC
C/O CORPORATION SERVICE COMPANY
REGISTERED AGENT
2711 CENTERVILLE RD., SUITE 400
WILMINGTON, DE 19808

TOWER GREENSPUN, L.L.C.
C/O CORPORATION SERVICE COMPANY
REGISTERED AGENT
2711 CENTERVILLE RD., SUITE 400
WILMINGTON, DE 19808

TRADEWORX ULTRA SELECT LP
TMS/ITS SETT A/C FOR TRADEWORX
C/O CORPORATION SERVICE COMPANY
2711 CENTERVILLE RD SUITE 400
WILMINGTON, DE 19808-1645

TRANSIT EMPLOYEES RETIREMENT
C/O OFFICER OR MANAGING AGENT
200 E RANDOLPH SUITE 2900
CHICAGO, IL 60601-6536

TRAUB TRADING LLC
C/O OFFICER OR MANAING AGENT
220 MONTGOMERY ST/STE 600
SAN FRANCISCO, CA 94104

TREASURER OF THE STATE OF N.C.
ELAINE F. MARSHALL
NORTH CAROLINA SECRETARY OF STATE
2 SOUTH SALISBURY STREET
RALEIGH, NC 27601

TRIBECA INVESTMENTS LLC
C/O OFFICER OR MANAGING AGENT
MORGAN STANLEY & CO INC
ONE NEW YORK PLAZA
NEW YORK, NY 10004-1901

TROON & CO
A PARTNERSHIP
C/O OFFICER OR MANAGING AGENT
BOX 1655
SOUTH BEND, IN 46634-1655

TRP INSTL COM TR FD EQY INDEX TR
C/O TRUSTEE FOR TRP INSTL COM TR FD EQY
INDEX TR
T. ROWE PRICE TRUST CO.
100 EAST PRATT STREET
BALTIMORE MARYL, ND 21202

TRP STRUCTURED RESEARCH TRUST
C/O T ROWE PRICE TRUST COMPANY
100 EAST PRATT STREET
BALITMORE, MD 21202

TRUST CO. OF VERMONT
JOHN R. DAVIDSON
151 MAIN STREET
BRATTLEBORO, VT 5301

TRUST D FOR A PORTION OF THE ASSETS OF THE
KODAK RET INC FD PLN
C/O OFFICER OR MANAGING AGENT
LIBERTY VIEW
HARBORSIDE FIN'L CTR PLAZA
103 SECOND ST SUITE 202
JERSEY CITY, NJ 7311

TTEES WATCH HOUSE TRUST
C/O PAUL A SILVER
HINCKLEY ALLEN & SNYDER LLP
1500 FLEET CTR
PROVIDENCE, RI 02903-2319

TWEEDY BROWNE COMPANY LLC
STATE STREET LUX
C/O LAURA LYNN FORD
350 PARK AVENUE 9TH FLOOR
NEW YORK, NY 10022

TWEEDY BROWNE COMPANY LLC
STATE STREET LUX
C/O OFFICER OR MANAGING AGENT
350 PARK AVENUE 9TH FLOOR
NEW YORK, NY 10022

TWEEDY BROWNE VALUE FUND
C/O OFFICER OR MANAGING AGENT
350 PARK AVENUE
NEW YORK, NY 10022

TWIN CITY PIPE TRADES PENSION FUND LCV
C/O OFFICER OR MANAGING AGENT
700 TRANSFER ROAD
ST PAUL, MN 55114

U/A CARRINGTON M. LLOYD, JR. PLD
C/O BANK OF AMERICA
BANK OF AMERICA CORPORATE CENTER
CHARLOTTE, NC 28255

U/W/O HENRY CARSON JACKSON, IRREVOCABLE
MANAGEMENT TRUST, UA 12-17-96 TRUST A-2
C/O CHERRY SUE JACKSON, TRUSTEE OR
CURRENT TRUSTEE
P.O. BOX 71
OPELIKA, AL 36803-0071

UA LOCAL UNION OFFICE & EMPLOYEES
C/O OFFICER OR MANAGING AGENT
3 PARK PLACE
ANNAPOLIS, MD 21401

UAD 12/9/98 VICTORIA BADALI DEC OF LIVING
FAMILY TRUST
C/O VINCENT A G BADALI, OR CURRENT TRUSTEE
1 HUNT CLUB DR
ST CHARLES, IL 60174

UBS INDEX TRUST
PRESIDENT
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6028

UD VS RISLEY CJ DE SIEYES ETAL
DR CHARLES J DE SIEYES
35 OLD POWERHOUSE RD
FALMOUTH, ME 04105-1615

UFCW INTERNATIONAL UNION-INDUSTRY
PENSION FUND
C/O OFFICER OR MANAGING AGENT
1775 K STREET, NW
WASHINGTON, DC 20006-1598

UFCW MIDWEST PENSION FUND
C/O OFFICER OR MANAGING AGENT
1300 HIGGINS ROAD, STE 300
PARK RIDGE, IL 60068

UMC BENEFIT BOARD, INC
C/O OFFICER OR MANAGING AGENT
1201 DAVIS STREET
EVANSTON, IL 60201-1118

UMWA 1974 PENSION TRUST
C/O TRUSTEE FOR UMWA 1974 PENSION TRUST
2121 K STREET NW
WASHINGTON, DC 20037

UMWA HEALTH AND RETIREMENT
C/O OFFICER OR MANAGING AGENT
2121 K STREET NW
WASHINGTON, DC 20037

UNION BANK & TRUST COMPANY
C/O OFFICER OR MANAGING AGENT
312 CENTRAL AVENUE
MINNEAPOLIS, MN 55414

UNITED CHURCH OF CHRIST DEFINED
CONTRIBUTION
C/O OFFICER OR MANAGING AGENT
475 RIVERSIDE DRIVE ROOM 1020
NEW YORK, NY 10115-1126

UNITED DEFENSE LP
C/O MARK MANION
1525 WILSON BLVD. STE 700
ARLINGTON, VA 22209

UNITED DEFENSE LP
C/O OFFICER OR MANAGING AGENT
1525 WILSON BLVD. STE 700
ARLINGTON, VA 22209

UNITED TECHNOLOGIES CORP.
C/O OFFICER OR MANAGING AGENT
MASTER RETIREMENT TRUST
UNITED TECHNOLOGIES BUILDING
HARTFORD, CT 06101

UNITIED FOOD & COMMERCIAL WORKERS
INTERNATIONAL UNION-INDUSTRY PENSION
FUND
C/O OFFICER OR MANAGING AGENT
541 N FAIRBANKS CT, SUITE 2600
CHICAGO, IL 60611

US BANK NATIONAL ASSOCATION
C/O OFFICER OR MANAGING AGENT
801 NORTH CLARK STREET
CHICAGO, IL 60610

USAA MUTUAL FUND INC.
C/O OFFICER OR MANAGING AGENT
USAA INVESTMENT COMPANY
ROBERT GALINDO A03W
9800 FREDERICKSBURG ROAD
SAN ANTONIO, TX 78288

V TRADER PRO LLC
C/O OFFICER OR MANAGING AGENT
220 BUSH ST
SAN FRANCISCO, CA 94104

VALUE GROWTH PORTFOLIO OF THE EQUITRUST
VARIABLE INSURANCE SERIES FUND
C/O FBL FINANCIAL GROUP INC. ATTN: MICHELLE
INGLE LEGAL
5400 UNIVERSITY AVENUE
WEST DES MOINES, IA 50266

VALUE GROWTH PORTFOLIO OF THE EQUITRUST
VARIABLE INSURANCE SERIES FUND
C/O OFFICER OR MANAGING AGENT
C/O FBL FINANCIAL GROUP INC.
5400 UNIVERSITY AVENUE
WEST DES MOINES, IA 50266

VANDERBILT PARTNERS, LLC.
C/O OFFICER OR MANAGING AGENT
350 PARK AVENUE 9TH FLOOR
NEW YORK
NEW YORK, NY 10022

VANGARD FIDUCIARY TRUST COMPANY
C/O OFFICER OR MANAGING AGENT
RUSSELL 1000 VALUE/VANGUARD GRP, INC
P O BOX 2600
VALLEY FORGE, PA 19482

VANGUARD - 143-VVIF MIDCAP INDEX
C/O OFFICER OR MANAGING AGENT
THE VANGUARD GROUP
100 VANGUARD BLVD
MALVERN, PA  19355

VANGUARD - 143-VVIF MIDCAP INDEX
THE VANGUARD GROUP
MR. JOHN RAIDY
100 VANGUARD BLVD
MALVERN, PA  19355

VANGUARD - VGD FTSE SOCIAL INDEX
C/O MR. JOHN RAIDY
THE VANGUARD GROUP
100 VANGUARD BLVD
MALVERN, PA  19355

VANGUARD - VGD FTSE SOCIAL INDEX
C/O OFFICER OR MANAGING AGENT
THE VANGUARD GROUP
100 VANGUARD BLVD
MALVERN, PA  19355

VANGUARD GROWTH AND INCOME FUND
C/O OFFICER OR MANAGING AGENT
THE VANGUARD GROUP
100 VANGUARD BLVD
MALVERN, PA  19355

VANGUARD GROWTH AND INCOME FUND
THE VANGUARD GROUP
MR. JOHN RAIDY
100 VANGUARD BLVD
MALVERN, PA  19355

VANGUARD GRP, INC RUSSELL 1000 VALUE FUND
C/O OFFICER OR MANAGING AGENT
VANGARD FIDUCIARY TRUST COMPANY
P O BOX 2600
VALLEY FORGE, PA 19482

VANGUARD INSTITUTIONAL INDEX FUND
C/O OFFICER OR MANAGING AGENT
THE VANGUARD GROUP
100 VANGUARD BLVD
MALVERN, PA  19355

VANGUARD INSTITUTIONAL INDEX FUND
THE VANGUARD GROUP
MR. JOHN RAIDY
100 VANGUARD BLVD
MALVERN, PA  19355

VANGUARD STRUCTURED LARGE - CAP EQUITY
FUND
C/O OFFICER OR MANAGING AGENT
100 VANGUARD BLVD
MALVERN, PA 19355

VANGUARD VALUED INDEX FUND-EQUITY INDEX
C/O OFFICER OR MANAGING AGENT
THE VANGUARD GROUP
100 VANGUARD BLVD
MALVERN, PA  19355

VARIABLE ANNUITY LIFE INS CO
C/O OFFICER OR MANAGING AGENT
SUNAMERICA ASSET MANAGEMENT
JUJE
GREG KINGSTON
2929 ALLEN PARKWAY
HOUSTON, TX 77019-1701

VARIABLE INS. PROD FUND II INDEX 500
PORTFOLIO
C/O OFFICER OR MANAGING AGENT
82 DEVONSHIRE ST
BOSTON, MA 02109-3614

VEBA PARTNERSHIP N LP
C/O OFFICER OR MANAGING AGENT
ONE VERIZON WAY BLDG.7
BASKING RIDGE, NJ 07920

VERIZON INVESTMENT MANAGEMENT CORP
C/O OFFICER OR MANAGING AGENT
695 MAIN STREET
SUITE 600
STAMFORD, CT 06901

VERIZON MASTER SAVINGS TRUST
C/O OFFICER OF MANAGING AGENT
295 N. MAPLE AVE,  BLDG. 7
BASKING RIDGE, NJ 07920

VERN M STRICKLER
2528 DUKE PL
COSTA MESA, CA 92626-6339

VERNA R. HARRAH, VERNA R. HARRAH TRUST
SPECIAL ACCOUNT DTD 9/5/86
VERNA HARRAH TRUSTEE
C/O GATTO POPE & WALWICK LLP
550 WEST C STREET SUITE 1700
SAN DIEGO, CA 92101-3568

VFTC - VANGUARD COMPANY STOCK 21
ATTN: MR. JOHN RAIDY
THE VANGUARD GROUP
100 VANGUARD BLVD
MALVERN, PA  19355

VFTC - VANGUARD COMPANY STOCK 21
C/O OFFICER OF MANAGING AGENT
THE VANGUARD GROUP
100 VANGUARD BLVD
MALVERN, PA  19355

VILMA L CHANTILES AND NICHOLAS G
CHANTILES
13 CIRCLE RD
SCARSDALE, NY 10583-5321

VINCENT R. CAPPUCCI, ESQUIRE
JORDAN A. CORTEZ, ESQUIRE
ENTWISTLE & CAPPUCCI LLP
280 PARK AVENUE, 26 FLOOR WEST
NEW YORK, NY 10017

VIOLET PAYNE AND LESLIE PAYNE
167 BROOKLYN AVE
HUNTINGTON, NY 11743

VIRGIL SMITH RAY
PO BOX 160937
AUSTIN, TX 78716

VIRGINIA COLLEGE SAVINGS PLAN LCV
C/O OFFICER OR MANAGING AGENT
PO BOX 607
RICHMOND, VA 23218

VIRGINIA RETIREMENT SYSTEM
C/O OFFICER OR MANAGING AGENT
1200 EAST MAIN STREET
RICHMOND, VA 23218-2500

VIRGINIA SONNENSCHEIN TRUST
C/O TRUSTEE FOR VIRGINIA SONNENSCHEIN
TRUST
64 LOCUST RD
WINNETKA, IL 60093-3751

VIRGINIA SONNENSCHEIN TRUST
C/O VIRGINIA SONNENSCHEIN CUSTODIAN
64 LOCUST RD
WINNETKA, IL 60093-3751

VOLUTION ALL-CAP EQUITY FUND
C/O OFFICER OR MANAGING AGENT
DIREXION FUNDS
ATTN: ADAM GOULD
33 WHITEHALL STREET, 10TH FLOOR
NEW YORK, NY 10004

VT STATE RETIREMENT
C/O OFFICER OR MANAGING AGENT
109 STATE STREET 4TH FL
MONTPELIER, VT 05602

VT STATE RETIREMENT
C/O STEVE WISLOSKI
109 STATE STREET 4TH FL
MONTPELIER, VT 05602

W ELLIS GIDDENS LIVING TRUST UAD
C/O W GIDDENS OR CURRENT TRUSTEE
3754 LYTLE ROAD
BAINBRIDGE ISLAND, WA 98110

W.P., LAUGHLIN, W.P. LAUGHLIN TRUST
C/O TRUSTEE FOR W.P. LAUGHLIN TRUST
MICHIGAN TRUST BANK
136 EAST MICHIGAN AVENUE SUITE 1201
KALAMAZOO, MI 49007-3936

WALKER HOUSE SPV LTD
C/O OFFICER OR MANAGING AGENT
415 MADISON AVENUE
2ND FLOOR
NEW YORK, NY 10017-7958

WALTER E GRAHAM, U/A DTD 10/16/2000
C/O ANNE G TAYLOR OR CURRENT TRUSTEE
36 MAGNOLIA AVE
NEWTON, MA 02458

WAMU PENSION PLAN MASTER TRUST
C/O TRUSTEE FOR WAMU PENSION PLAN MASTER
TRUST
1301 SECOND AVENUE, WMC-3601
SEATTLE, WA 98101

WARD L QUAAL
520 GREEN BAY ROAD
WINNETKA, IL 60093

WARREN B. WILLIAMSON
760 HOLLADAY RD
PASADENA, CA 91106

WARREN B. WILLIAMSON
CHANDIS SECURITIES
350 W COLORADO BLVD, STE 230
PASADENA, CA 91105-1855

WARREN J EIDE
1222 BROADLEAF LN
SAN JOSE, CA 95128-1212

WASHINGTON AREA CARPENTERS PENSION FUND
C/O OFFICER OR MANAGING AGENT
6009 OXON HILL ROAD, STE 416
OXON HILL, MD 20745

WATER AND POWER EMPLOYEES' RET DISAB &
DEATH BENEFIT INS PLAN
C/O OFFICER OR MANAGING AGENT
111 NORTH HOPE STREET
LOS ANGELES, CA 90012-2690

WATERMAN BROADCASTING CORP
EMPLOYEE PROFIT SHARING PLAN U/A 01/01/1974
C/O OFFICER OR MANAGING AGENT
P.O. BOX 7578
FT MYERS, FL 33911-7578

WAYNE HUMMER TRUST CO NA
C/O OFFICER OR MANAGING AGENT
664 NORTH WESTERN AVENUE
SUITE 900
LAKE FOREST, IL 60045

WELLSPAN HEALTH INC. NON-ERISA
C/O OFFICER OR MANAGING AGENT
WELLSPAN OFFICE CENTER
45 MONUMENT ROAD
YORK, PA 17403

WELLSPAN HEALTH MASTER TRUST
C/O OFFICER OR MANAGING AGENT
147 GETTYS STREET
GETTYSBURG, PA 17325

WELLSPAN HEALTH PENSION LCV
C/O OFFICER OR MANAGING AGENT
45 MONUMENT ROAD, WELLSPAN OFFICE CENTER
YORK, PA 17403

WELLSPAN HEALTH SYSTEM
C/O OFFICER OR MANAGING AGENT
140 N DUKE ST
YORK, PA 17405 2767

WENDY & NATALIE TR-UW WALTER BLUM
C/O MR DAVID R COGGINS JR OR CURRENT
TRUSTEE
1730 IRVING AVE S
MINNEAPOLIS, MN 55403-2817

WERB & SULLIVAN
DUANE D. WERB
300 DELAWARE AVENUE, SUITE 1300
WILMINGTON, DE 19801

WG TRADING CO LP
ROBB EVANS & ASSOCIATES LLC
RECEIVER IN THE MATTER OF WG TRADING
11450 SHELDON ST
SUN VALLEY, CA 91352-1121

WHITE MOUNTAINS REINSURANCE COMPANY OF
AMERICA
DWIGHT EVANS
PRESIDENT AND CEO
ONE LIBERTY PLAZA-9TH FLOOR
NEW YORK, NY 10006

WILL K. WEINSTEIN, WILL K. WEINSTEIN
REVOCABLE TRUST U/A DTD 2-27-90
C/O WILL K. WEINSTEIN, TRUSTEE OR CURRENT
TRUSTEE
ONE FERRY BUILDING, SUITE 255
SAN FRANCISCO, CA 94111-4243

WILLIAM APFELBAUM
NORTHERN TRUST VALUE
2 DEARFIELD DR #1A
GREENWICH, CT 06831-5301

WILLIAM F. WARCHOL
5558 S TALMAN AVE
CHICAGO, IL 60629-1034

WILLIAM F. WARCHOL
5558 S TALMAN AVE
CHICAGO, IL 60629-1034

WILLIAM JAMES BELL TRUST
C/O WILLIAM J BELL TRUSTEE
C/O BELL PHILLIP TELEVISION
7800 BEVERLEY BLVD. SUITE 3371
LOS ANGELES, CA 90036-2112

WILLIAM K. DODDS, ESQUIRE
DECHERT LLP
1095 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036-6797

WILLIAM P HAMMOND TRUST U/A DTD 08/11/1992
C/O WILLIAM P HAMMOND TRUSTEE OR CURRENT
TRUSTEE
144 ELLIS RD
MILFORD, NJ 08848-1559

WILLIAM SANDERSON TWADDELL
323 W 96TH ST # 402
NEW YORK, NY 10025

WILLIAMM & JANE HAYS CHARITABLE
REMAINDER UNITRUST
C/O US BANK AS TRUSTEE
TRUST LEGAL COUNSEL EP-MN-WS4L
60 LIVINGSTON AVE
ST PAUL, MN 55107

WILLIAMS ANDERSON TWADDELL
PO BOX 406
BARNESVILLE, MD 20838-0406

WILLIE H. SHERROUSE
3800 PLACID DRIVE
MONROE, LA 71201

WILSHIRE MUTUAL FUNDS, INC.
MICHAEL WAUTERS
TREASURER
1299 OCEAN AVENUE SUITE 700
SANTA MONICA, CA 90401

WILSHIRE VARIABLE INSURANCE TRUST
LAWRENCE DAVANZO, PRESIDENT
1299 OCEAN AVENUE, SUITE 700
SANTA MONICA , CA 90401

WINCHESTER EVENING STAR INC.
THOMAS T. BYRD
2 N. KENT STREET
WINCHESTER, VA 22601-5038

WINDY A. HILLMAN
WARGO & FRENCH LLP
1170 PEACHTREE STREET, N.E.
SUITE 2020
ATLANTA, GEORGIA 30309

WIRTZ CORPORATION
MAX E. MOHLER
680 LAKE SHORE DRIVE
19TH FLOOR
CHICAGO, IL 60611-4548

WOLVERINE ASSET MANAGEMENT, INC.
JAMES T. EASTERLING
3500 THREE FIRST NATIONAL PLAZA
CHICAGO, IL 60602

WORLDWIDE TRANSACTIONS LIMITED
C/O OFFICER OR MANAGING AGENT
CARLSON CAPITAL L.P.
ATTN: LEGAL DEPARTMENT
2100 MCKINNEY AVENUE SUITE 1800
DALLAS, TX 75201

YIELD STRATEGIES FUND I LP
C/O CAMDEN ASSET MANAGEMENT
 BRUCE MILES ELIOT
2029 CENTURY PARK EAST, SUITE 2010
LOS ANGELES, CA 90067

ZEBRA CAPITAL MANAGEMENT, LLC
RAVI BANERJEE
PARTNER - COO
612 WHEELERS FARMS ROAD
MILFORD, CT 06461

ZEVIN ASSET MANAGEMENT LLC F/K/A ROBERT
BROOK ZEVIN ASSOCIATES, INC.
ROBERT BROOKE ZEVIN
50 CONGRESS STREET
SUITE 1040
BOSTON, MA 02109

ZOLTAN AND LIDIA HORVATH
38877 N KENMORE RD
ANTIOCH, IL 60002-7119