UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: __08-13141__  ● BK  ○ AP
If AP, related BK Case Number: _____

Title of Order Appealed:
__Order Denying Confirmation of Competing Plans.__
Docket Number: __10134__     Date Entered: __11/1/11__

Item Transmitted:   ● Notice of Appeal          ○ Motion for Leave to Appeal
                    ○ Amended Notice of Appeal   ○ Cross Appeal
                    Docket Number: __10276__     Date Filed: __11/14/11__

*Appellant/Cross Appellant:
__Aurelius Capital Management__

*Appellee/Cross Appellee

Counsel for Appellant:
__LIST ATTACHED TO NOTICE OF APPEAL__

Counsel for Appellee:
__LIST ATTACHED TO NOTICE OF APPEAL__

*If additional room is needed, please attach a separate sheet.

**Filing Fee paid?**   ● Yes   ○ No

**IFP Motion Filed by Appellant?**   ○ Yes   ● No

**Have Additional Appeals to the Same Order been Filed?**   ● Yes   ○ No
   If so, has District Court assigned a Civil Action Number?   ○ Yes   ○ No   Civil Action # _____

Additional Notes:
__No designations filed__

__2/1/12__                           By: __Ken Brown__
Date                                     Deputy Clerk

FOR USE BY U.S. BANKRUPTCY COURT

Bankruptcy Court Appeal (BAP) Number: __Ap# 11-98__
7/6/06