IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 10786 |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on January 31, 2012, true and correct copies of the **JOINDER OF BRIGADE CAPITAL MANAGEMENT, LLC IN THE "PRELIMINARY STATEMENT" OF LAW DEBENTURE TRUST COMPANY OF NEW YORK** were served on the parties listed on the attached service list as indicated thereon.

DATED: February 1, 2012

                                         /s/ Christopher D. Loizides
                                  Christopher D. Loizides (No. 3968)
                                  LOIZIDES, P.A.
                                  1225 King Street, Suite 800
                                  Wilmington, DE  19801
                                  Telephone:   (302) 654-0248
                                  Facsimile:     (302) 654-0728
                                  Email:           loizides@loizides.com

                                  *Counsel for Brigade Capital Management, LLC*

**SERVICE LIST**

**VIA FIRST-CLASS MAIL**

William D. Sullivan, Esquire
Elihu E. Allinson, III, Esquire
SULLIVAN HAZELTINE ALLINSON LLC
4901 N. Market Street, Suite 1300
Wilmington, DE 19801
*Counsel to Wilmington Trust Co.*

Robert J. Stark, Esquire
Daniel J. Saval, Esquire
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
*Counsel to Wilmington Trust Co.*

William P. Bowden, Esquire
Amanda M. Winfree, Esquire
ASHBY & GEDDES PA
500 Delaware Avenue, 8th Floor
Po Box 1150
Wilmington, DE 19899-1150
*Counsel to Aurelius Capital Mgmt.*

Daniel H. Golden, Esquire
Philip C. Dublin, Esquire
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
*Counsel to Aurelius (Mediation Party)*

Lawrence V. Gelber, Esquire
Adam L. Hirsch, Esquire
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
*Counsel to Suttonbrook Capital Mgmt LP*

David Adler, Esquire
MCCARTER & ENGLISH LLP
245 Park Ave, 27th Floor
New York, NY 10167
*Counsel to Deutsche Bank Trust Co. Americas*

James J. Freebery, IV, Esquire
MCCARTER & ENGLISH LLP
Renaissance Center
405 N. King Street, 8th Floor
Wilmington, DE  19801
*Counsel to Deutsche Bank Trust Co. Americas*

David S. Rosner, Esquire
Andrew K. Glenn, Esquire
Sheron Korpus, Esquire
KASOWITZ BENSON TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
*Counsel to Law Debenture Trust Co. of New York*

Garvin F. McDaniel, Esquire
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE  19801