# EXHIBIT A



Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

January 1, 2012                                                      Invoice  2087     MDS
In Reference To:  00499-003 - Mitchell v. Baltimore Sun
Client:  Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 12/01/11 | MDS | Review file and determine status, and address inquiry from client (1.3); extended telephone conference with client regarding status and strategy (.6). | 1.90<br>445.00/hr | 845.50 |
| | | **For professional services rendered** | **1.90** | **$845.50** |
| | | **Total Amount of this Bill** | | **$845.50** |

**Levine Sullivan Koch & Schulz, L.L.P.**

---

|                                          |                          |
|------------------------------------------|--------------------------|
| I.D. 00499-003 - MDS                     | January 1, 2012          |
| Re: Mitchell v. Baltimore Sun            | Invoice  2087            |
|                                          | Page  2                  |

**Timekeeper Summary**

|                        |        | Hours | Rate/Hour | Amount    |
|------------------------|--------|-------|-----------|-----------|
| Michael D. Sullivan    |        | 1.90  | 445.00    | 845.50    |
|                        | **Totals** | **1.90** |       | **$845.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

January 1, 2012                                                Invoice 2182    DAS
In Reference To: 00499-008 - General
Client: Tribune Company

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 12/22/11 | PJS | Begin research relating to copyright issues. | 0.30<br>290.00/hr | 87.00 |
| 12/22/11 | RP | Telephone conference with client regarding issues relating to copyright (.4); begin research regarding same (1.2). | 1.60<br>445.00/hr | 712.00 |
| 12/26/11 | PJS | Research relating to copyright issues. | 0.30<br>290.00/hr | 87.00 |
| 12/28/11 | PJS | Research relating to copyright issues. | 1.60<br>290.00/hr | 464.00 |
| 12/28/11 | RP | Review issues relating to copyright. | 0.40<br>445.00/hr | 178.00 |
| 12/29/11 | PJS | Research relating to copyright issues. | 0.90<br>290.00/hr | 261.00 |
| 12/29/11 | RP | Review research relating to copyright issues. | 0.50<br>445.00/hr | 222.50 |
| **For professional services rendered** | | | **5.60** | **$2,011.50** |
| **Total Amount of this Bill** | | | | **$2,011.50** |

**Levine Sullivan Koch & Schulz, L.L.P.**

|  |  |
|---|---|
| I.D. 00499-008 - DAS<br>Re: General | January 1, 2012<br>Invoice 2182<br>Page 2 |

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Robert Penchina | 2.50 | 445.00 | 1,112.50 |
| Paul J. Safier | 3.10 | 290.00 | 899.00 |
| **Totals** | **5.60** | | **$2,011.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

January 1, 2012                                                    Invoice 2100    NES

In Reference To:  00499-071 - Henke

Client:  Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 12/01/11 | NES | Telephone conference with client regarding strategy on settlement or remand to state court. | 1.00<br>445.00/hr | 445.00 |

| | Hours | Amount |
|---|---|---|
| **For professional services rendered** | **1.00** | **$445.00** |

| | Amount |
|---|---|
| **Total Amount of this Bill** | **$445.00** |

**Levine Sullivan Koch & Schulz, L.L.P.**

I.D. 00499-071 - NES
Re: Henke

January 1, 2012
Invoice  2100
Page  2

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Nathan E. Siegel | 1.00 | 445.00 | 445.00 |
| **Totals** | **1.00** |  | **$445.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

January 1, 2012                                          Invoice  2136        RP
In Reference To:  00499-077 - Journal Publ. v. Hartford Courant

Client:  Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 12/01/11 | RP | Exchange email with R. Weinstein and client regarding settlement agreement (.7); revise agreement (.5); telephone conference with client regarding same (.3). | 1.50 445.00/hr | 667.50 |
| 12/02/11 | RP | Exchange email with client regarding settlement payment. | 0.20 445.00/hr | 89.00 |
| 12/05/11 | RP | Exchange email with L. Vosburgh regarding settlement. | 0.20 445.00/hr | 89.00 |
| 12/09/11 | RP | Exchange email with client regarding settlement (.3); exchange email with R. Weinstein regarding settlement (.3). | 0.60 445.00/hr | 267.00 |
| 12/12/11 | RP | Exchange email with client regarding agreement (.3); exchange correspondence with R. Weinstein regarding agreement (.3). | 0.60 445.00/hr | 267.00 |
| 12/13/11 | RP | Exchange email with R. Weinstein regarding settlement issues (.3); review executed copy from R. Weinstein (.2); exchange email with client regarding agreement and payment (.3). | 0.80 445.00/hr | 356.00 |

| **For professional services rendered** | **3.90** | **$1,735.50** |
|---|---|---|

| **Total Amount of this Bill** | **$1,735.50** |
|---|---|

**Levine Sullivan Koch & Schulz, L.L.P.**

I.D. 00499-077 - RP
Re: Journal Publ. v. Hartford Courant

January 1, 2012
Invoice  2136
Page  2

## Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Robert Penchina | 3.90 | 445.00 | 1,735.50 |
| **Totals** | **3.90** | | **$1,735.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

January 1, 2012                                              Invoice 2075    SDB
In Reference To: 00499-080 - Tribune Company - Fee Application-Bankruptcy Retention Issues

Client: Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 12/13/11 | SDB | Review email to fee examiner regarding reports (.2); exchange email with clients regarding certificate of no objection (.4). | 0.60<br>445.00/hr | 267.00 |
| 12/13/11 | SDJ | Review September and October invoices and correspondence regarding processing of fees and expenses (.3); correspond with fee examiner regarding second quarterly report (.3). | 0.60<br>290.00/hr | 174.00 |
| 12/14/11 | SDJ | Draft sixteenth monthly fee application and review invoices regarding same. | 1.00<br>290.00/hr | 290.00 |
| 12/19/11 | SDJ | Revise monthly fee application and review invoices regarding same. | 1.00<br>290.00/hr | 290.00 |
| 12/21/11 | SDJ | Communicate with local counsel and client regarding certificate of no objection. | 0.40<br>290.00/hr | 116.00 |
| 12/27/11 | SDJ | Revise monthly fee application and prepare same for filing. | 0.50<br>290.00/hr | 145.00 |
| 12/27/11 | JPB | Review and revise sixteenth monthly fee application for accuracy. | 0.30<br>195.00/hr | 58.50 |
| 12/28/11 | SDJ | Revise monthly fee application and correspond with local counsel regarding filing and service (.8); correspond with fee examiner regarding Ledes files (.2). | 1.00<br>290.00/hr | 290.00 |
| 12/28/11 | SDB | Review and revise sixteenth monthly fee application and invoices to be submitted with same. | 0.40<br>445.00/hr | 178.00 |

**Levine Sullivan Koch & Schulz, L.L.P.**

|  |  |  |  |  | January 1, 2012 |
|  |  |  |  |  | Invoice  2075 |

I.D. 00499-080 - SDB
Re: Tribune Company - Fee Application-Bankruptcy Retention Issues

Page 2

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
|  |  | **For professional services rendered** | **5.80** | **$1,808.50** |
|  |  | **Total Amount of this Bill** |  | **$1,808.50** |

## Levine Sullivan Koch & Schulz, L.L.P.

|  |  |
|---|---|
| I.D. 00499-080 - SDB | January 1, 2012 |
| Re: Tribune Company - Fee Application-Bankruptcy Retention Issues | Invoice 2075 |
|  | Page 3 |

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Seth D. Berlin | 1.00 | 445.00 | 445.00 |
| Shaina D. Jones | 4.50 | 290.00 | 1,305.00 |
| Jennifer P. Burke | 0.30 | 195.00 | 58.50 |
| **Totals** | **5.80** |  | **$1,808.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605