## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) ) ) Chapter 11 ) ) Case No. 08-13141 (KJC) ) ) (Jointly Administered) ) ) |
| TRIBUNE COMPANY, *et al.*, | |
| Debtors. | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on the 27th day of January, 2012, a copy of ***EGI-TRB, L.L.C.'s Response to Aurelius Capital Management, LP's Request for Production of Documents Relating to Allocation Disputes*** was served on the following counsel via electronic mail and served on the following counsel via U.S. mail on January 31, 2012:

> Daniel H. Golden
> David M. Zensky
> Akin Gump Strauss Hauer & Feld LLP
> One Bryant Park
> New York, NY 10036-6745
> dgolden@akingump.com
> dzensky@akingump.com
>
> *Attorneys for Aurelius Capital Management, LP*

2

Dated: February 1, 2012           By:    /s/ *David W. Carickhoff*
                                         David W. Carickhoff (DE No. 3715)
                                         BLANK ROME LLP
                                         1201 Market Street, Suite 800
                                         Wilmington, Delaware 19801
                                         Telephone: (302) 425-6400
                                         Facsimile: (302) 425-6464

                                            - and-

                                         David J. Bradford (admitted *pro hac vice)*
                                         Catherine L. Steege (admitted *pro hac vice*)
                                         Andrew W. Vail (admitted *pro hac vice)*
                                         JENNER & BLOCK LLP
                                         353 North Clark Street
                                         Chicago, Illinois 60654
                                         Telephone: (312) 222-9350
                                         Facsimile: (312) 840-7375

                                         *Co-Counsel for EGI-TRB, L.L.C.*