IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al*,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>(Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of Tribune Company, *et al.*,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DENNIS J. FITZSIMMONS, *et al.*,<br><br>　　　　Defendants. | Adversary Proceeding No. 10-54010 (KJC) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF D. ROSS MARTIN

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of D. Ross Martin, Esq., to represent Artis Capital Management, L.P., the President and Fellows of Harvard College, and Marcia Tingley, individually and as a putative defendant class representative, in the above-captioned proceedings.

　　　　　　　　　　　　　　　　　　　　/s/ John M. Seaman
　　　　　　　　　　　　　　　　　　　　John M. Seaman (I.D. # 3868)
　　　　　　　　　　　　　　　　　　　　ABRAMS & BAYLISS LLP
　　　　　　　　　　　　　　　　　　　　20 Montchanin Road, Suite 200
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19807
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 778-1152
　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 258-0771
　　　　　　　　　　　　　　　　　　　　Email: seaman@abramsbayliss.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Artis Capital Management, L.P.,
　　　　　　　　　　　　　　　　　　　　the President and Fellows of Harvard College,
　　　　　　　　　　　　　　　　　　　　and Marcia Tingley, individually and as a*
Dated: January 27, 2012　　　　　　　　*putative defendant class representative*
　　　Wilmington, Delaware

Docket No. 10736
Filed Jan. 27, 2012

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing, as a member of the Bar of the Commonwealth of Massachusetts and the Bar of the State of New York, an am admitted to practice before the United States District Court for the District of Massachusetts, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Date: January 26, 2012

D. Ross Martin, Esq.
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Fax: (617) 951-7050
Email: ross.martin@ropesgray.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: February 2, 2012

The Honorable Kevin J. Carey
United States Bankruptcy Judge