# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket No.: 10822** |

## CERTIFICATE OF SERVICE

I, Richard W. Riley, hereby certify that I am not less than 18 years of age, and that on February 1, 2012, I caused a true and correct copy of the *Response Of Robert R. McCormick Tribune Foundation And Cantigny Foundation To Movants' Reply (I) In Further Support Of Motion For Order Lifting Stays Of State Law Constructive Fraudulent Conveyance Suits And (II) In Response To The Objections And Responses Of The Debtors And Various Other Parties To The Third Motion Of The Official Committee Of Unsecured Creditors To Amend Definition Of "Termination Event" In Standing Orders* was caused to be served on the attached service list as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: February 2, 2012  
       Wilmington, Delaware

*/s/ Richard W. Riley*  
Richard W. Riley (DE 4052)  
DUANE MORRIS LLP  
222 Delaware Avenue, Suite 1600  
Wilmington, DE 19801-1659  
Tel: (302) 657-4900  
Fax: (302) 657-4901  
E-Mail: rwriley@duanemorris.com

DM3\2060848.1

## SERVICE LIST

*VIA E-MAIL*
SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
Jessica C.K. Boelter
One South Dearborn Street
Chicago, IL 60603
Email: jconlan@sidley.com
   bkrakauer@sidley.com
   klantry@sidley.com
   jboelter@sidley.com

*Counsel to the Debtors and Debtors in Possession and Certain Non-Debtor Affiliates*

*VIA E-MAIL*
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Norman L. Pernick
J. Kate Stickles
Patrick J. Reilley
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: npernick@coleschotz.com
   kstickles@coleschotz.com
   preilley@coleschotz.com

*Counsel to the Debtors and Debtors in Possession and Certain Non-Debtor Affiliates*

*VIA E-MAIL*
CHADBOURNE & PARKE, LLP
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, NY 10112
Email: hseife@chadbourne.com
   dlemay@chadbourne.com

*Counsel to the Official Committee of Unsecured Creditors*

*VIA E-MAIL*
LANDIS, RATH & COBB, LLP
Adam G. Landis
919 Market Street, Suite 1800
Wilmington, DE 19801
Email: landis@lrclaw.com

*Counsel to the Official Committee of Unsecured Creditors*

*VIA E-MAIL*
ZUCKERMAN SPAEDER LLP
Graeme Bush
James Sottile
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Email: gbush@zuckerman.com
   jsottile@zuckerman.com

*Counsel to the Official Committee of Unsecured Creditors*

*VIA E-MAIL*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert S. Brady
M. Blake Cleary
The Brandywine Building - 17th Floor
1000 West Street, Post Office Box 391
Wilmington, DE 19899-0391
Email: rbrady@ycst.com
   mbcleary@ycst.com

*Counsel to Oaktree Capital Management, L.P. and Angelo Gordon & Co., L.P.*

**VIA E-MAIL**
Dewey & LeBoeuf LLP
Bruce Bennett
James O. Johnston
Joshua M. Mester
333 South Grand Avenue
Suite 2600
Loa Angeles, CA 90071
E-mail:  bbennett@dl.com
             jjohnston@deweyleboeuf.com
             jmester@dl.com

*Counsel to Oaktree Capital Management, L.P. and Angelo Gordon & Co., L.P.*

**VIA E-MAIL**
RICHARDS, LAYTON & FINGER, P.A.
Mark D Collins
One Rodney Square
920 North King Street
Wilmington, DE 19801
Email: collins@rlf.com

*Counsel to JPMorgan Chase Bank, N.A.*

**VIA E-MAIL**
ASHBY & GEDDES, P.A
William P. Bowden
Amanda M. Winfree
500 Delaware Avenue, P.O. Box 1150
Wilmington, DE 19899
Email: wbowden@ashby-geddes.com
            awinfree@ashby-geddes.com

*Counsel to Aurelius Capital Management, LP*

**VIA E-MAIL**
WILMER CUTLER PICKERING HALE
 & DORR LLP
Andrew N. Goldman
399 Park Avenue
New York, NY 10022
Email: andrew.goldman@wilmerhale.com

*Co-Counsel to Angelo Gordon & Co., L.P.*

**VIA E-MAIL**
MCCARTER & ENGLISH, LLP
Katharine L. Mayer
Renaissance Centre
405 N. Market Street, 8th Floor
Wilmington, DE 19801
E-mail:kmayer@mccarter.com

*Counsel to Deutsche Bank Trust Company Americas*

**VIA E-MAIL**
DAVIS POLK & WARDWELL LLP
Donald S. Bernstein
Damian S. Schaible
450 Lexington Avenue
New York, NY 10017
Email: donald.bernstein@davispolk.com
            damian.schaible@davispolk.com

*Counsel to JPMorgan Chase Bank, N.A.*

**VIA E-MAIL**
BIFFERATO GENTILOTTI LLC
Garvan F. McDaniel, Esquire
800 N. King Street, Plaza Level
Wilmington, DE 19801
Email: gmcdaniel@bglawde.com

*Counsel to Law Debenture Trust Company of New York*

2

*VIA E-MAIL*
AKIN GUMP STRAUSS HAUER
 & FELD LLP
Daniel H. Golden
Philip C. Dublin
One Bryant Park
New York, NY 10036
Email: dgolden@akingump.com
          pdublin@akingump.com

*Counsel to Aurelius Capital Management, LP*

*VIA E-MAIL*
MCCARTER & ENGLISH, LLP
David Adler
245 Park Avenue, 27th floor
New York, NY 10167
E-mail:dadler@mccarter.com

*Counsel to Deutsche Bank Trust Company Americas*

*VIA E-MAIL*
Brown Rudnick LLP
Robert J. Stark
Martin S. Siegel
Gordon Z. Novod
Seven Times Square
New York, NY 10036
Email: rstark@brownrudnick.com
          msiegel@brownrudnick.com
          gnovod@brownrudnick.com

*Counsel to Wilmington Trust Company*

*VIA E-MAIL*
Sullivan Hazeltine Allinson LLC
William D. Sullivan
Elihu E. Allinson, III
4 East 8th Street, Suite 400
Wilmington, DE 19801
Email: bsullivan@sha-llc.com
          zallinson@sha-llc.com

*Counsel to Wilmington Trust Company*

*VIA E-MAIL*
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
David S. Rosner
Richard F. Casher
1633 Broadway
New York, NY 10019
Email: drosner@kasowitz.com
          rcasher@kasowitz.com

*Counsel to Law Debenture Trust Company of New York*

*VIA E-MAIL*
David M. Klauder
United States Trustee's Office
844 King Street, Suite 2207
Wilmington, DE 19801

*Office of the United States Trustee*

3

DM3\2060848.1