# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---:|---:|
| Reliance/Times Mirror – 00004 | 5.20 | $2,053.50 |
| Insurance Counseling – 00005 | 17.30 | $8,031.00 |
| Marsh – 00008 | 2.00 | $704.00 |
| Fee Applications – 00009 | 17.90 | $5,003.00 |
| **TOTAL:** | **42.40** | **$15,791.50** |

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL bar since 1987. | $560.00 | 7.70 | $4,312.00 |
| Walker-Bright, Paul R. | Partner. Joined firm in 2008. Member of IL bar since 1994. | $535.00 | 1.20 | $642.00 |
| Law, Timothy P. | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $465.00 | 2.70 | $1,255.50 |
| Raines, Lana J. | Associate. Joined firm in 2003. Member of IL bar since 2002. | $450.00 | 8.90 | $6,705.00 |
| J. Cory Falgowski | Associate. Joined firm as associate in 2004. Member of DE bar since 2004. | $410.00 | .40 | $164.00 |
| Rosenfeld, David | Associate. Joined firm in 2007. Member of IL bar since 2005. | $325.00 | 1.20 | $390.00 |
| Sooy, Nora B. | Paralegal. Joined firm in 2008 | $190.00 | 1.60 | $304.00 |
| Lankford, Lisa A. | Paralegal. Joined firm in 2000. | $170.00 | 9.20 | $1,564.00 |
| Somoza, Silvia | Paralegal. Joined firm in 2007. | $130.00 | 3.50 | $455.00 |
| **Grand Total:** | | | 42.40 | $15,791.50 |
| Blended Rate: | | | | $372.44 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $561.98 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2224853
Invoice Date: January 30, 2012

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through December 31, 2011

| | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| **NON-BANKRUPTCY/REORGANIZATION** | | | | |
| RE: | Reliance/Times Mirror 503842.00004 | $2,053.50 | $0.88 | $2,054.38 |
| RE: | Insurance Counseling 503842.00005 | $5,243.00 | $0.00 | $5,243.00 |
| RE: | Marsh 503842.00008 | $704.00 | $0.00 | $704.00 |
| | **Current Invoice Total:** | **$8,000.50** | **$0.88** | **$8,001.38** |
| **BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
| RE: | Insurance Counseling 503842.00005 | $2,788.00 | $0.00 | $2,788.00 |
| RE: | Fee Applications 503842.00009 | $5,003.00 | $269.15 | $5,272.15 |
| | **Current Invoice Total:** | **$7,791.00** | **$269.15** | **$8,060.15** |
| | | | **TOTAL:** | **$16,061.53** |

## REMITTANCE COPY

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2224853)

**NON-BANKRUPTCY/REORGANIZATION**
**RE:　Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/01/11 | TPL | Emails with client regarding question concerning Reliance liquidation. | 0.10 |
| 12/01/11 | NS | Searched Pennsylvania Commonwealth Court dockets in Reliance proceedings in response to client inquiry (1.4); e-mail to T. Law with results of searches (.2). | 1.60 |
| 12/13/11 | TPL | Reviewed decision from court regarding LPT claims (2.1); e-mails with J. Shugrue and client regarding decision and options (.5). | 2.60 |
| 12/13/11 | JDS | Emails with T. Law regarding Liquidation Court decision regarding LPT claims. | 0.30 |
| 12/28/11 | PRW | Emails with J. Shugrue regarding Reliance payment (.2); prepared transmittal of same to client (.2). | 0.40 |
| 12/28/11 | JDS | Emails with P. Walker-Bright regarding payment received from Reliance estate regarding GCP claims. | 0.20 |

　　　　　　　　　　　　　TOTAL FEES:　　　　　$2,053.50

**CURRENT DISBURSEMENTS**

| 12/31/2011 | Postage Expense | 0.88 |
|---|---|---|
| | Total Disbursements | 0.88 |
| | Fees & Disbursements | $2,054.38 |

**NON-BANKRUPTCY/REORGANIZATION**
**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.50 | 560.00 | 280.00 |
| PRW | P.R. Walker-Bright | 0.40 | 535.00 | 214.00 |
| TPL | T.P. Law | 2.70 | 465.00 | 1,255.50 |
| NS | N. Sooy | 1.60 | 190.00 | 304.00 |
| | | 5.20 | | 2,053.50 |

**NON-BANKRUPTCY/REORGANIZATION**
**RE:   Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/01/11 | LJR | Conferred with J. Shugrue regarding various issues involving upcoming insurance policy renewals. | 0.20 |
| 12/01/11 | JDS | Conferred with L. Raines regarding follow up on insurance renewal issues. | 0.30 |
| 12/07/11 | JDS | Telephone conference with client regarding insurance renewal issues (.4). | 0.40 |
| 12/08/11 | LJR | Reviewed and analyzed current insurance policies and identified proposed coverage modifications. | 1.70 |
| 12/08/11 | SS | Reviewed and catalogued case correspondence. | 0.80 |
| 12/09/11 | JDS | Telephone conference with client and insurance broker regarding insurance renewal issues, prepared for same. | 0.90 |
| 12/12/11 | JDS | Telephone conference with client regarding issues related to insurance policy renewals. | 0.20 |
| 12/15/11 | LJR | Exchanged emails with J. Shugrue regarding insurance policy renewal issues (.2). | 0.20 |
| 12/15/11 | PRW | Prepared draft of letter to insurer with notice of lawsuit against LA Times. | 0.60 |
| 12/15/11 | JDS | Emails with client, L. Raines regarding insurance renewals. | 0.20 |
| 12/19/11 | LJR | Reviewed and analyzed proposed insurance policy renewal endorsements (2.1); followed up with client regarding Endorsements (.7); conferred with J. Shugrue and client regarding same (.7). | 3.50 |
| 12/19/11 | JDS | Communications with client, L. Raines regarding insurance coverage renewal issues. | 0.80 |
| 12/20/11 | LJR | Further analysis of proposed D&O endorsements (.5); conferred with J. Shugrue regarding same (.3); follow-up with client regarding same (.2). | 1.00 |
| 12/20/11 | JDS | Telephone conferences with L. Raines regarding insurance renewal issues (.30); analyzed e-mails between L. Raines, client regarding same (.20). | 0.50 |

TOTAL FEES:                $5,243.00

Fees & Disbursements       $5,243.00


January 30, 2012
RE:     Insurance Counseling
       (503842.00005)


Case 08-13141-BLS    Doc 10829-3    Filed 02/02/12    Page 7 of 12

Invoice: 2224853
Page 4

## NON-BANKRUPTCY/REORGANIZATION
### Fee Summary: Insurance Counseling

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 3.30 | 560.00 | 1,848.00 |
| PRW | P.R. Walker-Bright | 0.60 | 535.00 | 321.00 |
| LJR | L.J. Raines | 6.60 | 450.00 | 2,970.00 |
| SS | S. Somoza | 0.80 | 130.00 | 104.00 |
| | | 11.30 | | 5,243.00 |

## NON-BANKRUPTCY/REORGANIZATION
### RE: Marsh

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/14/11 | DR | Drafted letter to Marsh requesting reimbursement pursuant to parties' agreement. | 0.50 |
| 12/14/11 | JDS | E-mails with D. Rosenfield regarding submission to Marsh. | 0.10 |
| 12/16/11 | SS | Reviewed and catalogued case documents. | 0.30 |
| 12/19/11 | DR | Finalized letter requesting reimbursement from Marsh pursuant to parties' agreement. | 0.70 |
| 12/20/11 | JDS | E-mails to T. Law and P. Walker-Bright regarding follow up with Marsh regarding Liquidation Court's order on LPT claims. | 0.20 |
| 12/21/11 | PRW | Prepared letter to M. Auslander enclosing copy of Court's decision on Tribune's objections to Liquidators notices of determination regarding LPT claims. | 0.20 |

                               TOTAL FEES:                  $704.00

                               Fees & Disbursements       $704.00

## NON-BANKRUPTCY/REORGANIZATION
### Fee Summary: Marsh

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.30 | 560.00 | 168.00 |
| PRW | P.R. Walker-Bright | 0.20 | 535.00 | 107.00 |
| DR | D. Rosenfield | 1.20 | 325.00 | 390.00 |
| SS | S. Somoza | 0.30 | 130.00 | 39.00 |
|  |  | 2.00 |  | 704.00 |

**BANKRUPTCY/REORGANIZATION**
**RE:     Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/05/11 | LL | Drafted RS's 34th Monthly Fee Application (.7); e-mail correspondence with J. Shugrue regarding same (.2); reviewed 6th Interim Proposed Omnibus Fee Order (.3). | 1.20 |
| 12/05/11 | JDS | Emails with L. Lankford regarding 6th Interim Fee Application. | 0.20 |
| 12/06/11 | LL | Drafted 34th Monthly Fee Application (2.0); emails with J. Shugrue regarding interim fee approval (.4). | 2.40 |
| 12/06/11 | JDS | Emails with L. Lankford regarding BK court approval of interim fee applications. | 0.40 |
| 12/07/11 | SS | Reviewed and catalogued case correspondence. | 0.60 |
| 12/12/11 | LL | E-mail correspondence with J. Shugrue regarding interim fee order. | 0.40 |
| 12/12/11 | JDS | Analyzed court order approving payment of fees under 6th interim applications and L. Lankford emails regarding same (.4); reviewed materials in connection with 34th monthly fee application (.2). | 0.60 |
| 12/13/11 | LL | Worked on RS's 34th Monthly Fee Application. | 1.00 |
| 12/13/11 | JDS | Analyzed report from fee auditor regarding 8th Interim Fee Application. | 0.20 |
| 12/14/11 | SS | Reviewed, catalogued and organized case pleadings and correspondence. | 1.80 |
| 12/16/11 | JDS | Worked on 34th monthly Fee Application. | 0.20 |
| 12/20/11 | LL | Worked on revisions regarding RS's 34th Monthly Fee Applications. | 0.50 |
| 12/21/11 | LL | E-mail correspondence with J. Shugrue regarding CNO to RS's 33rd Monthly Fee Application (.2); drafted same (1.1). | 1.30 |
| 12/21/11 | LJR | Worked on preparing fee application materials. | 3.10 |
| 12/21/11 | JDS | Emails with L. Lankford regarding CNO regarding latest monthly fee application (.2); analyzed same (.1). | 0.30 |
| 12/22/11 | LL | E-mail correspondence to J. Shugrue regarding RS's 34th Monthly Fee Application. | 0.20 |
| 12/23/11 | JDS | Worked on issues related to interim fee applications. | 0.20 |
| 12/27/11 | JDS | Worked on narrative text for 34th Monthly Fee Application. | 0.30 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/28/11 | LL | Drafted RS's 34th Monthly Fee Application (1.9); e-mail correspondence with J. Shugrue regarding same (.2); conferred with C. Falgowski regarding same (.1). | 2.20 |
| 12/28/11 | JCF | Reviewed and revised Monthly fee application and reviewed Interim Orders in connection with revisions to fee application (.3); communications with L. Lankford regarding revisions to fee application (.1). | 0.40 |
| 12/28/11 | JDS | Emails with L. Lankford regarding 34th Monthly Fee Application. | 0.20 |
| 12/30/11 | JDS | Emails with client regarding monthly fee applications. | 0.20 |

                               TOTAL FEES:                          $5,003.00

### CURRENT DISBURSEMENTS

| 12/31/2011 | Courier Service - Outside | 269.15 |
|---|---|---|
| | Total Disbursements | 269.15 |
| | Fees & Disbursements | $5,272.15 |

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 2.80 | 560.00 | 1,568.00 |
| JCF | J.C. Falgowski | 0.40 | 410.00 | 164.00 |
| LJR | L.J. Raines | 3.10 | 450.00 | 1,395.00 |
| SS | S. Somoza | 2.40 | 130.00 | 312.00 |
| LL | L. Lankford | 9.20 | 170.00 | 1,564.00 |
| | | 17.90 | | 5,003.00 |

## BANKRUPTCY/REORGANIZATION
### RE: Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/04/11 | LJR | Follow up with client regarding Erosion Report required by BK court comfort order. | 0.30 |
| 12/05/11 | LJR | Followed up with Tribune regarding report required in connection with comfort order (.3); reviewed correspondence and materials related to coverage for defense costs related to third-party claims (1.1). | 1.40 |
| 12/07/11 | LJR | Follow up regarding pending matters. | 0.40 |
| 12/07/11 | JDS | Telephone conference with client regarding insurance coverage issues related to Preference Actions (.4). | 0.40 |
| 12/14/11 | LJR | Met with J. Shugrue regarding insurance claims on Preference Actions (.2); met with J. Shugrue regarding follow up with counsel for individual insured regarding request for insurance information (.2). | 0.40 |
| 12/14/11 | JDS | Conferred with L. Raines regarding follow up on Preference Actions (.20); analyzed e-mail from defense counsel for individual regarding insurance claims and conferred with L. Raines regarding follow up on same (.20). | 0.40 |
| 12/15/11 | LJR | Reviewed emails with insurer regarding report required by BK court comfort order (.2). | 0.20 |
| 12/21/11 | LJR | Call to attorney for former director named in lawsuit (.3); called counsel for individual insured regarding insurance notice correspondence (.2); reviewed correspondence files in connection with same (.4). | 0.90 |
| 12/30/11 | LJR | Follow up on various pending insurance-related matters and status and next steps with respect to same. | 1.60 |

　　　　　　　　　　　　　　　　TOTAL FEES:　　　　　$2,788.00

　　　　　　　　　　　　　　　　　　　　Fees & Disbursements　　$2,788.00

## BANKRUPTCY/REORGANIZATION
### Fee Summary: Insurance Counseling

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.80 | 560.00 | 448.00 |
| LJR | L.J. Raines | 5.20 | 450.00 | 2,340.00 |
| | | 6.00 | | 2,788.00 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2224853
Invoice Date: January 30, 2012

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through December 31, 2011

| **NON-BANKRUPTCY/REORGANIZATION** | | <u>Current Fees</u> | <u>Current Costs</u> | <u>Total for Matter</u> |
|---|---|---|---|---|
| RE: | Reliance/Times Mirror 503842.00004 | $2,053.50 | $0.88 | $2,054.38 |
| RE: | Insurance Counseling 503842.00005 | $5,243.00 | $0.00 | $5,243.00 |
| RE: | Marsh 503842.00008 | $704.00 | $0.00 | $704.00 |
| | **Current Invoice Total:** | **$8,000.50** | **$0.88** | **$8,001.38** |

| **BANKRUPTCY/REORGANIZATION** | | <u>Current Fees</u> | <u>Current Costs</u> | <u>Total for Matter</u> |
|---|---|---|---|---|
| RE: | Insurance Counseling 503842.00005 | $2,788.00 | $0.00 | $2,788.00 |
| RE: | Fee Applications 503842.00009 | $5,003.00 | $269.15 | $5,272.15 |
| | **Current Invoice Total:** | **$7,791.00** | **$269.15** | **$8,060.15** |
| | | | **TOTAL:** | **$16,061.53** |

### REMITTANCE COPY

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2224853)