# EXHIBIT C

## EXPENSE SUMMARY

BY EXPENSE CATEGORY:

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| Postage | | $.88 |
| Courier | Parcels/DLS | $269.15 |
| **TOTAL:** | | **$270.03** |

US_ACTIVE-108354969.1-JCFALGOW

## EXPENSE SUMMARY

BY MATTER:

| Expense Category (Examples) | Service Provider (if applicable) | Reliance/ Times Mirror – 00004 | Insurance Counseling – 00005 | Marsh - 00008 | Fee Applications – 00009 | HR Investigation –00011 | TOTALS |
|---|---|---|---|---|---|---|---|
| Courier | Parcels/DLS | | | | $269.15 | | $269.15 |
| Postage | | $.88 | | | | | $.88 |
| TOTAL: | | $.88 | $0.00 | $0.00 | $358.30 | $0.00 | $270.03 |

US_ACTIVE-108354969.1-JCFALGOW

## NON-BANKRUPTCY/REORGANIZATION
### RE:    Reliance/Times Mirror

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/01/11 | TPL | Emails with client regarding question concerning Reliance liquidation. | 0.10 |
| 12/01/11 | NS | Searched Pennsylvania Commonwealth Court dockets in Reliance proceedings in response to client inquiry (1.4); e-mail to T. Law with results of searches (.2). | 1.60 |
| 12/13/11 | TPL | Reviewed decision from court regarding LPT claims (2.1); e-mails with J. Shugrue and client regarding decision and options (.5). | 2.60 |
| 12/13/11 | JDS | Emails with T. Law regarding Liquidation Court decision regarding LPT claims. | 0.30 |
| 12/28/11 | PRW | Emails with J. Shugrue regarding Reliance payment (.2); prepared transmittal of same to client (.2). | 0.40 |
| 12/28/11 | JDS | Emails with P. Walker-Bright regarding payment received from Reliance estate regarding GCP claims. | 0.20 |

                                TOTAL FEES:        $2,053.50

### CURRENT DISBURSEMENTS

| 12/31/2011 | Postage Expense | 0.88 |
|---|---|---|
| | Total Disbursements | 0.88 |
| | Fees & Disbursements | $2,054.38 |

## NON-BANKRUPTCY/REORGANIZATION
### Fee Summary: Reliance/Times Mirror

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.50 | 560.00 | 280.00 |
| PRW | P.R. Walker-Bright | 0.40 | 535.00 | 214.00 |
| TPL | T.P. Law | 2.70 | 465.00 | 1,255.50 |
| NS | N. Sooy | 1.60 | 190.00 | 304.00 |
| | | 5.20 | | 2,053.50 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/28/11 | LL | Drafted RS's 34th Monthly Fee Application (1.9); e-mail correspondence with J. Shugrue regarding same (.2); conferred with C. Falgowski regarding same (.1). | 2.20 |
| 12/28/11 | JCF | Reviewed and revised Monthly fee application and reviewed Interim Orders in connection with revisions to fee application (.3); communications with L. Lankford regarding revisions to fee application (.1). | 0.40 |
| 12/28/11 | JDS | Emails with L. Lankford regarding 34th Monthly Fee Application. | 0.20 |
| 12/30/11 | JDS | Emails with client regarding monthly fee applications. | 0.20 |

TOTAL FEES: $5,003.00

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 12/31/2011 | Courier Service - Outside | 269.15 |
| | Total Disbursements | 269.15 |
| | Fees & Disbursements | $5,272.15 |

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 2.80 | 560.00 | 1,568.00 |
| JCF | J.C. Falgowski | 0.40 | 410.00 | 164.00 |
| LJR | L.J. Raines | 3.10 | 450.00 | 1,395.00 |
| SS | S. Somoza | 2.40 | 130.00 | 312.00 |
| LL | L. Lankford | 9.20 | 170.00 | 1,564.00 |
| | | 17.90 | | 5,003.00 |