# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** February 2, 2012

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jay Teitelbaum | Teitelbaum Baskin LLP | TM Retirees |
| Martha S. Siegel | Brown Rudnick | WTC Indenture Tee for Phones |
| Sharon Koges | Kasowitz Benson Torres + Friedman | Law Debenture Tst Co. of NY |
| Matthew Stein | " | " |
| John W. Seaman | Adams & Bayliss | Artis Capital et al |
| Ross Martin | " | " |
| David Zensky | Akin Gump | Aurelius Capital Mngmt |
| David Adler | " | " |
| Ellie Moskowitz | Davis Polk | JPMorgan |
| Ken Lifshitz | Davis Polk | JPMorgan |
| Robert Stern | Richol Lyon | JPMorgan |
| Katherine Mayer | McCarter & English | DBTCA |
| Garvan McDaniel | Bifferato Gentilotti | Law Debenture |
| Blake Cleary | Young Conaway Stargatt & Taylor | Credit Agreement Lenders |
| David Powlen | Barnes & Thornburg | Morgan Stanley |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** February 2, 2012

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Elliot Moskowitz | Davis Polk | JPMorgan Chase |
| Kevin Cofsky | " | " |
| Bob Stern | " | " |
| Joseph Grey | RLF | " |
| Brian Bibo | Cross & Simon | " |
| Joseph Gottlieb | Miller + Axon | TM Dennis |
| James Sottile | Zuckerman Spaeder | Newsfoundry Defunct Writers Trust Museum Inc |
| Alden Lewis | Landis Rath & Cobb | Creditors Committee |
| Dan Cash | " | " |
| Dory Deutsch | Chadbourne & Parke | " |
| William Sullivan | Sullivan Hazeltine Allinson | Wilmington Trust |
| Marc Phillips | Connolly Bove Lodge & Hutz | Letter Director of DBTs |
| George Dougherty | Griffon Ellen | Letter Director of DBTs |
| Thomas Horan | Womble Carlyle | " |
| Richard Riley | Deane Morris | Deutsche Bank Pension Financial |
| Laurie Silber Silverstein | Potter Anderson Corbin | Robert R. McCormick Tribune Foundation Cantigny Foundation |
| R. Stephen McNeill | " | Merrill Lynch |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** February 2, 2012

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kevin Lantry | Sidley | Tribune |
| James Bendernagel | " | " |
| Don Liebentritt | Tribune | |
| Norman Pernick | Cole Schotz | Tribune |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey

Calendar Date: 02/02/2012
Calendar Time: 01:30 PM ET

Amended Calendar 02/02/2012 09:22 AM
#5

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4738532 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4735692 | Kimberly Bacher | 312-541-0151 | Shaw Gussis Fishman Glantz Wolfson | Interested Party, Crane Kenny / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4713794 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Plaintiff(s), SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4742679 | James T Bentley | 212-756-2273 ext. 00 | Schulte Roth & Zabel LLP | Defendant(s), Schulte Roth & Zabel / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4719611 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Naftalis & Frankel, LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4742696 | David C Bohan | 312-902-5566 | Katten Muchin Rosenman LLP | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4738197 | Jessica Boelter | 312-853-7030 | Sidley Austin | Interested Party, McCormick Foundation / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4738550 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4738567 | Andrew Caridas | 202-778-1855 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4734540 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4738069 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4724204 | Raul Cuervo | 202-295-6505 | Jorden Burt LLP | Creditor, Cigna / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4725170 | Michael D'Agostino | 860-240-2731 | Bingham McCutchen, LLP | Representing, Michael D'Agostino / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4738505 | Douglas Deutsch | 212-408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4737420 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson Kempner / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4739915 | Philip Dublin | 212-872-8083 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4738471 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4737914 | Gregory W. Fox | (212) 833-1177 | Friedman Kaplan Seiler & Adelman | Interested Party, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4701361 | Joseph Frank | (312) 276-1400 ext. 1432 | Frank Gecker LLP | Defendant(s), Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4741023 | Matthew Frank | (312) 371-9955 | Alvarez & Marsal LLC. | Interested Party, Matthew Frank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4739810 | Igor Fuks | (212) 303-9453 | Halcyon Asset Management | Creditor, Halcyon Asset Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4735291 | Frances Gecker | (312) 276-1401 | Frank Gecker LLP | Defendant(s), Certain Officers and Directors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4738560 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4739723 | Peter Gruszka | 312-416-4215 | Chicago Fundamental Investment | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4740165 | Scott Greissman | (212) 819-8567 | White & Case | Client, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4737826 | Brian Guiney | 212-336-2305 | Patterson, Belknap, Webb & Tyler | Interested Party, Patterson, Belknap, Webb & Tyler / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4701362 | Reed Heiligman | (312) 276-1432 | Frank Gecker LLP | Defendant(s), Certain Officers and Directors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4737445 | Ileana M. Hernandez | 310-312-4116 | Manatt, Phelps & Phillips LLP | Interested Party, California State Teachers Retirement System / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4740746 | Timothy Hoffmann | 312-269-4376 | Jones Day | Representing, Special Committee of The Board of Directors / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4740234 | Mitch Hurley | 212-872-1000 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4741050 | Carras Holmstead | (203) 719-1425 | UBS Securities LLC | Interested Party, UBS Securities LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4742748 | Jared Jamesson | (212) 728-8000 ext. 8638 | Willkie Farr & Gallagher LLP | Creditor, Credit Agricole S.A., Credit Agricole Securities (USA) Inc. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4715819 | James O. Johnston | 213-621-6030 | Dewey & LeBoeuf LLP | Creditor, Credit Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4734526 | Evan Jones | 213-430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4736935 | Ivan L. Kallick | (310) 312-4152 | Manatt, Phelps & Phillips LLP | Defendant(s), California State Teachers Retirement System / LISTEN ONLY |

| Debtor | Case # | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4738367 | Ken Kansa | 312-853-7163 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4739894 | Peter Kim | (212) 450-3028 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4738407 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4738511 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4738282 | Ira Levee | (973) 597-2480 | Lowenstein Sandler, P.C. | Creditor, Laser and Local 103 / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4738468 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4738425 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4726180 | Michelle Maman | (212) 504-6000 | Cadwalader Wickersham and Taft | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4737263 | Rachel Mauceri | (215) 963-5000 | Morgan Lewis & Bockius LLP | Creditor, New York State Common Retirement Fund & GreatBanc / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4713192 | John R Mccambridge | (312) 704-7718 | Grippo & Elden, LLC | Third Party, Defendants(Former Directors and Officers) / LIVE |
| Tribune Company | 08-13141 | Hearing | 4738523 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4738448 | David Miles | 202-736-8556 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4738444 | Kerriann Mills | 312-853-0036 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4739865 | Christine Montenegro | (212) 506-1715 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4739988 | David S. Mordkoff | (212) 969-3831 | Proskauer Rose LLP | Creditor, Wells Fargo and Bank of New York Mellon / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4738455 | Brett Myrick | (312) 853-1049 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4711743 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigalo / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4737960 | Gordon Novod | 212-209-4940 | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 4731667 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4722066 | Karen S. Park | 212-756-2036 | Schulte Roth & Zabel LLP | Interested Party, Schulte Roth & Zabel / LIVE |
| Tribune Company | 08-13141 | Hearing | 4730802 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Creditor, Citigroup / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4736832 | Madlyn G. Primoff | (212) 836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4742669 | Courtney Rogers | (203) 897-4815 | Royal Bank of Scotland | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4738515 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4738412 | Thomas E. Ross | (202) 736-8374 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4738437 | Allison E. Ross Stromberg | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4711925 | Mike J. Schott | (212) 593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4738502 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4734504 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4740805 | Beth Sieg | (804) 775-1137 | McGuireWoods, LLP | Interested Party, Dominion / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4731450 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4738545 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4709687 | Douglas A. Sondgeroth | (312) 222-9350 | Jenner & Block LLP | Interested Party, EGI - TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4742791 | Kenneth Smalley | (212) 616-7763 | The Seaport Group | Non-Party, The Seaport Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4742845 | Christopher H. St. Peter | (312) 558-3790 | Winston & Strawn LLP | Interested Party, LSV Asset Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4734050 | Arthur Steinberg | (212) 556-2158 | King & Spalding | Representing, General Motors Hourly Rate Employee Pension Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 47406666 | Neal Troum | (484) 323-1354 | Stradley, Ronon, Stevens & Young, | Defendant(s), Aberdeen, et al / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4733612 | Eric J. Van Schyndle | (414) 277-5155 | Quarles & Brady LLP | Interested Party, Stark Entities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4738476 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4737283 | Menachem O. Zelmanovitz | (212) 309-6000 | Morgan Lewis & Bockius LLP | Creditor, New York State Common Retirement Fund / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4737051 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Matthew A Zloto / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4738315 | Alexander Bilus | (215) 994-2608 | Dechert LLP | Interested Party, Alexander Bilus / LISTEN ONLY |
| Tribune Company | 08-13141( 10-54010) | Hearing | 4736709 | Michael F. Walsh | (212) 310-8197 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley & Company LLC / LIVE |