# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------x
In re:                                           :    Chapter 11 Cases
                                                 :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                         :    (Jointly Administered)
                                                 :
                            Debtors.             :    Re: Docket Nos. 10784 and 10785
-------------------------------------------------x
```

## CERTIFICATE OF SERVICE

Mary E. Augustine hereby certifies that on January 31, 2012, she caused copies of the *Preliminary Statement* [Docket No. 10784] and *Joinder of Davison Kempner Capital Management LLC, as Investment Advisors, to Preliminary Statement of Law Debenture Trust Company of New York* [Docket No. 10784] to be served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in the case and on the following parties *via* Electronic Mail:

J. Kate Stickles
KStickles@coleschotz.com
Cole, Schotz, Meisel, Forman & Leonard
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Howard Seife
David M. Lemay
Douglas E. Deutsch
Andrew Rosenblatt
hseife@chadbourne.com
dlemay@chadbourne.com
ddeutsch@chadbourne.com
arosenblatt@chadbourne.com
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Adam G. Landis
Matthew McGuire
Daniel Rath
James Green
landis@lrclaw.com
mcguire@lrclaw.com
rath@lrclaw.com
green@lrclaw.com
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Dewey & LeBoeuf
Bruce Bennett
Joshua Mester
James Johnston
bbennett@dl.com
jmester@deweyleboeuf.com
JJohnston@deweyleboeuf.com
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071-1530

1

James F. Conlan,
James W. Ducayet
James Bendernagel
Jessica Boelter
Kevin Lantry
Bryan Krakauer
James Bendernage
Kenneth Kansa
Jeffrey Steen
Dennis Twomey
Kerriann Mills
Thomas Ross
jconlan@sidley.com
jducayet@sidley.com
jbendernagel@sidley.com
jboelter@sidley.com
klantry@sidley.com
bkrakauer@sidley.com
jbendernagel@sidley.com
kkansa@sidley.com
jsteen@sidley.com
dtwomey@sidley.com
kmills@sidley.com
tom.ross@sidley.com
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Donald S. Bernstein
Eli Vonnegut
Damian S. Schaible
Donald.bernstein@davispolk.com
damian.schaible@davispolk.com
eli.vonnegut@davispolk.com
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Young Conaway Stargatt & Taylor, LLP
M. Blake Cleary
mbcleary@ycst.com
Rodney Square
1000 North King Street
Wilmington, DE 19801

Akin Gump Strauss Hauer & Feld Llp
Jason Sunshine
David Zensky
Philip Dublin
Deborah Newman
Daniel Golden
Sara Brauner
Abid Qureshi
Meredith Lahaie
jsunshine@akingump.com
dzensky@AkinGump.com
pdublin@AkinGump.com
djnewman@akingump.com
dgolden@AkinGump.com
sbrauner@akingump.com
aqureshi@AkinGump.com
mlahaie@akingump.com
One Bryant Park
New York, NY 10036

William P. Bowden,
Leigh-Anne Raport
Chris Warnick
Amanda Winfree
WBowden@ashby-geddes.com
LRaport@ashby-geddes.com
CWarnick@ashby-geddes.com
AWinfree@ashby-geddes.com
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Avenue
P.O. Box 1150
Wilmington, DE 19899

Brown Rudnick LLP
Robert J. Stark
Gordon Novod
Martin Siegel
rstark@brownrudnick.com
msiegel@brownrudnick.com
gnovod@brownrudnick.com
Seven Times Square
New York, NY 10036

Jenner & Block LLP
Catherine L. Steege
Andrew W. Vail
David Bradford
csteege@jenner.com
avail@jenner.com
dbradford@jenner.com
330 N. Wabash Avenue
Chicago, IL 60611-7603

McCarter & English, LLP
David Adler
James Freeberry
adler@mccarter.com
jfreebery@mccarter.com
245 Park Ave, 27th Fl
New York, NY 10167

McCarter & English, LLP
Katharine L. Mayer
kmayer@mccarter.com
Renaissance Centre
405 N. Market Street, 8th Fl
Wilmington, DE 19801

Hiller & Arban, LLC
Adam Hiller
Brian Arban
ahiller@hillerarban.com
barban@hillerarban.com
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801

Teitelbaum & Baskin, LLP
Jay Teitelbaum
Geoffrey McDonald
jteitelbaum@tblawllp.com
gmcdonald@tblawllp.com
3 Barker Avenue, Third Floor
White Plains, NY 10601

Wilmer Cutler Pickering Hale and Dorr
Andrew Goldman
andrew.goldman@wilmerhale.com
399 Park Avenue
New York, NY 10022

Zuckerman Spaeder LLP
James Sottile
jsottile@zuckerman.com
1800 M Street, NW, Ste 1000
Washington, DC 20036

William Sullivan
bsullivan@sha-llc.com
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

Stutman Treister & Glatt
Isaac Pachulski
ipachulski@stutman.com
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067

Schulte Roth & Zabel LLC
Adam Harris
adam.harris@srz.com
919 Third Avenue
New York, New York 10022

Don Liebentritt
dliebentrirr@tribune.com

David Eldersveld
deldersveld@tribune.com

3

Dated: February 2, 2012
    Wilmington, Delaware

By: */s/ Mary E. Augustine*
Garvan F. McDaniel (No. 4167)
Mary E. Augustine (I.D. No. 4477)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Telephone: 302- 429-1900
Facsimile:  302-429-8600

*Co-Counsel for Law Debenture Trust Company of New York*

4