# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------- x
In re: : Chapter 11
 :
TRIBUNE COMPANY, *et al.* : Case No. 08-13141 (KJC)
 : Jointly Administered
                     Debtors. :
--------------------------------------------------------- x **Related Docket No. 10794**

## CERTIFICATE OF SERVICE

I, Katharine L. Mayer, hereby certify that on the 2nd day of February 2012, I caused a true and correct copy of the foregoing *Joinder of Deutsche Bank Trust Company Americas to Preliminary Statement of Law Debenture Trust Company of New York In Connection With Allocation Disputes* to be served upon the below listed counsel by electronic mail or in the manner so indicated.

| | |
|---|---|
| J. Kate Stickles<br>KStickles@coleschotz.com<br>Cole, Schotz, Meisel, Forman & Leonard<br>500 Delaware Avenue, Suite 1410 Wilmington, DE 19801 | Adam G. Landis<br>Matthew McGuire<br>Daniel Rath<br>James Green<br>landis@lrclaw.com<br>mcguire@lrclaw.com<br>rath@lrclaw.com<br>green@lrclaw.com<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 |
| Howard Seife<br>David M. Lemay<br>Douglas E. Deutsch<br>Andrew Rosenblatt<br>hseife@chadbourne.com<br>dlemay@chadbourne.com<br>ddeutsch@chadbourne.com<br>arosenblatt@chadbourne.com<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 | Dewey & LeBoeuf<br>Bruce Bennett<br>Joshua Mester<br>James Johnston<br>bbennett@dl.com<br>jmester@deweyleboeuf.com<br>JJohnston@deweyleboeuf.com<br>333 South Grand Avenue, Suite 2600<br>Los Angeles, California 90071-1530 |

ME1 12938640v.1

James F. Conlan,
James W. Ducayet
James Bendernagel
Jessica Boelter
Kevin Lantry
Bryan Krakauer
James Bendernage
Kenneth Kansa
Jeffrey Steen
Dennis Twomey
Kerriann Mills
Thomas Ross
jconlan@sidley.com
jducayet@sidley.com
jbendernagel@sidley.com
jboelter@sidley.com
klantry@sidley.com
bkrakauer@sidley.com
jbendernagel@sidley.com
kkansa@sidley.com
jsteen@sidley.com
dtwomey@sidley.com
kmills@sidley.com
tom.ross@sidley.com
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Jason Sunshine
David Zensky
Philip Dublin
Deborah Newman
Daniel Golden
Sara Brauner
Abid Qureshi
Meredith Lahaie
jsunshine@akingump.com
dzensky@AkinGump.com
pdublin@AkinGump.com
djnewman@akingump.com
dgolden@AkinGump.com
sbrauner@akingump.com
aqureshi@AkinGump.com
mlahaie@akingump.com
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Donald S. Bernstein
Eli Vonnegut
Damian S. Schaible
Donald.bernstein@davispolk.com
damian.schaible@davispolk.com
eli.vonnegut@davispolk.com
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

William P. Bowden,
Leigh-Anne Raport
Chris Warnick
Amanda Winfree
WBowden@ashby-geddes.com
LRaport@ashby-geddes.com
CWarnick@ashby-geddes.com
AWinfree@ashby-geddes.com
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Avenue
P.O. Box 1150
Wilmington, DE 19899

Young Conaway Stargatt & Taylor, LLP
M. Blake Cleary
mbcleary@ycst.com
Rodney Square 1000 North King Street
Wilmington, DE 19801

Brown Rudnick LLP
Robert J. Stark
Gordon Novod
Martin Siegel
rstark@brownrudnick.com
msiegel@brownrudnick.com
gnovod@brownrudnick.com
Seven Times Square
New York, NY 10036

ME1 12938640v.1

Catherine L. Steege
Andrew W. Vail
David Bradford
csteege@jenner.com
avail@jenner.com
dbradford@jenner.com
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603

Hiller & Arban, LLC
Adam Hiller
Brian Arban
ahiller@hillerarban.com
barban@hillerarban.com
1500 North French Street, 2nd Floor Wilmington, Delaware 19801

Teitelbaum & Baskin, LLP
Jay Teitelbaum
Geoffrey McDonald
jteitelbaum@tblawllp.com
gmcdonald@tblawllp.com
3 Barker Avenue, Third Floor
White Plains, NY 10601

Stutman Treister & Glatt
Isaac Pachulski
ipachulski@stutman.com
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Don Liebentritt
dliebentrirr@tribune.com

David Eldersveld
deldersveld@tribune.com

Wilmer Cutler Pickering Hale and Dorr
Andrew Goldman
andrew.goldman@wilmerhale.com
399 Park Avenue
New York, NY 10022

Zuckerman Spaeder LLP
James Sottile
jsottile@zuckerman.com
1800 M Street, NW, Ste 1000
Washington, DC 20036

William Sullivan
bsullivan@sha-llc.com
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

Schulte Roth & Zabel LLC
Adam Harris
adam.harris@srz.com
919 Third Avenue
New York, New York 10022

Garvan F. McDaniel
gmcdaniel@bglawde.com
800 N. King Street, Plaza Level
Wilmington, Delaware 19801

Dated: February 3, 2012	**McCARTER & ENGLISH, LLP**

By: /s/ Katharine L. Mayer
Katharine L. Mayer (DE #3758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300

-and-

David J. Adler, Esq.
245 Park Avenue
27th Floor
New York, New York 10167
(212) 609-6800 – Telephone
(212) 609-6921 – Facsimile
dadler@mccarter.com

*Counsel for Deutsche Bank Trust Company Americas*

ME1 12938640v.1