**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **TRIBUNE COMPANY, et al.,** | ) | **Case No. 08-13141 (KJC)** |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR NOTICES**
**AND SERVICE OF PAPERS FILED AT DOC. #1206**

**PLEASE TAKE NOTICE** that the undersigned previously filed a Notice of Appearance and Request for Notices and Service of Papers (Doc. #1206) as counsel for the New York State Department of Taxation and Finance in this case and now hereby withdraws his appearance and requests that he be removed from the mailing matrix and all service and distribution lists in this proceeding.

Dated: February 3, 2012                                    Respectfully submitted,

/s/ Robert L. Cook
Robert L. Cook (New York Bar #1877703)
District Tax Attorney, Office of Counsel
N.Y.S. Department of Taxation & Finance
333 East Washington St., 3rd Floor
Syracuse, N.Y. 13202
Phone: (315) 428-4230 Fax: (315) 428-4240
and/or
340 East Main Street
Rochester, N.Y. 14604
Phone: (585) 530-8493 Fax: (585) 530-8497
Email: Robert.Cook@tax.ny.gov