# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

December 1, 2011 through and including December 31, 2011

| Project Code | Description | Hour | Amount |
|---|---|---|---|
| 5735.00002 | Cash Management | 18.2 | 11,779.50 |
| 5735.00004 | Current Financials | 92.4 | 54,391.00 |
| 5735.00007 | Employee Issues | 3.7 | 2,242.00 |
| 5735.00008 | Plan of Reorganization | 22.2 | 12,432.00 |
| 5735.00015 | UCC Meetings | 5.3 | 3,274.00 |
| 5735.00017 | Billing and Retention | 10.9 | 6,388.00 |
| | | **152.7** | **$90,506.50** |

Re:                Cash Management
Client/Matter #    005735.00002

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/01/11 | BH | Call with Debtors advisors to discuss cash dividends at equity investments. | 0.50 |
| 12/01/11 | BH | Draft memo to Chadbourne on cash dividends. | 0.30 |
| 12/01/11 | ANL | Call with A&M re various investments and special dividends. | 1.50 |
| 12/05/11 | BH | Review 4th amendment to Classified Ventures LLC agreement. | 0.80 |
| 12/05/11 | BH | Review segregated account agreements with equity investment entities. | 1.20 |
| 12/05/11 | BH | Draft memo to Chadbourne on cash dividend information request. | 0.80 |
| 12/12/11 | BH | Review and analyze the impact on distributable cash as result of cash dividends being held at equity investment entity. | 0.90 |
| 12/13/11 | BH | Draft memo to Chadbourne on recommendations regarding cash holdings of dividend proceeds from equity investments. | 1.80 |
| 12/19/11 | BH | Call with Moelis on cash dividends being held at equity investment entities. | 0.60 |
| 12/19/11 | BH | Review information on cash dividends with Moelis. | 0.50 |
| 12/19/11 | BH | Draft memo to Chadbourne on history of capital calls made on equity investments and Debtor's stated need to maintain cash for future capital calls. | 2.50 |
| 12/20/11 | BH | Draft memo to Committee on cash dividends being held at equity investment entities. | 3.50 |
| 12/21/11 | BH | Draft recommendation memo to Committee on cash dividends held at equity investments. | 2.50 |
| 12/21/11 | AH | Review cash dividend memo and discuss J.V. cash issue w/ B. Hall. | 0.80 |
| | | **Total Hours** | **18.20** |

Re: Cash Management
Client/Matter # 005735.00002

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 0.80 | 855.00 | 684.00 |
| Albert Leung | 1.50 | 560.00 | 840.00 |
| Brad Hall | 15.90 | 645.00 | 10,255.50 |
| **Total Hours & Fees** | **18.20** | | **11,779.50** |

Re: Current Financials
Client/Matter # 005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/01/11 | ANL | Reviewed draft DCL amended plan. | 2.10 |
| 12/01/11 | ANL | Reviewed recovery model. | 0.80 |
| 12/01/11 | BH | Prepare verbal comments for financial presentation to Committee. | 1.00 |
| 12/02/11 | ANL | Reviewed cash reports and revenue flash reports. | 1.80 |
| 12/02/11 | ANL | Prepared weekly status update to UCC. | 2.10 |
| 12/02/11 | ANL | Reviewed October monthly and YTD results for publishing and broadcasting. | 1.10 |
| 12/02/11 | ANL | Reviewed Moelis media update. | 0.30 |
| 12/05/11 | ANL | Prepared weekly status update to UCC. | 1.50 |
| 12/05/11 | ANL | Reviewed weekly flash reports and UBS conference notes | 1.30 |
| 12/05/11 | ANL | Reviewed segregated account agreements. | 2.10 |
| 12/06/11 | ANL | Reviewed cash flow reports and segregated account agreements. | 1.20 |
| 12/06/11 | BH | Review weekly financial performance compared to Plan and prepare report to Committee on same. | 2.30 |
| 12/06/11 | BH | Review Moelis Media update. | 0.60 |
| 12/07/11 | BH | Review and analyze the Confidential Information Memorandum on the Legacy.com equity investment. | 2.10 |
| 12/07/11 | ANL | Reviewed October 2011 brown books. | 1.20 |
| 12/07/11 | ANL | Reviewed November 2011 preliminary results. | 1.50 |
| 12/08/11 | ANL | Reviewed Legacy.com sale memo and cash agreements. | 1.50 |
| 12/08/11 | ANL | Participated in call with A&M and Debtors regarding November 2011 results. | 0.60 |
| 12/08/11 | BH | Review and analyze the November financial results compared to Plan. | 2.40 |
| 12/08/11 | BH | Participate in financial advisors call with Debtor regarding monthly financial performance. | 0.70 |
| 12/08/11 | BH | Discuss investment opportunity in west coast publisher with Debtors advisors. | 0.40 |
| 12/09/11 | ANL | Reviewed November 2011 preliminary results. | 1.20 |
| 12/09/11 | ANL | Reviewed weekly flash reports. | 1.50 |
| 12/12/11 | ANL | Prepared weekly status report. | 2.20 |
| 12/12/11 | ANL | Reviewed November 2011 preliminary results. | 1.20 |
| 12/12/11 | ANL | Reviewed Hartford Magazine acquisition information. | 0.80 |
| 12/12/11 | BH | Review Hartford Magazine acquisition opportunity. | 0.70 |
| 12/12/11 | BH | Call with Committee member on November financial results. | 0.50 |
| 12/13/11 | ANL | Prepared weekly status report. | 2.10 |

Re: Current Financials
Client/Matter # 005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/13/11 | ANL | Reviewed November 2011 results. | 1.50 |
| 12/13/11 | ANL | Reviewed weekly flash reports, cash reports and TV pacing reports. | 1.80 |
| 12/14/11 | ANL | Prepared weekly status report. | 1.60 |
| 12/14/11 | MPM | Reviewed November 2011 and year to date results for publishing and broadcasting segments. | 1.30 |
| 12/14/11 | ANL | Reviewed November publishing and broadcasting results. | 2.50 |
| 12/14/11 | BH | Review and analyze weekly financial performance compared to Plan and revise report to Committee on same. | 2.20 |
| 12/15/11 | BH | Review Moelis Media update. | 0.50 |
| 12/15/11 | BH | Prepare verbal presentation to Committee regarding current financial results. | 1.00 |
| 12/15/11 | ANL | Prepared summary of November 2011 and year-to-date publishing and broadcasting results. | 1.80 |
| 12/16/11 | ANL | Prepare weekly status update. | 1.60 |
| 12/16/11 | ANL | Reviewed Careerbuilder and Classified Ventures documents. | 1.60 |
| 12/16/11 | ANL | Reviewed November and YTD publishing and broadcasting results and industry news. | 1.30 |
| 12/16/11 | MPM | Reviewed CV and CB agreements. | 0.70 |
| 12/19/11 | ANL | Prepare weekly status update. | 2.10 |
| 12/19/11 | ANL | Reviewed weekly flash reports and cash flow reports. | 1.80 |
| 12/19/11 | ANL | Reviewed Careerbuilder, Metromix and Classified Ventures documents. | 3.10 |
| 12/20/11 | ANL | Reviewed weekly flash reports and cash flow reports. | 1.30 |
| 12/20/11 | ANL | Prepared memo on cash dividends. | 1.50 |
| 12/20/11 | ANL | Reviewed Careerbuilder, Metromix and Classified Ventures documents. | 2.20 |
| 12/20/11 | BH | Review weekly financial performance compared to Plan and prepare report to Committee on same. | 2.10 |
| 12/21/11 | BH | Analyze pension related costs. | 2.40 |
| 12/21/11 | ANL | Prepared memo on cash dividends. | 1.50 |
| 12/21/11 | ANL | Reviewed segregated account agreements and CV amendment. | 2.50 |
| 12/21/11 | ANL | Prepared weekly status update. | 0.50 |
| 12/22/11 | ANL | Reviewed minority investment agreements. | 1.50 |
| 12/22/11 | ANL | Reviewed November YTD results. | 1.30 |
| 12/22/11 | ANL | Reviewed weekly flash reports. | 2.10 |
| 12/22/11 | BH | Review latest financial results of Classified Ventures and CareerBuilder. | 1.30 |

Re: Current Financials
Client/Matter # 005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/22/11 | BH | Review Moelis Media update. | 0.50 |
| 12/22/11 | BH | Prepare verbal comments for Committee discussion of current financial results. | 1.20 |
| 12/27/11 | ANL | Reviewed weekly flash reports. | 1.20 |
| 12/27/11 | ANL | Prepared weekly status update and cash summaries. | 1.80 |
| 12/28/11 | BH | Review and analyze weekly financial performance compared to Plan and revise report to Committee on same. | 2.30 |
| | | **Total Hours** | **92.40** |

Re: Current Financials
Client/Matter # 005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Michael P Murphy | 2.00 | 855.00 | 1,710.00 |
| Albert Leung | 66.20 | 560.00 | 37,072.00 |
| Brad Hall | 24.20 | 645.00 | 15,609.00 |
| **Total Hours & Fees** | **92.40** | | **54,391.00** |

Re: Employee Issues
Client/Matter # 005735.00007

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/14/11 | BH | Review information on the resignation of Editor of LA Times and draft memo to Chadbourne on same. | 0.70 |
| 12/20/11 | BH | Review separation payments to Stanton and DeFrascia, LA Times insiders. | 1.30 |
| 12/20/11 | ANL | Reviewed separation agreements and severance information for LA Times insiders. | 1.70 |
| | | **Total Hours** | **3.70** |

Re:             Employee Issues
Client/Matter # 005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 1.70 | 560.00 | 952.00 |
| Brad Hall | 2.00 | 645.00 | 1,290.00 |
| **Total Hours & Fees** | **3.70** | | **2,242.00** |

Re: Plan of Reorganization
Client/Matter # 005735.00008

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/01/11 | ANL | Reviewed Debtors valuation reports and legal entity summaries. | 2.30 |
| 12/01/11 | ANL | Reviewed disclosure statement. | 1.80 |
| 12/02/11 | ANL | Reviewed draft DCL amended plan. | 2.10 |
| 12/05/11 | ANL | Reviewed tolling agreements for preference actions with professional firms and banks. | 1.50 |
| 12/05/11 | ANL | Reviewed allocation dispute protocol. | 1.10 |
| 12/06/11 | ANL | Reviewed recovery model. | 1.10 |
| 12/13/11 | ANL | Reviewed recovery model and UCC objection motions. | 2.20 |
| 12/14/11 | ANL | Reviewed DCL plan, recovery model and UCC objection motions. | 1.80 |
| 12/16/11 | ANL | Reviewed reply motions and pleadings regarding confirmation and DCL plan. | 2.20 |
| 12/20/11 | ANL | Reviewed Debtors 5 year plan model. | 1.60 |
| 12/21/11 | ANL | Reviewed amended DCL plan and Debtors 5 year plan model. | 2.30 |
| 12/22/11 | ANL | Reviewed Debtors 5 year plan model. | 2.20 |
| | | **Total Hours** | **22.20** |

Re:             Plan of Reorganization
Client/Matter # 005735.00008

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Albert Leung | 22.20 | 560.00 | 12,432.00 |
| **Total Hours & Fees** | **22.20** | | **12,432.00** |

Re:             UCC Meetings
Client/Matter #  005735.00015

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/01/11 | BH | Participate in UCC meeting and present financial report. | 0.80 |
| 12/06/11 | BH | Participate in professionals meeting hosted by Chadbourne. | 0.60 |
| 12/15/11 | BH | Participate in Committee meeting and report on current financial results. | 0.60 |
| 12/15/11 | ANL | Participated in UCC telephonic meeting. | 0.60 |
| 12/20/11 | BH | Participate in professionals meeting hosted by Chadbourne. | 0.50 |
| 12/22/11 | BH | Participate in Committee meeting and provide financial and cash management reports. | 1.10 |
| 12/22/11 | ANL | Participated in UCC telephonic meeting. | 1.10 |
| | | **Total Hours** | **5.30** |

Re: UCC Meetings  
Client/Matter # 005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 1.70 | 560.00 | 952.00 |
| Brad Hall | 3.60 | 645.00 | 2,322.00 |
| **Total Hours & Fees** | **5.30** | | **3,274.00** |

Re: Billing and Retention
Client/Matter # 005735.00017

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/07/11 | ANL | Prepare data related to interim fee applications for fee examiner. | 1.80 |
| 12/08/11 | ANL | Prepare data related to interim fee applications for fee examiner. | 1.80 |
| 12/09/11 | ANL | Prepare data related to interim fee applications for fee examiner. | 1.10 |
| 12/12/11 | ANL | Prepare data related to interim fee applications for fee examiner. | 1.10 |
| 12/23/11 | AH | Research billing rate changes for update disclosure | 0.30 |
| 12/23/11 | BH | Review November 2011 fee application and exhibits. | 2.30 |
| 12/27/11 | ANL | Prepared November 2011 fee application and exhibits. | 2.50 |
| | | **Total Hours** | **10.90** |

Re:                 Billing and Retention
Client/Matter #   005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 0.30 | 855.00 | 256.50 |
| Albert Leung | 8.30 | 560.00 | 4,648.00 |
| Brad Hall | 2.30 | 645.00 | 1,483.50 |
| **Total Hours & Fees** | **10.90** | | **6,388.00** |