# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

December 1, 2011 through and including December 31, 2011

| Expenses | Amount |
|---|---:|
| Airfare | 964.07 |
| Airfare Service Charge | 30.00 |
| Cab Fare/Ground Transportation | 155.37 |
| Lodging | 1,244.02 |
| Meals & Tips | 140.67 |
| Parking & Tolls | 198.00 |
| **Total Disbursements** | **2,732.13** |

| Date | Disbursement Description | Amount |
|---|---|---:|
| 11/01/11 | Airfare Brad Hall 2011-11-02 SFO - JFK | 964.07 |
| 11/01/11 | Airfare Service Charge Brad Hall | 30.00 |
| 11/02/11 | Cab Fare/Ground Transportation - - VENDOR: Sunny's Worldwide Transportation Brad Hall - JFK to NY (out of town) | 88.11 |
| 11/02/11 | Cab Fare/Ground Transportation - - VENDOR: Sunny's Worldwide Transportation Brad Hall - NY to LGA (out of town) | 67.26 |
| 11/02/11 | Lodging Brad Hall Omni Hotels - New York 11/02/2011 - 11/04/2011 | 1,244.02 |
| 11/02/11 | Meals & Tips Brad Hall Dinner (out of town) | 42.93 |
| 11/03/11 | Meals & Tips Brad Hall Dinner (out of town) | 64.44 |
| 11/04/11 | Meals & Tips Brad Hall Breakfast (out of town) | 8.69 |
| 11/07/11 | Parking & Tolls Brad Hall (out of town) | 198.00 |
| 12/05/11 | Meals & Tips Albert Leung - Overtime Dinner | 24.61 |
| | **Total Disbursements** | **2,732.13** |