IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 2

IN RE: TRIBUNE COMPANY et al.

| | | |
|---|---|---|
| Wilmington Trust Company, | ) | |
| | ) | Civil Action No. 12-128-UNA |
| Appellant | ) | |
| v. | ) | |
| | ) | |
| Debtors and Debtors in Possession and | ) | |
| Certain Non-Debtor Affiliates, et al, | ) | |
| | ) | |
| Appellees | ) | Bankruptcy Case No. 08-13141 |
| | ) | |
| | ) | BAP 12-5 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following orders of the Bankruptcy Court dated 10/31/11 and 12/29/11 was docketed in the District Court on 2/1/12 :

      Order Regarding Motions for Reconsideration of the Confirmation Opinion and Order

      Order Denying Confirmation of Competing Plans

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                            Peter T. Dalleo
                                            Clerk of Court

Date: 2/1/12
To: U.S. Bankruptcy Court
       Counsel