## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------X
In re:                                          :        Chapter 11 Cases
                                                :        Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                         :        (Jointly Administered)
                                                :
        Debtors.                                :        Related Docket No. ____
                                                :
                                                :
                                                :
------------------------------------------------------X
```

### MOTION TO SHORTEN NOTICE PERIOD AND SCHEDULE AN EXPEDITED HEARING ON THE MOTION OF WILMINGTON TRUST COMPANY, AS SUCCESSOR INDENTURE TRUSTEE, FOR AN ORDER GRANTING LEAVE TO TAKE DISCOVERY AND COMPELLING DISCOVERY FROM JPMORGAN AND CITIGROUP

In its capacity as successor Indenture Trustee pursuant to an indenture dated April 1, 1999 (the "Indenture," with the notes issued pursuant to the Indenture referred to herein as the "PHONES Notes"), by and between the Tribune Company and Bank of Montreal Trust Company, as original Indenture Trustee, Wilmington Trust Company ("Wilmington Trust"), by and through its undersigned counsel, respectfully submits this motion (the "Motion to Shorten") for the entry of an order (i) shortening notice of, and scheduling an expedited hearing on, the *Motion of Wilmington Trust Company, as Successor Indenture Trustee, for an Order Granting Leave to Take Discovery and Compelling Discovery from JP Morgan and Citigroup* (the "Motion to Compel") for a time convenient to the Court during the week of February 6, 2012 (the "Hearing") and (ii) allowing objections, if any, to the Motion to Compel to be filed by 4:00 p.m. one day prior to the Hearing. In support thereof, Wilmington Trust respectfully represents as follows:

## JURISDICTION

1.    This Court has jurisdiction over these matters pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.    The predicates for the relief requested herein are sections 102 and 105(a) of the Bankruptcy Code, Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedures, and Rules 2002-1(b) and 9006-1(e) (the "Bankruptcy Rules") of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

## BACKGROUND

3.    The relevant background facts are set forth in the Motion to Compel, filed contemporaneously herewith, and incorporated herein by reference.[1]

## RELIEF REQUESTED

4.    By this Motion to Shorten, Wilmington Trust respectfully requests that the Court enter an order (i) shortening notice of and scheduling an expedited hearing on the Motion to Compel for an available time during the week of February 6, 2012, and (ii) allowing objections, if any, to the Motion to Compel to be filed by 4:00 p.m. one day prior to the Hearing.

5.    In accordance with Local Rule 9006-1(b) and Local Rule 7026-1(a), parties generally are required to provide seven days notice of motions relating to discovery sought under Bankruptcy Rules 7026 to 7037, which are made applicable to the Allocation Disputes in this contested matter by Bankruptcy Rule 9014(c). However, Local Rule 9006-1(e) provides that the Court may shorten this notice period "on written motion (served on all interested parties) specifying the exigencies justifying shortened notice." Local Rule 9006-1(e).

---

[1]    Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion to Compel.

6.      Wilmington Trust respectfully requests that sufficient cause exists for shortening notice of, and scheduling an expedited hearing on, the Motion to Compel and approving the requested objection deadline.

7.      By the Motion to Compel, Wilmington Trust seeks an order requiring JP Morgan and Citigroup to make certain named persons available for deposition on an issue raised in the allocation disputes—the priority of the EGI-TRB Notes vis-à-vis the PHONES Notes.

8.      The Court's *Order Establishing Scheduling for (1) Resolution of the Allocation Disputes and (2) Consideration of DCL Plan Proponents' Supplemental Disclosure Document, Solicitation Procedures Motion and Plan* (the "Allocation Disputes Scheduling Order") (D.I. 10692) limits discovery on the Allocation Disputes to the areas set forth in Paragraph 5, sections (a) through (e) of that order.    As relevant here, discovery with respect to the relative subordination of the PHONES Notes and the EGI-TRB Notes is limited to discovery from EGI-TRB and the Debtors.[2]    Paragraph 5(f) provides that other discovery can be authorized by the Court "upon good cause shown after notice and an opportunity to be heard." Allocation Disputes Scheduling Order, p. 5, ¶ 5(f).    The Motion to Compel filed simultaneously herewith demonstrates good cause for the Court to order the discovery sought therein.

9.      Expedited consideration of the Motion to Compel is necessary because paragraph 12 of the Allocation Disputes Scheduling Order requires that all discovery on the Allocation Disputes be completed no later than February 17, 2012. Id. p. 6. If the Motion to Compel is heard on seven days notice as required by the Local Rules, the parties would have a maximum of

---

[2]      In accordance with the Allocation Disputes Scheduling Order, Wilmington Trust has filed a letter brief with the Court to compel documents from EGI-TRB.

four business days to complete the depositions requested, should the Motion to Compel be granted.

10.     Wilmington Trust requests an expedited hearing on the Motion to Compel to maximize the time the parties will have to complete the discovery and depositions sought under the Motion to Compel under the extremely tight deadlines imposed by the Allocation Disputes Scheduling Order.

11.     Given these circumstances, Wilmington Trust submits that the relief requested in this Motion to Shorten is necessary and appropriate.  Accordingly, the Court should shorten notice with respect to the Motion Granting Leave to Take and Compelling Discovery so that it may be heard during the week of February 6, 2012, or such other time as is convenient to the Court.  If the Court's schedule permits, it would be most efficient if this Motion can be heard at the same time the Court hears Wilmington Trust's Motion to Compel documents from EGI-TRB.

## NOTICE

12.     Notice of this Motion to Shorten has been provided to (i) the United State Trustee; (ii) counsel to JPMorgan and Citigroup; (iii) counsel for EGI-TRB; and (iv) those parties identified as Parties to the Allocation Disputes under paragraph 1 of the Allocation Disputes Scheduling Order.  In light of the nature of the relief requested herein, Wilmington Trust submits that no other or further notice need be provided.

## NO PRIOR REQUEST

13.     No previous request for the relief requested herein has been made to this or any other court.

## CONCLUSION

**WHEREFORE**, Wilmington Trust respectfully requests entry of an Order, substantially in the form attached hereto as <u>Exhibit A</u>, (i) shortening notice of and scheduling an expedited hearing on the Motion for Leave to Take Discovery and to Compel Discovery for an available time during the week of February 6, 2012; (ii) allowing objections, if any, to the Motion for Leave and to Compel to be filed by 4:00 p.m. the day prior to the Hearing; and (iii) granting such other and further relief as the Court deems appropriate.

Date:  February 6, 2012
      Wilmington, DE

SULLIVAN  HAZELTINE ·ALLINSON LLC

   s/William D. Sullivan
William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
901 North Market Street, Suite 1300
Wilmington, DE 19801
(302) 428-8191
bsullivan@sha-llc.com
zallinson@sha-llc.com

   -and-

BROWN RUDNICK LLP
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Gordon Z. Novod, Esq.
Seven Times Square
New York, NY 10036
(212) 209-4800
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: gnovod@brownrudnick.com

*Counsel to Wilmington Trust Company, solely in its capacity as Successor Indenture Trustee for the PHONES Notes*