**<u>Exhibit A</u>**

**[Proposed Order]**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------X
In re:                                          :    Chapter 11 Cases
                                                :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                         :    (Jointly Administered)
                                                :
        Debtors.                                :    Related Docket No. _____
                                                :
                                                :
                                                :
------------------------------------------------X
```

### ORDER SHORTENING NOTICE AND SCHEDULING HEARING ON MOTION OF WILMINGTON TRUST COMPANY, AS SUCCESSOR INDENTURE TRUSTEE, FOR AN ORDER GRANTING LEAVE TO TAKE AND COMPELLING DISCOVERY FROM JP MORGAN AND CITIGROUP

Upon consideration of the *Motion to Shorten Notice Period and Schedule Expedited Hearing on Motion of Wilmington Trust Company, as Successor Indenture Trustee, for an Order Granting Leave to Take and Compelling Discovery from JP Morgan and Citigroup* (the "Motion to Shorten")[1] filed by Wilmington Trust Company, the Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334; this is a core proceeding pursuant to 28 U.S.C. § 157(b); venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; the relief requested in the Motion to Shorten is in the best interests of the Debtors, their estates and creditors; proper and adequate notice has been given and no other or further notice is necessary; after due deliberation and sufficient cause appearing thereof, it is hereby:

**ORDERED, ADJUDGED, AND DECREED THAT**:

1.      The Motion to Shorten is **GRANTED**.

---

[1]      All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion to Shorten.

2.     The Motion to Compel shall be heard at the Hearing scheduled for February

_____, 2012 at _____ (EDT).

3.     Any objections to the relief requested in the Motion For Leave and to Compel

shall be filed on or before February _____, 2012 at _____ (EDT).

4.     This Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.


Dated: Wilmington, Delaware
         February ____, 2012


_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY COURT



#8316561