EXHIBIT A

**To:**    Chandler Bigelow[]; david_tuvlin[]; michael s canmann[]; michael_ogrady[]; Patricia.Deans@jpmorgan.com[]; julie persily[]; todd_kaplan[];
**Subject:**    Re: Moodys-com report to Tribune 3-27-07.xls
**Sent:**    Tue 3/27/2007 8:49:23 PM
**From:**    peter.cohen@jpmorgan.com
**Flag Status:**    0x00000000

Zell junior

---

Peter Cohen
Managing Director
JP Morgan
277 Park Avenue NY NY 10172
212/622-9855 (w)
917/620-8542 (cell)


—— Original Message ——
From: "Bigelow, Chandler" [CBigelow@tribune.com]
Sent: 03/27/2007 03:46 PM
To:
<david_tuvlin@ml.com>;<michael.s.canmann@citigroup.com>;<michael_ogrady@ml.com>;<Patricia.Deans@jpmorgan.com>;< julie.persily@citigroup.com>;<peter..cohen@jpmorgan.com>;<todd_kaplan@ml.com>
Subject: Re: Moodys-com report to Tribune 3-27-07.xls

Anyone have a view on the PHONES vs Zell note – is the PHONES senior?

—— Original Message ——
From: Tuvlin, David (IBK-NY) <david_tuvlin@ml.com>
To: Bigelow, Chandler; michael.s.canmann@citigroup.com <michael.s.canmann@citigroup.com>; O'Grady, Michael G. (IBK - CHI) <michael_ogrady@ml.com>; Patricia.Deans@jpmorgan.com <Patricia.Deans@jpmorgan.com>; Persily, Julie [CIB-GFI] <julie.persily@citigroup.com>; peter.cohen@jpmorgan.com <peter.cohen@jpmorgan.com>; Kaplan, Todd (GMI Leveraged Finance) <todd_kaplan@ml.com>
Sent: Tue Mar 27 15:22:00 2007
Subject: RE: Moodys-com report to Tribune 3-27-07.xls

Chandler - to be clear, I was looking at the column to the far right that says "effective priority." Probably worth discussing with them the middle column that is entitled "priority rank." They should be rating this off of the "effective priority."

——Original Message——
From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Tuesday, March 27, 2007 3:21 PM
To: michael.s.canmann@citigroup.com; O'Grady, Michael G. (IBK - CHI); Patricia.Deans@jpmorgan.com; Tuvlin, David (IBK-NY); Persily, Julie [CIB-GFI]; peter.cohen@jpmorgan.com; Kaplan, Todd (GMI Leveraged Finance)
Subject: FW: Moodys-com report to Tribune 3-27-07.xls


Nothing here except their "waterfall" analysis. I am reviewing the attached now. Please let me know if you have any comments. I have a call with them in 40 minutes. Thanks, Chandler


——Original Message——
From: Puchalla, John [mailto:John.Puchalla@moodys.com]
Sent: Tuesday, March 27, 2007 1:54 PM
To: Bigelow, Chandler
Cc: Minana, Juan
Subject: Moodys-com report to Tribune 3-27-07.xls


Chandler -

CONFIDENTIAL

CITI-TRIB-CC 00050289

Please review the inputs to our notching model. We will plan to call you at 4 pm EST (3 pm CST).

<<Moodys-com report to Tribune 3-27-07.xls>>
Thanks,
John

———

The information contained in this e-mail message, and any attachment thereto, is confidential and may not be disclosed without our express permission. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that you have received this message in error and that any review, dissemination, distribution or copying of this message, or any attachment thereto, in whole or in part, is strictly prohibited. If you have received this message in error, please immediately notify us by telephone, fax or e-mail and delete the message and all of its attachments. Thank you. Every effort is made to keep our network free from viruses. You should, however, review this e-mail message, as well as any attachment thereto, for viruses. We take no responsibility and have no liability for any computer virus which may be transferred via this e-mail message.

———

If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute it. Click here <http://www.ml.com/email_terms/> for important additional terms relating to this e-mail. http://www.ml.com/email_terms/

———

This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates.

This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you. Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to UK legal entities.

CONFIDENTIAL

CITI-TRIB-CC 00050290