# EXHIBIT B

| | |
|---|---|
| **From:** | joachim.sonne@jpmorgan.com |
| **Sent:** | Tuesday, March 27, 2007 4:03 PM |
| **To:** | Bigelow, Chandler |
| **Cc:** | peter.cohen@jpmorgan.com |
| **Subject:** | Re: Fw: Moodys-com report to Tribune 3-27-07.xls |

Chandler,

this is correct. Zell sub note will be most junior in the capital structure.

Kind regards
Joachim

---

Joachim Sonne
Vice President
JPMorgan — Telecoms, Media and Technology Investment Banking
277 Park Avenue. New York, NY 10172
( direct: +1 212 622 2333
( fax: +1 646 534 0327
* email: joachim.sonne@jpmorgan.com .

----- Original Message -----
From: Peter Cohen
Sent: 03/27/2007 03:49 PM
To: "Chandler Bigelow" <cbigelow@tribune.com>;"david_tuvlin"
<david_tuvlin@ml.com>;"michael s canmann"
<michael.s.canmann@citigroup.com>;"michael_ogrady"
<michael_ogrady@ml.com>;CN=Patricia Deans/O=JPMCHASE@JPMCHASE;"julie persily"
<julie.persily@citigroup.com>;"todd_kaplan" <todd_kaplan@ml.com>
Subject: Re: Moodys-com report to Tribune 3-27-07.xls

Zell junior
---------------------------
Peter Cohen
Managing Director
JP Morgan
277 Park Avenue NY NY 10172
212/622-9855 (w)
917/620-8542 (cell)

----- Original Message -----
From: "Bigelow, Chandler" [CBigelow@tribune.com]
Sent: 03/27/2007 03:46 PM
To:
<david_tuvlin@ml.com>;<michael.s.canmann@citigroup.com>;<michael_ogrady@ml.com>;<Patricia
.Deans@jpmorgan.com>;<julie.persily@citigroup.com>;<peter.cohen@jpmorgan.com>;<todd_kapla
n@ml.com>

Subject: Re: Moodys-com report to Tribune 3-27-07.xls

Anyone have a view on the PHONES vs Zell note - is the PHONES senior?

1

TRIB 040736
HIGHLY CONFIDENTIAL
TRIB-G0035142

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only