# EXHIBIT C

From: Bigelow, Chandler
Sent: Tuesday, March 27, 2007 6:28 PM
To: 'Persily, Julie [CIB-GFI]'
Subject: RE: Moodys-com report to Tribune 3-27-07.xls

Thanks.

-----Original Message-----
From: Persily, Julie [CIB-GFI] [mailto:julie.persily@citigroup.com]
Sent: Tuesday, March 27, 2007 3:49 PM
To: Bigelow, Chandler; david_tuvlin@ml.com; Canmann, Michael S [CIB-GBKG]; michael_ogrady@ml.com; Patricia.Deans@jpmorgan.com; peter.cohen@jpmorgan.com; todd_kaplan@ml.com
Subject: RE: Moodys-com report to Tribune 3-27-07.xls

The Zell Note is Jr to the PHONEs

-----Original Message-----
From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Tuesday, March 27, 2007 4:47 PM
To: david_tuvlin@ml.com; Canmann, Michael S [CIB-GBKG]; michael_ogrady@ml.com; Patricia.Deans@jpmorgan.com; Persily, Julie [CIB-GFI]; peter.cohen@jpmorgan.com; todd_kaplan@ml.com
Subject: Re: Moodys-com report to Tribune 3-27-07.xls

Anyone have a view on the PHONES vs Zell note - is the PHONES senior?

----- Original Message -----
From: Tuvlin, David (IBK-NY) <david_tuvlin@ml.com>
To: Bigelow, Chandler; michael.s.canmann@citigroup.com <michael.s.canmann@citigroup.com>; O'Grady, Michael G. (IBK - CHI) <michael_ogrady@ml.com>; Patricia.Deans@jpmorgan.com <Patricia.Deans@jpmorgan.com>; Persily, Julie [CIB-GFI] <julie.persily@citigroup.com>; peter.cohen@jpmorgan.com <peter.cohen@jpmorgan.com>; Kaplan, Todd (GMI Leveraged Finance) <todd_kaplan@ml.com>
Sent: Tue Mar 27 15:22:00 2007
Subject: RE: Moodys-com report to Tribune 3-27-07.xls

Chandler - to be clear, I was looking at the column to the far right that says "effective priority." Probably worth discussing with them the middle column that is entitled "priority rank." They should be rating this off of the "effective priority."

-----Original Message-----
From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Tuesday, March 27, 2007 3:21 PM
To: michael.s.canmann@citigroup.com; O'Grady, Michael G. (IBK - CHI); Patricia.Deans@jpmorgan.com; Tuvlin, David (IBK-NY); Persily, Julie [CIB-GFI]; peter.cohen@jpmorgan.com; Kaplan, Todd (GMI Leveraged Finance)
Subject: FW: Moodys-com report to Tribune 3-27-07.xls


Nothing here except their "waterfall" analysis. I am reviewing the attached now. Please let me know if you have any comments. I have a call with them in 40 minutes. Thanks, Chandler


-----Original Message-----
From: Puchalla, John [mailto:John.Puchalla@moodys.com]

1

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB 021668
HIGHLY CONFIDENTIAL
TRIB-G0026947