# EXHIBIT E

From: CN=Peter Cohen/O=JPMCHASE
Date: 03/27/2007 05:41:07 PM
To: CN=Joachim X Sonne/O=JPMCHASE@JPMCHASE
CC: CN=Rajesh Kapadia/O=JPMCHASE@JPMCHASE; CN=Patricia Deans/O=JPMCHASE@JPMCHASE
Subject: Re: Fw: Moodys-com report to Tribune 3-27-07.xls

Think he's good. Thx

Peter Cohen
Managing Director
JP Morgan
277 Park Avenue NY NY 10172
212/622-9855 (w)
917/620-8542 (cell)

Inactive hide details for Joachim X SonneJoachim X Sonne

> From: Joachim X Sonne
> Sent: 03/27/2007 05:40 PM EDT
> To: Peter Cohen
> Cc: Rajesh Kapadia; Patricia Deans
> Subject: Re: Fw: Moodys-com report to Tribune 3-27-07.xls

Talked to EGI, Chris Hochschild, and he confirmed that they see their security as the most junior in the capital structure and junior to the Phones. also had sent an email to Chandler, had copied you Peter. What else does he need?

Joachim Sonne
*Vice President*
JPMorgan - Telecoms, Media and Technology Investment Banking
277 Park Avenue, New York, NY 10172
( direct: +1 212 622 2333
( fax: +1 646 534 0327
* email: joachim.sonne@jpmorgan.com
Inactive hide details for Peter Cohen/JPMCHASEPeter Cohen/JPMCHASE

Highly Confidential - Attorneys' Eyes Only

JPM_00226635