EXHIBIT F

| | |
|---|---|
| **From:** | Bigelow, Chandler |
| **Sent:** | Wednesday, March 28, 2007 3:37 AM (GMT) |
| **To:** | 'Puchalla, John' <John.Puchalla@moodys.com> |
| **Subject:** | RE: Moody's Questions |

Yes, I agree he is very motivated and from my perspective, motivating.

We plan to get an opinion on the S Corp election from Wachtell at the time of election. For now, we will receive verbal comfort from the tax lawyers that we will be able to make our S Corp election.

Thanks, Chandler

-----Original Message-----
From: Puchalla, John [mailto:John.Puchalla@moodys.com]
Sent: Tuesday, March 27, 2007 9:30 PM
To: Bigelow, Chandler
Subject: RE: Moody's Questions
Importance: Low

Fine. He seems pretty motivated.

Can you verify you are getting an opinion of counsel and not a ruling from the IRS. And who is the law firm? Sorry, you probably said but I can't remember.

-----Original Message-----
From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Tuesday, March 27, 2007 10:17 PM
To: Puchalla, John
Subject: Re: Moody's Questions

How did your call go?

----- Original Message -----
From: Puchalla, John <John.Puchalla@moodys.com>
To: Bigelow, Chandler
Sent: Tue Mar 27 21:10:30 2007
Subject: RE: Moody's Questions

Ok, thanks.

-----Original Message-----
From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Tuesday, March 27, 2007 9:49 PM
To: Puchalla, John

Professionals' Eyes Only

TRB0090708

Subject: FW: Moody's Questions

John - here is a quick summary from our Assistant GC on your questions.
Also, I have confirmed that the Zell note would be subordinated to the
PHONES.

Once I have the latest draft of the Warrant, I will forward to you.
Also, I confirmed that the parties to the intercreditor agreement would
be the Company, banks and Zell.

Please let me know if you have any questions. Many thanks, Chandler

-----Original Message-----
From: Hianik, Mark W.
Sent: Tuesday, March 27, 2007 6:52 PM
To: Bigelow, Chandler; Grenesko, Don; Kenney, Crane H; Eldersveld,
David; Kazan, Daniel G
Subject: RE: Moody's Questions

Answers to the questions below are as follows:

1.   Current term sheet description and warrant draft are dated.
Revised warrant agreement to be turned either late tonight or early
tomorrow by ESOP counsel. Will forward to you upon receipt.

2.   Confirm with Merrill/Citi tonight, but my understanding is that
the intercreditor agreement will be among the Company, EGI-TRB, L.L.C.
(Zell) and the credit facility banks.

3.   Current draft of the Zell warrant is transferable to "Permitted
Transferees" defined to include all Zell affiliates. Sub Note is
assignable only with the prior written consent of the other party.

4.   Current draft of bylaws provides for a Nominating Committee to
be comprised of three directors - two independents and one Zell
designee. Composition of board committees is still under discussion.
Trustee has no role in director nominations, only in voting for director
slates proffered by nominating committee. Current section of by-laws
governing board committees reads as follows (committee composition
provisions shown in boldface brackets):

Professionals' Eyes Only

The Company shall have a standing Audit Committee, Compensation Committee and Nominating Committee of the Board, each composed of three members, in each case, with such rights, duties and obligations as are customarily possessed by such committees at similarly situated companies. Each of the Audit, Compensation and Nominating Committees will have two Independent Directors as members. At least one member of each of the Audit Committee, Compensation Committee and Nominating Committee shall be an EGI-TRB Designee. The Board may, in its discretion, by the affirmative vote of a majority of the whole board, designate one or more additional committees, each committee to consist of one or more of the directors. The board may designate one or more directors as alternate members of any committee, who may replace any absent or disqualified member at any meeting of the committee. At all committee meetings, a majority of the total number of members shall constitute a quorum for the transaction of business and the act of a majority of the members present at any meeting at which there is a quorum shall be the act of such committee. In the absence or disqualification of any member of a committee, the member or members thereof present at any meeting and not disqualified from voting, whether he or they constitute a quorum, may unanimously appoint another member of the board to act at the meeting in the place of the absent or disqualified member provided such member meets the qualification requirements set forth herein. Except as otherwise provided by law or these bylaws, any committee, to the extent provided by resolution of the board, shall have and may exercise all the powers and authority of the board. No committee shall have or exercise the powers and authority of the board with respect to filling vacancies among the directors or in any committee of the directors, amending the certificate of incorporation, adopting an agreement of merger or consolidation, recommending to the stockholders the sale, lease, or exchange of all or substantially all of the corporation's property and assets, recommending to the stockholders a dissolution of the corporation or a revocation of a dissolution, amending the bylaws, or, unless the resolution of the board expressly so provides, declaring a dividend or authorizing the issuance of stock. A majority of the members of a committee may determine its action and fix the time and place of its meetings, unless the board shall otherwise provide. The board shall have the power at any time to fill vacancies in, to change the membership of, or to discharge any committee.

The information contained in this e-mail message, and any attachment thereto, is confidential and may not be disclosed without our express permission. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that you have received this message in error and that any review, dissemination, distribution or copying of this message, or any attachment thereto, in whole or in part, is strictly prohibited.

Professionals' Eyes Only

TRB0090710

If you have received this message in error, please immediately notify us by telephone, fax or e-mail and delete the message and all of its attachments. Thank you. Every effort is made to keep our network free from viruses. You should, however, review this e-mail message, as well as any attachment thereto, for viruses. We take no responsibility and have no liability for any computer virus which may be transferred via this e-mail message.

---

The information contained in this e-mail message, and any attachment thereto, is confidential and may not be disclosed without our express permission. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that you have received this message in error and that any review, dissemination, distribution or copying of this message, or any attachment thereto, in whole or in part, is strictly prohibited. If you have received this message in error, please immediately notify us by telephone, fax or e-mail and delete the message and all of its attachments. Thank you. Every effort is made to keep our network free from viruses. You should, however, review this e-mail message, as well as any attachment thereto, for viruses. We take no responsibility and have no liability for any computer virus which may be transferred via this e-mail message.

Professionals' Eyes Only

TRB0090711