# EXHIBIT G

| From: | Kazan, Daniel G <DKazan@tribune.com> |
| Sent: | Saturday, March 24, 2007 5:23 PM |
| To: | Bluth, Elyse <Elyse.Bluth@duffandphelps.com> |
| Cc: | Hianik, Mark W. <MHianik@tribune.com>; Bigelow, Chandler<br><CBigelow@tribune.com> |
| Subject: | FW: Note Summaries |
| Attach: | Exchangeable Note - Summary of Terms.doc;Subordinated Note - Summary of<br>Terms.doc;ESOP Note - Summary of Terms.doc |

Elyse: Mark Hianik asked that I forward these summaries to you.

Dan
-----Original Message-----
From: Hianik, Mark W.
Sent: Friday, March 23, 2007 5:23 PM
To: 'SARosenblum@WLRK.com'; michael_costa@ml.com; christina.mohr@citigroup.com;
rosanne.kurmaniak@citigroup.com; Kenney, Crane H; Grenesko, Don; wmerten@mwe.com
Cc: Bigelow, Chandler; Kazan, Daniel G
Subject: RE: Note Summaries

Here is a clean set of the three note summaries with Steve's change added to the Convertible Note summary.

Chandler, these versions can be sent to the rating agencies.

Mark

From: SARosenblum@WLRK.com [mailto:SARosenblum@WLRK.com]
Sent: Friday, March 23, 2007 5:36 PM
To: Hianik, Mark W.; michael_costa@ml.com; christina.mohr@citigroup.com; rosanne.kurmaniak@citigroup.com; Kenney,
Crane H; Grenesko, Don; wmerten@mwe.com
Cc: Bigelow, Chandler; Kazan, Daniel G
Subject: RE: Note Summaries

A small point, but the conversion price per share should be $33 plus accrued interest (as the principal
amount of the note will PIK and will give them a windfall if we hold the conversion price steady at
$33).

From: Hianik, Mark W. [mailto:MHianik@tribune.com]
Sent: Friday, March 23, 2007 6:33 PM
To: Rosenblum, Steven A.; Costa, Michael R. (Merrill Lynch & Co., Inc.); Mohr, Christina A. (Citigroup Global Wealth
Management); Kurmaniak, Rosanne [CIB-GBKG]; Kenney, Crane H. (Tribune Company); Grenesko, Donald C. (Tribune
Company); Merten, William W. (McDermott, Will & Emery LLP)
Cc: Bigelow, Chandler (Tribune Company); Kazan, Daniel G. (Tribune Company)
Subject: FW: Note Summaries

Attached FYI.

Michael, you will note that we did not make your suggested change regarding the ability to pay the Convertible Note in
cash or common stock. We raised the issue with Nils, but he isn't sure he agrees with it. We decided to leave it as an
open point for now so that we can get the summaries to the rating agencies.

Mark

Confidential

**From:** Hianik, Mark W.
**Sent:** Friday, March 23, 2007 5:21 PM
**To:** nlarsen@egii.com; Bigelow, Chandler; Kazan, Daniel G
**Subject:** Note Summaries

Attached are revised copies of the term sheets for the Zell Convertible Subordinated Note and the Zell Subordinated Note and a copy of the term sheet for the ESOP Note. The only changes to the Zell note term sheets are the addition of a $33/sh conversion price in the first bullet of the last section of the Convertible Subordinated Promissory Note term sheet and the date footnote added to each. Please get any final comments to Chandler or Dan as soon as possible. Thanks.

Mark


*******************************************************************
Please be advised that this transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy or re-transmit this communication. If you have received this communication in error, please notify us by e-mail (postmaster@wlrk.com) or by telephone (call us collect at 212-403-4357) and delete this message and any attachments. Thank you in advance for your cooperation and assistance. www.wlrk.com
*******************************************************************

D&P_TR091749

INDICATIVE TERMS[*]

CONVERTIBLE SUBORDINATED PROMISSORY NOTE

| | |
|---|---|
| Borrower/Issuer: | Tribune Company |
| Facility/Issue: | Convertible Subordinated Note |
| Lender: | Zell limited liability company |
| Security: | None |
| Guarantees: | None |
| Principal Amount: | TBD |
| Maturity: | Earlier to occur of (i) termination of pending merger transaction and (ii) consummation of merger |
| Amortization: | None |
| Subordination: | Fully subordinated in all rights and remedies; full payment blockage and standstill |
| Interest Rate: | 5% per annum |
| Interest Payments: | Quarterly.  Interest PIKs |
| Covenants: | None |
| Conversion: | -Optional conversion by Borrower at any time (at $33/share plus interest)<br>-Automatic conversion in whole at maturity<br>-Subject to customary antidilution adjustments |

[*] As of March 23, 2007; subject to modification.

D&P_TR091750

## INDICATIVE TERMS[*]

### SUBORDINATED PROMISSORY NOTE

| | |
|---|---|
| Borrower/Issuer: | Tribune Company |
| Facility/Issue: | Subordinated Note |
| Lender: | Zell limited liability company |
| Security: | None |
| Guarantees: | None |
| Principal Amount: | TBD |
| Maturity: | 11 years from issuance |
| Subordination: | Fully subordinated in all rights and remedies; full payment blockage and standstill |
| Optional Redemption: | Permitted without premium, subject to terms of subordination |
| Amortization: | $250,000 per quarter, subject to terms of subordination |
| Interest Rate: | Long-Term Applicable Federal Rate at time of issuance (currently 4.81%) |
| Interest Payments: | Quarterly.  Interest PIKs, unless cash pay permitted under terms of subordination |
| Covenants: | None |

---

[*] As of March 23, 2007; subject to modification.

D&P_TR091751

## INDICATIVE TERMS[*]

### ESOP NOTE

| | |
|---|---|
| Borrower/Issuer: | Tribune Employee Stock Ownership Trust |
| Facility/Issue: | ESOP Note |
| Lender: | Tribune Company |
| Security: | Pledge of shares of Tribune common stock to be acquired with loan proceeds |
| Guarantees: | None |
| Principal Amount: | $250 million |
| Maturity: | 30 years from issuance |
| Prepayment: | Permitted without penalty or premium, subject to limitations imposed by IRS and ERISA |
| Amortization: | $15,342,301 per year with a $62.5 million balloon payment at maturity |
| Interest Rate: | 5.01% |
| Interest Payments: | Annually |
| Covenants: | – Tribune to preserve existence<br>– Tribune to preserve existence of ESOP Plan and Trust and maintain their tax-qualified status<br>– Tribune to make contributions and/or declare dividends in amounts sufficient to enable Trustee to pay interest and principal under ESOP Note when due |

---

[*] As of March 23, 2007; subject to modification.

Confidential