# EXHIBIT H

**From:** Musil, Ruthellyn
**Sent:** Thursday, April 05, 2007 6:01 PM
**To:** Hlanik, Mark W.
**Subject:** FW: questions

-----Original Message-----
**From:** Weitman, Gary
**Sent:** Wednesday, April 04, 2007 6:48 PM
**To:** 'Floyd Norris'
**Subject:** RE: questions

Floyd,

Answers are below.

Gary

> -----Original Message-----
> **From:** Floyd Norris [mailto:norris@nytimes.com]
> **Sent:** Wednesday, April 04, 2007 3:03 PM
> **To:** Weitman, Gary
> **Subject:** RE: questions
>
> thansk
>
> For the International Herald Tribune I need to get some answers today.
> Most important are:
>
> 1. how much total debt?
> 2. Is my estimate on Zell stock cost accurate?
>
>
> At 03:46 PM 4/4/2007, you wrote:
>
> These are complex. I am working on it.
>
> We will file our 8-K tomorrow, and much of what you are asking for will be contained in the 8-K. Some answers may have to wait until the filing is complete.
>
>> Gary
>> -----Original Message-----
>> **From:** Floyd Norris [mailto:norris@nytimes.com]
>> **Sent:** Wednesday, April 04, 2007 2:09 PM
>> **To:** Weitman, Gary
>> **Subject:** Re: questions
>>
>> When can I hope to hear from you?
>> floyd
>>
>> At 10:53 PM 4/3/2007, you wrote:

1

Highly Confidential - Attorneys' Eyes Only
TRB1249941

I got them. Thx.

----- Original Message -----
From: Floyd Norris <norris@nytimes.com>
To: Weitman, Gary
Sent: Tue Apr 03 19:25:06 2007
Subject: questions

Thanks for talking to me. Here are my ten favorite questions. (Some are a little open ended.)

1. I calculate that Mr. Zell will pay $6.78 per share if, and when, he exercises his warrant. I would be happy to go over the arithmetic with someone, and would like to learn if it is wrong. That will be better explained in the 8-K, filed tomorrow afternoon.

2. The release says the exercise price for Mr. Zell's warrant "initially" will be $500 million. How could that change? That will also be in the 8-K, but my understanding is that it will increase $10M a year over the first 10 years of the warrant.

3. Are any Tribune employees now earning benefits in defined benefit plans? Or have all the plans been frozen?

There are a handful of smaller employee groups, primarily union, who have an ongoing defined benefit plan. However the vast majority are not currently earning benefits under a defined benefit plan.

4. How will the cash balance plan work? The company will contribute 3% of an employee's eligible pay to an account. It will earn interest based on the 10-year U.S. Treasury note.

Will it accrue interest? Yes At what rate? Above
How much of that will be actually paid into the plan, and how much will become an unfunded liability? Do they have any plans on how to invest that fund? Both will be determined by the company's Employee Benefit Committee.

5. How will the ESOP shares be valued for distribution purposes? Annual valuations done by outside appraisal.

When will an employee be able to sell the shares attributed to him or her? Checking, but I don't think so.

6. Tribune now contributes between 6 and 9 percent of employee pay, in cash, to 401k. In cash (ignoring the ESOP, whose distributions are non-cash) that will be replaced by a 3% cash balance plan. How much is that expected to save the company on an annual basis? How much of the cash balance plan will be funded? (That was asked above, but I am trying to get a cash comparison here.) This information will be in later SEC filings and/or will be determined by the Employee Benefits Committee.

7. Can I get any information on how the debt will be structured, or what interest rates will be paid? Are there any existing debt deals that someone could point me to for an indication of what the debt terms might be? These will be in the Bank comment letters in the 8-K filing.

2

Highly Confidential - Attorneys' Eyes Only
TRB1249942

8. When this is done, there will be $11.2 billion in new bonds out, plus how much in old bonds? Are there other debts I should consider?  Total debt will be around $13B; not all bonds. Bonds plus bank debt.

9. Mr. Zell will be owed $225 million for his subordinated note. Is that included in the debt totals above? Will his note be senior to, or equal with, any other debt? And if so, which debt and how much? What will be the terms of that note? What will be the interest rate? Will the company have to pay it down over time, or will it be an 11-year bullet repayment? (And why 11 years?)  All in the 8-K. Zell note will be fully subordinated, just above common equity.

10. As I understand the ESOP and Subchapter S tax laws, Tribune will get deductions for all of its interest payments, and for principal repayments of the ESOP loans, which I think will be $4.45 billion. ($225 million in the first phase, and $4.2 billion in the next.)  If there is somehow any taxable income left, it will be attributed to the ESOP (assuming Mr. Zell has not exercised his warrant) and escape tax anyway. Am I missing something, or confused?

ESOP loan is $250M and will not increase. ESOP will not pay tax as it is an employee benefit plan exempt from tax, and TRB taxes greatly reduced. Other elements above are essentially correct.

Thanks very much for your help. I'd appreciate it if you could confirm you got these questions.
floyd



Floyd Norris
Chief Financial Correspondent
The New York Times
212 556-1783

Floyd Norris
Chief Financial Correspondent
The New York Times
212 556-1783
Floyd Norris
Chief Financial Correspondent
The New York Times
212 556-1783

3

Highly Confidential - Attorneys' Eyes Only
TRB1249943