PROPOSED ORDER

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X
In re:                                          :      Chapter 11 Cases
                                                :      Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                        :      (Jointly Administered)
                                                :
        Debtors.                                :      Related Docket No. ____
                                                :
                                                :
------------------------------------------------------X


**ORDER ON MOTION OF WILMINGTON TRUST COMPANY,
AS SUCCESSOR INDENTURE TRUSTEE, FOR AN ORDER GRANTING LEAVE TO
TAKE DISCOVERY AND COMPELLING DISCOVERY
FROM JP MORGAN AND CITIBANK**

Upon consideration of the *Motion of Wilmington Trust Company, as Successor Indenture Trustee, for an Order Granting Leave to Take Discovery and Compelling Discovery from JP Morgan and Citibank* (the "Motion")[1] filed by Wilmington Trust Company ("Wilmington Trust"), the Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334; this is a core proceeding pursuant to 28 U.S.C. § 157(b); venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; proper and adequate notice has been given and no other or further notice is necessary; after due deliberation and sufficient cause appearing thereof, and for good cause shown, it is hereby:

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.  The Motion is **GRANTED.**

2.  Wilmington Trust is hereby authorized to take depositions of representatives of JPMorgan and Citibank as set forth in the Motion as part of the discovery being conducted with

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion to Compel.

respect to the pending Allocation Disputes in this matter, and JPMorgan and Citibank will make the witnesses identified in the Motion available for deposition by February 17, 2012, or such other date as the parties participating in this discovery mutually agree.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
      February ____, 2012

 

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY COURT