**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | **Re: D.I. 10867, 10868** |

## DECLARATION OF SERVICE

I, Katie M. Davis, declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by SULLIVAN · HAZELTINE · ALLINSON LLC, 901 North Market Street, Suite 1300, Wilmington, DE 19801.

3. On the 6th of February 2012, under my direction and supervision, service of the *Motion to Shorten Notice Period and Schedule an Expedited Hearing on the Motion of Wilmington Trust Company, as Successor Indenture Trustee, for an Order Granting Leave to Take Discovery and Compelling Discovery from JPMorgan and Citigroup* (Filed February 6, 2012; Docket No. 10867), and the *Motion of Wilmington Trust Company, as Successor Indenture Trustee, for an Order Granting Leave to Take Discovery and Compelling Discovery from JPMorgan and Citigroup* (Filed February 6, 2012; Docket No. 10868) was made upon the parties listed on Exhibit 1 in the manner indicated.

4. On the 7th of February 2012, service of the *Motion to Shorten Notice Period and Schedule an Expedited Hearing on the Motion of Wilmington Trust Company, as Successor Indenture Trustee, for an Order Granting Leave to Take Discovery and Compelling Discovery from JPMorgan and Citigroup* (Filed February 6, 2012; Docket No. 10867), and the *Motion of Wilmington Trust Company, as Successor Indenture Trustee, for an Order Granting Leave to*

*Take Discovery and Compelling Discovery from JPMorgan and Citigroup* (Filed February 6, 2012; Docket No. 10868) was made upon the parties listed on Exhibit 2 via e-mail.

I declare under penalty of perjury that the foregoing is true and correct.

| | | | |
|---|---|---|---|
| Date: | February 7, 2012<br>Wilmington, Delaware | By: | *Katie M. Davis*<br>Katie M. Davis |