## EXHIBIT 1

**HAND DELIVERY**
David W. Carickhoff
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

**HAND DELIVERY**
Mark Collins
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801

**FEDERAL EXPRESS**
David J. Bradford, Esq.
Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654

**FEDERAL EXPRESS**
Donald J. Bernstein
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

**FEDERAL EXPRESS**
Andrew Gordon
Paul, Weiss, Fifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019