**EXHIBIT 2**

kstickles@coleschotz.com
Cole, Schotz, Meisel, Forman & Leonard, P.A.
(Debtors and Debtors in Possession)

jboelter@sidley.com
jconlan@sidley.com
klantry@sidley.com
jbendernagel@sidley.com
bkrakauer@sidley.com
kkansa@sidley.com
jsteen@sidley.com
dtwomey@sidley.com
kmills@sidley.com
tross@sidley.com
jbendernagel@sidley.com
jducayet@sidley.com
Sidley Asutin LLP
(Debtors and Debtors in Possession)

dliebentritt@tribune.com
deldersveld@tribune.com
Tribune Company
(Debtors)

mcguire@lrclaw.com
rath@lrclaw.com
landis@lrclaw.com
Landis Rath & Cobb LLP
(Official Committee of Unsecured Creditors)

jsottile@zuckerman.com
Zuckerman Spaeder LLP
(Official Committee of Unsecured Creditors)

hseife@chadbourne.com
arosenblatt@chadbourne.com
dlemay@chadbourne.com
ddeutsch@chadbourne.com
Chadbourne & Parke LLP
(Official Committee of Unsecured Creditors)

jgreen@svglaw.com
Seitz, Van Ogtrop & Green, P.A.
(Official Committee of Unsecured Creditors)

adler@mccarter.com
jfreebery@mccarter.com
kmayer@mccarter.com
McCarter & English, LLP
(Deutsche Bank Trust Company Americas)

gmcdaniel@bglawde.com
Bifferato Gentilotti LLC
(Law Debenture Trust Company of New York and Davidson Kempner Capital Management LLC)

mstein@kasowitz.com
drosner@kasowitz.com
skorpus@kasowitz.com
Kasowitz, Benson, Torres & Friedman LLP
(Law Debenture Trust Company of New York)

wbowden@ashby-geddes.com
awinfree@ashby-geddes.com
Ashby & Geddes, P.A.
(Aurelius Capital Management, LP)

jsunshine@akingump.com
dgolden@akingump.com
pdublin@akingump.com
aqureshi@akingump.com
sbrauner@akingump.com
mlahaie@akingump.com
dzensky@akingump.com
djnewman@akingump.com
Akin Gump Strauss Hauer & Feld LLP
(Aurelius Capital Management, LP)

ipachulski@stutman.com
Stutman Treister & Glatt
(Brigade Capital Management, LLC)

Adam.harris@srz.com
Schulte Roth & Zabel LLP
(Davidson Kempner Capital Management LLC)

mbcleary@ycst.com
Young Conaway Stargatt & Taylor, LLP
(Oaktree Capital Management, LLC)

jjohnston@deweyleboeuf.com
jmester@deweyleboeuf.com
bbennett@deweyleboeuf.com
Dewey & LeBoeuf LLP
(Oaktree Capital Management, LLC)

avail@jenner.com
dbradford@jenner.com
csteege@jenner.com
Jenner & Block LLP
(EGI-TRB LLC)

barban@hillerarban.com
ahiller@hillerarban.com
Hiller & Arban, LLC
(Times Mirror Retirees)

jteitelbaum@tblawllp.com
gmcdonald@tblawllp.com
Teitelbaum & Baskin, LLP
(Times Mirror Retirees)

Donald.bernstein@davispolk.com
damian.schaible@davispolk.com
eli.vonnegut@davispolk.com
Davis Polk & Wardwell
(JPMorgan Chase Bank, N.A.)

Andrew.goldman@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
(Angelo Gordon & Co.)

agordon@paulweiss.com
Paul, Weiss, Rifkind, Wharton & Garrison LLP
(Citibank, N.A.)

rstark@brownrudnick.com
msiegel@brownrudnick.com
gnovod@brownrudnick.com
Brown Rudnick LLP
(Wilmington Trust Company)