# EXHIBIT A

# Declaration of Christopher L. Meazell

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## <u>DECLARATION OF CHRISTOPHER L. MEAZELL</u>

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Thirty-First Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period December 1, 2011 through December 31, 2011 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Thirty-First Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.      There is no agreement or understanding between Dow Lohnes and any other person for a

division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.


5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 7th day of February, 2012.

_____

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## DECEMBER 1 - DECEMBER 31, 2011

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 550 | 3.6 | 1,980.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 730 | 24.8 | 18,104.00 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 370 | 18.3 | 6,771.00 |
| Kevin P. Latek | Member (since 2005); Communications; 1997 (DC) | 600 | 10.4 | 6,240.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 10.6 | 6,890.00 |
| Christopher L. Meazell | Member (since 2010); Litigation & Bankruptcy; 2001 (GA); 2007(OK) | 450 | 12.0 | 5,400.00 |
| Jason E. Rademacher | Associate (since 2000): Communications;  2000 (DC) & 2000 | 460 | 5.7 | 2,622.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 640 | 4.4 | 2,816.00 |
| Derek H. Teslik | Associate (since 2007): Communications; 2008 (NY) & DC (2009) | 330 | 5.5 | 1,815.00 |
| **TOTALS** | | | **95.3** | **52,638.00** |
| **BLENDED RATE** | | | | **552.339979** |

[1] The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' cu

## COMPENSATION BY PROJECT CATEGORY

**FOR THE PERIOD FROM**
**DECEMBER 1 - DECEMBER 31, 2011**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 53.2 | 33,205.00 |
| Fee Applications 08656.0101 | 12.0 | 5,400.00 |
| Broadcast Contracts 08656.0104 | 25.8 | 11,271.00 |
| Fox and Network Agreements 08656.0104:001 | 4.3 | 2,762.00 |
| Travel Time  08656.0102 (with 50% discount) | 0.0 | 0.00 |
| **TOTAL** | **95.3** | **52,638.00** |

# ℞  DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

T  202.776.2000  F  202.776.2222

January 25, 2012                                                                 Page 1

Tribune Company                                                        Invoice 551289
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Our File # 08656.0100            For Services Through December 31, 2011
FCC/Broadcast Matters

| | | |
|---|---|---|
| 12/01/11 | Review revised timeline re post-confirmation procedures from Davis Polk. <br> C. Burrow | 0.90 hrs. |
| 12/01/11 | Review revised timeline re FCC and court certification matters (0.8); telephone conference with counsel for JP Morgan and Oaktree re FCC status letter (0.3). <br> J. Feore | 1.10 hrs. |
| 12/01/11 | Prepare correspondence to co-proponents' FCC counsel re filing of update letter with FCC and related matters (0.4); review revised timeline from Davis Polk re foreign ownership assessment procedures (0.4). <br> J. Logan | 0.80 hrs. |
| 12/02/11 | Review letter filing and follow-up with FCC re status of applications (0.7); telephone conference with D. Eldersveld and review status of media interests and report on FCC issues (0.9). <br> J. Feore | 1.60 hrs. |
| 12/02/11 | Review and analyze Davis Polk draft timeline. <br> J. Logan | 1.10 hrs. |
| 12/03/11 | Review FCC compliance timeline proposed by lenders (0.3); work on timing issues re restructuring applications (0.3). <br> J. Feore | 0.60 hrs. |
| 12/05/11 | Review FCC letter filing with FCC staff and further updates (0.3); research re timing of filing with FCC prior to court order (0.5). <br> J. Feore | 0.80 hrs. |
| 12/05/11 | Review issues re update letter and concerns from FCC counsel to | |

Tribune Company

|  | committee for unsecured creditors. | |
|---|---|---|
| | J. Logan | 0.20 hrs. |
| 12/06/11 | Telephone conference with FCC staff re newspaper/broadcast cross-ownership rule proposals in Quadrennial Review proceeding (0.3); telephone conference with S. Sheehan re cross-ownership issues (0.3); research re possible waiver updates re rulemaking (0.6). | |
| | J. Feore | 1.20 hrs. |
| 12/07/11 | Work on possible revisions to timelines re ownership certification, court motions and foreign ownership compliance. | |
| | J. Feore | 0.90 hrs. |
| 12/08/11 | Telephone conference with S. Sheehan re newspaper/broadcast rule review and issues (0.2); telephone conference with FCC re status of proceeding (0.3). | |
| | J. Feore | 0.50 hrs. |
| 12/09/11 | Research re cross-ownership waiver changes in light of FCC's proposed ownership notice (0.5); work on application exhibit updates for ownership certifications (0.4). | |
| | J. Feore | 0.90 hrs. |
| 12/12/11 | Review revised certifications and issues re FCC ownership reporting (0.8); conference with counsel for JP Morgan re updates to FCC application and amendments (0.3). | |
| | J. Feore | 1.10 hrs. |
| 12/12/11 | Review correspondence and revised draft from FCC counsel to JP Morgan re proposal to revamp approach to foreign ownership certification (1.2); prepare correspondence to J. Boelter (Sidley) re JP Morgan proposal to revise foreign ownership certification approach (0.2). | |
| | J. Logan | 1.40 hrs. |
| 12/13/11 | Telephone conference with counsel for JP Morgan regarding FCC application and timing issues (0.2); telephone conference with S. Sheehan re FCC processing (0.2); review revised timeline for FCC and court action (0.8). | |
| | J. Feore | 1.20 hrs. |
| 12/13/11 | Prepare correspondence to J. Boelter re determinations at bankruptcy court hearing affecting FCC timing (0.3); telephone conference with J. Bayes (FCC counsel to JP Morgan) re outcome of hearing and effect on timing of FCC process (0.5); analyze and prepare memorandum re effect of court decision on FCC procedural steps (0.3); prepare correspondence to J. Boelter re anticipated future bankruptcy court schedule (0.3). | |
| | J. Logan | 1.40 hrs. |
| 12/14/11 | Review revised ownership certifications and election materials for court motion (0.5); work on required changes to FCC proposed | |

Tribune Company                                                    Invoice 551289

|  | filings re ownership (0.4). |  |
|---|---|---|
|  | J. Feore | 0.90 hrs. |
| 12/14/11 | Telephone conference with J. Stenger re revised form for certification for foreign ownership and JP Morgan position (0.3); review correspondence from J. Stenger (FCC counsel to committee of unsecured creditors) re proposed JP Morgan changes in foreign ownership certification procedures (0.8). |  |
|  | J. Logan | 1.10 hrs. |
| 12/14/11 | Email to E. Washburn re AllVid references in cable basic tier encryption proceeding. |  |
|  | M. Swanson | 0.10 hrs. |
| 12/15/11 | Prepare memorandum regarding FCC AllVid proceeding. |  |
|  | D. Teslik | 1.30 hrs. |
| 12/15/11 | Work on updates to ownership certifications and changes from JP Morgan (0.8); telephone conference with FCC staff re updates to reporting letter (0.3). |  |
|  | J. Feore | 1.10 hrs. |
| 12/15/11 | Review correspondence from FCC counsel to committee of unsecured creditors and from FCC counsel to JP Morgan re proposed revisions to foreign ownership certification (0.7); prepare correspondence to J. Boelter (Sidley) re correspondence from J. Stenger and W. Johnsen re proposed revisions to foreign ownership certification (0.3). |  |
|  | J. Logan | 1.00 hrs. |
| 12/15/11 | Telephone conference with E. Washburn re TMS summary and electronic public file comments. |  |
|  | M. Swanson | 0.20 hrs. |
| 12/16/11 | Revise memorandum regarding FCC AllVid proceeding. |  |
|  | D. Teslik | 0.50 hrs. |
| 12/16/11 | Research ownership issues/proposals in NPRM and impact on cross-ownership waivers (0.8); telephone conference with FCC staff re status of ownership processing (0.2). |  |
|  | J. Feore | 1.00 hrs. |
| 12/16/11 | Review draft revisions to foreign ownership certification. |  |
|  | J. Logan | 0.60 hrs. |
| 12/16/11 | Telephone conference with E. Washburn re electronic public file issues. |  |
|  | M. Swanson | 0.40 hrs. |
| 12/17/11 | Research re updates to FCC application supplements and exhibits re ownership (0.6); review impact on waivers of FCC's ownership notice and rulemaking (0.4). |  |
|  | J. Feore | 1.00 hrs. |

January 25, 2012                                        Page 4

Tribune Company                                        Invoice 551289

| 12/17/11 | Review and email to E. Washburn re elimination of spectrum legislation from larger legislative package. | |
| | M. Swanson | 0.10 hrs. |
| 12/19/11 | Review schedules for restructuring applications for possible update (0.4); research re timing on amending pending FCC applications following court order (0.4). | |
| | J. Feore | 0.80 hrs. |
| 12/20/11 | Revise memorandum regarding FCC AllVid proposal. | |
| | D. Teslik | 1.30 hrs. |
| 12/20/11 | Review proposed changes in foreign ownership certifications and updates for FCC filings (0.9); conference with counsel for JP Morgan (0.3); conference with S. Sheehan re FCC timing issues on application (0.3). | |
| | J. Feore | 1.50 hrs. |
| 12/21/11 | Revise memorandum regarding FCC AllVid proceeding. | |
| | D. Teslik | 2.40 hrs. |
| 12/21/11 | Telephone conference with FCC staff re application update report (0.2); review revisions to foreign ownership certifications re JP Morgan (0.4). | |
| | J. Feore | 0.60 hrs. |
| 12/21/11 | Correspondence with credit co-proponents and with J. Boelter (Sidley) regarding foreign ownership certification proposal from counsel to JP Morgan. | |
| | J. Logan | 0.40 hrs. |
| 12/22/11 | Telephone conference with co-proponents' FCC counsel re foreign ownership and media ownership questionnaire (1.4); review draft foreign ownership questionnaire and materials (1.3). | |
| | C. Burrow | 2.70 hrs. |
| 12/22/11 | Review proposed changes in FCC's ownership certifications requested by JP Morgan and Oaktree (0.7); review impact of rulemaking on Tribune's waivers and pending applications (0.7); telephone conference with S.Sheehan re FCC and Hill next steps (0.3). | |
| | J. Feore | 1.70 hrs. |
| 12/22/11 | Prepare for telephone conference call with FCC counsel to co-proponents regarding foreign ownership certification form and related matters (0.4); telephone conference call with FCC counsel to co-proponents regarding foreign ownership certification process, confirmation of media ownership and related matters (1.1); preparation of memorandum to J. Boelter regarding outstanding issues with credit proponents regarding foreign ownership process and related certifications (0.7). | |
| | J. Logan | 2.20 hrs. |

January 25, 2012 Page 5

Tribune Company Invoice 551289

| | | | |
|---|---|---|---|
| 12/22/11 | Review and email ownership rulemaking to client. | | |
| | M. Swanson | 0.20 hrs. | |
| 12/23/11 | Research regarding Tribune SEC disclosure statement regarding applications to transfer FCC licenses in bankruptcy. | | |
| | J. Rademacher | 0.30 hrs. | |
| 12/23/11 | Review FCC's cross-ownership proposals and possible impact on pending and updated waiver requests. | | |
| | J. Feore | 0.70 hrs. | |
| 12/23/11 | Email exchange with E. Washburn re ownership NPRM. | | |
| | M. Swanson | 0.10 hrs. | |
| 12/24/11 | Email to client re electronic public file comments. | | |
| | M. Swanson | 0.10 hrs. | |
| 12/26/11 | Research re waiver issues for cross-owned markets raised by FCC notice and rulemaking (0.7); review pending waivers and possible revisions to agreements (0.5). | | |
| | J. Feore | 1.20 hrs. | |
| 12/27/11 | Review FCC notices, questions raised on cross-ownership waivers and information needed for pending FCC applications. | | |
| | J. Feore | 0.70 hrs. | |
| 12/28/11 | Review cross-ownership issues raised by FCC notice of proposed rulemaking (0.5); review changes to pending FCC applications (0.3); telephone conference with S. Sheehan re FCC proceeding (0.2). | | |
| | J. Feore | 1.00 hrs. | |
| 12/28/11 | Revise TMS/FCC summary re AllVid. | | |
| | M. Swanson | 1.00 hrs. | |
| 12/29/11 | Exchange emails with E. Washburn re electronic public file. | | |
| | M. Swanson | 0.10 hrs. | |
| 12/29/11 | Review FCC rulemaking re media ownership and work on summary re same. | | |
| | M. Swanson | 0.90 hrs. | |
| 12/30/11 | Review court ruling and impact on timing for FCC, FCC amendments and filings (0.5); research re need for ex parte update letter (0.4); review waiver showing updates (0.4). | | |
| | J. Feore | 1.30 hrs. | |
| 12/30/11 | Review issues re effect of court's order on scheduling of FCC filings. | | |
| | J. Logan | 0.40 hrs. | |
| 12/30/11 | Review, revise, finalize and email TMS/AllVid memo to E. Washburn. | | |
| | M. Swanson | 1.20 hrs. | |

January 25, 2012                                                        Page 6

Tribune Company                                                        Invoice 551289
12/31/11          Research, prepare and submit to FCC set of Comments in MM
                  Docket 00-168. (Note: This entry reflects a flat fee as described in
                  paragraph 9(a) of Dow Lohnes' Thirty-First Monthly Fee
                  Application)
                  J. Rademacher                          5.40 hrs.

### BILLING SUMMARY

|                | Hours  |
|----------------|--------|
| BURROW         | 3.60   |
| FEORE          | 23.40  |
| LOGAN          | 10.60  |
| SWANSON        | 4.40   |
| RADEMACHER     | 5.70   |
| TESLIK         | 5.50   |
| TOTAL          | 53.20  |

Fees for Professional Services ................................................................. $          33,205.00

|              |   |        |
|--------------|---|--------|
| FACSIMILE    | $ | 3.50   |
| REPRODUCTION | $ | 39.90  |
| TELEPHONE    | $ | 24.24  |

Total Reimbursable Costs .......................................................................... $          67.64
Total Current Billing for This File............................................................... $          33,272.64

Our File # 08656.0101          For Services Through December 31, 2011
Retention and Fee Applications

12/01/11          Preparation of 29th monthly fee application.
                  C. Meazell                             1.70 hrs.

12/02/11          Preparation of 29th monthly fee application.
                  C. Meazell                             1.40 hrs.

12/06/11          Preparation of 29th monthly fee application.
                  C. Meazell                             1.60 hrs.

12/06/11          Preparation of 30th monthly fee application.
                  C. Meazell                             1.40 hrs.

12/06/11          Correspondence with Delaware counsel regarding fee approval
                  procedures and quarterly hearing.
                  C. Meazell                             0.20 hrs.

Tribune Company                                                    Invoice 551289

| 12/06/11 | Review proposed order regarding same.<br>C. Meazell | 0.10 hrs. |
|---|---|---|
| 12/07/11 | Preparation of 30th monthly fee application.<br>C. Meazell | 0.30 hrs. |
| 12/08/11 | Review revised omnibus order.<br>C. Meazell | 0.10 hrs. |
| 12/08/11 | Research regarding retention issues.<br>C. Meazell | 0.70 hrs. |
| 12/12/11 | Finalize 29th monthly fee application.<br>C. Meazell | 1.60 hrs. |
| 12/12/11 | Correspondence with Delaware counsel regarding 29th monthly fee application.<br>C. Meazell | 0.10 hrs. |
| 12/12/11 | Preparation of 30th monthly fee application.<br>C. Meazell | 0.80 hrs. |
| 12/12/11 | Telephone conference with CourtCall regarding appearance for Omnibus hearing on December 13.<br>C. Meazell | 0.30 hrs. |
| 12/20/11 | Preparation of 30th monthly fee application.<br>C. Meazell | 1.30 hrs. |
| 12/30/11 | Preparation of 30th monthly fee application.<br>C. Meazell | 0.40 hrs. |

BILLING SUMMARY

|  | Hours |
|---|---|
| MEAZELL | 12.00 |
| TOTAL | 12.00 |

Fees for Professional Services ................................................. $            5,400.00
Total Current Billing for This File............................................. $            5,400.00

Our File # 08656.0104          For Services Through December 31, 2011
Broadcast Contracts

| 12/01/11 | Telephone call with K. McNeill re changes to retransmission |
|---|---|

Tribune Company                                              Invoice 551289

|  | agreement by SureWest (0.4); analyze proposed changes to SureWest agreement to prepare for call (0.2). | |
|---|---|---|
|  | R. Folliard III | 0.60 hrs. |
| 12/02/11 | Prepare revised retransmission agreement for SureWest. | |
|  | R. Folliard III | 0.30 hrs. |
| 12/06/11 | Analyze Mediacom response to term sheets (0.4); telephone conference with K. Connor re same (0.3). | |
|  | K. Latek | 0.70 hrs. |
| 12/06/11 | Prepare for conference call with Harron (0.1); conference call with Harron re WGN distribution agreement and broadcast retransmission agreement (1.3) | |
|  | R. Folliard III | 1.40 hrs. |
| 12/07/11 | Telephone conference with K. Connor re AT&T negotiations (0.5); revise proposal for AT&T (0.3); telephone conference with KTLA carriage and RCN term (0.2); review and comment on Mediacom press release re Tribune (0.2); review and comment on Canby Telcom proposals (0.2). | |
|  | K. Latek | 1.40 hrs. |
| 12/13/11 | Review retransmission and WGN distribution agreements for Antietam Cable, Wave, and Tri County (0.5); conference call with K. Connor re agreements with Antietam Cable, Wave and TriCounty (0.6). | |
|  | R. Folliard III | 1.10 hrs. |
| 12/14/11 | Review revisions to Broadstripe agreement (0.1); telephone conference with K. Connor re Broadstripe, AT&T and RCN negotiations (0.4). | |
|  | K. Latek | 0.50 hrs. |
| 12/14/11 | Revise retransmission agreements and WGN distribution agreements with Wave, Antietam Cable and TriCounty Cable (2.2); analyze proposed changes to retransmission agreement and WGN agreement by Harron (0.9). | |
|  | R. Folliard III | 3.10 hrs. |
| 12/15/11 | Review material from Harron, Windjammer and letter to KPLR regarding retransmission consent for conference call (0.3); conference call with K. Connor re same (1.1). | |
|  | R. Folliard III | 1.40 hrs. |
| 12/16/11 | Telephone conference with K. Connor re AT&T and RCN negotiations (0.9); analyze and revise AT&T term sheet (0.8). | |
|  | K. Latek | 1.70 hrs. |
| 12/16/11 | Analyze proposed changes to retransmission consent agreement for Antietam Cable (0.1); prepare final version of retransmission agreement for Antietam Cable (0.2). | |
|  | R. Folliard III | 0.30 hrs. |

Tribune Company                                            Invoice 551289

| 12/19/11 | Analyze rights to grant consent outside of a station's DMA for Tribune MyNetwork affiliates. |
| | R. Folliard III | 0.20 hrs. |

| 12/20/11 | Revise Windjammer retransmission agreement (0.3); prepare email to K. Connor re Windjammer (0.1); revise Metrocast WGN and retransmission agreements (0.8); prepare email to K. Connor re Metrocast agreements (0.1). |
| | R. Folliard III | 1.30 hrs. |

| 12/21/11 | Review markups of retransmission and WGN agreements by various small cable operators for conference call (0.3); conference call with K. Connor and K. Mullane re retransmission and WGN agreements for Green County and Madison Cable and other small operators (0.7). |
| | R. Folliard III | 1.00 hrs. |

| 12/22/11 | Revise AT&T term sheet for WGN America and Tribune stations. |
| | K. Latek | 0.30 hrs. |

| 12/26/11 | Prepare email to K. Connor re right to grant consent out of market for KZJO(TV). |
| | R. Folliard III | 0.10 hrs. |

| 12/27/11 | Prepare revised retransmission agreement forms for small operators for Tribune (0.5); telephone call with K. Connor re Bay City retransmission agreement (0.4); revise retransmission agreements for Greene County Cable and Madison Cable Partners (0.9); prepare email to K. Connor re Greene County and Madison retransmission agreements (0.1). |
| | R. Folliard III | 1.90 hrs. |

| 12/28/11 | Telephone conference with K. Connor re AT&T negotiations (0.7); exchange correspondence with K. Connor re next steps (0.3). |
| | K. Latek | 1.00 hrs. |

| 12/28/11 | Prepare email re revisions to James Cable retransmission agreement (0.2); prepare for conference call with Metrocast (0.2); conference call with Metrocast re retransmission consent and WGN agreements (0.4); telephone call with P. Van de Walle re Metrocast agreements and re Great Plains retransmission agreement (0.7); prepare email to K. Connor re Metrocast negotiations (0.3); prepare email to K. McNeill re Millennium retransmission agreement (0.1). |
| | R. Folliard III | 1.90 hrs. |

| 12/29/11 | Telephone conference with client and AT&T re new agreements. |
| | K. Latek | 1.20 hrs. |

| 12/29/11 | Review Wave retransmission agreement for Tribune (0.3); conference call with K. Connor re Wave retransmission agreement and Dish Network signal transport for distant cable systems (1.1); prepare email to K. Connor re Comcast agreement with joint venture |

January 25, 2012                                                      Page 10

Tribune Company                                                      Invoice 551289

partners (0.6); prepare two-week extension for retransmission agreement (0.7); prepare extension of AT&T retransmission agreement (0.4); preparation of extension of WGN America agreement (0.6).

R. Folliard III                                    3.70 hrs.

12/30/11      Revise term sheet among Tower, Tribune and AT&T.
              K. Latek                              0.70 hrs.


### BILLING SUMMARY

|              | Hours |
|--------------|-------|
| LATEK        | 7.50  |
| FOLLIARD III | 18.30 |
| TOTAL        | 25.80 |


Fees for Professional Services ................................................ $      11,271.00

|               |   |       |
|---------------|---|-------|
| REPRODUCTION  | $ | 10.70 |
| TELEPHONE     | $ | 29.76 |

Total Reimbursable Costs ...................................................... $         40.46
Total Current Billing for This File........................................... $      11,311.46


Our File # 08656.0104:001      For Services Through December 31, 2011
Fox and Network Agreements


12/06/11      Review markups to network agreement and side agreements re possible open issues.
              J. Feore                             0.40 hrs.

12/18/11      Revise Fox affiliation agreement per N. Larsen.
              K. Latek                             0.70 hrs.

12/20/11      Review markups of affiliation agreement, side letter and issues raised by network proposals.
              J. Feore                             0.50 hrs.

12/22/11      Telephone conference with N. Larsen, G. Mazzaferri, C. Sennett and L. Gardner re network agreement and side letters.
              J. Feore                             0.50 hrs.

12/22/11      Review and exchange correspondence with client re Fox terms (0.4); telephone conference with client re Fox affiliation agreement (1.1);

January 25, 2012                                                                Page 11

Tribune Company                                                        Invoice 551289

     revise agreements accordingly (0.4).
     K. Latek                                              1.90 hrs.

12/23/11    Review Fox affiliation agreements for particular issues per S.
     Connors.
     K. Latek                                              0.30 hrs.

### BILLING SUMMARY

|          | Hours |
|----------|-------|
| FEORE    | 1.40  |
| LATEK    | 2.90  |
| TOTAL    | 4.30  |

Fees for Professional Services ............................................................... $      2,762.00
Total Current Billing for This File................................................ $      2,762.00

Total Current Billing for This Invoice............................................ $      52,746.10

# ❂ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

T  202.776.2000  F  202.776.2222

## DUE UPON RECEIPT
**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**

January 25, 2012

Tribune Company
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Invoice 551289

Our File # 08656.0100        For Services Through December 31, 2011
FCC/Broadcast Matters
    Total Current Billing for This Invoice ............................................................. $        33,272.64

Our File # 08656.0101        For Services Through December 31, 2011
Retention and Fee Applications
    Total Current Billing for This Invoice ............................................................. $        5,400.00

Our File # 08656.0104        For Services Through December 31, 2011
Broadcast Contracts
    Total Current Billing for This Invoice ............................................................. $        11,311.46

Our File # 08656.0104:001        For Services Through December 31, 2011
Fox and Network Agreements
    Total Current Billing for This Invoice ............................................................. $        2,762.00

    Total Current Billing for This Invoice ............................................................. $        52,746.10

# EXHIBIT C

## Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## DECEMBER 1 - DECEMBER 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 50.60 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 0.00 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 3.50 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 0.00 |
| Lexis Research Service | Lexis | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | Lasership - FCC | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 0.00 |
| Search Services | Pacer | 0.00 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Conferencing Services | Soundpath | 0.00 |
| Telephone Tolls | | 54.00 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |
| **Total** | | **108.10** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2)  Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.