IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 Cases<br>Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | ) ) | (Jointly Administered) |
| Debtors. | ) ) |  |

## NOTICE OF DEPOSITION OF CHRIS HOCHSCHILD

To:   Counsel for the Parties as defined in the Allocation Disputes Order.

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure (made applicable to this proceeding pursuant to Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure), Wilmington Trust, as successor Indenture Trustee for the PHONES Notes in the above-referenced proceedings, by and through its counsel, will take the deposition upon oral examination of Chris Hochschild, before a person duly authorized to administer oaths, at the office of Sidley Austin LLP, One South Dearborn, Chicago, Illinois, 60603.  The subject matter of the deposition will be whether the PHONES Notes are senior in right of payment to the EGI-TRB LLC Notes as described in the Allocation Disputes Scheduling Order [D.I. 10692].

The deposition will begin at 9:30 A.M. (CST) on February 16, 2012 and continue thereafter, from day-to-day, until it is concluded or at such other time as may be agreed to by counsel for the parties to this Allocation Dispute or as ordered by the Court.  The deposition may be recorded by both stenographic means and audiovisual recording.

      LiveNote may be used during the deposition and the transcript and video recording of the deposition may be transmitted through LiveNote's web streaming feature for real time viewing by counsel. You are invited to attend and cross-examine.

Dated: Wilmington, Delaware
       February 8, 2012

**SULLIVAN HAZELTINE ALLINSON LLC**

*/s/ William D. Sullivan*
William D. Sullivan (I.D. No. 2820)
Elihu E. Allinson, III (I.D. No. 3476)
901 N. Market St., Suite 1300
Wilmington, DE 19801
302-428-8191

-and-

**BROWN RUDNICK LLP**
Robert J. Stark
Martin S. Siegel
Gordon Z. Novod
Seven Times Square
New York, NY 10036
212-209-4800

*Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes*

8316565