**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | **Re: D.I. 10876, 10877, 10878** |

## DECLARATION OF SERVICE

I, Katie M. Davis, declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by SULLIVAN · HAZELTINE · ALLINSON LLC, 901 North Market Street, Suite 1300, Wilmington, DE 19801.

3. On the 8th of February 2012, under my direction and supervision, service of the *Notice of Deposition of Chris Hochschild* (Filed February 8, 2012; Docket No. 10876), and the *Notice of Deposition of Nils Larsen* (Filed February 8, 2012; Docket No. 10878) was made upon the parties listed on Exhibit 1 in the manner indicated and upon the parties listed on Exhibit 3 via e-mail, and the *Notice of Deposition of Chandler Bigelow* (Filed February 8, 2012; Docket No. 10877) was made upon the parties listed on Exhibit 2 in the manner indicated and upon the parties listed on Exhibit 3 via e-mail.

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Date: February 9, 2012 | By: | *Katie M. Davis* |
| Wilmington, Delaware | | Katie M. Davis |