## EXHIBIT 1

| **HAND DELIVERY** | **FEDERAL EXPRESS** |
|---|---|
| David W. Carickhoff | David J. Bradford, Esq. |
| Blank Rome LLP | Jenner & Block LLP |
| 1201 Market Street, Suite 800 | 353 N. Clark Street |
| Wilmington, DE  19801 | Chicago, IL  60654 |