**EXHIBIT 2**

**FEDERAL EXPRESS**
Steven C. Florsheim
Sperling & Slater, P.C.
55 W. Monroe Street, Suite 3200
Chicago, IL  600603