**EXHIBIT 3**

J. Kate Stickles
kstickles@coleschotz.com
Cole, Schotz, Meisel, Forman & Leonard, P.A.
(Debtors and Debtors in Possession)

Jessica C.K. Boelter
jboelter@sidley.com
James F. Conlan
jconlan@sidley.com
Kevin T. Lantry
klantry@sidley.com
James F. Bendernagel
jbendernagel@sidley.com
Bryan Krakauer
bkrakauer@sidley.com
Kenneth P. Kansa
kkansa@sidley.com
Jeffrey C. Steen
jsteen@sidley.com
Dennis M. Twomey
dtwomey@sidley.com
Kerriann S. Mills
kmills@sidley.com
Thomas E. Ross
tross@sidley.com
James W. Ducayet
jducayet@sidley.com
Sidley Austin LLP
(Debtors and Debtors in Possession)

dliebentritt@tribune.com
deldersveld@tribune.com
Tribune Company
(Debtors)

Matthew B. McGuire
mcguire@lrclaw.com
Daniel B. Rath
rath@lrclaw.com
Adam G. Landis
landis@lrclaw.com
Landis Rath & Cobb LLP
(Official Committee of Unsecured Creditors)

James Sottile
jsottile@zuckerman.com
Zuckerman Spaeder LLP
(Official Committee of Unsecured Creditors)

Howard Seife
hseife@chadbourne.com
Andrew Rosenblatt
arosenblatt@chadbourne.com
David M. LeMay
dlemay@chadbourne.com
Douglas E. Deutsch
ddeutsch@chadbourne.com
Chadbourne & Parke LLP
(Official Committee of Unsecured Creditors)

James S. Green, Sr.
jgreen@svglaw.com
Seitz, Van Ogtrop & Green, P.A.
(Official Committee of Unsecured Creditors)

David Adler
adler@mccarter.com
James J. Freebery, IV
jfreebery@mccarter.com
Katharine L. Mayer
kmayer@mccarter.com
McCarter & English, LLP
(Deutsche Bank Trust Company Americas)

Garvan F. McDaniel
gmcdaniel@bglawde.com
Bifferato Gentilotti LLC
(Law Debenture Trust Company of New York and Davidson Kempner Capital Management LLC)

Matthew B. Stein
mstein@kasowitz.com
David S. Rosner
drosner@kasowitz.com
Sheron Korpus
skorpus@kasowitz.com
Kasowitz, Benson, Torres & Friedman LLP
(Law Debenture Trust Company of New York)

William P. Bowden
wbowden@ashby-geddes.com
Amanda M. Winfree
awinfree@ashby-geddes.com
Ashby & Geddes, P.A.
(Aurelius Capiotal Management, LP)

Jason W. Sunshine
jsunshine@akingump.com
Daniel H. Golden
dgolden@akingump.com
Philip C. Dublin
pdublin@akingump.com
Abid Qureshi
aqureshi@akingump.com
Sara L. Brauner
sbrauner@akingump.com
Meredith A.Lahaie
mlahaie@akingump.com
David M. Zensky
dzensky@akingump.com
Deborah Newman
djnewman@akingump.com
Akin Gump Strauss Hauer & Feld LLP
(Aurelius Capital Management, LP)

Isaac Pachulski
ipachulski@stutman.com
Stutman Treister & Glatt
(Brigade Capital Management, LLC)

Adam C. Harris
Adam.harris@srz.com
Schulte Roth & Zabel LLP
(Davidson Kempner Capital Management LLC)

M. Blake Cleary
mbcleary@ycst.com
Young Conaway Stargatt & Taylor, LLP
(Oaktree Capital Management, LLC)

James O. Johnston
jjohnston@deweyleboeuf.com
Joshua M. Mester
jmester@deweyleboeuf.com
Bruce Bennett
bbennett@deweyleboeuf.com
Dewey & LeBoeuf LLP
(Oaktree Capital Management, LLC)

Andrew W. Vail
avail@jenner.com
David J. Bradford
dbradford@jenner.com
Catherine L. Steege
csteege@jenner.com
Jenner & Block LLP
(EGI-TRB LLC)

Brian Arban
barban@hillerarban.com
Adam Hiller
ahiller@hillerarban.com
Hiller & Arban, LLC
(Times Mirror Retirees)

Jay Teitelbaum
jteitelbaum@tblawllp.com
gmcdonald@tblawllp.com
Teitelbaum & Baskin, LLP
(Times Mirror Retirees)

Donald S. Bernstein
Donald.bernstein@davispolk.com
Damian S. Schaible
damian.schaible@davispolk.com
Eli James Vonnegut
eli.vonnegut@davispolk.com
Davis Polk & Wardwell
(JPMorgan Chase Bank, N.A.)

Anderw N. Goldman
Andrew.goldman@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
(Angelo Gordon & Co.)

Robert J. Stark
rstark@brownrudnick.com
Martin S. Siegel
msiegel@brownrudnick.com
Gordon Z. Novod
gnovod@brownrudnick.com
Brown Rudnick LLP
(Wilmington Trust Company)