IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.* | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, William D. Sullivan, Esquire, move for the admission *pro hac vice*, pursuant to Local Rule 83.5, of Kerry L. Quinn, Esquire, Brown Rudnick LLP, Seven Times Square, New York, NY 10036 to represent Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes, in the above-captioned cases.

Dated: February 8, 2012

By: /s/ William D. Sullivan
William D. Sullivan, Esquire
**SULLIVAN HAZELTINE ALLINSON LLC**
901 N. Market St., Suite 1300
Wilmington, DE 19801
(302) 428-8191
(302) 428-8195 (fax)
bsullivan@sha-llc.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the 1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as PHONES*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York, the United States Court of Appeals for the Federal Circuit, the United States Courts of Appeals for the Second and Fourth Circuits, and the United States District Court for the Southern District of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which may occur in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for the District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been or will be paid to the Clerk of Court for the District Court.

Dated: February 8, 2012

Kerry L. Quinn, Esquire
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
(212) 209-4819
(212) 938-42860 (fax)
kquinn@brownrudnick.com

*Proposed Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the 1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as PHONES*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.* | Case No. 08-13141 (KJC) |
| | (Jointly Administered) |
| Debtors. | **Re: Docket No. _____** |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

**IT IS HEREBY ORDERED** that counsel's motion for admission of Kerry L. Quinn, Esquire *pro hac vice* is granted.

Dated: February _____, 2012

                                                                                   _____
                                                                                   The Honorable Kevin J. Carey
                                                                                   United States Bankruptcy Judge

2756242 v1-WorkSiteUS-027213/0008