# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT REGARDING
## SEVENTH QUARTERLY FEE APPLICATION OF SIDLEY AUSTIN LLP

Stuart Maue (the "**Fee Examiner**") submits this Final Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") in connection with the *Seventh Quarterly Fee Application of Sidley Austin LLP* [Docket No. 8827] (the "**Fee Application**"). The Fee Application seeks approval of fees that total $7,081,656.37

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

and reimbursement of expenses that total $310,093.90 for the period from June 1, 2010 through August 31, 2010. Sidley Austin LLP ("**Sidley**") serves as Counsel to the Debtors and Debtors in Possession.

## Background

1.      On December 8, 2008 (the "**Petition Date**"), Tribune Company and its listed subsidiaries and affiliates (each a "**Debtor**" and collectively the "**Debtors**") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. On December 10, 2008, the Bankruptcy Court entered an order consolidating the Debtors' Chapter 11 cases for procedural purposes only.

2.      On December 26, 2008, the Debtors filed the *Application for an Order Authorizing Debtors and Debtors in Possession to Retain Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession Pursuant to 11 U.S.C. §§ 327(e) and 1107, Nunc Pro Tunc to the Petition Date* [Docket No. 139] (the "**Retention Application**"). By order dated February 20, 2009 [Docket 435], this Court approved the retention of Sidley (the "**Retention Order**").

3.      Sidley submitted the Fee Application on May 4, 2011, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, (January 15, 2009) [Docket No. 225] (the "**Interim Compensation Order**").

## Applicable Standards

4.      In light of the size and complexity of these Chapter 11 cases, this Court appointed the Fee Examiner "to act as a special consultant to the Court for professional fee and expense analysis and review, as described in [the Fee Examiner Order]" and observed that "it is necessary to establish uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and guidelines." *Fee Examiner Order* ¶¶ 1, 3.

5.      The Fee Examiner reviewed the Fee Application for compliance with Sections 330 and 331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**"). In addition, the Fee Examiner reviewed the Fee Application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

6.      Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals "reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A)*. In evaluating the amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F)*.

7.      A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses were necessary, reasonable, and actually incurred. A fee application must comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules. Moreover, the exercise of billing judgment by attorneys is ethically mandated; it is an inherent and unavoidable

component of every fee application. A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

8. The Fee Examiner completed the preliminary evaluation of the Fee Application, the Retention Application, the Retention Order, the Interim Compensation Order, and all related filings and provided a Preliminary Report to Sidley for review and comment. The firm and the Fee Examiner communicated regarding the issues raised in the Preliminary Report, and Sidley provided a comprehensive written response. After consideration of the additional information provided by the firm, the Fee Examiner now issues this final report (the "**Final Report**") "in a format designed to opine whether the requested fees of the Case Professional meet the applicable standards of section 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Guidelines." *Fee Examiner Order ¶5.*

## DISCUSSION OF FINDINGS

### Technical Requirements

9. **Reconciliation of Fees and Expenses.** The Fee Examiner compared the total amount of fees and expenses requested in the Fee Application ("**Fees Requested**" and "**Expenses Requested**") to the fees and expenses actually documented in the electronic and/or hard copy data received from the firm ("**Fees Computed**" and "**Expenses Computed**"). The Fee Examiner determined that the Fees Requested exceed the Fees Computed by $95.04, resulting in an apparent overcharge. The discrepancy is the result of task hours within several entries that do not equal the time billed for the entries as a whole. The discrepancy was displayed in **Exhibit A** to the Preliminary Report. Sidley agreed there was an inadvertent overcharge and, thus, voluntarily agreed to reduce its fees requested by $95.04. Exhibit A is omitted from this report.

The recomputation of expenses revealed that the Expenses Computed are $20.00 more than the Expenses Requested. The sum of the expenses requested in the monthly applications total $310,113.90; however the Seventh Quarterly Fee Application requested expenses in the amount of $310,093.90. The

"Expense Summary for the Quarterly Period" includes a footnote stating "Sidley agreed to waive $20.00 in expenses sought in the Twentieth Monthly Fee Application at the request of the Office of the United States Trustee." Sidley did not indicate which specific expense charge was waived.

10.    **Block Billing.**    The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment." *Local Rule 2016-2(d)(vii)*. The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." *UST Guidelines* ¶(b)(4)(v).[2] Sidley block billed entries totaling 1,301.30 hours and $935,275.46 in associated fees, which were included in **Exhibit B** to the Preliminary Report. In particular, Sidley's timekeepers often lumped together more than one conference or combined conferences and written communications in one fee entry. Given the Fee Examiner's prior admonishments to Sidley on this matter and the fact that failure to comply with the Local Rules and UST Guidelines has consequences, the Fee Examiner feels that a fee reduction is appropriate. Sidley was invited to comment on the firm's continued practice of block billing.

In response, Sidley provided a lengthy statement regarding the interrelation of the activities described in the questioned entries and asserted that the multiple verbs contained in entries did not prevent the Fee Examiner or the Court from determining the reasonableness and necessity of the work performed. Sidley also takes the position that billing numerous calls, conferences, or correspondence with the same parties throughout a single day should not be construed as typical block billing, as they are interrelated and clearly compensable. The firm also noted the comparatively small amount of blocked entries when viewed in light of total time expended. Sidley stated that the Debtors required the services of a significant number of non-bankruptcy professionals and gave examples of the non-

---

[2] The judicial response to block billing varies. Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g.*, *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g.*, *In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007). Across the board cuts range from five to 100 percent. *See id.* at 495 n.7 and cases cited.

bankruptcy work performed during the interim period.  The firm anticipates that the amount of block billing will decline in future applications, and the Fee Examiner will look for and expect such a trend. No recommendation for a fee reduction is made at this time, and Exhibit B is omitted from this report.

      11.    **Time Increments.**  The Local Rules provide that "[a]ctivities shall be billed in tenths of an hour (six (6) minutes)." *Local Rule 2016-2(d)(iv)*.  The UST Guidelines further provide that time entries "should be kept contemporaneously with the services rendered in time periods of tenths of an hour." *UST Guidelines ¶(b)(4)(v)*.  Billing in greater than 0.10 hour increments is a practice that lends itself to the potential of increased rounding of time, thereby increasing the likelihood that the reported time charged is inflated.  It is a practice widely criticized by courts and legal scholars and is typically prohibited by sophisticated consumers of legal services as it can result in the billing of time over and above the amount of time actually expended to perform a particular activity.

      The Fee Examiner observed that 100% of the fee entries billed by several timekeepers were recorded in whole or half hour time increments.  The Fee Examiner further noted that two other timekeepers billed 75% or more of their embedded fee entries in whole or half hour time increments. Finally, another timekeeper billed 69.72% of his embedded fee entries in whole or half hour time increments and he often billed standard units of time for the same or similar tasks.  A high percentage of any timekeeper's fee entries being recorded in whole or half hour increments calls into question whether the timekeeper is accurately and contemporaneously recording his or her time in 0.10 hour increments.  **Exhibit C** to the Preliminary Report displayed all of the time entries for these questioned timekeepers, which totaled 317.30 hours with $142,596.00 in associated fees.

      The time increment issue was also present in Sidley's prior interim fee application, and at that time the firm and the Fee Examiner discussed the problem and Sidley asserted there was no inflation in the time recorded.  As with the prior fee application, the Fee Examiner and Sidley have come to a compromise solution and the firm has agreed to a voluntary fee reduction in the amount of $1,425.96. Exhibit C is omitted from this report.

## REVIEW OF FEES

12.    **Firm Staffing.**  The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11." *UST Guidelines ¶(b)(1)(iii).*  The Fee Application provided the names, positions, and hourly rates of the 171 Sidley professionals and paraprofessionals who billed to this matter, consisting of 60 partners, 3 counsel, 64 associates, 2 staff attorneys, 6 senior legal assistants, 14 legal assistants, 1 project assistant, 3 librarians, 16 litigation support, and 2 docket.  A summary of hours and fees billed by each timekeeper is displayed in **Exhibit D**.[3]

The firm billed a total of 12,282.00 hours with associated fees of $7,081,561.33. [4]  The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 5,229.60 | 43% | $4,113,323.09 | 58% |
| Counsel | 291.00 | 2% | 192,177.92 | 3% |
| Associate | 5,661.70 | 46% | 2,518,479.82 | 36% |
| Staff Attorney | 32.40 | * | 7,938.00 | * |
| Senior Legal Assistant | 287.40 | 2% | 71,971.50 | 1% |
| Legal Assistant | 502.90 | 4% | 116,788.50 | 2% |
| Project Assistant | 14.20 | * | 1,562.00 | * |
| Librarian | 1.00 | * | 107.50 | * |
| Litigation Support | 258.20 | 2% | 58,835.00 | * |
| Docket | 3.60 | * | 378.00 | * |
| **TOTAL** | 12,282.00 | 100% | $7,081,561.33 | 100% |

* Less than 1%

---

[3] This Final Report includes exhibits that detail and support the findings discussed herein.  Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit. The tasks included in a specific category are underlined in the fee exhibits.  For purpose of context, other tasks within the same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit category.

[4] This amount reflects the Fees Computed.

The blended hourly rate for the Sidley professionals is $609.19 and the blended hourly rate for professionals and paraprofessionals is $576.58.

13.     **Hourly Rate Increases.** Sidley did not increase the hourly rates of firm timekeepers during this interim period.

14.     **Potential Double Billing.** The Fee Examiner identified entries that appear to have been inadvertently duplicated (*i.e.*, on the same date by the same timekeeper with the identical or nearly identical description and time increment). The questioned tasks, totaling 5.20 hours and $2,405.00 in associated fees, were highlighted in bold and marked with an ampersand [&] in **Exhibit E** to the Preliminary Report. The Fee Examiner asked Sidley to review the entries and confirm whether the tasks were inadvertently billed twice. Sidley first responded about one of the questioned timekeepers' entries by verifying the tasks were both regarding two separate calls. Next, Sidley confirmed that the other questioned tasks were inadvertent duplicate billings. Sidley voluntarily agreed to reduce its fee request in the amount of $462.50. Exhibit E is omitted from this report.

15.     **Extended Days.** The Fee Examiner identified four days where timekeepers invoiced over 16.00 hours. The entries total 68.40 hours and were displayed in **Exhibit F** to the Preliminary Report. The Fee Examiner recognizes that in certain isolated instances, the demands of a case may require a timekeeper to put in long hours far in excess of a normal working day. However, the Fee Examiner questions whether the long days are the result of a billing error by Sidley and requested an explanation from the firm regarding the necessity and reasonableness of the billing and invoicing of four (4) days in excess of 16.00 hours each. In response, Sidley stated the entries were not billed in error but, rather, were due to the services required to be performed on behalf of the Debtors on such days. Exhibit F is omitted from this report.

16.     **Timekeepers' Roles.** A court may not allow compensation of fees for duplicative or unnecessary services. *See 11 U.S.C. § 330(4)*. With this directive in mind, the Fee Examiner reviewed the billing entries of each timekeeper to evaluate his or her contribution to the representation, including

a comparison to others' efforts.  On the whole, each timekeeper appeared to perform either core team responsibilities necessary to the engagement, or performed limited but discrete, necessary, and/or fungible tasks that did not appear to be duplicated by other professionals.  The Fee Examiner requested additional information regarding the necessity and scope of the roles performed by several of Sidley's timekeepers.  Several timekeepers billed only one or two time entries that were often limited to intraoffice conference(s) and it was unclear how such limited involvement served the estate.  **Exhibit G** to the Preliminary Report, totaling 34.60 hours with associated fees of $26,079.03, listed the billing entries invoiced by the questioned timekeepers.

In response to the Preliminary Report, Sidley provided a significant amount of additional information regarding the staffing of the Tribune matters as well as each of the individuals in question. The firm stated the time billed by the professionals in question did not reflect unnecessary duplication or inefficiencies which form the basis of the Fee Examiner's concern.  Rather, the participation of these professionals, some on a periodic or minimal basis, aided and advanced the Debtors' chapter 11 cases through their specialized expertise and/or historical knowledge of the Debtors' businesses and operations.  After analysis of the extensive information provided, the Fee Examiner makes no recommendation for a fee reduction.  Exhibit G is omitted from this report.

17.    **Meetings, Conferences, Hearings, and Other Events.**  The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" *Local Rule 2016-2(d)(ix)*, and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v)*.  While it may be appropriate to have multiple attendees at some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.

The Fee Examiner identified many occasions where two or more Sidley timekeepers attended the same meeting, conference, hearing, or other event.  For example, on August 20, 2010, 14 timekeepers billed to attend and/or listen to a hearing.  The resulting fees, which also included the fees for four (4) of those timekeepers to travel to and from the hearing, totaled $28,174.75.  Contrary to Local Rules and UST Guidelines, neither the Fee Application nor the activity descriptions explained the role of each participant or the need for multiple attendees.  All of the entries identified where two or more Sidley timekeepers billed to attend the same meeting, conference , hearing, or event, totaling 781.75 hours with $534,730.26 in associated fees, were displayed in **Exhibit H** to the Preliminary Report.  In each instance where multiple timekeepers attended a meeting, conference, hearing or other event, Stuart Maue identified the timekeeper who appeared most responsible for the matter or the particular event (*i.e.*, the attorney leading rather than observing a conference).  The potentially duplicative and unnecessary timekeepers' entries total 523.05 hours with $324,767.69 in associated fees, and were highlighted in bold and marked with an ampersand [&] in the exhibit.  The Fee Examiner requested the firm provide what the Local Rules and UST Guidelines mandate -- an explanation of the duplicative attendees' roles and comment on the necessity of the multiple attendees for each event.

In response to the Preliminary Report, Sidley stated that the firm reviewed the time entries in question and asserted that the attendance by all individuals was necessary and warranted based on the size and complexity of the Debtors' chapter 11 cases that none of the entries related to duplicative activities, and that none related to mere observation of such proceedings.  The written response included a very lengthy and detailed explanation of the roles played by the firm and its professionals in these cases, the staffing and subdivision of responsibilities, and the resulting need for more than one individual to attend a variety of meetings, conferences, and events.  Through the extensive explanation provided, Sidley substantially complied with the Local Rules and UST Guidelines and accordingly the Fee Examiner makes no recommendation for a fee reduction.  Exhibit H is omitted from this report.

18.    **Intraoffice Conferences.**  Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel.  The Fee Examiner identified billing activities by Sidley timekeepers describing intraoffice conferences totaling 1,433.56 hours with $958,770.40 in associated fees, or approximately 14% of the Fees Computed, which were displayed in **Exhibit I** to the Preliminary Report.  The Fee Examiner observed that in certain instances, two or more timekeepers invoiced fees associated with the same intraoffice conference.  The entries describing intraoffice conferences invoiced by two or more firm personnel total 630.08 hours with $408,850.08 in associated fees and are highlighted in bold and marked with an ampersand [&] in the exhibit.  The Fee Examiner is concerned over this level of intraoffice conferencing and requests comment from Sidley regarding the appropriateness and necessity for 14% of the fees to be generated through intraoffice communication.

In response, Sidley claimed that the intraoffice conferences do not represent inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel but, instead, zealous and effective advocacy on behalf of the Debtors, commensurate with the demands of these chapter 11 cases.  Further, that the conferences are generally used to develop and maintain cohesive strategy for the case as a whole, as well as to relay advice and information from one professional to another on discrete matters.  For these reasons, the Fee Examiner makes no recommendation for a fee reduction, and Exhibit I is omitted from this report.  However, the Fee Examiner will continue to monitor the level of intraoffice conferencing in future fee applications and in the course of the cases overall.

19.    **Complete and Detailed Task Descriptions.**  Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable and necessary."  The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each activity description "shall include the type of activity (*e.g.*, phone call, research)," each activity description "shall include the subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall

individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix)*. The UST Guidelines provide that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v)*.

        a.    **Vague Communications.**   The Fee Examiner identified entries totaling 242.83 hours with $179,531.90 in associated fees in which the task description for a conference or other communication did not identify the participants to or the subject matter of the communication. This lack of detail hinders a reviewer's ability to determine the reasonableness and necessity of the activity, and is in clear violation of the applicable rules and guidelines. The entries were displayed in **Exhibit J** to the Preliminary Report. The Fee Examiner believes a percentage fee reduction may be in order due to the non-compliance with the Local Rules and UST Guidelines, but invited comment from Sidley.

        b.    **Vague Tasks.**   The Fee Examiner reviewed the substantive detail of each billing entry and identified 691.93 hours with $468,719.33 in associated fees where the Fee Examiner could not determine the precise nature of the services performed by the timekeeper. The entries were displayed in **Exhibit K** to the Preliminary Report. As reflected in the Local Rules and UST Guidelines, billing entries must adequately describe the services actually performed to allow a determination of whether the task was staffed appropriately, whether the task involved the exercise of legal judgment, and/or whether the task was duplicated by other timekeepers.[5] For example, Sidley's timekeepers described numerous entries as "Research plan issues" or "Analyze plan issues." Additionally, timekeepers frequently billed to "prepare for" an event. "Prepare for" does not describe the legal activity that is being performed such as drafting, reviewing, conferring, researching, etc.

---

[5] Vague entries do not allow the court to determine the reasonableness and necessity of the effort expended, and fees may be denied or reduced when insufficiently documented. *E.g.*, *In re Bennett Funding, Inc.*, 213 B.R. 234, 245-46 (Bankr. N.D.N.Y. 1997). Entries for legal research must identify the issue and explain the research need. *In re Fibermark, Inc.*, 349 B.R. 385, 397 (Bankr. D. Vt. 2006).

These entries are vague in that they fail to allow a determination of duplication of effort or whether the amount of time billed to the tasks was reasonable or necessary for the level of effort expended. The Fee Examiner believes a percentage fee reduction may be in order due to the non-compliance with the Local Rules and UST Guidelines, and invited comment from Sidley.

Sidley responded to the issues of vague communications and vague tasks first by stating that the firm has internal control, procedures, and best practices for recording time in chapter 11 cases and has made (and will continue to make) efforts to ensure all task descriptions are sufficiently detailed. The firm noted prior conversations with the Fee Examiner regarding certain inadequate phrases and terms, again emphasized that many of the entries at issue were recorded by non-bankruptcy professionals, and cited the need to protect confidential information especially with respect to litigation strategy. Sidley then provided a lengthy table containing the additional detail for each entry requested by the Fee Examiner. The supplemental information brings the fee entries into accord with the Local Rules and UST Guidelines, and after review of same the Fee Examiner makes no recommendation for a fee reduction. Exhibits J and K are omitted from this report.

20. **Administrative Activities.** Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm. Sidley invoiced, for example, several time entries associated with monthly billing activities that are part of operating a law firm and are not specific to bankruptcy fee applications. In addition, Sidley invoiced to make arrangements with legal support vendors, to review invoices, to submit a check request and to make travel arrangements. The Fee Examiner intended to recommend a fee reduction resulting from the 10.70 hours and $6,029.00 in fees displayed in **Exhibit L**. In response, Sidley provided additional information and context regarding most of the questioned entries. As for the remaining entries, Sidley has agreed to a voluntary fee reduction relating to nine time entries, totaling 2.10 hours and $1,247.50. Exhibit L is omitted from this report.

21.    **Clerical Activities.**  Clerical activities are tasks that do not require legal acumen and may be effectively performed by administrative assistants, secretaries, or support personnel.[6]  The Fee Examiner reviewed each timekeeper's billing activities and identified numerous entries describing clerical activities, including but not limited to organizing materials, preparing indexes, and reviewing dockets.  The questioned entries were displayed in **Exhibit M** to the Preliminary Report and totaled 135.10 hours with $35,291.00 in associated fees.

Sidley responded with a long and detailed explanation of the activities performed and, in most cases, the legal acumen/training required to complete the questioned activities.  Sidley recognized that certain entries could have been described more thoroughly to allow the Fee Examiner and the Court to evaluate the necessity and/or reasonableness of the fees sought.  The detailed information provided by Sidley in its formal response resolved most of the questioned entries.  However, Sidley has accepted the Fee Examiner's recommendation to reduce three time entries, totaling 1.60 hours, to the rate of $80.00 - a fee reduction of $435.50 computed by reducing to $80.00 the hourly rate applied to the entries in the revised and attached Exhibit M.

22.    **Travel.**  The Local Rules provide that nonworking travel time "shall be separately described and may be billed at no more than 50% of regular hourly rates." *Local Rule 2016-2(d)(viii)*. Sidley properly billed all fee entries describing travel at half rate.  The Fee Examiner notes that some travel activities were categorized as relating to potential duplication of effort in the multiple attendance section above.  However, the Fee Examiner observed that one particular timekeeper attends out-of-town hearings and other events, but has not always invoiced travel time when other attendees billed travel time to attend the same event.  The Fee Examiner questions whether the timekeeper is billing to work

---

[6] "Duties appropriate for office staff are considered part of a professional's overhead expenses and may not be billed to the estate." *Fibermark*, 349 B.R. at 397; *In re Korea Chosun Daily Times, Inc.*, 337 B.R. 758 769 (Bankr. E.D.N.Y. 2005) (overhead not compensable); *but see Bennett Funding*, 213 B.R. at 247-48 (discussing differing approaches to clerical work at professional rates).  These overhead activities may include: mailing; photocopying, word processing (including the creation of templates), formatting, creating spreadsheets, printing, organizing files, checking for docket updates, creating binders, and secretarial overtime. *Fibermark*, 349 B.R. at 396-97.

during his travel time and asked Sidley to review the fee entries in **Exhibit N** to the Preliminary Report. In response, Sidley verified that the timekeeper in question worked during his travel time and, thus, properly billed the time for the services rendered. Sidley also stated that the same timekeeper occasionally elects not to bill his non-working travel time to Debtors. Based upon these statements, the Fee Examiner makes no recommendation for a fee reduction and Exhibit N is omitted from this report.

23.    **Sidley Retention/Compensation.** Sidley billed 237.40 hours with associated fees of $71,445.00 to prepare the firm's retention documents and applications for compensation, which computes to approximately 1% of the Fees Computed. The fee entries describing Sidley's retention/compensation activities are displayed in **Exhibit O,** which is included in the Final Report for the Court's reference.

24.    **Other Firms' Retention/Compensation.** Sidley billed 71.30 hours with associated fees of $39,037.50 for activities relating to other firms' retention and compensation. The fee entries are displayed in **Exhibit P,** which is included in the Final Report for the Court's reference.

**Review of Expenses**

25.    **Itemization of Expenses.** The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual incurring the expense, if available." *Local Rule 2016-2(e)(i-ii).* The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense. Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines ¶(b)(5)(iii).* Sidley provided an

itemization for its expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

26.   **Travel Expenses – Insufficient Detail.**  Sidley categorized the expenses for travel according to the type of expense (*e.g.*, airfare, lodging, ground transportation, meals).   The descriptions, however, did not provide the information necessary for a determination of the firm's compliance with the Guidelines.

a.   **Airfare.**  The descriptions for the airfare charges did not include the fare class at which the tickets were purchased.  The Application stated "Sidley submits that, to the best of its knowledge, all air travel utilized by Debtors' personnel during the period covered by this Application was at the prevailing coach-class rate for such travel less any corporate discounts received by Sidley, in accordance with Sidley's policies for business travel for bankruptcy and non-bankruptcy matters."  In response, Sidley provided additional detailed information (i.e. charts and invoices) regarding the airfare expenses.  After reviewing the detailed information, the Fee Examiner only noted a minor discrepancy, and Sidley has agreed to a voluntary expense reduction of $29.00.

b.   **Travel Meals.**  The Court established the following per person ceilings for meals:  breakfast at $15.00 per person, lunch at $25.00 per person, and dinner at $50.00 per person.  Several meal charges requested for reimbursement appear to exceed the ceiling amounts.  The Fee Examiner requested that Sidley provide information regarding the type of meal (breakfast, lunch, or dinner), an explanation of the "refreshment" charges, and the number of attendees for each meal listed in **Exhibit Q** to the Preliminary Report.  In response, Sidley provided additional detailed information regarding travel meal expenses.  After reviewing the detailed information, the Fee Examiner agrees with Sidley's calculations and voluntary expense reduction of $1,026.82.  Exhibit Q is omitted from this report.

c.   **Lodging.**  The Fee Examiner has established and the Court has followed the ceiling for lodging at $350.00 per night (domestic).  Several lodging charges appeared to exceed the

ceiling amount.  The Fee Examiner requested that Sidley provide the number of nights included in each of the hotel charges displayed in **Exhibit R**.  With regard to the non-lodging related charges, Sidley agreed to waive its reimbursement request for: (1) $33.00 (gratuities); (2) $177.80 (airfare upgrades); (3) $60.00 (laundry service); and (4) $1.80 (meal related), which totaled $272.60 in voluntary reductions.

In further response, Sidley provided additional detailed information and stated lodging expenses were reasonable and reflected the prevailing rates.  Consistent with the standards applied to other case professionals in the Tribune matters and in other bankruptcy matters in this Court, the Fee Examiner recommends an expense reduction in the amount of $1,959.25 resulting from the lodging charges that exceeded the well-established ceiling.  The lodging charges and recommended reductions are contained in the revised Exhibit R.  The Fee Examiner and the firm discussed this issue, and while Sidley believes the lodging expense are appropriate and fully compensable, on an interim basis – and without waiving the right to request full payment at a final fee hearing – the firm acknowledged the expense reduction will be made and will not contest the reduction at the interim hearing.

27.     **Photocopies.**  The Local Rules provide that copying charges shall not exceed $0.10 per page. *Local Rule 2016-2(e)(iii)*.  Sidley stated in the Application that the firm's rate for duplication is $0.10 per page.

28.     **Computer Assisted Legal Research.**  The Local Rules provide that computer assisted legal research charges "shall not be more than the actual cost." *Local Rule 2016-2 (e)(iii)*.  Sidley stated in the Application that "[t]he Firm's charges for computerized legal research such as Westlaw and Lexis are based on a rate that recovers no more than the Firm's costs."

29.     **Document Depository.**  In its Application, Sidley states, "In connection with Sidley's maintenance of the Document Depository, in which the equivalent of approximately 4.5 million pages of documents relating to the Leveraged ESOP Transactions are electronically stored, Sidley utilized the services of an outside vendor to process electronic data files for production upon request to the

Examiner and Depository Designees.  During the Seventh Interim Fee Period, Sidley was subject to substantial time constraints imposed by the need to pursue the confirmation of the Original Plan and facilitate the Examiner's Investigation simultaneously, in accordance with the schedule approved by the Bankruptcy Court.  Sidley utilized the services of contract attorneys to supplement the Firm's Litigation professionals in the review and analysis of documents received and produced in discovery to meet the deadlines imposed by this schedule.  During the Seventh Interim Fee Period, Sidley charged a total of $125,692.61 relating to such outside document processing and professional services (under the expense category "Professional Services/Specialists") that were billed to the Debtors at cost."  Given the representation that the services were invoiced at cost and were necessary, the Fee Examiner makes no recommendation for an expense reduction related to the document expenses.

30.    **Overtime Expenses.**  Sidley requested reimbursement of overtime-related expenses in the amount of $2,162.22, as were displayed in **Exhibit S** to the Preliminary Report.  While a firm may have a policy that personnel may be reimbursed for time, meals and/or transportation home when working late, such charges are generally considered part of the firm's overhead.  Sidley has agreed to waive the requested expenses in the amount of $2,162.22.  Exhibit S is omitted from this report.

31.    **Meal Expenses.**  Sidley requested reimbursement for meal charges, totaling $3,443.87, that were not sufficiently described.  Some of the descriptions stated the number of attendees and the type of meal, or that the charge was for refreshments.  Based on the information provided, the Fee Examiner is unable to determine if the meal charges related to meetings with people outside the firm, or solely involved employees of Sidley.  The Fee Examiner requested that Sidley provide information regarding the type of meal (breakfast, lunch, or dinner), an explanation of the "refreshment" charges, the number of attendees for each meal expense, and whether the meals included any attendees that are not firm personnel.  The charges were displayed in **Exhibit T** to the Preliminary Report.  In response, Sidley provided additional information and a detailed Table addressed the Fee Examiners questions.

Additionally, Sidley agreed to reduce its reimbursement request for expenses in the amount of $286.87. Exhibit T is omitted from this report.

## CONCLUSION

The Fee Examiner submits this final report regarding the Fee Application and the fees and expenses discussed above. The Fee Examiner recommends the approval of fees that total $7,077,989.87 ($7,081,656.37 minus $3,666.50) and reimbursement of expenses that total $304,357.14 ($310,093.90 minus $5,736.76) for the period from June 1, 2010 through August 31, 2010. The findings are set forth in the summary on the following page.

**SIDLEY AUSTIN LLP**

**SUMMARY OF FINDINGS**

### Seventh Quarterly Fee Application (June 1, 2010 through August 31, 2010)

#### A.      Amounts Requested and Computed

| | | |
|---|---|---|
| Fees Requested | $7,081,656.37 | |
| Expenses Requested | 310,093.90 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $7,391,750.27 |
| | | |
| Fees Computed | $7,081,561.33 | |
| Expenses Computed | 310,113.90 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $7,391,675.23 |
| | | |
| Discrepancy in Fees | $      95.04 | |
| Discrepancy in Expenses | (20.00) | |
| | | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | $      75.04 |

#### B.      Recommended Fee Allowance and Expense Reimbursement

| | | |
|---|---|---|
| Fees Requested | $7,081,656.37 | |
| *Agreed Reduction for Discrepancy in Fees* | *($    95.04)* | |
| *Agreed Reduction for Time Increments* | *(1,425.96)* | |
| *Agreed Reduction for Potential Double Billing* | *(462.50)* | |
| *Agreed Reduction for Administrative Activities* | *(1,247.50)* | |
| *Agreed Reduction for Clerical Activities* | *(435.50)* | |
| Subtotal | *($3,666.50)* | |
| | | |
| RECOMMENDED FEE ALLOWANCE | | $7,077,989.87 |
| | | |
| Expenses Requested | $310,093.90 | |
| *Agreed Reduction for Airfare* | *($    29.00)* | |
| *Agreed Reduction for Travel Meals* | *(1,026.82)* | |
| *Agreed Reduction for Non-Lodging Related Charges* | *(272.60)* | |
| *Agreed Reduction for Lodging* | *(1,959.25)* | |
| *Agreed Reduction for Overtime Expenses* | *(2,162.22)* | |
| *Agreed Reduction for Meal Expenses* | *(286.87)* | |
| Subtotal | *($5,736.76)* | |
| | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | 304,357.14 |
| | | |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | $7,382,347.01 |

Respectfully submitted,

**STUART MAUE**

By: _____

John F. Theil, Esq.
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:    (314) 291-3030
Facsimile:    (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 9th day of February, 2012.

David Klauder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Mr. James F. Conlan
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE 19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

_____
John F. Theil, Esq.

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### Sidley Austin LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 609 | Conlan, James F. | PARTNER | $950.00 | $950.00 | 728.30 | $691,885.00 |
| 6537 | Krakauer, Bryan | PARTNER | $462.50 | $925.00 | 519.10 | $458,522.50 |
| 1362 | Lantry, Kevin T. | PARTNER | $425.00 | $850.00 | 473.80 | $386,622.50 |
| 810 | Henderson, Janet E. | PARTNER | $850.00 | $850.00 | 415.60 | $353,260.00 |
| 1540 | Bendernagel Jr., James F. | PARTNER | $775.00 | $775.00 | 444.30 | $344,332.50 |
| 1318 | Ducayet, James W. | PARTNER | $342.50 | $685.00 | 490.40 | $335,067.75 |
| 4059 | Lotsoff, Jonathan D. | PARTNER | $650.00 | $650.00 | 448.00 | $291,200.00 |
| 2370 | Kansa, Kenneth P. | PARTNER | $700.00 | $700.00 | 297.80 | $208,460.00 |
| 449 | Barden, Larry A. | PARTNER | $825.00 | $825.00 | 198.10 | $163,432.50 |
| 5398 | Twomey, Dennis M. | PARTNER | $675.00 | $675.00 | 150.40 | $101,520.00 |
| 1695 | Steen, Jeffrey C. | PARTNER | $850.00 | $850.00 | 92.80 | $78,880.00 |
| 1104 | Blatchford, Kevin F. | PARTNER | $735.00 | $735.00 | 68.60 | $50,421.00 |
| 6747 | Unger, Alan M. | PARTNER | $850.00 | $850.00 | 54.20 | $46,070.00 |
| 3143 | Ryan, Priscilla E. | PARTNER | $735.00 | $735.00 | 61.00 | $44,835.00 |
| 6097 | Fischer, Max C. | PARTNER | $625.00 | $625.00 | 71.40 | $44,625.00 |
| 5581 | Kenney, Colleen M. | PARTNER | $660.00 | $660.00 | 66.20 | $43,692.00 |
| 6150 | Bierman, Steven M. | PARTNER | $925.00 | $925.00 | 46.60 | $43,105.00 |
| 1120 | Kapnick, Richard B. | PARTNER | $735.00 | $735.00 | 49.10 | $36,088.50 |
| 4196 | Clemente, Matthew A. | PARTNER | $725.00 | $725.00 | 47.60 | $34,510.00 |
| 480 | Gold, Brian J. | PARTNER | $725.00 | $725.00 | 44.40 | $32,190.00 |
| 8248 | Schneider, Mark D. | PARTNER | $700.00 | $700.00 | 41.80 | $29,260.00 |
| 1974 | Heyman, Scott J. | PARTNER | $725.00 | $725.00 | 38.90 | $28,202.50 |
| 5602 | Rosen, Courtney A. | PARTNER | $630.00 | $630.00 | 41.10 | $25,893.00 |
| 3690 | Schoon, Eugene A. | PARTNER | $685.00 | $685.00 | 35.30 | $24,180.50 |
| 8745 | Young, James P. | PARTNER | $605.00 | $605.00 | 28.50 | $17,242.50 |
| 4482 | Abbinante, Chris E. | PARTNER | $710.00 | $710.00 | 24.10 | $17,111.00 |
| 3931 | Advani, Suresh T. | PARTNER | $800.00 | $800.00 | 20.80 | $16,640.00 |
| 4049 | Contopulos, Stephen G. | PARTNER | $725.00 | $725.00 | 21.90 | $15,877.50 |
| 2787 | Johnson, Matthew E. | PARTNER | $685.00 | $685.00 | 22.50 | $15,412.50 |
| 6464 | Flagg, Ronald S. | PARTNER | $650.00 | $650.00 | 19.90 | $12,935.00 |
| 8603 | Fonstein, Cliff | PARTNER | $775.00 | $775.00 | 15.80 | $12,245.00 |
| 8391 | Lewis, Robert J. | PARTNER | $650.00 | $650.00 | 17.70 | $11,505.00 |

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### Sidley Austin LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 8747 | Cahan, James N. | PARTNER | $625.00 | $625.00 | 17.10 | $10,687.50 |
| 2749 | Nyhan, Larry J. | PARTNER | $950.00 | $950.00 | 11.10 | $10,545.00 |
| 7232 | Lassar, Scott R. | PARTNER | $850.00 | $850.00 | 12.00 | $10,200.00 |
| 1951 | Bingham, Donald E. | PARTNER | $635.00 | $635.00 | 15.40 | $9,779.00 |
| 5443 | Kelsh, John P. | PARTNER | $675.00 | $675.00 | 10.40 | $7,020.00 |
| 9310 | Caruso, Paul S. | PARTNER | $725.00 | $725.00 | 8.80 | $6,380.00 |
| 4769 | Kelly, Erin E. | PARTNER | $675.00 | $675.00 | 9.40 | $6,345.00 |
| 7540 | Angst, Gerald L. | PARTNER | $685.00 | $685.00 | 7.20 | $4,932.00 |
| 3719 | Reategui, Lisa J. | PARTNER | $700.00 | $700.00 | 5.60 | $3,920.00 |
| 3286 | Wynne, Ami N. | PARTNER | $600.00 | $600.00 | 5.70 | $3,420.00 |
| 6396 | Fullerton, Lawrence R. | PARTNER | $800.00 | $800.00 | 4.20 | $3,360.00 |
| 2717 | Dummett, Lynn A. | PARTNER | $760.00 | $760.00 | 4.30 | $3,268.00 |
| 1004 | Pitt, Steven | PARTNER | $842.65 | $842.65 | 3.70 | $3,117.81 |
| 9481 | Zimbler, Jay H. | PARTNER | $850.00 | $850.00 | 3.60 | $3,060.00 |
| 6076 | Carpenter, David W. | PARTNER | $900.00 | $900.00 | 3.20 | $2,880.00 |
| 2573 | Cole, Thomas A. | PARTNER | $950.00 | $950.00 | 2.00 | $1,900.00 |
| 8789 | Conlon, William F. | PARTNER | $850.00 | $850.00 | 2.00 | $1,700.00 |
| 5654 | Ellis, Steven A. | PARTNER | $700.00 | $700.00 | 2.00 | $1,400.00 |
| 6796 | Bart, Susan T. | PARTNER | $630.00 | $630.00 | 1.80 | $1,134.00 |
| 3670 | Havel, Richard W. | PARTNER | $825.00 | $825.00 | 0.90 | $742.50 |
| 9824 | Carlson, Stephen C. | PARTNER | $735.00 | $735.00 | 0.90 | $661.50 |
| 4182 | Schaff, John T. | PARTNER | $600.00 | $600.00 | 0.80 | $480.00 |
| 8889 | Harrower, Graeme | PARTNER | $991.77 | $991.77 | 0.30 | $297.53 |
| 4882 | O'Brien, Richard J. | PARTNER | $735.00 | $735.00 | 0.30 | $220.50 |
| 4588 | Payne, Timothy G. | PARTNER | $590.00 | $590.00 | 0.30 | $177.00 |
| 2526 | Hirth, Robert W. | PARTNER | $875.00 | $875.00 | 0.20 | $175.00 |
| 3910 | Neal, Guy S. | PARTNER | $750.00 | $750.00 | 0.20 | $150.00 |
| 2436 | Nemeroff, Michael A. | PARTNER | $735.00 | $735.00 | 0.20 | $147.00 |

No. of Billers for Position: 60     Blended Rate for Position: $786.55     5,229.60     $4,113,323.09

% of Total: 42.58%     % of Total: 58.08%

EXHIBIT D

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### Sidley Austin LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|----------|------|----------|--------------|--------------|----------------|---------------|
| 4803 | Miles, David M. | COUNSEL | $675.00 | $675.00 | 186.40 | $125,820.00 |
| 2893 | Cotton, Deborah L. | COUNSEL | $625.00 | $625.00 | 98.70 | $61,687.50 |
| 9696 | Rowland, Brett | COUNSEL | $781.37 | $824.47 | 5.90 | $4,670.42 |
| | No. of Billers for Position: 3 | Blended Rate for Position: | $660.41 | | 291.00 | $192,177.92 |
| | | | | | % of Total:  2.37% | % of Total:  2.71% |
| 5381 | Boelter, Jessica C.K. | ASSOCIATE | $325.00 | $650.00 | 612.50 | $389,675.00 |
| 6336 | Mills, Kerriann S. | ASSOCIATE | $280.00 | $560.00 | 430.20 | $228,116.00 |
| 4887 | Ludwig, Jillian K. | ASSOCIATE | $475.00 | $475.00 | 427.70 | $203,157.50 |
| 6741 | Kline, Candice L. | ASSOCIATE | $425.00 | $425.00 | 384.10 | $163,242.50 |
| 9711 | Wackerly, Patrick J. | ASSOCIATE | $395.00 | $395.00 | 306.40 | $121,028.00 |
| 2413 | Stromberg, Allison Ross | ASSOCIATE | $425.00 | $425.00 | 274.30 | $116,577.50 |
| 3231 | Demo, Gregory V. | ASSOCIATE | $425.00 | $425.00 | 250.80 | $106,590.00 |
| 4591 | Bergeron, D'Lisia E. | ASSOCIATE | $525.00 | $525.00 | 195.40 | $102,585.00 |
| 2100 | Myrick, Brett H. | ASSOCIATE | $375.00 | $375.00 | 230.00 | $86,250.00 |
| 3876 | Langdon, James P. | ASSOCIATE | $430.00 | $430.00 | 188.20 | $80,926.00 |
| 5070 | Triggs, Alison Leff | ASSOCIATE | $425.00 | $425.00 | 170.00 | $72,250.00 |
| 2060 | Englund, Jason J. | ASSOCIATE | $355.00 | $355.00 | 193.60 | $68,728.00 |
| 7453 | Fleischer, Rachel M. | ASSOCIATE | $395.00 | $395.00 | 170.30 | $67,268.50 |
| 3029 | Gaudette, Mary E. Weicher | ASSOCIATE | $425.00 | $425.00 | 134.50 | $57,162.50 |
| 3381 | Rosemergy, Benjamin A. | ASSOCIATE | $495.00 | $495.00 | 104.70 | $51,826.50 |
| 3221 | Lagana, Susan P. | ASSOCIATE | $325.00 | $325.00 | 140.90 | $45,792.50 |
| 7623 | Peltz, Jen | ASSOCIATE | $515.00 | $515.00 | 87.10 | $44,856.50 |
| 8920 | Silverman, Richard M. | ASSOCIATE | $395.00 | $395.00 | 100.90 | $39,855.50 |
| 8813 | Palmer, Sandra F. | ASSOCIATE | $525.00 | $525.00 | 73.90 | $38,797.50 |
| 9638 | Shull, Brian S. | ASSOCIATE | $395.00 | $395.00 | 95.90 | $37,880.50 |
| 3358 | Krueger, Christopher S. | ASSOCIATE | $355.00 | $355.00 | 95.60 | $33,938.00 |
| 4315 | Alexiou, Nicholas | ASSOCIATE | $250.00 | $250.00 | 121.30 | $30,325.00 |
| 4046 | Ross, Thomas E. | ASSOCIATE | $325.00 | $325.00 | 92.60 | $30,095.00 |
| 3771 | Morris, Ryan C. | ASSOCIATE | $475.00 | $475.00 | 62.20 | $29,545.00 |
| 1119 | Coulson, Geo. Tyler | ASSOCIATE | $425.00 | $425.00 | 67.80 | $28,815.00 |

## EXHIBIT D

### SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

### COMPUTED AT STANDARD RATES

#### Sidley Austin LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 9410 | Diskin, Bret T. | ASSOCIATE | $315.00 | $315.00 | 71.60 | $22,554.00 |
| 4819 | King, Geoffrey M. | ASSOCIATE | $375.00 | $375.00 | 54.50 | $20,437.50 |
| 5478 | McClay, Adam | ASSOCIATE | $375.00 | $375.00 | 44.80 | $16,800.00 |
| 3292 | Baron, David M. | ASSOCIATE | $315.00 | $315.00 | 53.10 | $16,726.50 |
| 8341 | Armbrust, Sheila G. | ASSOCIATE | $380.00 | $380.00 | 42.30 | $16,074.00 |
| 7717 | Gray, Rachel D. | ASSOCIATE | $475.00 | $475.00 | 32.50 | $15,437.50 |
| 2312 | Caveness, Emily A. | ASSOCIATE | $315.00 | $315.00 | 48.10 | $15,151.50 |
| 6901 | Ripple, Christopher A. | ASSOCIATE | $355.00 | $355.00 | 42.50 | $15,087.50 |
| 4852 | Martin, Ashley K. | ASSOCIATE | $355.00 | $355.00 | 29.70 | $10,543.50 |
| 6623 | Haney, Jamie E. | ASSOCIATE | $395.00 | $395.00 | 21.80 | $8,611.00 |
| 7415 | Kramer, Scott P. | ASSOCIATE | $395.00 | $395.00 | 21.40 | $8,453.00 |
| 1878 | Larson, Joseph P. | ASSOCIATE | $315.00 | $315.00 | 26.00 | $8,190.00 |
| 9090 | Hemmings, James R.M. | ASSOCIATE | $515.00 | $515.00 | 15.80 | $8,137.00 |
| 1568 | Maxeiner, Elizabeth | ASSOCIATE | $430.00 | $430.00 | 14.80 | $6,364.00 |
| 7370 | Walsh, Megan M. | ASSOCIATE | $395.00 | $395.00 | 15.10 | $5,964.50 |
| 3334 | Madonia, Zachary A. | ASSOCIATE | $315.00 | $315.00 | 17.30 | $5,449.50 |
| 1210 | Fortosis, James A. | ASSOCIATE | $355.00 | $355.00 | 14.40 | $5,112.00 |
| 6731 | Hoffman, Eric G. | ASSOCIATE | $650.00 | $650.00 | 7.60 | $4,940.00 |
| 9372 | Love, Sara S. | ASSOCIATE | $465.00 | $465.00 | 9.60 | $4,464.00 |
| 4072 | Searle, Richard | ASSOCIATE | $611.21 | $630.48 | 5.40 | $3,385.32 |
| 2182 | Luna, Shawn C. | ASSOCIATE | $375.00 | $375.00 | 8.10 | $3,037.50 |
| 4587 | Beer, Megan Nogasky | ASSOCIATE | $355.00 | $355.00 | 7.70 | $2,733.50 |
| 4473 | Laval, Meredith Jenkin | ASSOCIATE | $395.00 | $395.00 | 6.70 | $2,646.50 |
| 6979 | Goldis, Jaclyn | ASSOCIATE | $355.00 | $355.00 | 7.00 | $2,485.00 |
| 8434 | Omholt, Ariella L. | ASSOCIATE | $355.00 | $355.00 | 6.00 | $2,130.00 |
| 2443 | Spada, M. Paula | ASSOCIATE | $430.00 | $430.00 | 4.80 | $2,064.00 |
| 5598 | Paskowitz, Tom A. | ASSOCIATE | $560.00 | $560.00 | 3.60 | $2,016.00 |
| 2320 | Guzina, Bojan | ASSOCIATE | $650.00 | $650.00 | 3.00 | $1,950.00 |
| 3675 | Bacon, David F. | ASSOCIATE | $425.00 | $425.00 | 3.90 | $1,657.50 |
| 2593 | Hale, Christopher R. | ASSOCIATE | $355.00 | $355.00 | 3.00 | $1,065.00 |
| 4706 | Katz, Seth H. | ASSOCIATE | $530.00 | $530.00 | 1.80 | $954.00 |
| 9501 | Dewsnap, Janine | ASSOCIATE | $473.00 | $473.00 | 1.50 | $709.50 |

EXHIBIT F

### SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

### COMPUTED AT STANDARD RATES

**Sidley Austin LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 5689 | Buck, Zack | ASSOCIATE | $315.00 | $315.00 | 1.60 | $504.00 |
| 5768 | Carter, Les | ASSOCIATE | $315.00 | $315.00 | 1.40 | $441.00 |
| 4562 | Dorfman, Jonathan | ASSOCIATE | $315.00 | $315.00 | 1.30 | $409.50 |
| 8069 | Rosenthal, Jeremy E. | ASSOCIATE | $625.00 | $625.00 | 0.30 | $187.50 |
| 8881 | Benjamin, James R. | ASSOCIATE | $355.00 | $355.00 | 0.40 | $142.00 |
| 7511 | Wallis, Annie C. | ASSOCIATE | $430.00 | $430.00 | 0.30 | $129.00 |
| 1206 | Craige, Christina M. | ASSOCIATE | $525.00 | $525.00 | 0.10 | $52.50 |
| | No. of Billers for Position: 64 | Blended Rate for Position: | $444.83 | | 5,661.70 | $2,518,479.82 |
| | | | | | % of Total:   46.10% | % of Total:   35.56% |
| 7711 | Irwin, Heather | STAFF ATTORNEY | $245.00 | $245.00 | 18.00 | $4,410.00 |
| 9575 | Holohan, Matthew T. | STAFF ATTORNEY | $245.00 | $245.00 | 14.40 | $3,528.00 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $245.00 | | 32.40 | $7,938.00 |
| | | | | | % of Total:   0.26% | % of Total:   0.11% |
| 6540 | Lutes, David J. | SR LEGAL ASST | $285.00 | $285.00 | 142.50 | $40,612.50 |
| 3046 | Nastasic, Branka V. | SR LEGAL ASST | $225.00 | $225.00 | 66.70 | $15,007.50 |
| 6865 | Platt, James P. | SR LEGAL ASST | $200.00 | $200.00 | 56.30 | $11,260.00 |
| 6145 | Nelms, Karen A. | SR LEGAL ASST | $245.00 | $245.00 | 16.60 | $4,067.00 |
| 3481 | Rodriguez, Arturo J. | SR LEGAL ASST | $190.00 | $190.00 | 4.80 | $912.00 |
| 5927 | Rebic, Nebojsa | SR LEGAL ASST | $225.00 | $225.00 | 0.50 | $112.50 |
| | No. of Billers for Position: 6 | Blended Rate for Position: | $250.42 | | 287.40 | $71,971.50 |
| | | | | | % of Total:   2.34% | % of Total:   1.02% |
| 3890 | Dennis, Beryl E. | LEGAL ASSISTANT | $290.00 | $290.00 | 154.70 | $44,863.00 |
| 3531 | Summerfield, Susan L. | LEGAL ASSISTANT | $190.00 | $190.00 | 113.00 | $21,470.00 |
| 7764 | Gmoser, Kelley | LEGAL ASSISTANT | $230.00 | $230.00 | 37.70 | $8,671.00 |
| 601 | Bryan, Richard | LEGAL ASSISTANT | $190.00 | $190.00 | 40.40 | $7,676.00 |
| 2759 | Riley, Katherine | LEGAL ASSISTANT | $275.00 | $275.00 | 23.50 | $6,462.50 |
| 6385 | Wiersema, Mary L. | LEGAL ASSISTANT | $245.00 | $245.00 | 20.50 | $5,022.50 |

EXHIBIT D

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### Sidley Austin LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 3115 | De La Cruz, Zorina | LEGAL ASSISTANT | $215.00 | $215.00 | 22.00 | $4,730.00 |
| 5187 | Waldman, Cameron | LEGAL ASSISTANT | $175.00 | $175.00 | 24.20 | $4,235.00 |
| 8819 | Lindberg, Megan Scholl | LEGAL ASSISTANT | $190.00 | $190.00 | 17.00 | $3,230.00 |
| 8507 | Lusk, Nancy J. | LEGAL ASSISTANT | $230.00 | $230.00 | 12.50 | $2,875.00 |
| 6004 | Lee, Minnie H. | LEGAL ASSISTANT | $210.00 | $210.00 | 12.00 | $2,520.00 |
| 8467 | Brandon, Eva Mozena | LEGAL ASSISTANT | $190.00 | $190.00 | 11.80 | $2,242.00 |
| 2497 | MacWilliam, Devon Hudson | LEGAL ASSISTANT | $215.00 | $215.00 | 8.30 | $1,784.50 |
| 8320 | Alarcon, Roberto | LEGAL ASSISTANT | $190.00 | $190.00 | 5.30 | $1,007.00 |
| | No. of Billers for Position: 14 | Blended Rate for Position: | $232.23 | | 502.90 | $116,788.50 |
| | | | | | % of Total: 4.09% | % of Total: 1.65% |
| 3702 | Fernandez, Lupe | PROJECT ASST | $110.00 | $110.00 | 14.20 | $1,562.00 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $110.00 | | 14.20 | $1,562.00 |
| | | | | | % of Total: 0.12% | % of Total: 0.02% |
| 8408 | Huber, Eva M. | LIBRARIAN | $100.00 | $100.00 | 0.40 | $40.00 |
| 7397 | Fillinger, Michael J. | LIBRARIAN | $125.00 | $125.00 | 0.30 | $37.50 |
| 7066 | Ingram, Teresa | LIBRARIAN | $100.00 | $100.00 | 0.30 | $30.00 |
| | No. of Billers for Position: 3 | Blended Rate for Position: | $107.50 | | 1.00 | $107.50 |
| | | | | | % of Total: 0.01% | % of Total: 0.00% |
| 8883 | Shim, Tanya | LITIGATION SUPP | $210.00 | $210.00 | 90.00 | $18,900.00 |
| 6735 | Nakai, Karin | LITIGATION SUPP | $265.00 | $265.00 | 46.70 | $12,375.50 |
| 2531 | Laurens, Rene | LITIGATION SUPP | $265.00 | $265.00 | 36.20 | $9,593.00 |
| 1358 | Tebbe, Justin | LITIGATION SUPP | $265.00 | $265.00 | 18.50 | $4,902.50 |
| 1463 | Stavropoulos, Christopher | LITIGATION SUPP | $185.00 | $185.00 | 22.70 | $4,199.50 |
| 6696 | Keener, Christopher | LITIGATION SUPP | $185.00 | $210.00 | 11.80 | $2,315.50 |
| 5600 | Meehan, John | LITIGATION SUPP | $240.00 | $240.00 | 5.80 | $1,392.00 |
| 5142 | Hlynski, Steven | LITIGATION SUPP | $210.00 | $210.00 | 6.60 | $1,386.00 |
| 2407 | Godofsky, Alex | LITIGATION SUPP | $185.00 | $185.00 | 7.30 | $1,350.50 |

EXHIBIT D

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Sidley Austin LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 9451 | Roth, Jonah O. | LITIGATION SUPP | $175.00 | $175.00 | 6.80 | $1,190.00 |
| 4362 | San Mateo, JoAnne | LITIGATION SUPP | $265.00 | $265.00 | 1.20 | $318.00 |
| 8792 | Rioja, Daniel | LITIGATION SUPP | $185.00 | $185.00 | 1.30 | $240.50 |
| 6935 | Beltran, Marc A. | LITIGATION SUPP | $265.00 | $265.00 | 0.80 | $212.00 |
| 2883 | Overholser, Beth | LITIGATION SUPP | $210.00 | $210.00 | 1.00 | $210.00 |
| 8940 | Lang, Daniel H. | LITIGATION SUPP | $185.00 | $185.00 | 1.00 | $185.00 |
| 7269 | Gabriel, Cheryl | LITIGATION SUPP | $130.00 | $130.00 | 0.50 | $65.00 |
| No. of Billers for Position: 16 | | Blended Rate for Position: | $227.87 | | 258.20 | $58,835.00 |
| | | | | % of Total: | 2.10% | % of Total: 0.83% |
| 2519 | Singh, Robert | DOCKET | $105.00 | $105.00 | 3.30 | $346.50 |
| 9699 | Geng, William U. | DOCKET | $105.00 | $105.00 | 0.30 | $31.50 |
| No. of Billers for Position: 2 | | Blended Rate for Position: | $105.00 | | 3.60 | $378.00 |
| | | | | % of Total: | 0.03% | % of Total: 0.01% |
| Total No. of Billers: 171 | | Blended Rate for Report: | $576.58 | | 12,282.00 | $7,081,561.33 |

EXHIBIT M

CLERICAL ACTIVITIES

Sidley Austin LLP

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Rodriguez, A | 0.30 | 57.00 | 24.00 | 33.00 |
| Ross, T | 0.10 | 32.50 | 8.00 | 24.50 |
| Wackerly, P | 1.20 | 474.00 | 96.00 | 378.00 |
| | 1.60 | $563.50 | $128.00 | $435.50 |

## SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Employee Issues | 0.30 | 57.00 | 24.00 | 33.00 |
| Litigated Matters | 1.30 | 506.50 | 104.00 | 402.50 |
| | 1.60 | $563.50 | $128.00 | $435.50 |

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT M

CLERICAL ACTIVITIES

Sidley Austin LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *MATTER NAME: Employee Issues* |
| Rodriguez, A | 08/25/10   Wed | 0.30 | 0.30 | 57.00 | 24.00 | 33.00 | F | 1 COORDINATE DELIVERY OF HARD COPY DOCUMENTS TO BE USED AT COURT MIP HEARING |
| | 30066167/1386 | | | | | | | |
| | TOTAL FOR TIMEKEEPER: | | 0.30 | $57.00 | $24.00 | $33.00 | | |
| | NUMBER OF ENTRIES: | 1 | | | | | | |
| | | | | | | | | *MATTER NAME: Litigated Matters* |
| Ross, T | 08/02/10   Mon | 1.90 | | | | | F | 1 EMAIL CONVERSATION WITH CONTRACT ATTORNEYS REGARDING REVIEW OF EXHIBITS FROM EXAMINER REPORT (0.2): |
| | 30066157/120 | | | | | | F | 2 EMAIL CONVERSATION WITH S. LAGANA REGARDING REVIEW OF EXHIBITS FROM EXAMINER REPORT (0.2): |
| | | | | | | | F | 3 EMAIL CONVERSATION WITH J. PELTZ REGARDING BANK OF AMERICA CLAW-BACK (0.1): |
| | | | | | | | F | 4 MEET WITH T. SHIM TO DISCUSS BANK OF AMERICA CDS (0.2): |
| | | | | | | | F | 5 TELEPHONE CONVERSATION WITH J. PELTZ REGARDING BANK OF AMERICA CLAW-BACK (0.1): |
| | | | | | | | F | 6 TELEPHONE CONVERSATION WITH T. SHIM REGARDING CLAW-BACK (0.2): |
| | | | 0.10 | 32.50 | 8.00 | 24.50 | F | 7 ARRANGE DESTRUCTION OF PREVIOUS BANK OF AMERICA PRODUCTION CD (0.1): |
| | | | | | | | F | 8 MEET WITH J. BENDERNAGEL REGARDING CASE STATUS AND NEXT STEPS (0.6): |
| | | | | | | | F | 9 REVIEW EMAILS FROM D. MILES REGARDING LITIGATION TRUST (0.2) |
| | TOTAL FOR TIMEKEEPER: | | 0.10 | $32.50 | $8.00 | $24.50 | | |
| | NUMBER OF ENTRIES: | 1 | | | | | | |
| | | | | | | | | *MATTER NAME: Litigated Matters* |
| Wackerly, P | 08/12/10   Thu | 4.60 | | | | | F | 1 REVIEW BOARD MINUTES (.8): |
| | 30066157/223 | | | | | | F | 2 REVIEW DOCUMENT COLLECTION EFFORTS AND GENERATE SUMMARY RE: SAME (2.6): |
| | | | 1.20 | 474.00 | 96.00 | 378.00 | F | 3 GENERATE PAGE COUNTS FOR EXAMINER EXHIBITS AND TRANSCRIPTS (1.2) |
| | TOTAL FOR TIMEKEEPER: | | 1.20 | $474.00 | $96.00 | $378.00 | | |
| | NUMBER OF ENTRIES: | 1 | | | | | | |
| TOTAL: | | | 1.60 | $563.50 | $128.00 | $435.50 | | |
| NUMBER OF ENTRIES | 3 | | | | | | | |

~  See the last page of exhibit for explanation

*  Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT M

CLERICAL ACTIVITIES

Sidley Austin LLP

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Rodriguez, A | 0.30 | 57.00 | 24.00 | 33.00 |
| Ross, T | 0.10 | 32.50 | 8.00 | 24.50 |
| Wackerly, P | 1.20 | 474.00 | 96.00 | 378.00 |
| | 1.60 | $563.50 | $128.00 | $435.50 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Employee Issues | 0.30 | 57.00 | 24.00 | 33.00 |
| Litigated Matters | 1.30 | 506.50 | 104.00 | 402.50 |
| | 1.60 | $563.50 | $128.00 | $435.50 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS
F        FINAL BILL

EXHIBIT O

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Boelter, J | 6.30 | 4,095.00 |
| Fernandez, L | 14.20 | 1,562.00 |
| Gmoser, K | 37.30 | 8,579.00 |
| Kansa, K | 0.40 | 280.00 |
| Kline, C | 0.30 | 127.50 |
| Ludwig, J | 36.20 | 17,195.00 |
| Lutes, D | 121.90 | 34,741.50 |
| Nelms, K | 16.60 | 4,067.00 |
| Summerfield, S | 4.20 | 798.00 |
| | 237.40 | $71,445.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Case Administration | 3.40 | 693.00 |
| Fee Applications | 233.60 | 70,472.00 |
| Professional Retention | 0.40 | 280.00 |
| | 237.40 | $71,445.00 |

EXHIBIT O

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 06/01/10 Tue | Lutes, D 30060441/56 | 1.90 | 1.90 | 541.50 | 1.70 0.20 | F F | 1 2 | MATTER NAME: Fee Applications PREPARATION OF 15TH MONTHLY FEE APPLICATION (1.70); PREPARATION OF 16TH MONTHLY FEE APPLICATION (.20) |
| 06/01/10 Tue | Nelms, K 30060441/55 | 3.30 | 3.30 | 808.50 | | F | 1 | MATTER NAME: Fee Applications PREPARATION OF THE 15TH MONTHLY FEE APPLICATION |
| 06/02/10 Wed | Fernandez, L 30060441/59 | 0.50 | 0.50 | 55.00 | | F | 1 | MATTER NAME: Fee Applications PREPARE 15TH MONTHLY APPLICATION MATERIALS |
| 06/02/10 Wed | Lutes, D 30060441/57 | 1.30 | 1.30 | 370.50 | 0.90 0.40 | F F | 1 2 | MATTER NAME: Fee Applications PREPARE 15TH MONTHLY FEE APPLICATION (.90); REVIEW AND RESPOND TO EMAILS TO J. LUDWIG RE SAME (.40) |
| 06/03/10 Thu | Lutes, D 30060441/58 | 0.40 | 0.40 | 114.00 | | F | 1 | MATTER NAME: Fee Applications PREPARATION OF 15TH MONTHLY FEE APPLICATION |
| 06/04/10 Fri | Ludwig, J 30060441/61 | 0.10 | 0.10 | 47.50 | | F | 1 | MATTER NAME: Fee Applications EMAIL TO J. JENSEN RE: FEE PAYMENT FOR SECOND QUARTERLY HOLDBACK |
| 06/04/10 Fri | Nelms, K 30060441/60 | 2.70 | 2.70 | 661.50 | | F | 1 | MATTER NAME: Fee Applications PREPARATION OF THE 15TH MONTHLY FEE APPLICATION |
| 06/07/10 Mon | Summerfield, S 30060471/1403 | 3.20 | 3.20 | 608.00 | | F | 1 | MATTER NAME: Case Administration REVIEW PLEADINGS, UPDATE FEE APPLICATION AND COURT PAPER FILES FOR K. KANSA |
| 06/08/10 Tue | Ludwig, J 30060441/63 | 0.90 | 0.90 | 427.50 | | F | 1 | MATTER NAME: Fee Applications REVIEW AND REVISE 15TH MONTHLY FEE APPLICATION |
| 06/08/10 Tue | Lutes, D 30060441/62 | 0.60 | 0.60 | 171.00 | | F | 1 | MATTER NAME: Fee Applications PREPARATION OF 15TH MONTHLY FEE APPLICATION |
| 06/09/10 Wed | Ludwig, J 30060441/65 | 1.80 | 1.80 | 855.00 | | F | 1 | MATTER NAME: Fee Applications REVIEW AND REVISE 15TH MONTHLY FEE APPLICATION |
| 06/09/10 Wed | Lutes, D 30060441/64 | 2.30 | 2.30 | 655.50 | | F | 1 | MATTER NAME: Fee Applications PREPARATION OF 15TH MONTHLY FEE APPLICATION |
| 06/14/10 Mon | Boelter, J 30060441/82 | 3.00 | 3.00 | 1,950.00 | | F | 1 | MATTER NAME: Fee Applications REVIEW PLAN TIME DETAIL FOR FEE APPLICATION |

~  See the last page of exhibit for explanation

EXHIBIT O

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 06/14/10 Mon | Ludwig, J 30060441/67 | 0.40 | 0.40 | 190.00 | 0.20 0.20 | F F | 1 2 | *MATTER NAME: Fee Applications* TELEPHONE CALL WITH J. JENSEN RE: 15TH MONTHLY FEE APPLICATION (0.2); EMAILS WITH M. SCHNEIDER AND J. BOELTER RE: SAME (0.2) |
| 06/14/10 Mon | Lutes, D 30060441/66 | 4.80 | 4.80 | 1,368.00 | 4.20 0.60 | F F | 1 2 | *MATTER NAME: Fee Applications* PREPARATION OF 15TH MONTHLY FEE APPLICATION (4.2); PREPARATION OF 16TH MONTHLY FEE APPLICATION (.60) |
| 06/15/10 Tue | Boelter, J 30060441/83 | 1.50 | 1.50 | 975.00 | | F | 1 | *MATTER NAME: Fee Applications* REVIEW AND COMMENT ON PLAN TIME DETAIL |
| 06/15/10 Tue | Lutes, D 30060441/68 | 0.50 | 0.50 | 142.50 | | F | 1 | *MATTER NAME: Fee Applications* PREPARATION OF 16TH MONTHLY FEE APPLICATION |
| 06/16/10 Wed | Fernandez, L 30060441/73 | 3.50 | 3.50 | 385.00 | | F | 1 | *MATTER NAME: Fee Applications* PREPARE 15TH MONTHLY APPLICATION MATERIALS |
| 06/16/10 Wed | Lutes, D 30060441/69 | 5.40 | 5.40 | 1,539.00 | 4.60 0.40 0.40 | F F F | 1 2 3 | *MATTER NAME: Fee Applications* PREPARATION AND FINALIZATION OF 15TH MONTHLY FEE APPLICATION (4.60); EMAILS AND TCS TO J. JENSEN RE SAME (.40); PREPARATION OF 16TH MONTHLY FEE APPLICATION (.40) |
| 06/17/10 Thu | Ludwig, J 30060441/70 | 0.30 | 0.30 | 142.50 | 0.20 0.10 | F F | 1 2 | *MATTER NAME: Fee Applications* REVISE 15TH MONTHLY FEE APPLICATION (0.2); EMAIL TO K. STICKLES REGARDING FILING AND SERVICE OF SAME (0.1) |
| 06/17/10 Thu | Lutes, D 30060441/71 | 2.40 | 2.40 | 684.00 | 0.50 1.10 0.80 | F F F | 1 2 3 | *MATTER NAME: Fee Applications* PREPARATION OF 15TH MONTHLY FEE APPLICATION MATERIALS (.50); PREPARATION OF 16TH MONTHLY FEE APPLICATION (1.10); PREPARE QUARTERLY FEE APPLICATION MATERIALS (.80) |
| 06/18/10 Fri | Lutes, D 30060441/74 | 0.40 | 0.40 | 114.00 | | F | 1 | *MATTER NAME: Fee Applications* PREPARATION OF QUARTERLY FEE APPLICATION MATERIALS |
| 06/18/10 Fri | Nelms, K 30060441/72 | 2.20 | 2.20 | 539.00 | | F | 1 | *MATTER NAME: Fee Applications* PREPARATION OF THE 15TH MONTHLY FEE APPLICATION |
| 06/22/10 Tue | Lutes, D 30060441/75 | 0.60 | 0.60 | 171.00 | | F | 1 | *MATTER NAME: Fee Applications* PREPARATION OF 16TH FEE APPLICATION |
| 06/28/10 Mon | Lutes, D 30060441/76 | 0.50 | 0.50 | 142.50 | | F | 1 | *MATTER NAME: Fee Applications* PREPARATION OF 16TH MONTHLY FEE APPLICATION |

~  See the last page of exhibit for explanation

EXHIBIT O

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 06/29/10 Tue | Fernandez, L 30060441/79 | 3.30 | 3.30 | 363.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE 16TH MONTHLY APPLICATION MATERIALS |
| 06/29/10 Tue | Ludwig, J 30060441/78 | 5.50 | 5.50 | 2,612.50 | 5.10<br>0.40 | F<br>F | 1<br>2 | MATTER NAME: Fee Applications<br>REVIEW AND REVISE 16TH MONTHLY FEE APPLICATION (5.1):<br>EMAILS AND TELEPHONE CALLS WITH D. LUTES AND J. JENSEN RE: SAME (0.4) |
| 06/29/10 Tue | Lutes, D 30060441/77 | 5.80 | 5.80 | 1,653.00 | 4.30<br>0.40<br>0.50<br>0.60 | F<br>F<br>F<br>F | 1<br>2<br>3<br>4 | MATTER NAME: Fee Applications<br>PREPARATION OF 16TH MONTHLY FEE APPLICATION (4.30):<br>REVIEW AND RESPOND TO EMAILS WITH J. LUDWIG RE: SAME (.40):<br>INITIAL PREPARATION OF 17TH MONTHLY FEE APPLICATION (.50):<br>EMAILS AND TCS WITH J. JENSEN RE SAME (.60) |
| 06/30/10 Wed | Fernandez, L 30060441/80 | 2.40 | 2.40 | 264.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE 16TH MONTHLY APPLICATION MATERIALS |
| 06/30/10 Wed | Lutes, D 30060441/81 | 4.60 | 4.60 | 1,311.00 | 4.00<br>0.60 | F<br>F | 1<br>2 | MATTER NAME: Fee Applications<br>PREPARATION OF 16TH MONTHLY FEE APPLICATION (4.0):<br>PREPARATION OF 17TH MONTHLY FEE APPLICATION (.60) |
| 07/01/10 Thu | Ludwig, J 30063566/24 | 0.10 | 0.10 | 47.50 | | F | 1 | MATTER NAME: Fee Applications<br>EMAILS WITH J. JENSEN RE: 16TH MONTHLY FEE APPLICATION |
| 07/01/10 Thu | Lutes, D 30063566/22 | 5.10 | 5.10 | 1,453.50 | 4.50<br>0.60 | F<br>F | 1<br>2 | MATTER NAME: Fee Applications<br>PREPARATION OF 16TH MONTHLY FEE APPLICATION (4.50):<br>PREPARATION OF 17TH MONTHLY FEE APPLICATION (.60) |
| 07/02/10 Fri | Fernandez, L 30063566/21 | 4.50 | 4.50 | 495.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE 16TH MONTHLY APPLICATION MATERIALS |
| 07/02/10 Fri | Ludwig, J 30063566/25 | 0.60 | 0.60 | 285.00 | 0.50<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Fee Applications<br>REVIEW AND REVISE 16TH MONTHLY FEE APPLICATION (0.5):<br>EMAILS AND TELEPHONE CALLS WITH D. LUTES AND J. JENSEN RE: SAME (0.1) |
| 07/02/10 Fri | Lutes, D 30063566/23 | 4.30 | 4.30 | 1,225.50 | 4.20<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Fee Applications<br>PREPARATION OF 16TH MONTHLY FEE APPLICATION (4.20):<br>EMAILS TO J. LUDWIG RE MONTHLY AND QUARTERLY FEE APPLICATION DEADLINES (.10) |
| 07/03/10 Sat | Ludwig, J 30063566/26 | 0.20 | 0.20 | 95.00 | | F | 1 | MATTER NAME: Fee Applications<br>EMAILS WITH M. SCHNEIDER RE: 16TH MONTHLY FEE APPLICATION |
| 07/06/10 Tue | Lutes, D 30063566/27 | 1.50 | 1.50 | 427.50 | 0.60<br>0.90 | F<br>F | 1<br>2 | MATTER NAME: Fee Applications<br>PREPARATION OF 16TH MONTHLY FEE APPLICATION (.60):<br>PREPARATION OF 17TH MONTHLY FEE APPLICATION (.90) |

~  See the last page of exhibit for explanation

EXHIBIT O

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 07/07/10 Wed | Lutes, D 30063566/28 | 4.40 | 4.40 | 1,254.00 | | F | 1 | *MATTER NAME: Fee Applications*<br>PREPARATION OF 17TH MONTHLY FEE APPLICATION |
| 07/08/10 Thu | Kansa, K 30063575/1048 | 1.40 | 0.40 | 280.00 | 0.40<br>0.50<br>0.30<br>0.20 | F<br>F<br>F<br>F | 1<br>2<br>3<br>4 | *MATTER NAME: Professional Retention*<br>EMAIL B. KRAKAUER RE: SIDLEY DISCLOSURES IN PRIOR AFFIDAVITS (.4);<br>REVIEW B. KRAKAUER EMAIL ON MWE BILLS AND RESEARCH RESPONSE TO SAME (.5);<br>DRAFT RESPONSE AND FORWARD SAME WITH COMMENTS TO B. KRAKAUER AND J. HENDERSON (.3);<br>OFFICE CONFERENCE WITH J. HENDERSON RE: SAME (.2) |
| 07/08/10 Thu | Lutes, D 30063566/29 | 3.90 | 3.90 | 1,111.50 | 3.40<br>0.50 | F<br>F | 1<br>2 | *MATTER NAME: Fee Applications*<br>PREPARATION OF 17TH MONTHLY FEE APPLICATION (3.40);<br>PREPARATION OF 16TH MONTHLY FEE APPLICATION (.50) |
| 07/09/10 Fri | Ludwig, J 30063566/31 | 1.30 | 1.30 | 617.50 | 0.10<br>0.10<br>1.00<br>0.10 | F<br>F<br>F<br>F | 1<br>2<br>3<br>4 | *MATTER NAME: Fee Applications*<br>TELEPHONE CALL WITH J. JENSEN RE: 16TH MONTHLY FEE APPLICATION (0.1);<br>EMAILS WITH M. SCHNEIDER RE: SAME (0.1);<br>REVIEW AND REVISE 16TH MONTHLY FEE APPLICATION (1.0);<br>EMAIL TO V. GARLATI RE: JUNE ESTIMATES (0.1) |
| 07/09/10 Fri | Lutes, D 30063566/30 | 2.90 | 2.90 | 826.50 | 2.10<br>0.40<br>0.40 | F<br>F<br>F | 1<br>2<br>3 | *MATTER NAME: Fee Applications*<br>PREPARATION OF 16TH MONTHLY FEE APPLICATION (2.10);<br>PREPARATION OF QUARTERLY FEE APPLICATION MATERIALS (.40);<br>REVIEW AND SEPARATELY RESPOND TO EMAILS FROM J. JENSEN AND J. LUDWIG RE MONTHLY FEE APPLICATIONS (.40) |
| 07/12/10 Mon | Ludwig, J 30063566/32 | 1.10 | 1.10 | 522.50 | | F | 1 | *MATTER NAME: Fee Applications*<br>REVIEW AND REVISE 16TH MONTHLY FEE APPLICATION |
| 07/12/10 Mon | Lutes, D 30063566/33 | 2.40 | 2.40 | 684.00 | 2.10<br>0.30 | F<br>F | 1<br>2 | *MATTER NAME: Fee Applications*<br>PREPARATION OF 16TH MONTHLY FEE APPLICATION (2.10);<br>PREPARATION OF QUARTERLY FEE APPLICATION MATERIALS (.30) |
| 07/13/10 Tue | Boelter, J 30063566/51 | 1.30 | 1.30 | 845.00 | | F | 1 | *MATTER NAME: Fee Applications*<br>REVIEW TIME DETAIL FOR 16TH MONTHLY FEE APPLICATION |
| 07/13/10 Tue | Ludwig, J 30063566/34 | 0.20 | 0.20 | 95.00 | | F | 1 | *MATTER NAME: Fee Applications*<br>EMAILS WITH J. JENSEN AND J. BOELTER RE: PREPARATION OF 16TH MONTHLY FEE APPLICATION |
| 07/13/10 Tue | Lutes, D 30063566/35 | 1.30 | 1.30 | 370.50 | 0.40<br>0.60<br>0.30 | F<br>F<br>F | 1<br>2<br>3 | *MATTER NAME: Fee Applications*<br>PREPARATION OF 16TH MONTHLY FEE APPLICATION (.40);<br>PREPARATION OF 17TH MONTHLY FEE APPLICATION (.60);<br>PREPARATION OF QUARTERLY FEE APPLICATION (.30) |
| 07/15/10 Thu | Boelter, J 30063566/52 | 0.50 | 0.50 | 325.00 | | F | 1 | *MATTER NAME: Fee Applications*<br>REVIEW TIME DETAIL RE: PLAN ISSUES FOR PRIVILEGE |

~ See the last page of exhibit for explanation

EXHIBIT O

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 07/15/10 Thu | Ludwig, J 30063566/39 | 0.10 | 0.10 | 47.50 | | F | 1 | MATTER NAME: Fee Applications<br>EMAIL TO D. LUTES RE: PREPARATION OF 16TH MONTHLY FEE APPLICATION |
| 07/15/10 Thu | Lutes, D 30063566/36 | 4.90 | 4.90 | 1,396.50 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARATION OF 16TH MONTHLY FEE APPLICATION |
| 07/16/10 Fri | Ludwig, J 30063566/41 | 0.60 | 0.60 | 285.00 | 0.10<br>0.10<br>0.10<br>0.30 | F<br>F<br>F<br>F | 1<br>2<br>3<br>4 | MATTER NAME: Fee Applications<br>EMAILS WITH J. JENSEN RE: 16TH MONTHLY FEE APPLICATION (0.1);<br>EMAIL TO V. GARLATI RE: SAME (0.1);<br>TELEPHONE CALL WITH D. BEEZIE RE: SAME (0.1);<br>REVIEW AND REVISE 16TH MONTHLY FEE APPLICATION (0.3) |
| 07/16/10 Fri | Lutes, D 30063566/37 | 4.60 | 4.60 | 1,311.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARATION OF 16TH MONTHLY FEE APPLICATION |
| 07/16/10 Fri | Nelms, K 30063566/38 | 2.60 | 2.60 | 637.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARATION OF 16TH MONTHLY FEE APPLICATION |
| 07/19/10 Mon | Lutes, D 30063566/42 | 4.40 | 4.40 | 1,254.00 | 2.10<br>2.30 | F<br>F | 1<br>2 | MATTER NAME: Fee Applications<br>PREPARATION OF 17TH MONTHLY FEE APPLICATION (2.10);<br>PREPARATION OF QUARTERLY FEE APPLICATION (2.30) |
| 07/19/10 Mon | Nelms, K 30063566/40 | 4.20 | 4.20 | 1,029.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARATION OF 16TH MONTHLY FEE APPLICATION AND QUARTERLY FEE APPLICATION |
| 07/20/10 Tue | Lutes, D 30063566/43 | 1.70 | 1.70 | 484.50 | 0.90<br>0.80 | F<br>F | 1<br>2 | MATTER NAME: Fee Applications<br>PREPARATION OF 17TH MONTHLY FEE APPLICATION (.90);<br>PREPARATION OF QUARTERLY FEE APPLICATION (.80) |
| 07/21/10 Wed | Lutes, D 30063566/44 | 1.40 | 1.40 | 399.00 | 0.90<br>0.50 | F<br>F | 1<br>2 | MATTER NAME: Fee Applications<br>PREPARATION OF 17TH MONTHLY FEE APPLICATION (.90);<br>PREPARATION OF QUARTERLY FEE APPLICATION (.50) |
| 07/22/10 Thu | Lutes, D 30063566/45 | 0.60 | 0.60 | 171.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARATION OF 17TH MONTHLY FEE APPLICATION |
| 07/26/10 Mon | Lutes, D 30063566/46 | 0.60 | 0.60 | 171.00 | 0.40<br>0.20 | F<br>F | 1<br>2 | MATTER NAME: Fee Applications<br>PREPARATION OF 17TH MONTHLY FEE APPLICATION (.40);<br>PREPARATION OF QUARTERLY FEE APPLICATION (.20) |
| 07/27/10 Tue | Lutes, D 30063566/47 | 0.60 | 0.60 | 171.00 | 0.40<br>0.20 | F<br>F | 1<br>2 | MATTER NAME: Fee Applications<br>PREPARATION OF 17TH MONTHLY FEE APPLICATION (.40);<br>EMAILS WITH J. JENSEN RE 16TH AND 17TH MONTHLY FEE APPLICATION MATERIALS (.20) |

~ See the last page of exhibit for explanation

EXHIBIT O
SIDLEY RETENTION/COMPENSATION
Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 07/29/10 Thu | Ludwig, J 30063566/50 | 1.10 | 1.10 | 522.50 | | F | 1 | MATTER NAME: *Fee Applications* REVIEW AND REVISE 17TH MONTHLY FEE APPLICATION |
| 07/29/10 Thu | Lutes, D 30063566/48 | 0.60 | 0.60 | 171.00 | | F | 1 | MATTER NAME: *Fee Applications* PREPARATION OF 17TH MONTHLY FEE APPLICATION |
| 07/29/10 Thu | Summerfield, S 30063566/49 | 1.00 | 1.00 | 190.00 | | F | 1 | MATTER NAME: *Fee Applications* REVIEW AND REVISE FEE APPLICATION MATERIALS FOR K. KANSA |
| 08/02/10 Mon | Ludwig, J 30066152/1 | 1.40 | 1.40 | 665.00 | | F | 1 | MATTER NAME: *Fee Applications* REVIEW AND REVISE 17TH MONTHLY FEE APPLICATION |
| 08/02/10 Mon | Lutes, D 30066152/2 | 4.60 | 4.60 | 1,311.00 | | F | 1 | MATTER NAME: *Fee Applications* PREPARATION OF 17TH MONTHLY FEE APPLICATION |
| 08/03/10 Tue | Lutes, D 30066152/3 | 1.10 | 1.10 | 313.50 | 0.50 0.60 | F F | 1 2 | MATTER NAME: *Fee Applications* PREPARATION OF 17TH MONTHLY FEE APPLICATION (.50); PREPARATION OF 18TH MONTHLY FEE APPLICATION (.60) |
| 08/04/10 Wed | Lutes, D 30066152/4 | 4.70 | 4.70 | 1,339.50 | | F | 1 | MATTER NAME: *Fee Applications* PREPARATION OF 18TH FEE APPLICATION |
| 08/05/10 Thu | Ludwig, J 30066152/8 | 3.20 | 3.20 | 1,520.00 | | F | 1 | MATTER NAME: *Fee Applications* REVIEW AND REVISE 17TH MONTHLY FEE APPLICATION |
| 08/05/10 Thu | Lutes, D 30066152/5 | 1.40 | 1.40 | 399.00 | 1.00 0.40 | F F | 1 2 | MATTER NAME: *Fee Applications* PREPARATION OF 17TH MONTHLY FEE APPLICATION (1.0); PREPARATION OF 18TH MONTHLY FEE APPLICATION (.40) |
| 08/06/10 Fri | Ludwig, J 30066152/9 | 0.30 | 0.30 | 142.50 | | F | 1 | MATTER NAME: *Fee Applications* REVIEW AND REVISE 17TH MONTHLY FEE APPLICATION |
| 08/06/10 Fri | Lutes, D 30066152/6 | 0.30 | 0.30 | 85.50 | | F | 1 | MATTER NAME: *Fee Applications* PREPARATION OF 17TH MONTHLY FEE APPLICATION |
| 08/09/10 Mon | Ludwig, J 30066152/10 | 3.00 | 3.00 | 1,425.00 | 2.70 0.10 0.20 | F F F | 1 2 3 | MATTER NAME: *Fee Applications* REVIEW AND REVISE 17TH MONTHLY FEE APPLICATION (2.7); EMAIL TO D. ELDERSVELD RE: SAME (0.1); EMAILS WITH D. LUTES RE: SAME (0.2) |

~  See the last page of exhibit for explanation

EXHIBIT O

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 08/09/10 Mon | Lutes, D 30066152/7 | 7.70 | 7.70 | 2,194.50 | 7.40 0.30 | F F | 1 2 | MATTER NAME: Fee Applications PREPARATION OF 17TH MONTHLY FEE APPLICATION (7.40); EMAILS TO J. LUDWIG RE: SAME (.30) |
| 08/10/10 Tue | Kline, C 30066152/40 | 0.10 | 0.10 | 42.50 | | F | 1 | MATTER NAME: Fee Applications DISCUSS FEE EXAMINER FEE DISCLOSURE MATTER W/J. LUDWIG |
| 08/10/10 Tue | Ludwig, J 30066152/13 | 0.10 | 0.10 | 47.50 | | F | 1 | MATTER NAME: Fee Applications EMAIL WITH D. BEEZIE RE: 17TH MONTHLY FEE APPLICATION |
| 08/10/10 Tue | Lutes, D 30066152/11 | 1.60 | 1.60 | 456.00 | 0.60 0.70 0.30 | F F F | 1 2 3 | MATTER NAME: Fee Applications REVIEW 16TH MONTHLY FEE APPLICATION (.60); PREPARE 17TH MONTHLY FEE APPLICATION (.70); EMAILS TO J. LUDWIG AND J. JENSEN RE: SAME (.30) |
| 08/11/10 Wed | Lutes, D 30066152/12 | 1.90 | 1.90 | 541.50 | 0.50 0.40 0.70 0.30 | F F F F | 1 2 3 4 | MATTER NAME: Fee Applications PREPARATION OF 17TH MONTHLY FEE APPLICATION (.50); PREPARATION OF QUARTERLY FEE APPLICATION (.40); INITIAL PREPARATION OF 19TH MONTHLY FEE APPLICATION (.70); REVIEW BANKRUPTCY CASE DOCKET FOR FEE APPLICATION MATERIALS (.30) |
| 08/12/10 Thu | Kline, C 30066165/1250 | 0.30 | 0.20 | 85.00 | 0.10 0.20 | F F | 1 2 | MATTER NAME: Case Administration REVIEW AND REVISE DOCKET WATCH (0.1), VERIFY CERTAIN DATE ENTRIES PER FEE APPLICATIONS (0.2) |
| 08/12/10 Thu | Lutes, D 30066152/14 | 5.80 | 5.80 | 1,653.00 | 1.80 0.40 0.70 2.90 | F F F F | 1 2 3 4 | MATTER NAME: Fee Applications PREPARATION OF 17TH MONTHLY FEE APPLICATION (1.80); PREPARATION OF 18TH MONTHLY FEE APPLICATION (.40); PREPARATION OF 19TH MONTHLY FEE APPLICATION (.70); PREPARATION OF 6TH QUARTERLY FEE APPLICATION (2.90) |
| 08/13/10 Fri | Lutes, D 30066152/15 | 1.90 | 1.90 | 541.50 | 1.10 0.80 | F F | 1 2 | MATTER NAME: Fee Applications PREPARATION OF 17TH MONTHLY FEE APPLICATION (1.10); PREPARATION OF QUARTERLY FEE APPLICATION (.80) |
| 08/16/10 Mon | Ludwig, J 30066152/17 | 2.80 | 2.80 | 1,330.00 | | F | 1 | MATTER NAME: Fee Applications REVIEW AND REVISE 17TH MONTHLY FEE APPLICATION |
| 08/16/10 Mon | Lutes, D 30066152/16 | 1.50 | 1.50 | 427.50 | 0.80 0.70 | F F | 1 2 | MATTER NAME: Fee Applications PREPARATION OF 17TH MONTHLY FEE APPLICATION (.80); PREPARATION OF QUARTERLY FEE APPLICATION (.70) |
| 08/17/10 Tue | Ludwig, J 30066152/19 | 0.50 | 0.50 | 237.50 | | F | 1 | MATTER NAME: Fee Applications REVIEW AND REVISE 17TH MONTHLY FEE APPLICATION |

~  See the last page of exhibit for explanation

EXHIBIT O

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 08/17/10 Tue | Lutes, D 30066152/18 | 0.70 | 0.70 | 199.50 | 0.40 0.30 | F F | 1 2 | MATTER NAME: Fee Applications PREPARATION OF 17TH MONTHLY FEE APPLICATION (.40); PREPARATION OF QUARTERLY FEE APPLICATION (.30) |
| 08/18/10 Wed | Ludwig, J 30066152/23 | 0.50 | 0.50 | 237.50 | 0.20 0.20 0.10 | F F F | 1 2 3 | MATTER NAME: Fee Applications REVIEW AND REVISE 17TH MONTHLY FEE APPLICATION (0.2); EMAILS WITH M. SCHNEIDER AND R. MORRIS RE: SAME (0.2); EMAIL TO D. LUTES RE: SAME (0.1) |
| 08/18/10 Wed | Lutes, D 30066152/20 | 5.70 | 5.70 | 1,624.50 | 4.80 0.50 0.40 | F F F | 1 2 3 | MATTER NAME: Fee Applications PREPARATION OF 17TH MONTHLY FEE APPLICATION (4.80); EMAILS TO J. JENSEN AND J. LUDWIG RE: SAME (.50); PREPARATION OF QUARTERLY FEE APPLICATION (.40) |
| 08/18/10 Wed | Nelms, K 30066152/21 | 0.10 | 0.10 | 24.50 | | F | 1 | MATTER NAME: Fee Applications T/C WITH D. LUTES RE: PREPARATION OF QUARTERLY FEE APPLICATION |
| 08/19/10 Thu | Ludwig, J 30066152/24 | 0.20 | 0.20 | 95.00 | | F | 1 | MATTER NAME: Fee Applications REVIEW AND REVISE 17TH MONTHLY FEE APPLICATION |
| 08/19/10 Thu | Lutes, D 30066152/22 | 2.60 | 2.60 | 741.00 | 2.10 0.50 | F F | 1 2 | MATTER NAME: Fee Applications PREPARATION OF 17TH MONTHLY FEE APPLICATION (2.10); PREPARATION OF QUARTERLY FEE APPLICATION (.50) |
| 08/20/10 Fri | Lutes, D 30066152/25 | 3.40 | 3.40 | 969.00 | 3.20 0.20 | F F | 1 2 | MATTER NAME: Fee Applications PREPARATION OF 17TH MONTHLY FEE APPLICATION (3.20); PREPARATION OF QUARTERLY FEE APPLICATION (.20) |
| 08/23/10 Mon | Gmoser, K 30066152/31 | 2.20 | 2.20 | 506.00 | | F | 1 | MATTER NAME: Fee Applications PREPARATION OF 17TH MONTHLY FEE APPLICATION |
| 08/23/10 Mon | Ludwig, J 30066152/28 | 3.90 | 3.90 | 1,852.50 | | F | 1 | MATTER NAME: Fee Applications REVIEW AND REVISE 17TH MONTHLY FEE APPLICATION |
| 08/23/10 Mon | Nelms, K 30066152/26 | 1.50 | 1.50 | 367.50 | | F | 1 | MATTER NAME: Fee Applications PREPARATION OF 6TH QUARTERLY FEE APPLICATION |
| 08/24/10 Tue | Gmoser, K 30066152/32 | 7.80 | 7.80 | 1,794.00 | | F | 1 | MATTER NAME: Fee Applications PREPARATION OF 17TH MONTHLY FEE APPLICATION |
| 08/24/10 Tue | Ludwig, J 30066152/29 | 0.60 | 0.60 | 285.00 | 0.50 0.10 | F F | 1 2 | MATTER NAME: Fee Applications REVIEW AND REVISE 17TH MONTHLY FEE APPLICATION (0.5); EMAILS WITH J. JENSEN RE: SAME (0.1) |

~ See the last page of exhibit for explanation

EXHIBIT O
SIDLEY RETENTION/COMPENSATION
Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|----------------|-------------|-------|------|-----------|---|---|-------------|
| 08/24/10 Tue | Lutes, D 30066152/27 | 0.30 | 0.30 | 85.50 | | F | 1 | MATTER NAME: Fee Applications PREPARATION OF 17TH MONTHLY FEE APPLICATION |
| 08/25/10 Wed | Gmoser, K 30066152/33 | 6.20 | 6.20 | 1,426.00 | | F | 1 | MATTER NAME: Fee Applications PREPARATION OF 17TH MONTHLY FEE APPLICATION |
| 08/26/10 Thu | Gmoser, K 30066152/34 | 1.70 | 1.70 | 391.00 | | F | 1 | MATTER NAME: Fee Applications PREPARATION OF 17TH MONTHLY FEE APPLICATION |
| 08/26/10 Thu | Ludwig, J 30066152/30 | 4.00 | 4.00 | 1,900.00 | 0.10 3.90 | F F | 1 2 | MATTER NAME: Fee Applications TELEPHONE CALL WITH K. GMOSER RE: 17TH MONTHLY FEE APPLICATION (0.1); REVIEW AND REVISE 17TH MONTHLY FEE APPLICATION (3.9) |
| 08/27/10 Fri | Gmoser, K 30066152/35 | 5.60 | 5.60 | 1,288.00 | | F | 1 | MATTER NAME: Fee Applications PREPARATION OF 17TH MONTHLY FEE APPLICATION |
| 08/27/10 Fri | Ludwig, J 30066152/36 | 1.20 | 1.20 | 570.00 | 0.10 0.80 0.30 | F F F | 1 2 3 | MATTER NAME: Fee Applications EMAILS WITH J. JENSEN RE: 17TH MONTHLY FEE APPLICATION (0.1); REVIEW AND REVISE 17TH MONTHLY FEE APPLICATION (0.8); EMAILS AND TELEPHONE CALLS WITH TIMEKEEPERS RE: CONFIDENTIALITY ISSUES (0.3) |
| 08/30/10 Mon | Gmoser, K 30066152/37 | 7.40 | 7.40 | 1,702.00 | | F | 1 | MATTER NAME: Fee Applications PREPARATION OF 17TH MONTHLY FEE APPLICATION |
| 08/31/10 Tue | Gmoser, K 30066152/38 | 6.40 | 6.40 | 1,472.00 | | F | 1 | MATTER NAME: Fee Applications PREPARATION OF 17TH MONTHLY FEE APPLICATION |
| 08/31/10 Tue | Ludwig, J 30066152/39 | 0.20 | 0.20 | 95.00 | | F | 1 | MATTER NAME: Fee Applications REVIEW AND REVISE 17TH MONTHLY FEE APPLICATION |
| Total | | | 237.40 | $71,445.00 | | | | |
| Number of Entries: | 104 | | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT O

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Boelter, J | 6.30 | 4,095.00 |
| Fernandez, L | 14.20 | 1,562.00 |
| Gmoser, K | 37.30 | 8,579.00 |
| Kansa, K | 0.40 | 280.00 |
| Kline, C | 0.30 | 127.50 |
| Ludwig, J | 36.20 | 17,195.00 |
| Lutes, D | 121.90 | 34,741.50 |
| Nelms, K | 16.60 | 4,067.00 |
| Summerfield, S | 4.20 | 798.00 |
| | 237.40 | $71,445.00 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Case Administration | 3.40 | 693.00 |
| Fee Applications | 233.60 | 70,472.00 |
| Professional Retention | 0.40 | 280.00 |
| | 237.40 | $71,445.00 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

EXHIBIT P

OTHER FIRMS' RETENTION/COMPENSATION

Sidley Austin LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Henderson, J | 1.20 | 1,020.00 |
| Kansa, K | 19.20 | 13,440.00 |
| Lantry, K | 4.00 | 3,400.00 |
| Ludwig, J | 24.90 | 11,827.50 |
| Triggs, A | 22.00 | 9,350.00 |
| | 71.30 | $39,037.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Professional Retention | 71.30 | 39,037.50 |
| | 71.30 | $39,037.50 |

EXHIBIT P

OTHER FIRMS' RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|------|------|------|------|------|------|------|------|
| | | | | | | | | *MATTER NAME: Professional Retention* |
| 06/01/10 | Ludwig, J | 0.20 | 0.20 | 95.00 | 0.10 | F | 1 | REVIEW AFFIDAVIT FILED BY OCP (0.1); |
| Tue | 30060457/1144 | | | | 0.10 | F | 2 | EMAIL TO R. MARIELLA RE: STATUS OF OCP AFFIDAVITS (0.1) |
| | | | | | | | | *MATTER NAME: Professional Retention* |
| 06/04/10 | Ludwig, J | 0.60 | 0.60 | 285.00 | 0.20 | F | 1 | REVIEW RETENTION DECLARATIONS RE: DISCLOSURES (0.2); |
| Fri | 30060457/1139 | | | | 0.10 | F | 2 | REVIEW OCP AFFIDAVIT (0.1); |
| | | | | | 0.10 | F | 3 | EMAIL TO R. MARIELLA RE: SAME (0.1); |
| | | | | | 0.20 | F | 4 | REVIEW STATUS OF OCP AFFIDAVITS AND OBJECTION DEADLINES FOR OCP REPORTING (0.2) |
| | | | | | | | | *MATTER NAME: Professional Retention* |
| 06/09/10 | Ludwig, J | 0.20 | 0.20 | 95.00 | 0.10 | F | 1 | EMAIL TO COUNSEL FOR E&Y RE: NO OBJECTIONS TO SUPPLEMENTAL RETENTION APPLICATION (0.1); |
| Wed | 30060457/1140 | | | | 0.10 | F | 2 | EMAIL TO OCP RE: NO OBJECTION TO FEE APPLICATION (0.1) |
| | | | | | | | | *MATTER NAME: Professional Retention* |
| 06/10/10 | Ludwig, J | 0.10 | 0.10 | 47.50 | | F | 1 | EMAIL TO R. MARIELLA RE: APPROVED OCP PAYMENTS |
| Thu | 30060457/1141 | | | | | | | |
| | | | | | | | | *MATTER NAME: Professional Retention* |
| 06/11/10 | Ludwig, J | 0.30 | 0.30 | 142.50 | 0.10 | F | 1 | REVIEW OCP AFFIDAVIT (0.1); |
| Fri | 30060457/1142 | | | | 0.20 | F | 2 | EMAIL TO R. MARIELLA RE: OCP AFFIDAVITS AND RETENTION OF WINSTEAD AS AN OCP (0.2) |
| | | | | | | | | *MATTER NAME: Professional Retention* |
| 06/14/10 | Ludwig, J | 0.30 | 0.30 | 142.50 | 0.10 | F | 1 | TELEPHONE CALL WITH R. MARIELLA RE: OCP PAYMENT ISSUE (0.1); |
| Mon | 30060457/1143 | | | | 0.10 | F | 2 | EMAIL TO COUNSEL FOR E&Y AND V. GARLATI RE: IMPLEMENTATION OF E&Y EXTENSION ORDER (0.1); |
| | | | | | 0.10 | F | 3 | EMAIL TO H. KURMAN AND V. GARLATI RE: IMPLEMENTATION OF OFFIT KURMAN ORDER (0.1) |
| | | | | | | | | *MATTER NAME: Professional Retention* |
| 06/17/10 | Ludwig, J | 0.40 | 0.40 | 190.00 | | F | 1 | CONFERENCE CALL WITH D. BRALOW AND OCP REGARDING FEE APPLICATION AND CONVERSION TO 327 RETENTION |
| Thu | 30060457/1145 | | | | | | | |
| | | | | | | | | *MATTER NAME: Professional Retention* |
| 06/18/10 | Ludwig, J | 0.30 | 0.30 | 142.50 | 0.20 | F | 1 | DRAFT 15TH SUPPLEMENTAL LIST OF OCP (0.2); |
| Fri | 30060457/1146 | | | | 0.10 | F | 2 | TELEPHONE CALL WITH R. MARIELLA RE: SAME (0.1) |
| | | | | | | | | *MATTER NAME: Professional Retention* |
| 06/21/10 | Ludwig, J | 1.60 | 1.60 | 760.00 | 0.90 | F | 1 | DRAFT OCP FEE APPLICATION OF LEVINE SULLIVAN (0.9); |
| Mon | 30060457/1147 | | | | 0.10 | F | 2 | TELEPHONE CALL WITH A. CLARK SMITH RE: PWC SUPPLEMENTAL DECLARATION (0.1); |
| | | | | | 0.20 | F | 3 | TELEPHONE CALL WITH M. BERGER RE: OCP REPORT (0.2); |
| | | | | | 0.30 | F | 4 | REVIEW SAME (0.3); |
| | | | | | 0.10 | F | 5 | EMAIL TO J. MCMAHON AND D. DEUTSCH RE: MONTHLY OCP REPORT (0.1) |
| | | | | | | | | *MATTER NAME: Professional Retention* |
| 06/22/10 | Ludwig, J | 1.10 | 1.10 | 522.50 | 0.30 | F | 1 | TELEPHONE CALLS WITH D. SCHULZ RE: OCP FEE APPLICATION (0.3); |
| Tue | 30060457/1148 | | | | 0.10 | F | 2 | EMAIL TO M. BERGER RE: SAME (0.1); |
| | | | | | 0.50 | F | 3 | REVIEW INVOICE RECONCILIATION (0.5); |
| | | | | | 0.20 | F | 4 | TELEPHONE CALL WITH M. BERGER RE: SAME AND CONTINGENCY FEE APPLICATION (0.2) |

~ See the last page of exhibit for explanation

EXHIBIT P

OTHER FIRMS' RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| | | | | | | | | MATTER NAME: Professional Retention |
| 06/23/10 | Ludwig, J | 0.90 | 0.90 | 427.50 | 0.20 | F | 1 | EMAILS TO R. MARIELLA RE: 15TH SUPPLEMENT TO OCP LIST, OCP PAYMENTS, AND OCP APPLICATIONS (0.2); |
| Wed | 30060457/1149 | | | | 0.20 | F | 2 | TELEPHONE CALL WITH M. BERGER RE: OCP FEE APPLICATION (0.2); |
| | | | | | 0.40 | F | 3 | REVIEW AND RESPOND TO EMAILS FROM D. SCHULTZ RE: SAME (0.4); |
| | | | | | 0.10 | F | 4 | TELEPHONE CALL WITH D. SCHULTZ RE: SAME (0.1) |
| | | | | | | | | MATTER NAME: Professional Retention |
| 06/24/10 | Ludwig, J | 0.90 | 0.90 | 427.50 | 0.30 | F | 1 | EMAILS TO D. SCHULZ RE: OCP FEE APPLICATION (0.3); |
| Thu | 30060457/1150 | | | | 0.50 | F | 2 | REVIEW AND REVISE APPLICATION (0.5); |
| | | | | | 0.10 | F | 3 | EMAIL TO K. STICKLES RE FILING AND SERVICE OF SAME (0.1) |
| | | | | | | | | MATTER NAME: Professional Retention |
| 06/28/10 | Kansa, K | 0.30 | 0.30 | 210.00 | 0.20 | F | 1 | EMAIL D. LIEBENTRITT RE: PHJW SUPPLEMENTAL DECLARATION (.2); |
| Mon | 30060457/1152 | | | | 0.10 | F | 2 | OFFICE CONFERENCE J. LUDWIG RE: SAME (.1) |
| | | | | | | | | MATTER NAME: Professional Retention |
| 06/28/10 | Ludwig, J | 0.70 | 0.70 | 332.50 | 0.20 | F | 1 | TELEPHONE CALL WITH R. MARIELLA RE: OCP FEE APPLICATION (0.2); |
| Mon | 30060457/1151 | | | | 0.50 | F | 2 | EMAIL TO R. MARIELLA AND M. BERGER RE: CURRENT STATUS OF OCP (0.5) |
| | | | | | | | | MATTER NAME: Professional Retention |
| 06/30/10 | Kansa, K | 0.20 | 0.20 | 140.00 | 0.10 | F | 1 | EMAIL D. LIEBENTRITT RE: SUPPLEMENTAL DECLARATIONS (.1); |
| Wed | 30060457/1153 | | | | 0.10 | F | 2 | REVIEW JENNER SUPPLEMENTAL DECLARATION (.1) |
| | | | | | | | | MATTER NAME: Professional Retention |
| 07/01/10 | Kansa, K | 0.10 | 0.10 | 70.00 | | F | 1 | EMAIL K. STICKLES RE: PAUL HASTINGS DECLARATION |
| Thu | 30063575/1047 | | | | | | | |
| | | | | | | | | MATTER NAME: Professional Retention |
| 07/08/10 | Henderson, J | 0.70 | 0.70 | 595.00 | 0.60 | F | 1 | REVIEW AND RESPOND TO EMAIL EXCHANGES REGARDING MWE RETENTION AND PAYMENT FROM NON-DEBTOR AND CONFERENCE WITH KANSA REGARDING SAME (.6); |
| Thu | 30063575/1046 | | | | 0.10 | F | 2 | REVIEW DOCKET RE: SAME (.1) |
| | | | | | | | | MATTER NAME: Professional Retention |
| 07/08/10 | Kansa, K | 1.40 | 1.00 | 700.00 | 0.40 | F | 1 | EMAIL B. KRAKAUER RE: SIDLEY DISCLOSURES IN PRIOR AFFIDAVITS (.4); |
| Thu | 30063575/1048 | | | | 0.50 | F | 2 | REVIEW B. KRAKAUER EMAIL ON MWE BILLS AND RESEARCH RESPONSE TO SAME (.5); |
| | | | | | 0.30 | F | 3 | DRAFT RESPONSE AND FORWARD SAME WITH COMMENTS TO B. KRAKAUER AND J. HENDERSON (.3); |
| | | | | | 0.20 | F | 4 | OFFICE CONFERENCE WITH J. HENDERSON RE: SAME (.2) |
| | | | | | | | | MATTER NAME: Professional Retention |
| 07/09/10 | Ludwig, J | 0.10 | 0.10 | 47.50 | | F | 1 | EMAIL TO R. MARIELLA RE: TRIBUNE PROFESSIONAL RETENTION |
| Fri | 30063575/1049 | | | | | | | |
| | | | | | | | | MATTER NAME: Professional Retention |
| 07/13/10 | Ludwig, J | 0.80 | 0.80 | 380.00 | 0.10 | F | 1 | EMAILS WITH M. BERGER RE: OCP FEE APPLICATIONS (0.1); |
| Tue | 30063575/1050 | | | | 0.30 | F | 2 | TELEPHONE CALL WITH M. BERGER RE: OCP ISSUES (0.3); |
| | | | | | 0.10 | F | 3 | REVIEW OCP AFFIDAVIT (0.1); |
| | | | | | 0.10 | F | 4 | EMAIL TO R. MARIELLA RE: SAME (0.1); |
| | | | | | 0.20 | F | 5 | EMAIL TO M. BERGER AND R. MARIELLA RE: OCP OVERAGE ISSUE (0.2) |

~ See the last page of exhibit for explanation

EXHIBIT P

OTHER FIRMS' RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 07/14/10 Wed | Ludwig, J 30063575/1051 | 0.30 | 0.30 | 142.50 | | F | 1 | *MATTER NAME: Professional Retention* <br> TELEPHONE CALL WITH R. MARIELLA RE: OCP ISSUES |
| 07/16/10 Fri | Ludwig, J 30063575/1052 | 0.50 | 0.50 | 237.50 | 0.20 <br> 0.30 | F <br> F | 1 <br> 2 | *MATTER NAME: Professional Retention* <br> TELEPHONE CALL WITH R. MARIELLA RE: OCP ISSUES (0.2); <br> CONFERENCE CALL WITH R. MARIELLA AND OCP RE: FEE APPLICATION (0.3) |
| 07/19/10 Mon | Ludwig, J 30063575/1053 | 0.10 | 0.10 | 47.50 | | F | 1 | *MATTER NAME: Professional Retention* <br> REVIEW AND RESPOND TO EMAIL FROM D. ROMERO RE: OCP FEE APPLICATION |
| 07/20/10 Tue | Ludwig, J 30063575/1054 | 0.40 | 0.40 | 190.00 | 0.20 <br> 0.20 | F <br> F | 1 <br> 2 | *MATTER NAME: Professional Retention* <br> TELEPHONE CALL WITH M. BERGER RE: MONTHLY OCP REPORT (0.2); <br> EMAIL TO J. MCMAHON AND D. DEUTSCH RE: MONTHLY OCP REPORT (0.2) |
| 07/21/10 Wed | Ludwig, J 30063575/1055 | 1.50 | 1.50 | 712.50 | 0.20 <br> 0.40 <br> 0.90 | F <br> F <br> F | 1 <br> 2 <br> 3 | *MATTER NAME: Professional Retention* <br> REVIEW AND RESPOND TO EMAILS FROM D. BEEZIE AND L. WASHBURN RE: EXTENSION OF SCOPE OF PROFESSIONAL EMPLOYMENT (0.2); <br> EMAILS WITH D. EGGERT RE: MERCER RETENTION (0.4); <br> DRAFT DOWNEY SMITH FIER OCP FEE APPLICATION (0.9) |
| 07/22/10 Thu | Ludwig, J 30063575/1056 | 0.60 | 0.60 | 285.00 | 0.40 <br> 0.10 <br> 0.10 | F <br> F <br> F | 1 <br> 2 <br> 3 | *MATTER NAME: Professional Retention* <br> REVISE DOWNEY SMITH FIER OCP FEE APPLICATION (0.4); <br> EMAIL WITH S. SMITH RE: SAME (0.1); <br> EMAIL TO L. WASHBURN RE: DOW LOHNES RETENTION (0.1) |
| 07/23/10 Fri | Ludwig, J 30063575/1058 | 0.20 | 0.20 | 95.00 | | F | 1 | *MATTER NAME: Professional Retention* <br> EMAIL TO K. STICKLES RE: OCP FEE APPLICATION FOR FILING AND SERVICE |
| 07/24/10 Sat | Ludwig, J 30063575/1059 | 0.30 | 0.30 | 142.50 | 0.30 | F | 1 | *MATTER NAME: Professional Retention* <br> REVIEW OCP AFFIDAVITS (0.3) |
| 07/26/10 Mon | Kansa, K 30063575/1060 | 0.80 | 0.80 | 560.00 | 0.30 <br> 0.50 | F <br> F | 1 <br> 2 | *MATTER NAME: Professional Retention* <br> REVIEW E&Y ENGAGEMENT LETTER RE: SERVICE AS ACCOUNTING FIRM UNDER FORMATION AGREEMENT AND COMMENT ON SAME (.3); <br> EMAIL TO B. GRUEMMER AND D. FUCHS RE: SAME (.5) |
| 07/26/10 Mon | Ludwig, J 30063575/1057 | 0.40 | 0.40 | 190.00 | | F | 1 | *MATTER NAME: Professional Retention* <br> DRAFT OCP FEE APPLICATION FOR DAVIS WRIGHT |
| 07/28/10 Wed | Ludwig, J 30063575/1063 | 0.80 | 0.80 | 380.00 | 0.30 <br> 0.50 | F <br> F | 1 <br> 2 | *MATTER NAME: Professional Retention* <br> TELEPHONE CALLS WITH R. MARIELLA AND V. GARLATI RE: POTENTIAL OCP CONFLICT ISSUE (0.3); <br> DRAFT OCP FEE APPLICATION OF DWT (0.5) |

~ See the last page of exhibit for explanation

EXHIBIT P

OTHER FIRMS' RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 07/29/10 Thu | Kansa, K 30063575/1061 | 0.40 | 0.40 | 280.00 | 0.10 0.10 0.20 | F F F | 1 2 3 | MATTER NAME: Professional Retention EMAIL J. LUDWIG RE: SAUL EWING DISCLOSURE ISSUE (.1); REVIEW EMAILS ON SAME (.1); EMAIL D. ELDERSVELD RE: SAME (.2) |
| 07/30/10 Fri | Ludwig, J 30063575/1062 | 0.20 | 0.20 | 95.00 | 0.10 0.10 | F F | 1 2 | MATTER NAME: Professional Retention EMAILS WITH R. MARIELLA RE: SUPPLEMENTAL OCP AFFIDAVIT (.1); EMAILS WITH K. KANSA RE: OCP ISSUE (.1) |
| 07/31/10 Sat | Kansa, K 30063575/1064 | 0.20 | 0.20 | 140.00 | | F | 1 | MATTER NAME: Professional Retention EMAILS WITH J. LUDWIG RE: OCP ISSUE |
| 08/02/10 Mon | Ludwig, J 30066161/1016 | 0.20 | 0.20 | 95.00 | | F | 1 | MATTER NAME: Professional Retention EMAILS WITH LAT AND M. BERGER RE: DAVIS WRIGHT OCP FEE APPLICATION |
| 08/03/10 Tue | Ludwig, J 30066161/1017 | 0.60 | 0.60 | 285.00 | 0.30 0.20 0.10 | F F F | 1 2 3 | MATTER NAME: Professional Retention TELEPHONE CALL WITH M. BERGER RE: DWT RECONCILIATION (0.3); REVIEW AND ANALYZE SAME (0.2); EMAIL TO R. MARIELLA RE: SAME (0.1) |
| 08/05/10 Thu | Ludwig, J 30066161/1018 | 1.00 | 1.00 | 475.00 | 0.30 0.40 0.10 0.20 | F F F F | 1 2 3 4 | MATTER NAME: Professional Retention REVIEW DAY PITNEY OCP FEE APPLICATION (0.3); TELEPHONE CALL WITH OCP RE: SAME (0.4); TELEPHONE CALL TO R. MARIELLA RE: SAME (0.1); TELEPHONE CALL WITH K. STICKLES RE: SAME (0.2) |
| 08/06/10 Fri | Ludwig, J 30066161/1019 | 0.30 | 0.30 | 142.50 | 0.20 0.10 | F F | 1 2 | MATTER NAME: Professional Retention TELEPHONE CALL WITH R. MARIELLA RE: OCP ISSUES (0.2); EMAIL TO R. MARIELLA RE: OCP RETENTION STATUS (0.1) |
| 08/09/10 Mon | Kansa, K 30066161/1021 | 0.10 | 0.10 | 70.00 | | F | 1 | MATTER NAME: Professional Retention EMAIL B. GRUEMMER ON E&Y CALL |
| 08/09/10 Mon | Ludwig, J 30066161/1020 | 0.20 | 0.20 | 95.00 | | F | 1 | MATTER NAME: Professional Retention REVIEW AND RESPOND TO EMAIL FROM D. ELDERSVELD RE: LAZARD ENGAGEMENT |
| 08/10/10 Tue | Kansa, K 30066161/1045 | 0.30 | 0.30 | 210.00 | | F | 1 | MATTER NAME: Professional Retention CONFERENCE CALL P. QUICK AND B. GRUEMMER RE: E&Y RETENTION ISSUES |
| 08/11/10 Wed | Kansa, K 30066161/1046 | 0.30 | 0.30 | 210.00 | 0.10 0.10 0.10 | F F F | 1 2 3 | MATTER NAME: Professional Retention EMAIL P. QUICK RE: E&Y RETENTION AS ACCOUNTING FIRM (.1); EMAIL A. TRIGGS RE: SAME (.1); T/C A. TRIGGS RE: SAME (.1) |

~ See the last page of exhibit for explanation

EXHIBIT P

OTHER FIRMS' RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|----------------|-------------|-------|------|------------|---|---|-------------|
| 08/11/10 Wed | Ludwig, J 30066161/1022 | 0.20 | 0.20 | 95.00 | 0.10 0.10 | F F | 1 2 | *MATTER NAME: Professional Retention* REVIEW SUPPLEMENTAL DECLARATION OF SAUL EWING (0.1); EMAIL TO D. ELDERSVELD AND D. BRALOW RE: SAME (0.1) |
| 08/11/10 Wed | Triggs, A 30066161/1029 | 3.50 | 3.50 | 1,487.50 | | F | 1 | *MATTER NAME: Professional Retention* RESEARCH RE: MOTION TO RETAIN E&Y TO PROVIDE ACCOUNTING SERVICES |
| 08/12/10 Thu | Triggs, A 30066161/1030 | 4.50 | 4.50 | 1,912.50 | | F | 1 | *MATTER NAME: Professional Retention* DRAFT MOTION TO RETAIN E&Y TO PROVIDE ACCOUNTING SERVICES |
| 08/16/10 Mon | Ludwig, J 30066161/1023 | 0.20 | 0.20 | 95.00 | 0.10 0.10 | F F | 1 2 | *MATTER NAME: Professional Retention* REVIEW AND RESPOND TO EMAIL FROM OCP RE RETENTION ISSUES (0.1); EMAIL TO P. RATKOWIAK RE: SUPPLEMENTAL LIST OF OCP (0.1) |
| 08/16/10 Mon | Triggs, A 30066161/1031 | 1.20 | 1.20 | 510.00 | | F | 1 | *MATTER NAME: Professional Retention* REVISE MOTION TO RETAIN E&Y TO PROVIDE ACCOUNTING SERVICES PER COMMENTS FROM K. KANSA |
| 08/17/10 Tue | Kansa, K 30066161/1042 | 0.20 | 0.20 | 140.00 | | F | 1 | *MATTER NAME: Professional Retention* EMAIL J. LUDWIG RE: PROPOSED SUPPLEMENTAL DECLARATION FOR DOW LOHNES |
| 08/17/10 Tue | Ludwig, J 30066161/1024 | 0.10 | 0.10 | 47.50 | | F | 1 | *MATTER NAME: Professional Retention* TELEPHONE CALL WITH R. MARIELLA RE: ADDITIONALOCP |
| 08/17/10 Tue | Ludwig, J 30066161/1025 | 0.50 | 0.50 | 237.50 | 0.10 0.40 | F F | 1 2 | *MATTER NAME: Professional Retention* TELEPHONE CALL WITH C. MEAZELL RE: DOW LOHNES RETENTION (0.1); REVIEW ORIGINAL SCOPE OF RETENTION AND NEW MATTERS (0.4) |
| 08/18/10 Wed | Ludwig, J 30066161/1026 | 1.20 | 1.20 | 570.00 | 0.10 0.10 0.30 0.40 0.30 | F F F F F | 1 2 3 4 5 | *MATTER NAME: Professional Retention* EMAIL TO C. MEAZELL RE: DOW LOHNES RETENTION (0.1); EMAIL TO R. MARIELLA AND M. BERGER RE: MONTHLY OCP REPORT (0.1); TELEPHONE CALL WITH K. STICKLES RE: OCP FEE APPLICATION (0.3); REVIEW AND REVISE DWT OCP FEE APPLICATION (0.4); EMAILS TO R. MARIELLA AND M. BERGER RE: SAME (0.3) |
| 08/19/10 Thu | Kansa, K 30066161/1047 | 2.50 | 2.50 | 1,750.00 | 0.10 2.10 0.10 0.20 | F F F F | 1 2 3 4 | *MATTER NAME: Professional Retention* EMAIL A. TRIGGS RE: UPDATED E&Y ENGAGEMENT LETTER (.1); REVIEW AND REVISE E&Y RETENTION APPLICATION AND DRAFT REVISED SECTIONS FOR SAME (2.1); FORWARD SAME TO A. TRIGGS WITH COMMENT (.1); OFFICE CONFERENCE WITH A. TRIGGS RE: E&Y APPLICATION (.2) |
| 08/19/10 Thu | Ludwig, J 30066161/1027 | 0.10 | 0.10 | 47.50 | | F | 1 | *MATTER NAME: Professional Retention* EMAIL TO R. MARIELLA RE: COMMUNICATIONS FROM CHAMBERS RE OCP FEE APPLICATIONS |

~ See the last page of exhibit for explanation

EXHIBIT P
OTHER FIRMS' RETENTION/COMPENSATION
Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 08/19/10 Thu | Triggs, A 30066161/1032 | 2.50 | 2.50 | 1,062.50 | | F | 1 | *MATTER NAME: Professional Retention* <br> REVISE MOTION TO RETAIN E&Y TO PROVIDE ACCOUNTING SERVICES PER COMMENTS FROM K. KANSA |
| 08/20/10 Fri | Kansa, K 30066161/1048 | 0.20 | 0.20 | 140.00 | | F | 1 | *MATTER NAME: Professional Retention* <br> REVIEW REVISED E&Y ENGAGEMENT LETTER |
| 08/20/10 Fri | Ludwig, J 30066161/1028 | 1.80 | 1.80 | 855.00 | 0.30 <br> 0.20 <br> 0.40 <br> 0.90 | F <br> F <br> F <br> F | 1 <br> 2 <br> 3 <br> 4 | *MATTER NAME: Professional Retention* <br> REVIEW AND REVISE MONTHLY OCP REPORT (0.3); <br> EMAIL TO D. KLAUDER AND D. DEUTSCH RE: SAME (0.2); <br> EMAILS AND TELEPHONE CALLS WITH M. BERGER RE: DWT RECONCILIATION (0.4); <br> REVIEW AND RECONCILE OCP INVOICES (0.9) |
| 08/20/10 Fri | Triggs, A 30066161/1033 | 6.00 | 6.00 | 2,550.00 | | F | 1 | *MATTER NAME: Professional Retention* <br> REVISE MOTION TO RETAIN E&Y TO PROVIDE ACCOUNTING SERVICES PER COMMENTS FROM K. KANSA |
| 08/23/10 Mon | Kansa, K 30066161/1049 | 0.20 | 0.20 | 140.00 | | F | 1 | *MATTER NAME: Professional Retention* <br> EMAIL A. TRIGGS RE: E&Y RETENTION APPLICATION |
| 08/23/10 Mon | Ludwig, J 30066161/1035 | 3.00 | 3.00 | 1,425.00 | 0.20 <br> 0.10 <br> 2.50 <br> 0.20 | F <br> F <br> F <br> F | 1 <br> 2 <br> 3 <br> 4 | *MATTER NAME: Professional Retention* <br> REVIEW OCP AFFIDAVIT (0.2); <br> EMAIL TO R. MARIELLA RE: SAME (0.1); <br> REVIEW AND ANALYZE OCP CLAIMS (2.5); <br> TELEPHONE CALL WITH R. MARIELLA RE: SAME (0.2) |
| 08/23/10 Mon | Triggs, A 30066161/1055 | 0.50 | 0.50 | 212.50 | | F | 1 | *MATTER NAME: Professional Retention* <br> REVISE MOTION TO RETAIN E&Y TO PROVIDE ACCOUNTING SERVICES PER COMMENTS FROM K. KANSA |
| 08/24/10 Tue | Lantry, K 30066161/1041 | 0.30 | 0.30 | 255.00 | | F | 1 | *MATTER NAME: Professional Retention* <br> DISCUSS EXPANSION OF JONES DAY RETENTION WITH J. BOELTER AND J. CONLAN |
| 08/25/10 Wed | Henderson, J 30066161/1034 | 0.50 | 0.50 | 425.00 | | F | 1 | *MATTER NAME: Professional Retention* <br> CONFS W/K. KANSA RE: RETENTION APPLICATIONS |
| 08/25/10 Wed | Kansa, K 30066161/1044 | 1.80 | 1.80 | 1,260.00 | 0.20 <br> 0.10 <br> 0.30 <br> 0.40 <br> 0.30 <br> 0.50 | F <br> F <br> F <br> F <br> F <br> F | 1 <br> 2 <br> 3 <br> 4 <br> 5 <br> 6 | *MATTER NAME: Professional Retention* <br> EMAIL K. LANTRY RE: JONES DAY RETENTION (.2); <br> T/C K. STICKLES RE: SAME (.1); <br> OFFICE CONFERENCES J. LUDWIG RE: SAME (.3); <br> OFFICE CONFERENCES WITH J. HENDERSON RE: SAME AND PLAN ISSUES (.4); <br> T/C'S K. LANTRY RE: SAME (.3); <br> REVIEW MATERIALS RE: SAME (.5) |

~ See the last page of exhibit for explanation

EXHIBIT P
OTHER FIRMS' RETENTION/COMPENSATION
Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 08/25/10 Wed | Lantry, K 30066161/1040 | 0.80 | 0.80 | 680.00 | 0.40 | F | 1 | MATTER NAME: Professional Retention<br>REVIEW AND EDIT JONES DAY ENGAGEMENT LETTER WITH SPECIAL COMMITTEE, AND E-MAILS RE: SAME WITH B. ERENS AND K. KANSA (.4); |
| | | | | | 0.40 | F | 2 | E-MAILS RE: APPLICATION TO EXPAND ROLE OF JONES DAY, AND REVIEW BACKGROUND DOCUMENTS (.4) |
| 08/25/10 Wed | Ludwig, J 30066161/1036 | 0.60 | 0.60 | 285.00 | 0.20 | F | 1 | MATTER NAME: Professional Retention<br>TELEPHONE CALL WITH R. MARIELLA RE: PROFESSIONAL RETENTION (0.2); |
| | | | | | 0.10 | F | 2 | OFFICE CONFERENCE WITH K. KANSA RE: PROFESSIONAL RETENTION ISSUE (0.1); |
| | | | | | 0.20 | F | 3 | TELEPHONE CALL WITH K. STICKLES RE: SAME (0.2); |
| | | | | | 0.10 | F | 4 | TELEPHONE CALL WITH COUNSEL REGARDING RETENTION APPLICATION (0.1) |
| 08/26/10 Thu | Kansa, K 30066161/1050 | 1.70 | 1.70 | 1,190.00 | 0.40 | F | 1 | MATTER NAME: Professional Retention<br>REVIEW JONES DAY ENGAGEMENT LETTER AND EMAIL K. LANTRY RE: SAME (.4); |
| | | | | | 0.20 | F | 2 | OFFICE CONFERENCES WITH J. HENDERSON RE: JONES DAY RETENTION (.2); |
| | | | | | 0.20 | F | 3 | T/C'S K. LANTRY RE: SAME (.2); |
| | | | | | 0.10 | F | 4 | EMAILS TO J. LUDWIG RE: SAME (.1); |
| | | | | | 0.70 | F | 5 | REVIEW E&Y APPLICATION AND EMAIL A. TRIGGS RE: SAME (.7); |
| | | | | | 0.10 | F | 6 | OFFICE CONFERENCE WITH A. TRIGGS RE: SAME (.1) |
| 08/26/10 Thu | Lantry, K 30066161/1039 | 0.40 | 0.40 | 340.00 | | F | 1 | MATTER NAME: Professional Retention<br>E-MAILS AND TELEPHONE CALLS WITH K. KANSA AND K. STICKLES RE: EXPANSION OF JONES DAY RETENTION |
| 08/26/10 Thu | Ludwig, J 30066161/1037 | 0.40 | 0.40 | 190.00 | 0.20 | F | 1 | MATTER NAME: Professional Retention<br>TELEPHONE CALL AND EMAILS WITH RETAINED PROFESSIONAL RE: PREPARATION OF SUPPLEMENTAL APPLICATION (0.2); |
| | | | | | 0.10 | F | 2 | TELEPHONE CALL WITH R. MARIELLA RE: SAME (0.1); |
| | | | | | 0.10 | F | 3 | EMAILS WITH D. STREANY RE: SAME (0.1) |
| 08/26/10 Thu | Triggs, A 30066161/1056 | 3.80 | 3.80 | 1,615.00 | | F | 1 | MATTER NAME: Professional Retention<br>REVISE MOTION TO RETAIN E&Y TO PROVIDE ACCOUNTING SERVICES PER COMMENTS FROM K. KANSA |
| 08/27/10 Fri | Kansa, K 30066161/1043 | 3.40 | 3.40 | 2,380.00 | 0.60 | F | 1 | MATTER NAME: Professional Retention<br>REVIEW SITRICK ENGAGEMENT LETTER SENT BY K. LANTRY/D. ELDERSVELD AND COMMENT ON SAME (.6); |
| | | | | | 0.50 | F | 2 | PREPARE MARKUP OF SAME AND FORWARD TO D. ELDERSVELD AT D. ELDERSVELD REQUEST (.5); |
| | | | | | 0.20 | F | 3 | EMAILS TO D. ELDERSVELD RE: SAME (.2); |
| | | | | | 0.30 | F | 4 | REVIEW REVISED VERSION OF LETTER (.3); |
| | | | | | 0.10 | F | 5 | EMAIL K. LANTRY RE: SAME (.1); |
| | | | | | 0.10 | F | 6 | T/C K. LANTRY RE: SAME (.1); |
| | | | | | 1.10 | F | 7 | REVIEW AND REVISE JONES DAY APPLICATION AND SUPPORTING DECLARATION (1.1); |
| | | | | | 0.10 | F | 8 | EMAIL K. LANTRY RE: SAME (.1); |
| | | | | | 0.20 | F | 9 | T/C K. LANTRY RE: SAME (.2); |
| | | | | | 0.20 | F | 10 | EMAIL D. LIEBENTRITT RE: SAME (.2) |
| 08/27/10 Fri | Lantry, K 30066161/1051 | 0.70 | 0.70 | 595.00 | 0.40 | F | 1 | MATTER NAME: Professional Retention<br>REVIEW APPLICATION TO EXPAND EMPLOYMENT OF JONES DAY AND TELEPHONE CALLS WITH K. KANSA RE: EDITS TO SAME (.4); |
| | | | | | 0.30 | F | 2 | E-MAILS WITH J. CONLAN AND K. KANSA RE: SITRICK ENGAGEMENT (.3) |

~ See the last page of exhibit for explanation

EXHIBIT P
OTHER FIRMS' RETENTION/COMPENSATION
Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 08/27/10 Fri | Ludwig, J 30066161/1038 | 0.50 | 0.50 | 237.50 | 0.20 0.30 | F F | 1 2 | *MATTER NAME: Professional Retention* EMAILS WITH R. MARIELLA RE: OCP CAP OVERAGE (0.2); TELEPHONE CALL WITH R. MARIELLA RE: SAME (0.3) |
| 08/28/10 Sat | Lantry, K 30066161/1052 | 0.10 | 0.10 | 85.00 | | F | 1 | *MATTER NAME: Professional Retention* E-MAILS WITH J. CONLAN RE: JONES DAY RETENTION |
| 08/30/10 Mon | Kansa, K 30066161/1057 | 3.80 | 3.80 | 2,660.00 | 0.10 0.80 0.30 0.50 0.60 0.20 0.20 0.80 0.10 0.10 0.10 | F F F F F F F F F F F | 1 2 3 4 5 6 7 8 9 10 11 | *MATTER NAME: Professional Retention* EMAIL J. LUDWIG RE: DAVIS WRIGHT RETENTION (.1); REVIEW AND REVISE JONES DAY RETENTION APPLICATION (.8); EMAILS TO D. HALL RE: RETENTION APPLICATION FOR JONES DAY (.3); REVIEW SUPPORTING DECLARATION RE: JONES DAY APPLICATION AND EMAIL D. HALL WITH COMMENTS ON SAME (.5); REVIEW REVISED DRAFTS OF APPLICATION AND DECLARATION FROM D. HALL AND EMAILS TO D. HALL RE: SAME (.6); REVIEW D. LIEBENTRITT EMAILS ON SAME (.2); REVIEW K. LANTRY EMAILS RE: SAME AND EMAIL K. LANTRY RE: SAME (.2); REVIEW SITRICK LETTER AND EMAIL D. ELDERSVELD RE: SAME (.8); EMAIL K. LANTRY RE: SAME (.1); T/C K. LANTRY RE: SAME (.1); EMAIL K. STICKLES RE: SAME (.1) |
| 08/30/10 Mon | Lantry, K 30066161/1053 | 0.60 | 0.60 | 510.00 | 0.40 0.20 | F F | 1 2 | *MATTER NAME: Professional Retention* E-MAILS AND TELEPHONE CALLS WITH K. KANSA AND K. STICKLES RE: JONES DAY RETENTION APPLICATION, AND E-MAIL RE: SAME TO D. KLAUDER (.4); E-MAILS AND TELEPHONE CALL WITH K. KANSA RE: SITRICK RETENTION (.2) |
| 08/31/10 Tue | Kansa, K 30066161/1058 | 1.70 | 1.70 | 1,190.00 | 0.70 0.50 0.10 0.10 0.10 0.10 0.10 | F F F F F F F | 1 2 3 4 5 6 7 | *MATTER NAME: Professional Retention* DRAFT EMAIL TO D. ELDERSVELD/G. WEITMAN ON SITRICK ENGAGEMENT (.7); REVISE SITRICK ENGAGEMENT LETTER (.5); T/C K. LANTRY RE: SITRICK ENGAGEMENT (.1); REVIEW D. ELDERSVELD EMAIL ON SAME (.1); T/C J. SHUGRUE RE: REED SMITH RETENTION (.1); T/C K. LANTRY RE: SAME (.1); T/C J. GIUNTA RE: SITRICK (.1) |
| 08/31/10 Tue | Lantry, K 30066161/1054 | 1.10 | 1.10 | 935.00 | 0.50 0.20 0.40 | F F F | 1 2 3 | *MATTER NAME: Professional Retention* TELEPHONE CALL WITH D. KLAUDER RE: EXPANSION OF EMPLOYMENT OF JONES DAY, AND REPORT SAME TO D. LIEBENTRITT (.5); TELEPHONE CALLS AND E-MAILS WITH K. KANSA RE: SITRICK ENGAGEMENT (.2); REVIEW PRIOR APPLICATION OF REED SMITH AND TELEPHONE CALLS RE: SAME WITH K. KANSA (.4) |
| 08/31/10 Tue | Ludwig, J 30066161/1059 | 0.20 | 0.20 | 95.00 | | F | 1 | *MATTER NAME: Professional Retention* EMAILS WITH OCP COUNSEL RE: FEE APPLICATION PROCEDURES |

~ See the last page of exhibit for explanation

EXHIBIT P
OTHER FIRMS' RETENTION/COMPENSATION
Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| | | | 71.30 | $39,037.50 | | | |
| Total | | | | | | | |
| Number of Entries: | 78 | | | | | | |

EXHIBIT P

OTHER FIRMS' RETENTION/COMPENSATION

Sidley Austin LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Henderson, J | 1.20 | 1,020.00 |
| Kansa, K | 19.20 | 13,440.00 |
| Lantry, K | 4.00 | 3,400.00 |
| Ludwig, J | 24.90 | 11,827.50 |
| Triggs, A | 22.00 | 9,350.00 |
| | 71.30 | $39,037.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Professional Retention | 71.30 | 39,037.50 |
| | 71.30 | $39,037.50 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

Lodging

Sidley Austin LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | QUESTIONED AMOUNT | DESCRIPTION |
|------|----------------|---------------|-------------------|-------------|
| | | | | *MATTER NAME: 90795-30560 - Case Administration* |
| 06/01/10 | 30060471/3 | 471.90 | 121.90 | 05/19/10-05/20/10 - LOS ANGELES/WILMINGTON - TRIP TO WILMINGTON FOR DS HEARING (K. LANTRY) |
| | | | | 81Number of units: 1 |
| | | | | *MATTER NAME: 90795-30560 - Case Administration* |
| 06/09/10 | 30060471/184 | 429.00 | 79.00 | 05/19/10-05/20/10 - CHICAGO/PHILADELPHIA - ATTEND TRIBUNE DISCLOSURE STATEMENT HEARING (J. BOELTER) |
| | | | | 262Number of units: 1 |
| | | | | *MATTER NAME: 90795-30560 - Case Administration* |
| 06/11/10 | 30060471/237 | 429.00 | 79.00 | 05/19/10-05/20/10 - CHICAGO/PHILADELPHIA - ATTEND HEARING (J. HENDERSON) |
| | | | | 315Number of units: 1 |
| | | | | *MATTER NAME: 90795-30560 - Case Administration* |
| 06/11/10 | 30060471/251 | 399.00 | 49.00 | 03/22/10-03/23/10 - CHICAGO/PHILADELPHIA - TMIP/KOB HEARING (J. LOTSOFF) |
| | | | | 329Number of units: 1 |
| | | | | *MATTER NAME: 90795-30560 - Case Administration* |
| 08/05/10 | 30066165/38 | 429.00 | 79.00 | 05/19/10-05/20/10 - CHICAGO/WILMINGTON - DISCLOSURE STATEMENT HEARING (K. MILLS) |
| | | | | 138Number of units: 1 |
| | | | | *MATTER NAME: 90795-30560 - Case Administration* |
| 08/05/10 | 30066165/40 | 429.00 | 79.00 | 05/19/10-05/20/10 - CHICAGO/WILMINGTON - DISCLOSURE STATEMENT HEARING (K. MILLS) |
| | | | | 140Number of units: 1 |
| | | | | *MATTER NAME: 90795-30560 - Case Administration* |
| 08/06/10 | 30066165/79 | 399.00 | 49.00 | 05/27/10-05/28/10 - CHICAGO/WILMINGTON - OMNIBUS HEARING (K. MILLS) |
| | | | | 179Number of units: 1 |
| | | | | *MATTER NAME: 90795-30560 - Case Administration* |
| 08/06/10 | 30066165/95 | 399.00 | 49.00 | 07/13/10-07/14/10 - CHICAGO/WILMINGTON - OMNIBUS HEARING (K. MILLS) |
| | | | | 195Number of units: 1 |
| | | | | *MATTER NAME: 90795-30560 - Case Administration* |
| 08/09/10 | 30066165/123 | 399.00 | 49.00 | 07/13/10-07/14/10 - CHICAGO/WILMINGTON - ATTEND TRIBUNE HEARING |
| | | | | 223Number of units: 1 |
| | | | | *MATTER NAME: 90795-30560 - Case Administration* |
| 08/10/10 | 30066165/173 | 399.00 | 49.00 | 08/02/10-08/03/10 - CHICAGO/PHILADELPHIA - ATTEND TRIBUNE HEARING (J. BOELTER) |
| | | | | 273Number of units: 1 |
| | | | | *MATTER NAME: 90795-30560 - Case Administration* |
| 08/20/10 | 30066165/457 | 576.96 | 226.96 | 08/16/10-08/17/10 - CHICAGO/NEW YORK - MTGS WITH JPM, UCC, CENTERBRIDGE, ETAL. |
| | | | | 557Number of units: 1 |
| | | | | *MATTER NAME: 90795-30560 - Case Administration* |
| 08/24/10 | 30066165/495 | 455.49 | 105.49 | 08/02/10-08/04/10 - WILMINGTON/NEW YORK - TRAVEL TO WILMINGTON AND NY (K. LANTRY) |
| | | | | 595Number of units: 1 |
| | | | | *MATTER NAME: 90795-30560 - Case Administration* |
| 08/24/10 | 30066165/510 | 438.90 | 88.90 | 08/02/10-08/04/10 - LOS ANGELES/WILMINGTON - TRAVEL TO WILMINGTON AND NY (K. LANTRY) |
| | | | | 610Number of units: 1 |
| | | | | *MATTER NAME: 90795-30560 - Case Administration* |
| 08/30/10 | 30066165/666 | 559.00 | 209.00 | 07/19/10-07/22/10 - CHICAGO/NEW YORK - TRIBUNE PLAN MEETINGS |
| | | | | 766Number of units: 1 |

Lodging

Sidley Austin LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | QUESTIONED AMOUNT | DESCRIPTION |
|------|----------------|---------------|-------------------|-------------|
| | | | | *MATTER NAME: 90795-30560 - Case Administration* |
| 08/30/10 | 30066165/665 | 559.00 | 209.00 | 07/19/10-07/22/10 - CHICAGO/NEW YORK - TRIBUNE PLAN MEETINGS |
| | | | | 765Number of units: 1 |
| | | | | *MATTER NAME: 90795-30560 - Case Administration* |
| 08/30/10 | 30066165/655 | 399.00 | 49.00 | 07/13/10-07/14/10 - CHICAGO/NEW YORK - TRIBUNE MEETING |
| | | | | 755Number of units: 1 |
| | | | | *MATTER NAME: 90795-30560 - Case Administration* |
| 08/30/10 | 30066165/667 | 559.00 | 209.00 | 07/19/10-07/22/10 - CHICAGO/NEW YORK - TRIBUNE PLAN MEETINGS |
| | | | | 767Number of units: 1 |
| | | | | *MATTER NAME: 90795-30560 - Case Administration* |
| 08/31/10 | 30066165/710 | 377.00 | 27.00 | 08/16/10-08/19/10 - CHICAGO/NEW YORK - MEETING WITH CLIENTS |
| | | | | 810Number of units: 1 |
| | | | | *MATTER NAME: 90795-30560 - Case Administration* |
| 08/31/10 | 30066165/712 | 377.00 | 27.00 | 08/16/10-08/19/10 - CHICAGO/NEW YORK - MEETING WITH CLIENTS |
| | | | | 812Number of units: 1 |
| | | | | *MATTER NAME: 90795-30560 - Case Administration* |
| 08/31/10 | 30066165/722 | 377.00 | 27.00 | 08/16/10-08/19/10 - CHICAGO/NEW YORK - MEETING WITH CLIENTS |
| | | | | 822Number of units: 1 |
| | | | | *MATTER NAME: 90795-30560 - Case Administration* |
| 08/31/10 | 30066165/725 | 399.00 | 49.00 | 08/16/10-08/19/10 - CHICAGO/NEW YORK - MEETING WITH CLIENTS |
| | | | | 825Number of units: 1 |
| | | | | *MATTER NAME: 90795-30560 - Case Administration* |
| 08/31/10 | 30066165/730 | 399.00 | 49.00 | 08/19/10-08/20/10 - CHICAGO/PHILADELPHIA - OMNIBUS HEARING |
| | | | | 830Number of units: 1 |
| | | $9,659.25 | $1,959.25 | |