**TRIBUNE COMPANY, et al (Case 08-13141)**                                        **Exhibit A**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period December 1, 2011 through December 31, 2011**

|  | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** |  |  |
| 2011 Consolidated Audit | 819.10 | $230,000.00 |
| **Subtotal - Fixed Fee Services** | **819.10** | **$230,000.00** |
|  |  |  |
| **Hourly Services** |  |  |
| Claims Consulting Services | 6.00 | $2,610.00 |
| Records Management: Phase II | 90.50 | $26,687.50 |
| **Subtotal - Hourly Services** | **96.50** | **$29,297.50** |
|  |  |  |
| **Bankruptcy Requirements and Obligations** |  |  |
| Monthly, Interim and Final Fee Applications | 25.80 | $10,320.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **25.80** | **$10,320.00** |
|  |  |  |
| **Total Hours and Compensation** | **941.40** | **$269,617.50** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                      **Exhibit B**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period December 1, 2011 through December 31, 2011**

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2011 Consolidated Audit | 819.10 | $230,000.00 |
| **Subtotal - Fixed Fee Services** | **819.10** | **$230,000.00** |
| **Total Hours and Compensation** | **819.10** | **$230,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                    **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2011 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the**
**Period December 1, 2011 through December 31, 2011**

| Professional | Professional's Position | Hours |
|---|---|---|
| Grant E Hellwarth | Partner | 3.00 |
| William T England | Partner | 8.00 |
| Christopher J King | Senior Managing Director | 0.50 |
| Betsy J Smith | Director | 0.60 |
| Leo P Gardina | Director | 2.00 |
| Justin A Spahn | Manager | 56.00 |
| Sheri L York | Manager | 32.50 |
| Bhavin Patel | Senior Associate | 125.60 |
| Lydia Kuebler | Senior Associate | 35.20 |
| Bryan Faxel | Associate | 73.50 |
| Caroline Kan-Phan | Associate | 0.30 |
| Hsien-Ing DeForest | Associate | 45.50 |
| Justin Beighley | Associate | 64.80 |
| Kurt Gattiker | Associate | 0.80 |
| Matthew William Lynch | Associate | 138.00 |
| Melissa Mary Kirby | Associate | 126.30 |
| Michael Robert Schnell | Associate | 7.00 |
| Nicolas Giovannoni | Associate | 3.00 |
| Thomas Bradley Stutesman | Associate | 90.50 |
| Xinyi Wu | Associate | 6.00 |
| **Total Hours Incurred during Compensation Period** | | **819.10** |
| Total Hours Incurred prior to December 1, 2011 | | 3,280.20 |
| **Total Hours Incurred through December 31, 2011** | | **4,099.30** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2011 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the**
**Period December 1, 2011 through December 31, 2011**

| Professional | Professional's Position | | Hours |
|---|---|---|---|
| **Total Fees - Payments Previously Requested for 2011 Consolidated Audit** | | | $1,260,000.00 |
| **Remaining Payments for 2011 Consolidated Audit** | | | **$435,000.00** |
| **Total Fixed Fee for 2011 Consolidated Audit** | | | **$1,695,000.00** |
| **Requested Payment - 2011 Consolidated Audit** | | 819.10 | **$230,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2011 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - December 1, 2011 through December 31, 2011**

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 94.60 |
| 3000 - Revenue and Receivables | 25.50 |
| 3200 - Treasury and Cash Management Process | 11.70 |
| 3250 - Investments Process | 7.50 |
| 3450 - Goodwill and Intangibles Process | 1.00 |
| 3650 - Benefits Process | 7.40 |
| 3700 - Income Tax Process | 0.60 |
| 3800 - Capital and Equity Process | 10.00 |
| 3900 - Period-end Financial Reporting Process | 45.10 |
| 5500 - Financing Process | 0.50 |
| 8200 - Litigation, Claims and Assessments/Lawyer's Letters | 3.00 |
| 8500 - Related Party Transactions | 2.00 |
| 9202 - Q3 Interim Review Procedures | 4.00 |
| 2900 - Information Technology General Controls | 184.00 |
| 9600 - Key Reports Testing | 1.50 |
| CTC Fieldwork | 42.50 |
| Interactive Fieldwork | 21.00 |
| KTLA Fieldwork | 90.80 |
| LA Times Fieldwork | 10.00 |
| LA Times Fieldwork - Advertising Revenue and Receivables Process | 3.00 |
| Sun Sentinel Fieldwork | 37.00 |
| TBC Group Office Fieldwork | 1.50 |
| WGN Fieldwork | 9.00 |
| Liabilities Subject to Compromise | 2.00 |
| Blue Lynx Media Fieldwork | 175.50 |
| Tribune Media Services Fieldwork | 8.00 |
| Tribune Digital Fieldwork | 20.40 |
| **Total Hours Incurred for the 2011 Consolidated Audit** | **819.10** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit C-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Professionals - Hourly Professional Services**
**For the Period December 1, 2011 through December 31, 2011**

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| Stephen B Danton | Director | $500 | 4.50 | $2,250.00 |
| Daniel Bisanz | Senior Associate | $240 | 1.50 | $360.00 |
| **Subtotal - Claims Consulting Services** | | | **6.00** | **$2,610.00** |
| **Records Management: Phase II** | | | | |
| Eric Matrejek | Senior Managing Director | $450 | 2.00 | $900.00 |
| Julie D Sinor | Director | $350 | 40.00 | $14,000.00 |
| Dhiren M. Patel | Manager | $295 | 0.50 | $147.50 |
| Rudolph Mayer | Manager | $295 | 6.00 | $1,770.00 |
| Grace Siang-Zong Hwang | Senior Associate | $235 | 42.00 | $9,870.00 |
| **Subtotal - Records Management: Phase II** | | | **90.50** | **$26,687.50** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Shonda M Finseth | Manager (Bankruptcy) | $400 | 25.80 | $10,320.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **25.80** | **$10,320.00** |
| **Total Hours and Compensation** | | | **122.30** | **$39,617.50** |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period December 1, 2011 through December 31, 2011

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| **Claims Consulting Services** | | | | | | |
| 12/9/2011 | Daniel Bisanz | Senior Associate | 1211H0001: Prepare interest calculations and assessments versus proof of claims. | $240.00 | 1.50 | $360.00 |
| 12/9/2011 | Stephen B Danton | Director | 1211H0002: Review the settlement documents and reconciliation of City of Chicago's asserted liability. | $500.00 | 1.00 | $500.00 |
| 12/12/2011 | Stephen B Danton | Director | 1211H0003: Review the resolution documents and send to K. Cook (City Attorney). | $500.00 | 1.50 | $750.00 |
| 12/14/2011 | Stephen B Danton | Director | 1211H0004: Attend status hearing with the K. Cook (City Attorney). | $500.00 | 2.00 | $1,000.00 |
| **Subtotal - Hours and Compensation for Claims Consulting Services** | | | | | **6.00** | **$2,610.00** |
| **Records Management: Phase II** | | | | | | |
| 11/8/2011 | Rudolph Mayer | Manager | 1211H0005: Analyze policies received to date from Tribune to understand current state for analyses. | $295.00 | 2.70 | $796.50 |
| 11/13/2011 | Rudolph Mayer | Manager | 1211H0006: Review the retention schedules, retention policies, and other records management related current documentation provided by Tribune. | $295.00 | 3.30 | $973.50 |
| 12/6/2011 | Julie D Sinor | Director | 1211H0007: Meeting with E. Viergutz and R. Allen (Tribune) regarding unstructured data in the proposed next phase. | $350.00 | 1.50 | $525.00 |
| 12/8/2011 | Grace Siang-Zong Hwang | Senior Associate | 1211H0008: Review records management documents (draft policies, procedures, etc.) received from Tribune. | $235.00 | 3.50 | $822.50 |
| 12/8/2011 | Julie D Sinor | Director | 1211H0009: Analyze records management documents (draft policies, procedures, etc.) received to date. | $350.00 | 2.00 | $700.00 |
| 12/9/2011 | Grace Siang-Zong Hwang | Senior Associate | 1211H0010: Review records management documents provided by the Tribune. | $235.00 | 0.50 | $117.50 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period December 1, 2011 through December 31, 2011

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 12/9/2011 | Julie D Sinor | Director | 1211H0011: Analyze records management documents (draft policies, procedures, etc.) received to date. | $350.00 | 2.00 | $700.00 |
| 12/12/2011 | Grace Siang-Zong Hwang | Senior Associate | 1211H0012: Review records management documents provided by the Tribune. | $235.00 | 3.00 | $705.00 |
| 12/12/2011 | Grace Siang-Zong Hwang | Senior Associate | 1211H0013: Continue to review records management documents provided by the Tribune. | $235.00 | 3.00 | $705.00 |
| 12/12/2011 | Julie D Sinor | Director | 1211H0014: Analyze records management documents (draft policies, procedures, etc.) received to date. | $350.00 | 2.00 | $700.00 |
| 12/13/2011 | Julie D Sinor | Director | 1211H0015: Knowledge transfer meeting with D. Wortsman, E. Viergutz, R. Allen, J. Lindo (Tribune), and G. Hwang (PwC). | $350.00 | 2.00 | $700.00 |
| 12/13/2011 | Grace Siang-Zong Hwang | Senior Associate | 1211H0016: Knowledge transfer meeting with D. Wortsman, E. Viergutz, R. Allen, J. Lindo (Tribune), and J. Sinor (PwC). | $235.00 | 2.00 | $470.00 |
| 12/13/2011 | Grace Siang-Zong Hwang | Senior Associate | 1211H0017: Draft table summarizing documents (e.g. draft policies, procedures, etc.) received from D Wortsman (Tribune). | $235.00 | 3.50 | $822.50 |
| 12/13/2011 | Grace Siang-Zong Hwang | Senior Associate | 1211H0018: Continue drafting table summarizing documents (e.g. draft policies, procedures, etc.) received from D Wortsman (Tribune). | $235.00 | 2.50 | $587.50 |
| 12/13/2011 | Julie D Sinor | Director | 1211H0019: Review records management policies and procedures provided by Tribune in preparation of knowledge transfer discussion with Tribune. | $350.00 | 3.00 | $1,050.00 |
| 12/13/2011 | Julie D Sinor | Director | 1211H0020: Meeting with D. Wortsman (Tribune) regarding the information related to the records management processes. | $350.00 | 1.50 | $525.00 |
| 12/13/2011 | Julie D Sinor | Director | 1211H0021: Began incorporating analysis of data into the gap analysis report. | $350.00 | 4.00 | $1,400.00 |
| 12/14/2011 | Julie D Sinor | Director | 1211H0022: Complete knowledge transfer meeting with D. Wortsman, E. Viergutz, S. Yedida (Tribune) and G. Hwang (PwC). | $350.00 | 2.00 | $700.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period December 1, 2011 through December 31, 2011**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 12/14/2011 | Grace Siang-Zong Hwang | Senior Associate | 1211H0023: Complete knowledge transfer meeting with D. Wortsman, E. Viergutz, S. Yedida (Tribune) and J. Sinor (PwC). | $235.00 | 2.00 | $470.00 |
| 12/14/2011 | Grace Siang-Zong Hwang | Senior Associate | 1211H0024: Prepare summary discussion points from the knowledge transfer meetings with D. Wortsman (Tribune). | $235.00 | 0.50 | $117.50 |
| 12/14/2011 | Grace Siang-Zong Hwang | Senior Associate | 1211H0025: Prepare table to summarize Tribune's various Excel files documenting boxes of hard copy records stored at Iron Mountain. | $235.00 | 1.00 | $235.00 |
| 12/14/2011 | Grace Siang-Zong Hwang | Senior Associate | 1211H0026: Review sample hard copy records management materials to create sample to be provided to Tribune. | $235.00 | 0.30 | $70.50 |
| 12/14/2011 | Grace Siang-Zong Hwang | Senior Associate | 1211H0027: Meeting with E. Viergutz and R. Allen (Tribune) to discuss PwC's role going forward. | $235.00 | 0.30 | $70.50 |
| 12/14/2011 | Grace Siang-Zong Hwang | Senior Associate | 1211H0028: Review sample hard copy records management manual to provide to Tribune. | $235.00 | 0.20 | $47.00 |
| 12/14/2011 | Grace Siang-Zong Hwang | Senior Associate | 1211H0029: Prepare table to summarize Tribune's various Excel files documenting boxes of hard copy records stored at Iron Mountain. | $235.00 | 2.70 | $634.50 |
| 12/14/2011 | Grace Siang-Zong Hwang | Senior Associate | 1211H0030: Travel from Chicago, IL (Tribune site) to Atlanta, GA (home) 50% of 1.00 Hour. | $235.00 | 0.50 | $117.50 |
| 12/14/2011 | Julie D Sinor | Director | 1211H0031: Analyze development of program, technology used, and topics raised by Tribune regarding the program. | $350.00 | 1.50 | $525.00 |
| 12/14/2011 | Julie D Sinor | Director | 1211H0032: Prepare the gap analysis report to include current state and recommendations. | $350.00 | 2.50 | $875.00 |
| 12/16/2011 | Eric Matrejek | Senior Managing Director | 1211H0033: Develop the records management program strategy. | $450.00 | 1.00 | $450.00 |
| 12/19/2011 | Julie D Sinor | Director | 1211H0034: Call with J. Smith and D. Wortsman (Tribune) and D. Patel (PwC) to learn about messaging environment at Tribune. | $350.00 | 0.50 | $175.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)** **Exhibit C-2**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Details of Hours and Compensation by Project and Date - Hourly Professional Services**

**For the Period December 1, 2011 through December 31, 2011**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 12/19/2011 | Dhiren M. Patel | Manager | 1211H0035: Call with J. Smith and D. Wortsman (Tribune) and J. Sinor (PwC) to learn about messaging environment at Tribune. | $295.00 | 0.50 | $147.50 |
| 12/19/2011 | Eric Matrejek | Senior Managing Director | 1211H0036: Develop the records management program strategy. | $450.00 | 1.00 | $450.00 |
| 12/19/2011 | Julie D Sinor | Director | 1211H0037: Review details from meeting with J. Smith and D. Wortsman (Tribune) and D. Patel (PwC) and plan next steps. | $350.00 | 0.50 | $175.00 |
| 12/19/2011 | Julie D Sinor | Director | 1211H0038: Analyze applicable records management standards and maturity model. | $350.00 | 4.00 | $1,400.00 |
| 12/20/2011 | Grace Siang-Zong Hwang | Senior Associate | 1211H0039: Prepare records management gap analysis and recommendations report using Generally Accepted Recordkeeping Principles (GARP) framework. | $235.00 | 4.00 | $940.00 |
| 12/20/2011 | Julie D Sinor | Director | 1211H0040: Analyzed report format and provided direction for initial current state. | $350.00 | 1.50 | $525.00 |
| 12/21/2011 | Grace Siang-Zong Hwang | Senior Associate | 1211H0041: Prepare records management gap analysis and recommendations report using GARP framework. | $235.00 | 2.50 | $587.50 |
| 12/21/2011 | Grace Siang-Zong Hwang | Senior Associate | 1211H0042: Continue to prepare records management gap analysis and recommendations report using GARP framework. | $235.00 | 3.00 | $705.00 |
| 12/21/2011 | Julie D Sinor | Director | 1211H0043: Prepare recommendations for the gap analysis report. | $350.00 | 4.00 | $1,400.00 |
| 12/21/2011 | Julie D Sinor | Director | 1211H0044: Continue to prepare recommendations for the gap analysis report. | $350.00 | 2.00 | $700.00 |
| 12/22/2011 | Grace Siang-Zong Hwang | Senior Associate | 1211H0045: Prepare records management gap analysis and recommendations report using GARP framework. | $235.00 | 4.00 | $940.00 |
| 12/22/2011 | Julie D Sinor | Director | 1211H0046: Prepare guidance memo to project team regarding the initial gap analysis and recommendations draft report. | $350.00 | 1.00 | $350.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period December 1, 2011 through December 31, 2011

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 12/23/2011 | Grace Siang-Zong Hwang | Senior Associate | 1211H0047: Prepare records management gap analysis and recommendations report using GARP framework. | $235.00 | 2.00 | $470.00 |
| 12/23/2011 | Julie D Sinor | Director | 1211H0048: Call with G Hwang (PwC) to discuss records management gap analysis and recommendations report. | $350.00 | 0.50 | $175.00 |
| 12/23/2011 | Grace Siang-Zong Hwang | Senior Associate | 1211H0049: Call with J. Sinor (PwC) to discuss records management gap analysis and recommendations report. | $235.00 | 0.50 | $117.50 |
| 12/23/2011 | Grace Siang-Zong Hwang | Senior Associate | 1211H0050: Prepare the (GARP) table for gap analysis report. | $235.00 | 0.50 | $117.50 |
| 12/23/2011 | Julie D Sinor | Director | 1211H0051: Review the gap analysis report sections for accuracy. | $350.00 | 2.00 | $700.00 |
| **Subtotal - Hours and Compensation for Records Management: Phase II** | | | | | **90.50** | **$26,687.50** |

**Monthly, Interim and Final Fee Applications**

| | | | | | | |
|------|------|----------|-------------|------|-------|--------------------|
| 12/5/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1211H0052: Review the October through November 2011 details for compliance with Bankruptcy guidelines. | $400.00 | 4.50 | $1,800.00 |
| 12/19/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1211H0053: Review the October through November 2011 expense details related to the payroll project for compliance with Bankruptcy guidelines. | $400.00 | 3.00 | $1,200.00 |
| 12/19/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1211H0054: Prepare the October through November 2011 Monthly Fee Application Narrative. | $400.00 | 2.60 | $1,040.00 |
| 12/20/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1211H0055: Review the October through November 2011 expense details related to the payroll project for compliance with Bankruptcy guidelines. | $400.00 | 3.10 | $1,240.00 |
| 12/21/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1211H0056: Review the October through November 2011 time and expense details related to the Information Risk Management project for compliance with Bankruptcy guidelines. | $400.00 | 3.10 | $1,240.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period December 1, 2011 through December 31, 2011

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 12/21/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1211H0057: Prepare the October through November 2011 Monthly Fee Application and exhibits for submission to the Bankruptcy Court. | $400.00 | 5.00 | $2,000.00 |
| 12/21/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1211H0058: Perform a final review of the October through November 2011 Monthly Fee Application. | $400.00 | 2.40 | $960.00 |
| 12/23/2011 | Shonda M Finseth | Manager (Bankruptcy) | 1211H0059: Process revisions to the October through November 2011 Monthly Fee Application and distribute to Counsel for filing. | $400.00 | 2.10 | $840.00 |
| **Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications** | | | | | **25.80** | **$10,320.00** |
| **Total Hours and Compensation** | | | | | **122.30** | **$39,617.50** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                 **Exhibit D-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Expenditures by Project and Type**
**For the Period December 1, 2011 through December 31, 2011**

| Transaction Type | Total Expenditures |
|---|---|
| **Claims Consulting Services** | |
| Public/ground transportation | $25.00 |
| **Subtotal - Claims Consulting Services** | **$25.00** |
| **Records Management: Phase 1** | |
| Airfare | $679.67 |
| Lodging | $528.54 |
| Meals | $36.49 |
| Parking | $36.00 |
| Public/ground transportation | $140.97 |
| **Subtotal - Records Management: Phase 1** | **$1,421.67** |
| **Records Management: Phase II** | |
| Airfare | $923.40 |
| Lodging | $566.96 |
| Meals | $29.98 |
| Parking | $27.00 |
| Public/ground transportation | $73.11 |
| **Subtotal - Records Management: Phase II** | **$1,620.45** |
| **Shared Service Center/Payroll Diagnostic** | |
| Airfare | $758.84 |
| Lodging | $990.88 |
| Meals | $117.67 |
| Mileage Allowance | $33.30 |
| Parking | $118.00 |
| Public/ground transportation | $227.35 |
| Telephone Tolls | $34.95 |
| **Subtotal - Shared Service Center/Payroll Diagnostic** | **$2,280.99** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded
and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements
sought in connection with this statement may be on account of expenses incurred during the prior statement

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit D-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Expenditures by Project and Type**
**For the Period December 1, 2011 through December 31, 2011**

| Transaction Type | Total Expenditures |
|---|---|
| **Total Expenditures** | **$5,348.11** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 2 of 2
Wednesday, February 01, 2012

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period December 1, 2011 through December 31, 2011

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| 12/5/2011 | Stephen B Danton | Public/ground transportation | 1211E0001: SUN TAXI ASSOCIATES, INC. - TAXI FROM PWC OFFICE TO TRIBUNE OFFICE TO ATTEND MEETING. | $13.00 |
| 12/8/2011 | Stephen B Danton | Public/ground transportation | 1211E0002: SUN TAXI ASSOCIATES - TAXI FROM PWC OFFICE TO TRIBUNE OFFICE TO ATTEND MEETING. | $12.00 |
| Subtotal - Claims Consulting Services | | | | $25.00 |
| **Records Management: Phase 1** | | | | |
| 11/8/2011 | Julie D Sinor | Airfare | 1211E0003: DELTA AIR LINES INC. MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > ATL TO ORD (WEEK OF 11/13/2011 TO 11/15/2011). | $529.67 |
| 11/13/2011 | Julie D Sinor | Meals | 1211E0004: MCCORMICK SCHMICKS CHICAGO IL - DINNER WITH SELF. | $26.49 |
| 11/13/2011 | Julie D Sinor | Public/ground transportation | 1211E0005: CHICAGO ELITE 1978 0 CHICAGO IL - TAXI FROM ORD TO HOTEL. | $44.65 |
| 11/14/2011 | Julie D Sinor | Public/ground transportation | 1211E0006: CHICAGO TAXI 1 GLOBE LONG ISLAND CITY NY - TAXI FROM TRIBUNE TO HOTEL. | $10.05 |
| 11/15/2011 | Julie D Sinor | Airfare | 1211E0007: DELTA AIR LINES INC. MIAMI LAKES FL - AIRLINE CHANGE FEE ON 11/15/2011 TO TAKE A LATER FLIGHT TO ACCOMMODATE TRIBUNE'S REQUESTS. | $150.00 |
| 11/15/2011 | Julie D Sinor | Meals | 1211E0008: GRILL ON THE ALLEY C CHICAGO IL - BREAKFAST WITH SELF. | $10.00 |
| 11/15/2011 | Julie D Sinor | Parking | 1211E0009: ATL AIRPORT S PLZ CA ATLANTA GA - PARKING AT ATL FOR (WEEK OF 11/13/2011 TO 11/15/2011). | $36.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**TRIBUNE COMPANY,, et al (Case 08-13141)**                                                          Exhibit D-2
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period December 1, 2011 through December 31, 2011

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|--------------------|
| 11/15/2011 | Julie D Sinor | Public/ground transportation | 1211E0010: CHICAGO ELITE 355 09 CHICAGO IL - TAXI FROM TRIBUNE TO HOTEL. | $7.02 |
| 11/16/2011 | Julie D Sinor | Lodging | 1211E0011: WESTIN MICHIGAN AVEN CHICAGO IL - LODGING WEEK OF 11/13/2011 TO 11/15/2011 (2 NIGHTS). | $528.54 |
| 11/16/2011 | Julie D Sinor | Public/ground transportation | 1211E0012: CHI TAXI MED 0814 09 CHICAGO IL - TAXI FROM HOTEL TO ORD. | $45.25 |
| 11/18/2011 | Julie D Sinor | Public/ground transportation | 1211E0013: AXCESS EXPRESS - AMEX FEE FOR CHANGING AIRLINE TICKET TO LATER DEPARTURE TIME ON 11/15/2011 TO ACCOMMODATE TRIBUNE'S REQUESTS. | $34.00 |
| Subtotal - Records Management: Phase 1 | | | | $1,421.67 |
| **Records Management: Phase II** | | | | |
| 12/8/2011 | Julie D Sinor | Airfare | 1211E0014: DELTA AIR LINES INC. MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > ATL TO MDW (WEEK OF 12/12/2011 TO 12/14/2011). | $461.70 |
| 12/8/2011 | Grace Siang-Zong Hwang | Airfare | 1211E0015: DELTA AIR LINES INC. MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE - ATL TO MDW (WEEK OF 12/13/2011 TO 12/14/2011). | $461.70 |
| 12/13/2011 | Grace Siang-Zong Hwang | Meals | 1211E0016: STARBUCKS CORP022343 CHICAGO IL - BREAKFAST WITH SELF. | $8.33 |
| 12/13/2011 | Grace Siang-Zong Hwang | Public/ground transportation | 1211E0017: CHICAGO ELITE 42 090 CHICAGO IL - TAXI FROM ORD TO HOTEL. | $36.06 |
| 12/13/2011 | Grace Siang-Zong Hwang | Meals | 1211E0018: RELAY 4182 300003459 CHICAGO IL - DINNER WITH SELF. | $8.59 |
| 12/14/2011 | Grace Siang-Zong Hwang | Meals | 1211E0019: MANNYS CAFE MIDWAY M CHICAGO IL - DINNER WITH SELF. | $13.06 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

TRIBUNE COMPANY., et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period December 1, 2011 through December 31, 2011

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 12/14/2011 | Grace Siang-Zong Hwang | Parking | 121 IE0020: ATL AIRPORT PARK RID ATLANTA GA - PARKING AT ATL AIRPORT (WEEK OF 12/12/2011 - 12/14/2011). | $27.00 |
| 12/14/2011 | Grace Siang-Zong Hwang | Public/ground transportation | 121 IE0021: YELLOW CAB YELLOW CA CHICAGO IL - TAXI FROM TRIBUNE TO ORD. | $37.05 |
| 12/15/2011 | Grace Siang-Zong Hwang | Lodging | 121 IE0022: W CHICAGO CITY CENTE CHICAGO IL - LODGING WEEK OF 12/12/2011 TO 12/14/2011 (2 NIGHTS STAY). | $566.96 |
| Subtotal - Records Management: Phase II | | | | $1,620.45 |
| **Shared Service Center/Payroll Diagnostic** | | | | |
| 11/11/2011 | Jason Scott Miller | Lodging | 121 IE0023: W CHICAGO CITY CENTE CHICAGO IL - LODGING WEEK OF 11/7/2011-11/10/2011 (1 NIGHT). | $319.77 |
| 11/14/2011 | Scott Peterson | Public/ground transportation | 121 IE0024: YELLOW CAB YELLOW CA CHICAGO IL - TAXI FROM TRIBUNE OFFICE DOWNTOWN CHICAGO TO ORD. | $52.45 |
| 11/17/2011 | Scott Peterson | Airfare | 121 IE0025: AMERICAN AIRLINES IN MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE ORD > DFW ON 11/22/2011. | $758.84 |
| 11/17/2011 | Alpesh Kadakia | Lodging | 121 IE0026: SHERATON STONEBRIAR FRISCO TX - LODGING WEEK OF 11/14/2011-11/17/2011 (3 NIGHTS). | $492.23 |
| 11/21/2011 | Alpesh Kadakia | Meals | 121 IE0027: LARK CREEK GRILL SAN FRANCISCO CA - DINNER WITH SELF. | $31.49 |
| 11/21/2011 | Alpesh Kadakia | Public/ground transportation | 121 IE0028: CHI TAXI MED 3560 09 CHICAGO IL - TAXI FROM ORD TO TRIBUNE OFFICE DOWNTOWN CHICAGO. | $41.65 |
| 11/22/2011 | Scott Peterson | Meals | 121 IE0029: MACARONI GRILL258406 CHICAGO IL - DINNER WITH SELF. | $26.51 |
| 11/22/2011 | Scott Peterson | Public/ground transportation | 121 IE0030: NORTH TEXAS TOLLWAY AUTHORITY - TOLL. ROAD - DRIVING FROM HOME TO DFW. | $7.20 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement
period.

Page 3 of 4

Wednesday, February 01, 2012

**TRIBUNE COMPANY., et al (Case 08-13141)**                                      Exhibit D-2

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

**Detail of Expenditures by Project and Date**

**For the Period December 1, 2011 through December 31, 2011**

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|-------------------|
| 11/22/2011 | Scott Peterson | Parking | 1211E0031: NORTH TEXAS TOLLWAY AUTHORITY - PARKING AT DALLAS AIRPORT. | $18.00 |
| 11/22/2011 | Scott Peterson | Public/ground transportation | 1211E0032: CHICAGO TAXI - TAXI FROM ORD TO TRIBUNE OFFICE DOWNTOWN CHICAGO. | $45.00 |
| 11/22/2011 | Alpesh Kadakia | Meals | 1211E0033: MACARONI GRILL258406 CHICAGO IL - DINNER WITH J. MILLER AND SELF. | $45.29 |
| 11/22/2011 | Alpesh Kadakia | Public/ground transportation | 1211E0034: TAXI - TAXI TRANSPORTATION IN CHICAGO FROM TRIBUNE TO PWC OFFICE. | $27.00 |
| 11/22/2011 | Alpesh Kadakia | Public/ground transportation | 1211E0035: CHICAGO TAXI 2 CITY LONG ISLAND CITY NY - TAXI FROM TRIBUNE TO ORD. | $54.05 |
| 11/22/2011 | Alpesh Kadakia | Meals | 1211E0036: BREAKFAST - BREAKFAST WITH SELF. | $14.38 |
| 11/22/2011 | Scott Peterson | Mileage Allowance | 1211E0037: MILEAGE ALLOWANCE - MILEAGE FROM HOME TO DFW. | $33.30 |
| 11/23/2011 | Alpesh Kadakia | Lodging | 1211E0038: W CHICAGO CITY CENTE CHICAGO IL - LODGING WEEK OF 11/21/2011-11/22/2011 (1 NIGHT). | $178.88 |
| 11/23/2011 | Alpesh Kadakia | Parking | 1211E0039: SFO PARKING PARKFAST SAN FRANCISCO CA - PARKING AT SFO WEEK OF 11/21/2011-11/22/2011. | $70.00 |
| 11/28/2011 | Alpesh Kadakia | Telephone Tolls | 1211E0040: GOGOAIR.COM 877-350-0038 IL - AIRPORT INTERNET CHARGE FOR TRAVEL WEEK OF 11/21/2011-11/22/2011. | $34.95 |
| 12/8/2011 | Donald W Rupprecht | Parking | 1211E0041: WASHINGTON FRANKLIN CHICAGO IL - SECOND PARK - RETURN FROM MEETING AT TRIBUNE. | $30.00 |
| Subtotal - Shared Service Center/Payroll Diagnostic | | | | $2,280.99 |
| **Total Expenditures** | | | | **$5,348.11** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.    Wednesday, February 01, 2012
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement
period.