IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered)<br><br>**Ref. No. 10569, 10571, and 10692** |

### STATEMENT OF TM RETIREES WITH RESPECT TO
### TELEPHONIC ACCESS TO DEPOSITIONS

Teitelbaum & Baskin, LLP and Hiller & Arban, LLC, as attorneys for approximately 200 former employees and/or directors (and beneficiaries of such former employees and/or directors) (the "**TM Retirees**")[1] of The Times Mirror Company ("**Times Mirror**"), who were receiving or entitled to receive payments under certain non-qualified retirement plans of one or more of the Debtors, respectfully state that:

By order of this Court dated January 24, 2012, this Court set forth a discovery schedule in connection with the allocation disputes relating to the third amended plan of reorganization (the "**Allocation Disputes**"). Discovery with respect to the Allocation Disputes, including all

---

[1] Among the TM Retirees supporting this statement is William Niese, a member of the Official Committee of Unsecured Creditors (the "**Committee**"). Teitelbaum & Baskin also represents Mr. Niese in his role as a member of the Committee and as plaintiff in various state law constructive fraud claim actions commenced pursuant to this Court's Order of April 25, 2011. This pleading is filed on behalf of the TM Retirees, including Mr. Niese, in their capacity as creditors and parties in interest and not in any manner as a representative of the Committee. The positions taken herein do not necessarily reflect the position of the Committee, and the Committee has not been consulted in connection with this pleading.

depositions, are to be completed on or before February 17, 2012. It is anticipated that depositions will be taken in, among other places, New York City and Chicago.

The TM Retirees anticipate that they will participate in such depositions on a limited basis, but are cognizant of the significant costs, fees and out of pocket expenses, associated with travel to and from Chicago for the purposes of these depositions, as well as the inefficiencies of attending multiple depositions in various cities on a compressed time schedule.

The TM Retirees submit that the availability of an open phone line at each deposition would provide an efficient and cost effective avenue for participation in such depositions to all parties, including the TM Retirees, at a nominal out of pocket cost to the parties hosting each deposition.

Dated: February 9, 2012  
      Wilmington, Delaware

Respectfully submitted,

HILLER & ARBAN, LLC

/s/ Brian Arban
_____
Adam Hiller (DE No. 4105)
Brian Arban (DE No. 4511)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 442-7676 telephone
barban@hillerarban.com

-and-

Jay Teitelbaum, Esq. (JT-4619)
TEITELBAUM & BASKIN, LLP
1 Barker Avenue
Third Floor
White Plains, New York 10601
(914) 437-7670
jteitelbaum@tblawllp.com

*Attorneys for the TM Retirees*