IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE CO., et al, | ) | No. 08-bk-13141 (KJC) |
| | ) | |
| Debtors. | ) | Re: Docket No. 10610 |

## UNITED STATES' RESPONSE TO DEBTORS' FIFTIETH OMNIBUS OBJECTION TO CLAIMS

The United States of America, a creditor in this bankruptcy case, responds to the Debtors' Forty-Sixth Omnibus Objection to claims 6254 & 7082 filed by the Internal Revenue Service as follows:

1. Debtors object to these claims on the grounds that they are amended by claim no. 7089.

2. The United States concedes that the claim has been replaced by the amended claim. The claim was amended by the Internal Revenue Service after the debtors provided additional information to the Internal Revenue Service..

3. Since the United States agrees that the claim has been amended, it does not object to the relief sought in Debtors' Fiftieth Omnibus Objection.

Dated: February 9, 2012

/s/ Yonatan Gelblum
YONATAN GELBLUM
Trial Attorney, Tax Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 305-3136
yonatan.gelblum@usdoj.gov

4633554.1

## CERTIFICATE OF SERVICE

I certify that I caused a true and correct copy of the foregoing response to the debtors' forty-sixth objection to be served on debtors' counsel through the Court's Electronic Case Filing System this 9th day of February, 2012.

/s/ Yonatan Gelblum
Yonatan Gelblum