# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |

### NOTICE OF SERVICE OF RESPONSES AND OBJECTIONS OF DEUTSCHE BANK TRUST COMPANY AMERICAS, IN ITS CAPACITY AS PREDECESSOR INDENTURE TRUSTEE UNDER THE PHONES INDENTURE TO THE FIRST SET OF INTERROGATORIES OF WILMINGTON TRUST COMPANY

PLEASE TAKE NOTICE that on February 9, 2012, a copy of the Responses and Objections of Deutsche Bank Trust Company Americas ("DBTCA"), in its capacity as predecessor indenture trustee under that certain Indenture dated as of April 1, 1999, between Tribune and Bank of Montreal Trust Company, as original indenture trustee (as amended, restated or otherwise modified from time to time, the "Indenture") to the First Set of Interrogatories of Wilmington Trust Company dated January 20, 2012 were caused to be served via electronic mail upon the following:

BROWN RUDNICK LLP
Robert Stark
Martin Siegel
Gordon Z. Novod
Seven Times Square
New York, NY 10036

And

William D. Sullivan
Sullivan Hazeltine Allinson LLC
901 N. Market St., Suite 1300
Wilmington, DE 19801

ME1 12978517v.1

2

Dated: February 9, 2012            **McCARTER & ENGLISH LLP**
      Wilmington, DE

By:    /s/ Katharine L. Mayer
        Katharine L. Mayer (DE# 3758)
        Renaissance Centre
        405 N. King Street, 8th Floor
        Wilmington, DE 19801
        (302) 984-6300
        (302) 984-6399 Facsimile
        (302) 984-2494 Direct Fax
        kmayer@mccarter.com

        -and-

        David J. Adler, Esq. (DA0048)
        245 Park Avenue
        27th Floor
        New York, New York 10167
        (212) 609-6800 - Telephone
        (212) 609-6921 - Facsimile
        dadler@mccarter.com

        *Counsel for Deutsche Bank Trust Company Americas*

ME1 12978517v.1