# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey

Calendar Date: 02/10/2012
Calendar Time: 01:00 PM ET

Amended Calendar 02/10/2012 09:15 AM
#5

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4757783 | David J. Adler | (212) 609-6847 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4757657 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4759714 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4758612 | James Bendernagel | 202-736-8136 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4759579 | Bruce Bennett | 213-621-6021 | Dewey & LeBoeuf LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4757226 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Naftalis & Frankel, LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4759609 | Jessica Boelter | 312-853-7030 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4757250 | William Bowden | (302) 654-1888 | Ashby & Geddes | Creditor, Aurelius Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4757839 | Robert S. Brady | (302) 571-5713 | Young, Conaway Stargatt & Taylor, | Creditor, Credit Lenders / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4757678 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4757194 | Dave Carickhoff | 302-425-6434 | Blank Rome, LLP | Interested Party, EGI-TRB, LLC / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4757716 | Andrew Caridas | 202-778-1855 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4759558 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4757850 | M. Blake Cleary | 302-571-6714 | Young, Conaway Stargatt & Taylor, | Creditor, Credit Agreement Lenders / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4759576 | Richard Corbi | (212) 969-3000 | Proskauer Rose LLP | Interested Party, Richard Corbi / LISTEN ONLY |

Peggy Drasal                                    CourtConfCal2009                                    Page 1 of 4

| Tribune Company | 08-13141 | Hearing | 4757571 | Douglas Deutsch | 212-408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4759620 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4757505 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Creditor, Former Directors and Officers / LIVE |
| Tribune Company | 08-13141 | Hearing | 4759585 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4757291 | Joseph Frank | (312) 276-1400 ext. 1432 | Frank Gecker LLP | Interested Party, Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4758237 | Igor Fuks | (212) 303-9453 | Halcyon Asset Management | Creditor, Halcyon Asset Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4757233 | Daniel H. Golden | 212-872-1000 | Akin Gump Strauss Hauer & Feld | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4757683 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Speader LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4757182 | Andrew Gordon | (212) 373-3543 | Paul Weiss Rifkind Wharton & | Creditor, Citigroup / LIVE |
| Tribune Company | 08-13141 | Hearing | 4757191 | Andrew N. Goldman | (212) 230-88836 | Wilmer Cutler Pickering Hale & Dorr, | Client, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4757799 | Scott Greissman | (212) 819-8567 | White & Case | Interested Party, Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4757298 | Reed Heiligman | (312) 276-1432 | Frank Gecker LLP | Interested Party, GreatBanc Trust Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4759566 | Thomas Horan | (302) 252-4339 | Womble Carlyle Sandridge & Rice, | Creditor, Credit Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4757860 | James O. Johnston | 213-621-6030 | Dewey & LeBoeuf LLP | Interested Party, Daniel Kazan / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4758012 | Shanti Katona | (302) 252-0924 | Polsinelli Shughart | Interested Party, Thorp Reed & Armstrong / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4759853 | Thomas H. Kovach | (302) 293-4841 | Thorp Reed & Armstrong - Delware | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4757727 | Adam G. Landis | (302) 467-4444 | Landis Rath & Cobb, LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4758621 | Kevin Lantry | (213) 896-6022 | Sidley Austin LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4757633 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4757803 | Michelle Maman | (212) 504-6000 | Cadwalader Wickersham and Taft | Interested Party, DLA Piper US, LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4758769 | Michelle Marino | (302) 468-5700 | DLA Piper US, LLP | Creditor, New York State Common Retiremenet Fund / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4757317 | Rachel Mauceri | (215) 963-5000 | Morgan Lewis & Bockius LLP | |

| Party | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4757933 | Olivia Mauro | (212) 412-6773 | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4757782 | Katharine L. Mayer | 302-984-6312 | McCarter & English | Creditor, Deutsche Bank Trust Company Americas / LIVE |
| Tribune Company | 08-13141 | Hearing | 4757645 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4757929 | James A. McGuinness | (312) 527-0055 | Hannafan & Hannafan Ltd. | Interested Party, Timothy Knight / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4757892 | Joshua M. Mester | 213-621-6016 | Dewey & LeBoeuf LLP | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4759586 | Kerriann Mills | 312-853-0036 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4757693 | Elliot Moskowitz | (212) 450-4241 | Davis Polk & Wardwell LLP | Interested Party, JPMorgan Chase Bank NA / LIVE |
| Tribune Company | 08-13141 | Hearing | 4757670 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigalo / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4757353 | Karen S. Park | 212-756-2036 | Schulte Roth & Zabel LLP | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4757169 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Creditor, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4758633 | Norman L. Pernick | (302) 651-2000 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4757196 | Madlyn G. Primoff | (212) 836-7042 | Kaye Scholer LLP | Interested Party, Davidson Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4757721 | Daniel Rath | 302-467-4400 | Landis Rath & Cobb, LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4757638 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4758654 | Thomas E. Ross | (202) 736-8374 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4758661 | Allison E. Ross Stromberg | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4757751 | John H. Schanne | (302) 777-6500 | Pepper Hamilton LLP | Creditor, Bank of America / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4757828 | Jeffrey M. Schlerf | (302) 622-4212 | Fox Rothschild LLP | Creditor, Wells Fargo Bank, N.A. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4757563 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4757919 | Beth Sieg | (804) 775-1137 | McGuireWoods, LLP | Interested Party, Dominion / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4757928 | Martin Siegel | 212-209-4829 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4757639 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4757205 | Laurie S. Silverstein | 302-984-6033 | Potter Anderson & Corroon LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4757668 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4757726 | Robert Stearn, Jr. | 302-651-7830 | Richards, Layton & Finger, P.A. | Creditor, JP Morgan Chase Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4758211 | Matthew Stein | (212) 506-1717 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4757627 | Jonathan Stemerman | (302) 384-9410 | Elliott Greenleaf | Creditor, 3M Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4758643 | J. Kate Stickles | (302) 651-2001 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4757887 | Alan Stone | (212) 530-5285 | Milbank, Tweed, Hadley & McCloy, | Creditor, Amalgamated Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4757902 | William Sullivan | 302-428-8191 | Sullivan Hazeltine Allinson, LLC | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 4758163 | Jay Teitelbaum | 914-437-7670 | Teitelbaum & Baskin | Interested Party, William A. Niese / LIVE |
| Tribune Company | 08-13141 | Hearing | 4757158 | Andrew M. Thau | (212) 692-5178 | GMP Securities, LLC | Interested Party, Miller Tabak Roberts Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4756888 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI - TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4757709 | Eli Vonnegut | (650) 752-2000 | Davis Polk & Wardwell LLP | Interested Party, JPMorgan Chase Bank NA / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4757798 | Michael R. Wanser | (312) 794-8046 | Dewey & LeBoeuf | Interested Party, Daniel Kazen / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4757263 | Amanda Winfree | 302-654-1888 ext. 00 | Ashby & Geddes | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4758234 | Rebecca Workman | (302) 888-0301 | Barnes & Thornburg LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4757613 | Rafael Zahralddin-Aravena | 302-384-9400 | Elliott Greenleaf | Creditor, 3M Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4757266 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |