IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
)
In re: ) Chapter 11
)
TRIBUNE COMPANY, et al., ) Case No. 08-13141 (KJC)
)
Debtors. ) Jointly Administered
)
) Related to D.I. No. 10663
)
) Hearing Date: February 15, 2012 at 10:00 a.m.
) Objection Deadline: February 8, 2012 at 4:00 p.m.
)
---------------------------------------------------------------x

### CERTIFICATE OF NO OBJECTION REGARDING MOTION OF THE NOTEHOLDER PLAN PROPONENTS FOR VOLUNTARY DISMISSAL OF APPEAL WITHOUT PREJUDICE FROM THE COURT'S OCTOBER 31, 2011 DECISION

I, Amanda M. Winfree, an attorney with the law firm of Ashby & Geddes, P.A., Delaware counsel to Aurelius Capital Management, LP ("Aurelius") in the above captioned cases, hereby certify the following:

1. On January 20, 2012, Aurelius, on behalf of the Noteholder Plan Proponents, filed the *Motion of the Noteholder Plan Proponents for Voluntary Dismissal of Appeal Without Prejudice from the Court's October 31, 2011 Decision* [Docket No. 10663].

2. Pursuant to the Notice of Motion [Docket No. 10663], any objections or responses to the Motion were to be filed with the Court and served upon the undersigned counsel by 4:00 p.m. on February 8, 2012.

3. As of the date hereof, the undersigned counsel have not been served with any objections or responses to the Motion. A review of the Court's docket indicates that, as of this date, no responses or objections to the Motion have been filed.

WHEREFORE the Noteholder Plan Proponents respectfully request the order approving the Motion be entered at the Court's earliest convenience.

{00602094;v1}

Dated: February 10, 2012

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>Daniel H. Golden<br>David M. Zensky<br>Philip C. Dublin<br>Abid Qureshi<br>Mitchell P. Hurley<br>One Bryant Park<br>New York, NY 10036<br>212-872-1000<br><br>*Counsel for Aurelius Capital Management, LP* | ASHBY & GEDDES, P.A.<br><br>/s/ *William P. Bowden*<br>William P. Bowden (I.D. No. 2553)<br>Amanda M. Winfree (I.D. No. 4615)<br>500 Delaware Avenue, P.O. Box 1150<br>Wilmington, DE 19899<br>302-654-1888 |
| McCARTER & ENGLISH, LLP<br>David J. Adler<br>245 Park Avenue<br>New York, NY 10167<br>212-609-6800 | McCARTER & ENGLISH, LLP<br><br>/s/ *Katharine L. Mayer*<br>Katharine L. Mayer (I.D. No. 3758)<br>Renaissance Centre<br>405 N. King Street<br>Wilmington, DE 19801<br>302-984-6300 |

*Counsel for Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

BIFFERATO GENTILOTTI LLC

/s/ *Garvan F. McDaniel*
Garvan F. McDaniel (I.D. No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
302-429-1900
*Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

| | |
|---|---|
| BROWN RUDNICK LLP<br>Robert J. Stark<br>Martin S. Siegel<br>Gordon Z. Novod<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800 | SULLIVAN HAZELTINE<br>ALLINSON LLC<br><br>/s/ *William D. Sullivan*<br>William D. Sullivan (I.D. No. 2820)<br>Elihu E. Allinson, III (I.D. No. 3476)<br>901 N. Market St., Suite 1300<br>Wilmington, DE 19801<br>302-428-8191 |

*Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes*

2

{00602094;v1}