## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.* | : | Case No. 08-13141 (KJC) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Re: D.I. 10882** |

### NOTICE OF WITHDRAWAL OF DOCUMENT

PLEASE TAKE NOTICE THAT Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes ("<u>WTC</u>"), by and through undersigned counsel, hereby gives notice of the withdrawal of docket item 10882, which was filed in error. A corrected version appears at docket item 10895.

Dated: February 10, 2012
       Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ William D. Sullivan*
William D. Sullivan (I.D. No. 2820)
Elihu E. Allinson, III (I.D. No. 3476)
901 N. Market St., Suite 1300
Wilmington, DE 19801
302-428-8191

-and-

**BROWN RUDNICK LLP**
Robert J. Stark
Martin S. Siegel
Gordon Z. Novod
Kerry L. Quinn
Seven Times Square
New York, NY 10036
212-209-4800

*Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes*