# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141-KJC |
| Debtors. | Jointly Administered |

### EXHIBIT "A" TO NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON FEBRUARY 15, 2012 AT 10:00 A.M.
### BEFORE THE HONORABLE KEVIN J. CAREY

1.  Notice of Hearing on Monthly Fee Requests and Quarterly Fee Application Requests for
    the Seventh Interim Fee Period (Filed December 28, 2011) (Docket No. 10524)

    **Fee Applications**:

    A.  Cole, Schotz, Meisel, Forman & Leonard, P.A.

        1.  Seventh Interim Fee Application of Cole, Schotz, Meisel, Forman &
            Leonard, P.A., Co-Counsel to the Debtors, for Allowance of
            Compensation and Reimbursement of Expenses for the Interim Period
            from June 1, 2010 through August 31, 2010 (Filed November 12, 2010)
            (Docket No. 6432)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.    Certification of No Objection Regarding Docket No. 6432 (Filed December 7, 2010) (Docket No. 7054)

3.    Eighteenth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2010 through June 30, 2010 (Filed September 1, 2010) (Docket No. 5602)

4.    Certification of No Objection Regarding Docket No. 5602 (Filed September 23, 2010) (Docket No. 5791)

5.    Nineteenth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2010 through July 31, 2010 (Filed September 1, 2010) (Docket No. 5603)

6.    Certification of No Objection Regarding Docket No. 5603 (Filed September 23, 2010) (Docket No. 5792)

7.    Twentieth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2010 through August 31, 2010 (Filed October 29, 2010) (Docket No. 6175)

8.    Certification of No Objection Regarding Docket No. 6175 (Filed November 22, 2010) (Docket No. 6555)

9.    Fee Examiner's Final Report Regarding the Seventh Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A. (Filed December 12, 2011) (Docket No. 10423)

B.    Sidley Austin LLP

1.    Seventh Quarterly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of June 1, 2010 through August 31, 2010 (Filed May 4, 2011) (Docket No. 8827)

2.    Certification of No Objection Regarding Docket No. 8827 (Filed May 27, 2011) (Docket No. 9019)

46429/0001-8285720v1

3.    Eighteenth Monthly Fee Application of Sidley Austin LLP for
Compensation for Services Rendered and Reimbursement of Expenses as
Counsel to the Debtors and Debtors in Possession for the Period of June 1,
2010 through June 30, 2010 (Filed November 29, 2010) (Docket
No. 6655)

4.    Certification of Counsel Regarding Eighteenth Monthly Fee Application
of Sidley Austin LLP for Compensation for Services Rendered and
Reimbursement of Expenses as Counsel to the Debtors and Debtors in
Possession for the Period of June 1, 2010 through June 30, 2010 (Filed
December 22, 2010) (Docket No. 7284)

5.    Nineteenth Monthly Fee Application of Sidley Austin LLP for
Compensation for Services Rendered and Reimbursement of Expenses as
Counsel to the Debtors and Debtors in Possession for the Period of July 1,
2010 through July 31, 2010 (Filed December 3, 2010) (Docket No. 6758)

6.    Certification of No Objection Regarding Docket No. 6758 (Filed
December 23, 2010) (Docket No. 7296)

7.    Twentieth Monthly Fee Application of Sidley Austin LLP for
Compensation for Services Rendered and Reimbursement of Expenses as
Counsel to the Debtors and Debtors in Possession for the Period of
August 1, 2010 through August 31, 2010 (Filed December 3, 2010)
(Docket No. 6759)

8.    Certification of Counsel Regarding Twentieth Monthly Fee Application of
Sidley Austin LLP for Compensation for Services Rendered and
Reimbursement of Expenses as Counsel to the Debtors and Debtors in
Possession for the Period of August 1, 2010 through August 31, 2010
(Filed December 23, 2010) (Docket No. 7297)

9.    Fee Examiner's Final Report Regarding Seventh Quarterly Fee
Application of Sidley Austin LLP (Filed February 9, 2012) (Docket No.
10886)

C.    Alvarez & Marsal North America

1.    Seventh Interim Fee Application of Alvarez & Marsal North America,
LLC in their Capacity as Restructuring Advisors to the Debtors and
Debtors-in-Possession, for Compensation and Reimbursement of
Expenses Incurred for the Period June 1, 2010 through August 31, 2010
(Filed October 14, 2010) (Docket No. 5949)

2.    Certification of No Objection Regarding Docket No. 5949 (Filed
November 5, 2010) (Docket No. 6242)

46429/0001-8285720v1

3.    Eighteenth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period from June 1, 2010 through June 30, 2010 (Filed August 6, 2010) (Docket No. 5293)

4.    Certification of No Objection Regarding Docket No. 5293 (Filed September 14, 2010) (Docket No. 5691)

5.    Nineteenth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period from July 1, 2010 through July 31, 2010 (Filed September 3, 2010) (Docket No. 5621)

6.    Certification of No Objection Regarding Docket No. 5621 (Filed September 27, 2010) (Docket No. 5818)

7.    Twentieth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period from August 1, 2010 through August 31, 2010 (Filed September 24, 2010) (Docket No. 5807)

8.    Certification of No Objection Regarding Docket No. 5807 (Filed October 18, 2010) (Docket No. 6001)

9.    Fee Examiner's Final Report Regarding the Seventh Interim Fee Application of Alvarez & Marsal North America, LLC (Filed June 2, 2011) (Docket No. 9049)

D.    Daniel J. Edelman, Inc.

1.    Sixth Quarterly Fee Application of Daniel J. Edelman, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Corporate Communications and Investor Relations Consultants for the Debtors and Debtors-in-Possession for the Period June 1, 2010 through August 31, 2010 (Filed October 15, 2010) (Docket No. 5978)

2.    Certification of No Objection Regarding Docket No. 5978 (Filed November 12, 2010) (Docket No. 6421)

3.    Fourteenth Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses of Daniel J. Edelman, Inc., Corporate Communications and Investor Relations Consultants for the Debtors and Debtors-in-Possession, for Services Rendered and Expenses Incurred for the Period June 1, 2010 through June 30, 2010 (Filed August 12, 2010) (Docket No. 5362)

4.      Certification of No Objection Regarding Docket No. 5362 (Filed
        September 3, 2010) (Docket No. 5619)

5.      Fifteenth Monthly Fee Application for Allowance of Compensation and
        Reimbursement of Expenses of Daniel J. Edelman, Inc., Corporate
        Communications and Investor Relations Consultants for the Debtors and
        Debtors-in-Possession, for Services Rendered and Expenses Incurred for
        the Period July 1, 2010 through July 31, 2010 (Filed September 10, 2010)
        (Docket No. 5658)

6.      Certification of No Objection Regarding Docket No. 5658 (Filed
        October 4, 2010) (Docket No. 5886)

7.      Sixteenth Monthly Fee Application for Allowance of Compensation and
        Reimbursement of Expenses of Daniel J. Edelman, Inc., Corporate
        Communications and Investor Relations Consultants for the Debtors and
        Debtors-in-Possession, for Services Rendered and Expenses Incurred for
        the Period August 1, 2010 through August 31, 2010 (Filed October 15,
        2010) (Docket No. 5966)

8.      Certification of No Objection Regarding Docket No. 5966 (Filed
        November 12, 2010) (Docket No. 6420)

9.      Fee Examiner's Final Report Regarding the Sixth Quarterly Fee
        Application of Daniel J. Edelman, Inc. (Filed August 4, 2011) (Docket No.
        9610)

E.  Dow Lohnes PLLC

1.      Fifth Interim Fee Application of Dow Lohnes PLLC, Special Regulatory
        Counsel to the Debtors, for Allowance of Compensation and
        Reimbursement of Expenses for the Interim Period from June 1, 2010
        through August 31, 2010 (Filed October 14, 2010) (Docket No. 5957)

2.      Certification of No Objection Regarding Docket No. 5957 (Filed
        November 12, 2010) (Docket No. 6419)

3.      Thirteenth Monthly Fee Application of Dow Lohnes PLLC for
        Compensation for Services Rendered and Reimbursement of Expenses as
        Special Counsel to Debtors and Debtors in Possession for the Period of
        June 1, 2010 through June 30, 2010 (Filed July 23, 2010) (Docket No.
        5107)

4.      Certification of No Objection Regarding Docket No. 5107 (Filed
        August 16, 2010) (Docket No. 5397)

5.    Fourteenth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to Debtors and Debtors in Possession for the Period of July 1, 2010 through July 31, 2010 (Filed August 23, 2010) (Docket No. 5476)

6.    Certification of No Objection Regarding Docket No. 5476 (Filed September 15, 2010) (Docket No. 5706)

7.    Fifteenth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to Debtors and Debtors in Possession for the Period of August 1, 2010 through August 31, 2010 (Filed September 24, 2010) (Docket No. 5804)

8.    Certification of No Objection Regarding Docket No. 5804 (Filed October 18, 2010) (Docket No. 6000)

9.    Fee Examiner's Final Report Regarding the Fifth Interim Fee Application of Dow Lohnes PLLC (Filed August 4, 2011) (Docket No. 9609)

F.    Ernst & Young LLP

1.    Fifth Quarterly Fee Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, and Marketing Survey Services for the Debtors and Debtors in Possession for the Period from June 1, 2010 through August 31, 2010 (Filed January 7, 2011) (Docket No. 7431)

2.    Certification of No Objection Regarding Docket No. 7431 (Filed January 31, 2011) (Docket No. 7688)

3.    Combined Thirteenth and Fourteenth Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, and Marketing Survey Services for the Debtors and Debtors in Possession for the Period from June 1, 2010 through July 31, 2010 (Filed December 27, 2010) (Docket No. 7318)

4.    Certification of No Objection Regarding Docket No. 7318 (Filed January 21, 2011) (Docket No. 7593)

46429/0001-8285720v1

5.      Fifteenth Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, and Marketing Survey Services for the Debtors and Debtors in Possession for the Period from August 1, 2010 through August 31, 2010 (Filed January 4, 2011) (Docket No. 7371)

6.      Certification of No Objection Regarding Docket No. 7371 (Filed January 27, 2011) (Docket No. 7646)

7.      Fee Examiner's Final Report Regarding Fifth Quarterly Fee Application of Ernst & Young LLP (Filed August 5, 2011) (Docket No. 9623)

G.      Jenner & Block LLP

1.      Seventh Quarterly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2010 through August 31, 2010 (Filed October 15, 2010) (Docket No. 5990)

2.      Certification of No Objection Regarding Docket No. 5990 (Filed November 12, 2010) (Docket No. 6426)

3.      Monthly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2010 through June 30, 2010 (Filed August 20, 2010) (Docket No. 5463)

4.      Certification of No Objection Regarding Docket No. 5463 (Filed September 14, 2010) (Docket No. 5693)

5.      Monthly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2010 through July 31, 2010 (Filed October 13, 2010) (Docket No. 5946)

6.      Certification of No Objection Regarding Docket No. 5946 (Filed November 5, 2010) (Docket No. 6241)

7.      Monthly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2010 through August 31, 2010 (Filed October 14, 2010) (Docket No. 5956)

8.      Certification of No Objection Regarding Docket No. 5956 (Filed November 5, 2010) (Docket No. 6247)

9.      Fee Examiner's Final Report Regarding the Seventh Quarterly Application of Jenner & Block LLP (Filed October 21, 2011) (Docket No. 10045)

H.    Lazard Frères & Co. LLC

    1.    Seventh Interim Fee Application of Lazard Frères & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2010 through August 31, 2010 (Filed October 14, 2010) (Docket No. 5955)

    2.    Certification of No Objection Regarding Docket No. 5955 (Filed November 5, 2010) (Docket No. 6246)

    3.    Eighteenth Monthly Application of Lazard Frères & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2010 through June 30, 2010 (Filed October 14, 2010) (Docket No. 5952)

    4.    Certification of No Objection Regarding Docket No. 5952 (Filed November 5, 2010) (Docket No. 6243)

    5.    Nineteenth Monthly Application of Lazard Frères & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2010 through July 31, 2010 (Filed October 14, 2010) (Docket No. 5953)

    6.    Certification of No Objection Regarding Docket No. 5953 (Filed November 5, 2010) (Docket No. 6244)

    7.    Twentieth Monthly Application of Lazard Frères & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2010 through August 31, 2010 (Filed October 14, 2010) (Docket No. 5954)

    8.    Certification of No Objection Regarding Docket No. 5954 (Filed November 5, 2010) (Docket No. 6245)

    9.    Fee Examiner's Final Report Regarding the Seventh Interim Fee Application of Lazard Frères & Co. LLC (Filed December 16, 2011) (Docket No. 10466)

I.    McDermott Will & Emery

    1.    Seventh Quarterly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2010 through August 31, 2010 (Filed October 27, 2010) (Docket No. 6151)

46429/0001-8285720v1

2.  Certification of No Objection Regarding Docket No. 6151 (Filed November 18, 2010) (Docket No. 6493)

3.  Monthly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2010 through June 30, 2010 (Filed August 11, 2010) (Docket No. 5341)

4.  Certification of No Objection Regarding Docket No. 5341 (Filed September 3, 2010) (Docket No. 5618)

5.  Monthly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2010 through July 31, 2010 (Filed September 28, 2010) (Docket No. 5830)

6.  Certification of No Objection Regarding Docket No. 5830 (Filed October 20, 2010) (Docket No. 6057)

7.  Monthly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2010 through August 31, 2010 (Filed October 26, 2010) (Docket No. 6125)

8.  Certification of No Objection Regarding Docket No. 6125 (Filed November 18, 2010) (Docket No. 6492)

9.  Fee Examiner's Final Report Regarding the Seventh Quarterly Fee Application of McDermott Will & Emery LLP (Filed June 2, 2011) (Docket No. 9051)

J.  Paul Hastings LLP

1.  Seventh Interim Fee Application Request of Paul, Hastings, Janofsky & Walker LLP for the Period June 1, 2010 through August 31, 2010 (Filed October 14, 2010) (Docket No. 5950)

2.  Certification of No Objection Regarding Docket No. 5950 (Filed November 12, 2010) (Docket No. 6418)

3.  Sixteenth Monthly Application of Paul, Hastings, Janofsky & Walker LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for General Real Estate and Related Matters for the Combined Period from June 1, 2010 through August 31, 2010 (Filed September 27, 2010) (Docket No. 5817)

4.  Certification of No Objection Regarding Docket No. 5817 (Filed October 20, 2010) (Docket No. 6056)

5.  Fee Examiner's Final Report Regarding the Seventh Interim Fee Application Request of Paul, Hastings, Janofsky & Walker LLP (Filed September 26, 2011) (Docket No. 9815)

K.  PricewaterhouseCoopers LLP

1.  Seventh Interim Fee Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period June 1, 2010 through August 31, 2010 (Filed October 15, 2010) (Docket No. 5989)

2.  Certification of No Objection Regarding Docket No. 5989 (Filed November 15, 2010) (Docket No. 6448)

3.  Seventeenth Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period June 1, 2010 through June 30, 2010 (Filed August 30, 2010) (Docket No. 5561)

4.  Certification of No Objection Regarding Docket No. 5561 (Filed September 22, 2010) (Docket No. 5785)

5.  Eighteenth Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period July 1, 2010 through July 31, 2010 (Filed October 14, 2010) (Docket No. 5958)

6.  Certification of No Objection Regarding Docket No. 5958 (Filed November 5, 2010) (Docket No. 6248)

7.  Nineteenth Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period August 1, 2010 through August 31, 2010 (Filed October 15, 2010) (Docket No. 5981)

8.  Certification of No Objection Regarding Docket No. 5981 (Filed November 12, 2010) (Docket No. 6424)

9.  Fee Examiner's Final Report Regarding the Seventh Interim Fee Application of PricewaterhouseCoopers LLP (Filed January 16, 2012) (Docket No. 10627)

46429/0001-8285720v1

L.     Reed Smith LLP

    1.     Seventh Interim Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period June 1, 2010 through August 31, 2010 (Filed October 6, 2010) (Docket No. 5897)

    2.     No Order Required Certification of No Objection Regarding Seventh Interim Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period June 1, 2010 through August 31, 2010 (Filed November 9, 2010) (Docket No. 6259)

    3.     Seventeenth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period June 1, 2010 through June 30, 2010 (Filed July 26, 2010) (Docket No. 5119)

    4.     No Order Required Certification of No Objection Regarding Seventeenth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period June 1, 2010 through June 30, 2010 (Filed August 23, 2010) (Docket No. 5479)

    5.     Eighteenth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period July 1, 2010 through July 31, 2010 (Filed August 30, 2010) (Docket No. 5554)

    6.     No Order Required Certification of No Objection Regarding Eighteenth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period July 1, 2010 through July 31, 2010 (Filed September 28, 2010) (Docket No. 5824)

    7.     Nineteenth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period August 1, 2010 through August 31, 2010 (Filed October 1, 2010) (Docket No. 5858)

46429/0001-8285720v1

8.  No Order Required Certification of No Objection Regarding Nineteenth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period August 1, 2010 through August 31, 2010 (Filed November 9, 2010) (Docket No. 6258)

9.  Fee Examiner's Final Report Regarding the Seventh Interim Fee Application of Reed Smith LLP (Filed August 4, 2011) (Docket No. 9608)

M.  Mercer (US) Inc.

1.  Seventh Quarterly Application of Mercer (US) Inc. as Compensation Consultant to the Debtors Seeking Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period of June 1, 2010 through August 31, 2010 (Filed October 15, 2010) (Docket No. 5988)

2.  Certificate of No Objection Regarding the Seventh Quarterly Application of Mercer (US) Inc. as Compensation Consultant to the Debtors Seeking Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period from June 1, 2010 through August 31, 2010 [Docket No. 5988] (Filed January 7, 2011) (Docket No. 7410)

3.  Eighteenth Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from June 1, 2010 through June 30, 2010 (Filed October 15, 2010) (Docket No. 5982)

4.  Certificate of No Objection Regarding the Eighteenth Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from June 1, 2010 through June 30, 2010 [Docket No. 5982] (Filed January 7, 2011) (Docket No. 7407)

5.  Nineteenth Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from July 1, 2010 through July 31, 2010 (Filed October 15, 2010) (Docket No. 5985)

6.      Certificate of No Objection Regarding the Nineteenth Monthly Fee
Application of Mercer (US) Inc. for Compensation for Services Rendered
and Reimbursement of Expenses as Compensation Consultant to the
Debtors and Debtors in Possession for the Period from July 1, 2010
through July 31, 2010 [Docket No. 5985] (Filed January 7, 2011) (Docket
No. 7408)

7.      Twentieth Monthly Fee Application of Mercer (US) Inc. for
Compensation for Services Rendered and Reimbursement of Expenses as
Compensation Consultant to the Debtors and Debtors in Possession for the
Period from August 1, 2010 through August 31, 2010 (Filed October 15,
2010) (Docket No. 5986)

8.      Certificate of No Objection Regarding the Twentieth Monthly Fee
Application of Mercer (US) Inc. for Compensation for Services Rendered
and Reimbursement of Expenses as Compensation Consultant to the
Debtors and Debtors in Possession for the Period from August 1, 2010
through August 31, 2010 [Docket No. 5986] (Filed January 7, 2011)
(Docket No. 7409)

9.      Fee Examiner's Final Report Regarding the Seventh Quarterly Application
of Mercer (US) Inc. (Filed January 19, 2012) (Docket No. 10651)

N.      Seyfarth Shaw LLP

1.      Fourth Quarterly Fee Application of Seyfarth Shaw LLP for
Compensation for Services Rendered and Reimbursement of Expenses as
Employment Litigation Counsel to the Debtors and Debtors in Possession
for the Period of June 1, 2010 through August 31, 2010 (Filed October 15,
2010) (Docket No. 5979)

2.      Certification of No Objection Regarding Docket No. 5979 (Filed
November 12, 2010) (Docket No. 6422)

3.      Ninth Monthly Fee Application of Seyfarth Shaw LLP for Allowance and
Payment of Compensation for Services Rendered and Reimbursement of
Expenses as Employment Litigation Counsel to the Debtors and Debtors
in Possession for the Period of June 1, 2010 through June 30, 2010 (Filed
September 28, 2010) (Docket No. 5833)

4.      Certification of No Objection Regarding Docket No. 5833 (Filed
October 20, 2010) (Docket No. 6058)

5.      Tenth Monthly Fee Application of Seyfarth Shaw LLP for Allowance and
Payment of Compensation for Services Rendered and Reimbursement of
Expenses as Employment Litigation Counsel to the Debtors and Debtors
in Possession for the Period of July 1, 2010 through July 31, 2010 (Filed
September 28, 2010) (Docket No. 5834)

6.      Certification of No Objection Regarding Docket No. 5834 (Filed October 20, 2010) (Docket No. 6059)

7.      Eleventh Monthly Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of August 1, 2010 through August 31, 2010 (Filed October 8, 2010) (Docket No. 5918)

8.      Certification of No Objection Regarding Docket No. 5918 (Filed November 1, 2010) (Docket No. 6200)

9.      Fee Examiner's Final Report Regarding the Fourth Quarterly Fee Application of Seyfarth Shaw LLP (Filed September 27, 2011) (Docket No. 9833)

O.    Stuart Maue

1.      Sixth Interim Quarterly Fee Application of Stuart Maue, Fee Examiner to the Court, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2010 through August 31, 2010 (Filed October 15, 2010) (Docket No. 5964)

2.      Certification of No Objection Regarding the Sixth Interim Quarterly Fee Application of Stuart Maue, Fee Examiner to the Court, for Allowance of Compensation and Reimbursement of Expenses for the Period of June 1, 2010 through August 31, 2010 (Filed November 5, 2010) (Docket No. 6239)

3.      Fifteenth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2010 through June 30, 2010 (Filed July 28, 2010) (Docket No. 5177)

4.      Certificate of No Objection Fifteenth Monthly Application of Stuart Maue (Regarding Docket No. 5177) (Filed August 18, 2010) (Docket No. 5422)

5.      Sixteenth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2010 through July 31, 2010 (Filed August 26, 2010) (Docket No. 5531)

6.      Certificate of No Objection Sixteenth Monthly Application of Stuart Maue (Regarding Docket No. 5531) (Filed September 27, 2010) (Docket No. 5815)

7.    Seventeenth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2010 through August 31, 2010 (Filed September 29, 2010) (Docket No. 5841)

8.    Certificate of No Objection Seventeenth Monthly Application of Stuart Maue (Regarding Docket No. 5841) (Filed October 20, 2010) (Docket No. 6041)

P.    Chadbourne & Parke LLP

1.    Seventh Interim Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2010 through August 31, 2010 (Filed October 15, 2010) (Docket No. 5970)

2.    Eighteenth Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2010 through June 30, 2010 (Filed July 26, 2010) (Docket No. 5120)

3.    Certificate of No Objection to Application Re: Docket No. 5120 (Filed August 18, 2010) (Docket No. 5418)

4.    Nineteenth Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2010 through July 31, 2010 (Filed August 25, 2010) (Docket No. 5502)

5.    Certificate of No Objection to Application Re: Docket No. 5502 (Filed September 16, 2010) (Docket No. 5714)

6.    Twentieth Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2010 through August 31, 2010 (Filed September 30, 2010) (Docket No. 5849)

7.    Certificate of No Objection to Application Re: Docket No. 5849 (Filed October 22, 2010) (Docket No. 6083)

8.    Fee Examiner's Final Report Regarding the Seventh Interim Application of Chadbourne & Parke LLP (Filed December 13, 2011) (Docket No. 10436)

Q.    Landis Rath & Cobb LLP

    1.    Seventh Interim Fee Application of Landis Rath & Cobb LLP (Filed October 15, 2010) (Docket No. 5971)

    2.    Eighteenth Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed July 26, 2010) (Docket No. 5121)

    3.    Certificate of No Objection to Application Re: Docket No. 5121 (Filed August 18, 2010) (Docket No. 5419)

    4.    Nineteenth Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed August 25, 2010) (Docket No. 5508)

    5.    Certificate of No Objection to Application Re: Docket No. 5508 (Filed September 16, 2010) (Docket No. 5720)

    6.    Twentieth Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed September 27, 2010) (Docket No. 5820)

    7.    Certificate of No Objection to Application Re: Docket No. 5820 (Filed October 20, 2010) (Docket No. 6054)

    8.    Fee Examiner's Final Report Regarding the Seventh Interim Fee Application of Landis Rath & Cobb LLP (Filed December 12, 2011) (Docket No. 10425)

R.    AlixPartners, LLP

    1.    Seventh Interim Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period June 1, 2010 through August 31, 2010 (Filed October 15, 2010) (Docket No. 5972)

    2.    Eighteenth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed July 26, 2010) (Docket No. 5122)

    3.    Certificate of No Objection to Application Re: Docket No. 5122 (Filed August 18, 2010) (Docket No. 5420)

4.  Nineteenth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed August 25, 2010) (Docket No. 5504)

5.  Certificate of No Objection to Application Re: Docket No. 5504 (Filed September 16, 2010) (Docket No. 5715)

6.  Twentieth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed September 27, 2010) (Docket No. 5821)

7.  Certificate of No Objection to Application Re: Docket No. 5821 (Filed October 20, 2010) (Docket No. 6055)

8.  Fee Examiner's Final Report Regarding the Seventh Interim Fee Application of AlixPartners, LLP (Filed August 5, 2011) (Docket No. 9626)

S.  Moelis & Company LLC

1.  Seventh Interim Application of Moelis & Company LLC for Compensation as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period June 1, 2010 through August 31, 2010 (Filed October 15, 2010) (Docket No. 5973)

2.  Eighteenth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period June 1, 2010 through June 30, 2010 (Filed August 20, 2010) (Docket No. 5443)

3.  Certificate of No Objection to Application Re: Docket No. 5443 (Filed September 13, 2010) (Docket No. 5673)

4.  Nineteenth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for Period July 1, 2010 through July 31, 2010 (Filed August 25, 2010) (Docket No. 5505)

5.  Certificate of No Objection to Application Re: Docket No. 5505 (Filed September 16, 2010) (Docket No. 5717)

46429/0001-8285720v1

6.   Twentieth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for Period August 1, 2010 through August 31, 2010 (Filed October 12, 2010) (Docket No. 5926)

7.   Certificate of No Objection to Application Re: Docket No. 5926 (Filed November 3, 2010) (Docket No. 6230)

8.   Fee Examiner's Final Report Regarding the Seventh Interim Fee Application of Moelis & Company LLC (Filed April 18, 2011) (Docket No. 8698)

T.   Zuckerman Spaeder LLP

1.   Fourth Interim Fee Application of Zuckerman Spaeder LLP for Interim Approval and Allowance of Compensation and Reimbursement of Expenses (Filed October 15, 2010) (Docket No. 5974)

2.   Certificate of No Objection Regarding Docket No. 5974 (Filed November 17, 2010) (Docket No. 6483)

3.   Eleventh Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed August 9, 2010) (Docket No. 5315)

4.   Certificate of No Objection Regarding Docket No. 5315 (Filed September 1, 2010) (Docket No. 5597)

5.   Twelfth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed September 9, 2010) (Docket No. 5646)

6.   Certificate of No Objection Regarding Docket No. 5646 (Filed October 5, 2010) (Docket No. 5893)

7.   Thirteenth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed September 29, 2010) (Docket No. 5842)

8.   Certificate of No Objection Regarding Docket No. 5842 (Filed October 21, 2010) (Docket No. 6071)

9.   Fee Examiner's Final Report Regarding the Fourth Interim Fee Application of Zuckerman Spaeder LLP (Filed September 30, 2011) (Docket No. 9855)

U.   <u>Committee Members</u>

    1.   Twelfth Monthly Application of the Official Committee of Unsecured Creditors for Reimbursement of Committee Members' Expenses Pursuant to 11 U.S.C. § 503(b)(3)(F) (Filed August 25, 2010) (Docket No. 5506)

    2.   Certificate of No Objection to Application Re: Docket No. 5506 (Filed September 16, 2010) (Docket No. 5718)

    3.   Fee Examiner's Final Report Regarding the Twelfth Monthly Application of the Official Committee of Unsecured Creditors (Filed November 16, 2010) (Docket No. 6453)

46429/0001-8285720v1