# EXHIBIT A

## Amended Claims

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 50: EXHIBIT A - AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | CONSUMERS ENERGY COMPANY<br>ATTN: MICHAEL G. WILSON<br>ONE ENERGY PLAZA<br>JACKSON, MI 49201 | 01/21/2009 | 08-13242 | 362 [1] | $28,082.54 | CONSUMERS ENERGY COMPANY<br>ATTN: MICHAEL G. WILSON (P33263)<br>ONE ENERGY PLAZA<br>JACKSON, MI 49201 | 09/22/2011 | 08-13242 | 6814 | $26,444.83 |
| 2 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | 09/24/2009 | 08-13141 | 6254 | $351,688,793.98 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 12/02/2011 | 08-13141 | 7082 | $24,609,048.31 |
| 3 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 12/02/2011 | 08-13141 | 7082 | $24,609,048.31 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 12/15/2011 | 08-13141 | 7089 | $203,115,084.59 |
| 4 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 07/12/2010 | 08-13234 | 6576 | $1,225.97* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 11/04/2011 | 08-13234 | 7067 | $1,680.71* |

[1] Claim was ordered modified on the First Quarterly Claim Settlement report (DI # 4135) for $28,082.54.

*** - Indicates claim contains unliquidated and/or undetermined amounts**

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 50: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 09/06/2011 | 08-13254 | 6800 | $2,343.90* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 10/11/2011 | 08-13254 | 6824 | $2,619.02* |
| 6 | ROBINSON, WILLIAM E & DOROTHY A JT TEN 15500 BUBBLING WELLS RD DESERT HOT SPRINGS, CA 92240-7043 | 05/09/2011 | 08-13141 | 6768 | $1,360.00 | ROBINSON, WILLIAM E & DOROTHY A JT TEN 15500 BUBBLING WELLS RD DESERT HOT SPRINGS, CA 92240-7043 | 09/22/2011 | 08-13141 | 6816 | $680.00 |
| 7 | ROBINSON, WILLIAM E & DOROTHY A. 117 RANCHO VERDE CIR ROHNERT PARK, CA 94928-2069 | 05/26/2010 | 08-13141 | 6500 | $680.00 | ROBINSON, WILLIAM JT TEN 15500 BUBBLING WELLS DESERT HOT SPRINGS, CA 92240-7043 | 09/27/2011 | 08-13141 | 6820 | $340.00 |
| | | | | TOTAL | $376,331,534.70 | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts