IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) Case No. 08-13141 (KJC) <br> ) <br> ) Jointly Administered <br> ) |
| TRIBUNE COMPANY, *et al.*, | ) <br> ) |
| Debtors. | ) Related to Docket No. 10133 and 10663 <br> ) |

### ORDER GRANTING MOTION OF THE NOTEHOLDER PLAN PROPONENTS FOR VOLUNTARY DISMISSAL OF APPEAL FROM THE COURT'S OCTOBER 31, 2011 DECISION

The Court having considered the *Motion of the Noteholder Plan Proponents for Voluntary Dismissal of Appeal From the Court's October 31, 2011 Decision* (the "Motion"), and it appearing that notice of the Motion was due and appropriate;

IT IS HEREBY:

1. ORDERED that the Motion is GRANTED in all respects; and it is further

2. ORDERED that the Court retains jurisdiction to enforce the terms of this ORDER.

Dated: Feb 14, 2012

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

{00591435;v1}