

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.* | : | Case No. 08-13141 (KJC) |
| | : | (Jointly Administered) |
| Debtors. | : | Re: D.I. 10895 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Kerry L. Quinn, Esquire, Brown Rudnick LLP, Seven Times Square, New York, NY 10036 to represent Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes, in the above-captioned cases.

Dated: February 10, 2012
Wilmington, Delaware

/s/ William D. Sullivan
William D. Sullivan, Esquire
SULLIVAN · HAZELTINE · ALLINSON LLC
901 N. Market St., Suite 1300
Wilmington, DE 19801
(302) 428-8191

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted to practice and in good standing as a member of the Bar of the State of New York and various federal courts, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for the District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: February 10, 2012

Kerry L. Quinn, Esquire
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
(212) 209-4819

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: February 14, 2012

The Honorable Kevin J. Carey
United States Bankruptcy Judge