UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED FEB 1 4 2012

In re:

TRIBUNE COMPANY, et al.,

Debtors.

Chapter 11

Case No. 08-13141-KJC

Jointly Administered

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of O. Andrew F. Wilson, Esquire of Emery Celli Brinkerhoff & Abady LLP to represent Tribune ND, Inc. in the above-captioned cases.

Dated: February 14, 2012

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Phone: (302) 652-3131

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
O. Andrew F. Wilson
Emery Celli Brinkerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, New York 10019
Telephone: 212 763-5000
Fax: 212 763-5001

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: February 14, 2012

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

Docket No: 10921
Filed: 2/14/12