**Wolters Kluwer** | **CT Corporation**
Corporate Legal Services

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

FILED
2012 FEB 14 PM 1:08
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

February 09, 2012

James S. Green, Jr.
Landis Rath & Cobb LLP
919 Market Street,,
Suite 1800,
Wilmington, DE  19801

Re: Tribune Company, et al., Debtors, The Official Committee of Unsecured Creditors of Tribune Company, etc., et al., Pltfs. vs. JPMorgan Chase Bank, N.A., et al., Dfts. // To: Airlie CLO 2006-II Ltd

Case No. 08013141KJC

Dear Sir/Madam:

We are herewith returning the Notice, Reply, Exhibit(s) which we received regarding the above captioned matter.

Airlie CLO 2006-II Ltd is not listed on our records or on the records of the State of DE.

Very truly yours,

Jessica Duke
SOP Process Specialist

Log# 519922455

FedEx Tracking# 798043552377

cc: United States District Bankruptcy Court
824 Market St.,
3rd Floor,
Wilmington, DE  19801