

**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

FILED

2012 FEB 14  AM 10: 41

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

February 09, 2012

James S. Green, Jr.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800,
Wilmington, DE  19801

Re: Tribune Company, et al., Debtors, The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al., Pltfs. vs. Dennis J. Fitzsimons, et al., Dfts. // To: Harbinger Cap Ptr Mtr Fund I, Ltd

Case No. 0813141KJC

Dear Sir/Madam:

We are herewith returning the Attachment, Reply, Exhibit(s) which we received regarding the above captioned matter.

Harbinger Cap Ptr Mtr Fund I, Ltd is not listed on our records or on the records of the State of DE.

Very truly yours,

Jessica Duke
SOP Process Specialist

Log# 519923314

FedEx Tracking# 798043552377

cc: Delaware District - U.S. Bankruptcy Court
   824 Market Street,
   5th Floor,
   Wilmington, DE  19801