UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:                                                          Case No. 08-13242-KJC

TRIBUNE TELEVISION HOLDINGS, INC.                               Chapter 11

　　　　　　　Debtor(s).                                          Honorable Kevin J. Carey

_____/

## WITHDRAWAL OF CLAIM

The State of Michigan, Department of Treasury's Proof of Claim filed as Adminsitrative

Claim No. 6498, in the amount of $180,920.95 (one hundred eighty thousand nine hundred

twenty and 95 / 100 dollars), dated May 24, 2010, is hereby withdrawn.

　　　　　　　　　　　　　　　BILL SCHUETTE
　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　　　　*/s/ Allison M. Dietz* and
　　　　　　　　　　　　　　　Allison M. Dietz  (P73612)
　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　Cadillac Place, Ste. 10-200
　　　　　　　　　　　　　　　3030 W. Grand Blvd.
　　　　　　　　　　　　　　　Detroit, MI  48202
　　　　　　　　　　　　　　　Telephone:  (313) 456-0140
　　　　　　　　　　　　　　　E-mail: dietza@michigan.gov

Dated:  February 13, 2012

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:                                           Case No. 08-13242-KJC

TRIBUNE TELEVISION HOLDINGS, INC.,               Chapter 11

              Debtor(s).                         Honorable Kevin J. Carey
_____/

### PROOF OF SERVICE

The undersigned certifies that on February 13, 2012, a copy of the Withdrawal of
Administrative Claim No. 6498, was/were served upon the following parties either
electronically or by depositing said copies in the U.S. mail, postage prepaid:

Norman L. Pernick                           Tribune Company Claims Processing Center
Cole, Schotz, Meisel, Forman & Leonard,     c/o Epiq Bankruptcy Solutions, LLC
500 Delaware Avenue, Suite 1410             FDR Station, P.O. Box 5069
Wilmington, DE 19801                        New York, NY 10150-5069


                                            */s/ Julianna Terpstra*
                                            Julianna Terpstra
                                            Legal Secretary
                                            Allison M. Dietz   (P73612)
                                            Cadillac Place, Ste. 10-200
                                            3030 W. Grand Blvd.
                                            Detroit, MI  48202
                                            Telephone:   (313) 456-0140
                                            E-mail:  dietza@michigan.gov


Dated:   February 13, 2012

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:                                                                  Case No. 08-13235-KJC

TRIBUNE MEDIA NET, INC.                                  Chapter 11

         Debtor(s).                                                Honorable Kevin J. Carey

_____/

## WITHDRAWAL OF CLAIM

The State of Michigan, Department of Treasury's Proof of Claim filed as Administrative

Claim No. 6496, in the amount of $3,015.35 (three thousand fifteen and 35 / 100 dollars), dated

May 24, 2010, is hereby withdrawn.

                                  BILL SCHUETTE
                                  Attorney General

                                  */s/ Allison M. Dietz* and
                                  Allison M. Dietz  (P73612)
                                  Assistant Attorney General
                                  Cadillac Place, Ste. 10-200
                                  3030 W. Grand Blvd.
                                  Detroit, MI  48202
                                  Telephone:  (313) 456-0140
                                  E-mail: dietza@michigan.gov

Dated:  February 13, 2012

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

| | |
|---|---|
| In Re: | Case No. 08-13235-KJC |
| TRIBUNE MEDIA NET, INC., | Chapter 11 |
| Debtor(s). | Honorable Kevin J. Carey |

## PROOF OF SERVICE

    The undersigned certifies that on February 13, 2012, a copy of the Withdrawal of Administrative Claim No. 6496, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Kate J. Stickles
Cole, Schotz, Meisel, Forman & Leonar
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

*/s/ Julianna Terpstra* CJW
Julianna Terpstra
Legal Secretary
Allison M. Dietz (P73612)
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202
Telephone: (313) 456-0140
E-mail: dietza@michigan.gov

Dated: February 13, 2012

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:                                          Case No. 08-13252-KJC

WGN CONTINENTAL BROADCASTING                    Chapter 11
COMPANY

                    Debtor(s).                  Honorable Kevin J. Carey
_____/

## WITHDRAWAL OF CLAIM

The State of Michigan, Department of Treasury's Proof of Claim filed as Administrative
Claim No. 6497, in the amount of $4,256.64 (four thousand two hundred fifty-six and 64 / 100
dollars), dated May 24, 2010, is hereby withdrawn.


                              BILL SCHUETTE
                              Attorney General


                              /s/ Allison M. Dietz
                              Allison M. Dietz (P73612)
                              Assistant Attorney General
                              Cadillac Place, Ste. 10-200
                              3030 W. Grand Blvd.
                              Detroit, MI   48202
                              Telephone:   (313) 456-0140
                              E-mail: DietzA@Michigan.gov

Dated:   February 13, 2012

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:                                          Case No. 08-13252-KJC

WGN CONTINENTAL BROADCASTING              Chapter 11
COMPANY,

              Debtor(s).                        Honorable Kevin J. Carey

                                                      /

## PROOF OF SERVICE

The undersigned certifies that on February 13, 2012, a copy of the Withdrawal of Administrative Claim No. 6497, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:


Kate J. Stickles                          Epiq Bankruptcy Solutions, LLC
Cole, Schotz, Meisel, Forman & Leonard    FDR Station
500 Delaware Avenue, Suite 1410           P.O. Box 5115
Wilmington,  DE   19801                   New York, NY   10150


                                          /s/ Julianna Terpstra
                                          Julianna Terpstra
                                          Legal Secretary
                                          Allison M. Dietz (P73612)
                                          Cadillac Place, Ste. 10-200
                                          3030 W. Grand Blvd.
                                          Detroit, MI   48202
                                          Telephone:  (313) 456-0140
                                          E-mail: DietzA@Michigan.gov


Dated:   February 13, 2012