## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered **Related to Docket No. 10904** |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON FEBRUARY 15, 2012 AT 10:00 A.M.
### BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the hearing via telephone must contact
CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946)
no later than 12:00 p.m. one business day prior to the hearing.

## CONTINUED MATTERS

1.  Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed November 13, 2009) (Docket No. 2561)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] **Amendments appear in bold print.**

Response Deadline: December 8, 2009 at 4:00 p.m.
Responses Received:

    (a)    Response by Robby S. Wells to Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims (Filed December 4, 2009) (Docket No. 2744)

    (b)    Letter from Robert Wells with copy of Hauling Agreement (Received February 17, 2011) (Not Docketed)

    (c)    Informal Response received from GE Capital Fleet Services

Related Documents:

    (a)    Notice of Submission of Proofs of Claim Regarding Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed December 1, 2009) (Docket No. 2685)

    (b)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered January 5, 2010) (Docket No. 3011)

    (c)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims as Relates to Claim No. 5606 of Personal Plus, Inc. Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered February 24, 2010) (Docket No. 3526)

    (d)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims as Relates to Claim No. 1332 of Karolyn Walker Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered December 22, 2010) (Docket No. 7274)

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection, and with respect to Claim No. 5606 of Personal Plus, Inc. and Claim No. 1332 of Karolyn M. Walker. The Objection was withdrawn with respect to Claim No. 501 of Chris Parker and Claim No. 2998 of Marc Silver. The hearing on the claims of GE Capital Fleet Services and Robby S. Wells is adjourned to the March 22, 2012 hearing. This matter will not be going forward.

2.    Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed April 16, 2010) (Docket No. 4091)

Response Deadline: May 11, 2010 at 4:00 p.m.

46429/0001-8184446v2

Responses Received:

    (a)    Response by Marbury L. von Briesen (Filed May 12, 2010) (Docket No. 4349)

    (b)    Response by Herbert E. Eye (Filed May 12, 2010) (Docket No. 4350)

    (c)    Response by Herbert E. Eye (Filed May 14, 2010) (Docket No. 4394)

    (d)    Supplemental Response by Marbury L. von Briesen (Filed July 15, 2010) (Docket No. 5016)

Related Documents:

    (a)    Notice of Submission of Proofs of Claim Regarding Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 4, 2010) (Docket No. 4230)

    (b)    Order Sustaining Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered May 14, 2010) (Docket No. 4406)

    (c)    Order Approving (I) Stipulation Between the Debtors and CNN Newsource Sales, Inc. Regarding Allowance of Claims and (II) Partial Withdrawal of Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims as It Relates to Claim No. 4863 of CNN Newsource Sales, Inc. (Entered October 28, 2010) (Docket No. 6158)

    (d)    Order Approving Stipulation Between Certain of the Debtors and Oracle Corporation Oracle America, Inc., as Successor-By-Merger to Sun Microsystems, Inc., Regarding (I) Resolution of Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims as it Relates to the Claims of Oracle and (II) Allowance of Certain Prepetition Claims of Oracle (Entered November 23, 2010) (Docket No. 6593)

    (e)    Order Partially Sustaining Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims as it Relates to the Claim of Terry Godbey (Entered May 25, 2011) (Docket No. 8988)

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection and Orders resolving Claim No. 4863 of CNN Newsource Sales, Inc. and Claim No. 3672 of Terry Godbey. The Objection was withdrawn as to the claims of 9090 Enterprises and Spanlink Communications. The Court is adjudicating the Objection to the claim of Maureen Dombeck based on certain submissions as identified in Docket No. 9773. The hearing on the claims of Marbury von Briesen and Herbert Eye is adjourned to the March 22, 2012 hearing. This matter will not be going forward.

3.  Debtors' Twenty-Seventh Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 17, 2010) (Docket No. 4441)

Response Deadline: June 9, 2010 at 4:00 p.m.

Responses Received:

(a)  Response by Marcia Willette (Filed June 8, 2010) (Docket No. 4721)

Related Documents:

(a)  Order Sustaining Debtors' Twenty-Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered June 14, 2010) (Docket No. 4774)

(b)  Order Sustaining in Part Debtors' Twenty-Seventh Omnibus Objection (Non-Substantive) to Claims as it Relates to Claim No. 5785 of Cawley Chicago Portfolio, LLC (Entered July 19, 2010) (Docket No. 5071)

Status:  The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection and an Order with respect to the claim of Cawley Chicago Portfolio, LLC. The Objection was withdrawn as to the claims of the United States Environmental Protection Agency and Annapolis West Limited Partnership. The Debtors and Marcia Willette have reached a resolution of the Objection as it relates to Claim No. 6160 filed by Marcia Willette as Guardian for Zachary Mitzkovitz and intend to file a stipulation documenting that agreement for the Court's consideration. This matter will not be going forward.

4.  Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed July 19, 2010) (Docket No. 5081)

Response Deadline: August 12, 2010 at 4:00 p.m.

Responses Received:

(a)  Informal response received from the City of Chicago Department of Revenue (Received August 10, 2010)

Related Documents:

(a)  Notice of Submission of Proofs of Claim Regarding Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed August 5, 2010) (Docket No. 5266)

46429/0001-8184446v2

(b)    Order Partially Sustaining Debtors' Thirty-Third (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed August 19, 2010) (Docket No. 5434)

(c)    Certification of Counsel Regarding Order Partially Sustaining Debtors' Thirty-Third (Substantive) Objection to Claims as it Relates to Claim No. 6344 of Albert Togut, Chapter 7 Trustee of PLVTZ, Inc. (Entered July 25, 2011) (Docket No. 9535)

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection, an Order with respect to the claim of the City of West Hollywood and an Order with respect to the claim of Albert Togut, Chapter 7 Trustee of PLVTZ, Inc.  The hearing on Claim No. 728 of the City of Chicago is adjourned to the March 22, 2012 hearing.  This matter will not be going forward.

5.    Debtors' Fortieth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed January 28, 2011) (Docket No. 7674)

Response Deadline:  February 22, 2011 at 4:00 p.m.

Responses Received:

(a)    Response of USDR (CLM #1672, CLM #2279 and CLM No. 2827) to Debtor's Fortieth Omnibus Objection to Claims (Docket #3792); Declaration of Jon Dickinson (Filed February 14, 2011) (Docket No. 7932)

Related Documents:

(a)    Notice of Submission of Proofs of Claim Regarding Debtors' Fortieth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007, and Local Rule 3007-1 (Filed February 11, 2011) (Docket No. 7906)

(b)    Order Partially Sustaining Debtors' Fortieth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 (Entered February 25, 2011) (Docket No. 8146)

(c)    Order Partially Sustaining Debtors' Fortieth Omnibus (Substantive) Objection to Claims as Relates to Claim Nos. 753 and 754 of ASM Capital L.P. (Entered June 24, 2011) (Docket No. 9344)

46429/0001-8184446v2

Status:      The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection, and an Order with respect to Claim Nos. 753 and 754 of ASM Capital L.P. The Objection was withdrawn as to Claim No. 2279 of USDR, Claim No. 6683 of Hess Corporation and Claim No. 749 of ASM Capital L.P. The Objection was modified by consent of the parties with respect to Claim No. 2554 of Corre Opportunities Fund. The hearing on Claim No. 1672 of USDR – CNI Corporation is adjourned to the March 22, 2012 hearing. This matter will not be going forward.

6.     Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed February 18, 2011) (Docket No. 8065)

Response Deadline: March 15, 2011 at 4:00 p.m.

Responses Received:

    (a)    Carol Walker's Response to Debtors' Forty-Second Omnibus Objection to Claim (Filed March 9, 2011) (Docket No. 8325)

    (b)    Informal response by Broadspire Services [Claim No. 5335] (Received March 4, 2011)

    (c)    Software AG's Response to Debtor's Forty-Second Omnibus Claims Objection (Filed March 21, 2011) (Docket No. 8471)

    (d)    Carol Walker's Response to Debtors' Forty-Second Omnibus Objection to Claim (Filed April 12, 2011) (Docket No. 8623)

Related Documents:

    (a)    Notice of Submission of Proofs of Claim Regarding Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed March 7, 2011) (Docket No. 8289)

    (b)    Order Partially Sustaining Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered March 30, 2011) (Docket No. 8523)

Status:      The Court entered an Order sustaining the Objection with respect to all claimants who did not respond or otherwise contest the Objection. The hearing on Claim No. 5335 of Broadspire Services, Inc., Claim No. 5283 of Software AG, and Claim No. 6601 of Carol Walker is adjourned to the March 22, 2012 hearing. This matter will not be going forward.

46429/0001-8184446v2

7.    Debtors' Forty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed September 19, 2011) (Docket No. 9789)

Response Deadline:  October 12, 2011 at 4:00 p.m.

Responses Received:

    (a)    Informal Response received from Ohio Department of Taxation

Related Documents:

    (a)    Notice of Submission of Proofs of Claim Regarding Debtors' Forty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed October 5, 2011) (Docket No. 9894)

    (b)    Order Partially Sustaining Debtors' Forty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered October 19, 2011) (Docket No. 10021)

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection.  The hearing on the claim of the Ohio Department of Taxation is adjourned to the March 22, 2012 hearing.  This matter will not be going forward.

## CERTIFICATIONS OF NO OBJECTION / CERTIFICATIONS OF COUNSEL

8.    Debtors' Fiftieth Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed January 13, 2012) (Docket No. 10610)

Response Deadline:  February 8, 2012 at 4:00 p.m.

Responses Received:

    (a)    United States' Response to Debtors' Fiftieth Omnibus Objection to Claims (Filed February 9, 2012) (Docket No. 10889)

Related Documents:

    (a)    Certification of Counsel Regarding Debtors' Fiftieth Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed February 10, 2012) (Docket No. 10893)

      (b)     **Order Sustaining Debtors' Fiftieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Entered February 14, 2012) (Docket No. 10912)**

**Status:**     **The Court entered an Order sustaining the Objection. This matter will not be going forward.**

9.    Debtors' Objection to Claim No. 3589 of Vince Comparsi Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed January 13, 2012) (Docket No. 10611)

Response Deadline: February 8, 2012 at 4:00 p.m.

Responses Received: None.

Related Documents:

      (a)     Certification of No Objection Regarding Docket No. 10611 (Filed February 10, 2012) (Docket No. 10894)

      (b)     **Order Sustaining Debtors' Objection to Claim No. 3589 of Vince Comparsi Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Entered February 14, 2012) (Docket No. 10913)**

**Status:**     **The Court entered an Order sustaining the Objection. This matter will not be going forward.**

10.    Debtors' Objection to Claim No. 5012 of Jacquelyn Oxendine Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed January 13, 2012) (Docket No. 10624)

Response Deadline: February 8, 2012 at 4:00 p.m.

Responses Received: None.

**Related Documents:**

      (a)     **Certification of Counsel Regarding Debtors' Objection to Claim No. 5012 of Jacqueline Oxendine Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed February 14, 2012) (Docket No. 10916)**

      (b)     **Order Resolving Debtors' Objection to Claim No. 5012 of Jacqueline Oxendine Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Entered February 14, 2012) (Docket No. 10922)**

**Status:    The Court entered an Order resolving the Objection. This matter will not be going forward.**

11.    Motion of the Noteholder Plan Proponents for Voluntary Dismissal of Appeal Without Prejudice from the Court's October 31, 2011 Decision (Filed January 20, 2012) (Docket No. 10663)

Objection Deadline: February 8, 2012 at 4:00 p.m.

Responses Received: None.

Related Documents:

    (a)    Certification of No Objection (Filed February 10, 2012) (Docket No. 10900)

    (b)    **Order Granting Motion of the Noteholder Plan Proponents for Voluntary Dismissal of Appeal from the Court's October 31, 2011 Decision (Entered February 14, 2012) (Docket No. 10914)**

**Status:    The Court entered an Order granting the Motion. This matter will not be going forward.**

12.    Motion of the Debtors for an Order Authorizing Debtors to Amend the Letter of Credit Facility Pursuant to Sections 105, 362(d), 363(b)(1), 364(c)(1), 364(c)(2), 364(c)(3), 364(d), 364(e) and 365 of the Bankruptcy Code and Granting Other Related Relief (Filed January 25, 2012) (Docket No. 10714)

Objection Deadline: February 8, 2012 at 4:00 p.m.

Responses Received: None.

Related Documents:

    (a)    Certification of No Objection Regarding Docket No. 10714 (Filed February 10, 2012) (Docket No. 10896)

    (b)    **Order Authorizing Debtors to Amend the Letter of Credit Facility Pursuant to Sections 105, 362(d), 363(b)(1), 364(c)(1), 364(c)(2), 364(c)(3), 364(d), 364(e) and 365 of the Bankruptcy Code and Granting Other Related Relief (Entered February 14, 2012) (Docket No. 10915)**

**Status:    The Court entered an Order granting the Motion. This matter will not be going forward.**

46429/0001-8184446v2

13.     Motion of the Debtors for an Order Pursuant to Sections 105 and 363 of the Bankruptcy
        Code, Bankruptcy Rules 9019 and 7023 and Rule 23 (I) Approving the Settlement
        Agreement on a Final Basis; (II) Reaffirming Class Certification, Class Representatives
        and Class Counsel Appointments, and Noticing Procedures; and (III) Granting Other
        Related Relief (Filed January 25, 2012) (Docket No. 10715)

        Objection Deadline:  February 8, 2012 at 4:00 p.m.

        Responses Received: None.

        Related Documents:

                (a)     Order (I) Preliminarily Approving Settlement Agreement, (II) Granting
                        Class Certification, Appointing Class Representatives and Class Counsel,
                        and Approving Noticing Procedures, (III) Scheduling Final Fairness
                        Hearing, (IV) Finally Approving Settlement Agreement After Final
                        Fairness Hearing, and (V) Grant Other Related Relief (Entered August 24,
                        2011) (Docket No. 9699)

                (b)     Certification of No Objection Regarding Docket No. 10715 (Filed
                        February 10, 2012) (Docket No. 10897)

                (c)     **Final Order (I) Approving Settlement Agreement on Final Basis;
                        (II) Reaffirming Class Certification, Class Representative and Class
                        Counsel Appointments, and Noticing Procedures; and (III) Granting
                        Related Relief (Entered February 14, 2012) (Docket No. 10917)**

        **Status:        The Court entered an Order granting the Motion.  This matter will
                        not be going forward.**

14.     Motion of Debtors for an Order Pursuant to Section 363(b) of the Bankruptcy Code and
        Federal Rules of Bankruptcy Procedure 9019(a) and 6004(h) Authorizing Tribune
        Broadcasting Company to Enter Into a License Agreement with Local TV, LLC (Filed
        January 25, 2012) (Docket No. 10716)

        Objection Deadline:  February 8, 2012 at 4:00 p.m.

        Responses Received: None.

        Related Documents:

                (a)     Certification of No Objection Regarding Docket No. 10716 (Filed
                        February 10, 2012) (Docket No. 10898)

10

     (b)     **Order Pursuant to Section 363(b) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 9019(a) and 6004(h) Authorizing Tribune Broadcasting Company to Enter Into a License Agreement with Local TV, LLC (Entered February 14, 2012) (Docket No. 10918)**

**Status:**     **The Court entered an Order granting the Motion. This matter will not be going forward.**

15.     Motion of Debtor Tribune Broadcasting Company for Entry of an Order Authorizing it to File License Agreement with Local TV, LLC Under Seal (Filed January 25, 2012) (Docket No. 10717)

     Objection Deadline: February 8, 2012 at 4:00 p.m.

     Responses Received: None.

     Related Documents:

     (a)     Certification of No Objection Regarding Docket No. 10717 (Filed February 10, 2012) (Docket No. 10899)

     (b)     **Order Authorizing Debtor Tribune Broadcasting Company to File License Agreement with Local TV, LLC Under Seal (Entered February 14, 2012) (Docket No. 10919)**

**Status:**     **The Court entered an Order granting the Motion. This matter will not be going forward.**

## CONTESTED MATTERS GOING FORWARD:

16.     Anthony Conte's Motion for Relief from Stay (Filed December 19, 2011) (Docket No. 10472)

     Objection Deadline: January 4, 2012 at 4:00 p.m.
     On consent of the parties, the Objection Deadline was extended to 4:00 p.m. on February 8, 2012 for the Debtors and the Official Committee of Unsecured Creditors.

     Responses Received:

     (a)     Debtors' Limited Objection to the Motion of Anthony Conte for (I) Relief from the Automatic Stay as to Media Liability Insurance Policy and (II) Modification of Tribune Company's Schedules of Assets and Liabilities (Filed February 8, 2012) (Docket No. 10872)

46429/0001-8184446v2

(b)     Joinder of the Official Committee of Unsecured Creditors to the Debtors'
        Limited Objection to the Motion of Anthony Conte for (I) Relief from the
        Automatic Stay as to Media Liability Insurance Policy and
        (II) Modification of Tribune Company's Schedules of Assets and
        Liabilities (Filed February 8, 2012) (Docket No. 10874)

(c)     Reply to the Limited Objection to the Motion of Anthony Conte for
        (I) Relief from the Automatic Stay as to Media Liability Insurance Policy
        and (II) Modification of Tribune Company's Schedules of Assets and
        Liabilities (Received February 12, 2012) (Not Docketed)

Status:     **The movant has advised Debtors' counsel that he is unable to
            appear for the hearing.  This matter is being adjourned to the
            March 22, 2012 hearing at the movant's request.  This matter will not
            be going forward.**

17.     Motion of Wilmington Trust Company, as Successor Indenture Trustee, for an Order
        Granting Leave to Take Discovery and Compelling Discovery from JPMorgan and
        Citigroup (Filed February 6, 2012) (Docket No. 10868)

        Objection Deadline:  January 4, 2012 at 4:00 p.m.
        On consent of the parties, the Objection Deadline was extended to 4:00 p.m. on
        February 8, 2012 for the Debtors and the Official Committee of Unsecured Creditors.

        Responses Received:

        (a)     Response of EGI-TRB, L.L.C. to Wilmington Trust Company's Motion
                for an Order Granting Leave to Take Discovery and Compelling
                Discovery from JPMorgan and Citigroup (Filed February 8, 2012) (Docket
                No. 10879)

        Related Documents:

        (a)     Motion to Shorten Notice Period and Schedule an Expedited Hearing on
                the Motion of Wilmington Trust Company, as Successor Indenture
                Trustee, for an Order Granting Leave to Take Discovery and Compelling
                Discovery from JPMorgan and Citigroup (Filed February 6, 2012) (Docket
                No. 10867)

        Status:     **The parties will present the two remaining unresolved disputes to the
                    Court.  This matter will be going forward.**

## STATUS CONFERENCE

18. Status Conference with respect to Deutsche Bank Trust Company Americas, et al.'s Motion for Order Lifting Stays of State Law Constructive Fraudulent Conveyance Suits (Filed January 12, 2012) (Docket No. 10594) and Third Motion of the Official Committee of Unsecured Creditors to Amend Definition of "Termination Event" in Standing Orders (Filed January 17, 2012) (Docket Nos. 10634 and 10635) (Adv. Pro. Nos. Multi-Case; Adv. Multi-Case Docketing)

    Status:   The Court heard argument on the motions on February 2, 2012. This matter will be going forward for a status conference.

## FEE APPLICATIONS – CERTIFICATION OF COUNSEL FILED

19. Notice of Hearing on Monthly Fee Requests and Quarterly Fee Application Requests for the Seventh Interim Fee Period (Filed December 28, 2011) (Docket No. 10524)

    Related Document(s):

    (a)   An index identifying the relevant fee requests, certifications and the Fee Examiner's final reports is attached hereto as Exhibit A

    (b)   Certification of Counsel Regarding Omnibus Order Approving Fee Applications for the Compensation Period June 1, 2010 through and Including August 31, 2010 (Filed February 13, 2012) (Docket No. 10903)

    Objection Deadlines:  See respective Applicants' monthly fee applications.

    Responses Received:  None.

    Status:   All fee applications are uncontested and all issues raised by the Fee Examiner with respect to the Applications have been resolved. A certification of counsel, together with a proposed order, was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

Dated: February 14, 2012

    SIDLEY AUSTIN LLP
    James F. Conlan
    Bryan Krakauer
    One South Dearborn Street
    Chicago, IL  60603
    Telephone:  (312) 853-7000

    -and-

46429/0001-8184446v2

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

14