```
                    IN THE UNITED STATES BANKRUPTCY COURT
                       FOR THE DISTRICT OF DELAWARE


IN RE:                            )      Case No. 08-13141 (KJC)
                                  )      (Jointly Administered)
                                  )
TRIBUNE COMPANY, et al.,          )      Chapter 11

                                  )      Courtroom 5
                                  )      824 Market Street
            Debtors.             )      Wilmington, Delaware
                                  )
                                  )      February 10, 2012
                                  )      1:00 p.m.



              TRANSCRIPT OF TELEPHONIC PROCEEDINGS
         BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
               UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:
For Debtors:              Sidley Austin, LLP
                          BY: JAMES BENDERNAGEL, ESQ.
                          BY: KEVIN LANTRY, ESQ.
                          (312) 853-7000

                          Cole, Schotz, Meisel, Forman
                          & Leonard, P.A.
                          BY: NORMAN PERNICK, ESQ.
                          BY: J. KATE STICKLES, ESQ.
                          (302) 652-3131

ECRO:                     AL LUGANO

Transcription Service:    DIAZ DATA SERVICES
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664
                          www.diazdata.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

```
 1  APPEARANCES:
 2  (Continued)
 3
 4  For Great Banc:          Womble Carlyle
 5                           BY: THOMAS M. HORAN, ESQ.
 6                           (302) 252-4339
 7
 8  For Wilmington Trust:    Sullivan Hazeltine Allinson, LLC
 9                           BY:  WILLIAM D. SULLIVAN, ESQ.
10                           (302) 428-8195
11
12  For Official Committee   Landis, Rath & Cobb
13  of Unsecured Creditors:  BY: DAN RATH, ESQ.
14                           BY: ADAM LANDIS, ESQ.
15                           (302) 467-4400
16
17                           Chadbourne & Parke, LLP
18                           BY: DOUGLAS DEUTSCH, ESQ.
19                           (212) 408-5100
20
21                           Zuckerman Spaeder, LLP
22                           BY: JAMES SOTTILE, ESQ.
23                           (202) 778-1800
24
25  For Morgan Stanley:      Barnes & Thornburg
26                           BY: REBECCA WORKMAN, ESQ.
27                           (302) 888-0301
28  For Aurelius Capital
29  Management:              Akin Gump Strauss Hauer & Feld, LLP
30                           BY: DANIEL GOLDEN, ESQ.
31                           (212) 872-1000
32
33                           Ashby & Geddes
34                           BY: WILLIAM BOWDEN, ESQ.
35                           BY: AMANDA WINFREE, ESQ.
36                           (302) 654-1888
37
38                           Aurelius Capital Management, LP
39                           BY: MATTHEW A. ZLOTO
40                           (646) 445-6518
41
42  For JP Morgan Chase:     Davis Polk
43                           BY: ELLIOT MOSKOWITZ, ESQ.
44                           (212) 450-4092
45                           BY: ELI VONNEGUT, ESQ.
46                           (650) 752-2000
47
48                           Richards Layton & Finger
49                           BY: ROBERT STEARN, JR., ESQ.
50                           (302) 651-7700
51
52
53
```

```
 1   For Merrill Lynch:        Potter Anderson Corroon, LLP
 2                             BY: LAURIE SELBER SILVERSTEIN, ESQ.
 3                             (302) 984-6033
 4
 5   For Credit Agreement
 6   Lenders:                  Young Conaway Stargatt & Taylor
 7                             BY: M. BLAKE CLEARY, ESQ.
 8                             BY: ROBERT S. BRADY, ESQ.
 9                             (302) 571-3287
10
11   For TM Retirees:          Teitelbaum & Baskin, LLP
12                             BY: JAY TEITELBAUM, ESQ.
13                             (914) 437-7670
14
15   For WTC:                  Brown Rudnick
16                             BY: MARTIN SIEGEL, ESQ.
17                             (212) 209-4829
18
19   For Law Debenture:        Kasowitz Benson Torres & Friedman
20                             BY: MATTHEW STEIN, ESQ.
21                             (212) 506-1800
22
23   For DBTCA:                McCarter & English
24                             BY: KATHARINE MAYER, ESQ.
25                             (302) 984-6312
26                             BY: DAVID ADLER, ESQ.
27                             (212) 609-6847
28   For Former Directors
29   And Officers:             Grippo & Elden, LLC
30                             BY: GEORGE R. DOUGHERTY, ESQ.
31                              (312) 704-7700
32   Official Committee of
33   Unsecured Creditors:      Chadbourne & Parke, LLP
34                             BY: MARC D. ASHLEY, ESQ.
35                             BY: THOMAS MCCORMACK, ESQ.
36                             BY: HOWARD SEIFE, ESQ.
37                             BY: DAVID LEMAY, ESQ.
38                             BY: MARC ROITMAN, ESQ.
39                             (212) 408-5100
40
41                             Zuckerman Spaeder, LLP
42                             BY: GRAEME BUSH, ESQ.
43                             BY: ANDREW CARIDAS, ESQ.
44                             BY: ANDREW GOLDFARB, ESQ.
45                             (202) 778-1800
46
47   For Kramer Levin:         Kramer Levin Naftalis & Frankel LLP
48                             BY: DAVID E. BLABEY, JR., ESQ.
49                             (212) 715-9100
```

4

```
 1   For Davidson Kempner:    Schulte Roth & Zabel, LLP
 2                            BY: KAREN S. PARK, ESQ.
 3                            (212) 756-2036
 4
 5                            DK Partners
 6                            BY: EPHRAIM DIAMOND, ESQ.
 7                            (646) 282-5841
 8
 9   For Debtor, Tribune:     Sidley Austin
10                            BY: JESSICA BOELTER, ESQ.
11                            BY: ALLISON E. ROSS STROMBERG, ESQ.
12                            BY: KERRIANN MILLS, ESQ.
13                            BY: THOMAS E. ROSS, ESQ.
14                            (312) 853-7030
15
16                            Tribune
17                            BY: DAVE ELDERSVELD
18                            (312) 222-4707
19                            BY: GARY WEITMAN
20                            (312) 222-3394
21
22   For Bank of America:     O'Melveny & Myers (NY Office)
23                            BY: EVAN JONES, ESQ.
24                            BY: DANIEL CANTOR, ESQ.
25                            BY: DANIEL S. SHAMAH, ESQ.
26                            (212) 326-2000
27
28                            Bank of America
29                            BY: ESTER CHUNG, ESQ.
30                            (646) 855-6705
31
32                            Pepper Hamilton, LLP
33                            BY: JOHN H. SCHANNE, ESQ.
34                            (302) 777-6500
35
36   For Defendants, Employees
37   Compensation Defendant's
38   Group:                   Frank Gecker, LLP
39                            BY: JOSEPH FRANK, ESQ.
40                            BY: REED HEILIGMAN, ESQ.
41                            (312) 276-1400, EXT. 1432
42
43   For Wells Fargo:         White & Case
44                            BY: SCOTT GREISSMAN, ESQ.
45                            (212) 819-8567
46
47                            Fox Rothschild, LLP
48                            BY: JEFFREY M. SCHLERF, ESQ.
49                            (302) 622-4212
```

5

```
 1  For Bigalow:              Sperling & Slater
 2                            BY: GWEN NOLAN, ESQ.
 3                            (312) 641-3200
 4
 5  For Merrill Lynch
 6  Capital Corporation:      Kaye Scholer, LLP
 7                            BY: MADLYN G. PRIMOFF, ESQ.
 8                            (212) 836-7042
 9
10  For Citigroup:            Paul Weiss Rifkind Wharton &
11                            Garrison, LLP
12                            BY: SHANNON PENNOCK, ESQ.
13                            BY: ANDREW GORDON, ESQ.
14                            (212) 373-3000
15
16  For Robert R. McCormick
17  Foundation & Cantigny
18  Foundation:               Katten Muchin Rosenman, LLP
19                            BY: JOHN SIEGER, ESQ.
20                            (312) 902-5294
21
22  For The Seaport Group:    Seaport Group
23                            BY: KENNETH SMALLEY, ESQ.
24                            (212) 616-7763
25
26  For Halcyon Asset
27  Management:               Halcyon Asset Management
28                            BY: IGOR FUKS, ESQ.
29                            (212) 303-9453
30
31  For Royal Bank of
32  Scotland:                 Cadwalder Wickersham and Taft
33                            BY: MICHELLE MAMAN, ESQ.
34                            (212) 504-6000
35  For New York State
36  Common Retirement Fund
37  & Great Banc:             Morgan Lewis & Bockius, LLP
38                            BY: RACHEL MAUCERI, ESQ.
39                            (212) 309-6000
40
41  For SuttonBrook
42  Capital Management:       SuttonBrook Capital Management LP
43                            BY: CAROL L. BALE
44                            (212) 588-6640
45
46  For Dominion:             McGuire Woods, LLP
47                            BY: BETH SIEG, ESQ.
48                            (804) 775-1137
49
```

6

```
 1   For Oaktree Capital
 2   Management:                 Dewey & LeBoeuf, LLP
 3                               BY: BRUCE BENNETT, ESQ.
 4                               (213) 621-6021
 5   For Credit Agreement
 6   Lenders:                    Dewey & LeBoeuf, LLP
 7                               BY: JOSHUA M. MESTER, ESQ.
 8                               (213) 621-6016
 9                               BY: JAMES O. JOHNSTON, ESQ.
10                               (213) 621-6030
11
12   For Daniel Kazen:           Dewey & LeBoeuf, LLP
13                               BY: MICHAEL R. WANSER, ESQ.
14                               (312) 794-8046
15
16   For EGI-TRB:                Blank Rome, LLP
17                               BY: DAVE CARICKHOFF, ESQ.
18                               (302) 425-6434
19
20                               Jenner & Block, LLP
21                               BY: ANDREW VAIL, ESQ.
22                               (312) 840-8688
23
24   For Richard Corbi:          Proskauer Rose, LLP
25                               BY: RICHARD CORBI, ESQ.
26                               (212) 969-3000
27
28   For Daniel Kazan:           Polsinelli Shughart
29                               BY: SHANTI KATONA, ESQ.
30                               (302) 252-0924
31
32   For Thorp Reed &
33   Armstrong:                  Thorp Reed & Armstrong, Delaware
34                               BY: THOMAS H. KOVACH, ESQ.
35                               (302) 293-4841
36
37   For DLA Piper:              DLA Piper US, LLP
38                               BY: MICHELLE MARINO, ESQ.
39                               (302) 468-5700
40
41   For Barclays:               Barclays Capital, Inc.
42                               BY: OLIVIA MAURO, ESQ.
43                               (212) 412-6773
44
45   For Timothy Knight:         Hannafan & Hannafan, Ltd.
46                               BY: JAMES A. MCGUINNESS, ESQ.
47                               (312) 527-0055
48
49
```

```
 1  For 3M Company:            Elliott Greenleaf
 2                             BY: JONATHAN STEMERMAN, ESQ.
 3                             (302) 384-9410
 4                             BY: RAFAEL ZAHRALDDIN-ARAVENA, ESQ.
 5                             (302) 384-9400
 6
 7  For Amalgamated Bank:      Millbank Tweed Hadley & McCloy
 8                             BY: ALAN STONE, ESQ.
 9                             (212) 530-5285
10
11  For Miller Tabak Roberts
12  Securities:               GMP Securities, LLC
13                             BY: ANDREW M. THAU, ESQ.
14                             (212) 692-5178
15
16
17
18
19
```

1    WILMINGTON, DELAWARE, THURSDAY, FEBRUARY 10, 2012 1:02 P.M.

2            THE COURT:  Thank you.  Good afternoon.  This is

3    Judge Carey.  We're in the record in the related Tribune

4    Company Chapter 11 proceedings.  This telephonic hearing was

5    set as a result of exchange of letters that the Court

6    received on behalf of Wilmington Trust and EGI-TRB.  I'll

7    turn the matter over to counsel.

8            MR. SEIGEL:  Good afternoon, Your Honor.  This is

9    Martin Seigel, from Brown Rudnick, attorneys for Wilmington

10   Trust indenture trustee for the PHONES.  Can you hear me

11   now?

12           THE COURT:  Loud and clear.

13           MR. SEIGEL:  Okay.  I'm pleased to report to Your

14   Honor that this morning we reached an agreement with counsel

15   for EGI-TRB that, hopefully, will resolve the discovery

16   dispute.  We have to document it, of course, and we all know

17   that sometimes between the agreement in principle and the

18   documentation a problem happens, but we're very hopeful that

19   we can get it done.  Essentially, Your Honor, the agreement

20   will be that the documents that we are seeking to admit will

21   be admitted by stipulation as business records subject to

22   EGI-TRB still keeping any objections they may have for

23   relevance for, certainly at least in one case, there's an

24   objection on double hearsay grounds, which we'll deal with

25   separately.  But if we're successful in reaching that

```
 1   agreement, we will not have to take any of the depositions

 2   that we noticed for that other subject of our Motion for

 3   Leave.

 4        As far as the Motion to Compel Documents from EGI, I

 5   think we've also reached an agreement.  Mr. Bradford will

 6   represent to us that there's no need to rule on the issue of

 7   whether we're entitled to it because he does not have any

 8   responsive documents that they're withholding.  We don't

 9   have to get such -- Your Honor involved if they're -- if

10   he's able to represent that they've searched and there are

11   no such documents.  And we will be sending them this

12   afternoon a more complete set of the documents that we seek

13   to have the stipulation cover.  If we are not able, for some

14   reason, to reach the stipulation, we think the depositions

15   will also likely become moot because we have been in touch

16   with counsel for the parties whose business records they

17   are, and we think as an alternative we could proceed with

18   certification that they are business records under the

19   federal rules, but having the stipulation will avoid even

20   third parties to the dispute having to get involved and

21   review the documents.

22        So we think we're covered both ways, and if the

23   documents come in as business records, then we won't have to

24   take the deposition to establish that they are business

25   records.
```

1     What we'd like to do, Your Honor, is adjourn the

2  Motion to Compel and the Motions for Leave until next

3  Wednesday when I believe we already have a court hearing

4  set, the next omnibus motion, and again subject to

5  documentation, we are very comfortable that between now and

6  then we will get a stipulation that will obviate the need to

7  go further on this issue and we will be able to withdraw the

8  motion.

9         THE COURT:  Okay.  That would be February 15th at

10  10:00.  Does anyone --

11         MR. SEIGEL:  Yes, Your Honor.

12         THE COURT:  Does anyone wish to be heard on

13  behalf of EGI?

14              (No audible response)

15      I hear no response.  All right.

16         MR. TEITELBAUM:  Your Honor, this is Jay

17  Teitelbaum, if I may, on behalf of the retirees, just sort

18  of on a very related matter, since we're all on the call.

19  We did file a pleading in respect to these depositions, but

20  I believe it applies to depositions in general.  Would that

21  be appropriate?

22         THE COURT:  Well, I received a statement --

23         MR. TEITELBAUM:  Yes, sir.

24         THE COURT:  -- and it doesn't call for the Court

25  to order any relief, but if you'd like the floor for a

1   moment, you may have it.

2          MR. TEITELBAUM:   Thank you. The reason that we

3   filed this was that in an effort to proceed with whatever

4   discovery would need to be, or parties believe would be

5   appropriate in this compressed period, had a discussion

6   actually with Mr. Siegel about, to the extent that

7   depositions would go forward, that it makes sense that it

8   would be at least telephonic access for parties to

9   participate in the interest of time, expense, et cetera.  I

10  don't believe Mr. Siegel had a disagreement in principle,

11  but you know, we could not necessarily reach agreement that

12  that would take place, and whether this is an addendum to

13  the scheduling order or in connection with this discovery,

14  and given the compressed time, we would request that the

15  part -- to the extent that depositions take place, that the

16  parties conducting those depositions make access available

17  by telephone to parties to participate, and that's really

18  the relief, if you will, in the context of trying to reach a

19  sensible approach to discovery we would put before the

20  Court.

21          THE COURT:   Well, I'll hear from others who wish

22  to be heard on that topic.

23          MR. SIEGEL:   Your Honor, this is Martin Siegel,

24  very quickly.  I received an e-mail from Mr. Bradford that

25  said he was trying to speak in response to your invitation

1  for him to do so, and Court Call did not appear to be

2  working, couldn't -- he couldn't speak or you couldn't hear

3  him.  Before I do that, just to respond to Mr. Teitelbaum

4  very quickly because the conversation was with me.  He asked

5  me if we would be arranging -- the depositions we had

6  noticed were supposed to be in Chicago at the Sidley office.

7  So what I said was if it was my office, I would do it.  I

8  can't agree until I have an opportunity to speak to the

9  person who's hosting the deposition, and then we'll work it

10 out.  I'm certain if there are any depositions, we will be

11 able to work it out.  It was just a mechanical thing that I

12 couldn't speak for somebody else who was hosting the

13 deposition.

14        THE COURT:  When the --

15        MR. SIEGEL:  So I don't think it's really an

16 issue.

17        THE COURT:  When are the depositions scheduled to

18 take place?

19        MR. SIEGEL:  Well, they were scheduled for the

20 16th, and those are the depositions that I believe we will be

21 able to cancel and not go forward.  So it was just when I

22 spoke to Mr. Teitelbaum and he asked the question I couldn't

23 speak for somebody else.  I don't think it would be a

24 problem, but since I wasn't hosting the deposition, I just

25 said I had to check.  So I -- I don't think it's really an

1  issue and we will work it out because I don't think the

2  Court needs to be involved in that.  We understand his

3  request and --

4          UNKNOWN:  They gave you a listen-only line.

5          MR. BENDERNAGEL:  Your Honor, this is Jim

6  Bendernagel.  The depositions were scheduled at Sidley, and

7  we'll accommodate whatever needs are necessary in that

8  regard for Mr. Teitelbaum.  He tried to call me this

9  morning, but I didn't get back to him.  I presume that's

10  what it was about.

11          MR. TEITELBAUM:  Yes.

12          THE COURT:  All right.  Thank you.  And look, to

13  the extent, Mr. Teitelbaum, that you'd like relief from the

14  Court, what you'll need to do is file a motion and a motion

15  to shorten -- if you want to get on for next Wednesday if

16  there's an issue about that.

17          MR. TEITELBAUM:  Thank you, Your Honor.

18          THE COURT:  Okay.  Mr. Bradford, have you been

19  able to break into the call yet?

20          MR. BRADFORD:  Your Honor, can you hear me?  This

21  is David Bradford from Jenner & Block.

22          THE COURT:  Yes, I can.

23          MR. BRADFORD:  Oh, terrific.  Thank you, Your

24  Honor.  I was trying to speak several times, and I'm happy

25  that we're not patched through to the Court.  I simply

 1   wanted to confirm, on behalf of EGI-TRB, the agreement that

 2   Mr. Siegel recounted, but wanted to note that when Mr.

 3   Siegel referred to an agreement that certain documents would

 4   be admitted, we're not agreeing to the admission into

 5   evidence of any documents because they're subject to a

 6   relevance objection, and in some cases double hearsay

 7   objections, but we're certainly agreeing to stipulation to

 8   the foundation and even to a business records status for the

 9   documents.  So hopefully with one or two exceptions related

10   to double hearsay, the only issue for the Court will be the

11   relevance of the documents in light of the [indiscernible]

12   evidence issue.  I simply did not want the record to reflect

13   that we were agreeing that they would be admitted into

14   evidence.

15              THE COURT:  All right.  Mr. Siegel --

16              MR. BENDERNAGEL:  Your Honor, this is Jim

17   Bendernagel.  Can I comment just on this issue for a brief

18   second?

19              THE COURT:

20              MR. BENDERNAGEL:  I assume this is the case, but

21   it probably ought to just be explicit.  I assume that

22   whatever stipulation is going to get circulated will be

23   circulated more widely than simply Wilmington Trust and EGI-

24   TRB so that, you know, other parties can weigh in.  I assume

25   that whatever relief is granted in the stipulation is going

1  to be limited to this particular proceeding.  I think

2  that'll help other people realize that they're not at risk

3  of conceding something in some other proceeding.  That's how

4  we've done it in the past, but rather than wait until

5  Wednesday to have that discussion, I thought it would

6  probably be helpful to us to note that I assume that that's

7  going to happen.  If that's not going to happen, put people

8  on notice if that's, you know, one issue.

9            THE COURT:  Well anything that can streamline

10 anything that involves the Court would be appreciated by me.

11           MR. BENDERNAGEL:  We'll work to accomplish that,

12 Your Honor --

13           THE COURT:  All right.

14           MR. BENDERNAGEL:  -- as long as we're given

15 notice of what's going on.

16           THE COURT:  Thank you.  Is there anything further

17 for today?

18                  (No audible response)

19    All right.  Thank you all very much.  That concludes

20 this hearing.  Have a good weekend, everyone. Court will

21 stand adjourned.

22           MR. TEITELBAUM:  Thank you, Your Honor.

23           MR. BENDERNAGEL:  Thank you.

24    (Whereupon, at 1:14 p.m., the hearing was adjourned.)

25

16

1                         CERTIFICATION

2              I certify that the foregoing is a correct

3    transcript from the electronic sound recording of the

4    proceedings in the above-entitled matter.

5

6

7    _____          14 February 2012
8    Georgianne Sarbaugh, Transcriber                    Date
9

10

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **a.m**(1) 1:15 | | **before**(3) 1:19 11:19 12:3 | | **connection**(1) 11:13 | | **entitled**(1) 9:7 | |

a.m(1) 1:15
able(6) 9:10 9:13 10:7 12:11 12:21 13:19
about(3) 11:6 13:10 13:16
aboveentitled (1) 16:4
access(2) 11:8 11:16
accommodate(1) 13:7
accomplish(1) 15:11
actually(1) 11:6
adam(1) 2:18
addendum(1) 11:12
adjourn(1) 10:1
adjourned(2) 15:21 15:24
adler(1) 3:72
administered(1) 1:6
admission(1) 14:4
admit(1) 8:23
admitted(3) 8:24 14:4 14:13
afternoon(3) 8:6 8:11 9:12
again(1) 10:4
agree(1) 12:8
agreeing(3) 14:4 14:7 14:13
agreement(10) 3:15 6:5 8:17 8:20 8:22 9:1 9:5 11:11 14:1 14:3

akin(1) 2:44
alan(1) 7:8
all(8) 8:19 10:15 10:18 13:12 14:15 15:13 15:19 15:19

allinson(1) 2:10
allison(1) 4:19
already(1) 10:3
also(2) 9:5 9:15
alternative(1) 9:17
amalgamated(1) 7:7
amanda(1) 2:54
america(2) 4:36 4:42
and(32) 5:55 8:10 8:15 8:19 8:20 9:10 9:11 9:17 9:20 9:22 10:2 10:4 10:5 10:7 10:24 11:12 11:14 11:17 12:1 12:9 12:20 12:21 12:22 13:1 13:3 13:6 13:12 13:14 13:24 14:6 14:8 14:23

anderson(1) 3:7
andrew(3) 5:27 6:21 7:13
any(6) 8:25 9:1 9:7 10:25 12:10 14:5
anyone(2) 10:10 10:12
anything(3) 15:9 15:10 15:16
appear(1) 12:1
applies(1) 10:20
appreciated(1) 15:10
approach(1) 11:19
appropriate(2) 10:21 11:5
are(11) 8:23 9:10 9:13 9:17 9:18 9:24 10:5 12:10 12:17 12:20 13:7

armstrong(2) 6:33 6:33
arranging(1) 12:5
ashby(1) 2:52
asked(2) 12:4 12:22
asset(2) 5:44 5:45
assume(4) 14:20 14:21 14:24 15:6
attorneys(1) 8:12
audible(2) 10:14 15:18
aurelius(2) 2:43 2:57
austin(2) 1:23 4:16
available(1) 11:16
avoid(1) 9:19
back(1) 13:9
bale(1) 5:67
banc(2) 2:4 5:60
bank(4) 4:36 4:42 5:54 7:7
bankruptcy(2) 1:1 1:20
barclays(2) 6:41 6:41
barnes(1) 2:36
baskin(1) 3:25
because(5) 9:7 9:15 12:4 13:1 14:5
become(1) 9:15
been(2) 9:15 13:18

before(3) 1:19 11:19 12:3
behalf(4) 8:9 10:13 10:17 14:1
believe(5) 10:3 10:20 11:4 11:10 12:20
bendernagel(9) 1:24 13:5 13:6 14:16 14:17 14:20 15:11 15:14 15:23

bennett(1) 6:3
benson(1) 3:46
between(2) 8:20 10:5
bigalow(1) 5:15
blake(1) 3:17
blank(1) 6:16
block(2) 6:20 13:21
bockius(1) 5:60
boelter(1) 4:17
both(1) 9:22
bowden(1) 2:53
bradford(6) 9:5 11:24 13:18 13:20 13:21 13:23

brady(1) 3:18
break(1) 13:19
brief(1) 14:17
brown(2) 3:39 8:12
bruce(1) 6:3
business(6) 8:24 9:16 9:18 9:23 9:24 14:8
but(12) 8:21 8:28 9:19 10:19 10:25 11:11 12:24 13:9 14:2 14:7 14:20 15:4

cadwalder(1) 5:55
call(5) 10:18 10:24 12:1 13:8 13:19
can(7) 8:13 8:22 13:20 13:22 14:17 14:24 15:9

cancel(1) 12:21
cantigny(1) 5:32
cantor(1) 4:38
can't(1) 12:8
capital(7) 2:43 2:57 5:20 5:66 5:66 6:1 6:41

carey(2) 1:19 8:6
carickhoff(1) 6:17
carlyle(1) 2:4
carol(1) 5:67
case(4) 1:5 4:79 8:26 14:20
cases(1) 14:6
certain(2) 12:10 14:3
certainly(2) 8:26 14:7
certification(2) 9:18 16:1
certify(1) 16:2
cetera(1) 11:9
chadbourne(1) 2:23
chapter(2) 1:8 8:7
chase(1) 2:66
check(1) 12:25
chicago(1) 12:6
chung(1) 4:43
circulated(2) 14:22 14:23
citigroup(1) 5:24
clear(1) 8:15
cleary(1) 3:17
cobb(1) 2:16
cole(1) 1:30
come(1) 9:23
comfortable(1) 10:5
comment(1) 14:17
committee(1) 2:16
common(1) 5:59
company(3) 1:8 7:1 8:7
compel(2) 9:4 10:2
compensation(1) 4:63
complete(1) 9:12
compressed(2) 11:5 11:14
conaway(1) 3:16
conceding(1) 15:3
concludes(1) 15:19
conducting(1) 11:16
confirm(1) 14:1

connection(1) 11:13
context(1) 11:18
continued(1) 2:2
conversation(1) 12:4
corbi(2) 6:24 6:25
corporation(1) 5:20
correct(1) 16:2
corroon(1) 3:7
could(2) 9:17 11:11
couldn't(5) 12:2 12:2 12:2 12:12 12:22
counsel(3) 8:10 8:17 9:16
course(1) 8:19
court(29) 1:1 8:5 8:9 8:15 10:3 10:9 10:12 10:22 10:24 10:24 11:20 11:21 12:1 12:14 12:17 13:2 13:12 13:14 13:18 13:22 13:25 14:10 14:15 14:19 15:9 15:10 15:13 15:16 15:20

courtroom(1) 1:10
cover(1) 9:13
covered(1) 9:22
credit(2) 3:15 6:5
creditors(1) 2:17
dan(1) 2:17
daniel(5) 2:46 4:38 4:39 6:12 6:28
data(1) 1:40
date(1) 16:8
dave(2) 4:29 6:17
david(2) 3:72 13:21
davidson(1) 4:8
davis(1) 2:66
dbtca(1) 3:66
deal(1) 8:27
debenture(1) 3:46
debtor(1) 4:16
debtors(2) 1:12 1:23
defendant's(1) 4:63
defendants(1) 4:62
delaware(4) 1:2 1:12 6:33 8:1
deposition(4) 9:24 12:9 12:13 12:24
depositions(12) 9:1 9:14 10:19 10:20 11:7 11:15 11:16 12:5 12:10 12:17 12:20 13:6

deutsch(1) 2:24
dewey(3) 6:2 6:6 6:12
diamond(1) 4:13
diaz(1) 1:40
did(3) 10:19 12:1 14:12
didn't(1) 13:9
disagreement(1) 11:10
discovery(4) 8:18 11:4 11:13 11:19
discussion(2) 11:5 15:5
dispute(2) 8:19 9:20
district(1) 1:2
dla(2) 6:37 6:37
document(1) 8:19
documentation(2) 8:21 10:5
documents(11) 8:23 9:4 9:8 9:11 9:12 9:21 9:23 14:3 14:5 14:9 14:11

does(3) 9:7 10:10 10:12
doesn't(1) 10:24
done(2) 8:22 15:4
don't(6) 9:8 11:10 12:15 12:23 12:25 13:1
double(3) 8:27 14:6 14:10
douglas(1) 2:24
e-mail(1) 11:24
ecro(1) 1:38
effort(1) 11:3
egi(3) 9:4 10:13 14:23
egi-trb(5) 6:16 8:10 8:18 8:25 14:1
eldersveld(1) 4:29
electronic(2) 1:46 16:3
eli(1) 2:72
elliot(1) 2:67
elliott(1) 7:1
else(2) 12:12 12:23
employees(1) 4:62
english(1) 3:66

entitled(1) 9:7
ephraim(1) 4:13
esq(65) 1:24 1:25 1:32 1:33 2:5 2:11 2:17 2:18 2:24 2:30 2:41 2:46 2:53 2:54 2:67 2:72 2:76 3:8 3:17 3:18 3:26 3:40 3:48 3:67 3:72 4:9 4:13 4:17 4:19 4:23 4:24 4:37 4:38 4:39 4:43 4:47 4:65 4:67 4:80 4:84 5:16 5:21 5:26 5:27 5:34 5:38 5:46 5:56 5:61 6:3 6:7 6:9 6:13 6:17 6:21 6:25 6:29 6:34 6:38 6:42 6:46 7:2 7:4 7:8 7:13

essentially(1) 8:22
establish(1) 9:24
ester(1) 4:43
evan(1) 4:37
even(2) 9:19 14:8
everyone(1) 15:20
evidence(3) 14:5 14:12 14:14
exceptions(1) 14:9
exchange(1) 8:8
expense(1) 11:9
explicit(1) 14:21
ext(1) 4:68
extent(3) 11:6 11:15 13:13
far(1) 9:4
fargo(1) 4:79
february(4) 1:14 8:1 10:9 16:7
federal(1) 9:19
feld(1) 2:44
file(2) 10:19 13:14
filed(1) 11:3
finger(1) 2:75
floor(1) 10:25
for(64) 1:2 1:23 2:4 2:10 2:16 2:36 2:43 2:66 3:7 3:15 3:25 3:39 3:46 3:66 4:8 4:16 4:36 4:62 4:79 5:15 5:24 5:31 5:37 5:44 5:54 5:58 5:65 6:1 6:5 6:12 6:16 6:24 6:28 6:32 6:37 6:41 6:45 7:1 7:7 7:11 8:12 8:13 8:18 8:25 8:26 9:2 9:2 9:13 9:16 10:2 10:24 10:25 11:8 12:1 12:12 12:19 12:23 13:8 13:15 14:8 14:10 14:17 15:17

foregoing(1) 16:2
forman(1) 1:30
forward(2) 11:7 12:21
foundation(3) 5:32 5:33 14:8
fox(1) 4:83
frank(2) 4:64 4:65
friedman(1) 3:46
from(7) 8:12 9:4 11:21 11:24 13:13 13:21 16:3

fuks(1) 5:46
fund(1) 5:59
further(2) 10:7 15:16
garrison(1) 5:25
gary(1) 4:33
gave(1) 13:4
gecker(1) 4:64
geddes(1) 2:52
general(1) 10:20
georgianne(1) 16:8
get(7) 8:22 9:9 9:20 10:6 13:9 13:15 14:22
given(2) 11:14 15:14
gmp(1) 7:12
going(5) 14:22 14:25 15:7 15:7 15:15
golden(1) 2:46
good(3) 8:5 8:11 15:20
gordon(1) 5:27
granted(1) 14:25
great(2) 2:4 5:60
greenleaf(1) 7:1
greissman(1) 4:80
grounds(1) 8:27
group(3) 4:64 5:37 5:37
gump(1) 2:44
gwen(1) 5:16

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **had**(4) 11:5 11:10 12:5 12:25 | | **kerriann**(1) 4:23 | | **need**(4) 9:6 10:6 11:4 13:14 | | **rath**(2) 2:16 2:17 | |
| **hadley**(1) 7:7 | | **kevin**(2) 1:19 1:25 | | **needs**(2) 13:2 13:7 | | **rather**(1) 15:4 | |
| **halcyon**(2) 5:44 5:45 | | **kjc**(1) 1:5 | | **new**(1) 5:58 | | **reach**(3) 9:14 11:11 11:18 | |
| **hamilton**(1) 4:46 | | **knight**(1) 6:45 | | **next**(3) 10:2 10:4 13:15 | | **reached**(2) 8:17 9:5 | |
| **hannafan**(2) 6:45 6:45 | | **know**(4) 8:19 11:11 14:24 15:8 | | **nolan**(1) 5:16 | | **reaching**(1) 8:28 | |
| **happen**(2) 15:7 15:7 | | **kovach**(1) 6:34 | | **norman**(1) 1:32 | | **realize**(1) 15:2 | |
| **happens**(1) 8:21 | | **landis**(2) 2:16 2:18 | | **not**(11) 9:1 9:7 9:13 11:11 12:1 12:21 | | **really**(3) 11:17 12:15 12:25 | |
| **happy**(1) 13:24 | | **lantry**(1) 1:25 | | 13:25 14:4 14:12 15:2 15:7 | | **reason**(2) 9:14 11:2 | |
| **harrisburg**(1) 1:42 | | **laurie**(1) 3:8 | | | | **rebecca**(1) 2:41 | |
| **hauer**(1) 2:44 | | **law**(1) 3:46 | | **note**(2) 14:2 15:6 | | **received**(3) 8:9 10:22 11:24 | |
| **have**(14) 8:19 8:25 9:1 9:7 9:9 9:13 9:15 | | **layton**(1) 2:75 | | **notice**(2) 15:8 15:15 | | **record**(2) 8:6 14:12 | |
| 9:23 10:3 11:1 12:8 13:18 15:5 15:20 | | **least**(2) 8:26 11:8 | | **noticed**(2) 9:2 12:6 | | **recorded**(1) 1:46 | |
| | | **leave**(2) 9:3 10:2 | | **now**(2) 8:14 10:5 | | **recording**(2) 1:46 16:3 | |
| **having**(2) 9:19 9:20 | | **leboeuf**(3) 6:2 6:6 6:12 | | **o'melveny**(1) 4:36 | | **records**(6) 8:24 9:16 9:18 9:23 9:25 14:8 | |
| **hazeltine**(1) 2:10 | | **lenders**(2) 3:16 6:6 | | **oaktree**(1) 6:1 | | **recounted**(1) 14:2 | |
| **hear**(5) 8:13 10:15 11:21 12:2 13:20 | | **leonard**(1) 1:31 | | **objection**(2) 8:27 14:6 | | **reed**(3) 4:67 6:32 6:33 | |
| **heard**(2) 10:12 11:22 | | **letters**(1) 8:9 | | **objections**(2) 8:25 14:7 | | **referred**(1) 14:3 | |
| **hearing**(4) 8:8 10:3 15:20 15:24 | | **lewis**(1) 5:60 | | **obviate**(1) 10:6 | | **reflect**(1) 14:12 | |
| **hearsay**(3) 8:27 14:6 14:10 | | **light**(1) 14:11 | | **office**(3) 4:36 12:6 12:7 | | **regard**(1) 13:8 | |
| **heiligman**(1) 4:67 | | **like**(3) 10:1 10:25 13:13 | | **official**(1) 2:16 | | **related**(3) 8:7 10:18 14:9 | |
| **help**(1) 15:2 | | **likely**(1) 9:15 | | **okay**(3) 8:16 10:9 13:18 | | **relevance**(3) 8:26 14:6 14:11 | |
| **helpful**(1) 15:6 | | **limited**(1) 15:1 | | **olivia**(1) 6:42 | | **relief**(4) 10:25 11:18 13:13 14:25 | |
| **he's**(1) 9:10 | | **line**(1) 13:4 | | **omnibus**(1) 10:4 | | **report**(1) 8:16 | |
| **him**(3) 12:1 12:3 13:9 | | **listen-only**(1) 13:4 | | **one**(3) 8:26 14:9 15:8 | | **represent**(2) 9:6 9:10 | |
| **his**(1) 13:2 | | **llc**(2) 2:10 7:12 | | **only**(1) 14:10 | | **request**(2) 11:14 13:3 | |
| **honor**(15) 8:11 8:17 8:22 9:9 10:1 10:11 | | **llp**(21) 1:23 2:23 2:29 2:44 3:7 3:25 4:8 | | **opportunity**(1) 12:8 | | **resolve**(1) 8:18 | |
| 10:16 11:23 13:5 13:17 13:20 13:24 14:16 | | 4:46 4:64 4:83 5:20 5:25 5:33 5:60 6:2 | | **order**(2) 10:25 11:13 | | **respect**(1) 10:19 | |
| 15:12 15:22 | | 6:6 6:12 6:16 6:20 6:24 6:37 | | **other**(4) 9:2 14:24 15:2 15:3 | | **respond**(1) 12:3 | |
| | | | | **others**(1) 11:21 | | **response**(4) 10:14 10:15 11:25 15:18 | |
| **honorable**(1) 1:19 | | **long**(1) 15:14 | | **ought**(1) 14:21 | | **responsive**(1) 9:8 | |
| **hopeful**(1) 8:21 | | **look**(1) 13:12 | | **our**(1) 9:2 | | **result**(1) 8:8 | |
| **hopefully**(2) 8:18 14:9 | | **loud**(1) 8:15 | | **out**(3) 12:10 12:11 13:1 | | **retirees**(2) 3:25 10:17 | |
| **horan**(1) 2:5 | | **ltd**(1) 6:45 | | **over**(1) 8:10 | | **retirement**(1) 5:59 | |
| **hosting**(3) 12:9 12:12 12:24 | | **lugano**(1) 1:38 | | **p.a**(1) 1:31 | | **review**(1) 9:21 | |
| **how**(1) 15:3 | | **lynch**(2) 3:7 5:19 | | **p.m**(2) 8:2 15:24 | | **richard**(2) 6:24 6:25 | |
| **igor**(1) 5:46 | | **madlyn**(1) 5:21 | | **park**(1) 4:9 | | **richards**(1) 2:75 | |
| **inc**(1) 6:41 | | **make**(1) 11:16 | | **parke**(1) 2:23 | | **rifkind**(1) 5:24 | |
| **indenture**(1) 8:13 | | **makes**(1) 11:7 | | **part**(1) 11:15 | | **right**(5) 10:15 13:12 14:15 15:13 15:19 | |
| **indiscernible**(1) 14:11 | | **maman**(1) 5:56 | | **participate**(2) 11:9 11:17 | | **risk**(1) 15:2 | |
| **interest**(1) 11:9 | | **management**(7) 2:44 2:57 5:45 5:45 5:66 | | **particular**(1) 15:1 | | **robert**(3) 2:76 3:18 5:31 | |
| **into**(3) 13:19 14:4 14:13 | | 5:66 6:2 | | **parties**(7) 9:16 9:20 11:4 11:8 11:16 | | **roberts**(1) 7:11 | |
| **invitation**(1) 11:25 | | | | 11:17 14:24 | | **rome**(1) 6:16 | |
| **involved**(3) 9:9 9:20 13:2 | | **marino**(1) 6:38 | | | | **rose**(1) 6:24 | |
| **involves**(1) 15:10 | | **market**(1) 1:11 | | **partners**(1) 4:12 | | **rosenman**(1) 5:33 | |
| **issue**(9) 9:6 10:7 12:16 13:1 13:16 14:10 | | **martin**(3) 3:40 8:12 11:23 | | **past**(1) 15:4 | | **ross**(2) 4:19 4:24 | |
| 14:12 14:17 15:8 | | **matter**(3) 8:10 10:18 16:4 | | **patched**(1) 13:25 | | **roth**(1) 4:8 | |
| | | **matthew**(2) 2:58 3:48 | | **paul**(1) 5:24 | | **rothschild**(1) 4:83 | |
| **it's**(2) 12:15 12:25 | | **mauceri**(1) 5:61 | | **pennock**(1) 5:26 | | **royal**(1) 5:54 | |
| **i'll**(2) 8:10 11:21 | | **mauro**(1) 6:42 | | **pennsylvania**(1) 1:42 | | **rudnick**(2) 3:39 8:12 | |
| **i'm**(3) 8:16 12:10 13:24 | | **may**(3) 8:25 10:17 11:1 | | **people**(2) 15:2 15:7 | | **rule**(1) 9:6 | |
| **james**(4) 1:24 2:30 6:9 6:46 | | **mayer**(1) 3:67 | | **pepper**(1) 4:46 | | **rules**(1) 9:19 | |
| **jay**(2) 3:26 10:16 | | **mccarter**(1) 3:66 | | **period**(1) 11:5 | | **said**(3) 11:25 12:7 12:25 | |
| **jeffrey**(1) 4:84 | | **mccloy**(1) 7:7 | | **pernick**(1) 1:32 | | **sarbaugh**(1) 16:8 | |
| **jenner**(2) 6:20 13:21 | | **mccormick**(1) 5:31 | | **person**(1) 12:9 | | **schanne**(1) 4:47 | |
| **jessica**(1) 4:17 | | **mcguinness**(1) 6:46 | | **phones**(1) 8:13 | | **scheduled**(3) 12:17 12:19 13:6 | |
| **jim**(2) 13:5 14:16 | | **mechanical**(1) 12:11 | | **piper**(2) 6:37 6:37 | | **scheduling**(1) 11:13 | |
| **john**(2) 4:47 5:34 | | **meisel**(1) 1:30 | | **place**(3) 11:12 11:15 12:18 | | **schlerf**(1) 4:84 | |
| **johnston**(1) 6:9 | | **merrill**(2) 3:7 5:19 | | **pleading**(1) 10:19 | | **scholer**(1) 5:20 | |
| **jointly**(1) 1:6 | | **mester**(1) 6:7 | | **pleased**(1) 8:16 | | **schotz**(1) 1:30 | |
| **jonathan**(1) 7:2 | | **michael**(1) 6:13 | | **polk**(1) 2:66 | | **schulte**(1) 4:8 | |
| **jones**(1) 4:37 | | **michelle**(2) 5:56 6:38 | | **polsinelli**(1) 6:28 | | **schuylkill**(1) 1:41 | |
| **joseph**(1) 4:65 | | **millbank**(1) 7:7 | | **potter**(1) 3:7 | | **scotland**(1) 5:55 | |
| **joshua**(1) 6:7 | | **miller**(1) 7:11 | | **ppearances**(2) 1:22 2:1 | | **scott**(1) 4:80 | |
| **judge**(3) 1:19 1:20 8:6 | | **mills**(1) 4:23 | | **presume**(1) 13:9 | | **seaport**(2) 5:37 5:37 | |
| **just**(7) 10:17 12:3 12:11 12:21 12:24 | | **moment**(1) 11:1 | | **primoff**(1) 5:21 | | **searched**(1) 9:10 | |
| 14:17 14:21 | | **moot**(1) 9:15 | | **principle**(2) 8:20 11:10 | | **second**(1) 14:18 | |
| | | **more**(2) 9:12 14:23 | | **probably**(2) 14:21 15:6 | | **securities**(2) 7:12 7:12 | |
| **karen**(1) 4:9 | | **morgan**(3) 2:36 2:66 5:60 | | **problem**(2) 8:21 12:24 | | **seek**(1) 9:12 | |
| **kasowitz**(1) 3:46 | | **morning**(2) 8:17 13:9 | | **proceed**(2) 9:17 11:3 | | **seeking**(1) 8:23 | |
| **kate**(1) 1:33 | | **moskowitz**(1) 2:67 | | **proceeding**(2) 15:1 15:3 | | **seigel**(4) 8:11 8:12 8:16 10:11 | |
| **katharine**(1) 3:67 | | **motion**(7) 9:2 9:4 10:2 10:4 10:8 13:14 | | **proceedings**(4) 1:18 1:46 8:7 16:4 | | **selber**(1) 3:8 | |
| **katona**(1) 6:29 | | 13:14 | | **produced**(1) 1:47 | | **sending**(1) 9:11 | |
| **katten**(1) 5:33 | | | | **proskauer**(1) 6:24 | | **sense**(1) 11:7 | |
| **kaye**(1) 5:20 | | **motions**(1) 10:2 | | **put**(2) 11:19 15:7 | | **sensible**(1) 11:19 | |
| **kazan**(1) 6:28 | | **much**(1) 15:19 | | **question**(1) 12:22 | | **separately**(1) 8:28 | |
| **kazen**(1) 6:12 | | **muchin**(1) 5:33 | | **quickly**(2) 11:24 12:4 | | **service**(2) 1:40 1:47 | |
| **keeping**(1) 8:25 | | **myers**(1) 4:36 | | **rachel**(1) 5:61 | | **services**(1) 1:40 | |
| **kempner**(1) 4:8 | | **necessarily**(1) 11:11 | | **rafael**(1) 7:4 | | **set**(3) 8:8 9:12 10:4 | |
| **kenneth**(1) 5:38 | | **necessary**(1) 13:7 | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|
| several(1) 13:24 | | thau(1) 7:13 | | wednesday(3) 10:3 13:15 15:5 | |

several(1) 13:24
shamah(1) 4:39
shannon(1) 5:26
shanti(1) 6:29
shorten(1) 13:15
shughart(1) 6:28
sidley(4) 1:23 4:16 12:6 13:6
siegel(10) 3:40 11:6 11:10 11:23 11:23 12:15 12:19 14:2 14:3 14:15
sieger(1) 5:34
silverstein(1) 3:8
simply(3) 13:25 14:12 14:23
since(2) 10:18 12:24
sir(1) 10:23
slater(1) 5:15
smalley(1) 5:38
some(3) 9:13 14:6 15:3
somebody(2) 12:12 12:23
something(1) 15:3
sometimes(1) 8:20
sort(1) 10:17
sottile(1) 2:30
sound(2) 1:46 16:3
spaeder(1) 2:29
speak(6) 11:25 12:2 12:8 12:12 12:23
sperling(1) 5:15
spoke(1) 12:22
stand(1) 15:21
stanley(1) 2:36
stargatt(1) 3:16
state(1) 5:58
statement(1) 10:22
states(2) 1:1 1:20
status(1) 14:8
stearn(1) 2:76
stein(1) 3:48
stemerman(1) 7:2
stickles(1) 1:33
still(1) 8:25
stipulation(8) 8:24 9:13 9:14 9:19 10:6 14:7 14:22 14:25
stone(1) 7:8
strauss(1) 2:44
streamline(1) 15:9
street(2) 1:11 1:41
stromberg(1) 4:19
subject(4) 8:24 9:2 10:4 14:5
successful(1) 8:28
such(2) 9:9 9:11
sullivan(2) 2:10 2:11
supposed(1) 12:6
suttonbrook(2) 5:65 5:66
tabak(1) 7:11
taft(1) 5:55
take(5) 9:1 9:24 11:12 11:15 12:18
taylor(1) 3:16
teitelbaum(13) 3:25 3:26 10:16 10:17 10:23 11:2 12:3 12:22 13:8 13:11 13:13 13:17 15:22
telephone(1) 11:17
telephonic(3) 1:18 8:8 11:8
terrific(1) 13:23
than(2) 14:23 15:4
thank(9) 8:5 11:2 13:12 13:17 13:23 15:16 15:19 15:22 15:23
that(57) 8:9 8:17 8:18 8:20 8:21 8:23 8:23 8:28 9:2 9:2 9:6 9:8 9:10 9:12 9:18 9:24 10:5 10:6 10:9 10:20 11:2 11:3 11:6 11:7 11:7 11:11 11:12 11:14 11:15 11:15 11:22 11:24 12:3 12:11 12:20 13:2 13:7 13:13 13:16 13:25 14:1 14:2 14:3 14:13 14:13 14:21 14:24 14:25 15:2 15:5 15:6 15:6 15:9 15:10 15:11 15:19 16:2
that'll(1) 15:2
that's(6) 11:17 13:9 15:3 15:6 15:7 15:8

thau(1) 7:13
the(102) 1:1 1:2 1:19 5:37 8:5 8:6 8:6 8:9 8:10 8:13 8:15 8:18 8:20 8:20 8:22 8:23 9:1 9:4 9:6 9:12 9:13 9:14 9:14 9:16 9:18 9:19 9:20 9:21 9:22 9:24 10:1 10:2 10:4 10:6 10:7 10:9 10:12 10:17 10:18 10:22 10:24 10:24 10:25 11:2 11:6 11:9 11:13 11:14 11:14 11:15 11:15 11:18 11:18 11:19 11:21 12:4 12:5 12:6 12:8 12:9 12:12 12:14 12:14 12:17 12:17 12:19 12:20 12:22 12:24 13:1 13:6 13:12 13:13 13:13 13:18 13:19 13:22 13:25 14:1 14:4 14:8 14:8 14:10 14:10 14:10 14:11 14:11 14:12 14:15 14:19 14:20 14:25 15:4 15:9 15:10 15:13 15:16 15:24 16:2 16:3 16:3 16:4
them(1) 9:11
then(3) 9:23 10:6 12:9
there(3) 9:10 12:10 15:16
there's(3) 8:26 9:6 13:16
these(1) 10:19
they(7) 8:25 9:16 9:18 9:24 12:19 13:4 14:13
they're(4) 9:8 9:9 14:5 15:2
they've(1) 9:10
thing(1) 12:11
think(9) 9:5 9:14 9:17 9:22 12:15 12:23 12:25 13:1 15:1
third(1) 9:20
this(20) 8:6 8:7 8:11 8:17 9:11 10:7 10:16 11:3 11:5 11:12 11:13 11:23 13:5 13:8 13:20 14:16 14:17 14:20 15:1 15:20
thomas(3) 2:5 4:24 6:34
thornburg(1) 2:36
thorp(2) 6:32 6:33
those(2) 11:16 12:20
thought(1) 15:5
through(1) 13:25
thursday(1) 8:1
time(2) 11:9 11:14
times(1) 13:24
timothy(1) 6:45
today(1) 15:17
topic(1) 11:22
torres(1) 3:46
touch(1) 9:15
transcriber(1) 16:8
transcript(3) 1:18 1:47 16:3
transcription(2) 1:40 1:47
trb(1) 14:24
tribune(4) 1:8 4:16 4:28 8:7
tried(1) 13:8
trust(4) 2:10 8:10 8:13 14:23
trustee(1) 8:13
trying(3) 11:18 11:25 13:24
turn(1) 8:10
tweed(1) 7:7
two(1) 14:9
under(1) 9:18
understand(1) 13:2
united(2) 1:1 1:20
unknown(1) 13:4
unsecured(1) 2:17
until(3) 10:2 12:8 15:4
vail(1) 6:21
very(6) 8:21 10:5 10:18 11:24 12:4 15:19
vonnegut(1) 2:72
wait(1) 15:4
wanser(1) 6:13
want(2) 13:15 14:12
wanted(2) 14:1 14:2
was(12) 8:8 11:3 11:25 12:4 12:7 12:7 12:11 12:12 12:21 13:10 13:24 15:24
wasn't(1) 12:24
ways(1) 9:22

wednesday(3) 10:3 13:15 15:5
weekend(1) 15:20
weigh(1) 14:24
weiss(1) 5:24
weitman(1) 4:33
well(4) 10:22 11:21 12:19 15:9
wells(1) 4:79
were(4) 12:6 12:19 13:6 14:13
we'd(1) 10:1
we'll(4) 8:27 12:9 13:7 15:11
we're(10) 8:6 8:21 8:28 9:7 9:22 10:18 13:25 14:4 14:7 15:14
we've(2) 9:5 15:4
wharton(1) 5:24
what(4) 10:1 12:7 13:10 13:14
whatever(4) 11:3 13:7 14:22 14:25
what's(1) 15:15
when(5) 10:3 12:14 12:17 12:21 14:2
whereupon(1) 15:24
whether(2) 9:7 11:12
which(1) 8:27
white(1) 4:79
who(2) 11:21 12:12
whose(1) 9:16
who's(1) 12:9
wickersham(1) 5:55
widely(1) 14:23
will(18) 8:18 8:23 8:23 9:1 9:5 9:11 9:15 9:19 10:6 10:6 10:7 11:18 12:10 12:20 13:1 14:10 14:22 15:20
william(2) 2:11 2:53
wilmington(6) 1:12 2:10 8:1 8:9 8:12
winfree(1) 2:54
wish(2) 10:12 11:21
with(9) 8:17 8:27 9:16 9:17 11:3 11:6 11:13 12:4 14:9
withdraw(1) 10:7
withholding(1) 9:8
womble(1) 2:4
won't(1) 9:23
work(4) 12:9 12:11 13:1 15:11
working(1) 12:2
workman(1) 2:41
would(16) 10:9 10:20 11:4 11:4 11:7 11:8 11:12 11:14 11:19 12:5 12:7 12:23 14:3 14:13 15:5 15:10
wtc(1) 3:39
www.diazdata.com(1) 1:44
yes(4) 10:11 10:23 13:11 13:22
yet(1) 13:19
york(1) 5:58
you(20) 8:5 8:13 11:1 11:2 11:11 11:18 12:2 13:4 13:12 13:15 13:17 13:18 13:20 13:23 14:24 15:8 15:16 15:19 15:22 15:23
young(1) 3:16
your(16) 8:11 8:16 8:22 9:9 10:1 10:11 10:16 11:23 11:25 13:5 13:17 13:20 13:23 14:16 15:12 15:22
you'd(2) 10:25 13:13
you'll(1) 13:14
zabel(1) 4:8
zahralddin-aravena(1) 7:4
zloto(1) 2:58
zuckerman(1) 2:29