# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 2/14/2012 |
| Case: 08−13141−KJC | Form ID: ntcBK | Total: 24 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Bryan Krakauer | bkrakauer@sidley.com |
| aty | Carl D. Neff | cneff@ciardilaw.com |
| aty | J. Kate Stickles | kstickles@coleschotz.com |
| aty | J. Kate Stickles | kstickles@coleschotz.com |
| aty | John H. Strock, III | jstrock@foxrothschild.com |
| aty | Michael A. Henry | mhenry@grossmcginley.com |
| aty | Norman L. Pernick | bankruptcy@coleschotz.com |
| aty | Patricia K. Smoots | psmoots@mcguirewoods.com |
| aty | Patrick J. Reilley | preilley@coleschotz.com |
| aty | Patrick Theodore Garvey | garveyp@jbltd.com |
| aty | Robert S. Brady | bankfilings@ycst.com |

TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Tribune Company        435 N. Michigan Avenue        Chicago, IL 60611 | | |
| aty | Carl D. Neff        Ciardi Ciardi &Astin        919 N. Market Street        Suite 700        Wilmington, DE 19801 U.S.A. | | |
| aty | Edward Cerasia, II        Seyfarth Shaw LLP        620 Eighth Avenue        32nd Floor        New York, NY 10018 | | |
| aty | George R. Dougherty        Grippo &Elden LLC        111 S. Wacker Drive        Chicago, IL 60606 | | |
| aty | Gregory Kopacz        McDermott, Will &Emery LLP        340 Madison Avenue        New York, NY 10173−3922 | | |
| aty | Holly Snow        Paul Hastings LLP        191 N. Wacker Drive, 30th Floor        Chicago, IL 60606 | | |
| aty | James F. Conlan        Sidley Austin LLP        One South Dearborn Street        Chicago, IL 60603 | | |
| aty | Jared D. Zajac        McDermott Will &Emery LLP        340 Madison Avenue        New York, NY 10173−0002 | | |
| aty | John R. McCambridge        Grippo &Elden        111 S. Wacker Drive        Chicago, IL 60606 | | |
| aty | Michael W. Kazan        Grippo &Elden LLC        111 S. Wacker Drive        Chicago, IL 60606 | | |
| aty | Patrick T. Nash        Grippo &Elden        111 S. Wacker Drive        Chicago, IL 60606 | | |
| aty | Stephen Novack        Novack and Macey LLP        100 North Riverside Plaza        Chicago, IL 312−419−6900 312−419−6928 | | |

TOTAL: 12