## TRIBUNE COMPANY, et al.
## Case No. 08-13141 (KJC)

### Exhibit "A" to Omnibus Order Approving Fee Applications for the Compensation Period June 1, 2010 - August 31, 2010

| APPLICANT AND TITLE | DKT. NO. | INTERIM FEES APPROVED | INTERIM EXPENSES APPROVED | TOTAL AMOUNT APPROVED |
|---|---|---|---|---|
| **Debtors' Professionals** | | | | |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. (Counsel to Debtors) | 6432 | $425,928.50 | $17,087.22 | $443,015.72 |
| Sidley Austin LLP (Counsel to Debtors) | 8827 | $7,077,989.87 | $304,357.14 | $7,382,347.01 |
| Alvarez & Marsal North America (Restructuring Advisors to Debtors) | 5949 | $1,587,319.00 | $1,034.59 | $1,588,353.59 |
| Daniel J. Edelman, Inc. (Corporate Communications and Investor Relations Consultants to Debtors) | 5978 | $29,230.00 | $28.89 | $29,258.89 |
| Dow Lohnes PLLC (Special Regulatory Counsel) | 5957 | $715,652.00 | $3,918.47 | $719,570.47 |
| Ernst & Young LLP (Valuation and Business Modeling, and Marketing Survey Services) | 7431 | $880,325.00 | $50,277.40 | $930,602.40 |
| Jenner & Block LLP (Special Counsel for Certain Litigation Matters for Debtors) | 5990 | $569,910.50 | $16,674.88 | $586,585.38 |
| Lazard Frères & Co. LLC (Investment Bankers to Debtors) | 5955 | $600,000.00 | $52,414.84 | $652,414.84 |
| McDermott Will & Emery LLP (Special Counsel for General Domestic Legal Matters for Debtors) | 6151 | $714,380.25 | $4,858.14 | $719,238.39 |
| Paul Hastings LLP (Special Counsel for General Real Estate for Debtors) | 5950 | $45,290.50 | $26.43 | $45,316.93 |
| PricewaterhouseCoopers LLP (Compensation and Tax Advisors and Independent Auditors to Debtors) | 5989 | $581,071.60 | $979.76 | $582,051.36 |
| Reed Smith LLP (Special Counsel for Certain Litigation Matters for Debtors) | 5897 | $85,341.00 | $1,572.03 | $86,913.03 |
| Mercer (US) Inc. (Compensation Consultants to Debtors) | 5988 | $444,281.30 | $14,847.76 | $459,129.06 |
| Seyfarth Shaw LLP (Employment Litigation Counsel to Debtors) | 5979 | $166,072.45 | $7,758.88 | $173,831.33 |
| **Fee Examiner** | | | | |
| Stuart Maue (Fee Examiner) | 5964 | $216,892.50 | $932.05 | $217,824.55 |
| **Creditors' Committee's Professionals** | | | | |
| Chadbourne & Parke LLP (Counsel to Committee) | 5970 | $4,280,994.00 | $198,368.59 | $4,479,362.59 |
| Landis Rath & Cobb LLP (Co-Counsel to Committee) | 5971 | $336,235.00 | $17,652.89 | $353,887.89 |
| AlixPartners, LLP (Financial Advisor to Committee) | 5972 | $585,180.50 | $1,418.28 | $586,598.78 |
| Moelis & Company LLC (Financial Advisor and Investment Banker to Committee) | 5973 | $600,000.00 | $5,003.63 | $605,003.63 |
| Zuckerman Spaeder LLP (Special Counsel to Committee) | 5974 | $438,054.00 | $846,762.96 | $1,284,816.96 |
| **Committee Members** | | | | |
| Committee Members [William A. Niese; Wayne Smith at Warner Brothers; William Salganik, Esquire for Washington-Baltimore Newspaper Guild; Robert E. Paul, Esquire for Washington-Baltimore Newspaper Guild Counsel] | 5506 | $0.00 | $3,844.51 | $3,844.51 |

#8228168.1