# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** February 15, 2012

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Martin S. Siegel | Brown Rudnick | Wilmington Trust, Ind Tree for Ph Notes |
| Blake Cleary | Young Conaway Stargatt & Taylor | Credit Agreement Lenders |
| David Zensky | Akin Gump Strauss | Aurelius Capital Mgmt |
| Daniel Golden | " | " |
| Katharine Mayer | McCarter & English | DBTCA |
| Laurie Selber Silverstein | Potter Anderson & Corroon | Merrill Lynch |
| R. Stephen McNeill | " | " |
| Kate Stickles | Cole Schotz | Tribune Company |
| Thomas Henderson | Sidley Austin | " |
| Kevin Lantry | Sidley Austin | " |
| Dave Deutsch | Chadbourne | Committee |
| Jim Sottile | Zuckerman | " |
| Daniel Rath | Landis Rath & Cobb | " |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** February 15, 2012

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| William Sullivan | Sullivan Hazeltine Allinson | Wilmington Trust |
| Thomas Hogan | Womble Carlyle Sandridge & Rice | 1) Great Banc 2) IBS Pension Financial |
| Rebecca Workman | Barnes & Thornburg LLP | Morgan Stanley |
| Sheron Korpus | Kasowitz Benson | Law Debenture |
| Drew Sloan | Richards Layton & Finger | JP Morgan |
| David Klauder | U.S. Trustee | U.S. Trustee |
| Joseph Grey | Cross & Simon | Winterthur |

# Court Conference

**Calendar Date:** 02/15/2012
**Calendar Time:** 10:00 AM ET

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

*2nd Revision 02/15/2012 06:15 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4560319 | David J. Adler | (212) 609-6847 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4763222 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4760076 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4762257 | Alexander Bilus | (215) 994-2608 | Dechert LLP | Interested Party, Dechert LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4766505 | Kristie M. Blase | (212) 756-2466 | Schulte Roth & Zabel LLP | Defendant(s), Schulte Roth & Zabel, LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4763783 | Jessica Boelter | 312-853-7030 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4762903 | David J. Bradford | (312) 923-2975 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4763911 | David Bralow | (312) 853-7163 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4765129 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4763240 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4765858 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4763276 | Andrew Caridas | 202-778-1855 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4764945 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4764979 | Michael D'Agostino | 860-240-2731 | Bingham McCutchen, LLP | Representing, Michael D'Agostino / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4714138 | Carrie Davenport | (312) 980-3805 | Shaw Gussis Fishman Glantz Wolfson | Creditor, Crane Kenney / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4762353 | Scott Davidson | (212) 556-2164 King & Spalding | Representing, General Motors Hourly Rate Employee Pension Trust / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4763196 | Douglas Deutsch | 212-408-5169 Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4767752 | Andrew Devore | (617) 951-7618 Ropes & Gray LLP | Representing, Marcia Tingley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4762158 | Ephraim Diamond | (646) 282-5841 DK Partners | Creditor, Davidson Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4740322 | George Dougherty | (312) 704-7700 Grippo & Elden, LLC | Creditor, Former Directors and Officers / LIVE |
| Tribune Company | 08-13141 | Hearing | 4762964 | Phillip Dublin | 212-872-8083 Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4682967 | Laura J. Eisele | (248) 204-0675 AlixPartners, LLC (ALL OFFICES) | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4763899 | Dave Eldersveld | 312-222-4707 Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4762981 | Gregory W. Fox | (212) 833-1177 Friedman Kaplan Seiler & Adelman | Interested Party, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4763687 | Joseph Frank | (312) 276-1400 ext. 1432 Frank Gecker LLP | Interested Party, Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4671918 | Matthew Frank | (312) 371-9955 Alvarez & Marsal LLC. | Interested Party, Matthew Frank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4764941 | Igor Fuks | (212) 303-9453 Halcyon Asset Management | Creditor, Halcyon Asset Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4763246 | Andrew Goldfarb | (202) 778-1800 Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4765789 | Scott Greissman | (212) 819-8567 White & Case | Client, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4460445 | Reed Heiligman | (312) 276-1432 Frank Gecker LLP | Defendant(s), Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4765861 | Ileana M. Hernandez | 310-312-4116 Manatt, Phelps & Phillips LLP | Interested Party, California State Teachers Retirement System / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4762806 | James O. Johnston | 213-621-6030 Dewey & LeBoeuf LLP | Creditor, Credit Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4765854 | Evan Jones | 213-430-6236 O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4763791 | Ken Kansa | 312-853-7163 Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4763809 | Candice Kline | 312-853-7778 Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4755217 | Gregory A. Kopacz | (212) 547-5400 McDermott Will & Emery (New York) | Debtor, Tribune / LIVE |
| Tribune Company | 08-13141 | Hearing | 4765980 | Stuart Kovensky | 201-541-2121 Onex Credit Partners | Creditor, Onex Credit Partners / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4763800 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4763204 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4762612 | Ira Levee | (973) 597-2480 | Lowenstein Sandler, P.C. | Creditor, Laser and Local 103 / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4764944 | Angela Libby | (212) 450-4433 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4763883 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4766220 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4760431 | Michelle Maman | (212) 504-6000 | Cadwalader Wickersham and Taft | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4762408 | Rachel Mauceri | (215) 963-5000 | Morgan Lewis & Bockius LLP | Creditor, New York State Common Retiremenet Fund / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4763215 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4763849 | David Miles | 202-736-8556 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4763844 | Kerriann Mills | 312-853-0036 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4762253 | David S. Mordkoff | (212) 969-3831 | Proskauer Rose LLP | Creditor, Wells Fargo and Bank of New York Mellon / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4762817 | Elliot Moskowitz | (212) 450-4241 | Davis Polk & Wardwell LLP | Interested Party, JPMorgan Chase Bank NA / LIVE |
| Tribune Company | 08-13141 | Hearing | 4763854 | Brett Myrick | (312) 853-1049 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4683131 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigalo / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4766161 | Gordon Novod | 212-209-4940 | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 4763441 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4763871 | Michael D. Palmer | (212) 688-5640 | Joseph, Herzfeld Hester & | Interested Party, Class Claimants / LIVE |
| Tribune Company | 08-13141 | Hearing | 4765011 | Karen S. Park | 212-756-2036 | Schulte Roth & Zabel LLP | Interested Party, Davidson Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4763037 | Jane Parver | (212) 836-8510 | Kaye Scholer LLP | Creditor, Merril Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4763027 | Madlyn G. Primoff | (212) 836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4763209 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4763824 | Thomas E. Ross | (202) 736-8374 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4763832 | Allison E. Ross Stromberg | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4763187 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4765842 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4762752 | Beth Sieg | (804) 775-1137 | McGuireWoods, LLP | Interested Party, Dominion / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4763993 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4763294 | Sandhya Sistla | (212) 883-3832 | Moelis & Company | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4766940 | Kenneth Smalley | (212) 616-7763 | The Seaport Group | Non-Party, The Seaport Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4763229 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4763121 | Christopher H. St. Peter | (312) 558-3790 | Winston & Strawn LLP | Interested Party, LSV Asset Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4763165 | Alan Stone | (212) 530-5285 | Milbank, Tweed, Hadley & McCloy | Creditor, Amalgamated Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4765985 | Jay Teitelbaum | 914-437-7670 | Teitelbaum & Baskin | Interested Party, William A. Niese / LIVE |
| Tribune Company | 08-13141 | Hearing | 4766147 | Katherine A. Traxler | (213) 683-6170 | Paul Hastings LLP | Representing, Paul Hastings / LIVE |
| Tribune Company | 08-13141 | Hearing | 4425246 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4765502 | Eric J. Van Schyndle | (414) 277-5155 | Quarles & Brady LLP | Interested Party, Stark Entities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4762633 | Michael F. Walsh | (212) 310-8197 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley & Company, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4681330 | John W. Weiss | (212) 210-9412 | Alston & Bird, LLP | Interested Party, Ernst & Young LLP / LIVE |
| Tribune Company | 08-13141 | Hearing | 4763920 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4763226 | Brian Whittman | 312-601-4226 | Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4762640 | Abigail L. Zigman | 212-310-8000 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4762140 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |