**Wolters Kluwer**
Corporate Legal Services

| **CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com



FILED
2012 FEB 15 AM 8: 46
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

February 09, 2012

James S. Green, Jr.
Landis Rath & Cobb LLP
919 Market Street,
Suite 1800,
Wilmington, DE 19801

Re: In Re: Tribune Company, et al., Debtors, The Official Committee of Unsecured Creditors of Tribune Company, et al, Pltfs. vs. Dennis J. FitzSimons, et al., Dfts. // To: Dryden V-Leveraged Loan CDO 2003 QSPV Limited

Case No. 0813141KJC

Dear Sir/Madam:

We are herewith returning the Notice, Reply, Exhibit(s) which we received regarding the above captioned matter.

Dryden V-Leveraged Loan CDO 2003 QSPV Limited is not listed on our records or on the records of the State of DE.

Very truly yours,

Ken Dunnigan
Corporate Operations Specialist

Log# 519923505

FedEx Tracking# 798043136748

cc: Delaware District - U.S. Bankruptcy Court
    824 Market Street,
    5th Floor,
    Wilmington, DE 19801