

**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

FILED

2012 FEB 15  AM 8: 43

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

February 09, 2012

James S. Green, Jr.
Landis Rath & Cobb LLP
919 Market Street,,
Suite 1800,
Wilmington, DE 19801

Re: Tribune Company, et al., Debtors, The Official Committee of Unsecured Creditors of Tribune Company, etc., et al., Pltfs. vs. JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Primus CLO I Ltd and Primus Asset Management Inc.

Case No. 08013141KJC

Dear Sir/Madam:

We are returning the enclosed documents pertaining to the above entitled action. You have indicated several corporate entities represented by The Corporation Trust Company upon which you intend to make service.

Since you only forwarded one set of documents, we are unable to determine for which entity process is intended. Please note that it is not the responsibility of the registered agent to make copies of documents received in our office. We merely take and forward to the intended recipient, documents directed to the individual entities for which The Corporation Trust Company furnishes the registered agent.

We request that you either forward a complete set of documents for each entity, or indicate which entity you are serving. The documents should be addressed to the exact name of the entity you wish to serve, c/o The Corporation Trust Company at the address shown on this letter.

Very truly yours,

Ken Dunnigan
Corporate Operations Specialist

Log# 519922119

FedEx Tracking# 798042721940

cc: United States District Bankruptcy Court
    824 Market St.,
    3rd Floor,
    Wilmington, DE 19801