Form 210A (10/06)

# United States Bankruptcy Court

### District of Delaware

### In re Tribune Company, et al., Case No. 08-13141

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Jefferies Leveraged Credit Products, LLC | Sonar Credit Partners, LLC as assignee of |
| Name of Transferee | Metro News Service |
| | Name of Transferor |

Name and Address where notices to transferee should
be sent:

| | |
|---|---|
| Jefferies Leveraged Credit Products, LLC | Sonar Credit Partners, LLC as assignee of |
| One Station Place | Metro News Service |
| Three North | 200 Business Park Drive, Suite 201 |
| Stamford, Connecticut 06902 | Armonk, NY 10504 |

Phone: (203) 363-8251

Last Four Digits of Acct #:

Court Claim # (if known): 1968
Amount of Claim: $1,811.28
Date Claim Filed: 4/27/2009

**Name and address where transferee payments should
be sent (if different from above):**

Jefferies & Co., Inc.
Harborside Financial Center
34 Exchange Place
Plaza III – Suite 705
Jersey City, NJ 07311
Attention Anna LoPiccolo

Phone: (201) 761-7656                                       Phone:
Last Four Digits of Acct #:                                  Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Robert K. Minkoff                          Date: 2/15/2012
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Sonar Credit Partners, LLC as assignee of Metro News Service Inc. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigned to Jefferies Leveraged Credit Products, LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of $1,811.28 against Tribune Company, et al. (the "Debtor"), Chapter 11 Case No. 08-13141 United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim.  Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments of distributions of money or property in respect of the claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THE EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON February 14, 2012.

BY:  Sonar Credit Partners, LLC as assignee of
Metro News

NAME: _____
TITLE: Managing Member

BY:  Jefferies Leveraged Credit Products, LLC

NAME: _____
TITLE: Managing Director