# Exhibit A



**ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

February 15, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:282093
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

---

## STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through December 31, 2011.

| | | |
|---|---|---|
| By Graeme W. Bush<br>4.20 hours at $850.00 per hour | $ | 3,570.00 |
| By James Sottile<br>33.70 hours at $725.00 per hour | $ | 24,432.50 |
| By Andrew N. Goldfarb<br>41.30 hours at $600.00 per hour | $ | 24,780.00 |
| By Shawn P. Naunton<br>3.20 hours at $590.00 per hour | $ | 1,888.00 |
| By P. Andrew Torrez<br>10.30 hours at $585.00 per hour | $ | 6,025.50 |
| By Andrew Caridas<br>5.60 hours at $340.00 per hour | $ | 1,904.00 |
| By Jer-Wei (Jay) Chen<br>0.10 hours at $270.00 per hour | $ | 27.00 |
| By Lisa Medoro<br>14.00 hours at $265.00 per hour | $ | 3,710.00 |

February 15, 2012                                                        Page 2

TOTAL FEES                                          $      66,337.00

TOTAL EXPENSES                                      $           0.00

TOTAL FEES AND EXPENSES THIS PERIOD                 $      66,337.00

DESCRIPTION OF SERVICES                                          CLIENT: 12464
                                                                MATTER: 0001


James Sottile

| Date | Hours | Description |
|---|---|---|
| 12/01/11 | 2.10 | Prepare for and participate in MDL hearing re state law fraudulent conveyance actions. |
| 12/02/11 | 0.30 | Review draft opposition to Noteholders' motion for reconsideration. |
| 12/02/11 | 0.20 | Teleconference with M. Russano (Davis Polk) re issues on opposition to Noteholders' motion for reconsideration. |
| 12/02/11 | 0.20 | Teleconference with J. Bendernagel (Sidley) re MDL hearing and opposition to motion for reconsideration. |
| 12/03/11 | 0.20 | Review revised draft of opposition to Noteholders' motion for reconsideration. |
| 12/05/11 | 0.20 | Review revised draft of memo re threshhold amount for individually serving shareholder defendants in FitzSimons action. |
| 12/05/11 | 0.20 | E-mail correspondence with DCL counsel re revisions to opposition to Noteholders' motion for reconsideration. |
| 12/05/11 | 0.60 | Outline argument re Noteholders' motion for reconsideration. |
| 12/05/11 | 1.50 | Review briefing and case law re motions for reconsideration on subordination issues. |
| 12/06/11 | 0.60 | Participate in weekly Committee professionals' call. |
| 12/06/11 | 0.50 | Teleconference with D. Lemay, T. McCormack, M. Ashley and A. Rosenblatt (Chadbourne) and A. Goldfarb re extension of litigation stays. |
| 12/06/11 | 0.30 | Final review of opposition to Noteholders' motion for reconsideration. |
| 12/07/11 | 0.20 | Review revised release language re Morgan Stanley. |
| 12/07/11 | 0.20 | Telephone conference with Weil Gotshal (Morgan Stanley counsel) re Morgan Stanley release language. |
| 12/07/11 | 0.20 | Edit certification of counsel and proposed fifth order amending definition of termination event for stays. |

| | | |
|---|---|---|
| 12/07/11 | 0.40 | Teleconferences with J. Johnston (Dewey)(0.2), E. Moskowitz and M. Russano (Davis Polk) (0.2) re litigation stays and argument on Noteholders' Motion for Reconsideration. |
| 12/07/11 | 0.50 | Further work on preparation for argument in opposition to Noteholders' Motion for Reconsideration. |
| 12/07/11 | 0.20 | Teleconference with D. Zensky (Akin) re extending stays of adversary proceedings. |
| 12/08/11 | 1.00 | Prepare for and participate in conference call with counsel for DCL Plan Proponents re issues on confirmation process for revised DCL Plan. |
| 12/08/11 | 0.20 | Edit certification of counsel re order modifying termination event for stays of adversary proceedings. |
| 12/08/11 | 0.50 | Analyze issues re service on foreign defendants in Committee adversary proceedings. |
| 12/08/11 | 1.70 | Research and analysis re 546(e) argument with respect to shareholder claims and interplay between intentional fraudulent conveyance and constructive state law fraudulent conveyance claims. |
| 12/09/11 | 0.30 | E-mail correspondence with counsel for Plan Proponents re certification of counsel and proposed order extending stay of adversary proceedings. |
| 12/09/11 | 0.20 | Teleconference with D. Zensky (Akin) re revisions to certification of counsel and proposed order extending stay of adversary proceedings. |
| 12/09/11 | 1.70 | Begin prep for argument on motions for reconsideration. |
| 12/09/11 | 1.20 | Review complaint in FitzSimons and analyze overlap of factual and legal issues with state law constructive fraudulent conveyance claims. |
| 12/09/11 | 0.20 | E-mail correspondence with D. Zensky re same and review revised drafts. |
| 12/12/11 | 2.20 | Further prep for arguments re scheduling of plan confirmation process and motions for reconsideration by reviewing pleadings and key cases. |
| 12/12/11 | 0.30 | Teleconference with J. Bendernagel (Sidley) re argument on motions for reconsideration. |
| 12/12/11 | 1.20 | Analyze potential substantive amendments to FitzSimons complaint. |

| 12/13/11 | 2.40 | Attend omnibus hearing re scheduling, motion to compel and other issues. |
| 12/13/11 | 0.70 | Meeting with counsel for DCL Plan Proponents to prepare for omnibus hearing. |
| 12/13/11 | 0.80 | Review submissions re scheduling to prepare for omnibus hearing. |
| 12/14/11 | 1.40 | Prepare for argument on motions for reconsideration. |
| 12/14/11 | 2.50 | Attend argument on motions for reconsideration. |
| 12/14/11 | 1.00 | Meeting with counsel for DCL Plan Proponents to prepare for argument on motions for reconsideration. |
| 12/16/11 | 0.10 | Telephone conference with D. Zensky (Akin) re motion to amend FitzSimons complaint. |
| 12/16/11 | 0.10 | Telephone conference with A. Goldfarb re motion to amend FitzSimons complaint. |
| 12/19/11 | 0.30 | Review motion for leave to amend FitzSimons complaint to add additional shareholder defendants. |
| 12/20/11 | 0.30 | Teleconferences with D. Deutsch (Chadbourne) re recommendation to Committee to set threshhold amount for pursuing claims against individual shareholders. |
| 12/21/11 | 0.60 | Teleconference with M. Ashley, D. Lemay, D. Deutsch (Chadbourne), D. Rath (Landis Rath) and A. Goldfarb re recommendation to Committee on shareholder threshold in FitzSimons and implications of MDL consolidation of state law claims for FitzSimons. |
| 12/21/11 | 1.10 | Review complaints filed by EGI-TRB and analyze implications for FitzSimons action. |
| 12/21/11 | 0.10 | Telephone conference with G. Novod (Brown Rudnick) re recommendation on shareholder threshold in FitzSimons. |
| 12/21/11 | 0.20 | Telephone conference with D. Zensky (Akin) re shareholder threshold in FitzSimons. |
| 12/21/11 | 0.40 | Analysis of options and strategy on litigation stay of FitzSimons. |
| 12/22/11 | 0.50 | Prepare presentation to Committee re MDL Panel decision and recommendation re threshold for shareholder defendants. |
| 12/22/11 | 1.00 | Participate in telephonic Committee meeting. |
| 12/22/11 | 0.20 | Teleconference with K. Lantry (Sidley) re issues on FitzSimons adversary proceeding. |

| 12/22/11 | 0.20 | Teleconference with R. Levin (Cravath - counsel for DFA) re defendant class in FitzSimons. |
| 12/29/11 | 0.20 | Review MDL Conditional Transfer Order re FitzSimons and stay order in MDL proceedings. |
| 12/29/11 | 0.20 | Teleconference with K. Lantry (Sidley) re MDL Conditional Transfer Order. |
| 12/30/11 | 0.10 | Edit posting statement for Committee re MDL Conditional Transfer Order on FitzSimons. |

Shawn P. Naunton

| 12/05/11 | 1.00 | Prepare materials for hearing; telephone conference with A. Goldfarb |
| 12/06/11 | 2.20 | Attend hearing before Judge Cederbaum on motion to compel production by Credit Suisse. |

P. Andrew Torrez

| 12/05/11 | 1.30 | Review draft DCL Plan Proponents' Objection to Noteholders' Motion for Reconsideration and blackline. |
| 12/05/11 | 0.30 | Review draft memorandum and scheduling order. |
| 12/06/11 | 0.10 | Review draft minutes of November 23, 2011 Committee meeting. |
| 12/07/11 | 1.40 | Review submissions regarding confirmation process and resolution of allocation disputes by (a) DCL Plan proponents; (b) Aurelius; (c) the Wilmington Trust; and (d) EGI-TRB. |
| 12/07/11 | 0.50 | Review Wilmington Trust response to motion for reconsideration. |
| 12/07/11 | 0.20 | Review EGI response to motion for reconsideration. |
| 12/07/11 | 0.20 | Review Retirees' response to motion for reconsideration. |
| 12/07/11 | 0.60 | Review DCL Plan Proponents' response to Noteholder Proponents' Motion for Reconsideration. |
| 12/07/11 | 0.10 | Review December 1 meeting minutes. |
| 12/08/11 | 0.90 | Review draft omnibus response to statements on further proceedings. |
| 12/09/11 | 0.50 | Review EGI-TRB position statement on further proceedings. |
| 12/09/11 | 0.60 | Review EGI-TRB omnibus objection. |
| 12/13/11 | 0.30 | Review EGI-TRB position on scheduling of allocation dispute. |

| 12/13/11 | 0.20 | Review DCL Plan Proponents' position on scheduling. |
| 12/13/11 | 0.20 | Review Aurelius position on scheduling. |
| 12/13/11 | 0.20 | Review draft response to statement on scheduling. |
| 12/13/11 | 0.70 | Review EGI-TRB's omnibus objection to various motions for reconsideration on court's PHONES decision. |
| 12/13/11 | 0.50 | Review EGI-TRB objection to noteholder motion for reconsideration. |
| 12/13/11 | 0.30 | Review reply brief in support of motion for reconsideration filed by Aurelius. |
| 12/13/11 | 0.30 | Review reply brief in support of motion for reconsideration filed jointly by Deutsche Bank and Law Debenture. |
| 12/13/11 | 0.50 | Review reply brief in support of motion for reconsideration filed by Noteholder Plan proponents. |
| 12/13/11 | 0.40 | Review DCL Plan Proponents' omnibus response to scheduling statements. |

Andrew N. Goldfarb

| 12/01/11 | 0.20 | Confer with S. Naunton and J. Chen re SDNY motion to compel v. Credit Susse (USA). |
| 12/01/11 | 0.10 | Call with D. Newman (Akin) re Northern Trust shareholder production. |
| 12/01/11 | 0.10 | Call with S. Sulkowski re Milbank clients' shareholder discovery. |
| 12/01/11 | 0.70 | Attend Committee meeting telephonically. |
| 12/01/11 | 0.10 | Respond to emails from L. Medoro re service of lender complaint project. |
| 12/01/11 | 0.10 | Email A. Chang (DPW) re JPM shareholder production. |
| 12/01/11 | 0.40 | Research TD Bank status in shareholder action. |
| 12/01/11 | 0.10 | Email S. Sulkowski (Milbank) information about TD Bank in shareholder action. |
| 12/01/11 | 0.20 | Send material to S. Kaplitt (Beacon) re shareholder production in FitzSimons. |
| 12/01/11 | 0.40 | Analyze spreadsheet in connection with preparation for next motion to compel shareholder discovery. |
| 12/01/11 | 0.10 | Email to A. Caridas re follow-up on shareholder discovery loose ends. |

| 12/01/11 | 0.20 | Email J. Green (LRC) re shareholder discovery coordination for FitzSimons. |
| 12/02/11 | 0.20 | Call with D. Troum (Stadley Ronon) re Van Kempen funds and shareholder discovery. |
| 12/02/11 | 0.50 | Review of LRC's T: drive spreadsheets summarizing shareholder discovery. |
| 12/02/11 | 0.20 | Email S. Sulkowski (Milbank) re shareholder discovery from Milbank clients. |
| 12/02/11 | 0.20 | Email LRC re update on shareholder discovery from Milbank clients. |
| 12/02/11 | 0.30 | Revise, execute, and circulate confidentiality agreement to A. Vail (Jenner) and R. Cobb (LRC). |
| 12/02/11 | 0.20 | Call with J. Green (LRC) re Jenner subpoena response. |
| 12/02/11 | 0.10 | Call with D. Rosenzweig (Fulbright) re Northern Trust shareholder discovery. |
| 12/02/11 | 0.10 | Second call with D. Rosenzweig (Fulbright) re Northern Trust shareholder production. |
| 12/02/11 | 0.20 | Emails with D. Newman (Akin) re status of Northern Trust shareholder discovery production. |
| 12/02/11 | 0.20 | Emails with A. Saavedra (Weil) re shareholder production and Jenner subpoena. |
| 12/02/11 | 0.20 | Email Zuckerman Spaeder and LRC re interpretation of protective order re Morgan Stanley entities. |
| 12/02/11 | 0.10 | Email S. Sulkowski re Amalgamated shareholder discovery for FitzSimons. |
| 12/04/11 | 0.20 | Email J. Lamport (Mercer) re Sandelman funds. |
| 12/04/11 | 0.10 | Review shareholder discovery material produced by Northern Trust. |
| 12/05/11 | 0.10 | Distribute memo re LBO Proceeds threshold level in Fitzsimons to C&P and LRC for comment. |
| 12/05/11 | 0.10 | Review M. Ashley (C&P) comments to draft threshold memorandum. |
| 12/05/11 | 0.10 | Email J. Sottile re status of shareholder action service. |
| 12/05/11 | 0.10 | Review and redline draft omnibus motion to compel. |
| 12/05/11 | 0.40 | Prepare for hearing on Committee motion to compel CSSU. |

February 15, 2012                                                                                                     Page 9

| 12/05/11 | 0.10 | Distribute latest Northern Trust production to parties that subpoenaed the Committee. |
| 12/05/11 | 0.10 | Email State Street counsel re Zell subpoena response. |
| 12/06/11 | 1.00 | Attend hearing on motion to compel CSSU in SDNY. |
| 12/06/11 | 0.70 | Phone call with C&P and J. Sottile re strategy on extension of litigation stay. |
| 12/06/11 | 0.30 | Prepare papers for withdrawal of representation as to BlackRock. |
| 12/06/11 | 0.20 | Call with J. Green (LRC) re Milbank issue vis a vis motion to compel. |
| 12/06/11 | 0.20 | Email to J. Sottile re various Tribune projects. |
| 12/06/11 | 0.20 | Review spreadsheet attachment to omnibus motion to compel. |
| 12/06/11 | 0.10 | Email J. Green (LRC) re suggested revision to attachment to omnibus motion to compel. |
| 12/07/11 | 1.50 | Revise drafts of COC and order for stay extension. |
| 12/07/11 | 0.20 | Review Amalgamated Bank's opposition in connection with Committee motion re foreign service in FitzSimons. |
| 12/07/11 | 0.20 | Emails re opposition on foreign service issue. |
| 12/07/11 | 0.20 | Email to J. Sottile re state of shareholder discovery in FitzSimons. |
| 12/07/11 | 0.80 | Call with D. Rath and J. Green (LRC) re shareholder discovery strategies. |
| 12/07/11 | 0.20 | Email J. Sottile update re miscellaneous Tribune briefing projects. |
| 12/07/11 | 0.10 | Finalize notice modifying Zuckerman Spaeder and LRC appearances. |
| 12/07/11 | 0.10 | Email J. Callahan (Jenner) re Jenner subpoena. |
| 12/07/11 | 0.20 | Email A. Vail (Jenner) initial materials in response to subpoena. |
| 12/08/11 | 0.30 | Review and edit reply in support of foreign service motion. |
| 12/08/11 | 0.30 | Review draft COC on extension of stay. |
| 12/08/11 | 0.10 | Email J. Green (LRC) re foreign service motion. |
| 12/08/11 | 0.10 | Email J. Sottile re foreign service motion. |
| 12/08/11 | 0.20 | Confer with LRC and J. Sottile re foreign service motion. |

| | | |
|---|---|---|
| 12/08/11 | 0.10 | Email J. Green and D. Rath (LRC) re Sandelman. |
| 12/09/11 | 0.10 | Email J. Green (LRC) re Jenner subpoena production. |
| 12/09/11 | 0.20 | Revise COC per M. Ashley (C&P) comments. |
| 12/09/11 | 0.10 | Email LRC and C&P re revised COC for stay extension. |
| 12/09/11 | 0.10 | Email D. Zensky (Akin) re COC revision. |
| 12/09/11 | 0.20 | Email Y. Yoo (C&P) and R. Cobb (LRC) re tolling agreements. |
| 12/09/11 | 0.30 | Email J. Levitin (Cahill) re tolling agreement extension re preference action. |
| 12/09/11 | 0.20 | E-mail J. Margolin (Hughes Hubbard) re PwC tolling extension re preference action. |
| 12/09/11 | 0.20 | Respond to J. Johnston (Dewey) request for complaint. |
| 12/09/11 | 0.20 | Coordinate finalizing of COC. |
| 12/12/11 | 0.30 | Circulate COC revised to incorporate D. Zensky (Akin) comments. |
| 12/12/11 | 0.30 | Confer with D. Deutsch (Chadbourne & Parke) re threshold memoranda. |
| 12/12/11 | 0.30 | Call with D. Rath (LRC) to prepare for 12/13 hearing. |
| 12/12/11 | 0.40 | Review objections to omnibus motion to compel. |
| 12/12/11 | 0.20 | Call with J. Green (LRC) re COC and 12/13 hearing logistics and strategy. |
| 12/12/11 | 0.40 | Revise threshold memorandum per conversation with D. Deutsch (Chadbourne & Parke). |
| 12/12/11 | 0.20 | Review caselaw on foreign service issues. |
| 12/12/11 | 0.20 | Email D. Rath and J. Green (LRC) re foreign service research. |
| 12/12/11 | 0.20 | Recirculate blackline of COC re stay termination date. |
| 12/12/11 | 0.20 | Coordinate finalizing and filing of COC re termination date. |
| 12/12/11 | 0.20 | Review and respond to A. Schwartz (Teitelbaum) request for shareholder addresses. |
| 12/13/11 | 0.50 | Participate in hearing in Delaware. |
| 12/13/11 | 0.70 | Meet with Landis Rath re hearing and shareholder discovery issues. |

| 12/13/11 | 0.50 | Post-hearing meeting with LRC re shareholder discovery next steps. |
| 12/13/11 | 0.20 | Confer with Milbank post-hearing re shareholder production. |
| 12/13/11 | 0.20 | Call to D. Rath (LRC) re conversation with Milbank re FitzSimons shareholder discovery. |
| 12/13/11 | 0.10 | Email counsel for Citadel re Jenner subpoena to Committee. |
| 12/13/11 | 0.10 | Email S. Sulkowski (Milbank) re Amalgamated Bank's position on shareholder discovery. |
| 12/13/11 | 0.10 | Review and email J. Green (LRC) re proposed order on motion to compel. |
| 12/14/11 | 0.20 | Revise proposed order on omnibus motion to compel. |
| 12/14/11 | 0.10 | Email S. Sulkowski (Milbank) re VIP II shareholder information. |
| 12/14/11 | 0.10 | Call with S. Sulkowski (Milbank) re VIP II shareholder information, order on motion to compel. |
| 12/14/11 | 0.20 | Coordinate execution and completion of tolling agreement with Cahill re preference claims. |
| 12/14/11 | 0.10 | Call with A. Chang (DPW) re JPM shareholder production. |
| 12/14/11 | 0.10 | Email to J. Margolin (PwC counsel) re tolling agreement extension on Committee's preference claims. |
| 12/15/11 | 2.60 | Draft brief for motion regarding threshold LBO proceeds amount. |
| 12/15/11 | 0.10 | Email to D. Deutsch (Chadbourne & Parke) and J. Sottile re threshold brief. |
| 12/15/11 | 0.10 | Email D. Deutsch (Chadbourne & Parke) re Sandelman. |
| 12/15/11 | 0.10 | Review Sandelman email from L. Kitching (E&Y). |
| 12/15/11 | 0.20 | Call with H. Neier (Friedman Kaplan) re motion to amend the FitzSimons exhibits. |
| 12/15/11 | 0.10 | Email to D. Rath and R. Cobb (LRC) and J. Sottile re call with H. Neier. |
| 12/15/11 | 0.30 | Review Northern Trust shareholder discovery spreadsheets. |
| 12/15/11 | 0.10 | Call with S. Sulkowski re omnibus motion order. |
| 12/15/11 | 0.10 | Call with J. Green (LRC) re omnibus motion order. |
| 12/15/11 | 0.20 | Call with A. Chang (DPW) re shareholder discovery from JPM. |

| 12/15/11 | 0.40 | Locate and send materials to A. Chang (DPW) re JPM LBO proceeds. |
|---|---|---|
| 12/16/11 | 0.30 | Call with D. Deutsch (Chadbourne & Parke) re threshold draft brief. |
| 12/16/11 | 0.90 | Prepare second motion for leave to amend with proposed order. |
| 12/16/11 | 0.40 | Call with D. Rath and J. Green (LRC) re service issues. |
| 12/16/11 | 0.20 | Follow-up call with H. Neier (Friedman Kaplan) re motion to amend. |
| 12/16/11 | 0.10 | Confer with J. Sottile re various issues re litigation and confirmation proceedings. |
| 12/16/11 | 1.40 | Revise draft threshold brief per conversation with D. Deutsch (Chadbourne & Parke). |
| 12/16/11 | 0.20 | Email re draft threshold brief to Chadbourne & Parke and LRC colleagues for review. |
| 12/16/11 | 0.10 | Email E. Murphy regarding sorting of Northern Trust shareholder discovery spreadsheets. |
| 12/16/11 | 0.20 | Review Northern Trust shareholder production spreadsheets. |
| 12/16/11 | 0.10 | Email Northern Trust spreadsheets to LRC. |
| 12/16/11 | 0.10 | Email to M. Ashley (Chadbourne & Parke) re timing on threshold action. |
| 12/16/11 | 0.20 | Revise draft memorandum to Committee on threshold LBO proceeds level in FitzSimons. |
| 12/16/11 | 0.10 | Email to D. Deutsch (Chadbourne & Parke) re draft threshold memorandum arguments. |
| 12/17/11 | 0.10 | Email A. Oettinger (M&I Bank counsel) re shareholder discovery. |
| 12/18/11 | 0.30 | Email PwC counsel revised draft tolling agreement. |
| 12/19/11 | 0.10 | Send materials to D. Deutsch (C&P) upon request. |
| 12/19/11 | 0.10 | Call with J. Margolin (Hughes Hubbard) re PwC tolling of Committee preference claims. |
| 12/19/11 | 0.60 | Revise draft threshold motion per M. Ashley (C&P) comments. |
| 12/19/11 | 0.90 | Revise draft threshold memo to Committee per D. Deutsch (C&P) comments. |
| 12/19/11 | 0.20 | Call with D. Deutsch (C&P) re same. |

February 15, 2012

| 12/19/11 | 0.10 | Calls with J. Green (LRC) re motion to amend FitzSimons' complaint. |
| 12/19/11 | 0.10 | Email C&P and LRC re threshold issue timing and approach. |
| 12/19/11 | 0.10 | Confer with A. Caridas re international service in lender complaint. |
| 12/20/11 | 0.70 | Participate in weekly Committee professionals' call re status of bankruptcy and litigation proceedings. |
| 12/20/11 | 0.10 | Attention to foreign service issues and logistics with L. Medoro and A. Caridas concerning lender action. |
| 12/20/11 | 0.20 | Call with D. Rosenzweig (Fulbright) re amended complaint in FitzSimons, follow-up to same. |
| 12/20/11 | 0.20 | Revise threshold memo per D. Deutsch (Chadbourne & Parke) additional comments. |
| 12/20/11 | 0.20 | Email posting language to J. Marrero (Chadbourne & Parke) re threshold papers. |
| 12/20/11 | 0.30 | Confer with J. Sottile re motion to compel issues. |
| 12/21/11 | 0.30 | Meeting with A. Caridas and L. Medoro re foreign service project in lender action. |
| 12/21/11 | 0.80 | Call with Chadbourne & Parke and LRC re MDL proceeding and threshold strategy. |
| 12/21/11 | 0.10 | Email A. Oettinger (M&I Trust) re shareholder discovery. |
| 12/21/11 | 0.20 | Telephonic conference call with A. Chang (DPW) re shareholder discovery of JPM. |
| 12/21/11 | 0.10 | Call with P. Guirguis (Fulbright) re amended FitzSimons complaint and Northern Trust issues. |
| 12/21/11 | 0.40 | Review Ex. A to FitzSimons with 12/20 amendment motion. |
| 12/21/11 | 0.20 | Email J. Drobish (LRC) re Ex. A issues in shareholder action. |
| 12/21/11 | 0.10 | Call with D. Rath (LRC) re Ex. A issues in shareholder action. |
| 12/21/11 | 0.10 | Review D. Rath (LRC) email re service and stay issues in shareholder action. |
| 12/21/11 | 0.10 | Call with D. Rath (LRC) re threshold strategy. |
| 12/21/11 | 0.10 | Review 5th stay extension order. |
| 12/22/11 | 0.70 | Revise and edit draft third Rule 4(m) extension motion. |

| | | |
|---|---|---|
| 12/22/11 | 0.30 | Confer with J. Green (LRC) re corrected Exhibit A to shareholder complaint. |
| 12/22/11 | 0.30 | Review Northern Trust shareholder production spreadsheets with E. Murphy. |
| 12/22/11 | 0.10 | Respond to email from A. Schwartz (Teitelbaum) re confirmation hearing documents. |
| 12/22/11 | 0.10 | Call with D. Rath (LRC) re Rule 4(m) issue in shareholder action. |
| 12/22/11 | 0.20 | Prepare posting note for Intralinks re draft Rule 4(m) extension. |
| 12/22/11 | 0.10 | Email D. Rath and J. Green (LRC) re strategy on Rule 4(m) motion. |
| 12/22/11 | 0.20 | Gather materials for drafting of stay extension motion. |
| 12/22/11 | 0.20 | Coordinate execution of tolling agreement with PwC re preference claims of Committee. |
| 12/22/11 | 0.10 | Emails with P. Guirguis (Fulbright) re corrected Exhibit A to shareholder action. |
| 12/23/11 | 0.10 | Emails re finalizing and filing Rule 4(m) extension. |
| 12/27/11 | 0.20 | Email to J. Drobish and R. Butcher (LRC) re service on foreign parties in FitzSimons. |
| 12/28/11 | 0.10 | Call with S.Sulkowski (Milbank) re Committee's Rule 4(m) motion. |
| 12/28/11 | 0.10 | Emails with S. Sulkowski (Milbank) re Rule 4(m) motion. |
| 12/28/11 | 0.10 | Email to LRC and Zuckerman Spaeder team re Milbank's position on Rule 4(m) motion. |
| 12/28/11 | 0.10 | Email to A. Chang (DPW) re JPM's shareholder production. |
| 12/29/11 | 0.10 | Call with S. Sulkowski (Milbank) re Rule 4(m) motion. |
| 12/29/11 | 0.10 | Email S. Sulkowski (Milbank) follow-up to call re Rule 4(m) motion. |
| 12/29/11 | 0.10 | Email to LRC and J. Sottile re call with Milbank re Rule 4(m) motion. |
| 12/29/11 | 0.20 | Review MDL Rules. |
| 12/29/11 | 0.30 | Prepare draft notice of objection to CTO-1. |
| 12/30/11 | 0.30 | Draft and revise posting note for Committee re MDL Conditional Transfer Order. |

| 12/30/11 | 0.10 | Confer with J. Sottile via email re Conditional Transfer Order. |
| 12/30/11 | 0.10 | Emails with D. Deutsh (C&P) re posting note for CTO. |
| 12/31/11 | 0.10 | Email S. Sulkowski (Milbank) re Rule 4(m) motion. |

**Graeme W. Bush**

| 12/02/11 | 0.40 | E-mail exchange with DCL Plan proponents regarding allocation scheduling discussions. |
| 12/03/11 | 0.30 | Review comments from DCL Plan proponents on scheduling pleading. |
| 12/04/11 | 0.20 | Review e-mail exchange with DCL Plan proponents regarding language in proposed order. |
| 12/05/11 | 0.30 | E-mails to UCC professionals regarding Aurelius stay position and scheduling motion. |
| 12/06/11 | 0.60 | UCC Professionals' telephone conference. |
| 12/06/11 | 0.50 | Telephone conference with UCC counsel regarding Aurelius stay position. |
| 12/06/11 | 0.20 | E-mail exchange with DCL Plan proponents regarding final scheduling pleading. |
| 12/08/11 | 0.50 | DCL Plan call with proponents. |
| 12/08/11 | 0.40 | Review e-mail from DCL Plan proponents regarding scheduling order draft and review drafts. |
| 12/29/11 | 0.30 | Review e-mail from J. Sottile reporting on MDL Transfer Order and UCC reaction. |
| 12/31/11 | 0.50 | Review MDL Order and discuss with J. Sottile. |

**Andrew Caridas**

| 12/13/11 | 1.30 | Attend telephonic court hearing. |
| 12/14/11 | 0.40 | Revise tolling agreement with Cahill re preference claims. |
| 12/14/11 | 0.50 | Correspondence with local counsel and service vendor re: certificate filings. |
| 12/15/11 | 0.50 | Call with court and follow-up with L. Medoro and A. Goldfarb re filing and service issue in lender action. |
| 12/16/11 | 0.30 | Call with court clerk's office to address filing issue. |
| 12/18/11 | 0.30 | Revise tolling agreement with PwC re Committee's preference claims. |

| 12/20/11 | 1.80 | Research Hague convention service for international defendants in lender action. |
| 12/21/11 | 0.50 | Participate in meeting re: international service in lender action. |

Jer-Wei (Jay) Chen

| 12/01/11 | 0.10 | Telephone call to Clerk re hearing on motion to compel production by Credit Suisse; e-mail A. Goldfarb re same. |

Lisa Medoro

| 12/01/11 | 2.80 | Review, edit and revise defendants service spreadsheet to determine which defendants need a certificate of service filed with the Court. |
| 12/06/11 | 4.00 | Prepare and organize summonses for defendants needing a certificate of service filed with the court. |
| 12/06/11 | 0.20 | E-mail correspondence with V. Schwaiger, A. Goldfarb and A. Caridas regarding filing of certificates of service and summonses. |
| 12/07/11 | 3.00 | Draft, prepare and revise certificates of service for 519 defendants in preparation for finalization and filing with the Court. |
| 12/08/11 | 2.50 | Finalize certificates of service to be scanned and sent to vendor for filing. |
| 12/09/11 | 0.20 | Call with V. Schwaiger regarding notices of summonses and certificates of service to be filed by CM/ECF and procedures for the same. |
| 12/09/11 | 0.20 | E-mail correspondence with V. Schwaiger, A. Caridas and A. Goldfarb regarding procedures for filing notice of summonses and certificates of service and obtaining and CM/ECF login information from local counsel for the same. |
| 12/16/11 | 0.10 | Call with K. Brown in the Bankruptcy Court Clerk's office with A. Caridas regarding filing of summonses and certificates of service. |
| 12/16/11 | 0.10 | Call with V. Schwaiger regarding filing of summonses and certificates of service in lender action. |
| 12/21/11 | 0.40 | Meet and confer with A. Goldfarb and A. Caridas regarding service of complaint and summons to defendants with international addresses. |

February 15, 2012                                                                          Page 17

12/21/11                    0.50  Research and discuss with office services international
                                  mailing requirements for lender action.

 **ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

February 15, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:282094
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through December 31, 2011.

By Andrew N. Goldfarb
   3.40  hours at $600.00  per hour

$      2,040.00

| | |
|---|---|
| TOTAL FEES | $      2,040.00 |
| TOTAL EXPENSES | $         0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $      2,040.00 |

February 15, 2012                                                                 Page 2

DESCRIPTION OF SERVICES                                          CLIENT: 12464
                                                                 MATTER: 0002


Andrew N. Goldfarb

| 12/02/11 | 0.40 | Review time entries for 10/2011 to for compliance with Local Rules. |
| 12/07/11 | 0.70 | Revise and finalize Zuckerman Spaeder 27th Monthly Fee Application. |
| 12/07/11 | 0.10 | Email with V. Garlati (Tribune) re CNO for 26th monthly application. |
| 12/16/11 | 0.10 | Email J. Theil re Zuckerman Spaeder 27th monthly application. |
| 12/16/11 | 0.40 | Review preliminary report of fee examiner on Zuckerman Spaeder 5th interim application. |
| 12/23/11 | 0.70 | Review timesheets for 11/2011 for compliance with Local Rules. |
| 12/28/11 | 0.70 | Review monthly fee application invoices for compliance with Local Rules. |
| 12/29/11 | 0.10 | Review CNO for Zuckerman Spaeder 27th monthly fee app and send to V. Garlati. |
| 12/29/11 | 0.10 | Emails with J. Clark re Tribune 28th monthly fee app invoice. |
| 12/30/11 | 0.10 | Email V. Garlati (Tribune) re CNO for Zuckerman Spaeder 27th monthly fee app requesting payment. |



**ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

February 15, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:282095
Client: 12464
Matter: 0003
EIN: 52-1112263

Re: Special Counsel / Non-Working Travel Time

---

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through December 31, 2011.

| | | |
|---|---|---:|
| By James Sottile | | |
| 10.30  hours at  $725.00  per hour | $ | 7,467.50 |
| By Andrew N. Goldfarb | | |
| 7.00  hours at  $600.00  per hour | $ | 4,200.00 |
| TOTAL FEES | $ | 11,667.50 |
| Less Professional Courtesy | $ | -5,833.75 |
| TOTAL FEES | $ | 5,833.75 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 5,833.75 |

BALTIMORE          NEW YORK          TAMPA          WASHINGTON, DC

February 15, 2012                                                                     Page 2

DESCRIPTION OF SERVICES                                          CLIENT: 12464
                                                                MATTER: 0003

James Sottile

| | | |
|---|---|---|
| 12/01/11 | 4.10 | Travel back to DC following MDL hearing re state law fraudulent conveyance actions. |
| 12/13/11 | 3.20 | Travel to/from Wilmington for omnibus hearing re scheduling, motion to compel and other issues. |
| 12/14/11 | 3.00 | Travel to/from Wilmington for argument on motions for reconsideration. |

Andrew N. Goldfarb

| | | |
|---|---|---|
| 12/05/11 | 2.50 | Travel to NYC for hearing on motion to compel. |
| 12/06/11 | 2.50 | Travel from NYC to Washington. |
| 12/13/11 | 2.00 | Travel to and from Wilmington for hearing. |