# Exhibit B

| EXPENSES | AMOUNT | DATE OF SERVICE | | TOTALS |
|---|---|---|---|---|
| | | | | |
| TRAVEL | | | | |
| | $ 474.00 | 12/5-6/2011 | ANG | |
| | $ 185.00 | 12/13/2011 | ANG | |
| | | | | |
| Total | $ 659.00 | | | $ 659.00 |
| | | | | |
| TAXI SERVICE | | | | |
| | $ 46.00 | 12/13/2011 | ANG | |
| | $ 21.40 | 12/6/2011 | ANG | |
| | | | | |
| Total | $ 67.40 | | | $ 67.40 |
| OUTSIDE DUPLICATION/PRINTING | | | | |
| Barrister Digital Solutions | $ 158.53 | 12/20/2011 | | |
| | | | | |
| Total | $ 158.53 | | | $ 158.53 |
| | | | | |
| TELEPHONE REIMBURSEMENT | | | | |
| Soundpath Conferencing | $ 41.70 | 12/13/2011 | | |
| | | | | |
| Total | $ 41.70 | | | $ 41.70 |
| | | | | |
| | | | | |
| LONG DISTANCE CALLS | | | | |
| | $ 0.12 | 12/9/2011 | | |
| | | | | |
| Total | $ 0.12 | | | $ 0.12 |
| GRAND TOTAL | | | | $ 926.75 |