# EXHIBIT C

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |
| | **Ref. No.** |

### ORDER GRANTING MOTION OF TM RETIREES TO CLARIFY OR MODIFY ALLOCATION DISPUTES SCHEDULING ORDER TO PERMIT TM RETIREES TO CALL AN EXPERT WITNESS AT THE HEARING ON THE ALLOCATION DISPUTES

Upon consideration of the *Motion of the TM Retirees to Clarify or Modify Allocation Disputes Scheduling Order To Permit TM Retirees to Call an Expert Witness at the Hearing on the Allocation Disputes* (the "Motion") filed by the TM Retirees, the Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334; this is a core proceeding pursuant to 28 U.S.C. § 157(b); venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; the relief requested in the Motion is proper and adequate notice has been given and no other or further notice is necessary; after due deliberation and sufficient cause appearing thereof, it is hereby:

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED.

2.  The TM Retirees shall include the findings of David Belsky, CPA in their opening brief and make David Belsky, CPA available for a deposition during the week of February 27, 2012.

3.  The TM Retirees shall be permitted to call David Belsky, CPA as a witness at the Allocation Dispute hearing.

Dated:  Wilmington, Delaware
        February ___, 2012

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY COURT