IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case Nos. 08-13141 (KJC), *et seq.*<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 16, 2012, I caused copies of the foregoing *Motion of the TM Retirees to Clarify or Modify Allocation Disputes Scheduling Order To Permit TM Retirees to Call an Expert Witness at the Hearing on the Allocation Disputes* to be served via electronic mail upon the parties listed on the attached matrix.

Dated: February 16, 2012
　　　　Wilmington, Delaware

　/s/ Brian Arban
Brian Arban (DE No. 4511)
Hiller & Arban, LLC
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 442-7676 telephone
barban@hillerarban.com

| | |
|---|---|
| Gordon Z. Novod, Esq.<br>Kate Bromberg, Esq.<br>Martin Siegel, Esq.<br>Robert J. Stark, Esq.<br>**Brown Rudnick**<br>Seven Times Square<br>New York, NY 10036 | gnovod@brownrudnick.com<br>kbromberg@brownrudnick.com<br>msiegel@brownrudnick.com<br>rstark@brownrudnick.com |
| Andrew N. Goldman, Esq.<br>**Wilmer Hale, Esq.**<br>399 Park Avenue<br>New York, NY 10022 | Andrew.goldman@wilmerhale.com |
| Jason Sunshine, Esq.<br>Abid Qureshi, Esq.<br>Daniel H. Golden, Esq.<br>Deborah Newman, Esq.<br>David Zensky, Esq.<br>Philip C. Dublin, Esq.<br>Sarah L. Brauner, Esq.<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY 10036 | jsunshine@akingump.com<br>aqureshi@akingump.com<br>dgolden@akingump.com<br>djnewman@akingump.com<br>dzensky@akingump.com<br>pdublin@akingump.com<br>sbrauner@akingump.com |
| Meredith A. Lahaie, Esq.<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY 10036 | mlahaie@akingump.com |
| .<br>Dale E. Thomas, Esq.<br>Patrick Wackerly, Esq.<br>Kenneth P. Kansa, Esq.<br>Jeffrey C. Steen, Esq.<br>Kerriann S. Mills, Esq.<br>**Sidley Austin LLP**<br>One South Dearborn<br>Chicago, IL 60603 | dthomas@sidley.com<br>pwackerly@sidley.com<br>kkansa@sidley.com<br>jsteen@sidley.com<br>kmills@sidley.com |

| | |
|---|---|
| Jessica Boelter, Esq.<br>Bryan Krakauer, Esq.<br>Colleen M. Kenney, Esq.<br>James F. Conlan, Esq.<br>James W. Ducayet, Esq.<br>**Sidley Austin LLP**<br>One South Dearborn<br>Chicago, IL  60603 | jboelter@sidley.com<br>Bkrakauer@sidley.com<br>Ckenney@sidley.com<br>jconlan@sidley.com<br>jducayet@sidley.com |
| Katharine L. Mayer, Esq.<br>James J. Freebery, Esq.<br>**McCarter & English, LLP**<br>Renaissance Centre<br>405 N. Market Street, 8th Floor<br>Wilmington, DE  19801 | kmayer@mccarter.com<br>jfreebery@mccarter.com |
| Kevin T. Lantry, Esq.<br>**Sidley Austin LLP**<br>555 West Fifth Street<br>Los Angeles, CA  90013 | klantry@sidley.com |
| David Rosner, Esq.<br>Sheron Korpus, Esq.<br>Matthew B. Stein, Esq.<br>**Kasowitz, Benson, Torres & Friedman LLP**<br>1633 Broadway<br>New York, NY 10019 | drosner@kasowitz.com<br>skorpus@kasowitz.com<br>mstein@kasowitz.com |
| James O. Johnston, Esq.<br>Joshua Mester, Esq.<br>**Dewey LeBoeuf LLP**<br>333 South Grand Avenue, Suite 2600<br>Los Angeles, CA  90071 | jjohnston@dl.com<br>jmester@dl.com |

| | |
|---|---|
| David Adler, Esq.<br>**McCarter & English**<br>245 Park Avenue, 27th Floor<br>New York, NY 10167 | dadler@mccarter.com |
| J. Kate Stickles, Esq.<br>**Cole, Schotz, Meisel, Forman & Leonard, P.A.**<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | kstickles@coleschotz.com |
| Damian Schaible, Esq.<br>Donald Bernstein, Esq.<br>Eli J. Vonnegut, Esq.<br>**Davis Polk & Wardwell LLP**<br>450 Lexington Avenue<br>New York, NY 10017 | Damian.schaible@dpw.com<br>Donald.bernstein@davispolk.com<br>Eli.vonnegut@davispolk.com |
| James F. Bendernagel, Jr., Esq.<br>Dennis M. Twomey, Esq.<br>Thomas E. Ross, Esq.<br>**Sidley Austin LLP**<br>1501 K Street, N.W.<br>Washington, DC 20005 | jbendernagel@sidley.com<br>dtwomey@sidley.com<br>tom.ross@sidley.com |
| Howard Seife, Esq.<br>David M. Lemay, Esq.<br>Douglas E. Deutsch, Esq.<br>Andrew Rosenblatt, Esq.<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 | hseife@chadbourne.com<br>dlemay@chadbourne.com<br>ddeutsch@chadbourne.com<br>arosenblatt@chadbourne.com |

| | |
|---|---|
| David J. Bradford, Esq.<br>Catherine L. Steege, Esq.<br>Vail, Andrew<br>Jenner & Block<br>353 N. Clark Street<br>Chicago, IL 60654-3456 | dbradford@jenner.com<br>csteege@jenner.com<br>avail@jenner.com |
| Isaac Pachulski, Esq.<br>Stutman Treister & Glatt<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067 | ipachulski@stutman.com |
| Adam Harris, Esq.<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022 | Adam.harris@srz.com |
| William P. Bowden, Esq.<br>Amanda M. Winfree, Esq.<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue<br>Wilmington, DE 19801 | wbowden@ashby-geddes.com<br>awinfree@ashby-geddes.com |
| James S. Green, Sr., Esq.<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>Wilmington, DE 19899 | jgreen@svglaw.com |

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Leval
Wilmington, DE 19801

gmcdaniel@bglawde.com

Adam G. Landis, Esq.
Daniel B. Rath, Esq.
Matthew B. McGuire, Esq.
James S. Green, Jr., Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

landis@lrclaw.com
rath@lrclaw.com
mcguire@lrclaw.com
green@lrclaw.com

Tribune Company

dliebentritt@tribune.com
deldersveld@tribune.com