IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC), *et seq*<br>(Jointly Administered)<br><br>Re: Dkt. No. 10949 |

**MOTION TO SHORTEN NOTICE PERIOD AND SCHEDULE
AN EXPEDITED TELEPHONIC HEARING ON THE MOTION OF
TM RETIREES TO CLARIFY OR MODIFY ALLOCATION DISPUTES
SCHEDULING ORDER TO PERMIT TM RETIREES TO CALL AN EXPERT
WITNESS AT THE HEARING ON THE ALLOCATION DISPUTES**

Teitelbaum & Baskin, LLP and Hiller & Arban, LLC, as attorneys for approximately 185 former employees (and beneficiaries of such former employees) (the "**TM Retirees**")[1] of The Times Mirror Company ("**Times Mirror**"), who were receiving or entitled to receive payments under certain non-qualified retirement plans of Tribune Company, by and through its undersigned counsel, respectfully submits this motion (the "**Motion to Shorten**") for the entry of an order (i) shortening notice of, and scheduling an expedited telephonic hearing on, the *Motion of the TM Retirees to Clarify or Modify the Allocation Disputes Scheduling Order*

---

[1] Among the TM Retirees supporting this statement is William Niese, a member of the Official Committee of Unsecured Creditors (the "**Committee**"). Teitelbaum & Baskin also represents Mr. Niese in his role as a member of the Committee and as plaintiff in various state law constructive fraud claim actions commenced pursuant to this Court's Order of April 25, 2011. This pleading is filed on behalf of the TM Retirees, including Mr. Niese, in their capacity as creditors and parties in interest and not in any manner as a representative of the Committee. The positions taken herein do not necessarily reflect the position of the Committee, and the Committee has not been consulted in connection with this pleading.

*to Permit the TM Retirees to Call an Expert Witness at the Hearing on the Allocation Disputes* (the "**Motion**") for a time convenient to the Court during the week of February 20, 2012 (the "**Hearing**") and (ii) allowing objections, if any, to the Motion to be filed by 4:00 p.m. one day prior to the Hearing. In support thereof, the TM Retirees respectfully represent as follows:

## JURISDICTION

1.      This Court has jurisdiction over these matters pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The predicates for the relief requested herein are sections 102 and 105(a) of the Bankruptcy Code, Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), and Rules 2002-1(b) and 9006-1(e) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").

## BACKGROUND

3.      The relevant background facts are set forth in the Motion, filed contemporaneously herewith, and incorporated herein by reference.[2]

## RELIEF REQUESTED

4.      By this Motion to Shorten, the TM Retirees respectfully request that the Court enter an order (i) shortening notice of and scheduling an expedited telephonic hearing on the Motion for an available time during the week of February 20, 2012, and (ii) allowing objections, if any, to the Motion to be filed by 4:00 p.m. one day prior to the Hearing.

5.      In accordance with Local Rule 9006-1(b) and Local Rule 7026-1(a), parties

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

generally are required to provide seven days notice of motions relating to discovery sought under Bankruptcy Rules 7026 to 7037, which are made applicable to the Allocation Disputes in this contested matter by Bankruptcy Rule 9014(c). However, Local Rule 9006-1(e) provides that the Court may shorten this notice period "on written motion (served on all interested parties) specifying the exigencies justifying shortened notice." Local Rule 9006-1(e).

6. The TM Retirees respectfully submit that sufficient cause exists for shortening notice of, and scheduling an expedited telephonic hearing on, the Motion and approving the requested objection deadline.

7. By the Motion, the TM Retirees seek an order of this Court permitting the TM Retirees to call a certified public accountant as an expert witness at the hearing on the Allocation Disputes on the issues of (i) addressing the meaning of the specific accounting terms "trade payables and accrued expenses" found in the definition of "Senior Obligations" in that certain Subordination Agreement, dated as of December 20, 2007 (the "**EGI Agreement**"), made by EGI-TRB, LLC in favor of the Senior Obligations (as defined in the EGI Agreement), as such terms relate to the TM Retiree claims under the non- qualified benefit plans; and (ii) the accounting treatment by Times Mirror and Tribune of the TM Retiree claims under the non- qualified benefit plans as such treatment relates to that certain Indenture, dated as of April 1, 1999, between Tribune Company and Bank of Montreal Trust Company (the "**PHONES Indenture**") and the EGI Agreement.

8. The Court's *Order Establishing Scheduling for (1) Resolution of the Allocation Disputes and (2) Consideration of DCL Plan Proponents' Supplemental Disclosure Document, Solicitation Procedures Motion and Plan* (the "**Allocation Disputes Scheduling Order**")

(ECF Docket No. 10692) provides that Preliminary Statements were to be filed by each Party on or before January 31, 2012 and that such statement would include, among other things, a brief statement of the position of the Party in connection with the Allocation Disputes and the identification of such Party's trial witnesses.

9. The TM Retirees timely filed and served their Preliminary Statement (Docket No 10787). The TM Retirees specifically identified Susan Bell as a fact witness, and "reserve[d] the right to identify and call such other and further witnesses as may be identified through discovery or otherwise."

10. Other parties timely filed their Preliminary Statements and similarly reserved the right to identify witnesses at trial. *See, e.g.,* Preliminary Statement of Law Debenture Trust Company of New York ("**Law Debenture**") (ECF Docket No. 10784); Preliminary Statement of Aurelius Capital Management, LP ("**Aurelius**") (ECF Docket No. 10789); Amended Preliminary Statement of EGI-TRB ("**EGI**") (ECF Docket No. 10800); Preliminary Statement of Wilmington Trust Company ("**WTC**") (ECF Docket No. 10792); and Preliminary Statement of the Debtors (ECF Docket No. 10776 ).

11. Paragraph 29 of the Allocation Disputes Scheduling Order provides that "upon good cause shown, and on notice to all Parties, any Party may seek to have this Order modified by the Court."

12. As set forth in the Motion filed simultaneously herewith, given the exigencies of these proceedings, the TM Retirees have demonstrated good cause for the Court to order the relief sought therein.

13. Expedited consideration of the Motion is necessary because an objection to

the TM Retirees identifying an expert witness for trial was made by Law Debenture on February 15, 2012 in response to an email on that date pursuant to which the TM Retirees notified all Parties by email of their intent to call David Belsky, CPA, as an expert with respect to the issues identified above. After conferring with counsel for Law Debenture, it was determined that Law Debenture believed that the TM Retirees had failed to timely identify Mr. Belsky and that they would object to his testimony. In order to avoid uncertainty at the Allocation Hearing, and in order to provide all parties with an opportunity to conduct necessary discovery of Mr. Belsky after the February 17, 2012 deadline, it was agreed that this matter would be brought to the Court on an expedited basis. Given the current briefing schedule as set forth in the Allocation Disputes Scheduling Order, if the Motion is heard on seven days notice as required by the Local Rules, Parties could arguably be prejudiced by the uncertainty of whether Mr. Belsky would be permitted to testify.

14. The TM Retirees request an expedited telephonic hearing on the Motion to maximize the time the parties will have to complete limited additional discovery which may be necessary in connection with Mr. Belsky's proposed testimony under the extremely tight deadlines imposed by the Allocation Disputes Scheduling Order.

15. Given these circumstances, the TM Retirees submit that the relief requested in this Motion to Shorten is necessary and appropriate. Accordingly, the Court should shorten notice with respect to the Motion so that it may be heard by telephonic conference during the week of February 20, 2012, or such other time as is convenient to the Court.

**NOTICE**

16. Notice of this Motion to Shorten has been provided to the United State Trustee; and those parties identified as Parties to the Allocation Disputes under paragraph 1 of the Allocation Disputes Scheduling Order. In light of the nature of the relief requested herein, the TM Retirees submit that no other or further notice need be provided.

**NO PRIOR REQUEST**

17. No previous request for the relief requested herein has been made to this or any other court.

**CONCLUSION**

**WHEREFORE,** the TM Retirees respectfully request entry of an Order, substantially in the form attached hereto as Exhibit A, (i) shortening notice of and scheduling an expedited telephonic hearing on the Motion for an available time during the week of February 20, 2012; (ii) allowing objections, if any, to the Motion to be filed by 4:00 p.m. the day prior to the Hearing; and (iii) granting such other and further relief as the Court deems appropriate.

Dated: February 16, 2012  
      Wilmington, Delaware

Respectfully submitted,

HILLER & ARBAN, LLC

 /s/ **Brian Arban**  
Adam Hiller (DE No. 4105)  
Brian Arban (DE No. 4511)  
1500 North French Street, 2nd Floor  
Wilmington, Delaware 19801  
(302) 442-7676 telephone  
barban@hillerarban.com

-and-

Jay Teitelbaum, Esq. (JT-4619)
TEITELBAUM & BASKIN, LLP
1 Barker Avenue
Third Floor
White Plains, New York 10601
(914) 437-7670
jteitelbaum@tblawl1p.com

*Attorneys for the TM Retirees*