# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |
| | **Ref. No.** |

**ORDER SHORTENING NOTICE PERIOD AND SCHEDULING
AN EXPEDITED TELEPHONIC HEARING ON MOTION OF TM RETIREES
TO CLARIFY OR MODIFY ALLOCATION DISPUTES SCHEDULING
ORDER TO PERMIT TM RETIREES TO CALL AN EXPERT WITNESS
AT THE HEARING ON THE ALLOCATION DISPUTES**

Upon consideration of the *Motion to Shorten Notice Period and Schedule Expedited Telephonic Hearing on Motion of the TM Retirees to Clarify or Modify Allocation Disputes Scheduling Order To Permit TM Retirees to Call an Expert Witness at the Hearing on the Allocation Disputes* (the "Motion to Shorten") filed by the TM Retirees, the Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334; this is a core proceeding pursuant to 28 U.S.C. § 157(b); venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; the relief requested in the Motion to Shorten is in the best interests of the Debtors, their estates and creditors; proper and adequate notice has been given and no other or further notice is necessary; after due deliberation and sufficient cause appearing thereof, it is hereby:

ORDERED, ADJUDGED, AND DECREED THAT:

1.    The Motion to Shorten is GRANTED.

2.    The Motion shall be heard at a telephonic hearing scheduled for February __, 2012, at _____(EDT).

3.      Any objections to the relief requested in the Motion shall be filed on or before

February ___, 2012 at_____      (EDT).

4.      This Court retains jurisdiction with respect to all matters arising from or related to the

implementation of this Order.


Dated:  Wilmington, Delaware
        February ___, 2012                    _____
                                              THE HONORABLE KEVIN J. CAREY
                                              UNITED STATES BANKRUPTCY COURT