IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>                Debtors. | Chapter 11<br><br>Case Nos. 08-13141 (KJC), *et seq*.<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 16, 2012, I caused copies of the foregoing *Motion to Shorten Notice Period and Schedule Expedited Telephonic Hearing on Motion of the TM Retirees to Clarify or Modify  Allocation Disputes Scheduling Order To Permit TM Retirees to Call an Expert Witness at the Hearing on the Allocation Disputes* to be served via electronic mail upon the parties listed on the attached matrix.


Dated: February 16, 2012                         /s/ **Brian Arban**
       Wilmington, Delaware              Brian Arban (DE No. 4511)
                                                          Hiller & Arban, LLC
                                                          1500 North French Street, 2nd Floor
                                                          Wilmington, Delaware 19801
                                                          (302) 442-7676 telephone
                                                          barban@hillerarban.com

| | |
|---|---|
| Gordon Z. Novod, Esq.<br>Kate Bromberg, Esq.<br>Martin Siegel, Esq.<br>Robert J. Stark, Esq.<br>**Brown Rudnick**<br>Seven Times Square<br>New York, NY  10036 | gnovod@brownrudnick.com<br>kbromberg@brownrudnick.com<br>msiegel@brownrudnick.com<br>rstark@brownrudnick.com |
| Andrew N. Goldman, Esq.<br>**Wilmer Hale, Esq.**<br>399 Park Avenue<br>New York, NY  10022 | Andrew.goldman@wilmerhale.com |
| Jason Sunshine, Esq.<br>Abid Qureshi, Esq.<br>Daniel H. Golden, Esq.<br>Deborah Newman, Esq.<br>David Zensky, Esq.<br>Philip C. Dublin, Esq.<br>Sarah L. Brauner, Esq.<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY 10036 | jsunshine@akingump.com<br>aqureshi@akingump.com<br>dgolden@akingump.com<br>djnewman@akingump.com<br>dzensky@akingump.com<br>pdublin@akingump.com<br>sbrauner@akingump.com |
| Meredith A. Lahaie, Esq.<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY 10036 | mlahaie@akingump.com |
| .<br>Dale E. Thomas, Esq.<br>Patrick Wackerly, Esq.<br>Kenneth P. Kansa, Esq.<br>Jeffrey C. Steen, Esq.<br>Kerriann S. Mills, Esq.<br>**Sidley Austin LLP**<br>One South Dearborn<br>Chicago, IL  60603 | dthomas@sidley.com<br>pwackerly@sidley.com<br>kkansa@sidley.com<br>jsteen@sidley.com<br>kmills@sidley.com |

Jessica Boelter, Esq.
Bryan Krakauer, Esq.
Colleen M. Kenney, Esq.
James F. Conlan, Esq.
James W. Ducayet, Esq.
**Sidley Austin LLP**
One South Dearborn
Chicago, IL  60603

jboelter@sidley.com
Bkrakauer@sidley.com
Ckenney@sidley.com
jconlan@sidley.com
jducayet@sidley.com

Katharine L. Mayer, Esq.
James J. Freebery, Esq.
**McCarter & English, LLP**
Renaissance Centre
405 N. Market Street, 8th Floor
Wilmington, DE  19801

kmayer@mccarter.com
jfreebery@mccarter.com

Kevin T. Lantry, Esq.
**Sidley Austin LLP**
555 West Fifth Street
Los Angeles, CA  90013

klantry@sidley.com

David Rosner, Esq.
Sheron Korpus, Esq.
Matthew B. Stein, Esq.
**Kasowitz, Benson, Torres & Friedman LLP**
1633 Broadway
New York, NY 10019

drosner@kasowitz.com
skorpus@kasowitz.com
mstein@kasowitz.com

James O. Johnston, Esq.
Joshua Mester, Esq.
**Dewey LeBoeuf LLP**
333 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

jjohnston@dl.com
jmester@dl.com

| | |
|---|---|
| David Adler, Esq.<br>**McCarter & English**<br>245 Park Avenue, 27th Floor<br>New York, NY  10167 | dadler@mccarter.com |
| J. Kate Stickles, Esq.<br>**Cole, Schotz, Meisel, Forman & Leonard, P.A.**<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE  19801 | kstickles@coleschotz.com |
| Damian Schaible, Esq.<br>Donald Bernstein, Esq.<br>Eli J. Vonnegut, Esq.<br>**Davis Polk & Wardwell LLP**<br>450 Lexington Avenue<br>New York, NY 10017 | Damian.schaible@dpw.com<br>Donald.bernstein@davispolk.com<br>Eli.vonnegut@davispolk.com |
| James F. Bendernagel, Jr., Esq.<br>Dennis M. Twomey, Esq.<br>Thomas E. Ross, Esq.<br>**Sidley Austin LLP**<br>1501 K Street, N.W.<br>Washington, DC  20005 | jbendernagel@sidley.com<br>dtwomey@sidley.com<br>tom.ross@sidley.com |
| Howard Seife, Esq.<br>David M. Lemay, Esq.<br>Douglas E. Deutsch, Esq.<br>Andrew Rosenblatt, Esq.<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 | hseife@chadbourne.com<br>dlemay@chadbourne.com<br>ddeutsch@chadbourne.com<br>arosenblatt@chadbourne.com |

| | |
|---|---|
| David J. Bradford, Esq.<br>Catherine L. Steege, Esq.<br>Vail, Andrew<br>Jenner & Block<br>353 N. Clark Street<br>Chicago, IL 60654-3456 | dbradford@jenner.com<br>csteege@jenner.com<br>avail@jenner.com |
| Isaac Pachulski, Esq.<br>Stutman Treister & Glatt<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067 | ipachulski@stutman.com |
| Adam Harris, Esq.<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022 | Adam.harris@srz.com |
| William P. Bowden, Esq.<br>Amanda M. Winfree, Esq.<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue<br>Wilmington, DE 19801 | wbowden@ashby-geddes.com<br>awinfree@ashby-geddes.com |
| James S. Green, Sr., Esq.<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>Wilmington, DE 19899 | jgreen@svglaw.com |

| | |
|---|---|
| Garvan F. McDaniel, Esq.<br>Bifferato Gentilotti LLC<br>800 N. King Street, Plaza Leval<br>Wilmington, DE 19801 | gmcdaniel@bglawde.com |
| Adam G. Landis, Esq.<br>Daniel B. Rath, Esq.<br>Matthew B. McGuire, Esq.<br>James S. Green, Jr., Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 | landis@lrclaw.com<br>rath@lrclaw.com<br>mcguire@lrclaw.com<br>green@lrclaw.com |
| Tribune Company | dliebentritt@tribune.com<br>deldersveld@tribune.com |