IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X
In re:                                              :    Chapter 11 Cases
                                                    :
TRIBUNE COMPANY, et al.,                            :    Case No. 08-13141 (KJC)
                                                    :    (Jointly Administered)
         Debtors.                                   :
                                                    :
------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING STIPULATION RESOLVING
ALLOCATION DISPUTE ISSUES BETWEEN WILMINGTON TRUST
COMPANY AND EGI-TRB, LLC**

The undersigned, counsel for Wilmington Trust Company in the above-captioned case, hereby certifies as follows:

1. On February 6, 2012, Wilmington Trust filed its *Motion for Leave to Take Discovery and Compelling Discovery from JPMorgan and Citigroup* (the "Motion")[1] (D.I. 10868). At the same time, Wilmington Trust filed a *Motion to Shorten Notice Period and Schedule an Expedited Hearing* on the Motion (D.I. 10867). On February 8, 2012, EGI-TRB, LLC filed a response to this Motion (D.I. 10879).

2. Wilmington Trust and EGI-TRB, LLC also submitted letters to the Court on certain discovery disputes (the "Discovery Dispute Letters") pursuant to the procedures set forth in the *Order Establishing Scheduling for (1) Resolution of the Allocation Disputes and (2) Consideration of DCL Plan Proponents' Supplemental Disclosure Document, Solicitation Procedures Motion and Plan* (the "Allocation Disputes Scheduling Order")(D.I. 10692).

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

3. Wilmington Trust and EGI-TRB were able to resolve most of the disputes set forth in the letters submitted to the Court, and have entered into a Stipulation which embodies that resolution. Attached hereto as Exhibit 1 is an order approving the Stipulation, which is attached as Exhibit A to the order.

4. On February 15, 2012, the Court held a hearing on the unresolved issues in the Motion and the Discovery Dispute Letters and made a ruling on the record permitting the deposition of Mr. Hochschild to go forward under a two hour time limit, and denying the request for other depositions at this time.

5. Attached as Exhibit 2 is a copy of the proposed form of order setting forth the Court's ruling on Wilmington Trust's request for depositions.

6. Copies of the orders at Exhibit 1 and Exhibit 2 have been circulated to counsel for EGI-TRB, LLC and JPMorgan, and these parties consent to the entry of these orders in the form attached.

WHEREFORE, for the foregoing reasons, undersigned counsel respectfully requests that the Court enter the orders attached hereto as Exhibits 1 and 2.

Date: February 17, 2012
Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

/s/ William D. Sullivan
William D. Sullivan (No. 2820)
901 N. Market St., Suite 1300
Wilmington, DE  19801
Tel: (302) 428-8191
Fax: (302) 428-8195
bsullivan@sha-llc.com

and

BROWN RUDNICK LLP
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Gordon Z. Novod, Esq.
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*