IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, <u>et</u> <u>al</u>.,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC), *et seq*<br>(Jointly Administered)<br><br>**Hearing Date: February 22, 2012, 2:00 p.m.**<br>**Objection Deadline: At the Time of Hearing** |

**NOTICE OF TELEPHONIC HEARING**
*(relates to Docket Nos. 10949, 10950 & 10952)*

　　　　PLEASE TAKE NOTICE that Teitelbaum & Baskin, LLP and Hiller & Arban, LLC, as attorneys for approximately 185 former employees (and beneficiaries of such former employees) (the "TM Retirees") of The Times Mirror Company filed the *Motion of the TM Retirees to Clarify or Modify Allocation Disputes Scheduling Order to Permit TM Retirees to Call an Expert Witness at the Hearing on the Allocation Disputes* (Docket No. 10949) (the "Motion for Leave") and the *Motion to Shorten Notice Period and Schedule Expedited Telephonic Hearing on Motion of the TM Retirees to Clarify or Modify Allocation Disputes Scheduling Order To Permit TM Retirees to Call an Expert Witness at the Hearing on the Allocation Disputes* (Docket No. 10950) (the "Motion to Shorten") on February 16, 2012.

　　　　PLEASE TAKE FURTHER NOTICE THAT on February 17, 2012, the Court entered an order (Docket No. 10952)(the "Order") granting the relief sought in the Motion to Shorten and has scheduled a **telephonic hearing**[1] on the Motion for Leave to take place on **February 22, 2012 at 2:00 p.m. (EDT)** (the "Hearing") before the Honorable Kevin J. Carey, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

　　　　PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Order, any person opposing the relief requested in the Motion for Leave may present their objections at the time of the Hearing.

---

[1] Any party who wishes to participate in the Hearing must contact CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

Dated: February 17, 2012
      Wilmington, Delaware

Respectfully submitted,

HILLER & ARBAN, LLC

**/s/ Brian Arban**
Adam Hiller (DE No. 4105)
Brian Arban (DE No. 4511)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 442-7676 telephone
barban@hillerarban.com

-and-

Jay Teitelbaum, Esq. (JT-4619)
TEITELBAUM & BASKIN, LLP
1 Barker Avenue
Third Floor
White Plains, New York 10601
(914) 437-7670
jteitelbaum@tblawl1p.com

*Attorneys for the TM Retirees*