IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>            Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC), *et seq*<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 17, 2012, I caused copies of the foregoing Notice of Telephonic Hearing to be served via electronic mail upon the parties listed on the attached matrix.

Dated: February 17, 2012        /s/ **Brian Arban**
       Wilmington, Delaware        Brian Arban (DE No. 4511)
                                                          Hiller & Arban, LLC
                                                          1500 North French Street, 2nd Floor
                                                          Wilmington, Delaware 19801
                                                          (302) 442-7676 telephone
                                                          barban@hillerarban.com

| | |
|---|---|
| Gordon Z. Novod, Esq.<br>Kate Bromberg, Esq.<br>Martin Siegel, Esq.<br>Robert J. Stark, Esq.<br>**Brown Rudnick**<br>Seven Times Square<br>New York, NY 10036 | gnovod@brownrudnick.com<br>kbromberg@brownrudnick.com<br>msiegel@brownrudnick.com<br>rstark@brownrudnick.com |
| Andrew N. Goldman, Esq.<br>**Wilmer Hale, Esq.**<br>399 Park Avenue<br>New York, NY 10022 | Andrew.goldman@wilmerhale.com |
| Jason Sunshine, Esq.<br>Abid Qureshi, Esq.<br>Daniel H. Golden, Esq.<br>Deborah Newman, Esq.<br>David Zensky, Esq.<br>Philip C. Dublin, Esq.<br>Sarah L. Brauner, Esq.<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY 10036 | jsunshine@akingump.com<br>aqureshi@akingump.com<br>dgolden@akingump.com<br>djnewman@akingump.com<br>dzensky@akingump.com<br>pdublin@akingump.com<br>sbrauner@akingump.com |
| Meredith A. Lahaie, Esq.<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY 10036 | mlahaie@akingump.com |
| .<br>Dale E. Thomas, Esq.<br>Patrick Wackerly, Esq.<br>Kenneth P. Kansa, Esq.<br>Jeffrey C. Steen, Esq.<br>Kerriann S. Mills, Esq.<br>**Sidley Austin LLP**<br>One South Dearborn<br>Chicago, IL 60603 | dthomas@sidley.com<br>pwackerly@sidley.com<br>kkansa@sidley.com<br>jsteen@sidley.com<br>kmills@sidley.com |

| | |
|---|---|
| Jessica Boelter, Esq.<br>Bryan Krakauer, Esq.<br>Colleen M. Kenney, Esq.<br>James F. Conlan, Esq.<br>James W. Ducayet, Esq.<br>**Sidley Austin LLP**<br>One South Dearborn<br>Chicago, IL  60603 | jboelter@sidley.com<br>Bkrakauer@sidley.com<br>Ckenney@sidley.com<br>jconlan@sidley.com<br>jducayet@sidley.com |
| Katharine L. Mayer, Esq.<br>James J. Freebery, Esq.<br>**McCarter & English, LLP**<br>Renaissance Centre<br>405 N. Market Street, 8th Floor<br>Wilmington, DE  19801 | kmayer@mccarter.com<br>jfreebery@mccarter.com |
| Kevin T. Lantry, Esq.<br>**Sidley Austin LLP**<br>555 West Fifth Street<br>Los Angeles, CA  90013 | klantry@sidley.com |
| David Rosner, Esq.<br>Sheron Korpus, Esq.<br>Matthew B. Stein, Esq.<br>**Kasowitz, Benson, Torres & Friedman LLP**<br>1633 Broadway<br>New York, NY 10019 | drosner@kasowitz.com<br>skorpus@kasowitz.com<br>mstein@kasowitz.com |
| James O. Johnston, Esq.<br>Joshua Mester, Esq.<br>**Dewey LeBoeuf LLP**<br>333 South Grand Avenue, Suite 2600<br>Los Angeles, CA  90071 | jjohnston@dl.com<br>jmester@dl.com |

David Adler, Esq.
**McCarter & English**
245 Park Avenue, 27th Floor
New York, NY 10167

dadler@mccarter.com

J. Kate Stickles, Esq.
**Cole, Schotz, Meisel, Forman & Leonard, P.A.**
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

kstickles@coleschotz.com

Damian Schaible, Esq.
Donald Bernstein, Esq.
Eli J. Vonnegut, Esq.
**Davis Polk & Wardwell LLP**
450 Lexington Avenue
New York, NY 10017

Damian.schaible@dpw.com
Donald.bernstein@davispolk.com
Eli.vonnegut@davispolk.com

James F. Bendernagel, Jr., Esq.
Dennis M. Twomey, Esq.
Thomas E. Ross, Esq.
**Sidley Austin LLP**
1501 K Street, N.W.
Washington, DC 20005

jbendernagel@sidley.com
dtwomey@sidley.com
tom.ross@sidley.com

Howard Seife, Esq.
David M. Lemay, Esq.
Douglas E. Deutsch, Esq.
Andrew Rosenblatt, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

hseife@chadbourne.com
dlemay@chadbourne.com
ddeutsch@chadbourne.com
arosenblatt@chadbourne.com

David J. Bradford, Esq.  
Catherine L. Steege, Esq.  
Vail, Andrew  
Jenner & Block  
353 N. Clark Street  
Chicago, IL 60654-3456  

dbradford@jenner.com  
csteege@jenner.com  
avail@jenner.com  

Isaac Pachulski, Esq.  
Stutman Treister & Glatt  
1901 Avenue of the Stars, 12th Floor  
Los Angeles, CA 90067  

ipachulski@stutman.com  

Adam Harris, Esq.  
Schulte Roth & Zabel LLP  
919 Third Avenue  
New York, NY 10022  

Adam.harris@srz.com  

William P. Bowden, Esq.  
Amanda M. Winfree, Esq.  
Ashby & Geddes, P.A.  
500 Delaware Avenue  
Wilmington, DE 19801  

wbowden@ashby-geddes.com  
awinfree@ashby-geddes.com  

James S. Green, Sr., Esq.  
Seitz, Van Ogtrop & Green, P.A.  
222 Delaware Avenue, Suite 1500  
Wilmington, DE 19899  

jgreen@svglaw.com

| | |
|---|---|
| Garvan F. McDaniel, Esq.<br>Bifferato Gentilotti LLC<br>800 N. King Street, Plaza Leval<br>Wilmington, DE 19801 | gmcdaniel@bglawde.com |
| Adam G. Landis, Esq.<br>Daniel B. Rath, Esq.<br>Matthew B. McGuire, Esq.<br>James S. Green, Jr., Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 | landis@lrclaw.com<br>rath@lrclaw.com<br>mcguire@lrclaw.com<br>green@lrclaw.com |
| Tribune Company | dliebentritt@tribune.com<br>deldersveld@tribune.com |