# **EXHIBIT C**

Exhibit 5.18 to the Third Amended DCL Plan

**Exhibit 5.18**

**Allocation Dispute Protocol**

Pursuant to Section 5.18 of the Plan[1], Allocation Disputes (as defined herein) shall be resolved and adjustments, if any, to the distributions to be made pursuant to the Plan to the Holders of Allowed Claims in Classes 1E, 1F, 1I and 1J shall be decided by the Bankruptcy Court pursuant to the following Allocation Dispute Protocol.

1. Allocation Disputes.

    1.1  "Allocation Disputes" shall have the meaning ascribed to such term in the Order Establishing Scheduling for (1) Resolution of the Allocation Disputes and (2) Consideration of DCL Plan Proponents' Supplemental Disclosure Document, Solicitation Procedures and Plan [D.I. 10692] (the "Allocation Dispute Scheduling Order"); provided, however, that the term "Allocation Disputes" as used herein shall exclude any Allocation Dispute(s) set forth in the Allocation Dispute Scheduling Order as to which the Bankruptcy Court concludes need not be resolved in order to determine that the distributions made under the Plan satisfy the applicable requirements of the Bankruptcy Code.

2. Process for Resolving Allocation Disputes.

    2.1  The Bankruptcy Court shall hear and determine the Allocation Disputes in connection with confirmation of the Plan. The adjudication of the Allocation Disputes shall occur pursuant to the schedule and guidelines set forth in the Allocation Dispute Scheduling Order and this Exhibit 5.18.

    2.2  The Confirmation Order may provide for the resolution of any Allocation Dispute, or the Bankruptcy Court may enter an order or orders separate from the Confirmation Order, but conditioned upon the entry thereof, either (i) resolving any Allocation Dispute(s) or (ii) approving the terms of a stipulation resolving any Allocation Dispute(s) (any such order referenced in subsections (i) and (ii), an "Allocation Order").

3. Distributions to Holders of Allowed Claims in Classes 1E, 1F, 1I and 1J.

    3.1  General. Holders of Allowed Claims in Classes 1E, 1F, 1I and 1J shall receive the distributions set forth in Sections 3.2.5(c), 3.2.6(c), 3.2.8(c) and 3.2.9(c) of the Plan (collectively, the "Article III Distributions"), respectively, except to the extent such Article III Distributions are adjusted to account for the resolution of any Allocation Dispute.

    3.2  Adjustments to Article III Distributions. Article III Distributions shall be adjusted to the extent necessary to account for the resolution of any Allocation Dispute. No later than 5 business days after the entry of the Confirmation Order, the Proponents shall file and serve on

---

[1] Capitalized terms used but not defined herein shall have the meanings assigned to such terms in the Third Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (the "Plan").

2

the "Parties" (as defined in the Allocation Dispute Scheduling Order) and affected Holders of Claims a notice setting forth all adjustments to the Article III Distributions resulting from the resolution of the Allocation Disputes, unless resolution of the Allocation Disputes does not result in any adjustment to Article III Distributions.