## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**Hearing Date: March 23, 2012 at 10:00 a.m. ET**
**Objection Deadline: March 9, 2012 at 11:59 p.m. ET**
**Related to Docket Nos. 10274 and 10692**

## SUPPLEMENT TO MOTION OF DEBTORS FOR ORDER (I) APPROVING SUPPLEMENTAL DISCLOSURE DOCUMENT; (II) ESTABLISHING SCOPE, FORMS, PROCEDURES, AND DEADLINES FOR RESOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT DCL PLAN FROM CERTAIN CLASSES; (III) AUTHORIZING TABULATION OF PRIOR VOTES AND ELECTIONS ON DCL PLAN MADE BY HOLDERS OF CLAIMS IN NON-RESOLICITED CLASSES; (IV) SCHEDULING THE CONFIRMATION HEARING AND ESTABLISHING NOTICE AND OBJECTION PROCEDURES IN RESPECT THEREOF; AND (V) GRANTING RELATED RELIEF

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

The debtors and debtors in possession in the above-captioned chapter 11 cases
(collectively, the "Debtors"), by and through their undersigned counsel, submit this supplement
(the "Supplement") to that certain Motion of Debtors for Order (I) Approving Supplemental
Disclosure Document; (II) Establishing Scope, Forms, Procedures, and Deadlines for
Resolicitation and Tabulation of Votes to Accept or Reject DCL Plan From Certain Classes; (III)
Authorizing Tabulation of Prior Votes and Elections on DCL Plan Made by the Holders of
Claims in Non-Resolicited Classes; (IV) Scheduling the Confirmation Hearing and Establishing
Notice and Objection Procedures in Respect Thereof; and (V) Granting Related Relief (Docket
No. 10274) (the "Solicitation Procedures Motion").[2]  This Supplement to the Solicitation
Procedures Motion is submitted in accordance with that certain Order Establishing Scheduling
for (1) Resolution of the Allocation Disputes and (2) Consideration of DCL Plan Proponents'
Supplemental Disclosure Document, Solicitation Procedures Motion and Plan (Docket No.
10692) (the "Scheduling Order"), which requires the filing no later than February 20, 2012 of
any amendments or supplements to, among other things, the Solicitation Procedures Motion.
(See Scheduling Order at ¶ 19.)  In support of the Solicitation Procedures Motion, the Debtors
state as follows:

1.  The Debtors are continuing to seek the bulk of the relief requested in the
Solicitation Procedures Motion.  Specifically, the Debtors continue to seek (i) approval of the
Supplemental Disclosure Document, a revised version of which is being filed
contemporaneously herewith, (ii) authorization to resolicit votes on and applicable elections
under the Third Amended DCL Plan from the Revoting Classes (i.e., the Classes of Senior
Noteholder Claims, Other Parent Claims, EGI-TRB LLC Notes Claims, and PHONES Notes

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Solicitation
Procedures Motion.

Claims, together with the 37 Subsidiary Revoting Classes), and (iii) a ruling that the votes cast

and elections made respecting the Second Amended DCL Plan for all Classes of Claims other

than the Revoting Classes remain binding and shall continue to be counted as votes and elections

respecting the Third Amended DCL Plan.  (<u>See</u> Solicitation Procedures Motion at ¶ 15

(summarizing relief requested)).

        2.      The Debtors request limited modifications to the relief sought in the

Solicitation Procedures Motion to reflect events that have occurred in the Debtors' chapter 11

cases subsequent to the filing of the Solicitation Procedures Motion, which modifications fall

into three (3) groups.  First, the Debtors request that this Court establish certain deadlines

relating to the Plan confirmation process in addition to those that were set forth in the Scheduling

Order, which established the dates for the hearings on the Solicitation Procedures Motion and

Supplemental Disclosure Document, and to consider confirmation of the Third Amended DCL

Plan, together with certain related deadlines.  Specifically, the Debtors request that the Court

establish the following additional deadlines relating to the confirmation process for the Third

Amended DCL Plan:

- March 22, 2012 – Supplemental Voting Record Date

- April 5, 2012 – Deadline for filing any 3018 Motions

- April 25, 2012 – Hearing on any 3018 Motions

- May 7, 2012 – Supplemental Tabulation Deadline

        3.      Accordingly, and for the avoidance of doubt, the schedule of

confirmation-related dates (combining those previously established in the Scheduling Order and

those set forth above) is as follows:

- February 20, 2012 - Deadline for DCL Plan Proponents to file any
  amendments or supplements to the Supplemental Disclosure Document,
  the Third Amended DCL Plan, and the Solicitation Procedures Motion

- March 9, 2012 – Deadline for filing of objections to the Supplemental Disclosure Document or Solicitation Procedures Motion

- March 9, 2012 – Deadline for serving all initial requests for written discovery relating to confirmation of the Third Amended DCL Plan

- March 16, 2012 – Deadline for filing of responses to objections to the Supplemental Disclosure Document or Solicitation Procedures Motion

- March 22, 2012 – Supplemental Voting Record Date

- March 23, 2012 (10:00 a.m. Eastern time) – Hearing on the Solicitation Procedures Motion and Supplemental Disclosure Document

- April 5, 2012 – Deadline for filing any 3018 Motions

- April 23, 2012 – Deadline for filing Plan Supplement

- April 25, 2012 – Hearing on any 3018 Motions

- April 30, 2012 – Deadline to complete all discovery relating to confirmation of the Third Amended DCL Plan

- April 30, 2012 (4:00 p.m. Eastern time) – Supplemental Voting Deadline[3]

- April 30, 2012 (11:59 p.m. Eastern time) – Deadline for filing objections to confirmation of the Third Amended DCL Plan

- May 10, 2012 – Deadline for filing briefs in support of confirmation of the Third Amended DCL Plan and replies to confirmation objections

- May 16, 2012 (10:00 a.m. Eastern time) – Confirmation Hearing

4.    The Debtors have made appropriate revisions to the proposed forms of Supplemental Ballots, Supplemental Master Ballots, supplemental treatment election forms for Beneficial Owners of Senior Notes and PHONES Notes (the "Supplemental Election Forms"), Instructions, and Notices that were filed with the Solicitation Procedures Motion to reflect the dates that are either proposed above or have already been ordered by the Court.  The Debtors

---

[3] The Scheduling Order, at ¶ 24, provides that the "Supplemental Voting Deadline" has the meaning set forth in the Solicitation Procedures Motion.  In such Motion, the Debtors requested that the Voting Deadline be established on the relevant date at 4:00 p.m. (Eastern time).  Because the Scheduling Order did not set a particular hour for the Supplemental Voting Deadline, for the avoidance of doubt, the Debtors request that such deadline established as April 30, 2012 at 4:00 p.m. (Eastern time).

have additionally modified certain of the Ballots, Master Ballots, Supplemental Election Forms and corresponding Instructions to implement the relief requested herein and to make certain modifications requested by the Voting Agent.  Those revisions are reflected in revised <u>Exhibits A-H</u> to this Supplement.  The Debtors have additionally filed with this Supplement a revised form of order that implements the revised dates set forth in this Supplement.

      5.      The second category of limited modifications to the relief requested in the Solicitation Procedures Motion concerns revisions to the proposed Supplemental Ballots and Supplemental Election Forms to accommodate the relief to be sought by the Debtors in their forthcoming Motion of the Debtors for an Order Establishing Procedures for Compliance with Federal Communications Commission Foreign Ownership Requirements, which will be filed by the Debtors on or about March 5, 2012, to be heard at the March 23, 2012 hearing.  Specifically, the Debtors have modified the Supplemental Election Forms Forms to be used by the Holders of Senior Noteholder Claims to provide for such Holders' return of Foreign Ownership Certifications as required by the Federal Communications Commission ("<u>FCC</u>") from certain recipients of New Common Stock under the Third Amended DCL Plan in order to avoid having those recipients be deemed to be foreign-owned and foreign-controlled for purposes of evaluating the percentage of foreign ownership of reorganized Tribune Company.  Such Foreign Ownership Certification Forms would need to be completed and returned by Holders of Senior Noteholder Claims only in the event such Holders (i) make the affirmative election to receive a portion of their distributions under the Third Amended DCL Plan in New Common Stock and (ii) otherwise meet the qualifications set forth in the Foreign Ownership Certification Form.

(See Third Amended DCL Plan at § 3.2.5(c) (describing default treatment and alternative treatment that may be elected for Senior Noteholder Claims)).[4]

6.    The final category of limited modifications sought to the relief requested in the Solicitation Procedures Motion concerns a request by the Debtors to provide a supplemental notice to the Holders of certain Customer Program Claims.  In the Debtors' April 2010 solicitation motion, the Debtors advised the Court and parties-in-interest that the Debtors had identified approximately 325,000 Holders of Customer Program Claims who were collectively owed approximately $6.0 million.  The Debtors requested, and the Court ordered, that the Debtors could provide a streamlined form of notice (the "Credit/Refund Notice") to such Holders in lieu of providing a full solicitation package, without prejudice to the Debtors' rights to pay or otherwise to satisfy such claims under applicable "first-day" relief granted by the Court that allowed the Debtors to maintain their customer programs.  (See Docket No. 50 (the "Customer Programs Order"); Docket No. 4204, April 2010 solicitation motion at ¶¶ 25-26; Docket No. 4707, Order approving April 2010 solicitation motion at ¶ 12.)  The Debtors later advised the Court that of the 325,000 Holders of Customer Program Claims that were sent Credit/Refund Notices, less than one percent (<1%) responded to such notices, and that the Debtors ultimately satisfied those Customer Program Claims rather than distributing solicitation packages to the relevant Holders.  (See Docket No. 6255, December 2010 solicitation motion at ¶¶ 38-40.)

7.    In reviewing their business records, the Debtors have recently identified approximately $40,000 in the aggregate of additional potential Customer Program Claims owed

---

[4] The Debtors have additionally modified the forms of Supplemental Ballots and Supplemental Election Forms submitted herewith to afford all Holders of Claims in the Revoting Classes that are to receive New Common Stock under the Third Amended DCL Plan the opportunity, upon the provision of written notice to the Voting Agent, to designate an affiliate or other party to receive their distributions of New Common Stock under the Third Amended DCL Plan (the "Alternative Recipient Designation").  See Third Amended DCL Plan at § 7.2.3.

to approximately 5,000 Holders thereof.  The Debtors request that the form of order approving

the Solicitation Procedures Motion grant them the same relief with respect to those Holders as

was granted with respect to the larger group of Holders of Customer Program Claims through the

Court's approval of the April 2010 solicitation motion.  Specifically, the Debtors request that

they be (i) excused from any requirement to send the newly-identified potential Holders of

Customer Program Claims solicitation materials under the Solicitation Procedures Motion, and

(ii) permitted instead to send such potential Holders of Customer Program Claims a modified

form of the Credit/Refund Notice, in the form attached hereto as <u>Exhibit I</u>.  To the extent any

potential Holders of Customer Program Claims contact the Debtors seeking solicitation materials

in response to such notice, the Debtors would retain the option either to provide such materials or

to satisfy such Customer Program Claims in accordance with prior authorizations from the Court.

        8.      The modifications described herein are reflected in the revised forms of

ballots, master ballots, notices and election forms submitted herewith collectively as <u>Exhibits A-

I</u>.  The Debtors have also submitted herewith a revised form of order approving the Solicitation

Procedures Motion that reflects the modifications to the relief sought in that Motion described

herein, together with a version of that proposed form of order blacklined against the proposed

order originally submitted with the Solicitation Procedures Motion.

## NOTICE

        9.      Notice of this Supplement has been provided to: (i) the Office of the

United States Trustee; (ii) counsel for the Official Committee of Unsecured Creditors; (iii)

counsel for the administrative agents for Tribune Company's prepetition loan facilities; (iv)

counsel for the administrative agent for the Debtors' post-petition loan facility; and (v) all parties

having requested notice in the Debtors' chapter 11 cases pursuant to Bankruptcy Rule 2002.  In

light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

[Remainder of Page Intentionally Left Blank]

WHEREFORE, subject to the amendments and modifications set forth in this

Supplement, the Debtors respectfully request that the Court grant (i) the relief requested in the

Solicitation Procedures Motion, and (ii) such other and further relief as the Court deems just and

proper.

Dated: February 20, 2012

SIDLEY AUSTIN LLP
James F. Conlan
Kevin T. Lantry
Kenneth P. Kansa
Jillian K. Ludwig
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-0199

-and-

COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.

By:    _/s/ J. Kate Stickles_____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone:  (302) 652-3131

Counsel for Debtors and Debtors in Possession