IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 Cases |
| | ) Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Re: D.I. 10879, 10954 |
| | ) |

### ORDER APPROVING STIPULATION BETWEEN WILMINGTON TRUST COMPANY AND EGI-TRB, LLC REGARDING ALLOCATION DISPUTES HEARING

AND NOW, this 21st day of Feb., 2012, upon consideration of the *Stipulation* between Wilmington Trust Company, as successor Indenture Trustee for the PHONES, and EGI-TRB, LLC, regarding issues pertaining to the Allocation Disputes Hearing, a copy of which is attached hereto as **Exhibit A** (the "Stipulation"); and finding that approval of the Stipulation is consistent with the resolution of disputes for the Allocation Disputes Hearing, IT IS HEREBY ORDERED APPROVED.

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge