# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 Cases |
| TRIBUNE COMPANY, et al., | ) ) ) | Case No. 08-13141 (KJC) (Jointly Administered) |
| Debtors. | ) ) | |

## STIPULATION

It is hereby stipulated and agreed by and between counsel for Wilmington Trust Company, as successor Indenture Trustee for the PHONES ("Wilmington Trust") and counsel for EGI-TRB LLC ("EGI-TRB"), solely in connection with the issue of whether the PHONES notes are senior in right of payment to the EGI-TRB notes or whether the EGI-TRB notes are senior in right of payment to the PHONES Notes, to be resolved at the Allocation Disputes hearing scheduled for March 5 and 6, 2012, including to the extent any resolution of the Allocation Disputes is made in conjunction with the confirmation of a plan of reorganization of the Debtors, that:

1. the documents listed below in paragraph 2 may be treated for evidentiary purposes as records of a Regular Conducted Activity as that phrase is used in Federal Rules of Evidence Rule 803(6) and that they may be treated as records of Regular Conducted Activity without the need for the testimony of the custodian or another qualified witness, or by a certification that complies with Federal Rules of Evidence Rule 902(11).

2. The documents that are subject of the stipulation in paragraph 1 contain the bates numbers listed below:

1

2078184.1

**Tribune Business Records**:

TRB0082471, D&P_TR091748, D&P_TR091749-D&P_TR091752, TRB0086033, CITI-TRIB-CC 00050753-CITI-TRIB-CC 00050754, TRIB 021668 (TRIB-G0026947) – TRIB 021669 (TRIB-G0026948), TRIB 021673 (TRIB-G0026952)-TRIB 021675 (TRIB-G0026954), TRIB 021670 (TRIB-G0026949)-TRIB 021672 (TRIB-G0026951), TRIB 021667 (TRIB-G0026946), TRB0090708-TRB0090711, TRB0099118-TRB0099123, TRB1249941-TRB1249943, TRB0135496-TRB0135510, TRB1169511-TRB1169526, TRB0506433-TRB0506439, TRB0506440-TRB0506446, TRB0524215-TRB0524220.

**JPMorgan Business Records**:

CITI-TRIB-CC 00050289-CITI-TRIB-CC 00050290, JPM_00226635-JPM_00226638, JPM_00291398, TRIB 040736 (TRIB-G0035142)-TRIB 040738 (TRIB-G0035144), CITI-TRIB-CC 00050005.

**Citi Business Records**:

CITI-TRIB-CC 00049261-CITI-TRIB-CC 00049262, CITI-TRIB-CC 00025351-CITI-TRIB-CC 00025352, JPM_00233966-JPM_00233967, CITI-TRIB-CC 00050289- CITI-TRIB-CC 00050290, CITI-TRIB-CC 00050753-CITI-TRIB-CC 00050754, CITI-TRIB-CC 00050005.

**EGI-TRB Business Records**:

EGI-LAW 00108858-EGI-LAW 00108859, TRB0082471, EGI-LAW 0031058-EGI-LAW 0031061, TRB0135496-TRB0135510, TRB0506433-TRB0506439, TRB0506440-TRB0506446, TRB0524215-TRB0524220.

    3.  Notwithstanding the foregoing, EGI-TRB reserves the right to object in connection with the Allocation Disputes hearing as to the admissibility of the foregoing documents on the grounds that they are irrelevant to the Allocation Disputes, and that they

constitute inadmissible parole evidence, and to the document bates stamped JPM_00226635-JPM_00226638, on the grounds that it contains double hearsay, and Wilmington Trust reserves the right to respond fully to any such objections and to object to the documents that EGI-TRB seeks to introduce at the hearing;

4. EGI-TRB and Wilmington Trust further stipulate and agree that the June 2, 2009 letter from Goldberg Kohn, Bates stamped JPM 00544312-314 and EGI-LAW 00243345-347 (the "Goldberg Kohn Letter") shall be treated for evidentiary purposes as authentic and represents a letter sent and received on or about that date, such that there is no need for the testimony of any witness to establish the foundation for that document; subject, however, to Wilmington Trust's right to object to the admission of the Goldberg Kohn Letter into evidence.

5. Any discussion or submission of the foregoing documents in connection with any briefs of the parties on the allocation dispute shall be subject to the Court's determination as to the admissibility of such documents;

6. EGI-TRB confirms that it has conducted a reasonable search for responsive documents related to the issue of whether the PHONES notes are senior in right of payment to the EGI-TRB notes or whether the EGI-TRB notes are senior in right of payment to the PHONES Notes, and it is not aware of any responsive documents that have not already been produced, and it does not intend to introduce any documents in evidence as to the relative subordination of the PHONES Notes and the EGI-TRB Notes other than the EGI-TRB Subordination Agreement, the PHONES Indenture, the EGI-TRB Notes, Tribune's 2007 8-K, and the Goldberg Kohn Letter;

7.  Wilmington Trust confirms that it does not intend to introduce any documents in evidence as to the relative subordination of the PHONES Notes and the EGI-TRB Notes other than the documents listed above, the Subordination Agreements and drafts thereof;

8.  Wilmington Trust and EGI-TRB each reserve the right to supplement the list of documents identified for the Allocation Disputes Hearing pursuant to the schedule established by this Court's Allocation Disputes Scheduling Order and each party's right to object to such supplementation is similarly reserved.

Dated: February 17, 2012

| | |
|---|---|
| BLANK ROME LLP | SULLIVAN HAZELTINE ALLINSON LLC |
| /s/ David W. Carickhoff | /s/ William D. Sullivan |
| David W. Carickhoff (DE Bar No. 3715)<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>(302) 425-6434 | William D. Sullivan (DE Bar No. 2820)<br>Elihu E. Allinson, III (DE Bar No. 3476)<br>901 N. Market Street, Suite 1300<br>Wilmington, DE 19801<br>(302) 428-8191 |
| JENNER BLOCK LLP | BROWN RUDNICK LLP |
| /s/ David J. Bradford | /s/ Martin S. Siegel |
| David J. Bradford<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>(312) 923-2975 | Martin S. Siegel<br>Seven Times Square<br>New York, NY 10036<br>(212) 209-4800 |
| *Attorneys for EGI-TRB LLC* | *Attorneys for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES* |