IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 Cases |
| ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Re: D.I. 10954 |
| ) | |

## ORDER GRANTING IN PART
## WILMINGTON TRUST COMPANY'S REQUEST FOR ORDER PERMITTING
## DEPOSITIONS IN CONNECTION WITH CERTAIN ALLOCATION DISPUTES

AND NOW, this 21st day of Feb., 2012, upon consideration of the request by Wilmington Trust Company, as successor Indenture Trustee for the PHONES, made pursuant to the *Order Establishing Scheduling for (1) Resolution of the Allocation Disputes and (2) Consideration of DCL Plan Proponents' Supplemental Disclosure Document, Solicitation Procedures Motion and Plan* (the "Allocation Disputes Scheduling Order")(D.I. 10692) for an order permitting certain depositions to be taken with respect to Allocation Disputes, and the Court having considered all objections raised to this request, and the Court having conducted a hearing on the matter on February 15, 2012,

IT IS HEREBY ORDERED

1. The request is granted in part and denied in part, as set forth herein.

2. Wilmington Trust shall be permitted to take the deposition of Chris Hochschild, an employee of EGI-TRB, LLC, at such time and place as is convenient to the parties. The deposition shall be limited to two hours in length, absent further order of the Court.

3. The Hochschild deposition shall not be required to be completed by February 17, 2012 under paragraph 12 of the Allocation Disputes Scheduling Order, but the parties shall make their best efforts to complete it shortly thereafter.

4. Wilmington Trust's request to take the deposition of Mr. Joachim Sonne, an employee of JPMorgan, as requested in its *Motion of Wilmington Trust Company, as Successor Indenture Trustee, for an Order Granting Leave to Take Discovery and Compelling Discovery from JPMorgan and Citigroup* (the "Motion for Leave")(D.I. 10868) is denied without prejudice.

5. Any request by Wilmington Trust to take additional depositions requested in the Motion for Leave, including a deposition of Mr. Sonne, must be addressed to the Court following the deposition of Mr. Hochschild.

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge