# Schedule 1

CHI 6336079V.5

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 51: SCHEDULE I

|  | NAME | EXHIBIT |
|---|---|---|
| 1 | A&B PHOTO & PRINT<br>218 N JEFFERSON STE LLC NO. 2<br>CHICAGO, IL 60661 | B |
| 2 | AMMERDALE TRUST<br>C/O DAVID KISSI<br>PO BOX 77878<br>ONE MASSACHUSETTS AVE NE<br>WASHINGTON, DC 20013 | A |
| 3 | ARTINI-ZAK CORPORATION, INC.<br>ARTINI FINE JEWELRY, INC.<br>100 PLAZA REAL SOUTH, SUITE B<br>BOCA RATON, FL 33432 | B |
| 4 | AVAYA INC.<br>C/O RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | A |
| 5 | AVAYA INC.<br>C/O RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | A |
| 6 | BUCKINGHAM, JIM J<br>2600 SPRINGMILL RD<br>FINDLAY, OH 45840-2860 | C |
| 7 | CHANSKY, KATHERINE M.<br>12001 FALCON RIDGE WAY<br>NORTHRIDGE, CA 91326 | F |
| 8 | CITY OF NEW ORLEANS<br>PO BOX 52828<br>NEW ORLEANS, LA 70152-2828 | E |
| 9 | CWA/ITU NEGOTIATED PENSION PLAN<br>MICHELLE MCMAHON, ESQ.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | C |
| 10 | FRANKE GREENHOUSE LIST LIPPITT<br>1228 15TH ST 2ND FL NO.200<br>DENVER, CO 80202 | C |
| 11 | HARRIS COUNTY TREASURER<br>1001 PRESTON    STE 652<br>HOUSTON, TX 77002 | B |
| 12 | HEIMBERG, ERIC<br>6233 S MAJOR<br>CHICAGO, IL 60638 | A |
| 13 | HOLLAND & KNIGHT LLP<br>1 EAST BROWARD BLVD, STE 1300<br>FORT LAUDERDALE, FL 33301 | D |
| 14 | HOWARD COUNTY, MARYLAND<br>HOWARD COUNTY OFFICE OF LAW - MARGARET<br>ANN NOLAN, ESQ. CAMELA J. SANDMANN, ESQ.<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 | A |

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 51: SCHEDULE I

|    | NAME | EXHIBIT |
|----|------|---------|
| 15 | HUYNH, HOI T.<br>2642 N. DRAKE STREET<br>CHICAGO, IL 60647-1210 | A |
| 16 | JACOBSEN, CLARICE<br>5623 N OLCOTT<br>CHICAGO, IL 60631 | A |
| 17 | KISSI, DAVID<br>PO BOX 77878<br>ONE MASSACHUSETTS AVE NE<br>WASHINGTON, DC 20013 | A |
| 18 | LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: SPR INC<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | D |
| 19 | OFFICEMAX<br>ATTN: CREDIT<br>263 SHUMAN BLVD<br>NAPERVILLE, IL 60563-1255 | A |
| 20 | OKLAHOMA TAX COMMISSION<br>BANKRUPTCY SECTION<br>GENERAL COUNSEL'S OFFICE<br>120 N. ROBINSON, SUITE 2000<br>OKLAHOMA CITY, OK 73102-7471 | A |
| 21 | RIVERSIDE CLAIMS LLC<br>TRANSFEROR: THOMSON INC DBA GRASS VALLEY<br>POST OFFICE BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10024 | D |
| 22 | ROBINSON, WILLIAM E & DOROTHY A<br>JT TEN<br>15500 BUBBLING WELLS RD<br>DESERT HOT SPRINGS, CA 92240-7043 | G |
| 23 | TOWN OF GRIFFITH<br>111 N. BROAD ST.<br>GRIFFITH, IN 46319-2294 | F |
| 24 | TWTR, INC., ET AL.<br>C/O A-S-K FINANCIAL LLP<br>2600 EAGAN WOODS DRIVE, SUITE 400<br>EAGAN, MN 55121 | A |
| 25 | TWTR, INC., ET AL.<br>C/O A-S-K FINANCIAL LLP<br>2600 EAGAN WOODS DRIVE, SUITE 400<br>EAGAN, MN 55121 | A |
| 26 | TWTR, INC., ET AL.<br>C/O A-S-K FINANCIAL LLP<br>2600 EAGAN WOODS DRIVE, SUITE 400<br>EAGAN, MN 55121 | A |
| 27 | TWTR, INC., ET AL.<br>C/O A-S-K FINANCIAL LLP<br>2600 EAGAN WOODS DRIVE, SUITE 400<br>EAGAN, MN 55121 | A |

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 51: SCHEDULE I

|    | NAME | EXHIBIT |
|----|------|---------|
| 28 | WHITEHALL JEWELERS HOLDINGS, INC., ET AL<br>C/O ASK FINANCIAL LLP<br>2600 EAGAN WOODS DRIVE, SUITE 400<br>EAGAN, MN 55121 | A |