# EXHIBIT A

## No Liability Claims

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 51: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AMMERDALE TRUST C/O DAVID KISSI PO BOX 77878 ONE MASSACHUSETTS AVE NE WASHINGTON, DC 20013 | 08-13141 | Tribune Company | 02/13/2009 | 940 | Undetermined | No liability for this claim is reflected in Debtors' book and records, as set forth in detail in paragraphs 15-17 of the objection. |
| 2 | AVAYA INC. C/O RMS BANKRUPTCY SERVICES PO BOX 5126 TIMONIUM, MD 21094 | 08-13208 | Sun-Sentinel Company | 02/02/2009 | 341 | $21,669.79 | Claim is for liability related to charges after accounts had been properly terminated by Debtor. No liability owed to claimant per Debtors' books and records. |
| 3 | AVAYA INC. C/O RMS BANKRUPTCY SERVICES PO BOX 5126 TIMONIUM, MD 21094 | 08-13208 | Sun-Sentinel Company | 03/19/2009 | 775 | $95,344.28 | Claim is for liability related to charges after accounts had been properly terminated by Debtor. No liability owed to claimant per Debtors' books and records. |
| 4 | HEIMBERG, ERIC 6233 S MAJOR CHICAGO, IL 60638 | 08-13141 | Tribune Company | 06/10/2009 | 4421 | $5,347.20 | Claim asserted for vacation pay in excess of amount to which claimant is entitled to receive under Chicago Tribune Company's vacation pay policy in effect at the time services were performed.[1] Neither Chicago Tribune Company's nor Tribune Company's books and records show that any amounts were due to creditor as of the Petition Date. |
| 5 | HOWARD COUNTY, MARYLAND HOWARD COUNTY OFFICE OF LAW - MARGARET ANN NOLAN, ESQ. CAMELA J. SANDMANN, ESQ. 3430 COURTHOUSE DRIVE ELLICOTT CITY, MD 21043 | 08-13141 | Tribune Company | 03/03/2011 | 6709 | $511.99 | Claim is for late penalty charges. Payment for tax liability in 2010 was released on 10/28/2011 in check number 0002625584. Tax liability was due on or before 10/30/2011. There is no liability related to this claim. |

---

[1] A copy of the applicable Chicago Tribune Company vacation pay policy is available upon request to the Debtors.

Page 1 of 4

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 51: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | HUYNH, HOI T. 2642 N. DRAKE STREET CHICAGO, IL 60647-1210 | 08-13252 | WGN Continental Broadcasting Company | 10/12/2010 | 6662 | Undetermined | No liability for this claim is reflected in Debtors' book and records, as set forth in detail in paragraphs 18-19 of the objection. In addition, this claim was filed after the Bar Date. |
| 7 | JACOBSEN, CLARICE 5623 N OLCOTT CHICAGO, IL 60631 | 08-13141 | Tribune Company | 05/04/2009 | 2333 | Undetermined | Claim is asserted on account of an alleged injury sustained by claimant's now-deceased spouse in 1976, while working for the Debtor. Claim states that no claim was filed at the time of the alleged injury and no receipts are in existence. The statute of limitations for personal injury claims under Illinois law is two (2) years from the date of the accident. The statute of limitations for workers' compensation claims under Illinois law is three (3) years from the date of the accident or two (2) years from the date of the last payment of benefits. Accordingly, any claim for recovery on account of an injury sustained in 1976 would be time-barred. |
| 8 | KISSI, DAVID PO BOX 77878 ONE MASSACHUSETTS AVE NE WASHINGTON, DC 20013 | 08-13141 | Tribune Company | 04/22/2009 | 1334 | Undetermined | No liability for this claim is reflected in Debtors' book and records, as set forth in detail in paragraphs 15-17 of the objection. |
| 9 | OFFICEMAX ATTN: CREDIT 263 SHUMAN BLVD NAPERVILLE, IL 60563-1255 | 09-13496 | Tribune CNLBC, LLC | 10/19/2009 | 6335 | $5,047.64 | No liability owed to claimant per Debtors' books and records. Claimant included credit amount that was applied to the outstanding balance in account number 0677108. |

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 51: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | OKLAHOMA TAX COMMISSION BANKRUPTCY SECTION GENERAL COUNSEL'S OFFICE 120 N. ROBINSON, SUITE 2000 OKLAHOMA CITY, OK 73102-7471 | 08-13203 | Shepard's Inc. | 02/23/2009 | 586 | $2,479.00 | The Claim should be disallowed as it is time-barred by the applicable statute of limitations. The Tax Commission has provided insufficient documentation to justify its assessment of taxes on the Debtor from the time period of October through December of 1996 when the applicable statute of limitations, found in 68 Okl. St. § 223, states that, with exceptions not applicable here, no tax assessment shall be made after the expiration of three years from the date the return was required to be filed or the date the return was filed, whichever period expires later. See also El Paso Natural Gas Co. v. Oklahoma Tax Comm'n, 929 P.2d 1002, 1006 (Okla. Ct. App. 1996). |
| 11 | TWTR, INC., ET AL. C/O A-S-K FINANCIAL LLP 2600 EAGAN WOODS DRIVE, SUITE 400 EAGAN, MN 55121 | 08-13141 | Tribune Company | 12/30/2008 | 188 | $13,532.00 | No liability for this claim is reflected in Debtors' book and records, as set forth in detail in paragraphs 20-21 of the objection. |
| 12 | TWTR, INC., ET AL. C/O A-S-K FINANCIAL LLP 2600 EAGAN WOODS DRIVE, SUITE 400 EAGAN, MN 55121 | 08-13241 | Tribune Television Company | 12/30/2008 | 189 | $13,532.00 | No liability for this claim is reflected in Debtors' book and records, as set forth in detail in paragraphs 20-21 of the objection. |
| 13 | TWTR, INC., ET AL. C/O A-S-K FINANCIAL LLP 2600 EAGAN WOODS DRIVE, SUITE 400 EAGAN, MN 55121 | 08-13209 | The Baltimore Sun Company | 12/30/2008 | 190 | $10,000.00 | No liability for this claim is reflected in Debtors' book and records, as set forth in detail in paragraphs 20-21 of the objection. |
| 14 | TWTR, INC., ET AL. C/O A-S-K FINANCIAL LLP 2600 EAGAN WOODS DRIVE, SUITE 400 EAGAN, MN 55121 | 08-13209 | The Baltimore Sun Company | 12/30/2008 | 191 | $10,000.00 | No liability for this claim is reflected in Debtors' book and records, as set forth in detail in paragraphs 20-21 of the objection. |

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 51: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | WHITEHALL JEWELERS HOLDINGS, INC., ET AL<br>C/O ASK FINANCIAL LLP<br>2600 EAGAN WOODS DRIVE, SUITE 400<br>EAGAN, MN 55121 | 08-13141 | Tribune Company | 07/17/2009 | 6124 | $29,470.89 | No liability for this claim is reflected in Debtors' book and records, as set forth in detail in paragraphs 20-21 of the objection. |
| | | | | | TOTAL | $206,934.79 | |