# EXHIBIT B

## Substantive Duplicate Claims

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 51: EXHIBIT B – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 1 | A&B PHOTO & PRINT<br>218 N JEFFERSON STE LL NO. 2<br>CHICAGO, IL 60661 | 12/08/2011 | 08-13252 | 7091 | $1,133.68 | A&B PHOTO & PRINT<br>218 N JEFFERSON STE LL NO.2<br>CHICAGO, IL 60661 | 05/26/2009 | 08-13252 | 3123 | $1,133.68 | Duplicates liability in remaining claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**TRIBUNE COMPANY, ET AL.**

**OMNIBUS OBJECTION 51: EXHIBIT B – SUBSTANTIVE DUPLICATE CLAIMS**

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 2 | ARTINI-ZAK CORPORATION, INC. ARTINI FINE JEWELRY, INC. 100 PLAZA REAL SOUTH, SUITE B BOCA RATON, FL 33432 | 03/24/2009 | 08-13141 | 838 | Undetermined | ASINMAZ, ARTHUR 9124 SW 51ST RD #B-102 GAINESVILLE, FL 32608-8171 | 05/08/2009 | 08-13208 | 2578 | Undetermined | Duplicates liability in remaining claims. |
| | | | | | | ARTINI-ZAK CORPORATION, INC. 9124 SW 51ST RD #B-102 GAINESVILLE, FL 32608-8171 | 05/08/2009 | 08-13208 | 2579 | Undetermined | |
| | | | | | | ARTINI-ZAK CORPORATION, INC. 9124 SW 51ST RD #B-102 GAINESVILLE, FL 32608-8171 | 05/08/2009 | 08-13208 | 2580 | Undetermined | |
| | | | | | | ARTINI FINE JEWELRY, INC. D/B/A 5TH 9124 SW 51ST RD #B-102 GAINESVILLE, FL 32608-8171 | 05/08/2009 | 08-13208 | 2581 | Undetermined | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**TRIBUNE COMPANY, ET AL.**

**OMNIBUS OBJECTION 51: EXHIBIT B – SUBSTANTIVE DUPLICATE CLAIMS**

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 3  HARRIS COUNTY TREASURER 1001 PRESTON STE 652 HOUSTON, TX 77002 | 05/19/2009 | 08-13187 | 3102 | $71.01* | HARRIS COUNTY TREASURER 1001 PRESTON STE 652 HOUSTON, TX 77002 | 12/23/2008 | 08-13187 | 28 | $71.01* | Duplicates liability in remaining claim. |
| | | | TOTAL | $1,204.69 | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts