# EXHIBIT C

## Modified Amount Claims

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 51: EXHIBIT C – MODIFIED AMOUNT CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 1 | BUCKINGHAM, JIM J<br>2600 SPRINGMILL RD<br>FINDLAY, OH 45840-2860 | 6692 | Tribune Company | Unsecured | Undetermined | Unsecured | $1.80 | Liquidating claim to reflect Debtors' books and records. |
| 2 | CWA/ITU NEGOTIATED PENSION PLAN<br>MICHELLE MCMAHON, ESQ.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | 2897 | The Baltimore Sun Company | Unsecured | $329,569.00* | Unsecured | $329,569.00 | Liquidating claim to reflect Debtors' books and records. |
| 3 | FRANKE GREENHOUSE LIST LIPPITT<br>1228 15TH ST 2ND FL<br>NO.200<br>DENVER, CO 80202 | 4187 | Tribune Broadcasting Company | Unsecured | $1,047.52 | Unsecured | $642.35 | Claim reduced to disallow interest and penalties. |
| | | | | TOTAL | $330,616.52 | TOTAL | $330,213.15 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts