# EXHIBIT D

## Modified Amount, Modified Debtor Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 51: EXHIBIT D - MODIFIED AMOUNT, MODIFIED DEBTOR CLAIMS

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 1 HOLLAND & KNIGHT LLP<br>1 EAST BROWARD BLVD, STE 1300<br>FORT LAUDERDALE, FL 33301 | 2260 | Tribune Company | Unsecured | $6,849.12 | Orlando Sentinel Communications Company | $2,881.15 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. In addition, claim reduced by invoices for liabilities not owned by Debtor. |
| 2 LONGACRE OPPORTUNITY FUND, LJ<br>TRANSFEROR: SPR INC<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | 2466 | Tribune Publishing Company | Unsecured | $57,650.50 | Tribune Company | $50,000.00 | Claim reduced to disallow amounts for certain services that were invoiced to Debtor, but for which no timesheets were submitted to Debtor in support of the invoices. Claimant has not provided any evidence that the portion of the claim proposed to be disallowed by this Objection relates to services actually rendered and Debtors' books and records do not reflect work was performed. |
| 3 RIVERSIDE CLAIMS LLC<br>TRANSFEROR: THOMSON INC DBA<br>GRASS VALLEY<br>POST OFFICE BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10024 | 625 | No Debtor Asserted | Unsecured | $99,243.52 | Channel 40, Inc.<br>Tribune Television Company<br>Tribune Television Holdings, Inc.<br>Tribune Television Northwest, Inc.<br>WPIX, Inc. | $5,120.35<br>$12,370.00<br>$373.00<br>$44,386.36<br>$16,153.89 | Tribune Television Company is entitled to a $20,839.92 tax exemption on account of WTXX, and therefore the charge is not properly passed through to the Debtor by the vendor. In addition, the Debtors provided tax exemption certificates to the vendor at the vendor's request. |
| | | | | | Sub Total | $78,403.60 | |
| | | | TOTAL | $163,743.14 | | $131,284.75 | |

^ - Documentation supporting payments is available upon request to Debtors.