# EXHIBIT E

## Modified Amount, Modified Priority Claim

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 51: EXHIBIT E - MODIFIED AMOUNT, MODIFIED PRIORITY CLAIMS

| NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 1 CITY OF NEW ORLEANS<br>PO BOX 52828<br>NEW ORLEANS, LA 70152-2828 | 3677 | Tribune Television New Orleans, Inc. | Priority | $160.00 | Unsecured | $80.00 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. In addition, claim asserted priority under 11 U.S.C. § 507 (a)(8). Tax charge is related to parking violations that do not give rise to priority status. |
| | | | TOTAL | $160.00 | TOTAL | $80.00 | |

^ - Documentation supporting payments is available upon request to Debtors.