# EXHIBIT F

## Modified Priority, Modified Debtor Claims

CH1 6336079V.5

Tribune Company, et al.

Omnibus Objection 51: Exhibit F - Modified Priority, Modified Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CHANSKY, KATHERINE M. 12001 FALCON RIDGEWAY NORTHRIDGE, CA 91326 | 3251 | Tribune Company | Priority | $134.00 | Los Angeles Times Communications LLC | Unsecured | $134.00 | Claim asserted priority under 11 U.S.C. § 507 (a)(7). Claimant's supporting documentation and Debtors' books and records provide no basis for priority. |
| 2 | TOWN OF GRIFFITH 111 N. BROAD ST. GRIFFITH, IN 46319-2294 | 2855 | No Debtor Asserted | 503(b)(9) | $173.07 | Chicago Tribune Company | Unsecured | $173.07 | Claim included services or other non-goods. |
| | | | | TOTAL | $307.07 | | TOTAL | $307.07 | |