# EXHIBIT G

## Modified Amount, Modified Priority, Reclassified Claim

CH1 6336079V.5

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 51: EXHIBIT G - MODIFIED AMOUNT, MODIFIED PRIORITY, RECLASSIFIED CLAIMS

| NAME | CLAIM # | DEBTOR | ASSERTED | | | MODIFIED | | REASON |
|---|---|---|---|---|---|---|---|---|
| | | | CLASS | AMOUNT | PRIORITY STATUS | AMOUNT | | |
| 1 ROBINSON, WILLIAM E & DOROTHY A<br>JT TEN<br>15500 BUBBLING WELLS RD<br>DESERT HOT SPRINGS, CA 92240-7043 | 6816 | Tribune Company | Priority<br>Secured<br><br>Subtotal | $340.00<br>$340.00<br><br>$680.00 | Unsecured | $340.00<br><br><br>$340.00 | | Claimant duplicated liability owed in priority and secured sections of Proof of Claim form. Claim asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee and claim is not on account of wages or other earnings within 180 days before the Petition Date. In addition, no evidence of perfected lien or security interest provided. |
| | | | TOTAL | $680.00 | TOTAL | $340.00 | | |