# SCHEDULE 1

46429/0001-8321113v1

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 52: SCHEDULE I

| # | NAME | EXHIBIT |
|---|------|---------|
| 1 | BAKER, CYNTHIA<br>1320 MCCAY LANE<br>MC LEAN, VA 22101 | C |
| 2 | CITY OF HARTFORD<br>EDWARD C. TAIMAN, JR., ESQ.<br>C/O SABIA TAIMAN, LLC<br>450 CHURCH STREET<br>HARTFORD, CT 06103-1107 | C |
| 3 | CORNER LLC<br>C/O PENELOPE PARMES<br>RUTAN & TUCKER LLP<br>611 ANTON BLVD., 14TH FLOOR<br>COSTA MESA, CA 92626 | D |
| 4 | FEDEX TECHCONNECT<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE RECOVERY/BANKRUPTCY<br>3965 AIRWAYS BLVD., MODULE G, 3RD FLOOR<br>MEMPHIS, TN 38115 | D |
| 5 | GATEWAY PACIFIC PROPERTIES, INC.<br>C/O RONALD K BROWN, JR., LAW OFFICES OF<br>RONALD K BROWN, JR.<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660 | D |
| 6 | JCPENNEY CORPORATION, INC.<br>C/O ANGIE JENSEN, MS 1122<br>LEGAL DEPT<br>6501 LEGACY DRIVE<br>PLANO, TX 75024 | D |
| 7 | KENNEY, CRANE<br>1021 CHERRY ST<br>WINNETKA, IL 60093-2112 | A |
| 8 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 9 | NORTH DALLAS BANK & TRUST CO.<br>ATTN: KELLY L. GREEN<br>12900 PRESTON RD.<br>DALLAS, TX 75230 | D |
| 10 | ONG, BERNARD<br>1147 HUNTER ST<br>LOMBARD, IL 60148-4821 | E |
| 11 | PROMPT GRAPHICS CO<br>218 N JEFFERSON LL NO. 2<br>CHICAGO, IL 60661-1121 | B |
| 12 | SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>700 H STREET, ROOM 1710<br>SACRAMENTO, CA 95814 | C |
| 13 | SPRECK CORP., A CALIFORNIA CORPORATION<br>SPRECKELS BUILDING<br>121 BROADWAY, SUITE 600<br>SAN DIEGO, CA 92101 | D |

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 52: SCHEDULE I

|   | NAME | EXHIBIT |
|---|------|---------|
| 14 | STANDARD PARKING<br>PO BOX 66179<br>OHARE INTERNATIONAL AIRPORT<br>CHICAGO, IL 60666-0179 | C |