# EXHIBIT A

# Amended Claims

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 52: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | KENNEY, CRANE<br>1021 CHERRY ST<br>WINNETKA, IL 60093-2112 | 06/12/2009 | 08-13141 | 5337 | Undetermined | KENNEY, CRANE<br>1220 LINDENWOOD<br>WINNETKA, IL 60093 | 10/31/2011 | 08-13141 | 6833 | Undetermined |
| 2 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 10/11/2011 | 08-13254 | 6824 | $2,619.02* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 01/26/2012 | 08-13254 | 7093 | $1,417.02* |
| | | | | TOTAL | $2,619.02 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts