# EXHIBIT C

## Late-Filed Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 52: EXHIBIT C – LATE FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BAKER, CYNTHIA<br>1320 MCCAY LANE<br>MC LEAN, VA 22101 | | No Debtor Asserted | 12/05/2011 | 7085 | $2,333.15 | Late-Filed Claim |
| 2 | CITY OF HARTFORD<br>EDWARD C. TAIMAN, JR., ESQ.<br>C/O SABIA TAIMAN, LLC<br>450 CHURCH STREET<br>HARTFORD, CT 06103-1107 | 08-13211 | The Hartford Courant Company | 04/22/2011 | 6749 | $43,138.25 | Late-Filed Claim |
| 3 | SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>700 H STREET, ROOM 1710<br>SACRAMENTO, CA 95814 | 08-13141 | Tribune Company | 09/22/2011 | 6815 | $32,356.25 | Late-Filed Claim |
| 4 | STANDARD PARKING<br>PO BOX 66179<br>OHARE INTERNATIONAL AIRPORT<br>CHICAGO, IL 60666-0179 | 08-13152 | Chicago Tribune Company | 12/13/2011 | 7088 | $450.00 | Late-Filed Claim |
| | | | | | TOTAL | $78,277.65 | |