## EXHIBIT A

**Satisfied Claims**

Tribune Company, et al

Fourth Notice of Satisfaction

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AMERICAN COLOR GRAPHICS PO BOX 841174 DALLAS, TX 75284 | 08-13198 | Orlando Sentinel Communications Company | 04/10/2009 | 198002480 | $175.00 | Paid via reference numbers 7700911540, 7700911549, 7700911561, 7700911862, 7700912075, 7700912262 all on 4/6/2009. |
| 2 | AMERICAN COLOR GRAPHICS PO BOX 841174 DALLAS, TX 75284 | 08-13208 | Sun-Sentinel Company | 04/10/2009 | 208001460 | $1,298.70 | Paid via reference numbers 7700911540, 7700911549, 7700911561, 7700911862, 7700912075, 7700912262 all on 4/6/2009. |
| 3 | AMERICAN COLOR GRAPHICS PO BOX 841174 DALLAS, TX 75284 | 08-13236 | Tribune Media Services, Inc. | 04/10/2009 | 236003150 | $6,639.03 | Paid via reference numbers 7700911540, 7700911549, 7700911561, 7700911862, 7700912075, 7700912262 all on 4/6/2009. |
| 4 | BIG MACK 1630 BROADWAY ATTN SAMANTHA HOGAN BROADWAY, NY 11207 | 08-13206 | Star Community Publishing Group, LLC | 06/12/2009 | 206000350 | $2,307.85 | Liability satisfied via escheatment process in accordance with state laws. |
| 5 | BIG MACK 1630 BROADWAY ATTN SAMANTHA HOGAN BROADWAY, NY 11207 | 08-13206 | Star Community Publishing Group, LLC | 06/12/2009 | 206000360 | $3,661.05 | Liability satisfied via escheatment process in accordance with state laws. |
| 6 | BOWENS, SCOTT 4445 N. ALBANY CHICAGO, IL 60625 | 09-13496 | Tribune CNLBC, LLC | 05/13/2010 | 496009130 | $113.74 | Paid via check number 1161577 on 10/9/2009. |
| 7 | BRACA INTERNATIONAL CHIMALPOPOCA NO.38 MEXICO, 6800 MEXICO | 08-13206 | Star Community Publishing Group, LLC | 06/12/2009 | 206000430 | $532.42 | Liability satisfied via escheatment process in accordance with state laws. |
| 8 | BUNN, MARKAY A 2739 N. WILTON AVE. CHICAGO, IL 60614 | 09-13496 | Tribune CNLBC, LLC | 05/13/2010 | 496009200 | $59.84 | Paid via check number 1145991 on 4/10/2009. |
| 9 | CARIBBEAN NEWS 15 WEST 39TH ST NEW YORK, NY 10018 | 08-13206 | Star Community Publishing Group, LLC | 06/12/2009 | 206000550 | $85.00 | Liability satisfied via escheatment process in accordance with state laws. |

* - Indicates claim contains unliquidated and/or undetermined amounts

# Tribune Company, et al

## Fourth Notice of Satisfaction

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 10 COBB, BETTY 1435 N AUSTIN CHICAGO, IL 60651 | 09-13496 | Tribune CNLBC, LLC | 05/13/2010 | 496009320 | $1,131.85 | Paid via check numbers 1151172, 1160316, 1160536 and 1161593 on 6/5/2009, 9/16/2009, 9/25/2009 and 10/9/2009, respectively. |
| 11 DEADLINE CLUB 47 5TH AVENUE NEW YORK, NY 10003-4303 | 08-13141 | Tribune Company | 06/12/2009 | 5310 | $660.00 | Paid via check number 2716196 on 10/27/2011. |
| 12 DMV RENEWAL PO BOX 942839 SACRAMENTO, CA 94239-0840 | 08-13185 | Los Angeles Times Communications LLC | 06/12/2009 | 185041840 | $438.00 | Paid via check number 0002560999 on 03/18/2010. |
| 13 DMV RENEWAL PO BOX 942839 SACRAMENTO, CA 94239-0840 | 08-13185 | Los Angeles Times Communications LLC | 06/12/2009 | 185041850 | $650.00 | Paid via check number 0002560999 on 03/18/2010. |
| 14 EMMEL, BRIAN 5756 N. MANGO CHICAGO, IL 60646 | 09-13496 | Tribune CNLBC, LLC | 05/13/2010 | 496009440 | $515.40 | Paid via check number 1158374 on 8/28/2009. |
| 15 FLORIDA DEPARTMENT OF FINANCIAL SERVICES BUREAU OF UNCLAIMED PROPERTY 200 EAST GAINES STREET TALLAHASSEE, FL 32399 | 09-13496 | Tribune CNLBC, LLC | 05/13/2010 | 496009470 | $292.72 | Paid via check number 469939 on 02/25/2011. |
| 16 GARCIA, NATHANIEL J 2255 W. 121ST. PL. BLUE ISLAND, IL 60406 | 09-13496 | Tribune CNLBC, LLC | 05/13/2010 | 496009500 | $57.90 | Paid via check number 1146046 on 4/10/2009. |
| 17 HARRIS COUNTY TREASURER 1001 PRESTON    STE 652 HOUSTON, TX 77002 | 08-13141 | Tribune Company | 04/27/2009 | 1706 | $35,200.63* | Paid via check number 0002410764 on 01/30/2009. |
| 18 INSTY PRINTS OF PALATINE, INC. DBA ALLEGRA PRINT & IMAGING 510 E. NORTHWEST HWY PALATINE, IL 60074 | 08-13141 | Tribune Company | 05/04/2009 | 2380 | $1,265.54 | Paid via check number 0002733957 on 01/19/2012. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al

Fourth Notice of Satisfaction

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 19 KELLY, LUKE<br>6846 W. HOBART<br>CHICAGO, IL 60631 | 09-13496 | Tribune CNLBC, LLC | 05/13/2010 | 49600/9760 | $1,725.81 | Paid via check numbers 1149969, 1151278, 1152523, 1153740, 1154956, 1156129, 1157310, 1159502 and 1161681 on 5/22/2009, 6/5/2009, 6/19/2009, 7/3/2009, 7/17/2009, 7/31/2009, 8/14/2009, 9/11/2009 and 10/9/2009, respectively. |
| 20 KWON, DAEWON<br>10531 EDGELEY PL<br>LOS ANGELES, CA 90024 | 08-13141 | Tribune Company | 04/23/2009 | 1585 | $2,088.00 | Paid via check number 0002446898 on 04/30/2009. |
| 21 LI, SIMON K.C.<br>80 N. RAYMOND AVE., UNIT 211<br>PASADENA, CA 91103 | 08-13187 | Los Angeles Times Newspapers, Inc. | 05/26/2009 | 3210 | $6,000.00 | Paid via check number 0002558377 on 03/11/2010. |
| 22 MERCER HUMAN RESOURCE CONSULTING<br>PO BOX 730212<br>DALLAS, TX 75373-0212 | 08-13211 | The Hartford Courant Company | 04/10/2009 | 211031890 | $159.79 | Mercer has been retained as an ordinary course professional and represented in the applicable affidavit to the Court that no amounts are due and owing on any pre-petition claims. |
| 23 MERLINONE INC<br>17 WHITNEY RD<br>QUINCY, MA 02169 | 08-13212 | The Morning Call, Inc. | 04/10/2009 | 212032260 | $2,312.50 | Claim satisfied via pre-petition applied credits. |
| 24 MONGILLO, JOHN<br>17 ORCHARD PATH<br>WESTBROOK, CT 06498 | 08-13241 | Tribune Television Company | 04/20/2009 | 1208 | $4,083.00 | All accrued pre-petition liabilities satisfied in full via check number 2466770 on 06/18/2009. |
| 25 ORANGE COUNTY TREASURER-TAX COLLECTOR<br>P.O. BOX 1438<br>ATTN: BANKRUPTCY UNIT<br>SANTA ANA, CA 92702 | 08-13141 | Tribune Company | 05/01/2009 | 2214 | $891,563.33* | Paid via check numbers 7701070407, 7701082368, 7701135440, 7701069846, 7701082568 and 7701135440 on 12/11/2009, 12/30/2009, 3/31/2010, 12/10/2009, 12/30/2009 and 3/31/2010. |
| 26 PIERRO, WILLIAM J<br>8552 N. OLEANDER<br>NILES, IL 60714 | 09-13496 | Tribune CNLBC, LLC | 05/13/2010 | 496010090 | $1,613.67 | Paid via check numbers 1159569, 1160690 and 1161745 on 9/11/2009, 9/25/2009 and 10/9/2009, respectively. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al

Fourth Notice of Satisfaction

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 27 | PINEROS, FABIAN 80 COLBY DR EAST HARTFORD, CT 06108 | 08-13211 | The Hartford Courant Company | 03/18/2010 | 6640 | $612.82 | Paid via check number 0002557279 on 03/10/2010. |
| 28 | RESTORATION HOLDINGS LTD TRANSFEROR: BLUE HERON MICRO OPP FUND 325 GREENWICH AVE - 3RD FLOOR ATTN: CLAIMS PROCESSING (BANKRUPTCY) GREENWICH, CT 06830 | 08-13185 | Los Angeles Times Communications LLC | 05/04/2009 | 2394 | $550.00 | Paid via check number 0002454559 on 5/21/2009. |
| 29 | SANTA BARBARA COUNTY TREASURER - TAX COLLECTOR, BERNICE JAMES P.O. BOX 357 SANTA BARBARA, CA 93102 | 08-13185 | Los Angeles Times Communications LLC | 08/03/2009 | 6149 | $527.93 | Paid via check number 0002488291 on 08/27/2009. |
| 30 | SONY PICTURES ATTN BARBARA ORR WWD NO.402 PO BOX 5146 CULVER CITY, CA 90231-5146 | 08-13236 | Tribune Media Services, Inc. | 04/10/2009 | 2360920070 | $26,239.40 | Paid via check number 0002685967 on 06/09/2011. |
| 31 | VEREMIS, JONATHAN 217 PICK ELMHURST, IL 60160 | 09-13496 | Tribune CNI,BC, LLC | 05/13/2010 | 496010380 | $506.85 | Paid via check number 1161554 on 10/9/2009. |
| 32 | WHITING TECHNOLOGIES CORP. 646 EXECUTIVE DRIVE WILLOWBROOK, IL 60527 | 08-13152 | Chicago Tribune Company | 06/09/2009 | 4203 | $2,000.00 | Paid via EFT number 770179378 on 06/10/2010. |
| 33 | ZAKARIAN,KIMBERLIE 4616 OCEAN VIEW BLVD LA CANADA, CA 91011 | 08-13185 | Los Angeles Times Communications LLC | 06/12/2009 | 1851673810 | $35.00 | Paid via check number 0002455191 on 5/22/2009. |
| | | | | | TOTAL | $994,902.77 | |

* - Indicates claim contains unliquidated and/or undetermined amounts