# EXHIBIT A

46429/0001-8321304v1

EXHIBIT A

TRIBUNE COMPANY, ET AL

FIFTH CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CCC BUSINESS TRUST C/O STEPHEN WARSH GENERAL GROWTH PROPERTIES, INC. 110 NORTH WACKER DRIVE BSC 1-26 CHICAGO, IL 60606 | 297 | 01/21/2009 | The Baltimore Sun Company | Priority Unsecured Subtotal | $2,442.54 $35,335.44 $37,777.98 | The Baltimore Sun Company | Unsecured | $35,335.34 |
| 2 | DUN & BRADSTREET C/O RMS BANKRUPTCY SERVICES P.O. BOX 5126 TIMONIUM, MD 21094 | 6668 | 10/29/2010 | Tribune Company | Administrative | $195,268.79 | Tribune Company | Administrative | $99,000.00 |
| 3 | FIRST STATES INVESTORS DB I SP LP C/O LASALLE BANK NA TRUST 7205341 135 SOUTH LASALLE ST, STE 1625 CHICAGO, IL 60603 | 3518 | 06/04/2009 | The Daily Press, Inc. | Unsecured | $213,537.16 | The Daily Press, Inc. | Unsecured | $48,017.81 |
| 4 | NAPER SMALL BUSINESS, LLC 1805 HIGH GROVE LANE NAPERVILLE, IL 60540 | 6081 | 07/13/2009 | Tribune Company | Unsecured | $40,636.70 | Chicago Tribune Company | Unsecured | $29,000.00 |
| 5 | NORTHWESTERN MUTUAL LIFE INSURANCE CO C/O E. KEITH HARWELL SEEFRIED PROPERTIES INC. 7101 PRESIDENTS DRIVE, SUITE 105 ORLANDO, FL 32809 | 888 | 03/31/2009 | Tribune Company | Secured Unsecured Subtotal | $4,428.00 $56,185.63 $60,613.63 | Orlando Sentinel Communications Company | Unsecured | $56,185.63 |

TRIBUNE COMPANY, ET AL

FIFTH CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 6 | THRIFTY OIL CO RE: LOS ANGELES 1201 MATEO ST 13116 IMPERIAL HIGHWAY SANTA FE SPRINGS, CA 90670 | 2915 | 05/18/2009 | Tribune Company | Unsecured | $335,687.76 | Los Angeles Times Communications LLC | Unsecured | $69,629.52 |
| 7 | VCK BUSINESS TRUST C/O STEPHEN WARSH GENERAL GROWTH PROPERTIES, INC. 110 NORTH WACKER DRIVE BSC 1-26 CHICAGO, IL 60606 | 298 | 01/21/2009 | The Baltimore Sun Company | Priority Unsecured Subtotal | $8,181.69 $135,270.64 $143,452.33 | The Baltimore Sun Company | Unsecured | $135,270.64 |
| | | | | | TOTAL | $1,026,974.35 | | TOTAL | $472,438.94 |