**CERTIFICATE OF SERVICE**

Garvan F. McDaniel hereby certifies that on February 21, 2012, he caused copies of the *Objection of Law Debenture Trust Company of New York to Motion of the Retirees to Clarify or Modify Allocation Disputes Scheduling Order to Permit TM Retirees to Call an Expert Witness at the Hearing on the Allocation Disputes* to be served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in the case and on the following parties *via* Electronic Mail:

J. Kate Stickles
KStickles@coleschotz.com
Cole, Schotz, Meisel, Forman & Leonard
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Howard Seife
David M. Lemay
Douglas E. Deutsch
Andrew Rosenblatt
hseife@chadbourne.com
dlemay@chadbourne.com
ddeutsch@chadbourne.com
arosenblatt@chadbourne.com
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Adam G. Landis
Matthew McGuire
Daniel Rath
James Green
landis@lrclaw.com
mcguire@lrclaw.com
rath@lrclaw.com
green@lrclaw.com
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Dewey & LeBoeuf
Bruce Bennett
Joshua Mester
James Johnston
bbennett@dl.com
jmester@dl.com
JJohnston@dl.com
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071-1530

James F. Conlan,
James Bendernagel
Jessica Boelter
Kevin Lantry
Bryan Krakauer
James Bendernage
Kenneth Kansa
Jeffrey Steen
Dennis Twomey
Kerriann Mills
Thomas Ross
 jconlan@sidley.com
jbendernagel@sidley.com
jboelter@sidley.com
klantry@sidley.com
bkrakauer@sidley.com
kkansa@sidley.com
jsteen@sidley.com
dtwomey@sidley.com
kmills@sidley.com
tom.ross@sidley.com
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

1

Donald S. Bernstein
Eli Vonnegut
Damian S. Schaible
Donald.bernstein@davispolk.com
damian.schaible@davispolk.com
eli.vonnegut@davispolk.com
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Young Conaway Stargatt & Taylor, LLP
M. Blake Cleary
mbcleary@ycst.com
1000 North King Street
Wilmington, DE 19801

Akin Gump Strauss Hauer & Feld Llp
Jason Sunshine
David Zensky
Philip Dublin
Deborah Newman
Daniel Golden
Sara Brauner
Abid Qureshi
Meredith Lahaie
jsunshine@akingump.com
dzensky@AkinGump.com
pdublin@AkinGump.com
djnewman@akingump.com
dgolden@AkinGump.com
sbrauner@akingump.com
aqureshi@AkinGump.com
mlahaie@akingump.com
One Bryant Park
New York, NY 10036

William P. Bowden,
Leigh-Anne Raport
Chris Warnick
Amanda Winfree
WBowden@ashby-geddes.com
AWinfree@ashby-geddes.com
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Avenue
P.O. Box 1150
Wilmington, DE 19899

Brown Rudnick LLP
Robert J. Stark
Gordon Novod
Martin Siegel
rstark@brownrudnick.com
msiegel@brownrudnick.com
gnovod@brownrudnick.com
Seven Times Square
New York, NY 10036

Jenner & Block LLP
Catherine L. Steege
Andrew W. Vail
David Bradford
csteege@jenner.com
avail@jenner.com
dbradford@jenner.com
330 N. Wabash Avenue
Chicago, IL 60611-7603

McCarter & English, LLP
David Adler
James Freeberry
adler@mccarter.com
jfreebery@mccarter.com
245 Park Ave, 27th Fl
New York, NY 10167

McCarter & English, LLP
Katharine L. Mayer
kmayer@mccarter.com
Renaissance Centre
405 N. Market Street, 8th Fl
Wilmington, DE 19801

Hiller & Arban, LLC
Adam Hiller
Brian Arban
ahiller@hillerarban.com
barban@hillerarban.com
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801

Teitelbaum & Baskin, LLP
Jay Teitelbaum
Geoffrey McDonald
jteitelbaum@tblawllp.com
gmcdonald@tblawllp.com
3 Barker Avenue, Third Floor
White Plains, NY 10601

Wilmer Cutler Pickering Hale and Dorr
Andrew Goldman
andrew.goldman@wilmerhale.com
399 Park Avenue
New York, NY 10022

Zuckerman Spaeder LLP
James Sottile
jsottile@zuckerman.com
1800 M Street, NW, Ste 1000
Washington, DC 20036

William Sullivan
bsullivan@sha-llc.com
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

Stutman Treister & Glatt
Isaac Pachulski
ipachulski@stutman.com
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067

Schulte Roth & Zabel LLC
Adam Harris
adam.harris@srz.com
919 Third Avenue
New York, New York 10022

Don Liebentritt
dliebentrirr@tribune.com

David Eldersveld
deldersveld@tribune.com

Dated: February 21, 2012

          */s/ Garvan F. McDaniel*
        Garvan F. McDaniel (No. 4167)