IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re )<br>)<br>TRIBUNE COMPANY, *et al.*, )<br>)<br>)<br>Debtors. )<br>) | Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered<br><br>**Related to ECF No. 10969** |

**JOINDER OF AURELIUS CAPITAL MANAGEMENT,
LP TO OBJECTION OF LAW DEBENTURE TRUST COMPANY OF
NEW YORK TO MOTION OF THE RETIREES TO CLARIFY OR MODIFY
ALLOCATION DISPUTES SCHEDULING ORDER TO PERMIT TM RETIREES TO
CALL AN EXPERT WITNESS AT THE HEARING ON THE ALLOCATION DISPUTES**

Aurelius Capital Management, LP, on behalf of its managed entities (collectively, "Aurelius"),[1] by and through its undersigned counsel, hereby joins (the "Joinder") in the objection [ECF No. 10969] (the "Objection") filed by Law Debenture Trust Company of New York ("Law Debenture"), in its capacity as successor indenture trustee under that certain Indenture dated March 19, 1996 between Tribune Company and Citibank, N.A., opposing the untimely motion [ECF No. 10949] (the "Motion") of the TM Retirees to call an expert witness at the Allocation Disputes Hearing.[2]

Aurelius joins Law Debenture's Objection to the Motion on the bases set forth therein, including that the Court's January 24, 2012 Allocation Disputes Order [ECF No. 10692] provided the date by which the designation of expert witnesses should have been made, which date has now long since passed. Aurelius reserves all rights to amend or supplement this Joinder.

---

[1] Entities managed by Aurelius own a substantial amount of Senior Notes and PHONES Notes. Neither Aurelius nor any of its managed entities owe any fiduciary duties to any party in interest in these cases nor is Aurelius or any of its managed entities an insider of Tribune or any of its affiliates.
[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion and/or the Objection.

1

{00606751;v1}

**WHEREFORE**, Aurelius respectfully requests that the Court deny the Motion; or, alternatively, (i) compel the TM Retirees to (a) deliver an expert report no later than Thursday, February 23, 2012 at 12:00 p.m. (prevailing Eastern Time) and (b) produce David Belsky for a deposition on or prior to Tuesday, February 28, 2012; (ii) permit Law Debenture to call a rebuttal expert witness; and (iii) grant such other relief as the Court deems just, proper and equitable.

Dated: February 22, 2012

| AKIN GUMP STRAUSS HAUER & FELD LLP | ASHBY & GEDDES, P.A. |
|---|---|
| Daniel H. Golden | |
| David M. Zensky | /s/ *Amanda M. Winfree* |
| Philip C. Dublin | William P. Bowden (I.D. No. 2553) |
| Deborah J. Newman | Amanda M. Winfree (I.D. No. 4615) |
| One Bryant Park | Leigh-Anne M. Raport (I.D. No. 5055) |
| New York, NY 10036 | 500 Delaware Avenue, P.O. Box 1150 |
| (212) 872-1000 | Wilmington, DE 19899 |
| | (302) 654-1888 |

*Counsel for Aurelius Capital Management, LP*