IN THE UNITED STATES BANKRUPTCY COURT
                      FOR THE DISTRICT OF DELAWARE


IN RE:                          )    Case No. 08-13141 (KJC)
                                )    (Jointly Administered)
                                )
TRIBUNE COMPANY, et al.,        )    Chapter 11

                                )    Courtroom 5
                                )    824 Market Street
            Debtors.            )    Wilmington, Delaware
                                )
                                )    February 15, 2012
                                )    10:00 a.m.


              TRANSCRIPT OF TELEPHONIC PROCEEDINGS
          BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
                UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:
For Debtors:                    Sidley Austin, LLP
                                BY: JAMES BENDERNAGEL, ESQ.
                                BY: KEVIN LANTRY, ESQ.
                                One South Dearborn
                                Chicago, IL  60603
                                (312) 853-7000


                                Cole, Schotz, Meisel, Forman
                                & Leonard, P.A.
                                BY: NORMAN PERNICK, ESQ.
                                BY: J. KATE STICKLES, ESQ.
                                500 Delaware Avenue, Suite 410
                                Wilmington, DE  19801
                                (302) 652-3131


ECRO:                           AL LUGANO

Transcription Service:          DIAZ DATA SERVICES
                                331 Schuylkill Street
                                Harrisburg, Pennsylvania 17110
                                (717) 233-6664
                                www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service

```
APPEARANCES:
(Continued)

For Great Banc:              Womble Carlyle
                             BY: THOMAS M. HORAN, ESQ.
                             222 Delaware Avenue, Ste. 1501
                             Wilmington, DE  19801
                             (302) 252-4339

For Wilmington Trust:        Sullivan Hazeltine Allinson, LLC
                             BY:  WILLIAM D. SULLIVAN, ESQ.
                             901 North Market Street, Ste. 1300
                             Wilmington, DE  19801
                             (302) 428-8195

For Official Committee       Landis, Rath & Cobb
of Unsecured Creditors:      BY: DAN RATH, ESQ.
                             919 Market Street, Suite 1800
                             Wilmington, DE 19801
                             (302) 467-4400

                             Chadbourne & Parke, LLP
                             BY: DOUGLAS DEUTSCH, ESQ.
                             30 Rockefeller Plaza
                             New York, NY 10112
                             (212) 408-5100

                             Zuckerman Spaeder, LLP
                             BY: JAMES SOTTILE, ESQ.
                             1800 M Street, NW
                             Suite 1000
                             Washington, DC 20036-5807
                             (202) 778-1800

For Morgan Stanley:          Barnes & Thornburg
                             BY: REBECCA WORKMAN, ESQ.
                             1000 N. West Street
                             Suite 1200
                             Wilmington, DE 19801-1058
                             (302) 888-0301
For Aurelius Capital
Management:                  Akin Gump Strauss Hauer & Feld, LLP
                             BY: DANIEL GOLDEN, ESQ.
                             BY: DAVID ZENSKY, ESQ.
                             One Bryant Park
                             New York, NY  10036-6745
                             (212) 872-1000
```

```
 1   For JP Morgan:           Richards Layton & Finger
 2                            BY: DREW SLOAN, ESQ.
 3                            One Rodney Square
 4                            920 North King Street
 5                            Wilmington, DE  19801
 6                            (302) 651-7700
 7
 8   For Merrill Lynch:       Potter Anderson Corroon, LLP
 9                            BY: LAURIE SELBER SILVERSTEIN, ESQ.
10                            BY: STEPHEN MCNEILL, ESQ.
11                            Hercules Plaza
12                            1313 North Market Street, 6th Floor
13                            Wilmington, DE  19801
14                            (302) 984-6033
15
16   For Credit Agreement
17   Lenders:                 Young Conaway Stargatt & Taylor
18                            BY: M. BLAKE CLEARY, ESQ.
19                            Rodney Square
20                            1000 North King Street
21                            Wilmington, DE  19801
22                            (302) 571-3287
23
24   For WTC:                 Brown Rudnick
25                            BY: MARTIN S. SIEGEL, ESQ.
26                            7 Times Square #47
27                            New York, NY  10036-6536
28                            (212) 209-4800
29
30   For DBTCA:               McCarter & English
31                            BY: KATHARINE MAYER, ESQ.
32                            405 North King Street, 8th Floor
33                            Wilmington, DE  19801
34                            (302) 984-6312
35
36   For Law Debenture:       Kasowitz Benson Torres & Friedman
37                            BY: SHERON KORPUS, ESQ.
38                            1633 Broadway
39                            New York, NY  10019
40                            (212) 506-1800
41
42   For Winterthur Museum:   Cross & Simon, LLC
43                            BY: JOSEPH GREY, ESQ.
44                            913 North Market Street
45                            Wilmington, DE  19801
46                            (302) 777-4200
47
48
49
50
```

```
1    For U. S. Trustee:        Office of U. S. Trustee
2                              BY: DAVID KLAUDER, ESQ.
3                              Office of the United States Trustee
4                              J. Caleb Boggs Federal Building
5                              844 King Street, Suite 2207
6                              Wilmington, DE 19801
7
8    TELEPHONIC APPEARANCES:
9
10   For JP Morgan Chase:      Davis Polk
11                             BY: ELLIOT MOSKOWITZ, ESQ.
12                             (212) 450-4092
13                             BY: ANGELA LIBBY, ESQ.
14                             (212) 450-4433
15
16   For TM Retirees:          Teitelbaum & Baskin, LLP
17                             BY: JAY TEITELBAUM, ESQ.
18                             (914) 437-7670
19
20   For Deutsche Bank:        McCarter & English
21                             BY: DAVID ADLER, ESQ.
22                             (212) 609-6847
23   For Former Directors
24   And Officers:             Grippo & Elden, LLC
25                             BY: GEORGE R. DOUGHERTY, ESQ.
26                              (312) 704-7700
27
28   For Official Committee
29   of Unsecured Creditors:   Chadbourne & Parke, LLP
30                             BY: MARC D. ASHLEY, ESQ.
31                             BY: THOMAS MCCORMACK, ESQ.
32                             BY: HOWARD SEIFE, ESQ.
33                             BY: DAVID LEMAY, ESQ.
34                             BY: MARC ROITMAN, ESQ.
35                             (212) 408-5100
36
37                             Zuckerman Spaeder, LLP
38                             BY: GRAEME BUSH, ESQ.
39                             BY: ANDREW CARIDAS, ESQ.
40                             BY: ANDREW GOLDFARB, ESQ.
41                             (202) 778-1800
42
43                             Moelis & Company
44                             BY: SANDHYA SISTLA, ESQ.
45                             (212) 883-3832
46
47
48
49
50
```

```
 1
 2    For Davidson Kempner:     Schulte Roth & Zabel, LLP
 3                              BY: KAREN S. PARK, ESQ.
 4                              (212) 756-2036
 5
 6                              DK Partners
 7                              BY: EPHRAIM DIAMOND, ESQ.
 8                              (646) 282-5841
 9
10    For Debtor, Tribune:      Sidley Austin
11                              BY: JESSICA BOELTER, ESQ.
12                              BY: ALLISON E. ROSS STROMBERG, ESQ.
13                              BY: KERRIANN MILLS, ESQ.
14                              BY: THOMAS E. ROSS, ESQ.
15                              BY: KEN KANSA, ESQ.
16                              BY: CANDICE KLINE, ESQ.
17                              BY: JILLIAN LUDWIG, ESQ.
18                              BY: BRYAN KRAKAUER, ESQ.
19                              BY: DAVID MILES, ESQ.
20                              BY: BRETT MYRICK, ESQ.
21                              (312) 853-7030
22
23                              Tribune
24                              BY: DON LIEBENTRITT
25                              (312) 222-3651
26                              BY: DAVE ELDERSVELD
27                              (312) 222-4707
28                              BY: GARY WEITMAN
29                              (312) 222-3394
30                              BY: DAVID BRALOW
31                              (312) 853-7163
32                              BY: MICHAEL D. ONEAL
33                              (312) 222-3490
34
35                              Alix Partners, LLC
36                              BY: LAURA J. EISELE
37                              (248) 204-0675
38
39                              McDermott Will & Emery (New York)
40                              BY: GREGORY A. KOPACZ, ESQ.
41                              (212) 547-5400
42
43
44
45
46
47
48
49
```

```
 1  For Bank of America:      O'Melveny & Myers (NY Office)
 2                            BY: EVAN JONES, ESQ.
 3                            BY: DANIEL CANTOR, ESQ.
 4                            BY: DANIEL S. SHAMAH, ESQ.
 5                            (212) 326-2000
 6
 7                            Bank of America
 8                            BY: ESTER CHUNG, ESQ.
 9                            (646) 855-6705
10
11  For Defendants, Employees
12  Compensation Defendant's
13  Group:                    Frank Gecker, LLP
14                            BY: JOSEPH FRANK, ESQ.
15                            BY: REED HEILIGMAN, ESQ.
16                            (312) 276-1400, EXT. 1432
17
18  For Wells Fargo:          White & Case
19                            BY: SCOTT GREISSMAN, ESQ.
20                            (212) 819-8567
21
22  For Wells Fargo  and
23  Bank of New York Mellon:  Proskauer Rose, LLP
24                            BY: DAVID S. MORDKOFF, ESQ.
25                            (212) 969-3831
26
27  For Bigalow:              Sperling & Slater
28                            BY: GWEN NOLAN, ESQ.
29                            (312) 641-3200
30
31  For Merrill Lynch
32  Capital Corporation:      Kaye Scholer, LLP
33                            BY: MADLYN G. PRIMOFF, ESQ.
34                            BY: JANE PARVER, ESQ.
35                            (212) 836-7042
36
37  For Robert R. McCormick
38  Foundation & Cantigny
39  Foundation:               Katten Muchin Rosenman, LLP
40                            BY: JOHN SIEGER, ESQ.
41                            (312) 902-5294
42
43  For The Seaport Group:    Seaport Group
44                            BY: KENNETH SMALLEY, ESQ.
45                            (212) 616-7763
46
47
48
49
```

```
1   For Halcyon Asset
2   Management:                Halcyon Asset Management
3                             BY: IGOR FUKS, ESQ.
4                             (212) 303-9453
5   For Royal Bank of
6   Scotland:                 Cadwalder Wickersham and Taft
7                             BY: MICHELLE MAMAN, ESQ.
8                             (212) 504-6000
9   For New York State
10  Common Retirement Fund
11  & Great Banc:             Morgan Lewis & Bockius, LLP
12                            BY: RACHEL MAUCERI, ESQ.
13                            (212) 309-6000
14
15  For SuttonBrook
16  Capital Management:       SuttonBrook Capital Management LP
17                            BY: CAROL L. BALE
18                            (212) 588-6640
19
20  For Dominion:             McGuire Woods, LLP
21                            BY: BETH SIEG, ESQ.
22                            (804) 775-1137
23
24  For Credit Agreement
25  Lenders:                  Dewey & LeBoeuf, LLP
26                            BY: JAMES O. JOHNSTON, ESQ.
27                            (213) 621-6030
28
29  For EGI-TRB:              Jenner & Block, LLP
30                            BY: ANDREW VAIL, ESQ.
31                            (312) 840-8688
32                            BY: DAVID J. BRADFORD, ESQ.
33                            (312) 923-2975
34
35  For Amalgamated Bank:     Millbank Tweed Hadley & McCloy
36                            BY: ALAN STONE, ESQ.
37                            (212) 530-5285
38
39  For Dechert:              Dechert, LLP
40                            BY: ALEXANDER BILUS, ESQ.
41                            (215) 994-2608
42
43  For Schulte Roth &
44  Zabel, LLP:               Schulte Roth & Zabel, LLP
45                            BY: KRISTIE M. BLASÉ, ESQ.
46                            (212) 756-2466
47
48
49
```

```
1    For Dow Jones:              Dow Jones & Co.
2                               BY: PEG BRICKLEY
3                               (215) 462-0953
4
5    For Michael D'Agostino:    Bingham McCutchen, LLP
6                               BY: MICHAEL D'AGOSTINO, ESQ.
7                               (860) 240-2731
8
9    For Crane Kenney:          Shaw Gussis Fishman Glantz Wolfson
10                              BY: CARRIE DAVENPORT
11                              (312) 980-3805
12
13   For General Motors Hourly
14   Rate Employee Pension
15   Trust:                     King & Spalding
16                              BY: SCOTT DAVIDSON, ESQ.
17                              (212) 556-2164
18
19   For Marcia Tingley:        Ropes & Gray, LLP
20                              BY: ANDREW DEVORE, ESQ.
21                              (617) 951-7618
22
23   For Aurelius Capital
24   Management:                Akin Gump Strauss Hauer & Feld LLP
25                              BY: PHILLIP DUBLIN, ESQ.
26                              (212) 872-8083
27
28                              Friedman Kaplan Seiler & Adelman
29                              BY: GREGORY W. FOX, ESQ.
30                              (212) 833-1177
31
32                              Aurelius Capital Management, LP
33                              BY: MATTHEW A. ZLOTO, ESQ.
34                              (646) 445-6518
35
36   For Matthew Frank:         Alvarez & Marsal, LLC
37                              BY: MATTHEW FRANK
38                              (312) 371-9955
39
40   For Alvarez & Marsal:      Alvarez & Marsal, Inc.
41                              BY: BRIAN WHITTMAN
42                              (312) 601-4226
43   For California State
44   Teachers Retirement
45   System:                    Manatt Phelps & Phillips, LLP
46                              BY: ILEANA M. HERNANDEZ, ESQ.
47                              (310) 312-4116
48
49
```

```
 1  For Onex Credit
 2  Partners:                Onex Credit Partners
 3                           BY: STUART KOVENSKY
 4                           (201) 541-2121
 5
 6  For Morgan Stanley:      Weil Gotshal & Manges, LLP
 7                           BY: MICHAEL F. WALSH, ESQ.
 8                           (212) 310-8197
 9                           BY: ABIGAIL L. ZIGMAN, ESQ.
10                           (212) 310-8000
11
12  For Laser and Local 103: Lowenstein Sandler, PC
13                           BY: IRA LEVEE, ESQ.
14                           (973) 597-2480
15
16  For Wilmington Trust:    Brown Rudnick, LLP
17                           BY: GORDON NOVOD, ESQ.
18                           (212) 209-4940
19
20  For Class Claimants:     Joseph Herzfeld Hester &
21                           Kirschenbaum, LLP
22                           BY: MICHAEL D. PALMER, ESQ.
23                           (212) 688-5640
24  For LSV Asset
25  Management:              Winston & Strawn, LLP
26                           BY: CHRISTOPHER H. ST.PETER, ESQ.
27                           (312) 558-3790
28
29  For Paul Hastings:       Paul Hastings
30                           BY: KATHERINE A. TRAXLER, ESQ.
31                           (213) 683-6170
32
33  For Stark Entities:      Quarles & Brady, LLP
34                           BY: ERIC J. VAN SCHYNDLE, ESQ.
35                           (414) 277-5155
36
37  For Ernst & Young:       Alston & Bird, LLP
38                           BY: JOHN W. WEISS, ESQ.
39                           (212) 210-9412
40
41
42
43

44

45

46
```

1   WILMINGTON, DELAWARE, WEDNESDAY, FEBRUARY 15, 2012, 10:01

2   A.M.

3             THE COURT:  Good morning, everyone.

4             GROUP:  Good morning, Your Honor.

5             MS. STICKLES:  Morning, Your Honor, Kate Stickles

6   from Cole, Schotz on behalf of the debtors.

7        Your Honor, last night the debtors filed an amended

8   agenda.  For the convenience of the Court and the parties,

9   I'll summarize the status of the various matters set forth

10  in the agenda.

11            THE COURT:  Okay.  Before you do, I -- I just

12  want to say, I did not enter a fee order yet.  The only

13  application I have a question about is Zuckerman's.  So if

14  anyone's on the line in connection only with the fee

15  application, other than Zuckerman, who's present, you're

16  free to be excused now if you like.  Or, remain for the

17  exciting conclusion, whichever's good.

18            MS. STICKLES:  Thank you, Your Honor.

19        Agenda items 1 through 7, which relate to various

20  claims' objections are continued to the March 22nd hearing.

21  Likewise, agenda items 16, Anthony Conte's Motion for Relief

22  from Stay is continued at his request to the March 22nd

23  omnibus hearing.

24        Orders have been entered with respect to agenda items

25  8 through 15.  Thank you, Your Honor, for entering those

1  orders.

2      Item 17, Wilmington Trust Motion for an Order Granting

3  Leave to Take Discovery and Compel Discovery is going

4  forward, as is item 18, the status conference with respect

5  to Deutsche Bank, et al.'s Motion for Order Lifting Stays

6  and the Committee's Motion to Amend Definition of

7  Termination Event.

8      And with that, I'll turn it over to Wilmington Trust

9  counsel.

10             THE COURT:  All right.  Thank you.

11             MR. SIEGEL:  Good morning, Your Honor.  Martin

12  Siegel, from Brown Rudnick, for Wilmington Trust, the

13  successor indenture trustee for the PHONES.  I have good

14  news and some bad news.  We have reached a stipulation with

15  EGI-TRB that resolves most of the discovery disputes that we

16  had with them that are the subject of the letter and motion.

17  Unfortunately, we didn't reach it as to all.

18      What we have agreed upon -- and we'll submitting an

19  order probably today -- a stipulation to be ordered by the

20  Court -- is that the documents that we've found in various

21  productions will be deemed business records, so we don't

22  have to call witnesses to identify them, and that would

23  obviate the need for four of the witnesses that we had

24  previously sought to take depositions of, Mr. Cohen from JP

25  Morgan, Ms. Persily from CitiBank, Mr. Bigalow from Tribune,

1   and Mr. Larsen from EGI.

2       That's the -- those evidentiary issues will still be

3   -- need to be resolved at the hearing or some other time

4   because EGI has preserved some other objections, other than

5   the business records.

6       The remaining issue is somewhat different than the one

7   we have presented, but an offshoot of that.  EGI has

8   represented that there are no documents that they're

9   withholding.  So we don't need to have them compelled to

10  produce documents.  The remaining issue, Your Honor, is one

11  of the witnesses, Mr. Hockchild [ph], they said they may

12  call him as a rebuttal witness if your allow -- Your Honor

13  allows certain parole evidence to come in at the trial.  And

14  they've said, well, we're not -- but we're not going to

15  produce him for deposition before the trial.  Only if Your

16  Honor allows it to come in as evidence at some point, we'll

17  have to interrupt, they'll say, we're going to call him as a

18  rebuttal witness, and we can take a deposition there.  And

19  frankly, that's just unacceptable to us, Your Honor.  We

20  feel if -- this is not a situation where during the course

21  of a trial, something comes up, and at the last minute

22  somebody designates somebody as a rebuttal witness.  They

23  know what the issue is.  The exhibit in question that he

24  might testify about is before Your Honor.  I think it's

25  Exhibit E to our letter -- our motion, and Exhibit S to the

1  letter that we submitted.

2      And our belief is, if they have a witness that they're

3  going to designate, whether it's Mr. Hockchild or anybody

4  else, and know that he's going to be a rebuttal witness, the

5  time to take his deposition is now, and not either during or

6  after the trial.  Your Honor has made it clear that we hope

7  to an efficient trial.  We hope to rule quickly, and it's

8  just unacceptable to us to wait until the middle of the

9  trial to get a deposition of a witness that they are likely

10  to call.

11      So, the other issue is, the reason he's going to

12  testify is there's a -- an e-mail from a Mr. Sone -- Sonea

13  [ph] from JP Morgan.  That's the subject matter of his

14  testimony.  So what we have said is, we want to take Mr.

15  Hockchild's deposition and get leave, if necessary, to take

16  Mr. Sonea's deposition.  He's in London, Mr. Sonea, so what

17  we've agreed with counsel for JP Morgan is, if that's

18  necessary -- and we don't know yet that it is -- we'd do it

19  by telephone or video, both Davis Polk and my firm have

20  video cape -- capabilities to London.  And it would be

21  relatively limited, less than two hours, and only focused on

22  those issues that would come up, if any, after Mr.

23  Hockchild's deposition.

24      So that's the remaining issue.  Mr. Bradford I believe

25  is on the phone and he'll explain why you should not allow

1  those depositions.

2              THE COURT:  All right.  Mr. Bradford?

3              MR. BRADFORD:  Thank you, Your Honor.  David

4  Bradford, Jenner and Block on behalf of EGI-TRB.  Your

5  Honor, this is subset of the issues on which the parties

6  submitted letters to Your Honor.  It's our view that the

7  issues of the scope of subordination, to the extent these

8  documents are relevant -- I'll come back to that -- should

9  be resolved based upon the four corners of the document,

10 that there's no basis at this point, to anticipate or start

11 presenting parole evidence.  The parole evidence rule that

12 we've cited cases to this effect, not only preclude the

13 admission into evidence of parole evidence, but also

14 discovery into parole evidence to give meaning to that rule.

15 All of this we think is really a far removed from the issues

16 that Your Honor's going to be requested to decide on March 5

17 and 6.

18      The statement attributed to Mr. Hockchild, which he

19 has no recollection of making, pertains to the first-step

20 notes.  It's a statement attributed to him about a month

21 before the first-step note is even agreed upon, and it could

22 have no real bearing upon the terms of the subordination

23 agreement which are entered into some nine months later.  As

24 a consequence, we will be objecting to the admission of this

25 double hearsay e-mail attributing to Mr. Hockchild in March

1   of 2007, a statement about the negotiation of the first step

2   note, both as barred by parole evidence and as irrelevant.

3        If Your Honor sustains that objection, we're done.

4   We're not going to call Mr. Hockchild.  The only way in

5   which we would call him is if somehow that e-mail were

6   admitted.  In which event, he would explain why that e-mail

7   doesn't bear upon the issues before the Court, that he

8   doesn't recall making that statement.  It seems to us to be

9   a real frolic and detour to start taking depositions of

10  people in London and Mr. Hockchild's deposition, when there

11  is no real basis for any of that testimony to come in at the

12  hearing.  Thank you, Your Honor.

13        THE COURT:  All right.  Mr. Siegel, what would

14  you anticipate in terms of location and duration of a

15  deposition of Mr. Hockchild?

16        MR. SIEGEL:  I would think it would be less than

17  two hours -- approximately two hours, maybe less, you know,

18  and --

19        THE COURT:  It seems to me if he doesn't

20  remember, it ought to be even shorter than that, right?

21        MR. SIEGEL:  It -- It may be, Your Honor, but our

22  point is we can't wait until the middle or the end after the

23  trial to find out what he's going to say if they reserve the

24  right to call him as a rebuttal witness.

25        THE COURT:  And -- and where would this

1   deposition take place?

2          MR. SIEGEL:  If they won't bring him to New York,

3   we'll have to fly to Chicago.

4          THE COURT:  All right.  Mr. Bradford, I have with

5   an intention and purpose in mind bought into the parties'

6   notion of how I ought to approach, -- more or less, anyway,

7   with the parties expressions of intent -- how to approach

8   pre-confirmation and confirmation process.  I'm not going to

9   break it down any farther and make preliminary rulings, such

10  as on the admissibility or relevance of parole evidence that

11  might be offered at the hearing.  And I do want to

12  streamline this as much as possible, and it seems to me that

13  Wilmington Trust has made a good enough argument that it

14  ought to have the opportunity to depose Mr. Hockchild.  But

15  it seems to me that, that ought to be limited to two hours

16  at most, if his testimony, as you suggested, will say he

17  doesn't remember.

18      With respect to any further depositions, if -- if

19  Wilmington Trust sees a need for it, and there's some

20  resistance, you'll just have to come back to me, and I'll

21  make a decision if and when that situation arises.

22      Now, what I have before me -- I don't know, is -- is

23  the relief request that's requested, Mr. Siegel, fall within

24  the Motion to Compel, or is it simply a topic because it's a

25  sub-issue --

1          MR. SIEGEL:  For Mr. --

2          THE COURT:  -- rises --

3          MR. SIEGEL:  For Mr. Hockchild's deposition, it

4    is, Your Honor.  We have -- because JP Morgan is not a --

5    technically a party to the allocation disputes --

6          THE COURT:  Yeah.

7          MR. SIEGEL:  -- we have the separate leave to

8    take we -- we felt we needed to take -- ask to leave to take

9    that deposition.  I'm hopeful that it won't be necessary.

10   It's just we didn't want to have to come back if we took Mr.

11   Hockchild, just for example, on Tuesday, we would -- subject

12   to Mr. Sonea's availability -- the next day, we would either

13   take the deposition or not.  And I have spoken to Mr.

14   Moskowitz of -- and while we would prefer that we not take

15   the deposition, I think that they understand the

16   circumstances, and that we would only take it if necessary.

17   So -- I believe he's on the phone, as well.  So, we may --

18   we may need you to sign the order to give us leave to take

19   the deposition of Mr. Sonea, if necessary.

20         THE COURT:  Well, you'll need to come back to me

21   for that.

22         MR. SIEGEL:  Okay.

23         THE COURT:  So, if the parties would confer and

24   submit a form of order that resolves that.  If you want to

25   do it in connection with the stipulation that you described

1  or not, that's fine.  Either way, I'll await submission.

2  Any questions?

3            MR. BRADFORD:  No, Your Honor.

4            THE COURT:  All right.  Thank you.  What's next?

5            MR. SOTTILE:  Your Honor, I think we're at agenda

6  item 18, a status conference with respect to the motions

7  regarding stays of FitzSimons and the state law actions.

8            THE COURT:  Yeah, now I did -- I did, as I said I

9  would, have a discussion with the then-assigned District

10  Judge in New York.  I understand there's been a change in

11  assignment.

12            MR. SOTTILE:  That's correct, Your Honor.

13            THE COURT:  Okay.  I have not reached out to

14  Judge Pauley, yet.  I wanted to touch base with the parties

15  here and ask whether anything has actually yet hit his

16  chambers?

17            MR. SOTTILE:  Your Honor, I think I can report

18  one development, which is that last evening, an order was

19  circulated by -- entered by Judge Pauley, which notes the

20  existence of the stay entered by Judge Holwell and modifies

21  that stay in -- in substance to provide that no party is

22  permitted to make any motion, file any documents, or submit

23  papers to the Court or chambers, pending further notice.  I

24  don't believe there are any other developments that the

25  parties are aware of, Your Honor.

1           THE COURT:  Well, as Mr. Korpus had predicted,

2    the conversation was very pleasant and useful to me, but it

3    looks like I have to have that all over again.  And I'll do

4    that as quickly as I can.  I still -- I will tell you, if

5    I'm going to extend the stay, it just doesn't make sense to

6    me to keep bringing parties back until we've gotten through

7    the confirmation process, in terms of revisiting that issue.

8    But I'll -- once I've spoken to the Judge, I'll reach out to

9    the parties and either do it by telephone or see it a

10   subsequent visit, but I will get to it.  Thought I was

11   there, actually.

12           MR. SOTTILE:  Thank you, Your Honor.

13           THE COURT:  All right.

14           MR. SOTTILE:  Your Honor, I think --

15           THE COURT:  Does anyone else care to be heard in

16   connection --

17           MR. KORPUS:  Your Honor, just wondering whether

18   you'd like a copy of Judge Pauley's recent order; might be

19   useful to you.

20           THE COURT:  I surely would.

21           UNKNOWN:  Your Honor, may I approach?

22           THE COURT:  Yes.

23           Thank you.  Okay.  Anyone else wish to be heard

24   in connection with that status conference?

25           MR. ZENSKY:  Yes, very briefly, Your Honor.  For

1  the record, David Zensky, Akin, Gump, Strauss, Hauer, and

2  Feld.  All I would say, Your Honor, is that you heard a lot

3  of talk last week from parties, mostly on this side of the

4  room about how much activity was going on in regard to the

5  allocation disputes and what chaos the lifting of the stay

6  was going to cause.  And I think you can probably perceive

7  that the level of activity is not on par with anything that

8  accords with the past.  And this -- I mean, there's -- this

9  is one discovery dispute which was easily resolved.  And --

10  I mean, not to reopen the argument, but, again, we just

11  didn't see any interference possible with granting the

12  relief that we sought.

13          THE COURT:  All right.  Thank you.

14          MR. SOTTILE:  Your Honor, James Sottile of

15  Zuckerman Spaeder, special counsel to the Official Committee

16  of Unsecured Creditors.  Your Honor, I believe the only

17  remaining item is the fee application.

18          MR. SIEGEL:  Your -- Your Honor, I -- I just need

19  to -- before you go to the fee application.  There is one

20  other item that's technically is just more informative.  One

21  of the allocation disputes is the hi-lo PHONES issue.  We've

22  engaged in some discovery with Deutsche Bank who's provided

23  certain information, which Wilmington Trust counsel has

24  turned into a stipulation, which we've circulated among the

25  parties, that -- involved in that dispute -- the Debtor

1  really is -- and we're hopeful that we'll reach a

2  stipulation which will not need any depositions.  But, as

3  always happens -- you know, we can't be certain until we get

4  the comments back and know that we can reach a stipulation.

5       If we do not, we may need a deposition of Deutsche on

6  any of the open issues, but that would carry over till next

7  week after the discovery cutoff.  I've spoken to Aurelius'

8  counsel and the debtor's counsel, and no one has an

9  objection, if necessary.  Again, I'm hoping it will not be

10 to carry that deposition over till early next week, probably

11 Tuesday.  But since there is a discovery order outstanding

12 and since Friday's the last day for discover, we wanted to

13 bring that to the Court's attention and see if the Court had

14 any problem with doing that.

15           THE COURT:  Not if there's agreement.

16           MR. SIEGEL:  Okay.  Thank you very much, Your

17 Honor.

18           MR. BENDERNAGEL:  Your Honor, can I comment on

19 that?

20           THE COURT:  You may.

21           MR. BENDERNAGEL:  Just -- I think February the

22 28th is the actual status conference -- the next status

23 conference, but just to give you a little bit of flavor as

24 to where we are in the discovery process.  I think the

25 parties are making good progress, and there were a lot of

1  stipulations in process; one of the ones is the one that Mr.

2  Siegel identified.  There's other work being done to try to

3  agree on things to streamline their -- the -- the thing.  If

4  that work were to crater, it's conceivable that there could

5  be one or two other depositions, most notably, Mr.

6  Whittman's deposition, who is one of the debtor's folks, one

7  of their consultants.  I don't anticipate that's going to be

8  necessary.  We've indicated we'd make him available next

9  week, and my sense is that there could be a little bit of

10  overlap beyond the 17th.

11      But I think it's helpful, in the sense, that it gives

12  the parties a little more time to bring these stipulations

13  to a bottom line, which I'm pretty confident.  We're pretty

14  far along, and I don't think there's going to be a problem,

15  but it'd be better to do that than disrupt the process and

16  -- of getting a stipulation -- and taking depositions, it

17  may not be necessary.  But it's more than just Deutsche

18  Bank.  There's one or two others.  But, I don't anticipate

19  there's going to be an issue.

20          THE COURT:  All right.  Thank you.  Okay.  Mr.

21  Sottile?  With --

22          MR. SOTTILE:  Yes, Your Honor.  I'm happy to

23  address any questions the Court has with respect to the fee

24  applications.

25          THE COURT:  Yeah, with respect to --

1          MR. ZENSKY:  Excuse me.  I'm sorry, Your Honor.

2          THE COURT:  Yes?

3          MR. ZENSKY:  Can I?  I -- I apologize.  There is

4   the one issue we had left from last time with respect to the

5   non-settled claims that were in the JP Morgan case and the

6   Committee's plan for getting those out because that one,

7   you'll remember, there is no problem with staying the

8   settled claims through July, and there was some discussion

9   with the -- with the Court last time.  So I don't know if we

10  want to revisit that and see if we can at least move that --

11         THE COURT:  Has anything --

12         MR. ZENSKY:  -- part of this along.

13         THE COURT:  -- changed since we last discussed

14  it?

15         MR. SOTTILE:  Briefly, Your Honor.  We have

16  contacted the defendants on those claims and sought their

17  consent to transferring the claims to FitzSimons.  We don't

18  yet have definitive answers from them, although, their

19  initial reactions were positive.  If -- if we can't resolve

20  that by agreement reasonably quickly, Your Honor, it's our

21  intention to present to the Court a Motion to Sever the Non-

22  Settled Claims from the adversary proceeding against the

23  lenders, and then seek to consolidate those claims with

24  FitzSimons.

25         THE COURT:  All right.  Thank you.

1      Okay.  Generally -- well, actually, universally

2   everyone's made peace with the fee auditor with respect to

3   this current batch of applications, and I have no further

4   comment with respect to any of those or the fee auditor's

5   recommendations, to which I understand all have agreed.

6      The one question I had, though, was something that the

7   fee examiner, according to his report, did follow-up on, but

8   his two-paragraph explanation of it doesn't really tell me

9   much.  And it has to do with the reimbursement of charges by

10  National Economic Research Associates/Navigant, described in

11  the fee application as a litigation expert to assist

12  Zuckerman with insolvency and other financial issues.  The

13  numbers are big numbers, so -- even in this case.

14      So I thought I'd have you drill down and tell me a

15  little bit more about why that was required, in addition to

16  all the other advisors that are around and a little more

17  detail on what exactly they did.

18          MR. SOTTILE:  Certainly, Your Honor.  That was a

19  litigation expert retained by the Committee to prepare for

20  the confirmation hearings in contemplation of providing

21  evidence on solvency and other issues that were the focus of

22  the hearings.  We ultimately did not call them as a witness,

23  Your Honor, but they provided substantial assistance to the

24  Committee in understanding the -- the solvency arguments

25  that were presented to the Court and in preparing to engage

1   on those arguments in the course of the hearings that the

2   Court conducted last March and April.

3            THE COURT:  All right.  This is the second time,

4   recently, that I faced circumstances in which state

5   professionals hire other professionals, whose engagement is

6   not separately submitted to the Court for approval under

7   327, and sometimes the numbers, as they have here, are

8   fairly large.  And while there's no other objection here,

9   it's of concern to me.  And I -- I have recommended to my

10  colleagues that we, either by general order or ultimately by

11  local rule, require that when this kind of additional

12  expense is going to be incurred by another professional for

13  the benefit of an estate professional, that somehow the

14  Court be advised that that's what's coming.

15       And then, what may follow from that is some

16  requirement that there be something other than a line item

17  under the expense side of the professional's fee

18  application.  And I'm -- I'm not criticizing Mr. Sottile.

19  You did what you were supposed to do.  But I think it's

20  something that we need to address as a Court here.

21            MR. SOTTILE:  I understand the Court's concerns.

22  Thank you, Your Honor.

23            THE COURT:  Okay.  But I accept your explanation

24  and I'm prepared to act favorably on -- on your application.

25  Does someone have a form of order for me?

1          Is there one under this order, or --

2               MR. SOTTILE:  I'm not certain, Your Honor.

3               MS. STICKLES:  [indiscernible] this order was

4     submitted, but I [indiscernible].

5               THE COURT:  All right.

6               MS. STICKLES:  If I may approach, Your Honor?

7               THE COURT:  You may.  Thank you.

8               MS. STICKLES:  Thank you.

9               THE COURT:  That order has been signed.  Is there

10    anything further for today?

11                     (No audible response)

12               THE COURT:  Thank you, all, very much.  That

13    concludes this hearing.  Court will stand in recess.

14         (Whereupon, at 10:23 a.m., the hearing was adjourned.)

15                          CERTIFICATION

16          I certify that the foregoing is a correct

17    transcript from the electronic sound recording of the

18    proceedings in the above-entitled matter.

19

20    _____          16 February 2012
21    Amanda C. Weiss, Transcriber                    Date
22
23
24

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| a.m(2) 1:15 26:14 | | anthony(1) 10:21 | | beyond(1) 22:10 | | christopher(1) 9:26 | |
| abigail(1) 9:9 | | anticipate(4) 14:10 15:14 22:7 22:18 | | big(1) 24:13 | | chung(1) 6:8 | |
| about(6) 10:13 12:24 14:20 15:1 20:4 | | any(14) 13:22 15:11 16:9 16:18 18:2 | | bigalow(1) 6:27 11:25 | | circulated(2) 18:19 20:24 | |
| aboveentitled (1) 26:18 | | 18:22 18:22 18:24 20:11 21:2 21:6 21:14 | | bilus(1) 7:40 | | circumstances(2) 17:16 25:4 | |
| accept(1) 25:23 | | 22:23 24:4 | | bingham(1) 8:5 | | cited(1) 14:12 | |
| according(1) 24:7 | | anybody(1) 13:3 | | bird(1) 9:37 | | citibank(1) 11:25 | |
| accords(1) 20:8 | | anyone(2) 19:15 19:23 | | bit(3) 21:23 22:9 24:15 | | claimants(1) 9:20 | |
| act(1) 25:24 | | anyone's(1) 10:14 | | blake(1) 3:18 | | claims(7) 10:20 23:5 23:8 23:16 23:17 | |
| actions(1) 18:7 | | anything(4) 18:15 20:7 23:11 26:10 | | blasé(1) 7:45 | | 23:22 23:23 | |
| activity(2) 20:4 20:7 | | anyway(1) 16:6 | | block(2) 7:29 14:4 | | | |
| actual(1) 21:22 | | apologies(2) 23:3 | | bockius(1) 7:11 | | class(1) 9:20 | |
| actually(3) 18:15 19:11 24:1 | | appearances(1) 4:8 | | boelter(1) 5:11 | | clear(1) 13:6 | |
| addition(1) 24:15 | | application(7) 10:13 10:15 20:17 20:19 | | boggs(1) 4:4 | | cleary(1) 3:18 | |
| additional(1) 25:11 | | 24:11 25:18 25:24 | | both(2) 13:19 15:2 | | cobb(1) 2:16 | |
| address(2) 22:23 25:20 | | | | bottom(1) 22:13 | | cohen(1) 11:24 | |
| adelman(1) 8:28 | | applications(2) 22:24 24:3 | | bought(1) 16:5 | | cole(2) 1:30 10:6 | |
| adjourned(1) 26:14 | | approach(4) 16:6 16:7 19:21 26:6 | | bradford(7) 7:32 13:24 14:2 14:3 14:4 | | colleagues(1) 25:10 | |
| adler(1) 4:21 | | approval(1) 25:6 | | 16:4 18:3 | | come(8) 12:13 12:16 13:22 14:8 15:11 | |
| administered(1) 1:6 | | approximately(1) 15:17 | | | | 16:20 17:10 17:20 | |
| admissibility(1) 16:10 | | april(1) 25:2 | | brady(1) 9:33 | | | |
| admission(2) 14:13 14:24 | | are(13) 10:20 11:16 12:8 13:9 14:8 14:23 | | bralow(1) 5:30 | | comes(1) 12:21 | |
| admitted(1) 15:6 | | 18:24 18:25 21:24 21:25 24:13 24:16 25:7 | | break(1) 16:9 | | coming(1) 25:14 | |
| adversary(1) 23:22 | | | | brett(1) 5:20 | | comment(2) 21:18 24:4 | |
| advised(1) 25:14 | | argument(2) 16:13 20:10 | | brian(1) 8:41 | | comments(1) 21:4 | |
| advisors(1) 24:16 | | arguments(2) 24:24 25:1 | | brickley(1) 8:2 | | committee(5) 2:16 4:28 20:15 24:19 24:24 | |
| after(4) 13:6 13:22 15:22 21:7 | | arises(1) 16:21 | | briefly(2) 19:25 23:15 | | committee's(1) 11:6 23:6 | |
| again(3) 19:3 20:10 21:9 | | around(1) 24:16 | | bring(3) 16:2 21:13 22:12 | | common(1) 7:10 | |
| against(1) 23:22 | | ashley(1) 4:30 | | bringing(1) 19:6 | | company(2) 1:8 4:43 | |
| agenda(6) 10:8 10:10 10:19 10:21 10:24 | | ask(2) 17:8 18:15 | | broadway(1) 3:38 | | compel(1) 11:3 16:24 | |
| 18:5 | | assert(1) 24:23 | | brown(3) 3:24 9:16 11:12 | | compelled(1) 12:9 | |
| | | assignment(1) 18:11 | | bryan(1) 5:18 | | compensation(1) 6:12 | |
| agree(1) 22:3 | | assist(1) 24:11 | | bryant(1) 2:45 | | conaway(1) 3:17 | |
| agreed(4) 11:18 13:17 14:21 24:5 | | assistance(1) 24:23 | | building(1) 4:4 | | conceivable(1) 22:4 | |
| agreement(5) 3:16 7:24 14:23 21:15 23:20 | | associates/navigant(1) 24:10 | | bush(1) 4:38 | | concern(1) 25:9 | |
| akin(3) 2:42 8:24 20:1 | | attention(1) 21:13 | | business(2) 11:21 12:5 | | concerns(1) 25:21 | |
| al.'s(1) 11:5 | | attributed(4) 14:18 14:20 | | but(22) 12:7 12:14 14:13 15:21 16:14 | | concludes(1) 26:13 | |
| alan(1) 7:36 | | attributing(1) 14:25 | | 19:2 19:8 19:10 20:10 21:2 21:6 21:11 | | conclusion(1) 10:17 | |
| alexander(1) 7:40 | | audible(1) 26:11 | | 21:23 22:11 22:15 22:17 22:18 24:7 24:23 | | conducted(1) 25:2 | |
| alix(1) 5:35 | | auditor(1) 24:2 | | 25:19 25:23 26:4 | | confer(1) 17:23 | |
| all(18) 11:10 11:17 14:2 14:15 15:13 16:4 | | auditor's(1) 24:4 | | | | conference(5) 11:4 18:6 19:24 21:22 21:23 | |
| 18:4 19:3 19:13 20:2 20:13 22:20 23:25 | | aurelius(3) 2:41 8:23 8:32 | | cadwalader(1) 7:6 | | confident(1) 22:13 | |
| 24:5 24:16 25:3 26:5 26:12 | | aurelius'(1) 21:7 | | caleb(1) 4:4 | | confirmation(3) 16:8 19:7 24:20 | |
| | | austin(2) 1:23 5:10 | | california(1) 8:43 | | connection(4) 10:14 17:25 19:16 19:24 | |
| allinson(1) 2:10 | | availability(1) 17:12 | | call(8) 11:22 12:12 12:17 13:10 15:4 15:5 | | consent(1) 23:17 | |
| allison(1) 5:12 | | available(1) 22:8 | | 15:24 24:22 | | consequence(1) 14:24 | |
| allocation(3) 17:5 20:5 20:21 | | avenue(2) 1:34 2:6 | | | | consolidate(1) 23:23 | |
| allow(2) 12:12 13:25 | | await(1) 18:1 | | can(8) 12:18 18:17 19:4 20:6 21:4 21:18 | | consultants(1) 22:7 | |
| allows(2) 12:13 12:16 | | aware(1) 18:25 | | 23:3 23:10 | | contacted(1) 23:16 | |
| along(2) 22:14 23:12 | | back(6) 14:8 16:20 17:10 17:20 19:6 21:4 | | can't(3) 15:22 21:3 23:19 | | conte's(1) 10:21 | |
| also(1) 14:13 | | bad(1) 11:14 | | candice(1) 5:16 | | contemplation(1) 24:20 | |
| alston(1) 9:37 | | bale(1) 7:17 | | cantigny(1) 6:38 | | continued(3) 2:2 10:20 10:22 | |
| although(1) 23:18 | | banc(2) 2:4 7:11 | | cantor(1) 6:3 | | convenience(1) 10:8 | |
| alvarez(3) 8:36 8:40 8:40 | | bank(4) 4:20 6:1 6:7 6:23 7:5 7:35 11:5 | | capabilities(1) 13:20 | | conversation(1) 19:2 | |
| always(1) 21:3 | | 20:22 22:18 | | cape(1) 13:20 | | copy(1) 19:18 | |
| amalgamated(1) 7:35 | | | | capital(6) 2:41 6:32 7:16 7:16 8:23 8:32 | | corners(1) 14:9 | |
| amanda(1) 26:21 | | bankruptcy(2) 1:1 1:20 | | care(1) 19:15 | | corporation(1) 6:32 | |
| amend(1) 11:6 | | barnes(1) 2:35 | | carey(1) 1:19 | | correct(2) 18:12 26:16 | |
| amended(1) 10:7 | | barred(1) 15:2 | | caridas(1) 4:39 | | corroon(1) 3:8 | |
| america(2) 6:1 6:7 | | base(1) 18:14 | | carlyle(1) 2:4 | | could(3) 14:21 22:4 22:9 | |
| among(1) 20:24 | | based(1) 14:9 | | carol(1) 7:17 | | counsel(6) 11:9 13:17 20:15 20:23 21:8 | |
| amend(1) 4:24 6:22 7:6 9:12 10:8 11:3 11:6 | | basis(2) 14:10 15:11 | | carrie(1) 8:10 | | 21:8 | |
| 11:8 11:14 11:16 11:18 11:22 12:1 12:13 | | baskin(1) 4:16 | | carry(2) 21:6 21:10 | | | |
| 12:18 12:18 12:21 12:25 13:2 13:4 13:5 | | batch(1) 24:3 | | case(4) 1:5 6:18 23:5 24:13 | | course(2) 12:20 25:1 | |
| 13:7 13:15 13:18 13:19 13:20 13:21 13:25 | | bear(1) 15:7 | | cases(1) 14:12 | | court(50) 1:1 10:3 10:8 10:11 11:10 11:20 | |
| 14:4 14:17 14:21 15:2 15:9 15:10 15:14 | | bearing(1) 14:22 | | cause(1) 20:6 | | 14:2 15:7 15:13 15:19 15:25 16:4 17:2 | |
| 15:18 15:25 15:25 16:5 16:8 16:9 16:11 | | because(4) 12:4 16:24 17:4 23:6 | | certain(4) 12:13 20:23 21:3 26:2 | | 17:6 17:20 17:23 18:4 18:8 18:13 18:23 | |
| 16:12 16:19 16:20 16:21 17:13 17:14 | | been(3) 10:24 18:10 26:9 | | certainly(1) 24:18 | | 19:1 19:13 19:15 19:20 19:22 20:13 21:13 | |
| 17:16 17:23 18:7 18:15 18:20 19:2 19:3 | | before(8) 1:19 10:11 12:15 12:24 14:21 | | certification(1) 26:15 | | 21:15 21:20 21:20 22:20 22:23 22:25 23:2 23:9 | |
| 19:9 20:1 20:5 20:6 20:8 20:9 21:1 21:4 | | 15:7 16:22 20:19 | | certify(1) 26:16 | | 23:11 23:13 23:21 23:25 24:25 25:2 25:3 | |
| 21:8 21:18 21:12 21:13 21:25 22:9 22:14 | | | | chadbourne(1) 7:6 | | 25:6 25:14 25:20 25:23 26:5 26:7 26:9 | |
| 22:15 22:16 23:5 23:8 23:10 23:16 23:23 | | behalf(1) 10:6 14:4 | | chambers(2) 18:16 18:23 | | 26:12 26:13 | |
| 24:3 24:7 24:12 24:14 24:16 24:21 24:25 | | being(1) 22:2 | | change(1) 18:10 | | | |
| 25:2 25:7 25:8 25:9 25:15 25:18 25:24 | | belief(1) 13:2 | | changed(1) 23:13 | | court's(2) 21:13 25:21 | |
| | | believe(4) 13:24 17:17 18:24 20:16 | | chaos(1) 20:5 | | courtroom(1) 1:10 | |
| anderson(1) 3:8 | | bendernagel(3) 1:24 21:18 21:21 | | chapter(1) 1:8 | | crane(1) 8:9 | |
| andrew(4) 4:39 4:40 7:30 8:20 | | benefit(1) 25:13 | | charges(1) 24:9 | | crater(1) 22:4 | |
| angela(1) 4:13 | | benson(1) 3:36 | | chase(1) 4:10 | | credit(4) 3:16 7:24 9:1 9:2 | |
| another(1) 25:12 | | beth(1) 7:21 | | chicago(2) 1:27 16:3 | | creditors(3) 2:17 4:29 20:16 | |
| answers(1) 23:18 | | better(1) 22:15 | | | | criticizing(1) 25:18 | |

| Word | Page:Line |
|---|---|

**cross**(1) 3:42
**current**(1) 24:3
**cutoff**(1) 21:7

**dan**(1) 2:17
**daniel**(3) 2:43 6:3 6:4
**data**(1) 1:40
**date**(1) 26:21
**dave**(1) 5:19
**davenport**(1) 8:10
**david**(10) 2:44 4:2 4:21 4:33 5:19 5:30 6:24 7:32 14:3 20:1

**davidson**(2) 5:2 8:16
**davis**(2) 4:10 13:19
**day**(2) 11:12 21:12
**dbtca**(1) 3:30
**dearborn**(1) 1:26
**debenture**(1) 3:36
**debtor**(2) 5:10 20:25
**debtor's**(2) 21:8 22:6
**debtors**(4) 1:12 1:23 10:6 10:7
**dechert**(2) 7:39 7:39
**decide**(1) 14:16
**decision**(1) 16:21
**deemed**(1) 11:01
**defendant's**(1) 6:12
**defendants**(2) 6:11 23:16
**definition**(1) 11:6
**definitive**(1) 23:18
**delaware**(5) 1:2 1:12 1:34 2:6 10:1
**depose**(1) 16:14
**deposition**(18) 12:15 12:18 13:5 13:9 13:15 13:16 13:23 15:10 15:15 16:11 17:3 17:9 17:13 17:15 17:19 21:5 21:10 22:6
**depositions**(7) 11:24 14:1 15:9 16:18 21:2 22:5 22:16

**described**(2) 17:25 24:10
**designate**(1) 13:3
**designates**(1) 12:22
**detail**(1) 24:17
**detour**(1) 15:9
**deutsch**(1) 2:23
**deutsche**(5) 4:20 11:5 20:22 21:5 22:17
**development**(1) 18:18
**developments**(1) 18:24
**devore**(1) 8:20
**dewey**(1) 7:25
**diamond**(1) 5:7
**diaz**(1) 1:40
**did**(5) 10:12 18:8 18:8 24:7 24:17 24:22 25:19

**didn't**(3) 11:17 17:10 20:11
**different**(1) 12:6
**directors**(1) 4:23
**discover**(1) 21:12
**discovery**(9) 11:3 11:3 11:15 14:14 20:9 20:22 21:7 21:11 21:24
**discussed**(1) 23:13
**discussion**(2) 18:9 23:8
**dispute**(2) 20:9 20:25
**disputes**(4) 11:15 17:5 20:5 20:21
**disrupt**(1) 22:15
**district**(2) 1:2 18:9
**document**(1) 14:9
**documents**(5) 11:20 12:8 12:10 14:8 18:22
**does**(2) 19:15 25:25
**doesn't**(6) 15:7 15:8 15:19 16:17 19:5 24:8
**doing**(1) 21:14
**dominion**(1) 7:20
**don**(1) 5:24
**don't**(10) 11:21 12:9 13:18 16:22 18:24 22:7 22:14 22:18 23:9 23:17

**done**(2) 15:3 22:2
**double**(1) 14:25

**dougherty**(1) 4:25
**douglas**(1) 2:23
**dow**(2) 8:1 8:1
**down**(2) 16:9 24:14
**drew**(1) 3:2
**drill**(1) 24:14
**dublin**(1) 8:25
**duration**(1) 15:14
**during**(2) 12:20 13:5
**d'agostino**(2) 8:5 8:6
**e-mail**(3) 13:12 14:25 15:5 15:6
**early**(1) 21:10
**easily**(1) 20:9
**economic**(1) 24:10
**ecro**(1) 1:38
**effect**(1) 14:12
**efficient**(1) 13:7
**egi**(3) 12:1 12:4 12:7
**egi-trb**(3) 7:29 11:15 14:4
**eisele**(1) 5:36
**either**(5) 13:5 17:12 18:1 19:9 25:10
**elden**(1) 4:24
**eldersveld**(1) 5:26
**electronic**(2) 1:46 26:17
**elliot**(1) 4:11
**else**(3) 13:4 19:15 19:23
**emery**(1) 5:39
**employee**(1) 8:14
**employees**(1) 6:11
**end**(1) 15:22
**engage**(1) 24:25
**engaged**(1) 20:22
**engagement**(1) 25:5
**english**(2) 3:30 4:20
**enough**(1) 16:13
**enter**(1) 10:12
**entered**(4) 10:24 14:23 18:19 18:20
**entering**(1) 10:25
**entities**(1) 9:33
**ephraim**(1) 5:7
**eric**(1) 9:34
**ernst**(1) 9:37
**esq**(87) 1:24 1:25 1:32 1:33 2:5 2:11 2:17 2:23 2:29 2:36 2:43 2:44 3:2 3:9 3:10 3:18 3:25 3:31 3:37 3:43 4:2 4:11 4:13 4:17 4:21 4:25 4:30 4:31 4:32 4:33 4:34 4:38 4:39 4:40 4:44 5:2 5:7 5:11 5:12 5:13 5:14 5:15 5:16 5:17 5:19 5:24 5:26 5:30 5:40 6:2 6:3 6:4 6:8 6:14 6:15 6:19 6:24 6:28 6:33 6:34 6:40 6:44 7:3 7:7 7:12 7:21 7:26 7:30 7:32 7:36 7:40 7:45 8:6 8:16 8:20 8:25 8:29 8:33 8:46 9:7 9:9 9:13 9:17 9:22 9:26 9:30 9:34 9:38

**estate**(1) 25:13
**ester**(1) 6:8
**evan**(1) 6:2
**even**(3) 14:21 15:20 24:13
**evening**(1) 18:18
**event**(2) 11:7 15:6
**everyone**(1) 10:3
**everyone's**(1) 24:2
**evidence**(10) 12:13 12:16 14:11 14:11 14:13 14:13 14:14 15:2 16:10 24:21
**evidentiary**(1) 22:17
**exactly**(1) 24:17
**examiner**(1) 24:7
**example**(1) 17:11
**exciting**(1) 10:17
**excuse**(1) 23:1
**excused**(1) 10:16
**exhibit**(3) 12:23 12:25 12:25
**existence**(1) 18:20
**expense**(2) 25:12 25:17
**expert**(2) 24:11 24:19
**explain**(1) 13:25 15:6
**explanation**(2) 24:8 25:23
**expressions**(1) 16:7

**ext**(1) 6:16
**extend**(1) 19:5
**extent**(1) 14:7
**faced**(1) 25:4
**fairly**(1) 25:8
**fall**(1) 16:23
**far**(2) 14:15 22:14
**fargo**(2) 6:18 6:22
**farther**(1) 16:9
**favorably**(1) 25:24
**february**(4) 1:14 10:1 21:21 26:20
**federal**(1) 4:4
**fee**(10) 10:12 10:14 20:17 20:19 22:23 24:2 24:4 24:7 24:11 25:17

**feel**(1) 12:20
**feld**(3) 2:42 8:24 20:2
**felt**(1) 17:8
**file**(1) 18:22
**filed**(1) 10:7
**financial**(1) 24:12
**find**(1) 15:23
**fine**(1) 18:1
**finger**(1) 3:1
**firm**(1) 13:19
**first**(1) 15:1
**first-step**(2) 14:19 14:21
**fishman**(1) 8:9
**fitzsimons**(3) 18:7 23:17 23:24
**flavor**(1) 21:23
**floor**(2) 3:3 3:32
**fly**(1) 16:3
**focus**(1) 24:21
**focused**(1) 13:21
**folks**(1) 22:6
**follow**(1) 15:15
**follow-up**(1) 24:7
**for**(83) 1:12 1:23 2:4 2:10 2:16 2:35 2:41 3:1 3:3 3:16 3:24 3:30 3:36 3:42 4:1 4:10 4:16 4:20 4:23 4:28 5:2 5:10 6:1 6:11 6:18 6:22 6:27 6:31 6:37 6:43 7:1 7:5 7:9 7:15 7:20 7:24 7:29 7:35 7:39 7:43 8:1 8:5 8:9 8:13 8:19 8:23 8:36 8:40 8:43 9:1 9:6 9:12 9:16 9:20 9:24 9:29 9:33 9:37 10:8 10:16 10:21 10:25 11:2 11:5 11:12 11:13 11:23 12:15 13:7 15:11 16:19 17:1 17:3 17:11 17:21 19:25 21:12 23:6 24:19 25:6 25:12 25:25 26:10

**foregoing**(1) 26:16
**form**(2) 17:24 25:25
**forman**(1) 1:30
**former**(1) 4:23
**forth**(1) 10:9
**forward**(1) 11:4
**found**(1) 11:20
**foundation**(2) 6:38 6:39
**four**(2) 11:23 14:9
**fox**(1) 8:29
**frank**(4) 6:13 6:14 8:36 8:37
**frankly**(1) 12:19
**free**(1) 10:16
**friday's**(1) 21:12
**friedman**(2) 3:36 8:28
**frolic**(1) 15:9
**from**(16) 10:6 10:22 11:12 11:24 11:25 11:25 12:1 13:12 13:13 14:15 20:3 23:4 23:18 23:22 25:15 26:17

**fuks**(1) 7:3
**fund**(1) 7:10
**further**(4) 16:18 18:23 24:3 26:10
**gary**(1) 5:28
**gecker**(1) 6:13
**general**(2) 8:13 25:10
**generally**(1) 24:1
**george**(1) 4:25
**get**(4) 13:9 13:15 19:10 21:3
**getting**(2) 22:16 23:6

**give**(3) 14:14 17:18 21:23
**gives**(1) 22:11
**glantz**(1) 8:9
**going**(17) 11:3 12:14 12:17 13:3 13:4 13:11 14:16 15:4 15:23 16:8 19:5 20:4 20:6 22:7 22:14 22:19 25:12

**golden**(1) 2:43
**goldfarb**(1) 4:40
**good**(7) 10:3 10:4 10:17 11:11 11:13 16:13 21:25

**gordon**(1) 9:17
**gotshal**(1) 9:6
**gotten**(1) 19:6
**graeme**(1) 4:38
**granting**(1) 11:2 20:11
**gray**(1) 8:19
**great**(2) 2:4 7:11
**gregory**(2) 5:40 8:29
**greissman**(1) 6:19
**grey**(1) 3:43
**grippo**(1) 4:24
**group**(4) 6:13 6:43 6:43 10:4
**gump**(3) 2:42 8:24 20:1
**gussis**(1) 8:9
**gwen**(1) 6:28
**had**(6) 11:16 11:23 19:1 21:13 23:4 24:6
**hadley**(1) 7:35
**halcyon**(2) 7:1 7:2
**happens**(1) 21:3
**happy**(1) 22:22
**harrisburg**(1) 1:42
**has**(12) 12:4 12:7 13:46 14:19 16:13 18:15 20:23 21:8 22:23 23:11 24:9 26:9

**hastings**(2) 9:29 9:29
**hauer**(3) 2:42 8:24 20:1
**have**(34) 10:13 10:24 11:13 11:14 11:18 11:22 12:17 12:19 12:17 13:2 13:14 13:19 14:22 16:3 16:4 16:14 16:22 16:22 17:4 17:7 17:10 17:13 18:9 18:13 19:1 19:3 23:15 23:18 24:3 24:5 24:14 25:7 25:9 25:25

**hazeltine**(1) 2:10
**he'll**(1) 13:25
**he's**(5) 13:4 13:11 13:16 15:23 17:17
**heard**(3) 19:15 19:23 20:2
**hearing**(7) 10:20 10:23 13:12 16:11 26:13 26:14

**hearings**(3) 24:20 24:22 25:1
**hearsay**(1) 14:25
**heiligman**(1) 6:15
**helpful**(1) 22:11
**hercules**(1) 3:11
**here**(4) 18:15 25:7 25:8 25:20
**hernandez**(1) 8:46
**herzfeld**(1) 9:20
**hester**(1) 9:20
**hi-lo**(1) 20:21
**him**(8) 12:12 12:15 12:17 14:20 15:5 15:24 16:2 22:8

**hire**(1) 25:5
**his**(7) 10:22 13:5 13:13 16:16 18:15 24:7 24:8

**hit**(1) 18:15
**hockchild**(8) 14:11 13:3 14:18 14:25 15:4 15:15 16:14 17:11

**hockchild's**(4) 13:15 13:23 15:10 17:3
**holwell**(1) 18:20

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

honor(44) 10:4 10:5 10:7 10:18 10:25 11:11 12:10 12:12 12:16 12:19 12:24 13:6 14:3 14:5 14:6 15:3 15:12 15:21 17:4 18:3 18:5 18:12 18:17 18:25 19:12 19:14 19:17 19:21 19:25 20:4 20:10 20:16 20:18 21:17 21:18 22:22 23:1 23:15 23:20 24:18 24:23 25:22 26:2 26:6

honor's(1) 14:16
honorable(1) 1:19
hope(2) 13:6 13:7
hopeful(2) 17:9 21:1
hoping(1) 21:9
horan(1) 2:5
hourly(1) 8:13
hours(4) 13:21 15:17 15:17 16:15
how(3) 16:6 16:7 20:4
howard(1) 4:32
i'd(1) 24:14
i'll(8) 10:9 11:8 14:8 16:20 18:1 19:3 19:8 19:8

i'm(10) 16:8 17:9 21:9 22:13 22:22 23:1 25:18 25:18 25:24 26:2

i've(2) 19:8 21:7
identified(1) 22:2
identify(1) 11:22
igor(1) 7:3
ileana(1) 8:46
inc(1) 8:40
incurred(1) 25:12
indenture(1) 11:13
indicated(1) 22:8
indiscernible(2) 26:3 26:4
information(1) 20:23
informative(1) 20:20
initial(1) 23:19
insolvency(1) 24:12
intent(1) 16:7
intention(2) 16:5 23:21
interference(1) 20:11
interrupt(1) 12:17
into(5) 14:13 14:14 14:23 16:5 20:24
involved(1) 20:25
ira(1) 9:13
irrelevant(1) 15:2
issue(9) 12:6 12:6 12:10 12:23 13:11 13:24 19:7 20:21 22:19 23:4

issues(9) 12:2 13:22 14:5 14:7 14:15 15:7 21:6 24:12 24:21

it'd(1) 22:15
it's(3) 12:24 13:3 13:7 14:6 14:20 16:24 17:10 22:4 22:11 22:17 23:20 25:9 25:19
item(6) 11:2 11:4 18:6 20:7 20:20 25:16
items(3) 10:19 10:21 10:24
i'm(1) 19:5
james(1) 1:24 2:29 7:26 20:14
jane(1) 6:34
jay(1) 4:17
jenner(2) 7:29 14:4
jessica(1) 5:11
jillian(1) 5:17
john(2) 6:40 9:38
johnston(1) 7:26
jointly(1) 1:6
jones(3) 3:43 6:14 9:20
joseph(3) 3:43 6:14 9:20
judge(8) 1:19 1:20 18:10 18:14 18:19 18:20 19:8 19:18

july(1) 23:8
just(14) 10:11 10:11 12:19 13:8 16:20 17:10 17:11 19:5 19:17 20:10 20:18 20:20 21:21 21:23 22:17

kansa(1) 5:15
kaplan(1) 8:28
karen(1) 5:3
kasowitz(1) 3:36
kate(1) 1:33 10:5
katharine(1) 3:31
katherine(1) 9:30
katten(1) 6:39
kaye(1) 6:32
keep(1) 19:6
kempner(1) 5:2
ken(1) 5:15
kenneth(1) 6:44
kenney(1) 8:9
kerriann(1) 5:13
kevin(2) 1:19 1:25
kind(1) 25:11
king(5) 3:4 3:20 3:32 4:5 8:15
kirschenbaum(1) 9:21
kjc(1) 1:5
klauder(1) 4:2
kline(1) 5:16
know(8) 12:23 13:4 13:18 15:17 16:22 21:3 21:4 23:9

kopacz(1) 5:40
korpus(3) 3:37 19:1 19:17
kovensky(1) 9:3
krakauer(1) 5:18
kristie(1) 7:45
landis(1) 2:16
lantry(1) 1:25
large(1) 25:8
larsen(1) 12:1
laser(1) 9:12
last(5) 10:7 12:21 18:18 20:3 21:12 23:4 23:9 23:13 25:2

later(1) 14:23
laura(1) 5:36
laurie(1) 3:9
law(2) 3:36 18:7
least(1) 23:10
leave(5) 11:3 13:15 17:7 17:8 17:18
leboeuf(1) 7:25
left(1) 23:4
lemay(1) 4:33
lenders(3) 3:17 7:25 23:23
leonard(1) 1:31
less(4) 13:21 15:16 15:17 16:6
letter(1) 13:16 12:25 13:1
letters(1) 14:6
levee(1) 9:13
level(1) 20:7
lewis(1) 7:11
libby(1) 4:13
liebentritt(1) 5:24
lifting(2) 11:5 20:5
like(3) 10:16 19:3 19:18
likely(1) 13:9
likewise(1) 10:21
limited(2) 13:21 16:15
line(3) 10:14 22:13 25:16
litigation(2) 24:11 24:19
little(5) 21:23 22:9 22:12 24:15 24:16
llc(5) 2:10 3:42 4:24 5:35 8:36
llp(30) 1:23 2:22 2:28 2:42 3:8 4:16 4:29 4:37 5:2 6:13 6:23 6:32 6:39 7:11 7:20 7:25 7:29 7:39 7:44 7:44 8:5 8:19 8:24 8:45 9:6 9:16 9:21 9:25 9:33 9:37

local(1) 9:12 25:11
location(1) 15:14
london(3) 13:16 13:20 15:10
looks(1) 19:3
lot(2) 20:2 21:25
lowenstein(1) 9:12
lsv(1) 9:24

ludwig(1) 5:17
lugano(1) 5:38
lynch(2) 3:8 6:31
made(3) 13:6 16:13 24:2
madlyn(1) 6:33
make(5) 16:9 16:21 18:22 19:5 22:8
making(3) 14:19 15:8 21:25
maman(1) 7:7
management(8) 2:42 7:2 7:2 7:16 7:16 8:24 8:32 9:25

manatt(1) 8:45
manges(1) 9:6
marc(2) 4:30 4:34
march(5) 10:20 10:22 14:16 14:25 25:2
marcia(1) 8:19
market(5) 1:11 2:12 2:18 3:12 3:44
marsal(3) 8:36 8:40 8:40
martin(2) 3:25 11:11
matter(2) 13:13 26:18
matters(1) 10:9
matthew(3) 8:33 8:36 8:37
mauceri(1) 7:12
may(12) 12:11 15:21 17:17 17:18 19:21 21:5 21:20 22:17 25:15 26:6 26:7

maybe(1) 15:17
mayer(1) 3:31
mccarter(2) 3:30 4:20
mccloy(1) 7:35
mccormack(1) 4:31
mccormick(1) 6:37
mccutchen(1) 8:5
mcdermott(1) 7:20
mcguire(1) 7:20
mcneill(1) 3:10
mean(2) 20:8 20:10
meaning(1) 14:14
meisel(1) 1:30
mellon(1) 6:23
merrill(2) 3:8 6:31
michael(5) 5:32 8:5 8:6 9:7 9:22
michelle(1) 7:7
middle(2) 13:8 15:22
might(3) 12:24 16:11 19:18
miles(1) 5:19
millbank(1) 7:35
mills(1) 5:13
mind(1) 16:5
minute(1) 12:21
modifies(1) 18:20
moelis(1) 4:43
month(1) 14:20
months(1) 14:23
mordkoff(1) 6:24
more(6) 16:6 20:20 22:12 22:17 24:15 24:16

morgan(10) 2:35 3:1 4:10 7:11 9:6 11:25 13:13 13:17 17:4 23:5

morning(4) 10:3 10:4 10:5 11:11
moskowitz(2) 4:11 17:14
most(3) 11:15 16:16 22:5
mostly(1) 20:3
motion(9) 10:21 11:2 11:5 11:6 11:16 12:25 16:24 18:22 23:21

motions(1) 18:6
motors(1) 8:13
move(1) 23:10
much(5) 16:12 20:4 21:16 24:9 26:12
muchin(1) 6:39
museum(1) 3:42
myers(1) 6:1
myrick(1) 5:20
national(1) 24:10

necessary(8) 13:15 13:18 17:9 17:16 17:19 21:9 22:8 22:17

need(10) 11:23 12:3 12:9 16:19 17:18 17:20 20:18 21:2 21:5 25:20

needed(1) 17:8
negotiation(1) 15:1
new(9) 2:25 2:46 3:27 3:39 5:39 6:23 7:9 16:2 18:10

news(2) 11:14 11:14
next(6) 17:12 18:4 21:6 21:10 21:22 22:8
night(1) 10:7
nine(1) 14:23
nolan(1) 6:28
non(1) 23:21
non-settled(1) 23:5
norman(1) 1:32
north(6) 2:12 3:4 3:12 3:20 3:32 3:44
not(25) 10:12 12:14 12:14 12:20 13:5 13:25 14:12 15:4 16:8 17:4 17:13 17:14 18:1 18:13 20:7 20:10 21:2 21:5 21:9 21:15 22:17 24:22 25:6 25:18 26:2

notably(1) 22:5
note(2) 14:21 15:2
notes(2) 14:20 18:19
notice(1) 18:23
notion(1) 16:6
novod(1) 7:3
now(4) 10:16 13:5 16:22 18:8
numbers(3) 24:13 24:13 25:7
o'melveny(1) 6:1
objecting(1) 14:24
objection(3) 15:3 21:9 25:8
objections(2) 10:20 12:4
obviate(1) 11:23
offered(1) 16:11
office(3) 4:1 4:3 6:1
officers(1) 4:24
official(2) 2:16 4:28 20:15
offshoot(1) 12:7
okay(8) 10:11 17:22 18:13 19:23 21:16 22:20 24:1 25:23

omnibus(1) 10:23
once(1) 19:8
one(20) 1:26 2:45 3:3 12:6 12:10 18:18 20:9 20:19 20:20 21:8 22:1 22:1 22:5 22:6 22:6 22:18 23:4 23:4 24:6 26:1

oneal(1) 5:32
ones(1) 22:1
onex(2) 9:1 9:2
only(8) 10:12 10:14 12:15 13:21 14:12 15:4 17:16 20:16

open(1) 21:6
opportunity(1) 16:14
order(14) 10:12 11:2 11:5 11:19 17:18 17:24 18:18 19:18 21:11 25:10 25:25 26:1 26:3 26:9

ordered(1) 11:19
orders(2) 10:24 11:1
other(15) 10:15 12:3 12:4 12:4 13:11 18:24 20:20 22:2 22:5 24:12 24:16 24:21 25:5 25:8 25:16

others(1) 22:18
ought(4) 13:20 16:6 16:14 16:15
our(6) 12:25 12:25 13:2 14:6 15:21 23:20
out(4) 15:23 18:13 19:8 23:6
outstanding(1) 21:11
over(4) 11:8 19:3 21:6 21:10
overlap(1) 22:10
p.a(1) 1:31
palmer(1) 9:22

| Word | Page:Line |
|---|---|
| **papers**(1) 18:23 | |
| **par**(1) 20:7 | |
| **park**(2) 2:45 5:3 | |
| **parke**(2) 2:22 4:29 | |
| **parole**(7) 12:13 14:11 14:11 14:13 14:14 15:2 16:10 | |
| **part**(1) 23:12 | |
| **parties**(13) 10:8 14:5 16:5 16:7 17:23 18:14 18:25 19:6 19:9 20:3 20:25 21:25 22:12 | |
| **partners**(4) 5:6 5:35 9:2 9:2 | |
| **party**(2) 17:5 18:21 | |
| **parver**(1) 6:34 | |
| **past**(1) 20:8 | |
| **paul**(2) 9:29 9:29 | |
| **pauley**(2) 18:14 18:19 | |
| **pauley's**(1) 19:18 | |
| **peace**(1) 24:2 | |
| **peg**(1) 8:2 | |
| **pending**(1) 18:23 | |
| **pennsylvania**(1) 1:42 | |
| **pension**(1) 8:14 | |
| **people**(1) 15:10 | |
| **perceive**(1) 20:6 | |
| **permitted**(1) 18:22 | |
| **pernick**(1) 1:32 | |
| **persily**(1) 11:25 | |
| **pertains**(1) 14:19 | |
| **phelps**(1) 8:45 | |
| **phillip**(1) 8:25 | |
| **phillips**(1) 8:45 | |
| **phone**(2) 13:25 17:17 | |
| **phones**(2) 11:13 20:21 | |
| **place**(1) 16:1 | |
| **plan**(1) 23:6 | |
| **plaza**(2) 2:24 3:11 | |
| **pleasant**(1) 19:2 | |
| **point**(3) 12:16 14:10 15:22 | |
| **polk**(2) 4:10 13:19 | |
| **positive**(1) 23:19 | |
| **possible**(2) 16:12 20:11 | |
| **potter**(1) 3:8 | |
| **ppearances**(2) 1:22 2:1 | |
| **pre-confirmation**(1) 16:8 | |
| **preclude**(1) 17:14 | |
| **predicted**(1) 19:1 | |
| **prefer**(1) 17:14 | |
| **preliminary**(1) 16:9 | |
| **prepare**(1) 24:19 | |
| **prepared**(1) 25:24 | |
| **preparing**(1) 24:25 | |
| **present**(2) 10:15 23:21 | |
| **presented**(2) 12:7 24:25 | |
| **presenting**(1) 14:11 | |
| **preserved**(1) 12:4 | |
| **pretty**(2) 22:13 22:13 | |
| **previously**(1) 11:24 | |
| **primoff**(1) 6:33 | |
| **probably**(3) 11:19 20:6 21:10 | |
| **problem**(3) 21:14 22:14 23:7 | |
| **proceeding**(1) 23:22 | |
| **proceedings**(3) 1:18 1:46 26:18 | |
| **process**(5) 16:8 19:7 21:24 22:1 22:15 | |
| **produce**(2) 12:10 12:15 | |
| **produced**(1) 1:47 | |
| **productions**(1) 11:21 | |
| **professional**(2) 25:12 25:13 | |
| **professional's**(1) 25:17 | |
| **professionals**(2) 25:5 25:5 | |
| **progress**(1) 21:25 | |
| **proskauer**(1) 6:23 | |
| **provide**(1) 18:21 | |
| **provided**(2) 20:22 24:23 | |
| **providing**(1) 24:20 | |
| **purpose**(1) 16:5 | |
| **quarles**(1) 9:33 | |
| **question**(3) 10:13 12:23 24:6 | |

| Word | Page:Line |
|---|---|
| **questions**(2) 18:2 22:23 | |
| **quickly**(1) 13:7 19:4 23:20 | |
| **rachel**(1) 7:12 | |
| **rate**(1) 8:14 | |
| **rath**(2) 2:16 2:17 | |
| **reach**(4) 11:17 19:8 21:1 21:4 | |
| **reached**(2) 11:14 18:13 | |
| **reactions**(1) 23:19 | |
| **real**(3) 14:22 15:9 15:11 | |
| **really**(3) 14:15 21:1 24:8 | |
| **reason**(1) 13:11 | |
| **reasonably**(1) 23:20 | |
| **rebecca**(1) 2:36 | |
| **rebuttal**(5) 12:12 12:18 12:22 13:4 15:24 | |
| **recall**(1) 15:8 | |
| **recent**(1) 19:18 | |
| **recently**(1) 25:4 | |
| **recess**(1) 26:13 | |
| **recollection**(1) 14:19 | |
| **recommendations**(1) 24:5 | |
| **recommended**(1) 25:9 | |
| **record**(1) 20:1 | |
| **recorded**(1) 1:46 | |
| **recording**(2) 1:46 26:17 | |
| **records**(2) 11:21 12:5 | |
| **reed**(1) 6:15 | |
| **regard**(1) 20:4 | |
| **regarding**(1) 18:7 | |
| **reimbursement**(1) 24:9 | |
| **relate**(1) 10:19 | |
| **relatively**(1) 13:21 | |
| **relevance**(1) 16:10 | |
| **relevant**(1) 14:8 | |
| **relief**(3) 10:21 16:23 20:12 | |
| **remain**(1) 10:16 | |
| **remaining**(4) 12:6 12:10 13:24 20:17 | |
| **remember**(3) 15:20 16:17 23:7 | |
| **removed**(1) 14:15 | |
| **reopen**(1) 20:10 | |
| **report**(2) 18:17 24:7 | |
| **represented**(1) 12:8 | |
| **request**(2) 10:22 16:23 | |
| **requested**(2) 14:16 16:23 | |
| **require**(1) 25:11 | |
| **required**(1) 24:15 | |
| **requirement**(1) 25:16 | |
| **research**(1) 24:10 | |
| **reserve**(1) 15:23 | |
| **resistance**(1) 16:20 | |
| **resolve**(1) 23:19 | |
| **resolved**(3) 12:3 14:9 20:9 | |
| **resolves**(2) 11:15 17:24 | |
| **respect**(9) 10:24 11:4 16:18 18:6 22:23 22:25 23:4 24:2 24:4 | |
| **response**(1) 26:11 | |
| **retained**(1) 24:19 | |
| **retirees**(1) 4:16 | |
| **retirement**(2) 7:10 8:44 | |
| **revisit**(1) 23:10 | |
| **revisiting**(1) 19:7 | |
| **richards**(1) 3:1 | |
| **right**(13) 11:10 14:2 15:13 15:20 15:24 16:4 18:4 19:13 20:13 22:20 23:25 25:3 26:5 | |
| **rises**(1) 17:2 | |
| **robert**(1) 6:37 | |
| **rockefeller**(1) 2:24 | |
| **rodney**(2) 3:3 3:19 | |
| **roitman**(1) 4:34 | |
| **room**(1) 20:4 | |
| **ropes**(1) 8:19 | |
| **rose**(1) 6:23 | |
| **rosenman**(1) 6:39 | |
| **ross**(2) 5:12 5:14 | |
| **roth**(3) 5:2 7:43 7:44 | |
| **royal**(1) 7:5 | |
| **rudnick**(3) 3:24 9:16 11:12 | |

| Word | Page:Line |
|---|---|
| **rule**(4) 13:7 14:11 14:14 25:11 | |
| **rulings**(1) 16:9 | |
| **said**(4) 12:11 12:14 13:14 18:8 | |
| **sandhya**(1) 4:44 | |
| **sandler**(1) 9:12 | |
| **say**(5) 10:12 12:17 15:23 16:16 20:2 | |
| **scholer**(1) 6:32 | |
| **schotz**(2) 1:30 10:6 | |
| **schulte**(3) 5:2 7:43 7:44 | |
| **schuylkill**(1) 1:41 | |
| **schyndle**(1) 9:34 | |
| **scope**(1) 14:7 | |
| **scotland**(1) 7:6 | |
| **scott**(2) 6:19 8:16 | |
| **seaport**(2) 6:43 6:43 | |
| **second**(1) 25:3 | |
| **see**(4) 19:9 20:11 21:13 23:10 | |
| **seek**(1) 23:23 | |
| **seems**(4) 15:8 15:19 16:12 16:15 | |
| **sees**(1) 16:19 | |
| **seife**(1) 4:32 | |
| **seiler**(1) 8:28 | |
| **selber**(1) 3:9 | |
| **sense**(3) 19:5 22:9 22:11 | |
| **separate**(1) 17:7 | |
| **separately**(1) 25:6 | |
| **service**(2) 1:40 1:47 | |
| **services**(1) 1:40 | |
| **set**(1) 10:9 | |
| **settled**(2) 23:8 23:22 | |
| **sever**(1) 23:21 | |
| **shamah**(1) 6:4 | |
| **shaw**(1) 8:9 | |
| **sheron**(1) 3:37 | |
| **shorter**(1) 15:20 | |
| **should**(2) 13:25 14:8 | |
| **side**(2) 20:3 25:17 | |
| **sidley**(2) 1:23 5:10 | |
| **sieg**(1) 7:21 | |
| **siegel**(15) 3:25 5:11 11:12 15:13 15:16 15:21 16:2 16:23 17:1 17:3 17:7 17:22 20:18 21:16 22:2 | |
| **sieger**(1) 6:40 | |
| **sign**(1) 17:18 | |
| **signed**(1) 26:9 | |
| **silverstein**(1) 3:9 | |
| **simon**(1) 3:42 | |
| **simply**(1) 16:24 | |
| **since**(3) 21:11 21:12 23:13 | |
| **sistla**(1) 4:44 | |
| **situation**(2) 12:20 16:21 | |
| **slater**(1) 6:27 | |
| **sloan**(1) 3:2 | |
| **smalley**(1) 6:44 | |
| **solvency**(2) 24:21 24:24 | |
| **some**(9) 11:14 12:3 12:4 12:16 14:23 16:19 20:22 23:8 25:15 | |
| **somebody**(2) 12:22 12:22 | |
| **somehow**(2) 15:5 25:13 | |
| **someone**(1) 25:25 | |
| **something**(4) 12:21 24:6 25:16 25:20 | |
| **sometimes**(1) 25:7 | |
| **somewhat**(1) 12:6 | |
| **sone**(1) 13:12 | |
| **sonea**(3) 13:12 13:16 17:19 | |
| **sonea's**(2) 13:16 17:12 | |
| **sorry**(1) 23:1 | |
| **sottile**(15) 2:29 18:5 18:12 18:17 19:12 19:14 20:14 20:14 22:21 22:22 22:23 24:18 25:18 25:21 26:2 | |
| **sought**(3) 11:24 20:12 23:16 | |
| **sound**(2) 1:46 26:17 | |
| **south**(1) 1:26 | |
| **spaeder**(3) 2:28 4:37 20:15 | |
| **spalding**(1) 8:15 | |
| **special**(1) 20:15 | |

| Word | Page:Line |
|---|---|
| **sperling**(1) 6:27 | |
| **spoken**(3) 17:13 19:8 21:7 | |
| **square**(1) 3:26 | |
| **st.peter**(1) 9:26 | |
| **stand**(1) 26:13 | |
| **stanley**(2) 2:35 9:6 | |
| **stargatt**(1) 3:17 | |
| **stark**(1) 9:33 | |
| **start**(2) 14:10 15:9 | |
| **state**(4) 7:9 8:43 18:7 25:4 | |
| **statement**(4) 14:18 14:20 15:1 15:8 | |
| **states**(3) 1:1 1:20 4:3 | |
| **status**(6) 10:9 11:4 18:6 19:24 21:22 21:22 | |
| **stay**(5) 10:22 18:20 18:21 19:5 20:5 | |
| **staying**(1) 23:7 | |
| **stays**(2) 11:5 18:7 | |
| **ste**(2) 2:6 2:12 | |
| **step**(1) 15:1 | |
| **stephen**(1) 3:10 | |
| **stickles**(7) 1:33 10:5 10:5 10:18 26:3 26:6 26:8 | |
| **still**(2) 12:2 19:4 | |
| **stipulation**(7) 11:14 11:19 17:25 20:24 21:2 21:4 22:16 | |
| **stipulations**(2) 22:1 22:12 | |
| **stone**(1) 7:36 | |
| **strauss**(3) 2:42 8:24 20:1 | |
| **strawn**(1) 9:25 | |
| **streamline**(2) 16:12 22:3 | |
| **street**(12) 1:11 1:41 2:12 2:18 2:30 2:37 3:4 3:12 3:20 3:32 3:44 4:5 | |
| **stromberg**(1) 5:12 | |
| **stuart**(1) 9:3 | |
| **sub-issue**(1) 16:25 | |
| **subject**(3) 11:16 13:13 17:11 | |
| **submission**(1) 18:1 | |
| **submit**(2) 17:24 18:22 | |
| **submitted**(4) 13:1 14:6 25:6 26:4 | |
| **submitting**(1) 11:18 | |
| **subordination**(2) 14:7 14:22 | |
| **subsequent**(1) 19:10 | |
| **subset**(1) 14:5 | |
| **substance**(1) 18:21 | |
| **substantial**(1) 24:23 | |
| **successor**(1) 11:13 | |
| **such**(1) 16:9 | |
| **suggested**(1) 16:16 | |
| **suite**(5) 1:34 2:18 2:31 2:38 4:5 | |
| **sullivan**(2) 2:10 2:11 | |
| **summarize**(1) 10:9 | |
| **supposed**(1) 25:19 | |
| **surely**(1) 19:20 | |
| **sustains**(1) 15:3 | |
| **suttonbrook**(2) 7:15 7:16 | |
| **system**(1) 8:45 | |
| **taft**(1) 7:6 | |
| **take**(14) 11:3 11:24 12:18 13:5 13:14 13:15 16:1 17:8 17:8 17:8 17:13 17:14 17:16 17:18 | |
| **taking**(2) 15:9 22:16 | |
| **talk**(1) 20:3 | |
| **taylor**(1) 3:17 | |
| **teachers**(1) 8:44 | |
| **technically**(2) 17:5 20:20 | |
| **teitelbaum**(2) 4:16 4:17 | |
| **telephone**(2) 13:19 19:9 | |
| **telephonic**(1) 1:18 4:8 | |
| **tell**(3) 19:4 24:8 24:14 | |
| **termination**(1) 11:7 | |
| **terms**(3) 14:22 15:14 19:7 | |
| **testify**(2) 12:24 13:12 | |
| **testimony**(3) 13:14 15:11 16:16 | |
| **than**(9) 10:15 12:4 12:6 13:21 15:16 15:20 22:15 22:17 25:16 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **thank**(16) 10:18 10:25 11:10 14:3 15:12 18:4 19:12 19:23 20:13 21:16 22:20 23:25 25:22 26:7 26:8 26:12 | | **think**(13) 12:24 14:15 15:16 17:15 18:5 18:17 19:14 20:6 21:21 21:24 22:11 22:14 25:19 | | **we're**(8) 12:14 12:14 12:17 15:3 15:4 18:5 21:1 22:13 | | **york**(9) 2:25 2:46 3:27 3:39 5:39 6:23 7:9 16:2 18:10 | |
| **that**(97) 11:8 11:15 11:15 11:16 11:20 11:20 11:22 11:23 12:7 12:8 12:8 12:23 13:1 13:2 13:4 13:6 13:9 13:18 13:22 14:6 14:8 14:10 14:11 14:14 14:16 15:3 15:5 15:6 15:7 15:8 15:11 15:20 16:10 16:12 16:13 16:15 16:15 16:21 17:7 17:9 17:14 17:15 17:16 17:21 17:24 17:24 17:25 18:18 18:21 18:21 18:24 19:3 19:4 19:7 19:24 20:2 20:7 20:7 20:12 20:25 20:25 21:1 21:4 21:6 21:10 21:13 21:14 21:19 22:1 22:4 22:4 22:9 22:11 22:15 23:5 23:6 23:10 23:10 23:20 24:6 24:15 24:16 24:18 24:21 24:25 25:1 24:5 25:10 25:11 25:13 25:14 25:15 25:16 25:20 26:9 26:12 26:16 | | **this**(19) 12:20 14:5 14:10 14:12 14:15 14:24 15:5 16:12 20:3 20:8 20:8 23:12 24:3 24:13 25:3 25:11 26:1 26:3 26:13 | | **we've**(7) 11:20 13:17 14:12 19:6 20:21 20:24 22:8 | | **you**(37) 10:11 10:16 10:18 10:25 11:10 13:25 14:3 15:12 15:14 15:17 16:16 17:18 17:24 17:25 18:4 19:12 19:19 19:23 20:2 20:6 20:13 20:19 21:3 21:16 21:20 21:23 22:20 23:25 24:5 24:14 25:19 25:19 25:22 26:7 26:7 26:8 26:12 | |
| | | **thomas**(3) 2:5 4:31 5:14 | | | | | |
| | | **thornburg**(1) 2:35 | | **wednesday**(1) 10:1 | | | |
| | | **those**(9) 10:25 12:2 13:22 14:1 23:6 23:16 23:23 24:4 25:1 | | **week**(4) 20:3 21:7 21:10 22:9 | | **you'd**(1) 19:18 | |
| | | | | **weil**(1) 9:6 | | **you'll**(3) 16:20 17:20 23:7 | |
| **that's**(11) 12:2 12:19 13:13 13:17 13:24 16:23 18:1 18:12 20:20 22:7 25:14 | | | | **weiss**(2) 9:38 26:21 | | **you're**(1) 10:15 | |
| | | **though**(1) 24:6 | | **weitman**(1) 5:28 | | **young**(2) 3:17 9:37 | |
| | | **thought**(2) 19:10 24:14 | | **well**(5) 12:14 17:17 17:20 19:1 24:1 | | **your**(49) 10:4 10:5 10:7 10:18 10:25 11:11 12:10 12:12 12:12 12:15 12:19 12:24 13:6 14:3 14:4 14:6 14:16 15:3 15:12 15:21 17:4 18:3 18:5 18:12 18:17 18:25 19:12 19:14 19:17 19:25 20:2 20:14 20:16 20:18 20:18 21:16 21:18 22:22 23:15 23:20 24:18 24:23 25:22 25:23 25:24 26:2 26:6 | |
| **the**(230) 1:1 1:2 1:19 4:3 6:43 10:3 10:6 10:7 10:8 10:8 10:9 10:9 10:10 10:11 10:12 10:14 10:14 10:16 10:20 10:22 11:4 11:6 11:10 11:12 11:13 11:15 11:16 11:16 11:19 11:20 11:23 11:23 12:2 12:3 12:5 12:6 12:6 12:10 12:11 12:13 12:15 12:20 12:21 12:23 12:23 12:25 13:4 13:6 13:8 13:8 13:11 13:11 13:13 13:13 13:24 13:25 14:2 14:5 14:5 14:6 14:7 14:7 14:9 14:9 14:11 14:12 14:15 14:18 14:19 14:21 14:22 14:22 14:24 15:1 15:1 15:4 15:7 15:7 15:11 15:13 15:19 15:15 15:22 15:22 15:23 15:25 16:4 16:5 16:7 16:10 16:11 16:14 16:23 16:24 17:2 17:5 17:6 17:7 17:12 17:13 17:15 17:15 17:17 17:18 17:19 17:20 17:23 17:25 18:4 18:6 18:7 18:8 18:9 18:13 18:14 18:19 18:20 18:23 18:24 19:1 19:2 19:5 19:7 19:8 19:9 19:13 19:15 19:20 19:22 20:1 20:3 20:4 20:5 20:5 20:7 20:8 20:10 20:11 20:13 20:15 20:16 20:17 20:19 20:21 20:21 20:24 20:25 21:4 21:6 21:7 21:8 21:12 21:13 21:13 21:15 21:20 21:21 21:22 21:22 21:24 22:1 22:1 22:3 22:3 22:6 22:10 22:11 22:12 22:12 22:15 22:20 22:23 22:23 22:25 23:2 23:4 23:4 23:5 23:5 23:7 23:9 23:9 23:11 23:13 23:13 23:17 23:21 23:21 23:22 23:22 23:25 24:2 24:4 24:6 24:6 24:9 24:11 24:12 24:16 24:19 24:20 24:21 24:22 24:23 24:24 24:24 24:25 25:1 25:1 25:3 25:3 25:3 25:6 25:7 25:13 25:13 25:17 25:17 25:21 25:23 26:5 26:7 26:9 26:12 26:14 26:16 26:17 26:17 26:18 | | **through**(4) 10:19 10:25 19:6 23:8 | | **wells**(2) 6:18 6:22 | | | |
| | | **till**(2) 21:6 21:10 | | **were**(8) 15:5 21:25 22:4 23:5 23:19 24:21 24:25 25:19 | | | |
| | | **time**(6) 12:3 13:5 22:12 23:4 23:9 25:3 | | | | | |
| | | **times**(1) 3:26 | | **west**(1) 2:37 | | | |
| | | **tingley**(1) 8:19 | | **what**(11) 11:18 12:23 13:14 13:16 15:13 15:23 16:22 20:5 24:17 25:15 25:19 | | | |
| | | **today**(2) 11:19 26:10 | | | | | |
| | | **took**(1) 17:10 | | **what's**(2) 18:4 25:14 | | | |
| | | **topic**(1) 16:24 | | **when**(3) 15:10 16:21 25:11 | | | |
| | | **torres**(1) 3:36 | | **where**(3) 12:20 15:25 21:24 | | **zabel**(3) 5:2 7:44 7:44 | |
| | | **touch**(1) 18:14 | | **whereupon**(1) 26:14 | | **zensky**(6) 2:44 19:25 20:1 23:1 23:3 23:12 | |
| | | **transcriber**(1) 26:21 | | **whether**(3) 13:3 18:15 19:17 | | **zigman**(1) 9:9 | |
| | | **transcript**(3) 1:18 1:47 26:17 | | **which**(15) 10:19 14:5 14:18 14:23 15:5 15:6 18:18 18:19 20:9 20:23 20:24 21:2 22:13 24:5 25:4 | | **zloto**(1) 8:33 | |
| | | **transcription**(1) 1:40 1:47 | | | | **zuckerman**(5) 2:28 4:37 10:15 20:15 24:12 | |
| | | **transferring**(1) 23:17 | | | | **zuckerman's**(1) 10:13 | |
| | | **traxler**(1) 9:30 | | **whichever's**(1) 10:17 | | | |
| | | **trial**(7) 12:13 12:15 12:21 13:6 13:7 13:9 15:23 | | **while**(2) 17:14 25:8 | | | |
| | | | | **white**(1) 6:18 | | | |
| | | | | **whittman**(1) 8:41 | | | |
| | | **tribune**(4) 1:8 5:10 5:23 11:25 | | **whittman's**(1) 22:6 | | | |
| | | **trust**(9) 2:10 8:15 9:16 11:2 11:8 11:12 16:13 16:19 20:23 | | **who**(1) 22:6 | | | |
| | | | | **who's**(2) 10:15 20:22 | | | |
| | | | | **whose**(1) 25:5 | | | |
| **that's**... | | **trustee**(4) 4:1 4:1 4:3 11:13 | | **why**(3) 13:25 15:6 24:15 | | | |
| | | **try**(1) 22:2 | | **wickersham**(1) 7:6 | | | |
| | | **tuesday**(2) 17:11 21:11 | | **will**(10) 5:39 11:21 12:2 14:24 16:16 19:4 19:10 21:2 21:9 26:13 | | | |
| | | **turn**(1) 11:8 | | | | | |
| | | **turned**(1) 20:24 | | | | | |
| | | **tweed**(1) 7:35 | | **william**(1) 2:11 | | | |
| **their**(4) 22:3 22:7 23:16 23:18 | | **two**(6) 13:21 15:17 15:17 16:15 22:5 22:18 | | **wilmington**(21) 1:12 1:35 2:7 2:10 2:13 2:19 2:39 3:5 3:13 3:21 3:33 3:45 4:6 9:16 10:1 11:2 11:8 11:12 16:13 16:19 20:23 | | | |
| **them**(5) 11:16 11:22 12:9 23:18 24:22 | | **two-paragraph**(1) 24:8 | | | | | |
| **then**(2) 23:23 25:15 | | **ultimately**(2) 24:22 25:10 | | **winston**(1) 9:25 | | | |
| **then-assigned**(1) 18:9 | | **unacceptable**(2) 12:19 13:8 | | **winterthur**(1) 3:42 | | | |
| **there**(16) 12:8 12:18 15:10 18:24 19:11 20:19 21:11 21:25 22:4 22:9 23:3 23:7 23:8 25:16 26:1 26:9 | | **under**(3) 25:6 25:17 26:1 | | **wish**(1) 19:23 | | | |
| | | **understand**(4) 17:15 18:10 24:5 25:21 | | **with**(33) 10:14 10:24 11:4 11:8 11:14 11:16 18:14 16:4 16:7 16:18 17:25 18:6 18:9 18:14 19:24 20:7 20:8 20:11 20:22 21:14 22:21 22:23 22:25 23:4 23:7 23:9 23:9 23:23 24:2 24:2 24:4 24:9 24:12 | | | |
| | | **understanding**(1) 24:24 | | | | | |
| | | **unfortunately**(1) 11:17 | | | | | |
| | | **united**(3) 1:1 1:20 4:3 | | | | | |
| | | **universally**(1) 24:1 | | **withholding**(1) 12:9 | | | |
| **there's**(11) 13:12 14:10 16:19 18:10 20:8 21:15 22:2 22:14 22:18 22:19 25:8 | | **unknown**(1) 19:21 | | **within**(1) 16:23 | | | |
| | | **unsecured**(3) 2:17 4:29 20:16 | | **witness**(8) 12:12 12:18 12:22 13:2 13:4 13:9 15:24 24:22 | | | |
| | | **until**(4) 13:8 15:22 19:6 21:3 | | | | | |
| | | **upon**(5) 11:18 14:9 14:21 14:22 15:7 | | | | | |
| **these**(2) 14:7 22:12 | | **useful**(2) 19:2 19:19 | | **witnesses**(3) 11:22 11:23 12:11 | | | |
| **they**(11) 12:11 12:11 12:11 12:22 13:2 13:9 15:23 16:2 17:15 24:17 24:23 25:7 | | **vail**(1) 7:30 | | **wolfson**(1) 8:9 | | | |
| | | **van**(1) 9:34 | | **womble**(1) 2:4 | | | |
| | | **various**(3) 10:9 10:19 11:20 | | **won't**(2) 16:2 17:9 | | | |
| **they'll**(1) 12:17 | | **very**(4) 19:2 19:25 21:16 26:12 | | **wondering**(1) 19:17 | | | |
| **they're**(2) 12:8 13:2 | | **video**(2) 13:19 13:20 | | **woods**(1) 7:20 | | | |
| **they've**(1) 12:14 | | **view**(1) 14:6 | | **work**(2) 22:2 22:4 | | | |
| **thing**(1) 22:3 | | **visit**(1) 19:10 | | **workman**(1) 2:36 | | | |
| **things**(1) 22:3 | | **wait**(2) 13:8 15:22 | | **would**(18) 11:22 13:20 13:22 15:5 15:6 15:13 15:16 15:16 15:25 17:11 17:12 17:14 17:16 17:23 18:9 19:20 20:2 21:6 | | | |
| | | **walsh**(1) 9:7 | | | | | |
| | | **want**(6) 10:12 13:14 16:11 17:10 17:24 23:10 | | | | | |
| | | | | **wtc**(1) 3:24 | | | |
| | | **wanted**(2) 18:14 21:12 | | **www.diazdata.com**(1) 1:44 | | | |
| | | **was**(12) 18:18 19:2 19:10 20:4 20:6 20:9 23:8 24:6 24:15 24:18 26:3 26:14 | | **yeah**(3) 17:6 18:8 22:25 | | | |
| | | | | **yes**(4) 19:22 19:25 22:22 23:2 | | | |
| | | **washington**(1) 2:32 | | **yet**(5) 10:12 13:18 18:14 18:15 23:18 | | | |
| | | **way**(2) 15:4 18:1 | | | | | |
| | | **we'd**(2) 13:18 22:8 | | | | | |
| | | **we'll**(4) 11:18 12:16 16:3 21:1 | | | | | |