# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Tribune Company
435 N. Michigan Avenue     **Chapter:** 11
Chicago, IL 60611
 **EIN:** 36−1880355
Times Mirror Corporation

*Case No.*:  08−13141−KJC

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

   A transcript of the proceeding held on 2/15/2012 was filed on 2/22/2012 . The following deadlines apply:

   The parties have  seven days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 3/14/2012 .

   If a request for redaction is filed, the redacted transcript is due 3/26/2012 .

   If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 5/22/2012 unless extended by court order.

   To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*/s/ David D. Bird*

Clerk of Court

Date: 2/22/12

(ntc)