**<u>EXHIBIT A</u>**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2338727 |
| Invoice Date: | 01/30/2012 |

## Remittance Copy
### Billing for services rendered through 12/31/2011

Total by Matter
    0041 Welfare Plans                        $ 12,397.50
    Client/Reference Number: 0000000848

Total Services                                  $ 12,397.50

Total Costs and Other Charges Posted Through Billing Period    0.00

**Total This Invoice**                          **$ 12,397.50**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2146468 | 07/21/2010 | 4,089.20 |
| 2159143 | 08/27/2010 | 2,323.00 |
| 2169691 | 09/24/2010 | 1,007.10 |
| 2181810 | 10/27/2010 | 577.60 |
| 2193507 | 11/19/2010 | 820.60 |
| 2200560 | 12/08/2010 | 73.20 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2338727
Invoice Date: 01/30/2012

| Invoice | Date | |
|---------|------|--------|
| 2212860 | 01/26/2011 | 1,125.70 |
| 2225163 | 02/28/2011 | 454.40 |
| 2234849 | 03/30/2011 | 156.20 |
| 2245685 | 04/29/2011 | 397.60 |
| 2254092 | 05/23/2011 | 612.80 |
| 2268381 | 06/30/2011 | 735.90 |
| 2276793 | 07/28/2011 | 142.00 |
| 2286482 | 08/29/2011 | 302.20 |
| 2288726 | 09/30/2011 | 482.80 |
| 2308359 | 10/31/2011 | 852.00 |
| 2314991 | 11/10/2011 | 795.20 |
| 2329287 | 12/21/2011 | 12,252.50 |

Total Outstanding Balance                               61,847.30

Total Balance Due                                         $ 74,244.80

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2338727 |
| Invoice Date: | 01/30/2012 |

## Client Copy
### Billing for services rendered through 12/31/2011

Total by Matter
    0041 Welfare Plans                           $ 12,397.50
    Client/Reference Number: 0000000848

Total Services                                        $ 12,397.50

Total Costs and Other Charges Posted Through Billing Period     0.00

**Total This Invoice**                            **$ 12,397.50**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2146468 | 07/21/2010 | 4,089.20 |
| 2159143 | 08/27/2010 | 2,323.00 |
| 2169691 | 09/24/2010 | 1,007.10 |
| 2181810 | 10/27/2010 | 577.60 |
| 2193507 | 11/19/2010 | 820.60 |
| 2200560 | 12/08/2010 | 73.20 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2338727
Invoice Date: 01/30/2012

| Invoice | Date | |
|---------|------|---|
| 2212860 | 01/26/2011 | 1,125.70 |
| 2225163 | 02/28/2011 | 454.40 |
| 2234849 | 03/30/2011 | 156.20 |
| 2245685 | 04/29/2011 | 397.60 |
| 2254092 | 05/23/2011 | 612.80 |
| 2268381 | 06/30/2011 | 735.90 |
| 2276793 | 07/28/2011 | 142.00 |
| 2286482 | 08/29/2011 | 302.20 |
| 2288726 | 09/30/2011 | 482.80 |
| 2308359 | 10/31/2011 | 852.00 |
| 2314991 | 11/10/2011 | 795.20 |
| 2329287 | 12/21/2011 | 12,252.50 |

Total Outstanding Balance                                61,847.30

Total Balance Due                                      $ 74,244.80

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

01/30/2012

Invoice: 2338727
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0041         Welfare Plans
                     Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/05/11 | A. Gordon | 0.20 | Review proxy e-mail regarding BCBS Agreement from B. Becker. |
| 12/05/11 | A. Gordon | 0.10 | Draft response to proxy e-mail to B. Becker. |
| 12/06/11 | A. Gordon | 0.20 | Review HSA e-mail from S. O'Connor regarding ERISA coverage. |
| 12/06/11 | A. Gordon | 0.20 | Draft response to e-mail from S. O'Connor regarding ERISA coverage. |
| 12/08/11 | A. Gordon | 0.30 | Review the return edits on the Business Associate Agreement from PayFlex. |
| 12/08/11 | A. Gordon | 0.40 | Revise the PayFlex Business Associate Agreement. |
| 12/08/11 | A. Gordon | 0.20 | Draft e-mail to B. Becker outlining changes to the PayFlex Business Associate Agreement. |
| 12/08/11 | A. Gordon | 0.40 | Review PayFlex edits to the FSA and Commuter Service Agreement. |
| 12/09/11 | A. Gordon | 0.20 | Review PayFlex edits to the FSA and Commuter Service Agreement. |
| 12/09/11 | A. Gordon | 1.40 | Revise the PayFlex FSA and Commuter Service Agreement. |
| 12/09/11 | A. Gordon | 0.70 | Draft e-mail to B. Becker, R. DeBoer and S. O'Connor regarding edits to the PayFlex FSA and Commuter Service Agreement. |
| 12/09/11 | A. Gordon | 0.10 | Review Section IX in the Terms and Conditions section of the PayFlex FSA Agreement. |
| 12/09/11 | A. Gordon | 0.10 | Draft e-mail to B. Becker, R. DeBoer and S. O'Connor responding to Section IX of the PayFlex agreement. |
| 12/13/11 | A. Gordon | 0.20 | Review e-mail from Mellon's K. Klug regarding HSA contracting entity. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2338727
Invoice Date:  01/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/13/11 | A. Gordon | 0.20 | Draft response to B. Becker regarding HSA contracting entity. |
| 12/13/11 | A. Gordon | 0.10 | Review business associate agreement question regarding section 3.11 from R. DeBoer. |
| 12/13/11 | A. Gordon | 0.30 | Draft revised business associate language to section 3.11. |
| 12/14/11 | A. Gordon | 0.20 | Review the Administrative Services Only Summary Sheet. |
| 12/14/11 | A. Gordon | 0.20 | Draft response to e-mail from B. Becker regarding Administrative Services Only Summary Sheet. |
| 12/14/11 | A. Gordon | 0.10 | Conference call with B. Becker regarding the Administrative Summary Sheet. |
| 12/14/11 | A. Gordon | 0.50 | Review the ARAG Insurance Company Agreement. |
| 12/14/11 | A. Gordon | 0.10 | Call S. O'Connor regarding pre-paid legal arrangement. |
| 12/15/11 | A. Gordon | 0.30 | Draft email to B.Becker regarding the status of the pre-paid legal plan. |
| 12/15/11 | A. Gordon | 0.30 | Review Mellon Health Savings Account agreement from B.Becker. |
| 12/16/11 | A. Gordon | 0.10 | Conference call with B.Becker regarding the Health Care Service Corp's overpayment recovery fees. |
| 12/16/11 | A. Gordon | 0.30 | Draft response to email from B.Becker regarding the Health Care Service Corp.'s overpayment recovery fees. |
| 12/16/11 | A. Gordon | 0.60 | Draft email regarding safe harbor analysis for pre-paid legal arrangement. |
| 12/20/11 | A. Gordon | 1.10 | Conference call with R. DeBoer and S. O'Connor regarding Pay Flex agreement terms (.6); revise and send Pay Flex agreement to R. DeBoer and S. O'Connor (.5). |
| 12/21/11 | A. Gordon | 0.80 | Review messages from R.DeBoer regarding Blue Cross Blue Shield's Services Agreement [.1]; Review emails from S.O'Connor regarding Payflex Agreement [.2]; Conference call with R.DeBoer and S.O'Connor regarding language for the PayFlex Agreement. [.5] |
| 12/22/11 | A. Gordon | 1.10 | Conference calls with B.Becker regarding Administrative Services Agreement Subrogation language [.3]; Review Administrative Services Agreement Subrogation language and indemnification language [.3]; draft email to B.Becker regarding suggested language for Blue Cross Blue Shield [.5]. |
| 12/28/11 | A. Gordon | 5.80 | Review the Blue Cross Blue Shield Administrative |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2338727
Invoice Date:  01/30/2012

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/30/11 | A. Gordon | 0.30 | Services Agreement for 2012 [1.2]; revise the Blue Cross Blue Shield Administrative Services Agreement [4.6]. Review Mellon Bank's comments to the Health Savings Account agreement. |

| | **Total Hours** | **17.10** | **Total For Services** | **$12,397.50** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| A. Gordon | 17.10 | 725.00 | 12,397.50 |
| **Totals** | **17.10** | | **$12,397.50** |
| | | **Total This Invoice** | **$12,397.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2338728 |
| Invoice Date: | 01/30/2012 |

## Remittance Copy
### Billing for services rendered through 12/31/2011

Total by Matter
    0047 ESOP                                    $ 1,148.00
    Client/Reference Number: 0000001574

Total Services                                            $ 1,148.00

Total Costs and Other Charges Posted Through Billing Period           0.00

**Total This Invoice**                                    **$ 1,148.00**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2338728 |
| Invoice Date: | 01/30/2012 |

---

## Client Copy
### Billing for services rendered through 12/31/2011

---

Total by Matter
    0047 ESOP                                      $ 1,148.00
    Client/Reference Number: 0000001574

Total Services                                                 $ 1,148.00

Total Costs and Other Charges Posted Through Billing Period         0.00

**Total This Invoice**                                         **$ 1,148.00**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

01/30/2012

Invoice: 2338728
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0047        ESOP
                    Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/01/11 | W. Merten | 0.10 | Review email from Emily Glunz of Morgan Lewis regarding revised timeline. |
| 12/12/11 | P. Compernolle | 0.50 | Review list of unlocated plan participants. |
| 12/19/11 | P. Compernolle | 0.30 | Email to Dan Feinberg with updated participant addresses. |
| 12/27/11 | P. Compernolle | 0.50 | Review emails from Dan Feinberg on participant request for information. |

|  | **Total Hours** | **1.40** | **Total For Services** | **$1,148.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| P. Compernolle | 1.30 | 820.00 | 1,066.00 |
| W. Merten | 0.10 | 820.00 | 82.00 |
| **Totals** | **1.40** |  | **$1,148.00** |
|  |  | **Total This Invoice** | **$1,148.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2338729 |
| Invoice Date: | 01/30/2012 |

## Remittance Copy
### Billing for services rendered through 12/31/2011

Total by Matter
    0515 Chapter 11 Restructuring          $ 243,611.81

Total Services          $ 241,740.50

Total Costs and Other Charges Posted Through Billing Period      1,871.31

## Total This Invoice          $ 243,611.81

| Invoice | Date | |
|---|---|---|
| 2049463 | 06/30/2009 | 135,250.03 |
| 2133210 | 06/10/2010 | 1,093.80 |
| 2146476 | 07/21/2010 | 22,130.30 |
| 2159145 | 08/27/2010 | 44,177.00 |
| 2169700 | 09/24/2010 | 25,085.70 |
| 2180988 | 10/27/2010 | 26,669.40 |
| 2193509 | 11/19/2010 | 38,668.40 |
| 2200564 | 12/08/2010 | 38,646.00 |
| 2212867 | 01/26/2011 | 43,131.70 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston Brussels Chicago Düsseldorf Houston London Los Angeles Miami Milan Munich New York Orange County Paris Rome Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2338729
Invoice Date:    01/30/2012

| Invoice | Date | |
|---------|------|---|
| 2225179 | 02/28/2011 | 46,786.20 |
| 2234856 | 03/30/2011 | 57,152.40 |
| 2245689 | 04/29/2011 | 41,321.60 |
| 2262856 | 05/23/2011 | 44,622.20 |
| 2268391 | 06/30/2011 | 29,099.30 |
| 2276795 | 07/28/2011 | 67,686.90 |
| 2286485 | 08/29/2011 | 64,882.40 |
| 2297300 | 09/30/2011 | 40,521.30 |
| 2308367 | 10/31/2011 | 63,889.10 |
| 2314993 | 11/10/2011 | 45,915.10 |
| 2329289 | 12/21/2011 | 172,004.78 |

Total Outstanding Balance                    1,048,733.61

Total Balance Due                         $ 1,292,345.42

U.S. practice conducted through McDermott Will & Emery LLP.

Boston   Brussels   Chicago   Düsseldorf   Houston   London   Los Angeles   Miami   Milan   Munich   New York   Orange County   Paris   Rome   Silicon Valley   Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2338729 |
| Invoice Date: | 01/30/2012 |

## Client Copy
**Billing for services rendered through 12/31/2011**

Total by Matter
    0515 Chapter 11 Restructuring          $ 243,611.81

Total Services      $ 241,740.50

Total Costs and Other Charges Posted Through Billing Period      1,871.31

## Total This Invoice      $ 243,611.81

| Invoice | Date | |
|---|---|---|
| 2049463 | 06/30/2009 | 135,250.03 |
| 2133210 | 06/10/2010 | 1,093.80 |
| 2146476 | 07/21/2010 | 22,130.30 |
| 2159145 | 08/27/2010 | 44,177.00 |
| 2169700 | 09/24/2010 | 25,085.70 |
| 2180988 | 10/27/2010 | 26,669.40 |
| 2193509 | 11/19/2010 | 38,668.40 |
| 2200564 | 12/08/2010 | 38,646.00 |
| 2212867 | 01/26/2011 | 43,131.70 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | | |
|---|---|---|---|
| Client: | 020336 |
| Invoice: | 2338729 |
| Invoice Date: | 01/30/2012 |

| Invoice | Date | |
|---|---|---|
| 2225179 | 02/28/2011 | 46,786.20 |
| 2234856 | 03/30/2011 | 57,152.40 |
| 2245689 | 04/29/2011 | 41,321.60 |
| 2262856 | 05/23/2011 | 44,622.20 |
| 2268391 | 06/30/2011 | 29,099.30 |
| 2276795 | 07/28/2011 | 67,686.90 |
| 2286485 | 08/29/2011 | 64,882.40 |
| 2297300 | 09/30/2011 | 40,521.30 |
| 2308367 | 10/31/2011 | 63,889.10 |
| 2314993 | 11/10/2011 | 45,915.10 |
| 2329289 | 12/21/2011 | 172,004.78 |

Total Outstanding Balance                                    1,048,733.61

Total Balance Due                                    $ 1,292,345.42

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

01/30/2012

Invoice: 2338729
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0515          Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/01/11 | B. Rubin | 4.10 | Correspondence with client regarding DOJ issues (.2); develop list of action items from client meeting (1.3); review and revise workplan (.4); review and edit memo regarding emergence issues (2.2). |
| 12/01/11 | A. Whiteway | 4.30 | Draft action items memo (1.7); correspond with Alvarez and Marshall regarding litigation trust tax issues (.4); review and analysis of IRC 1017 memo (2.2). |
| 12/01/11 | J. Finkelstein | 3.40 | Review and comment on emergence tax issues memo (1.7); research and analysis regarding Plan of Reorganization tax issues (1.7). |
| 12/01/11 | G. Kopacz | 0.60 | Work with local counsel in connection with preparing pro hac vice motion (.6). |
| 12/01/11 | G. Kopacz | 0.50 | Communications with billing department regarding fee applications. |
| 12/01/11 | M. Wilder | 0.40 | Discuss status of ruling request with B. Rubin (.2); review article on bankruptcy filing (.2). |
| 12/01/11 | A. Blair-Stanek | 3.20 | Read supplementary plan disclosure and consider implications for trust analysis (2.7); read article and authorities on creditor derivative standing relevant to ownership (.5). |
| 12/02/11 | N. Hazan | 0.30 | Email exchange with local counsel re: payment of fees and approval process. |
| 12/02/11 | B. Rubin | 4.40 | Preparation for and conference call with clients regarding workplan issues and action items (.8);  review and analyze materials regarding claim valuation issues (1.3); correspondence with Sidley and clients regarding same (.2); review and revise items for emergence issues (.4); review and analyze disputed ownership trust issue (.9); |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2338729
Invoice Date: 01/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | review and analyze materials regarding possible confidential transaction (.8). |
| 12/02/11 | A. Whiteway | 5.10 | Revise action items memo (1.4); correspond with client regarding litigation trust tax issues (.3); review and analysis of Sidley correspondence regarding litigation trust (2.2); telephone conference with Mr. Shanahan regarding emergence tax issues (1.2). |
| 12/02/11 | J. Finkelstein | 3.90 | Conference with Tribune regarding emergence tax issues (.8); review litigation trust claims valuation materials from Sidley (1.3); review action items list (.5); research regarding disputed ownership fund issues (1.3). |
| 12/02/11 | G. Kopacz | 0.20 | Communications with local counsel regarding up-coming fee application hearing and orders relating to fee applications. |
| 12/02/11 | A. Blair-Stanek | 3.90 | Read various authorities relevant to origin of the claim and relation-back doctrine. |
| 12/04/11 | M. Wilder | 0.30 | Review double-deduction case and circulate email regarding same. |
| 12/05/11 | N. Hazan | 0.90 | Call to local counsel regarding upcoming payments for fees (.3); email to B. Rubin regarding calendar for payment and amount (.6). |
| 12/05/11 | B. Rubin | 5.80 | Preparation for and conference call with clients regarding possible transaction (1.1); review and analyze client materials and develop structural alternatives (1.3); review and revise memo regarding emergence issues based on comments (1.7); research and analysis regarding open transaction issues (.8); review client materials regarding emergence issues (.9). |
| 12/05/11 | A. Whiteway | 6.80 | Review action plan edits from Mr. Whittman (.9); revise action items memo (.8); review and analyze litigation trust tax cases and issues regarding Disputed Ownership Funds (5.1). |
| 12/05/11 | J. Finkelstein | 4.60 | Review revised action items memo (.6); review litigation trust valuation materials and correspondence regarding same (1.7); research regarding disputed ownership fund issues (2.3). |
| 12/05/11 | G. Kopacz | 1.70 | Communications with local counsel regarding up-coming hearing and CNOs (.4); email B. Rubin regarding same |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2338729 |
| Invoice Date: | 01/30/2012 |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | (.3); communications with N. Hazan regarding same (.4); prepare materials for fee application (.6). |
| 12/05/11 | A. Blair-Stanek | 3.40 | Read Judge Carey's Oct. 31st opinion (1.3); consider implications and support for claims transfer analysis (1.0); update facts in memorandum (1.1). |
| 12/06/11 | B. Rubin | 5.40 | Preparation for and meeting with co-counsel regarding follow-up emergence projects (1.8); correspondence with client and Sidley regarding action items and privilege issues (.6); research and analysis regarding open transaction issue (.8); review and edit supporting memo (2.2). |
| 12/06/11 | A. Whiteway | 6.40 | Review comments to action items (.3); correspondence with client regarding litigation trust tax issues (.4); revise action items memo (.9); review Judge ruling regarding litigation trust issues (.8); research and analysis of authorities on double deduction benefits (1.9); review and comment on litigation trust memo (2.1). |
| 12/06/11 | J. Finkelstein | 4.40 | Prepare for and attend team meeting regarding emergence action items (1.8); research regarding litigation trust issues (1.6); review tax issues memo (1.0). |
| 12/06/11 | G. Kopacz | 0.10 | Attention to emails from local counsel regarding proposed fee orders. |
| 12/06/11 | M. Wilder | 2.30 | Review new materials on litigation trust values (1.0); prepare for and meet with B. Rubin and others to discuss action items (1.3). |
| 12/06/11 | A. Blair-Stanek | 1.40 | Prepare for and meet with B. Rubin, A. Whiteway, J. Finkelstein, M. Wilder regarding remaining work items for restructuring. |
| 12/07/11 | B. Rubin | 4.80 | Review and analyze client materials regarding possible transaction (.7); develop structural alternatives for possible transaction (1.9); preparation for and conference call with Sidley regarding emergence issues (.9); research and analysis regarding dispute ownership fund issues (1.3). |
| 12/07/11 | A. Whiteway | 4.90 | Review emergence workplan (.9); conference with co-counsel regarding litigation trust tax issues (1.9); review and comment on Action plan changes and analysis of emergence tax issues (2.1). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2338729
Invoice Date:  01/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/07/11 | A. Whiteway | 3.40 | Analysis of possible acquisition transaction and review of financial data. |
| 12/07/11 | J. Finkelstein | 4.10 | Review and analysis regarding litigation trust valuation and tax issues (2.4); review memo regarding emergence tax issues (1.7). |
| 12/07/11 | G. Kopacz | 0.30 | Email local counsel regarding CNO and pro hac vice motion. |
| 12/07/11 | A. Blair-Stanek | 0.20 | Gather relevant authorities to litigation trust treatment issue. |
| 12/08/11 | B. Rubin | 5.40 | Develop alternative structures for possible transaction (2.2); conference with co-counsel regarding possible structures (.9); preparation for and conference call with clients regarding same (.4); review and analyze additional data regarding valuation issues (.9); correspondence with Sidley regarding expert reports (.3); review and edit supporting memo regarding emergence issues (.7). |
| 12/08/11 | A. Whiteway | 5.70 | Review expert reports (2.7); analysis of litigation trust issues (1.6); preparation for and telephone conference with client regarding emergence tax issues (1.4). |
| 12/08/11 | A. Whiteway | 3.90 | Review materials regarding alternative structures for possible transaction (3.0); meeting with B. Rubin regarding exit strategies (.9). |
| 12/08/11 | J. Finkelstein | 2.60 | Conference with Tribune regarding emergence tax issues (1.2); review and analysis regarding litigation trust issues (1.4). |
| 12/08/11 | J. Finkelstein | 4.10 | Review and analysis of materials regarding confidential transaction (1.7); meeting with co-counsel to analyze and develop potential structures for confidential transaction (2.4). |
| 12/08/11 | G. Kopacz | 0.30 | Emails to local counsel and team regarding CNO (.2); email to billing departments regarding LEDES files (.1). |
| 12/08/11 | A. Blair-Stanek | 2.60 | Update claims chart to reflect updated theories (2.2); review new facts to update cites to claims estimations (.4). |
| 12/09/11 | B. Rubin | 5.30 | Review and comment on litigation trust matrix (1.4); research and analysis regarding tax issues (2.3); develop alternative structures for possible transaction (1.6). |
| 12/09/11 | A. Whiteway | 4.40 | Analysis of alternative strategies for potential transaction |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2338729
Invoice Date:    01/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | (1.9); prepare slides for alternative acquisition structures (2.5). |
| 12/09/11 | J. Finkelstein | 1.60 | Review and analysis regarding structuring alternatives for confidential transaction. |
| 12/09/11 | J. Finkelstein | 1.80 | Review emergence tax issues memo (.5); review litigation trust issues (1.3). |
| 12/09/11 | G. Kopacz | 0.70 | Review pre-bills for November fee application (.5); communications with secretary regarding making arrangements for upcoming hearing (.2). |
| 12/10/11 | M. Wilder | 1.30 | Analysis of possibility of open transaction PLR. |
| 12/12/11 | N. Hazan | 0.30 | Review 6th quarterly order and email R. Blake regarding same. |
| 12/12/11 | B. Rubin | 4.90 | Review and edit claims matrix (1.1); research and analysis regarding tax issues (1.3); develop structures for possible transaction (2.3); followup regarding PLR issues (.2). |
| 12/12/11 | A. Whiteway | 0.80 | Analysis of litigation trust tax issues and case law. |
| 12/12/11 | A. Whiteway | 7.40 | Meeting with co-counsel regarding alternative tax strategies (1.6); prepare slides on alternative acquisition alternatives (5.8). |
| 12/12/11 | J. Finkelstein | 2.00 | Review litigation trust issues (1.4); review memo responding to action item list comments (.6). |
| 12/12/11 | J. Finkelstein | 3.10 | Review and analysis regarding potential restructuring. |
| 12/12/11 | G. Kopacz | 0.40 | Communications with N. Hazan regarding LEDES files and order regarding up-coming hearing (.3); emails from local counsel regarding same (.1). |
| 12/12/11 | A. Blair-Stanek | 0.20 | Review response re open transaction doctrine. |
| 12/13/11 | B. Rubin | 4.60 | Correspondence with creditor representatives regarding emergence issues (.4); review and edit memo regarding claims issues (1.9); research and analysis regarding possible transaction structures (2.3). |
| 12/13/11 | A. Whiteway | 1.60 | Review and analysis of updated matrix of transfer of claims to litigation trust tax treatment (1.4); correspondence with Davis Polk regarding LLC conversions (.2). |
| 12/13/11 | A. Whiteway | 6.80 | Prepare slides on alternative acquisition alternatives. |
| 12/13/11 | J. Finkelstein | 2.10 | Review and analysis regarding litigation trust issues (2.1). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2338729
Invoice Date:  01/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/13/11 | J. Finkelstein | 2.10 | Analysis regarding potential confidential transaction structure. |
| 12/13/11 | A. Blair-Stanek | 5.10 | Review final Black Report, Carey opinion, and other factual developments to update litigation trust summary (3.1); review and incorporate additional legal insights of team (1.7); email to B. Rubin, A. Whiteway, J. Finkelstein, M. Wilder regarding same (.3). |
| 12/14/11 | N. Hazan | 0.10 | Review CNO for October, emails to B. Rubin re: same. |
| 12/14/11 | B. Rubin | 5.80 | Preparation for and meeting with co-counsel regarding action items (.8); review and comment on memo regarding litigation trust issues (1.6); coordinate comments on memo (1.4); review and analyze Beron and Black reports (1.7); conference with co-counsel regarding PLR issues (.3). |
| 12/14/11 | A. Whiteway | 4.10 | Draft updates to emergence workplan (.6); review expert valuation reports in light of tax issues in litigation trust (1.2); review and comment on litigation trust matrix (.4); prepare for and attend conference with co-counsel to analyze tax issues on litigation trust matrix (1.6); correspondence with client regarding pending IRS letter ruling (.3). |
| 12/14/11 | A. Whiteway | 5.80 | Prepare slides addressing acquisition/disposition structures. |
| 12/14/11 | J. Finkelstein | 3.60 | Review and analysis regarding litigation trust valuation materials and matrix. |
| 12/14/11 | G. Kopacz | 1.60 | Review and edit pre-bills (1.4); emails to local counsel and team regarding certificate of no objection (.2). |
| 12/14/11 | M. Wilder | 1.40 | Review chart prepared by A. Blair-Stanek (.3); meeting to discuss issues regarding litigation claims (.8); telephone call with IRS attorney Mary Brewer regarding tax issue and correspondence regarding same (.3). |
| 12/14/11 | A. Blair-Stanek | 6.90 | Meet with B. Rubin, A. Whiteway, J. Finkelstein, M. Wilder to discuss litigation trust summary (.8); review B. Beron expert report for valuation insights (4.5); incorporate feedback and additional analysis (1.6). |
| 12/15/11 | B. Rubin | 4.80 | Preparation for and conference call with clients regarding emergence tax issues (.6); review and comment on slide deck for structures for possible confidential transaction |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2338729
Invoice Date: 01/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | (1.8); research and analysis regarding structure issues (2.4). |
| 12/15/11 | A. Whiteway | 2.40 | Preparation for and telephone conference with client regarding emergence workplan (.3); analysis of discrepancies in expert valuation reports in light of litigation trust tax issues (.9); comment on litigation trust matrix (1.2). |
| 12/15/11 | A. Whiteway | 4.30 | Prepare slides and spreadsheets addressing acquisition/disposition structures. |
| 12/15/11 | J. Finkelstein | 4.10 | Prepare for and attend conference call with Tribune regarding emergence tax issues (.4); review and analysis regarding litigation trust tax issues (1.6); review and comment on potential transaction slides (2.1). |
| 12/15/11 | G. Kopacz | 6.20 | Review and edit pre-bills to ensure compliance with the Bankruptcy Code (3.7); communications with various attorneys requesting clarification regarding certain time entries (.9); communications with secretary regarding preparing edited pre-bills (.1); review work of secretary regarding same (.3); begin working on November Fee Application (.4); call fee examiner regarding LEDES files (.2); review LEDES files in preparation for submission to the fee examiner (.4); communications with M. Simons regarding pre-bills and fee application (.2). |
| 12/15/11 | M. Wilder | 0.20 | Attention to potential restructuring transaction. |
| 12/15/11 | A. Blair-Stanek | 0.90 | Meet with B. Rubin, A. Whiteway, and J. Finkelstein regarding claims chart (.3); review one additional authority relating to the claims transfer (.6). |
| 12/16/11 | B. Rubin | 5.90 | Review and edit slideshow regarding possible transaction (1.4); conference with co-counsel regarding comments and analysis (1.3); research and analysis regarding tax issues (.9); review and analyze spreadsheets (1.2); research and analysis regarding emergence issues (1.1). |
| 12/16/11 | A. Whiteway | 6.20 | Finalize spreadsheet analysis of various disposition/acquisition alternatives (2.1); revise slides regarding disposition alternatives (4.1). |
| 12/16/11 | J. Finkelstein | 4.10 | Review and analysis regarding proposed transaction (2.7); analysis regarding litigation trust issues (1.4). |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | | 020336 |
| Invoice: | | 2338729 |
| Invoice Date: | | 01/30/2012 |

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/19/11 | B. Rubin | 5.40 | Preparation for and conference call with client regarding emergence issues (1.4); prepare summary table (.9); develop structures for possible transaction (1.8); correspondence with clients, Sidley and Alvarez regarding tax issues (.6); memo to Sidley regarding FitzSimons swap issues (.7). |
| 12/19/11 | A. Whiteway | 7.40 | Review and analysis of litigation trust claims and tax treatment (5.1); conference with co-counsel regarding litigation trust tax issues (2.3). |
| 12/19/11 | J. Finkelstein | 4.30 | Review and analysis regarding potential transaction (2.1); conference with Tribune regarding litigation trust issues (.9); review and analysis regarding litigation trust matrix (1.3). |
| 12/19/11 | G. Kopacz | 0.20 | Emails to M. Simons regarding November fee application (.1); communications with N. Hazan regarding same (.1). |
| 12/19/11 | A. Blair-Stanek | 2.30 | Call with P. Shanahan, M. Melgarejo, B. Rubin, A. Whiteway, J. Finkelstein regarding litigation trust matrix (.3); update matrix and memo to reflect feedback (1.1); create summary exposure sheet (.9). |
| 12/20/11 | B. Rubin | 4.20 | Correspondence with Sidley regarding privilege issues (.6); review and analyze board materials (1.3); develop alternative structures for possible transaction (2.3). |
| 12/20/11 | A. Whiteway | 2.10 | Review and analysis of February Board materials and valuation of claims (2.1). |
| 12/20/11 | J. Finkelstein | 1.30 | Review and analysis regarding litigation trust issues. |
| 12/20/11 | M. Wilder | 1.80 | Review article on property rights in support of argument that creditors own litigation claims (1.0); summarize analysis of issue in email (.8). |
| 12/20/11 | A. Blair-Stanek | 0.20 | Add suggested authority to memo. |
| 12/21/11 | N. Hazan | 0.30 | Review tolling agreement and email exchange re: same with B. Rubin. |
| 12/21/11 | B. Rubin | 3.90 | Preparation for and conference call with Sidley regarding privilege issues (1.1); revise matrix regarding litigation trust claims (.9); conference call with clients regarding tax issue (.8); correspondence with clients and Sidley regarding same (.3); review and analyze Black testimony (.8). |
| 12/21/11 | A. Whiteway | 5.40 | Preparation for and telephone conference with Mr. |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2338729 |
| Invoice Date: | 01/30/2012 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | Krakauer and Mr. Bendernagel regarding privilege issues regarding Alvarez and Marsal (2.9); review Bernie Black testimony regarding valuation of claims against Tribune (1.6); analysis of claims valuation issue (.3); telephone conference with Mr. Shanahan and Ms. Melgarejo regarding litigation trust matrix (.6). |
| 12/21/11 | J. Finkelstein | 2.10 | Review and analysis regarding revised litigation trust matrix and opinion issues. |
| 12/21/11 | G. Kopacz | 3.40 | Review pre-bills to ensure compliance with the U.S. Trustee's guidelines (3.0); communications with billing department regarding same (.4). |
| 12/21/11 | M. Wilder | 0.50 | Briefly review Professor Black's testimony and emails regarding same. |
| 12/21/11 | A. Blair-Stanek | 2.90 | Discuss matrix with J. Bendernagel, B. Krakauer, B. Rubin, A. Whiteway, J. Finkelstein (.5); update claims chart to reflect conversation and testimony of B. Black (2.4). |
| 12/22/11 | B. Rubin | 2.80 | Review and comment on supporting memorandum (2.4); correspondence with Sidley and client regarding litigation trust and privilege issues (.4). |
| 12/22/11 | A. Whiteway | 1.20 | Review and analysis of emergence tax issues. |
| 12/22/11 | G. Kopacz | 0.10 | Emails with M. Simons regarding invoices (.1). |
| 12/23/11 | G. Kopacz | 0.50 | Review work of secretary and billing department regarding November pre-bills (.4); email billing department regarding same (.1). |
| 12/27/11 | B. Rubin | 0.30 | Correspondence with client regarding possible transaction (.3). |
| 12/27/11 | G. Kopacz | 1.70 | Work on November fee application (1.5); communications with billing department regarding same (.2). |

| | **Total Hours** | **299.30** | **Total For Services** | **$241,740.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| A. Blair-Stanek | 33.20 | 435.00 | 14,442.00 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2338729
Invoice Date:  01/30/2012

| Name | Hours | Rate | Amount |
|---|---|---|---|
| J. Finkelstein | 59.30 | 765.00 | 45,364.50 |
| N. Hazan | 1.90 | 645.00 | 1,225.50 |
| G. Kopacz | 18.50 | 435.00 | 8,047.50 |
| B. Rubin | 77.80 | 995.00 | 77,411.00 |
| A. Whiteway | 100.40 | 885.00 | 88,854.00 |
| M. Wilder | 8.20 | 780.00 | 6,396.00 |
| **Totals** | **299.30** | | **$241,740.50** |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---|
| 11/10/11 | Business Meal<br>SeamlessWeb Professional Solutions, Inc.; Invoice #1051083; Date 11/13/11; Jared Zajac; Order #229299120; Bareburger (3rd Ave). | 22.10 |
| 11/30/11 | Travel Expenses<br>Travel to Chicago for meetings with client at Sidley. | 813.00 |
| 12/01/11 | Photocopy<br>Device 09NYK07C. | 0.30 |
| 12/01/11 | Telecommunications<br>Ext. 75620 called WILMINGTON, (302) 651-2010. | 0.15 |
| 12/02/11 | Travel Expenses<br>Travel to Chicago for client meetings. | 997.47 |
| 12/02/11 | Travel Expenses<br>Travel to Chicago for client meetings. | 36.35 |
| 12/05/11 | Postage | 0.44 |
| 12/15/11 | Telecommunications<br>Ext. 75620 called LADUE, (314) 291-3030. | 1.50 |

**Total Costs and Other Charges**    **$1,871.31**

**Total This Invoice**    **$243,611.81**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2338730 |
| Invoice Date: | 01/30/2012 |

## Remittance Copy
### Billing for services rendered through 12/31/2011

| | | |
|---|---|---|
| Total by Matter | | |
| 0516 Perfect Market, Inc. | $ 10,698.50 | |
| Total Services | | $ 10,698.50 |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| **Total This Invoice** | | **$ 10,698.50** |

| Invoice | Date | |
|---|---|---|
| 2127445 | 01/26/2010 | 0.52 |
| 2094480 | 02/19/2010 | 50,000.00 |
| 2200565 | 12/08/2010 | 154.50 |
| 2212868 | 01/26/2011 | 341.80 |
| 2234857 | 03/30/2011 | 74.10 |
| 2245690 | 04/29/2011 | 306.60 |
| 2297301 | 09/30/2011 | 34.50 |
| 2314994 | 11/10/2011 | 499.10 |
| 2329290 | 12/21/2011 | 8,435.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 | |
| Invoice: | 2338730 | |
| Invoice Date: | 01/30/2012 | |

Total Outstanding Balance                                     59,846.12

Total Balance Due                                          $ 70,544.62

U.S. practice conducted through McDermott Will & Emery LLP.

Boston   Brussels   Chicago   Düsseldorf   Houston   London   Los Angeles   Miami   Milan   Munich   New York   Orange County   Paris   Rome   Silicon Valley   Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2338730 |
| Invoice Date: | 01/30/2012 |

## Client Copy
### Billing for services rendered through 12/31/2011

Total by Matter
    0516 Perfect Market, Inc.                            $ 10,698.50

Total Services                                              $ 10,698.50

Total Costs and Other Charges Posted Through Billing Period        0.00

**Total This Invoice**                                       **$ 10,698.50**

| Invoice | Date | |
|---|---|---|
| 2127445 | 01/26/2010 | 0.52 |
| 2094480 | 02/19/2010 | 50,000.00 |
| 2200565 | 12/08/2010 | 154.50 |
| 2212868 | 01/26/2011 | 341.80 |
| 2234857 | 03/30/2011 | 74.10 |
| 2245690 | 04/29/2011 | 306.60 |
| 2297301 | 09/30/2011 | 34.50 |
| 2314994 | 11/10/2011 | 499.10 |
| 2329290 | 12/21/2011 | 8,435.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 | |
| Invoice: | 2338730 | |
| Invoice Date: | 01/30/2012 | |

Total Outstanding Balance                                                    59,846.12

Total Balance Due                                                        $ 70,544.62

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

01/30/2012

Invoice: 2338730
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0516          Perfect Market, Inc.

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/08/11 | T. Ward | 0.30 | Office conference with Patrick McCurry regarding Topix profits interest planning. |
| 12/08/11 | P. McCurry | 0.30 | Office conference with T. Ward re profits interest planning. |
| 12/14/11 | T. Ward | 0.50 | Begin review of draft discussion points from Maureen O'Brien for profits interest. |
| 12/14/11 | M. O'Brien | 2.00 | Draft term sheet for Topix profit interest agreements. |
| 12/15/11 | G. Karch | 1.00 | Analyze tax aspects of term sheet (.5); discuss same with T. Ward and P. McCurry (.5). |
| 12/15/11 | T. Ward | 2.00 | Continue review of draft discussion points from Maureen O'Brien for profits interest (1.2); office conference with Gary Karch and Patrick McCurry to discuss same (.5); begin review of Patrick McCurry revisions to same (.3). |
| 12/15/11 | P. McCurry | 4.20 | Revise discussion items for profits interest issuance (3.7); office conferences and calls with T. Ward, G. Karch and M. O'Brien re profits interest issuance (.5). |
| 12/15/11 | M. O'Brien | 0.50 | Tribune:  Conference with T. Ward regarding term sheet. |
| 12/16/11 | T. Ward | 2.00 | Continue review of Patrick McCurry revisions to discussion points for profits interest (1.3); revise and email same to Patrick McCurry (.3); review email from Maureen O'Brien regarding comments to same (.2); email responses to Maureen O'Brien (.2). |
| 12/16/11 | P. McCurry | 1.30 | Revise discussion items for profits interests (1.1); conference with T. Ward regarding the same (.2). |
| 12/16/11 | M. O'Brien | 0.50 | Correspondence with T. Ward, C. Tolles and B. Gertig regarding profits interest. |
| 12/21/11 | T. Ward | 0.80 | Revise discussion items for profits interest (.6); draft email regarding same and send materials to Maureen |

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2338730
Invoice Date: 01/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/23/11 | M. O'Brien | 0.50 | O'Brien (.2). Revise discussion items for grant of profits interests for Topix management.. |

| | **Total Hours** | **15.90** | **Total For Services** | **$10,698.50** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| G. Karch | 1.00 | 935.00 | 935.00 |
| P. McCurry | 5.80 | 500.00 | 2,900.00 |
| M. O'Brien | 3.50 | 665.00 | 2,327.50 |
| T. Ward | 5.60 | 810.00 | 4,536.00 |
| **Totals** | **15.90** | | **$10,698.50** |
| | | **Total This Invoice** | **$10,698.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2338731 |
| Invoice Date: | 01/30/2012 |

## Remittance Copy
### Billing for services rendered through 12/31/2011

0520 All Direct Mail Services, Inc.

| | |
|---|---|
| Total Services | $ 224.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 224.00** |

| Invoice | Date | |
|---|---|---|
| 2159146 | 08/27/2010 | 424.20 |
| 2169702 | 09/24/2010 | 393.60 |
| 2180990 | 10/27/2010 | 1,866.60 |
| 2193511 | 11/19/2010 | 3,621.20 |
| 2200566 | 12/08/2010 | 4,018.30 |
| 2212870 | 01/26/2011 | 5,544.40 |
| 2226977 | 02/28/2011 | 8,140.30 |
| 2234859 | 03/30/2011 | 128.40 |
| 2245692 | 04/29/2011 | 1,350.70 |
| 2254098 | 05/23/2011 | 1,128.70 |
| 2297303 | 09/30/2011 | 42.80 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:       2338731
Invoice Date:   01/30/2012

| Invoice | Date | | |
|---------|------|--|--|
| 2314996 | 11/10/2011 | 149.80 | |
| 2329292 | 12/21/2011 | 1,041.00 | |

Total Outstanding Balance                                    27,850.00

Total Balance Due                                        $ 28,074.00

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2338731 |
| Invoice Date: | 01/30/2012 |

## Client Copy
### Billing for services rendered through 12/31/2011

0520 All Direct Mail Services, Inc.

| | |
|---|---|
| Total Services | $ 224.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 224.00** |

| Invoice | Date | |
|---|---|---|
| 2159146 | 08/27/2010 | 424.20 |
| 2169702 | 09/24/2010 | 393.60 |
| 2180990 | 10/27/2010 | 1,866.60 |
| 2193511 | 11/19/2010 | 3,621.20 |
| 2200566 | 12/08/2010 | 4,018.30 |
| 2212870 | 01/26/2011 | 5,544.40 |
| 2226977 | 02/28/2011 | 8,140.30 |
| 2234859 | 03/30/2011 | 128.40 |
| 2245692 | 04/29/2011 | 1,350.70 |
| 2254098 | 05/23/2011 | 1,128.70 |
| 2297303 | 09/30/2011 | 42.80 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | Client: | 020336 |
| --- | --- | --- | --- |
| | | Invoice: | 2338731 |
| | | Invoice Date: | 01/30/2012 |

| **Invoice** | **Date** | | |
| --- | --- | --- | --- |
| 2314996 | 11/10/2011 | 149.80 | |
| 2329292 | 12/21/2011 | 1,041.00 | |

Total Outstanding Balance                                                27,850.00

Total Balance Due                                                     $ 28,074.00

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will&Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

01/30/2012

Invoice: 2338731
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0520          All Direct Mail Services, Inc.

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/05/11 | A. Turney | 0.40 | Review Asset Purchase Agreement (2); email exchange with J. Xanders and K. Ranta regarding indemnification claim against Indemnity Account (.2). |
| | **Total Hours** | **0.40** | **Total For Services**  **$224.00** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Turney | 0.40 | 560.00 | 224.00 |
| **Totals** | **0.40** | | **$224.00** |
| | | **Total This Invoice** | **$224.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2338732 |
| Invoice Date: | 01/30/2012 |

## Remittance Copy
## Billing for services rendered through 12/31/2011

| | | |
|---|---|---|
| Total by Matter | | |
| 0522 Baltimore Sun Mailers Pension Plan | $ 492.00 | |
| Total Services | | $ 492.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| **Total This Invoice** | | **$ 492.00** |

| Invoice | Date | |
|---|---|---|
| 2210516 | 11/10/2010 | 823.80 |
| 2212873 | 01/26/2011 | 143.00 |
| 2239045 | 02/28/2011 | 3,175.00 |
| 2234860 | 03/30/2011 | 1,565.50 |
| 2245693 | 04/29/2011 | 1,278.10 |
| 2268385 | 06/30/2011 | 287.50 |
| 2276797 | 07/28/2011 | 25.00 |
| 2286487 | 08/29/2011 | 818.50 |
| 2297304 | 09/30/2011 | 380.60 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2338732
Invoice Date:  01/30/2012

| Invoice | Date | | |
|---------|------|---|---|
| 2308369 | 10/31/2011 | 202.80 | |
| 2314997 | 11/10/2011 | 2,457.10 | |
| | | | |
| Total Outstanding Balance | | | 11,156.90 |
| | | | |
| Total Balance Due | | | $ 11,648.90 |

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2338732 |
| Invoice Date: | 01/30/2012 |

## Client Copy
### Billing for services rendered through 12/31/2011

Total by Matter
    0522 Baltimore Sun Mailers Pension Plan          $ 492.00

Total Services          $ 492.00

Total Costs and Other Charges Posted Through Billing Period          0.00

**Total This Invoice**          **$ 492.00**

| Invoice | Date | |
|---|---|---|
| 2210516 | 11/10/2010 | 823.80 |
| 2212873 | 01/26/2011 | 143.00 |
| 2239045 | 02/28/2011 | 3,175.00 |
| 2234860 | 03/30/2011 | 1,565.50 |
| 2245693 | 04/29/2011 | 1,278.10 |
| 2268385 | 06/30/2011 | 287.50 |
| 2276797 | 07/28/2011 | 25.00 |
| 2286487 | 08/29/2011 | 818.50 |
| 2297304 | 09/30/2011 | 380.60 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | Client: | 020336 |
| | | Invoice: | 2338732 |
| | | Invoice Date: | 01/30/2012 |

| Invoice | Date | | |
|---------|------|---|---|
| 2308369 | 10/31/2011 | | 202.80 |
| 2314997 | 11/10/2011 | 2,457.10 | |

Total Outstanding Balance                              11,156.90

Total Balance Due                                   $ 11,648.90

U.S. practice conducted through McDermott Will & Emery LLP.

Boston   Brussels   Chicago   Düsseldorf   Houston   London   Los Angeles   Miami   Milan   Munich   New York   Orange County   Paris   Rome   Silicon Valley   Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

01/30/2012

Invoice: 2338732
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0522          Baltimore Sun Mailers Pension Plan

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/22/11 | P. Compernolle | 0.30 | Review proposed amendment for IRS determination letter. |
| 12/27/11 | P. Compernolle | 0.30 | Review IRS determination letter correspondence and required plan amendment. |
| | **Total Hours** | **0.60** | **Total For Services** | **$492.00** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 0.60 | 820.00 | 492.00 |
| **Totals** | **0.60** | | **$492.00** |
| | | **Total This Invoice** | **$492.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2338733 |
| Invoice Date: | 01/30/2012 |

## Remittance Copy
### Billing for services rendered through 12/31/2011

| | | |
|---|---|---|
| Total by Matter | | |
|    0527 2009 Audit | $ 16,826.92 | |
| Total Services | | $ 8,228.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 8,598.92 |
| **Total This Invoice** | | **$ 16,826.92** |

| Invoice | Date | |
|---|---|---|
| 2225195 | 02/28/2011 | 3,159.30 |
| 2234863 | 03/30/2011 | 9,969.90 |
| 2245697 | 04/29/2011 | 78,639.60 |
| 2254101 | 05/23/2011 | 57,373.50 |
| 2268392 | 06/30/2011 | 46,232.00 |
| 2276798 | 07/28/2011 | 49,752.60 |
| 2286488 | 08/29/2011 | 33,131.90 |
| 2297306 | 09/30/2011 | 32,819.00 |
| 2308371 | 10/31/2011 | 20,943.30 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2338733
Invoice Date:  01/30/2012

| Invoice | Date | | |
|---------|------|--------|--------|
| 2314998 | 11/10/2011 | 583.70 | |
| 2329293 | 12/21/2011 | 9,065.00 | |
| Total Outstanding Balance | | | 341,669.80 |
| Total Balance Due | | | $ 358,496.72 |

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2338733 |
| Invoice Date: | 01/30/2012 |

## Client Copy
### Billing for services rendered through 12/31/2011

Total by Matter
    0527 2009 Audit                          $ 16,826.92

Total Services                                    $ 8,228.00

Total Costs and Other Charges Posted Through Billing Period      8,598.92

**Total This Invoice**                                 **$ 16,826.92**

| Invoice | Date | |
|---|---|---|
| 2225195 | 02/28/2011 | 3,159.30 |
| 2234863 | 03/30/2011 | 9,969.90 |
| 2245697 | 04/29/2011 | 78,639.60 |
| 2254101 | 05/23/2011 | 57,373.50 |
| 2268392 | 06/30/2011 | 46,232.00 |
| 2276798 | 07/28/2011 | 49,752.60 |
| 2286488 | 08/29/2011 | 33,131.90 |
| 2297306 | 09/30/2011 | 32,819.00 |
| 2308371 | 10/31/2011 | 20,943.30 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | Client: | 020336 |
| | | Invoice: | 2338733 |
| | | Invoice Date: | 01/30/2012 |

| Invoice | Date | | |
|---------|------|---|---|
| 2314998 | 11/10/2011 | 583.70 | |
| 2329293 | 12/21/2011 | 9,065.00 | |

Total Outstanding Balance                                        341,669.80

Total Balance Due                                             $ 358,496.72

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

01/30/2012

Invoice: 2338733
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0527        2009 Audit

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/01/11 | R. Greenhouse | 0.80 | Telephone call with P. McCurry regarding privilege log (.1); review log (.7). |
| 12/01/11 | N. LeBeau | 3.90 | Work on Privilege Log. |
| 12/05/11 | P. McCurry | 1.90 | Various calls with N. Lebeau regarding supplement to privilege log (.3); revise supplemental privilege log (1.6). |
| 12/05/11 | N. LeBeau | 3.10 | Work on Privilege Log. |
| 12/07/11 | P. McCurry | 0.80 | Internal conferences regarding privilege log. |
| 12/08/11 | R. Greenhouse | 1.00 | Telephone call with P. McCurry regarding privilege log issues. |
| 12/08/11 | P. McCurry | 0.70 | Prepare addendum to privilege log (0.7). |
| 12/12/11 | P. McCurry | 0.60 | Prepare addendum to privilege log (0.6). |
| 12/13/11 | P. McCurry | 0.40 | Finalize addendum to privilege log (0.4). |
| 12/14/11 | P. McCurry | 0.40 | Finalize addendum to privilege log. |
| 12/19/11 | R. Greenhouse | 1.00 | Review comments to Bank of America confidentiality agreement (.8); meeting with A. Whiteway to discuss Tribune Audit (.2). |
| 12/19/11 | A. Whiteway | 0.30 | Review Bank of America Confidentiality Agreement markup (.1); conference with co-counsel (.2). |
| 12/21/11 | A. Whiteway | 1.10 | Revise Bank of America Confidentiality Agreement markup (.9); correspond with Bank counsel and with Tribune regarding same (.2). |
| 12/22/11 | A. Whiteway | 0.40 | Correspond with client regarding confidentiality agreement (.2); correspond with Counsel for Bank regarding confidentiality agreement (.2). |

| | **Total Hours** | **16.40** | **Total For Services** | **$8,228.00** |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2338733
Invoice Date:  01/30/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| R. Greenhouse | 2.80 | 900.00 | 2,520.00 |
| N. LeBeau | 7.00 | 245.00 | 1,715.00 |
| P. McCurry | 4.80 | 500.00 | 2,400.00 |
| A. Whiteway | 1.80 | 885.00 | 1,593.00 |
| **Totals** | **16.40** | | **$8,228.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|-------:|
| 11/30/11 | Computer Hosting Fees<br>November monthly charge for data storage and hosting,<br>Relativity Hosting, 285.8 GBs. | 8,574.00 |
| 12/14/11 | Express Mail<br>FedEx #773200509 - 473762011766, CHICAGO | 10.92 |
| 12/14/11 | Photocopy<br>Device 01CHI22C. 09085 | 13.90 |
| 12/14/11 | Photocopy<br>Device 01CHI10C. 09085 | 0.10 |

**Total Costs and Other Charges**    **$8,598.92**

**Total This Invoice**    **$16,826.92**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2338734 |
| Invoice Date: | 01/30/2012 |

---

## Remittance Copy
### Billing for services rendered through 12/31/2011

---

Total by Matter
    0507 Newsday                               $ 2,834.65
    Client/Reference Number: 0000001849

Total Services                                       $ 1,645.50

Total Costs and Other Charges Posted Through Billing Period      1,189.15

**Total This Invoice**                                    **$ 2,834.65**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2338734 |
| Invoice Date: | 01/30/2012 |

## Client Copy
**Billing for services rendered through 12/31/2011**

Total by Matter
    0507 Newsday                                            $ 2,834.65
    Client/Reference Number: 0000001849

Total Services                                                          $ 1,645.50

Total Costs and Other Charges Posted Through Billing Period            1,189.15

**Total This Invoice**                                        **$ 2,834.65**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

01/30/2012

Invoice: 2338734
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0507          Newsday
                      Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/01/11 | P. McCurry | 1.40 | Calls and conferences with B. Newgard and N. LeBeau regarding privilege log issues (1.4). |
| 12/02/11 | P. McCurry | 0.10 | Follow up regarding privilege log issues. |
| 12/21/11 | B. Rubin | 0.60 | Correspondence with client regarding Bank of America issues (.3); conference with co-counsel regarding possible undertaking (.3). |
| 12/22/11 | B. Rubin | 0.30 | Correspondence with client regarding Bank of America issues (.3). |

|  | **Total Hours** | **2.40** | **Total For Services** | **$1,645.50** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. McCurry | 1.50 | 500.00 | 750.00 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2338734
Invoice Date:  01/30/2012

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| B. Rubin | 0.90 | 995.00 | 895.50 |
| **Totals** | **2.40** | | **$1,645.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 11/30/11 | Computer Hosting Fees<br>November monthly charge for data storage and hosting,<br>Relativity Hosting, 139.9 GBs. | 1,189.15 |

**Total Costs and Other Charges**     **$1,189.15**

**Total This Invoice**     **$2,834.65**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2338735 |
| Invoice Date: | 01/30/2012 |

## Remittance Copy
### Billing for services rendered through 12/31/2011

0536 Project Valencia

| | |
|---|---|
| Total Services | $ 31,049.50 |
| Total Costs and Other Charges Posted Through Billing Period | 23.52 |
| **Total This Invoice** | **$ 31,073.02** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2338735 |
| Invoice Date: | 01/30/2012 |

## Client Copy
### Billing for services rendered through 12/31/2011

0536 Project Valencia

| | |
|---|---|
| Total Services | $ 31,049.50 |
| Total Costs and Other Charges Posted Through Billing Period | 23.52 |
| **Total This Invoice** | **$ 31,073.02** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

01/30/2012

Invoice: 2338735
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0536        Project Valencia

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/01/11 | B. Gruemmer | 2.50 | Reviewing and revising Legacy Merger Agreement. |
| 12/01/11 | J. Wagner | 1.30 | Review and comment on tax provisions of proposed sale agreement. |
| 12/01/11 | C. Lin | 4.00 | Review and revise Merger Agreement. |
| 12/02/11 | B. Gruemmer | 1.80 | Working on revisions to Merger Agreement (1.4); reviewing latest draft (.4). |
| 12/02/11 | C. Lin | 1.00 | Revise merger agreement. |
| 12/04/11 | B. Gruemmer | 1.00 | Reviewing latest draft of Merger Agreement. |
| 12/05/11 | B. Gruemmer | 2.00 | Prepare for and attend call with Tribune regarding Legacy merger agreement (1.4); follow-up with D. Eldersveld regarding same (.6). |
| 12/05/11 | C. Lin | 3.00 | Prepare for and attend telephone conferences with company counsel regarding merger agreement (1.7); Review and revise merger agreement (1.3). |
| 12/06/11 | B. Gruemmer | 2.30 | Reviewing new draft of merger agreement (.9); comments to Company counsel regarding same (.3); brief review of charter, option plan and stockholders agreement (.3); final review of Bid document (.8). |
| 12/08/11 | B. Gruemmer | 0.80 | Reviewing Charter, Stockholder Agreement and other documents in preparation for call with D. Kazan and D. Eldersveld.. |
| 12/08/11 | C. Lin | 0.50 | Review Legacy.com organizational documents and stockholders agreement. |
| 12/09/11 | B. Gruemmer | 2.30 | Continuing to review Charter, Stockholders Agreement and Option Plan in preparation for call  with D. Kazan (1.7); call with D. Kazan to review various issues (.3); call with B. Fields on dividend question (.3). |
| 12/09/11 | C. Lin | 1.00 | Review Legacy.com option plan (.8); Telephone |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 | |
| Invoice: | 2338735 | |
| Invoice Date: | 01/30/2012 | |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | conference with client regarding organizational documents (.2). |
| 12/14/11 | B. Gruemmer | 0.50 | Brief review of Bids. |
| 12/23/11 | B. Gruemmer | 2.30 | Reviewing Bids on Legacy/Companies (2.0); call with Tribune on same (.3). |
| 12/25/11 | B. Gruemmer | 1.50 | Multiple emails on transaction tax benefit and related issues (.9); drafting list of material issues for Legacy negotiation (.6). |
| 12/26/11 | B. Rubin | 1.20 | Legacy - Conference call and correspondence with co-counsel regarding tax issues (.6); review and analyze Letter of Intent (.4); conference with co-counsel regarding same (.2). |
| 12/27/11 | B. Gruemmer | 2.30 | Pre-call with MWE regarding tax issues (.4); prepare for and attend call with Legacy and advisors on tax issues (1.4); follow-up call with B. Fields regarding same (.2); call with Tribune to review issues and next steps (.3). |
| 12/27/11 | R. Feldgarden, PC | 0.30 | Legacy: Discussion with M. K. White regarding cash out of target employee stock options. |
| 12/27/11 | M. White | 1.70 | LEGACY DISPOSITION - Review offer materials (.6); telephone call with A. Whiteway and B. Gruemmer regarding same (.9); conference call with client, Legacy, counsel, and MWE regarding disposition (.2). |
| 12/27/11 | A. Whiteway | 2.20 | Legacy - Review bids and correspondence (1.3); telephone conference with company regarding disposition (.9). |
| 12/29/11 | B. Gruemmer | 0.50 | Following up on various tax issues related to Spire and GH bids. |
| 12/29/11 | M. White | 0.30 | LEGACY DISPOSITION - Email to B. Gruemmer regarding covenant not to compete. |
| 12/31/11 | B. Gruemmer | 3.00 | Reviewing proposed revisions to Letter of Intent (.5); revising Letter of Intent (1.9); emails with D. Kazan on same (.6). |
| | **Total Hours** | **39.30** | **Total For Services**        $31,049.50 |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2338735
Invoice Date:   01/30/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| R. Feldgarden, PC | 0.30 | 945.00 | 283.50 |
| B. Gruemmer | 22.80 | 840.00 | 19,152.00 |
| C. Lin | 9.50 | 595.00 | 5,652.50 |
| B. Rubin | 1.20 | 995.00 | 1,194.00 |
| J. Wagner | 1.30 | 885.00 | 1,150.50 |
| M. White | 2.00 | 835.00 | 1,670.00 |
| A. Whiteway | 2.20 | 885.00 | 1,947.00 |
| **Totals** | **39.30** | | **$31,049.50** |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Telecommunications | 23.52 |
| **Total Costs and Other Charges** | **$23.52** |
| **Total This Invoice** | **$31,073.02** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2338737 |
| Invoice Date: | 01/30/2012 |

## Remittance Copy
### Billing for services rendered through 12/31/2011

Total by Matter
     0021 Post Closing Matters       $ 2,702.00

Total Services       $ 2,702.00

Total Costs and Other Charges Posted Through Billing Period       0.00

**Total This Invoice**       **$ 2,702.00**

| Invoice | Date | |
|---|---|---|
| 2124264 | 03/18/2010 | 473.60 |
| 2146477 | 07/21/2010 | 10.00 |
| 2159177 | 08/27/2010 | 648.40 |
| 2169701 | 09/27/2010 | 881.90 |
| 2180989 | 10/27/2010 | 1,392.30 |
| 2193510 | 11/19/2010 | 88.80 |
| 2202007 | 12/08/2010 | 821.40 |
| 2212869 | 01/26/2011 | 1,561.25 |
| 2225181 | 02/28/2011 | 2,353.20 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston Brussels Chicago Düsseldorf Houston London Los Angeles Miami Milan Munich New York Orange County Paris Rome Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

| | | | Client: | 022182 |
| | | | Invoice: | 2338737 |
| | | | Invoice Date: | 01/30/2012 |

| Invoice | Date | | |
|---------|------|---|---|
| 2234858 | 03/30/2011 | 3,687.40 | |
| 2245691 | 04/29/2011 | 1,371.00 | |
| 2254097 | 05/23/2011 | 276.10 | |
| 2268396 | 06/30/2011 | 1,796.70 | |
| 2286424 | 07/28/2011 | 5,015.90 | |
| 2294690 | 08/29/2011 | 15,134.50 | |
| 2297302 | 09/30/2011 | 4,570.60 | |
| 2308368 | 10/31/2011 | 128.90 | |
| 2314995 | 11/10/2011 | 948.90 | |

Total Outstanding Balance                                           41,160.85

Total Balance Due                                                 $ 43,862.85

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2338737 |
| Invoice Date: | 01/30/2012 |

## Client Copy
### Billing for services rendered through 12/31/2011

Total by Matter
    0021 Post Closing Matters           $ 2,702.00

Total Services        $ 2,702.00

Total Costs and Other Charges Posted Through Billing Period        0.00

**Total This Invoice**        **$ 2,702.00**

| Invoice | Date | |
|---|---|---|
| 2124264 | 03/18/2010 | 473.60 |
| 2146477 | 07/21/2010 | 10.00 |
| 2159177 | 08/27/2010 | 648.40 |
| 2169701 | 09/27/2010 | 881.90 |
| 2180989 | 10/27/2010 | 1,392.30 |
| 2193510 | 11/19/2010 | 88.80 |
| 2202007 | 12/08/2010 | 821.40 |
| 2212869 | 01/26/2011 | 1,561.25 |
| 2225181 | 02/28/2011 | 2,353.20 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client:     022182
Invoice:    2338737
Invoice Date:  01/30/2012

| Invoice | Date | |
|---------|------|---|
| 2234858 | 03/30/2011 | 3,687.40 |
| 2245691 | 04/29/2011 | 1,371.00 |
| 2254097 | 05/23/2011 | 276.10 |
| 2268396 | 06/30/2011 | 1,796.70 |
| 2286424 | 07/28/2011 | 5,015.90 |
| 2294690 | 08/29/2011 | 15,134.50 |
| 2297302 | 09/30/2011 | 4,570.60 |
| 2308368 | 10/31/2011 | 128.90 |
| 2314995 | 11/10/2011 | 948.90 |

Total Outstanding Balance           41,160.85

Total Balance Due           $ 43,862.85

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

01/30/2012

Invoice: 2338737
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0021          Post Closing Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/06/11 | R. Harris | 0.80 | Draft Consent and Indemnification Agreement regarding Mueller Building Alterations. |
| 12/07/11 | R. Harris | 0.30 | Review and revise Cubs Indemnity and Consent Agreement regarding Mueller Renovations. |
| 12/13/11 | D. Neville | 0.30 | Call and e-mail with R. Harris regarding Consent Agreement (.2); review of revised consent agreement (.1). |
| 12/14/11 | D. Neville | 0.50 | Review revised consent agreement in connection with Cubs requested consent to Mueller's building alteration (0.20); meeting with D. DeYoe regarding same (0.20); call with R. Harris regarding same (0.10). |
| 12/15/11 | D. Neville | 0.90 | Revised Mueller Building Alterations consent agreement. |
| 12/16/11 | R. Harris | 0.50 | Review and revise Consent and Indemnity Letter regarding Mueller building alterations. |
| 12/16/11 | D. Neville | 0.50 | Revised Mueller Building consent agreement. |
| 12/19/11 | D. Neville | 0.50 | Call and e-mails with Cubs' counsel regarding Consent Agreement (.3); e-mails to R. Harris regarding same (.2). |
| 12/22/11 | R. Harris | 0.20 | Review and revise Consent and Indemnity Agreement. |
| 12/23/11 | D. Neville | 0.20 | Calls with R. Harris regarding consent agreement. |
| 12/30/11 | D. Neville | 0.20 | E-mails with D. Eldersweld regarding consent agreement. |
| **Total Hours** | | **4.90** | **Total For Services**            **$2,702.00** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Harris | 1.80 | 640.00 | 1,152.00 |

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client:        022182
Invoice:       2338737
Invoice Date:  01/30/2012

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| D. Neville | 3.10 | 500.00 | 1,550.00 |
| **Totals** | **4.90** | | **$2,702.00** |
| | | **Total This Invoice** | **$2,702.00** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC

01/30/2012

Invoice: 2338737

## Timekeeper Summary

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| R. Harris | 1.80 | 640.00 | 1,152.00 |
| D. Neville | 3.10 | 500.00 | 1,550.00 |
| **Totals** | **4.90** | | **$2,702.00** |

U.S. practice conducted through McDermott Will & Emery LLP.