IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 08-13141-KJC<br>Jointly Administered<br><br>**Related to Docket No. 10019** |

## CERTIFICATION OF COUNSEL REGARDING STIPULATION BETWEEN DEBTORS AND UNITED STATES DEPARTMENT OF LABOR REGARDING RESOLUTION OF CERTAIN ERISA-RELATED CLAIMS

The undersigned, counsel to the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors"), hereby certifies as follows:

1.  On August 19, 2011, the Debtors filed a motion with the Bankruptcy Court for approval of a comprehensive settlement of certain claims, causes of action, and related matters arising from alleged violations of Title I of the Employee Retirement Income Security

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Act of 1974, as amended ("ERISA"), in connection with the Tribune Employee Stock Ownership Plan and the Tribune Employee Stock Ownership Trust (individually or collectively, the "ESOP") that had been asserted by the United States Department of Labor ("DOL"), GreatBanc Trust Company, and the plaintiffs in the class action lawsuit styled Neil, et al. v. Zell, et al., Case No. 08-cv-06833 (RRP) (N.D. Ill., Sept. 16, 2008) (the "ERISA Claim Settlement").  The Settlement Approval Motion sought approval of the ERISA Claim Settlement on the terms set forth in the Memorandum of Understanding among the parties dated August 19, 2011.  Subsequent to the filing of the Settlement Approval Motion, the parties memorialized their agreement in a formal Settlement Agreement, dated October 17, 2011.  The Settlement Approval Motion was approved by the Bankruptcy Court by order dated October 19, 2011 (Docket No. 10019) (the "Settlement Approval Order").

2. The ERISA Claim Settlement provides that the Debtors and the DOL shall enter into stipulations for the purpose of implementing the provisions of the ERISA Claim Settlement relating to the allowance, modification, and treatment of certain prepetition proofs of claim filed by the DOL against certain of the Debtors, based on alleged liability under sections 404, 405, 406, and 407 of ERISA (the "DOL Claims").

3. Attached hereto as Exhibit A is the Stipulation Between the Debtors and United States Department of Labor Regarding Resolution of Certain ERISA-Related Claims, entered into by the parties in accordance with the ERISA Claim Settlement and the Settlement Approval Order.

Dated: February 23, 2012

        SIDLEY AUSTIN LLP
        James F. Conlan
        Bryan Krakauer
        Jillian K. Ludwig
        One South Dearborn Street
        Chicago, IL 60603
        Telephone: (312) 853-7000

        -and-

        COLE, SCHOTZ, MEISEL,
        FORMAN & LEONARD, P.A.

By: /s/ *[signature]*
        Norman L. Pernick (No. 2290)
        J. Kate Stickles (No. 2917)
        500 Delaware Avenue, Suite 1410
        Wilmington, DE 19801
        Telephone: (302) 652-3131

        ATTORNEYS FOR DEBTORS
        AND DEBTORS IN POSSESSION