Exhibit A   DEPARTMENT OF LABOR (D.O.L.) STIPULATION

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 U.S. DEPARTMENT OF LABOR<br>ELIZABETH GOLDBERG, OFC OF THE SOLICITOR<br>PLAN BENEFITS SECURITY DIVISION<br>200 CONSTITUTION AVENUE, N.W. STE N-4611<br>WASHINGTON, DC 20210 | | | | | Tribune Company | Unsecured | $3,200,000.00 ^ |
| 2 U.S. DEPARTMENT OF LABOR<br>ELIZABETH GOLDBERG, OFC OF THE SOLICITOR<br>PLAN BENEFITS SECURITY DIVISION<br>200 CONSTITUTION AVENUE, N.W. STE N-4611<br>WASHINGTON, DC 20210 | 6747 | Tribune Company | Unsecured | Undetermined | Tribune Company | Unsecured | $0.00 |
| 3 U.S. DEPARTMENT OF LABOR - ELIZABETH<br>GOLDBERG - OFFICE OF THE SOLICITOR<br>PLAN BENEFITS SECURITY DIVISION<br>200 CONSTITUTION AVE, N.W., SUITE N-4611<br>WASHINGTON, DC 20210 | 4231 | 5800 Sunset Productions Inc. | Priority | Undetermined | 5800 Sunset Productions Inc. | Priority | $0.00 |
| 4 U.S. DEPARTMENT OF LABOR - ELIZABETH<br>GOLDBERG - OFFICE OF THE SOLICITOR<br>PLAN BENEFITS SECURITY DIVISION<br>200 CONSTITUTION AVE, N.W., SUITE N-4611<br>WASHINGTON, DC 20210 | 4214 | Baltimore Newspaper Networks, Inc. | Priority | Undetermined | Baltimore Newspaper Networks, Inc. | Priority | $0.00 |
| 5 U.S. DEPARTMENT OF LABOR - ELIZABETH<br>GOLDBERG - OFFICE OF THE SOLICITOR<br>PLAN BENEFITS SECURITY DIVISION<br>200 CONSTITUTION AVE, N.W., SUITE N-4611<br>WASHINGTON, DC 20210 | 4225 | California Community News Corporation | Priority | Undetermined | California Community News Corporation | Priority | $0.00 |
| 6 U.S. DEPARTMENT OF LABOR - ELIZABETH<br>GOLDBERG - OFFICE OF THE SOLICITOR<br>PLAN BENEFITS SECURITY DIVISION<br>200 CONSTITUTION AVE, N.W., SUITE N-4611<br>WASHINGTON, DC 20210 | 4238 | Channel 20, Inc. | Priority | Undetermined | Channel 20, Inc. | Priority | $0.00 |
| 7 U.S. DEPARTMENT OF LABOR - ELIZABETH<br>GOLDBERG - OFFICE OF THE SOLICITOR<br>PLAN BENEFITS SECURITY DIVISION<br>200 CONSTITUTION AVE, N.W., SUITE N-4611<br>WASHINGTON, DC 20210 | 4240 | Channel 39, Inc. | Priority | Undetermined | Channel 39, Inc. | Priority | $0.00 |
| 8 U.S. DEPARTMENT OF LABOR - ELIZABETH<br>GOLDBERG - OFFICE OF THE SOLICITOR<br>PLAN BENEFITS SECURITY DIVISION<br>200 CONSTITUTION AVE, N.W., SUITE N-4611<br>WASHINGTON, DC 20210 | 4241 | Channel 40, Inc. | Priority | Undetermined | Channel 40, Inc. | Priority | $0.00 |

^ Pursuant to the ERISA Claim Settlement, this claim is allowed as a general unsecured claim by the DOL against Tribune Company in the amount of $3.2 million in full settlement of the DOL's claims under Section 502(l) of ERISA, 29 U.S.C. § 1132(l) (the "DOL 502(l) Settlement Claim"), and the amount of such claim has been satisfied in full by the payment made by Tribune to the Department of the Treasury, Internal Revenue Service in the amount of $7,000,000.

DEPARTMENT OF LABOR (D.O.L.) STIPULATION

| NAME | CLAIM # | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 9 U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4273 | Chicago Tribune Company | Priority | Undetermined | Chicago Tribune Company | Priority | $0.00 |
| 10 U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4268 | Chicago Tribune Newspapers, Inc. | Priority | Undetermined | Chicago Tribune Newspapers, Inc. | Priority | $0.00 |
| 11 U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4272 | Chicago Tribune Press Service, Inc. | Priority | Undetermined | Chicago Tribune Press Service, Inc. | Priority | $0.00 |
| 12 U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4269 | Chicagoland Publishing Company | Priority | Undetermined | Chicagoland Publishing Company | Priority | $0.00 |
| 13 U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4252 | Chicagoland Television News, Inc. | Priority | Undetermined | Chicagoland Television News, Inc. | Priority | $0.00 |
| 14 U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4257 | Courant Specialty Products, Inc. | Priority | Undetermined | Courant Specialty Products, Inc. | Priority | $0.00 |
| 15 U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4210 | Distribution Systems of America, Inc. | Priority | Undetermined | Distribution Systems of America, Inc. | Priority | $0.00 |
| 16 U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4222 | Eagle New Media Investments, LLC | Priority | Undetermined | Eagle New Media Investments, LLC | Priority | $0.00 |

DEPARTMENT OF LABOR (D.O.L.) STIPULATION

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 17 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4255 | forsalebyowner.com corp. | Priority | Undetermined | forsalebyowner.com corp. | Priority | $0.00 |
| 18 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4254 | ForSaleByOwner.com Referral Services, LLC | Priority | Undetermined | ForSaleByOwner.com Referral Services, LLC | Priority | $0.00 |
| 19 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4264 | Forum Publishing Group, Inc. | Priority | Undetermined | Forum Publishing Group, Inc. | Priority | $0.00 |
| 20 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4265 | Gold Coast Publications, Inc. | Priority | Undetermined | Gold Coast Publications, Inc. | Priority | $0.00 |
| 21 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4212 | Homestead Publishing Co. | Priority | Undetermined | Homestead Publishing Co. | Priority | $0.00 |
| 22 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4208 | Hoy Publications, LLC | Priority | Undetermined | Hoy Publications, LLC | Priority | $0.00 |
| 23 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4207 | Hoy, LLC | Priority | Undetermined | Hoy, LLC | Priority | $0.00 |
| 24 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4248 | KIAH Inc. | Priority | Undetermined | KIAH Inc. | Priority | $0.00 |

DEPARTMENT OF LABOR (D.O.L.) STIPULATION

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 25 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4235 | KPLR, Inc. | Priority | Undetermined | KPLR, Inc. | Priority | $0.00 |
| 26 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4245 | KSWB Inc. | Priority | Undetermined | KSWB Inc. | Priority | $0.00 |
| 27 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4246 | KTLA Inc. | Priority | Undetermined | KTLA Inc. | Priority | $0.00 |
| 28 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4236 | KWGN Inc. | Priority | Undetermined | KWGN Inc. | Priority | $0.00 |
| 29 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4228 | Los Angeles Times Communications LLC | Priority | Undetermined | Los Angeles Times Communications LLC | Priority | $0.00 |
| 30 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4226 | Los Angeles Times International, Ltd. | Priority | Undetermined | Los Angeles Times International, Ltd. | Priority | $0.00 |
| 31 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4227 | Los Angeles Times Newspapers, Inc. | Priority | Undetermined | Los Angeles Times Newspapers, Inc. | Priority | $0.00 |
| 32 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4221 | New Mass. Media, Inc. | Priority | Undetermined | New Mass. Media, Inc. | Priority | $0.00 |

DEPARTMENT OF LABOR (D.O.L.) STIPULATION

| | NAME | CLAIM # | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 33 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4271 | Newspaper Readers Agency, Inc. | Priority | Undetermined | Newspaper Readers Agency, Inc. | Priority | $0.00 |
| 34 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4251 | Oak Brook Productions, Inc. | Priority | Undetermined | Oak Brook Productions, Inc. | Priority | $0.00 |
| 35 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4261 | Orlando Sentinel Communications Company | Priority | Undetermined | Orlando Sentinel Communications Company | Priority | $0.00 |
| 36 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4213 | Patuxent Publishing Company | Priority | Undetermined | Patuxent Publishing Company | Priority | $0.00 |
| 37 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4262 | Sentinel Communications News Ventures, Inc. | Priority | Undetermined | Sentinel Communications News Ventures, Inc. | Priority | $0.00 |
| 38 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4211 | Star Community Publishing Group, LLC | Priority | Undetermined | Star Community Publishing Group, LLC | Priority | $0.00 |
| 39 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4266 | Sun-Sentinel Company | Priority | Undetermined | Sun-Sentinel Company | Priority | $0.00 |
| 40 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4215 | The Baltimore Sun Company | Priority | Undetermined | The Baltimore Sun Company | Priority | $0.00 |

**DEPARTMENT OF LABOR (D.O.L.) STIPULATION**

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 41 U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4260 | The Daily Press, Inc. | Priority | Undetermined | The Daily Press, Inc. | Priority | $0.00 |
| 42 U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4224 | The Hartford Courant Company | Priority | Undetermined | The Hartford Courant Company | Priority | $0.00 |
| 43 U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4220 | The Morning Call, Inc. | Priority | Undetermined | The Morning Call, Inc. | Priority | $0.00 |
| 44 U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4219 | Times Mirror Land and Timber Company | Priority | Undetermined | Times Mirror Land and Timber Company | Priority | $0.00 |
| 45 U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4218 | Times Mirror Payroll Processing Company, Inc. | Priority | Undetermined | Times Mirror Payroll Processing Company, Inc. | Priority | $0.00 |
| 46 U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4217 | Times Mirror Services Company, Inc. | Priority | Undetermined | Times Mirror Services Company, Inc. | Priority | $0.00 |
| 47 U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4253 | TMS Entertainment Guides, Inc. | Priority | Undetermined | TMS Entertainment Guides, Inc. | Priority | $0.00 |
| 48 U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4243 | Tower Distribution Company | Priority | Undetermined | Tower Distribution Company | Priority | $0.00 |

DEPARTMENT OF LABOR (D.O.L.) STIPULATION

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 49 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4234 | Tribune Broadcast Holdings, Inc. | Priority | Undetermined | Tribune Broadcast Holdings, Inc. | Priority | $0.00 |
| 50 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4250 | Tribune Broadcasting Company | Priority | Undetermined | Tribune Broadcasting Company | Priority | $0.00 |
| 51 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4206 | Tribune Broadcasting Holdco, LLC | Priority | Undetermined | Tribune Broadcasting Holdco, LLC | Priority | $0.00 |
| 52 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4233 | Tribune Broadcasting News Network, Inc. | Priority | Undetermined | Tribune Broadcasting News Network, Inc. | Priority | $0.00 |
| 53 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4229 | Tribune California Properties, Inc. | Priority | Undetermined | Tribune California Properties, Inc. | Priority | $0.00 |
| 54 | U.S. DEPARTMENT OF LABOR ELIZABETH GOLDBERG, OFC OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVENUE, N.W. STE N-4611 WASHINGTON, DC 20210 | 3629 | Tribune Company | Priority | Undetermined | Tribune Company | Priority | $0.00 |
| 55 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4270 | Tribune Direct Marketing, Inc. | Priority | Undetermined | Tribune Direct Marketing, Inc. | Priority | $0.00 |
| 56 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4232 | Tribune Entertainment Company | Priority | Undetermined | Tribune Entertainment Company | Priority | $0.00 |

DEPARTMENT OF LABOR (D.O.L.) STIPULATION

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 57 U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4216 | Tribune Entertainment Production Company | Priority | Undetermined | Tribune Entertainment Production Company | Priority | $0.00 |
| 58 U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4230 | Tribune Finance Service Center, Inc. | Priority | Undetermined | Tribune Finance Service Center, Inc. | Priority | $0.00 |
| 59 U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4263 | Tribune Los Angeles, Inc. | Priority | Undetermined | Tribune Los Angeles, Inc. | Priority | $0.00 |
| 60 U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4256 | Tribune Manhattan Newspaper Holdings, Inc. | Priority | Undetermined | Tribune Manhattan Newspaper Holdings, Inc. | Priority | $0.00 |
| 61 U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4267 | Tribune Media Net, Inc. | Priority | Undetermined | Tribune Media Net, Inc. | Priority | $0.00 |
| 62 U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4258 | Tribune Media Services, Inc. | Priority | Undetermined | Tribune Media Services, Inc. | Priority | $0.00 |
| 63 U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4205 | Tribune Network Holdings Company | Priority | Undetermined | Tribune Network Holdings Company | Priority | $0.00 |
| 64 U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4209 | Tribune New York Newspaper Holdings, LLC | Priority | Undetermined | Tribune New York Newspaper Holdings, LLC | Priority | $0.00 |

DEPARTMENT OF LABOR (D.O.L.) STIPULATION

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 65 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4274 | Tribune Publishing Company | Priority | Undetermined | Tribune Publishing Company | Priority | $0.00 |
| 66 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4242 | Tribune Television Company | Priority | Undetermined | Tribune Television Company | Priority | $0.00 |
| 67 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4247 | Tribune Television Holdings, Inc. | Priority | Undetermined | Tribune Television Holdings, Inc. | Priority | $0.00 |
| 68 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4239 | Tribune Television New Orleans, Inc. | Priority | Undetermined | Tribune Television New Orleans, Inc. | Priority | $0.00 |
| 69 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4223 | Valumail, Inc. | Priority | Undetermined | Valumail, Inc. | Priority | $0.00 |
| 70 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4259 | Virginia Gazette Companies, LLC | Priority | Undetermined | Virginia Gazette Companies, LLC | Priority | $0.00 |
| 71 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4237 | WDCW Broadcasting, Inc. | Priority | Undetermined | WDCW Broadcasting, Inc. | Priority | $0.00 |
| 72 | U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4244 | WGN Continental Broadcasting Company | Priority | Undetermined | WGN Continental Broadcasting Company | Priority | $0.00 |

## DEPARTMENT OF LABOR (D.O.L.) STIPULATION

| NAME | CLAIM # | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 73 U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | 4249 | WPIX, Inc. | Priority | Undetermined | WPIX, Inc. | Priority | $0.00 |
| | | | TOTAL | $0.00 | | TOTAL | $3,200,000.00 |