IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**TRIBUNE COMPANY, et al.,**[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Ref No. 10676, 10677, 10706-10711, 10713, 10719-10721, 10733, 10759, 10768-10770 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On February 1, 2012, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(2)", a sample of which is annexed hereto as Exhibit A by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Diane Streany

Sworn to before me this
24th day of February, 2012

_____
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

　　　To:　ZS ASSOCIATES INC
　　　　　　PO BOX 112
　　　　　　EVANSTON, IL 60204-0112

Please note that your schedule in the above referenced case and in the amount of
　　$5,050.00 has been transferred **(unless previously expunged by court order)** to:

　　　　　ASM CAPITAL IV, L.P.
　　　　　TRANSFEROR: ZS ASSOCIATES INC
　　　　　7600 JERICHO TURNPIKE, SUITE 302
　　　　　WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

　　　　　　　　　　UNITED STATES BANKRUPTCY COURT
　　　　　　　　　　District of Delaware
　　　　　　　　　　824 Market Street, Fifth Floor
　　　　　　　　　　Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 10768　　　in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/01/2012　　　　　　　　　　　　　David D. Bird, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　/s/ Diane Streany
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　By: Epiq Bankruptcy Solutions, LLC
　　　　　　　　　　　　　　　　　　　　　　　as claims agent for the debtor(s).

FOR EBS USE ONLY:　　This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 1, 2012.

# EXHIBIT B

```
TIME: 21:09:39                                              The Tribune Company                                                      PAGE:  1
DATE: 01/31/12                                               CREDITOR LISTING

Name                                          Address
ACCUDATA INTEGRATED MARKETING                 PO BOX 635912 CINCINNATI OH 45263-5912
ASM CAPITAL IV, L.P.                          TRANSFEROR: ZS ASSOCIATES INC 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
ASM SIP, L.P.                                 TRANSFEROR: NEON ELECTRIC CORPORATION ASM CAPITAL 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797
ASM SIP, L.P.                                 TRANSFEROR: RESPONDEX MARKETING INC ASM CAPITAL 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797
ASM SIP, L.P.                                 TRANSFEROR: RESPONDEX MARKETING, INC ASM CAPITAL 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797
AVENUE TC FUND, L.P.                          TRANSFEROR: SFI WHELAN ATTN: DAVID S. LEINWAND, ESQ. 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022
AVENUE TC FUND, L.P.                          TRANSFEROR: WHELAN-SFI N/K/A WHELAN SECU ATTN: DAVID S. LEINWAND, ESQ. 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022
BOLDEN COMMUNICATION                          LISA BOLDEN 2000 N CURSON AVE LOS ANGELES CA 90046
BOLDEN, LISA                                  BOLDEN COMMUNICATIONS 2000 N CURSON AVE LOS ANGELES CA 90046
CHOPPING BLOCK, THE                           222 MERCHANDISE MART PLAZA STE 107 CHICAGO IL 60654
CORRE OPPORTUNITIES FUND, L.P.                TRANSFEROR: CHOPPING BLOCK, THE ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019
CORRE OPPORTUNITIES FUND, L.P.                TRANSFEROR: THE CHOPPING BLOCK ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019
GSN NEWS INC                                  PO BOX 5483 TRENTON NJ 08638
GSN NEWS INC.                                 PO BOX 5483 TRENTON NJ 08638
LONGACRE OPPORTUNITY FUND, L.P.               TRANSFEROR: NEWSPAPER DIRECT 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019
NEON ELECTRIC CORPORATION                     1122 LAUDER RD HOUSTON TX 77039-2902
NEWSPAPER DIRECT                              200-13111 VANIER PLACE RICHMOND BC
REGENT BROADCASTING                           PO BOX 643295 CINCINNATI OH 45264-3259
RESPONDEX MARKETING INC                       14286-19 BEACH BLVD  STE 221 JACKSONVILLE FL 32250-1568
RESPONDEX MARKETING, INC                      14286-19 #221 BEACH BLVD. JACKSONVILLE FL 32250
ROYCE MULTIMEDIA INC                          17500 RED HILL AVE    STE 160 IRVINE CA 92614
SFI WHELAN                                    PO BOX 36607 CHARLOTTE NC 28236
SONAR CREDIT PARTNERS II, LLC                 TRANSFEROR: ACCUDATA INTEGRATED MARKETIN 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK NY 10504
SONAR CREDIT PARTNERS II, LLC                 TRANSFEROR: BOLDEN COMMUNICATION 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK NY 10504
SONAR CREDIT PARTNERS II, LLC                 TRANSFEROR: BOLDEN, LISA 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK NY 10504
SONAR CREDIT PARTNERS II, LLC                 TRANSFEROR: GSN NEWS INC 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK NY 10504
SONAR CREDIT PARTNERS II, LLC                 TRANSFEROR: GSN NEWS INC. 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK NY 10504
SONAR CREDIT PARTNERS II, LLC                 TRANSFEROR: REGENT BROADCASTING 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK NY 10504
SONAR CREDIT PARTNERS II, LLC                 TRANSFEROR: ROYCE MULTIMEDIA INC 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK NY 10504
THE CHOPPING BLOCK                            222 MERCHANDISE MART PLAZA STE 107 CHICAGO IL 60654
WHELAN-SFI N/K/A WHELAN SECURITY MID-         ATLANTIC 1699 S. HANLEY ROAD, SUITE 350 SAINT LOUIS MO 63144
ZS ASSOCIATES INC                             PO BOX 112 EVANSTON IL 60204-0112

Total Number of Records Printed       32
```

**TRB TRF NTC**

J. KATE STICKLES, ESQ.
COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DELAWARE 19801