## CERTIFICATE OF SERVICE

I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 24th day of February 2012, I caused copies of the within *Opening Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes on the Allocation Disputes* to be served upon the parties on Service List 1 via First Class Mail and upon the parties on Service List 2 via e-mail.

February 24, 2012
Date

/s/ William D. Sullivan
William D. Sullivan

## SERVICE LIST 1

**Debtors and Debtors in Possession**

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

James F. Conlan, Esq.
Bryan Krakauer, Esq.
Kevin T. Lantry, Esq.
Jessica C.K. Boelter, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

James F. Bendernagel, Esq.
Tomas E. Ross, Esq.
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005

**Official Committee of Unsecured Creditors**

Adam G. Landis, Esq.
Daniel B. Rath, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Howard Seife, Esq.
David LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Graeme, W. Bush, Esq.
James Sottile, Esq.
Andrew N. Goldfarb, Esq.
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036

**Deutsche Bank Trust Company Americas**

Katharine L. Mayer, Esq.
James J. Freebery, IV, Esq.
McCarter & English, LLP
Renaissance Centre
405 N. King Street
Wilmington, DE 19801

David J. Adler, Esq.
McCarter & English, LLP
245 Park Avenue
New York, NY 10167

**Law Debenture Trust Company of New York**

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

David S. Rosner, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

## SERVICE LIST 1

### Aurelius Capital Management, LP

William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Daniel H. Golden, Esq.
David Zensky, Esq.
Philip C. Dublin, Esq.
Abid Qureshi, Esq.
Mitchell P. Hurley, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

### Brigade Capital Management, LLC

Christopher D. Loizides, Esq.
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801

Issac M. Pachulski, Esq.
Stutman Treister & Glatt
1901 Avenue of the Stars, #1200
Los Angeles, CA 90067

### Davidson Kempner Capital Management LLC

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

Adam C. Harris, Esq.
Karen S. Park, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

### Oaktree Capital Management, LLC

Robert S. Brady, Esq.
M. Blake Cleary, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899

Bruce Bennett, Esq.
James O. Johnston, Esq.
Josh M. Mester, Esq.
Dewey & LeBoeuf LLP
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

### EGI-TRB LLC

David W. Carickhoff, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

David J. Bradford, Esq.
Catherine L. Steege, Esq.
Andrew W. Vail, Esq.
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

## SERVICE LIST 1

**Times Mirror Retirees**

Adam Hiller, Esq.
Brian Arban, Esq.
Hiller & Arban, LLC
1500 North French Street, 2nd Floor
Wilmington, DE 19801

Jay Teitelbaum, Esq.
Teitelbaum & Baskin, LLP
1 Barker Avenue, 3rd Floor
White Plains, NY 10601

## SERVICE LIST 2

J. Kate Stickles
kstickles@coleschotz.com
Cole, Schotz, Meisel, Forman & Leonard, P.A.
(Debtors and Debtors in Possession)

Jessica C.K. Boelter
jboelter@sidley.com
James F. Conlan
jconlan@sidley.com
Kevin T. Lantry
klantry@sidley.com
James F. Bendernagel
jbendernagel@sidley.com
Bryan Krakauer
bkrakauer@sidley.com
Kenneth P. Kansa
kkansa@sidley.com
Jeffrey C. Steen
jsteen@sidley.com
Dennis M. Twomey
dtwomey@sidley.com
Kerriann S. Mills
kmills@sidley.com
Thomas E. Ross
tross@sidley.com
James W. Ducayet
jducayet@sidley.com
Sidley Austin LLP
(Debtors and Debtors in Possession)

dliebentritt@tribune.com
deldersveld@tribune.com
Tribune Company
(Debtors)

Matthew B. McGuire
mcguire@lrclaw.com
Daniel B. Rath
rath@lrclaw.com
Adam G. Landis
landis@lrclaw.com
Landis Rath & Cobb LLP
(Official Committee of Unsecured Creditors)

James Sottile
jsottile@zuckerman.com
Zuckerman Spaeder LLP
(Official Committee of Unsecured Creditors)

Howard Seife
hseife@chadbourne.com
Andrew Rosenblatt
arosenblatt@chadbourne.com
David M. LeMay
dlemay@chadbourne.com
Douglas E. Deutsch
ddeutsch@chadbourne.com
Chadbourne & Parke LLP
(Official Committee of Unsecured Creditors)

James S. Green, Sr.
jgreen@svglaw.com
Seitz, Van Ogtrop & Green, P.A.
(Official Committee of Unsecured Creditors)

David Adler
adler@mccarter.com
James J. Freebery, IV
jfreebery@mccarter.com
Katharine L. Mayer
kmayer@mccarter.com
McCarter & English, LLP
(Deutsche Bank Trust Company Americas)

Garvan F. McDaniel
gmcdaniel@bglawde.com
Bifferato Gentilotti LLC
(Law Debenture Trust Company of New York and Davidson Kempner Capital Management LLC)

## SERVICE LIST 2

Matthew B. Stein
mstein@kasowitz.com
David S. Rosner
drosner@kasowitz.com
Sheron Korpus
skorpus@kasowitz.com
Kasowitz, Benson, Torres & Friedman LLP
(Law Debenture Trust Company of New York)

William P. Bowden
wbowden@ashby-geddes.com
Amanda M. Winfree
awinfree@ashby-geddes.com
Ashby & Geddes, P.A.
(Aurelius Capiotal Management, LP)

Jason W. Sunshine
jsunshine@akingump.com
Daniel H. Golden
dgolden@akingump.com
Philip C. Dublin
pdublin@akingump.com
Abid Qureshi
aqureshi@akingump.com
Sara L. Brauner
sbrauner@akingump.com
Meredith A. Lahaie
mlahaie@akingump.com
David M. Zensky
dzensky@akingump.com
Deborah Newman
djnewman@akingump.com
Akin Gump Strauss Hauer & Feld LLP
(Aurelius Capital Management, LP)

Isaac Pachulski
ipachulski@stutman.com
Stutman Treister & Glatt
(Brigade Capital Management, LLC)

Adam C. Harris
Adam.harris@srz.com
Schulte Roth & Zabel LLP
(Davidson Kempner Capital Management LLC)

M. Blake Cleary
mbcleary@ycst.com
Young Conaway Stargatt & Taylor, LLP
(Oaktree Capital Management, LLC)

James O. Johnston
jjohnston@deweyleboeuf.com
Joshua M. Mester
jmester@deweyleboeuf.com
Bruce Bennett
bbennett@deweyleboeuf.com
Dewey & LeBoeuf LLP
(Oaktree Capital Management, LLC)

Andrew W. Vail
avail@jenner.com
David J. Bradford
dbradford@jenner.com
Catherine L. Steege
csteege@jenner.com
Jenner & Block LLP
(EGI-TRB LLC)

Brian Arban
barban@hillerarban.com
Adam Hiller
ahiller@hillerarban.com
Hiller & Arban, LLC
(Times Mirror Retirees)

Jay Teitelbaum
jteitelbaum@tblawllp.com
gmcdonald@tblawllp.com
Teitelbaum & Baskin, LLP
(Times Mirror Retirees)

Donald S. Bernstein
Donald.bernstein@davispolk.com
Damian S. Schaible
damian.schaible@davispolk.com
Eli James Vonnegut
eli.vonnegut@davispolk.com
Davis Polk & Wardwell
(JPMorgan Chase Bank, N.A.)

## SERVICE LIST 2

Anderw N. Goldman
Andrew.goldman@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
(Angelo Gordon & Co.)

Robert J. Stark
rstark@brownrudnick.com
Martin S. Siegel
msiegel@brownrudnick.com
Gordon Z. Novod
gnovod@brownrudnick.com
Brown Rudnick LLP
(Wilmington Trust Company)