# APPENDIX A

## EFFECT OF SUBORDINATION ON SENIOR NOTEHOLDER RECOVERIES

### Table 1
### Effect of Subordination on Senior Noteholder Initial Distribution

| Beneficiary of PHONES and EGI Subordination | Senior Noteholder Percentage Recovery |
|---|---|
| Senior Noteholders, Retirees, Swap, Trade (Current DCL Plan) | 33.6% |
| Senior Noteholders, Swap, Retirees | 33.7% |
| Senior Noteholders, Swap | 34.7% |
| Senior Noteholders, Retirees | 35.2% |
| Senior Noteholders | 36.5% |

### Table 2
### Effect of Subordination on Senior Noteholder Recoveries
### (Including $250 Million Illustrative Projection of Net Litigation Trust Recoveries)

| Beneficiary of PHONES and EGI Subordination | Senior Noteholder Percentage Recovery |
|---|---|
| Senior Noteholders, Retirees, Swap, Trade (Current DCL Plan) | 46.6% |
| Senior Noteholders, Swap, Retirees | 46.7% |
| Senior Noteholders, Swap | 48.2% |
| Senior Noteholders, Retirees | 48.2% |
| Senior Noteholders | 50.0% |

### Table 3
### Effect of Subordination on Senior Noteholder Recoveries
### (Including $500 Million Illustrative Projection of Net Litigation Trust Recoveries)

| Beneficiary of PHONES and EGI Subordination | Senior Noteholder Percentage Recovery |
|---|---|
| Senior Noteholders, Retirees, Swap, Trade (Current DCL Plan) | 58.2% |
| Senior Noteholders, Swap, Retirees | 58.3% |
| Senior Noteholders, Swap | 59.9% |
| Senior Noteholders, Retirees | 60.4% |
| Senior Noteholders | 62.2% |

### Table 4
### Effect of Subordination on Senior Noteholder Recoveries
### (Including $750 Million Illustrative Projection of Net Litigation Trust Recoveries)

| Beneficiary of PHONES and EGI Subordination | Senior Noteholder Percentage Recovery |
|---|---|
| Senior Noteholders, Retirees, Swap, Trade (Current DCL Plan) | 69.8% |
| Senior Noteholders, Swap, Retirees | 70.0% |
| Senior Noteholders, Swap | 71.5% |
| Senior Noteholders, Retirees | 72.5% |
| Senior Noteholders | 74.3% |

**Assumptions underlying Appendix A:**

- PHONES Notes Claims
  - The allowed amount of the PHONES Notes Claims is in dispute and ranges from approximately $761 million to $1.197 billion.
  - Appendix A assumes, solely for illustrative purposes, that the PHONES Notes Claims are allowed at $1.197 billion.

- Other Parent Elections
  - Other Parent Claimants are provided the opportunity to elect either (a) the same treatment received by Senior Noteholders, including trust interests, or (b) a higher initial distribution in exchange for forgoing participation in the Litigation Trust.
  - Appendix A assumes that all holders of Retiree Claims and Trade and Other Claims elect the same treatment received by the Senior Noteholders, while the holder of the Swap Claim elects the higher initial distribution and therefore does not participate in the Litigation Trust.