# EXHIBIT B

## Other Parent Claim Stipulation

SIDLEY DRAFT 2/24/12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| TRIBUNE COMPANY, et al., | ) |
| | ) |
| Debtors. | ) |
| | ) |

Chapter 11 Cases
Case No. 08-13141 (KJC)
(Jointly Administered)

**STIPULATION ON CERTAIN FACTS RELEVANT TO THE ALLOCATION
DISPUTES**

Tribune Company ("Tribune"), on its own behalf and on behalf of each jointly administered debtor (collectively, the "Debtors"); the Official Committee of Unsecured Creditors; Oaktree Capital Management; Aurelius Capital Management; Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes; Wilmington Trust Company, as successor Indenture Trustee for the PHONES Notes ("Wilmington Trust"); and EGI-TRB LLC, by and through their respective attorneys, HEREBY STIPULATE and AGREE to the following facts (the "Stipulated Facts"), solely in connection with the Allocation Disputes, as defined in the Court's scheduling order (the "Scheduling Order") dated January 24, 2012 [Docket No. 10692], to be resolved at the Allocation Disputes hearing scheduled for March 5 and 6, 2012. All parties' objections regarding the relevance and weight of the Stipulated Facts to the Allocation Disputes are hereby expressly preserved.

WHEREAS the Scheduling Order establishes a procedure for the litigation of certain Allocation Disputes defined therein;

IT IS HEREBY STIPULATED AND AGREED by the Parties hereto, by their undersigned counsel, as follows:

SIDLEY DRAFT 2/24/12

1)      In response to Interrogatory No. 1 served by Wilmington Trust, Debtors produced a list of each Retiree other than those represented by Teitelbaum & Baskin, LLP as set forth in the Bankruptcy Rule 2019 Statement filed on June 9, 2009 (D.I. 1314) (the "Requested Retirees"), including a list of the claim/schedule, amount claimed and documents pursuant to which the claim arises for each Requested Retiree. See TRB2000102, attached hereto as Exhibit A.

2)      In response to Interrogatory No. 1 served by Wilmington Trust, Debtors also produced certain operative documents relating to the Requested Retirees' Claims. See TRB2000008 through TRB2000101.

3)      In response to Interrogatory No. 2 served by Wilmington Trust, Debtors produced a list of Other Parent Claims (other than the Retirees and Swap Counterparty). See TRB2000103 to TRB2000121, attached hereto as Exhibit B.

4)      The following documents may be treated for evidentiary purposes in connection with the Allocation Disputes as Records of a Regularly Conducted Activity as that phrase is used in Federal Rule of Evidence 803(6) without the need for testimony by the custodian or another qualified witness or a certification that complies with Federal Rule of Evidence 902(11):

A. TRB2000008 through TRB2000101;
   a. TRB2000008-09: Public
   b. TRB2000010-16: Public
   c. TRB2000017-27: Confidential – Attorneys' Eyes Only
   d. TRB2000028-31: Confidential – Attorneys' Eyes Only
   e. TRB2000032: Confidential – Attorneys' Eyes Only
   f. TRB2000033-41: Confidential – Attorneys' Eyes Only
   g. TRB2000042-45: Confidential – Attorneys' Eyes Only
   h. TRB2000046-58: Public
   i. TRB2000059-65: Public

SIDLEY DRAFT 2/24/12

    j.   TRB2000066:  Confidential – Attorneys' Eyes Only

    k.   TRB2000067:  Confidential – Attorneys' Eyes Only

    l.   TRB2000068-70:  Confidential – Attorneys' Eyes Only

    m. TRB2000071-82:  Confidential – Attorneys' Eyes Only

    n.   TRB2000083-87:  Confidential – Attorneys' Eyes Only

    o.   TRB2000088-96:  Public

    p.   TRB2000097-101:  Confidential – Attorneys' Eyes Only

B.  TRB2000102:  Public; and

C.  TRB2000103 to TRB2000121:  Public.

IN WITNESS WHEREOF and in agreement herewith, by and through their counsel, the Parties have executed and delivered this Stipulation as of the date first set forth below.

3

DC1 2377638v.1

SIDLEY DRAFT 2/24/12

| Dated: February __, 2012<br>Wilmington, Delaware | **COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.**<br><br><br>By:_____<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>(302) 652-3131<br><br>-and-<br><br>SIDLEY AUSTIN LLP<br>James F. Conlan<br>Kevin T. Lantry<br>James W. Ducayet<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>(312) 853-7000<br><br>James F. Bendernagel, Jr.<br>1501 K Street, N.W.<br>Washington, DC 20005<br>(202) 736-8000<br><br>*Counsel for Debtors and Debtors-In-<br>Possession* |

SIDLEY DRAFT 2/24/12

| | |
|---|---|
| Dated: February __, 2012<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br><br>By:_____<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Kimberly A. Brown (No. 5138)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>(302) 467-4400<br><br>-and-<br><br>CHADBOURNE & PARKE LLP<br>Howard Seife<br>David M. LeMay<br>Douglas E. Deutsch<br>30 Rockefeller Plaza<br>New York, New York 10112<br>(212) 408-5100<br><br>-and-<br><br>ZUCKERMAN SPAEDER LLP<br>Graeme W. Bush<br>James Sottile<br>Andrew N. Goldfarb<br>1800 M Street, N.W., Suite 1000<br>Washington, DC 20036<br>(202) 778-1800<br><br>*Counsel for the Official Committee of*<br>*Unsecured Creditors* |

DCI 2377638v.1

SIDLEY DRAFT 2/24/12

| | |
|---|---|
| Dated:  February __, 2012<br>        Wilmington, Delaware | **YOUNG CONAWAY STARGATT &<br>TAYLOR LLP**<br><br><br>By:_____<br>Robert S. Brady (No. 2847)<br>M. Blake Cleary (No. 3614)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br><br>-and-<br><br>DEWEY & LEBOEUF LLP<br>Bruce Bennett<br>James O. Johnson<br>Joshua M. Mester<br>333 South Grand Avenue, Suite 2600<br>Los Angeles, California 90071<br>(213) 621-6000<br><br>*Counsel for Oaktree Capital Management,<br>L.P.* |

SIDLEY DRAFT 2/24/12

| | |
|---|---|
| Dated: February __, 2012<br>          Wilmington, Delaware | **ASHBY & GEDDES, P.A.**<br><br><br>By:_____<br>William P. Bowden (No. 2553)<br>Amanda M. Winfree (No. 4615)<br>Leigh-Anne M. Raport (No. 5055)<br>500 Delaware Avenue, P.O. Box 1150<br>Wilmington, Delaware 19899<br>(302) 654-1888<br><br>-and-<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Daniel H. Golden<br>David M. Zensky<br>Phil Dublin<br>Deborah Newman<br>One Bryant Park<br>New York, New York 10036<br>(212) 872-1000<br><br>*Counsel for Aurelius Capital Management, L.P.* |

7

SIDLEY DRAFT 2/24/12

8

| Dated: February __, 2012 Wilmington, Delaware | **BIFFERATO GENTILOTTI LLC** |
|---|---|
| | By:_____ |
| | Garvan F. McDaniel (No. 4167) |
| | Mary E. Augustine (No. 4477) |
| | 800 North King Street, Plaza Level |
| | Wilmington, Delaware 19801 |
| | (302) 429-1900 |
| | – and – |
| | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| | David S. Rosner |
| | Sheron Korpus |
| | Christine A. Montenegro |
| | Matthew B. Stein |
| | 1633 Broadway |
| | New York, New York 10019 |
| | (212) 506-1700 |
| | *Counsel for Law Debenture Trust Company of New York* |

DC1 2377638v.1

SIDLEY DRAFT 2/24/12

| | |
|---|---|
| Dated:  February __, 2012<br>             Wilmington, Delaware | **SULLIVAN HAZELTINE ALLINSON LLC**<br><br><br>By:_____<br>William D. Sullivan (No. 2820)<br>Elihu E. Allinson, III (No. 3476)<br>901 North Market Street, Suite 1300<br>Wilmington, Delaware 19801<br>(302) 428-8191<br><br>-and-<br><br>BROWN RUDNICK LLP<br>Robert J. Stark<br>Martin S. Siegel<br>Gordon Z. Novod<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br><br>*Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES* |

DC1 2377638v.1

SIDLEY DRAFT 2/24/12

| Dated: February __, 2012<br>Wilmington, Delaware | **BLANK ROME LLP**<br><br>By:_____<br>David W. Carickhoff (No. 3715)<br>1201 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>(302) 425-6400<br><br>-and-<br><br>JENNER & BLOCK LLP<br>David J. Bradford<br>Catherine L. Steege<br>Andrew W. Vail<br>353 North Clark Street<br>Chicago, Illinois 60654<br>(312) 222-9350<br><br>*Counsel for EGI-TRB, LLC* |
| --- | --- |

So Ordered:

_____

United States Bankruptcy Judge

DCI 2377638v.1