IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>(Jointly Administered)<br><br>**Re: D.I. 10999** |

**JOINDER OF BARCLAYS BANK PLC AND WATERSTONE CAPITAL MANAGEMENT LP TO THE OPENING BRIEF OF WILMINGTON TRUST COMPANY, AS SUCCESSOR INDENTURE TRUSTEE FOR THE PHONES NOTES ON THE ALLOCATION DISPUTES**

Barclays Bank PLC ("**Barclays**") and Waterstone Capital Management LP ("**Waterstone**" and, together with Barclays, the "**Exchange Claims Holders**"), by and through their undersigned counsel, hereby joins (this "**Joinder**") in the *Opening Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes on the Allocation Disputes* [Docket No. 10999] (the "***WTC Brief***").[1]

The Exchange Claims Holders join the arguments of Wilmington Trust in the WTC Brief regarding the allowed amount of the PHONES claim on the basis set forth therein. The Exchange Claims Holders reserve the right to amend, modify or otherwise supplement this Joinder in all respects.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the WTC Brief.

NY\2473464.2

**WHEREFORE**, the Exchange Claims Holders respectfully request that the Court rule that the PHONES Notes Claims Amount is $1,183,833,767, plus unpaid interest that accrued prior to the Petition Date.

    /s/ Robert J. Rosenberg
Robert J. Rosenberg
David A. Hammerman
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4834
Telephone:  212-906-1200
Fax:  212-751-4864
Email:  robert.rosenberg@lw.com
       david.hammerman@lw.com

*Counsel for Barclays Bank PLC and Waterstone Capital Management LP*