# **APPENDIX A**

## Selected EGI-TRB Recovery Scenarios[1]

| Scenario[2] | EGI-TRB Recovery Applying Low PHONES Value ($760,881,000) | EGI-TRB Recovery Applying High PHONES Value ($1,196,823,000) |
|---|---|---|
| **Scenario #1; Assumptions:** <br> (1) The EGI-TRB Notes are not subordinated as to the Settlement Proceeds and therefore are entitled to a *pro rata* distribution on account of those proceeds; <br> (2) The EGI-TRB Notes are Senior Indebtedness under the PHONES Notes Indenture and they (i) are entitled to a *pro rata* share of the portion of Settlement Proceeds allocable to Senior Indebtedness under the PHONES Notes Indenture, and (ii) have no obligation to turn such *pro rata* share over to holders of Senior Obligations under the EGI-TRB Subordination Agreement; and <br> (3) The following claims are senior obligations to the PHONES (without regard to whether they are senior to EGI-TRB): | | |
| Swap, Retirees and Trade are Senior | $58,803,000 | $58,803,000 |
| Retirees are Not Senior, Swap and Trade are Senior | $59,903,000 | $60,281,000 |
| Swap is Not Senior, Retirees and Trade are Senior | $60,430,000 | $60,987,000 |
| Trade is Not Senior, Retirees and Swap are Senior | $58,890,000 | $58,920,000 |
| Trade and Retirees are Not Senior, Swap is Senior | $60,002,000 | $60,413,000 |
| Trade and Swap are Not Senior, Retirees are Senior | $60,534,000 | $61,127,000 |
| Retirees and Swap are Not Senior, Trade is Senior | $61,751,000 | $62,761,000 |
| Trade, Swap and Retirees are Not Senior | $61,870,000 | $62,921,000 |
| **Scenario #2; Assumptions:** <br> (1) The EGI-TRB Notes are not subordinated as to the Settlement Proceeds and therefore are entitled to a *pro rata* distribution on account of those proceeds; and <br> (2) The EGI-TRB Notes are not Senior Indebtedness under the PHONES Notes Indenture and thus are not entitled to share in any portion of Settlement Proceeds otherwise allocable to Senior Indebtedness under the PHONES Notes Indenture. | $41,216,000 | $35,186,000 |
| **Scenario #3; Assumptions:** <br> (1) The EGI-TRB Notes are subordinated to Senior Obligations as to the Settlement Proceeds and therefore are not independently entitled to a *pro rata* distribution on account of those proceeds; <br> (2) The EGI-TRB Notes are Senior Indebtedness under the PHONES Notes Indenture and they (i) are entitled to a *pro rata* share of the portion of Settlement Proceeds allocable to Senior Indebtedness under the PHONES Notes Indenture, and (ii) have no obligation to turn such *pro rata* share over to holders of Senior Obligations under the EGI-TRB Subordination Agreement; and <br> (3) All Other Parent Claims are Senior Indebtedness under the PHONES Notes Indenture.[3] | $17,587,000 | $23,617,000 |

---

[1] The scenarios reflected here are based upon the Recovery analysis prepared by Alvarez & Marsal. These scenarios are exclusive of any potential litigation trust and creditor trust recoveries. Capitalized terms have the meanings defined in the Scheduling Order.

[2] In each scenario, the PHONES Notes are assumed to be subordinated in respect of the Settlement Proceeds.

[3] These amounts would increase if any of the other parent claims were not Senior Indebtedness under the PHONES' subordination agreement. The increases in these amounts would be relatively comparable to those reflected under Assumption 3 of Scenario #1.