IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
| In re: | : | Chapter 11 Cases |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Re: Docket No. 11010 |
| | : | |
---------------------------------------------------------x

**JOINDER OF DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC, AS INVESTMENT ADVISOR, TO JOINT OPENING BRIEF OF LAW DEBENTURE TRUST COMPANY OF NEW YORK AND DEUTSCHE BANK TRUST COMPANY AMERICAS WITH RESPECT TO ALLOCATION DISPUTES**

Davidson Kempner Capital Management LLC ("**Davidson Kempner**"), as investment advisor for certain funds (collectively, the "**DK Funds**") that beneficially own claims against various Debtors, by and through its undersigned counsel, hereby submits this joinder to the Joint Opening Brief of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas with Respect to the Allocation Disputes, dated February 24, 2011 [Docket No. 11010] (the "**Opening Brief**"), and respectfully states as follows:[1]

**Joinder**

1.  Davidson Kempner is the investment advisor for the DK Funds, which beneficially own claims against various Debtors pursuant to certain of the Senior Indentures and Senior Notes.

2.  Davidson Kempner, as the investment advisor for the DK Funds, supports and joins in the Opening Brief.[2]

---

[1] Capitalized terms used and not defined herein have the meanings given to them in the Opening Brief.

[2] Davidson Kempner submits this joinder subject to the terms and conditions of, and their rights and remedies, and those of the DK Funds, under, the Senior Notes Indentures, Senior Notes and applicable law.  Nothing contained in this joinder shall limit, abridge, or otherwise modify such rights and remedies or in any way with respect to other matters in these cases, all of which are reserved.

DOC ID-18251331.2

**Conclusion**

WHEREFORE, Davidson Kempner respectfully requests that this Court (i) make conclusions and findings consistent with those requested by the Senior Indenture Trustees in the Opening Brief, and (ii) grant such other and further relief as may be appropriate or required.

Dated: February 24, 2011
       Wilmington, Delaware

                                            Respectfully Submitted,

| | |
|---|---|
| SCHULTE ROTH & ZABEL LLP | BIFFERATO GENTILOTTI LLC |
| Adam C. Harris | |
| Karen S. Park | */s/ Garvan F. McDaniel*_____ |
| 919 Third Avenue | Garvan F. McDaniel (I.D. No. 4167) |
| New York, NY  10022 | 800 N. King Street, Plaza Level |
| 212-756-2000 | Wilmington, Delaware 19801 |
| | 302- 429-1900 |

*Attorneys for Davidson Kempner Capital Management LLC, as investment advisor*