IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------x
In re:                                                :   CHAPTER 11
                                                      :
                                                      :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.                               :   (Jointly Administered)
                                                      :
                   Debtors.                           :   Preliminary Statement Deadline: 1/31/12
                                                      :   Hearing Date: 3/5/12 10:00 a.m.(Eastern)
                                                      :
-----------------------------------------------------x   Re: Docket Nos. 11010 and 11011
```

## JOINDER OF BRIGADE CAPITAL MANAGEMENT, LLC IN THE "JOINT OPENING BRIEF OF LAW DEBENTURE TRUST COMPANY OF NEW YORK AND DEUTSCHE BANK TRUST COMPANY AMERICAS WITH RESPECT TO THE ALLOCATION DISPUTE"

Brigade Capital Management, LLC ("Brigade"), on behalf of its managed entities, by and through its undersigned counsel, hereby joins in the "*Joint Opening Brief Of Law Debenture Trust Company Of New York And Deutsche Bank Trust Company Americas With Respect To The Allocation Dispute*" [D.I. 11010; Exhibits D.I. 11011] filed by Law Debenture Trust Company Of New York, as successor indenture trustee under that certain Indenture dated March 19, 1996 between tribune Company (with its debtor subsidiaries, "Tribune"), (successor to The Times Mirror Company) and Citibank, N.A., and Deutsche Bank Trust Company Americas successor trustee under (i) that certain indenture dated march 1, 1992, by and between Tribune and Continental Bank, N.A.; (ii) that certain indenture dated January 30, 1995, by and between

Tribune and First Interstate bank for California; and (iii) that certain indenture dated January 1, 1997, by and between Tribune and Bank of Montreal Trust Company.

DATED: February 24, 2012

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
Email:        loizides@loizides.com

- and -

Isaac M. Pachulski (CA SBN 62337)
STUTMAN TREISTER & GLATT
1901 Avenue of the Stars, #1200
Los Angeles, CA  90067
Telephone:    (310) 228-5600
Facsimile:    (310) 228-5788
Email:        ipachulski@stutman.com

*Counsel for Brigade Capital Management, LLC*