IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>               Debtors. | Chapter 11<br><br>Case Nos. 08-13141 (KJC), *et seq.*<br>(Jointly Administered)<br><br>**Re: Dkt. Nos. 10994, 10996 & 10998** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 24, 2012, I caused copies of the following to be served via electronic mail upon the parties listed on the attached matrix:

(i) *Opening Brief of TM Retirees with Respect to Resolution of Allocation Disputes in Connection with Confirmation of the Third Amended Plan*. [D.I. 10994];

(ii) *Declaration of Jay Teitelbaum in Support of Opening Brief of TM Retirees With Respect to Resolution of Allocation Disputes in Connection With Confirmation of the Third Amended DCL Plan* [D.I. 10996]; and

(iii) *Declaration of Susan Bell Pursuant to 28 U.S.C. Section 1746 in Support of Opening Brief of TM Retirees With Respect to Resolution of Allocation Disputes in Connection With Confirmation of the Third Amended DCL Plan* [D.I. 10998].

Dated: February 24, 2012           /s/ **Brian Arban**
       Wilmington, Delaware        Brian Arban (DE No. 4511)
                                                 Hiller & Arban, LLC
                                                   1500 North French Street, 2nd Floor
                                                   Wilmington, Delaware 19801
                                                   (302) 442-7676 telephone
                                                   barban@hillerarban.com

| | |
|---|---|
| Gordon Z. Novod, Esq.<br>Kate Bromberg, Esq.<br>Martin Siegel, Esq.<br>Robert J. Stark, Esq.<br>**Brown Rudnick**<br>Seven Times Square<br>New York, NY  10036 | gnovod@brownrudnick.com<br>kbromberg@brownrudnick.com<br>msiegel@brownrudnick.com<br>rstark@brownrudnick.com |
| Andrew N. Goldman, Esq.<br>**Wilmer Hale, Esq.**<br>399 Park Avenue<br>New York, NY  10022 | Andrew.goldman@wilmerhale.com |
| Jason Sunshine, Esq.<br>Abid Qureshi, Esq.<br>Daniel H. Golden, Esq.<br>Deborah Newman, Esq.<br>David Zensky, Esq.<br>Philip C. Dublin, Esq.<br>Sarah L. Brauner, Esq.<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY 10036 | jsunshine@akingump.com<br>aqureshi@akingump.com<br>dgolden@akingump.com<br>djnewman@akingump.com<br>dzensky@akingump.com<br>pdublin@akingump.com<br>sbrauner@akingump.com |
| Meredith A. Lahaie, Esq.<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY 10036 | mlahaie@akingump.com |
| .<br>Dale E. Thomas, Esq.<br>Patrick Wackerly, Esq.<br>Kenneth P. Kansa, Esq.<br>Jeffrey C. Steen, Esq.<br>Kerriann S. Mills, Esq.<br>**Sidley Austin LLP**<br>One South Dearborn<br>Chicago, IL  60603 | dthomas@sidley.com<br>pwackerly@sidley.com<br>kkansa@sidley.com<br>jsteen@sidley.com<br>kmills@sidley.com |

| | |
|---|---|
| Jessica Boelter, Esq.<br>Bryan Krakauer, Esq.<br>Colleen M. Kenney, Esq.<br>James F. Conlan, Esq.<br>James W. Ducayet, Esq.<br>**Sidley Austin LLP**<br>One South Dearborn<br>Chicago, IL  60603 | jboelter@sidley.com<br>Bkrakauer@sidley.com<br>Ckenney@sidley.com<br>jconlan@sidley.com<br>jducayet@sidley.com |
| Katharine L. Mayer, Esq.<br>James J. Freebery, Esq.<br>**McCarter & English, LLP**<br>Renaissance Centre<br>405 N. Market Street, 8th Floor<br>Wilmington, DE  19801 | kmayer@mccarter.com<br>jfreebery@mccarter.com |
| Kevin T. Lantry, Esq.<br>**Sidley Austin LLP**<br>555 West Fifth Street<br>Los Angeles, CA  90013 | klantry@sidley.com |
| David Rosner, Esq.<br>Sheron Korpus, Esq.<br>Matthew B. Stein, Esq.<br>**Kasowitz, Benson, Torres & Friedman LLP**<br>1633 Broadway<br>New York, NY 10019 | drosner@kasowitz.com<br>skorpus@kasowitz.com<br>mstein@kasowitz.com |
| James O. Johnston, Esq.<br>Joshua Mester, Esq.<br>**Dewey LeBoeuf LLP**<br>333 South Grand Avenue, Suite 2600<br>Los Angeles, CA  90071 | jjohnston@dl.com<br>jmester@dl.com |

| | |
|---|---|
| David Adler, Esq.<br>**McCarter & English**<br>245 Park Avenue, 27th Floor<br>New York, NY 10167 | dadler@mccarter.com |
| J. Kate Stickles, Esq.<br>**Cole, Schotz, Meisel, Forman & Leonard, P.A.**<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | kstickles@coleschotz.com |
| Damian Schaible, Esq.<br>Donald Bernstein, Esq.<br>Eli J. Vonnegut, Esq.<br>**Davis Polk & Wardwell LLP**<br>450 Lexington Avenue<br>New York, NY 10017 | Damian.schaible@dpw.com<br>Donald.bernstein@davispolk.com<br>Eli.vonnegut@davispolk.com |
| James F. Bendernagel, Jr., Esq.<br>Dennis M. Twomey, Esq.<br>Thomas E. Ross, Esq.<br>**Sidley Austin LLP**<br>1501 K Street, N.W.<br>Washington, DC 20005 | jbendernagel@sidley.com<br>dtwomey@sidley.com<br>tom.ross@sidley.com |
| Howard Seife, Esq.<br>David M. Lemay, Esq.<br>Douglas E. Deutsch, Esq.<br>Andrew Rosenblatt, Esq.<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 | hseife@chadbourne.com<br>dlemay@chadbourne.com<br>ddeutsch@chadbourne.com<br>arosenblatt@chadbourne.com |

David J. Bradford, Esq.  
Catherine L. Steege, Esq.  
Vail, Andrew  
Jenner & Block  
353 N. Clark Street  
Chicago, IL 60654-3456  

dbradford@jenner.com  
csteege@jenner.com  
avail@jenner.com  

Isaac Pachulski, Esq.  
Stutman Treister & Glatt  
1901 Avenue of the Stars, 12th Floor  
Los Angeles, CA 90067  

ipachulski@stutman.com  

Adam Harris, Esq.  
Schulte Roth & Zabel LLP  
919 Third Avenue  
New York, NY 10022  

Adam.harris@srz.com  

William P. Bowden, Esq.  
Amanda M. Winfree, Esq.  
Ashby & Geddes, P.A.  
500 Delaware Avenue  
Wilmington, DE 19801  

wbowden@ashby-geddes.com  
awinfree@ashby-geddes.com  

James S. Green, Sr., Esq.  
Seitz, Van Ogtrop & Green, P.A.  
222 Delaware Avenue, Suite 1500  
Wilmington, DE 19899  

jgreen@svglaw.com

| | |
|---|---|
| Garvan F. McDaniel, Esq.<br>Bifferato Gentilotti LLC<br>800 N. King Street, Plaza Leval<br>Wilmington, DE 19801 | gmcdaniel@bglawde.com |
| Adam G. Landis, Esq.<br>Daniel B. Rath, Esq.<br>Matthew B. McGuire, Esq.<br>James S. Green, Jr., Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 | landis@lrclaw.com<br>rath@lrclaw.com<br>mcguire@lrclaw.com<br>green@lrclaw.com |
| Tribune Company | dliebentritt@tribune.com<br>deldersveld@tribune.com |
| David Klauder, Esquire (UST) | David.Klauder@usdoj.gov |