IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. No. 11000 |

**NOTICE OF FILING REVISED APPENDIX B TO
MEMORANDUM OF LAW OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS ON
<u>UNFAIR DISCRIMINATION ALLOCATION DISPUTE</u>**

PLEASE TAKE NOTICE that on February 24, 2012, The Official Committee of Unsecured Creditors, by and through its undersigned counsel, filed the *Memorandum of Law of the Official Committee of Unsecured Creditors on Unfair Discrimination Allocation Dispute* [Docket No. 11000] (the "<u>Memorandum of Law</u>").

PLEASE TAKE FURTHER NOTICE that attached hereto is the revised Appendix B to the Memorandum of Law. The revised version of Appendix B attached hereto differs from the original Appendix B included with the Memorandum of Law only in that a "draft" header inadvertently included on the original version has been removed.

| | |
|---|---|
| Dated: February 24, 2012<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ Adam G. Landis<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Kimberly A. Brown (No. 5138)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br><br>- and - |

{698.001-W0019778.}

Howard Seife
David M. LeMay
Andrew Rosenblatt
Marc B. Roitman
**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, New York 10112
Telephone:   (212) 408-5100
Facsimile:   (212) 541-5369
Facsimile: (302) 467-4450

-and-

Graeme W. Bush
James Sottile
**ZUCKERMAN SPAEDER LLP**
1800 M Street, Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

*Counsel to the Official Committee of Unsecured Creditors*