# APPENDIX B

## SUBORDINATION SCENARIO RECOVERY CHARTS

CPAM: 4525480.4

**Effect of PHONES / EGI Subordination on Initial Distributions**

| ($ in thousands) | | Plan (11/18/11) | Plan Prior to PHONES / EGI Subordination[1] | | Subordination Scenarios: | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Only Sr. Noteholders Benefit | | Sr. Noteholders & Retirees Benefit | | Sr. Noteholders & Swap Benefit | | Sr. Noteholders, Retirees & Swap Benefit | |
| **ASSUMPTIONS**[2,3,4,5] | | | | | | | | | | | | |
| PHONES Notes Claims | | 760,881 | 760,881 | 1,196,823 | 760,881 | 1,196,823 | 760,881 | 1,196,823 | 760,881 | 1,196,823 | 760,881 | 1,196,823 |
| | CLAIM ($)[6] | | | | | | | | | | | |
| **ADJUSTED RECOVERY FROM LITIGATION TRUST ($)** | | | | | | | | | | | | |
| Senior Noteholder Claims | 1,283,056 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| PHONES Notes Claims[7] | varies | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| EGI-TRB Notes Claims[8] | 235,300 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Other Parent Claims - Swap | 150,949 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Other Parent Claims - Retirees | 105,000 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Other Parent Claims - Trade & Other | 8,794 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **ADJUSTED RECOVERY FROM INITIAL DISTRIBUTIONS ($)** | | | | | | | | | | | | |
| Senior Noteholder Claims | | 431,041 | 281,571 | 248,693 | 461,016 | 467,800 | 447,765 | 451,548 | 442,574 | 445,183 | 431,872 | 432,059 |
| PHONES Notes Claims | | -- | 133,277 | 178,969 | -- | -- | -- | -- | -- | -- | -- | -- |
| EGI-TRB Notes Claims | | -- | 41,216 | 35,186 | -- | -- | -- | -- | -- | -- | -- | -- |
| Other Parent Claims - Swap | | 54,403 | 36,818 | 32,950 | 36,818 | 32,950 | 36,818 | 32,950 | 55,760 | 56,067 | 54,500 | 54,523 |
| Other Parent Claims - Retirees | | 35,275 | 23,043 | 20,352 | 23,043 | 20,352 | 36,643 | 36,953 | 23,043 | 20,352 | 35,343 | 35,358 |
| Other Parent Claims - Trade & Other | | 2,954 | 1,930 | 1,704 | 1,930 | 1,704 | 1,930 | 1,704 | 1,930 | 1,704 | 1,930 | 1,704 |
| Base PHONES/EGI Consideration Potentially Allocable to Sr. Noteholders and/or OPCs | | | 5,818 | 5,818 | | | | | | | | |
| **ADJUSTED TOTAL RECOVERY ($)** | | | | | | | | | | | | |
| Senior Noteholder Claims | | 431,041 | 281,571 | 248,693 | 461,016 | 467,800 | 447,765 | 451,548 | 442,574 | 445,183 | 431,872 | 432,059 |
| PHONES Notes Claims | | -- | 133,277 | 178,969 | -- | -- | -- | -- | -- | -- | -- | -- |
| EGI-TRB Notes Claims | | -- | 41,216 | 35,186 | -- | -- | -- | -- | -- | -- | -- | -- |
| Other Parent Claims - Swap | | 54,403 | 36,818 | 32,950 | 36,818 | 32,950 | 36,818 | 32,950 | 55,760 | 56,067 | 54,500 | 54,523 |
| Other Parent Claims - Retirees | | 35,275 | 23,043 | 20,352 | 23,043 | 20,352 | 36,643 | 36,953 | 23,043 | 20,352 | 35,343 | 35,358 |
| Other Parent Claims - Trade & Other | | 2,954 | 1,930 | 1,704 | 1,930 | 1,704 | 1,930 | 1,704 | 1,930 | 1,704 | 1,930 | 1,704 |
| **ADJUSTED TOTAL RECOVERY (%)** | | | | | | | | | | | | |
| Senior Noteholder Claims | | 33.6% | 21.9% | 19.4% | 35.9% | 36.5% | 34.9% | 35.2% | 34.5% | 34.7% | 33.7% | 33.7% |
| PHONES Notes Claims | | -- | 17.5% | 15.0% | -- | -- | -- | -- | -- | -- | -- | -- |
| EGI-TRB Notes Claims | | -- | 17.5% | 15.0% | -- | -- | -- | -- | -- | -- | -- | -- |
| Other Parent Claims - Swap | | 36.0% | 24.4% | 21.8% | 24.4% | 21.8% | 24.4% | 21.8% | 36.9% | 37.1% | 36.1% | 36.1% |
| Other Parent Claims - Retirees | | 33.6% | 21.9% | 19.4% | 21.9% | 19.4% | 34.9% | 35.2% | 21.9% | 19.4% | 33.7% | 33.7% |
| Other Parent Claims - Trade & Other | | 33.6% | 21.9% | 19.4% | 21.9% | 19.4% | 21.9% | 19.4% | 21.9% | 19.4% | 21.9% | 19.4% |

Notes:
1) Recoveries in these columns represent DCL Settlement distributions and/or Litigation Trust recoveries prior to application of the PHONES Notes and/or EGI-TRB LLC Notes subordination and turnover provisions, if any, except with respect to subordination as it applies to the natural recoveries of the Senior Lenders and Bridge Lenders. This accounts for why the adjusted total recoveries of the PHONES Notes Claims and EGI-TRB LLC Notes Claims is less than that of Sr. Noteholders and Other Parent Claims. Recoveries in these columns do not account for the possible turnover of consideration from the PHONES Notes to the EGI-TRB LLC Notes, or vice versa.
2) This analysis assumes that all Senior Noteholders and all Other Parent Claimants elect to receive their distributions in cash.
3) This analysis assumes that the PHONES Notes Claims and EGI-TRB LLC Notes Claims are subordinated with respect to Settlement, Disgorgement and Litigation Trust Proceeds, except in the columns titled "Plan Prior to PHONES/EGI Subordination."
4) Other Parent Claimants are provided the opportunity to elect either (a) the same treatment received by Senior Noteholders, including trust interests, or (b) a higher initial distribution in exchange for turning over their share of trust distributions. If all Other Parent Claimants were to elect the higher initial distributions, the initial distribution to the Other Parent Claims class would increase by $6.475 million in aggregate, and Senior Noteholders would receive a greater share of trust distributions. This analysis assumes that all holders of Retiree Claims and Trade & Other Claims elect the same treatment received by the Senior Noteholders, while the holder of the Swap Claim elects the higher initial distribution and therefore does not participate in the Litigation Trust. These elections have no impact on the initial distribution to the Senior Noteholder class. It should be noted that the Recovery Chart contained in the Supplemental Disclosure Document (Docket No. 10275, Ex. A) assumes that all Other Parent Claimants elect the higher initial distribution, thus accounting for the difference in the Retirees and Trade & Other recoveries between this analysis and the Recovery Chart.
5) For ease of calculation, scenarios that include a "high" PHONES assumption do not reflect changes in the natural portion of each creditor group's recoveries that would potentially result from such "high" PHONES assumption.
6) Claim amounts are for illustrative purposes only. Certain claim amounts are disputed by the Debtors or other parties. Wilmington Trust believes that the Trade & Other claim amount reflected herein is not accurate because it does not include Wilmington Trust's alleged Class 1F fee claim. Nothing herein shall be deemed an admission or otherwise prejudice any party with respect to the allowance or amount of any claims asserted in these cases.
7) The allowed amount of the PHONES Notes Claims is in dispute and parties have asserted a range from approximately $761 million to $1.197 billion. If the Court determines in the allocation disputes that the "low" PHONES Notes amount is the correct amount, Wilmington Trust believes that the total principal amount of "low" PHONES Notes claims is at least $818,808,727 (excluding unpaid interest that accrued prior to the petition date). All parties reserve the right to present facts and/or argument to the Court concerning the ultimate allowed amount of the PHONES Notes claim, including the applicability of the "high" PHONES Notes claims amount.
8) The relative priority of the PHONES Notes Claims versus the EGI-TRB LLC Notes Claims is not relevant to this analysis.

**Effect of PHONES / EGI Subordination on Initial Distributions & Litigation Trust Recoveries (Assuming Hypothetical $250mm of Net Litigation Trust Proceeds)**

| ($ in thousands) | | Plan (11/18/11) | Plan Prior to PHONES / EGI Subordination[1] | | Subordination Scenarios: | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Only Sr. Noteholders Benefit | | Sr. Noteholders & Retirees Benefit | | Sr. Noteholders & Swap Benefit | | Sr. Noteholders, Retirees & Swap Benefit | |
| **ASSUMPTIONS**[2,3,4,5] | | | | | | | | | | | | |
| PHONES Notes Claims | | 760,881 | 760,881 | 1,196,823 | 760,881 | 1,196,823 | 760,881 | 1,196,823 | 760,881 | 1,196,823 | 760,881 | 1,196,823 |
| | | | | | | | | | | | | |
| **ADJUSTED RECOVERY FROM LITIGATION TRUST ($)** | **CLAIM ($)**[6] | | | | | | | | | | | |
| Senior Noteholder Claims | 1,283,056 | 166,255 | 97,046 | 82,091 | 172,393 | 173,719 | 166,693 | 166,788 | 172,393 | 173,719 | 166,693 | 166,788 |
| PHONES Notes Claims[7] | varies | -- | 57,550 | 76,574 | -- | -- | -- | -- | -- | -- | -- | -- |
| EGI-TRB Notes Claims[8] | 235,300 | -- | 17,797 | 15,055 | -- | -- | -- | -- | -- | -- | -- | -- |
| Other Parent Claims - Swap | 150,949 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Other Parent Claims - Retirees | 105,000 | 13,606 | 7,942 | 6,718 | 7,942 | 6,718 | 13,642 | 13,649 | 7,942 | 6,718 | 13,642 | 13,649 |
| Other Parent Claims - Trade & Other | 8,794 | 1,139 | 665 | 563 | 665 | 563 | 665 | 563 | 665 | 563 | 665 | 563 |
| | | | | | | | | | | | | |
| **ADJUSTED RECOVERY FROM INITIAL DISTRIBUTIONS ($)** | | | | | | | | | | | | |
| Senior Noteholder Claims | | 431,041 | 281,571 | 248,693 | 461,016 | 467,800 | 447,765 | 451,548 | 442,574 | 445,183 | 431,872 | 432,059 |
| PHONES Notes Claims | | -- | 133,277 | 178,969 | -- | -- | -- | -- | -- | -- | -- | -- |
| EGI-TRB Notes Claims | | -- | 41,216 | 35,186 | -- | -- | -- | -- | -- | -- | -- | -- |
| Other Parent Claims - Swap | | 54,403 | 36,818 | 32,950 | 36,818 | 32,950 | 36,818 | 32,950 | 55,760 | 56,067 | 54,500 | 54,523 |
| Other Parent Claims - Retirees | | 35,275 | 23,043 | 20,352 | 23,043 | 20,352 | 36,643 | 36,953 | 23,043 | 20,352 | 35,343 | 35,358 |
| Other Parent Claims - Trade & Other | | 2,954 | 1,930 | 1,704 | 1,930 | 1,704 | 1,930 | 1,704 | 1,930 | 1,704 | 1,930 | 1,704 |
| Base PHONES/EGI Consideration Potentially Allocable to Sr. Noteholders and/or OPCs | | | 5,818 | 5,818 | | | | | | | | |
| | | | | | | | | | | | | |
| **ADJUSTED TOTAL RECOVERY ($)** | | | | | | | | | | | | |
| Senior Noteholder Claims | | 597,296 | 378,617 | 330,784 | 633,410 | 641,520 | 614,458 | 618,337 | 614,967 | 618,902 | 598,565 | 598,848 |
| PHONES Notes Claims | | -- | 190,827 | 255,543 | -- | -- | -- | -- | -- | -- | -- | -- |
| EGI-TRB Notes Claims | | -- | 59,013 | 50,241 | -- | -- | -- | -- | -- | -- | -- | -- |
| Other Parent Claims - Swap | | 54,403 | 36,818 | 32,950 | 36,818 | 32,950 | 36,818 | 32,950 | 55,760 | 56,067 | 54,500 | 54,523 |
| Other Parent Claims - Retirees | | 48,880 | 30,984 | 27,070 | 30,984 | 27,070 | 50,285 | 50,602 | 30,984 | 27,070 | 48,984 | 49,007 |
| Other Parent Claims - Trade & Other | | 4,094 | 2,595 | 2,267 | 2,595 | 2,267 | 2,595 | 2,267 | 2,595 | 2,267 | 2,595 | 2,267 |
| | | | | | | | | | | | | |
| **ADJUSTED TOTAL RECOVERY (%)** | | | | | | | | | | | | |
| Senior Noteholder Claims | | 46.6% | 29.5% | 25.8% | 49.4% | 50.0% | 47.9% | 48.2% | 47.9% | 48.2% | 46.7% | 46.7% |
| PHONES Notes Claims | | -- | 25.1% | 21.4% | -- | -- | -- | -- | -- | -- | -- | -- |
| EGI-TRB Notes Claims | | -- | 25.1% | 21.4% | -- | -- | -- | -- | -- | -- | -- | -- |
| Other Parent Claims - Swap | | 36.0% | 24.4% | 21.8% | 24.4% | 21.8% | 24.4% | 21.8% | 36.9% | 37.1% | 36.1% | 36.1% |
| Other Parent Claims - Retirees | | 46.6% | 29.5% | 25.8% | 29.5% | 25.8% | 47.9% | 48.2% | 29.5% | 25.8% | 46.7% | 46.7% |
| Other Parent Claims - Trade & Other | | 46.6% | 29.5% | 25.8% | 29.5% | 25.8% | 29.5% | 25.8% | 29.5% | 25.8% | 29.5% | 25.8% |

Notes:
1) Recoveries in these columns represent DCL Settlement distributions and/or Litigation Trust recoveries prior to application of the PHONES Notes and/or EGI-TRB LLC Notes subordination and turnover provisions, if any, except with respect to subordination as it applies to the natural recoveries of the Senior Lenders and Bridge Lenders. This accounts for why the adjusted total recoveries of the PHONES Notes Claims and EGI-TRB LLC Notes Claims is less than that of Sr. Noteholders and Other Parent Claims. Recoveries in these columns do not account for the possible turnover of consideration from the PHONES Notes to the EGI-TRB LLC Notes, or vice versa.
2) This analysis assumes that all Senior Noteholders and all Other Parent Claimants elect to receive their distributions in cash.
3) This analysis assumes that the PHONES Notes Claims and EGI-TRB LLC Notes Claims are subordinated with respect to Settlement, Disgorgement and Litigation Trust Proceeds, except in the columns titled "Plan Prior to PHONES/EGI Subordination."
4) Other Parent Claimants are provided the opportunity to elect either (a) the same treatment received by Senior Noteholders, including trust interests, or (b) a higher initial distribution in exchange for turning over their share of trust distributions. If all Other Parent Claimants were to elect the higher initial distributions, the initial distribution to the Other Parent Claims class would increase by $6.475 million in aggregate, and Senior Noteholders would receive a greater share of trust distributions. This analysis assumes that all holders of Retiree Claims and Trade & Other Claims elect the same treatment received by the Senior Noteholders, while the holder of the Swap Claim elects the higher initial distribution and therefore does not participate in the Litigation Trust. These elections have no impact on the initial distribution to the Senior Noteholder class. It should be noted that the Recovery Chart contained in the Supplemental Disclosure Document (Docket No. 10275, Ex. A) assumes that all Other Parent Claimants elect the higher initial distribution, thus accounting for the difference in the Retirees and Trade & Other recoveries between this analysis and the Recovery Chart.
5) For ease of calculation, scenarios that include a "high" PHONES assumption do not reflect changes in the natural portion of each creditor group's recoveries that would potentially result from such "high" PHONES assumption.
6) Claim amounts are for illustrative purposes only. Certain claim amounts are disputed by the Debtors or other parties. Wilmington Trust believes that the Trade & Other claim amount reflected herein is not accurate because it does not include Wilmington Trust's alleged Class 1F fee claim. Nothing herein shall be deemed an admission or otherwise prejudice any party with respect to the allowance or amount of any claims asserted in these cases.
7) The allowed amount of the PHONES Notes Claims is in dispute and parties have asserted a range from approximately $761 million to $1.197 billion. If the Court determines in the allocation disputes that the "low" PHONES Notes amount is the correct amount, Wilmington Trust believes that the total principal amount of "low" PHONES Notes claims is at least $818,808,727 (excluding unpaid interest that accrued prior to the petition date). All parties reserve the right to present facts and/or argument to the Court concerning the ultimate allowed amount of the PHONES Notes claim, including the applicability of the "high" PHONES Notes claims amount.
8) The relative priority of the PHONES Notes Claims versus the EGI-TRB LLC Notes Claims is not relevant to this analysis.

**Effect of PHONES / EGI Subordination on Initial Distributions & Litigation Trust Recoveries (Assuming Hypothetical $500mm of Net Litigation Trust Proceeds)**

| ($ in thousands) | | Plan (11/18/11) | Plan Prior to PHONES / EGI Subordination[1] | | Subordination Scenarios: | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Only Sr. Noteholders Benefit | | Sr. Noteholders & Retirees Benefit | | Sr. Noteholders & Swap Benefit | | Sr. Noteholders, Retirees & Swap Benefit | |
| **ASSUMPTIONS**[2,3,4,5] | | | | | | | | | | | | |
| PHONES Notes Claims | | 760,881 | 760,881 | 1,196,823 | 760,881 | 1,196,823 | 760,881 | 1,196,823 | 760,881 | 1,196,823 | 760,881 | 1,196,823 |
| **ADJUSTED RECOVERY FROM LITIGATION TRUST ($)** | **CLAIM ($)**[6] | | | | | | | | | | | |
| Senior Noteholder Claims | 1,283,056 | 315,517 | 184,172 | 155,791 | 327,166 | 329,683 | 316,349 | 316,529 | 327,166 | 329,683 | 316,349 | 316,529 |
| PHONES Notes Claims[7] | varies | -- | 109,218 | 145,321 | -- | -- | -- | -- | -- | -- | -- | -- |
| EGI-TRB Notes Claims[8] | 235,300 | -- | 33,772 | 28,571 | -- | -- | -- | -- | -- | -- | -- | -- |
| Other Parent Claims - Swap | 150,949 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Other Parent Claims - Retirees | 105,000 | 25,821 | 15,072 | 12,749 | 15,072 | 12,749 | 25,889 | 25,903 | 15,072 | 12,749 | 25,889 | 25,903 |
| Other Parent Claims - Trade & Other | 8,794 | 2,162 | 1,262 | 1,068 | 1,262 | 1,068 | 1,262 | 1,068 | 1,262 | 1,068 | 1,262 | 1,068 |
| **ADJUSTED RECOVERY FROM INITIAL DISTRIBUTIONS ($)** | | | | | | | | | | | | |
| Senior Noteholder Claims | | 431,041 | 281,571 | 248,693 | 461,016 | 467,800 | 447,765 | 451,548 | 442,574 | 445,183 | 431,872 | 432,059 |
| PHONES Notes Claims | | -- | 133,277 | 178,969 | -- | -- | -- | -- | -- | -- | -- | -- |
| EGI-TRB Notes Claims | | -- | 41,216 | 35,186 | -- | -- | -- | -- | -- | -- | -- | -- |
| Other Parent Claims - Swap | | 54,403 | 36,818 | 32,950 | 36,818 | 32,950 | 36,818 | 32,950 | 55,760 | 56,067 | 54,500 | 54,523 |
| Other Parent Claims - Retirees | | 35,275 | 23,043 | 20,352 | 23,043 | 20,352 | 36,643 | 36,953 | 23,043 | 20,352 | 35,343 | 35,358 |
| Other Parent Claims - Trade & Other | | 2,954 | 1,930 | 1,704 | 1,930 | 1,704 | 1,930 | 1,704 | 1,930 | 1,704 | 1,930 | 1,704 |
| Base PHONES/EGI Consideration Potentially Allocable to Sr. Noteholders and/or OPCs | | | 5,818 | 5,818 | | | | | | | | |
| **ADJUSTED TOTAL RECOVERY ($)** | | | | | | | | | | | | |
| Senior Noteholder Claims | | 746,558 | 465,744 | 404,485 | 788,182 | 797,483 | 764,114 | 768,077 | 769,740 | 774,866 | 748,221 | 748,588 |
| PHONES Notes Claims | | -- | 242,495 | 324,290 | -- | -- | -- | -- | -- | -- | -- | -- |
| EGI-TRB Notes Claims | | -- | 74,991 | 63,757 | -- | -- | -- | -- | -- | -- | -- | -- |
| Other Parent Claims - Swap | | 54,403 | 36,818 | 32,950 | 36,818 | 32,950 | 36,818 | 32,950 | 55,760 | 56,067 | 54,500 | 54,523 |
| Other Parent Claims - Retirees | | 61,095 | 38,115 | 33,101 | 38,115 | 33,101 | 62,532 | 62,856 | 38,115 | 33,101 | 61,231 | 61,261 |
| Other Parent Claims - Trade & Other | | 5,117 | 3,192 | 2,772 | 3,192 | 2,772 | 3,192 | 2,772 | 3,192 | 2,772 | 3,192 | 2,772 |
| **ADJUSTED TOTAL RECOVERY (%)** | | | | | | | | | | | | |
| Senior Noteholder Claims | | 58.2% | 36.3% | 31.5% | 61.4% | 62.2% | 59.6% | 59.9% | 60.0% | 60.4% | 58.3% | 58.3% |
| PHONES Notes Claims | | -- | 31.9% | 27.1% | -- | -- | -- | -- | -- | -- | -- | -- |
| EGI-TRB Notes Claims | | -- | 31.9% | 27.1% | -- | -- | -- | -- | -- | -- | -- | -- |
| Other Parent Claims - Swap | | 36.0% | 24.4% | 21.8% | 24.4% | 21.8% | 24.4% | 21.8% | 36.9% | 37.1% | 36.1% | 36.1% |
| Other Parent Claims - Retirees | | 58.2% | 36.3% | 31.5% | 36.3% | 31.5% | 59.6% | 59.9% | 36.3% | 31.5% | 58.3% | 58.3% |
| Other Parent Claims - Trade & Other | | 58.2% | 36.3% | 31.5% | 36.3% | 31.5% | 36.3% | 31.5% | 36.3% | 31.5% | 36.3% | 31.5% |

Notes:
1) Recoveries in these columns represent DCL Settlement distributions and/or Litigation Trust recoveries prior to application of the PHONES Notes and/or EGI-TRB LLC Notes subordination and turnover provisions, if any, except with respect to subordination as it applies to the natural recoveries of the Senior Lenders and Bridge Lenders. This accounts for why the adjusted total recoveries of the PHONES Notes Claims and EGI-TRB LLC Notes Claims is less than that of Sr. Noteholders and Other Parent Claims. Recoveries in these columns do not account for the possible turnover of consideration from the PHONES Notes to the EGI-TRB LLC Notes, or vice versa.
2) This analysis assumes that all Senior Noteholders and all Other Parent Claimants elect to receive their distributions in cash.
3) This analysis assumes that the PHONES Notes Claims and EGI-TRB LLC Notes Claims are subordinated with respect to Settlement, Disgorgement and Litigation Trust Proceeds, except in the columns titled "Plan Prior to PHONES/EGI Subordination."
4) Other Parent Claimants are provided the opportunity to elect either (a) the same treatment received by Senior Noteholders, including trust interests, or (b) a higher initial distribution in exchange for turning over their share of trust distributions. If all Other Parent Claimants were to elect the higher initial distributions, the initial distribution to the Other Parent Claims class would increase by $6.475 million in aggregate, and Senior Noteholders would receive a greater share of trust distributions. This analysis assumes that all holders of Retiree Claims and Trade & Other Claims elect the same treatment received by the Senior Noteholders, while the holder of the Swap Claim elects the higher initial distribution and therefore does not participate in the Litigation Trust. These elections have no impact on the initial distribution to the Senior Noteholder class. It should be noted that the Recovery Chart contained in the Supplemental Disclosure Document (Docket No. 10275, Ex. A) assumes that all Other Parent Claimants elect the higher initial distribution, thus accounting for the difference in the Retirees and Trade & Other recoveries between this analysis and the Recovery Chart.
5) For ease of calculation, scenarios that include a "high" PHONES assumption do not reflect changes in the natural portion of each creditor group's recoveries that would potentially result from such "high" PHONES assumption.
6) Claim amounts are for illustrative purposes only. Certain claim amounts are disputed by the Debtors or other parties. Wilmington Trust believes that the Trade & Other claim amount reflected herein is not accurate because it does not include Wilmington Trust's alleged Class 1F fee claim. Nothing herein shall be deemed an admission or otherwise prejudice any party with respect to the allowance or amount of any claims asserted in these cases.
7) The allowed amount of the PHONES Notes Claims is in dispute and parties have asserted a range from approximately $761 million to $1.197 billion. If the Court determines in the allocation disputes that the "low" PHONES Notes amount is the correct amount, Wilmington Trust believes that the total principal amount of "low" PHONES Notes claims is at least $818,808,727 (excluding unpaid interest that accrued prior to the petition date). All parties reserve the right to present facts and/or argument to the Court concerning the ultimate allowed amount of the PHONES Notes claim, including the applicability of the "high" PHONES Notes claims amount.
8) The relative priority of the PHONES Notes Claims versus the EGI-TRB LLC Notes Claims is not relevant to this analysis.

**Effect of PHONES / EGI Subordination on Initial Distributions & Litigation Trust Recoveries (Assuming Hypothetical $750mm of Net Litigation Trust Proceeds)**

| ($ in thousands) | | Plan (11/18/11) | Plan Prior to PHONES / EGI Subordination[1] | Subordination Scenarios: Only Sr. Noteholders Benefit | | Sr. Noteholders & Retirees Benefit | | Sr. Noteholders & Swap Benefit | | Sr. Noteholders, Retirees & Swap Benefit | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSUMPTIONS**[2,3,4,5] | | | | | | | | | | | |
| PHONES Notes Claims | | 760,881 | 760,881 1,196,823 | 760,881 | 1,196,823 | 760,881 | 1,196,823 | 760,881 | 1,196,823 | 760,881 | 1,196,823 |
| | | | | | | | | | | | |
| **ADJUSTED RECOVERY FROM LITIGATION TRUST ($)** | **CLAIM ($)**[6] | | | | | | | | | | |
| Senior Noteholder Claims | 1,283,056 | 464,779 | 271,299 229,492 | 481,939 | 485,646 | 466,005 | 466,270 | 481,939 | 485,646 | 466,005 | 466,270 |
| PHONES Notes Claims[7] | varies | -- | 160,886 214,068 | -- | -- | -- | -- | -- | -- | -- | -- |
| EGI-TRB Notes Claims[8] | 235,300 | -- | 49,754 42,087 | -- | -- | -- | -- | -- | -- | -- | -- |
| Other Parent Claims - Swap | 150,949 | -- | -- -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Other Parent Claims - Retirees | 105,000 | 38,036 | 22,202 18,781 | 22,202 | 18,781 | 38,136 | 38,158 | 22,202 | 18,781 | 38,136 | 38,158 |
| Other Parent Claims - Trade & Other | 8,794 | 3,185 | 1,859 1,573 | 1,859 | 1,573 | 1,859 | 1,573 | 1,859 | 1,573 | 1,859 | 1,573 |
| | | | | | | | | | | | |
| **ADJUSTED RECOVERY FROM INITIAL DISTRIBUTIONS ($)** | | | | | | | | | | | |
| Senior Noteholder Claims | | 431,041 | 281,571 248,693 | 461,016 | 467,800 | 447,765 | 451,548 | 442,574 | 445,183 | 431,872 | 432,059 |
| PHONES Notes Claims | | -- | 133,277 178,969 | -- | -- | -- | -- | -- | -- | -- | -- |
| EGI-TRB Notes Claims | | -- | 41,216 35,186 | -- | -- | -- | -- | -- | -- | -- | -- |
| Other Parent Claims - Swap | | 54,403 | 36,818 32,950 | 36,818 | 32,950 | 36,818 | 32,950 | 55,760 | 56,067 | 54,500 | 54,523 |
| Other Parent Claims - Retirees | | 35,275 | 23,043 20,352 | 23,043 | 20,352 | 36,643 | 36,953 | 23,043 | 20,352 | 35,343 | 35,358 |
| Other Parent Claims - Trade & Other | | 2,954 | 1,930 1,704 | 1,930 | 1,704 | 1,930 | 1,704 | 1,930 | 1,704 | 1,930 | 1,704 |
| Base PHONES/EGI Consideration Potentially Allocable to Sr. Noteholders and/or OPCs | | | 5,818 5,818 | | | | | | | | |
| | | | | | | | | | | | |
| **ADJUSTED TOTAL RECOVERY ($)** | | | | | | | | | | | |
| Senior Noteholder Claims | | 895,820 | 552,870 478,185 | 942,955 | 953,447 | 913,769 | 917,818 | 924,513 | 930,829 | 897,876 | 898,329 |
| PHONES Notes Claims | | | 294,163 393,037 | -- | -- | -- | -- | -- | -- | -- | -- |
| EGI-TRB Notes Claims | | -- | 90,969 77,273 | -- | -- | -- | -- | -- | -- | -- | -- |
| Other Parent Claims - Swap | | 54,403 | 36,818 32,950 | 36,818 | 32,950 | 36,818 | 32,950 | 55,760 | 56,067 | 54,500 | 54,523 |
| Other Parent Claims - Retirees | | 73,310 | 45,245 39,133 | 45,245 | 39,133 | 74,779 | 75,110 | 45,245 | 39,133 | 73,478 | 73,516 |
| Other Parent Claims - Trade & Other | | 6,140 | 3,789 3,277 | 3,789 | 3,277 | 3,789 | 3,277 | 3,789 | 3,277 | 3,789 | 3,277 |
| | | | | | | | | | | | |
| **ADJUSTED TOTAL RECOVERY (%)** | | | | | | | | | | | |
| Senior Noteholder Claims | | 69.8% | 43.1% 37.3% | 73.5% | 74.3% | 71.2% | 71.5% | 72.1% | 72.5% | 70.0% | 70.0% |
| PHONES Notes Claims | | -- | 38.7% 32.8% | -- | -- | -- | -- | -- | -- | -- | -- |
| EGI-TRB Notes Claims | | -- | 38.7% 32.8% | -- | -- | -- | -- | -- | -- | -- | -- |
| Other Parent Claims - Swap | | 36.0% | 24.4% 21.8% | 24.4% | 21.8% | 24.4% | 21.8% | 36.9% | 37.1% | 36.1% | 36.1% |
| Other Parent Claims - Retirees | | 69.8% | 43.1% 37.3% | 43.1% | 37.3% | 71.2% | 71.5% | 43.1% | 37.3% | 70.0% | 70.0% |
| Other Parent Claims - Trade & Other | | 69.8% | 43.1% 37.3% | 43.1% | 37.3% | 43.1% | 37.3% | 43.1% | 37.3% | 43.1% | 37.3% |

Notes:
1) Recoveries in these columns represent DCL Settlement distributions and/or Litigation Trust recoveries prior to application of the PHONES Notes and/or EGI-TRB LLC Notes subordination and turnover provisions, if any, except with respect to subordination as it applies to the natural recoveries of the Senior Lenders and Bridge Lenders. This accounts for why the adjusted total recoveries of the PHONES Notes Claims and EGI-TRB LLC Notes Claims is less than that of Sr. Noteholders and Other Parent Claims. Recoveries in these columns do not account for the possible turnover of consideration from the PHONES Notes to the EGI-TRB LLC Notes, or vice versa.
2) This analysis assumes that all Senior Noteholders and all Other Parent Claimants elect to receive their distributions in cash.
3) This analysis assumes that the PHONES Notes Claims and EGI-TRB LLC Notes Claims are subordinated with respect to Settlement, Disgorgement and Litigation Trust Proceeds, except in the columns titled "Plan Prior to PHONES/EGI Subordination."
4) Other Parent Claimants are provided the opportunity to elect either (a) the same treatment received by Senior Noteholders, including trust interests, or (b) a higher initial distribution in exchange for turning over their share of trust distributions. If all Other Parent Claimants were to elect the higher initial distributions, the initial distribution to the Other Parent Claims class would increase by $6.475 million in aggregate, and Senior Noteholders would receive a greater share of trust distributions. This analysis assumes that all holders of Retiree Claims and Trade & Other Claims elect the same treatment received by the Senior Noteholders, while the holder of the Swap Claim elects the higher initial distribution and therefore does not participate in the Litigation Trust. These elections have no impact on the initial distribution to the Senior Noteholder class. It should be noted that the Recovery Chart contained in the Supplemental Disclosure Document (Docket No. 10275, Ex. A) assumes that all Other Parent Claimants elect the higher initial distribution, thus accounting for the difference in the Retirees and Trade & Other recoveries between this analysis and the Recovery Chart.
5) For ease of calculation, scenarios that include a "high" PHONES assumption do not reflect changes in the natural portion of each creditor group's recoveries that would potentially result from such "high" PHONES assumption.
6) Claim amounts are for illustrative purposes only. Certain claim amounts are disputed by the Debtors or other parties. Wilmington Trust believes that the Trade & Other claim amount reflected herein is not accurate because it does not include Wilmington Trust's alleged Class 1F fee claim. Nothing herein shall be deemed an admission or otherwise prejudice any party with respect to the allowance or amount of any claims asserted in these cases.
7) The allowed amount of the PHONES Notes Claims is in dispute and parties have asserted a range from approximately $761 million to $1.197 billion. If the Court determines in the allocation disputes that the "low" PHONES Notes amount is the correct amount, Wilmington Trust believes that the total principal amount of "low" PHONES Notes claims is at least $818,808,727 (excluding unpaid interest that accrued prior to the petition date). All parties reserve the right to present facts and/or argument to the Court concerning the ultimate allowed amount of the PHONES Notes claim, including the applicability of the "high" PHONES Notes claims amount.
8) The relative priority of the PHONES Notes Claims versus the EGI-TRB LLC Notes Claims is not relevant to this analysis.