# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
 **EIN:** 36–1880355
Times Mirror Corporation

**Chapter:** 11

*Case No*.: 08–13141–KJC

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 2/15/2012 was filed on 2/22/2012 . The following deadlines apply:

The parties have seven days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 3/14/2012 .

If a request for redaction is filed, the redacted transcript is due 3/26/2012 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 5/22/2012 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 2/22/12

(ntc)

United States Bankruptcy Court
District of Delaware

In re:                                                                Case No. 08-13141-KJC
Tribune Company                                                       Chapter 11
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1          User: Al              Page 1 of 2            Date Rcvd: Feb 22, 2012
                              Form ID: ntcBK        Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2012.
```
db         +Tribune Company,    435 N. Michigan Avenue,    Chicago, IL 60611-4024
aty        +Carl D. Neff,    Ciardi Ciardi & Astin,    919 N. Market Street,    Suite 700,
             Wilmington, DE 19801-3044,    U.S.A.
aty        +Edward Cerasia, II,    Seyfarth Shaw LLP,    620 Eighth Avenue,    32nd Floor,
             New York, NY 10018-1618
aty        +George R. Dougherty,    Grippo & Elden LLC,    111 S. Wacker Drive,    Chicago, IL 60606-4314
aty        +Gregory Kopacz,    McDermott, Will & Emery LLP,    340 Madison Avenue,    New York, NY 10173-1922
aty        +Holly Snow,    Paul Hastings LLP,    191 N. Wacker Drive, 30th Floor,    Chicago, IL 60606-1914
aty        +James F. Conlan,    Sidley Austin LLP,    One South Dearborn Street,    Chicago, IL 60603-2323
aty        +Jared D. Zajac,    McDermott Will & Emery LLP,    340 Madison Avenue,    New York, NY 10173-1922
aty        +John R. McCambridge,    Grippo & Elden,    111 S. Wacker Drive,    Chicago, IL 60606-4314
aty        +Michael W. Kazan,    Grippo & Elden LLC,    111 S. Wacker Drive,    Chicago, IL 60606-4314
aty        +O. Andrew F. Wilson,    Emery Celli Brinkerhoff & Abady LLP,    75 Rockefeller Plaza, 20th Floor,
             New York, NY 10019-6935
aty        +Patrick T. Nash,    Grippo & Elden,    111 S. Wacker Drive,    Chicago, IL 60606-4314
aty        +Stephen Novack,    Novack and Macey LLP,    100 North Riverside Plaza,    Chicago, IL 60606-1501,
             312-419-6928
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 24, 2012**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0311-1            User: Al                      Page 2 of 2              Date Rcvd: Feb 22, 2012
                                Form ID: ntcBK                Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2012 at the address(es) listed below:
NONE.                                                                                                                        TOTAL: 0