# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF DOCUMENTS FOR USE IN CONNECTION
## WITH THE ALLOCATION DISPUTES

Pursuant to ¶ 16 of the Order Establishing Scheduling for (1) Resolution of the Allocation Disputes and (2) Consideration of DCL Plan Proponents' Supplemental Disclosure Document, Solicitation Procedures Motion and Plan [Docket No. 10692] (the "Allocation Disputes Order"), the debtors and debtors in possession in the above-captioned chapter 11 cases

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); ForSaleByOwner.com Corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc. f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

(collectively, the "Debtors") hereby submit this Notice of Documents for Use in Connection with the Allocation Disputes.[2]

In their Preliminary Statement filed January 31, 2012 [Docket No. 10776], the Debtors indicated that they possessed relevant information that might assist the Court in resolving certain of the Allocation Disputes. As regards the Allocation Disputes described in ¶¶ 2(a)(iii) and (b)(iii) of the Allocation Disputes Order with respect to the claims of Retirees and of other general unsecured creditors of Tribune that are included in the category of Other Parent Claims, the Debtors believe the documents set forth in the proposed Other Parent Claim Stipulation (Debtors' Opening Brief, Ex. B) might assist the Court in resolving these Disputes. A number of those documents are labeled "Highly Confidential – Attorneys' Eyes Only" pursuant to the December 15, 2009 Depository Order entered in this case:

| **NO.** | **DATE** | **DESCRIPTION OF DOCUMENT** | **BATES NO.** |
|---|---|---|---|
| 1. | 1999-06-30 | Description of Pension Plan for Times Mirror's Board of Directors | TRB2000008-09 |
| 2. | 1994-01-01 | Times Mirror Company Excess Pension Plan | TRB2000010-16 |
| 3. | 1973-04-30 | J. Howard Wood Letter Agreement — *Confidential – Attorneys' Eyes Only* | TRB2000017-27 |
| 4. | 2003-12-21 | Anthony Colosimo Letter Agreement — *Confidential – Attorneys' Eyes Only* | TRB2000028-31 |
| 5. | 1998-09-10 | Charles T. Brumback Letter Agreement — *Confidential – Attorneys' Eyes Only* | TRB2000032 |
| 6. | 1998-09-18 | Stanton Cook Letter Agreement — *Confidential – Attorneys' Eyes Only* | TRB2000033-41 |
| 7. | 1986-05-21 | William D. Crawford Letter Agreement — *Confidential – Attorneys' Eyes Only* | TRB2000042-45 |
| 8. | 2005-12-22 | Times Mirror Company Deferred Compensation Plan for Executives | TRB2000046-58 |
| 9. | 2005-12-22 | Tribune Company Directors' Deferred Compensation Plan | TRB2000059-65 |
| 10. | 1989-10-06 | W. H. James Letter Agreement — *Confidential – Attorneys' Eyes Only* | TRB2000066 |

---

[2] Capitalized terms have the meanings defined in the Allocation Disputes Order and Debtors' Opening Brief Regarding Factual Information Relevant to Allocation Disputes ("Debtors' Opening Brief") [Docket No. 11004].

2

| NO. | DATE | DESCRIPTION OF DOCUMENT | BATES NO. |
|---|---|---|---|
| 11. | 1995-03-03 | Joseph Inbornone Letter Agreement — *Confidential – Attorneys' Eyes Only* | TRB2000067 |
| 12. | 2004-03-18 | Ronald Lichtman Letter Agreement — *Confidential – Attorneys' Eyes Only* | TRB2000068-70 |
| 13. | 1989-08-22 | John J. McCroy Letter Agreement — *Confidential – Attorneys' Eyes Only* | TRB2000071-82 |
| 14. | 1977-11-08 | Robert D. Nelson Letter Agreement — *Confidential – Attorneys' Eyes Only* | TRB2000083-87 |
| 15. | 2006-10-18 | Tribune Company Supplemental Defined Contribution Plan | TRB2000088-96 |
| 16. | 1987-01-15 | Richard C. Thomson Letter Agreement — *Confidential – Attorneys' Eyes Only* | TRB2000097-101 |
| 17. | 2012-02-03 | List of Retirees (other than those represented by Teitelbaum & Baskin, LLP) | TRB2000102 |
| 18. | 2012-02-03 | List of Other Parent Claims (other than the Retirees and Swap Counterparty) | TRB2000103-21 |

Dated: Wilmington, Delaware
February 27, 2012

Respectfully submitted,

SIDLEY AUSTIN LLP

James F. Conlan
Kevin T. Lantry
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

James F. Bendernagel, Jr.
Ronald S. Flagg
1501 K St., N.W.
Washington, D.C. 20005
(202) 736-8000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131

ATTORNEYS FOR DEBTORS AND
DEBTORS-IN-POSSESSION