# EXHIBIT A

## TRIBUNE COMPANY, et al.

## SUMMARY OF SERVICES BY PROJECT CATEGORY

### January 1, 2012 through January 31, 2012

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 42.60 | $ 20,122.00 |
| Committee Meetings | 003 | 95.20 | 64,375.00 |
| Creditor Communications | 004 | 4.60 | 2,973.00 |
| DIP Financing | 005 | 7.20 | 3,752.00 |
| Business Operations | 007 | 80.60 | 54,059.00 |
| Claims Administration/Bar Date | 009 | 14.70 | 7,634.50 |
| Fee/Retention Applications | 010 | 36.00 | 14,252.00 |
| Avoidance Issues | 013 | 4.50 | 2,084.50 |
| Employee Issues | 014 | 23.50 | 13,843.50 |
| General Litigation | 017 | 1.60 | 1,067.00 |
| Travel | 018 | 7.80 | 2,845.00 |
| Shareholder Claims | 020 | 156.20 | 114,029.00 |
| Plan Litigation | 021 | 349.50 | 246,067.50 |
| **Total** | | **824.00** | **$547,104.00** |

\* Billed at 50% of normal hourly rates.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 23, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                    Page    1

                                   For Services Through January 31, 2012

Our Matter #19804.002
              BANKRUPTCY GENERAL


| | | | |
|---|---|---|---|
| 01/02/12 | D. E. DEUTSCH | Review last week's pleading reports, pleadings and decisions therein and court calendar (2.2); e-mail David Bava re: update to court calendar (.1). | 2.30 hrs. |
| 01/03/12 | D. M. LeMAY | Review all latest court filings (.4). | 0.40 hrs. |
| 01/03/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 01/04/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 01/05/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 01/05/12 | D. E. DEUTSCH | Review prior two daily reports, pleadings therein and court calendar (.3). | 0.30 hrs. |
| 01/06/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.50). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| 01/09/12 | D. M. LeMAY | Review all latest court filings. | 1.30 hrs. |
|---|---|---|---|
| 01/09/12 | J. MARRERO | Review and analysis of issues raised by Jan 11 hearing agenda. | 1.30 hrs. |
| 01/09/12 | H. LAMB | Review case dockets (.2); prepare daily report of new pleadings filed (.3); prepare updated case calendar in accordance with same (.3). | 0.80 hrs. |
| 01/09/12 | D. E. DEUTSCH | Review agenda for Wednesday's Court hearing (.2); e-mail Jessica Marrero re: required prep related to Wednesday's hearing (.1). | 0.30 hrs. |
| 01/10/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40); prepare documents for hearing (.90). | 2.10 hrs. |
| 01/10/12 | D. E. DEUTSCH | Review last four pleading reports, pleadings therein and case calendar (.9). | 0.90 hrs. |
| 01/11/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40); prepare confirmation related deadlines calendar (.20); post certain materials to Intralinks (.40). | 1.80 hrs. |
| 01/12/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40); prepare confirmation related deadlines calendar (.10); | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

|  |  | post certain materials to Intralinks (.10). |  |
|---|---|---|---|
| 01/13/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40); prepare confirmation related deadlines calendar (.10). | 1.30 hrs. |
| 01/13/12 | D. E. DEUTSCH | Review last two daily reports, pleadings therein and related court and confirmation calendars (.6). | 0.60 hrs. |
| 01/17/12 | D. M. LeMAY | Review all latest court filings (1.3). | 1.30 hrs. |
| 01/17/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.90 hrs. |
| 01/17/12 | D. E. DEUTSCH | Review calendar item (.2) and e-mail David Bava re: required additional follow-up on same (.2). | 0.40 hrs. |
| 01/18/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.40); prepare confirmation related deadlines calendar (.10); post certain materials to Intralinks (.80). | 1.90 hrs. |
| 01/19/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.40); review, | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
| | | revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | |
| 01/20/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.10); prepare confirmation related deadlines calendar (.10); post certain materials to Intralinks (.40). | 1.20 hrs. |
| 01/21/12 | D. E. DEUTSCH | Review last four daily reports, pleadings therein and court calendar (.6). | 0.60 hrs. |
| 01/23/12 | D. M. LeMAY | Review all latest court filings. | 1.10 hrs. |
| 01/23/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.10); prepare confirmation related deadlines calendar (.10). | 0.80 hrs. |
| 01/23/12 | D. E. DEUTSCH | Review court filings highlighted by Jessica Marrero (.2); e-mail Jessica Marrero re: approach to address apparent court filing confusion (.2). | 0.40 hrs. |
| 01/24/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.10); prepare confirmation related deadlines calendar (.10). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 01/25/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.40); prepare confirmation related deadlines calendar (.10). | 1.10 hrs. |
| 01/26/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40); prepare confirmation related deadlines calendar (.10); preparation of objections, responses and joinder for inclusion in Intralinks posting (.40); post certain materials to Intralinks (.90). | 2.60 hrs. |
| 01/27/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40); prepare confirmation related deadlines calendar (.10); preparation of objections, responses and joinder for inclusion in Intralinks posting (.40); post certain materials to Intralinks (.40). | 2.10 hrs. |
| 01/28/12 | D. E. DEUTSCH | Review last week's pleading reports, pleadings therein and case calendar (1.9). | 1.90 hrs. |
| 01/30/12 | D. E. DEUTSCH | Prepare for call with Kevin Lantry on numerous outstanding general case matters (.2); hold related call (.2); e-mail Kevin Lantry re: information request (.1). | 0.50 hrs. |
| 01/30/12 | D. M. LeMAY | Review all latest court filings. | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page    6
CHICAGO, IL 60611

| 01/30/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.30); prepare confirmation related deadlines calendar (.10); post certain materials to Intralinks (.50). | 1.70 hrs. |

| 01/31/12 | J. MARRERO | Conference with M.Roitman re: outstanding matters re: joinders to Claim Objections, Committee meetings and case calendar (0.2); conference with D.Bava re: Intralinks issues (0.2) | 0.40 hrs. |

| 01/31/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.30); prepare confirmation related deadlines calendar (.10); post certain materials to Intralinks (.30); prepare materials for February 2, 2012 hearing (1.40). | 2.90 hrs. |

| 01/31/12 | D. E. DEUTSCH | Review last two daily reports, pleadings therein and court calendar (.5). | 0.50 hrs. |

**Total Fees for Professional Services..............          $20,122.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 23, 2012
Page    7

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 5.40 | 4995.00 |
| D. E. DEUTSCH | 745.00 | 8.70 | 6481.50 |
| D. BAVA | 295.00 | 26.00 | 7670.00 |
| H. LAMB | 295.00 | .80 | 236.00 |
| J. MARRERO | 435.00 | 1.70 | 739.50 |
| TOTALS | | 42.60 | 20122.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       February 23, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                    Page     1
```

For Services Through January 31, 2012

Our Matter #19804.003
          COMMITTEE MEETINGS

| 01/02/12 | D. E. DEUTSCH | E-mail Howard Seife and David LeMay re: this week's Committee and Committee professionals meetings (.2); review and edit minutes from December 22, 2011 Committee meeting (.5). | 0.70 hrs. |
| 01/02/12 | J. MARRERO | Email correspondence with D.Deutsch re: Committee professionals meeting(0.3); draft email re: same to Committee professionals (0.2) | 0.50 hrs. |
| 01/03/12 | A. ROSENBLATT | Attend meeting w/LeMay, Deutsch and team re: upcoming Committee meeting and unfair discrimination argument. | 0.70 hrs. |
| 01/03/12 | D. E. DEUTSCH | Review materials and prepare outline of discussion for Wednesday's professional meeting (1.3); review and revise related agenda (.3); discuss various action items with Jessica Marrero (.2); prepare for (.4) and hold meeting with D.LeMay and A.Rosenblatt re: Tribune strategy issues (.8). | 3.00 hrs. |
| 01/03/12 | J. MARRERO | Research conflicts of interest in connection with Committee voting issue. | 0.80 hrs. |
| 01/03/12 | J. MARRERO | Draft agenda for Committee professionals meeting (0.3); revise same (0.3); draft agenda for Committee meeting (0.3); draft email to Committee professionals re: Committee professionals meeting (0.2); revise Committee meeting agenda (0.2); draft email to Co-Chairs re: same (0.3) | 1.60 hrs. |
| 01/03/12 | D. M. LeMAY | Meeting with D.Deutsch and A.Rosenblatt re: strategy issues and upcoming Committee meeting (.8). | 0.80 hrs. |

| | | | |
|---|---|---|---|
| 01/04/12 | T. J. MCCORMACK | Prep for (0.5) and meeting with professionals on all issues (0.5). | 1.00 hrs. |
| 01/04/12 | M. ROITMAN | Conference Call with Committee Professionals (0.4); Revise 12/22/11 Committee meeting minutes (1.1) | 1.50 hrs. |
| 01/04/12 | J. MARRERO | Review materials in preparation for Committee professionals meeting (0.3); Attend Committee professionals meeting (0.4); Revise Committee meeting agenda (0.2) | 0.90 hrs. |
| 01/04/12 | J. MARRERO | Research re: conflicts of interest in re: Committee voting issue (2.6); conference with D.Deutsch re: same (.2). | 2.80 hrs. |
| 01/04/12 | D. E. DEUTSCH | Prepare for (1.1) and participate in call with Committee professionals regarding outstanding matters/tomorrow's Committee meeting (.5); send e-mail to co-chairs re: change in proposed Committee agenda (.2). | 1.80 hrs. |
| 01/04/12 | A. ROSENBLATT | Prepare for (.3) and participate on professional's only call (.5). | 0.80 hrs. |
| 01/04/12 | D. M. LeMAY | Weekly call of Committee advisors. | 0.50 hrs. |
| 01/04/12 | D. M. LeMAY | Prepare presentation and outline for tomorrow's meeting regarding recusal guidelines and report on Court's reconsideration decision. | 1.70 hrs. |
| 01/04/12 | M. D. ASHLEY | Reviewed materials in preparation for weekly Committee professionals' call (.8); attended weekly Committee professionals' call (.4). | 1.20 hrs. |
| 01/04/12 | H. SEIFE | Preparation for Committee meeting. | 1.40 hrs. |
| 01/05/12 | H. SEIFE | Preparation for Committee meeting (1.0); telephonic meeting of Committee (1.1). | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         February 23, 2012
435 N. MICHIGAN AVENUE                                Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 01/05/12 | J. MARRERO | Review materials in preparation for Committee meeting (0.4); Attend Committee meeting and take minutes (1.1). | 1.50 hrs. |
| 01/05/12 | M. ROITMAN | Attendance at telephonic Creditors' Committee meeting (1.1). | 1.10 hrs. |
| 01/05/12 | A. ROSENBLATT | Prepare for (.4) and participate on Committee call (1.0). | 1.40 hrs. |
| 01/05/12 | D. M. LeMAY | Prepare for (1.2) and participate in (1.3) conference call meeting of the Committee. | 2.50 hrs. |
| 01/05/12 | D. E. DEUTSCH | Call with James Sottile re: planning presentation for today's Committee meeting (.2); research and prepare outline for committee member conflict issues to be addressed at today's meeting (1.7); exchange additional e-mails with James Sottile (.2); pre-meeting with David LeMay and Howard Seife (.3); participate in today's Committee meeting (1.2). | 3.60 hrs. |
| 01/06/12 | D. E. DEUTSCH | Review and edit December 22, 2011 meeting minutes (.4); e-mail Marc Roitman re: related follow-up item (.1). | 0.50 hrs. |
| 01/06/12 | M. ROITMAN | Revise minutes of 12/22/11 Committee meeting (0.3); Draft email to Committee re: same (0.1) | 0.40 hrs. |
| 01/06/12 | J. MARRERO | Draft 1/5/2012 meeting minutes | 1.30 hrs. |
| 01/09/12 | J. MARRERO | Draft Jan 5 meeting minutes (1.4); draft Committee professional meeting agenda (0.3); revise same (0.3); draft email to C&P team re: same (0.2); draft email to Committee professionals re: same (0.2). | 2.40 hrs. |
| 01/10/12 | J. MARRERO | Draft agenda for Committee meeting (0.4); Revise Jan 5 meeting minutes (0.8); attend Committee professionals meeting (0.6); revise Committee meeting agenda (0.2) draft email to Committee | 2.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

|            |                 | Co-Chairs re: same (0.2). | |
|------------|-----------------|---------------------------|-----------|
| 01/10/12   | R. J. GAYDA     | Prepare for (.4) and participate in committee professionals' call (.5). | 0.90 hrs. |
| 01/10/12   | D. E. DEUTSCH   | Exchange e-mails with multiple professionals re: changes to today's meeting agenda (.3); review and edit Committee minutes from last week's meeting (1.3); prepare for meeting with Creditors' Committee professionals (.7); participate in related Creditors' Committee professionals call (.5); related follow-up meeting with Chadbourne team (.3); review and edit agenda for Thursday's Committee meeting (.2). | 3.30 hrs. |
| 01/10/12   | D. M. LeMAY     | Weekly call of Committee professionals (.6). Follow up meeting of C&P team (.4). | 1.00 hrs. |
| 01/10/12   | A. ROSENBLATT   | Participate on professionals only call (.4); follow-up meeting with team (.4). | 0.80 hrs. |
| 01/10/12   | M. ROITMAN      | Conference call with Committee Professionals (0.5); confer with C&P team following call (0.5) | 1.00 hrs. |
| 01/10/12   | M. D. ASHLEY    | Reviewed materials in preparation for weekly Committee professionals' call (.5); attended weekly Committee professionals' call (.4); team meeting regarding confirmation proceedings (.4). | 1.30 hrs. |
| 01/10/12   | T. J. MCCORMACK | Participate in meeting with professionals on all outstanding issues (0.5); meeting with team following call (0.4). | 0.90 hrs. |
| 01/11/12   | H. SEIFE        | Preparation for Committee meeting. | 1.10 hrs. |
| 01/11/12   | H. LAMB         | Prepare materials for 1/12 Committee meeting. | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 01/11/12 | J. MARRERO | Revise Jan 5 meeting minutes (.9); draft posting to Committee re: same (.2). | 1.10 hrs. |
| 01/12/12 | M. ROITMAN | Attend Committee meeting (0.8). | 0.80 hrs. |
| 01/12/12 | A. ROSENBLATT | Participate on Committee call. | 1.10 hrs. |
| 01/12/12 | D. M. LeMAY | Prepare for (.8) and participate in (1.0) weekly Committee meeting. | 1.80 hrs. |
| 01/12/12 | H. SEIFE | Preparation for Committee meeting (.9); telephonic Committee meeting (1.2). | 2.10 hrs. |
| 01/12/12 | J. MARRERO | Attend committee meeting (0.9); draft meeting minutes (0.9) | 1.80 hrs. |
| 01/12/12 | D. E. DEUTSCH | Review materials for today's Committee meeting (.6); prepare outline on topic to be addressed at today's Committee meeting (.4); participate in today's Committee meeting (.9). | 1.90 hrs. |
| 01/16/12 | D. E. DEUTSCH | Review materials for upcoming professionals Committee meeting (.2); exchange e-mails with Howard Seife and David LeMay re: related matter (.2); draft agenda for Committee professional meeting (.3); e-mail Jessica Marrero re: agenda-related items (.1). | 0.80 hrs. |
| 01/17/12 | D. E. DEUTSCH | Prepare for (.5) and participate in today's Committee professional meeting (.6). | 1.10 hrs. |
| 01/17/12 | A. ROSENBLATT | Participate on professional's only call. | 0.60 hrs. |
| 01/17/12 | M. D. ASHLEY | Reviewed materials in preparation for weekly Committee professionals' meeting (.6); attended weekly Committee professionals' meeting (.6); attended team meeting regarding confirmation proceedings (.2). | 1.40 hrs. |
| 01/17/12 | D. M. LeMAY | Weekly call of Committee professionals (.7). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page    6
CHICAGO, IL 60611

| 01/17/12 | R. J. GAYDA | Prepare for (.3) and participate in committee professionals' meeting (.7). | 1.00 hrs. |
| 01/17/12 | J. MARRERO | Review materials in preparation for Committee professionals meeting (0.4); attend Committee professionals meeting (0.7); draft Jan 12 meeting minutes (0.5) | 1.60 hrs. |
| 01/17/12 | M. ROITMAN | Conference Call with Committee Professionals (0.6); confer with C&P team following call (0.2). | 0.80 hrs. |
| 01/17/12 | T. J. MCCORMACK | Prep for (0.2) and attend professionals' meeting (0.6). | 0.80 hrs. |
| 01/18/12 | J. MARRERO | Email correspondence with D.Deutsch re: Committee meeting issues (0.1); draft email to Committee re: same (0.2); conference with D.Deutsch re: Jan 12 meeting minutes (0.2). | 0.50 hrs. |
| 01/18/12 | D. E. DEUTSCH | Edit e-mail to Committee re: this week's Committee meeting (.1); conference with Jessica Marrero to discuss related Committee matter (.1); review last week's Committee meeting minutes and edit same (.6); discuss related issue with Jess Marrero (.2). | 1.00 hrs. |
| 01/19/12 | J. MARRERO | Revise Jan 12 meeting minutes | 0.70 hrs. |
| 01/20/12 | D. E. DEUTSCH | Review Bylaws (.3) and draft memorandum to Committee chairs re: polling specific issue and Committee chair sign-off on approach (.4); review related responses (.1). | 0.80 hrs. |
| 01/21/12 | D. E. DEUTSCH | Review and make final edits to minutes from January 12, 2012 Committee meeting (.2). | 0.20 hrs. |
| 01/21/12 | J. MARRERO | Revise Jan 12, 2012 meeting minutes | 0.50 hrs. |

| Date | Name | Description | Hours |
|---|---|---|---|
| 01/23/12 | D. E. DEUTSCH | Review materials related to last two Committee and professional meetings (.3); revise draft agenda for tomorrow's Committee professional meeting (.2); discuss tomorrow meeting matters with Jessica Marrero (.1). | 0.60 hrs. |
| 01/23/12 | J. MARRERO | Draft agenda for Committee professionals meeting (0.5); draft posting re Jan 12 meeting minutes (0.3) | 0.80 hrs. |
| 01/24/12 | J. MARRERO | Review materials in preparation for Committee Professionals meeting (0.4) Attend Committee Professionals Meeting (0.7); draft email to Co-Chairs re: Committee meeting issue (0.2); draft email to Committee re: same (0.2). | 1.50 hrs. |
| 01/24/12 | H. SEIFE | Conference call with Committee professionals regarding confirmation issues. | 0.80 hrs. |
| 01/24/12 | A. ROSENBLATT | Participate on professionals' only Committee call. | 0.60 hrs. |
| 01/24/12 | M. D. ASHLEY | Reviewed pleadings and correspondence in preparation for weekly Committee professionals' call (.6); attended weekly Committee professionals' call (.6). | 1.20 hrs. |
| 01/24/12 | D. E. DEUTSCH | Prepare for today's Committee professional meeting (.9); related pre meeting with Jessica Marrero (.2); participate in related Committee professional meeting (.7); discuss Committee chair-related action items with Jessica Marrero (.2). | 2.00 hrs. |
| 01/24/12 | R. J. GAYDA | Prepare for committee professionals' meeting (.4); attend committee professionals' meeting (.4). | 0.80 hrs. |
| 01/24/12 | T. J. MCCORMACK | Attend meeting with professionals (0.7). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page     8
CHICAGO, IL 60611

| 01/24/12 | D. M. LeMAY | Weekly Committee Professionals call. | 0.70 hrs. |
|----------|-------------|--------------------------------------|-----------|
| 01/24/12 | M. ROITMAN | Conference call with Committee Professionals (0.6). | 0.60 hrs. |
| 01/26/12 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero re: Committee matters (.2). | 0.20 hrs. |
| 01/30/12 | J. MARRERO | Review case calendar and outstanding matters and draft agenda for Committee professionals meeting (0.6); revise agenda (0.3); draft email to internal C&P team re: same (0.2); second round revisions to agenda (0.1); draft email to Committee professionals re: same (0.2) | 1.40 hrs. |
| 01/30/12 | D. E. DEUTSCH | Review materials and edit agenda for tomorrow's Committee professionals meeting (.3). | 0.30 hrs. |
| 01/31/12 | D. E. DEUTSCH | Review materials to prepare for today's Committee professional meeting (.5); draft outline on issue to be discuss during today's meeting (.3); participate in meeting (.7); draft e-mail to Andrew Rosenblatt and others re: presentation for Committee at Thursday's meeting (.2); discuss various Committee meeting matters with Jessica Marrero (.2); review and edit draft Committee agenda (.1). | 2.00 hrs. |
| 01/31/12 | M. ROITMAN | Conference Call with Committee Professionals (0.7). | 0.70 hrs. |
| 01/31/12 | R. J. GAYDA | Participate in committee professionals' meeting. | 0.70 hrs. |
| 01/31/12 | H. SEIFE | Conference call with Committee professionals regarding confirmation matters. | 0.70 hrs. |
| 01/31/12 | M. D. ASHLEY | Reviewed pleadings and correspondence in preparation for weekly Committee professionals' call (1.1); attended weekly Committee professionals' call | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE February 23, 2012
435 N. MICHIGAN AVENUE Page 9
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | (.6); team meeting regarding confirmation issues (.2). |  |
| 01/31/12 | J. MARRERO | Review materials in preparation for Committee professionals meeting, including review case calendar,etc. (0.7); attend Committee professionals meeting (0.7); draft agenda for Committee meeting (0.4); revise agenda (0.2); email correspondence with Committee Co-Chairs re: Committee meeting (0.2) | 2.20 hrs. |

**Total Fees for Professional Services.............. $64,375.00**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 9.70 | 8972.50 |
| H. SEIFE | 995.00 | 8.20 | 8159.00 |
| T. J. MCCORMACK | 875.00 | 3.40 | 2975.00 |
| M. D. ASHLEY | 695.00 | 7.00 | 4865.00 |
| A. ROSENBLATT | 745.00 | 6.00 | 4470.00 |
| D. E. DEUTSCH | 745.00 | 23.80 | 17731.00 |
| R. J. GAYDA | 655.00 | 3.40 | 2227.00 |
| H. LAMB | 295.00 | .70 | 206.50 |
| J. MARRERO | 435.00 | 26.10 | 11353.50 |
| M. ROITMAN | 495.00 | 6.90 | 3415.50 |
| TOTALS |  | 95.20 | 64375.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                February 23, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                            Page     1


                                For Services Through January 31, 2012

Our Matter #19804.004
            CREDITOR COMMUNICATIONS


| Date | Professional | Description | Hours |
|---|---|---|---|
| 01/03/12 | D. E. DEUTSCH | Exchange e-mails (.1) and call with Bill Salganik and Bob Paul re: dismissal of certain actions (.5); call with Jay Teitelbaum to discuss same (.4). | 1.00 hrs. |
| 01/04/12 | D. E. DEUTSCH | Call with Damian Schaible re: agenda and various matters scheduled for tomorrow's Committee meeting (.3); t/c with Bob Paul re: dismissal of certain FitzSimons lawsuits (.1); call with Wayne Smith re: various Committee meeting matters (.3); second call with Damian Schaible re: Committee task/follow-up with AlixPartners (.2); call with Buena Vista re: dismissal of certain FitzSimons lawsuits (.4). | 1.30 hrs. |
| 01/04/12 | J. MARRERO | Draft email to Committee Co-Chair re: FitzSimons lawsuit (.9). | 0.90 hrs. |
| 01/05/12 | D. E. DEUTSCH | Call with Frank Anderson re: various matters likely to be raised during today's Committee meeting (.3). | 0.30 hrs. |
| 01/06/12 | M. ROITMAN | Call with S. Myers re: general unsecured claim against Tribune Company (0.7) | 0.70 hrs. |
| 01/12/12 | D. E. DEUTSCH | Exchange e-mails with Bill Salganik re:Committee meeting matter (.2). | 0.20 hrs. |
| 01/31/12 | D. E. DEUTSCH | Review inquiry from Bill Salganik (.1); reply/follow-up on same (.1). | 0.20 hrs. |


          **Total Fees for Professional Services.............   $2,973.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 3.00 | 2235.00 |
| J. MARRERO | 435.00 | .90 | 391.50 |
| M. ROITMAN | 495.00 | .70 | 346.50 |
| TOTALS | | 4.60 | 2973.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1


                              For Services Through January 31, 2012

Our Matter #19804.005
          DIP FINANCING


| | | | |
|---|---|---|---|
| 01/27/12 | D. E. DEUTSCH | Brief review of proposed amendment to DIP motion (.5); discuss issues and next steps related to same with Scott Berson (.2); e-mail Jessica Marrero re: related required follow-up (.2). | 0.90 hrs. |
| 01/27/12 | J. MARRERO | Review motion to amend letter of credit facility (0.9); email correspondence with S.Berson re: same (0.4); conference with D.Deutsch re: same (0.2); draft memorandum re: same (2.9) | 4.40 hrs. |
| 01/29/12 | S. BERSON | Reviewed L/C agreement amendment (0.6); reviewed and commented on memorandum to committee re: same (0.5). | 1.10 hrs. |
| 01/30/12 | J. MARRERO | Revise memorandum re letter of credit facility (0.5); draft posting to Committee re: same (0.3) | 0.80 hrs. |


          **Total Fees for Professional Services.............   $3,752.00**



                         TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | .90 | 670.50 |
| S. BERSON | 745.00 | 1.10 | 819.50 |
| J. MARRERO | 435.00 | 5.20 | 2262.00 |
| TOTALS | | 7.20 | 3752.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                     Page    1

                                     For Services Through January 31, 2012

Our Matter #19804.007
              BUSINESS OPERATIONS


| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 01/02/12 | D. E. DEUTSCH | E-mail Brad Hall re: status of non-Debtor cash issue (.1); review last two AlixPartners' weekly business reports (.3). | 0.40 hrs. |
| 01/03/12 | D. E. DEUTSCH | Hold call (.2) and exchange e-mails with Brad Hall re: next steps on non-Debtor cash issue (.2); exchange e-mails with James Stenger re: FCC-related issues/next steps (.4). | 0.80 hrs. |
| 01/03/12 | J. A. STENGER | Review FCC Notice of Proposed Rulemaking regarding newspaper/broadcast cross-ownership rule (.9) and research regarding same (5.2). | 6.10 hrs. |
| 01/04/12 | J. A. STENGER | Research regarding FCC exit applications and waiver standard for newspaper/broadcast combinations under proposed rules and economic studies (2.4) and review economic studies (1.6). | 4.00 hrs. |
| 01/04/12 | H. SEIFE | Review of AlixPartners report. | 0.30 hrs. |
| 01/05/12 | J. A. STENGER | Research regarding FCC NPRM on newspaper/broadcast cross ownership rules as it will affect exit applications (1.3); conference with debtor FCC counsel regarding same (.7). | 2.00 hrs. |
| 01/06/12 | D. E. DEUTSCH | Review weekly AlixPartners business report (.3); e-mail Brad Hall re: follow-up on Legacy sale items (.2). | 0.50 hrs. |
| 01/09/12 | D. E. DEUTSCH | Exchange e-mails with Brad Hall re: possible sale of Debtor subsidiary (.2). | 0.20 hrs. |
| 01/11/12 | H. SEIFE | Review of AlixPartners weekly report. | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page     2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 01/11/12 | J. A. STENGER | Research regarding FCC ownership rulemaking and media studies underlying same. | 1.80 hrs. |
| 01/12/12 | J. A. STENGER | Research regarding FCC media studies on newspaper/broadcast cross-ownership. | 1.50 hrs. |
| 01/12/12 | H. SEIFE | Review of Moelis report. | 0.20 hrs. |
| 01/13/12 | D. E. DEUTSCH | Review analysis and materials on FCC transfer issue from James Stenger (.4); related email to James Stenger on same with proposed next steps (.2). | 0.60 hrs. |
| 01/13/12 | J. A. STENGER | Prepare for meeting with debtor FCC counsel regarding FCC media rule changes affecting Tribune FCC exit applications. | 3.80 hrs. |
| 01/17/12 | J. MARRERO | Review article re: voluntary buyouts at Tribune (.8); email correspondence with AlixPartners re: same (.6). | 1.40 hrs. |
| 01/17/12 | D. E. DEUTSCH | Review article on Tribune newsroom layoffs (.2); e-mail Brad Hall re: required follow-up on same (.2); e-mail Bill Salganik and Bob Paul re: same (.2); review material to prepare for (.3) and call with Bryan Krakauer, Jim Johnston and Damian Schaible re: non-Debtor cash issue (.5); exchange additional e-mails with Brad Hall re: news room layoffs (.3); exchange e-mails with Jessica Marrero re: bankruptcy research related to FCC matter (.2). | 1.90 hrs. |
| 01/18/12 | D. E. DEUTSCH | Review weekly Moelis and AlixPartners' business reports (.3); exchange e-mails with Jessica Marrero re: claim/FCC research-related issue (.2). | 0.50 hrs. |
| 01/19/12 | J. MARRERO | Draft posting re: Chicago Tribune newsroom buyout | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 01/19/12 | D. E. DEUTSCH | Exchange e-mails with Brad Hall re: newsroom buyout issues (.2); review final memorandum to Committee on same (.1); discuss related posting issue with Jessica Marrero (.1). | 0.40 hrs. |
| 01/19/12 | J. A. STENGER | Research regarding FCC newspaper rule changes and media studies (4.6) and potential draft comments regarding same (1.6). | 6.20 hrs. |
| 01/23/12 | M. A. ALPERT | Reviewed letter of intent and term sheet for proposed transaction for Debtor subsidiary (1.2); emails with D.Deutsch re: same (.3). | 1.50 hrs. |
| 01/23/12 | D. E. DEUTSCH | Preliminary review of materials on possible sale of Debtor subsidiary (.4); e-mail Marc Alpert re: detailed review of corporate issues (.2); related e-mail on follow-up issues to Brad Hall (.1); review materials and e-mail Bryan Krakauer re: status of review on non-Debtor cash issue (.2). | 0.90 hrs. |
| 01/23/12 | J. A. STENGER | Research regarding amendments to FCC exit applications to respond to Prometheus decision and FCC notice of rulemaking. | 2.50 hrs. |
| 01/24/12 | J. A. STENGER | Review Tribune exit application NBCO waiver requests and research regarding revisions to same (3.7); review foreign ownership certifications for exit applications (0.8). | 4.50 hrs. |
| 01/24/12 | D. E. DEUTSCH | Exchange e-mails with Marc Alpert (.1) and Brad Hall re: obtaining additional details regarding sale of Debtor subsidiary business (.2). | 0.30 hrs. |
| 01/24/12 | R. M. LEDER | Review and comment on tax analysis for propsed Debtor subsidiary transaction. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 01/24/12 | M. A. ALPERT | Reviewed letter of intent and term sheet for proposed subsidiary transaction. | 0.80 hrs. |
| 01/25/12 | M. A. ALPERT | Reviewed letter of intent and term sheet for proposed subsidiary transaction (.3); emails with A.Kronstadt re: same (.3). | 0.60 hrs. |
| 01/25/12 | A. KRONSTADT | Reviewed Letter of Intent and related memo on Debtor subsidiary sale (1.7) and various correspondence with M. Alpert re: same (.3). | 2.00 hrs. |
| 01/25/12 | J. A. STENGER | Research regarding amendments to FCC exit applications, including review of FCC orders and case law in recent FCC notice of proposed rulemaking on newspaper broadcast cross-ownership. | 5.70 hrs. |
| 01/26/12 | J. MARRERO | Review Motion to Authorize License Agreement (0.4); email correspondence with M.Roitman re: same (0.1); email correspondence with AlixPartners re: same (0.2); conference with D.Deutsch re: subsidiary sale issue (0.1); draft Intralinks posting re: same (0.4). | 1.20 hrs. |
| 01/26/12 | M. A. ALPERT | Confs. D. Deutsch and A. Kronstadt regarding propsed subsidiary sale transaction (.3); reviewed miscellaneous documents regarding same (.3). | 0.60 hrs. |
| 01/26/12 | D. E. DEUTSCH | Review materials (.2) and e-mail Jessica Marrero and Marc Roitman re: follow-up on multiple Debtor business-related motions (.2); exchange e-mails with Bryan Krakauer re: non-Debtor cash issue (.2); review and edit draft memorandum to Committee from Marc Alpert and Jessica Marrero re: transaction involving sale of subsidiary business (.4); exchange additional e-mails on same with Jessica Marrero re: related follow-up issues (.3). | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 01/26/12 | H. SEIFE | Review of Moelis report (.2); review of AlixPartners weekly report (.3). | 0.50 hrs. |
| 01/26/12 | H. SEIFE | Review of memo on subsidiary sale (.3); review of report on FCC meeting report (.3); conference with D.Deutsch regarding FCC meeting (.3). | 0.90 hrs. |
| 01/27/12 | D. E. DEUTSCH | E-mail Brad Hall re: next steps/action items with respect to sale of internet asset (.2); exchange e-mails with Marc Alpert re: action items related to same (.2); review materials from James Stenger on FCC update, FCC meeting and various related matters (1.7); exchange e-mails with James Stenger re: same (.4). | 2.50 hrs. |
| 01/27/12 | J. A. STENGER | Review correspondence from J. Feore regarding meeting at FCC on exit application (.9) and correspondence with D. Deutsch regarding same (0.3); research regarding draft amendments to exit applications (4.3). | 5.50 hrs. |
| 01/28/12 | J. MARRERO | Review email correspondence from AlixPartners and D.Deutsch re: license agreement (.3); review memo re: license agreement (.4). | 0.70 hrs. |
| 01/28/12 | D. E. DEUTSCH | Review memorandum and related materials from Debtor on entering agreement with Local TV and certain related issues (1.1); e-mail Brad Hall and team re: related required follow-up steps (.3). | 1.40 hrs. |
| 01/30/12 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero re: Local TV deal analysis next steps (.2); exchange e-mails with James Stenger re: various FCC matters (.3); call with Damian Schaible re: FCC issues from JPMorgan perspective (.3); call with James Stenger re: FCC matters (.5) and Debtors' bankruptcy counsel (Jessica Boelter) (.2); | 2.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page    6
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| | | review additional update on FCC matters from James Stenger (.2); review materials to prepare for call with Debtors' FCC counsel (John Fiore) (.3); participate in related call with John Fiore and James Stenger (.6); exchange e-mails with Jessica Boelter re: FCC bankruptcy court filings (.2). | |
| 01/30/12 | J. MARRERO | Email correspondence with AlixPartners re: Local TV agreement (0.2); email correspondence with D.Deutsch re: same (0.5) | 0.70 hrs. |
| 01/30/12 | J. A. STENGER | Telephone conference with Jim Bayes, JPM FCC counsel regarding drafting amendments to update FCC exit applications (0.5); telephone conference with Tom Davidson, Angelo Gordon/Oaktree FCC counsel regarding same (0.5); correspondence with D. Deutsch regarding same (0.4); telephone conference with D. Deutsch and J. Feore, Debtor FCC counsel regarding same and regarding foreign ownership certification (0.6); research regarding same (2.1). | 4.10 hrs. |
| 01/31/12 | J. A. STENGER | Review revised foreign ownership certification (0.4) and research regarding same (0.6); research regarding revisions to FCC exit applications (1.5). | 2.50 hrs. |
| 01/31/12 | D. E. DEUTSCH | Exchange e-mails with Bryan Krakauer re: status of JV cash issue (.2); e-mail Marc Alpert re: follow-up on internet entity sale issue (.1); exchange multiple e-mails with Jessica Marrero related to Local TV IP/purchase issues (.4); review update from Bryan Krakauer re: JV cash (.1); exchange e-mails with Brad Hall re: related next steps with Committee (.2); review memorandum from Albert Leung re: Local TV and related attachments (.4); exchange | 2.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            February 23, 2012
435 N. MICHIGAN AVENUE                                  Page    7
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
| | | related e-mails with Albert Leung on same (.1); edit related posting note to Committee (.2); review analysis from Brad Hall on JV cash analysis (.2); exchange related e-mails with Brad Hall re: related issues (.2); preliminary review of lengthy Local TV agreement (.2); e-mail Marc Alpert re: next steps on analysis for same (.2). | |
| 01/31/12 | J. MARRERO | Conference with D.Deutsch re: Local TV licensing agreement (0.2); email correspondence with AlixPartners re: same (0.4); draft posting to Committee re: same (0.3) | 0.90 hrs. |

**Total Fees for Professional Services.............. $54,059.00**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 995.00 | 2.20 | 2189.00 |
| M. A. ALPERT | 855.00 | 3.50 | 2992.50 |
| R. M. LEDER | 995.00 | .40 | 398.00 |
| J. A. STENGER | 645.00 | 50.20 | 32379.00 |
| D. E. DEUTSCH | 745.00 | 17.00 | 12665.00 |
| A. KRONSTADT | 565.00 | 2.00 | 1130.00 |
| J. MARRERO | 435.00 | 5.30 | 2305.50 |
| TOTALS | | 80.60 | 54059.00 |