TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through January 31, 2012

Our Matter #19804.009
              CLAIMS ADMINISTRATION/BAR DATE


| 01/02/12 | J. MARRERO | Email correspondence with D.Deutsch re: pro se motions (.2); draft summary re: same (.4); email correspondence with Debtors' counsel re: same (.2). | 0.80 hrs. |

| 01/02/12 | D. E. DEUTSCH | E-mail Jessica Marrero re: multiple open claim matters (.2). | 0.20 hrs. |

| 01/03/12 | D. E. DEUTSCH | Exchange e-mails with Debtors' legal team and Jessica Marrero re: possible joinder to claim objections (.2); discuss related matters with Jessica Marrero (.2). | 0.40 hrs. |

| 01/04/12 | D. E. DEUTSCH | Exchange multiple e-mails with Jillian Ludwig and Jessica Marrero re: next steps with certain pro se claimants (.3). | 0.30 hrs. |

| 01/13/12 | J. MARRERO | Research re assignment of claim issue. | 1.30 hrs. |

| 01/13/12 | D. E. DEUTSCH | Review multiple claim objections (.3); and e-mail Jess Marrero re: required follow-up on same (.1). | 0.40 hrs. |

| 01/16/12 | D. E. DEUTSCH | Review Debtors' claim objections (.2); e-mail Jessica Marrero re: required analysis related to same (.1). | 0.30 hrs. |

| 01/17/12 | J. MARRERO | Review Debtors' objections to claims (.7); draft memorandum re: same (1.4). | 2.10 hrs. |

| 01/18/12 | J. MARRERO | Draft memo to Committee re: Conte motion (0.9); Draft memo re: Comparsi Claim (0.8); Draft memo re: 50th Omnibus Objection (0.4); Draft memo re: Oxendine Claim Objection (0.4) | 2.50 hrs. |

| 01/18/12 | D. E. DEUTSCH | Review filings and draft of memorandum on four separate claims-related motions (.8); draft proposed changes to same (.4). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| 01/19/12 | J. MARRERO | Revise memorandum re: claims objections | 1.10 hrs. |
| 01/19/12 | J. MARRERO | Research re: assignment of certain claim rights to third-party entity | 1.20 hrs. |
| 01/20/12 | J. MARRERO | Revise memorandum re: claim objections (.6); draft posting re same (.2). | 0.80 hrs. |
| 01/20/12 | D. E. DEUTSCH | Review revised draft memorandum re: joinder to multiple claim objections (.5); exchange e-mails with Jessica Marrero re: same (.1). | 0.60 hrs. |
| 01/25/12 | J. MARRERO | Review amNY class settlement terms and procedure (0.4); draft summary re: same (0.5). | 0.90 hrs. |
| 01/26/12 | D. E. DEUTSCH | Review update on amNewYork claim settlement (.2); exchange e-mails with Jessica Marrero re: same (.2). | 0.40 hrs. |
| 01/27/12 | D. E. DEUTSCH | Exchange e-mails with Eli Vonnegut (Davis Polk) re: claim settlement matter (.2). | 0.20 hrs. |

**Total Fees for Professional Services.............. $7,634.50**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 4.00 | 2980.00 |
| J. MARRERO | 435.00 | 10.70 | 4654.50 |
| TOTALS | | 14.70 | 7634.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                                    For Services Through January 31, 2012

Our Matter #19804.010
          FEE/RETENTION APPLICATIONS


| Date | Name | Description | Hours |
|---|---|---|---|
| 01/02/12 | D. E. DEUTSCH | Review last weekly ordinary course professional report (.2); review last weekly professional fee report (.2). | 0.40 hrs. |
| 01/03/12 | H. LAMB | Review of billing proformas/daily time detail in preparation of December fee application. | 3.60 hrs. |
| 01/05/12 | H. LAMB | Preparation of Twelfth Interim Fee Application. | 2.20 hrs. |
| 01/08/12 | H. LAMB | Further review of billing proformas/daily time detail in preparation of monthly fee application. | 3.40 hrs. |
| 01/09/12 | J. MARRERO | Draft ordinary course professionals report (.2); review docket/research re: fee auditor reports (.3); draft email summary re: same (.3). | 0.80 hrs. |
| 01/09/12 | D. E. DEUTSCH | Review ordinary course professionals report (.4); exchange related e-mails with Jessica Marrero re: required follow-up related to certain ordinary course professionals (.2); review weekly case professionals fee status report (.2). | 0.80 hrs. |
| 01/10/12 | H. LAMB | Begin research and preparation of work description summaries for fee application. | 2.30 hrs. |
| 01/11/12 | H. LAMB | Finalize Twelfth Interim Fee Application for filing. | 0.50 hrs. |
| 01/13/12 | H. LAMB | Further research and preparation of work description summaries for December fee application. | 1.70 hrs. |
| 01/13/12 | J. MARRERO | Draft ordinary course professionals report (.2) and follow up research re: outstanding fee applications (.4); draft professional fee report (.6). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 23, 2012
435 N. MICHIGAN AVENUE                               Page    2
CHICAGO, IL 60611

| 01/16/12 | D. E. DEUTSCH | Review weekly ordinary course professional report (.2). | 0.20 hrs. |
| 01/17/12 | H. LAMB | Further research and preparation of work description summaries for monthly fee application. | 1.60 hrs. |
| 01/17/12 | J. MARRERO | Call Debtors' counsel re: outstanding ordinary course professionals fee applications (.1); email correspondence with D.Deutsch re: same (.1). | 0.20 hrs. |
| 01/18/12 | D. E. DEUTSCH | Review weekly professional fee application report (.1); e-mail Jessica Marrero re: follow-up on same (.1). | 0.20 hrs. |
| 01/18/12 | H. LAMB | Review of expenses incurred during December fee period (.6); follow-up research on certain expenses (1.1), | 1.70 hrs. |
| 01/20/12 | J. MARRERO | Draft professional fee application report | 2.40 hrs. |
| 01/21/12 | D. E. DEUTSCH | Draft e-mail to Kevin Lantry re: proposed scheduling on fee hearings and related matters (.2). | 0.20 hrs. |
| 01/22/12 | H. LAMB | Further research and preparation of litigation work description summaries for monthly fee application. | 2.80 hrs. |
| 01/24/12 | J. MARRERO | Review email correspondence with Debtors re: quarterly fee application schedule (0.2); email correspondence with D.Deutsch re: 8th Interim Fee Hearing (0.1); Revise Professional Fee Report (0.4); draft calendar and report re: fee hearings (0.4). | 1.10 hrs. |
| 01/27/12 | J. MARRERO | Draft ordinary course professionals report (0.6); draft Professional Fee Report (0.5); email correspondence re: same (0.2) | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| 01/27/12 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero re: ordinary course professional issue (.2). | 0.20 hrs. |
| 01/28/12 | D. E. DEUTSCH | Review monthly fee application detail for December and mark-up same (2.4). | 2.40 hrs. |
| 01/29/12 | H. LAMB | Review D.Deutsch comments to monthly fees (.7); revise and finalize monthly fee application accordingly (1.4). | 2.10 hrs. |
| 01/30/12 | D. E. DEUTSCH | Review and edit fee application (detailed summary descriptions) for December 2012 (1.3); discuss related follow-up item with Helen Lamb (.1). | 1.40 hrs. |
| 01/31/12 | J. MARRERO | Review fee applications for ordinary course professionals report. | 0.30 hrs. |
| 01/31/12 | H. LAMB | Finalize December fee application for filing. | 1.00 hrs. |

**Total Fees for Professional Services..............  $14,252.00**


TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 5.80 | 4321.00 |
| H. LAMB | 295.00 | 22.90 | 6755.50 |
| J. MARRERO | 435.00 | 7.30 | 3175.50 |
| TOTALS | | 36.00 | 14252.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           February 23, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                        Page     1


                                For Services Through January 31, 2012

Our Matter #19804.013
            AVOIDANCE ISSUES


| 01/03/12 | Y. YOO | Corresponded by email with local counsel, Rick Cobb, re: execution copies of amended tolling agreements with Debtors' Professionals (.2); updated draft chart of same and circulated to Rick Cobb, Douglas Deutsch and special counsel, Andrew Goldfarb (.3). | 0.50 hrs. |
| 01/27/12 | J. MARRERO | Review email correspondence from Debtors' counsel re: dismissal of preference action against L.Adamson (0.3); review complaint and related materials re: Adamson claim (0.5); research and draft memorandum re: same (2.5) | 3.30 hrs. |
| 01/30/12 | J. MARRERO | Revise memorandum re employee preference action (0.3); draft posting to Committee re: same (0.2) | 0.50 hrs. |
| 01/30/12 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero re: possible dismissal of preference action against employee (.2). | 0.20 hrs. |


**Total Fees for Professional Services**.............. **$2,084.50**



                        TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | .20 | 149.00 |
| J. MARRERO | 435.00 | 3.80 | 1653.00 |
| Y. YOO | 565.00 | .50 | 282.50 |
| TOTALS | | 4.50 | 2084.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1

                                   For Services Through January 31, 2012

Our Matter #19804.014
             EMPLOYEE ISSUES


| 01/05/12 | D. E. DEUTSCH | Review draft materials on employee motions and other matters to prepare for call with Kevin Lantry (.2); hold related call (.3). | 0.50 hrs. |
|---|---|---|---|
| 01/18/12 | D. E. DEUTSCH | Prepare for (.2) and call with Kevin Lantry and Brian Gold re: employee representation issue (.5). | 0.70 hrs. |
| 01/19/12 | D. E. DEUTSCH | Draft memorandum to David Gallai and James Sottile re: possible other professional conflict issue regarding employee (.4). | 0.40 hrs. |
| 01/20/12 | D. E. DEUTSCH | Call with David Gallai re: employee related retention by Debtor professional (.3); draft related detailed memorandum to Brian Gold, Debtors' counsel, on needed follow-up steps (.4). | 0.70 hrs. |
| 01/20/12 | D. GALLAI | Confs. w/ D. Deutsch (.3) and R. Santangelo (.2) re employee representation issue. | 0.50 hrs. |
| 01/20/12 | R. KURTH | Met with D. Gallai re: research assignment on employee representation issue. | 0.20 hrs. |
| 01/21/12 | D. E. DEUTSCH | Review additional materials re: employee representation issue (.4); e-mail James Sottile re: related research/analysis issue (.1). | 0.50 hrs. |
| 01/23/12 | D. E. DEUTSCH | Review complaint and related materials from James Weiss (Sidley) re: actions against pension fund (.5); e-mails James Sottile and David Gallai re: required related follow-up (.2); review FitzSimons complaint to identify pension issues (.4) and review related e-mail from Jessica Marrero (.1). | 1.20 hrs. |
| 01/23/12 | D. GALLAI | Conf. w/ R. Santangelo re retirement plan research question. | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       February 23, 2012
435 N. MICHIGAN AVENUE                               Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 01/23/12 | R. KURTH | Researched case law and articles on legal issues related to lawsuits against 401(k) plan. | 5.10 hrs. |
| 01/24/12 | D. GALLAI | Confs. w/ R. Santangelo and D. Deutsch re employee research question. | 0.40 hrs. |
| 01/24/12 | R. KURTH | Researched case law on suits against 401(k) plans and anti-alienability rule (0.9); call with D. Gallai and D. Deutsch re: research results (0.2). | 1.10 hrs. |
| 01/25/12 | J. MARRERO | Review severance terms re: certain insiders of Debtors (0.9); email correspondence with Debtors counsel re: same (0.2); review severance agreements (0.6); draft memorandum re: same (1.5); email correspondence with AlixPartners re: same (0.2);  review prior memoranda and agreements on Committee insider lawsuits (0.8); conference with D.Deutsch re: reporting process for insider severance payments (0.2); | 4.40 hrs. |
| 01/26/12 | D. E. DEUTSCH | Call with Kevin Lantry re: severance agreement issues (.2); e-mail David Gallai re: possible approach to deal with same (.2); exchange additional related e-mails with David Gallai (.3). | 0.70 hrs. |
| 01/26/12 | J. MARRERO | Email correspondence re: severance payments to insiders (0.2); draft memorandum re: same (0.8); review preference actions against insiders (0.4); revise memorandum (0.4); email correspondence with D.Gallai re: same (0.2); email correspondence re process for review of severance agreements going forward (0.4); conference with D.Deutsch re: same (0.3). | 2.70 hrs. |
| 01/26/12 | D. GALLAI | Reviewed separation agreements. | 2.00 hrs. |
| 01/27/12 | D. GALLAI | Drafted email to J. Marrero re separation agreements. | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                Page    3
CHICAGO, IL 60611


| 01/27/12 | J. MARRERO | Review email correspondence from D.Gallai re: analysis of severance payments to insiders (0.3); email correspondence with D.Deutsch re: past agreements (0.2) | 0.50 hrs. |
| 01/28/12 | D. E. DEUTSCH | Review last ten Debtor separation agreements (.5); draft memorandum to David Gallai re: possible different analysis approach to reviewing separation agreements (.4). | 0.90 hrs. |


**Total Fees for Professional Services..............    $13,843.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 5.60 | 4172.00 |
| D. GALLAI | 705.00 | 3.90 | 2749.50 |
| J. MARRERO | 435.00 | 7.60 | 3306.00 |
| R. KURTH | 565.00 | 6.40 | 3616.00 |
| TOTALS | | 23.50 | 13843.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                    February 23, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                                Page    1


                                For Services Through January 31, 2012

    Our Matter #19804.017
              GENERAL LITIGATION


| 01/09/12 | M. ROITMAN | Review filings in Neil and Beatty adversary proceedings (0.2) | 0.20 hrs. |
| 01/17/12 | D. E. DEUTSCH | Exchange e-mails with Kevin Lantry re: new litigation matter (.2). | 0.20 hrs. |
| 01/18/12 | D. E. DEUTSCH | Discuss litigation issue with David LeMay (.1) e-mail Kevin Lantry re: Debtors' analysis on same (.1); exchange additional e-mails with Kevin Lantry re: litigation issue research (.2). | 0.40 hrs. |
| 01/20/12 | D. E. DEUTSCH | Call with Joe Frank (counsel to various employees) re: various litigation matters (.3); follow-up research on same (.2). | 0.50 hrs. |
| 01/27/12 | M. ROITMAN | Meet with D. Deutsch and J. Marrero re: pending motions (0.2); Review filings in Neil adversary proceeding and revise adversary report (0.1) | 0.30 hrs. |


        **Total Fees for Professional Services............. $1,067.00**


                        TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 1.10 | 819.50 |
| M. ROITMAN | 495.00 | .50 | 247.50 |
| TOTALS | | 1.60 | 1067.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 23, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                    Page    1
```

For Services Through January 31, 2012

Our Matter #19804.018
          TRAVEL

| | | | |
|---|---|---|---|
| 01/11/12 | D. M. LeMAY | Non-working return travel to New York City from hearing in Wilmington, DE. | 2.80 hrs. |
| 01/11/12 | M. ROITMAN | Non-working travel time from NY to Wilmington for Bankruptcy Court hearing (1.5); Non-working travel time returning from Wilmington to NY (1.0) | 2.50 hrs. |
| 01/11/12 | A. ROSENBLATT | Non-working travel to/from Wilmington, DE for hearing. | 2.50 hrs. |

**Total Fees for Professional Services.............. $5,690.00**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 2.80 | 2590.00 |
| A. ROSENBLATT | 745.00 | 2.50 | 1862.50 |
| M. ROITMAN | 495.00 | 2.50 | 1237.50 |
| TOTALS | | 7.80 | 5690.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                              For Services Through January 31, 2012

Our Matter #19804.020
          SHAREHOLDER CLAIMS


| 01/02/12 | J. MARRERO | Email correspondence with D.Deutsch and J.Sottile re: follow up memorandum re: MDL proceedings (.6); draft posting to Committee re: same (.2). | 0.80 hrs. |
|---|---|---|---|
| 01/02/12 | D. E. DEUTSCH | Review MDL court pleadings (.5); review related memorandum to Committee from James Sottile (.2); draft memorandum to James Sottile and others re: proposal to address next MDL steps with Committee (.4); review legal memorandum re: MDL consolidation issue (.6); exchange e-mails with Marc Ashley on same (.2); review last weekly MDL SLFC report (.4); review and edit revised MDL memorandum from Andrew Goldfarb to Committee (.3). | 2.60 hrs. |
| 01/02/12 | M. D. ASHLEY | Reviewed legal research materials regarding MDL consolidation issues (1.3); emails with D. Deutsch, R. Kirby regarding same (.2). | 1.50 hrs. |
| 01/02/12 | H. SEIFE | Review memo/email regarding transferring Fitzsimons (.8); review of memo regarding MDL transfer (.5). | 1.30 hrs. |
| 01/02/12 | T. J. MCCORMACK | Review MDL issues, possibility of preserving portions of FitzSimons for DE bankruptcy court and related issues, including preserving all objections (0.8). | 0.80 hrs. |
| 01/03/12 | T. J. MCCORMACK | E-mails with Zuckerman re: MDL transfer issues, presentation of objections and timing (0.8); confer M. Ashley re: same (0.2); review research on MDL procedural issues (0.5). | 1.50 hrs. |
| 01/03/12 | H. SEIFE | Review emails with Zuckerman regarding MDL transfer (.8). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 23, 2012
435 N. MICHIGAN AVENUE                               Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 01/03/12 | M. ROITMAN | Correspond with D. Bava re: state law fraudulent conveyance actions report (0.2) | 0.20 hrs. |
| 01/03/12 | D. E. DEUTSCH | Exchange e-mails with James Sottile re: MDL dismissal (.2); discuss research issue on same with Jessica Marrero (.2). | 0.40 hrs. |
| 01/03/12 | M. D. ASHLEY | Emails with Zuckerman regarding MDL proceedings (.3); reviewed related materials (1.0). | 1.30 hrs. |
| 01/04/12 | M. D. ASHLEY | Conference call with T. McCormack, D. Deutsch, J. Sottile, D. Rath regarding MDL issues and notice of objection (.5); reviewed factual and legal materials relating to MDL proceedings (1.5); call with T. McCormack regarding MDL strategy (.4); call with A. Goldfarb regarding MDL strategy issues (.3); reviewed draft Committee notice of objection and related materials (.6); emails with Zuckerman, M. Roitman regarding MDL issues (.5). | 3.80 hrs. |
| 01/04/12 | D. E. DEUTSCH | Review materials to prepare for calls on multiple issues regarding MDL matters (.6); t/c with James Sottile re: same (.4); t/c with litigation group, James Sottile and Andrew Goldfarb re: MDL consolidation issues and next steps with Committee (.6); review report from Bob Gayda on related litigation (.2). | 1.80 hrs. |
| 01/04/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (2.20). | 2.20 hrs. |
| 01/04/12 | M. ROITMAN | Conference call with Committee Professionals re: proposed response to Conditional Transfer Order of FitzSimons case (0.5) | 0.50 hrs. |
| 01/04/12 | H. SEIFE | Review of proposed text for MDL filing. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       February 23, 2012
435 N. MICHIGAN AVENUE                              Page    3
CHICAGO, IL 60611

| 01/04/12 | T. J. MCCORMACK | Conference with Committee legal team on issues arising from MDL as to FitzSimons case, including preservation of right to object to transfer (0.5); confer M. Ashley and Zuckerman concerning MDL, procedural issues (including objection, service issues for remaining shareholders not yet served and applicability of bankruptcy court procedures at MDL court (0.5); review/finalize notice of objection (0.4); analysis of options and consideration of advice to Committee on all MDL issues (0.3); review McCormick Foundation objection to MDL (0.2). | 1.90 hrs. |
| 01/05/12 | T. J. MCCORMACK | Review numerous procedural and strategic issues re: FitzSimons case and potential MDL transfer to SDNY (1.0); confer Zuckerman and M. Ashley re: same (0.3). | 1.30 hrs. |
| 01/05/12 | J. MARRERO | Conference with D.Deutsch re: FitzSimons claims and Intralinks posting (.1); revise Intralinks posting re: same (.2). | 0.30 hrs. |
| 01/05/12 | M. ROITMAN | Review filings in state law constructive fraudulent conveyance actions and revise report on same (0.9) | 0.90 hrs. |
| 01/05/12 | M. D. ASHLEY | Reviewed factual and legal research materials relating to potential MDL consolidation of FitzSimons action (1.6). | 1.60 hrs. |
| 01/06/12 | M. D. ASHLEY | Reviewed correspondence and pleadings related to status of FitzSimons shareholder action (1.1). | 1.10 hrs. |
| 01/06/12 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.30). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 23, 2012
Page    4

| | | | |
|---|---|---|---|
| 01/06/12 | D. E. DEUTSCH | Review materials on dismissal of certain lawsuits provided by Andrew Goldfarb (.4); e-mail Andrew Goldfarb re: requested additional information to provide to Debtors (.2); call with James Sottile re: FitzSimons dismissal issues (.2). | 0.80 hrs. |
| 01/06/12 | T. J. MCCORMACK | Review correspondence of various DCL plan proponents and Committee counsel re: potential transfer of FitzSimons action and issues concerning threshold amount for pursuing claims (0.6); e-mails with Zuckerman re: same (0.1); confer M. Ashley re: same (0.2). | 0.90 hrs. |
| 01/09/12 | T. J. MCCORMACK | Review/comment on draft Committee memo re: dismissing certain threshold claims in shareholder action (0.6); confer M. Ashley re: same (0.2); t/c Zuckerman re: same and related issues (0.2); review/analyze issues arising from transfer of FitzSimons to MDL court and in particular shareholder issues that may arise (0.9); confer M. Ashley and R. Kirby re: same (0.3). | 2.20 hrs. |
| 01/09/12 | D. M. LeMAY | Review revised motion to dismiss selling shareholder claims below threshold (.4). E-mail to C&P and ZS teams regarding same (.2). | 0.60 hrs. |
| 01/09/12 | R. M. KIRBY | E-mail to M. Ashley re statute of limitations issues concerning shareholder fraudulent conveyance claims. | 0.20 hrs. |
| 01/09/12 | M. D. ASHLEY | Revised draft Committee motion regarding dismissal of certain shareholder action claims (.8) and reviewed related materials (.6); emails with Zuckerman regarding draft UCC motion (.3); reviewed factual and legal research materials regarding statutes of limitations governing certain shareholder action claims (1.7); emails with R. Kirby regarding | 3.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       February 23, 2012
435 N. MICHIGAN AVENUE                              Page    5
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                                                                                                                                                                                                                                    |           |
|------------|----------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | same (.2).                                                                                                                                                                                                                                                                                                                                                                                                                          |           |
| 01/09/12   | D. E. DEUTSCH  | Exchange e-mails with Marc Roitman re: required follow-up on adversary reports (.2); review weekly report on state law fraudulent conveyance actions (.4); exchange e-mails with Marc Roitman re: MDL related items (.2); review memorandum and attachment from Andrew Goldfarb re: Debtors' comments on dismissal of certain lawsuits (.4); respond to same (.2); review related e-mails from Marc Ashley and others (.3). | 1.70 hrs. |
| 01/10/12   | M. D. ASHLEY   | Revised draft Committee memo regarding transfer of FitzSimons action to MDL proceedings (.9); emails with Zuckerman and Landis regarding MDL transfer issues (.4).                                                                                                                                                                                                                                                                   | 1.30 hrs. |
| 01/10/12   | H. SEIFE       | Review of MDL litigation issues.                                                                                                                                                                                                                                                                                                                                                                                                    | 1.20 hrs. |
| 01/10/12   | D. E. DEUTSCH  | Exchange e-mails with Andrew Goldfarb re: analysis on MDL consolidation issue (.2); review memorandum on consolidation (.5) and related e-mails from team (.2) and draft e-mail to Dan Rath et al. re: proposed modifications to memorandum to Committee on consolidation of litigation with MDL court (.4).                                                                                                                            | 1.30 hrs. |
| 01/10/12   | T. J. MCCORMACK | Review/comment on Zuckerman memo to Committee on transfer of FitzSimons case to MDL court in SDNY (0.7); confer M. Ashley and Zuckerman re: same (0.2).                                                                                                                                                                                                                                                                               | 0.90 hrs. |
| 01/11/12   | T. J. MCCORMACK | T/c Zuckerman re: MDL transfer issues and UCC position re: same (0.2); review draft memo from Zuckerman re: same (0.3).                                                                                                                                                                                                                                                                                                              | 0.50 hrs. |
| 01/11/12   | H. SEIFE       | Review of draft memo to Committee regarding MDL.                                                                                                                                                                                                                                                                                                                                                                                    | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           February 23, 2012
435 N. MICHIGAN AVENUE                                  Page    6
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 01/11/12 | M. D. ASHLEY | Revised draft Committee memo regarding MDL transfer issues and related materials (.8); emails with Landis and Zuckerman regarding same (.3). | 1.10 hrs. |
| 01/11/12 | D. E. DEUTSCH | Review draft memorandum to Committee re: consolidation of FitzSimons into MDL actions (.5); review related e-mail from Marc Ashley (.1); draft comments to draft memorandum to James Sottile and Dan Rath (.5). | 1.10 hrs. |
| 01/11/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (1.40). | 1.40 hrs. |
| 01/12/12 | M. ROITMAN | Review Noteholders' motion to lift stay to proceed with state law constructive fraudulent conveyance lawsuits (0.4) | 0.40 hrs. |
| 01/12/12 | D. E. DEUTSCH | Review draft memorandum of law and related materials re: MDL issues (.6); exchange e-mails with Jessica Marrero re: related briefing to Committee (.2); exchange e-mails with Andrew Goldfarb re: memorandum of law issues (.2). | 1.00 hrs. |
| 01/12/12 | M. D. ASHLEY | Call with T. McCormack regarding FitzSimons litigation stay issues (.2); reviewed pleadings and correspondence regarding fraudulent transfer litigation stay issues (1.3); emails with team regarding same (.3). | 1.80 hrs. |
| 01/12/12 | J. MARRERO | Draft posting re memo re: MDL proceedings consolidation (.5); email correspondence with D.Deutsch re: same (.3). | 0.80 hrs. |
| 01/12/12 | H. SEIFE | Review of revised draft MDL memo (.4); review of Trustee's motion to lift stay and implications (1.5). | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            February 23, 2012
435 N. MICHIGAN AVENUE                                   Page    7
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 01/12/12 | D. M. LeMAY | Review DB/WTC motion to lift stay on state law claims (.8). Telephone conference with M. Ashley regarding same (.3). | 1.10 hrs. |
| 01/12/12 | T. J. MCCORMACK | Review options re: stay for FitzSimons case and inter-relationship with other state fraudulent conveyance cases (1.0); confer M. Ashley re: same (0.2); review DB and WTC motion to lift stay (0.8). | 2.00 hrs. |
| 01/13/12 | T. J. MCCORMACK | Confer M. Ashley re: stay issues in fraudulent conveyance cases (0.2); conf. call with Committee legal team re: same (0.6); prep for (0.6) and participate in DCL group call re: stay issues (1.0); follow-up e-mails with M. Ashley and R. Kirby re: tasks on stay analysis (0.7). | 3.10 hrs. |
| 01/13/12 | D. M. LeMAY | Call with Zuckerman (J. Sottile) and team to discuss noteholder stay lift motion re: state law claims (.4).  Conference call with all co-proponents regarding same (.8).  E-mail H. Seife regarding same (.3). Review materials regarding Aurelius negotiation history (.8). | 2.30 hrs. |
| 01/13/12 | H. SEIFE | Conference call with DCL group to discuss MDL issues (.8); review emails among parties regarding lift-stay issues (.6); review of lift-stay motion issues (.9). | 2.30 hrs. |
| 01/13/12 | M. D. ASHLEY | Meeting with T. McCormack regarding fraudulent transfer litigation stay issues (.3); call with D. LeMay, T. McCormack, J. Sottile regarding same (.5); reviewed factual and legal research materials regarding shareholder litigation stay issues (1.2); attended DCL conference call regarding shareholder litigation stay issues (1.0); call with D. LeMay, D. Deutsch, J. Sottile regarding same (.4); | 4.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                  February 23, 2012
435 N. MICHIGAN AVENUE                                        Page    8
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | emails with D. LeMay, T. McCormack, R. Kirby regarding litigation stay issues (.6). |  |
| 01/13/12 | D. E. DEUTSCH | Review analysis on lift stay motion (.4); exchange e-mails with James Sottile on draft motion to dismiss certain claims(.3); call with Adam Landis re: various litigation matters (.2); review motion to lift stay re: state law claims (.3); and discuss related research issues with Michael Distefano (.2); exchange e-mails with David LeMay re: meeting with DCL group on same (.2); call with James Sottile re: multiple litigation issues (.3). | 1.90 hrs. |
| 01/13/12 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.40). | 0.40 hrs. |
| 01/13/12 | M. DISTEFANO | Meeting with D. Deutsch re: Noteholder lift stay motion (.2); research on lift stay motion (1.7); | 1.90 hrs. |
| 01/13/12 | R. M. KIRBY | Research concerning procedures and scheduling in multidistrict litigation, as per M. Ashley. | 2.70 hrs. |
| 01/15/12 | M. D. ASHLEY | Reviewed pleadings and correspondence relating to extension of FitzSimons action litigation stay (1.1); emails with R. Kirby regarding same (.1). | 1.20 hrs. |
| 01/15/12 | T. J. MCCORMACK | Review alternatives/options re: stay of FitzSimons case and means to coordinate DCL group re: same and state fraudulent conveyance claims (1.0). | 1.00 hrs. |
| 01/16/12 | T. J. MCCORMACK | Conf. call with Team and J.Sottile all issues regarding alternatives/options for stay of actions (0.8); review legal analysis re: same (0.9); review draft on Committee extension motion (0.2). | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 23, 2012
Page    9

| 01/16/12 | M. D. ASHLEY | Conference call with H. Seife, D. LeMay, T. McCormack, D. Deutsch, J. Sottile regarding extension of FitzSimons action litigation stay (.8); reviewed related legal research materials (1.6); emails with R. Kirby regarding legal research (.3); reviewed draft Committee motion to extend FitzSimons litigation stay (.4). | 3.10 hrs. |
| 01/16/12 | D. E. DEUTSCH | Review weekly state law fraudulent conveyance report (.4); prepare for (.2) and participate in meeting with litigation team and Zuckerman team re: extension of stay (.7). | 1.30 hrs. |
| 01/16/12 | H. SEIFE | Review of draft stay extension motion (1.2); conference call with J.Sottile, D.LeMay regarding scheduling issues and MDL (1.0). | 2.20 hrs. |
| 01/16/12 | D. M. LeMAY | Prepare for (.3) and participate in (.8) conference call of Committee counsel regarding stay of litigation regarding selling shareholders. | 1.10 hrs. |
| 01/17/12 | D. M. LeMAY | Review draft motion to continue litigation stay. | 0.80 hrs. |
| 01/17/12 | H. SEIFE | Telephone conference with J.Sottile regarding lift-stay motion and timing (.6); review Sottile emails regarding timetable (.4); review of revisions to motion (1.1). | 2.10 hrs. |
| 01/17/12 | D. E. DEUTSCH | Review draft motion to extend stay (.4); e-mail James Sottile re: proposed revisions to same (.2); call with James Sottile re: various MDL and related issues (.3); review e-mails from Davis Polk team and others re: stay issues (.4); review revised stay motion mark-up from James Sottile (.4); review e-mails re: timing of stay motion (.3); review final version of draft motion (.3). | 2.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page    10
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 01/17/12 | M. D. ASHLEY | Call with D. LeMay regarding draft motion to extend FitzSimons action litigation stay (.1); revised draft motion to extend FitzSimons action litigation stay and reviewed related materials (1.6); emails with D. LeMay, T. McCormack, J. Sottile regarding FitzSimons stay extension motion (.3). | 2.00 hrs. |
| 01/17/12 | T. J. MCCORMACK | Analysis of options regarding motion to stay (1.0); review Davis Polk draft re: same (0.5); e-mails Zuckerman re: same (0.2). | 1.70 hrs. |
| 01/18/12 | T. J. MCCORMACK | Review draft motion to modify/vacate the MDL transfer order (0.4). | 0.40 hrs. |
| 01/18/12 | M. D. ASHLEY | Call with D. Deutsch, D. Rath regarding objection to MDL conditional transfer order (.1); reviewed factual and legal research materials relating to MDL transfer order (1.0); revised draft objection to MDL transfer order (.6); emails with D. Deutsch, Zuckerman regarding same (.3); emails with M. Roitman, Zuckerman regarding FitzSimons litigation stay extension (.3); reviewed materials relating to FitzSimons litigation stay (.4); emails with Landis Rath regarding Committee MDL corporate disclosure statement (.2); reviewed materials related to same (.3). | 3.20 hrs. |
| 01/18/12 | D. E. DEUTSCH | Exchange e-mails with James Sottile re: lift stay/MDL issue (.3); hold related call with James Sottile (.3); review memorandum to Committee on same (.2) and draft extensive related edits (.4); review draft posting note on lift stay issue (.1) and e-mail Jessica Marrero re: comments on same (.1); review weekly state law fraudulent conveyance report (.3). | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            February 23, 2012
435 N. MICHIGAN AVENUE                                  Page   11
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 01/18/12 | H. SEIFE | Review Foundations withdrawal regarding MDL litigation (.3); emails with Committee regarding MDL litigation (.8). | 1.10 hrs. |
| 01/18/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (1.20). | 1.20 hrs. |
| 01/18/12 | J. MARRERO | Email correspondence with local counsel and Special Counsel re: MDL filings(.4); draft posting to Committee re: same (.8); conference with D.Deutsch and local counsel re: same (.4); revise posting (.3). | 1.90 hrs. |
| 01/18/12 | M. ROITMAN | Review filings in state law constructive fraudulent conveyance actions and revise report on same (1.2) | 1.20 hrs. |
| 01/19/12 | M. D. ASHLEY | Emails with Zuckerman regarding FitzSimons litigation stay (.2); reviewed materials regarding FitzSimons litigation stay extension (.8); revised MDL disclosure statement and reviewed related materials (.6); emails with Landis Rath regarding same (.2); revised draft MDL proposed transfer order and related materials (.9); emails with Zuckerman regarding draft order (.2). | 2.90 hrs. |
| 01/19/12 | M. ROITMAN | Research re: statute of limitations issue related to intentional fraudulent conveyance actions (1.2) | 1.20 hrs. |
| 01/19/12 | T. J. MCCORMACK | Review draft/comments on proposed order for motion to vacate/modify MDL order (0.4). | 0.40 hrs. |
| 01/20/12 | T. J. MCCORMACK | Review DCL group draft of opposition to motion to lift stay (0.4); review comments/analysis re: same (0.5). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 23, 2012
Page    12

| 01/20/12 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.30). | 0.30 hrs. |
| 01/20/12 | M. ROITMAN | Confer with D. Deutsch re: research on statute of limitations issue in connection with dismissal of certain claims (0.2) | 0.20 hrs. |
| 01/20/12 | M. D. ASHLEY | Call with D. LeMay regarding state-law fraudulent conveyance lift-stay motion (.1); reviewed related pleadings and legal research materials (1.3); reviewed draft DCL opposition to Noteholders' lift-stay motion (.6); emails with Zuckerman, Landis Rath regarding same (.3). | 2.30 hrs. |
| 01/20/12 | H. SEIFE | Review of draft opposition to motion to lift stay (1.3); review emails/comments regarding same (.7). | 2.00 hrs. |
| 01/20/12 | D. M. LeMAY | Review DPW draft motion re: state law claims litigation stay (.3) and e-mail J. Sottile and M. Ashley re: same (.4). | 0.70 hrs. |
| 01/20/12 | D. E. DEUTSCH | Review proposed response to stay motion re: state law claims (.2); draft memorandum to Chadbourne and Zuckerman team re: alternative approach (.3). | 0.50 hrs. |
| 01/21/12 | D. E. DEUTSCH | Call with Kevin Lantry re: issues involving dismissal of certain litigation claims (.4); preliminary review of certain related case law (1.1); draft related memorandum to file (.2). | 1.70 hrs. |
| 01/23/12 | D. M. LeMAY | Conference call of DCL proponents counsel regarding response to indenture trustees motion to lift litigation stays (.8) and follow up re same with J. Sottile (.2). | 1.00 hrs. |
| 01/23/12 | T. J. MCCORMACK | Review issues/options re: opposition to stay motion (0.8). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 23, 2012
Page    13

| 01/23/12 | M. ROITMAN | Confer with J. Sottile and D. LeMay re: stay of constructive fraudulent conveyance actions (0.2). | 0.20 hrs. |

| 01/23/12 | M. ROITMAN | Research re: statute of limitations issue related to dismissal of claims (0.1); Confer with D. Deutsch re: same (0.3) | 0.40 hrs. |

| 01/23/12 | M. D. ASHLEY | Emails with Zuckerman regarding DCL response to lift-stay motion (.2); call with D. LeMay, J. Sottile regarding same (.2); reviewed pleadings and correspondence regarding litigation stay issues (.8). | 1.20 hrs. |

| 01/23/12 | H. SEIFE | Review emails regarding opposition to stay motion (.5); review of revised draft of objection (.5). | 1.00 hrs. |

| 01/24/12 | M. D. ASHLEY | Revised draft Committee objection to Noteholders' lift-stay motion and related materials (1.2); emails with Zuckerman regarding same (.2). | 1.40 hrs. |

| 01/24/12 | D. M. LeMAY | Telephone conference from J. Sottile (.3) re: litigation stay issue.  Telephone conference w/Wayne Smith (.3) re: same. E-mail H. Seife re: same (.1). | 0.70 hrs. |

| 01/24/12 | T. J. MCCORMACK | Review drafts of state law claims stay motion opposition (0.8); review Committee draft re: same (0.8). | 1.60 hrs. |

| 01/25/12 | T. J. MCCORMACK | Review comments on draft motion papers concerning stay (0.4). | 0.40 hrs. |

| 01/25/12 | M. ROITMAN | Review filings in state law constructive fraudulent conveyance actions and revise report on same (0.2) | 0.20 hrs. |

| 01/25/12 | M. ROITMAN | Review responses to Noteholders' motion to lift stays of state law constructive fraudulent conveyance actions (0.6); draft email to Committee re: same (0.6); | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page   14
CHICAGO, IL 60611

|          |                 | confer/correspond with D. LeMay re: same (0.2) | |
|----------|-----------------|-----------------------------------------------|-----------|
| 01/25/12 | M. ROITMAN      | Additional research re: statute of limitations issue related to dismissal of claims (2.0); | 2.00 hrs. |
| 01/25/12 | D. BAVA         | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.80). | 0.80 hrs. |
| 01/25/12 | M. D. ASHLEY    | Reviewed Retirees' objection to Noteholders' lift-stay motion and related materials (1.0); emails with Zuckerman regarding lift-stay motion (.2). | 1.20 hrs. |
| 01/25/12 | H. SEIFE        | Conference with D.LeMay regarding litigation stay issue (.5); review of draft objection to motion to lift stay (.6); emails with team regarding same (.4). | 1.50 hrs. |
| 01/26/12 | H. SEIFE        | Review emails regarding lift-stay motion issues. | 0.80 hrs. |
| 01/26/12 | M. ROITMAN      | Research statute of limitations issue related to dismissal of claims (0.2) | 0.20 hrs. |
| 01/26/12 | M. ROITMAN      | Draft email to Committee re: responses to motion to lift stays of state law constructive fraudulent conveyance actions (0.8); confer/correspond with D. LeMay re: same (0.3) | 1.10 hrs. |
| 01/26/12 | T. J. MCCORMACK | Review Retiree objection to motion to lift stay (0.2). | 0.20 hrs. |
| 01/27/12 | M. ROITMAN      | Draft email to Committee re: Aurelius's Objection to Committee's Motion to Extend Stay of Shareholder Action (0.5). | 0.50 hrs. |
| 01/27/12 | D. BAVA         | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.30). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page   15
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 01/27/12 | H. SEIFE | Review of Aurelius objection to motion (.4). | 0.40 hrs. |
| 01/27/12 | T. J. MCCORMACK | Review Aurelius objection to Committee motion to extend stay and evaluate options re: same (0.4); e-mails with Zuckerman re: same (0.2). | 0.60 hrs. |
| 01/27/12 | M. D. ASHLEY | Reviewed Noteholders' objection to Committee stay extension motion and related materials (1.2); emails with Zuckerman regarding same (.3). | 1.50 hrs. |
| 01/29/12 | M. D. ASHLEY | Revised draft Committee reply to Noteholders' objection to stay extension motion and reviewed related materials (1.3); emails with Zuckerman, Landis Rath regarding same (.2). | 1.50 hrs. |
| 01/29/12 | T. J. MCCORMACK | Review draft reply to Aurelius objection on stay issues (0.3). | 0.30 hrs. |
| 01/30/12 | T. J. MCCORMACK | Review revised drafts of submissions on stay motions (0.3). | 0.30 hrs. |
| 01/30/12 | H. SEIFE | Review of Committee revised reply to Aurelius objection. | 0.40 hrs. |
| 01/30/12 | M. D. ASHLEY | Revised draft Committee reply to objection to stay extension motion and reviewed related materials (.8); emails with Landis Rath regarding same (.2). | 1.00 hrs. |
| 01/30/12 | D. E. DEUTSCH | Review draft reply to MDL transfer objection (.2) and related e-mails (.1). | 0.30 hrs. |
| 01/30/12 | M. ROITMAN | Research re: statute of limitations issue related to dismissal of certain claims (2.8) | 2.80 hrs. |
| 01/31/12 | H. SEIFE | Call with Zuckerman regarding MDL litigation (.8); preparation for court hearing on motions (1.1). | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            February 23, 2012
435 N. MICHIGAN AVENUE                                  Page   16
CHICAGO, IL 60611


| 01/31/12 | M. ROITMAN | Draft memorandum re: statute of limitations issue related to dismissal of claims (6.9); Confer with D. Deutsch re: same (0.3). | 7.20 hrs. |
| 01/31/12 | D. E. DEUTSCH | Conference with Marc Roitman to discuss analysis on dismissal of certain claims and related legal issues (.3). | 0.30 hrs. |


**Total Fees for Professional Services..............** $114,029.00


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 8.30 | 7677.50 |
| H. SEIFE | 995.00 | 21.90 | 21790.50 |
| T. J. MCCORMACK | 875.00 | 25.60 | 22400.00 |
| M. D. ASHLEY | 695.00 | 43.60 | 30302.00 |
| D. E. DEUTSCH | 745.00 | 20.70 | 15421.50 |
| D. BAVA | 295.00 | 6.90 | 2035.50 |
| R. M. KIRBY | 595.00 | 2.90 | 1725.50 |
| J. MARRERO | 435.00 | 3.80 | 1653.00 |
| M. DISTEFANO | 435.00 | 1.90 | 826.50 |
| M. ROITMAN | 495.00 | 20.60 | 10197.00 |
| TOTALS | | 156.20 | 114029.00 |