TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through January 31, 2012

Our Matter #19804.021
         PLAN LITIGATION


| Date | Name | Description | Hours |
|---|---|---|---|
| 01/03/12 | M. ROITMAN | Research re: materiality threshold issue (0.4); Correspond with D. LeMay re: same (0.2); Correspond with A. Rosenblatt re: unfair discrimination argument (0.3); Review revised Third Amended Plan and Allocation Dispute Protocol (0.3); Correspond with D. LeMay and A. Rosenblatt re: same (0.2) | 1.40 hrs. |
| 01/03/12 | A. ROSENBLATT | Meet with LeMay re: research in connection with unfair discrimination issues (.4); meet with Daucher re: same (.5); review Disclosure Statement to prepare for meeting with Seife re: allocation issue (.9); call with J. Boelter re: confirmation and allocation dispute scheduling issues (.3); review revised unfair discrimination argument with new quantitative analysis (.8); review gifting cases (1.1); review proposed changes to plan and allocation dispute sent from Sidley and discuss with LeMay (.7); emails with Roitman re: same (.2); emails from Sottile re: MDL status and issues raised by noteholders (.3). | 5.20 hrs. |
| 01/03/12 | D. M. LeMAY | Review Sidley proposed amendments to Plan and Allocation Dispute Protocol (2.1). E-mails to C&P team re: same (.3). | 2.40 hrs. |
| 01/03/12 | Y. YOO | Reviewed new caselaw development on court's jurisdictional authority over plan confirmation (.7). | 0.70 hrs. |
| 01/03/12 | H. SEIFE | Review of proposed plan amendments (.6) and revised timeline (.5). | 1.10 hrs. |
| 01/03/12 | E. DAUCHER | Research re: gifting issues (2.2); review plans, disclosure statements and other documents of record re: same (2.5). | 4.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      February 23, 2012
435 N. MICHIGAN AVENUE                             Page    2
CHICAGO, IL 60611


| 01/04/12 | M. ROITMAN | Conference call with DCL co-proponents re: revised Third Amended Plan (1.0); Revise argument in response to unfair discrimination objection (1.3); Confer/correspond with D. LeMay and A. Rosenblatt re: same (0.7); Meet with H. Seife and A. Rosenblatt re: same (0.5); Meet with A. Rosenblatt and E. Daucher re: case law analysis in connection unfair discrimination (0.4) | 3.90 hrs. |
|---|---|---|---|
| 01/04/12 | H. SEIFE | Conference call with DCL group regarding plan modifications and timeline (1.0); review of revised unfair discrimination argument and revised draft (1.3); conference with A.Rosenblatt regarding same (.7). | 3.00 hrs. |
| 01/04/12 | E. DAUCHER | Further research re: gifting doctrine (.5); discuss same with A. Rosenblatt (.4). | 0.90 hrs. |
| 01/04/12 | D. M. LeMAY | Co-proponent call regarding proposed schedule. | 0.90 hrs. |
| 01/04/12 | A. ROSENBLATT | Review proposed revised timeline for allocation dispute and confirmation sent from Sidley (.5); meeting with LeMay and Roitman re: revised plan timeline and allocation dispute issues (.2); meeting with LeMay and Roitman before DCL call re: allocation dispute timing (.3); call with LeMay and Bendernagel re: timing issues and plan strategy (.3); meeting with LeMay re: unfair discrimination issue (.3); review allocation dispute protocol changes (.3); participate on DCL Plan Proponent call re: allocation and confirmation hearing timing (.9); call with J. Teitelbaum re: same (.5); prepare for meeting with Seife to discuss/challenge allocation dispute analysis (.5); meeting with Seife re: allocation | 4.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| Date | Person | Description | Hours |
|---|---|---|---|
| | | dispute/unfair discrimination issue (.6); post-meeting with Roitman and Daucher re: research on related issues (.3). | |
| 01/05/12 | A. ROSENBLATT | Multiple meetings with Seife, LeMay and Roitman re: unfair discrimination argument, Seife's comments to same, alternative arguments etc. (1.6); emails with DCL Plan Proponents re: allocation timeline and related issues (.5); review Brian Whitman recovery chart referenced by noteholders and compare to Moelis proposed chart (.6); outline additional arguments that should be included in unfair discrimination section (.6) and review prior DCL brief (.4). | 3.70 hrs. |
| 01/05/12 | M. ROITMAN | Revise proposed response to unfair discrimination argument (0.4); Confer with H. Seife, A. Rosenblatt and D. LeMay re: same (0.7) | 1.10 hrs. |
| 01/05/12 | D. M. LeMAY | Follow-up call of co-proponents regarding scheduling for allocation and confirmation disputes. | 0.80 hrs. |
| 01/05/12 | H. SEIFE | Review of revised memo on plan allocation (1.2); conference with D.LeMay, A.Rosenblatt regarding plan confirmation issues (1.0); review of Aurelius scheduling proposal (.4). | 2.60 hrs. |
| 01/06/12 | H. SEIFE | Conference call with DCL group regarding scheduling (.8); review of proposed revised timeline (.8); review emails regarding unfair discrimination argument (.5) review and revised memo on unfair discrimination (1.2). | 3.30 hrs. |
| 01/06/12 | M. D. ASHLEY | Reviewed pleadings relating to status of confirmation proceedings (.6). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 23, 2012
435 N. MICHIGAN AVENUE                               Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 01/06/12 | D. M. LeMAY | Co-proponent call regarding scheduling and Wednesday's hearing (.9). Review Akin draft schedule (.3). | 1.20 hrs. |
| 01/06/12 | M. ROITMAN | Conference call with DCL Co-Proponents re: confirmation and allocation dispute protocol (0.8); call with J. Teitelbaum and A. Rosenblatt re: same (0.3); Conference call with DCL Co-Proponents re: revisions to confirmation scheduling order (0.6); Confer with C&P team after call (0.2); Correspond with H. Seife re: same (0.4) | 2.30 hrs. |
| 01/06/12 | A. ROSENBLATT | Review proposed Noteholder timetable for allocation dispute and confirmation (.4); participate on DCL Plan Proponent call re: confirmation scheduling and strategy issues (.8); follow-up call with Sidley re: same (.5); review revised allocation and confirmation timelines circulated by Sidley (.3); participate on second DCL Plan Proponent call re: confirmation scheduling issues (.8); review Sidley further revised timeline following second DCL call (.3); review M. Roitman summary of calls and status of scheduling issues (.3); review schedules sent from Sidley to all parties in interest setting forth DCL Plan Proponents proposed allocation dispute and confirmation schedules (.3). | 3.70 hrs. |
| 01/07/12 | M. ROITMAN | Revise proposed response to unfair discrimination objection (4.1). | 4.10 hrs. |
| 01/09/12 | M. ROITMAN | Revise proposed response to unfair discrimination objection (6.2); Confer/correspond with S. Sistla re: subordination scenarios (0.4); Conference call (morning) with DCL co-proponents re: discussions with Noteholders in connection with allocation dispute scheduling (0.7); confer with D. LeMay and A. | 9.70 hrs. |

|            |               |                                                                                                                                                                                                                                                                                                                           |            |
|------------|---------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |               | Rosenblatt following call (0.5); Conference call with J. Sottile re: same (0.3); Conference call (afternoon) with DCL co-proponents re: confirmation and allocation disputes (0.6); Conference call with all case parties re: Judge's request that parties attempt to reach agreement on scheduling with respect to allocation disputes and disclosure/confirmation (1.0). |            |
| 01/09/12   | D. M. LeMAY   | Call with co-proponents regarding schedule and Wednesday hearing (.9).  Review revised Akin Gump materials (.4). Follow-up call with co-proponents regarding confirmation schedule (.8).  Meet and confer conference call with all main case parties re scheduling (.9). Telephone call w/J. Sottile (.2) and J. Bendernagel (.2) regarding scheduling. | 3.40 hrs.  |
| 01/09/12   | A. ROSENBLATT | Participate on call with DCL Proponents re: allocation and confirmation issues (.9); calls with J. Sottile and J. Bendernagel re: scheduling and confirmation issues (1.5); meeting with Roitman re: status of revised unfair discrimination argument and brief (.8); participate on follow-up call with DCL Proponents (.7) and review revised allocation and confirmation schedule in connection with same (.5); review Noteholder revised schedule (.6) and participate on call with all parties in interest re: same (.9); meet with Roitman re: Moelis exhibit and disclosing same to Noteholders (.5). | 6.40 hrs.  |
| 01/09/12   | H. SEIFE      | Review of draft Akin schedule (.5); conference with D.LeMay regarding plan issues (1.2); conference call with DCL group regarding plan issues (.9); preparation for court hearing (1.2); various conferences with | 4.50 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page    6
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                                                                                                                                                                       |            |
|------------|----------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | team regarding scheduling (.7).                                                                                                                                                                                                                                                                                                                                        |            |
| 01/10/12   | H. SEIFE       | Review of revised timelines (.8); conference calls with DCL proponents on scheduling issues (1.1); preparation for court hearing (1.1); review of revised court submissions (.8); review of Aurelius submission (.6).                                                                                                                                                   | 4.40 hrs.  |
| 01/10/12   | M. D. ASHLEY   | Call with T. McCormack regarding confirmation allocation dispute issues (.2); reviewed draft DCL scheduling statement and related materials (.8); reviewed Wilmington Trust's papers on motion to appeal and related materials (1.2).                                                                                                                                    | 2.20 hrs.  |
| 01/10/12   | D. M. LeMAY    | Review draft DCL Co-proponent court filling on scheduling(.8). Conference call of DCL counsel regarding same (.9).  Prepare for tomorrow's hearing (.6).                                                                                                                                                                                                                | 2.30 hrs.  |
| 01/10/12   | D. M. LeMAY    | Review WTC Motion for Leave to Appeal re decision on subordination (.8) and conference with M. Roitman (.3) regarding same.                                                                                                                                                                                                                                             | 1.10 hrs.  |
| 01/10/12   | A. ROSENBLATT  | Review revised allocation and confirmation schedule and pleading in advance of DCL Proponent call (.5); participate on call with DCL proponents re scheduling (1.0); meet with and provide comments to Roitman re: unfair discrimination argument brief (1.2); call with J. Teitelbaum re: update about scheduling call and related issues (.4); review updated Moelis recovery chart and pose questions/comments to same (.6); review proposed scheduling order sent from Sidley (.6); final preparation for scheduling hearing (.5). | 4.80 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page    7
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 01/10/12 | J. MARRERO | Review WTC notice of appeal and related filings (.7); draft email summary to C&P internal team re: same (.6). | 1.30 hrs. |
| 01/10/12 | M. ROITMAN | Review and revise draft scheduling pleading (0.5); correspond with DCL co-proponents re: same (0.2); Draft email to Committee re: same (0.6); Conference call with DCL co-proponents re: confirmation and allocation disputes (0.7); confer with C&P team following call (0.2); Revise proposed response to unfair discrimination objection (0.7); meet with A. Rosenblatt re: same (0.4); Review Wilmington Trust's Motion for Leave to File Appeal re decison on subordination (1.1). | 4.40 hrs. |
| 01/10/12 | T. J. MCCORMACK | Review/analyze issues raised by potential allocation dispute and efforts to define any factual dispute for resolution at hearing (0.9); confer M. Ashley re: same (0.2); review WTC motion on leave to appeal (0.5). | 1.60 hrs. |
| 01/11/12 | T. J. MCCORMACK | Review/analyze issues on allocation dispute and discovery/evidentiary issues regarding same (0.8); confer M. Ashley re: same (0.2). | 1.00 hrs. |
| 01/11/12 | D. M. LeMAY | Prepare for hearing (1.1). Meeting of Co-proponents at RLF in preparaton for hearing (1.2). Participate in hearing in USBC (1.9) and related court-directed negotiations regarding confirmation scheduling (1.8). | 6.00 hrs. |
| 01/11/12 | M. ROITMAN | Meet with Co-Proponents in advance of hearing (1.3); Attend hearings in Bankruptcy Court re: confirmation and allocation dispute scheduling (1.8); confer with case parties during recess to discuss confirmation scheduling (1.7); Draft email to Committee reporting on hearing (0.9);confer | 7.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 23, 2012
435 N. MICHIGAN AVENUE                               Page    8
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | with D. LeMay re: same (0.3); correspond with H. Lamb re: same (0.2); Revise proposed response to unfair discrimination objection (1.1). |  |
| 01/11/12 | A. ROSENBLATT | Meet with Co-Proponents in advance of hearing (1.3); Attend hearings in Bankruptcy Court re: confirmation and allocation dispute scheduling (1.8); confer with case parties during recess to negotiate confirmation schedule (1.7); review email to Committee reporting on hearing (0.2); discuss with Roitman proposed response to unfair discrimination objection (.4). | 5.40 hrs. |
| 01/11/12 | J. MARRERO | Review WTC Appeal filings and draft posting to Committee re: same (0.9). | 0.90 hrs. |
| 01/11/12 | D. E. DEUTSCH | Attend confirmation scheduling/other matter hearing (1.7). | 1.70 hrs. |
| 01/11/12 | M. D. ASHLEY | Reviewed pleadings and correspondence relating to confirmation allocation dispute issues (.7); conference with T.McCormack regarding allocation dispute discovery (.1); reviewed draft memo regarding allocation dispute arguments (.6). | 1.40 hrs. |
| 01/11/12 | H. SEIFE | Attend part of hearing before Judge Carey on scheduling (telephone appearance) (1.1); review of motion and notice of appeal (1.2); review of email with confirmation schedule (.4). | 2.70 hrs. |
| 01/12/12 | H. SEIFE | Review of revised draft scheduling order (.6); review emails among parties regarding change in confirmation hearing dates (.3); conference with D.LeMay and A.Rosenblatt regarding plan issues (discrimination) (1.2). | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 23, 2012
Page   9

| | | | |
|---|---|---|---|
| 01/12/12 | M. D. ASHLEY | Meeting with D. LeMay, A. Rosenblatt, M. Roitman regarding allocation dispute unfair discrimination issues (.6); reviewed materials regarding unfair discrimination issues (.6); emails with T. McCormack regarding same (.2); reviewed DCL confirmation scheduling materials (.4). | 1.80 hrs. |
| 01/12/12 | J. MARRERO | Review Notice of Appeal and related filings (0.6); draft email re: same to C&P team (0.4). | 1.00 hrs. |
| 01/12/12 | D. M. LeMAY | Review and comment on proposed scheduling order. | 1.30 hrs. |
| 01/12/12 | A. ROSENBLATT | Review proposed scheduling order following court hearing (.7); additional work on unfair discrimination argument analysis (1.1) and discuss recovery calculations with LeMay and Roitman (.3); review emails re: Zensky request to change confirmation hearing dates (.2); review lift stay motion filed by trustees re: state law fraudulent conveyance claims (.4); emails with Sidley re: scope of discovery as to retirees and others as per proposed scheduling order (.3). | 3.00 hrs. |
| 01/12/12 | M. ROITMAN | Draft analysis of issues in connection with Wilmington Trust's motion for leave to appeal decision on subordination (1.1); confer with D. LeMay re: same (0.2); Revise proposed response to unfair discrimination objection (1.4); revise summary chart in connection with same (1.3); confer with S. Sistla re: same (0.1); Confer with A. Rosenblatt and D. LeMay re: same (1.0). | 5.10 hrs. |
| 01/12/12 | T. J. MCCORMACK | Review discovery/strategy issues regarding allocation issues and potential evidentiary issues for hearing (1.0). | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page   10
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 01/13/12 | M. ROITMAN | Confer/correspond with A. Rosenblatt re: unfair discrimination subordination scenarios (0.3); review draft discovery and scheduling order (0.2) | 0.50 hrs. |
| 01/13/12 | A. ROSENBLATT | Work on recovery chart for H. Seife review (.9); review scope of discovery related to unfair discrimination issue in proposed scheduling order (.4); review comments on unfair discrimination brief (.4). | 1.70 hrs. |
| 01/13/12 | D. M. LeMAY | Further work on unfair discrimination brief. | 2.10 hrs. |
| 01/13/12 | H. SEIFE | Review of schedule regarding plan discrimination materiality (.8); review of drafts regarding plan process schedule (1.2). | 2.00 hrs. |
| 01/14/12 | H. SEIFE | Review of mark-ups of scheduling order. | 0.60 hrs. |
| 01/16/12 | A. ROSENBLATT | Review Akin comments to scheduling order (.4); review other comments circulated by DCL Plan Proponents (.3); review revised scheduling order circulated by Sidley (.4). | 1.10 hrs. |
| 01/16/12 | H. SEIFE | Review of emails regarding discovery (.5); review of revised order on scheduling (.7). | 1.20 hrs. |
| 01/17/12 | H. SEIFE | Review of revisions to scheduling order (.6); conference with A.Rosenblatt regarding discrimination analysis (.4); review of Schaible email on discovery (.4); review Bradford email on discovery (.2); review of DPW email regarding scheduling (.8); review of revised draft recovery chart (1.1). | 3.50 hrs. |
| 01/17/12 | D. E. DEUTSCH | Review materials on appeal deadlines and related matters (.2); call with Dan Rath re: same (.2); e-mail James Bendernagel re: appeal issue (.2). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page   11
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 01/17/12 | A. ROSENBLATT | Review additional changes to proposed scheduling order and comments received from other parties in interest (1.0); discuss recovery chart and analysis with Seife and LeMay (.3); revise and remit updated Recovery Chart to DCL Plan Proponents (.6); emails with Roitman and E. Vonnegut re: questions about same (.5). | 2.40 hrs. |
| 01/17/12 | D. M. LeMAY | Review revised scheduling order (.5); conference with H.Seife and A.Rosenblatt re: same (.3). | 0.80 hrs. |
| 01/17/12 | M. ROITMAN | Revise subordination scenario recovery chart (1.3); Meet with H. Seife, D. LeMay and A. Rosenblatt re: same (0.3); confer/correspond with S. Sistla re: same (0.2); Correspond with DCL Co-Proponents re: same (0.5); Revise proposed response to unfair discrimination objection (1.0) | 3.30 hrs. |
| 01/17/12 | R. J. GAYDA | Review transcript from Disclosure Statement hearing in similar large Ch 11 case (1.7); review case docket and debtors' motion regarding vacatur of September order denying confirmation (1.1). | 2.80 hrs. |
| 01/18/12 | M. ROITMAN | Confer/correspond with E. Vonnegut re: subordination scenario recovery chart (0.3); Conference Call with Moelis team re: recovery scenarios (0.5); call with S. Sistla re: recovery chart (0.3); Conference call with J. Johnston and A. Rosenblatt re: same (0.2); Revise subordination scenario recovery chart (2.4); Revise proposed response to unfair discrimination objection (4.7); confer with A. Rosenblatt re: same (0.3). | 8.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page   12
CHICAGO, IL 60611


| 01/18/12 | A. ROSENBLATT | Meetings with Roitman re recovery chart issues (.6); call with Moelis re: same and assumptions to use in chart (.5); call with J. Johnston re: questions and comments to recovery chart (.3); emails from Sidley re: open unresolved issues to scheduling order based on comments from parties in interest (.3); call with J. Boelter re scheduling order and discovery dispute with noteholders re: scope of same (.4); review order (.3) and update C&P team re: status of order (.4). | 2.80 hrs. |

| 01/18/12 | H. SEIFE | Review of Sidley emails regarding open issues (.6); review comments/revisions to order (.9); emails with DCL group regarding scheduling issues (1.2). | 2.70 hrs. |

| 01/19/12 | H. SEIFE | Conference with A.Rosenblatt regarding subordination issues (.5); review of revised analysis/chart on subordination (.8); review of revised order (.7). | 2.00 hrs. |

| 01/19/12 | A. ROSENBLATT | Participate on call with Z. Jamal and Roitman re: calculations for recovery chart and related issues (.5); emails from Sidley re: update on scheduling order and resolution of open issues (.3); review final proposed scheduling order (.3); review draft order sent from Zuckerman to modify transfer order in MDL proceeding (.2); emails (.2) and call (.4) with E. Vonnegut with comments to revised recovery chart; meeting with Roitman re: same (.3). | 2.20 hrs. |

| 01/19/12 | D. E. DEUTSCH | Review materials on stays and appeal issue (.7); related call with James Sottile (.4); exchange e-mails with James Bendernagel re: status of draft appeal response (.2). | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page   13
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 01/19/12 | M. ROITMAN | Revise subordination scenario recovery chart (0.8); Call with Z. Jamal, A. Rosenblatt re: same (0.4); call with E. Vonnegut and A. Rosenblatt re: same (0.3); Revise brief in response to unfair discrimination objection (1.3); Meet with A. Rosenblatt re: same (0.4). | 3.20 hrs. |
| 01/19/12 | R. J. GAYDA | Review relevant decision in similar Ch 11 case. | 0.60 hrs. |
| 01/20/12 | T. J. MCCORMACK | Review Noteholders' motion to dismiss their appeal (0.2); review DCL opp. brief on WTC leave to appeal (0.5); review discovery requests on allocation dispute (0.8). | 1.50 hrs. |
| 01/20/12 | A. ROSENBLATT | Meet with LeMay and Roitman re: unfair discrimination issues (.3); review latest recovery chart (.3) and call with Davis Polk re: same (.3); meet with Roitman re: revising chart and finalizing same for distribution to DCL proponents (.6); review and provide comments on legal argument supporting recovery chart (.7); call with Sottile re: Sidley argument in support of plan treatment of other parent creditors (.3); review draft objection to motion of WT for leave to appeal (.6). | 3.10 hrs. |
| 01/20/12 | M. ROITMAN | Revise subordination scenario recovery chart (0.3); Confer/correspond with S. Sistla re: same (0.3); Meet with D. LeMay and A. Rosenblatt re: same (0.5); Revise brief in opposition to unfair discrimination objection (0.6); Call with J. Sottile and A. Rosenblatt re: same (0.2); Review draft objection to WTC motion for leave to appeal (0.5); confer/correspond with Sidley team re: same (0.2); Meet with D. LeMay re: same (0.3); Research re: finality issue(1.9). | 4.80 hrs. |

| | | | |
|---|---|---|---|
| 01/20/12 | M. ROITMAN | Correspond with J. Marrero and D. LeMay re: Wilmington Trust discovery requests (0.3) | 0.30 hrs. |
| 01/20/12 | J. MARRERO | Draft posting to Committee re discovery requests (0.6); draft posting to Committee re DCL Objection to WTC Motion to Appeal (0.5); draft email to internal team re withdrawal of Noteholders' Motion to Appeal (0.6). | 1.70 hrs. |
| 01/20/12 | D. M. LeMAY | Review discovery requests to Committee from various parties (1.1).  Review and comment on draft Objection to WTC Motion for Leave to Appeal (1.3) and e-mails to M. Roitman and M. Ashley re: same (.4).  Review 3rd Circuit case on confirmation issue (1.0). | 3.80 hrs. |
| 01/20/12 | H. SEIFE | Review of appeal dismissal (.3); review of discovery requests (1.1); emails with team regarding discovery responses (.8). | 2.20 hrs. |
| 01/20/12 | M. D. ASHLEY | Calls with D. LeMay regarding objection to Wilmington Trust's motion for leave to appeal confirmation rulings (.2); reviewed draft DCL objection to WTC's appeal motion and related materials (2.3); emails with team regarding motion for leave to appeal (.4); reviewed materials regarding potential allocation dispute discovery (.6). | 3.50 hrs. |
| 01/20/12 | D. E. DEUTSCH | Review draft objection re: appeal (.5); draft lengthy posting note/memorandum to Committee on same (.6). | 1.10 hrs. |
| 01/21/12 | T. J. MCCORMACK | Review e-mails/correspondence re: discovery requests directed to allocation issues (0.5); e-mails M. Ashley re: same (0.2). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      February 23, 2012
435 N. MICHIGAN AVENUE                             Page   15
CHICAGO, IL 60611

| 01/21/12 | A. ROSENBLATT | Review various discovery requests served on Committee (.8); review Ashley comments to objection to WTC leave to appeal brief (.4); emails with LeMay, Ashley, Roitman and others re: same (.4). | 1.60 hrs. |
|---|---|---|---|
| 01/21/12 | D. E. DEUTSCH | Review various plan discovery-related requests (.4); e-mail Marc Ashley re: follow-up on same (.1). | 0.50 hrs. |
| 01/21/12 | J. MARRERO | Review discovery requests and draft posting to Committee re same | 0.80 hrs. |
| 01/22/12 | M. ROITMAN | Research re: finality issue (1.4); Correspond with M. Ashley and D. LeMay re: same (0.8); Revise draft objection to Wilmington Trust motion for leave to appeal (2.5). | 4.70 hrs. |
| 01/22/12 | T. J. MCCORMACK | Review M. Ashley comments on motion for leave to appeal by WTC and Debtor analysis of same (0.7); review additional comments/analysis re: same (0.5); review e-mails from M.Ashley and D.LeMay re: finality issues (0.8); review discovery issues on allocation and related issues (0.2). | 2.20 hrs. |
| 01/22/12 | M. D. ASHLEY | Reviewed allocation dispute discovery requests and related pleadings (1.6); emails with T. McCormack, R. Kirby regarding allocation dispute discovery (.3); reviewed draft DCL objection to Wilmington Trust's motion to appeal confirmation rulings and related legal research materials (3.4); emails with D. LeMay, T. McCormack, M. Roitman regarding draft DCL objection (.5). | 5.80 hrs. |
| 01/23/12 | M. D. ASHLEY | Revised drafts of DCL objection to WTC's appeal motion and reviewed related materials (1.9); emails with D. LeMay, M. Roitman regarding drafts of DCL objection (.3); reviewed allocation dispute discovery requests and related | 5.90 hrs. |

|  |  |  |  |
|---|---|---|---|
|  |  | pleadings (1.1); reviewed drafts of summary of allocation dispute discovery requests (.5); emails with R. Kirby regarding allocation dispute discovery (.4); reviewed Noteholders' letter regarding allocation dispute issues (.3); call with T. McCormack regarding allocation dispute issues (.2); meeting with D. LeMay, A. Rosenblatt, M. Roitman regarding allocation dispute discovery responses (.6); conference call with DCL group regarding allocation dispute and confirmation issues (.6). |  |
| 01/23/12 | H. SEIFE | Review of comments to draft objection to leave to appeal (.8); review of revised draft (.4); work on confirmation issues (.8). | 2.00 hrs. |
| 01/23/12 | A. ROSENBLATT | Call with Sottile re: recovery chart and unfair discrimination issue (.3); participate on DCL plan proponent call re: discovery, allocation disputes, motion from relief from stay to prosecute state law claims and confirmation (.7); review stay relief motion (.4);  call with Bendernagel re: unfair discriminating argument and related issues (.3); work on unfair discrimination argument (.8); meet with Roitman re: same (.3); meeting with LeMay to provide update on allocation dispute issues (.4); compare discovery request served on Committee against allocation dispute order and scope of discovery permitted (.4); review draft response of objection to Indenture Trustee motion for leave to appeal (.5); meet with LeMay, Roitman and Ashley re: discovery requests (.5). | 4.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page   17
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 01/23/12 | T. J. MCCORMACK | Review issues concerning potential objection to WTC motion for leave to appeal (0.7); review DCL group opposition and mark-ups re: same (1.2); review allocation discovery analysis and confer M. Ashley re: same (0.9). | 2.80 hrs. |
| 01/23/12 | J. MARRERO | Calls/emails to Committee members re: objection to motion to appeal PHONES decision (1.7); follow up with Committee Co-Chair re same (0.3); conference with Committee member re: same (0.3). | 2.30 hrs. |
| 01/23/12 | J. MARRERO | Conference with D.Bava re: appeal schedule (.2); draft memorandum re: appeal issue/next steps (1.4); conference with Local Counsel re: same (.4); conference with D.Deutsch re: same (.2). | 2.20 hrs. |
| 01/23/12 | D. E. DEUTSCH | Review update from Jessica Marrero re: Committee approval on filing appeal pleading (.2); exchange e-mails with David LeMay re: same (.2); review discovery requests made to the Committee (.4); exchange e-mails with Jessica Marrero and, in part, David LeMay re: posting of discovery requests for Committee review (.4). | 1.20 hrs. |
| 01/23/12 | R. M. KIRBY | Review and draft memorandum on document requests served in connection w/Allocation Disputes, as per M. Ashley. | 4.50 hrs. |
| 01/23/12 | M. ROITMAN | Review discovery requests (0.4); Review discovery and scheduling order (0.2); Meet with D. LeMay, A. Rosenblatt and M. Ashley re: same (0.5) | 1.10 hrs. |
| 01/23/12 | M. ROITMAN | Call with DCL co-proponents re: confirmation and allocation disputes (0.6); Revise brief in opposition to unfair discrimination objection (1.1); Call with A. Rosenblatt and J. Bendernagel re: same (0.3); Correspond with Moelis team re: | 5.60 hrs. |

|            |              |                                                                                                                                                                                                                                                                                                                                                                                                                          |            |
|------------|--------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |              | subordination scenario recovery chart (0.2); Meet with A. Rosenblatt re: same (0.3); Revise draft objection to Wilmington Trust motion for leave to appeal (1.4); Confer/correspond with M. Ashley and D. LeMay re: same (0.3); Draft email to Committee re: same (0.9); meeting with A.Rosenblatt and M.Ashley re: allocation dispute discovery (0.5).                                                                        |            |
| 01/23/12   | D. M. LeMAY  | Review proposed edits to WTC appeal objection (.5). Review D. Golden letter regarding recovery chart (.3).                                                                                                                                                                                                                                                                                                                  | 0.80 hrs.  |
| 01/24/12   | M. ROITMAN   | Review and comment upon draft objection to Wilmington Trust motion for leave to appeal (0.6); Review Debtors' draft recovery chart (0.5); correspond with Moelis team re: same (0.3); Revise subordination scenario recovery chart (1.4); Meet with A. Rosenblatt re: same (0.3); Call with A. Rosenblatt and G. Novod re: same (0.2); Call with A. Rosenblatt and D. Bradford re: same (0.3); Revise brief in opposition to unfair discrimination objection (0.7); Confer with A. Rosenblatt re: same (0.3). | 4.60 hrs.  |
| 01/24/12   | R. J. GAYDA  | Review relevant pleadings filed in similar large Ch 11 case (1.3).                                                                                                                                                                                                                                                                                                                                                        | 1.30 hrs.  |
| 01/24/12   | D. M. LeMAY  | Multiple e-mails w/A. Rosenblatt and M. Roitman regarding Subordination scenario chart.                                                                                                                                                                                                                                                                                                                                   | 0.70 hrs.  |
| 01/24/12   | J. MARRERO   | Revise case calendar re: PHONES appeal process (0.5); conference with D.Bava re: same (0.3); email correspondence with Local Counsel re: same (0.3) draft email to D.Deutsch and M.Roitman re: PHONES appeal process (0.2); conference with D.Deutsch re: same (0.2).                                                                                                                                                        | 1.50 hrs.  |

| Date | Name | Description | Hours |
|---|---|---|---|
| 01/24/12 | T. J. MCCORMACK | Analyze recovery scenarios (0.5). | 0.50 hrs. |
| 01/24/12 | A. ROSENBLATT | Review Debtors' draft Recovery Chart (.5); final revisions to, and send out, revised Recovery Chart to DCL Group (1.4); call with Davis Polk re: same (.3); email to Akin and other interested parties remitting Recovery Chart (.5); multiple calls with D. Golden re: same (.8); call with D. Bradford re: same (.3); call with G. Novad re: same (.3); discussions with Roitman re: alternative recovery analyses to run in light of requests by Golden and others (.6); review emails from Bradford with proposed language to insert into Recovery Chart (.3). | 5.00 hrs. |
| 01/24/12 | H. SEIFE | Telephone conferences with team regarding objection to WTC motion for leave to appeal. | 0.70 hrs. |
| 01/24/12 | H. SEIFE | Review of revised discovery chart. | 0.70 hrs. |
| 01/24/12 | M. D. ASHLEY | Reviewed materials relating to allocation dispute discovery issues (1.3); emails with R. Kirby regarding allocation dispute discovery responses (.2); emails with D. LeMay, M. Roitman regarding allocation dispute issues (.3). | 1.80 hrs. |
| 01/25/12 | M. D. ASHLEY | Conference call with A. Rosenblatt, M. Roitman, Z. Jamal (Moelis) regarding allocation dispute hearing issues (.5); reviewed materials relating to allocation dispute issues (.8); reviewed draft Committee allocation dispute discovery responses and objections (.6); emails with R. Kirby regarding allocation dispute discovery (.2); reviewed objections to WTC's motion to appeal confirmation ruling and related materials (1.3). | 3.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page   20
CHICAGO, IL 60611


| | | | |
|---|---|---|---|
| 01/25/12 | H. SEIFE | Review of Sidley letter regarding scheduling order (.4); review of revised objection to WTC motion for leave to appeal (.8). | 1.20 hrs. |
| 01/25/12 | A. ROSENBLATT | Conference call with Z. Jamal , Roitman and Ashley re: unfair discrimination allocation dispute and related discovery (.5); call with D. Golden re: additional questions about Recovery Chart, assumptions contained therein, etc. (.4); review revised subordination recovery chart (.4); consider additional substantive arguments to make to support unfair discrimination argument in light of discussions with Golden and outline same (1.0); discuss same with Roitman (.5); review draft objection to Wilmington Trust lift stay motion prepared by Teitelbaum and forward same to Seife, LeMay and others (.5); confer with Zuckerman re: same (.2); emails with Moelis re: turning over recovery model (.3). | 3.80 hrs. |
| 01/25/12 | R. M. KIRBY | Drafting responses and objections to Aurelius's document requests relating to the Allocation Disputes, as per M. Ashley. | 5.90 hrs. |
| 01/25/12 | M. ROITMAN | Conference call with Z. Jamal, A. Rosenblatt, M. Ashley re: unfair discrimination allocation dispute and related discovery (0.5); Conference call with A. Rosenblatt and D. Golden re: subordination scenario recovery chart (0.4); Revise subordination scenario recovery chart (1.7); Meet with A. Rosenblatt re: same (0.4); Confer/correspond with S. Sistla re: subordination scenario recvovery chart (0.4); Draft email to Committee re: objections to Wilmington Trust's Motion for Leave to Appeal (0.4). | 3.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           February 23, 2012
435 N. MICHIGAN AVENUE                                  Page   21
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 01/25/12 | R. J. GAYDA | Review information regarding decision issued by Judge Walrath in similar large Ch 11 case (.8); email correspondence with team re same (.4). | 1.20 hrs. |
| 01/26/12 | D. M. LeMAY | Review draft discovery responses (1.1). Conference w/M. Ashley and M. Roitman regarding same (.3). | 1.40 hrs. |
| 01/26/12 | R. M. KIRBY | Revising draft responses and objections to Aurelius's discovery requests concerning the Allocation Disputes, as per M. Ashley (2.3); drafting responses and objections to Retirees' discovery requests concerning the Allocation Disputes (2.8); drafting responses and objections to Wilmington Trust's discovery requests concerning the Allocation Disputes (1.9). | 7.00 hrs. |
| 01/26/12 | M. ROITMAN | Call with J. Boelter, D. Twomey, A. Rosenblatt re: subordination scenario recovery chart (0.9); confer with A. Rosenblatt following call (0.4); Revise subordination scenario recovery chart (0.8); Revise brief in opposition to unfair discrimination objection (0.7). | 2.80 hrs. |
| 01/26/12 | T. J. MCCORMACK | Review draft Committee document discovery responses (0.6). | 0.60 hrs. |
| 01/26/12 | A. ROSENBLATT | Prepare for call with Sidley re: recovery chart issues (.3); Call with Sidley re: unfair discrimination issues, recovery chart and related confirmation issues (.9); confer with Roitman after the call (.4); call to Akin re: recovery chart issue (.2); call with Lantry re: service and possible disclosure issues concerning allocation dispute order (.4); review Dewey objection to discovery requests (.2) and confer with Ashley re: same (.2); review emails re: Committee response to lift stay motion (.4).. | 3.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page    22
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 01/26/12 | H. SEIFE | Review of draft response to Aurelius document request (.4); review of email comments to same (.4). | 0.80 hrs. |
| 01/26/12 | M. D. ASHLEY | Call with D. Rath regarding allocation dispute discovery responses (.5); meetings with R. Kirby regarding draft Committee allocation dispute discovery responses and objections (.3); revised draft Committee allocation dispute discovery objections and reviewed reviewed materials (2.2); emails with D. LeMay, Landis Rath, R. Kirby regarding Committee discovery responses and objections (.7). | 3.70 hrs. |
| 01/27/12 | M. D. ASHLEY | Revised draft Committee allocation dispute discovery responses and objections (1.3); emails with D. LeMay, A. Rosenblatt, R. Kirby regarding draft discovery responses (.9); call with A. Rosenblatt regarding same (.1); meetings with R. Kirby regarding revisions to draft responses (.3). | 2.60 hrs. |
| 01/27/12 | H. SEIFE | Review of objections to numerous document requests (1.2); review of discovery objections of other parties (.8). | 2.00 hrs. |
| 01/27/12 | A. ROSENBLATT | Review draft discovery objection sent from Ashley (.4); multiple emails with Ashley re: discovery objection and bases of same (.4); begin to review revised unfair discrimination brief provided by Roitman (.8); review recovery chart including litigation trust recoveries (.6); confer with Roitman re: same (.5); review discovery objections filed by parties in interest (.7). | 3.40 hrs. |
| 01/27/12 | M. ROITMAN | Review subordination scenario recovery chart modeling litigation trust recoveries (0.7); confer/correspond with S. Sistla re: same (0.5); Revise brief in | 4.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      February 23, 2012
435 N. MICHIGAN AVENUE      Page    23
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| | | opposition to unfair discrimination objection (3.1); Meet with A. Rosenblatt re: same (0.5) | |
| 01/27/12 | R. M. KIRBY | Finalizing responses and objections to discovery requests to the Committee concerning the Allocation Disputes. | 1.70 hrs. |
| 01/27/12 | T. J. MCCORMACK | Review/analyze discovery issues on allocation issue based on Aurelius discovery requests (0.4); review e-mails/correspondence on discovery-related issues, Committee position on subordination question, logistics, DCL filings and related subjects (0.7); confer M. Ashley re: same (0.2); review comments on Committee allocation discovery responses (0.3). | 1.60 hrs. |
| 01/28/12 | D. E. DEUTSCH | Review notice re: WTC appeal (.1); exchange e-mails with Michael Distefano re: next steps on same (.2). | 0.30 hrs. |
| 01/28/12 | D. E. DEUTSCH | Review notes (.1) and exchange e-mails Marc Roitman re: research on dismissal issues (.2). | 0.30 hrs. |
| 01/29/12 | M. D. ASHLEY | Emails with A. Rosenblatt, R. Kirby regarding allocation dispute discovery (.3); reviewed parties' discovery responses and objections and related materials (1.4). | 1.70 hrs. |
| 01/30/12 | M. D. ASHLEY | Revised draft Committee allocation dispute position statement (.7); call with M. Roitman regarding draft Committee allocation dispute position statement (.4); reviewed draft Debtors' position statement (.2); emails with D. LeMay, M. Roitman regarding draft Committee position statement (.3). | 1.60 hrs. |
| 01/30/12 | H. SEIFE | Review of draft Committee statement regarding allocation dispute. | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page    24
CHICAGO, IL 60611

| 01/30/12 | A. ROSENBLATT | Emails w/Ashley re: discovery responses (.3); review draft allocation dispute position statement and Ashley comments to same (.4). | 0.70 hrs. |
|---|---|---|---|
| 01/30/12 | M. ROITMAN | Confer/correspond with R. Kirby and D. LeMay re: discovery requests and responses (0.3) | 0.30 hrs. |
| 01/30/12 | M. ROITMAN | Revise draft of Committee's Preliminary Statement on Allocation Disputes (2.3); Confer/correspond with D. LeMay and M. Ashley re: same (0.6); Draft email to Committee re: same (0.5). | 3.40 hrs. |
| 01/30/12 | T. J. MCCORMACK | Review current drafts of preliminary statement on allocation issues (0.4). | 0.40 hrs. |
| 01/30/12 | R. J. GAYDA | Detailed review of hearing transcript in similar large case re: relevant issues (1.3); review district court docket re remand decision (.3). | 1.60 hrs. |
| 01/30/12 | D. M. LeMAY | Revise draft of Preliminary Statement (1.1). Conference w/M. Roitman re: same (.2). Review draft posting note to Committee (.2). Telephone conference w/K. Lantry (.2) re: Preliminary Statement. | 1.70 hrs. |
| 01/30/12 | J. MARRERO | Review preliminary statement on allocation disputes | 0.40 hrs. |
| 01/31/12 | M. ROITMAN | Revise Committee preliminary statement on allocation disputes (0.4); confer with M. McGuire re: same (0.2); Review preliminary statements filed by various parties (0.5); confer with D. LeMay re: proposed response to unfair discrimination objection (0.2); | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2012
435 N. MICHIGAN AVENUE                                 Page   25
CHICAGO, IL 60611


| | | | |
|---|---|---|---|
| 01/31/12 | D. E. DEUTSCH | Review court notice re: appellate record (.1); exchange e-mails with Marc Roitman re: analysis on appeal issue (.2). | 0.30 hrs. |
| 01/31/12 | T. J. MCCORMACK | Review draft statement regarding allocation disputes (0.3). | 0.30 hrs. |
| 01/31/12 | D. M. LeMAY | Review revised version of unfair discrimination argument. | 2.00 hrs. |
| 01/31/12 | A. ROSENBLATT | Review and provide comments to updated unfair discrimination brief (1.5); review various allocation dispute position statements filed by parties (1.2). | 2.70 hrs. |
| 01/31/12 | H. SEIFE | Review of Debtors' statement regarding allocation disputes (.2); review of retiree statement (.2) and Aurelius statement (.2); review of revised Committee statement (.3). | 0.90 hrs. |


**Total Fees for Professional Services............. $246,067.50**


TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 32.70 | 30247.50 |
| H. SEIFE | 995.00 | 46.80 | 46566.00 |
| T. J. MCCORMACK | 875.00 | 14.20 | 12425.00 |
| M. D. ASHLEY | 695.00 | 36.00 | 25020.00 |
| A. ROSENBLATT | 745.00 | 75.00 | 55875.00 |
| D. E. DEUTSCH | 745.00 | 7.30 | 5438.50 |
| E. DAUCHER | 495.00 | 5.60 | 2772.00 |
| R. J. GAYDA | 655.00 | 7.50 | 4912.50 |
| R. M. KIRBY | 595.00 | 19.10 | 11364.50 |
| J. MARRERO | 435.00 | 12.10 | 5263.50 |
| M. ROITMAN | 495.00 | 92.50 | 45787.50 |
| Y. YOO | 565.00 | .70 | 395.50 |
| TOTALS | | 349.50 | 246067.50 |