IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case Nos. 08-13141 (KJC), *et seq.*<br>(Jointly Administered)<br><br>**Relates to Docket No(s).: 10692** |

## STATEMENT OF TM RETIREES IDENTIFYING DOCUMENTS UPON WHICH THEY WILL RELY AT THE ALLOCATION DISPUTES HEARING IN CONNECTION WITH CONFIRMATION OF THE THIRD AMENDED DCL PLAN

Teitelbaum & Baskin, LLP and Hiller & Arban, LLC, as attorneys for approximately 200 former employees and/or directors (and beneficiaries of such former employees and/or directors) (the "**TM Retirees**")[1] of The Times Mirror Company ("**Times Mirror**"), who were receiving or entitled to receive payments under certain non-qualified retirement plans of one or more of the Debtors, for their statement identifying documents that they will rely upon at the Allocation Disputes Hearing, scheduled to commence March 5, 2012, as required by Order of this Court dated January 24, 2012 (ECF Docket No. 10692) with respect to the resolution of allocation disputes in connection with the confirmation of the Third Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of

---

[1] Among the TM Retirees supporting this statement is William Niese, a member of the Official Committee of Unsecured Creditors (the "**Committee**"). Teitelbaum & Baskin also represents Mr. Niese in his role as a member of the Committee and as plaintiff in various state law constructive fraud claim actions commenced pursuant to this Court's Order of April 25, 2011. This pleading is filed on behalf of the TM Retirees, including Mr. Niese, in their capacity as creditors and parties in interest and not in any manner as a representative of the Committee. The positions taken herein do not necessarily reflect the position of the Committee, and the Committee has not been consulted in connection with this pleading.

Unsecured Creditors, Oaktree Capital Management, L.P. Angelo Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. (the "**Third Amended DCL Plan**"), respectfully state:

1.      The TM Retirees will rely upon the documents included in the annexed list of exhibits (the "**TM Retiree Exhibit List**").

2.      In addition, the TM Retirees will rely upon the Third Amended DCL Plan, filed on February 20, 2012 (ECF Docket No. 10958) and all exhibits thereto.

3.      The TM Retirees will also rely on that certain Indenture, dated as of April 1, 1999 between Tribune Company as Issuer and Bank of Montreal Trust Company (the "**PHONES Indenture**").

4.      The TM Retirees will also rely upon the Subordination Agreement, dated as of December 20, 2007 (the "**EGI Subordination Agreement**") made by EGI-TRB, LLC ("**EGI**"). The EGI Subordination Agreement was produced by EGI on or about February 6, 2012.

5.      The TM Retirees will also rely upon the proofs of claim filed by or on behalf of the TM Retirees (the "**TM Retiree Proofs of Claim**") identified on Exhibit A to the Declaration of Susan Bell, dated February 24, 2012 (the "**Bell Declaration**"). These documents are available on the publicly available claims docket maintained for this case, but will be made available upon request.

6.      All such documents, other than the Third Amended DCL Plan, the EGI Subordination Agreement, and the TM Retiree Proofs of Claim, upon which the TM Retirees intend to rely have been previously produced by the TM Retirees either as part of their document production, on or about February 3, 2012, or as Exhibits to the Opening Brief of TM Retirees With Respect to Resolution of Allocation Disputes in Connection with Confirmation of the Third Amended DCL Plan (the "**TM Retiree Opening Brief**") and the supporting declarations annexed thereto, including but not limited to, the Exhibits attached to the Bell Declaration, not all of which were produced as part of the document production. Specifically, documents not

previously produced as part of the document production include, among others, those found in the Bell Declaration at Exhibit B (The Times Mirror Deferred Compensation Plan for Executives effective as of April 1, 1994), Exhibit F (TM Directors DC Plan), and Exhibit G-4 (Individual Agreement of Michael J. Forgione).

7. The TM Retirees reserve the right to identify and rely upon any other and additional documents to be used in rebuttal of arguments made in the Opening Briefs of the other parties herein.

8. Based upon a meet and confer call conducted among the Allocation Disputes Parties on February 27, 2012, it appears that Law Debenture Trust Company of New York intends to object to the introduction of documents appended to the TM Retiree Opening Brief, including without limitation, the Trial Balance produced by the Debtors on February 23, 2012. As such, the TM Retirees identify two witnesses to be called at the Allocation Disputes hearing – Susan P. Bell and Brian Whittman of the Debtors.

Dated: February 27, 2012          Respectfully submitted,
          Wilmington, Delaware

          HILLER & ARBAN, LLC


          /s/ Adam Hiller
          Adam Hiller (DE No. 4105)
          Brian Arban (DE No. 4511)
          1500 North French Street, 2nd Floor
          Wilmington, Delaware 19801
          (302) 442-7676 telephone
          ahiller@hillerarban.com

          And

          Jay Teitelbaum, Esq. (JT-4619)
          **TEITELBAUM & BASKIN, LLP**
          1 Barker Avenue
          White Plains, New York 10601
          (914) 437-7670    jteitelbaum@tblawllp.com

          *Attorneys for the TM Retirees*