**TABLE OF EXHIBITS**

**DECLARATION OF JAY TEITELBAUM – EXHIBITS**

**Exhibit A –** Tribune – March 13, 2000 8-K
**Exhibit B –** Tribune – June 12, 2000 8K
**Exhibit C –** Tribune – Fiscal Year 2000 10-K (excerpted)
**Exhibit D -** Tribune – Fiscal Year 2007 10-K (excerpted)
**Exhibit E –** Times Mirror Notice of Special Meeting of Stockholders, dated May 5, 2000 (excerpted)
**Exhibit F –** Tribune Notice of Special Meeting of Stockholders, dated May 5, 2000 (excerpted)
**Exhibit G –** Agreement and Plan of Merger between Tribune Company and The Times Mirror Company, dated as of March 13, 2000 (excerpted)
**Exhibit H –** Internal Revenue Service Nonqualified Deferred Compensation Audit Techniques Guide (02-2005)
**Exhibit I –** Joint Committee on Taxation, Present Law and Background Related to Executive Compensation, (JCX-29-02), April 17, 2002 (excerpted)
**Exhibit J –** Financial Accounting Standards No. 87 and 150 Employers' Accounting for Pensions
**Exhibit K –** Times Mirror – Fiscal Year 1995 10-K(excerpted)
**Exhibit L –** Times Mirror – Fiscal Year 1996 10-K (excerpted)
**Exhibit M –** Times Mirror – Fiscal Year 1997 10-K (excerpted)
**Exhibit N –** Times Mirror – Fiscal Year 1998 10-K (excerpted)
**Exhibit O –** Times Mirror – Fiscal Year 1999 10-K/A (excerpted)
**Exhibit P –** Trial Balance
**Exhibit Q –** Fundamentals of Intermediate Accounting , Kiesco Weygandt Warfield, 14th Edition (excerpted)
**Exhibit R –** Tribune – September 2008 10-Q (excerpted)
**Exhibit S –** SEC Form 8-k – Instructions – Information to be Included in the Report – Section 2, Item 2.01 – Completion of Acquisitions or Disposition of Assets.

**DECLARATION OF SUSAN P. BELL AND EXHIBITS**

**Exhibit A –** Times Mirror Negotiated Retiree Claim Chart
**Exhibit B –** The Times Mirror Deferred Compensation Plan for Executives
**Exhibit C –** The Times Mirror Supplemental Retirement Plan
**Exhibit D -** The Times Mirror Excess Pension Plan
**Exhibit E –** The Times Mirror Pension Plan for Directors
**Exhibit F –** The Times Mirror Non Employee Directors Stock Plan and the Times Mirror Deferred Compensation Plan for Directors
**Exhibit G1 –** Individual Agreement of Otis Chandler
**Exhibit G2 –** Individual Agreement of William D. Crawford
**Exhibit G3 –** Individual Agreement of Peter J. Fernald
**Exhibit G4 –** Individual Agreement of Michael J. Forgione
**Exhibit G5 –** Individual Agreement of Daniel Frost

- 2 -

**Exhibit G6** – Individual Agreement of Lee J. Guittar
**Exhibit G7** – Individual Agreement of Harvey Guttry, Jr.
**Exhibit G8** – Individual Agreement of William P. Keller
**Exhibit G9** – Individual Agreement of Donald S. Kellerman
**Exhibit G10** – Individual Agreement of George C. Kuekes
**Exhibit G11** – Individual Agreement of Martin P. Levin
**Exhibit G12** – Individual Agreement of Robert C. Lobdell
**Exhibit G13** – Individual Agreement of Kathleen G. McGuinness
**Exhibit G14** – Individual Agreement of William A. Niese
**Exhibit G15** – Individual Agreement of Larry W. Peterson
**Exhibit G16** – Individual Agreement of James W. Wallace
**Exhibit G17** – Individual Agreement of Mark H. Willes

**OTHER EXHIBITS**

PHONES Indenture
EGI Subordination Agreement
TM Retiree Proofs of Claim