IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case Nos. 08-13141 (KJC), *et seq.*<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 27, 2012, I caused copies of the foregoing STATEMENT OF TM RETIREES IDENTIFYING DOCUMENTS UPON WHICH THEY WILL RELY AT THE ALLOCATION DISPUTES HEARING IN CONNECTION WITH CONFIRMATION OF THE THIRD AMENDED DCL PLAN to be served via electronic mail upon the parties listed on the attached matrix.

Dated: February 27, 2012　　　　　　　　/s/ Adam Hiller
　　　　Wilmington, Delaware　　　　　　Adam Hiller (DE No. 4105)
　　　　　　　　　　　　　　　　　　　　Hiller & Arban, LLC
　　　　　　　　　　　　　　　　　　　　1500 North French Street, 2nd Floor
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　(302) 442-7676 telephone
　　　　　　　　　　　　　　　　　　　　ahiller@hillerarban.com