kstickles@coleschotz.com; CARICKHOFF@BlankRome.com; adam.harris@srz.com; ahiller@hillerarban.com; awinfree@ashby-geddes.com; barban@hillerarban.com; bbennett@dl.com; bkrakauer@sidley.com; bsullivan@sha-llc.com; cmontenegro@kasowitz.com; dadler@mccarter.com; David.hammerman@lw.com; dgolden@akingump.com; djnewman@akingump.com; drosner@kasowitz.com; dzensky@akingump.com; gmcdaniel@bglawde.com; GNovod@brownrudnick.com; ipachulski@stutman.com; jboelter@sidley.com; jconlan@Sidley.com; jjohnston@deweyleboeuf.com; jmester@dl.com; karen.park@srz.com; klantry@sidley.com; kmayer@mccarter.com; loizides@loizides.com; mbcleary@ycst.com; msiegel@brownrudnick.com; mstein@kasowitz.com; NPernick@coleschotz.com; rbrady@ycst.com; rstark@brownrudnick.com; skorpus@kasowitz.com; WBowden@ashby-geddes.com; zallinson@sha-llc.com; acaridas@zuckerman.com; agoldfarb@zuckerman.com; ARosenblatt@chadbourne.com; brown@lrclaw.com; DDeutsch@chadbourne.com; DLeMay@chadbourne.com; gbush@zuckerman.com; hseife@chadbourne.com; jsottile@zuckerman.com; landis@lrclaw.com; mcguire@lrclaw.com; mroitman@chadbourne.com; AVail@jenner.com; csteege@jenner.com; dbradford@jenner.com; jbendernagel@sidley.com; rflagg@Sidley.com; tom.ross@sidley.com; astromberg@sidley.com; 'awinfree@ashby-geddes.com'; 'damian.schaible@davispolk.com'; 'Donald.bernstein@davispolk.com'; dadler@mccarter.com; mbcleary@ycst.com