IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) |
|  | ) Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | ) Case No. 08-13141 (KJC) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) **Hearing date: March 5, 2012, at 10:00 a.m.** |

### LIST OF EXHIBITS ON WHICH
### OAKTREE CAPITAL MANAGEMENT, L.P.
### INTENDS TO RELY AT ALLOCATION DISPUTES HEARING

Robert S. Brady (Bar No. 2847)
M. Blake Cleary (Bar No. 3614)
YOUNG CONAWAY STARGATT &
   TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone (302) 571-6600
Facsimile (302) 571-1253

   - and -

Bruce Bennett
James O. Johnston
Joshua M. Mester
DEWEY & LEBOEUF LLP
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071-1530
Telephone (213) 621-6000

*Attorneys for Oaktree Capital Management, L.P.*

01: 11821439.1

Oaktree Capital Management, L.P., on behalf of certain investment funds and accounts it manages (collectively, "Oaktree"), as holder of the Swap Claim, in accordance with Paragraph 16 of the Order Establishing Scheduling For (1) Resolution Of The Allocation Disputes And (2) Consideration Of DCL Plan Proponents' Supplemental Disclosure Document, Solicitation Procedures Motion and Plan [D.I. 10692] (the "Allocation Disputes Order"), hereby identifies the documents listed below as documents on which it intends to rely at the Allocation Disputes Hearing (as defined in the Allocation Disputes Order).

| Description of Exhibit | Bates Range |
|---|---|
| Indenture dated as of April 1, 1999 between Tribune Company and Bank of Montreal Trust Company | OCMS-867 to OCMS-944 |
| Tribune Company Prospectus Supplement dated April 9, 1999 | OCMS-945 to OCMS-992 |
| Credit Agreement dated as of May 17, 2007 | OCMS-1131 to OCMS-1354 |
| 1992 ISDA Master Agreement, dated as of July 2, 2007 and Rate Swap Confirmations | OCMS-1456 to OCMS-1496 |
| Notice of Early Termination dated December 8, 2008 by Barclays Bank PLC to Tribune Company | OCMS-169 to OCMS-170 |
| Statement of Payment on Early Termination of ISDA Master Agreement dated December 9, 2008 issued by Barclays Bank PLC to Tribune Company | OCMS-172 to OCMS-174 |
| Subordination Agreement dated as of December 20, 2007 by EGI-TRB L.L.C. in favor of the holders of Senior Obligations | OCMS-1426 to OCMS-1431 |
| Proof of Claim against Tribune Company filed by Barclays Bank PLC | OCMS-108 to OCMS-174 |
| Partial Transfer of Claims Other Than For Security from Barclays Bank PLC to various funds or accounts managed by Oaktree Capital Management, L.P. | OCMS-837 to OCMS-866 |
| April 14, 2011 Hearing Transcript | N/A |

- 2 -

| Description of Exhibit | Bates Range |
|---|---|
| Guarantee Agreement dated June 4, 2007 | OCMS-147 to OCMS-167 |
| Form 10-K for Tribune Company for fiscal year ended December 30, 2007 | OCMS-175 to OCMS-412 |
| Form 10-Q for Tribune Company for the quarterly period ending March 30, 2008 | OCMS-612 to OCMS-671 |
| Form 10-Q for Tribune Company for the quarterly period ending June 29, 2008 | OCMS-672 to OCMS-737 |
| Form 10-Q for Tribune Company for the quarterly period ending September 28, 2008 | OCMS-738 to OCMS-836 |
| Bridge Credit Agreement dated as of June 19, 2006 | OCMS-993 to OCMS-1054 |
| Credit Agreement dated as of June 19, 2006 | OCMS-1055 to OCMS-1130 |
| Recovery Charts attached as Exhibits D and E to the Debtors' Opening Brief Regarding Factual Information Relevant to Allocation Disputes [docket no. 11004] | |
| Appendix A and Appendix B to Memorandum of Law of the Official Committee of Unsecured Creditors on Unfair Discrimination Allocation Dispute [docket nos. 11000 and 11015] | |
| Various Demonstrative Exhibits | |

- 3 -

Dated: Wilmington, Delaware
      February 27, 2012

      */s/ Robert S. Brady*
Robert S. Brady (Bar No. 2847)
M. Blake Cleary (Bar No. 3614)
YOUNG CONAWAY STARGATT &
TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone (302) 571-6600
Facsimile (302) 571-1253

-and-

Bruce Bennett
James O. Johnston
Joshua M. Mester
DEWEY & LEBOEUF LLP
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071-1530
Telephone (213) 621-6000

*Attorneys for Oaktree Capital Management, L.P.*