IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE OF DOCUMENTS ON WHICH THE
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS INTENDS TO RELY IN CONNECTION
WITH THE ALLOCATION DISPUTES HEARING**

Pursuant to paragraph 16 of the Order Establishing Scheduling for (1) Resolution of the Allocation Disputes and (2) Consideration of DCL Plan Proponents' Supplemental Disclosure Document, Solicitation Procedures Motion and Plan (Docket No. 10692) (the "Allocation Disputes Order"), the Official Committee of Unsecured Creditors hereby identifies the following documents on which it may or will rely at the Allocation Disputes Hearing (as that term is defined in the Allocation Disputes Order), which are available at the docket numbers set forth below:

| No. | Description | Docket No. |
|---|---|---|
| 1. | Subordination Scenario Recovery Charts | 11015 |
| 2. | The DCL Specific Disclosure Statement and exhibits | 7135 |
| 3. | The Joint Disclosure Statement and exhibits | 7134, 7198 |
| 4. | The Third Amended DCL Plan | 10958 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as set forth in the Memorandum of Law of the Official Committee of Unsecured Creditors on Unfair Discrimination Allocation Dispute (Docket No. 11000).

| No. | Description | Docket No. |
|---|---|---|
| 5. | The Supplemental Disclosure Statement | 10959 |
| 6. | The Alvarez & Marsal model, dated as of November 17, 2011, which was produced to Aurelius as referenced in the letter addressed to Aurelius's counsel by Debtors' counsel, dated February 4, 2012 | N/A |

Dated: February 27, 2012
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Kim A. Brown
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:   (302) 467-4400
Facsimile:    (302) 467-4450

- and -

Howard Seife
David M. LeMay
Andrew Rosenblatt
Marc B. Roitman
**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, New York 10112
Telephone:   (212) 408-5100
Facsimile:    (212) 541-5369

- and -

Graeme W. Bush
James Sottile
**ZUCKERMAN SPAEDER LLP**
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Telephone:   (202) 778-1800
Facsimile:    (202) 822-8106

*Counsel for the Official Committee of Unsecured Creditors*

{698.001-W0019807.}    2