**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11 Cases** |
| | : | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY, et al.,** | : | **(Jointly Administered)** |
| | : | |
| **Debtors.** | : | |

**EGI-TRB, LLC'S EXHIBIT LIST**
**FOR THE ALLOCATION DISPUTES HEARING**

Dated: February 27, 2012

**BLANK ROME LLP**
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400

**JENNER & BLOCK LLP**
David J. Bradford (admitted *pro hac vice)*
Catherine L. Steege (admitted *pro hac vice*)
Andrew W. Vail (admitted *pro hac vice)*
353 North Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350

*Counsel for EGI-TRB, LLC*

EGI-TRB intends to rely on the following exhibits at the Allocation Disputes Hearing:

| **Exhibit** | **Date** |
|---|---|
| Subordinated Exchangeable Promissory Note<br>(EGI-TRB Step One Note)<br>[Bates Nos. TRB0135496-TRB0135510] | April 23, 2007 |
| Subordinated Promissory Note<br>(EGI-TRB Step Two Notes)<br>[Bates Nos. TRB0506433-TRB0506439; DCL Confirmation Ex. 901] | December 20, 2007 |
| Subordination Agreement<br>(EGI-TRB Step Two Notes Subordination Agreement)<br>[Bates Nos. TRB0524215-TRB0524220] | December 20, 2007 |
| Indenture dated as of April 1, 1999 between Tribune Company and Bank of Montreal Trust Company<br>[Bates Nos. TRB0515962-TRB0516040] | April 1, 1999 |
| TRIBUNE COMPANY 8,000,000 PHONES<br>Exchangeable Subordinated Debenture Due 2029 (Exchangeable for Cash Based on Value of America Online, Inc. Common Stock)<br>[Bates Nos. WTC000094-WTC000114] | |
| Tribune Company Form 8-K filed with the SEC | April 5, 2007 |
| Tribune Company Form 8-K filed with the SEC | April 24, 2007 |
| Tribune Company Definitive Proxy Statement filed with the SEC | July 13, 2007 |
| Deposition Testimony of William Pate (excerpts) | February 23, 2012 |
| Deposition Testimony of Christopher Hochschild (excerpts) | February 23, 2012 |
| Letter from G. Jenkins of Goldberg Kohn to B. Krakauer of Sidley Austin<br>[Bates Nos. EGI-LAW00243345–EGI-LAW00243347] | June 2, 2009 |
| Examiner Klee’s Report (excerpts), on the same basis as was permitted for the 2011 case confirmation hearings | July 2010 |

| | |
|---|---|
| The Alvarez & Marsal model of recoveries produced by Debtors<br>[Bates No. TRB2000004] | February 4, 2012 |
| Appendix A to EGI-TRB's Opening Brief in Support of its Position on Allocation Disputes Identified in its Preliminary Statement | February 24, 2012 |

Dated: February 27, 2012

Respectfully submitted,

**BLANK ROME LLP**

By: /s/ *David W. Carickhoff*
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400

and

**JENNER & BLOCK LLP**
David J. Bradford (admitted *pro hac vice)*
Catherine L. Steege (admitted *pro hac vice*)
Andrew W. Vail (admitted *pro hac vice)*
353 North Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350

*Counsel for EGI-TRB, LLC*