IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, ) | Jointly Administered |
| ) | |
| Debtors. ) | Hearing date: March 5, 2012, at 10:00 a.m. |
| ) | |

**LIST OF EXHIBITS ON WHICH
AURELIUS CAPITAL MANAGEMENT, LP
INTENDS TO RELY AT ALLOCATION DISPUTES HEARING**

Aurelius Capital Management, LP, on behalf of its managed entities (collectively, "Aurelius"),[1] by and through its undersigned counsel, in accordance with Paragraph 16 of the Order Establishing Scheduling For (1) Resolution of the Allocation Disputes And (2) Consideration of DCL Plan Proponents' Supplemental Disclosure Document, Solicitation Procedures Motion and Plan [ECF No. 10692] (the "Scheduling Order"), hereby identifies the documents listed below as documents on which it intends to rely at the Allocation Disputes Hearing (as defined in the Allocation Disputes Order). Aurelius reserves the right to rely on demonstrative exhibits, or any document relied on by another party to the Allocation Disputes (as defined in the Scheduling Order) to the extent such document is admitted into the record.

| Description of Exhibit |
|---|
| Stipulation By and Among the Debtors, Aurelius Capital Management, Wilmington Trust Company, as Successor Indenture Trustee for the PHONES, Barclays Bank PLC and Waterstone Capital Management L.P. on Certain Facts Relevant to the Allocation Disputes and the Determination of the Allowed Amount of the PHONES Claim, filed by Wilmington Trust Company [ECF No. 11016], and documents attached thereto (bearing the Bates ranges TRB0573164; TRB0573277; TRB0573339; TRB0573513 to TRB0573516; TRB0585353 to |

---

[1] Entities managed by Aurelius own a substantial amount of Senior Notes and PHONES Notes. Neither Aurelius nor any of its managed entities owe any fiduciary duties to any party in interest in these cases nor is Aurelius or any of its managed entities an insider of Tribune or any of its affiliates.

{00608345;v1 }

| Description of Exhibit |
|---|
| TRB0585354; TRB0586604 to TRB0586607; TRB0586616 to TRB0586619; TRB0619555 to TRB0619556; TRB2000122 to TRB2000125; WTC0000001 to WTC0000079; WTC0000086; WTC0000089 to WTC0000157; WTC0000496 to WTC0000498; and WTC0000524). |

Dated: February 27, 2012

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | ASHBY & GEDDES, P.A. |
| Daniel H. Golden | |
| David M. Zensky | /s/ *Amanda M. Winfree* |
| Philip C. Dublin | William P. Bowden (I.D. No. 2553) |
| Deborah J. Newman | Amanda M. Winfree (I.D. No. 4615) |
| One Bryant Park | Leigh-Anne M. Raport (I.D. No. 5055) |
| New York, NY 10036 | 500 Delaware Avenue, P.O. Box 1150 |
| (212) 872-1000 | Wilmington, DE 19899 |
| | (302) 654-1888 |

*Counsel for Aurelius Capital Management, LP*