IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**WILMINGTON TRUST COMPANY'S PROPOSED LIST OF TRIAL EXHIBITS**

Wilmington Trust Company ("Wilmington Trust"), as successor Indenture Trustee for the PHONES Notes, respectfully submits the following list of proposed exhibit for use at trial:

| No. | Description | Bates Range | Docket ID No., If Any | Reference |
|---|---|---|---|---|
| 1. | PHONES Claim Stipulation | | D.I. 11016, attached to certification of counsel | |
| 2. | PHONES Indenture | WTC0000001-77 | | PHONES Claim Stipulation |
| 3. | Global Note for the PHONES Notes | WTC0000094-114 | | PHONES Claim Stipulation |
| 4. | Prospectus for the PHONES Indenture | WTC0000525-40 | | |
| 5. | Prospectus Supplement for the PHONES Notes | WTC0000541-85 | | |
| 6. | Form of Revised Exchange Notice and Internal Procedures | WTC 0000089-91 | | PHONES Claim Stipulation |
| 7. | Listing Prepared by Deutsche Bank Trust Company Americas ("DBTCA") Concerning PHONES Tendered for Exchange | WTC0000115; TRB0619555-56 | | PHONES Claim Stipulation |
| 8. | Schedule Prepared by Tribune Company Concerning PHONES Tendered for Exchange | WTC0000116-17; WTC0000496-98 | | PHONES Claim Stipulation |

| | | | | |
|---|---|---|---|---|
| 9. | Redacted Copies of Executed Revised Exchange Notices | WTC0000118-0000157 | | PHONES Claim Stipulation |
| 10. | Redacted Copies of Executed Revised Exchange Notice from Credit Suisse Sent November 26, 2008 | TRB0585353-54 | | PHONES Claim Stipulation |
| 11. | Redacted Copies of Executed Exchange Request Letter from Morgan Stanley Dated September 12, 2008 | TRB0573339 | | PHONES Claim Stipulation |
| 12. | Redacted Copies of Executed Exchange Request Letter from Deutsche Bank Securities Services NJ, Inc. to Deutsche Bank National Trust Company Dated September 12, 2008 | TRB0573277 | | PHONES Claim Stipulation |
| 13. | Letter from DBTCA to Tribune Company Dated December 30, 2008 Concerning PHONES Tendered for Exchange | WTC0000078-79 | | PHONES Claim Stipulation |
| 14. | Letter from David P. Eldersveld (Tribune Company) to DBTCA Dated January 14, 2009 Concerning PHONES Tendered for Exchange | WTC0000086 | | PHONES Claim Stipulation |
| 15. | Email from Jack Rodden to Chandler Bigelow (Tribune Company) and David P. Eldersveld (Tribune Company) Regarding PHONES Tendered for Exchange Dated September 12, 2008 | TRB0573164 | | PHONES Claim Stipulation |
| 16. | Email Exchange Between David Contino (Deutsche Bank National Trust Company) and James Langdon (Sidley Austin) Regarding PHONES Tendered for Exchange Dated September 17, 2008 | TRB0573513-16 | | PHONES Claim Stipulation |

| | | | | |
|---|---|---|---|---|
| 17. | Wire Transfer Request Form Dated November 17, 2008, Officers' Certificate of Tribune Company and Electronic Withdrawals Concerning November 2008 Interest Payment and Dividend to the PHONES | TRB2000122-125 | | PHONES Claim Stipulation |
| 18. | Email from Jennifer Anderson (Wilmington Trust) Containing DTC Outstanding Balance for the PHONES Dated February 13, 2012 | WTC000524 | | PHONES Claim Stipulation |
| 19. | Email Exchange Between James Langdon (Sidley Austin) and David P. Eldersveld (Tribune Company) Regarding Outstanding Balance for PHONES Dated December 16, 2008 | TRB0586616-19; TRB0586604-07 | | PHONES Claim Stipulation |
| 20. | DBTCA's Responses and Objections to the First Set of Interrogatories of Wilmington Trust | | | PHONES Claim Stipulation |
| 21. | Order Temporarily Allowing Claims of Wilmington Trust Company Pursuant to Bankruptcy Rule 3018(a) Entered on January 24, 2011 | | D.I. 7626 | |
| 22. | DCL Plan, Exhibit 5.14.3 (Retiree Settlement Agreement) | | D.I. 4693 | |
| 23. | Debtors' Responsive Statement in Connection with Solicitation of the Competing Plans, p. 4 | | D.I. 7141 | |
| 24. | Amended Declaration (Fourth Supplemental) of Stephenie Kjontvedt on Behalf of Epiq Bankruptcy Solutions, LLC, Exhibit B-3 | | D.I. 10090 | |
| 25. | DCL Plan Proponents Post-Trial Brief in Support of Confirmation of Second Amended Joint Plan of Reorganization, p. 95 | | D.I. 8897 | |

| | | | | |
|---|---|---|---|---|
| 26. | Excerpted Hearing Transcript 3/9/2011 (Ms. Kulnis, JP Morgan Direct), pp. 525-530 | | | |
| 27. | Excerpted Hearing Transcript 3/8/2011 (Mr. Kurtz Direct), pp. 217-223 | | | |
| 28. | Excerpted Hearing Transcript 4/4/2011 (Mr. Johnston on Behalf of Oaktree and Angelo Gordon), pp. 3752-3757 | | | |
| 29. | Order Regarding Stipulation between Wilmington Trust and EGI-TRB, LLC Regarding Allocation Disputes Hearing ("Business Records Stip.") | | D.I. 10961 | |
| 30. | Business Records Stip. | | D.I. 10961, Ex. A | |
| 31. | EGI-TRB Subordination Agreement Dated December 20, 2007 | EGI-LAW 00243350-55; | | Business Records Stipulation; Hochschild Depo., PHONES Ex. 10 |
| 32. | Subordinated Exchangeable Promissory Note Dated April 23, 2007 | TRB0135496-510 | | Business Records Stipulation; Hochschild Depo., PHONES Ex. 7 |
| 33. | Subordination Agreement Dated December 20, 2007 | TRB0506433-39; EGI-LAW 00243350-55 | | Business Records Stipulation Hochschild Depo., PHONES Ex. 9 |
| 34. | Subordinated Promissory Note Dated December 20, 2007 | TRB0506440-46 | | Business Records Stipulation |
| 35. | Email from Nils Larsen (EGI) with Attached Term Sheets Dated March 23, 2007 | EGI-LAW 00031058-61 | | Business Records Stipulation; Hochschild Depo., PHONES Ex. 1 |

| # | Description | Bates/Reference | | Basis |
|---|---|---|---|---|
| 36. | Email Exchange Between Nils Larsen (EGI) and Daniel Kazan (Tribune Company) Dated March 23, 2007 | TRB0082471 | | Business Records Stipulation |
| 37. | Email Exchange Between Daniel Kazan (Tribune Company) and Elyse Bluth Dated March 24, 2007 | D&P_TR091748 | | Business Records Stipulation; Hochschild Depo., PHONES Ex. 2 |
| 38. | Email Exchange Between Mark Hlanik and Nils Larsen (EGI), Chandler Bigelow (Tribune Company), and Daniel Kazan (Tribune Company) With Attached Term Sheets Dated March 23, 2007 | D&P_TR091749-52 | | Business Records Stipulation; Hochschild Depo., PHONES Ex. 2 |
| 39. | Excerpted Examiner's Report | Examiner's Report, Vol. I., p. 199 | | |
| 40. | Letter from Moody's Investors Service to Donald C. Grenesko (Tribune Company) Dated March 27, 2007 | Examiner's Exhibit 214 TRB0099118-23 | | Business Records Stipulation; Hochschild Depo., PHONES Ex. 6 |
| 41. | Email Exchange Between John Puchalla (Moody's) and Chandler Bigelow (Tribune Company) Dated March 27, 2007 | TRB0086033 | | Business Records Stipulation |
| 42. | Email Exchange From Chandler Bigelow (Tribune Company) with Attached Moody's Schedule Dated March 27, 2007 | CITI-TRIB-CC 00050753-54 | | Business Records Stipulation |
| 43. | Email Exchange Between John Puchulla (Moody's) and Chandler Bigelow (Tribune Company) Dated March 27, 2007 | TRIB-G0026948 | | Business Records Stipulation |
| 44. | Email Exchange Between Chandler Bigelow (Tribune Company) and Peter Cohen (JP Morgan) Dated March 27, 2007 | TRIB-G0026949-51 | | Business Records Stipulation |

| | | | | |
|---|---|---|---|---|
| 45. | Email Exchange Between Chandler Bigelow (Tribune Company) and Patricia Deans (JP Morgan) Dated March 27, 2007 | JPM_00291398 | | Business Records Stipulation |
| 46. | Email Exchange Between Patricia Deans (JP Morgan) and Chandler Bigelow (Tribune Company) Dated March 27, 2007 | CITI-TRIB-CC 00050005 | | Business Records Stipulation |
| 47. | Email Exchange Between Joachim Sonne (JP Morgan) and Chandler Bigelow (Tribune Company) Dated March 27, 2007 | TRIB-G0026952-54 | | Business Records Stipulation |
| 48. | Email Exchange Between Joachim Sonne (JP Morgan) and Chandler Bigelow (Tribune Company) Dated March 27, 2007 | TRIB-G0035142-44 | | Business Records Stipulation |
| 49. | Email Exchange Between Julie Persily (Citigroup) and Chandler Bigelow (Tribune Company) Dated March 27, 2007 | CITI-TRIB-CC 00049261-62 | | Business Records Stipulation |
| 50. | Email Exchange Between Julie Persily (Citigroup) and Christina Mohr (Citigroup) Dated March 27, 2007 | CITI-TRIB-CC 00025351-52 | | Business Records Stipulation |
| 51. | Email Exchange Between Julie Persily (Citigroup) and Todd Kaplan (Moody's) Dated March 27, 2007 | JPM_00233966-67 | | Business Records Stipulation |
| 52. | Email Exchange Between Chandler Bigelow (Tribune Company) and Patricia Deans (JP Morgan) Dated March 27, 2007 | TRIB-G0026946 | | Business Records Stipulation |
| 53. | Email Exchange Between Chandler Bigelow (Tribune Company) and Julie Persily (Citigroup) Dated March 27, 2007 | TRIB-G0026947 | | Business Records Stipulation; Hochschild Depo., PHONES Ex. 4 |

| | | | | |
|---|---|---|---|---|
| 54. | Email Exchange Between Peter Cohen (JP Morgan) and Chandler Bigelow (Tribune Company) Dated March 27, 2007 | CITI-TRIB-CC 00050289-90 | | Business Records Stipulation |
| 55. | Email Exchange Between Peter Cohen (JP Morgan) and Joachim Sonne (JP Morgan) Dated March 27, 2007 | JPM-00226635-38 | | Business Records Stipulation; Hochschild Depo., PHONES Ex. 5 |
| 56. | Email Exchange Between Chandler Bigelow (Tribune Company) and John Puchalla (Moody's) Dated March 28, 2007 | TRB0090708-11 | | Business Records Stipulation; Pate Depo., PHONES Ex. 11 |
| 57. | Email Exchange Between Ruthellyn Musil and Mark W. Hlanik Dated April 5, 2007 | TRB1249941-43 | | Business Records Stipulation |
| 58. | EGI-TRB Subordination Agreement Draft Dated May 15, 2007 | EGI-LAW 00243356-62 | | Oral Business Records Stipulation at Pate Depo., PHONES, p. 100; Pate Depo., PHONES Ex. 12 |
| 59. | Email Exchange Between Denise Ryan (Cahill) and Farhad Patel (Jenner) with JPM/Cahill Comments to the Form of Junior Capital Note and Subordination Agreement Relating to the Zell Subordination Note Dated May 22, 2007 | TRB1169511-26 | | Business Records Stipulation; Pate Depo., PHONES Ex. 14 |
| 60. | EGI-TRB Form of Subordination Agreement Draft Dated May 23, 2007 Comparison Version 4 | EGI-LAW 00243363-70 | | Oral Business Records Stipulation at Pate Depo., PHONES, p. 100 |

| | | | | |
|---|---|---|---|---|
| 61. | EGI-TRB Form of Subordination Agreement Draft Dated May 24, 2007 – Version 4 | EGI-LAW 00243371-76 | | Oral Business Records Stipulation at Pate Depo., PHONES, p. 100 |
| 62. | EGI-TRB Subordination Agreement Draft Dated November 2, 2007 – Version 5 | EGI-LAW 00243377-82 | | Oral Business Records Stipulation at Pate Depo., PHONES, p. 100; Pate Depo., PHONES Ex. 13 |
| 63. | EGI-TRB Subordination Agreement Draft – Version 6 | EGI-LAW 00243383-90 | | Oral Business Records Stipulation at Pate Depo., PHONES, p. 100; Pate Depo., PHONES Ex. 15 |
| 64. | EGI-TRB Subordination Agreement with Comparison Version 6 | EGI-LAW 00243391-404 | | Oral Business Records Stipulation at Pate Depo., PHONES, p. 100 |
| 65. | EGI-TRB Subordination Agreement – Version 7 Dated December 19, 2007 | EGI-LAW 00243405-12 | | Oral Business Records Stipulation at Pate Depo., PHONES, p. 100 |
| 66. | Email from Chandler Bigelow (Tribune Company) to Chris Hochschild Dated June 29, 2007 with Attached Schedule | EGI-LAW 00108858-59 | | Business Records Stipulation; Hochschild Depo., PHONES Ex. 8 |
| 67. | February 8, 2012 Letter Brief by EGI-TRB on Discovery Disputes | | D.I 10879 | |

| | | | | |
|---|---|---|---|---|
| 68. | Excerpted Deposition Transcript 2/15/2012 (Susan Bell, TM Retirees) p. 41 | | | |
| 69. | Debtors' Summary of TM Retirees Claims | TRB2000102 | | |
| 70. | Debtors' Summary of Other Parent Claims | TRB2000103-21 | | |

Dated: February 27, 2012
       Wilmington, Delaware

**SULLIVAN HAZELTINE ALLINSON LLC**

By: /s/ William D. Sullivan

William D. Sullivan (I.D. No. 2820)
Elihu E. Allinson, III (I.D. No. 3476)
901 N. Market St., Suite 1300
Wilmington, DE 19801
302-428-8191

-and-

BROWN RUDNICK LLP
Robert J. Stark
Martin S. Siegel
Gordon Z. Novod
Seven Times Square
New York, NY 10036
212-209-4800

Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes