IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re: :
: Chapter 11
TRIBUNE COMPANY, et al., :
: Case No. 08-13141 (KJC)
Debtors. :
: (Jointly Administered)
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**LAW DEBENTURE TRUST COMPANY OF NEW YORK'S NOTICE OF
DOCUMENTS FOR USE IN CONNECTION WITH THE ALLOCATION DISPUTES**

Law Debenture Trust Company of New York ("Law Debenture"), as successor indenture trustee under that certain Indenture dated March 19, 1996 between Tribune Company (with its debtor subsidiaries, "Tribune" or the "Debtors") (successor to The Times Mirror Company) and Citibank, N.A., pursuant to ¶ 16 of the *Order Establishing Scheduling for (1) Resolution of the Allocation Disputes and (2) Consideration of DCL Plan Proponents' Supplemental Disclosure Document, Solicitation Motion and Plan* [Docket No. 10692] (the "Allocation Disputes Order"), by its undersigned counsel, hereby submit this Notice of Documents for Use in Connection with the Allocation Disputes.

Law Debenture intends to rely on the following documents at the Allocation Disputes Hearing:

1. Indenture, dated as of April 1, 1999, between Tribune Company and Bank of Montreal Trust Company (Bates Nos. OCMS-867 to OCMS-944);

2. Subordination Agreement, dated as of December 20, 2007, by EGI-TRB L.L.C. in favor of the holders of Senior Obligations (Bates Nos. OCMS-1426 to OCMS-1431);

3. Appendix B to Memorandum of Law of the Official Committee of Unsecured Creditors on Unfair Discrimination Allocation Dispute [Dkt. No. 11000 and

11015] (the "UCC Recovery Model") ; and

4. Various Demonstratives, including charts based on the UCC Recovery Model.

Law Debenture further reserves the right to rely on any and all documents relied upon by another Party that are admitted into evidence. All documents referenced above have already been produced in the instant action.

Dated: February 27, 2012
Wilmington, Delaware

Respectfully submitted,

| | |
|---|---|
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | BIFFERATO GENTILOTTI LLC |
| David S. Rosner | /s/ Garvan F. McDaniel |
| Sheron Korpus | Garvan F. McDaniel (I.D. No. 4167) |
| Christine A. Montenegro | 800 N. King Street, Plaza Level |
| Matthew B. Stein | Wilmington, Delaware 19801 |
| 1633 Broadway | 302-429-1900 |
| New York, New York 10019 | |
| 212-506-1700 | |

*Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*