# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Michelle M. Dero, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 27th day of February, 2012, she caused a copy of the following:

**NOTICE OF DOCUMENTS ON WHICH THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS INTENDS TO RELY IN CONNECTION WITH THE ALLOCATION DISPUTES HEARING** [Docket No. 11026]

to be served upon the parties identified on the attached list in the manner indicated.

*/s/ Michelle M. Dero*
Michelle M. Dero

SWORN TO AND SUBSCRIBED before me this 28th day of February, 2012.

*/s/ Erica Lee Myrick*
Notary Public

ERICA LEE MYRICK
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Feb. 2, 2014

{698.001-W0019814.}

# Tribune Company, et al.
## Case No. 08-13141 (KJC)

### E-mail Service List
### Confirmation/Allocation Disputes

jconlan@sidley.com
bkrakauer@sidley.com
klantry@sidley.com
jboelter@sidley.com
npernick@coleschotz.com
kstickles@coleschotz.com
preilley@coleschotz.com
dadler@mccarter.com
kmayer@mccarter.com
drosner@kasowitz.com
skorpus@kasowitz.com
cmontenegro@kasowitz.com
mstein@kasowitz.com
gmcdaniel@bglawde.com
rstark@brownrudnick.com
msiegel@brownrudnick.com
gnovod@brownrudnick.com
bsullivan@sha-llc.com
zallinson@sha-llc.com
dgolden@akingump.com
dzensky@akingump.com
djnewman@akingump.com
wbowden@ashby-geddes.com
awinfree@ashby-geddes.com
ipachulski@stutman.com
loizides@loizides.com
adam.harris@srz.com
karen.park@srz.com
bbennett@dl.com
jjohnston@deweyleboeuf.com
jmester@dl.com
rbrady@ycst.com
mbcleary@ycst.com
dbradford@jenner.com
csteege@jenner.com
avail@jenner.com
carickhoff@blankrome.com
jteitelbaum@tblawllp.com
ahiller@hillerarban.com
barban@hillerarban.com
Robert.rosenberg@lw.com
David.hammerman@lw.com