# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

January 1, 2012 through and including January 31, 2012

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $720.00 | 6.80 | $4,896.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $640.00 | 107.00 | $68,480.00 |
| Richard S. Cobb | Partner; admitted DE 1993, PA 1994 | May, 1992 | $640.00 | 13.30 | $8,512.00 |
| Kerri K. Mumford | Partner; admitted DE 2002 | May, 2001 | $495.00 | .10 | $49.50 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $495.00 | 62.50 | $30,937.50 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $475.00 | 18.50 | $8,787.50 |
| James S. Green | Associate; admitted DE 2003 | May, 2003 | $420.00 | 169.00 | $70,980.00 |
| J. Landon Ellis | Associate; admitted DE 2006 | May, 2006 | $350.00 | 43.40 | $15,190.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $325.00 | 81.90 | $26,617.50 |

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $325.00 | 13.10 | $4,257.50 |
| Frances A. Panchak | Paralegal | N/A | $230.00 | 67.40 | $15,502.00 |
| Michelle M. Dero | Paralegal | N/A | $230.00 | 1.80 | $414.00 |
| Cathy A. Adams | Paralegal | N/A | $210.00 | 66.30 | $13,923.00 |
| Linda M. Rogers | Paralegal | N/A | $210.00 | 108.40 | $22,764.00 |
| Anthony C. Dellose | Paralegal | N/A | $200.00 | 7.50 | $1,500.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $130.00 | 9.80 | $1,274.00 |
| | | | Total | 776.80 | $294,084.50 |

**Blended Rate: $378.58**