# EXHIBIT "C"

{698.001-W0019712.}

```
                                                        February 28, 2012
                                                       Account No:   698-001
                                                       Statement No:   14808

Tribune Company, et al. bankruptcy
```

## Expenses

| | |
|---|---:|
| Postage | 4.38 |
| Copying | 600.30 |
| Overnight Delivery | 3,819.13 |
| Service fee | 20.00 |
| Courier Fees | 187.00 |
| Online research | 160.15 |
| Outside Duplication Services | 95,592.21 |
| Document Retrieval | 39.04 |
| Court Reporter fees | 520.30 |
| Litigation Support | 8,069.00 |
| Telephonic Court Appearance | 181.00 |
| **Total Expenses Thru 01/31/2012** | **109,192.51** |

{698.001-W0019829.}

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| 698.001 | 01/02/2012 | AGL | A | B100 E101 | 0.100 | 7.90 | Copying | ARCH |
| *Subtotal for Transaction Date 01/02/2012* | | | | | Billable | 7.90 | | |
| 698.001 | 01/03/2012 | AGL | A | B100 E101 | 0.100 | 41.40 | Copying | ARCH |
| 698.001 | 01/03/2012 | AGL | A | B100 E102 | | 2,864.54 | Outside printing Digital Legal, LLC - Invoice 62838 | ARCH |
| *Subtotal for Transaction Date 01/03/2012* | | | | | Billable | 2,905.94 | | |
| 698.001 | 01/04/2012 | AGL | A | B100 E101 | 0.100 | 25.20 | Copying | ARCH |
| 698.001 | 01/04/2012 | AGL | A | B100 E108 | | 1.08 | Postage | ARCH |
| *Subtotal for Transaction Date 01/04/2012* | | | | | Billable | 26.28 | | |
| 698.001 | 01/05/2012 | AGL | A | B100 E101 | 0.100 | 39.10 | Copying | ARCH |
| *Subtotal for Transaction Date 01/05/2012* | | | | | Billable | 39.10 | | |
| 698.001 | 01/06/2012 | AGL | A | B100 E101 | 0.100 | 20.10 | Copying | ARCH |
| 698.001 | 01/06/2012 | AGL | A | B100 E102 | | 18,980.97 | Outside printing Digital Legal, LLC - Invoice 62962 | ARCH |
| 698.001 | 01/06/2012 | AGL | A | B100 E102 | | 1,933.81 | Outside printing Digital Legal, LLC - Invoice 62968 | ARCH |
| 698.001 | 01/06/2012 | AGL | A | B100 E118 | | 2,640.00 | Litigation support vendors Delaware Claims Agency, LLC - Invoice 4 | ARCH |
| 698.001 | 01/06/2012 | AGL | A | B100 E123 | | 1,008.00 | Johnson Service Group Invoice 120001113 - excel discovery/service project | ARCH |
| *Subtotal for Transaction Date 01/06/2012* | | | | | Billable | 24,582.88 | | |
| 698.001 | 01/09/2012 | AGL | A | B100 E101 | 0.100 | 6.50 | Copying | ARCH |
| 698.001 | 01/09/2012 | AGL | A | B100 E102 | | 1,658.25 | Outside printing Digital Legal, LLC - Invoice 63034 | ARCH |
| 698.001 | 01/09/2012 | AGL | A | B100 E102 | | 82.28 | Outside printing Digital Legal, LLC - Invoice 63039 | ARCH |
| *Subtotal for Transaction Date 01/09/2012* | | | | | Billable | 1,747.03 | | |
| 698.001 | 01/10/2012 | AGL | A | B100 E101 | 0.100 | 55.80 | Copying | ARCH |
| *Subtotal for Transaction Date 01/10/2012* | | | | | Billable | 55.80 | | |
| 698.001 | 01/11/2012 | AGL | A | B100 E101 | 0.100 | 286.50 | Copying | ARCH |
| 698.001 | 01/11/2012 | AGL | A | B100 E217 | | 520.30 | Court Reporter fee Diaz Data Services - Invoice 8667 | ARCH |
| 698.001 | 01/11/2012 | AGL | A | B100 E107 | | 14.00 | Delivery services/messengers Digital Legal, LLC - Invoice 63128 | ARCH |
| 698.001 | 01/11/2012 | AGL | A | B100 E228 | | 181.00 | Telephonic Court Appearance American Express - Courtcall IDs 4691498, 4691555, 4691493 | ARCH |
| *Subtotal for Transaction Date 01/11/2012* | | | | | Billable | 1,001.80 | | |
| 698.001 | 01/12/2012 | AGL | A | B100 E101 | 0.100 | 10.80 | Copying | ARCH |
| 698.001 | 01/12/2012 | AGL | A | B100 E221 | | 70.83 | Overnight Delivery FedEx - Invoice 7-760-58344 | ARCH |
| *Subtotal for Transaction Date 01/12/2012* | | | | | Billable | 81.63 | | |
| 698.001 | 01/13/2012 | AGL | A | B100 E101 | 0.100 | 12.80 | Copying | ARCH |
| 698.001 | 01/13/2012 | AGL | A | B100 E123 | | 1,680.00 | Johnson Service Group Invoice 120002296 - excel discovery/service project | ARCH |
| 698.001 | 01/13/2012 | AGL | A | B100 E102 | | 1,883.57 | Outside printing Digital Legal, LLC - Invoice 63095 | ARCH |
| *Subtotal for Transaction Date 01/13/2012* | | | | | Billable | 3,576.37 | | |
| 698.001 | 01/16/2012 | AGL | A | B100 E101 | 0.100 | 5.40 | Copying | ARCH |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| Subtotal for Transaction Date 01/16/2012 | | | | | Billable | 5.40 | | |
| 698.001 | 01/17/2012 | AGL | A | B100 | E101 | 0.100 | 8.30 | Copying | ARCH |
| 698.001 | 01/17/2012 | AGL | A | B100 | E107 | | 97.50 | Courier Fees Digital Legal, LLC - Invoice 63260 | ARCH |
| 698.001 | 01/17/2012 | AGL | A | B100 | E102 | | 4,120.10 | Outside printing Digital Legal, LLC - Invoice 63168 | ARCH |
| 698.001 | 01/17/2012 | AGL | A | B100 | E102 | | 1,787.10 | Outside printing Digital Legal, LLC - Invoice 63187 | ARCH |
| 698.001 | 01/17/2012 | AGL | A | B100 | E221 | | 3,748.30 | Overnight Delivery FedEx Invoice 7-782-71374 | ARCH |
| Subtotal for Transaction Date 01/17/2012 | | | | | Billable | 9,761.30 | | |
| 698.001 | 01/18/2012 | AGL | A | B100 | E107 | | 30.00 | Courier Fees Digital Legal, LLC - Invoice 63260 | ARCH |
| Subtotal for Transaction Date 01/18/2012 | | | | | Billable | 30.00 | | |
| 698.001 | 01/19/2012 | AGL | A | B100 | E101 | 0.100 | 1.30 | Copying | ARCH |
| 698.001 | 01/19/2012 | AGL | A | B100 | E102 | | 56.71 | Outside printing Digital Legal, LLC - Invoice 63209 | ARCH |
| Subtotal for Transaction Date 01/19/2012 | | | | | Billable | 58.01 | | |
| 698.001 | 01/20/2012 | AGL | A | B100 | E101 | 0.100 | 5.40 | Copying | ARCH |
| 698.001 | 01/20/2012 | AGL | A | B100 | E123 | | 1,470.00 | Johnson Service Group Invoice 120003766 - excel discovery/service project | ARCH |
| 698.001 | 01/20/2012 | AGL | A | B100 | E102 | | 31,602.55 | Outside printing Digital Legal, LLC - Invoice 63229 | ARCH |
| 698.001 | 01/20/2012 | AGL | A | B100 | E102 | | 49.10 | Outside printing Digital Legal, LLC - Invoice 63230 | ARCH |
| Subtotal for Transaction Date 01/20/2012 | | | | | Billable | 33,127.05 | | |
| 698.001 | 01/21/2012 | AGL | A | B100 | E113 | | 20.00 | Delaware Corporate & Tax Reference #320120210429967526 - Service of process verification | ARCH |
| Subtotal for Transaction Date 01/21/2012 | | | | | Billable | 20.00 | | |
| 698.001 | 01/23/2012 | AGL | A | B100 | E101 | 0.100 | 33.90 | Copying | ARCH |
| Subtotal for Transaction Date 01/23/2012 | | | | | Billable | 33.90 | | |
| 698.001 | 01/25/2012 | AGL | A | B100 | E101 | 0.100 | 6.00 | Copying | ARCH |
| 698.001 | 01/25/2012 | AGL | A | B100 | E102 | | 70.13 | Outside printing Digital Legal, LLC - Invoice 63313 | ARCH |
| Subtotal for Transaction Date 01/25/2012 | | | | | Billable | 76.13 | | |
| 698.001 | 01/26/2012 | AGL | A | B100 | E101 | 0.100 | 6.20 | Copying | ARCH |
| 698.001 | 01/26/2012 | AGL | A | B100 | E108 | | 3.30 | Postage | ARCH |
| 698.001 | 01/26/2012 | AGL | A | B100 | E123 | | 1,260.00 | Johnson Service Group Invoice 120005037 - excel discovery/service project | ARCH |
| 698.001 | 01/26/2012 | AGL | A | B100 | E107 | | 45.50 | Courier Fees Digital Legal, LLC - Invoice 63390 | ARCH |
| Subtotal for Transaction Date 01/26/2012 | | | | | Billable | 1,315.00 | | |
| 698.001 | 01/27/2012 | AGL | A | B100 | E102 | | 26,632.40 | Outside printing Digital Legal, LLC - Invoice 63350 | ARCH |
| Subtotal for Transaction Date 01/27/2012 | | | | | Billable | 26,632.40 | | |
| 698.001 | 01/30/2012 | AGL | A | B100 | E101 | 0.100 | 13.30 | Copying | ARCH |
| 698.001 | 01/30/2012 | AGL | A | B100 | E102 | | 3,671.38 | Outside printing Digital Legal, LLC Invoice 63364 - Docket #10755/423 | ARCH |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| 698.001 | 01/30/2012 | AGL | A | B100 E102 | | 98.15 | Outside printing Digital Legal, LLC Invoice 63366 - Docket #10758 LRC 36th Fee App | ARCH |
| Subtotal for Transaction Date 01/30/2012 | | | | | Billable | 3,782.83 | | |
| 698.001 | 01/31/2012 | AGL | A | B100 E118 | | 11.00 | Records request - Raymond James & Associates, Inc. Invoice 23090 | ARCH |
| 698.001 | 01/31/2012 | AGL | A | B100 E101 | 0.100 | 14.40 | Copying | ARCH |
| 698.001 | 01/31/2012 | AGL | A | B100 E208 | | 39.04 | PACER Document Retrieval | ARCH |
| 698.001 | 01/31/2012 | AGL | A | B100 E106 | | 160.15 | Online research LexisNexis | ARCH |
| 698.001 | 01/31/2012 | AGL | A | B100 E102 | | 101.17 | Outside printing Digital Legal, LLC Invoice 63425 | ARCH |
| Subtotal for Transaction Date 01/31/2012 | | | | | Billable | 325.76 | | |
| Total for Client ID 698.001 | | | | | Billable | 109,192.51 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |
| GRAND TOTALS | | | | | Billable | 109,192.51 | | |