# EXHIBIT B

**EXHIBIT B**

**Termination Event Related Documents**

| Main Docket No. | Title/Document Description |
|---|---|
| 8746 | Order Granting Motion to Amend Definition of "Termination Event" in Orders Granting Official Committee of Unsecured Creditors Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action on Behalf of the Debtors' Estates<br><br>(Order amended "Termination Event" to June 15, 2011) |
| 9256 | Order Granting Second Motion to Amend Definition of "Termination Event" in Orders Granting Official Committee of Unsecured Creditors Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action on Behalf of the Debtors' Estates<br><br>(Order amended "Termination Event" to August 15, 2011) |
| 9703 | Order Granting Third Motion to Amend Definition of "Termination Event" in Orders Granting Official Committee of Unsecured Creditors Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action on Behalf of the Debtors' Estates<br><br>(Order amended "Termination Event" to October 14, 2011) |
| 10132 | Fourth Order Amending Definition of "Termination Event" in Orders Granting Official Committee of Unsecured Creditors Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action on Behalf of the Debtors' Estates<br><br>(Order amended "Termination Event" to December 13, 2011) |
| 10429 | Fifth Order Amending Definition of "Termination Event" in Orders Granting Official Committee of Unsecured Creditors Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action on Behalf of the Debtors' Estates<br><br>(Order amended "Termination Event" in each of the Standing Orders, "(ii) the Court declines to confirm the Proposed Plan" shall be and hereby is stricken in its entirety, *nunc pro tunc* to October 31, 2011, prior to issuance of the Order on Confirmation and that the Termination Event in the Standing Orders (iii) December 13, 2011 be deleted and replaced with (ii) January 17, 2012 for the Official Committee of Unsecured Creditors of Tribune Company, et al. v. Dennis J. FitzSimons, et al., Adv. Proc. 10-54010 (KJC), and all other proceedings initiated by the Committee pursuant to the Standing Orders) |