## EXHIBIT C

{698.001-W0019487.2}

# EXHIBIT C

## Documents Relating to Service Extensions for
## Preference Complaints – Various Adv. Pro. Nos.

| Adversary Docket No. | Title/Document Description |
|---|---|
| Various Docket Nos. | Revised Order Granting Motion For Extension of Time To Effect Service of Original Process<br><br>(Order extended time to effect service to and including October 4, 2011 or October 6, 2011, as determined based on the date each Preference Complaint was filed) |
| Various Docket Nos. | Order Granting Second Motion For Extension to Effect Service of Original Process<br><br>(Order extended time to effect service to and including March 1, 2012) |

{698.001-W0019487.2}