<u>**EXHIBIT D**</u>

{698.001-W0019487.2}

## EXHIBIT D

### Documents Relating to Service Extensions for Adv. Pro. Nos. 10-54010 and 10-53963

| Adversary Docket No. | Title/Document Description |
|---|---|
| 9 (10-53963)<br><br>78 (10-54010) | Order Granting Motion For Extension of Time To Complete Service<br><br>(Order extended time to effect service to and including September 1, 2011 in Adv. Pro. Nos. 10-54010 and 10-53963). |
| 661 | Order Granting Motion For Extension of Time To Complete Service<br><br>(Order extended time to effect service to and including March 1, 2012 in Adv. Pro. No. 10-53963) |
| 139 | Order Granting Motion For Extension of Time To Complete Service<br><br>(Order extended time to effect service to and including March 1, 2012 in Adv. Pro. No. 10-54010) |
| 404 | Order Granting Motion for Extension of Time to Complete Service<br><br>(Order extended time to effect service to and including July 2, 2012 in Adv. Pro. No. 10-54010) |

{698.001-W0019487.2}