IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 Cases |
| ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Re: D.I. 10692, 11016 |
| ) | |

## ORDER APPROVING STIPULATION
BY AND AMONG THE DEBTORS, AURELIUS CAPITAL MANAGEMENT, WILMINGTON TRUST COMPANY, AS SUCCESSOR INDENTURE TRUSTEE FOR THE PHONES, BARCLAYS BANK PLC, AND WATERSTONE CAPITAL MANAGEMENT, L.P. ON CERTAIN FACTS RELEVANT TO THE ALLOCATION DISPUTES AND THE DETERMINATION OF THE ALLOWED AMOUNT OF THE PHONES CLAIM

AND NOW, this 7th day of Feb, 2012, upon consideration of the *Stipulation By and Among the Debtors, Aurelius Capital Management, Wilmington Trust Company, as Successor Indenture Trustee for the PHONES, Barclays Bank PLC, and Waterstone Capital Management, L.P. on Certain Facts Relevant to the Allocation Disputes and the Determination of the Allowed Amount of the PHONES Claim*, a copy of which is attached hereto as **Exhibit A** (the "Stipulation"); and finding that approval of the Stipulation is consistent with the resolution of disputes for the Allocation Disputes Hearing,

IT IS HEREBY ORDERED APPROVED.

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge