# SIGN-IN-SHEET

**COURTROOM LOCATION:** 5
**DATE:** February 28, 2012

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Blake Cherry | Young Conaway | Credit Agricole / London Valetors |
| James Johnston | Dewey LeBoeuf | " " " " |
| James Bendernagel | Sidley Austin | Tribune |
| Jessica Boelter | Sidley Austin | Tribune |
| Elliot Moskowitz | Davis Polk | JPMorgan Chase |
| Eli Vonnegut | " | " |
| Bob Stern | PC+F | |
| Martin S. Siegel | Brown Rudnick | Wilmington Trust Ind. Tlee for PHONES |
| Amanda M. Winfree | Ashby + Geddes PA | Aurelius |
| Katy Shipper | Citi Schartz | Tribune |
| Garvan McDaniel | Bifferato Gentilotti | Law Debenture |
| David Rosner | Kasowitz Benson | " " |
| Matt Stein | " | " " |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** February 28, 2012

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Katherine Mayr | McCarter & English | DBTCA |
| David Adler | " | " |
| Adam Landis | Landis Rath & Cobb | Creditor Committee |
| Dan Rath | Landis Rath & Cobb | " |
| David LeMay | Chadbourne & Parke | " |
| Marc Ashley | " | " |
| James Cottle | Zuckerman Spaeder | Aurelius Capital |
| Jay Teitelbaum | Teitelbaum & Baskin | TM Retirees |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC
**COURTROOM LOCATION:** 5
**DATE:** February 28, 2012

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| William D. Sullivan | Sullivan Hazeltine Allinson | Wilmington Trust |
| L. Stephen McNeill | Potter Anderson & Corroon | Merrill Lynch |
| Adam Hiller | Hiller & Arban | TM Retirees |
| David Zensky | Akin Gump Strauss... | Aurelius Cap Management |

# Court Conference

**Calendar Date:** 02/28/2012
**Calendar Time:** 03:00 PM ET

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

Amended Calendar 02/28/2012 09:01 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4787627 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4792331 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4790793 | Jessica Boelter | 312-853-7030 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4789532 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4787641 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4783921 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4787671 | Andrew Caridas | 202-778-1855 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4789013 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4787598 | Douglas Deutsch | 212-408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4739877 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Creditor, Former Directors and Officers / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4787007 | Phillip Dublin | 212-872-8083 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4792059 | David Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Creditor, Arrowgrass Capital Services / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4790955 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4788113 | Brad Erens | 312-269-4050 | Jones Day | Interested Party, Special Committee of the Board of Directors / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4789098 | Matthew Frank | (312) 371-9955 | Alvarez & Marsal LLC. | Interested Party, Matthew Frank / LISTEN ONLY |

Peggy Drasal                                          CourtConfCal2009                                          Page 4 of 6

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4789073 | Igor Fuks | (212) 303-9453 | Halcyon Asset Management | Creditor, Halcyon Asset Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4787643 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4768050 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | Interested Party, Angelo, Gordon & Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4789064 | Peter Gruszka | 312-416-4215 | Chicago Fundamental Investment | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4789148 | David Hammerman | 212-906-1398 | Latham & Watkins LLP | Creditor, Barclays & Waterstone / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4786907 | Reed Heiligman | (312) 276-1432 | Frank Gecker LLP | Interested Party, Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4783918 | Evan Jones | 213-430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4789224 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4789160 | Sheron Korpus | 212-506-1700 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company | 08-13141 | Hearing | 4790805 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4790799 | Kevin Lantry | (213) 896-6022 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4787605 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4790950 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4790812 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4726224 | Michelle Maman | (212) 504-6000 | Cadwalader Wickersham and Taft | Interested Party, Royal Bank of Scotland / LIVE |
| Tribune Company | 08-13141 | Hearing | 4787834 | Olivia Mauro | (212) 412-6773 | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4787621 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4787179 | Joshua M. Mester | 213-621-6016 | Dewey & LeBoeuf LLP | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4787124 | Paul Mignano | (212) 836-8525 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4790932 | David Miles | 202-736-8556 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4790841 | Kerriann Mills | 312-853-0036 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |

Peggy Drasal                                                                                                        CourtConfCal2009                                                                                                       Page 5 of 6

| Tribune Company | 08-13141 | Hearing | 4789165 | Christine Montenegro | (212) 506-1715 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Tribune Company | 08-13141 | Hearing | 4787639 | Frederick Morris | 212-902-2886 | Goldman Sachs & Co. | Creditor, Goldman Sachs / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4790940 | Brett Myrick | (312) 853-1049 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4789149 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigalo / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4789076 | Gordon Novod | 212-209-4940 | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 4767994 | Karen S. Park | 212-756-2036 | Schulte Roth & Zabel LLP | Interested Party, Davidson Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4787121 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Creditor, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4787611 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4790821 | Thomas E. Ross | (202) 736-8374 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4790833 | Allison E. Ross Stromberg | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4787590 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4788152 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4789016 | Kenneth Smalley | (212) 616-7763 | The Seaport Group | Non-Party, The Seaport Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4787637 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4786991 | Alan Stone | (212) 530-5285 | Milbank, Tweed, Hadley & McCloy, | Creditor, Amalgamated Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4786908 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4789118 | Eric J. Van Schyndle | (414) 277-5155 | Quarles & Brady LLP | Interested Party, Stark Entities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4790965 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4789025 | Menachem O. Zelmanovitz | (212) 309-6000 | Morgan Lewis & Bockius LLP | Creditor, New York State Common Retirement Fund / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4787245 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Matthew A Zloto / LISTEN ONLY |