## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| NEW CASTLE COUNTY | ) |

      Debbie Laskin being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Oaktree Capital Management, L.P. in the above-referenced cases, and on 27 of February 2012, she caused a copy of the following to be served as indicated, upon the parties identified on the attached list:

List of Exhibits on Which Oaktree Capital Management, L.P. Intends to Rely at Allocation Disputes Hearing [D.I. 11025]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 20th day of February 2012.

_____
Notary Public

**ERICA A. BROYLES**
**NOTARY PUBLIC**
**STATE OF DELAWARE**
My commission expires Sept. 6, 2013

01: 8972410.1

'kstickles@coleschotz.com';
 'jsottile@zuckerman.com';
'jboelter@sidley.com';
'jconlan@sidley.com';
'klantry@sidley.com';
'jbendernagel@sidley.com';
'kbrakauer@sidley.com';
'kkansa@sidley.com';
'jsteen@sidley.com';
'jsteen@sidley.com'; '
dtwomey@sidley.com';
'kmills@sidley.com';
'tross@sidley.com';
'jducayet@sidley.com';
'dliebentritt@tribune.com';
'deldersveld@tribune.com';
mcguire@lrclaw.com;
'rath@lrclaw.com';
'landis@lrclaw.com';
'hseife@chadbourne.com';
'arosenblatt@chadbourne.com';
'dlemay@chadbourne.com';
'ddeutsch@chadbourne.com';
'jgreen@svglaw.com';
'adler@mccarter.com';
'jfreebery@mccarter.com';
'kmayer@mccarter.com';
'gmcdaniel@bglawde.com';
'mstein@kasowitz.com';
'drosner@kasowitz.com';
'skorpus@kasowitz.com';
'wbowden@ashby-geddes.com';
'awinfree@ashby-geddes.com';
'jsunshine@akingump.com';
'dgolden@akingump.com';
'pdublin@akingump.com';
'aqureshi@akingump.com';
'mlahaie@akingump.com';
'sbrauner@akingump.com';
'dzensky@akingump.com';
'djnewman@akingump.com';
'lpachulski@stutman.com';
'adam.harris@srz.com';
'avail@jenner.com';
'dbradford@jenner.com';
'csteege@jenner.com';

'barban@hillerarban.com';
'ahiller@hillerarban.com';
'jteitelbaum@tblawllp.com';
'gmcdonald@tblawllp.com';
'donald.bernstein@davispolk.com';
'damian.schaible@davispolk.com';
'eli.vonnegut@davispolk.com';
'andrew.goldman@wilmerhale.com';
'rstark@brownrudnick.com';
'msiegel@brownrudnick.com';
'gnovod@brownrudnick.com'