IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC), *et seq*<br>(Jointly Administered)<br><br>**Re: Dkt. Nos. 10949, 10969 & 10972** |

**CERTIFICATION OF COUNSEL REGARDING ORDER DENYING MOTION OF TM RETIREES TO CLARIFY OR MODIFY THE ALLOCATION DISPUTES SCHEDULING ORDER TO PERMIT TM RETIREES TO CALL AN EXPERT WITNESS AT THE HEARING ON THE ALLOCATION DISPUTES**

Brian Arban, a member of Hiller & Arban, LLC (the "Firm"), as attorneys for approximately 185 former employees (and beneficiaries of such former employees) (the "TM Retirees") of The Times Mirror Company, certifies as follows:

1. On February 16, 2012, the TM Retirees filed their *Motion to Clarify or Modify Allocation Disputes Scheduling Order to Permit TM Retirees to Call an Expert Witness at the Hearing on the Allocation Disputes* (Docket No. 10949) (the "Motion for Leave") and *Motion to Shorten Notice Period and Schedule Expedited Telephonic Hearing on Motion to Clarify or Modify Allocation Disputes Scheduling Order To Permit TM Retirees to Call an Expert Witness at the Hearing on the Allocation Disputes* (Docket No. 10950) (the "Motion to Shorten").

2. On February 17, 2012, the Court entered an order (Docket No. 10952) granting the relief sought in the Motion to Shorten and scheduled a hearing (the "Hearing") on the Motion for Leave for February 22, 2012.

3. On February 21, 2012, the Law Debenture Trust Company of New York ("Law Debenture") filed its *Objection to Motion of the Retirees to Clarify or Modify Allocation Disputes Scheduling Order to Permit TM Retirees to Call an Expert Witness at the Hearing on*

*the Allocation Disputes* (Docket No. 10969) (the "Objection") and, on February 22, 2012, Aurelius Capital Management, LP ("Aurelius") filed a joinder supporting the Objection (Docket No. 10972).

4. On February 22, 2012, the Court denied the relief sought by the Motion for Leave at the Hearing and ordered the parties to submit a proposed form of order under certification of counsel.

5. Attached hereto as **Exhibit A** is a proposed form of order (the "Proposed Order") denying the relief sought by the Motion for Leave.

6. Counsel for the TM Retirees has communicated with counsel for Law Debenture who has agreed to the Proposed Order.

7. The TM Retirees respectfully request that the Court enter the Proposed Order as an order of the Court at the Court's convenience.

Dated: February 29, 2012  
       Wilmington, Delaware

Respectfully submitted,

HILLER & ARBAN, LLC

 **/s/ Brian Arban**  
Adam Hiller (DE No. 4105)  
Brian Arban (DE No. 4511)  
1500 North French Street, 2nd Floor  
Wilmington, Delaware 19801  
(302) 442-7676 telephone  
barban@hillerarban.com

-and-

Jay Teitelbaum, Esq. (JT-4619)
TEITELBAUM & BASKIN, LLP
1 Barker Avenue
Third Floor
White Plains, New York 10601
(914) 437-7670
jteitelbaum@tblawl1p.com

*Attorneys for the TM Retirees*