IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>               Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC), *et seq*<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 29, 2012, I caused copies of the foregoing Certification of Counsel to be served via electronic mail upon the parties listed on the attached matrix.

Dated: February 29, 2012
       Wilmington, Delaware

/s/ **Brian Arban**
Brian Arban (DE No. 4511)
Hiller & Arban, LLC
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 442-7676 telephone
barban@hillerarban.com

*Attorneys for the TM Retirees*

Garvan F. McDaniel, Esquire
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE  19801

David S. Rosner, Esquire
Sheron Korpus, Esquire
Christine A. Montenegro, Esquire
Matthew B. Stein, Esquire
Kasowitz, Benson, Torres
 & Friedman LLP
1633 Broadway
New York, NY  10019

William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Leigh-Anne M. Raport, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

Daniel H. Golden, Esquire
David M. Zensky, Esquire
Philip C. Dublin, Esquire
Deborah J. Newman, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036