IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br>Case Nos. 08-13141 (KJC), et seq.<br>(Jointly Administered)<br><br>Re: Docket Nos. 10949, 10969, 10972 |

**ORDER DENYING MOTION OF TM RETIREES
TO CLARIFY OR MODIFY ALLOCATION DISPUTES
SCHEDULING ORDER TO PERMIT TM RETIREES TO CALL AN
EXPERT WITNESS AT THE HEARING ON THE ALLOCATION DISPUTES**

UPON CONSIDERATION OF the Motion To Clarify or Modify Allocation Disputes Scheduling Order To Permit TM Retirees To Call an Expert Witness at the Hearing on the Allocation Disputes (the "Motion") filed by the for approximately 185 former employees (and beneficiaries of such former employees) (the "TM Retirees") of The Times Mirror Company who were receiving or entitled to receive payments under certain non-qualified retirement plans of Tribune Company; and the objection to the Motion filed by Law Debenture Trust Company of New York (Docket No. 10969) and the joinder to such objection filed by Aurelius Capital Management, LP (Docket No. 10972); it is HEREBY ORDERED that the Motion is denied.*

Dated: Feb 29, 2012
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

* for the reasons stated on the record on Feb 22, 2012.